TO: Clerk's Office
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

APPLICATION FOR LEAVE
TO FILE DOCUMENT UNDER SEAL

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

U S

-v-

Keith Raniere

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1 8 MJ 133

Docket Number

SUBMITTED BY: Plaintiff ___ Defendant ___ DOJ ✓
Name: __ M. Penza __
Firm Name: __ USAO EDNY __
Address:

Phone Number: 718-254-6454
E-Mail Address: moira.penza@usdoj.gov

INDICATE UPON THE PUBLIC DOCKET SHEET: YES ___ NO ✓
If yes, state description of document to be entered on docket sheet:

A) If pursuant to a prior Court Order:
Docket Number of Case in Which Entered:
Judge/Magistrate Judge:
Date Entered:

B) If a new application, the statute, regulation, or other legal basis that authorizes filing under seal

ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY NOT BE UNSEALED UNLESS ORDERED BY THE COURT.

DATED: 2/14/17

_____, NEW YORK

_____ JUDGE/U.S. MAGISTRATE JUDGE

RECEIVED IN CLERK'S OFFICE _____ DATE

MANDATORY CERTIFICATION OF SERVICE:
A) ___ A copy of this application either has been or will be promptly served upon all parties to this action, B) ___ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation: _____ or C.) ✓ This is a criminal document submitted, and flight public safety, or security are significant concerns. (Check one)

2/14/18
DATE

_____
SIGNATURE