CLOSED

# U.S. District Court
# Northern District of Texas (Fort Worth)
# CRIMINAL DOCKET FOR CASE #: <u>4:18−mj−00170−BJ</u> All Defendants

Case title: USA v. Raniere
Other court case number: 18M132 Eastern District of New York

Date Filed: 03/27/2018
Date Terminated: 03/27/2018

Assigned to: Magistrate Judge Jeffrey L. Cureton

**Defendant (1)**

**Keith Raniere**
*TERMINATED: 03/27/2018*

represented by **Brian Daniel Poe**
Brian D Poe Attorney PLLC
909 Throckmorton Street
Fort Worth, TX 76102
817−870−2022
Fax: 817−977−6501
Email: bpoe@bpoelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Admitted/In Good Standing*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:1591 Sex Trafficking | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Alex C Lewis–DOJ** <br> US Attorney's Office <br> 801 Cherry Street <br> Suite 1700 <br> Fort Worth, TX 76102–6882 <br> 817–252–5200 <br> Fax: 817–252–5455 <br> Email: alex.lewis@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Assistant US Attorney* <br> *Bar Status: Admitted/In Good Standing* |

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 03/26/2018 | | 3 | Arrest (Rule 5) of Keith Raniere. Case Number 18M132 Complaint and Warrant from Eastern District of New York. (jah) (Entered: 03/27/2018) |
| 03/27/2018 | 1 | 4 | NOTICE OF ATTORNEY APPEARANCE by Brian Daniel Poe appearing for Keith Raniere (jah) (Entered: 03/27/2018) |
| 03/27/2018 | 2 | 5 | ELECTRONIC Minute Entry for proceedings held before Magistrate Judge Jeffrey L. Cureton: Initial Appearance Rule 5(c) hearing as to Keith Raniere held on 3/27/2018. Date of Arrest: 3/26/2018 on warrant from the Eastern District of New York; Atty Brian Poe entered appearance as retained counsel; Deft waives Rule 5(c) hearing as to identity and requests detention hearing in prosecuting district; O/commitment to prosecuting district entered; Deft remanded to custody. Attorney Appearances: AUSA – Alex Lewis; Defense – Brian Poe. (Court Reporter: Digital File) (No exhibits) Time in Court – :06. (jah) (Entered: 03/27/2018) |
| 03/27/2018 | 3 | 7 | WAIVER of Rule 5(c) Hearings by Keith Raniere re: identity requests further hearings in prosecuting district (jah) (Entered: 03/27/2018) |
| 03/27/2018 | 4 | 8 | MOTION for Pretrial Detention filed by USA as to Keith Raniere (jah) (Entered: 03/27/2018) |
| 03/27/2018 | 5 | 9 | Report of Proceedings under Rule 5(c)(3) and 5.1 as to Keith Raniere. Defendant is removed forthwith to the district in which he is charged. Paperwork sent to Eastern District of New York. (Ordered by Magistrate Judge Jeffrey L. Cureton on 3/27/2018) (jah) (Entered: 03/27/2018) |

Case 1:18-cr-00204-NGG-VMS   Document 6   Filed 03/28/18   Page 3 of 9 PageID #: 38
Case 4:18-mj-170-NEF for Docket Entry   Filed 03/26/2018   Page 1 of 1
Case 4:18-mj-00170-BJ   Document 6   Filed 03/27/18   Page 3 of 9   PageID 7

```
MIME-Version:1.0
From:ecf_txnd@txnd.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Alex C Lewis-DOJ (alex.lewis@usdoj.gov, caseview.ecf@usdoj.gov,
cynthia.hood@usdoj.gov, janise.withers@usdoj.gov, jessica.sanchez@usdoj.gov,
liuva.ruiz@usdoj.gov, michelle.thom@usdoj.gov, victoria.anderson@usdoj.gov), Magistrate
Judge Jeffrey L. Cureton (kristi_verna@txnd.uscourts.gov,
margarita_koye@txnd.uscourts.gov)
--Non Case Participants: Probation Office (txnp_edocs-pro@txnp.uscourts.gov), U.S.
Marshals Office (usms-txn-courtdocket@usdoj.gov)
--No Notice Sent:

Message-Id:10643252@txnd.uscourts.gov
Subject:Activity in Case 4:18-mj-00170-BJ USA v. Raniere Arrest - Rule 5/32/40
Content-Type: text/html
```

