UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------------X

UNITED STATES OF AMERICA

           -against-

KEITH RANIERE, also known as
"The Vanguard,"

        Defendant.
-----------------------------------------------------------------------------------X

**NOTICE OF APPEARANCE**

Docket No.: 18-M-132

**PLEASE TAKE NOTICE,** that Paul DerOhannesian II, Esq., of the law firm of DerOhannesian & DerOhannesian, 677 Broadway, Suite 707, Albany, New York, 12207, telephone (518) 465-6420, hereby enters his appearance on behalf of the defendant, Mr. Keith Raniere, also known as "The Vanguard," in the above-captioned matter.

Dated: April 10, 2018

                /s/ Paul DerOhannesian II_____
                Paul DerOhannesian II
                Bar Roll #:  PD0523
                DerOhannesian & DerOhannesian
                Attorneys for Defendant
                677 Broadway, Suite 707
                Albany, New York 12207
                paul@derolaw.com
                (518) 465-6420