UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
UNITED STATES OF AMERICA,

-against-

KEITH RANIERE,

Defendant.
-----------------------------------------------------X

NOTICE OF APPEARANCE

18-mj-00132 (LB)

TO: CLERK OF COURT

PLEASE TAKE NOTICE that Marc Agnifilo, Esq., of Brafman & Associates, P.C., 767 Third Avenue, New York, New York 10017, is appearing for the Defendant KEITH RANIERE in the above-captioned matter.

/s/

Marc Agnifilo, Esq.
Of Counsel
Brafman & Associates, P.C.
767 Third Avenue, 26th Floor
New York, New York 10017
Phone: (212) 750-7800
Fax: (212) 750-3906
E-mail: magnifilo@braflaw.com

Dated: New York, New York
April 13, 2018