UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,

        -against-                                            NOTICE OF APPEARANCE

KEITH RANIERE,                                    18-mj-00132 (LB)

                Defendant.
----------------------------------------------------------X

TO: CLERK OF COURT

PLEASE TAKE NOTICE that Jacob Kaplan, Esq., of Brafman & Associates, P.C., 767 Third Avenue, New York, New York 10017, is appearing for the Defendant KEITH RANIERE in the above-captioned matter.

                                                            /s/
                                                Jacob Kaplan, Esq.
                                                Brafman & Associates, P.C.
                                                767 Third Avenue, 26th Floor
                                                New York, New York 10017
                                                Phone: (212) 750-7800
                                                Fax: (212) 750-3906
                                                E-mail: jkaplan@braflaw.com

Dated:       New York, New York
                April 13, 2018