UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X

UNITED STATES OF AMERICA,

        -against-                                NOTICE OF APPEARANCE

KEITH RANIERE,                            18-mj-00132 (LB)

                Defendant.
---------------------------------------------------------X

TO: CLERK OF COURT

PLEASE TAKE NOTICE that Teny Geragos, Esq., of Brafman & Associates, P.C., 767 Third Avenue, New York, New York 10017, is appearing for the Defendant KEITH RANIERE in the above-captioned matter.

                                                                 /s/
                                                   Teny Geragos, Esq.
                                                   Brafman & Associates, P.C.
                                                   767 Third Avenue, 26th Floor
                                                   New York, New York 10017
                                                   Phone: (212) 750-7800
                                                   Fax: (212) 750-3906
                                                   E-mail: tgeragos@braflaw.com

Dated:        New York, New York
                 April 13, 2018