# INITIAL APPEARANCE CALENDAR

Magistrate Judge: __Steve Tiscione__     Date: __4/13/18__

Magistrate Case Number: __18-132M__     LOG #: __2:22 - 2:25__

Defendant's Name: __Keith Raniere__

___ Court appointed counsel.     _✓_ Defendant retained counsel.

Defense Counsel: __Paul DerOhannesian II__     CJA:___ FDNY:___ RET: _✓_

A.U.S.A. __Moira Penza__     Clerk: __M. Gica__

Interpreter: _____     Language: _____

_✓_ ARRAIGNMENT on Complaint held.     _✓_ Government Agent Sworn

___ DETENTION HEARING Held:     ___ Government opposed bail for reasons stated on the record.

___ Bond set at _____.     ___ Bond set on consent of both parties.

Defendant:   ___ released   ___ held pending satisfaction of bond conditions.

___ Defendant advised of bond conditions set by the Court and signed the bond.

___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

___ (Additional) surety/ies to co-sign bond by _____

___ After detention hearing, Court orders detention in custody.   ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

_X_ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

_✓_ Preliminary Hearing set for: __4/27/18 @ 11AM__; or ___ waived by defendant

___ Status Conference set for: _____ before Judge _____

___ Medical memo issued.

___ REMOVAL (Rule 5) PROCEEDING held. To the district of: _____

___ Identity hearing held. Court ___ orders removal ___ denies removal

___ Defendant waives: ___ identity hearing ___ preliminary hearing

___ Identity/ Removal Hearing set for: _____

___ No bail application presented to the Court. Commitment to the District _____ entered.

Other Comments/Rulings: _____