GARAUFIS, J.     **CR 18   204**

SCANLON, M.J.     INDICTMENT SEALING FORM

FILED
CLERK

2018 APR 19  PM 4:19

U.S. DISTRICT COURT
EASTERN DISTRICT
OF NEW YORK

Case name: United States v. Raniere et al.

Reason for Sealing:

The government intends on effectuating the arrest of one of the named defendants in the coming day or two. The government seeks to seal the indictment to ensure that the defendant Allison Mack does not learn that she is under indictment and to prevent her from fleeing justice to avoid arrest and prosecution. Notably, the indictment has been returned well within the applicable statute of limitations and sealing is not requested simply to toll the statute.

By: _____          Date: April 19, 2018
Moira Kim Penza
Tanya Hajjar
Assistant United States Attorneys
United States Attorney's Office
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201