UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------X

UNITED STATES OF AMERICA

- against -

KEITH RANIERE, also known as
"Vanguard," and ALLISON MACK,

                Defendant.

------------------------X

<u>UNSEALING ORDER</u>

Docket No. <u>18-CR-204</u>

      Upon the application of RICHARD P. DONOGHUE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Moira Kim Penza, for an order unsealing the above-captioned matter.

      WHEREFORE, it is ordered that the above-captioned matter be unsealed.

Dated:   Brooklyn, New York
         April 20, 2018

                                      s/Cheryl L. Pollak
                                  HONORABLE CHERYL L. POLLAK
                                  UNITED STATES MAGISTRATE JUDGE
                                  EASTERN DISTRICT OF NEW YORK