UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------------X

UNITED STATES OF AMERICA

          -against-

KEITH RANIERE, also known as
"The Vanguard," and ALLISON MACK,

          Defendants.
------------------------------------------------------------------------------------X

**NOTICE OF APPEARANCE**

Docket No.: 1:18-cr-204

**PLEASE TAKE NOTICE,** that Danielle R. Smith, Esq., of the law firm of DerOhannesian & DerOhannesian, 677 Broadway, Suite 707, Albany, New York, 12207, telephone (518) 465-6420, hereby enters her appearance on behalf of the defendant, Mr. Keith Raniere, also known as "The Vanguard," in the above-captioned matter.

Dated: April 23, 2018

          /s/ Danielle R. Smith_____
          Danielle R. Smith
          Bar Roll #:  DS2411
          DerOhannesian & DerOhannesian
          Attorneys for Defendant Keith Raniere
          677 Broadway, Suite 707
          Albany, New York 12207
          danielle@derolaw.com
          (518) 465-6420