# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

767 THIRD AVENUE, 26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: BBRAFMAN@BRAFLAW.COM

BENJAMIN BRAFMAN

ANDREA ZELLAN
JOSHUA D. KIRSHNER
JACOB KAPLAN
TENY R. GERAGOS
ADMITTED IN NY AND CA

MARK M. BAKER
OF COUNSEL

MARC AGNIFILO
OF COUNSEL
ADMITTED IN NY AND NJ

April 26, 2018

BY ECF
Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    United States v. Raniere, Crim. No. 18-204 (NGG)

Dear Judge Garaufis:

    This letter is submitted to confirm that the initial status conference before this Court in the above-referenced matter has been rescheduled from Thursday, May 3, 2018 at 10:30 am to Friday, May 4, 2018 at 10:00 am. All parties, including counsel for Keith Raniere and Allison Mack, agree to exclude time for this adjournment. It is also understood that both Mr. Raniere and Ms. Mack need to be present for this conference.

    We thank you for this accommodation.

                Respectfully Submitted,

| /s/ | /s/ |
|---|---|
| Marc Agnifilo | Paul DerOhannesian |
| Jacob Kaplan | Danielle Smith |
| Teny Geragos | DerOhanesian & |
| Brafman & Associates, PC | DerOhanesian |
| 767 Third Ave – 26th Fl | 677 Broadway – Ste. 707 |
| New York, NY 10017 | Albany, NY 12207 |

cc:    All Counsel (via ECF)