April 23, 2018

Dear Judge & or Clerk of the Court,

The purpose of this correspondence is to plead with the court to not allow Keith Ranieri to post bond allowing him to remain on the streets. We have been dealing with him and his group for 15 years. In that time we have watched him separate good families and loved ones from one another. It is hard to explain the diabolical hold he has on people. We have no 1st hand knowledge concerning the recent charges against him. We are convinced once out of custody he will continue to destroy people's lives. In my personal opinion he is a "sociopath" at the very least.

Please don't allow him to do to other families what he has done to ours.

Yours truly,
Daniel & Jackie Del Negro

Roe Jogan
27 Claire Park
Saratoga Springs, N.Y. 12866

Attn: Clerk of Courts
225 Cadman Plaza East
Brooklyn, N.Y. 11201

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 27 2018 ★
BROOKLYN OFFICE

7016 3560 0000 8715 0436

CERTIFIED MAIL

U.S. POSTAGE
PAID
INDIAN ROCKS BEACH, FL
33785
APR 23, 18
AMOUNT
$6.70
R2304E107165-5

11201
1023

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE