UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -                                                                        18-CR-0204 (NGG)

KEITH RANIERE, et al

       Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Assistant United States Attorney Karin Orenstein from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

> Assistant U.S. Attorney Karin Orenstein
> United States Attorney's Office (Civil Division)
> 271 Cadman Plaza East, 7th Floor
>
> Brooklyn, New York 11201
> Tel: (718) 254-6188
> Fax: (718) 254-7489
> Email: karin.orenstein@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Karin Orenstein at the email address set forth above.

Dated: Brooklyn, New York
May 4, 2018

Respectfully submitted,

RICHARD P. DONOGHUE
United States Attorney

By: /s/ Karin Orenstein
Karin Orenstein
Assistant U.S. Attorney

cc: Clerk of the Court (NGG)