DOCKET NUMBER: CR 18-0204 (NGG)

CRIMINAL CAUSE FOR STATUS CONFERENCE

Date Received By Docket Clerk:_____     Docket Clerk Initials:_____

BEFORE JUDGE: GARAUFIS   DATE: MAY 4, 2018   TIME IN COURT __ HRS   60  MINS
@ 10:00 AM.

**1. DEFENDANT:** KEITH RANIERE

Present X   Not Present       Custody  X         Not Custody

**DEFENSE COUNSEL:** MARC AGNIFILO / PAUL DEROHANNESIAN, II / TENY GERAGOS / JACOB KAPLAN
DANIELLE SMITH
    FEDERAL DEFENDER:        CJA:            RETAINED:   X

**2. DEFENDANT: ALLISON MACK**
Present X   Not Present       Custody     Not Custody  X

**DEFENSE COUNSEL:** SEAN BUCKLEY / STEVEN KOBRE / WLILIAM MCGOVERN
    FEDERAL DEFENDER:        CJA:     RETAINED: X

**3. DEFENDANT:**
**Present   Not Present   Custody      Not Custody**

**DEFENSE COUNSEL:**
    **FEDERAL DEFENDER:  CJA:   RETAINED:**

**A.U.S.A.:** MOIRA KIM PENZA / TANYA HAJJAR

**COURT REPORTER:** MICHELE LUCCHESE
**INTERPRETER:       LANGUAGE:**
- ☐   Plea Hearing (~Util-Plea Entered)      ☐ Revocation of Probation contested
- ☐      Arraignment                          ☐ Sentencing on a violation
- ☐      Bail Modification Hearing            ☐  Motion Hearing
- ☐      Violation                            ☐  Hearing
- X    Status Conference                     ☐  Sentencing
- ☐      Bail Violation Hearing               ☐ Motion for sentence reduction
- ☐      Curcio Hearing                       ☐ Oral Argument
- ☐      Voir Dire Held         ☐     Jury selection          ☐ Jury trial
- ☐      Jury Trial Death Penalty  ☐     Sentence enhancement Phase         ☐       Bench Trial Begun

Speedy Trial Start 5/04/18     Speedy Trial Stop:6/12/2018   CODE TYPE:  XT

**Do these minutes contain ruling(s) on motion(s)?     YES                         NO  X**

STATUS CONFERENCE HELD;  THE DEFENDANT KEITH RANIERE IS ARRAIGNED AND PLEADS NOT GUILTY TO THE CHARGES CONTAINED IN THE INDICTMENT.  THERE WILL BE VOLUMINOUS DISCOVERY IN THIS CASE ACCORDING TO THE GOVERNMENT.  ALSO, ACCORDING TO THE GOVERNMENT THERE MAY BE A SUPERSEDING INDICTMENT FILED SOON.  THE NEXT STATUS CONFERENCE  IN THIS MATTER IS SCHEDULED FOR TUESDAY, JUNE 12, 2018 AT 11:30 AM.  TIME IS EXCLUDED UNDER SPEEDY TRIAL, ACT BETWEEN TODAY AND JUNE 12, 2018 FOR REVIEW OF DISCOVERY AND ANY PLEA NEGOTIATIONS ON CONSENT OF DEFENDANT MACK AND OVER THE OBJECTION OF DEFENDANT RANIERE. JURY SELECTION AND TRIAL IS SCHEDULED FOR MONDAY, OCTOBER 1, 2018.