United States District Court
Eastern District of New York

NOTICE OF
RELATED CASE

The Civil Cover Sheet filed in civil action

__18__ CV __3041 (SJ)__

indicated that this case is related to the following case(s):

____18-cr-204 NGG____