# EXHIBIT 1

Departure Number

**Department of
Homeland Security**

**CBP I-94 A (11/04)
Departure Record**

B2
APR 200125 2017 CHIM

ADMITTED

U.S. CUSTOMS AND BORDER PROTECTION
DEPARTMENT OF HOMELAND SECURITY

5747

60

Class _____
Until _____

**Oct 14 2017**

Family Name

First (Given) Name

Country of Citizenship
**MEXICO**

Birth Date (Day Mo Yr)
83

2017A115 US VISIT  2017A115 MULTIPLE