# EXHIBIT 2

# Canceled: 61 nights in Montréal, Canada

Booked by **Clare Bronfman**
Friday, Oct 6, 2017

**Cancellation**
HMJ4YCX8HR

**Check In**
Oct 10, 2017

**Check Out**
Dec 10, 2017

**Entire home/apt**

Luxurious 2br apart-Old Montreal

Montréal, Québec H2Y 0A8
Canada

Hosted by
Phone:

**4 Travelers on this trip**

+ 1 more guest

**Charges**

| | |
|---|---|
| $119.83 × 61 nights | $7309.62 |
| Cleaning fees | $65.82 |
| Service fee | $323.96 |
| **Original total** | **$7699.40** |
| Cancellation refund | ($2903.49) |
| **New total** | **$4795.91** |

**Payment**