**EXHIBIT 4**





---------- Forwarded message ---------
From: Delta Air Lines <<u>DeltaAirLines@e.delta.com</u>>
Date: Sat, Oct 14, 2017 at 12:10 PM
Subject: Your Flight Receipt - ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ 14OCT17
To: <▓▓▓▓▓▓▓▓▓▓▓▓▓>



Thanks for choosing Delta. Your Flight is confirmed.

Hello, ▓▓▓▓▓▓▓▓▓▓▓▓

**Your Trip Confirmation #: H3C8C6**

| Sat, 14OCT | DEPART | ARRIVE |
|---|---|---|
| DELTA 2 | NYC-KENNEDY | SAN DIEGO, CA |

| | | |
|---|---|---|
| Main Cabin (Y) | 7:30pm | 10:37pm |

---

**RESTRICTED HAZARDOUS ITEMS**

To ensure the safety of our customers and employees, Delta no longer accepts **hoverboards or any lithium battery powered self-balancing personal transportation devices** on board its aircraft. These items are prohibited as both carry-on and checked baggage.

**Spare batteries for other devices, fuel cells, and e-cigarettes** are permitted in carry-on baggage only. If your carry-on bag contains these items and is gate checked, **they must be removed and carried in the cabin**. Further information and specific guidelines regarding restricted items can be found here.

---

**Passenger Info**

| NAME | FLIGHT | SEAT |
|---|---|---|
| ▮▮▮▮▮▮▮▮▮▮▮ | DELTA 2 | 29B |

Visit delta.com or use the Fly Delta app to view, select or change your seat.
If you purchased a Delta Comfort+™ seat or a Trip Extra, please visit My Trips to access a receipt of your purchase.

## Flight Receipt

Ticket #: 0062300071692

Place of Issue: Delta.com

Ticket Issue Date: 14OCT17

Ticket Expiration Date: 14OCT18

**METHOD OF PAYMENT**

AX***********▮▮▮▮    $948.20 USD

**CHARGES**

**Air Transportation Charges**

Base Fare                                         $868.84 USD

**Taxes, Fees and Charges**

United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY)    $5.60 USD

United States - Transportation Tax (US)           $65.16 USD

United States - Passenger Facility Charge (XF)    $4.50 USD

United States - Flight Segment Tax (ZP)           $4.10 USD

**TICKET AMOUNT**                                 **$948.20 USD**

---

NONREF/PENALTY APPLIES

This ticket is non-refundable unless the original ticket was issued at a fully refundable fare. Some fares may not

allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply.

Fare Details: NYC DL SAN868.84YA0IA0FQ USD868.84END ZP JFK XF JFK4.5

## Checked Bag Allowance

The fees below are based on your original ticket purchase. **If you qualify for free or discounted checked baggage,** this will be taken into account when you check in.

| Sat 14 Oct 2017 | DELTA: JFK   SAN | |
| --- | --- | --- |
| CARRY ON | FIRST | SECOND |
| FREE | $25 USD | $35 USD |

Visit delta.com for details on baggage embargos that may apply to your itinerary.

**Transportation of Hazardous Materials**

Federal law forbids the carriage of hazardous materials aboard aircraft in your luggage or on your person. A violation can result in civil penalties. Examples include: Paints, aerosols, lighter fluid, fireworks, torch lighters, tear gases and compressed gas cartridges.

There are special exceptions for small quantities (up to 70 ounces total). For further information visit delta.com Restricted Items Section.

**EARN MILES WITH AIRBNB. ›** 

Book your Airbnb via deltaairbnb.com and earn miles on all stays.
Plus, new guests also get $25 toward first qualifying booking.
Terms Apply.

**BOOK YOUR SUMMER GETAWAY. ›** 

It's a great time to choose your next escape from more than 325 destinations on six continents.



    We have partnered with The Nature Conservancy to allow you to offset your carbon emissions from this trip. Go to delta.com/CO2 to calculate your CO2 emissions and learn more about offsetting.

**Terms & Conditions**

This ticket is non-refundable unless the original ticket was issued at a fully refundable fare. Some fares may not allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply.

†All SkyMiles® program rules apply. To review the rules, see Membership Guide & Program Rules. Taxes and fees for Award Travel are the responsibility of the passenger and must be paid at the time the ticket is booked. Award

> Travel seats are limited and may not be available on all flights or in all markets. Offers void where prohibited by law. Other restrictions may apply.
>
> **Checked Bag Allowance**
>
> *On Delta operated flights, you may carry on one bag and a small personal item at no charge.
>
> Delta One™/First/Business Class weight allowance reverts to 50 lbs for all checked bags beyond regular free allowance.
>
> At the time of check in with Delta, SkyMiles Medallion members, SkyTeam Elite & Elite Plus and active US Military personnel are eligible for fee waivers and other benefits. For more details, visit delta.com/baggage. Basic Cardmembers with a Gold, Platinum, or Reserve Delta SkyMiles Credit Card from American Express are eligible for the first bag fee waiver. More details on the program can be found at delta.com/firstbagfree.
>
> A standard checked bag with Delta may be up to 50 lbs and 62 linear inches (per piece). Additional fees apply for oversize, overweight, and/or additional pieces of checked baggage. Please review Delta's baggage guidelines for details. Weight and size restrictions may vary when checking baggage on carriers other than Delta. Contact with the operating carrier for detailed checked baggage allowances. You must be checked in at the gate by the applicable check-in deadlines or your reservation may be cancelled. Please review Delta's check-in requirement guidelines for details. Check-in requirements vary by airline, so if your ticket includes travel on other airlines, please check with the operating carrier on your ticket.
>
> Do you have comments about our service? Please email us to share them.
>
> **Conditions of Carriage**

--

### Melissa Pomeroy | South Pacific Destination Specialist | Fiji and Tahiti

**Email:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Websites:** www.Fijivacations.com | www.tahitianvacations.com

**Mobile:** ▮▮▮▮▮▮▮ | **Skype:** ▮▮▮▮▮▮▮

CST#1002813



