**EXHIBIT 7**

▓▓ ▓▓▓▓▓▓

▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

---------- Forwarded message ----------
From: ▓▓▓▓▓▓▓ <▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓>
Date: Mon, Oct 16, 2017 at 7:56 PM
Subject: Fwd: Your Flight Receipt - KEITH A RANIERE 17OCT17
To: Keith Raniere <keithraniere@yahoo.com>


Begin forwarded message:

> **From:** Melissa Pomeroy <▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓>
> **Subject: Fwd: Your Flight Receipt - KEITH A RANIERE 17OCT17**
> **Date:** October 16, 2017 at 3:16:34 PM EDT
> **To:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
>
>
> **Melissa Pomeroy | South Pacific Destination Specialist | Fiji and Tahiti**
>
> **Email:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
>
> **Websites:** www.Fijivacations.com | www.tahitianvacations.com
>
> ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
>
> CST#1002813

---------- Forwarded message ----------
From: **Delta Air Lines** <DeltaAirLines@e.delta.com>
Date: Mon, Oct 16, 2017 at 12:05 PM
Subject: Your Flight Receipt - KEITH A RANIERE 17OCT17
To:

Thanks for choosing Delta. Your Flight is confirmed.

### Hello, KEITH A

**Your Trip Confirmation #: GYXJA9**

| Tue, 17OCT | DEPART | ARRIVE |
|---|---|---|
| DELTA 5594* First Class (I) | MONTERREY, MEXICO 1:30pm | ATLANTA 5:16pm |
| DELTA 1515 First Class (P) | ATLANTA 8:00pm | ALBANY, NY 10:20pm |

*Flight 5594 Operated by EXPRESSJET DBA DELTA CONNECTION

**RESTRICTED HAZARDOUS ITEMS**

To ensure the safety of our customers and employees, Delta no longer accepts **hoverboards or any lithium battery powered self-balancing personal transportation devices** on board its aircraft. These items are prohibited as both carry-on and checked baggage.

**Spare batteries for other devices, fuel cells, and e-cigarettes** are permitted in carry-on baggage only. If your carry-on bag contains these items and is gate checked, **they must be removed and carried in the cabin**. Further information and specific guidelines regarding restricted items can be found here.

**Passenger Info**

| NAME | FLIGHT | SEAT |
|---|---|---|
| KEITH A RANIERE | DELTA 5594 | 04D |
|  | DELTA 1515 | 01D |

Visit delta.com or use the Fly Delta app to view, select or change your seat.
If you purchased a Delta Comfort+™ seat or a Trip Extra, please visit My Trips to access a receipt of your purchase.

**Flight Receipt**

Ticket #: 0062300509053

Place of Issue: Delta.com

Ticket Issue Date: 16OCT17

Ticket Expiration Date: 16OCT18

**METHOD OF PAYMENT**

AX********* $1408.75 USD

**CHARGES**

**Air Transportation Charges**

Base Fare $1269.00 USD

**Taxes, Fees and Charges**

| | |
|---|---|
| United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY) | $5.60 USD |
| United States - Transportation Tax (US) | $18.00 USD |
| United States - Animal and Plant Health Inspection Service Fee (APHIS User Fee - Passengers (XA) | $3.96 USD |
| Mexico - Airport Departure Tax - TUA (XD) | $48.89 USD |
| Mexico - Transportation Tax - IVA (XO) | $50.80 USD |
| United States - Immigration and Naturalization Fee(Immigration User Fee) (XY) | $7.00 USD |
| United States - Custom User Fee (YC) | $5.50 USD |

**TICKET AMOUNT** $1408.75 USD

NONREF/VALID DL ONLY

This ticket is non-refundable unless the original ticket was issued at a fully refundable fare. Some fares may not allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply.

Fare Details: MTY DL X/ATL DL ALB1269.00BNNA0RMM/WNUP NUC1269.00END ROE1.00

**Checked Bag Allowance**

The fees below are based on your original ticket purchase. **If you qualify for free or discounted checked baggage,** this will be taken into account when you check in.

| Tue 17 Oct 2017 | DELTA: MTY   ATL | |
|---|---|---|
| CARRY ON | FIRST | SECOND |
| FREE | FREE | FREE |

| Tue 17 Oct 2017 | DELTA: ATL   ALB | |
|---|---|---|
| CARRY ON | FIRST | SECOND |
| INCLUDED | INCLUDED | INCLUDED |

Visit delta.com for details on baggage embargos that may apply to your itinerary.

