**EXHIBIT 8**

**SURROGATE'S COURT OF THE STATE OF NEW YORK**
**COUNTY OF SARATOGA**

JAN 17 2018

---

PROBATE PROCEEDING, Will of

PAMELA ANNE CAFRITZ,

Deceased.

Renunciation of Nominated Executor and/or Trustee

File Number _____

JAN 17 2018

---

I, **Keith Raniere** residing at _3 Flintlock lane_____, nominated as an executor and/or trustee in the Last Will and Testament of Pamela Anne Cafritz, ("Decedent") dated April 18, 2016, (the "Will"), late of _21 Oregon drive_____ in the County of Saratoga, New York, hereby renounce the appointment and all right and claim to letters testamentary and/or letters of trusteeship of and under the Will or to act as executor and/or trustee thereof.

I hereby waive the issuance and service of a citation in the above entitled matter, and consent that the Will dated April 18, 2016, a copy of which has been received by the undersigned, be forthwith admitted to probate. I hereby consent that Letters Testamentary issue to **Rosa Laura Junco** without the necessity of furnishing a bond. If a bond is furnished, I hereby waive and release all right to make any claim on the bond in any capacity whatsoever.

_/s/ Keith Raniere_
**Keith Raniere**
Dated: 12/20/17

STATE OF ~~NEW YORK~~ Jalisco )
COUNTY OF ___Guadalajara___ ) ss.

On _12/20_, 2017, before me personally appeared **Keith Raniere**, to me known and known to me to be the person described in and who executed the foregoing instrument, and duly acknowledged the execution thereof.

_____
Notary Public

Commission Expires: _for life_

(Affix Notary Stamp or Seal)



---

Anthony L. Meola, Esq.
Schmeiser, Olsen & Watts, LLP
3 Manhattanville Road, Suite 105
Purchase, New York 10577

914-825-1039
ameola@iplawusa.com

SUBJECT TO PROTECTIVE ORDER

NXIVM00000154

Tribunal Suplente del Estado de New York
Condado de Saratoga

Juicio testamentario, Testamento de
PAMELA ANNE CAFRITZ,
Finada.

Renuncia del Albacea
Designado y/o Fiduciario
Expediente No. __

El suscrito, **Keith Raniere**, con residencia en 3 Flintlock Lane designado como albacea y/o fiduciario en la Última Voluntad y Testamento de Pamela Anne Cafritz, ("Finanda") fechado el 18 de abril de 2016, (el "Testamento"), anteriormente) 21 Oregon Drive en el Condado de Saratoga, New York, por este medio renuncio a la designación y a todos los derechos y al ejercicio de la designación de albacea y/o designación de fiduciario de y conforme al Testamento o para actuar como albacea y/o fiduciario del mismo.

Por este medio renuncio a la expedición y a que se me cite mediante notificaciones en el asunto antes mencionado, y doy mi consentimiento para que el Testamento fechado el 18 de abril de 2016, cuya copia ha sido recibida por el suscrito, sea inmediatamente admitido en el juicio testamentario. Por este medio otorgo mi consentimiento para que se expida la designación de albacea a favor de **Rosa Laura Junco**, sin necesidad de que otorgue fianza alguna. En caso de que se otorgue una fianza, por este medio renuncio y la libero de cualquier derecho que yo tenga para presentar cualquier reclamación contra la fianza con cualquier carácter.

Una firma: Keith Raniere
**Keith Raniere**
Fechado: 20/12/2017

ESTADO DE ~~NEW YORK~~ Jalisco )
CONDADO DE _____ Guadalajara ) a saber,

El 20 de diciembre de 2017, ante mí compareció personalmente Keith Raniere, a quien conozco y quien sé que es la persona descrita y quien firmó la renuncia aquí contenida y reconoció ante mí que él firmó la misma.

_____
Notario Público

Mi nombramiento vence: Nombramiento vitalicio

(Estampe aquí el Sello o timbre Notarial)

Lic. Anthony L. Meola.
Schmeiser, Olsen & Watts, LLP
3 Manhattanville Road, Suite 105
Purchase, New York 10577

914-825-1039
ameola@ipiawusa.com



NXIVM00000155

THIS DOCUMENT WAS TRANSLATED FROM SPANISH LANGUAGE INTO ENGLISH.
LO TRADUJE DEL IDIOMA ESPAÑOL AL INGLÉS.

**Eloísa Bonales Herrera**
Perito Traductor de los idiomas
Inglés-Español y viceversa
Folio No. 033
Vigencia: 01 de mayo 2017 - 30 de abril 2018
Autorizado por el Consejo de la Judicatura
del Estado de Jalisco

**Eloísa Bonales Herrera**
Perito Traductor de los idiomas
Inglés-Español y viceversa
Autorizado por el Supremo Tribunal
de Justicia del Estado de Jalisco

ELOÍSA BONALES HERRERA
*e-mail: eloisabonales07@gmail.com mobile phone: +33 1148 9236*
*GUADALAJARA, JALISCO, MEXICO DECEMBER 20TH, 2017.*
GUADALAJARA, JALISCO, MÉXICO DICIEMBRE 20 DE 2017.
*EXPERT TRANSLATOR AUTHORIZED BY THE SUPREME COURT OF THE STATE WITH REGISTRATION NUMBER BHE131196-157; AND BY THE JUDICIAL COUNCIL OF THE STATE, WITH IDENTIFICATION CARD NUMBER 033.*
PERITO TRADUCTOR AUTORIZADO POR EL SUPREMO TRIBUNAL DE JUSTICIA DEL ESTADO CON NÚMERO DE REGISTRO BHE131196-157; Y POR EL CONSEJO DE LA JUDICATURA DEL ESTADO, CREDE
NCIAL NÚMERO DE FOLIO 033.

