# EXHIBIT 9

------- Original Message -------
On April 10, 2018 6:21 PM, Melissa Pomeroy <​​​​​​​​​​​​​​​​​​​​> wrote:

**Melissa Pomeroy | South Pacific Destination Specialist | Fiji and Tahiti**

**Email:** |

**Websites:** www.Fijivacations.com **|** www.tahitianvacations.com

**Mobile:**

CST#1002813



---------- Forwarded message ----------
From: **Delta Air Lines** <DeltaAirLines@e.delta.com>
Date: Thu, Nov 9, 2017 at 3:13 AM
Subject: It's Time To Check-In
To:

Thanks for choosing Delta. Your Flight is confirmed.

Hello, **CLARE BRONFMAN and KEITH A RANIERE**   SkyMiles® 

**Delta Confirmation #: HKBCI9**

Your flight on Friday, November 10 is available for check-in.

Ready for your upcoming flight? Save time and check in online now whether you are traveling with or without baggage. And don't worry about reconfirming your flights, you're all set!

| Friday, November 10 | DEPART | ARRIVE | SEATS |
|---|---|---|---|
| Delta 2352 | Albany, New York 6:12 am | Atlanta, Georgia 9:05 am | Seat |
| Delta 347 | Atlanta, Georgia 10:20 am | Monterrey 12:30 pm | Seat |

**AUTOMATIC CHECK-IN NOW AVAILABLE**

We've added Automatic Check-In to the Fly Delta app to save you time and hassle. This means if you're traveling in the United States, Puerto Rico or the U.S Virgin Islands, we'll automatically check you in 24 hours prior to your scheduled departure. Just open the app and you'll be on your way. Don't have the app? Click here to download. Learn more about automatic check-in.

**RESTRICTED HAZARDOUS ITEMS**

To ensure the safety of our customers and employees, Delta no longer accepts **hoverboards or any lithium battery powered self-balancing personal transportation devices** on board its aircraft. These items are prohibited as both carry-on and checked baggage.

**Spare batteries for other devices, fuel cells, and e-cigarettes** are permitted in carry-on baggage only. If your carry-on bag contains these items and is gate checked, **they must be removed and carried in the cabin**. Further information and specific guidelines regarding restricted items can be found here.

**Baggage Embargo for Monterrey**

A baggage embargo may apply to your itinerary. Visit delta.com for additional details on baggage embargos and to verify the weight and number of bags allowed.

Check out the weather in Monterrey.

Thank you for choosing Delta, we look forward to seeing you onboard soon!

**NEED MORE MILES? ›** 

Buy and transfer miles on delta.com.

**EARN MILES WITH AIRBNB. ›** 

Book your Airbnb via deltaairbnb.com and earn miles on all stays.
Plus, new guests also get $25 toward first qualifying booking.

Terms Apply.

## GIVE THE GIFT OF GO



**Conditions of Carriage**

Air transportation on Delta and the Delta Connection® carriers is subject to Delta's conditions of carriage. They include terms governing for example:

• Limits on our liability for personal injury or death of passengers, and for loss, damage of delay of goods and baggage.
• Claim restrictions including time periods within which you must file a claim or bring action against us.
• Our right to change terms of the contract.
• Check-in requirements and other rules established when we may refuse carriage.
• Our rights and limits of our liability for delay or failure to perform service including schedule change, substitution of alternative air carriers or aircraft, and rerouting.
• Our policy on overbooking flights, and your rights if we deny you boarding due to an oversold flight.

**Advise To Passengers On Limitations Of Liability**

For international travel to or from another country, airline liability is governed by the Montreal Convention or the Warsaw Convention. There are no financial limits for death or bodily injury, and the airline may make an advance payment to cover immediate economic needs. The airline's liability for passenger delay; and for loss, delay or damage to baggage may be limited by the Conventions. In case of, baggage, the liability limit is 1131 Special Drawing Rights (approximately US $1787) per passenger for international travel. The baggage limit is US $3,500 per ticketed passenger for US domestic travel. These baggage liability limitations apply unless you declare a higher valuation and pay additional charges at check-in. In case of international travel, any action in court to claim damages must be brought within two years from the date of the actual or scheduled arrival of the aircraft; and, in case of baggage claims, written notice to the carrier must be made within 7 days of the receipt of checked baggage in case of damage, and, in case of delay, within 21 days from the date on which it was placed at the disposal of the passenger. If your journey also involves carriage by other airlines, you should contact them for information on their limits of liability. See the notice with your tickets or consult your airline or travel agent for further information.

**Email Subscription**

You are currently subscribed to receive Delta Messenger Notifications via email at melissa@fijivacations.com. If you would like to take advantage of other Delta email programs featuring special fares, promotions and information, please visit delta.com/emailprograms.

**Privacy Policy**

Your privacy is important to us. Please review our Privacy Policy.

**Copyright Information**

This email message and its contents are copyrighted and are proprietary products of Delta Air Lines, Inc. Delta Blvd., P.O. Box 20706 Atlanta, GA 30320-6001. Any unauthorized use, reproduction, or transfer of this message or its contents, in any medium, is strictly prohibited.

© 2017 Delta Air Lines, Inc. All rights reserved.