| CJA 23 (Rev 11/11) | **FINANCIAL AFFIDAVIT** |
|---|---|
| | IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE |

IN THE UNITED STATES ☐ DISTRICT COURT  ☐ COURT OF APPEALS  ☐ OTHER (Specify below)
IN THE CASE OF

_____ v. _____

FOR _____
AT _____

LOCATION NUMBER: _____

**PERSON REPRESENTED** (Show your full name): Keith Raniere

1 ☐ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Supervised Release Violator
5 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

DOCKET NUMBERS
Magistrate Judge: _____
District Court: _____
Court of Appeals: _____

**CHARGE/OFFENSE** (describe if applicable & check box →)  ☐ Felony  ☐ Misdemeanor

### ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**
- Are you now employed? ☐ Yes  ☐ No  ☑ Self-Employed
- Name and address of employer: Self Empowerment / Personal Growth Classes
- IF YES, how much do you earn per month? $ 0
- IF NO, give month and year of last employment? How much did you earn per month? $ _____
- If married, is your spouse employed? ☐ Yes  ☑ No
- IF YES, how much does your spouse earn per month? $ _____
- If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $ _____

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☑ No
- RECEIVED: $ _____   SOURCES: _____

**CASH**
- Do you have any cash on hand or money in savings or checking accounts? ☐ Yes ☑ No  IF YES, total amount? $ 0

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☑ Yes ☐ No
- IF YES, give value and description for each: $ 60,000 — owns 50% of house — Clifton Park, NY — Property purchase court from Pam + K.R. +3

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
- MARITAL STATUS: ☑ Single / Married / Widowed / Separated or Divorced
- Total No. of Dependents: 2
- List persons you actually support and your relationship to them: 11 yr old — no contact; 7 month old — in Mexico with Mother

**DEBTS & MONTHLY BILLS** (Rent, utilities, loans, charge accounts, etc.)

| DESCRIPTION | TOTAL DEBT | MONTHLY PAYMENT |
|---|---|---|
| Residing in Clifton Park NY — in Mexico past 4 months | $ 0 | $ 0 |
| | $ | $ |
| | $ | $ |
| | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): Keith Alan Raniere

Date: 3-27-18