

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

TH/MKP
F.#2017R01840

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 31, 2018

By ECF

The Honorable Nicholas G. Garaufis
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Keith Raniere, et al.
      Criminal Docket No. 18-204 (NGG) (S-1)

Dear Judge Garaufis:

  The government respectfully submits this letter to request that the enclosed stipulation and order concerning discovery materials be so-ordered by the Court. The proposed stipulation and order has been signed by counsel for defendants Keith Raniere, Clare Bronfman, Allison Mack, Lauren Salzman, and Nancy Salzman, in counterparts, for the Court's consideration.

              Respectfully submitted,

              RICHARD P. DONOGHUE
              United States Attorney

        By: /s/ Tanya Hajjar
           Moira Kim Penza
           Tanya Hajjar
           Assistant U.S. Attorneys
           (718) 254-7000

cc: Clerk of the Court (NGG) (by ECF)
   Defense Counsel (By ECF)