# EXHIBIT 2

## *INTEREST IN HORSES LED TO BRUNO MEETING*

The Times Union (Albany, New York)

October 8, 2007 Monday, 1 EDITION

Copyright 2007 The Hearst Corporation All Rights Reserved

**Section:** MAIN; Pg. A3

**Length:** 518 words

## Body

Political consultant Roger Stone acknowledges he introduced the millionaire Bronfman sisters, Sara and Clare, devotees of the **_NXIVM_** executive training program, to Senate Majority Leader Joseph L. Bruno because of a common interest in horses.

The Bronfmans ended up writing checks totaling $31,600 last year to the Senate Republican Campaign Committee. A limited liability corporation using the same address as the women provided $34,763 in air transportation - in-kind contributions - to the Senate GOP housekeeping account. The jet rides were likely for Bruno, Senate officials say.

Stone won't say whether he is a student of **_NXIVM_**, the controversial organization based in the Capital Region, which does business as Executive Success Programs. But he and his son, Scott Stone, who run a political consulting business, are on a list of **_NXIVM_** students obtained by the Times Union.

Roger Stone recently lost his job helping the Senate Republicans after a person with his voice and using his telephone number left an obscenity-laced message on the office phone of Gov. Eliot Spitzer's father. Stone has denied it was him.

It's fine with him After insisting he isn't a lobbyist, American Racing and Entertainment Chairman Jeff Gural has agreed to register as one after all and to pay a $500 penalty.

Gural, a Manhattan real estate executive who's invested a small fortune in video slots at Tioga Downs and Vernon Downs, could have faced a fine as high as $25,000, but came away with the $500 charge after agreeing to register as a lobbyist for American Racing.

Gural said earlier he didn't consider himself a lobbyist since he already pays for one and isn't paid for lobbying work.

The staff of the former state lobbying commission, in one of its last investigations, concluded Gural had been lobbying the Legislature on behalf of American Racing to let VLT operators keep more of the money that goes into the gambling machines, and had more than $5,000 in expenses. By law, someone who works for passage or defeat of a bill and spends or is paid at least $5,000 is a lobbyist, and must register with the state.

Leader's new office Perhaps it's a case of office envy. Or just a needed upgrade, as Curtis Taylor, director of communications for Senate Minority Leader Malcolm Smith, describes the renovation project on the third floor of the Capitol.

Workers have been tearing up Taylor's office in recent days, ripping down the wall that separated his quarters from his press officer's. In the end, he'll have the back office all to himself, and some Senate staffers say it's because Taylor has compared his relatively small digs to the bigger work area of his counterpart in the Senate majority, John McArdle.

INTEREST IN HORSES LED TO BRUNO MEETING

Taylor said "updating" was needed, such as new wiring and a new wall, "nothing out of the ordinary," and suggested the communications office won't be changing.

A Senate Democrat said Taylor's staff will be working upstairs from his office because of the rearrangement.

Contributors: State editor Jay Jochnowitz and Capitol bureau reporter James M. Odato. Got a tip? Call 454-5424 or e-mail *jjochnowitz@timesunion.com*

## Notes

Capitol Confidential

**Load-Date:** October 8, 2007

---

End of Document