# EXHIBIT 1



**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

MKP/TH
F. #2017R01840

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 3, 2018

By Email and FedEx

Marc Agnifilo, Esq.
Brafman & Associates
767 Third Avenue
New York, NY 10017

Re:     United States v. Keith Raniere, et al.
        Criminal Docket No. 18-204 (NGG) (S-1)





| | | |
|---|---|---|
| ████████ | ████████ | ██████ |
| ████████ | ██████ | ███ |
| ████████ | ██████████████ | ███ |
| ████████ | ██████████████ | ███ |
| ████████ | █████████████ | ███ |
| ████████ | █████████████ | ███ |
| ████████ | █████████████ | ███ |
| ███████████████ | █████████ | ███ |
| ███████████████ | █████████████ | ███ |
| ████████ | █████████████ | ███ |
| ████████ | █████████████ | ███ |
| ███████████████ | █████████████ | ███ |
| █████████ | █████████████ | ███ |
| █████████ | ███████████ | ███ |
| █████████ | ████████ | ███ |
| | | |
| ██████████ | █████████ | ██ |











Very truly yours,

RICHARD P. DONOGHUE
United States Attorney

By:   /s/ Moira Kim Penza
      Moira Kim Penza
      Tanya Hajjar
      Assistant U.S. Attorneys
      (718) 254-7000

Enclosures