# EXHIBIT 2



**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

MKP/TH
F. #2017R01840

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 10, 2018

<u>By Email</u>

Marc A. Agnifilo
Brafman & Associates
767 Third Avenue
New York, NY 10017

    Re: <u>United States v. Raniere, et al.</u>
       <u>Criminal Docket No. 18-204 (S-1) (NGG)</u>





                    Very truly yours,

                    RICHARD P. DONOGHUE  
                    United States Attorney

By:    /s/ Moira Kim Penza  
                    Moira Kim Penza  
                    Tanya Hajjar  
                    Assistant U.S. Attorneys  
                    (718) 254-7000