# EXHIBIT 5



**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| MKP/TH | *271 Cadman Plaza East* |
| F. #2017R01840 | *Brooklyn, New York 11201* |

August 28, 2018

<u>By FedEx and Email</u>

Marc A. Agnifilo
Brafman & Associates
767 Third Avenue
New York, NY 10017

       Re:    United States v. Keith Raniere, et al.
              <u>Criminal Docket No. 18-204 (S-1) (NGG)</u>



| ████████ | ████████ | ████████ | ████████ |
|---|---|---|---|
| ████████ | ████████████ | ██████ ███ | ████████ ████████ ███ |
| ████████ | ████████ | ██████ ███ | ████████ ████████ ███ |
| ████████ | ████████ | ██████ ███ | ████████ ████████ ███ |
| ████████ | ████████████ | ██████ ███ | ████████ ████████ ███ |
| ████████ | ████████ | ██████ ███ | ████████ ████████ ███ |
| ████████ | ████████████ | ██████ ███ | ████████ ████████ ███ |
| ████████ | ████████ | ██████ ███ | ████████ ████████ ███ |
| █████████ | ████████████ | ██████ ███ | ████████ ████████ ███ |
| ████████ | ████████ | ██████ ███ | ████████ ████████ ███ |
| █████████ | ████████████ | ██████ ███ | ████████ ████████ ███ |
| ████████ | ████████ | ██████ ███ | ████████ ████████ ███ |

| ███████████ | ███████████ | ████████ | ███████████ |
|---|---|---|---|
| ████████ | ███████████ | ██████ ███ | ██████████ ███████████ ██████ |
| ████████ | ███████████ | ██████ ███ | ██████████ ███████████ ██████ |
| ████████ | ██████ | ██████ ███ | ██████████ ███████████ ██████ |

| ██████ | ██████ | ████ ██ | ████ ██████ |
| ██████ | ████████████ | ████ ██ | ████ █████ |

Very truly yours,

RICHARD P. DONOGHUE
United States Attorney

By:    /s/ Moira Kim Penza
Moira Kim Penza
Tanya Hajjar
Assistant U.S. Attorneys
(718) 254-7000

Enclosure

4