# EXHIBIT 6



U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MKP/TH  *271 Cadman Plaza East*
F. #2017R01840  *Brooklyn, New York 11201*

August 30, 2018

By Email

Marc A. Agnifilo
Brafman & Associates
767 Third Avenue
New York, NY 10017

      Re:    United States v. Keith Raniere, et al.
             Criminal Docket No. 18-204 (S-1) (NGG)

Dear Counsel:

       The government writes to inform you that due to an objection by counsel for another defendant, discovery copies of the materials identified in the government's August 28, 2018 letter to you are being held from production to all defendants in the above-captioned case.[1] The government will inform you when the objection is addressed and when the materials will be released for production to counsel for all defendants pursuant to the protective order entered by the Court.

                                Very truly yours,

                                RICHARD P. DONOGHUE
                                United States Attorney

              By:    /s/ Tanya Hajjar
                      Moira Kim Penza
                      Tanya Hajjar
                      Assistant U.S. Attorneys
                      (718) 254-7000

---

      [1] By letter dated August 3, 2018, the government notified you that such objections to the disclosure of discovery copies of materials to all defendants may delay the production of discovery.