

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MKP/TH
F.#2018R01840

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 2, 2018

<u>By Hand and ECF</u>

The Honorable Vera M. Scanlon
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:   United States v. Keith Raniere, et al.
              <u>Criminal Docket No. 18-204 (S-1) (NGG) (VMS)</u>

Dear Judge Scanlon:

      The Court initially set today's status conference as a control date to address, if necessary, issues that were raised by certain defendants at the end of last Thursday's status conference. Since that conference the parties have been working productively to address and resolve those issues. The parties jointly agree that in light of the progress that has been made, a conference today is not necessary unless there are other issues the Court wishes to address.

      Respectfully submitted,

      RICHARD P. DONOGHUE
      United States Attorney

By:     /s/
      Moira Kim Penza
      Tanya Hajjar
      Assistant U.S. Attorney
      (718) 254-6454/6109

cc: Clerk of Court (NGG) (by ECF)
    Counsel of Record (by ECF)