DIF

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------
UNITED STATES OF AMERICA

    -against-

LAUREN SALZMAN,

        Defendant.
-----------------------------------------------------------

18 CR 204 (NGG)

**ORDER**

Upon considering the Motion for Leave to Withdraw James L. Burke as Counsel of Record, IT IS HEREBY ORDERED:

The Motion is GRANTED. James L. Burke is hereby withdrawn as counsel in this case.

SIGNED this 4th day of Oct., 2018.

/S/ Judge Nicholas G. Garaufis
_____
Judge Nicholas G. Garaufis

QB\54331434.1