**EXHIBIT 4**



**RÉGIMEN FISCAL:** RÉGIMEN GENERAL DE LEY DE PERSONAS MORALES
**RAZÓN SOCIAL:** AEROENLACES NACIONALES S.A. DE C.V.
**RFC:** ANA050518RL1
**DOMICILIO FISCAL:** CARR. MIGUEL ALEMÁN KM. 24 COL. APODACA CENTRO APODACA, NUEVO LEÓN, MÉXICO, CP. 66600

# ¡YA ESTAS LISTO PARA VOLAR!
Revisa a detalle el itinerario de vuelo

Clave de Reservación:  █████
Modalidad:  **VIVASMART ***

⚠ ESTO NO ES UN PASE DE ABORDAR





## DETALLES DE PRECIOS



| | | | |
|---|---|---|---|
| Vuelo de Ida | 1 Adultos | MXN $ | 1,273.04 |
| | 1 Infantes | MXN $ | 0.00 |
| | Total Tarifa | MXN $ | 1,273.04 |
| | Impuestos | MXN $ | 330.26 |

**MXN $ 1,603.30**



| | | | |
|---|---|---|---|
| Beneficios Adicionales | MXN | $ | 732.76 |
| IVA | MXN | $ | 320.93 |
| | **Total:** | **MXN $** | **2,656.99** |

## DETALLES DE VUELO

**Salida**

Puerto Vallarta(T) - Monterrey(TC)   16:25 - 18:00

DOM. 25 MAR. 2018

Vuelo ▮▮▮▮▮▮▮

## DETALLES DE PASAJEROS

Pasajeros

1 Adulto(s)

Nombre: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

1 Infante(s) (Menor de 2 años)

Nombre: ▮▮▮▮▮▮▮▮▮▮

Contacto
Nombre: VB Ventas MTY Apto POS
Teléfono: 0
Teléfono Móvil (Celular):
Dirección de correo electrónico: ▮▮▮▮▮▮▮▮▮▮▮

## DETALLES DEL PAGO

**Tarjeta de Crédito**

| Número de Pago:22006816 | Fecha de Pago:25/03/2018 | Monto: MXN $ 1,806.99 | Estatus: Aprobado |
| Número de Pago:22006843 | Fecha de Pago:25/03/2018 | Monto: MXN $ 850.00 | Estatus: Aprobado |

**Monto pendiente:** MXN $ 0.00

## BENEFICIOS ADICIONALES

| | | |
|---|---|---|
|  | **VIVASMART ***<br>Incluye equipaje de mano de 15 Kgs + equipaje documentado de 25 Kgs + Pase VIP + Viva Express + Cambios de fecha ilimitados + Pase Flex | Incluído |
|  | Selección de Asientos<br><br>**Puerto Vallarta - Monterrey**<br>▬▬▬▬▬▬▬▬▬▬▬▬     ASIENTO 2F | Incluído |
|  | Pase VIP<br><br>!Bien jugado! Serás de los primeros en abordar al avión. | Incluído |
|  | Viva Express<br><br>!Bien hecho! Serás de los primeros en documentar el vuelo, utilizando la Fila de abordaje Viva Express. | Incluído |
|  | Equipaje Documentado<br><br>**Equipaje de 25Kg (M)**<br>**1 Maleta Extra 15Kg (CH)**<br>¡Tú si sabes ahorrar! - Te acabas de ahorrar hasta un 80% en tu equipaje adicional documentado. | MXN $ 732.76 |

Recuerda que cualquier maleta documentada no deberá medir más de 158 centímetros lineales.
*158 cm = Altura + ancho + el largo



| Equipaje de Mano | Incluído |

**Equipaje de Mano de 15 Kg.**

Podrás llevar en cabina una maleta de mano y un artículo personal, que entre los dos, no midan más de 55 x 40 x 25 centímetros.



| Cargo de Conveniencia | MXN $ 0.00 |

Ver términos y condiciones



| Pase Flex | Incluído |

**Total:** MXN $ 732.76

## COMPENSACIONES

## Obtén las mejores ofertas con Viva Aerobus

¿Buscas algún lugar donde hospedarte? VivaHoteles cuenta con cientos de habitaciones disponibles, desde la básica hasta la más lujosa, todas ellas a precios con descuento.

**Buscar Hoteles**



¿Pensando en rentar algún auto durante tu viaje? VivaAutos te permite comparar los precios con las mejores arrendadoras de autos para que siempre obtengas el mejor precio disponible.

**Buscar Autos**



¿Necesitas transportación desde o hacia el Aeropuerto? Ahora es más fácil que nunca con VivaTransfers. Negociamos con las compañías líderes en Transporte Terrestre para traerte múltiples opciones a precios increíbles.

