

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

TH/MKP
F. #2017R01840

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 29, 2018

By ECF

The Honorable Vera M. Scanlon
United States Magistrate Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Keith Raniere, et al.
                  Criminal Docket No. 18-204 (S-1) (NGG) (VMS)

Dear Judge Scanlon:

      The government encloses (1) a corrected version of the letter filed on November 27, 2018 (see Docket Entry 206); and (2) proof of service of the Court's November 28, 2018 order on Michael Sullivan, Esq.

                                           Respectfully submitted,

                                           RICHARD P. DONOGHUE
                                           United States Attorney

                         By:    /s/
                                           Moira Kim Penza
                                           Tanya Hajjar
                                           Assistant U.S. Attorneys
                                           (718) 254-7000

cc:    Clerk of Court (NGG) (by ECF)
        Counsel of Record (by ECF)