UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

KEITH RANIERE,
CLARE BRONFMAN,
ALLISON MACK,
KATHY RUSSELL,
LAUREN SALZMAN, and
NANCY SALZMAN,

            Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

Docket No. 18-204 (S-1) (NGG) (VNS)

        I, Tanya Hajjar, hereby certify that on November 28, 2018, I caused to be served, by electronic mail, a copy of the Court's November 28, 2018 order in the above-captioned case upon Michael Sullivan, Esq., and received confirmation of receipt.

By:   /s/ Tanya Hajjar
       Moira Kim Penza
       Tanya Hajjar
       Assistant U.S. Attorney
       (718) 254-7000