UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – – – –X

UNITED STATES OF AMERICA

    - against -

KEITH RANIERE, et al.,

        Defendants.

– – – – – – – – – – – – – – – – – – –X

[PROPOSED] ORDER

Docket No. 18-CR-204 (S-1) (NGG)

        Upon the December 4, 2018 application of Richard P. Donoghue, United States Attorney for the Eastern District of New York, by Assistant United States Attorneys Moira Kim Penza and Tanya Hajjar,

        IT IS HEREBY ORDERED that disclosure in the above-captioned case, pursuant to Rule 16 of the Federal Rules of Criminal Procedure, of unredacted copies of the following search warrants and affidavits in support of the warrants may be deferred until one month prior to the date set for the filing of suppression motions in the trial of the above-captioned case: <u>In re the Search of Information Associated with the Yahoo! Identifier "keithraniere@yahoo.com,"</u> 18-M-981, issued and sealed by the Honorable Cheryl L. Pollak on October 15, 2018; <u>In re the Search of Information Associated with the Google Identifier "clarewbronfman@gmail.com,"</u> 18-M-982, issued and sealed by the Honorable Cheryl L. Pollak on October 15, 2018; and <u>In re the Search of Electronically Stored Information Extracted from Electronic Devices Seized from 3 Oregon Trail, Waterford, NY 1288 Now Located in the Eastern District of New York</u>, 18-MJ-1018, issued and ordered sealed by the Honorable Roanne L. Mann on October 24, 2018.

IT IS FURTHER ORDERED that, because the Court has found that the government's countervailing interest in protecting the safety of the witnesses and the integrity of the government's ongoing investigation outweighs the public's qualified right to access, the government's <u>ex parte</u> application of December 4, 2018 shall remain sealed until further order of the Court.

Dated:  Brooklyn, New York
            December _____, 2018

                                                                                                                _____
                                                                                                                The Honorable Nicholas G. Garaufis
                                                                                                                 United States District Judge
                                                                                                                 Eastern District of New York