DECEMBER 6, 2018 AT 11:00 AM
BEFORE: NICHOLAS G. GARAUFIS, U.S.D.J.
CR 18-0204 (NGG)
USA V. RANIERE, ET AL.
MINUTES IN COURT: 60
COURT REPORTER: LINDA MARINO

| DEFENDANTS | ATTORNEYS |
|---|---|
| 1. KEITH RANIERE | MARC AGNIFILO / PAUL DEROHANNESIAN, II<br>TENY GERAGOS / JACOB KAPLAN |
| 2. CLARE BRONFMAN | SUSAN NECHELES / KATHLEEN CASSIDY |
| 3. ALLISON MACK | SEAN BUCKLEY / STEVEN KOBRE<br>WILLIAM MCGOVERN |
| 4. KATHY RUSSELL | JUSTINE HARRIS |
| 5. LAUREN SALZMAN | HECTOR DIAZ / ANDREA TAZIOLI |
| 6. NANCY SALZMAN<br>Not present | DAVID STERN / ROBERT SOLOWAY |

AUSA'S: MOIRA KIM PENZA / TANYA HAJJAR / KARIN ORENSTEIN

STATUS CONFERENCE HELD; CURCIO COUNSEL WILL BE APPOINTED FOR EACH DEFENDANT NEXT WEEK WITH RESPECT TO THE POTENTIAL CONFLICT OF THE AN IRREVOCABLE TRUST TO WHICH CLARE BRONFMAN IS THE PRIMARY CONTRIBUTOR. THE PREVIOUSLY SET MOTION SCHEDULES REMAIN IN PLACE: DEFENSE MOTIONS BY NOVEMBER 16, 2018; GOVERNMENT RESPONSE BY DECEMBER 14, 2018; ANY REPLY BY DECEMBER 21, 2018; ORAL ARGUMENT IS SCHEDULED FOR WEDNESDAY, JANUARY 9, 2019 AT 11:00 AM.

CR 18-0204 (NGG)
USA V. RANIERE, ET AL.

CONTINUED FROM PAGE ONE:

DEFENSE PRETRIAL MOTIONS AS TO SEVERANCE, SUPPRESSION AND DISCOVERY: DEFENSE MOTIONS BY JANUARY 7, 2019; GOVERNMENT RESPONSE BY JANUARY 21, 2019 ; ANY REPLY BY JANUARY 30, 2019.  THE GOVERNMENT'S MOTION TO ADMIT ENTERPRISE AND OTHER ACT EVIDENCE: MOTIONS BY JANUARY 28, 2019; DEFENSE RESPONSE BY FEBRUARY 4, 2019; ANY REPLY BY FEBRUARY 11, 2019.  MOTIONS IN LIMINE: MOTIONS BY FEBRUARY 11, 2019; RESPONSE BY FEBRUARY 22, 2019; ANY REPLY BY MARCH 4, 2019. PARTIES WILL SUBMIT  PROPOSED JURY QUESTIONNAIRES.  DEFENSE COUNSEL  WILL SUBMIT A SEALED EX PARTE LETTER TO THE COURT WITH RESPECT TO THE IRREVOCABLE TRUST ARRANGEMENT.  ALL DEFENDANTS AGREE TO THE CONTINUATION OF THE COURT'S COMPLEX CASE DESIGNATION.