**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

MKP/TH

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 7, 2018

<u>By Hand and ECF</u>

The Honorable Vera M. Scanlon
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: <u>United States v. Keith Raniere et al.</u>
           <u>Criminal Docket No. 18-204 (S-1) (NGG) (VMS)</u>

Dear Judge Scanlon:

      The government respectfully writes in response to the Court's request that the government state its position regarding release for attorneys' eyes only of the unredacted Warrants discussed in its previous public filings (Dkt. Nos. 216, 228). The government has no objection to making such disclosure once a protective order to that effect is entered by the Court. An amended proposed order is enclosed for the Court's consideration.

      Respectfully submitted,

      RICHARD P. DONOGHUE
      United States Attorney

By:    /s/
      Moira Kim Penza
      Tanya Hajjar
      Assistant U.S. Attorneys
      (718) 254-7000

Enclosure

cc:    Counsel of record (by ECF)
      Clerk of Court (NGG) (by ECF)