UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

Keith Raniere, et al.,

            Defendants.
- - - - - - - - - - - - - - - - -X

ORDER

Docket No.
18-CR-204 (S-1)
(NGG)(VMS)

       Upon the Court's thorough review of the December 4, 2018 application of Richard P. Donoghue, United States Attorney for the Eastern District of New York, by Assistant United States Attorneys Moira Kim Penza and Tanya Hajjar, at ECF No. [216], and of the supporting <u>ex parte</u> December 4, 2018 application by same, which at Sections II(A), (B) seeks deferred disclosure of certain evidence until six weeks before jury selection in the above-captioned case is set to begin;

       IT IS HEREBY ORDERED that, pursuant to Rule 16 of the Federal Rules of Criminal Procedure, disclosure in the above-captioned case of evidence described in Sections II(A), (B) in the government's <u>ex parte</u> December 4, 2018 application may be deferred until six weeks before jury selection in the above-captioned case is set to begin;

IT IS FURTHER ORDERED that, because the Court finds that the government's interests described in Section IV (at page 8) of the <u>ex parte</u> December 4, 2018 application outweigh the public's qualified right to access, the government's <u>ex parte</u> application of December 4, 2018 shall remain sealed until further order of the Court; and

IT IS FURTHER ORDERED that this Order shall in no way limit Defendants' rights to review and object to such evidence before trial, including by moving the Court to suppress such evidence if appropriate.

Dated:  Brooklyn, New York
        December 17, 2018

                                       *Vera M. Scanlon*
                                       VERA M. SCANLON
                                     United States Magistrate Judge
                                      Eastern District of New York