| | |
|---|---|
| **From:** | Clare Bronfman <█████████████> |
| **Sent:** | Tuesday, October 11, 2016 11:51 PM |
| **To:** | keithraniere |
| **Subject:** | Visa |

Hi,

So here are the options in order of best to worst:

EB5 - money is invested (it needs to be from her) into a company that is used to this process, then we wait for the approval of the visa. This takes about 9 months (we may be able to extend her current visa in the interim) Pros - least scrutiny, long term solution Cons - $550,000 investment (we may be able to get the $50K fee down a little). Long wait time

Marriage: Self explanatory!
Pros: It can be done immediately no investment of funds
Cons: Scrutiny, likely a fraud investigation - likely won't prove it is fraud but it will be unpleasant, I am looking into if it is 100% confidential - if fraud is found, she could get banned

EB1C - Use Saggita as the company she would be coming to manage the company - but she would need to legitimately prove she had the skills and ability and that the company is in a place it wants to open here - it is legitimate and a good business plan
Pros: Fastest, none of the investment of marriage problems
Cons: There is significant history to go against it: Current visa's, █████'s visa issues, the state of the US aspect of the company. John feels there is a high risk of either denial or denial with a ban for fraud.

Cx