| | |
|---|---|
| **From:** | Keith Raniere <​█████████████​> |
| **Sent:** | Wednesday, December 21, 2016 10:29 PM |
| **To:** | Clare Bronfman |
| **Subject:** | Re: Fwd: Notice of Gift |

I don't have the money yet to make this gift... I won't even be able to assess that for a while... but Pam had a desire to make this gift which can be done from her estate or something like that...

On Wednesday, December 21, 2016 4:30 PM, Clare Bronfman <​█████████████​> wrote:


Begin forwarded message:

> **From:** John Sandweg <​█████████████​>
> **Subject: Fwd: Notice of Gift**
> **Date:** December 21, 2016 at 3:42:58 PM EST
> **To:** Clare Bronfman <​█████████████​>
> **Cc:** Matt Burbach <​█████████████​>
>
> Great-
>
> Looping in Clare here.
>
> Clare - let us know if you want to discuss the options.  The more safeguards we place on the gift, the more scrutiny we will face from USCIS.  This iteration is essentially a straight transfer.
>
> JS
>
> ---------- Forwarded message ----------
> From: **Matt Burbach** <​█████████████​>
> Date: Wed, Dec 21, 2016 at 7:46 PM
> Subject: Notice of Gift
> To: John Sandweg <​█████████████​>
>
>
> John,
>
> Attached please find a draft Notice of Gift, from Keith Raniere to ███████ We need a few more items of information to complete, but this is pretty straightforward.  This does not require a particular use of the funds, but as discussed we run risks of disapproval by CIS if we draft it as a gift and prescribe the use of funds.

That said, let's think about whether we want to draw up a two-step process – we prepare the gift documents and an escrow agreement.  The gift is wired to ███████ and the parties sign the Notice of Gift at the same time that ███████, EB-5 Fund and Escrow Agent sign an escrow agreement providing that the funds are to be deposited into ███████'s account and then into the escrow.

Alternative #2, we provide an escrow into which Keith deposits the funds now and upon identifying an EB-5 project, the funds are released by Keith to ███████ as a gift.

Matt

Matthew C. Burbach
Burbach Law LLC
███████████████████████████



--
– –


John Sandweg
███████████


The information contained in this electronic mail transmission is intended by Frontier Solutions solely for the use of the individual or entity to whom/which it is addressed.  This e-mail may also contain confidential and privileged information and/or attorney work product. This information is only for the intended recipient.  If you have received this email in error please notify the system manager. If you are not the named addressee and intended recipient you may not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received it by mistake and delete it from your system. If you are not the intended recipient you are hereby notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.