Begin forwarded message:

**From:** Diego Ruiz Durán ███████████████████
**Subject: State Attorney Directive**
**Date:** October 11, 2017 at 5:23:02 PM HST
**To:** ███████████████████

Dear ████ :

 My name is ████████████ and I am an attorney  whose services have been engaged by NXIVN Mexico. I took the liberty of writing to you to let you know that the State´s Attorney´s Office in Mexico, has issued some directives against you and another individuals  . Attached please find such directives which will also be presented to you via certified mail. You should know that I also took the liberty to translate such document to English for your understanding.

Best regards,

# BUFETE RUIZ DURÁN S.C.
## ABOGADOS

Diego Ruiz Duran
Bufete Ruiz Duran S.C.
Andres Bello Numero 10 Piso 6
██████████████████
██████████████████████

---------------------------------------------------------------------------------------------------------------------------
Este mensaje y sus anexos son confidenciales. Si usted recibió este mensaje por error del remitente, le agradeceremos eliminar el mensaje y sus anexos y no copiarlos y difundirlos. De igual manera le agradeceremos avisar cuanto antes al remitente, vía telefónica o correo electrónico.
This message and any attachment ara confidential. If you are not the intended recipient, please telephone or email the sender and delete this message and any attachment from your system. If you are not the intended recipient do not copy this message o attachment or disclose the contents to any other person.Thank you.