

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

MKP/TH/KMT                                          271 Cadman Plaza East
                                                    Brooklyn, New York 11201

January 22, 2019

<u>By Hand and ECF</u>

The Honorable Nicholas G. Garaufis
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    <u>United States v. Keith Raniere, et al.</u>
              <u>Criminal Docket No. 18-204 (S-1) (NGG) (VMS)</u>

Dear Judge Garaufis:

      Pursuant to Rule IV(C) of the Court's Individual Rules, the government respectfully requests permission to file an oversized memorandum of law in opposition to Clare Bronfman's motion to suppress (DEs 271-273), and Keith Raniere's motion to suppress and for a <u>Franks</u> hearing (DE 269). The defendants' briefing in support of these motions, including attorney affirmations, totals 48 pages. The government requests permission to file a single brief, consisting of no more than 50 pages, in opposition to these two motions.

                                      Respectfully submitted,

                                      RICHARD P. DONOGHUE
                                      United States Attorney

                     By:    /s/_____
                            Moira Kim Penza
                            Tanya Hajjar
                            Kevin Trowel
                            Assistant U.S. Attorneys
                            (718) 254-7000

cc:    Counsel of record (by ECF)
        Clerk of Court (NGG) (by ECF)

*Application granted.*
*So ordered.*

s/Nicholas G. Garaufis

1/22/19