**ASHCROFT LAW FIRM**™

February 7, 2019

Magistrate Judge Vera M. Scanlon
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    <u>USA v. Raniere et al | 1:18-cr-00204-NGG-VMS</u>

Dear Judge Scanlon:

On February 6, 2019, this Honorable Court issued an Order in the above-referenced criminal matter to discuss privilege issues, with an optional request for my attendance at said conference on February 11, 2019, at 12:30PM in New York. I received this notice on February 7, 2019 at approximately 1:21pm from the United States Attorney's Office. Due to my being out of the country on business and not returning until late Saturday evening, my office asked Assistant United States Attorney, Ms. Tanya Hajjar, if there would be any objections, subject to Court approval, with me appearing telephonically. The United States Attorney's Office responded they have no objections to my appearance by telephone.

As such, I am respectfully requesting this Honorable Court to allow me to participate in the February 11, 2019, hearing on the privilege issues via telephone. Thank you for your attention to this matter.

                              Sincerely,

                              <u>/s/ Michael J. Sullivan</u>
                              Michael J. Sullivan