# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

767 THIRD AVENUE, 26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: ATTORNEYS@BRAFLAW.COM

BENJAMIN BRAFMAN

MARK M. BAKER
OF COUNSEL

MARC A. AGNIFILO
OF COUNSEL

ANDREA L. ZELLAN

JOSHUA D. KIRSHNER

JACOB KAPLAN

TENY R. GERAGOS
ADMITTED IN NY & CA

STUART GOLD

February 13, 2019

VIA ECF

The Honorable Nicholas G. Garaufis
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

>    Re:    United States v. Keith Raniere, 18 Cr. 204 (NGG)

Dear Judge Garaufis:

We are in receipt of the Court's February 12, 2019 Order (i) appointing Avraham C. Moskowitz as defendant Keith Raniere's Curcio counsel, (ii) directing Counsel to provide Mr. Moskowitz with specified documents and (iii) ordering a Curcio hearing on February 19, 2019 at 2:30 P.M. We write to inform the Court that Marc Agnifilo and Teny Geragos had previously been scheduled to appear in the District of Utah, Central Division, on February 19th at 1:00 P.M.

If Your Honor would like to proceed with the February 19th appearance without Mr. Agnifilo, Ms. Geragos will appear on behalf of the firm. Mr. DerOhannesian would also be available on February 19th. However, if Your Honor would like both Mr. Agnifilo and Mr. DerOhannesian present, February 21, 2019 between 12 P.M. and 2:30 P.M. works for all parties including Mr. Moskowitz.

Thank you for your attention to this matter.

Respectfully submitted,

Marc Agnifilo (TRG)

Marc Agnifilo

cc:    All Counsel (via ECF)