

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MKM:MKP/TH/MJL/KMT  
F. #2017R01840

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 22, 2019

By ECF

The Honorable Nicholas G. Garaufis  
United States District Judge  
United States District Court  
225 Cadman Plaza East  
Brooklyn, New York 11201

      Re: United States v. Clare Bronfman, et al.  
           Criminal Docket No. 18-204 (NGG) (S-1)

Dear Judge Garaufis:

      The government respectfully requests an extension of the deadline to submit the update, ordered by the Court, regarding 8 U.S.C. § 1324(a)(1)(A)(iv), from today until Monday, February 25, 2019. Counsel for Bronfman has consented to this request and would like an opportunity to reply to the government's submission by no later than March 4, 2019.

      Respectfully submitted,

      RICHARD P. DONOGHUE  
      United States Attorney

By:   /s/  
      Moira Kim Penza  
      Tanya Hajjar  
      Mark J. Lesko  
      Kevin M. Trowel  
      Assistant U.S. Attorneys  
      (718) 254-7000

cc:   Clerk of Court (NGG) (by ECF)  
      Counsel of Record (by ECF)