# EXHIBIT 9

| | |
|---|---|
| **From:** | Lauren Salzman |
| **To:** | Keith Raniere |
| **Subject:** | Re: ▇▇▇ |
| **Date:** | Tuesday, November 9, 2010 6:39:04 AM |

Ah, ok.  That's good.
  Thank you.
xoxo


On 11/9/10 2:56 AM, "Keith Raniere" <keithraniere@▇▇▇▇▇ wrote:

> Hi honey,
> You do not want to buy into ▇▇▇ tantrum or externalizations. Likewise you do not want to tell her what to do or how to be. You might try asking her the difference between being in the room for a day... or as long as she has. From a present time perpective there is no difference except suffering and entitlement....
> Hope this helps, Keith

> **From:** Lauren Salzman <Lauren▇▇▇▇▇
> **To:** Keith Raniere <keithraniere▇▇▇▇▇
> **Sent:** Mon▇▇▇▇er 8, 2010 10:46:25 PM
> **Subject:** ▇▇▇▇▇

> Doomp,
>   I'm going to sleep but apparently Bobo wrote a letter that said "let me out I'm coming undone". ▇▇▇▇ intercepted it and didn't show the parents bc they are so reactionary.  She instead texted me asking for permission to speak to ▇▇▇   I told her "no" and explained why I thought it was bad on a postulate level.  I am not going there tonight b/c of the letter, but I will stop by in the morning.  Probably around 8am.  I plan to explain to ▇▇ that I think she's had a huge setback and this focus of "let me out of the room" is totally in the opposite direction of healing a breach.  If there's anything that you think I should add or do differently please let me know.
>   If not, and if you're ok with what I'm planning I'll just report in afterwards.  I will call you before I go over there in the morning, but I've not been able to reach you mornings this week.  If possible I'd like to sleep through the night tonight, but if there's anything urgent you need to tell me about this you can wake me.  If not, I'll be up around 6:30am.
>   Love you.
> xx