# EXHIBIT 10

**Sent:** Sun, 26 Feb 2012 19:04:23 -0500
**Subject:** update
**From:** ▮
**To:** ▮
**Cc:** Lauren Salzman <Lauren@▮

Dear family
I am sharing my understanding of where we are with ▮
Driving south while in San Antonio ▮ said she wanted to do things right and ▮ asked about full honesty.
She had mama PSP and 1,000 pesos and 100 Euros she stole from me.
She also hacked my facebook account.
We agreed in consequences that we had promised many times but never did, that was go back to Mexico.
▮ went to the border to see her crossing the border, my accountant was waiting for her across the bridge.
She had 10 weeks to do 3 tasks while in Mexico
1.- Earning her living down there. I just gave her 1660 pesos cash, around 128 US and I paid the bus ticket to Merida.
2.- Deliver book reports results.
3.- Getting her USA visa. I would pay the fees but ▮ needed to do all the paperwork

My accountant drove her to SLP and put her in a bus to Merida. They made a stop in Monterrey where she looked for
books for the book report. She did not find any.
While in Merida she sent two lengthy emails describing for the most part the carnaval. She shared the struggle in her about doing the commitment and attending the party.
It sounded like fun instead of healing. I sent an email telling her that. She then went into the worried mood. True? who knows.
It is difficult to believe what ▮ says based in past data.
She was asked to deliver within 72 hrs from her arrival a full proposal and she just sent a small paragraph without detail.
Once in Merida she asked me to deliver books for the book report while she missed the opportunity to have some in Monterrey. I didn't.
She also missed the opportunity about the full proposal in the more that seventeen hour bus trip to Merida.

She said is staying at
▮

Merida, Yucatan ▮

She say she chosed a book in Spanish called Sensations and Perceptions to start book reports
▮ thinks that she is still playing games with little or no conscience. ▮ has proof that ▮ hacked the greathead account (▮ had changed the password previously).
▮ and the team are preparing a precise draft with shorter span times for ▮ to earn her comeback.
It is deeply sad to say but seems like more and more difficult that ▮ will come back.
Tell me or ▮ what you think about it
Love
Papa

PD She asked over and over again permit to write K and the three of you.
She sent kisses and hellos and the message that she is safe.

Document Number 48352