# EXHIBIT 11

**Cc:**
**From:**
**Subject:** Re: important
**Sent:** Wed, 29 Feb 2012 14:17:21 -0500
**To:**

Thats our conditions of satisfaction, just tell her to do so, if she wants those things (papers) she has to push and work for them, in response to the last very victim like questions you can tell her she hasn't done anything at all and that's why we are doing this.
In my opinion she is playing victim now, she is smart enough to do a book report in 48 hours, that's all we are asking for right now.

Sent from my Laser iPhone 4.

On Feb 29, 2012, at 1:45 PM, ███ wrote:

> I just received this communication
>
> ---------- Forwarded message ----------
> From: ███
> Date: 2012/2/29
> Subject: Re: important
> To: ███
>
> Papa,
> I dont have a book report now and will not have it ready in 48 hours. I started working on the one i told you and it is about 600 pages lonmg and in a large text-book like format, so it doesnt fit my measurements. And I started it just on on Saturday. Also I have sent you all the accounts I had access to, there is nothing more I can send you. I didnt open a facebook or skype account yet as i said i would because it would be pointless since i have no money to pay at the cyber to use them.
> Withouth my papers I cannot do anything about my visa, at all.
> I am so sad. I cry every time I am alone. You havent answered my constant questions about being able to write keith and ███. I have so much I need to say to each of you. This really seems impossible now.
> Why wont you send me my papers? You said on the last talk you and ███ had with me that you´d help me with my visa in every way you could, sending me what i needed, even economically, and i am not asking for anything but my papers -- i will pay you for sending them if that is what you want. There is nothing I can do without them. I cannot renew my passport yet because I have no money. I cannot open a bank account to begin building the basis for a tourist visa because i have no proof of address, i cannot begin applying at au pair institutions because I have no proof of any education. I can do nothing.
> What is this? what did i do? I have been trying to survive and just I as I am getting started. What am I supposed to do? What do you want me to do?
>
> 2012/2/29 ███
>
> > Dear ███
> >
> > The family no longer has the heart to keep calling you out on your destructiveness and playing your games. Please send a book report and all the email accounts and passwords you had access to in the last year to me within 48 hours. This report needs to be based on a book that is 250 pages or more, and must be a minimum of 10,000 words. Thereafter, you will need to send 1 new book report by midnight EST every 7 days. If you do not complete these tasks, without exception or excuse, **it will demonstrate to us a lack of care for the family and therefore we can not**

**support such difference in values.** Additionally, you need to legitimately return to Clifton Park by Wednesday, April 4th 2012. Unfortunately, we cannot consider sending you any of your requested documents.

With Love
Papa, ███████ ███████