## BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

767 THIRD AVENUE, 26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: ATTORNEYS@BRAFLAW.COM

BENJAMIN BRAFMAN

MARK M. BAKER
OF COUNSEL

MARC A. AGNIFILO
OF COUNSEL

ANDREA L. ZELLAN
JOSHUA D. KIRSHNER
JACOB KAPLAN
TENY R. GERAGOS
ADMITTED IN NY & CA
STUART GOLD

March 13, 2019

VIA ECF

The Honorable Vera M. Scanlon
United States Magistrate Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Keith Raniere, et al., 18 Cr. 204 (NGG)

Dear Judge Scanlon:

We write on behalf of Keith Raniere to waive his appearance for the discovery hearing scheduled for tomorrow, March 14, 2019 at 3:30 P.M. We informed the government that Raniere waives his appearance for this hearing and does not need to be produced on March 9, 2019.

Thank you for your attention to this matter.

Respectfully submitted,

/s/
Marc Agnifilo
Teny Geragos

cc: All Counsel (via ECF)