

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MKP/TH/MJL
F. #2017R01840

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 15, 2019

By ECF

The Honorable Vera M. Scanlon
United States Magistrate Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: United States v. Keith Raniere, et al.
           Criminal Docket No. 18-204 (S-1) (NGG) (VMS)

Dear Judge Scanlon:

      The government respectfully submits this letter to inform the Court that it expects to be able to reproduce the documents from DSCV_00000061, a Western Digital storage device that was produced in full to all counsel on October 5, 2018, by March 25, 2019.

      Respectfully submitted,

      RICHARD P. DONOGHUE
      United States Attorney

By:   /s/ _____
     Moira Kim Penza
     Tanya Hajjar
     Mark J. Lesko
     Kevin Trowel
     Assistant U.S. Attorneys
     (718) 254-7000

cc:    Counsel of Record (by ECF)