**DOCKET NUMBER: CR 18-0204 (NGG)**

## CRIMINAL CAUSE FOR CURCIO HEARING

Date Received By Docket Clerk:_____    Docket Clerk Initials:_____

**BEFORE JUDGE:** <u>GARAUFIS</u>  **DATE:** FEBRUARY 21, 2019  **TIME IN COURT** __ HRS  60  MINS
@ 12:00 PM.

**1. DEFENDANT:** KEITH RANIERE

Present X   Not Present       Custody  X    Not Custody

**DEFENSE COUNSEL:** MARC AGNIFILO / TENY GERAGOS
   FEDERAL DEFENDER:       CJA:              RETAINED: X

**2. DEFENDANT:**
Present   Not Present       Custody    Not Custody

**DEFENSE COUNSEL:**
   FEDERAL DEFENDER:       CJA:       RETAINED:

**3. DEFENDANT:**
Present   Not Present   Custody      Not Custody

**DEFENSE COUNSEL:**
   FEDERAL DEFENDER:  CJA:   RETAINED:

**A.U.S.A.:** MOIRA KIM PENZA / TANJA HAJJAR

**COURT REPORTER:** DAVID ROY

**INTERPRETER:**          **LANGUAGE:**

- ☐   Change of Plea Hearing (*~Util-Plea Entered*)   ☐ Revocation of Probation contested
- ☐      Arraignment                                   ☐ Sentencing on a violation
- ☐      Bail Application                              ☐ Motion Hearing
- ☐      Violation                                     X Hearing
- ☐      Status Conference                             ☐ Sentencing
- ☐        Bail Violation Hearing                      ☐ Motion for sentence reduction
- ☐      Curcio Hearing                                ☐ Oral Argument
- ☐      Voir Dire Held          ☐    Jury selection   ☐ Jury trial
- ☐      Jury Trial Death Penalty  ☐   Sentence enhancement Phase   ☐   Bench Trial Begun

**Speedy Trial Start :    Speedy Trial Stop:    CODE TYPE: XT**
**Do these minutes contain ruling(s) on motion(s)?    YES                    NO   X**

CURCIO HEARING HELD; CURCIO COUNSEL AVRAHAM MOSKOWITZ; THE DEFENDANT KNOWINGLY AND VOLUNTARILY WAIVES HIS RIGHT TO CONFLICT-FREE REPRESENTATION WITH RESPECT TO THE PAYMENT OF HIS LEGAL FEES.