UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 18 Cr. 00204-NGG |
| | **NOTICE OF MOTION** |
| - v. - | **ORAL ARGUMENT REQUESTED** |
| KEITH RANIERE, CLARE BRONFMAN, ALLISON MACK, KATHY RUSSELL, and LAUREN SALZMAN, | |
| Defendants. | **Submitted on March 22, 2019** |

**PLEASE TAKE NOTICE** that the undersigned attorney, Marc Agnifilo, for the

Defendant, KEITH RANIERE, will move the Honorable Nicholas G. Garaufis, United States

District Judge for the Eastern District of New York, for an order granting the following relief:

1. Motion to keep the current trial schedule of April 8, 2019 for jury selection and April 29, 2019 for opening statements, with parties exchanging case-in-chief trial exhibits and witness lists on April 7, 2019;

2. Motion to Dismiss the Indictment for lack of venue and to dismiss the recently added racketeering acts (as well as joining in co-defendants Bronfman, Allison Mack and Lauren Salzman's respective motions);

3. Motion for a Bill of Particulars (as well as joining co-defendant Bronfman's respective motions);

4. Motion to preclude the government's proposed experts;

5. Motion to Obtain Testimony from Foreign Witnesses, or in the alternative, take Rule 15 Depositions pursuant to Fed. R. Crim. Proc. 15.

These motions are based on this Notice of Motion and the accompanying Memorandum of

Law in Support of Raniere's Motions, and the above-referenced motions on which Raniere is

joining. Raniere respectfully requests oral argument at the status conference currently scheduled

for April 4, 2019, on these motions.

Dated:      March 22, 2019
            New York, NY

Respectfully submitted,

Marc A. Agnifilo, Esq.
Teny R. Geragos, Esq.
**BRAFMAN & ASSOCIATES**
767 3rd Avenue, 26th Fl.
New York, NY 10017
Tel: (212) 750-7800

Paul DerOhannesian, II, Esq.
Danielle R. Smith, Esq.
**DEROHANNESIAN  &
DEROHANNESIAN**
677 Broadway – Ste. 707
Albany, NY 12207
Tel: (518) 465-6420

*Attorneys for Defendant
Keith Raniere*

2