# EXHIBIT 1

**Teny Geragos**

---

**From:** utd_enotice@utd.uscourts.gov
**Sent:** Thursday, March 14, 2019 3:15 PM
**To:** ecf_notice@utd.uscourts.gov
**Subject:** Activity in Case 2:18-cr-00365-JNP-BCW USA v. Kingston et al Order on Motion to Continue

**This is an automatic e-mail message generated by the CM/ECF system. If you need assistance, call the Help Desk at (801)524-6100**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* There is no charge for viewing opinions.**

**US District Court Electronic Case Filing System**

**District of Utah**

## Notice of Electronic Filing

The following transaction was entered on 3/14/2019 at 1:15 PM MDT and filed on 3/14/2019
**Case Name:** USA v. Kingston et al
**Case Number:** 2:18-cr-00365-JNP-BCW
**Filer:**
**Document Number:** 234

**Docket Text:**
**MEMORANDUM DECISION AND ORDER Continuing Trial and Denying Motions for Review of Detention. The court ORDERS as follows: (1) Rachel and Sallys motion to continue the trial [185] is GRANTED. A firm Jury Trial is reset for 7/29/2019 at 08:30 AM in Rm 8.200 before Judge Jill N. Parrish. ORDER TO CONTINUE - Ends of Justice as to Jacob O. Kingston, Isaiah Elden Kingston, Lev Aslan Dermen, Rachel Ann Kingston, Sally Louise Kingston Time excluded from 5/13/2019 until 7/29/2019. (2) The motions for review of detention filed by Isaiah and Lev are DENIED (Docket [189], [208], [226]). (3)The court finds that Jacob, Isiah, and Lev are not entitled to review of their detention status under 18 U.S.C. § 3164. Signed by Judge Jill N. Parrish on 3/14/2019.(jds)**