# EXHIBIT 3

**Teny Geragos**

| | |
|---|---|
| **From:** | NYSD_ECF_Pool@nysd.uscourts.gov |
| **Sent:** | Tuesday, September 25, 2018 11:34 AM |
| **To:** | CourtMail@nysd.uscourts.gov |
| **Subject:** | Activity in Case 1:18-cr-00217-KMW USA v. Freedman et al Pretrial Conference |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Southern District of New York

**Notice of Electronic Filing**

The following transaction was entered on 9/25/2018 at 11:33 AM EDT and filed on 9/20/2018
**Case Name:** USA v. Freedman et al
**Case Number:** [1:18-cr-00217-KMW](#)
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Minute Entry for proceedings held before Judge Kimba M. Wood: Pretrial Conference as to Gordon Freedman, Jeffrey Goldstein, Todd Schlifstein, Dialecti Voudouris, Alexandru Burducea held on 9/20/2018. Defendant Gordon Freedman is present with his attorney Samuel Braverman. Defendant Jeffrey Goldstein is present with his attorney Marc Agnifilo. Defendant Todd Schlifstein is present with attorney Alex Spiro. Defendant Dialecti Voudouris is present with her attorney Susan Hoffinger. Defendant Alexandru Burducea is present with his attorney Richard Levitt. Court reporter Rebecca Foreman is present. Pretrial conference is held (see transcript.) Defendant's motions are due by January 22, 2019. Government opposition is due by February 27, 2019, and any defense reply is due by March 20, 2019. Trial is scheduled for November 4, 2019, at 9:30 a.m. Joint voir dire and requests to charge are due by October 15, 2019. Time is excluded through November 4, 2019. (Jury Trial set for 11/4/2019 at 09:30 AM before Judge Kimba M. Wood.) (jbo)**