# EXHIBIT 4

## Teny Geragos

| | |
|---|---|
| **From:** | NYSD_ECF_Pool@nysd.uscourts.gov |
| **Sent:** | Wednesday, October 17, 2018 12:03 PM |
| **To:** | CourtMail@nysd.uscourts.gov |
| **Subject:** | Activity in Case 1:18-cr-00217-KMW USA v. Freedman et al Order |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Southern District of New York

## Notice of Electronic Filing

The following transaction was entered on 10/17/2018 at 12:02 PM EDT and filed on 10/17/2018

**Case Name:** USA v. Freedman et al
**Case Number:** 1:18-cr-00217-KMW
**Filer:**
**Document Number:** 52

**Docket Text:**
**ORDER as to Gordon Freedman, Jeffrey Goldstein, Todd Schlifstein, Dialecti Voudouris, Alexandru Burducea. At the September 20, 2018 conference, the Court set the following schedule for this case, which is still in effect: Defendants' pretrial motions are due to the Court by January 22, 2019; The Government's opposition is due to the Court by February 27, 2019; Any replies by the defendants are due to the Court by March 20, 2019; By October 14, 2019, the parties shall submit their joint proposed requests to charge and joint voir dire on the same disc, redlining defendants' different language, right after the text of each Government charge, and setting forth authorities relied upon; If the parties wish to use a written juror questionnaire, they shall submit a joint proposed written questionnaire to the Court by September 30, 2019, on a disc. Mr. Agnifilo must inform the Court of any adjournments or guilty pleas in his cases set for trial between October 15, 2018 and November 4, 2019. SO ORDERED. (Motions due by 1/22/2019, Replies due by 3/20/2019, Responses due by 2/27/2019) (Signed by Judge Kimba M. Wood on 10/16/2018)(ft)**