# EXHIBIT 6

## Teny Geragos

| | |
|---|---|
| **From:** | ecf_bounces@nyed.uscourts.gov |
| **Sent:** | Tuesday, February 19, 2019 4:38 PM |
| **To:** | nobody@nyed.uscourts.gov |
| **Subject:** | Activity in Case 1:18-cr-00204-NGG-VMS USA v. Raniere et al Set/Reset Deadlines |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**Eastern District of New York**

## Notice of Electronic Filing

The following transaction was entered on 2/19/2019 at 4:38 PM EST and filed on 2/19/2019

**Case Name:**         USA v. Raniere et al
**Case Number:**       1:18-cr-00204-NGG-VMS
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**ORDER re: the [347], [349] Letters Regarding Expert Disclosures: The Government is DIRECTED to make its expert disclosures pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G) by no later than February 25, 2019. Defendants are DIRECTED to make their expert disclosures pursuant to Federal Rule of Criminal Procedure 16(b)(1)(C) by no later than March 15, 2019. Ordered by Judge Nicholas G. Garaufis on 2/19/2019. (Haddad, Andrew)**