# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

767 THIRD AVENUE, 26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: ATTORNEYS@BRAFLAW.COM

BENJAMIN BRAFMAN

MARK M. BAKER
OF COUNSEL

MARC A. AGNIFILO
OF COUNSEL

ANDREA L. ZELLAN

JOSHUA D. KIRSHNER

JACOB KAPLAN

TENY R. GERAGOS
ADMITTED IN NY & CA

STUART GOLD

March 28, 2019

VIA ECF
The Honorable Nicholas G. Garaufis
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    United States v. Keith Raniere, 18 Cr. 204 (NGG)

Dear Judge Garaufis:

    Upon review of Magistrate Judge Vera M. Scanlon's Report and Recommendation filed March 20, 2019 (Dkt. 451), we have concluded that we do not have a basis to set aside its findings. Additionally, we believe that the Report and Recommendation can be unsealed without redactions.

    Respectfully submitted,

    /s/
    Marc A. Agnifilo
    Teny R. Geragos

cc:    All Counsel (via ECF)