# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

767 THIRD AVENUE, 26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: ATTORNEYS@BRAFLAW.COM

BENJAMIN BRAFMAN

MARK M. BAKER
OF COUNSEL

MARC A. AGNIFILO
OF COUNSEL

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ MAR 29 2019 ★

BROOKLYN OFFICE

ANDREA L. ZELLAN
JOSHUA D. KIRSHNER
JACOB KAPLAN
TENY R. GERAGOS
ADMITTED IN NY & CA
STUART GOLD

March 27, 2019

VIA ECF

The Honorable Nicholas G. Garaufis
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   United States v. Keith Raniere, 18 Cr. 204 (NGG)

Dear Judge Garaufis:

On behalf of defendant Keith Raniere, we respectfully request an extension to March 28, 2019, to file any objections to Judge Scanlon's Report and Recommendation (Dkt. 451) concerning Mr. Raniere's suppression motion. Judge Scanlon directed that written objections be filed seven days after service of the report and recommendation. (Dkt. 451.)

The government does not object, and we consent to a corresponding extension of its deadline to respond by one day as well.

Respectfully submitted,

Marc A. Agnifilo
Teny R. Geragos

Application granted.
So ordered.

s/Nicholas Garaufis
3/28/19