# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

767 THIRD AVENUE, 26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: ATTORNEYS@BRAFLAW.COM

BENJAMIN BRAFMAN

MARK M. BAKER
OF COUNSEL

MARC A. AGNIFILO
OF COUNSEL

ANDREA L. ZELLAN
JOSHUA D. KIRSHNER
JACOB KAPLAN
TENY R. GERAGOS
ADMITTED IN NY & CA
STUART GOLD

March 29, 2019

VIA ECF

The Honorable Nicholas G. Garaufis
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   United States v. Keith Raniere, 18 Cr. 204 (NGG)

Dear Judge Garaufis:

Knowing that Your Honor has 500 jurors coming in for jury selection on April 8, 2019 and April 9, 2019, the government remarkably consents to a 30-day adjournment of the trial to conduct plea negotiations. (Dkt. 481.) As Your Honor reconfirmed as recently as 30 minutes ago, this trial is going forward with jury selection on April 8, 2019. We thank the Court for setting the firm trial date that has existed for months now, and we look forward to abiding by the Court's trial date.

Sincerely,

Marc A. Agnifilo
Teny R. Geragos

cc:   All Counsel (via ECF)