

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MKP
F.#2017R01840

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 2, 2019

By ECF

The Honorable Nicholas G. Garaufis
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: United States v. Keith Raniere, et al.
            Criminal Docket No. 18-204 (NGG) (S-1)

Dear Judge Garaufis:

      With consent of the defendants, the government respectfully requests that the protective orders governing discovery materials (Dkts Nos. 85 and 104) be extended to cover materials the government intends to produce pursuant to 18 U.S.C. § 3500 and Giglio v. United States, 405 U.S. 150 (1972) (together, the "Section 3500 Material").  A proposed order is attached hereto as Exhibit A.

      Respectfully submitted,

      RICHARD P. DONOGHUE
      United States Attorney

By:   /s/  Moira Kim Penza
      Moira Kim Penza
      Tanya Hajjar
      Mark J. Lesko
      Assistant U.S. Attorneys
      (718) 254-7000

cc:    Clerk of the Court (NGG) (by ECF)
       Counsel of Record (by ECF)