

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MKM:MKP/TH/MJL/KMT
F. #2017R01840

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 17, 2019

By Hand and ECF

The Honorable Nicholas G. Garaufis
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: United States v. Keith Raniere, et al.
           Criminal Docket No. 18-204 (NGG) (S-2)

Dear Judge Garaufis:

      With consent of the defendants, the government respectfully requests an extension until tomorrow for the time to identify which questions the parties wish the Court to follow-up on during voir dire. The parties also intend to inform the Court tomorrow of their position on agreed-upon cause challenges for juror numbers 101-200.

                                Respectfully submitted,

                                RICHARD P. DONOGHUE
                                United States Attorney

          By:    /s/
                      Moira Kim Penza
                      Tanya Hajjar
                      Mark J. Lesko
                      Kevin Trowel
                      Assistant U.S. Attorneys
                      (718) 254-7000

cc:    Clerk of Court (NGG) (by ECF)
       Counsel of Record (by ECF)