

U.S. Department of Justice

United States Attorney
Eastern District of New York

MKP
F. #2017R01840

271 Cadman Plaza East
Brooklyn, New York 11201

April 19, 2019

By Hand and ECF

The Honorable Nicholas G. Garaufis
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Keith Raniere, et al.
     Criminal Docket No. 18-204 (NGG) (S-2)

Dear Judge Garaufis:

  The government respectfully writes in response to the defendants' letter submitting follow-up questions for voir dire, Dkt. No. 555. The government submits that some of the questions suggested by the defendants do not further the objective of determining whether a prospective juror can be fair and impartial. The government also notes that while it has not presently raised any cause challenges to the prospective jurors, the government respectfully reserves its right to challenge any of these jurors for cause at the appropriate time during oral voir dire.

  The government respectfully requests that the Court inquire further regarding the following questions in addition to those identified in the defendants' letter:

| # | Additional Question(s) |
|---|---|
| 11 | 55, 56, 71(b), 75, 76, 91 |
| 13 | 71(b), Exhibit A |
| 16 | 71(b) |
| 17 | 33(b), 76 |
| 19 | 63, 84 |

| 20 | 60 |
|----|----|
| 22 | 41 |
| 24 | 68 |
| 29 | 63 |
| 31 | 34, 90 |
| 32 | 36 |
| 33 | 52, 55 |
| 36 | 52 |
| 38 | 21, 87 |
| 40 | 81 |
| 57 | 15-16 |
| 62 | 62(b) |
| 63 | 40, 45 |
| 73 | 59 |

Respectfully submitted,

RICHARD P. DONOGHUE
United States Attorney

By:    /s/
Moira Kim Penza
Tanya Hajjar
Mark J. Lesko
Kevin Trowel
Assistant U.S. Attorneys
(718) 254-7000

cc:   Clerk of Court (NGG) (by ECF)
      Counsel of Record (by ECF)