# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

767 THIRD AVENUE, 26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: ATTORNEYS@BRAFLAW.COM

BENJAMIN BRAFMAN

MARK M. BAKER
OF COUNSEL

MARC A. AGNIFILO
OF COUNSEL

ANDREA L. ZELLAN

JOSHUA D. KIRSHNER

JACOB KAPLAN

TENY R. GERAGOS
ADMITTED IN NY & CA

STUART GOLD

April 19, 2019

BY HAND AND ECF

The Honorable Nicholas G. Garaufis
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Keith Raniere, 18 Cr. 204 (NGG)

Dear Judge Garaufis:

With the consent of the government, Keith Raniere respectfully requests an extension until tomorrow, Saturday, April 20, 2019, for motions the defense intends to file pursuant FRE 412(b) and motions the government intends to file pursuant to FRE 414. All other motions in limine the government and defense intend to file will be submitted today, according to the deadline set by the court on April 11, 2019.

Respectfully submitted,

Marc A. Agnifilo
Teny R. Geragos

cc: All counsel (via ECF)