**ASHCROFT LAW FIRM**

April 19, 2019

Magistrate Judge Vera M. Scanlon
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    <u>USA v. Raniere et al | 1:18-cr-00204-NGG-VMS</u>

Dear Judge Scanlon:

    Pursuant to your April 18, 2019, Order, I write to confirm we do not object to the public filing of our memorandum of law dated January 11, 2019, letter dated April 9, 2019, or two letters dated April 10, 2019, each of which were submitted by email to chambers.

    If you have any questions or require further clarification regarding this letter, please do not hesitate to contact me.

                                      Sincerely,

                                      <u>/s/ Michael J. Sullivan</u>
                                      Michael J. Sullivan