

**DerOhannesian & DerOhannesian** ATTORNEYS AND COUNSELORS AT LAW

677 BROADWAY, SUITE 707
ALBANY, NEW YORK 12207
(518) 465-6420  FAX (518) 427-0614
WWW.DEROLAW.COM

PAUL DerOHANNESIAN, ESQ. (1953-2001)     PAUL DerOHANNESIAN II, ESQ.     DANIELLE R. SMITH, ESQ.

April 22, 2019

*Via ECF*
Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE:   *United States v. Raniere, et al.* No. 18-cr-204 (NGG)

Dear Judge Garaufis:

    We represent Mr. Keith Raniere in the above matter. We write concerning the jurors being brought in Tuesday, April 23, for questioning. Below please find the jurors questionnaire numbers we would ask the Court to follow-up on.

| # | Defendant's Questionnaire Numbers |
|---|---|
| 74 | 4, 38, 39, 40, 41, 75, 84(b), 91 |
| 77 | 4, 34, 41, 51-54, 71(b), 75, 95 |
| 78 | 1, 23 |
| 80 | 4, 36, 45, 87 |
| 82 | 1, 2, 42, 44, 45, 47(c), 52, 71(b), 75-76 |
| 89 | 1, 34, 71, 84(b), 88, Attachment A |
| 90 | 1, 2, 39, 52, 75, 76, 92, 94 |
| 92 | 1, 40, 45, 50, 75, 87, 90 |
| 94 | 4, 5, 39, 40, 47, 71(b), 74, 75, 76, 80, 90, 91, 94, Attachment A |
| 95 | 1, 4, 38, 39, 40, 44, 45, 52, 53, 54, 75, 76, 80(c), 84, 90, 91, 95 |
| 96 | 1 |

# DerOhannesian & DerOhannesian

**Hon. Nicholas G. Garaufis**
**April 22, 2019**
**Page 2**

| | |
|---|---|
| **97** | 4, 33, 45, 51-52 |
| **100** | 47, 83, 84, 85 |
| **102** | 1, 39, 51, 54, 73(b), 74, 75, 76, 91, 93 |
| **104** | 2, 25, 37, 38, 39, 40, 41, 63, 75, 78(b), 84, 87, 91-94, 95 |
| **105** | 5, 33(b), 66, 67 |
| **106** | 3, 4, 38, 45, 51, 52, 54, 64, 66(b), 75, 90, 95 |
| **107** | 2, 25, 51, 52, 54, 75, 76 |
| **108** | 1, 2, 23-24, 67(d) |
| **109** | 1, 38, 39, 40, 46, 62, 74, 75, 78 |
| **110** | 2, 37, 39, 40, 52, 54, 84(b) |
| **111** | 41 |
| **112** | 25, 38, 40, 52, 76, 81 |
| **113** | 75, 80(c), 86, 87, 90, 91, 94 |
| **114** | 40, 75 |
| **116** | 45, 60 |
| **117** | 16(a), 25, 26, 56, 62, 66(b), 71(b), 73(b) |
| **120** | 4, 27 |
| **122** | |
| **124** | 1, 16, 37, 38, 41, 84(b) |
| **125** | 1, 41, 75 |
| **126** | 4, 41, 47(b), 67, 75, 84(b), |
| **131** | 1 |

# DerOhannesian & DerOhannesian

**Hon. Nicholas G. Garaufis**
**April 22, 2019**
**Page 3**

| | |
|---|---|
| 132 | 2, 3, 37, 38 |
| 133 | 4 |
| 137 | 80(a) |
| 138 | 5, 40, 84(b) |
| 140 | 1, 2, 66(b), 76 |
| 141 | 4, 33(b) Question: Did you follow the trial(s) of Mr. Ed Mangano or Mr. John Venditto?, 39, 62, 75, 84(b), 91 |
| 142 | 25, 37, 38 |

Thank you for your consideration in this matter. Please feel free to contact my office with any questions or concerns.

Very truly yours,

/s/ Paul DerOhannesian II
**DerOhannesian & DerOhannesian**
Paul DerOhannesian II
Danielle R. Smith

PDII:drs

cc:   Counsel for all defendants (*via electronic mail*)
    AUSAs Moira Kim Penza, Tanya Hajjar, and Mark J. Lesko (*via electronic mail*)