

PAUL DEROHANNESIAN, ESQ. (1953-2001)    PAUL DEROHANNESIAN II, ESQ.    DANIELLE R. SMITH, ESQ.

April 23, 2019

*Via ECF*
Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    RE:    *United States v. Raniere, et al.* No. 18-cr-204 (NGG)

Dear Judge Garaufis:

    We represent Mr. Keith Raniere in the above matter. We write concerning the jurors being brought in Wednesday, April 24, for questioning. Below please find the jurors' questionnaire numbers we would ask the Court to follow-up on.

| # | Defendant's Questionnaire Numbers |
|---|---|
| 45 | 1, 34, 52, 61, 71(a) & (b), 74, 86, Attachment A |
| 60 | 41, 43, 45, 75, 78(b), 90, 92 |
| 143 | 3, 5, 33, 44, 56, 76, 80, 82 |
| 144 | 25, 26, 34, 51 |
| 145 | 4, 33, 81 |
| 147 | 3, 40, 52, 61, 84(b) |
| 151 | 4, 5, 31-33, 40, 44, 61, 81, 84(b) |
| 153 | 4, 25, 27, 37, 39, 40, 44, 81, 84(b) |
| 154 | 4, 34, 44, Attachment A (Rick Ross) |
| 156 | 4, 25, 27, 38, 40, 46(b), 47, 52, 67, 69, 71(b), 76, 81, 84(b), 86 |
| 157 | 44, 56, 61, 81, 84(b) |

DerOhannesian & DerOhannesian

Hon. Nicholas G. Garaufis
April 23, 2019
Page 2

| 158 | 4, 25, 67 |
|---|---|
| 161 | 1, 4, 25, 40, 84(b), 95 |
| 163 | 1 |
| 167 | 1, 4, 20, 25-27, 34, 37, 40, 41, 42, 43-45, 64, 74, 75, 78(b), 90-95 |
| 170 | 47, 71, 95 |
| 171 | 4, 47, 52, 84(b) |
| 172 | 24, 25, 26, 27, 71(v) |
| 173 | 18, 33, 38, 40, 41, 84(b) |
| 177 | 4, 25, 32(a) ("life-coach & self-help video-watching"), 34 |
| 178 | 27, 33, 42, 54, 71(b), 81 |
| 179 | 3, 24, 37, 38, 51-52, 56, 81 |
| 180 | 2, 33, 37, 39, 40, 47, 61, 75, 81, 84(b), 91 |
| 181 | 2, |
| 183 | 42, 61, 75-76, 95 |
| 185 | 4, 84(b) |
| 186 | 24, 37, 39, 40, 51, 54, 75, 84(b), 90 |
| 187 | 1, 3, 24, 36, 40, 47, 52, 54, 71(b), 75 |
| 188 | 1, 2, 3, 25, 37, 39, 40, 44, 71(b), 78, 80-95 |
| 189 | 4 |
| 190 | 1, 84(b) |
| 191 | 4, 51, 95 |
| 193 | 2, 4, 37, 40, 54, 75, 90, 93 |

## DeROHANNESIAN & DeROHANNESIAN

Hon. Nicholas G. Garaufis
April 23, 2019
Page 3

| 195 | 1, 75 |
|-----|-------|
| 197 | 1     |

    Thank you for your consideration in this matter. Please feel free to contact my office with any questions or concerns.

                            Very truly yours,

                            /s/ Paul DerOhannesian II
                            **DerOhannesian & DerOhannesian**
                            Paul DerOhannesian II
                            Danielle R. Smith

PDII:drs

cc:      All Counsel of Record (*via ECF*)