

U.S. Department of Justice

United States Attorney
Eastern District of New York

MKP
F. #2017R01840

271 Cadman Plaza East
Brooklyn, New York 11201

April 23, 2019

By Hand and ECF

The Honorable Nicholas G. Garaufis
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: United States v. Keith Raniere, et al.
           Criminal Docket No. 18-204 (NGG) (S-2)

Dear Judge Garaufis:

      The government respectfully writes in response to the defendants' letter submitting follow-up questions for voir dire, Dkt. No. 579. The government also notes that while it has not presently raised any cause challenges to the prospective jurors, the government respectfully reserves its right to challenge any of these jurors for cause at the appropriate time during oral voir dire.

      The government respectfully requests that the Court inquire further regarding the following questions in addition to those identified in the defendants' letter:

| # | Additional Question(s) |
|---|---|
| **60** | 59 |
| **143** | 47 |
| **153** | 59 |
| **157** | 34 |
| **170** | 84(b) |
| **177** | 30(d), 52 |

| | |
|---|---|
| **178** | 53 |
| **179** | 53, 59, 86, 95 |
| **181** | 60 |
| **188** | 77, 78(b) |
| **189** | 81, 86 |
| **191** | 66 |
| **193** | 56 |

                                                Respectfully submitted,

                                                RICHARD P. DONOGHUE
                                                United States Attorney

By:    /s/
           Moira Kim Penza
           Tanya Hajjar
           Mark J. Lesko
           Kevin Trowel
           Assistant U.S. Attorneys
           (718) 254-7000

cc:    Clerk of Court (NGG) (by ECF)
       Counsel of Record (by ECF)