# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

767 THIRD AVENUE, 26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: ATTORNEYS@BRAFLAW.COM

BENJAMIN BRAFMAN

MARK M. BAKER
OF COUNSEL

MARC A. AGNIFILO
OF COUNSEL

ANDREA L. ZELLAN
JOSHUA D. KIRSHNER
JACOB KAPLAN
TENY R. GERAGOS
ADMITTED IN NY & CA
STUART GOLD

April 25, 2019

VIA ECF

The Honorable Nicholas G. Garaufis
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    <u>United States v. Keith Raniere</u>, 18 Cr. 204 (NGG)

Dear Judge Garaufis:

    With the consent of the government, Keith Raniere respectfully requests an extension until Wednesday, May 1, 2019, to file requests to charge with the Court. Although this Court has not set a firm deadline for the parties to file requests to charge, the parties understand that according to the Court's individual rules, these should be submitted at least 10 days before commencement of trial. We respectfully request that the Court adjust this rule in the present case and set May 1, 2019 as the deadline for requests to charge.

    Respectfully submitted,

    Marc A. Agnifilo
    Teny R. Geragos

cc:    All counsel (via ECF)