

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| MKP/TH | *271 Cadman Plaza East* |
| F. #2017R01840 | *Brooklyn, New York 11201* |

October 5, 2018

<u>By Email</u>

Marc Agnifilo, Esq.
Brafman & Associates
767 Third Avenue
New York, NY 10017

    Re: <u>United States v. Keith Raniere, et al.</u>
      <u>Criminal Docket No. 18-204 (S-1) (NGG)</u>

Dear Counsel:

  Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government is sending you a link to one discovery production this evening in the cover email to this letter. The password for that production is listed below. Additionally, the government is making available through DupeCoop discovery copies of the items numbered DSCV_00000061-62 and DSCV_00000065 below. You may obtain this discovery by calling John Palermo of DupeCoop at (973) 895-1359. Our search as to these items is ongoing.

  This discovery is being provided to you pursuant to the protective order entered by the Court on August 1, 2018.

  The government will continue to provide discovery on a rolling basis and continues to request reciprocal discovery from the defendant.

| BATES RANGE | DESCRIPTION/PASSWORD | DESIGNATION |
|---|---|---|
| NXIVM00026761-NXIVM00030116 | L. Salzman iCloud—partial search results; search ongoing<br>NXIVM00026761! | Subject to Protective Order |
| DSCV_00000061 | 8 Hale Drive, Western Digital storage device, 1B16 | Subject to Protective Order |
| DSCV_00000062 | 8 Hale Drive, Apple iPod with accessories, 1B50 | Subject to Protective Order |

| BATES RANGE | DESCRIPTION/PASSWORD | DESIGNATION |
|---|---|---|
| DSCV_00000065 | ▓▓▓▓▓▓ SW return | Subject to Protective Order |

                Very truly yours,

                RICHARD P. DONOGHUE
                United States Attorney

       By:  /s/ Moira Kim Penza
          Moira Kim Penza
          Tanya Hajjar
          Assistant U.S. Attorneys
          (718) 254-7000