

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MKP
F. #2017R01840

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 29, 2019

By Hand and ECF

The Honorable Nicholas G. Garaufis
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    United States v. Keith Raniere
                Criminal Docket No. 18-204 (NGG) (S-2)

Dear Judge Garaufis:

        The government respectfully writes to apologize for failing to note the Court's deadline for its response to the defendant's motions in limine and to request until 5:00 p.m. on Wednesday, May 1 to file its opposition.

                              Respectfully submitted,

                              RICHARD P. DONOGHUE
                              United States Attorney

        By:    /s/
                  Moira Kim Penza
                  Tanya Hajjar
                  Mark J. Lesko
                  Kevin Trowel
                  Assistant U.S. Attorneys
                  (718) 254-7000

cc:    Clerk of Court (NGG) (by ECF)
        Counsel of Record (by ECF)