

677 BROADWAY, SUITE 707
ALBANY, NEW YORK 12207
(518) 465-6420  FAX (518) 427-0614
WWW.DEROLAW.COM

PAUL DEROHANNESIAN, ESQ. (1953-2001)   PAUL DEROHANNESIAN II, ESQ.   DANIELLE R. SMITH, ESQ.

May 1, 2019

*Via ECF*
Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      RE:    *United States v. Raniere, et al.* No. 18-cr-204 (NGG)

Dear Judge Garaufis:

      We represent Mr. Keith Raniere in the above matter. We write concerning the jurors being brought in Monday, May 6, for questioning. Below please find the jurors' questionnaire numbers we would ask the Court to follow-up on.

| # | **Defendant's Questionnaire Numbers** |
|---|---|
| 202 | 2, 5, 24, 33, 44, 56, 81, 84(b), 87 |
| 203 | 2, 3, 4, 84(b), 86 |
| 205 | 3, 16(a), 37-40, 51/53/54, 61, 75, 84(b), 90-92 |
| 206 | 16, 25 |
| 207 | 1, 4, 40 |
| 208 | 4, 39, 75-76, 81, 90, 92-93 |
| 210 | |
| 211 | 38-40, 75, 84(b), 90 |
| 213 | 1, 4, 45, 73(c) |
| 214 | 2, 4, 76 |

# DerOhannesian & DerOhannesian

**Hon. Nicholas G. Garaufis**
**May 1, 2019**
**Page 2**

| | |
|---|---|
| 215 | 1 & 2 [asterisks], 4, 24 |
| 219 | 1, 4, 16, 25, 38, 41, 61, 63, 71, 74, 75, 77, 80-82, 84, 89-90, 93 |
| 220 | 1, 2, 4, 18, 25, 37-42, 63, 74-76, 78, 81, 84(b), 88, 90, 92, 94 |
| 221 | 39, 41, 75 |
| 222 | |
| 223 | 4, 37, 38, 51-54, 58, 84(b) |
| 224 | 2, 3, 4, 5, 39-41, 53, 54, 61, 74-76, 84(b), 88, 90-94 |
| 225 | 2, 4, 24, 47(c), 75, 80(c), 81, 84(b), 89, 94, 95 |
| 228 | 25, 71(b) |
| 231 | 2, 5, 44, 84(b) |
| 233 | 24, 40, 44, 76, 81, 84(b) |
| 236 | 1, 2, 3, 37-42, 46(b), 61, 75-76, 81-82, 91-92, 94 |
| 237 | 3, 3(a), 51-54, 74, 75, 84(b) |
| 238 | 4, 51-52, 67(b) & (d) |
| 240 | 1, 5, 37, 40, 52, 86 |
| 242 | 3, 24 |
| 244 | 5, 33, 84 |
| 246 | 2, 3(a), 40, 47(c), 75, 80(a), 83, 86-88, 91-94 |
| 247 | 41 |
| 248 | 4, 33, 37-38, 55-56, 61, 75-76, 80(b), 81, 86 |

# DerOhannesian & DerOhannesian

**Hon. Nicholas G. Garaufis**
**May 1, 2019**
**Page 3**

   Thank you for your consideration in this matter. Please feel free to contact my office with any questions or concerns.

              Very truly yours,

              /s/ Paul DerOhannesian II, Esq.
              **DerOhannesian & DerOhannesian**
              Paul DerOhannesian II, Esq.
              Danielle R. Smith, Esq.

PDII:drs

cc:  All Counsel of Record (*via ECF*)