

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MKP/TH/MJL/KMT
F. #2017R01840

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 3, 2019

By ECF

The Honorable Nicholas G. Garaufis
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Keith Raniere
              Criminal Docket No. 18-204 (S-2) (NGG)

Dear Judge Garaufis:

      The government and defense write jointly to respectfully request an extension until May 24, 2019 to submit their proposed jury charges, which is more than two weeks before the government expects to rest its case-in-chief. If the Court wishes that the proposed jury charges be submitted prior to opening statements, the parties respectfully request an extension until May 6, 2019.

      Respectfully submitted,

      RICHARD P. DONOGHUE
      United States Attorney

By:    /s/
      Moira Kim Penza
      Tanya Hajjar
      Mark J. Lesko
      Assistant U.S. Attorneys
      (718) 254-7000

cc:    Clerk of Court (NGG) (by ECF)
       Counsel of Record (by ECF)