APRIL 9, 2019 AT 2:00 PM

BEFORE: NICHOLAS G. GARAUFIS, U.S.D.J.
CR 18-0204
USA V. RANIERE, ET AL.
1 HOUR IN  COURT
COURT REPORTER: ANNETTE MONTALVO


| DEFENDANTS | ATTORNEYS |
|---|---|
| 1. KEITH  RANIERE | MARC AGNIFILO / PAUL DEROHANNESIAN, II<br>TENY GERAGOS |
| 2. CLARE BRONFMAN | MARK GERAGOS / KATHLEEN CASSIDY |
| 3.  KATHY RUSSELL | JUSTINE HARRIS / AMANDA RAVICH |


AUSA'S: MOIRA KIM PENZA / TANYA HAJJAR / MARK LESKO


JURY SELECTION HELD; PROSPECTIVE JURORS SWORN; THE COURT GIVES IT'S
PRELIMINARY STATEMENT TO THE PROSPECTIVE JURORS.  QUESTIONNAIRES
GIVEN OUT TO 250 PROSPECTIVE JURORS.  THE VOIR DIRE BEGINS ON MONDAY,
APRIL 22, 2019.