APRIL 22, 2019 AT 9:30 AM

BEFORE: NICHOLAS G. GARAUFIS, U.S.D.J.
CR 18-0204
USA V. RANIERE
7 HOURS IN COURT
COURT REPORTER: SOPHIE NOLAN

| DEFENDANTS | ATTORNEYS |
|---|---|
| 1. KEITH RANIERE | MARC AGNIFILO / PAUL DEROHANNESIAN, II |
| | TENY GERAGOS / DANIELLE SMITH |

AUSA'S: MOIRA KIM PENZA / TANYA HAJJAR / MARK LESKO

JURY SELECTION HELD WITH RESPECT TO THE VOIR DIRE OF PROSPECTIVE JURORS; THE VOIR DIRE CONTINUES ON TUESDAY, APRIL 23, 2019.