APRIL 24, 2019 AT 9:30 AM

BEFORE: NICHOLAS G. GARAUFIS, U.S.D.J.
CR 18-0204
USA V. RANIERE
7 HOURS IN COURT
COURT REPORTER: SOPHIE NOLAN

| DEFENDANTS | ATTORNEYS |
|---|---|
| 1. KEITH RANIERE | MARC AGNIFILO / PAUL DEROHANNESIAN, II<br>TENY GERAGOS / DANIELLE SMITH |

AUSA'S: MOIRA KIM PENZA / TANYA HAJJAR / MARK LESKO

JURY SELECTION HELD WITH RESPECT TO THE VOIR DIRE OF PROSPECTIVE JURORS; FINAL JURY SELECTION CONTINUES ON MONDAY, MAY 6, 2019 WITH THE TRIAL SET TO BEGIN ON TUESDAY, MAY 7, 2019.