MAY 6, 2019 AT 9:30 AM

CRIMINAL CAUSE FOR JURY SELECTION

BEFORE: NICHOLAS G. GARAUFIS, U.S.D.J.
CR 18-0204
USA V. RANIERE
3 HOURS IN COURT
COURT REPORTER: DENISE PARISI

| DEFENDANTS | ATTORNEYS |
|---|---|
| 1. KEITH RANIERE | MARC AGNIFILO / PAUL DEROHANNESIAN, II |
| | TENY GERAGOS / DANIELLE SMITH |

AUSA'S: MOIRA KIM PENZA / TANYA HAJJAR / MARK LESKO

FINAL JURY SELECTION HELD; JURY SELECTED AND SWORN; TRIAL BEGINS ON TUESDAY, MAY 7, 2019 AT 9:30 AM.