UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------

United States of America,
                         Plaintiff,

-vs-

Keith Raniere,

                         Defendant.

-------------------------------------------------

ORDER OF SUSTENANCE
ORDER OF TRANSPORTATION
ORDER OF LODGING

CR 18-0204 (NGG)

**ORDERED** that the Marshal supply proper

( )   LODGING

(XX)  SUSTENANCE

(XX)  TRANSPORTATION

to the (18) jurors empaneled in the above entitled case.

DATED:  Brooklyn, New York
           **May 6, 2019**

(XX) DURING TRIAL

( ) DELIBERATING

( ) SEQUESTERED

(XX) LUNCH

( ) DINNER

s/Nicholas G. Garaufis
_____

Nicholas G. Garaufis, U.S.D.J.