MAY 7, 2019 AT 9:30 AM

CRIMINAL CAUSE FOR JURY TRIAL

BEFORE: NICHOLAS G. GARAUFIS, U.S.D.J.
CR 18-0204
USA V. RANIERE
7.5  HOURS  IN  COURT
COURT REPORTER: DENISE PARISI


DEFENDANTS                                        ATTORNEYS
1. KEITH   RANIERE                   MARC AGNIFILO / PAUL DEROHANNESIAN, II
                                     TENY GERAGOS / DANIELLE SMITH


AUSA'S: MOIRA KIM PENZA / TANYA HAJJAR / MARK LESKO


JURY TRIAL HELD; JUROR #9 IS EXCUSED FOR FAMILY HARDSHIP AND WILL BE
REPLACED BY ALTERNATE JUROR #1. THE COURT GIVES IT'S PRELIMINARY JURY
INSTRUCTIONS; OPENING STATEMENTS; WITNESS SWORN; SYLVIE;   TRIAL
CONTINUES ON MAY 8, 2019 AT 9:30 AM.