UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------

United States of America,

                      Plaintiff,

-vs-

Keith Raniere,

                      Defendant.

-----------------------------------------------------

ORDER OF SUSTENANCE
ORDER OF TRANSPORTATION
ORDER OF LODGING

CR 18-0204 (NGG)

**ORDERED** that the Marshal supply proper

( )    LODGING

(XX)   SUSTENANCE

(XX)   TRANSPORTATION

      to the (14 (ordered lunch) out of 17) jurors empaneled in the above entitled case.

DATED: Brooklyn, New York
         **May 7, 2019**

(XX)   DURING TRIAL

( )    DELIBERATING

( )    SEQUESTERED

(XX)   LUNCH

( )    DINNER

                                                    s/Nicholas G. Garaufis
                                                    Nicholas G. Garaufis, U.S.D.J.