MAY 8, 2019 AT 9:30 AM

CRIMINAL CAUSE FOR JURY TRIAL

BEFORE: NICHOLAS G. GARAUFIS, U.S.D.J.
CR 18-0204
USA V. RANIERE
7.5 HOURS IN COURT
COURT REPORTER: DENISE PARISI


<u>DEFENDANTS</u>                                          <u>ATTORNEYS</u>
1. KEITH  RANIERE                    MARC AGNIFILO / PAUL DEROHANNESIAN, II
                                     TENY GERAGOS / DANIELLE SMITH


AUSA'S: MOIRA KIM PENZA / TANYA HAJJAR / MARK LESKO


JURY TRIAL HELD; WITNESSES SWORN; SYLVIE & MARK ANTHONY VICENTE;
TRIAL CONTINUES ON MAY 9, 2019 AT 9:30 AM.