UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------

United States of America,

                      Plaintiff,

-vs-

Keith Raniere,

                      Defendant.

------------------------------------------------------

ORDER OF SUSTENANCE
ORDER OF TRANSPORTATION
ORDER OF LODGING

CR 18-0204 (NGG)

      **ORDERED** that the Marshal supply proper

( )    LODGING

(XX)   SUSTENANCE

(XX)   TRANSPORTATION

      to the (14 (ordered lunch) out of 17) jurors empaneled in the above entitled case.

DATED: Brooklyn, New York
          **May 8, 2019**

(XX)  DURING TRIAL

( )   DELIBERATING

( )   SEQUESTERED

(XX)  LUNCH

( )   DINNER

s/Nicholas G. Garaufis

Nicholas G. Garaufis, U.S.D.J.