UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------

United States of America,

                    Plaintiff,

  -vs-

Keith Raniere,

                    Defendant.

-------------------------------------------------------

ORDER OF SUSTENANCE
ORDER OF TRANSPORTATION
ORDER OF LODGING

CR 18-0204 (NGG)

     **ORDERED** that the Marshal supply proper

( )    LODGING

(XX)   SUSTENANCE

(XX)   TRANSPORTATION

     to the (14 (ordered lunch) out of 17) jurors empaneled in the above entitled case.

DATED:  Brooklyn, New York
          **May 9, 2019**

(XX)  DURING TRIAL

( )   DELIBERATING

( )   SEQUESTERED

(XX) LUNCH

( )   DINNER

s/Nicholas G. Garaufis
_____

Nicholas G. Garaufis, U.S.D.J.