MAY 14, 2019 AT 9:30 AM

CRIMINAL CAUSE FOR JURY TRIAL

BEFORE: NICHOLAS G. GARAUFIS, U.S.D.J.
CR 18-0204
USA V. RANIERE
2.0 HOURS IN COURT
COURT REPORTER: LINDA DANELCZYK

DEFENDANTS                                          ATTORNEYS
1. KEITH   RANIERE              MARC AGNIFILO / PAUL DEROHANNESIAN, II
                                TENY GERAGOS / DANIELLE SMITH

AUSA'S: MOIRA KIM PENZA / TANYA HAJJAR / MARK LESKO

JURY TRIAL CANCELED FOR THE DAY IN THAT ONE OF THE JURORS WAS OUT
SICK.   TRIAL CONTINUES ON MAY 15, 2019 AT 9:00 AM.