UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------

United States of America,

                    Plaintiff,

-vs-

Keith Raniere,

                    Defendant.

-----------------------------------------------------------

ORDER OF SUSTENANCE
ORDER OF TRANSPORTATION
ORDER OF LODGING

CR 18-0204 (NGG)

**ORDERED** that the Marshal supply proper

(   )    LODGING

(XX)    SUSTENANCE

(XX)    TRANSPORTATION

       to the 17 jurors (14 jurors ordered morning coffee ) empaneled in the above entitled case.

DATED: Brooklyn, New York
         **May 14, 2019**

(XX)    DURING TRIAL

(   )    DELIBERATING

(   )    SEQUESTERED

(XX)    LUNCH

(   )    DINNER

s/Nicholas G. Garaufis
_____

Nicholas G. Garaufis, U.S.D.J.