UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------

United States of America,

                        Plaintiff,

-vs-

Keith Raniere,

                        Defendant.

-------------------------------------------------

ORDER OF SUSTENANCE
ORDER OF TRANSPORTATION
ORDER OF LODGING

CR 18-0204 (NGG)

**ORDERED** that the Marshal supply proper

( )    LODGING

(XX)   SUSTENANCE

(XX)   TRANSPORTATION

      to the 17 jurors (14 jurors ordered morning coffee from Bayway and lunch from MontyQ's ) empaneled in the above entitled case.

DATED: Brooklyn, New York
         **May 15, 2019**

(XX)   DURING TRIAL

( )    DELIBERATING

( )    SEQUESTERED

(XX)   LUNCH

( )    DINNER

s/Nicholas G. Garaufis
_____
Nicholas G. Garaufis, U.S.D.J.