MAY 16, 2019 AT 9:00 AM

CRIMINAL CAUSE FOR JURY TRIAL

BEFORE: NICHOLAS G. GARAUFIS, U.S.D.J.
CR 18-0204
USA V. RANIERE
8.5 HOURS IN COURT
COURT REPORTER: LINDA DANELCZYK

| DEFENDANTS | ATTORNEYS |
|---|---|
| 1. KEITH RANIERE | MARC AGNIFILO / PAUL DEROHANNESIAN, II |
| | TENY GERAGOS / DANIELLE SMITH |

AUSA'S: MOIRA KIM PENZA / TANYA HAJJAR / MARK LESKO

JURY TRIAL HELD; SEALED STATUS CONFERENCE HELD; WITNESSES SWORN: MARK ANTHONY VICENTE, STEPHEN HERBITS AND CHARLES FONTANELLI. TRIAL CONTINUES ON MAY 17, 2019 AT 9:00 AM.