UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------

United States of America,

                        Plaintiff,

  -vs-

Keith Raniere,

                        Defendant.

-------------------------------------------------------

ORDER OF SUSTENANCE
ORDER OF TRANSPORTATION
ORDER OF LODGING

CR 18-0204 (NGG)

**ORDERED** that the Marshal supply proper

( )    LODGING

(XX)  SUSTENANCE

(XX)  TRANSPORTATION

        to the 17 jurors ( 14 ordered morning coffee and lunch) empaneled in the above entitled case.

DATED: Brooklyn, New York
         **May 16, 2019**

(XX) DURING TRIAL

( ) DELIBERATING

( ) SEQUESTERED

(XX) LUNCH

( ) DINNER

s/Nicholas G. Garaufis
_____

Nicholas G. Garaufis, U.S.D.J.