UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------

United States of America,

                  Plaintiff,

-vs-

Keith Raniere,

                  Defendant.

-------------------------------------------------

ORDER OF SUSTENANCE
ORDER OF TRANSPORTATION
ORDER OF LODGING

CR 18-0204 (NGG)

**ORDERED** that the Marshal supply proper

(    )    LODGING

(XX)    SUSTENANCE

(XX)    TRANSPORTATION

        to the 17 jurors (13 jurors ordered morning coffee and lunch) empaneled in the above entitled case.

DATED: Brooklyn, New York
          **May 17, 2019**

(XX)    DURING TRIAL

(    )    DELIBERATING

(    )    SEQUESTERED

(XX)    LUNCH

(    )    DINNER

s/Nicholas G. Garaufis
_____

Nicholas G. Garaufis, U.S.D.J.