UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------

United States of America,

                     Plaintiff,          ORDER OF SUSTENANCE
                                         ORDER OF TRANSPORTATION
                                         ORDER OF LODGING

-vs-

Keith Raniere,                                  CR 18-0204 (NGG)

                     Defendant.

-------------------------------------------------

**ORDERED** that the Marshal supply proper

( )   LODGING

(XX)  SUSTENANCE

(XX)  TRANSPORTATION

       to the 17 jurors (14 jurors ordered morning coffee and lunch) empaneled in the above entitled case.

DATED: Brooklyn, New York
            **May 20, 2019**

(XX) DURING TRIAL

( ) DELIBERATING

( ) SEQUESTERED                               s/Nicholas G. Garaufis

(XX) LUNCH                                      _____

( ) DINNER                                       Nicholas G. Garaufis, U.S.D.J.