UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------

United States of America,

                          Plaintiff,

-vs-

Keith Raniere,

                          Defendant.

-------------------------------------------------

ORDER OF SUSTENANCE
ORDER OF TRANSPORTATION
ORDER OF LODGING

CR 18-0204 (NGG)

**ORDERED** that the Marshal supply proper

( )    LODGING

(XX)  SUSTENANCE

(XX)  TRANSPORTATION

        to the 17 jurors (14 jurors ordered morning coffee and lunch) empaneled in the above entitled case.

DATED: Brooklyn, New York
          **May 21, 2019**

(XX)  DURING TRIAL

( )    DELIBERATING

( )    SEQUESTERED

(XX)  LUNCH

( )    DINNER

s/Nicholas G. Garaufis

Nicholas G. Garaufis, U.S.D.J.