UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------

United States of America,

                Plaintiff,

-vs-

Keith Raniere,

                Defendant.

-------------------------------------------------

ORDER OF SUSTENANCE
ORDER OF TRANSPORTATION
ORDER OF LODGING

CR 18-0204 (NGG)

      **ORDERED** that the Marshal supply proper

(   )   LODGING

(XX)   SUSTENANCE

(XX)   TRANSPORTATION

      to the 16 jurors (13 jurors ordered morning coffee and lunch) empaneled in the above entitled case.

DATED: Brooklyn, New York
       **May 23, 2019**

(XX)   DURING TRIAL

(   )   DELIBERATING

(   )   SEQUESTERED

(XX)   LUNCH

(   )   DINNER

s/Nicholas G. Garaufis

_____

Nicholas G. Garaufis, U.S.D.J.