UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------

United States of America,

                    Plaintiff,

  -vs-

Keith Raniere,

                    Defendant.

-------------------------------------------------

ORDER OF SUSTENANCE
ORDER OF TRANSPORTATION
ORDER OF LODGING

CR 18-0204 (NGG)

       **ORDERED** that the Marshal supply proper

( )    LODGING

(XX)  SUSTENANCE

(XX)  TRANSPORTATION

       to the 16 jurors (12 jurors ordered morning coffee and lunch) empaneled in the above entitled case.

DATED:  Brooklyn, New York
           **May 29, 2019**

(XX)  DURING TRIAL

( )    DELIBERATING

( )    SEQUESTERED                          s/Nicholas G. Garaufis

(XX)  LUNCH                                 _____

( )    DINNER                             Nicholas G. Garaufis, U.S.D.J.