UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------

United States of America,                              ORDER OF SUSTENANCE
                         Plaintiff,          ORDER OF TRANSPORTATION
                                            ORDER OF LODGING

 -vs-

Keith Raniere,                                         CR 18-0204 (NGG)

                         Defendant.

-------------------------------------------------------

      **ORDERED** that the Marshal supply proper

(  )    LODGING

(XX)   SUSTENANCE

(XX)   TRANSPORTATION

      to the 16 jurors ordered morning coffee from Bayway) empaneled in the above entitled case.

DATED:  Brooklyn, New York
            **May 30, 2019**

(XX)  DURING TRIAL

(  )  DELIBERATING

(  )  SEQUESTERED                                          s/Nicholas G. Garaufis

(XX)  LUNCH

(  )  DINNER                                                   Nicholas G. Garaufis, U.S.D.J.