UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------

United States of America,

                      Plaintiff,

-vs-

Keith Raniere,

                      Defendant.

-------------------------------------------------

ORDER OF SUSTENANCE
ORDER OF TRANSPORTATION
ORDER OF LODGING

CR 18-0204 (NGG)

**ORDERED** that the Marshal supply proper

( )    LODGING

(XX)   SUSTENANCE

(XX)   TRANSPORTATION

       to the 16 jurors ordered lunch from MontyQ's) empaneled in the above entitled case.

DATED: Brooklyn, New York
          **May 30, 2019**

(XX)   DURING TRIAL

( )    DELIBERATING

( )    SEQUESTERED                                             s/Nicholas G. Garaufis

(XX)   LUNCH

( )    DINNER                                                    Nicholas G. Garaufis, U.S.D.J.