MAY 31, 2019 AT 9:30 AM

CRIMINAL CAUSE FOR JURY TRIAL

BEFORE: NICHOLAS G. GARAUFIS, U.S.D.J.
CR 18-0204
USA V. RANIERE
8.0 HOURS IN COURT
COURT REPORTER: CHARLEANE HEADING

| DEFENDANTS | ATTORNEYS |
|---|---|
| 1. KEITH RANIERE | MARC AGNIFILO / PAUL DEROHANNESIAN, II |
| | TENY GERAGOS / DANIELLE SMITH |

AUSA'S: MOIRA KIM PENZA / TANYA HAJJAR / MARK LESKO

JURY TRIAL HELD; WITNESSES SWORN: DANIELA, ELIZABETH BUTLER, SHEILA JELONEK AND JAMES LOPERFIDO. TRIAL CONTINUES ON JUNE 5, 2019 AT 9:30 AM.