UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------

United States of America,

                          Plaintiff,

-vs-

Keith Raniere,

                          Defendant.

-------------------------------------------------

ORDER OF SUSTENANCE
ORDER OF TRANSPORTATION
ORDER OF LODGING

CR 18-0204 (NGG)

**ORDERED** that the Marshal supply proper

( )    LODGING

(XX)  SUSTENANCE

(XX)  TRANSPORTATION

       to the 16 jurors (13 jurors ordered morning coffee and lunch from Bayway) empaneled in the above entitled case.

DATED:  Brooklyn, New York
           **May 31, 2019**

(XX)  DURING TRIAL

( )    DELIBERATING

( )    SEQUESTERED

(XX)  LUNCH

( )    DINNER

                                                    s/Nicholas G. Garaufis
                                                    _____

                                                     Nicholas G. Garaufis, U.S.D.J.