OIF



**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

TH
F. #2017R01840

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 4, 2019

By ECF

The Honorable Nicholas G. Garaufis
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Keith Raniere
              Criminal Docket No. 18-204 (S-2) (NGG)

Dear Judge Garaufis:

      The government respectfully submits this letter to request a two-day extension of the deadline to submit proposed jury charges in the above-captioned case, from tomorrow, June 5, until this Friday, June 7. Counsel for the defendant consents to this request.

                                 RICHARD P. DONOGHUE
                                 United States Attorney

                By:   /s/
                       Moira Kim Penza
                       Tanya Hajjar
                       Mark J. Lesko
                       Assistant U.S. Attorneys
                       (718) 254-7000

cc:    Clerk of Court (NGG) (by ECF)
       Counsel of Record (by ECF)

*Application granted*
*So ordered.*

                                 s/Nicholas G. Garaufis
                                 6/4/19