UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------

United States of America,
                Plaintiff,

-vs-

Keith Raniere,

                Defendant.

-------------------------------------------------

ORDER OF SUSTENANCE
ORDER OF TRANSPORTATION
ORDER OF LODGING

CR 18-0204 (NGG)

**ORDERED** that the Marshal supply proper

(   )     LODGING

(XX)     SUSTENANCE

(XX)     TRANSPORTATION

         to the 16 jurors ordered morning coffee and lunch from Bayway empaneled in the above entitled case.

DATED: Brooklyn, New York
         **June 5, 2019**

(XX)     DURING TRIAL

(   )     DELIBERATING

(   )     SEQUESTERED

(XX)     LUNCH

(   )     DINNER

s/Nicholas G. Garaufis
_____

Nicholas G. Garaufis, U.S.D.J.