JUNE 6, 2019 AT 9:30 AM

CRIMINAL CAUSE FOR JURY TRIAL

BEFORE: NICHOLAS G. GARAUFIS, U.S.D.J.
CR 18-0204
USA V. RANIERE
7.5 HOURS IN COURT
COURT REPORTER: MICHELE LUCCHESE

| DEFENDANTS | ATTORNEYS |
| --- | --- |
| 1. KEITH  RANIERE | MARC AGNIFILO / PAUL DEROHANNESIAN, II |
| | TENY GERAGOS / DANIELLE SMITH |

AUSA'S: MOIRA KIM PENZA / TANYA HAJJAR / MARK LESKO

JURY TRIAL HELD; WITNESSES SWORN:  MAEGAN REES, DAWN HUGHES AND NICOLE.   TRIAL CONTINUES ON JUNE 7, 2019 AT 9:30 AM.