UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------

United States of America,

                      Plaintiff,

-vs-

Keith Raniere,

                      Defendant.

-------------------------------------------------

ORDER OF SUSTENANCE
ORDER OF TRANSPORTATION
ORDER OF LODGING

CR 18-0204 (NGG)

**ORDERED** that the Marshal supply proper

( ) LODGING

(XX) SUSTENANCE

(XX) TRANSPORTATION

    to the 16 jurors ordered morning coffee and lunch from Bayway empaneled in the above entitled case.

DATED: Brooklyn, New York
        **June 7, 2019**

(XX) DURING TRIAL

( ) DELIBERATING

( ) SEQUESTERED

(XX) LUNCH

( ) DINNER

s/Nicholas G. Garaufis
_____

Nicholas G. Garaufis, U.S.D.J.