UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------

United States of America,

                      Plaintiff,         ORDER OF SUSTENANCE
                                         ORDER OF TRANSPORTATION
                                         ORDER OF LODGING

-vs-

Keith Raniere,                                CR 18-0204 (NGG)

                      Defendant.

-------------------------------------------------------

      **ORDERED** that the Marshal supply proper

( )    LODGING

(XX)   SUSTENANCE

(XX)   TRANSPORTATION

      to the 16 jurors (15 jurors ordered morning coffee and lunch from Bayway) empaneled in the above entitled case.

DATED: Brooklyn, New York
            **June 11, 2019**

(XX)   DURING TRIAL

( )    DELIBERATING

( )    SEQUESTERED                          s/Nicholas G. Garaufis

(XX)  LUNCH

( )    DINNER                                Nicholas G. Garaufis, U.S.D.J.