UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------

United States of America,

                 Plaintiff,

-vs-

Keith Raniere,

                 Defendant.

-------------------------------------------

ORDER OF SUSTENANCE
ORDER OF TRANSPORTATION
ORDER OF LODGING

CR 18-0204 (NGG)

**ORDERED** that the Marshal supply proper

( ) LODGING

(XX) SUSTENANCE

(XX) TRANSPORTATION

to the 16 jurors ordered morning coffee from Bayway and lunch from Clark's empaneled in the above entitled case.

DATED: Brooklyn, New York
       **June 12, 2019**

(XX) DURING TRIAL

( ) DELIBERATING

( ) SEQUESTERED

(XX) LUNCH

( ) DINNER

Nicholas G. Garaufis, U.S.D.J.