UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------

United States of America,

                      Plaintiff,

  -vs-

Keith Raniere,

                      Defendant.

------------------------------------------------------

ORDER OF SUSTENANCE
ORDER OF TRANSPORTATION
ORDER OF LODGING

CR 18-0204 (NGG)

    **ORDERED** that the Marshal supply proper

( )    LODGING

(XX)   SUSTENANCE

(XX)   TRANSPORTATION

    to the 16 jurors (15 jurors ordered morning coffee and lunch from Bayway) empaneled in the above entitled case.

DATED: Brooklyn, New York
       **June 13, 2019**

(XX)   DURING TRIAL

( )    DELIBERATING

( )    SEQUESTERED

(XX)   LUNCH

( )    DINNER

Nicholas G. Garaufis, U.S.D.J.