

U.S. Department of Justice

United States Attorney
Eastern District of New York

KMT:MKP/TH/MJL  
F. #2017R01840

*271 Cadman Plaza East*  
*Brooklyn, New York 11201*

June 16, 2019

By ECF

The Honorable Nicholas G. Garaufis  
United States District Judge  
United States District Court  
225 Cadman Plaza East  
Brooklyn, New York 11201

      Re: United States v. Keith Raniere  
           Criminal Docket No. 18-204 (S-2) (NGG)

Dear Judge Garaufis:

      The government respectfully submits this letter to request that one line in the Court's draft jury charge of June 15, 2019 be removed. The sentence, which was included in the government's proposed instructions but not in the defendant's, reads, "Of course, the Government does not need to prove that the intended victim was actually harmed; only that the Defendant intended to harm the victim by obtaining money or property." (See Court's Proposed Instructions, 123-124.) The line does not appear in Sand, Instructions ¶ 44.01. Because, in the context of the wire fraud statute, the contemplated harm to the victims is the

deprivation of money or property, this instruction may misleadingly suggest that proof of some additional "harm" is required. Therefore, the government respectfully requests that the sentence be removed.

            RICHARD P. DONOGHUE
            United States Attorney

       By: /s/
          Moira Kim Penza
          Tanya Hajjar
          Mark J. Lesko
          Kevin Trowel
          Assistant U.S. Attorneys
          (718) 254-7000

cc: Clerk of Court (NGG) (by ECF)
   Counsel of Record (by ECF)