JUNE 14, 2019 AT 9:30 AM

CRIMINAL CAUSE FOR JURY TRIAL

BEFORE: NICHOLAS G. GARAUFIS, U.S.D.J.
CR 18-0204
USA V. RANIERE
3.0 HOURS IN COURT
COURT REPORTER: STACY MACE

| DEFENDANTS | ATTORNEYS |
| --- | --- |
| 1. KEITH RANIERE | MARC AGNIFILO / PAUL DEROHANNESIAN, II |
|  | TENY GERAGOS / DANIELLE SMITH |

AUSA'S: MOIRA KIM PENZA / TANYA HAJJAR / MARK LESKO

JURY TRIAL HELD; WITNESS SWORN: MICHAEL WENIGER. GOV'T RESTS; DEFENSE MOTION TO DISMISS CERTAIN COUNTS OF THE INDICTMENT IS DENIED. THE DEFENDANT WAIVES HIS RIGHT TO TESTIFY. DEFENSE RESTS; TRIAL CONTINUES ON JUNE 17, 2019 AT 9:00 AM. CHARGE CONFERENCE IS SCHEDULED FOR SATURDAY, JUNE 15, 2019 AT 11:00 AM.