UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------

United States of America,

                Plaintiff,

-vs-

Keith Raniere,

                Defendant.

---------------------------------------------

ORDER OF SUSTENANCE
ORDER OF TRANSPORTATION
ORDER OF LODGING

CR 18-0204 (NGG)

**ORDERED** that the Marshal supply proper

( )    LODGING

(XX)  SUSTENANCE

(XX)  TRANSPORTATION

        to the 16 jurors ordered morning coffee and lunch from Bayway empaneled in the above entitled case.

DATED: Brooklyn, New York
       **June 14, 2019**

(XX)  DURING TRIAL

( )    DELIBERATING

( )    SEQUESTERED                    s/Nicholas G. Garaufis

(XX)  LUNCH                              _____

( )    DINNER                            Nicholas G. Garaufis, U.S.D.J.