JUNE 15, 2019 AT 11:00 AM

CRIMINAL CAUSE FOR CHARGE CONFERENCE

BEFORE: NICHOLAS G. GARAUFIS, U.S.D.J.
CR 18-0204
USA V. RANIERE
2.0 HOURS IN COURT
COURT REPORTER: STACY MACE

| DEFENDANTS | ATTORNEYS |
|---|---|
| 1. KEITH RANIERE | MARC AGNIFILO / PAUL DEROHANNESIAN, II |
| | TENY GERAGOS / DANIELLE SMITH |

AUSA'S: TANYA HAJJAR / MARK LESKO / KEVIN TROWEL

CHARGE CONFERENCE HELD.