UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------

United States of America,

                      Plaintiff,        ORDER OF SUSTENANCE
                                       ORDER OF TRANSPORTATION
  -vs-                                     ORDER OF LODGING

Keith Raniere,                          CR 18-0204 (NGG)

                      Defendant.

-------------------------------------------------------

       **ORDERED** that the Marshal supply proper

( )   LODGING

(XX)  SUSTENANCE

(XX)  TRANSPORTATION

       to the 16 jurors ordered morning coffee and lunch from Bayway empaneled in the above entitled case.

DATED:  Brooklyn, New York
            **June 17, 2019**

(XX )  DURING TRIAL

( )   DELIBERATING

( )   SEQUESTERED                                  s/Nicholas G. Garaufis

(XX)  LUNCH                                             _____

( )   DINNER                                        Nicholas G. Garaufis, U.S.D.J.