UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------

| | |
|---|---|
| United States of America, | ORDER OF SUSTENANCE |
|                 Plaintiff, | ORDER OF TRANSPORTATION |
|  | ORDER OF LODGING |
| -vs- | |
|  | |
| Keith Raniere, | CR 18-0204 (NGG) |
|  | |
|                 Defendant. | |

-------------------------------------------------

**ORDERED** that the Marshal supply proper

( ) LODGING

(XX) SUSTENANCE

(XX) TRANSPORTATION

    to the 16 jurors ordered morning coffee and lunch from Bayway empaneled in the above entitled case.

DATED: Brooklyn, New York
        **June 18, 2019**


(XX) DURING TRIAL

( ) DELIBERATING

( ) SEQUESTERED                                  s/Nicholas G. Garaufis

(XX) LUNCH                                            _____

( ) DINNER                                            Nicholas G. Garaufis, U.S.D.J.