JUNE 19, 2019 AT 9:00 AM

CRIMINAL CAUSE FOR JURY TRIAL

BEFORE: NICHOLAS G. GARAUFIS, U.S.D.J.
CR 18-0204
USA V. RANIERE
6.0 HOURS IN COURT
COURT REPORTER: RIVKA TEICH

| DEFENDANTS | ATTORNEYS |
|---|---|
| 1. KEITH RANIERE | MARC AGNIFILO / PAUL DEROHANNESIAN, II |
| | TENY GERAGOS / DANIELLE SMITH |

AUSA'S: MOIRA KIM PENZA / TANYA HAJJAR / MARK LESKO

JURY TRIAL HELD; RENEWED DEFENSE MOTION FOR A MISTRIAL IS DENIED; JURY DELIBERATIONS; JURY RENDERS VERDICT; THE DEFENDANT IS CONVICTED ON ALL COUNTS. DEFENSE POST TRIAL MOTIONS ARE DUE BY JULY 10, 2019; GOVERNMENT RESPONSE BY JULY 24, 2019; SENTENCING IS SCHEDULED FOR WEDNESDAY, SEPTEMBER 25, 2019 AT 11:00 AM.