UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------

| | |
|---|---|
| United States of America, | ORDER OF SUSTENANCE |
| Plaintiff, | ORDER OF TRANSPORTATION |
| | ORDER OF LODGING |
| -vs- | |
| | |
| Keith Raniere, | CR 18-0204 (NGG) |
| | |
| Defendant. | |

-----------------------------------------------

**ORDERED** that the Marshal supply proper

( )  LODGING

(XX)  SUSTENANCE

(XX)  TRANSPORTATION

>  to the 16 jurors ordered morning coffee and lunch from Bayway empaneled in the above entitled case.

DATED:  Brooklyn, New York
**June 19, 2019**

( )  DURING TRIAL

(XX)  DELIBERATING

( )  SEQUESTERED           s/Nicholas G. Garaufis

(XX)  LUNCH                _____

( )  DINNER                Nicholas G. Garaufis, U.S.D.J.