UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

     - against -

KEITH RANIERE,
    also known as "Vanguard,"
    "Grandmaster,"
    and "Master,"

           Defendant.

18-CR-204 (S-2) (NGG)

VERDICT SHEET

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

### AS TO COUNT TWO
### Racketeering

How do you find the defendant?

Guilty ✓       Not Guilty _____

*If you answered "Guilty" as to Count Two, indicate whether the following Racketeering Acts were proved beyond a reasonable doubt. If you answered "Not Guilty," proceed to Count One.*

Racketeering Act 1

    1A (Conspiracy to Commit Identity Theft - Ashana Chenoa)

Proved ___✓___    Not Proved _____

    1B (Conspiracy to Unlawfully Possess Identification Document)

Proved ___✓___    Not Proved _____

Racketeering Act 2 (Sexual Exploitation of a Child on November 2, 2005 - Camila)

Proved ___✓___    Not Proved _____

Racketeering Act 3 (Sexual Exploitation of a Child on November 24, 2005 - Camila)

Proved ___✓___    Not Proved _____

Racketeering Act 4 (Possession of Child Pornography)

Proved ___✓___    Not Proved _____

Racketeering Act 5

    5A (Conspiracy to Commit Identity Theft)

Proved ___✓___    Not Proved _____

    5B (Identity Theft - James Loperfido)

Proved ___✓___    Not Proved _____

    5C (Identity Theft - Edgar Bronfman)

Proved ___✓___    Not Proved _____

Racketeering Act 6 (Conspiracy to Alter Records for Use in an Official Proceeding)

Proved ___✓___    Not Proved _____

Racketeering Act 7 (Conspiracy to Commit Identity Theft - Marianna)

Proved ___✓___    Not Proved _____

Racketeering Act 8

    8A (Trafficking for Labor and Services - Daniela)

    Proved ___✓___   Not Proved _____

    8B (Document Servitude - Daniela)

    Proved ___✓___   Not Proved _____

Racketeering Act 9 (Extortion)

Proved ___✓___   Not Proved _____

Racketeering Act 10

    10A (Sex Trafficking - Nicole)

    Proved ___✓___   Not Proved _____

    10B (Forced Labor - Nicole)

    Proved ___✓___   Not Proved _____

Racketeering Act 11 (Conspiracy to Commit Identity Theft - Pamela Cafritz)

Proved ___✓___   Not Proved _____

## AS TO COUNT ONE
## Racketeering Conspiracy

How do you find the defendant?

    Guilty ___✓___   Not Guilty _____

## AS TO COUNT THREE
## Forced Labor Conspiracy

How do you find the defendant?

    Guilty ___✓___   Not Guilty _____

### AS TO COUNT FOUR
### Wire Fraud Conspiracy

How do you find the defendant?

Guilty ___✓___   Not Guilty _____

### AS TO COUNT FIVE
### Sex Trafficking Conspiracy

How do you find the defendant?

Guilty ___✓___   Not Guilty _____

### AS TO COUNT SIX
### Sex Trafficking of Nicole

How do you find the defendant?

Guilty ___✓___   Not Guilty _____

*If you find the defendant guilty as to Count Six, answer the following questions:*

Do you find that the defendant knew means of force, fraud or coercion would be used to cause one or more persons to engage in one or more commercial sex acts?

Yes ___✓___   No _____

### AS TO COUNT SEVEN
### Attempted Sex Trafficking of Jay

How do you find the defendant?

Guilty ___✓___   Not Guilty _____

___6/19/19___
DATE

___[signature]___
FOREPERSON

4