# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

767 THIRD AVENUE, 26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: ATTORNEYS@BRAFLAW.COM

BENJAMIN BRAFMAN

MARK M. BAKER
OF COUNSEL

MARC A. AGNIFILO
OF COUNSEL

ANDREA L. ZELLAN
JOSHUA D. KIRSHNER
JACOB KAPLAN
TENY R. GERAGOS
ADMITTED IN NY & CA
STUART GOLD

July 5, 2019

VIA ECF

The Honorable Nicholas G. Garaufis
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    <u>United States v. Keith Raniere</u>, 18 Cr. 204 (NGG)

Dear Judge Garaufis:

With the consent of the government, defendant Keith Raniere requests an extension of time to file his post-trial motions—currently due by July 10, 2019—to July 30, 2019. The government's response—currently due by July 24, 2019—would be due August 13, 2019.

Thank you for your consideration.

                                                      Respectfully submitted,

                                                      /s/
                                                    Marc A. Agnifilo, Esq., *Of Counsel*
                                                   Teny R. Geragos, Esq.

cc:    Counsel for the government (via ECF)