**If you need to know whether you must send the presiding judge a paper copy of a document that you have docketed in this case, click here: <u>Judges' Copy Requirements.</u> Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. <u>Forms and Instructions</u> found at <u>www.txnd.uscourts.gov</u>. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge.**

**U.S. District Court**

**Northern District of Texas**

### Notice of Electronic Filing

The following transaction was entered on 3/27/2018 at 5:10 PM CDT and filed on 3/26/2018

| | |
|---|---|
| **Case Name:** | USA v. Raniere |
| **Case Number:** | <u>4:18-mj-00170-BJ</u> |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Arrest (Rule 5) of Keith Raniere. Case Number 18M132 Complaint and Warrant from Eastern District of New York. (jah)**

**4:18-mj-00170-BJ-1 Notice has been electronically mailed to:**

Alex C Lewis-DOJ    alex.lewis@usdoj.gov, CaseView.ECF@usdoj.gov, Cynthia.Hood@usdoj.gov, Janise.Withers@usdoj.gov, Jessica.Sanchez@usdoj.gov, Liuva.Ruiz@usdoj.gov, Victoria.Anderson@usdoj.gov, michelle.thom@usdoj.gov

**4:18-mj-00170-BJ-1 The CM/ECF system has NOT delivered notice electronically to the names listed below. The clerk's office will serve notice of court Orders and Judgments by mail as required by the federal rules. An attorney/pro se litigant is cautioned to carefully follow the federal rules (see FedRCivP 5) with regard to service of any document the attorney/pro se litigant has filed with the court. The clerk's office will not serve paper documents on behalf of an attorney/pro se litigant.**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAR 27 2018

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| V. | § NO. 4:18-MJ-170 |
| | § |
| KEITH RANIERE | § |

ENTRY OF APPEARANCE OF COUNSEL

I hereby enter my appearance as **retained** counsel for the above-named defendant in this cause.

I understand that it is my duty to continue to represent the named defendant in connection with all matters relating to this case, and in connection with all proceedings therein in this Court; to assist him/her with any appeal which he/she desires to perfect, and to represent him/her on appeal until a final judgment has been entered; unless and until, after written motion filed by me, I am relieved by Order of the Court.

I am aware that in all cases, an arraignment is scheduled promptly after the return or filing of an indictment or information, at which time the defendant must enter a plea. I have read and am familiar with Rule 12, Federal Rules of Criminal Procedure, pertaining to pretrial motions.

DATED: March 27, 2018

_____
POE, Brian
909 Throckmorton Street
Fort Worth, TX 76102
817/870-2022 FAX 817/977-6501
bpoe@bpoelaw.com

4

Case 1:18-cr-00204-NGG-VMS Document 6 Filed 03/28/18 Page 5 of 9 PageID #: 40
Case 4:18-mj-00170-BJ NEF for Docket Entry 2 Filed 03/27/2018 Page 1 of 2
Case 4:18-mj-00170-BJ   Document 6   Filed 03/27/18   Page 5 of 9   PageID 9

```
MIME-Version:1.0
From:ecf_txnd@txnd.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Brian Daniel Poe (bpoe@bpoelaw.com), Alex C Lewis-DOJ
(alex.lewis@usdoj.gov, caseview.ecf@usdoj.gov, cynthia.hood@usdoj.gov,
janise.withers@usdoj.gov, jessica.sanchez@usdoj.gov, liuva.ruiz@usdoj.gov,
michelle.thom@usdoj.gov, victoria.anderson@usdoj.gov), Magistrate Judge Jeffrey L. Cureton
(kristi_verna@txnd.uscourts.gov, margarita_koye@txnd.uscourts.gov)
--Non Case Participants: Probation Office (txnp_edocs-pro@txnp.uscourts.gov)
--No Notice Sent:

Message-Id:10643274@txnd.uscourts.gov
Subject:Activity in Case 4:18-mj-00170-BJ USA v. Raniere Initial Appearance
Content–Type: text/html
```