**Transportation of Hazardous Materials**

Federal law forbids the carriage of hazardous materials aboard aircraft in your luggage or on your person. A violation can result in civil penalties. Examples include: Paints, aerosols, lighter fluid, fireworks, torch lighters, tear gases and compressed gas cartridges.

There are special exceptions for small quantities (up to 70 ounces total). For further information visit delta.com Restricted Items Section.

### EARN MILES WITH AIRBNB. › 

Book your Airbnb via deltaairbnb.com and earn miles on all stays.
Plus, new guests also get $25 toward first qualifying booking.
Terms Apply.

### BOOK YOUR SUMMER GETAWAY. › 

It's a great time to choose your next escape from more than 325 destinations on six continents.



We have partnered with The Nature Conservancy to allow you to offset your carbon emissions from this trip. Go to delta.com/CO2 to calculate your $CO_2$ emissions and learn more about offsetting.

**Terms & Conditions**

This ticket is non-refundable unless the original ticket was issued at a fully refundable fare. Some fares may not allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply.

†All SkyMiles® program rules apply. To review the rules, see Membership Guide & Program Rules. Taxes and fees for Award Travel are the responsibility of the passenger and must be paid at the time the ticket is booked. Award Travel seats are limited and may not be available on all flights or in all markets. Offers void where prohibited by law. Other restrictions may apply.

**Checked Bag Allowance**

*On Delta operated flights, you may carry on one bag and a small personal item at no charge.

Delta One™/First/Business Class weight allowance reverts to 50 lbs for all checked bags beyond regular free allowance.

At the time of check in with Delta, SkyMiles Medallion members, SkyTeam Elite & Elite Plus and active US Military personnel are eligible for fee waivers and other benefits. For more details, visit delta.com/baggage. Basic Cardmembers with a Gold, Platinum, or Reserve Delta SkyMiles Credit Card from American Express are eligible for the first bag fee waiver. More details on the program can be found at delta.com/firstbagfree.

A standard checked bag with Delta may be up to 50 lbs and 62 linear inches (per piece). Additional fees apply for oversize, overweight, and/or additional pieces of checked baggage. Please review Delta's baggage guidelines for details. Weight and size restrictions may vary when checking baggage on carriers other than Delta. Contact with the operating carrier for detailed checked baggage allowances. You must be checked in at the gate by the applicable check-in deadlines or your reservation may be cancelled. Please review Delta's check-in requirement guidelines for details. Check-in requirements vary by airline, so if your ticket includes travel on other airlines, please check with the operating carrier on your ticket.

Do you have comments about our service? Please email us to share them.

**Conditions of Carriage**

Air transportation on Delta and the Delta Connection® carriers is subject to Delta's conditions of carriage. They include terms governing for example:

- Limits on our liability for personal injury or death of passengers, and for loss, damage of delay of goods and baggage.
- Claim restrictions including time periods within which you must file a claim or bring action against us.
- Our right to change terms of the contract.

Case 1:18-cr-00204-NGG-VMS   Document 43-7   Filed 06/05/18   Page 6 of 6 PageID #: 231

• Check-in requirements and other rules established when we may refuse carriage.
• Our rights and limits of our liability for delay or failure to perform service including schedule change, substitution of alternative air carriers or aircraft, and rerouting.
• Our policy on overbooking flights, and your rights if we deny you boarding due to an oversold flight.

These terms are incorporated by reference into our contract with you. You may view these conditions of carriage on delta.com, or by requesting a copy from Delta.

You have received this email because you elected to receive your Electronic Ticket receipt sent to you via email. If you would like to take advantage of other Delta email programs featuring special fares, promotions, information and flight updates, please visit: delta.com/emailprograms or delta.com/notifications.

This document establishes the creation of your electronic EMD(S) in our computer systems. It does not constitute a document of carriage. Where this document is issued for transportation or services other than passenger air transportation, specific terms and conditions may apply. These terms and conditions may be provided separately or may be obtained from the issuing agent.

**Copyright Information**

This email message and its contents are copyrighted and are proprietary products of Delta Air Lines, Inc. Any unauthorized use, reproduction, or transfer of this message or its contents, in any medium, is strictly prohibited.

This is a post only email (EMD+). Please do not respond to this message.

© 2017 Delta Air Lines, Inc. All rights reserved.

**Privacy Policy**

Your privacy is important to us. Please review our Privacy Policy.

[redacted]