THREE SEALS:
1) *ELOÍSA BONALES HERRERA. EXPERT TRANSLATOR. ENGLISH. SPANISH. SUPREME COURT OF JUSTICE IN THE STATE OF JALISCO.*
2) *ELOÍSA BONALES HERRERA. EXPERT TRANSLATOR IN ENGLISH LANGUAGE. EXPERT'S IDENTIFICATION NUMBER 508. TERM : MARCH 1ST, 2017 TO FEBRUARY 28TH, 2018. AUTHORIZED BY THE CITY COUNCIL OF GUADALAJARA, JALISCO.*
3) *ELOÍSA BONALES HERRERA. EXPERT TRANSLATOR. ENGLISH-SPANISH AND VICE VERSA. FOLIO 033. TERM: MAY 1ST, 2017 - APRIL 30TH, 2018. AUTHORIZED BY THE JUDICIAL COUNCIL OF THE STATE OF JALISCO.*

ELOISA BONALES HERRERA
Perito traductor del idioma inglés
Clave asignada:508
Vigencia: 02 de marzo de 2017
28 de febrero de 2018
Autorizado por el Ayuntamiento de
Guadalajara, Jalisco



\- - NUMBER FIFTY-FOUR (54). ----------------------------------------------------------------
\- - BOOK I FIRST. -----------------------------------------------------------------------------
\- - IN THE CITY OF GUADALAJARA, JALISCO ON DECEMBER TWENTIETH (20TH), TWO THOUSAND AND SEVENTEEN (2017), I **JOSE GUILLERMO MEZA GARCIA**, Esq., ACTING IN MY CAPACITY OF NOTARY PUBLIC NUMBER ONE HUNDRED AND THIRTY-SIX (136) OF THIS MUNICIPALITY OF GUADALAJARA, JALISCO.-------------
-------------------------------------------CERTIFY ---------------------------------------------
\- -That KEITH ALAN RANIERE, appeared before me and declared that he was born in New York, United States of America on August twenty-sixth (26th) one thousand nine hundred and sixty (1960). He is single. His address is 3 three Flintlock Lane Clifton Park, New York, United States of America; he identified himself with passport number four, eight, seven, eight, seven, four, five, two, three, (487874523) issued by the United States Department of State that I saw and gave back to the interested person, attaching a copy of it to the Book of Certifications with the corresponding number, and he ratified before me the content of the instrument within in each and all of its parts. I attest that the person who appeared before me has legal capacity, does not have any legal impediment and signed this certification. I have recorded this certification in my Book of Records of Certifications at 13:30 thirteen hours and thirty minutes on this day.----- I ATTEST.



KEITH ALAN RANIERE

JOSE GUILLERMO MEZA GARCIA
NOTARY PUBLIC NUMBER ONE HUNDRED AND THIRTY-FOUR (134) OF GUADALAJARA, JALISCO

Hologram of the Colleges of Notaries of the State of Jalisco. –
A seal that says: National Coat of Arms. - United Mexican States. – JOSE GUILLERMO MEZA GARCIA, Esq., Notary Public No. 136. – Guadalajara, Jalisco.-

- - NUMERO 54 CINCUENTA Y CUATRO.------------------------------------------------
- - LIBRO I PRIMERO.------------------------------------------------------------------------
- - EN LA CIUDAD DE GUADALAJARA, JALISCO, A LOS 20 VEINTE DIAS DEL MES DE DICIEMBRE DEL 2017 DOS MIL DIECISIETE, YO, **JOSE GUILLERMO MEZA GARCIA**, NOTARIO PUBLICO NUMERO 136 CIENTO TREINTA Y SEIS DE ESTA MUNICIPALIDAD DE GUADALAJARA, JALISCO.------------------------------
------------------------------ **C E R T I F I C O** ------------------------------------
--- Que presente el señor: KEITH ALAN RANIERE, nacido en New York, Estados Unidos de América, el día 26 veintiséis de agosto de 1960 mil novecientos sesenta, soltero, con domicilio en la finca marcada con el número 3 tres de la calle Flintlock Lane Clifton Park, New York, Estados Unidos de América, mismo que se identifica con pasaporte número 487874523 cuatro, ocho, siete, ocho, siete, cuatro, cinco, dos, tres, expedido por la Secretaría de Estado de los Estados Unidos de América, documento que tengo a la vista y devuelvo al interesado, copia fotostática del mismo ya esta agregada con el número correspondiente del Libro de Certificaciones, ratificando ante mi presencia el contenido del presente escrito, en todas y cada una de sus partes, haciendo constar que el compareciente tiene capacidad y sin impedimentos legales, firmando el presente para constancia de lo que dejo tomada razón en mi Libro de Registro de certificaciones, siendo las 13.30 trece horas con treinta minutos del día de hoy.------------------------------------------------------------------ DOY FE.-----


KEITH ALAN RANIERE

DOCTOR EN DERECHO JOSE GUILLERMO MEZA GARCIA
NOTARIO PÚBLICO NÚMERO 136

*SUBJECTO TO PROTECTIVE ORDER*

NXIVM00000158



NXIVM00000159