**Buscar Transfers**



¿Buscando alguna actividad o tour durante tú viaje? VivaAtracciones cuenta con cientos de opciones en Tours, Atracciones y Actividades en tu destino, siempre a precios con increíbles descuentos.

**Buscar Atracciones**








**BOOKING:** I2DWGY
PVR - MTY mar. 25 2018 16:25 hr
MARIANA FERNANDEZ




## ¡NOTIFICACIÓN IMPORTANTE A PASAJEROS!

En Viva Aerobus operamos una estricta política de "NO EFECTIVO" en todos los mostradores de documentación y puertas de abordaje. Se les informa que cualquier cargo generado en el aeropuerto, tendrá que ser pagado con tarjeta de crédito o débito.

Aceptamos tarjetas Master Card, Visa o American Express.





**El presente documento no representa un comprobante para efectos fiscales. En caso de que desee facturar su reservación, favor de acceder a facturacion.vivaaerobus.com**

**IMPORTANTE – FAVOR DE LEER ANTES DE TU VUELO**

**La factura electrónica** de tu compra la puedes obtener con nuestros agentes de venta en mostradores, llamando a nuestro Centro de Atención Telefónica o en el portal de Facturación Electrónica en el enlace: http://facturacion.vivaaerobus.com/. Tienes 30 días naturales para generar la factura una vez que la reserva está confirmada como pagada. Para mayor detalle consultar el aviso de Facturación Electrónica en el siguiente enlace: https://www.vivaaerobus.com/mx/mi-vuelo/genera-tu-factura-electronica

**1.- Identifica el tipo de reserva que compraste:** Tu confirmación indica el tipo de reservación que adquiriste y tu franquicia de equipaje, revísala muy bien para evitar contratiempos el día de tu viaje y poder identificar si requieres algún servicio adicional y poderlo comprar con tiempo y ahorrar.

**2.- Revisa tu franquicia de equipaje (VivaLight, VivaBasico y VivaOTA)** Asegúrate de que tu equipaje cumpla con los requisitos de la franquicia de equipaje que elegiste, y que viajes con el peso que requieras y puedas ahorrar.

**3.- Limitaciones para transportar líquidos, geles, cremas y aerosoles en el equipaje de mano:** Asegúrate que líquidos, geles, aerosoles y cremas en tu equipaje de mano estén en envases de máximo 100 ml y colocados en una bolsa de plástico transparente. Si contienen más de 100 ml deberán ser transportados en el equipaje documentado.

**4.- Artículos prohibidos:** Asegúrate que líquidos, geles, aerosoles y cremas en tu equipaje de mano estén en envases de máximo 100 ml y colocados en una bolsa de plástico transparente. Si contienen más de 100 ml deberán ser transportados en el equipaje documentado. Da click aquí

**5.- Proceso de documentación:** Debes presentarte 2 horas antes de la salida del vuelo (nacionales) y 3 horas antes (internacionales) en los mostradores de documentación. El vuelo se cierra 45 minutos antes de su salida (nacionales) y 60 minutos (internacionales), por lo que es muy importante llegar con tiempo o de lo contrario perderás tu vuelo.

**6.- Identificacion oficial válida para viajar:** Debes presentar una identificación oficial para poder viajar, incluyendo pasajeros menores de edad. Da click aquí para mayor información

**7.- Identifica los servicios adicionales que adquiriste con tu reservación:** Tu confirmación indica los servicios adicionales que adquiriste. Si requieres algún otro servicio, te recomendamos lo compres antes de tu vuelo para que puedas ahorrar hasta un 75% ya que el costo en el aeropuerto es más alto.

**8.- Términos y condiciones:** Es importante que antes de viajar leas los términos y condiciones que aceptaste al adquirir tu vuelo con Viva Aerobus, los puedes leer en el siguiente link: https://www.vivaaerobus.com/mx/info/terminos-y-condiciones

**9.- ¿Viajas con menores de edad?** Si viajas con menores de edad, consulta la siguiente información sobre los requisitos necesarios para cuando viajan solos o pasajeros viajando con infantes [Da click aquí para mayor información](#)

**10.- Adultos mayores y requerimientos especiales:** ¿Viajas con un adulto mayor y tienes algún requerimiento especial? Viva Aerobus cuenta, en cumplimiento de la normatividad exigida por la DGAC, con procedimientos ya establecidos para brindar apoyo a pasajeros con movilidad reducida o alguna discapacidad, conoce nuestros servicios en el siguiente link [https://www.vivaaerobus.com/mx/info/terminos-y-condiciones#Discapacidad](https://www.vivaaerobus.com/mx/info/terminos-y-condiciones#Discapacidad)

**11.- Devolución del costo del Boleto:** El Pasajero tiene derecho a cancelar sin cargo alguno su Reservación, siempre y cuando lo solicite dentro de las 24 horas siguientes a la compra de su Reservación y con al menos 7 (siete) días previos a la fecha de vuelo.