**If you need to know whether you must send the presiding judge a paper copy of a document that you have docketed in this case, click here: Judges' Copy Requirements. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms and Instructions found at www.txnd.uscourts.gov. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge.**

## U.S. District Court

## Northern District of Texas

### Notice of Electronic Filing

The following transaction was entered on 3/27/2018 at 5:14 PM CDT and filed on 3/27/2018

**Case Name:** USA v. Raniere
**Case Number:** 4:18–mj–00170–BJ
**Filer:**
**Document Number:** 2(No document attached)

**Docket Text:**
**ELECTRONIC Minute Entry for proceedings held before Magistrate Judge Jeffrey L. Cureton: Initial Appearance Rule 5(c) hearing as to Keith Raniere held on 3/27/2018. Date of Arrest: 3/26/2018 on warrant from the Eastern District of New York; Atty Brian Poe entered appearance as retained counsel; Deft waives Rule 5(c) hearing as to identity and requests detention hearing in prosecuting district; O/commitment to prosecuting district entered; Deft remanded to custody. Attorney Appearances: AUSA – Alex Lewis; Defense – Brian Poe. (Court Reporter: Digital File) (No exhibits) Time in Court – :06. (jah)**

**4:18–mj–00170–BJ–1 Notice has been electronically mailed to:**

Alex C Lewis–DOJ    alex.lewis@usdoj.gov, CaseView.ECF@usdoj.gov, Cynthia.Hood@usdoj.gov, Janise.Withers@usdoj.gov, Jessica.Sanchez@usdoj.gov, Liuva.Ruiz@usdoj.gov, Victoria.Anderson@usdoj.gov, michelle.thom@usdoj.gov

Brian Daniel Poe    bpoe@bpoelaw.com

**4:18–mj–00170–BJ–1 The CM/ECF system has NOT delivered notice electronically to the names listed**

Case 1:18-cr-00204-NGG-VMS   Document 6   Filed 03/28/18   Page 6 of 9 PageID #: 41
Case 4:18-mj-170  NEF for Docket Entry 2   Filed 03/27/2018   Page 2 of 2
Case 4:18-mj-00170-BJ   Document 6   Filed 03/27/18   Page 6 of 9   PageID 10

below. The clerk's office will serve notice of court Orders and Judgments by mail as required by the federal rules. An attorney/pro se litigant is cautioned to carefully follow the federal rules (see FedRCivP 5) with regard to service of any document the attorney/pro se litigant has filed with the court. The clerk's office will not serve paper documents on behalf of an attorney/pro se litigant.

Case 1:18-cr-00204-NGG-VMS Document 6 Filed 03/28/18 Page 7 of 9 PageID #: 42
Case 4:18-mj-00170-BJ Document 5 Filed 03/27/18 Page 1 of 1 PageID 2
Case 4:18-mj-00170-BJ Document 6 Filed 03/27/18 Page 7 of 9 PageID 11

# United States District Court

## NORTHERN DISTRICT OF TEXAS AT FORT WORTH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | WAIVER OF RULE 5(c) HEARINGS |
| | § | (Excluding Probation Cases) |
| V. | § | |
| | § | |
| KEITH RANIERE | § | CASE NUMBER: 4:18-MJ-170 |

I, Keith Raniere, understand that in the Eastern District of New York, charges are pending, and I have been arrested in this District and taken before a United States Magistrate Judge who informed me of, the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

(✓) identity hearing

(✓) preliminary examination

I HEREBY REQUEST THAT MY PRELIMINARY AND DETENTION HEARING BE

(✓) held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

( ) held in this district.

*[Stamp: U.S. DISTRICT COURT, NORTHERN DISTRICT OF TEXAS, FILED MAR 27 2018, CLERK, U.S. DISTRICT COURT, By _____ Deputy]*

_____
Defendant

_____
Defense Counsel

March 27, 2018

Case 1:18-cr-00204-NGG-VMS   Document 6   Filed 03/28/18   Page 8 of 9 PageID #: 43
Case 4:18-mj-00170-BJ   Document 4   Filed 03/27/18   Page 1 of 1   PageID 3
Case 4:18-mj-00170-BJ   Document 6   Filed 03/27/18   Page 8 of 9   PageID 12

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.    No. 4:18-MJ-170

KEITH RANIERE (01)

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR 27 2018
CLERK, U.S. DISTRICT COURT
By _____
            Deputy

## GOVERNMENT'S MOTION FOR PRETRIAL DETENTION

The United States moves for pretrial detention of the defendant pursuant to 18 U.S.C. §§ 3142(e) and (f).

**1. Eligibility of Case:** This case is eligible for a detention order because the case involves:

- ☒ Crime of violence [18 U.S.C. § 3156]
- ☒ Maximum sentence of LIFE imprisonment or death
- ☐ Controlled Substance offense punishable by 10 or more years
- ☐ Felony with 2 prior convictions in above categories
- ☐ Felony involving a minor victim
- ☐ Felony involving the possession or use of a firearm, destructive device, or other dangerous weapon
- ☐ Felony involving a failure to register under 18 U.S.C. § 2250
- ☒ Serious risk that the Defendant will flee
- ☒ Serious risk that Defendant will obstruct justice

**2. Reason for Detention.** The Court should detain the Defendant because there are no conditions of release which would reasonably assure:

☒ Defendant's appearance as required   ☒ The safety of the community   ☒ The safety of another person

**3.** The United States **will/will not** invoke the rebuttable presumption against the Defendant because: there is probable cause to believe that the Defendant has committed:

- ☐ A Controlled Substance Offense punishable by 10 or more years imprisonment
- ☐ A firearms offense under Title 18, United States Code, Section 924(c)
- ☐ A federal crime of terrorism punishable by 10 or more years imprisonment
- ☐ A Felony -listed in 18 U.S.C. § 3142(e) - involving a minor victim
- ☐ A Felony involving a failure to register under 18 U.S.C. § 2250
- ☐ The Defendant has previously been convicted of an offense described in 18 USC 3142(f)(1) which was committed while the Defendant was released on bond pending trial for any offense and less than 5 years have elapsed since the latter of the defendant's conviction or date of release from imprisonment for such conviction.

**4. Time for Detention Hearing.** The United States requests the Court to conduct the detention hearing

☐ at the Defendant's first appearance   ☒ After a continuance of _3_ days.

Respectfully submitted,

ERIN NEALY COX
UNITED STATES ATTORNEY

/s/ Alex C. Lewis
ALEX C. LEWIS
Assistant United States Attorney
Missouri State Bar No. 47910
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above pleading was this day served upon the Defendant or his counsel of record in accordance with the provisions of Rule 49 of the Federal Rules of Criminal Procedure.

DATE: March 27, 2018

/s/ Alex C. Lewis
ALEX C. LEWIS
Assistant United States Attorney

# UNITED STATES DISTRICT COURT

Northern   District of   Texas at Fort Worth

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER |
| V. | DISTRICT |
| KEITH RANIERE | |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 18M132 | 4:18-MJ-170 | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☐ Indictment ☐ Information ☒ Complaint ☐ Other (specify) ☐ Petition

charging a    18    U.S.C.   1591

**DISTRICT OF OFFENSE**
Eastern District of New York

**DESCRIPTION OF CHARGES:**

Sex trafficking, conspiracy to commit sex trafficking and forced labor

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR 27 2018
CLERK, U.S. DISTRICT COURT
By _____
Deputy

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:** ☒ Retained Own Counsel ☐ Federal Defender Organization ☐ CJA ☐ None
**Interpreter Required?** ☒ No ☐ Yes   Language: _____

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

March 27, 2018                                     _/s/_
Date                                                Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

9