729

1   UNITED STATES DISTRICT COURT
    EASTERN DISTRICT OF NEW YORK
2   ------------------------------x
                                        18-CR-204(NGG)
3   UNITED STATES OF AMERICA,
                                        United States Courthouse
4           Plaintiff,                  Brooklyn, New York

5           -against-                   May 13, 2019
                                        9:30 a.m.
6   KEITH RANIERE,

7           Defendant.
    ------------------------------x
8           TRANSCRIPT OF CRIMINAL CAUSE FOR TRIAL
         BEFORE THE HONORABLE NICHOLAS G. GARAUFIS
9          UNITED STATES SENIOR DISTRICT JUDGE
                    BEFORE A JURY
10
    APPEARANCES
11
    For the Government:      UNITED STATES ATTORNEY'S OFFICE
12                           Eastern District of New York
                             271 Cadman Plaza East
13                           Brooklyn, New York 11201
                             BY:  MOIRA KIM PENZA
14                                 TANYA HAJJAR
                                   MARK LESKO
15                           Assistant United States AttorneyS

16  For the Defendant:       BRAFMAN & ASSOCIATES
                             767 Third Avenue, 26th Floor
17                           New York, New York 10017
                             BY:  MARC A. AGNIFILO, ESQ.
18                                 TENY ROSE GERAGOS, ESQ.
                                   – and –
19                           DerOHANNESIAN & DerOHANNESSIAN
                             677 Broadway, Suite 707
20                           Albany, New York 12207
                             BY:  PAUL DerOHANNESIAN, ESQ.
21                                 DANIELLE SMITH, ESQ.

22  Also Present:            SPECIAL AGENT MICHAEL WENIGER
                             TERI CARBY, PARALEGAL SPECIALIST
23  Court Reporter:          LINDA D. DANELCZYK, RPR, CSR, CCR
                             Phone:  718-613-2330
24                           Email:  LindaDan226@gmail.com

25  Proceedings recorded by mechanical stenography.  Transcript
    produced by computer-aided transcription.

PROCEEDINGS                                    730

1              (The following occurred at sidebar.)

2              (Continued on the next page.)

731





732

733



734



735



736



PROCEEDINGS                                    737

1              (In open court; Jury not present.)

2              THE COURT:  Let's start with appearances.

3              MS. PENZA:  Moira Penza, Tanya Hajjar, and Mark

4    Lesko for the United States.  Good morning, Your Honor.  Also

5    at counsel table is Special Agent Michael Weniger with the FBI

6    and paralegal specialist, Teri Carby.

7              THE COURT:  Good morning.

8              MR. AGNIFILO:  Good morning, Your Honor.  Marc

9    Agnifilo, Teny Geragos and Paul DerOhannesian for Keith

10   Reniere, who is with us in court this morning.

11             THE COURT:  Okay, thank you.  Please be seated.

12             Let's bring in witness, please.

13             (Whereupon, the witness resumes the stand.)

14   **MARK VICENTE**, called as a witness, having been previously

15   first duly sworn/affirmed, was examined and testified further

16   as follows:

17             THE COURT:  All right, let's bring in the jury,

18   please.

19             (Jury enters the courtroom.)

20             THE COURT:  Please be seated.

21             Good morning, members of the jury.

22             THE JURY:  Good morning.

23             THE COURT:  Before we get started today, let me just

24   give you certain minor scheduling changes this week.

25             Today, the afternoon session will goes from 2 p.m.

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

1   to 4 p.m. without a break, and we'll break for the day at

2   4 p.m.

3            And then on Friday, which is a trial day, we will go

4   until 2 p.m., and that will be end of the trial day.  So it'll

5   be basically a half day, and we'll work in lunch on Friday as

6   well.

7            Mr. Reccoppa will figure that out with the

8   restaurant downstairs as to what a good time will be.

9            So those are the changes for this week, and you can

10  make whatever adjustments to your activities that you need to

11  make.

12           So at this point we're going to continue with the

13  direct examination of the witness.

14           Mr. Lesko, you may continue.

15           I remind the witness that he is still under oath.

16           THE WITNESS:  Yes, Your Honor.

17           THE COURT:  Go ahead, sir.

18           MR. LESKO:  Thank you.

19  DIRECT EXAMINATION (Continued)

20  Q    Good morning, Mr. Vicente.

21  A    Good morning.

22  Q    Do you have an agreement with the government that relates

23  to your testimony?

24  A    I do.

25           MR. LESKO:  If I could publish this just to the

VICENTE - DIRECT - MR. LESKO                 739

1    witness, Your Honor?

2              THE COURT:  Yes, go ahead.

3    Q    Okay, I'm showing you what's been marked for

4    identification as Government Exhibit -- is that coming up --

5    Government Exhibit 3500-MV-58.

6              I'll scroll through it so you can take a look at the

7    first page.

8              Do you recognize that first page?

9    A    I do.

10   Q    All right, I'll show you the second page.

11             The second page?

12   A    Yes.

13   Q    Is that a copy of the agreement with the government?

14   A    It is.

15   Q    Is that your signature on the second page?

16   A    It is.

17   Q    Is that my signature?

18   A    I think so.

19   Q    Is that your attorney's signature?

20   A    Yes.

21   Q    Okay.

22             MR. LESKO:  Your Honor, we've offered Government

23   Exhibit 3500-MV-58.

24             MS. GERAGOS:  No objection, Your Honor.

25             THE COURT:  All right.  3500-MV-58 is received.

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

1    MR. LESKO:  Thank you, Your Honor.

2         (Government Exhibit 3500-MV-58, was received in

3    evidence.)

4         (Exhibit published.)

5    Q    What does this agreement provide?

6    A    My understanding is the agreement provides that anything

7    I said to the prosecutors and law enforcement in the past, and

8    also anything I'd say in this court that I will not be

9    prosecuted for unless I lie about something.

10   Q    Okay.  When you initially met with law enforcement, did

11   you have an understanding that there would be this agreement

12   in place?

13   A    I did not.

14   Q    And you're represented by a criminal attorney; is that

15   right?

16   A    Correct.

17   Q    Do you have another attorney in connection with this

18   matter?

19   A    In this -- sorry.  What do you mean?

20   Q    Do you have another attorney that's representing you?

21   A    Ah, yes.  Neil Glazer.  N-E-I-L.

22   Q    And it's -- why don't you spell the last name.

23   A    G-L-A-Z-E-R.

24   Q    And who is Neil Glazer?

25   A    Neil Glazer is civil attorney with a firm in

VICENTE – DIRECT – MR. LESKO                741

1   Philadelphia.

2   Q    And is this civil attorney representing you in civil

3   matters relating to Mr. Raniere?

4   A    In potential civil matters, correct.

5   Q    I'd like to draw your attention to approximately 2008.

6         In that year, did anyone leave the NXIVM community?

7   A    2008, I believe was when nine members of the community

8   left.  They were -- among them were Barbara Bouchey, Susan

9   Dones, and there were seven others as well that left.

10  Q    And why did these nine women leave NXIVM?

11  A    My understanding is that they had concerns about the way

12  Mr. Raniere's running things.  About him sleeping with members

13  of the executive board and other members.

14        There were some issues about monies that were owed

15  to them.

16        That's my general understanding at the time.

17  Q    Did Mr. Raniere offer any explanation regarding the nine

18  women leaving?

19  A    He explained to me that there were a number of issues

20  with these women.  They were -- they basically engaged in

21  criminal behavior.  They were -- philosophically they were

22  socialists, and there were all kind of issues with them.  They

23  were, you know, being suppressive.  That was what I was told.

24  Q    What was the nature of the alleged criminal behavior, if

25  you know?

VICENTE – DIRECT – MR. LESKO                742

1  A    I believe something to do with some monies that I was

2  told they wanted that they shouldn't have.

3  Q    Was their that leaving, the nine women leaving, described

4  in a certain way in NXIVM?

5  A    Well, they were described as enemies.  As being

6  suppressive.  As enemies of the company and enemies of Raniere

7  as well.

8  Q    Was the term "defectors" used?

9  A    It was, yes.

10  Q    Who used that term?

11  A    I believe Raniere and others used that term.  I believe

12  that Nancy Salzman used that term as well.

13  Q    This issue regarding monies owed, how was that issue

14  characterized in the NXIVM community?

15  A    It was characterized as extortion, an extortion attempt.

16  That those monies were not owed to them and it was just

17  extortion.  They were trying to get money for something.

18  Q    Were civil actions filed against the defectors?

19  A    As far as I know, civil actions were filed against -- at

20  the time, I believe it was against at least Barbara Bouchey.

21      I don't recall -- at the time I don't recall about

22  the others.

23  Q    Were members of the NXIVM community asked to do anything

24  to respond to the nine women Leaving?

25      MR. AGNIFILO:  Object to form of the question.

VICENTE – DIRECT – MR. LESKO                    743

1          THE COURT:  Sustained.

2    Q    Were you asked to take any action against the nine

3    defectors?

4    A    I was asked to write down the -- any damages I believed I

5    personally got from them leaving -- actually, specifically,

6    Barbara Bouchey -- to see if I could tally like what were the

7    losses to my ability to enroll that would then be passed on

8    to -- I don't recall if it was -- if it was the Attorney

9    General or lawyers.  I can't remember that.

10   Q    Were you asked to contact law enforcement?

11   A    I was.  I was asked to meet with law enforcement.

12            I'm just not certain if it was regarding this matter

13   or another matter.

14   Q    Did you participate in any efforts of damage control

15   regarding the nine defectors?

16   A    I did.  I was asked if I would go to -- the center that

17   was it was, in essence, closing down or imploding was the

18   Tacoma Center, and I was asked to go there to do damage

19   control with the remaining people that were there and explain

20   the company's position as best as I could.

21   Q    Who asked you to do that?

22   A    It was both Raniere and Nancy Salzman.  And then I

23   believe myself.  I think it was Nancy Salzman and Lauren

24   Salzman went.  Also possibly Barbara Jeske went to Seattle to

25   meet with the members of the center.

1    Q     And when you say "Tacoma," are you referring to Tacoma,

2    Washington?

3    A     Tacoma, Washington is where center was.

4    Q     Is that near Seattle?

5    A     That is, yes.

6    Q     And were people leaving that center?

7    A     They were.

8    Q     As a result of the nine defectors?

9    A     Yes.  That was my understanding, as a result of what they

10   were hearing.

11   Q     Were there any other actions within NXIVM taken against

12   Barbara Bouchey?

13   A     Well, she was spoken of very badly, very negatively.  She

14   was spoken about as being suppressive.  That she had all these

15   issues.

16         I believe there was some legal action taken.  I

17   don't recall exactly what it was.  That's my understanding at

18   the time.

19         THE COURT:  Can I just ask -- excuse me, Mr. Lesko.

20         When you say "suppressive," what do you understand

21   that term to mean?

22         THE WITNESS:  Suppressive, if I were to translate

23   it, is like an evil person; you know, somebody who is -- is --

24   the way it was defined in the system, suppressive is somebody

25   who suppresses the goodness of the human spirit, which implies

VICENTE – DIRECT – MR. LESKO                745

1    they're a bad person or they're doing bad actions.

2              But the way suppressive was used is basically

3    against the company, negative towards goodness.  That we were

4    good and they were bad.

5              THE COURT:  All right.  Thank you.

6    Q    Was there a general feeling within the NXIVM community

7    about the nine defector after they left?

8              MR. AGNIFILO:  Objection.

9              THE COURT:  I'm sorry, I didn't catch the question.

10             MR. LESKO:  Was there a general feeling within the

11   NXIVM community about the nine defectors after they left?

12             THE COURT:  Sustained.

13   Q    Did you have a feeling about, or a perception of the nine

14   defectors after they left?

15   A    I did have a perception.  And I had a conversation with

16   Raniere when he said to me, you know, in essence, the problem

17   was they never got through their issues.  They were -- he

18   called them socialists.  They believed in, you know, a

19   socialist-type doctrine.

20             We had conversations that he would release a new

21   curriculum now that they've left.  We had those kind of

22   conversations.

23   Q    Did your role change at NXIVM after the nine defectors

24   left and the videotapes were altered?

25   A    I was promoted to the rank of green.  And I was praised

VICENTE – DIRECT – MR. LESKO                746

1    as being somebody who was very loyal and stood by the company

2    and stood by Raniere.

3    Q    Who specifically praised you?

4    A    I believe at the time it was Nancy Salzman, Lauren

5    Salzman.  There may have been other people.  I recall Raniere

6    thanked me for my actions.

7    Q    Were you asked to join the executive board?

8    A    I was.  Shortly after that I was invited up to what would

9    be the new executive board, which, you know, I saw as a

10   promotion at the time.

11   Q    Did you have an understanding as to why you received all

12   these promotions?

13   A    My general understanding was that, you know, my loyalty

14   was seen as some kind of maturity in the company or some sign

15   of loyalty.  I said that both ways.

16        Yeah, I think it was loyalty.

17   Q    Was loyalty important to the defendant?

18   A    Extremely.

19   Q    Along with your joining the executive board, were other

20   changes made to the executive board at that time?

21   A    Well, the old executive board was disbanded, and this new

22   board was created and was finally formed of myself and five

23   others.

24   Q    So if you could just remind us, who was on the old

25   executive board?

1  A    I believe the old executive board was Barbara Bouchey,

2  Edgar Boone, Loretta Garza, Lauren Salzman, and Nancy Salzman

3  was also head of it.  I don't recall the others right now.

4  Q    Who was part of the new executive board?

5  A    So the new exhibitive board was myself, Emiliano Salinas,

6  Alex Betancourt, Clare Bronfman, Karen Unterreiner.  And then

7  I think a week or two later Lauren Salzman joined the board as

8  well.

9        MR. LESKO:  Showing you what's been admitted as

10  Government Exhibit 3.

11        (Exhibit published.)

12  Q    Do you recognize that person?

13  A    Yes.  That is Alex Betancourt.

14  Q    Was Mr. Betancourt a member of the new executive board?

15  A    Correct.  He was.

16  Q    Was the defendant part of the new executive board?

17  A    Well, the defendant wasn't part of it, the defendant was

18  at the head of it.

19        The way it worked was that it was -- the structure

20  was Raniere, Nancy Salzman, and then the executive board was

21  this sort of public facing structure.

22  Q    So just for the record you're gesturing top down?

23  A    Correct.

24  Q    Is that how that works?

25  A    The authority at the very top was Raniere.

1    Theoretically, Nancy Salzman was supposed to be in charge of

2    the executive board.  There were other things going on, so on

3    paper that was true, but not entirely.

4            And then -- so below Raniere and below Nancy Salzman

5    was the executive board.

6    Q    Did the defendant attend executive board meetings?

7    A    Yes.  He did.

8            Generally when the -- when the executive board was

9    in town in Albany and having meetings, he would -- quite often

10   he would attend.

11   Q    Now, this executive board, was it an executive board of

12   NXIVM, or of ESP, or of another entity?

13   A    So my understanding it was both.  I sometimes was not

14   clear, because ESP and NXIVM were used interchangeably.  I

15   think at times my understanding was both.

16   Q    Did the executive board meet regularly?

17   A    We met every week, either a conference call or video

18   conference call or, as I said, if we were in Albany together,

19   we would be in person pretty much always at Nancy Salzman's

20   house.

21   Q    Did you attend those meetings when you were in Albany?

22   A    I did.

23   Q    And what were the responsibilities of the executive board

24   when you were a member of it?

25   A    Well, we were generally responsible for all the -- you

VICENTE - DIRECT - MR. LESKO                    749

1   know, all the activities in the company.

2           It's a bit more complicated than what I'm saying,

3   but we were responsible for all the divisions -- I mentioned

4   before the five colors -- for the health of the company, the

5   physical health of the company, policies, making sure that

6   policies were occurring, fielding requests for changes in

7   policy.

8           In essence, the overall health of the -- of the

9   entire company.

10  Q    Did the executive board have the authority to make policy

11  changes?

12  A    We did not.  We could suggest policy changes, but we

13  didn't have the authority to make them.  We had to check.  We

14  had to go above us for confirmation.

15  Q    Who had the ultimate authority to make policy changes?

16  A    Raniere had the ultimate authority.

17  Q    Did the executor board participate in events like coach

18  summits or V Week?

19  A    We did.

20          Coach summits were generally run by us.  We were

21  considered the responsible parties who run them.

22          At V Week, members of the executive board and other

23  greens were responsible for running certain activities at

24  V Week.  So certain, you know, areas of endeavor.

25          We were also seen as mentors that would help if

1    there were any issues that came up.  But we were seen as

2    responsible for a great many of the activities of the company.

3    Q    We talked about authority to change policies.

4            Did the executive board have ultimate

5    decision-making generally?

6    A    No.

7    Q    Who had ultimate decision-making authority in NXIVM?

8    A    Well, Raniere had the ultimate authority.  And I mean as

9    far as I can recall, anything that was outside of the policy

10   would have to be referred up to him to discuss and decide

11   whether it should go or not.

12   Q    What sort of decisions were referred to the defendant by

13   the executive board?

14   A    Changes in the way the education might be done.  Changes

15   to the format of things in the education.  Discussions about,

16   you know, centers opening or where centers were.

17           And we had a lot of discussions about sales as well

18   and, you know, commerce and things that needed to occur.

19   Q    What was your understanding of the view of the defendant

20   within the NXIVM community?

21   A    Well, generally speaking, it was -- he was seen with awe,

22   and enormous respect.  You know, most people that ever got to

23   see him had already gone through a lot of the education.

24           So I think people were generally awe struck.  They

25   saw him as the wisest person there, the person who had the

1    most superior, you know, ethical morale understanding of

2    humanity.

3              I mean, in some ways, you know, akin to, you know, a

4    king or a spiritual leader.

5    Q    Was there a group within NXIVM that was particularly

6    trusted and close to the defendant?

7    A    There were a lot of -- there was a circle of people that

8    were individually related to him in different ways that was

9    much closer to him, which didn't necessarily correlate with

10   rank necessarily.

11             But, yes, there was a group of people that were very

12   close to him, and some had been very close for a long, long

13   time.

14   Q    Would this trusted group socialize with the defendant?

15   A    Yes.  When he did that kind of thing, they would, yes.

16   Q    And were would social outings typically occur?  Where

17   would social outings typically occur?

18   A    They could be at Nancy Salzman's house.  If there were

19   Christmas dinners, they could be at a farm owned by Clare

20   Bronfman.  There would be socializing happening there,

21   different events and parties.

22             A number of times the people very close to him were

23   invited to the island of Fiji to spend time with each other

24   with him as well.

25   Q    Were some of the gatherings you just mentioned not opened

1    to the rest of the NXIVM community?

2    A    Some of the others were open.  For instance, events at

3    Nancy Salzman house, private parties were not open.  Fiji was

4    not an open invitation.  It was a very specific invitation to

5    specific people.

6    Q    Was this trusted group a formal or informal group within

7    NXIVM?

8    A    No, it was informal.

9    Q    Did members of the trusted group have a special positon

10   of trust and privilege with the defendant?

11              MR. AGNIFILO:  Object to form of the defendant.

12              THE COURT:  You may answer that.

13   A    Could you ask the question one more time, please.

14   Q    Did members of the trusted group have special positions

15   of trust and privilege with the defendant?

16   A    Yes, they -- they got to spend a lot more time with him.

17   Often they would go and ask him questions.  They would, in

18   essence, be the go-between sometimes between the executive

19   board and him.  Sometimes people would be the go-between if

20   they had the access to him.  If they had, you know, his phone

21   number, they could call him any time.

22              And then often they seemed to also get promoted in

23   ways that were to me not consistent with the actual stripe

24   path by virtue of their closeness to him.

25   Q    Did members of the trusted group, in your opinion, seek

VICENTE - DIRECT - MR. LESKO                753

1    the defendant's approval?

2    A    Yes, very much.

3    Q    Was seeking of the defendant's approval important in

4    NXIVM?

5    A    Very important.

6    Q    What were some of the ways in which you earned the

7    defendant's approval?

8    A    Well, I believe that -- I believe that my involvement

9    with the tapes was one way.  I believe that my going to bat

10   for the company in 2000 -- '8 or '9.  I believe that my

11   defense of him in 2012 when there was a series of articles

12   that came out.

13         And also I took the step to go to Mexico and begin

14   working on a documentary, which was pretty risky for myself

15   and others, and I think all those things -- and I think also

16   just my -- my deference and my obedience.

17   Q    Just to be precise, was the trusted group different than

18   the executive board?

19   A    They didn't necessarily correlate.

20   Q    Was everyone who was high-ranking within ESP in the

21   trusted group?

22   A    I don't believe so, no.

23   Q    Did some members of the trusted group have close intimate

24   relationships with the defendant?

25   A    I believe so.

VICENTE – DIRECT – MR. LESKO                 754

1   Q    Now you mentioned that certain individuals received

2   promotions as a result of being in the trusted group.

3            Could you give us an example or two of that

4   happening?

5   A    Yes.  In the case of Marianna, who was very close to

6   Raniere.  One example that seemed to really concern everybody

7   is that as -- you know, in any rank, in any color, there were

8   stripes and you had to -- you had to do certain things to

9   achieve those stripes.

10            And in her case, when he decided to jump her two

11   stripes, and she didn't actually meet the qualifications, and

12   everybody was completely confused as to how that could happen.

13            I was told that he had ultimate authority over

14   stripe paths, so he could do whatever he wanted.

15            THE COURT:  I'm sorry.

16            MR. AGNIFILO:  I object.

17            THE COURT:  Sustained as to the last statement --

18   last sentence.

19            Go ahead, Mr. Lesko.

20   Q    So could you, without reference to the last sentence --

21            MR. LESKO:  Could we read back the last sentence,

22   please?

23            THE COURT:  Just ask another question.

24            MR. LESKO:  Okay.

25   Q    So is there another example a member of the trusted group

1   getting a promotion?

2   A    Other than what I said?

3        Well, myself.  I don't know, I'm not -- I wasn't

4   clear sometimes what are the requirement for the green.  You

5   know, I think it had a lot to do with loyalty.

6   Q    Did any member of the trusted group increase the

7   potential for financial advantages?

8   A    Yes.  Because if it was related to rank in some way, yes,

9   absolutely.

10  Q    When you initially became involved in ESP in

11  approximately 2005, 2006 time frame, do you recall who was in

12  the defendant's trusted group?

13  A    When I first came in, my recollection is -- sorry, a lot

14  of names -- Pam, Marianna, Kristin, Dawn, Edgar.

15       I'm sorry, I'm just referencing a particular private

16  event.  That's all I can think of right this second.

17  Q    Was Pam, Pam Capers?

18  A    Correct.

19  Q    Kristin, Kristin Keeffe?

20  A    Correct.

21  Q    Edgar, Edgar Boone?

22  A    Correct.

23  Q    And Dawn, Dawn Morrison?

24  A    Dawn Morrison.

25  Q    Was Lauren Salzman a member of the trusted group?

VICENTE – DIRECT – MR. LESKO                    756

1   A    Yes, she was.

2   Q    Was Nancy Salzman a member of trusted group?

3   A    Yes, she was.

4   Q    Was Sara Bronfman a member of the trusted group.

5   A    Yes, she was.

6   Q    Was Clare Bronfman a member of trusted group?

7   A    Yes.

8   Q    Was Monica Duran a member of the trusted group?

9   A    Yes.

10  Q    Was Karen Unterreiner a member of the trusted group?

11  A    Yes.

12  Q    Was Daniella Padilla a member of the trusted group?

13  A    Yes.

14  Q    Was Barbara Bouchey a member of the trusted group?

15  A    Yes.

16  Q    And was Sarah Peters a member of the trusted group?

17  A    Yes, she was.

18  Q    After you were essentially promoted in the 2008, 2009

19  time frame, did you believe that you were included in the

20  trusted group?

21  A    I did.  I thought I -- yes, I thought I was as well.

22  Q    When you were promoted to senior proctor and a green sash

23  in 2009, what was the benefit to you in that role?

24  A    Well, as a senior proctor and green, I now had the

25  authority to open centers and to grow centers and to own

VICENTE – DIRECT – MR. LESKO                757

1    centers.

2            So that allowed me the opportunity, along with Sarah

3    to open the Vancouver center.  Well, to begin developing

4    towards a full center then be able to officially open it.

5            So a person with a green connection could actually

6    build areas, build countries and, you know, build centers.

7    Q    And would that result in a potential financial benefit to

8    you?

9    A    Potentially, yes.  Because what happened is that once you

10   were -- once you had a hundred paying Ethos members, you could

11   call yourself a center at which point there was a certain

12   commission that you would get.

13           Understand up to this point we were paying out of

14   pocket for everything; for all the intensives, for the space,

15   for rent, electricity, et cetera.

16           Once you reached a hundred, you could now get what

17   was termed a "center bonus"; where you would get 10 percent of

18   the gross, which you could then use to offset what you were

19   spending on the center.  And the idea was that if you kept on

20   growing and growing into hundreds and hundreds of members, you

21   could potentially earn a lot of money.

22           MR. LESKO:  Showing you what's admitted as

23   Government's Exhibit 20.

24           (Exhibit published.)

25   Q    Is that the Sarah that you referred to?

VICENTE – DIRECT – MR. LESKO                    758

1    A     That is Sarah.

2    Q     And so you started the Vancouver center with Sarah?

3    A     Correct.

4    Q     Why couldn't Sarah open that center on her own?

5    A     At that point she was an orange or a proctor, so she

6    didn't have the ability.  We –– we had partnered up, and when

7    I became a green, that allowed us to take that step.

8    Q     Now you mentioned that Edgar Boone was no longer a member

9    of the executive board after approximately 2009; is that

10   correct?

11   A     Correct.

12   Q     Did Edgar Boone remain part of the defendant's trusted

13   group?

14   A     I think so.  He had a lot more sort of a personal

15   relationship with him.

16          Raniere was mentoring him in matters that seemed

17   more spiritual or referred him to a lot of different books to

18   read.

19          So there was some kind of personal relationship, but

20   it wasn't as –– it wasn't connected to the executive board any

21   more.

22   Q     Was anyone in the leadership ranks at NXIVM not trusted?

23   A     Well, I know at a certain point –– one second.

24          I know at a certain point that Esther Carlson was

25   not trusted.  And I was told as much in the executive board.

1       My sense is that there were people that were in and

2   then were out.  People that were out maybe they did something

3   or they didn't do something, or there was some issue.  And I

4   would at first press for more information and then realize,

5   you know, that based on not getting answers I realized it was

6   above my pay grade.

7   Q    Were there people within NXIVM who had close access to

8   the defendant outside of the formal organizational structure?

9   A    Well, there were people that were not high-ranking that

10  had access.

11      My sense is anybody who had close access that

12  generally speaking had gone through some kind of education,

13  unless they were, you know, a PR person or -- or, you know, a

14  political person, or perhaps a journalist.

15  Q    Did Cathy Russell have access to the defendant?

16  A    She did.

17  Q    What was Cathy Russell's role in NXIVM?

18  A    So my understanding is she was part of the accounting

19  department, but slightly separate.  You know, at times she was

20  termed bookkeeper.  She -- but, again, separate from the --

21  connected to the accounting department, but somehow separate.

22      She would answer to Emiliano on certain things,

23  because if I spoke to her about certain things, she would

24  check with him.

25      She also managed something called movie honor, which

1    was, you know, once a week showing movies about great people,

2    people with great philosophies.

3            And also she was the person that was also

4    responsible for building his executive library and taking care

5    of the library.

6    Q    And the library is physical location?

7    A    It's a physical location in 8 Hale Drive upstairs.

8    Q    Did Clare have access to the defendant, Clare Bronfman?

9    A    She did.

10            She, you know, although the executive board, you

11   know, was working with him, she tended to have a lot more

12   access, so she would tend to report what we discussed directly

13   to him.  She also was -- she ran the -- what is the termed the

14   "legal department".  She was also overseeing finances.  She

15   was overseeing admin and accounting.

16   Q    Did you witness Clare Bronfman contacting the defendant?

17   A    Yes.

18   Q    How would that typically happen?

19   A    Typically it would be a phone call or it would be in

20   person.  You know, they might meet somewhere, or might meet at

21   Nancy Salzman's house.

22            I did a bunch of work where I got to see, you know,

23   them interact, so they would talk a lot.

24   Q    You mentioned Esther Carlson as not being trusted.  I'm

25   going to show you Government's Exhibit 13, which has been

VICENTE - DIRECT - MR. LESKO                761

1    admitted.

2            (Exhibit published.)

3    Q    Do you recognize that person?

4    A    Yes, that's Esther Carlson.

5    Q    You talked about access to the defendant.

6            Did members of the defendant's trusted group engage

7    in one-on-one time with the defendant?

8    A    Yes, they would be, you know, often seen walking with

9    him, or there would be a lot of sidebars, I suppose, a lot of

10   private discussions.  Even when we'd have meetings, there

11   would be a lot of private discussions that he was having with

12   people and they'd be having discussions about I'm not sure

13   what.

14   Q    Did members of the trusted group, were they personally

15   mentored by the defendant?

16   A    Yes, they were.

17   Q    How were members of the defendant's trusted group treated

18   within the NXIVM community?

19   A    They were treated with a lot of respect.  It was seen as

20   a -- I'm not sure what the word is exactly -- big deal.  You

21   know, if you were being personally mentored by him, or you got

22   to spend personal time with him, that was a big deal.  It

23   wasn't ranked in the same way, it was almost a kind of social

24   capital.

25   Q    Who made the final determinations as to who advanced

VICENTE – DIRECT – MR. LESKO                762

1   within ESP, within the rank structure?

2   A    Well, it went through a system, so Lauren Salzman would

3   make some determinations, but she would check with Raniere.

4   He had the ability to veto something if he wanted to or to

5   suggest something that wasn't going to be done.  So in the end

6   it was him.

7   Q    Who was the ultimate decision maker regarding who would

8   qualify as EMPs within NXIVM?

9   A    Again, it was him.  Because at one point I know a number

10  of us were suggesting that people that were not EM7 should be

11  paid as well.  There was a general sense of agreement that

12  this would be a good idea.

13        When it went to him for decision, he said "no, that

14  was not going to happen."  So in the end it was him.

15  Q    Is there an example of the defendant making a decision

16  regarding the EMPs that affected them financially?

17  A    Well, that would be probably an example.  It affected

18  their potential earnings.

19        The standards kept on moving around, and a number of

20  us, including myself, so you have people making no money when

21  people, you know, in the outside world, so to speak, with less

22  experience and less time in their craft, they're making

23  hundreds of dollars an hour.

24        And there were many people that were struggling and

25  if they could make some money at a lower EM level, it would

1    have helped.  But he vetoed that.

2    Q    Did you discuss that decision with the defendant?

3    A    I did.  I don't recall his exact answer.

4         A lot of the way that I operated with him is when I

5    asked questions and if he answered me in such a way that

6    didn't necessarily make sense to me, I made the assumption,

7    you know, given my lower rank, that there was something that

8    he understood that I didn't.

9         He had a greater respect over the things than I did

10   so, again, it was above my pay grade, or I just didn't have

11   the intelligence to understand what he was saying.

12   Q    Did NXIVM ever seek the defendant's approval for life

13   decisions outside of the NXIVM set of programs?

14   A    They did.  I mean, there were examples of people

15   traveling or wanting to go somewhere, or move somewhere.  He

16   would advise them on what to do, and they would go to him to

17   seek advice.

18   Q    Do you recall a specific example of that happening?

19   A    I do.

20        There was one instance where I remember speaking to

21   Nicky Clyne and saying, "No, why don't you fly to so and

22   so" -- I don't remember exactly where it was -- and she said

23   to me, Well, I need to check with -- she said, "I need to

24   check with Keith first."  And I said, "Why?  You're just

25   flying there."  And she said, "No, I need to see what he says

1    and I need to see who needs me."

2              And I remember saying to her like, "There's lot of

3    people to take care of him, I don't think he needs you, what's

4    the big deal?"  And she couldn't give me a straight answer.

5              But I remember being confused as to why a simple

6    decision had to be run by him.

7    Q    You mentioned that seeking the defendant's approval was

8    important.

9              What were some of the ways that members of the

10   trusted group obtained the defendant's approval?

11   A    Well, I think generally, again, loyalty was one way.

12             I think that, you know, he received a lot of gifts

13   from people.  Maybe that was another way.  People would drive

14   him around.  I certainly did the same.  Deference.  Deference

15   and respect.

16   Q    What about public efforts to protect NXIVM?  Is that a

17   way to seek the defendant's approval?

18   A    Yes, that was.

19             You know, if anybody's willing to speak out and

20   speak on his behalf.  You know, there was a number of, you

21   know, speeches that I gave during my time there where, you

22   know, I was -- I specifically named him, you know, in my

23   speeches.  And I did a TED talk once where I specifically

24   named him.

25             Those are the kinds of things that people would do

VICENTE – DIRECT – MR. LESKO                    765

1  to, A, to make sure that, you know, he knew that, you know,

2  yes, I respected him; B, because if I didn't, there would be

3  the issue of, you know, I lack tribute, and I'm prideful, and

4  I have all these problems and it would go on and on and on.

5  Q    How about recruiting certain types of people?

6  A    Yeah, people were -- you know, if you could recruit, you

7  know heavy hitters, so to speak, people of influence, that was

8  seen as, you know, very important.

9          And very early on I enrolled somebody from the

10 De Beers family.  That was seen to be a big deal.  And then I

11 enrolled a lot of movie stars; you know, film makers.  That

12 was seen as a big deal.

13         High net-worth individuals or people who had a large

14 platform in the world, that was -- that was seen as something

15 really good and, you know, I was often congratulated, and I

16 think other people were as well when you enrolled certain

17 people.

18 Q    Did other members of the trusted group recruit these

19 people of influence, we'll call them?

20 A    Yes.  You know, Sara Bronfman, Clare Bronfman, Emiliano

21 Salinas, Alex Betancourt, Alejandro Gonzalez.

22         Those are some of the people that would enroll high

23 net-worth individuals, and also people with a lot of political

24 clout.

25 Q    Do you recall an incident involving the defendant's

VICENTE - DIRECT - MR. LESKO                    766

1   neighbor that illustrated the type of person he respected?

2   A    Yes.  Actually, it wasn't -- I don't know if it was his

3   neighbor, it may have been Nancy Salzman's neighbor.

4         But there was a time when there was one particular

5   neighbor who really had a problem with us, with the company,

6   and was very aggressive with Raniere and somebody stood in

7   between Raniere and this person.  It was a large -- large

8   fellow, and basically, you know, put his body in between them.

9         And Raniere couldn't stop talking about it.  Just

10  talking about how, you know, amazing it was that this guy did

11  this, you know, what amazing principles, what loyalty that

12  kind of thing.  But he spoke about it a lot.

13  Q    Was a person's status or ranking within NXIVM tied to

14  financial consequences?

15  A    I'm not sure I understand the question.

16  Q    Did high-ranking members of the NXIVM community have

17  access to certain financial benefits?

18  A    Well, yes, because the higher rank you were, the more

19  were you able to do within the system.

20        You know, if you were at a certain rank and had the

21  training, you could be a head trainer.  As I said before, head

22  trainers could make up to 30 percent of the gross intensive

23  or, you know, EMPs; you know, the EMs, they could make a few

24  hundred dollars an hour.

25        But, yes, the higher rank you were, it was tied to

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

VICENTE – DIRECT – MR. LESKO                767

1    more money.  And basically we were told this path is an

2    entrepreneur path.  You know, we want you to get to the point

3    that you could make enormous amount of money, you know, put

4    some effort in, create something, build something, and then,

5    in essence, make money off that thing, almost in a passive

6    kind of way.

7    Q    You mentioned that NXIVM and its related companies

8    received payments or fees from participants.

9            Do you recall how the company received those

10   payments?

11   A    How the specific companies received the payments from

12   headquarters, so to speak?

13   Q    How participants who paid to participate in NXIVM-related

14   programs, how did they actually pay NXIVM?

15   A    Oh, there were different ways.

16           There was an online system with a -- that could take

17   credit cards.  So it was either a credit card.  Some people

18   would sometimes bring checks to intensives.  And then there

19   was also cash.

20   Q    And did the participants in the various programs come

21   from all over the United States?

22   A    They did.  And beyond.

23   Q    So there were foreign participants as well?

24   A    Correct.

25   Q    How were payments received in the programs that took

VICENTE – DIRECT – MR. LESKO                    768

1    place in Mexico?

2    A    Well, there whether two different systems is my

3    understanding.  Pre, I think, 2015, 2016, people would either

4    use the online payment system.  But in Mexico, a number of

5    people would pay cash.  So there was no way to -- to put cash

6    in the system, so my understanding is that cash came to Albany

7    to be put in.

8              MR. AGNIFILO:  Your Honor, I would object unless he

9    has personal knowledge.

10   Q    Do you have perjury knowledge that the individuals within

11   NXIVM, within the community, actually brought cash from Mexico

12   to Albany?

13   A    I do.  I was in an executive board meeting once where a

14   lot of cash was handed over.  I believe it was handed -- I

15   think it was handed to Nancy Salzman.

16   Q    And who handed that cash over?

17   A    It was either Emiliano Salinas or Alex Betancourt, one of

18   the two.  Because what I was understanding was that when they

19   came back from -- when they came to Albany, which is usually

20   once a quarter, those monies would need to come to Albany.

21   Q    So they would transport cash from Mexico to Albany?

22   A    That's my understanding.

23   Q    Do you know if that cash was reported or deposited in the

24   bank account?

25   A    I have no idea.

VICENTE – DIRECT – MR. LESKO                    769

1   Q    Do you know if cash was held by anyone within the NXIVM

2   community?

3   A    I don't know.

4   Q    Are you familiar with the term "TLL"?

5   A    I am.

6   Q    What does that term or those letters refer to within the

7   NXIVM community?

8   A    My understanding is that TLL was a code word for cash.

9   It was apparently somebody's initials, but I don't know what

10  the significance was, other than it was a code name.

11  Q    Do you have -- did you have an understanding as to why a

12  code name was used for cash?

13  A    I only have an assumption, I don't have an exact

14  understanding.

15  Q    Did participants in the various NXIVM programs travel to

16  Albany from elsewhere to participant in those programs?

17  A    They did.

18         So as I said before, all over the U.S., from Canada

19  from Mexico, Guatemala, Costa Rica, Europe, Australia.  I'm

20  sure there's continents I missed.

21  Q    And did you yourself travel, in connection with your

22  involvement with NXIVM?

23  A    I did, yes.

24  Q    Did you travel by airplane?

25  A    Exclusively, yes.

```
1   Q    And when you traveled by airplane, did you use JFK

2   Airport?

3   A    I did.

4   Q    Did you use JFK Airport in order to get to Albany?

5   A    Generally, yes, it was much closer.  I was flying from --

6   I was flying often from LA.  I could fly direct to Albany, but

7   often I would need to stop in New York for some reason, so JFK

8   was easier for me.

9            When I was spending a lot in Mexico, I would fly to

10  JFK and then go to Albany by train.

11           And also from Canada, there was no direct flight, so

12  I would often fly that way.

13  Q    Did other members of the NXIVM community use JFK Airport

14  as part of their involvement with NXIVM?

15  A    I believe so.

16  Q    Talk a bit about the modes of communication that you used

17  while you were involved in NXIVM.

18           Did you use a telephone?

19  A    Yes.

20  Q    Cell phone?

21  A    Yes.

22  Q    Did you use your computer?

23  A    I did.

24  Q    You had a laptop or a desktop?

25  A    I had both.  I think I only have a laptop now, but I had
```

VICENTE - DIRECT - MR. LESKO                    771

1   both.

2   Q     Did you use other devices to communicate?

3   A     Walky-talkies as well.  In my particular team, we used

4   walky-talkies at -- we used walky-talkies.  But, yeah,

5   mostly -- mostly telephone.  And then computer.

6   Q     Did you use cameras and other related equipment?

7   A     I did, yes.

8   Q     So when you communicated with the defendant, how did you

9   typically communicate with him?

10  A     Typically it was phone call, or it might be WhatsApp.

11  It's a messaging system.

12  Q     What is WhatsApp?

13  A     WhatsApp is somewhat like SMS.  It's far more encrypted.

14  We used a lot of different systems, you know, WhatsApp,

15  Telegram.  They're all-high encrypted methods of

16  communication.

17  Q     And what is the significance of using encrypted forms of

18  communication?

19  A     My understanding is that they can't be hacked as easily.

20  My understanding also was that, you know, you couldn't just,

21  you know, go to the telephone company and just, you know, get

22  all that information, whereas you could with SMS.  I think

23  with WhatsApp and Telegram, it wasn't as easy to get access to

24  what the communications were.

25  Q     In essence, these chats on the encrypted platforms were

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

1    secret?

2    A    Very secret.

3    Q    Did anyone instruct you to use WhatsApp when you were

4    communicating with the defendant?

5    A    I don't recall.  It's just something we began using at a

6    certain point.  I don't recall the exact genesis of it.

7    Q    What about Telegram.

8    A    Well, Telegram was a -- was something we began using with

9    cyber protectors, and myself and maybe it was other people,

10   but I kept up on technology a lot and I suggested that

11   Telegram was actually even more -- even safer than WhatsApp.

12   I don't think it's the case now, but back then I think it was.

13   That it had been created by Russian hackers.  It was a huge

14   competition for anybody that could hack it and nobody would be

15   able to hack it, so it was safe.

16   Q    Let's talk a moment about ethical breaches, all right?

17        Who determined when an ethical breach was fixed?

18   A    That is a little bit of a mystery.  I can tell you in the

19   discussions with Nancy Salzman, she would say to me sometimes,

20   "Well, haven't you healed yet?"

21        I would talk to Raniere sometimes about certain

22   people and he would say there's still outstanding issues, you

23   know, with the breach.  I never knew what they were.

24        And, again, I would ask questions, but at a certain

25   point I got the impression that I shouldn't be asking these

VICENTE - DIRECT - MR. LESKO                773

1    questions, so I would train myself to stop.

2    Q    During the time you were involved in NXIVM, do you recall

3    anyone committing an ethical breach?

4    A    Yeah, well, I was told that people had committed an

5    ethical breach.  I was told that by -- I was told by Raniere

6    that, you know, Ben Myers had committed some kind of breach.

7    I wasn't sure what it was.  Because I was going back for Ben

8    Myers on something and he would say, Well, there's an

9    outstanding breach still some issues.  I was told by the

10   upper.

11   Q    Let's focus on Mr. Myers for a moment.

12        Did you ask the defendant what Ben Myers' ethical

13   breach was?

14   A    I think I started to, and there was -- again, there

15   was -- it wasn't going anywhere, so I got the message, you

16   know, don't go there.

17        Ben Myers wanted to start a company and I was all

18   for it.  And I was -- let's let him go for it.  This is what

19   we do.  We build entrepreneurs.  Why not?

20        And his -- the way he was with me, in terms of

21   saying there was a breach and everything, this is something I

22   clearly don't know about, so I stopped.

23   Q    Did anyone else commit an ethical breach, to the best of

24   your knowledge?

25   A    I was told by Nancy Salzman that Siobhan had committed an

VICENTE - DIRECT - MR. LESKO                    774

1   ethical breach.

2           I was unclear as to exactly what it was.  It had

3   something to do, I was told with -- not completing an editing

4   project; you know, she had been, you know, put in a room and

5   she had to keep going until she finished, and something about

6   her not doing that was a big problem and, you know.

7   Q    Did you learn that someone named Evie had committed an

8   ethical breach?

9   A    Yes, I was there when -- basically Evie went from

10  actually being the go-between for a while between myself and

11  Raniere, and then at a certain point suddenly she wasn't any

12  more.

13          I was told by Nancy Salzman that she committed a

14  breach of some kind.  Raniere said she had as well.

15          So our communications stopped for many years

16  because, loosely speaking, I used to use the term "you're in a

17  dog box".  You know, they've done something bad, a breach, but

18  I was never clear, while I was in there, exactly what the

19  nature of this terrible thing was.

20  Q    Did any of the people that committed ethical breaches

21  successfully rehabilitate themselves?

22  A    I don't think so.

23          The thing is there wasn't really a formal thing in

24  place.  It was when you were told by -- I assumed it was if

25  you were told by Raniere or Salzman --

VICENTE – DIRECT – MR. LESKO                    775

1          THE COURT:  I'm sorry.

2          MR. AGNIFILO:  I object.

3          THE COURT:  Sustained.

4   Q    Did you have a specific understanding as to anyone having

5   rehabilitated themselves after committing an ethical breach?

6   A    I had no understanding that anybody had healed it.

7   Q    Within NXIVM, do you recall if people were accused of

8   pride?

9   A    That happened a lot.

10  Q    Why would that happen?

11  A    Usually if they were not -- if they weren't giving

12  tribute, if they weren't giving appropriate tributes, they

13  would be told, you know, you're prideful.  This is your issue.

14         That happened to me a number of times.  It happened

15  to other people as well where -- and it was never said you're

16  being accused of pride, but it was like that.

17         Understand, many of us became very, very careful

18  with the words we used because we knew -- it was sort of like

19  walking into a land mine.  If you said something that

20  triggered the land mine, then you would be told it's your

21  pride again.  You know, this tribute problem you're having.  I

22  myself went through that a lot.

23  Q    So this tribute pride issue, was that different than an

24  ethical breach?

25  A    Well, it may be related, but it may not.  In other words,

1    I was told I was very prideful.  I was told, you know, that I

2    lacked the understanding of tribute.

3              I wasn't told that I committed an ethical breach.

4    Q    Were you yourself accused of improper tribute or pride?

5    A    Oh, yes.

6    Q    When did that happen?

7    A    Well, I think the most significant time is when I was

8    working on this Mexican documentary, Encender EL Cocorazon, in

9    which I was in Mexico from around 2009 telling the story of

10   some event that happened in Albany; and then also when I was

11   documenting in Mexico, I was doing various iterations of the

12   cuts, of the edits.

13             And at one point people were very upset, including

14   Clare Bronfman saying, "You know, you are minimizing Raniere."

15   And I said, "No, I'm not, this is the story I'm following that

16   started."

17             And she would, at one point, really exploded at me

18   saying, "It's unbelievable that given everything you've been

19   given by this man, you can't -- you know, you can't give him

20   tribute."

21             And so that went on for years.  And eventually the

22   entire executive board was getting involved where I would

23   basically sit in a room with all of them as they began to pick

24   apart my personality issues and my inability to recognize, you

25   know, the greatness of Raniere.  And that I was somehow

1    minimizing him.  So I was pushed constantly to make a bigger

2    and bigger deal of him in the film to, in essence, lionize him

3    in the film.

4              So, yeah, I was accused of that for years.

5    Q    Do you recall other examples of people being accused of

6    not paying proper tribute or being prideful?

7    A    I know of other -- I mean there was -- yes, I mean, I --

8    there was another example of Mark Hildreth was accused of

9    pride, being very prideful, and he was put on a special

10   program where a number of the three, in essence, one proctor,

11   and two senior proctors overseeing the attempt to what's

12   called bust his pride.

13   Q    Was Edgar Boone accused of pride?

14   A    He was.

15   Q    What happened to Edgar Boone?

16   A    He was accused of pride and of having a major tribute

17   issue.

18             He was writing a number of poetry books, and I was

19   told -- and also that I read the book and we had discussions

20   and basically what was told to me by Ron Salzman is the issue

21   that Edgar is writing things in the book that come from

22   Raniere.

23             And then I would say, "Well, actually these things

24   predate the birth of Raniere.  Some of these things are

25   thousands of years old."  We'd have these debates about this.

Case 1:18-cr-00204-NGG-VMS   Document 765   Filed 07/19/19   Page 50 of 211 PageID #: 7919

1      But basically Edgar was seen as somebody who was

2   just prideful.  He was very -- I was told he was very

3   disconnected.  There were entire intensives that were created

4   specifically to help him wake up or to break his pride.

5   Q    Within the ranking structure at NXIVM what, if anything,

6   could happen to a person if they were accused of being

7   prideful?

8   A    Well, they could have their position held back.  I know

9   in the case of Siobhan Hotaling she was not allowed to train

10  any more for a while.  I think that possibly her pay was

11  docked.  I have clear recall of that.

12      But there could be consequences to one's growth of

13  the stripe path and one's earning capacity.

14  Q    And how would one who was accused of being prideful

15  address that issue?

16  A    Well, by agreeing to get on a special program.  In

17  essence, a program was suggested, you know, if you were a

18  person that was very, you know, prideful do the things that,

19  in essence, would humiliate you.

20      Humiliation and humility was seen as a potential,

21  you know, antidote to this pride problem.  If you could really

22  just break down your insistence on, you know, your position,

23  what you believe, then maybe you could, you know, deal with

24  your pride as well.

25  Q    Were EMs used as part of that process?

1    A      A great deal.

2    Q      Was feedback used?

3    A      A lot of feedback.

4    Q      Are you familiar with the term "penances"?

5    A      Yes.

6    Q      What are penances?

7    A      So penances were -- I believe they were introduced with

8    the human pain curriculum, and then very strongly in Ethoses,

9    and then Society of Protection as well.

10           Basically a penance was a consequence of pain that

11   you would take upon yourself.  So if you had done, you know,

12   let's say, you know, you might not be angry and you say

13   something angry to somebody, you know, you'd say I'm going to

14   go to do that consequence now.  Take that cold shower for two

15   minutes to allow myself to feel the pain because I wasn't

16   willing to feel it when I was yelling at the person.

17           So penance was that originally, and then it turned

18   into as well -- so it was creating a consequence for behavior

19   that was in some way aberrant from the way you were supposed

20   to behave.

21           And then penances were also part of conscious

22   groups, you know, where few of us together, and if anyone

23   failed, we all did a consequence or a penance.

24           And then Raniere would explain that, you know, if

25   somebody else is doing something that's a problem, and then

1    you take on the penance for them, you don't necessarily tell

2    them, but you take it on.

3            So if somebody's doing some behavior that's a

4    problem, you know, maybe I'll walk out the room and I'll go do

5    30 pushups to, you know, experience the pain that they're not

6    experiencing.

7            That one confused me.  I wasn't clear how that would

8    work.  But I went along with it for a while.

9    Q    You mentioned feedback.  Could you explain what

10   "feedback" was within NXIVM?

11   A    Well, feedback was basically being told something that

12   was believed you didn't -- didn't know or didn't want to know.

13           So either you were unaware of this thing that's a

14   problem, or you're aware of it but you're being defiant or

15   you're being resistant.

16           So the idea was give the person feedback, keep

17   putting this thing in their face until one day they realize

18   that they're being this kind of person, or that kind of person

19   and they're doing this behavior that's a problem.

20           So feedback was basically telling a person what you

21   saw, or it may be you were sent feedback.  You know, we would

22   be tasked, especially with high ranks; you know, please give

23   this person feedback about something.  Which maybe we weren't

24   even privy to the things they had done, but the idea was go

25   and tell this person that that thing they did was a real big

1   problem, and it's not -- it doesn't match their rank what they

2   just did.

3          That was generally how feedback was used.

4   Q    Was feedback a part of progressing through the stripe

5   path?

6   A    It was.  Because as you moved up the stripe path, you

7   were required to be more and more open to feedback.

8          So, for instance, one of the things I learned when I

9   became a green is that you had to be, you know, 100 percent

10  open to feedback from anybody.

11         It didn't matter who it was, didn't matter what they

12  were saying, in essence, you took it in and if you argued,

13  that was a huge problem.

14         We were told, you know, all feedback is true.  If

15  you argue, it's a sign of -- it's a sign of your -- your

16  resistance and a sign of your pride.  Like you're trying to

17  hold on to this image of yourself, and that's why you're doing

18  this, which is if you eradicate pride completely, you would be

19  open to people saying anything about you.

20  Q    At some point on the strip path, were people required to

21  identify their life issues?

22  A    Yes.  So in the yellow rank, which is coach, there were a

23  bunch of different requirements; you know, enrollment, you

24  know, taking education.  But then there was also identifying

25  your life issue.

Case 1:18-cr-00204-NGG-VMS   Document 765   Filed 07/19/19   Page 54 of 211 PageID #: 7923

1          And the life issue was simply what is this formula

2     that you keep doing in your life that's kind of screwing stuff

3     up?  You know, what's that thing you just keep doing again and

4     again and again, and how does it relate to fears and your

5     insecurities and, you know, your inefficiency; what are the

6     things you try to do to feel better.  It's sort of a formula

7     that defines your problematic behavior.

8          And then as you move further up the yellow, you have

9     to then come up with a plan to overcome it.  So this thing

10    that you keep doing, what will do to overcome it.

11         So, for instance, in my case, you know, I would tend

12    to -- you know, when I was shooting a movie, I was interacting

13    with people, but the minute I was done, I wouldn't want to be

14    with people at all.  And I was told one of the issues I had is

15    I isolated from people.

16         So the thing I did for my life issue, you know,

17    plan, was I moved into a house with a whole bunch of people so

18    I would have, you know, constant people around me all the

19    time.  And then I would have to deal with my struggles I had

20    with never being alone.

21

22              (Continued on next page.)

23

24

25

1   DIRECT EXAMINATION (Continued)

2   MR. LESKO:

3   Q     Were members of the NXIVM community allowed to talk with

4   nonmembers about NXIVM issues?

5   A     No, that was strictly forbidden.  No.

6   Q     I think you previously discussed the concept of shunning.

7   What was shunning?

8   A     Shunning was, in essence, there was shunning and there

9   was boycott.  Shunning was basically you don't talk to the

10  person anymore, you don't do business with them.  You don't do

11  business with people that do business with them.  Shunning and

12  boycott were used together sometimes.  But, in essence, you

13  don't acknowledge them and you do not support them in any

14  fashion.

15          The idea being, you know, this person said something

16  bad, you know, whoever, so if you even talked to them, you

17  know, in any kind of way you're supporting this terrible thing

18  that they have done.

19  Q     Can you provide an example or examples of when NXIVM

20  members shunned people?

21  A     Well, in the case of, for instance, Barbara Bouchey.

22  Barbara Bouchey was shunned, we were told not engage with her,

23  not to talk with her.

24          I remember at one point, Ed Kinnam was shunned.  He

25  was a Proctor.  He apparently had done something that wasn't

1    supportive.  I am currently still being shunned.

2    Q    Was anyone related to Lauren Salzman being shunned?

3    A    Her father was being shunned by her and I believe her

4    sister.  And I don't recall if it was Nancy Salzman as well.

5    Q    Her family members could be shunned?

6    A    Oh, absolutely.

7    Q    Do you recall if there were goals by NXIVM to acquire

8    political power?

9    A    There were.  There were attempts to, in essence, curry

10   favor with the Clintons.  I know with at one point Senator Joe

11   Bruno I was present at one of the meetings.  But, yes, there

12   was a strong desire to meet people of influence in politics to

13   have those connections.

14   Q    And Senator Joe Bruno was a state senator; is that

15   correct?

16   A    I believe so.

17   Q    Did anyone in particular have a relationship with Nancy

18   Salzman?

19   A    I don't recall.

20   Q    Participating in a NXIVM-related effort to raise

21   political contributions?

22   A    Yes.  There was a sort of a quiet fundraising attempt

23   amongst some us ESPians to make a campaign contribution to the

24   Clintons.  I think it was for the presidential race, I'm not

25   entirely certain anymore.

VICENTE - DIRECT - MR. LESKO                785

1   Q    So, just to be precise, there were two, at least two,

2   different races.  Was this Hillary Clinton's race or Bill

3   Clinton's race?

4   A    I'm sorry, I'm not remembering precisely.

5   Q    Well, if you could explain what happened in connection

6   with the race?

7   A    Clare Bronfman came to myself and a few other people and

8   said that she would like to make a campaign contribution, she

9   couldn't make it above a certain amount, would I make it in my

10  name and then she would pay me back.  So I wrote a check to

11  the campaign and she then, I believe, she wrote me a check to

12  me personally.  I believe it was a check that she wrote me

13  back for the same amount.  It was somewhere, it was somewhere

14  between 2 and $3,000.  There was some limit, I believe.

15  Q    Do you recall -- did other members of the NXIVM community

16  similarly contribute to the campaign?

17  A    Yes.  I don't recall exactly who they were, but, yes, I

18  mean, I think the amount that was the total amount was 30,000

19  something that was made to the campaign.

20  Q    Do you recall approximately when this happened?

21  A    I'm going to say prior to 2010, but I'm fuzzy on the

22  precise year.

23  Q    Are you aware that Hillary Clinton ran for president in

24  2008?

25  A    Oh.  I'm remembering now.  Maybe it was earlier, I'm not,

1    yeah, my memory is not precise.  I'm sure there was checks

2    somewhere that would show precisely.

3    Q    In your experience, did NXIVM file lawsuits or litigation

4    often?

5    A    That is my understanding, yes.

6    Q    And did you have any understanding as to who these

7    lawsuits were filed against?

8    A    Well, I know there were suits against journalists and

9    newspapers, that I recall.  There was something against the

10   Times-Union.  It was something I against Jim Odato.  There was

11   something against Vanity Fair or the author of a particular

12   article.  But I was privy to some of the meetings because of

13   this project that I was, you know, building.  Some of the

14   meetings where there was a lot of discussion about cases

15   against different people.

16   Q    Were people within NXIVM afraid of being sued by NXIVM?

17            MR. AGNIFILO:  Objection to the form.

18            THE COURT:  Sustained.

19   Q    Were you afraid of being sued by NXIVM?

20   A    Indeed I was.

21   Q    Did you receive explanations for the lawsuits against

22   former NXIVMs -- former members of NXIVM?

23            MR. AGNIFILO:  Objection, your Honor.

24            THE COURT:  What's that?

25            MR. AGNIFILO:  I object.

1           THE COURT:  Read back the question, please.

2           (The requested portion of the record was read back

3   by the Official Court Reporter.)

4           THE COURT:  You can answer.

5           THE WITNESS:  Yes, sir.

6   A    The explanation I was given was they had done something

7   criminal, that they had to be held accountable.  That it was

8   actually not only for justice, but also to correct this

9   behavior in them.

10  Q    And who, if you know, was accused of criminal conduct?

11  A    Barbara Bouchey, Susan Dones, the journalist I had

12  mentioned who had been accused of criminal conduct as well.

13  I'm blanking on the others.

14  Q    Was Sarah accused of criminal conduct?

15  A    Yes, she was.

16  Q    Was Toni Natalie accused of criminal conduct?

17  A    Yes.

18  Q    Did NXIVM use private investigators?

19  A    Yes.

20  Q    How do you know this?

21  A    Well, there were two conversations I had with Raniere.

22  One was about the Kristin Schneider situation where Kristin

23  Schneider had disappeared, the police had never found her

24  body, and he had told me that they'd actually -- private

25  investigators had actually found her at a motel quite alive

VICENTE – DIRECT – MR. LESKO          788

1   with a girlfriend and that so she had lied about the entire

2   thing.  The PIs had found her.

3           Then also he told me that Kristin Keeffe had left, I

4   think, it was around 2014.  He told me that they had tracked

5   her down, the PIs had found her, I think he said in Florida.

6   They'd found her, they were watching her, and then later, when

7   I asked him about it, he said that they had lost her.  So

8   maybe surveillance didn't be work or something.

9   Q   So let's talk about V Week in August of 2016.  And that's

10  the celebration before the defendant's birthday; correct?

11  A   Correct.  And after.

12  Q   Do you recall making a video for the 2016 V Week?

13  A   I did.  I made a view using highlights from prior years.

14  Q   Would it be fair to characterize that as sort of like a

15  trailer of sorts?

16  A   Yeah, it was a trailer, a marketing trailer.  You know,

17  sort of a rah-rah trailer about how wonderful it is V Week and

18  inviting people to come.

19  Q   Was that trailer posted anywhere?

20  A   Yes, I posted those on private Facebook pages and I had

21  access to all the private Facebook pages of all the centers.

22  I didn't have access to all of them, I passed it on to some

23  people, but it was posted to private Facebook pages.

24  Q   Do you recall having a conversation with Lauren Salzman

25  about that tribute video?

VICENTE – DIRECT – MR. LESKO                    789

1    A     I did.

2    Q     What was discussed?

3    A     I think it was, you know, a few hours later or maybe even

4    within an hour that I posted it.  She called me and said we

5    have a serious problem, you need to remove it.  Someone was

6    with it from video ASAP remove putting it back up again.

7    Q     Was this person named Nick that she was concerned about?

8    A     Yes.

9    Q     Or Nicole?

10   A     Nicole.

11   Q     Did Lauren Salzman explain why she wanted you to remove

12   the video of Nicole from the Facebook pages?

13   A     She explained to me that Nicole was on some kind of a

14   mission and that that it would be very, very dangerous if she

15   was found on it.  She was attached of NXIVM, it was dangerous,

16   please remove her ASAP.  It was time sensitive, she was urgent

17   about it.

18   Q     Did Lauren ask you to edit the video?

19   A     Yes.  She said, Please remove her as fast as you can.

20   Q     Did you, in fact, take down the video as requested?

21   A     I did.  I pulled them all down.  And then I went to -- I

22   changed up -- I think it was one shot that I had to change

23   out.  I began working on finding another shot to replace it

24   with.

25   Q     Did you take Nicole out of the trailer?

1    A    I did.

2    Q    Did you subsequently remove the trailer without Nicole

3    included in the trailer?

4    A    I did.

5    Q    Did the defendant contact you after you took the video

6    down, reedited it, and posted it again?

7    A    I did.  I don't recall if it was after or during but he

8    called me to apologize.  He said something to the effect of,

9    you know, I'm sorry, there was a history of me wanting to do

10   things, and technically, and I was told, you know, you can't

11   or something like that a lot.  So he said, I'm sorry, this is

12   not one of those things.  This is actually a real concern and

13   how were you to know, I apologize.  But thank you for making

14   this change.

15   Q    I believe you previously mentioned an entity named

16   Society of Protectors, or SOP?

17   A    Yes.

18   Q    What was SOP?

19   A    Society of Protectors was, in essence, a men's movement.

20   The idea was similarly to the way that women had the Jness

21   moment movement.  This was a men's movement to help build

22   character, honor, ability, nobility, that kind of thing, and

23   it, in essence, was to help toughen the little boys into men.

24          And it began, I think, in 2011.  I think, I'm not

25   entirely certain, and it was founded by Raniere with the four

1    of us as we would eventually term "The High Council," and that

2    ran for, well, I don't know, probably still running, I'm not

3    sure.

4    Q     Who made the significant decisions regarding Society of

5    Protectors?

6    A     Raniere made the decisions and he'd have discussions but

7    he had the ultimate control.

8    Q     And along with yourself, who were the other founders of

9    Society of Protectors?

10   A     So, originally, it was myself, Damon Brink, Mike Baker,

11   and Jim Del Negro.

12   Q     And did the four of you handle the operations of the

13   Society of Protectors?

14   A     We did.  We were the, in some ways, we were the public

15   face interacting with the men; and he was the philosophical

16   founder, the creator, of the whole thing.

17   Q     Did the Society of Protectors have a curriculum?

18   A     Yes, there was different curriculum.  There was an

19   initial weekend that all men went through.  The first time a

20   weekend occurred, Raniere would teach it himself.  The first

21   one, I believe, was called the Commitment Weekend.  It was

22   generally two and a half days.  Thereafter, men would watch

23   the -- do the same weekend, but they would watch him on video.

24   So that was one kind of curriculum.

25         There was also monthly curriculum that was put out

1    which was a series of questions.  The men would get together,

2    you know, once a week or different activities include

3    discussing the questions and at the end of the month.  They

4    would then receive a recording of Raniere much like

5    debrief/disposition of him discussing the concepts.

6            And then there was eventually a curriculum created

7    called SOP Complete which was a curriculum that involved some

8    of the women as well and that was --

9    Q    We'll talk about that in a moment.  Let's focus now on

10   SOP?

11   A    Yes.

12   Q    Who developed the questions that were asked in SOP?

13   A    Raniere did.

14   Q    Did SOP involve drills of any kind?

15   A    Yes, there were things called readiness drills.  There

16   were two kinds.  A readiness drill was basically a drill to

17   see, are you ready.  At an appointed time every day, I believe

18   it was 12:00 noon, sorry, 3:00 p.m., Eastern, a message would

19   be sent.  So all the men were on different teams with a head

20   of teams and this was all on telegram, and basically, what

21   would happen is I ran the standard drill.  I would send a

22   message at precisely 3:00 p.m. saying, in essence, "Ready?"

23   And that would go to a number of the leaders, that would go to

24   their people, and their people and their people and all over,

25   in essence, the world.  And the idea was that everybody had to

1    report back to say that they were ready and then that was sort

2    of tabulated to see how long did that take.  How long did it

3    take to see if the network was ready for whatever it could be.

4    So it was basically drill to see how responsive you could be.

5            And then, sorry, then it evolved into another kind

6    of readiness drill as well which was termed, "Random

7    Readiness."  I think the term was "C Level Readiness."  Random

8    Ready was, in essence, you were on stand-by seven days a week,

9    24 hours a day.  We went through a lot of trouble to make sure

10   our equivalent of an air raid siren going off, and then you

11   would get a random message from -- it was from Marianna who

12   would send a ready to the High Council.  And then we would --

13   and this could happen any time of the day or night and then it

14   was the scramble to reach everybody and, of course, find

15   people who weren't responsive.

16   Q    Did you have an understanding as to who decided when to

17   send the random readiness message?

18   A    Well, Marianna was the person deciding when.  How exactly

19   she did, I wasn't entirely sure.  At one point, she mentioned

20   about a bowl of papers that times written on them and she

21   would pull them out.  You could receive two in one day or

22   nothing for seven be days.  But you were permanently on

23   stand-by.

24   Q    So, in essence, was there a network of members that were

25   communicating by telegram?

1   A    Correct.

2   Q    Was there ever an instance where the network was

3   mobilized for a certain purpose?

4   A    There was a missing man at one point somewhere in Europe;

5   and so, the network engaged to try to find out where he was.

6   Where he was staying, where his family was, and trying to find

7   him.  We eventually did.  And there were certain instances

8   where somebody went missing and the idea was, you know, the

9   idea as was, in essence, leave no man behind.  Nobody rests

10  until that person is found.

11  Q    You mentioned weekends.  Is that when people would

12  typically participate in the Society of Protectors?

13  A    Yes.  Typically.  Mostly, it was weekends letter

14  curriculum and mostly weekends once they did the

15  Commitment Weekend.  They decided they wanted to become

16  members, they would then join a team that they would meet with

17  at least once a week to do various activities.

18  Q    And these sections, where were they held?

19  A    The weekend sessions?

20  Q    Yes.

21  A    Typically, they were held at, the weekend sessions we

22  call them, the founder, Raniere, were held at 455 New Carner

23  Road in the ESP training room.

24  Q    Were sessions held in other centers?

25  A    They were.  Not with him, but videos sessions.  They'd be

VICENTE – DIRECT – MR. LESKO                    795

1    run by a man who would run the session with video.  But they

2    were held in many different countries.

3    Q    How did one become a member of SOP?

4    A    Well, you had to take the that first weekend and then you

5    had to be a paying member in good standing.  You would pay, I

6    believe, it was $50 a might through your membership and that,

7    in essence, qualified you to become just a member.

8    Q    Were there other fees or tuitions associated with Society

9    of Protectors?

10   A    There were for other forms of curriculum.  The weekends

11   with the founder were typically more expensive.  The weekends

12   with just one of us were substantially cheaper.  I think it

13   was, I don't recall exactly, maybe around $300.  The Weekend

14   With the Founder it was a thousand dollars or higher.

15   Q    And the founder was the defendant?

16   A    Correct.

17   Q    Was SOP a company?

18   A    SOP was a company.  Society of Protectors, LLC.

19   Q    And who owned the company?

20   A    Pam Cafritz owned that company.

21   Q    Why did Pam Cafritz own Society of Protectors, LLC?

22   A    It was a request Raniere made of us, of the High Council.

23   He was the boss, so...

24   Q    When you and the other founders were developing the SOP

25   concept, did you meet often?

VICENTE – DIRECT – MR. LESKO                796

1    A    We did.  At the beginning, we met, I think, for a while

2    every night and early on then up to three times a week.  We'd

3    usually meet at around 1:30 a.m. and typically we were done by

4    3:00 a.m.

5    Q    Did the defendant join those meetings?

6    A    He did.

7    Q    Getting back to Pam Cafritz being the owner of the

8    Society of Protectors, LLC did you object to her being an

9    owner?

10   A    Yes, I did.  He asked us one night do we mind if she's

11   the owner and we said, no, whatever you want.

12   Q    Were you compensated for your work in Society of

13   Protectors?

14   A    I was compensated for running trainings.  There was a

15   certain percentage that would go to the men running the

16   trainings.  Again, there was a hierarchical tree-like

17   structure.  So if you had a bunch of men you enrolled, and

18   then each of them became a team leader that enrolled a bunch

19   other men, you would get a certain percentage of the $50 a

20   month.  So that was another way.  But for the High Council, it

21   was mostly running trainings is how we were paid.

22   Q    And how were those percentages calculated, if you know?

23   A    That was a bit of a mystery to me.  I had asked a few

24   times.  Joe Del Negro was running the accounting.  I wasn't

25   entirely clear.  It was a bit of a mystery to me.

VICENTE – DIRECT – MR. LESKO                797

1   Q    Were there times when you were not paid for your work in

2   SOP?

3   A    There were two weekends that we were not paid for.  One

4   was a weekend that was cancelled, and then because of this

5   thing we had done that was a problem we then did not get paid

6   for the next weekends.

7   Q    Okay.  We'll discuss that a little bit more in a moment.

8         Was, to the best of your knowledge, was the

9   defendant compensated by SOP?

10  A    There was a percentage, as far as I recall.  I don't know

11  where exactly to came from.  I know there was money in the

12  bank.  I don't know exactly how it got to him if it did.

13  Q    Did you have an understanding, well, do you know what the

14  percentage was?

15  A    My understanding was it was ten percent.

16  Q    Did you have an understanding as to why the defendant

17  received ten percent?

18        MR. AGNIFILO:  I object.  Can we approach for a

19  second.  I would like a second.  Never mind, I object.

20        THE COURT:  You object?

21        MR. AGNIFILO:  I do.

22        THE COURT:  Overruled.

23  A    My understanding was I don't think we specifically

24  discussed what is this ten percent being used for.  My

25  understanding was that it was towards the research he wanted

VICENTE – DIRECT – MR. LESKO                    798

1    to do.  That was my general understanding if I assumed it was

2    the same reason.

3    Q    Did Society of Protectors actually generate revenues?

4    A    Well, I know at one point Raniere told me there was a --

5    told us there was a million dollars in the bank.  So I know

6    she will there was I don't know who was, I don't know if this

7    was gross, net, what that was.  I know there was at least that

8    much money at one point.  So I'm assuming yes.  And based on

9    the fact that's what he did get various times I'm assuming yes

10   but I don't really I could never really understand the books.

11   It was very unclear to me.

12   Q    Was the system or formula used to pay you and others at

13   SOP clear to you?

14   A    Not at all.

15   Q    Who handled the books for Society of Protectors?

16   A    So that was Jim Del Negro.  I recall clearly because I

17   had a concern about him doing the books because this wasn't

18   his field of expertise.  I spoke to Raniere and I said, you

19   know, it seems to be a better idea to actually have somebody

20   to do this that knows exactly how all this works and Raniere

21   preferred that he do it.

22        Jim Del Negro, I think, at times was confused and

23   uncertain.  I just couldn't get any clear answers and I looked

24   at the Excel sheet sometimes and I was just baffled.

25   Q    At some point, did the leadership of the Society of

1    Protectors change?

2    A    Yes.  I don't recall the exact date, but Mike Baker and

3    Damon Brink basically fell out of leadership and then Anthony

4    Ames came on board.

5    Q    And was this the point when the leadership was referred

6    to as the High Council?

7    A    Correct.

8    Q    Did the defendant's role change when the High Council was

9    reconstituted?

10   A    No, it was the same.

11   Q    So you mentioned previously a time when you weren't paid

12   at SOP at a specific instance?

13   A    Yes.

14   Q    Do you recall an instance be where the defendant called

15   off an SOP training?

16   A    Yes.  I don't recall the exact date, but we were holding

17   a training in 455 New Carner.  I don't recall the exact name

18   of the weekend, but, in essence, the requirement was there

19   should be a hundred paying men in the room and I believe we

20   were slightly short.  And I think it was the high 90s, and a

21   few men were enrolled that were close by and I think the

22   number went up to maybe it was 102 or 103 perhaps.

23           We began, the training the first questions had

24   occurred, Raniere came out, did the disposition, we went into

25   the back room which was the ESP Proctor room which we used.

VICENTE - DIRECT - MR. LESKO                    800

1    He said, I have disturbing information.  I heard that some men

2    were put into this training in a way that wasn't ethical and

3    so, you know, I have to make a decision and I'm not going to

4    continue running this training.  So I'm leaving and you guys

5    can do whatever you want.

6    Q     So what happened next?

7    A     The High Council had to go out, and basically, say, face

8    a hundred-something men and explain that we had done this very

9    bad thing and that we were going to run a weekend anyway from

10   the existing curriculum and that we would repay all the men

11   their money in some form.

12   Q     Did that happen?

13   A     That did happen, yes.

14   Q     Did you keep some of the fees?

15   A     Yes.  Some of the fees -- we gave the men an option:

16   Either we pay them back, or if they wanted to leave their

17   money in the system, we could use it for a future weekend.  I

18   don't recall how many wanted each but we gave them the option.

19   Q     Do you recall how much money was either repaid or

20   credited towards other programs?

21   A     Well, I'd say if it was a thousand, let's say a thousand

22   dollars and a hundred members, so a hundred thousand.

23   Q     Did you get paid for this weekend?

24   A     No.

25   Q     Were there any other consequences that flowed from the

VICENTE – DIRECT – MR. LESKO                    801

1   defendant leaving this SOP training?

2   A    Well, there was a –– the guys were very, very unhappy and

3   a lot of anger came to us.  See, part of what you did in this

4   kind of structure is you protect the leader at all costs, so

5   we had to make sure that they understood that it wasn't him.

6   We agreed to protect him at all costs and it was us, we were

7   the problem.  So we took a lot of hits, a lot of people were

8   extremely angry at us because they had flown there from

9   distant places around the world to be there, to be with

10  Raniere.  So that was one consequence.  And then also there

11  was kind of a penance, we wouldn't be paid for the following

12  weekend as well that would finally happen.

13  Q    And did that happen?

14  A    I believe so.

15          MR. LESKO:  Your Honor, it's a couple minutes early,

16  but I am going to be moving into another topic.

17          THE COURT:  Let's take our midmorning break.  All

18  rise for the jury.

19          (Jury exits the courtroom at 11:35 a.m..)

20          THE COURT:  All right.  The witness may stand down.

21  Please to not discuss your testimony with anyone.  We'll take

22  a ten-minute break.

23          (Witness leaves the witness stand.)

24          (Defendant exits the courtroom at 11:37 a.m.)

25          (A recess in the proceedings was taken.)

VICENTE – DIRECT – MR. LESKO                802

1            THE COURT:  Okay.  Let's bring in the witness,

2   please.

3            (Witness takes the witness stand.)

4            (Defendant enters the courtroom at 11:48a.m.)

5            COURTROOM DEPUTY:  Jury entering.

6            (Jury enters the courtroom at 11:49 a.m.)

7            THE COURT:  Please be seated.

8            Mr. Lesko, you may continue your examination of the

9   witness.

10            The witness is reminded that he is still under oath.

11            THE WITNESS:  All right.  May I ask you a question?

12            THE COURT:  Do you have a question?

13            THE WITNESS:  Yes, of you.

14            MR. LESKO:  Thank you.

15            THE COURT:  You have a question?

16            THE WITNESS:  Yes, sir.

17            THE COURT:  The witness has a question.

18            MR. LESKO:  Can we have a sidebar briefly.

19            THE COURT:  Yes, sure.

20            (Continued on the next page.)

21

22

23

24

25

SIDEBAR CONFERENCE                    803

1          (Sidebar conference held on the record in the

2    presence of the Court and counsel, out of the hearing of the

3    jury.)

4          MR. LESKO:  I have no idea what this question is.  I

5    just wanted to have the sidebar because I have no objection to

6    your Honor having a discussion with the witness either on the

7    record or off.  I have no idea what he's asking.

8          THE COURT:  Why don't we bring the witness over here

9    and ask him what kind of question he has and whether it's a

10   personal question maybe that has nothing to do with the issues

11   in the case and then we'll figure out what to do.

12         Would the witness just stand down and come to the

13   sidebar, please.

14         THE WITNESS:  Yes, sir.

15         THE COURT:  As this is not an ordinary situation.

16         THE WITNESS:  Yes.

17         THE COURT:  A normal situation.  Is this a personal

18   question, or?

19         THE WITNESS:  No, it's related to the last set of

20   questions.  There was something that I omitted and remembered

21   when I left that I thought was important and I wasn't sure of

22   the procedure, or if I was just to ignore it and keep moving.

23         THE COURT:  You can ask the question.

24         MR. LESKO:  Very good.

25         THE COURT:  And it will all be on the record.

*Anthony D. Frisolone, FAPR,  RDR, CRR, CRI, CSR*
*Official Court Reporter*

SIDEBAR CONFERENCE                    804

1          THE WITNESS:  I see.

2          MS. PENZA:  Your Honor, I just don't remember

3   whether it was on the record or not as to the list.  I did, on

4   the break, replace the list without objection from defense

5   counsel just to correct some names and include additional

6   names that we had agreed upon.

7          THE COURT:  Is that right?

8          MR. AGNIFILO:  Yes.

9          THE COURT:  I understand.  We'll take care of it.

10  You can take the stand.

11         THE WITNESS:  Thank you.

12         THE COURT:  I'm going to tell the jury what happened

13  so that they understand there's nothing untoward going on.

14         MS. PENZA:  Thank you.

15         MR. AGNIFILO:  Thank you.

16         (Sidebar discussion concludes.)

17         (Continued on the next page.)

18

19

20

21

22

23

24

25

VICENTE – DIRECT – MR. LESKO          805

1           (In open court.)

2           THE COURT:  Members of the jury, the witness simply

3   had advised the Court that there was something that he had

4   forgotten to mention in answer to a question just before the

5   break, and he wanted to know how to go about adding what he

6   had to add and I'm going to let counsel elicit whatever the

7   information is that the witness wishes to add.

8           MR. LESKO:  Thank you, your Honor.

9   DIRECT EXAMINATION (Continued)

10  BY MR. LESKO:

11  Q    Mr. Vicente, what did you forget to mention prior to the

12  break?

13  A    It was regarding the nature of the SOP weekend

14  activities.  There was a format that I forgot to mention which

15  was something that was called "BS sessions."  BS standing for

16  bullshit.  And BS sessions were basically held with other SOP

17  members at first with only men and then eventually both sexes.

18          And a BS session was basically that you were to come

19  to this group, the group with some problem you had some issues

20  you had somebody you were upset with.  And basically, the

21  other three were to call you out on your BS.  In other words,

22  how you understand or how do you try to understand that you're

23  actually responsible for this thing that you're complaining

24  about.

25          So the whole idea was, you know, for you to get your

VICENTE – DIRECT – MR. LESKO                806

1    authorship over every single event in your life that you felt

2    upset about and basically own them and that it was actually

3    you that caused the problem and only you.  That was the nature

4    of what we call BS sessions.

5    Q    Thank you.  Was the term "collateral" used in the Society

6    of Protectors?

7    A    Yes, it was.

8    Q    And was it used in reference to funds paid by leaders of

9    SOP?

10   A    Yes.  My recollection was that at a certain point it was

11   suggested to see if people were really serious about enrolling

12   and serious about their commitments.  In other words, if there

13   was a meeting amongst men saying I'm going to enroll five

14   people.  Well, the idea was that that's, that doesn't mean

15   much it means a lot if you put some collateral behind it.  So

16   if you pay a certain amount of money, and what we did was we

17   paid money into the system, into the computer database, so to

18   speak, so we have our credit cards be charged for a certain

19   amount of money.  If you did indeed do the thing you said you

20   would do, you would get that money back.  And if you didn't,

21   you would lose that money.  So that's the way collateral is

22   used.

23   Q    Did you do this?

24   A    I did.

25   Q    And what sort of amounts are we talking about?

VICENTE – DIRECT – MR. LESKO                807

1   A    It depended.  For me, it was somewhere, I think, around

2   $1,500.  For other men, I think it was actually more, and for

3   some it was less.

4   Q    Did you, in fact, lose some of that collateral?

5   A    I did.

6   Q    Who suggested this collateral arrangement?

7   A    The collateral idea was something that was in the

8   curriculum that was suggested by Raniere.  This specific use

9   of it, I do not recall if it was a group decision or just one

10  of us that suggested.  I don't recall anymore.

11  Q    Initially, was Society of Protectors only offered to men?

12  A    Originally, yes.

13  Q    Did that eventually change?

14  A    It did, yes.

15  Q    How?

16  A    I don't recall if it was the same year or the next year,

17  Raniere said to me that he thought it would be good to offer

18  what we were doing to the women as well.  I had some concerns.

19  I didn't think that was necessarily a good idea.  He said to

20  me, well, they want it and then he referred me to talk to Pam

21  Cafritz and Marianna.  And I spoke to them on the phone.  They

22  said we really want, we think it would really help us.  I

23  said, I don't know this is a very different thing than what

24  you're doing and they insisted, and they thought it would be

25  very helpful.  I said, Do you have a vague understanding of

1   what this is?  And they said, We believe we do.  And I went

2   back to Raniere and it appears they do want it, and if you

3   think that's the way we should go, okay.

4   Q    Did you, yourself, agree with having women participate in

5   the SOP trainings?

6   A    I did after that discussion, yes.

7   Q    How about before that discussion?

8   A    Well, I think it was raised, but I don't recall that I

9   said anything.  I think it was raised earlier on.  I don't

10  recall that I said anything about it at the time.

11  Q    Did the new Society of Protectors course, was there a new

12  Society of Protectors course developed that included women?

13  A    That was called "SOP Complete," and that it was basically

14  the existing curriculum.  So I think it was a six-day training

15  as far as I remember.  And it was taking two of the weekends,

16  but it was run more like a boot camp.  There were a lot of,

17  you know, rules and regulations.  There were, you know,

18  physical things you had to do if you failed.  There was a

19  certain amount of -- it was like boot camp hazing discipline.

20  Q    Was the defendant present during this initial

21  SOP Complete training?

22  A    He was always present at the very first one because

23  that's how we would figure out how the trainings would go.  He

24  would give us a general idea, you know, we're going to start

25  with this and then we would go through the existing

1    curriculum, but then he would figure out during the six days

2    what additional things would be done.  We were to write

3    everything down.  We were to make a note of the times, the

4    kinds of things that were done, and, of course, we video

5    recorded the whole thing as well and that would become a

6    template of what we would do from that point forward.

7    Q    What was your role in that first thing?

8    A    So my role was, along with the other High Council, was

9    basically running the training to some degree.  We were like

10   the sergeant majors.  He was the general, we were like the

11   sergeant majors.  Everybody else was to use a military

12   metaphor for, like, privates basically.

13   Q    And how long -- I think you might have mentioned it, but

14   how long was this first SOP Complete training?

15   A    So it was six full days, as I said, comprising of the

16   existing sort of existing intellectual material and a lot of

17   practical things peppered in between that we would do with the

18   students.

19   Q    So, in this boot camp format, I think you used the term

20   "where hazing occurred."  There were physical activities?

21   A    Yes.

22   Q    Could you describe those?

23   A    Basically, what he told us was that woman lacked

24   discipline and that the issue is that most men had never

25   really grown up into men, they were boys themselves.  This

1   would be helpful for the men, but what the woman really wanted

2   was the experience of what it's like it be a little boy in a

3   man's world.

4           So the metaphor being when you're a young boy, you

5   get teased by all the other older boys and you get basically

6   teased and tease and teased and pushed and pushed and pushed

7   until you finally man up and stop crying.  And it's like man

8   up, stop being a child.  He said that's in essence what we're

9   going to do.  We are going to help them find themselves by

10  pushing them the same way that many of you were pushed which

11  turned you into who you are today.  So that was the idea that

12  we were going in with.

13  Q    Let me stop you there.  He said he told us this idea that

14  you explained.  Who is he?

15  A    Sorry, Raniere.

16  Q    Continue.

17  A    So, basically, as opposed to, you know, the normal type

18  of SOP training where, you know, you're sitting in a circle

19  with questions and that kind of thing.  The whole idea was sit

20  up straight, and if you're not sitting up straight, there

21  would be, you know, various consequences, you know, which

22  anything from you get singled out in front of everybody to

23  your entire group of people here has to go and do planks which

24  is the top of a pushup for a minute, two minutes whatever.  So

25  much like the army, you know, when one guy screws up,

1   everybody else has to go do the thing.  There's that and with

2   him men and women.  There was one thing also eventually people

3   would get names which you wear nicknames, be teased about some

4   aspect of yourself.  There were various props that were used

5   that people would wear.  There were, you know, mantras given.

6   In other words, something you had to say all the time.  You

7   know before you spoke, you had to sit up straight and you had

8   to repeat this thing that you've been told.

9           And basically, the idea was that the first training

10  Raniere and us the High Council would walk around observing

11  are people sitting up straight?  Are they being too

12  deferential?  Is somebody, excuse me my language, is somebody

13  kissing ass too much, well, they have to be singled out for

14  that.  Are they defiant and prideful and they have to be

15  singled out for that.

16          And the whole idea was that the woman had to learn,

17  and the men, the women had to learn no matter what you do

18  you're going to be wrong, so keep taking the hits until you

19  grow up and stop being a baby.  That was very general.

20  Q    So the planks were used as punishments of sorts?

21  A    Yes, consequences.  Yeah, punishment, consequences.  The

22  planks or wall sits or holding weights up for extended periods

23  of time.  A lot of different things that you would do.

24  Q    Nicknames were used?

25  A    Nicknames were used.

1    Q    Were costumes used?

2    A    Yes.  I recall at one point somebody was given, like,

3    angle fairy wings to suggest that they were a princess.

4    Somebody was given a jock strap once.  A woman was given a

5    jock strap.

6    Q    Who was given a jock strap?

7    A    That was Clare Bronfman.  She was given a jock strap for

8    being bossy, like, she was in charge of everything.  People

9    would get wooden stakes.  If somebody was seen as particularly

10   aggressive, they would be given a wooden stake.  And we would

11   say to them, well, every time you speak, hold up like you're

12   about to hit everybody because that's the way you're behaving.

13   Yeah, that name tags and, you know, being singled out a great

14   deal.

15   Q    Did the defendant ever indicate to you that this

16   SOP Complete experience was intended to address a woman's

17   sense of entitlement?

18   A    Yes.  It was spoken about a great deal in the SOP

19   training in general even before this that the issue with women

20   is that they're entitled.  And he would say to us, you know,

21   he told us a story once that he went to college with a woman

22   because he opened the doors all the time, she was so blind to

23   the fact that he did it that, in essence, she thought the door

24   was opening automatically.  That he said that woman had been

25   coddled their whole life, and because they've been coddled

1   their whole life they had no understanding of reality

2   whatsoever and that men are arbitrators of reality.  We

3   understand reality et cetera, et cetera.

4           So he spoke a great deal about their entitlement.

5   He spoke a great deal about their misusing their sexuality to

6   gain advantage in the world which he said men couldn't do in

7   the same way.  He spoke about them being chronic complainers.

8   He would say, for instance, you know, if you ever use see --

9   do you ever see a woman accused of something and a group men

10  are blaming her?  No, it's the other way around.  One man

11  being blamed by all these women.  Women are complainers and

12  they're whining and basically entitled.  And they think they

13  should have a bunch of things they really shouldn't have and

14  that this training will address their entitlement.

15  Q    Were any of the nicknames sexual in nature?

16  A    There were.  I recall, my memory is not as good, but I

17  recall one Boobiana.  That was somebody who wore very tight

18  clothing, it was very buxom.  And so, a woman was teased for

19  the kind of clothing they wore.  If it was too tight fitting

20  or if they were showing too much of their, you know, rears or

21  their boobs or whatever it was, they were teased for that a

22  lot.

23  Q    Getting back to Clare Bronfman and the jock strap.  Who

24  made her wear the jock strap?

25  A    My recollection was Raniere had the idea and then I

VICENTE - DIRECT - MR. LESKO                814

1   believe we implemented to.

2   Q    In your opinion, was the SOP Complete program demeaning

3   to women?

4   A    Horribly demeaning.

5   Q    Are you familiar with the term misogynistic?

6   A    I am familiar with that term.

7   Q    What does that term mean?

8   A    My understanding is the idea that are men are superior

9   and women are seen as less than human and women are treated

10  very poorly.  And it's my opinion that this was a formalized

11  misogyny.

12  Q    And who designed this program?

13  A    Raniere.

14  Q    Was video used as part of this training?

15  A    Yes.

16  Q    Were any of the videos unflattering to women?

17  A    Very.

18  Q    Do you recall anything in particular?

19  A    Yes, there were a number of videos.  I recall in the

20  first trainings where Raniere would suggest, you know, take

21  photographs of the women that are addressing a certain way and

22  let's make, you know, make a video which I mostly did of, you

23  know, them to, in essence, reveal what they're doing; or if

24  somebody was very, very prideful that a video be made of them

25  to show them their pride and show it to everybody, in essence,

1    embarrass the person and hopefully the theory was, you know,

2    they'll have a sense of oh, God that's how I've been behaving.

3         I recall making a video for the very first one and

4    then I wasn't at every training, but when I was the idea you

5    had to replicate what happened at the first training.  So you

6    would go through the notes and say, okay, now it says if you

7    can make a video so we just replicate what happened the first

8    time.

9    Q    So the first time, was the baseline, and then you, as you

10   continued the program, you would have to replicate a first

11   version of the training is that how that worked?

12   A    Correct.  There were modifications.  In other words, the

13   nicknames wouldn't be the same.  The specific things that you

14   made people say wouldn't be the same.  You didn't necessarily

15   have to do because it was planking the first time doesn't mean

16   it has to be plank, the next time.  But you had to do here is

17   where you hand out their names.  Here is where you give them

18   these mantras that they're going to repeat and say in front of

19   everybody.  That was very normalized the specific names and

20   things would depend on what was going on in the training.

21   Q    Did any of the women who participated in SOP Complete

22   complaining with the curriculum?

23   A    Yes.  I don't recall if it was the very first training,

24   it might have been but.  I do remember that Esther Carlson had

25   an issue, stood up and had an issue.  She concerned about what

VICENTE – DIRECT – MR. LESKO                    816

1    was going on here she felt it wasn't right.  And I don't

2    recall the exact response but Raniere who was in the front of

3    the room at the time, in essence, talked her down and then she

4    was pretty quiet after that.  There were other times where

5    some of the women expressed to me their concerns and I would

6    express them to Raniere and he responded in such a way that I

7    thought you know I probably shouldn't mention this to him

8    anymore.

9              (Continued on the next page.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    DIRECT EXAMINATION (Continued)

2    BY MR. LESKO:

3    Q     How did he respond?

4    A     Well, in one particular case, when the Society of

5    Protectors was first formed, there was the high council, which

6    was the four of us, and our, you know, wives/girlfriends were

7    spending time together because they were struggling with how

8    to deal with is, how to deal with us who were in this, no some

9    ways, you know, militarized system.  And my wife at some point

10   said to me, you know, we've been talking and we -- we have

11   concerned about what's going on.  We're not sure this is a

12   good thing.  And I remember calling Raniere and saying, you

13   know, There are some women who have concerns about this, and

14   he immediately said, I need to know who they are.  And the way

15   he said it made me realize, Shut up.  Do not say another

16   thing.

17          So, you know, Well, I know -- I made some excuse,

18   because I certainly didn't want to call out my wife, and the

19   other women.  But they got the impression they should probably

20   just shut up.

21   Q     As you sit here today, do you have an opinion as to why

22   the defendant wanted to develop SOP between --

23          MR. AGNIFILO:  Object to the form of the question.

24          THE COURT:  Sustained.

25   BY MR. LESKO:

VICENTE - DIRECT - MR. LESKO                  818

1   Q    Has your perspective on SOP Complete changed over time?

2   A    Yes.

3   Q    And how has it changed?

4   A    I believed with some reservation, but I believe that the

5   reason it was being created because the women wanted to feel

6   stronger and that maybe this would help in some ways.  My

7   experience of the women over time is that they became shells

8   of themselves.  They were -- they almost looked like they were

9   beaten in submission, and in essence, I believe that's what

10  SOP Complete was doing.  It was trying to make these women

11  submit to men to be obedient to the point of potentially being

12  dangerous, following orders no matter what.  And my experience

13  of the women is that it kind of broke them and they would just

14  do whatever they were told.  So I now have grave concerns

15  about what it was actually doing.

16          And, you know, I find there's layers to these

17  things.  There's a layer of what you're told of what this is

18  doing.  And then there's what it's actually doing, and I don't

19  think it was good for them at all.

20  Q    How do you feel about your participation in SOP Complete?

21  A    I feel very ashamed.  I just feel, you know, it's -- it's

22  been a -- it's been a thing in my life that I -- that I try to

23  protect and take care of people.  And to see that I was

24  basically enforcing this kind of really dark, hateful misogyny

25  was deeply upsetting to me.  And also it goes opposite to

1    every single thing that I actually believe.

2            But I don't think I was told the truth about what

3    this really was.  I know I wasn't, because these women were

4    broken.  And I saw later that they were shells of themselves,

5    that -- that something inside them was gone.  And I do believe

6    that that SOP Complete had a lot to do with it.

7    Q    Do you know a person named Danielle?

8    A    Yes.

9    Q    Showing you what has been admitted as Government's 147.

10   Who is depicted in that photograph?

11   A    That's Danielle.

12   Q    And who is Danielle?

13   A    Danielle is a doctor.  I think a naturopathic doctor, I

14   believe, also a fitness expert.  She was one of the

15   co-creators of the program XOSO with Raniere and some of the

16   other women.  And she was, to some degree.  One of the two

17   residential doctor in the area that many people would go to

18   for advice.

19   Q    Mr. Vicente, I want to show you for the moment,

20   Government's Exhibit 47.

21           Did Danielle take the SOP Complete training?

22   A    She did.

23   Q    And did you observe her reaction to SOP Complete

24   training?

25   A    My sense is that at first it was difficult for her, but

VICENTE - DIRECT - MR. LESKO                820

1    then she, being a fitness expert and an a rather extraordinary

2    athlete, she -- she took it and just obeyed orders.  And in

3    fact, she outperformed -- in the physical things she

4    outperformed the men.

5    Q    You previously discussed Lauren Salzman.  If you could

6    remind us, who was Lauren Salzman within NXIVM?

7    A    So Lauren Salzman was the daughter of Nancy Salzman, who

8    was the CEO of the company.  Lawrence Salzman, was on the

9    executive board.  And she was the head of -- the head of

10   education and the strip path, the sashes.  She was also my

11   coach, and she was, in essence, the leader of the green, the

12   senior proctors.

13   Q    Showing you what has been admitted as Government's 50.

14   Who is depicted in that photograph?

15   A    That's Lauren.

16   Q    So how did you interact with Lauren Salzman as your

17   coach?

18   A    We were -- we were supposed to meet at least once a week.

19   We tended not to.  Perhaps it was once a -- once a month.  So

20   we had a coaching relationship, and then we also had a

21   friendship.  We worked on a number of projects together

22   throughout the year, and of course, on the executive board.

23   Q    Did she ever work with you regarding your lack of tribute

24   to the defendant?

25   A    She did.  We worked on that great deal.  We -- there were

1    many, many discussions about it.  You know, for instance,

2    attributes the problem, and then I would recut the movie, put

3    more of them in.  And then people didn't respond well to it,

4    and I say, I think it's too much honestly.  And she'd say

5    Well, actually it's -- you're now overcompensating; in other

6    words, you still have this tribute problem, but now it's the

7    other way around, you're overcompensating, something that's

8    still a problem.  Just went the circles.

9    Q    Did you discuss concerns about your pride with Lauren

10   Salzman?

11   A    Yes.  They were in the nature of disagreement, but she

12   would but often point out that my -- my -- my need protect my

13   imagine is a problem, you know, and that, you know, pride is a

14   huge problem.  There was -- there was a -- a huge amount of --

15   it was a lot of discussion in the organization about pride

16   being, you know, one of those terrible things.  Raniere would

17   talk about pride as this thing that would just really get you,

18   you know it's this thing.  It's almost -- and he didn't say it

19   that way, but it's almost like satin, you know.  Stain's

20   hiding in all kinds of corners.  Pride is hiding in all kinds

21   of corners.  You know, when you least expect it, it will get

22   you.  That's why you have to be vigilant with, you know, true

23   humility and busting your pride.  And Lauren Salzman would

24   have a lot of those discussions with me as well.

25   Q    Do you recall having a discussion with Lauren Salzman

1    about her having a baby?

2    A     I do.  It was during -- it was at Apropos during, I

3    think, one of the coach summits when I said to her, You know

4    just -- Why don't you just go and have what you want in your

5    life?  Why don't you just -- you know, go and have a baby.

6    Because I know you want one.  She said, I do, but I'm not

7    readily.  I said, What do you mean you're not ready?  Well,

8    Keith says I'm not ready, and I was confused.  I couldn't

9    understand how Keith was advising her on whether or not she

10   was ready to have a baby.  That was confusing to me.

11   Q     Did you have a conversation with Lauren Salzman involving

12   the defendant asking if she loved him?

13   A     Yes.  That was -- yes.  That was actually also an

14   Apropos.  I think it was in the -- what's called the proctor

15   room.  She was struggling with something that he had asked her

16   to do, and she was feeling -- she -- she feeling unwilling to

17   do it.  She didn't tell me what it was.  And then she said to

18   me, But it -- it kills me because then he says to me, don't

19   you love me?  And I go, of course, I love him.  So of course.

20          And I was -- again, I couldn't understand how a

21   friend and somebody, you know, who runs a division was having

22   those kinds of discussions with Raniere.  It didn't make sense

23   to me.

24   Q     Do you recall at a certain point in time certain people

25   in the NXIVM community developing unusual physical

VICENTE - DIRECT - MR. LESKO                823

1   appearances?

2   A     Yes.  That concerned -- sort of came to a head for me in

3   and around December of 2015, when I became very concerned for

4   two reasons.  The one was there was so many of the examples in

5   the education about not giving into comfort and choosing

6   principal instead.  You know, in other words, don't go for,

7   like, the ice cream -- you know, don't do the ice cream.  Like

8   focus on your calories.  And I -- and I thought to myself, why

9   is there this obsession with weight and calories?  What is

10  going on?  Is there no other metaphor that can be used?  Why

11  it always the cake or the pizza or the -- why is that the

12  grand example of like you have a weakness and, you know,

13  you're going through this thing.

14          And then I began to see a lot of the -- a lot of the

15  women just becoming rail thin, I mean, to the point that it

16  just looked unhealthy to me.  They looked pale, and I -- I

17  was -- it was just -- it was beginning to look almost like

18  their skin was translucent.  And I saw the kind of food they

19  were eating where they were eating the same kind of food again

20  and again where their fingers were turning the color of food.

21  They were eating cucumbers all the time or squash or -- I

22  don't know.

23          When I asked, Why that?  Well, because it's low

24  calories and it fills me up, kind of thing.  And I just got

25  concerned because everybody just looked -- just really

1    unhealthy -- not everybody.  Some of the women just looked

2    really unhealthy.  They were looking skeletal.  I could start

3    to see their bones under their flesh, and I thought to myself,

4    something's not right here.

5    Q    Was there anybody in particular who looked exceedingly

6    skinny?

7    A    My -- my greatest concern back then was Allison Mack.  I

8    was very concerned.  I -- I think at the time -- yes, I was

9    spending a lot of time with her back then, and I just couldn't

10   understand why she was -- her weight was -- was dropping so

11   much.  And also accompanying the weight loss was sort of this

12   tired, kind of out-of-it look.  You know, she sometimes

13   couldn't focus very well.  And to me it looked like a kind of

14   malnutrition.  So I was deeply concerned about that, and so I

15   went to talk about Raniere about it.

16   Q    I'm showing you what has been admitted as

17   Government's 39.  Do you recognize that photograph?

18   A    Yes, Allison Mack.

19   Q    So you discussed -- you had a discussion with the

20   defendant.  What did he say?

21   A    Well, I went to see him.  I think he was at that point

22   living at 21 Oregon Trail.  I went to see him, and I said, I'm

23   concerned that all these people have this idea that skinniness

24   is the ultimate objective.  And I said to him, It also worries

25   me deeply given that in this society right now, with -- with

1   the -- the obsession, with the bodies and models and

2   everything, like I don't think it's healthy to tell a woman

3   that their -- her weight is tied to her enlightenment or her

4   growth or whatever.  It's just unhealthy.  It's going to --

5   it' -- it's bad.  Women, and especially young women have

6   enough issues already with their appearance given the culture

7   we live in, why -- why do that?  And he said to me, Well, you

8   know, I work with different people in different ways, and

9   there's different reasons for different things.  And I -- you

10  know, it wasn't making any sense whatsoever.

11          And I said, But Allison -- you know, what about

12  Allison?  She's -- you know, she looks terrible.  This is --

13  if this -- if this is her having some kind of breakthrough, I

14  don't what's going on.  Then I don't understand breakthroughs

15  because she looks horrible.  And he said -- I said to you, You

16  know, she looks broken.  And he said, Well, I'm trying to

17  break her.  And I was like uh-huh.  Okay.

18          Well, she's not looking healthy.  And he said, Well,

19  she's still getting her period.  And I was like, Okay.  I

20  wasn't sure where else to go because I -- I don't know -- I

21  was thinking to myself, Well, you know, you can take a pill

22  and still do a whole bunch of things, so...

23          But in the end I just backed away, because I

24  couldn't get any clear answers, and -- and I felt like -- I

25  just think something's wrong and I can't quite put my finger

1    on what it is.

2    Q    In addition to Allison Mack, do you recall any other

3    women in the community who looked skinny?

4    A    Many -- many of the people that were -- had some kind of

5    a close relationship with him.  Some of them that might be in

6    the inner circle were extremely skinny.  You know -- I'm

7    sorry.  I'm referring to a list to make sure I get this right:

8    Daniela Padilla, you know, Monica Duran, a number of the -- a

9    number of the women that were spending time with -- with

10   Allison Mack would eventually -- I was concerned about, you

11   know, India's weight.

12            There seemed to be a kind of a club of I young women

13   gathering around Allison Mack and they just didn't look

14   healthy.  I mean, you know, maybe they were healthy by Fashion

15   Week's standards, you know, which is not healthy in my

16   opinion, but they just did not at all look good.  They were

17   just obsessed with eating as little as possible, and they

18   would literally measure their calories on a scale.  There was

19   all this measuring going on.  And there was also this

20   obsessive penitence that they would do if they messed

21   something up.  You know, so if somebody was on a certain

22   number of calories and they messed something up, then they

23   would cut their calories.  You know, and when I was hearing

24   that people were cutting it down to 500 calories or 300

25   calories, something's not -- I mean, okay.  So I'm fat.  But,

1   like, something's not right.

2   Q    Showing you what's been admitted as Government's 45.  Do

3   you recognize that photograph?

4   A    Yes, that's Daniella Padilla.

5   Q    Was she one of the women who concerned you?

6   A    Yes.  She had always been skinny, but it -- it -- it

7   looked to me to be getting worse.

8   Q    Was Marianna skinny?

9   A    Very.

10  Q    Showing you what has been admitted as Government's 26.

11  Who is in that photograph?

12  A    That is Marianna.

13  Q    Was Nicky Clyne skinny?

14  A    She was also very skinny, yes.

15  Q    Showing you what's been admitted as Government's 15.  Who

16  is in that photograph?

17  A    That is Nicky.

18  Q    Are you familiar with a woman named Sylvie?

19  A    I am.

20  Q    Was Sylvie one the women who was skinny?

21  A    Exceedingly, yes.

22  Q    Are you familiar with a woman named Kerstin?

23  A    Yes.

24  Q    Was Kerstin skinny?

25  A    Very.  She was one of the ones I was very concerned

 1  about.

 2  Q    When the defendant told you that he was trying to break

 3  Allison Mack, what was your interpretation of that comment?

 4            MR. AGNIFILO:  I'm going to object.

 5            THE COURT:  As to form.  Sustained.

 6            MR. LESKO:   I'll rephrase, Your Honor.  Thank you.

 7  BY MR. LESKO:

 8  Q    When the defendant told you that he was trying to break

 9  Allison Mack, what was your reaction to that comment?

10  A    I was disturbed because a part of me thought okay, well,

11  so we're trying to break pride.  Okay?  I mean, I -- I get

12  that.  But I couldn't understand why somebody withering away

13  was somehow going to fix that.  That was the part I didn't

14  get.  And -- and the thing is, I -- I -- I was at this point

15  beginning to ask Raniere a lot of questions, but there was

16  still the issue of my rank and his rank.  So I had to be very

17  careful that only in private would I ask him certain

18  questions, not in public.  And then also even in private, this

19  was somebody who was, like -- it's like questioning the king,

20  you know?  Like at a certain point just slow down and be

21  careful.

22            So I would office just nod my head and think, okay.

23  Well, he's got some understanding that I don't have and maybe

24  there's some wisdom I just can't get because of something he

25  knows.  I don't share that anymore, but that's what I thought

1    at the time.

2    Q     During the time period you were involved with NXIVM, did

3    you became aware that the defendant was in sexual

4    relationships with any women in the community?

5    A     I did.

6    Q     How did you acquire that information?

7    A     Well, one of the ways was when Barbara Jeske died, after

8    she died he spoke to me and said this was like losing a wife

9    for him.  And I'd never heard him say that before.  And

10   suddenly it occurred to me, Oh, I didn't realize that that was

11   the relationship.  That was quite -- it was a surprise to me.

12   And it sort of made sense because, you know, he said to me

13   once, like when it comes to having sex he really needs to know

14   somebody, and -- and it takes at least a year to really,

15   really know somebody before that happened.  So I thought okay.

16   Well, you know, he's known her a long time.  I guess that kind

17   of makes sense.

18         And then later, there was an actress that I had

19   introduced him to, and he told me that they'd begun a thing

20   together, and that it had got very inflammatory and she hit

21   him.  And I thought, Okay.  So they're a thing.  I -- I -- I

22   took that to mean a sexual thing given the way they were with

23   each other.  And then in 2017, he told me that he had

24   conceived with Marianna, and I was surprised that I didn't --

25   I didn't really -- even though they were together all the

VICENTE - DIRECT - MR. LESKO                    830

1    time, I didn't know that that was their relationship, and I --

2    it was a disturbing conversation in general to me.  But I

3    decided to just, you know, in essence, not show that I had

4    deep concerns about it.  And I said to him, You know, okay,

5    well, I guess congratulations are in order, and I just left it

6    alone.  But I began to develop a picture in my mind.  Okay.

7    So there's lot more going on than I realize.

8    Q    So I think you testified previously that the defendant

9    resided with Marianna and Pam Cafritz; is that correct?

10   A    Correct.

11   Q    And did you have an understanding as to when actually

12   that baby with Marianna was conceived?

13   A    When we spoke about it, the baby was conceived around the

14   time that Pam Cafritz was dying or had just died.

15   Q    Were you aware that the defendant had other children with

16   other members of the NXIVM community?

17   A    Yes, I was.

18   Q    If you could --

19   A    Yeah.  There was a -- there's a story that -- that was

20   heard in the community about a -- I don't think --

21        MR. AGNIFILO:  I'm going to object.

22        THE COURT:  The way the response is starting, I

23   think I'm going to -- I'm going to ask that you rephrase the

24   question and the jury will disregard the answer of your last

25   question.

VICENTE - DIRECT - MR. LESKO                    831

1    Q    Did you became aware that the defendant had a child with

2    Kristen Keith?

3    A    Yes, he told me that.

4    Q    Do you know the name of that child?

5    A    The name of the child was Gaylyn.

6    Q    Was Gaylyn a boy or that girl?

7    A    Gaylyn was a boy.

8    Q    Did you later learn that the defendant had sexual

9    relations with other members of the NXIVM community?

10   A    Once I had left, yes.  But while I was still in, there

11   was -- those instances I mentioned to -- most of the ones I

12   knew about.

13   Q    Approximately how many members of the NXIVM community did

14   the defendant have sexual relations with?

15   A    I think it was in excess of 20.

16   Q    Did you witness the defendant being physically intimate

17   with women in the community?

18   A    I did.

19   Q    How so?

20   A    Well, generally speaking when he would meet one of the,

21   you know, or younger women that spent time with him, he was

22   always very intimate with them, you know, hand holding,

23   touching, walks sometimes hand in hand.  You know, kissing on

24   the lips, a lot of tenderness, the kind of tenderness that is

25   not usual in a corporate environment.  And then, you know, I

1    saw at one point, you know, an instance that gave me pause.

2    But other than that, it was, generally speaking, just the way

3    he was with -- with each of them.  The way I saw it is they

4    were -- they were like -- almost like giddy call girls and he

5    was kind of the connect with each of them in different ways.

6    But there was a lot of, you know, physical contact and

7    whispering.

8    Q    Did you witness the defendant being physically intimate

9    with Clare Bronfman?

10   A    I did.

11   Q    How so?

12   A    Same kind of things kisses, talking, there was a lot of

13   hand, the touching and there would be this sort of fingers

14   intertwine and then rolls around, that kind of stuff.  As I

15   had said, it's -- it's not just, you know, corporate buddies

16   hanging out, there's something else.

17   Q    Did you witness the defendant being physically intimate

18   with Allison Mack?

19   A    I did, the same kind of thing.

20   Q    Let's discuss Allison Mack for a moment.

21   A    Sure.

22   Q    I'm going to show you -- and I'm not sure if the Elmo --

23            THE COURT:  Yes, it's working again.  There you go.

24            MR. LESKO:  Thank you, Your Honor.

25            THE COURT:  Yes.

VICENTE - DIRECT - MR. LESKO                    833

1    BY MR. LESKO:

2    Q    I'm showing you -- we've seen this previously

3    Government's Exhibit 39.  Do you recall when you first met

4    Ms. Mack?

5    A    Yes.  I don't recall the exact year, but it was at a

6    volleyball game.  She had just flown in from, I think it was

7    Seattle on the Bronfman jet, and he had just come from the

8    airport to come and meet -- well, she told me to come and meet

9    me and Raniere.

10   Q    What was Allison Mack's role in NXIVM?

11   A    Well, in the beginning she was, you know, a student who

12   became a coach, who eventually became a proctor.  She was one

13   of the heads of Jness, but I don't know the exact make-up of

14   the ranking system, so to speak, but she was one of the

15   leaders.  She was the head of humanities in -- in Albany.

16   Q    Was that a committee?

17   A    That's a committee, yes, yes.

18        And then she also was the head of the company called

19   The Source, which would be the acting program.  And then she

20   also for a time was involved in a company called The Knife.

21   The Knife of Aristotle was a media analysis company.

22   Q    Who promoted Allison Mack to proctor?

23   A    I don't recall exactly, but I do remember having a

24   discussion with Lauren Salzman about it.  Because I remember

25   when she was going to be promoted, I remember saying like I

VICENTE - DIRECT - MR. LESKO                    834

1    can't -- are you serious, that's insane.  There's something

2    not stable about her.  And -- and -- and she's got this gaggle

3    of women that she's mentioned that are not doing well.  I was

4    very concerned.  I don't recall who exactly gave the final

5    sign-off on the promotion, though.

6    Q    Who had ultimate authority to decide on who would

7    progress on the path?

8    A    The ultimate authority was -- was Raniere.  Lauren

9    Salzman would -- would make the final decisions because he

10   is -- would be the final say.

11   Q    Was Allison Mack a member of the defendant's trusted

12   group?

13   A    She was.

14   Q    When was The Source developed?

15   A    The Source was developed sometime at 2014.  It was one of

16   the companies under the -- what was called The Ultima

17   umbrella, and it originally consisted of Allison and then I

18   think there was 12 of us guys involved as well, 12 involved

19   altogether.

20   Q    And did The Source have curriculum?

21   A    The Source had curriculum.  What would happen with that

22   curriculum is Raniere would meet with us, myself or somebody

23   else would videotape the meeting.  And that would be turned

24   into the actual curriculum.  And then once he had done, you

25   know, the term that he used and others used, "the download of

VICENTE - DIRECT - MR. LESKO                    835

1  all of the material," that was turned into like written things

2  and videotapes and then we began running trainings.

3  Q     And the focus was on actors?

4  A     The focus was on actors.  We were told later musician

5  and, you know, public speakers, but it was mostly performance.

6  You know, being in front of people, how to best use the

7  instrument of -- of presentation or performance.

8  Q     Did the curriculum developed for The Source, was that an

9  adaptation of the defendant's tech system as applies to

10 actors?

11 A     To some degree.  There were certain things in there that

12 were part of some of the other curriculum.  There was a

13 section that -- that was from Ultima reverence in terms of

14 teaching people, you know, emotional flexibility, how to deal

15 with, you know, feelings that you struggled with.  And then

16 there was this -- which I think -- I think I mentioned before,

17 this focus on showing -- looking like you're having the

18 feeling but you don't have to show it, just look like you're

19 having it.  So again, like you don't have to be feeling any

20 grief just, you know, look -- what do people look like when

21 they're grief stricken.  Then do that, what do their heads do,

22 arms do, do they look down?  And basically, you know, teach

23 actors as opposed to model.  I was used to the more inside

24 out, which was with field of thing body, find a moment in your

25 life.  This was more, well, a shortcut.  Just look like you're

1   having the emotional and the audience will believe you.

2   Q    Did Allison Mack eventually move to Clifton Park?

3   A    She did eventually.  She moved from Casual Gardens, I

4   think, to Clifton Park.

5   Q    Do you recall approximately when this happened?

6   A    I -- I know for sure it was pre-2013, but I don't

7   remember the exact year.

8   Q    And where did Allison Mack reside in Clifton Park?

9   A    So she moved into 77 Generals Way, actually, along with

10  my wife and I.

11  Q    Showing you what has been admitted as Government's 120.

12  Do you recognize that photograph?

13  A    Yes.  That is 7 Generals Way.

14  Q    And is that the residence where you lived with your wife

15  and Allison Mack?

16  A    Correct.

17  Q    Did you stop living with Allison Mack at 7 Generals Way?

18  A    Yes.

19  Q    What happened?

20  A    She had said at one point she needed to do some more

21  private work and she needed to be alone.  So she moved a few

22  blocks away to Grenadier Court, I think, is the name of the

23  street.  She said she needed privacy to do some of the

24  different projects she was working on.

25  Q    Did Allison Mack get along with your wife?

VICENTE – DIRECT – MR. LESKO                    837

1   A    At the beginning, I think, yes.  Later, not so much.

2   Q    Was your wife involved in The Source?

3   A    Yes.

4   Q    Was there conflict between your wife and Allison Mack

5   regarding The Source?

6   A    There was.  The concerns my wife had related to the

7   divisions that were occurring in the company, where, you know,

8   there were like 12, maybe 13 people that all felt like that

9   was part of their company, and then suddenly there were their

10  divisions, of like, no, you people are not in charge, these

11  people are in charge.  And it got a lot -- it was messy.  She

12  had concerns about the way it was handled, the way -- the some

13  people had been just been, you know, pushed to the side as

14  unimportant in essence, just having no value in this company

15  at all.  And she brought that up a few times, and she was

16  challenged a great deal about that.  And she also had concerns

17  about Allison's, you know, psychology about her, you know,

18  erratic behavior and whether she was the -- would be able to

19  lead well.

20  Q    At some point do you recall a meeting involving yourself,

21  Allison Mack, your wife and the defendant?

22  A    Yes.  He offered to do an arbitration between Allison and

23  my wife, and I was there as well.  Because I had said to him

24  things were not -- you know, things were not still working.

25  There's a lot of unresolved issues with this company and a lot

VICENTE – DIRECT – MR. LESKO                    838

1    of people feel very slighted.  So he said, well, maybe I

2    should jump on board, which is pretty unusual.  Most of the

3    time he would say it's not good if I would do an arbitration

4    because I'm final point.  After me is the point of no if

5    return, so did other people do that.

6            For some reason he felt that he would do the

7    arbitration.

8    Q    What was an arbitration at NXIVM?

9    A    An arbitration at NXIVM is basically figuring out what is

10   the issue that each person is having, and then trying to help

11   them understand how the issue they're having is related to

12   their particular -- their particular issues.  You know, their

13   inner deficiencies, their life issues, that kind of thing and

14   to get each party to take responsibility for what's theirs and

15   then see if there's any action that needs to be taken in some

16   way.

17           So it wasn't just, well, okay, each of you talk.

18   It's each of you talk and now let's look at other unresolved

19   things with respect to each of you that you need to look at

20   that may be affecting the way you're seeing things.  That's

21   generally speaking.

22   Q    So what did the defendant say at the arbitration meeting

23   involving yourself, Allison Mack and your wife?

24   A    Well, he started the meeting by saying, well, let's just

25   start with ground rules.  Does everybody at the table believe

VICENTE – DIRECT – MR. LESKO                839

1   that at everybody at this table have good intent?  And, of

2   course, everybody said yes.  If you said no, it would be a

3   huge problem.  Saying no was a huge problem because it looks

4   like, oh, you project, if you think somebody has bad intent,

5   oh, well, clearly you're the one with bad intent, so of course

6   you said yes.

7          And then he began to elicit from each person to

8   different things.  He basically had Allison admit that she,

9   you know, hated my wife, was trying to destroy her.  Was very

10  jealous of her.  And then, you know, he said to my wife, you

11  know, basically, you know, there's things you've been through

12  like loss of innocence, I've seen this kind of thing.  And

13  then he tasked -- basically he tasked Allison with finishing

14  it, that what she done was a real problem and that she needed

15  to really look into herself and fix this -- this impulse that

16  she has to destroy another woman.  You know that has to be

17  fixed.

18         So that was the way I remembered ending was

19  basically she has to go fix this.

20  Q    You referred to a person named India.  Do you know India?

21  A    I did know India for quite some time.

22  Q    Is India the daughter of the well-known actress?

23  A    Yes, she is.

24  Q    Showing you what has been admitted as Government's 56.

25  Do you recognize that photograph?

1   A    That is India.

2   Q    How did you meet India?

3   A    I met India in Los Angeles, I don't know the -- I don't

4   remember the exact year.  It was maybe -- you know, 2011,

5   2012, maybe.  We would do introductory presentations.  And we

6   were doing one in Santa Monica and India and her mother came

7   to the -- excuse me -- to the presentation along with a lot of

8   other people.  And myself and Sarah were doing the actual

9   presentation, and at the end of the presentation, India

10  decided that she wanted to join and do an intensive.  So that

11  was basically my first -- the first time that I met her.

12  Q    Did India have a relationship with Allison Mack?

13  A    She would come to have a relationship when she spent more

14  time at Albany.  She -- she ended up being tutored by Allison

15  Mack or Allison Mack took a particular interest in her and

16  took her under her wing.  And, you know, I had -- I had a lot

17  of concerns about that.

18  Q    So India traveled to Albany to take NXIVM programs?

19  A    She did.  She did the first five days in Los Angeles and

20  she may have done the remaining 11 days in Albany, I don't

21  recall, but then she began doing some Level 2s.  She joined

22  Jness as well.  And she ended up doing a lot of curriculum.

23  Q    While she was in Albany, are you aware that India had

24  gone on a walk with the defendant?

25  A    Yes.  That conversation I had with Raniere.  India was

VICENTE – DIRECT – MR. LESKO                      841

1    part of the Los Angeles center and she had all these different

2    dreams and things she wanted to do, and my wife and I were

3    trying to help her.  I was shooting material of her.  She

4    wanted to create sort of the, you know, talk show of talking

5    to amazing people in the world and, you know, she wanted to

6    create this cooking line.  So she had a lot of dreams and the

7    way I was thinking of things at the time is that's what we

8    want to do.  You know, we want to help people make their

9    dreams come true.  So I found that India was struggling with

10   leadership so we put her in charge of certain things in the

11   center and see if she could step up as a leader.  Then she

12   went to Albany and suddenly just gave everything up.  She

13   decided, well, I think I'm going to leave Albany and I

14   remember going, What about your dreams?  I'm sort of changing

15   my focus and then she said she took a walk –– she said she

16   took a walk with Keith and, I'm much clearer now.

17          So I called –– I don't remember if I called Raniere,

18   if I spoke to him in person, I said, I'm very concerned.

19   We're just beginning to get to this place where she might

20   begin to take leadership, which would help her in her life and

21   suddenly is she gives everything up and now she's going to

22   Albany.  What happened on that walk?  He said, well, I don't

23   remember very much, we talked a much, I don't –– that's not

24   what happened, there must have been something but he was very,

25   very vague about it, and I say I'm very concerned.  She's kind

VICENTE – DIRECT – MR. LESKO                    842

1    of giving up everything she cares about to go live in this

2    little place and I don't know if that's going to be that good

3    for her.

4            And, you know, in usual fashion, he said a bunch of

5    things like, well, maybe I don't know what's going on.

6    Q    I think you mentioned that you had some important

7    concerns about India's relationship with Allison Mack?

8    A    Well, I was very concerned with –– with what happened

9    with –– that I saw with India was that she became enamored

10   with Allison Mack.  The kind of enamor where you don't just

11   admire someone because they were skilled, like fall in love

12   with Allison Mack, you are my everything.  And I said to

13   myself, something's unhealthy about that.  I don't know that

14   it's healthy for her to look at Allison Mack as some kind of,

15   you know, deity who knows all.  Knowing Allison, I think

16   Allison was that.  And I didn't think that Allison should

17   necessarily be mentoring young women, so yeah, I had concerns.

18   Q    You discuss those concerns with the defendant?

19   A    I did.

20   Q    What did you say?

21   A    I remember saying something like, I don't think that she

22   should be mentored by Allison.  I don't think it's healthy.  I

23   think Allison has a series of issues that I'm concerned with

24   and I don't think she should be teaching India or some of the

25   other people.

VICENTE – DIRECT – MR. LESKO                    843

1    Q    What was the defendant's response?

2    A    I don't -- I don't recall specifically.  I -- I do

3    remember him saying something like, you know, well it's not

4    really my concern.  It was the strange thing of he knew about

5    everything, but then when I questioned about him about some

6    things, then he didn't know about it.  So it was a mystery.

7    Q    Did India become involved in a NXIVM-related company in

8    Clifton Park?

9    A    Yes.  So one of the companies that she was involved with

10   is she was in a company call Delegates, and as I said before

11   Delegates was like a task rabbit, you know.  You call

12   somebody, I need my laundry picked up, or I need to be picked

13   up from the airport, kind of thing.  So India was basically

14   put in charge of Delegates.  That was her company.  People

15   would call her or text her and tell her what we needed and she

16   would look at the workforce that was available and then assign

17   them.  So that was her company.

18   Q    And who worked for Delegates?

19   A    The people that worked for Delegates were mostly the

20   younger people in the community.  A lot of the LeBaron girls

21   were working for Delegates, and then some of the other younger

22   members.  They were -- they were, you know, younger people

23   that didn't really have a career choice yet that were working

24   for her.

25   Q    And the LeBaron girls were from the community in Mexico?

VICENTE - DIRECT - MR. LESKO                    844

1    A    The community of -- of LeBaron, Chihuahua, yeah.

2    Q    Do you know a person named Debra?

3    A    Yes.

4    Q    Who is Debra?

5    A    Debra is somebody who was a student initially in the

6    Los Angeles center.  And then also came to Albany to take some

7    trainings as well.  I don't recall exact trainings.

8    Q    Did you ever have a discussion with the defendant about

9    Debra?

10   A    I did.

11        I'd had a conversation with her about the concern

12   she had and I remember -- I called -- I think I called the

13   defendant -- I think I called Raniere.  And I said I have some

14   concerns about what -- what she told me that I want to talk

15   you about.

16             MR. AGNIFILO:  I'm sorry, could we approach?

17             THE COURT:  Approach.

18             MR. AGNIFILO:  Yes, just a sidebar.

19             THE COURT:  Sure, sure.

20             (Continued on next page.)

21

22

23

24

25

SIDEBAR CONFERENCE                    845

1            (The following occurred at sidebar.)

2            THE COURT:  Okay.

3            MR. AGNIFILO:  We have no the idea who Debra is.

4            MR. LESKO:  Giannone.

5            MR. AGNIFILO:  Oh.

6            MR. LESKO:  Debra Giannone.

7            MR. AGNIFILO:  Are you not know using her last name?

8    I'm just trying to figure out just because during testimony,

9    we don't know who he's talking about.

10           MR. LESKO:  She was recruited to become a member of

11   DOS.

12           MR. AGNIFILO:  Okay.

13           MR. LESKO:  Did not agree to become a member, but I

14   think she -- as I understand it, I believe she's an actress of

15   some note.  And so by revealing her last name, it would be

16   unduly embarrassing for her.

17           MR. AGNIFILO:  Okay.  Is she on the list?

18           MS. PENZA:  We talking about her, the same as the

19   other day.

20           MR. AGNIFILO:  Okay.  I didn't know who --

21           THE COURT:  Well, good.  All right.  Good to know

22   this.

23           MR. AGNIFILO:  And just so we're clear, we're

24   continuing to object, I know, I know --

25           THE COURT:  Well, you don't --

SIDEBAR CONFERENCE                                        846

1          MR. AGNIFILO:  Okay.

2          THE COURT:  Your objection is on the record.

3          MR. AGNIFILO:  Thank you.  Thank you.

4          THE COURT:  It carries through.

5          MR. AGNIFILO:  Thank you.

6          THE COURT:  The entire trial.

7          MR. AGNIFILO:  Very good.  Thank you, Judge.

8          THE COURT:  Okay.

9          MR. AGNIFILO:  Thank you.

10          (Continued on next page.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1               (Sidebar ends; in open court.)

2   BY MR. LESKO:

3   Q    Mr. Vicente, you were recounting the conversation you had

4   with the defendant about Debra.  If you could continue.

5   A    Sure.  In the conversation I had with Debra --

6   Q    With the defendant?

7   A    Well --

8   Q    Oh, I'm sorry.

9   A    Well, conversations with the defendant -- I'm sorry,

10  conversation with Raniere is about the conversation I had with

11  Debra.

12  Q    Very well.

13  A    In the conversation I had with Debra, she had told me she

14  had on Facebook had --

15              MR. AGNIFILO:  I'm going to object.

16              THE COURT:  Sustained.

17              MR. LESKO:  Your Honor, may I approach?

18              THE COURT:  Why don't we take or lunch break?  All

19  rise for the jury.

20              (Jury exits the courtroom.)

21              (The following matters occurred outside the presence

22  of the jury.)

23              THE COURT:  All right.  The witness may stand down.

24  Do not discuss your testimony with anybody.

25              (Witness exits the stand.)

PROCEEDINGS                                    848

1          THE COURT:  Everyone may be seated.  Do you want a

2     sidebar or do you want to do this in open court?

3          MR. LESKO:  We can do it in open court.

4          THE COURT:  Okay.  Please be seated everyone.  Well,

5     go ahead.

6          MR. LESKO:  Your Honor, we're offering this

7     statement to Mr. Vicente, which is going to be one of a series

8     of facts that he will testify about gathering in the late

9     2016, 2017 time frame, to show it's affect on his state of

10    mind and this process where Mr. Vicente was gathering facts

11    and was discussing with people.  Many of those discussions, by

12    the way, allowed him to piece together the DOS story resulted

13    in him eventually leaving NXIVM, withdrawing from the

14    organization where he had been part of the trusted group for

15    over a decade.  And so we're offering it, this in particular,

16    but we'll also offer similar statements to show their affect

17    on Mr. Vicente.  And their affect is specifically on his state

18    of mind, his evolving state of mind.

19          THE COURT:  So you're not offering it for the truth?

20          MR. LESKO:  No, Your Honor.

21          THE COURT:  Well, then I think you need to be

22    telling the jury that.

23          MR. LESKO:  Very well.

24          MR. AGNIFILO:  I think that's fine.

25          THE COURT:  As long as that's the point, if you have

PROCEEDINGS                                    849

1    a proposed instruction to the jury, in connection with this

2    particular portion of his testimony, just discuss it with the

3    other side and give it to me and I'll give the instruction to

4    the jury after lunch.

5              MR. AGNIFILO:  Thank you, Judge.

6              THE COURT:  Okay.

7              MR. LESKO:  Your Honor, I would like to raise one

8    other issue.  I don't think we necessarily have to resolve it

9    right now, but I did want to sort of surface the issue for

10   the Court.  It's conceivable I may end direct examination of

11   Mr. Vicente today and towards the end of the examination, I --

12   I expect to be the first time that the Government is intending

13   to introduce nude photographs.  And we have pixilated and/or

14   blocked out the sensitive portions of those photographs.  But

15   we certainly didn't want to surprise the Court with those

16   photographs and we would appreciate guidance from the Court.

17   We can show them to you.  We intend to just publish them to

18   the jury and we would orient the monitors so that members of

19   the public couldn't see the photographs.  But we do want to be

20   very sensitive in this area and particularly are respectful to

21   some of the issues raised with at least two of our jurors.  So

22   any guidance from the Court and again, we can submit the

23   proposed photographs for review by the Court.  And I believe

24   defense counsel has them.

25             THE COURT:  Well, we've already established the

PROCEEDINGS                                              850

1    procedure with the cross-examination of Sylvie.  We can use

2    the same basic approach.

3              MR. LESKO:  We didn't publish those photographs, if

4    I remember correctly, to the jury.  This would be the first.

5              THE COURT:  Oh, that's right.  Well, we're going to

6    publish them to the jury but we won't publish them in the

7    public.  We can publish to the jury without publishing to the

8    public --

9              MR. LESKO:  Very well.

10             THE COURT:  -- on our system.

11             So you'll just have to let me know when you're ready

12   to do that.

13             Is there an objection?

14             MR. AGNIFILO:  No, there's no objection.  The only

15   clarification I'll make, no problem with the proposed, we have

16   not seen the pixilated version, but we can probably do that

17   over lunch.  Why don't you do that?

18             MR. LESKO:  Very well, thank you.

19             THE COURT:  All right.  Thank you.

20             Take an hour for lunch.

21             (Recess taken.)

22

23

24

25

PROCEEDINGS                                         851

```
 1                A F T E R N O O N   S E S S I O N

 2              (Time noted:  2:00 p.m.)

 3              (In open court; Jury not present.)

 4              THE COURT:  Please be seated.

 5              (Defendant enters the courtroom.)

 6              THE COURT:  Oh, just have him wait.

 7              All right, there's a letter from the government, a

 8    motion in limine; have you seen it?

 9              MR. AGNIFILO:  I got it few minutes ago.

10              THE COURT:  Do you have any intention of raising one

11    of those matters in connection with your cross-examination?

12              MR. AGNIFILO:  So what I would like to do -- I'm not

13    going to -- we --

14              THE COURT:  We don't want to say what they are.

15              MR. AGNIFILO:  No, I'm not going to say what they

16    are.

17              In regard to the letter that Mr. Vicente wrote where

18    he uses a hateful word, I would not want to --

19              THE COURT:  But you're not going to talk about it,

20    so we're not going to talk about it.

21              I just want to know, do you want to respond in

22    writing to this?

23              MR. AGNIFILO:  I will -- I will give the Court an

24    answer.  I'm just trying to work this out with a compromise,

25    and I'll give Your Honor an answer by 7:00 tonight.
```

PROCEEDINGS                                    852

1          THE COURT:  Well, I'll sit by the fax machine.

2          MR. AGNIFILO:  Okay.

3          THE COURT:  Then I'll give you an answer in the

4    morning, if you haven't worked it out.

5          MR. AGNIFILO:  I think we can work it out.

6          THE COURT:  Well --

7          MR. AGNIFILO:  If we can't, I'll have something to

8    Your Honor by 7:00.

9          THE COURT:  Yes.

10         MS. PENZA:  Yes, Your Honor.

11         If we could just address the issue of the

12   instructions that came up before we broke for lunch.

13         THE COURT:  Oh, yes, the instruction.  Yes.  Yes.

14         MS. PENZA:  So what -- Mr. Lesko expects that this

15   witness will testify regarding two categories of statements

16   about DOS that were made.  And so there are statements by

17   coconspirators.  And those include Keith Raniere, Lauren

18   Salzman, and Alejandro Betancourt.

19         I believe that's the universe of the ones that we're

20   expecting, but there could be others, which we would expect to

21   be offered for their truth.

22         And another category by namely former DOS members,

23   but there could be others about DOS which are being offered

24   for their effect on Mr. Vicente and --

25         THE COURT:  I understand the distinction.

PROCEEDINGS                                    853

1            MS. PENZA:  So what we propose, Your Honor, because

2      there are going to be a number of these.

3            THE COURT:  Yes.

4            MS. PENZA:  Is that at the end of the next section,

5      and Mr. Lesko can say when we get there, but that Your Honor

6      give an instruction at that time, giving the standard language

7      that there will be further instruction regarding how to

8      consider evidence at the end of the trial, but that for now

9      the statements made by Mr. Vicente that were said to him by,

10     and we can give you the name of those individuals, should not

11     be offered for the truth but only.

12           THE COURT:  So what should do I now?

13           MR. AGNIFILO:  I have something I can give to the

14     Court.

15           THE COURT:  Have you discussed with the other side?

16           MR. AGNIFILO:  No.  They've been doing other things.

17           MS. PENZA:  We've been working on our instruction,

18     Your Honor, and so we didn't get to, but we're happy --

19           THE COURT:  At the end of the next section, we'll

20     take a break and you can show me what you've done.

21           MS. PENZA:  Sounds good.

22           THE COURT:  I like things in writing so that I

23     don't --

24           MR. LESKO:  Your Honor, if I could be precise.  I

25     think actually at the end of the session would be the end of

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

PROCEEDINGS                                          854

1    his direct examination.  That back part of his direct will

2    involve many of these discussions.

3              THE COURT:  Right.

4              MR. LESKO:  And I think by the end of that we will

5    have a clean list of non-coconspirators who made statements

6    about DOS to Mr. Vicente, and I think it will be pretty clear

7    who's who.

8              THE COURT:  Why don't we just at that point before

9    you complete it, why don't you finish doing your questions,

10   you can take a sidebar and you can tell me who's who.  Give me

11   the list.  We'll go over it with the defense, and then I'll

12   make whatever statement that we want.

13             MR. AGNIFILO:  I would prefer the instruction come

14   before the statements are elicited so the jury can understand

15   as they're hearing evidence.  This is not being considered for

16   the truth.

17             THE COURT:  Well, I don't know who these people are

18   who are not coconspirators, who the government claims are not

19   coconspirators.  I have a good idea but, you know, there may

20   be names that I don't know who coconspirators alleged by the

21   government and --

22             MS. PENZA:  I don't think it makes sense, Your

23   Honor, to have Your Honor listening what he expects the

24   witness to say before the witness has said it.

25             THE COURT:  What is it that you wanted me to say?

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

PROCEEDINGS                                    855

1              MR. AGNIFILO:  This is what I'd like Your Honor to

2     say:

3              I'm permitting this witness to testify about what

4     certain other people said to him.  I'm allowing this because

5     these statements of other persons are relevant to

6     Mr. Vicente's state of mind, but are not being offered for the

7     truth of the statements themselves; therefore, you are to

8     consider these statements only to the extent that they have an

9     impact on Mr. Vicente's state of mind and for no other

10    purpose.

11             THE COURT:  Well, I can make that statement in

12    connection with specific questions about specific individuals.

13    In other words, instead of a blanket statement, I can make an

14    individual statement as to a specific individual that he's

15    testifying about.

16             MS. PENZA:  We just don't think it makes sense to

17    give that sort of instruction right now, because it's going to

18    be piecemeal the way these statements come in.

19             So there's a statement that he's about to elicit

20    regarding Debra, but then there are going to be subsequent

21    statements from other members of DOS.  But interspersed within

22    that will be statements by coconspirators.

23             And so we don't want to leave the jury with the

24    misimpression that when he then has a conversation with

25    Mr. Raniere about what Debra said to him, that that is not

PROCEEDINGS                                                    856

1    offered for its truth.

2              THE COURT:  No, I understand that.  But -- but how

3    will the jury know which is -- which is probably the issue the

4    defense is concerned about, that there will be statements

5    interspersed among the statements of coconspirators with

6    statements of alleged victims.

7              MS. PENZA:  And that's why, Your Honor, we thought

8    that at the end it makes the most sense because by then we'll

9    have a list of those individuals.

10             We could --

11             THE COURT:  Are you going to -- are you going to ask

12   me to state who the individuals are?

13             MS. PENZA:  Well, I think we actually have the list

14   of the individuals whose testimony will come -- that we will

15   believe would fall into that bucket.

16             The concern would be just that it is unusual for

17   Your Honor to say:  We expect that Mr. Vicente is going to

18   testify about statements made to him by this person, this

19   person, this person, and this person.  And that those

20   statements, but all of the others should be -- but then the

21   government would like a specific instruction that all of the

22   other statements are to be considered for their truth.

23             MR. AGNIFILO:  I object to the government's

24   proposal.  My request is that we read this instruction to the

25   jury now and leave it at that.

PROCEEDINGS                                    857

1          I don't know who coconspirators are because I

2     requested that before the trial and they refused to give it to

3     me.  So I'm learning who the coconspirators are and who they

4     aren't as we go, just like the Court is.

5          So in the absence of that, and I most respectfully

6     would not ask the Court to marshal the evidence and the

7     government's theory about who's a coconspirator and who's not,

8     it's our position nobody's a coconspirator.

9          So our position is since nobody's a coconspirator,

10    that we would like this instruction read to the jury before

11    these statements are heard by the jury.

12          MS. PENZA:  We think that statement would be

13    entirely misleading, Your Honor.  They are going to be

14    statements by the defendant, by Lauren Salzman, by Alejandro

15    Betancourt at least that would be coconspirator statements in

16    furtherance of the conspiracy about DOS made to Mr. Vicente.

17    And the jury should not be under the misimpression that those

18    are not admissible for their truth.

19          THE COURT:  Can't you be cabin his testimony

20    regarding non-coconspirator statements separate and apart from

21    statements made by or to -- made by coconspirators in her

22    view.

23          MR. LESKO:  I think I could, with a little bit of

24    potential meeting, I could cabin the statements that were

25    made -- let's use Debra specifically -- by Debra to

LINDA D. DANELCZYK, RPR, CSR, CCR
Official Court Reporter

PROCEEDINGS                                    858

1    Mr. Vicente, and then subsequently make a clean break and ask

2    about discussion with the defendant.  So that I think there

3    will be sort of two sets of discussions.

4              MR. AGNIFILO:  I have no objection.  To accomplish

5    that purpose, I think it's perfectly appropriate.

6              MR. LESKO:  I have to engage in sort of the same

7    process with respect to -- I think there are about four other

8    non-coconspirators who fall into this category, so I have to

9    do a similar process for those other conversations.

10             THE COURT:  So at the point we go into the

11   non-coconspirator back and forth, I can give the instruction

12   on that without going into the question of the statements made

13   that you allege are coconspirator statements and let the

14   defense on cross-examination ferret out; you know, it's a

15   perspective that these aren't really coconspirators, because

16   coconspirator statements can be taken for the truth under the

17   rules.

18             So do you want to give me what you have?

19             MR. AGNIFILO:  Yes, sir.

20             MS. PENZA:  We would also -- if I may just see what

21   Mr. Agnifilo is saying that we're offering it for.

22             THE COURT:  Absolutely.

23             MR. LESKO:  While Ms. Penza is doing that, I think

24   Your Honor said this, sorry about belaboring the point.

25             THE COURT:  That's okay.

PROCEEDINGS                                      859

1           MR. LESKO:  This proposed instruction we would ask

2     that it be specifically tailored to address Debra's statements

3     to Mr. Vicente, and not a blanket instruction where -- which

4     could be, as was indicated earlier, misleading.

5           THE COURT:  Well, at what point are you going to ask

6     about what Debra said?

7           MR. LESKO:  That's my next question.

8           THE COURT:  And Debra is not -- is not a -- you

9     don't view her as a coconspirator?

10          MR. LESKO:  No, Your Honor.

11          MS. PENZA:  We don't think state of mind and effects

12    on Mr. Vicente are the same thing, so we would want both of

13    those.

14          And really, the only reason hearsy in inadmissible

15    is when it's for its truth.  We don't think it should be so

16    narrowly cabined as to what it is, in fact, admissible for.

17    And so we would like it to say state of mind and effects on

18    Mr. Vicente, because it isn't just his state of mind.

19          THE COURT:  I understand.  I agree with that, by the

20    way, so let's just get it done.

21          MR. AGNIFILO:  Your Honor, then change it for no

22    other purpose.

23          MS. PENZA:  No, we don't like it for no other

24    purpose.  It already says it's not admissible for its truth.

25    That's the rule.

PROCEEDINGS                                    860

1                THE COURT:  That's the only other purpose.

2                MR. AGNIFILO:  Then that's what it should say,

3     that -- so I'll give it to Your Honor so Your Honor can see

4     it.

5                (Proffering.)

6                (Pause.)

7                THE COURT:  Yes.

8                MR. AGNIFILO:  So the only thing I would say is that

9     there's two parts to that short instruction.  One, why it's

10    being admitted and what they can use it for.

11               So as long as Your Honor makes it clear that --

12    they -- if Your Honor wants to say they can use it for its

13    effect on Mr. Vicente but not for the truth of the statement

14    in our proposed instruction, that's fine with us.  So just be,

15    comma, and not for the truth of the statement and --

16               THE COURT:  Well, that's what is being said here.

17               MR. AGNIFILO:  No, but there's -- the instruction

18    breaks it up into why the Court's admitting it, first part,

19    and what the jury can do with that evidence.  That's why

20    there's two separate sentences.

21               THE COURT:  So you only want -- I'm not

22    understanding, really.  Let me go sentence by sentence here.

23               I'm permitting this witness to testify about what

24    Debra said to him.  I'm allowing this because these statements

25    are relevant to Mr. Vicente's state of mind but are not being

PROCEEDINGS                                    861

1    offered for the truth of the statements themselves.

2              MS. PENZA:  That --

3              THE COURT:  Stop.

4              Now, is that a problem?

5              MS. PENZA:  The government's position is that it's

6    not just state of mind.  Because state of mind is very narrow

7    when you actually look at the law.  It already takes a lot

8    action in response to --

9              THE COURT:  And you want to add:  And their effect

10   on Mr. Vicente.

11             MS. PENZA:  Correct, Your Honor.

12             THE COURT:  Therefore, you are to consider the

13   statements only to the extent that they have an impact on

14   Mr. Vicente's state of mind and their effect on Mr. Vicente.

15             MS. PENZA:  That's fine with the government.

16             THE COURT:  I can live with that.

17             MR. AGNIFILO:  But --

18             THE COURT:  Now what?

19             MR. AGNIFILO:  But may not for the truth of the

20   statements.  Because there's -- there's two sentences, and I

21   just want them to be parallel to what they can do and can't

22   do.

23             THE COURT:  So here's what we're going do.  For

24   every witness -- I'm sorry, for every question regarding an

25   individual who do you not allege is a coconspirator, you'll

PROCEEDINGS                                    862

1    tell me, and I'll read this as to that witness, and that's

2    what we'll do.

3              I'll read the whole thing and that way it's all

4    there and the jury can deal with it accordingly, if they

5    remember.

6              I think it's very difficult for the jury to

7    distinguish these things, but these are the rules of evidence,

8    and I need to cabin these answers in the appropriate way, and

9    this is the way to do it.

10             So we'll start with Debra, right?  Debra's next?

11   Questions on Debra.

12             Let's bring in the witness.

13             Thank you, everyone.

14             MR. AGNIFILO:  I'm sorry, Your Honor?

15             THE COURT:  I said thank you.

16             MR. AGNIFILO:  Yes, thank you.

17             (Witness resumes the stand.)

18             THE COURT:  Let's bring in the jury.

19             Okay, Mr. Agnifilo, don't forget 7 p.m. tonight.

20             MR. AGNIFILO:  7 p.m.

21             (Jury enters the courtroom.)

22             THE COURT:  Please be seated, everyone.

23             All right, the witness is reminded he is sill under

24   oath.

25             Mr. Lesko, you may continue with your examination of

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

1    the witness.

2              MR. LESKO:  Thank you.

3    DIRECT EXAMINATION (Continued)

4    BY MR. LESKO:

5    Q    Good afternoon, Mr. Vicente.

6    A    Good afternoon.

7    Q    When we left off, you were discussing a conversation you

8    had with the defendant about a conversation you had with a

9    woman named Debra, okay?

10   A    Yes.

11   Q    Let's break this up.

12             Let's start with what Debra told you.  So if you can

13   tell us what Debra told you?

14             Hold your answer briefly.

15             THE COURT:  Just hold your answer.

16             Members of the jury, I'm permitting this witness to

17   testify about what Debra said to him.  I'm allowing this

18   because these statements of another person are relevant to

19   Mr. Vicente's state of mind and their effect on Mr. Vicente.

20   But they are not being offered for the truth -- for the truth

21   of the statements themselves; therefore, you are to consider

22   these statements only to the extent that they had an impact on

23   Mr. Vicente's state of mind, and their effect on Mr. Vicente,

24   and not for the truth of the statements themselves.  Only

25   their effect on the -- on this witness' state of mind and the

1    effect on him.

2          So now you may answer.

3    A    I had a phone conversation with Debra and she told me

4    that there's a function on Facebook where you can poke

5    somebody.

6          She told me that Raniere had poked her, you know,

7    several times.  That he had asked if he could Skype with her.

8    And that also when she was in Albany and she attended

9    volleyball, he walked off the game mid-game and sort of

10   fawning all over her and she was very creeped out.

11         She also told me that she had a concern, because

12   somebody called Amanda had tried to enroll her into a secret

13   society, and Amanda wanted for her to give some form of

14   collateral, you know, blackmailing material to keep her

15   silence about the society.  And she was deeply concerned about

16   these things.  So that's what she shared with me.

17   Q    Did you subsequently have a conversation with the

18   defendant about what Debra had told you?

19   A    I did.

20         So in the conversation with him, I said -- I said to

21   him something to the effect, you know, what are you doing with

22   her?  You're scaring her.  You poked her on repeatedly on

23   Facebook.  He said, "Well, it was just once."

24         And I said, "And what about Skype?  I tried to Skype

25   you for years and you said you don't have Skype."

VICENTE - DIRECT - MR. LESKO                865

1          And then also I began talking to him about this

2    secret society and somebody trying to enroll her in something

3    that required, you know, blackmailing material.  And I was

4    very concerned about it.

5          And he said to me, well, can you -- it was a fairly

6    long conversation about a number of things; you know,

7    including my understanding at that point that he might be the

8    head of this society, and that he said to me:  "Well, could

9    you tell me who it is?"  And I said:  "I can't.  Because if

10   you are indeed the head of this society and this is true, if I

11   tell who it is, you might release their collateral to the

12   world in some way, and that's a huge problem."

13         So that was a -- a grave concern to me.  And he

14   said:  "Well, he would investigate it."  We had a private

15   conversation about things going on with the -- with the women

16   that he said he would investigate and, again, he was saying:

17   "I'll investigate it."

18         And I remember further saying to him:  "I'm really

19   worried about these women.  They look like zombies."

20         I remember him saying:  "You have to define what a

21   zombie is."  And I realize I gave him a general practice of

22   deflection.

23         So I said:  "Okay, call me crazy then."  He says:

24   "Well I'm not calling you crazy, we have to figure these

25   things out."  And I had the sense that he was just evading me.

VICENTE – DIRECT – MR. LESKO                    866

1    Q     Did you -- when was that discussion, if you can estimate?

2    A     I think that discussion was April 2017, I think.

3    Q     You mentioned that NXIVM operated in Mexico; is that

4    right?

5    A     Correct.

6    Q     Did they have actual physical centers in Mexico?

7    A     They did.  They had a physical space in Mexico City, in

8    Monterrey, I believe Leon, Mexico, and I believe Guadalajara

9    had a space as well.

10   Q     Did NXIVM eventually create a corporation in Mexico?

11   A     My understanding was that sometime, I think in 2016, a

12   corporation was created.  I think it was NXIVM Mexico, I

13   think.

14   Q     Did NXIVM's Mexican programs cater to a specific type of

15   person?

16   A     Well, they were known for catering to the very, very

17   wealthy individuals, much more so than any other center.

18   Their people were, you know, from very wealthy, prestigious,

19   powerful families.

20          They were the children a number of ex presidents,

21   large corporations, large media corporations.  I would say the

22   upper echelons of society.

23   Q     And who led NXIVM's Mexico operation?

24   A     The center owners were Emiliano Salinas and Alex

25   Betancourt.

1    Q    Was Alex in the defendant's trusted group?

2    A    I think at times he was.  Not always, but at times.

3    Q    Was Emiliano?

4    A    Yes.

5    Q    You mentioned that you traveled to Mexico.

6    A    Yes.

7    Q    Did the defendant travel to Mexico?

8    A    While I was in ESP, not that I'm aware of.  I was only

9    aware of after I left.

10   Q    Did any other members of the trusted -- the defendant's

11   trusted group travel to Mexico?

12   A    I can't say for sure it's everybody, but I mean people

13   traveled all the time from the company because there were a

14   number of intensives happening in Mexico.  There were Jness

15   intensives, SOP intensives, ESP intensives.  But I do believe

16   a number of the trusted certainly did travel, yes.

17   Q    Did you ever visit the island of Fiji in connection with

18   your involvement with NXIVM?

19   A    I did.  I went to the island -- I think it's called

20   Wakaya, W-A-K-A-Y-A.  Wakaya, which is one of the islands of

21   Fiji.

22        It's somewhat of a private island with its own

23   airstrip.

24   Q    And I think you previously testified that NXIVM was

25   involved in acquiring properties in Fiji.  Was it on that

1    specific island?

2    A    Correct, yes.

3    Q    So what did you do in Fiji when you traveled there?

4    A    I went -- it may have been up to three times.  I went

5    once for a VIP intensive.  I was going to shoot the island,

6    you know, recording video and photography, aerial drones, that

7    kind of thing.

8         Another time was I think a different intensive, and

9    then another time was purely a kind of vacation where Pam

10   Cafritz invited a number of us to the island to spend time

11   with her and Raniere and, you know, each other.

12   Q    What was NXIVM doing in Fiji?

13   A    My understanding was it was being designed as a place to

14   hold VIP intensives.  It was also being designed as a time

15   share for NXIVM members who wanted to pay the yearly fee.

16        And I know that a number of properties were being

17   purchased.  I think eventually all of them were.  I think, but

18   I'm not entirely sure.

19   Q    Do you recall who owned these properties?

20   A    The properties that were purchased?

21   Q    Yes.

22   A    I remember that one of them was owned by the gentleman

23   who used to own Fiji Water.  I don't recall his name now.

24        But they were bought -- in essence, my understanding

25   was that Clare Bronfman and Alex Betancourt partnered up with

1  Raniere to purchase the properties on the island.

2  Q    I'd like to draw your attention to approximately 2012.

3         Do you recall a photographing and videotaping

4  session of the defendant in his executive library?

5  A    Yes.

6  Q    And what was your role in that session?

7  A    I was working on the Mexican film "Encender EL

8  Cocorazon."  E-N-C-E-N-D-E-R, space, E-L, space,

9  C-O-C-O-R-A-Z-O-N, and there were a number of phone calls that

10 I had with Raniere, you know, in years prior, and I wanted to

11 do a recreation of those phone calls and I thought the best

12 way to do that was maybe doing still photography of both him

13 and then myself separately and using narration to suggest what

14 we were talking about.

15        So I asked him if I could shoot some stills, still

16 photographs of him, and I had used the -- what's called the

17 executive library upstairs before to shoot things and I

18 thought that would be a good setting to shoot him.

19        So I went to do this photo session and it was

20 videotaped as well at the same time.  I wasn't sure because I

21 may use video, I may use stills, and we just did both.

22 Q    Did Adrian do the videotaping?

23 A    He was doing the music, yes.

24 Q    What did the defendant use the executive library for?

25 A    My thought was study.  My thought was that he was there

VICENTE – DIRECT – MR. LESKO                    870

1    alone working on different things.

2              There were a great many books in the library to do

3    with science and philosophy and, you know, psychology and

4    biology and that kind of thing.  And there were a number of

5    computers.  And, you know, to me it looked a bit like what I

6    call a man den, an office.

7    Q    Was the library -- I think you testified about this.  Was

8    the library built for the defendant?

9    A    That's my understanding.

10   Q    Did it contain a bed?

11   A    It did.  It contained a raised bed that required stairs

12   to get up to.  It was a large mattress.  A space underneath.

13   And there was a hot tub underneath that.  And there was lot of

14   bookshelves.  There were some wardrobes.  There were a bunch

15   of white boards as well.  Bathroom.  Sauna.

16   Q    So office area, bathroom, sauna, hot tub, and then a bed

17   over the top?

18   A    Correct.  Correct.

19   Q    I'm going to show you what's been marked for

20   identification as Government's Exhibit 175.

21             I'll show you the front of that exhibit and then the

22   back.

23   A    Yes.

24   Q    Do you recognize Government's Exhibit 175?

25             And actually to be precise, 175 includes 175A, C --

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

VICENTE - DIRECT - MR. LESKO                871

1  A, B, C, D, E, and F, okay?

2  A    Okay, I recognize it.

3  Q    Okay.  What's included in Government's Exhibit 175?

4  A    Those are raw video straight out of camera of -- from the

5  video camera of that shooting session.

6  Q    And so we're talking six sort of snippets or segments of

7  the video altogether?

8  A    Correct.  It wasn't edited material, so purely as the

9  file comes out of the camera.

10 Q    And you're on each of those videos; is that correct?

11 A    Yes.

12 Q    Okay.

13       MR. LESKO:  Your Honor, we offer government's 175,

14 A, B, C, D, E, and F.

15       MR. AGNIFILO:  No objection.

16       THE COURT:  All right.  Government's Exhibit 175A,

17 B, C, D, E, and F are received in evidence.

18       (Government Exhibits A, B, C, D, E, and F, were

19 received in evidence.)

20       MR. LESKO:  Thank you.

21 Q    So we're going to play these videos in order, okay?

22 A    Okay.

23 Q    So I ask the Court if we could...

24       (Pause.)

25       THE COURT:  Go ahead.

VICENTE – DIRECT – MR. LESKO                872

1           MR. LESKO:  Okay, we're going to go through these

2    videos, and I'll ask Ms. Carby to stop them at certain points.

3    The videos are somewhat dark at times, so I don't know if we

4    should...

5           THE COURT:  We'll try.

6           (Discussion was had off the record.)

7           THE COURT:  You're going to have to do it.

8           MR. LESKO:  All right, let's get started.  This is

9    governments' Exhibit 175A.

10          (Video recording played.)

11          MR. LESKO:  Can you pause there?

12          (Video recording stopped.)

13   Q    So who is -- who's in this frame right now?

14   A    So I'm on the right-hand side of the frame.  So I'm over

15   here (indicating).  Right over here --

16          THE COURT:  Go ahead.

17   A    This here is -- that's Pam Cafritz to the extreme left.

18          To the right of her also standing is Marianna.

19          And then seated is Raniere.

20          THE COURT:  Where is he?

21          THE WITNESS:  He's seated.  There's a chair.  On

22   either side of this chair.

23          THE COURT:  I see.

24          THE WITNESS:  It becomes clearer as you go along.

25          THE COURT:  All right, go ahead.

VICENTE – DIRECT – MR. LESKO                873

1          MR. LESKO:  Okay, we can continue.

2          (Video recording played.)

3          MR. LESKO:  Okay, stop.

4          (Video recording stopped.)

5     Q    And so Marianna is to the right and who's the left?

6     A    Pam Cafritz.

7     Q    And defendant's in the middle?

8     A    In the middle seat.

9     Q    And at this time was he living with --

10    A    Yes.

11         MR. LESKO:  Please continue.

12         (Video recording played.)

13         MR. LESKO:  If we could stop.

14         (Video recording stopped.)

15    Q    Do you recognize what the defendant is looking at?

16    A    Yes.

17    Q    And this is -- I'll give the timestamps for the record.

18         We're at one minute 23 seconds.

19    A    He's looking at the wedding album of my wife and I from

20    the photographs that were taken at the wedding, according to

21    the book.

22    Q    Did he attend your wedding?

23    A    He did not.

24    Q    Did he have any role in it?

25    A    He designed the vows for the wedding.  And I had a

1    discussion with him sometime earlier that we intended to

2    marry.  He offered to write the vows, and then he gave them to

3    us I think the day of the wedding.  And these are those vows.

4    Q    I think we previously oriented this video -- this

5    videotape session to the year 2012.

6              Do you recall what month 2012 this is session was?

7    A    I think it was February.

8    Q    February?  Was it 2012?

9    A    2012, yes.

10              It's also in the timestamp in the middle there.

11              MR. LESKO:  All right.  We can continue.

12              (Video recording played.)

13

14              (Continued on next page.)

15

16

17

18

19

20

21

22

23

24

25

VICENTE – DIRECT – MR. LESKO                  875

1    DIRECT EXAMINATION (Continued)

2    BY MR. LESKO:

3    Q    Could you stop that.  Did he say a woman is piggy?

4    A    Correct.

5    Q    You can continue.

6              (Video file played in open court.)

7              (Video file concludes.)

8    Q    Could you stop, please.

9              So what did the defendant just say about -- we're at

10   timestamp 5:01 -- what did the defendant say about whether or

11   not he had read all the books?

12   A    I believe he said he read some of them.  Some of them he

13   just knew about.

14             MR. LESKO:  We can continue.

15             (Video file played in open court.)

16             (Video file concludes.)

17   Q    You can stop there.

18             5:22 the defendant mentions having the books in

19   obsessive compulsive order.  What was your understanding of

20   what he meant?

21   A    There was a categorization system that he had which I

22   didn't know that I was aware of.  He was very particular about

23   the order of books.  He was very particular about things in

24   that particular room.

25   Q    Okay.  We can continue.

VICENTE - DIRECT - MR. LESKO                876

1          (Video file played in open court.)

2          (Video file concludes.)

3  Q    Can you stop it there.

4          I'm at timestamp 6:15, but I think it was around

5  6:10 the defendant said, It's very difficult to bring order

6  out of chaos.  Something to that effect?

7  A    That's what I understood.  I think he was speaking in

8  reference to -- he had a certain order for the books and that

9  they had been messed up.  It may have had other meanings,

10  but...

11  Q    Okay.  Let's continue.

12          (Video file played in open court.)

13          (Video file concludes.)

14  Q    If you can stop.  Thank you.

15          So the desk that the defendant was sitting at.  Was

16  that his desk?

17  A    That's my understanding.

18  Q    And is that where he worked?

19  A    I don't know if that's -- I mean, he said he did work

20  there at times but I -- it's hard to say because we were, in

21  essence, pantomiming things.

22  Q    We can continue.

23          (Video file played in open court.)

24          (Video file concludes.)

25  Q    You can stop right now.  Okay.

*Anthony D. Frisolone, FAPR,  RDR, CRR, CRI, CSR*
*Official Court Reporter*

VICENTE – DIRECT – MR. LESKO                877

1          Do you see hard drives in that still at 7 minutes

2    and 7 seconds?

3    A     Yes.  There are two right over here.  (Circling).  There

4    was one that was out of frame when we panned across.  There

5    was a large like a LaCie hard drive on the desk.

6    Q     You circled the first set of hard drives that you just

7    mentioned.

8    A     Correct.  The two on the left are hard drives.  The box

9    on the right I think is some kind of a player.  I think it's a

10   mini-DV player of some sort.

11   Q     Now, are those hard drives they seem to be on a shelf of

12   sorts; is that correct?

13   A     That's correct.

14   Q     And are they just to the right of the seating area of

15   Mr. Raniere's desk?

16   A     Yes, they are to the right.

17   Q     We can continue.

18          (Video file played in open court.)

19          (Video file concludes.)

20   Q     Stop, actually.

21          Is there any way to go back one second or two

22   seconds?  That's fine.  And if we could -- go ahead.  One more

23   second, sorry, right there.

24          So do you see the other hard drive?  You mentioned

25   drawing a circle around a silver box at timestamp 7 minutes

VICENTE – DIRECT – MR. LESKO                    878

1    and 9 seconds; is that right?

2    A    Yes.

3    Q    Where is that hard drive that you just described?

4    A    It's on the desk to the right of his the work area he was

5    sitting at a moment ago.

6    Q    Okay.  If we could continue.

7              (Video file played in open court.)

8              (Video file concludes.)

9              MR. LESKO:  Ms. Carbi, I think we can fast forward

10   two minutes if that's possible.

11             (Video file played in open court.)

12             (Video file concludes.)

13   Q    If we could stop.  So the hard drives that you previously

14   identified, could you circle where they're located on this

15   still which is 11 minutes and 50 seconds?

16   A    (Circling).  It's not entirely accurate, but just above

17   the two green marks above the green circle I believe is where

18   the two are.  And then where that X is lower down, if you go

19   up slightly and to the left, you'll see the silver case and

20   the blue, there was a blue glow which is a light of the other

21   hard drive.

22   Q    Thank you.  We can continue.

23             (Video file played in open court.)

24             (Video file concludes.)

25   Q    Could you stop, please.

VICENTE - DIRECT - MR. LESKO                    879

1          Did you understand what he was talking about just

2     then, talking about the nebula?

3     A     I don't.

4     Q     And that was roughly 12 minutes and 50 seconds.  You can

5     continue.

6               (Video file played in open court.)

7               (Video file concludes.)

8     Q     Thank you.  So that completes Government's Exhibit 175-A

9     which we can pull up 175-B.

10              While we're doing that, the library what property

11    was that located in?

12    A     That was upstairs in 8 Halo Drive.

13    Q     We can play it.  This is 175-B.

14              (Video file played in open court.)

15              (Video file concludes.)

16    Q     We could stop it right there.  So this is time stamped

17    one minute and 20 seconds.  And you're -- are you standing on

18    a table?

19    A     I was standing on a table, correct.

20    Q     What's to the left of you?

21    A     To the left of me are folding stairs that go up to the

22    bed.

23    Q     Could you circle the stairs, please.

24    A     (Circling).

25    Q     Could you draw like a pointing line towards the bed area?

1    A      (Marking).

2    Q      What was underneath the bed?

3    A      So directly underneath the bed was some empty space and

4    then where you see the head of Pam Cafritz.  Just on the other

5    side was a hot tub.

6    Q      Okay.  We can continue.

7              (Video file played in open court.)

8              (Video file concludes.)

9              MR. LESKO:  Ms. Carbi, I think you can fast forward

10   a minute.

11             (Video file played in open court.)

12             (Video file concludes.)

13   Q      If I could pause it.  What is the defendant saying at

14   this point?  We're at 3 minutes 43 seconds of Government's

15   Exhibit 175-B.  What's he saying about where he should be

16   located?

17   A      Well, he's suggesting that the way the light is not

18   accurate.  It wouldn't be that way when he's making a phone

19   call and he probably wouldn't make it there.  So we're

20   talking, well, where would he make it which is on the other

21   end of I think he goes to lie down on a chair or something.

22   He told me he did a lot of things lying down.

23   Q      Okay.  Let's continue.

24             (Video file played in open court.)

25             (Video file concludes.)

VICENTE - DIRECT - MR. LESKO                881

1    Q    Okay.  175-B is completed.  Let's move on to Government's

2    175-C.

3              (Video file played in open court.)

4              (Video file concludes.)

5    Q    Stop that.

6              What was the hand gesture the defendant just made?

7    A    Middle finger.

8    Q    That's at timestamp 55 seconds.  You can continue.

9              (Video file played in open court.)

10             (Video file concludes.)

11   Q    Could you pause that.  So what did the defendant just say

12   there at timestamp two minutes and 30 seconds?

13   A    He said Jim Odato is not picking up my call.  He's

14   referencing a journalist that was at the Times-Union at the

15   time who had written a four part expos about him.

16             MR. LESKO:  You can continue.

17             (Video file played in open court.)

18             (Video file concludes.)

19   Q    Please stop.

20             So this is timestamp, 2 minutes and 51 seconds.

21   What's happening on the videotape now?

22   A    So as he's readjusting, Marianna is dressing his hair.

23   She was the person who took care of his clothing and the way

24   his hair looked.

25   Q    Okay.  Let's continue.

VICENTE – DIRECT – MR. LESKO                    882

1    (Video file played in open court.)

2    (Video file concludes.)

3  Q    Okay.  I think we can pause it here.

4        Ms. Carbi, if we can fast forward to eight minutes.

5  Actually, I'm sorry, seven minutes.

6    (Video file played in open court.)

7    (Video file concludes.)

8  Q    We could pause it.  We're at 8 minutes and 17 seconds,

9  actually, let it go a little bit further, please.  Sorry.

10    (Video file played in open court.)

11    (Video file concludes.)

12  Q    Okay.  Let's pause it.

13        So at 8 minutes and 28 seconds, what is the video

14  depicting now?

15  A    This was, according to him, a more accurate

16  representation of how he would make phone calls lying down.

17  He told me he did a lot of thinking lying down as well.

18  Q    So there was a couch in the library or wherever that is?

19  A    This is sort of, yes, it's a couch, a futon-ish type

20  thing, yes.

21  Q    Okay.  We can continue.

22    (Video file played in open court.)

23    (Video file concludes.)

24  Q    If we could stop, actually, go back one second.  And

25  stop.

VICENTE – DIRECT – MR. LESKO                    883

1          What is depicted to the left of that still shot at 8

2    minutes and 35 seconds.

3    A    Well, the thing he had said to me don't bump the DVDs,

4    they're pulled out for a certain reason.  He was very specific

5    about everything in the library and he would say to me please

6    make sure everything is put back where it was supposed to be.

7    He was very precise and specific about things should not be

8    changed.

9    Q    Okay.  Let's continue.

10              (Video file played in open court.)

11              (Video file concludes.)

12   Q    Could you pause, please.

13          At approximately 10 minutes and 5 seconds, what did

14   the defendant just say into the phone?

15   A    Lick me.

16   Q    We could continue.

17              (Video file played in open court.)

18              (Video file concludes.)

19   Q    You could pause, please.

20          The defendant's discussing sheep on the phone.  Do

21   you have any understanding of what he's referring to?

22   A    I think he's referring to a joke about somebody who has

23   sex with his own sheep.  And I think this is just him riffing

24   on it's okay to, in essence, have sex with, you know, the

25   other sheep that are not yours.

Anthony D. Frisolone, FAPR,  RDR, CRR, CRI, CSR
Official Court Reporter

VICENTE - DIRECT - MR. LESKO                    884

1    Q    Okay, continue.

2                (Video file played in open court.)

3                (Video file concludes.)

4    Q    If we could pause it.

5                That goat reference.  What was that in reference to?

6    A    He's talking about sounds like a joke about, you know,

7    you put the hind legs of a goat in your boots put it very

8    close, so it pushes back when you have sex with a goat.  And

9    then the "you fuck one goat" is reference to a joke where I

10   don't remember the joke very well but it's basically somebody

11   who complains that he's done all this amazing stuff in town,

12   they don't call --

13   Q    It's a joke?

14   A    It's a joke.  The punch line is you fuck one goat.

15   Q    Very good.  If we could continue.

16               (Video file played in open court.)

17               (Video file concludes.)

18   Q    I think we can exit out of this video, Ms. Carbi.

19               If we could play Government's Exhibit 175-D.

20               (Video file played in open court.)

21               (Video file concludes.)

22   Q    So if we could stop at timestamp eight seconds.  What's

23   happening on the video now?

24   A    So Marianna is grooming him again just to make sure he

25   looks good for the shot.

*Anthony D. Frisolone, FAPR,  RDR, CRR, CRI, CSR*
*Official Court Reporter*

1   Q     Okay.  We could continue.

2               (Video file played in open court.)

3               (Video file concludes.)

4   Q     We could pause and fast forward to seven minutes.  I'm

5   sorry.

6               (Video file played in open court.)

7               (Video file concludes.)

8   Q     I'm sorry, could we go back to six minutes?  I apologize.

9               (Video file played in open court.)

10              (Video file concludes.)

11  Q     If we could pause this.

12              So what is the defendant doing on the whiteboard

13  now?

14  A     Well, he's just looking at the whiteboard and I was

15  trying to capture the idea that he was looking at all kinds of

16  complex equations and having deep universal thoughts.

17  Q     Okay.  Let's continue.

18              (Video file played in open court.)

19              (Video file concludes.)

20  Q     I apologize, Ms. Carbi, can you stop?  We've watched six

21  minutes, but if we could go back to 4minutes and 30 seconds.

22  We can watch from 4:30 to 6:00 just to capture the front end

23  of this.

24              (Video file played in open court.)

25              (Video file concludes.)

VICENTE - DIRECT - MR. LESKO                886

1    Q    If we could pause.

2              So at 5 minutes and 13 seconds, the defendant just

3    wrote on the whiteboard.  Do you have any understanding of

4    what he just wrote on the whiteboard?

5    A    I have no understanding, no.

6    Q    Okay.  We could continue to six minutes.  We can continue

7    from here to 5:14 and play to 6 minutes.

8              (Video file played in open court.)

9              (Video file concludes.)

10             (Continued on the next page.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    DIRECT EXAMINATION (Continued)

2              (Video plays.)

3              (Video stops.)

4              MR. LESKO:  Okay.  I think we caught up there.

5              If we could fast-forward to seven minutes, 30

6    seconds.

7              (Video plays.)

8              (Video stops.)

9              MR. LESKO:  Could you pause that?

10             Thank you.

11   BY MR. LESKO:

12   Q    What did the defendant just say there about taking his

13   glasses off?

14   A    I think I heard, If I take my glasses off, I get sleepy

15   or horny.

16             MR. LESKO:  Okay.  We can continue.

17             (Video plays.)

18             (Video stops.)

19             MR. LESKO:  If you can pause that?

20   Q    Why is the defendant on the floor at nine minutes and

21   three minute?

22   A    He suggesting that he does a lot of his thinking work

23   lying down.  And then he said that he does his best creative

24   work in his sleep, I think, is what I heard.

25   Q    All right.  Thank you.

VICENTE – DIRECT – MR. LESKO                888

1          MR. LESKO:  We can continue.

2          (Video plays.)

3          (Video stops.)

4          MR. LESKO:  If you could go back, Ms. Carby, to I

5    think 11 minutes 12 seconds --

6          (Video plays.)

7          (Video stops.)

8          MR. LESKO:  I'm sorry.  If we could go back earlier.

9    Let's start at 11 even.  I apologize.

10         (Video plays.)

11         (Video stops.)

12         MR. LESKO:  If you could pause there?

13   Q    Do you see 11:08 on the time stamp, do you see some words

14   in green?

15   A    I read, woman and nation.

16   Q    Okay.  And that's on one of the white boards?

17   A    That is on one of the white boards, yes.

18   Q    Okay.

19         MR. LESKO:  If we could continue there?

20         (Video plays.)

21         MR. LESKO:  If we could pause, please.

22         (Video stops.)

23   Q    So we're at 12:10 time stamp.

24         You refer to somebody as Monkey.  Who were you

25   referring to?

*David R. Roy, RPR, CSR, CCR*
*Official Court Reporter*

VICENTE – DIRECT – MR. LESKO                889

1   A    Marianna's nickname was Monkey.

2   Q    Is that the animal, Monkey kind of --

3   A    I assume so.  It was the name that Pam and Raniere and

4   pretty much everybody used.

5   Q    Okay.

6        And just -- we watched quite a bit of video.  And

7   all of this video is still a photo shoot of sorts for --

8   A    It's a photo shoot.  It's also behind the scenes, you

9   know, for the making of, and potentially could have been for

10  video.  I don't believe the videos were ever used.  We just

11  used the stills.

12  Q    All right.

13       MR. LESKO:  Let's just finish this out.  The last

14  two exhibits are very short after this, so we'll just finish

15  this out.

16       (Video plays.)

17       (Video stops.)

18       MR. LESKO:  Okay.  Let's move on Government's

19  Exhibit 175E.

20       (Video plays.)

21       (Video stops.)

22       MR. LESKO:  Okay.  And last Exhibit 175F in this

23  series.

24       (Video plays.)

25       MR. LESKO:  Okay.  Thank you.

1          (Video stops.)

2          MR. LESKO:  I appreciate that.

3    BY MR. LESKO:

4    Q    Okay.  Mr. Vicente, let's talk about some events that

5    occurred in 2016 and 2017.  Okay?

6    A    Okay.

7    Q    All right.  Do you recall sending a letter to the

8    defendant and others in January of 2016?

9    A    I do, yes.

10   Q    And what did you say in that letter -- well, first off,

11   who did you send it to?

12   A    I sent the letter -- I sent one letter to Nancy Salzman,

13   and I sent another letter to Nancy Salzman and the entire

14   executive board listing some of my concerns with things I was

15   seeing in the company.

16   Q    Okay.  And what did you specifically say in that letter?

17   A    I said I had concerns about the way we were treating

18   people, that we -- we purported to be a humanitarian

19   organization, and that when people came in we did not treat

20   them that way at all.  We treated them quite poorly.  We -- we

21   were -- we were demeaning to people that actually knew what

22   they were doing.  And I was trying to point out the way the

23   company was operating was like a cloistered religion that was

24   cut off from the rest of the world.  And that people that came

25   in that had -- had a lot of knowledge were considered they

VICENTE - DIRECT - MR. LESKO                891

1    don't know because they don't have our ethics, or, you know,

2    they don't know because they're not humanitarian enough.  And

3    I was trying to explain that there was a duplicity in the

4    company in terms of what was stated and the way people were

5    treated.

6              I also said that I was concerned that we're not

7    really promoting people's dreams.  We're not really helping

8    them become greater.  In fact, we're doing quite the opposite,

9    that we're squashing their dreams and we're squashing what

10   they wanted to do.

11             I also said that I had grave concerns about the way

12   that Raniere was -- was treated like he was some kind of god,

13   and that people -- some people couldn't make decisions without

14   him, and he was seen as like almost an oracle -- I don't know

15   if I used that word, but he was like an oracle, and that he

16   was just a person, just a man, and that I was just very

17   concerned about the almost religious nature of people's

18   devotion to him, this belief that he had the answers to

19   everything.

20             And I also talked about that there's a tremendous

21   fear in the organization.  That they're afraid of the upper

22   ranks.  That they're afraid to say the wrong thing, and that

23   they're afraid to step out of line.  And I said, so much so

24   that even I am afraid to write this letter because I might

25   become the problem in the organization, you know, in essence,

VICENTE - DIRECT - MR. LESKO                    892

1   meaning you know, well, maybe, you're going to come after me

2   if I say these things.  And I was trying to in essence get a

3   lot of these -- to get things across to them because I was

4   seeing a lot of the affects of these things in the company,

5   and I was seeing that people were deeply unhappy.  And as I

6   said, it was like cloistered, closed-off, you know, convent of

7   sorts.

8   Q    What response did you receive, if any?

9   A    One person sort of said, Well, yes, we have these

10  problems and we don't know how to fix it.  Another person

11  said, Well, it's out of cause, you know, meaning that I'm not

12  owning my emotions.  And there was a pretty consistent

13  philosophy that, you know, if you had -- if you were emotional

14  about something, then you -- what you were saying had no

15  validity.  Only if you were unemotional, zero emotion, no

16  attachments of any kind would what you were saying be valid,

17  which I was -- I've always found insane.  And so I was told

18  that in essence I was out of cause, and everybody just pretty

19  much ignored it.

20  Q    I would like to direct your attention to V week in August

21  of 2016 later that year.  Do you recall something peculiar

22  that happened during that V week?

23  A    2016?

24  Q    Yes.

25  A    Yes.  There was an event that really deeply concerned me.

VICENTE – DIRECT – MR. LESKO                 893

1  So at that time, the Society of Protectors consisted of

2  Raniere, myself, Jim Del Negro and Anthony Ames.  And we had a

3  number of significant failures, including that weekend that

4  was canceled and, you know, we were evolving the way he hoped

5  we would.  So we thought, well, maybe what we need to do is

6  have more face time with him.  So at V week, we decided, well,

7  let's make sure we meet with him every single day.  And in

8  essence the idea was if we are not able to meet him by

9  midnight, then we were to stand at his cabin outside for an

10  hour and in silence as a kind of penitence.

11          Most of the time we found him on time.  I think one

12  day we couldn't find him, so we went to the cabin and we stood

13  there for awhile and I thought to myself, Well --

14          MR. AGNIFILO:  Your Honor, can we have a quick

15  sidebar?  I think I know what this is about.  I apologize.

16          (Continued on next page.)

17

18

19

20

21

22

23

24

25

SIDEBAR CONFERENCE                              894

1          (The following occurred at sidebar.)

2          MR. AGNIFILO:  I think what he was about to say is

3   that he saw Raniere have some sort of intimate contact with a

4   woman.  If the woman's going to testify that there's something

5   unthwart about that, I suppose that's corroborative by -- I

6   don't think the woman's testifying and I think it will leave

7   the jury to speculate there's something unthwart about this.

8   And I think that is not relevant, and I think it's unduly

9   prejudicial information.  It's part of the Government hearing.

10         MR. LESKO:  Your Honor, I don't believe Mr. Vicente

11  is going to sort of add some gloss on the testimony that

12  appears to be unthwart.  But he is going to testify that

13  Mr. Raniere did not attend the meeting and was observed in a

14  cabin in bed with a woman, and he's going to testify about the

15  effect witnessing Mr. Raniere in bed with a woman had on him

16  at this time frame.

17         It's, again, as I mentioned earlier.  This is the

18  timeline where Mr. Vicente is piecing together evidence

19  regarding what ultimately he concludes was DOS and the

20  existence of DOS, which in large part led him to leave NXIVM.

21  So we're offering this as part of -- and he witnessed this.

22  He observed this.  This is his firsthand observation.

23         MR. AGNIFILO:  My concern is this, if there's

24  nothing inappropriate, if it's two consenting adults in a

25  cabin --

SIDEBAR CONFERENCE                                    895

1          THE COURT:  We can discuss it on cross.

2          (Continued on next page.)

VICENTE - DIRECT - MR. LESKO                896

1          (Sidebar ends; in open court.)

2          MR. LESKO:  Thank you.

3   BY MR. LESKO:

4   Q    Mr. Vicente, you can continue.

5   A    Okay.  So the idea this one night we were -- we couldn't

6   find him, and so we stood outside on the -- on the porch of

7   the cabin.  There was a -- he had two cabins.  And eventually

8   I thought, well, this is very strange.  It's very unusual that

9   he wouldn't show up, nothing that this was something we were

10  doing and knowing this was a penitence we would take on.

11         So I began wandering around, and I had a flashlight

12  and I was shining it in different places, there was a cabin

13  further down the road.  And I shown it in the cabin and I

14  saw -- I saw him and a woman in the bed together.  I believe

15  there were clothed and their legs seemed to be intertwined.

16  And I was very just shocked and disturbed, because given what

17  I -- what I understood the Society of Protectors was and what

18  I understood about showing up when you say you're going to

19  show up, I just thought it was very, very strange.

20         And I began walking back to the other men realizing

21  I'd just seen that and switched the light off.  Walked back to

22  the other men and I didn't say anything, but it really worked

23  at me for a while.  You know, part of me was going, Well, you

24  know, was that thing he was doing more important than this?

25  Is it something that I don't understand?  But it deeply

1    disturbed me.

2              And then I saw-- and then I saw the woman leave.

3    You know, he came back and I saw the woman leave and walk down

4    the road and that stuck with me.

5    Q    Did something happen in the NXIVM community in November

6    of 2016?

7    A    November 2016 was I believe the death of Pam Cafritz.

8    Q    Was the NXIVM community immediately made aware of Pam's

9    death?

10   A    No, they weren't.  And it was -- I remember I had a

11   conversation with a few people.  I wasn't clear why we were

12   keeping her death from the entire community.  It took quite

13   some time before people were informed, and I remember I said

14   to Clare Bronfman, It would be really good to let people know

15   given that people would want to fly in from all over the world

16   to attend, you know, some kind of service or a gathering.  And

17   she said, Well, you know, he'll tell us when he's ready.  I

18   was like, Okay, but -- and she was very stern with me, in

19   other words stop.  And it was just a mystery to me why --

20   why -- why keep this thing a secret when -- when everybody in

21   the upper ranks knows -- it was a whole sequence of things

22   that happened around her -- her death, why keep it a secret?

23   And eventually it was announced, and then people were

24   scrambling to get there.  In fact, people were told you have

25   to call people to come.  And I was like, This was with the

1    exact thing I was trying to avoid, this cluster.

2    Q      Come where?

3    A      To Albany to --

4    Q      For what?

5    A      So -- for -- there was a -- there was a two-day event.

6    And it was held in Saratoga Springs, and I think it was the

7    Hall of Springs and it was sort of a commemoration, a

8    celebration of -- of her life over two evenings.

9    Q      At around this time in January of 2017, did something

10   happen that involved your wife?

11   A      January 2017 is when my wife officially resigned from the

12   organization.

13   Q      Did you have an understanding as to why she left?

14   A      My understanding was she had had a discussion with

15   Raniere, and she basically expressed to him that she realized

16   that the entire organization was built on coercion, fear,

17   obligation, rules --

18               MR. AGNIFILO:  I'm objected, Your Honor.

19               THE COURT:  Sustained.

20               MR. AGNIFILO:  Asked and answered.  Ask that the

21   answer --

22               THE COURT:  And the answer is stricken.

23   BY MR. LESKO:

24   Q      Did you learn that your wife had had an altercation with

25   any of the high ranging leaders of the NXIVM?

1          MR. AGNIFILO:  Your Honor, I object.

2          THE COURT:  You can answer that.

3    A    Sometime before there has been an unpleasant situation

4    with Nancy Salzman and her.  Basically, my wife had expressed

5    her concerns about what was happening in The Source Company,

6    and Nancy Salzman had offered to work with her and EM her, so

7    she did.  And she said to my wife, You know, well come back

8    tomorrow and we'll continue.  And then my wife came back, and

9    for some strange reason, Nancy -- Nancy's demeanor went from

10   helpful to quite, quite upset and angry and she basically

11   blamed my wife for trying to take control of the company,

12   being power hungry, and a bunch of things that my wife was

13   not.  And my wife was -- was deeply troubled and didn't say

14   anything for a number of days.  And she was in essence

15   struggling enormously until I finally said to her did Nancy

16   punish you because I had a teal feels that's, What happened?

17   And I said to here, Did Nancy punish you, and she finally said

18   yes.  But she was concerned because she felt like you couldn't

19   say, I'd been punish, because that -- you know, that means

20   you're not giving tribute to the leader, and now you'll get

21   blamed because, you know, if you say, You're being punished,

22   then you know maybe you'll -- you're the punisher.  There's a

23   whole series of mental traps.

24   Q    When Bonnie left NXIVM -- resigned from NXIVM, did you

25   leave with her?

1    A    I did not.

2    Q    Why not?

3    A    I was still loyal to Raniere.  I -- I had this thing of

4    like, Well, I'm committed to something.  You know, stick it

5    out.  And I was speaking to Raniere about a lot of the issues

6    that I was seeing in the company, but I believed at that point

7    that he was the shining light and the problems were all

8    because of other people.  Because he would tell me as much.

9    He would tell me, The problem is this.  The problem is the

10   woman.  The women are this, the women are that.  They're

11   socialists.  That's the problem.  So in essence in my mind, I

12   held him as blameless for anything that was going on, and my

13   sense of loyalty was still very, very strong.

14   Q    At this point in time, where were you living?

15   A    We were living in -- well, actually, between LA and --

16   and Halfmoon, New York.  We had --

17   Q    So you were in Halfmoon?

18   A    Halfmoon, I believe at that point, yes.

19   Q    No longer in Clifton Park?

20   A    We had at that time, yes, moved to Halfmoon, which is

21   right next door.

22   Q    And you also had a residence in Los Angeles?

23   A    We -- we had an apartment in Los Angeles, yes.

24   Q    Was anyone else living in your residence at Halfmoon?

25   A    My mother was living with us.

1  Q    Approximately January of 2017 did you have a discussion

2  with Sarah about Albany?

3  A    I did.  She and –– and her husband were in town for the

4  coach summit.  I think it was called Winter Fest.  And they'd

5  expressed to me that they wanted to buy a house in

6  Clifton Park, and so I asked them if I could meet with them

7  and talk with them.  And so at that point, there was a ––

8  the –– the production office for Living Pixel was in

9  Rome Plaza which was next door to Apropos.

10        So they came over for lunch and we had a

11  conversation.  And in that conversation I said to them, I –– I

12  really wanted to dissuade you from –– from moving here.  I

13  don't think people that move here do well.  I think that they

14  end up giving up on their dreams.  They've not successful.

15  And I have severe concerns about something that's going on

16  with all the women and with Raniere.  And I don't know what's

17  going on, but I have severe concerns.  So that was the nature

18  of my conversation with them.

19  Q    Did Sarah and her husband move to Albany?

20  A    They did not.  They had –– they had an apartment, but

21  they were thinking of moving permanently, but they did not.

22  Q    That Winter Fest coach summit in January of 2017, did you

23  participate in that summit?

24  A    I did.  I wasn't there all the time.  But I was there for

25  some of it.

1  Q    Okay.  In the next month, in February of 2017, did you

2  participate in an ESP intensive?

3  A    Yes.  There was –– we ran intensive in Orange County,

4  California.  It was a five-day intensive, and I was traveling

5  down there to –– to help with the intensive, which was, I

6  believe, trained by Jim Del Negro, that one.

7  Q    In February of 2017, did anyone from NXIVM express

8  concern to you about you possibly leaving NXIVM?

9  A    Yes.  Alex Betancourt and Lauren Salzman said to me that

10 they thought it might be good if we met in person, and they

11 were suggesting flying to Los Angeles.  I dissuaded them from

12 that because I had –– I had a sense of how that would go.

13 I –– I was having deep concerns, but I couldn't figure out

14 exactly what was going on yet.  So I said to them, it's not a

15 good time.

16       And I –– I –– I knew –– I'd been through a lot of

17 these thing –– these discussions before where, you know, in

18 essence you get surrounded intellectually and, you know, EM'd

19 into oblivion.  And I wasn't interested in doing that.  I was

20 just rather try and figure out what was going on.

21 Q    Did you return to Albany after the Orange County

22 February 2017 intensive?

23 A    Yes.  I returned in March 2017 for a number of things.

24 I –– I returned to shoot some material of Raniere and somebody

25 else for a website.  I also was packing up the townhouse that

1    we had there.  And I was also attending the Jness X intensive,

2    I believe, it was.

3    Q    Upon returning to Albany, did you meet with the senior

4    proctors of the Greens?

5    A    I did.

6    Q    Who did you meet with?

7    A    So my recollection was -- I mean, Nancy Salzman was

8    there.  Lauren Salzman was there.  Omar Boone, Loretta Garza,

9    Sarah, I think Emiliano was there.  Alex Betancourt was

10   definitely there.  I believe Esther Carlson was there.

11   Basically all the Greens and the executive members.  So I

12   believe, Karen was there.  Clare Bronfman was there.

13   Q    Had you told the defendant beforehand that you were going

14   to meet with the Greens?

15   A    I had.  I had a discussion with him where I -- I had a --

16   I shared a realization I had, and the realization I'd had was

17   that it wasn't -- it -- it didn't seem to be by accident that

18   people were doing poorly in the company.  It seemed almost by

19   design.  And I said to him, I'd begun to recognize that this

20   entire system is actually built not to actually grow people,

21   not to actually give them what they want, but to do the exact

22   opposite.  And that the upper ends, especially, because of

23   their fear and rule boundedness just crushed any growth that

24   was occurring.  And I said it's a terribly oppressive

25   environment, and I began to realize like it seems to be by

VICENTE - DIRECT - MR. LESKO                904

1    design.  It seems like everybody's in on this thing, and it's

2    a huge problem.  So that was the conversation I had with

3    Raniere.

4              And then I said, I'm going to go have that

5    conversation with the Greens, and I did --

6    Q    Let me stop you there before we get to the conversation

7    with the Greens.  Did you and Mr. -- the defendant, discuss

8    the ranking system in that conversation?

9    A    Yes.  I did say to him that I felt the ranking system was

10   broken.  That it made no sense to me anymore.  It didn't seem

11   to be based on earning, and that the ranking system to me, if

12   it was what he said it was, that surely as you went up the

13   ranking system one would develop more wisdom and more

14   maturity.  And all I was seeing was the higher up you went,

15   the more obedient and rule-bound people were, so something

16   wasn't making sense to me.  And I said to him that I thought

17   it was broken.

18   Q    Did you indicate to him that you nonetheless respected

19   the ranking?

20   A    I did.  I also expressed to him that one of the concerns

21   I had was that I had a lot of things that I wanted to share.

22   But because he was, I think I said, the boss of everything, I

23   felt constrained by the ranking system.

24   Q    What was his reaction, if any?

25   A    I believe he said he respected that I respected it.

1   Q    Did you subsequently meet with the Greens?

2   A    I did.  And I shared to the best of my ability what I was

3   understanding about the entire organization.  Some people

4   seemed very upset.  One person in particular got very angry at

5   me.

6   Q    Who was that?

7   A    Omar Boone got very angry at me.  Alex Betancourt seemed

8   to think that he might understand.  But I -- I -- my general

9   sense is people really didn't understand what I meant.

10  Q    Did the defendant eventually join that meeting that you

11  were having with the Greens?

12  A    He did.  And he did, and that was the thing that was

13  strange to me is that when he came in, he -- he moved into the

14  usual line of, you know, we need to work harder, we need to

15  enroll more, you know, all the stuff that had been happening

16  for years.  And I was very confused because we had the

17  conversation about what I was going to talk about.  And so

18  when -- when he was done, I just kept quiet and listened.  But

19  when he was done, I said to him, You know, this was the

20  meeting that I wanted to talk to everybody about what we

21  discussed.  And he said something to the effect, Oh, I didn't

22  realize.  And I was like, Really?  Because you have a very

23  good memory.  It seems strange.  So I just felt that I

24  wasn't -- I wasn't getting anywhere with communicating this,

25  so I just thought, Okay.  Well, I guess there's nothing I can

1   do.

2   Q     In that same month March 2017, did you participate in the

3   Jness X intensive?

4   A     I did.  I did, yes.

5   Q     And did become concerned during that intensive?

6   A     Extremely concerned.

7   Q     Why?

8   A     There was -- the -- the general -- my general

9   understanding of that intensive -- and each intensive was

10  different.  But my general understanding of that intensive was

11  in essence if somebody complains about abuse, they are, in

12  fact, the abuser.  So if somebody says, You know, there's

13  abuse going on and so and so person doing it, the whole idea

14  is, Well, actually you're the abuser.  By saying that you're

15  the abuser, which made no sense.  And I began to piece

16  together that this intensive was designed for me.  It was

17  designed for -- for me to turn against my wife.  And I -- I

18  believed it was designed for me because I knew intensives were

19  designed for people.  Intensives were designed for Edgar Boone

20  for instance.

21        So I -- I -- I -- I called Raniere at one point and

22  I said, Is this one -- you know, Is this one designed more me?

23  And he said, Oh, no.  This is -- this is very old material.  I

24  said, Oh, okay.

25        And then I think the next day or maybe a few days

1    after, I went to Nancy Salzman and I said you know, Is this

2    designed for me -- no, no, I didn't say that.  I said to

3    her --

4    Q    Well, let's stop for a moment.  Because let's talk about

5    during the intensive.

6    A    Yes, this was during intensives.

7    Q    So did something happen at one of the mentor groups

8    during the intensive?

9    A    At the very end, yes.

10   Q    What happened?

11   A    So the very end in the mentor group, the whole idea was

12   to get the person to finally understand that if you complain

13   about anything, you're the abuser.  If you talk about abuse,

14   you're the abuser.  And at the very end of this -- this

15   sourcing, Lauren Salzman said to me, You know, and this is the

16   issue with bonding.  And I realized, Oh, this is a setup.  I

17   get it now.  And the other people in the mentor group were

18   nodding their head.  And so I did the unthinkable that you are

19   not allowed to do, which is I said, Okay.  We're done.  We're

20   not talking anyone.

21             And I said to Lauren Salzman, If you would like to

22   have a conversation, we can go over there, but this is over.

23   Q    Did you have a conversation with Lauren Salzman?

24   A    I did.  I said to her -- you know, she was concerned that

25   I was upset.  And I said to her, Look, why don't you start

1   telling me about this other secret striped path that's going

2   on?  You know, all the -- these skinny women and all these

3   things that are happening, why don' we start talking about

4   that?  And she -- she looked very pale.  And she said, I don't

5   know what you're talking about.  I said, You absolutely do

6   know what I'm talking about.  You know, this stuff doesn't

7   happen without you knowing.

8          And I said, You know, and I'm concerned about you.

9   I see all these people that are -- that are extremely

10  unhealthy.  They're extremely skinny.  And you yourself are --

11  I'm deeply concerned about your health.  And she said, Oh, no,

12  no.  I'm better than I've ever been.  And I said, No, you're

13  not.  You hide in the proctor room.  You have vertigo.  You

14  have all kinds of health issues.  You don't -- you don't look

15  well at all, and I'm -- and I'm deeply concerned.  But, you

16  know, she seemed to me to be quite afraid and -- and I didn't

17  get anywhere.  But I made the decision that, All right.  I'm

18  not engaging in this you know, the -- the person who calls out

19  the abuse is the abuser anymore.  And I'm certainly not

20  engaging with this idea that somehow, you know, it's okay to

21  suggest that my wife is the big problem in the organization.

22  All right we're done.

23  Q   So you mentioned you had a conversation with the

24  defendant where he said that the Jness X curriculum was old

25  material; is that right?

 1    A     He said it was old material, but that when I spoke to

 2    Nancy Salzman, she said it's brand-new.  He was just

 3    downloading it.  And then I realized, Oh, there's a lie here.

 4    Q     In March 2017 did you have a discussion with Lauren

 5    Salzman and Alex Betancourt?

 6    A     In March, I did.  We had a -- we had a phone call.

 7    Q     What was discussed?

 8    A     Well, they wanted to understand what my concerns were,

 9    and I said, Well, they're -- they're very much the same

10    concerns that I expressed to you already.  People are not

11    treated well.  Every time somebody complains about somebody,

12    you turn it around on them.  You know, this company can do no

13    wrong, which makes no sense.  And it's just -- you know, and

14    this company keeps on saying, you know, We're the most

15    humanitarian company in the world.  And I would say, Honestly,

16    this the BS.  This is not the most humanitarian company in the

17    world.  This suppresses people, but it's not humanitarian.

18    It's sort of like what you're saying is not what the company

19    is doing.

20          And then they kept on pressing me and wanted to talk

21    about my wife.  And I said, You know, what?  No.  No more

22    discussion.  And I -- yes, I have deep concerns, but I'm not

23    discussing them anymore.  And I -- I begin to -- to realize

24    that it felt to me like a fishing expedition basically, to

25    figure out what my concerns are to try and turn them around,

1    and I thought to myself, No.  I have legitimate concerns.  And

2    I didn't want to enter into a discussion where they would make

3    it seem, like, You know, really, you're the one that has all

4    these problems, and you're the one that's ethical.  I was

5    like, I'm tired of those conversations.  So I decided, I said

6    I'm not having this discussion anymore.

7    Q    Did the defendant ever discuss a person named Rick Ross?

8    A    He did.

9    Q    What did he say?

10   A    He said that Rick Ross was an enemy.  That Rick Ross that

11   had done a great many bad things.  And I think that in the --

12   in the sort of documentary thing we were trying to do, he was

13   one of the people, I think, that was in the stories.  You

14   know, he would tell me things like Rick Ross suddenly, you

15   know, gets huge amounts of money.  He has this apartment in

16   New York that he can't afford.  You know, he's being paid.

17   He's being paid.  He's basically being paid to say negative

18   things.

19   Q    Did he say anything about Waco?

20   A    He told me that Rick Ross was the reason Waco went south.

21   He said that Rick Ross's work with the ATF was what blew the

22   whole thing up.  In essence, he blamed Rick Ross for what

23   happened in Waco.

24   Q    Did you know who Rick Ross was?

25   A    I only knew he was my understanding, like a cult

PROCEEDINGS                                                     911

1   specialist and that he worked on deprogramming people.  I

2   hadn't done a lot of research, you know, just what I was told

3   basically.

4              MR. LESKO:  Your Honor, I think this would be a good

5   time to break.

6              THE COURT:  All right.  We're going to break at this

7   time for the evening.

8              Members of the Jury, let me again remind you that

9   it's very important that you follow my instruction.  Do not

10  discuss the case with anyone, not your family or your friends

11  or with business associates and not with each other.   In

12  addition, you must not read, listen to, watch, or access any

13  accounts of this case on any form of media such as newspapers,

14  TV, radio, podcasts, or the Internet.  Nor should you research

15  or seek outside information about any aspect of the case.

16  Please do not communicate with anyone about the case on your

17  phone, whether it's through email, text mentioning, or any

18  other means, through any blog, or website, or by way of any

19  social media:  Including Facebook, Twitter, Instagram, YouTube

20  or any other sites.

21             You must not consider anything you may have heard

22  about this case outside of this courtroom, whether you read it

23  before or during the jury selection process or during the

24  trial.  Do not attempt any independent research or

25  investigation about the case.  And do not visit any of the

*David R. Roy, RPR, CSR, CCR*
*Official Court Reporter*

PROCEEDINGS                                                    912

1    locations identified in the questionnaire or discussed during

2    the course of the jury selection process or during the trial.

3            We're going to resume tomorrow morning at 9:30.

4    Thank you for your attention.  Get a good night's sleep.

5            All rise for the jury.

6            (Jury exits the courtroom.)

7            (The following matters occurred outside the presence

8    of the jury.)

9            THE COURT:  All right.  The witness may stand down.

10   Please do not discuss your testimony with anyone.  We'll see

11   you tomorrow morning at 9:30.

12           THE WITNESS:  Yes, Your Honor.

13           (The witness exits the witness stand.)

14           THE COURT:  Please be seated, everyone.

15           Mr. Lesko, how much longer.

16           MR. LESKO:  Not much, Your Honor.  I would say half

17   hour at most maybe 45 minutes.  Not much.

18           THE COURT:  All right.  So then we'll have

19   cross-examination tomorrow.

20           MR. AGNIFILO:  Three hours, four hours.

21           THE COURT:  All right.  Then we'll move on to the --

22           MS. PENZA:  Task Force Officer Fontanelli.

23           THE COURT:  Yes, Task Force Officer Fontanelli.

24           Then we'll have the next witness after that, but

25   that should start tomorrow afternoon, I take it?

PROCEEDINGS                                    913

1          MS. PENZA:  Depends on how long -- given what

2    Mr. Agnifilo takes on cross.

3          THE COURT:  Right.  Yeah, good.

4          MR. LESKO:  Your Honor, if I could?

5          THE COURT:  All right.

6          MR. LESKO:  Defense counsel's been kind enough to

7    give us some of the impeachment material related to

8    Mr. Vicente.  It may streamline things if we could get that

9    material tonight as opposed to tomorrow.  I have maybe 20

10   minutes of direct.  Then we'll need some time to read through

11   the material.  It would be fantastic if we can do that tonight

12   just to streamline the process.

13         MR. AGNIFILO:  Let me take a look.  I mean, this --

14   this new rule of -- we're doing this to accommodate things.

15   We feel we have no obligation to give over impeachment

16   material, but we are trying to work collaboratively.  So I

17   will do what I can to make everyone's life easier.

18         THE COURT:  Outstanding.

19         Anything else for tonight?

20         MS. PENZA:  Not for the Government, Your Honor.

21         THE COURT:  Anything else?

22         MR. AGNIFILO:  Nothing from us.

23         THE COURT:  All right.  So then at 7:00 p.m.

24   tonight?

25         MR. AGNIFILO:  At 7, 0, 0, Judge, you will have it.

PROCEEDINGS                                    914

1             THE COURT:  All right.  Thank you very much

2     everyone.  Have a good evening.

3             MS. PENZA:  Thank you, Your Honor.

4                     *    *    *    *    *

5             (Proceedings adjourned at 4:05 p.m. to resume on

6     May 14, 2019 at 9:30 a.m.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

915

1                          I N D E X

2     WITNESS                              PAGE

3
      MARK VICENTE
4
      DIRECT EXAMINATION    BY MR. LESKO         738
5

6                          E X H I B I T S

7     GOVERNMENT                   PAGE
      3500-MV-58                   740
8     A, B, C, D, E, and F         871

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

**COURTROOM DEPUTY: [1]**   802/5
**MR. AGNIFILO: [87]**   731/13
731/15 731/18 731/21 731/25
732/3 732/11 732/13 732/20
732/23 733/8 733/12 733/15
734/2 735/4 736/8 736/12
736/16 737/8 742/25 745/8
752/11 754/16 768/8 775/2
786/17 786/23 786/25 797/18
797/21 804/8 804/15 817/23
828/4 830/21 844/16 844/18
845/3 845/5 845/7 845/12
845/17 845/20 845/23 846/1
846/3 846/5 846/7 846/9
847/15 848/24 849/5 850/14
851/9 851/12 851/15 851/23
852/2 852/5 852/7 853/13
853/16 854/13 855/1 856/23
858/4 858/19 859/21 860/2
860/8 860/17 861/17 861/19
862/14 862/16 862/20 871/15
893/14 894/2 894/23 898/18
898/20 899/1 912/20 913/13
913/22 913/25
**MR. LESKO: [75]**   733/23
738/18 738/25 739/22 740/1
745/10 747/9 754/21 754/24
757/22 801/15 802/14 802/18
803/4 803/24 805/8 828/6
832/24 845/4 845/6 845/10
845/13 847/17 848/3 848/6
848/20 848/23 849/7 850/3
850/9 850/18 853/24 854/4
857/23 858/6 858/23 859/1
859/7 859/10 863/2 871/13
871/20 872/1 872/8 872/11
873/1 873/3 873/11 873/13
874/11 875/14 878/9 880/9
881/16 887/4 887/9 887/16
887/19 888/1 888/4 888/8
888/12 888/19 888/21 889/13
889/18 889/22 889/25 890/2
894/10 896/2 911/4 912/16
913/4 913/6
**MS. GERAGOS: [1]**   739/24
**MS. HAJJAR: [8]**   734/9
734/17 734/21 735/9 735/13
735/16 735/20 736/1
**MS. PENZA: [37]**   731/14
732/7 732/9 732/14 732/17
733/3 733/9 733/19 734/23
735/2 735/7 737/3 804/2
804/14 845/18 852/10 852/14
853/1 853/4 853/17 853/21
854/22 855/16 856/7 856/13
857/12 858/20 859/11 859/23
861/2 861/5 861/11 861/15
912/22 913/1 913/20 914/3
**THE COURT: [170]**
**THE JURY: [1]**   737/22
**THE WITNESS: [14]**   738/16
744/22 787/5 802/11 802/13
802/16 803/14 803/16 803/19
804/1 804/11 872/21 872/24
912/12

**$**

**$1,500 [1]**   807/2
**$3,000 [1]**   785/14
**$300 [1]**   795/13
**$50 [2]**   795/6 796/19

**'**

**'8 [1]**   753/10
**'9 [1]**   753/10

**—**

------------------------------
**—x [2]**   729/2 729/7
**—against [1]**   729/5

**1**

**10 [1]**   883/13
**10 percent [1]**   757/17
**100 percent [1]**   781/9
**10017 [1]**   729/17
**102 [1]**   799/22
**103 [1]**   799/22
**11 [3]**   840/20 888/5 888/9
**11 minutes [1]**   878/15
**11201 [1]**   729/13
**11:08 [1]**   888/13
**11:35 [1]**   801/19
**11:37 [1]**   801/24
**11:48a.m [1]**   802/4
**11:49 [1]**   802/6
**12 [4]**   834/18 834/18 837/8
888/5
**12 minutes [1]**   879/4
**120 [1]**   836/11
**12207 [1]**   729/20
**12:00 [1]**   792/18
**12:10 [1]**   888/23
**13 [3]**   729/5 760/25 837/8
**13 seconds [1]**   886/2
**14 [1]**   914/6
**147 [1]**   819/9
**15 [1]**   827/15
**17 seconds [1]**   882/8
**175 [5]**   870/20 870/24 870/25
871/3 871/13
**175-A [1]**   879/8
**175-B [4]**   879/9 879/13
880/15 881/1
**175-C [1]**   881/2
**175-D [1]**   884/19
**175A [3]**   870/25 871/16 872/9
**175E [1]**   889/19
**175F [1]**   889/22
**18-CR-204 [1]**   729/2
**1:30 a.m [1]**   796/3

**2**

**2 p.m [2]**   737/25 738/4
**20 [3]**   757/23 831/15 913/9
**20 seconds [1]**   879/17
**2000 [1]**   753/10
**2005 [1]**   755/11
**2006 [1]**   755/11
**2008 [4]**   741/5 741/7 756/18
785/24
**2009 [4]**   756/18 756/23 758/9
776/9

**2010 [1]**   785/21
**2011 [2]**   790/24 840/4
**2012 [7]**   753/11 840/5 869/2
874/5 874/6 874/8 874/9
**2013 [1]**   836/6
**2014 [2]**   788/4 834/15
**2015 [2]**   768/3 823/3
**2016 [11]**   768/3 788/9 788/12
848/9 866/11 890/5 890/8
892/21 892/23 897/6 897/7
**2017 [14]**   829/23 848/9 866/2
890/5 898/9 898/11 901/1
901/22 902/1 902/7 902/22
902/23 906/2 909/4
**2019 [2]**   729/5 914/6
**204 [1]**   729/2
**21 [1]**   824/22
**23 [1]**   873/18
**2330 [1]**   729/23
**24 hours [1]**   793/9
**26 [1]**   827/10
**26th [1]**   729/16
**271 [1]**   729/12
**28 seconds [1]**   882/13
**2:00 [1]**   851/2
**2s [1]**   840/21

**3**

**3 minutes [1]**   880/14
**30 [2]**   780/5 887/5
**30 percent [1]**   766/22
**30 seconds [2]**   881/12 885/21
**30,000 [1]**   785/18
**300 [1]**   826/24
**35 seconds [1]**   883/2
**3500-MV-58 [2]**   739/25 740/2
**39 [2]**   824/17 833/3
**3:00 a.m [1]**   796/4
**3:00 p.m [2]**   792/18 792/22

**4**

**4 p.m [2]**   738/1 738/2
**43 seconds [1]**   880/14
**45 [2]**   827/2 912/17
**455 [2]**   794/22 799/17
**47 [1]**   819/20
**4:05 [1]**   914/5
**4:30 [1]**   885/22
**4minutes [1]**   885/21

**5**

**5 seconds [1]**   883/13
**50 [1]**   820/13
**50 seconds [2]**   878/15 879/4
**500 calories [1]**   826/24
**51 seconds [1]**   881/20
**55 seconds [1]**   881/8
**56 [1]**   839/24
**58 [4]**   739/5 739/23 739/25
740/2
**5:01 [1]**   875/10
**5:14 [1]**   886/7
**5:22 [1]**   875/18

**6**

**677 [1]**   729/19
**6:00 [1]**   885/22
**6:10 [1]**   876/5

**6**

**6:15 [1]**   876/4

**7**

**7 Generals Way [1]**   836/17
**7 p.m [2]**   862/19 862/20
**7 seconds [1]**   877/2
**707 [1]**   729/19
**718-613-2330 [1]**   729/23
**767 [1]**   729/16
**77 [1]**   836/9
**7:00 [3]**   851/25 852/8 913/23

**9**

**9 seconds [1]**   878/1
**90s [1]**   799/20
**9:30 [4]**   729/5 912/3 912/11
914/6

**A**

**a.m [7]**   729/5 796/3 796/4
801/19 801/24 802/6 914/6
**aberrant [1]**   779/19
**ability [5]**   743/7 758/6
762/4 790/22 905/2
**able [5]**   757/4 766/19 772/15
837/18 893/8
**absence [1]**   857/5
**absolutely [4]**   755/9 784/6
858/22 908/5
**abuse [4]**   906/11 906/13
907/13 908/19
**abuser [6]**   906/12 906/14
906/15 907/13 907/14 908/19
**access [13]**   752/20 759/7
759/10 759/11 759/15 760/8
760/12 761/5 766/17 771/23
788/21 788/22 911/12
**accident [1]**   903/17
**accommodate [1]**   913/14
**accompanying [1]**   824/11
**accomplish [1]**   858/4
**according [2]**   873/20 882/15
**accordingly [1]**   862/4
**account [1]**   768/24
**accountable [1]**   787/7
**accounting [4]**   759/18 759/21
760/15 796/24
**accounts [1]**   911/13
**accurate [3]**   878/16 880/18
882/15
**accused [15]**   775/7 775/16
776/4 777/4 777/5 777/8
777/13 777/16 778/6 778/14
787/10 787/12 787/14 787/16
813/9
**achieve [1]**   754/9
**acknowledge [1]**   783/13
**acquire [2]**   784/7 829/6
**acquiring [1]**   867/25
**acting [1]**   833/19
**action [4]**   743/2 744/16
838/15 861/8
**actions [5]**   742/18 742/19
744/11 745/1 746/6
**activities [8]**   738/10 749/1
749/23 750/2 792/2 794/17

805/14 809/24
**actors [4]**   835/3 835/4
835/10 835/23
**actress [3]**   829/18 839/22
845/14
**actual [4]**   752/23 834/24
840/8 866/6
**adaptation [1]**   835/9
**add [4]**   805/6 805/7 861/9
894/11
**adding [1]**   805/5
**addition [2]**   826/2 911/12
**additional [2]**   804/5 809/2
**address [5]**   778/15 812/16
813/14 852/11 859/2
**addressing [1]**   814/21
**adjourned [1]**   914/5
**adjustments [1]**   738/10
**admin [1]**   760/15
**admire [1]**   842/11
**admissible [3]**   857/18 859/16
859/24
**admit [1]**   839/8
**admitted [12]**   747/9 757/22
761/1 819/9 820/13 824/16
827/2 827/10 827/15 836/11
839/24 860/10
**admitting [1]**   860/18
**Adrian [1]**   869/22
**adults [1]**   894/24
**advanced [1]**   761/25
**advantage [1]**   813/6
**advantages [1]**   755/7
**advice [2]**   763/17 819/18
**advise [1]**   763/16
**advised [1]**   805/3
**advising [1]**   822/9
**aerial [1]**   868/6
**affect [3]**   848/9 848/16
848/17
**affected [2]**   762/16 762/17
**affecting [1]**   838/20
**affects [1]**   892/4
**affirmed [1]**   737/15
**afford [1]**   910/16
**afraid [7]**   786/16 786/19
891/21 891/22 891/23 891/24
908/16
**afternoon [4]**   737/25 863/5
863/6 912/25
**AGENT [2]**   729/22 737/5
**aggressive [2]**   766/6 812/10
**AGNIFILO [5]**   729/17 737/9
858/21 862/19 913/2
**ago [2]**   851/9 878/5
**agree [3]**   808/4 845/13
859/19
**agreed [2]**   801/6 804/6
**agreeing [1]**   778/16
**agreement [6]**   738/22 739/13
740/5 740/6 740/11 762/11
**ahead [8]**   738/17 739/2
754/19 848/5 871/25 872/4
872/25 877/22
**aided [1]**   729/25
**air [1]**   793/10
**airplane [2]**   769/24 770/1
**airport [5]**   770/2 770/4

770/13 833/8 843/13
**airstrip [1]**   867/23
**akin [1]**   751/3
**Albany [29]**   729/20 748/9
748/18 748/21 768/6 768/12
768/19 768/20 768/21 769/16
770/4 770/6 770/10 776/10
833/15 840/14 840/18 840/20
840/23 841/12 841/13 841/22
844/6 864/8 898/3 901/2
901/19 902/21 903/3
**album [1]**   873/19
**Alejandro [3]**   765/21 852/18
857/14
**Alex [11]**   747/6 747/13
765/21 768/17 866/24 867/1
868/25 902/9 903/9 905/7
909/5
**alive [1]**   787/25
**all-high [1]**   771/15
**allege [2]**   858/13 861/25
**alleged [3]**   741/24 854/20
856/6
**Allison [38]**   824/7 824/18
825/11 825/12 826/2 826/10
826/13 828/3 828/9 832/18
832/20 833/10 833/22 834/11
834/17 836/2 836/8 836/15
836/17 836/25 837/4 837/21
837/22 838/23 839/8 839/13
840/12 840/14 840/15 842/7
842/10 842/12 842/14 842/15
842/16 842/16 842/22 842/23
**Allison's [1]**   837/17
**allow [1]**   779/15
**allowed [6]**   757/2 758/7
778/9 783/3 848/12 907/19
**allowing [3]**   855/4 860/24
863/17
**almost [10]**   761/23 767/5
818/8 821/18 821/19 823/17
832/4 891/14 891/17 903/18
**alone [4]**   782/20 830/6
836/21 870/1
**altercation [1]**   898/24
**altered [1]**   745/24
**altogether [2]**   834/19 871/7
**Amanda [2]**   864/12 864/13
**amazing [4]**   766/10 766/11
841/5 884/11
**AMERICA [1]**   729/3
**Ames [2]**   799/4 893/2
**amount [9]**   767/3 785/9
785/13 785/18 785/18 806/16
806/19 808/19 821/14
**amounts [2]**   806/25 910/15
**analysis [1]**   833/21
**Angeles [7]**   840/3 840/19
841/1 844/6 900/22 900/23
902/11
**anger [1]**   801/3
**angle [1]**   812/3
**angry [6]**   779/12 779/13
801/8 899/10 905/4 905/7
**animal [1]**   889/2
**announced [1]**   897/23
**answer [16]**   752/12 759/22
763/3 764/4 787/4 805/4

**A**

**answer... [10]**   830/24 851/24
851/25 852/3 863/14 863/15
864/2 898/21 898/22 899/2
**answered [2]**   763/5 898/20
**answers [5]**   759/5 798/23
825/24 862/8 891/18
**Anthony [2]**   799/3 893/2
**antidote [1]**   778/21
**anyway [1]**   800/9
**apart [2]**   776/24 857/20
**apartment [3]**   900/23 901/20
910/15
**apologize [6]**   790/8 790/13
885/8 885/20 888/9 893/15
**appearance [1]**   825/6
**appearances [3]**   729/10 737/2
823/1
**applies [1]**   835/9
**appointed [1]**   792/17
**appreciate [2]**   849/16 890/2
**approach [5]**   797/18 844/16
844/17 847/17 850/2
**appropriate [3]**   775/12 858/5
862/8
**approval [7]**   753/1 753/3
753/7 763/12 764/7 764/10
764/17
**April [1]**   866/2
**April 2017 [1]**   866/2
**Apropos [3]**   822/2 822/14
901/9
**arbitration [6]**   837/22 838/3
838/7 838/8 838/9 838/22
**arbitrators [1]**   813/2
**area [6]**   819/17 849/20
870/16 877/14 878/4 879/25
**areas [2]**   749/24 757/6
**argue [1]**   781/15
**argued [1]**   781/12
**Aristotle [1]**   833/21
**arms [1]**   835/22
**army [1]**   810/25
**arrangement [1]**   807/6
**article [1]**   786/12
**articles [1]**   753/11
**ASAP [2]**   789/6 789/16
**ashamed [1]**   818/21
**aspect [2]**   811/4 911/15
**ass [1]**   811/13
**assign [1]**   843/16
**Assistant [1]**   729/15
**associated [1]**   795/8
**associates [2]**   729/16 911/11
**assume [1]**   889/3
**assumed [2]**   774/24 798/1
**assuming [2]**   798/8 798/9
**assumption [2]**   763/6 769/13
**ATF [1]**   910/21
**athlete [1]**   820/2
**attached [1]**   789/15
**attachments [1]**   892/16
**attempt [4]**   742/15 777/11
784/22 911/24
**attempts [1]**   784/9
**attend [6]**   748/6 748/10
748/21 873/22 894/13 897/16

**attended [1]**   864/8
**attending [1]**   903/1
**attention [4]**   741/5 869/2
892/20 912/4
**attributes [1]**   821/2
**audience [1]**   836/1
**August [2]**   788/9 892/20
**Australia [1]**   769/19
**author [1]**   786/11
**authority [12]**   747/25 749/10
749/13 749/15 749/16 750/3
750/7 750/8 754/13 756/25
834/6 834/8
**authorship [1]**   806/1
**automatically [1]**   812/24
**available [1]**   843/16
**Avenue [1]**   729/16
**avoid [1]**   898/1
**aware [10]**   780/14 785/23
829/3 830/15 831/1 840/23
867/8 867/9 875/22 897/8
**awe [2]**   750/21 750/24
**awhile [1]**   893/13

**B**

**baby [6]**   811/19 822/1 822/5
822/10 830/12 830/13
**backed [1]**   825/23
**bad [10]**   745/1 745/1 745/4
774/17 783/16 800/9 825/5
839/4 839/5 910/11
**badly [1]**   744/13
**baffled [1]**   798/24
**Baker [2]**   791/10 799/2
**bank [3]**   768/24 797/12 798/5
**Barbara [11]**   741/8 742/20
743/6 743/24 744/12 747/1
756/14 783/21 783/22 787/11
829/7
**based [3]**   759/5 798/8 904/11
**baseline [1]**   815/9
**basic [1]**   850/2
**bat [1]**   753/9
**bathroom [2]**   870/15 870/16
**beaten [1]**   818/9
**became [12]**   755/10 758/7
775/17 781/9 796/18 818/7
823/3 829/3 831/1 833/12
833/12 842/9
**becomes [1]**   872/24
**becoming [1]**   823/15
**bed [10]**   870/10 870/11
870/16 879/22 879/25 880/2
880/3 894/14 894/15 896/14
**Beers [1]**   765/10
**beforehand [1]**   903/13
**began [16]**   772/5 772/8
776/23 789/23 790/24 799/23
823/14 830/6 835/2 839/7
840/21 865/1 896/11 896/20
903/25 906/15
**beginning [6]**   796/1 823/17
828/15 833/11 837/1 841/19
**begun [2]**   829/19 903/19
**behalf [1]**   764/20
**behave [1]**   779/20
**behaving [2]**   812/12 815/2
**behavior [8]**   741/21 741/24

779/18 780/3 780/19 782/7
787/9 837/18
**belaboring [1]**   858/24
**belief [1]**   891/18
**below [2]**   748/4 748/4
**Ben [4]**   773/6 773/7 773/12
773/17
**benefit [2]**   756/23 757/7
**benefits [1]**   766/17
**best [7]**   743/20 773/23 797/8
835/6 869/11 887/23 905/2
**Betancourt [13]**   747/6 747/13
747/14 765/21 768/17 852/18
857/15 866/25 868/25 902/9
902/9 905/7 909/5
**beyond [1]**   767/22
**big [8]**   761/20 761/22 764/4
765/10 765/12 774/6 780/25
908/21
**bigger [2]**   777/1 777/2
**Bill [1]**   785/2
**biology [1]**   870/4
**birth [1]**   777/24
**birthday [1]**   788/10
**bit [10]**   749/2 770/16 772/18
796/23 796/25 797/7 857/23
870/5 882/9 889/6
**blackmailing [2]**   864/14
865/3
**blamed [4]**   813/11 899/11
899/21 910/22
**blameless [1]**   900/12
**blaming [1]**   813/10
**blanket [2]**   855/13 859/3
**blanking [1]**   787/13
**blew [1]**   910/21
**blind [1]**   812/22
**blocked [1]**   849/14
**blocks [1]**   836/22
**blog [1]**   911/18
**blue [2]**   878/20 878/20
**board [41]**   741/13 746/7
746/9 746/19 746/20 746/21
746/22 746/25 747/1 747/4
747/5 747/7 747/14 747/16
747/20 748/2 748/5 748/6
748/8 748/11 748/11 748/16
748/23 749/10 749/17 749/22
750/4 750/13 752/19 753/18
758/9 758/20 758/25 760/10
768/13 776/22 799/4 820/9
820/22 838/2 890/14
**boards [3]**   870/15 888/16
888/17
**bodies [1]**   825/1
**body [3]**   766/8 787/24 835/24
**bonding [1]**   907/16
**bones [1]**   824/3
**Bonnie [1]**   899/24
**bonus [1]**   757/17
**Boobiana [1]**   813/17
**boobs [1]**   813/21
**book [3]**   777/19 777/21
873/21
**bookkeeper [1]**   759/20
**books [10]**   758/17 777/18
798/10 798/15 798/17 870/2
875/11 875/18 875/23 876/8

4

**B**

**bookshelves [1]**   870/14
**Boone [9]**   747/2 755/21 758/8
  758/12 777/13 777/15 903/8
  905/7 906/19
**boot [3]**   808/16 808/19
  809/19
**boots [1]**   884/7
**boss [2]**   795/23 904/22
**bossy [1]**   812/8
**Bouchey [9]**   741/8 742/20
  743/6 744/12 747/1 756/14
  783/21 783/22 787/11
**bought [1]**   868/24
**bound [1]**   904/15
**boundedness [1]**   903/23
**bowl [1]**   793/20
**box [3]**   774/17 877/8 877/25
**boy [4]**   810/2 810/4 831/6
  831/7
**boycott [2]**   783/9 783/12
**boys [3]**   790/23 809/25 810/5
**BRAFMAN [1]**   729/16
**brand [1]**   909/2
**brand-new [1]**   909/2
**breach [16]**   772/17 772/23
  773/3 773/5 773/6 773/9
  773/13 773/21 773/23 774/1
  774/8 774/14 774/17 775/5
  775/24 776/3
**breaches [2]**   772/16 774/20
**break [19]**   738/1 738/1 778/4
  778/22 801/17 801/22 804/4
  805/5 805/12 825/17 828/2
  828/8 828/11 847/18 853/20
  858/1 863/11 911/5 911/6
**breaks [1]**   860/18
**breakthrough [1]**   825/13
**breakthroughs [1]**   825/14
**briefly [2]**   802/18 863/14
**Brink [2]**   791/10 799/3
**Broadway [1]**   729/19
**broke [2]**   818/13 852/12
**broken [4]**   819/4 825/16
  904/10 904/17
**Bronfman [17]**   747/6 751/20
  756/4 756/6 760/8 760/16
  765/20 765/20 776/14 785/7
  812/7 813/23 832/9 833/7
  868/25 897/14 903/12
**Brooklyn [2]**   729/4 729/13
**brought [2]**   768/11 837/15
**Bruno [2]**   784/11 784/14
**BS [7]**   805/15 805/15 805/16
  805/18 805/21 806/4 909/16
**bucket [1]**   856/15
**buddies [1]**   832/15
**build [6]**   757/6 757/6 757/6
  767/4 773/19 790/21
**building [2]**   760/4 786/13
**built [3]**   870/8 898/16
  903/20
**bullshit [1]**   805/16
**bump [1]**   883/3
**bunch [10]**   760/22 781/23
  782/17 796/17 796/18 813/13
  825/22 842/4 870/14 899/12

**business [4]**   783/10 783/11
  783/11 911/11
**bust [1]**   777/12
**busting [1]**   821/23
**buxom [1]**   813/18
**buy [1]**   901/5

**C**

**C-O-C-O-R-A-Z-O-N [1]**   869/9
**cabin [10]**   857/19 857/24
  862/8 893/9 893/12 894/14
  894/25 896/7 896/12 896/13
**cabined [1]**   859/16
**cabins [1]**   896/7
**Cadman [1]**   729/12
**Cafritz [11]**   795/20 795/21
  796/7 807/21 830/9 830/14
  868/10 872/17 873/6 880/4
  897/7
**cake [1]**   823/11
**calculated [1]**   796/22
**California [1]**   902/4
**calories [8]**   823/8 823/9
  823/24 826/18 826/22 826/23
  826/24 826/25
**camera [3]**   871/4 871/5 871/9
**cameras [1]**   771/6
**camp [3]**   808/16 808/19
  809/19
**campaign [5]**   784/23 785/8
  785/11 785/16 785/19
**Canada [2]**   769/18 770/11
**canceled [1]**   893/4
**cancelled [1]**   797/4
**capacity [1]**   778/13
**Capers [1]**   755/17
**capital [1]**   761/24
**capture [2]**   885/15 885/22
**Carbi [5]**   878/9 880/9 882/4
  884/18 885/20
**CARBY [4]**   729/22 737/6 872/2
  888/4
**card [1]**   767/17
**cards [2]**   767/17 806/18
**career [1]**   843/23
**careful [3]**   775/17 828/17
  828/21
**cares [1]**   842/1
**Carlson [5]**   758/24 760/24
  761/4 815/24 903/10
**Carner [2]**   794/22 799/17
**carries [1]**   846/4
**case [15]**   754/5 754/10
  772/12 778/9 782/11 783/21
  803/11 817/4 878/19 911/10
  911/13 911/15 911/16 911/22
  911/25
**cases [1]**   786/14
**cash [12]**   767/19 768/5 768/5
  768/6 768/11 768/14 768/16
  768/21 768/23 769/1 769/8
  769/12
**Casual [1]**   836/3
**catch [1]**   745/9
**categories [1]**   852/15
**categorization [1]**   875/21
**category [2]**   852/22 858/8
**cater [1]**   866/14

**catering [1]**   866/16
**Cathy [2]**   759/15 759/17
**caught [1]**   887/4
**caused [1]**   806/3
**CCR [1]**   729/23
**celebration [2]**   788/10 898/8
**Cell [1]**   770/20
**center [17]**   743/16 743/18
  743/25 744/3 744/6 757/3
  757/4 757/11 757/17 757/19
  758/2 758/4 841/1 841/1
  844/6 866/17 866/24
**centers [9]**   750/16 750/16
  756/25 756/25 757/1 757/6
  788/21 794/24 866/6
**CEO [1]**   820/8
**certain [43]**   737/24 742/4
  743/12 749/23 749/24 754/1
  754/8 757/11 758/23 758/24
  759/22 759/23 765/5 765/16
  766/17 766/20 772/6 772/21
  772/24 774/11 784/25 785/9
  790/25 794/3 794/7 796/15
  796/19 806/10 806/16 808/18
  808/19 814/21 822/24 822/24
  826/21 828/17 828/20 835/11
  841/10 855/4 872/2 876/8
  883/4
**certainly [5]**   764/14 817/18
  849/15 867/16 908/19
**cetera [3]**   757/15 813/3
  813/3
**chair [3]**   872/21 872/22
  880/21
**challenged [1]**   837/16
**change [8]**   745/23 750/3
  789/22 790/14 799/1 799/8
  807/13 859/21
**changed [4]**   789/22 818/1
  818/3 883/8
**changes [9]**   737/24 738/9
  746/20 749/6 749/11 749/12
  749/15 750/14 750/14
**changing [1]**   841/14
**chaos [1]**   876/6
**character [1]**   790/22
**characterize [1]**   788/14
**characterized [2]**   742/14
  742/15
**charge [6]**   748/1 812/8
  837/10 837/11 841/10 843/14
**charged [1]**   806/18
**chats [1]**   771/25
**cheaper [1]**   795/12
**check [8]**   749/13 759/24
  762/3 763/23 763/24 785/10
  785/11 785/12
**checks [2]**   767/18 786/1
**Chihuahua [1]**   844/1
**child [4]**   810/8 831/1 831/4
  831/5
**children [2]**   830/15 866/20
**choice [1]**   843/23
**choosing [1]**   823/5
**Christmas [1]**   751/19
**chronic [1]**   813/7
**circle [7]**   751/7 810/18
  826/6 877/25 878/14 878/17

**C**

circle... [1]  879/23
circled [1]  877/6
circles [1]  821/8
Circling [3]  877/3 878/16
879/24
City [1]  866/7
civil [6]  740/25 741/2 741/2
741/4 742/18 742/19
claims [1]  854/18
Clare [15]  747/6 751/19
756/6 760/8 760/8 760/16
765/20 776/14 785/7 812/7
813/23 832/9 868/25 897/14
903/12
clarification [1]  850/15
clean [2]  854/5 858/1
clear [13]  748/14 755/4
774/18 778/11 780/7 796/25
798/13 798/23 825/24 845/23
854/6 860/11 897/11
clearer [2]  841/16 872/24
clearly [3]  773/22 798/16
839/5
Clifton [6]  836/2 836/4
836/8 843/8 900/19 901/6
Clifton Park [6]  836/2 836/4
836/8 843/8 900/19 901/6
Clinton [1]  785/23
Clinton's [2]  785/2 785/3
Clintons [2]  784/10 784/24
cloistered [2]  890/23 892/6
close [11]  751/6 751/12
751/12 751/22 753/23 754/5
759/7 759/11 799/21 826/5
884/8
closed [1]  892/6
closed-off [1]  892/6
closeness [1]  752/24
closer [2]  751/9 770/5
closing [1]  743/17
clothed [1]  896/15
clothing [3]  813/18 813/19
881/23
clout [1]  765/24
club [1]  826/12
cluster [1]  898/1
Clyne [2]  763/21 827/13
co [1]  819/15
co-creators [1]  819/15
coach [9]  749/17 749/20
781/22 820/11 820/17 822/3
833/12 901/4 901/22
coaching [1]  820/20
coconspirator [10]  857/7
857/8 857/9 857/15 857/20
858/11 858/13 858/16 859/9
861/25
coconspirators [12]  852/17
854/5 854/18 854/19 854/20
855/22 856/5 857/1 857/3
857/21 858/8 858/15
Cocorazon [2]  776/8 869/8
coddled [2]  812/25 812/25
code [3]  769/8 769/10 769/12
coercion [1]  898/16
cold [1]  779/14

collaboratively [1]  913/16
collateral [8]  806/5 806/15
806/21 807/4 807/6 807/7
864/14 865/11
college [1]  812/21
color [2]  754/7 823/20
colors [1]  749/4
comfort [1]  823/5
coming [1]  739/4
comma [1]  860/15
commemoration [1]  898/7
comment [2]  828/3 828/9
commerce [1]  750/18
commission [1]  757/12
commit [1]  773/23
Commitment [2]  791/21 794/15
Commitment Weekend [2]
791/21 794/15
commitments [1]  806/12
committed [8]  773/4 773/6
773/25 774/7 774/13 774/20
776/3 900/4
committee [2]  833/16 833/17
committing [2]  773/3 775/5
communicate [3]  771/2 771/9
911/16
communicated [1]  771/8
communicating [3]  772/4
793/25 905/24
communication [3]  770/16
771/16 771/18
communications [2]  771/24
774/15
community [30]  741/6 741/7
742/14 742/23 745/6 745/11
750/20 752/1 761/18 766/16
768/11 769/2 769/7 770/13
783/3 785/15 822/25 826/3
829/4 830/16 830/20 831/9
831/13 831/17 843/20 843/25
844/1 897/5 897/8 897/12
companies [4]  767/7 767/11
834/16 843/9
company [44]  742/6 745/3
746/1 746/14 749/1 749/4
749/5 749/9 750/2 753/10
766/5 767/9 771/21 773/17
795/17 795/18 795/19 795/20
820/8 833/18 833/20 833/21
837/7 837/9 837/14 837/25
843/7 843/10 843/14 843/17
867/13 890/15 890/23 891/4
892/4 899/5 899/11 900/6
903/18 909/12 909/14 909/15
909/16 909/18
company's [1]  743/20
compensated [3]  796/12
796/14 797/9
competition [1]  772/14
complain [1]  907/12
complainers [2]  813/7 813/11
complaining [2]  805/23
815/22
complains [3]  884/11 906/11
909/11
complete [14]  792/7 808/13
808/21 809/14 812/16 814/2
815/21 818/1 818/10 818/20

819/6 819/21 819/23 854/9
completed [1]  881/1
completely [2]  754/12 781/18
completes [1]  879/8
completing [1]  774/3
complex [1]  885/16
complicated [1]  749/2
comprising [1]  809/15
compromise [1]  851/24
compulsive [1]  875/19
computer [4]  729/25 770/22
771/5 806/17
computer-aided [1]  729/25
computers [1]  870/5
conceivable [1]  849/10
conceived [3]  829/24 830/12
830/13
concept [2]  783/6 795/25
concepts [1]  792/5
concern [11]  754/6 790/12
798/17 824/7 843/4 844/11
856/16 864/11 865/13 894/23
902/8
concerned [30]  789/7 815/25
817/11 823/2 823/3 823/25
824/8 824/14 824/23 826/10
827/5 827/25 834/4 841/18
841/25 842/8 842/23 856/4
864/15 865/4 891/6 891/17
892/25 899/18 906/5 906/6
907/24 908/8 908/11 908/15
concerns [28]  741/11 807/18
816/5 817/13 818/14 821/9
830/4 837/6 837/12 837/16
840/17 842/7 842/17 842/18
844/14 890/14 890/17 891/11
899/5 901/15 901/17 902/13
904/20 909/8 909/10 909/22
909/25 910/1
concludes [34]  804/16 875/7
875/16 876/2 876/13 876/24
877/19 878/8 878/12 878/24
879/7 879/15 880/8 880/12
880/25 881/4 881/10 881/18
882/2 882/7 882/11 882/23
883/11 883/18 884/3 884/17
884/21 885/3 885/7 885/10
885/19 885/25 886/9 894/19
conduct [4]  787/10 787/12
787/14 787/16
conference [3]  748/17 748/18
803/1
confirmation [1]  749/14
conflict [1]  837/4
confused [6]  754/12 764/5
780/7 798/22 822/8 905/16
confusing [1]  822/10
congratulated [1]  765/15
congratulations [1]  830/5
connect [1]  832/5
connected [2]  758/20 759/21
connection [8]  740/17 757/5
769/21 785/5 849/1 851/11
855/12 867/17
connections [1]  784/13
conscious [1]  779/21
consenting [1]  894/24
consequence [5]  779/10

**C**

**consequence... [4]**   779/14
779/18 779/23 801/10
**consequences [6]**   766/14
778/12 800/25 810/21 811/21
811/21
**consider [5]**   853/8 855/8
861/12 863/21 911/21
**considered [4]**   749/21 854/15
856/22 890/25
**consisted [2]**   834/17 893/1
**consistent [2]**   752/23 892/12
**conspiracy [1]**   857/16
**constant [1]**   782/18
**constantly [1]**   777/1
**constrained [1]**   904/23
**contact [4]**   743/10 790/5
832/6 894/3
**contacting [1]**   760/16
**contain [1]**   870/10
**contained [1]**   870/11
**continents [1]**   769/20
**continue [38]**   738/12 738/14
800/4 802/8 810/16 847/4
862/25 873/1 873/11 874/11
875/5 875/14 875/25 876/11
876/22 877/17 878/6 878/22
879/5 880/6 880/23 881/8
881/16 881/25 882/21 883/9
883/16 884/1 884/15 885/1
885/17 886/6 886/6 887/16
888/1 888/19 896/4 899/8
**continued [19]**   730/2 738/19
782/22 783/1 802/20 804/17
805/9 815/10 816/9 817/1
844/20 846/10 863/3 874/14
875/1 886/10 887/1 893/16
895/2
**continuing [1]**   845/24
**contribute [1]**   785/16
**contribution [2]**   784/23
785/8
**contributions [1]**   784/21
**control [4]**   743/14 743/19
791/7 899/11
**convent [1]**   892/6
**conversation [31]**   745/15
788/24 822/11 830/2 840/25
844/11 847/3 847/5 847/10
847/10 847/13 855/24 863/7
863/8 864/3 864/17 864/20
865/6 865/15 897/11 901/11
901/11 901/18 904/2 904/5
904/6 904/8 905/17 907/22
907/23 908/23
**conversations [6]**   745/20
745/22 787/21 847/9 858/9
910/5
**cooking [1]**   841/6
**copy [1]**   739/13
**corners [2]**   821/20 821/21
**corporate [2]**   831/25 832/15
**corporation [1]**   866/10
866/12
**corporations [2]**   866/21
866/21
**correct [35]**   740/16 741/4

747/15 749/24 755/18 755/20
755/22 758/3 758/10 758/11
767/24 784/15 787/8 788/10
788/11 794/1 795/16 799/7
804/5 815/12 830/9 830/10
836/16 861/11 866/5 868/2
870/18 870/18 871/8 871/10
875/4 877/8 877/12 877/13
879/19
**correctly [1]**   850/4
**correlate [2]**   751/9 753/19
**corroborative [1]**   894/5
**Costa [1]**   769/19
**costs [2]**   801/4 801/6
**costumes [1]**   812/1
**couch [2]**   882/18 882/19
**could -- go [1]**   877/22
**council [10]**   791/1 793/12
795/22 796/20 799/6 799/8
800/7 809/8 811/10 817/5
**counsel [5]**   737/5 803/2
804/5 805/6 849/24
**counsel's [1]**   913/6
**countries [2]**   757/6 795/2
**County [2]**   902/3 902/21
**couple [1]**   801/15
**course [10]**   793/14 808/11
808/12 809/4 820/22 822/19
822/19 839/2 839/5 912/2
**Court's [1]**   860/18
**Courthouse [1]**   729/3
**courtroom [10]**   737/19 801/19
801/24 802/4 802/6 847/20
851/5 862/21 911/22 912/6
**CR [1]**   729/2
**craft [1]**   762/22
**crazy [2]**   865/23 865/24
**cream [2]**   823/7 823/7
**create [4]**   767/4 841/4 841/6
866/10
**created [6]**   746/22 772/13
778/3 792/6 818/5 866/12
**creating [1]**   779/18
**creative [1]**   887/23
**creator [1]**   791/16
**creators [1]**   819/15
**credit [3]**   767/17 767/17
806/18
**credited [1]**   800/20
**creeped [1]**   864/10
**criminal [9]**   729/14 740/14
741/21 741/24 787/7 787/10
787/12 787/14 787/16
**cross [6]**   850/1 851/11
858/14 895/1 912/19 913/2
**cross-examination [4]**   850/1
851/11 858/14 912/19
**crushed [1]**   903/23
**crying [1]**   810/7
**CSR [1]**   729/23
**cucumbers [1]**   823/21
**cult [1]**   910/25
**culture [1]**   825/6
**curriculum [23]**   745/21 779/8
791/17 791/18 791/24 791/25
792/6 792/7 794/14 795/10
800/10 807/8 808/14 809/1
815/22 834/20 834/21 834/22

834/24 835/8 835/12 840/22
908/24
**curry [1]**   784/9
**cut [2]**   826/23 890/24
**cuts [1]**   776/12
**cutting [1]**   826/24
**cyber [1]**   772/9

**D**

**damage [2]**   743/14 743/18
**damages [1]**   743/4
**Damon [2]**   791/10 799/3
**DANELCZYK [1]**   729/23
**dangerous [3]**   789/14 789/15
818/12
**Daniela [1]**   826/8
**Daniella [2]**   756/12 827/4
**DANIELLE [6]**   729/21 819/7
819/11 819/12 819/13 819/21
**dark [2]**   818/24 872/3
**database [1]**   806/17
**date [2]**   799/2 799/16
**daughter [2]**   820/7 839/22
**Dawn [4]**   755/14 755/23
755/23 755/24
**De [1]**   765/10
**De Beers [1]**   765/10
**deal [19]**   761/20 761/22
764/4 765/10 765/12 777/2
778/23 779/1 782/19 812/14
812/18 813/4 813/5 817/8
817/8 820/25 835/14 837/16
862/4
**death [4]**   897/7 897/9 897/12
897/22
**debates [1]**   777/25
**Debra [25]**   844/2 844/4 844/5
844/9 845/3 845/6 847/4
847/5 847/11 847/13 855/20
855/25 857/25 857/25 859/6
859/8 860/24 862/10 862/11
863/9 863/12 863/13 863/17
864/3 864/18
**Debra's [2]**   859/2 862/10
**debrief [1]**   792/5
**debrief/disposition [1]**
792/5
**decade [1]**   848/15
**December [1]**   823/3
**decide [2]**   750/10 834/6
**decided [8]**   754/10 793/16
794/15 830/3 840/10 841/13
893/6 910/5
**deciding [1]**   793/18
**decision [10]**   750/5 750/7
762/7 762/13 762/15 763/2
764/6 800/3 807/9 908/17
**decision-making [2]**   750/5
750/7
**decisions [6]**   750/12 763/13
791/4 791/6 834/9 891/13
**deep [4]**   830/4 885/16 902/13
909/22
**deeply [10]**   818/25 824/14
824/25 864/15 892/5 892/25
896/25 899/13 908/11 908/15
**defector [1]**   745/7
**defectors [8]**   742/8 742/18

**D**

**defectors... [6]**   743/3
743/15 744/8 745/11 745/14
745/23
**defendant [91]**   729/7 729/16
746/17 747/16 747/17 747/17
748/6 750/12 750/19 751/6
751/14 752/10 752/11 752/15
753/24 759/8 759/15 760/8
760/16 761/5 761/7 761/15
762/15 763/2 771/8 772/4
773/12 790/5 795/15 796/5
797/9 797/16 799/14 801/1
801/24 802/4 808/20 812/15
817/22 820/24 822/12 824/20
828/2 828/8 829/3 830/8
830/15 831/1 831/8 831/14
831/16 832/8 832/17 837/21
838/22 840/24 842/18 844/8
844/13 847/4 847/6 847/9
851/5 857/14 858/2 863/8
864/18 867/7 869/4 869/24
870/8 873/15 875/9 875/10
875/18 876/5 876/15 880/13
881/6 881/11 883/14 885/12
886/2 887/12 887/20 890/8
903/13 904/7 905/10 908/24
910/7
**defendant's [21]**   753/1 753/3
753/7 755/12 758/12 761/6
761/17 763/12 764/7 764/10
764/17 765/25 788/10 799/8
834/11 835/9 843/1 867/1
867/10 873/7 883/20
**defense [7]**   753/11 804/4
849/24 854/11 856/4 858/14
913/6
**deference [3]**   753/16 764/14
764/14
**deferential [1]**   811/12
**defiant [2]**   780/14 811/14
**deficiencies [1]**   838/13
**define [1]**   865/20
**defined [1]**   744/24
**defines [1]**   782/7
**definitely [1]**   903/10
**deflection [1]**   865/22
**degree [3]**   809/9 819/16
835/11
**deity [1]**   842/15
**Del [6]**   791/11 796/24 798/16
798/22 893/2 902/6
**Del Negro [5]**   791/11 796/24
798/16 798/22 902/6
**Delegates [6]**   843/10 843/11
843/14 843/18 843/19 843/21
**demeaning [3]**   814/2 814/4
890/21
**demeanor [1]**   899/9
**den [1]**   870/6
**department [3]**   759/19 759/21
760/14
**depended [1]**   807/1
**depicted [3]**   819/10 820/14
883/1
**depicting [1]**   882/14
**deposited [1]**   768/23

**deprogramming [1]**   911/1
**DerOHANNESIAN [3]**   729/19
729/20 737/9
**DerOHANNESSIAN [1]**   729/19
**describe [1]**   809/22
**described [3]**   742/3 742/5
878/3
**design [2]**   903/19 904/1
**designed [11]**   814/12 868/13
868/14 873/25 906/16 906/17
906/18 906/19 906/19 906/22
907/2
**desire [1]**   784/12
**desk [5]**   876/15 876/16 877/5
877/15 878/4
**desktop [1]**   770/24
**destroy [2]**   839/9 839/16
**determinations [2]**   761/25
762/3
**determined [1]**   772/17
**develop [3]**   817/22 830/6
904/13
**developed [5]**   792/12 808/12
834/14 834/15 835/8
**developing [3]**   757/3 795/24
822/25
**devices [1]**   771/2
**devotion [1]**   891/18
**died [3]**   829/7 829/8 830/14
**different [29]**   751/8 751/21
753/17 758/17 767/15 768/2
771/14 775/23 781/23 785/2
786/15 791/18 792/2 792/19
795/2 807/23 811/23 825/8
825/8 825/9 825/9 832/5
836/24 839/8 841/1 868/8
870/1 896/12 906/10
**difficult [3]**   819/25 862/6
876/5
**dinners [1]**   751/19
**direct [15]**   738/13 738/19
770/6 770/11 782/23 805/9
816/10 840/10 854/1 854/1
863/3 874/15 886/11 892/20
913/10
**directly [2]**   760/12 880/3
**disagreement [1]**   821/11
**disappeared [1]**   787/23
**disbanded [1]**   746/21
**discipline [2]**   808/19 809/24
**disconnected [1]**   778/3
**discuss [14]**   750/10 763/2
797/7 801/21 821/9 832/20
842/18 847/24 849/2 895/1
904/7 910/7 911/10 912/10
**discussed [10]**   760/12 783/6
789/2 797/24 820/5 824/19
853/15 905/21 909/7 912/1
**discussing [6]**   792/3 792/5
848/11 863/7 883/20 909/23
**discussion [22]**   786/14 803/6
804/16 808/6 808/7 817/15
821/25 824/19 833/24 844/8
858/2 866/1 866/2 872/6
874/1 898/14 901/1 903/15
909/4 909/22 910/2 910/6
**discussions [15]**   750/15
750/17 761/10 761/11 761/12

772/19 777/19 791/6 821/1
821/24 822/22 848/11 854/2
858/3 902/17
**disposition [2]**   792/5 799/24
**disregard [1]**   830/24
**dissuade [1]**   901/12
**dissuaded [1]**   902/11
**distant [1]**   801/9
**distinction [1]**   852/25
**distinguish [1]**   862/7
**DISTRICT [4]**   729/1 729/1
729/9 729/12
**disturbed [3]**   828/10 896/16
897/1
**disturbing [2]**   800/1 830/2
**division [1]**   822/21
**divisions [3]**   749/3 837/7
837/10
**docked [1]**   778/11
**doctor [3]**   819/13 819/13
819/17
**doctrine [1]**   745/19
**documentary [3]**   753/14 776/8
910/12
**documenting [1]**   776/11
**dog [1]**   774/17
**dollars [5]**   762/23 766/24
795/14 798/5 800/22
**don' [1]**   908/3
**done [26]**   750/14 762/5
774/17 779/11 780/24 782/13
783/18 783/25 787/6 796/3
797/5 800/8 809/2 809/4
834/24 839/14 840/20 853/20
859/20 884/11 905/18 905/19
907/19 908/22 910/11 911/2
**Dones [2]**   741/9 787/11
**door [3]**   812/23 900/21 901/9
**doors [1]**   812/22
**DOS [10]**   845/11 848/12
852/16 852/22 852/23 854/6
855/21 857/16 894/19 894/20
**down [26]**   743/4 743/17
747/22 778/22 788/5 789/20
789/21 790/6 801/20 803/12
809/3 816/3 826/24 828/20
835/22 847/23 878/18 880/21
880/22 882/16 882/17 887/23
896/13 897/3 902/5 912/9
**download [1]**   834/25
**downloading [1]**   909/3
**downstairs [1]**   738/8
**draw [3]**   741/5 869/2 879/25
**drawing [1]**   877/25
**dreams [7]**   841/2 841/6 841/9
841/14 891/7 891/9 901/14
**dressing [1]**   881/22
**drill [5]**   792/16 792/16
792/21 793/4 793/6
**drills [2]**   792/14 792/15
**drive [7]**   760/7 764/13 877/5
877/24 878/3 878/21 879/12
**drives [5]**   877/1 877/6 877/8
877/11 878/13
**drones [1]**   868/6
**dropping [1]**   824/10
**duly [1]**   737/15
**duplicity [1]**   891/3

**D**

**Duran [2]**  756/8 826/8
**DV [1]**  877/10
**DVDs [1]**  883/3
**dying [1]**  830/14

**E**

**E-L [1]**  869/8
**E-N-C-E-N-D-E-R [1]**  869/8
**early [3]**  765/9 796/2 801/15
**earn [1]**  757/21
**earned [1]**  753/6
**earning [2]**  778/13 904/11
**earnings [1]**  762/18
**easier [2]**  770/8 913/17
**easily [1]**  771/19
**East [1]**  729/12
**EASTERN [3]**  729/1 729/12
792/18
**easy [1]**  771/23
**eating [4]**  823/19 823/19
823/21 826/17
**echelons [1]**  866/22
**Ed [1]**  783/24
**Edgar [11]**  747/2 755/14
755/21 755/21 758/8 758/12
777/13 777/15 777/21 778/1
906/19
**edit [1]**  789/18
**edited [1]**  871/8
**editing [1]**  774/3
**edits [1]**  776/12
**education [7]**  750/14 750/15
750/23 759/12 781/24 820/10
823/5
**effect [13]**  790/8 852/24
860/13 861/9 861/14 863/19
863/23 863/25 864/1 864/21
876/6 894/15 905/21
**effects [2]**  859/11 859/17
**effort [2]**  767/4 784/20
**efforts [2]**  743/14 764/16
**eight [2]**  882/4 884/22
**either [9]**  748/17 767/17
768/3 768/17 780/13 800/16
800/19 803/6 872/22
**EL [2]**  776/8 869/7
**electricity [1]**  757/15
**elicit [3]**  805/6 839/7
855/19
**elicited [1]**  854/14
**Elmo [1]**  832/22
**elsewhere [1]**  769/16
**EM [2]**  762/25 899/6
**EM'd [1]**  902/18
**EM7 [1]**  762/10
**email [2]**  729/24 911/17
**embarrass [1]**  815/1
**embarrassing [1]**  845/16
**Emiliano [7]**  747/5 759/22
765/20 768/17 866/24 867/3
903/9
**emotion [1]**  892/15
**emotional [3]**  835/14 836/1
892/13
**emotions [1]**  892/12
**EMPs [3]**  762/8 762/16 766/23

**empty [1]**  807/3
**EMs [2]**  766/23 778/25
**enamor [1]**  842/10
**enamored [1]**  842/9
**Encender [2]**  776/8 869/7
**encrypted [4]**  771/13 771/15
771/17 771/25
**endeavor [1]**  749/24
**enemies [3]**  742/5 742/6
742/6
**enemy [1]**  910/10
**enforcement [4]**  740/7 740/10
743/10 743/11
**enforcing [1]**  818/24
**engage [3]**  761/6 783/22
858/6
**engaged [2]**  741/20 794/5
**engaging [2]**  908/18 908/20
**enlightenment [1]**  825/3
**enormous [2]**  750/22 767/3
**enormously [1]**  899/15
**enroll [6]**  743/7 765/22
806/13 864/12 865/2 905/15
**enrolled [6]**  765/9 765/11
765/16 796/17 796/18 799/21
**enrolling [1]**  806/11
**enrollment [1]**  781/23
**enter [1]**  910/2
**entering [1]**  802/5
**enters [5]**  737/19 802/4
802/6 851/5 862/21
**entire [11]**  749/9 776/22
778/3 788/1 810/23 846/6
890/13 897/12 898/16 903/20
905/3
**entirely [8]**  748/3 784/25
790/25 793/19 796/25 857/13
868/18 878/16
**entitled [1]**  812/20 813/12
**entitlement [3]**  812/17 813/4
813/14
**entity [2]**  748/12 790/15
**entrepreneur [1]**  767/2
**entrepreneurs [1]**  773/19
**environment [2]**  831/25
903/25
**equations [1]**  885/16
**equipment [1]**  771/6
**equivalent [1]**  793/10
**eradicate [1]**  781/18
**erratic [1]**  837/18
**ESP [10]**  748/12 748/14
753/20 755/10 762/1 794/23
799/25 867/8 867/15 902/2
**especially [3]**  780/22 825/5
903/22
**ESPians [1]**  784/23
**ESQ [4]**  729/17 729/18 729/20
729/21
**essence [44]**  743/17 745/16
749/8 752/18 767/5 771/25
777/2 777/10 778/17 778/19
781/12 783/8 783/12 784/9
790/19 790/23 792/22 792/25
793/8 793/24 794/9 795/7
799/18 810/8 812/23 814/23
814/25 816/3 818/9 820/11
830/3 837/14 868/24 876/21

883/24 891/25 892/2 892/18
893/8 899/14 900/11 902/18
906/11 910/22
**essentially [1]**  756/18
**established [1]**  849/25
**Esther [5]**  758/24 760/24
761/4 815/24 903/10
**estimate [1]**  866/1
**et [3]**  757/15 813/3 813/3
**ethical [15]**  751/1 772/16
772/17 773/3 773/5 773/12
773/23 774/1 774/8 774/20
775/5 775/24 776/3 800/2
910/4
**ethics [1]**  891/1
**Ethos [1]**  757/10
**Ethoses [1]**  779/8
**Europe [2]**  769/19 794/4
**evading [1]**  865/25
**evening [2]**  911/7 914/2
**evenings [1]**  898/8
**event [5]**  755/16 776/10
806/1 892/25 898/5
**events [4]**  749/17 751/21
752/2 890/4
**eventually [17]**  776/21 791/1
792/6 794/7 805/17 807/13
811/2 826/10 833/12 836/2
836/3 848/13 866/10 868/17
896/7 897/23 905/10
**evidence [9]**  740/3 853/8
854/15 857/6 860/19 862/7
871/17 871/19 894/18
**Evie [2]**  774/7 774/9
**evil [1]**  744/23
**evolved [1]**  793/5
**evolving [2]**  848/18 893/4
**ex [1]**  866/20
**exact [14]**  763/3 769/13
772/6 799/2 799/16 799/17
816/2 833/5 833/13 836/7
840/4 844/7 898/1 903/21
**exactly [14]**  744/17 761/20
763/22 774/2 774/18 785/17
793/18 795/13 797/11 797/12
798/20 833/23 834/4 902/14
**examination [17]**  738/13
738/19 783/1 802/8 805/9
817/1 849/10 849/11 850/1
851/11 854/1 858/14 862/25
863/3 875/1 887/1 912/19
**examined [1]**  737/15
**example [9]**  754/3 754/6
754/25 762/15 762/17 763/18
777/8 783/19 823/12
**examples [4]**  763/14 777/5
783/19 823/4
**exceedingly [2]**  824/5 827/21
**Excel [1]**  798/24
**excess [1]**  831/15
**Exclusively [1]**  769/25
**excuse [4]**  744/19 811/12
817/17 840/7
**executive [40]**  741/13 746/7
746/9 746/19 746/20 746/21
746/25 747/1 747/4 747/14
747/16 747/20 748/2 748/5
748/6 748/8 748/11 748/11

9

**E**

**executive... [22]** 748/16
748/23 749/10 749/22 750/4
750/13 752/18 753/18 758/9
758/20 758/25 760/4 760/10
768/13 776/22 820/9 820/22
869/4 869/17 869/24 890/14
903/11
**executor [1]** 749/17
**exhibit [24]** 739/4 739/5
739/23 740/2 740/4 747/10
747/11 757/23 757/24 760/25
761/2 819/20 833/3 870/20
870/21 870/24 871/3 871/16
872/9 879/8 880/15 884/19
889/19 889/22
**Exhibit 13 [1]** 760/25
**Exhibit 175 [3]** 870/20
870/24 871/3
**Exhibit 175A [2]** 871/16
872/9
**Exhibit 175E [1]** 889/19
**Exhibit 175F [1]** 889/22
**Exhibit 20 [1]** 757/23
**Exhibit 3 [1]** 747/10
**Exhibit 3500-MV-58 [2]** 739/5
739/23
**exhibitive [1]** 747/5
**exhibits [2]** 871/18 889/14
**existence [1]** 894/20
**existing [5]** 800/10 808/14
808/25 809/16 809/16
**exit [1]** 884/18
**exits [6]** 801/19 801/24
847/20 847/25 912/6 912/13
**expect [4]** 821/21 849/12
852/20 856/1
**expecting [1]** 852/20
**expects [2]** 852/14 854/23
**expedition [1]** 909/24
**expensive [1]** 795/11
**experience [7]** 762/22 780/5
786/3 810/2 812/16 818/7
818/12
**experiencing [1]** 780/6
**expert [2]** 819/14 820/1
**expertise [1]** 798/18
**explain [7]** 743/19 779/24
780/9 785/5 789/11 800/8
891/3
**explained [3]** 741/19 789/13
810/14
**explanation [2]** 741/17 787/6
**explanations [1]** 786/21
**exploded [1]** 776/17
**expos [1]** 881/15
**express [2]** 816/6 902/7
**expressed [6]** 816/5 898/15
899/4 901/5 904/20 909/10
**extended [1]** 811/22
**extent [3]** 855/8 861/13
863/22
**extortion [3]** 742/15 742/15
742/17
**extraordinary [1]** 820/1
**extreme [1]** 872/17
**extremely [6]** 746/18 801/8

**F**

826/6 906/8 908/9 908/10

**face [4]** 780/17 791/15 800/7
893/6
**Facebook [8]** 788/20 788/21
788/23 789/12 847/14 864/4
864/23 911/19
**facing [1]** 747/21
**fact [9]** 789/20 798/9 807/4
812/23 820/3 859/16 891/8
897/24 906/12
**facts [2]** 848/8 848/10
**failed [2]** 779/23 808/18
**failures [1]** 893/3
**fair [2]** 786/11 788/14
**fairly [1]** 865/5
**fairy [1]** 812/3
**fall [3]** 842/11 856/15 858/8
**familiar [6]** 769/4 779/4
814/5 814/6 827/18 827/22
**families [1]** 866/19
**family [4]** 765/10 784/5
794/6 911/10
**fantastic [1]** 913/11
**far [5]** 742/19 750/9 771/13
797/10 808/15
**farm [1]** 751/19
**fashion [3]** 783/14 826/14
842/4
**fast [6]** 789/19 878/9 880/9
882/4 885/4 887/5
**fast-forward [1]** 887/5
**fat [1]** 826/25
**father [1]** 784/3
**favor [1]** 784/10
**fawning [1]** 864/10
**fax [1]** 852/1
**FBI [1]** 737/5
**fear [3]** 891/21 898/16
903/23
**fears [1]** 782/4
**February [5]** 874/7 874/8
902/1 902/7 902/22
**February 2017 [1]** 902/22
**fee [1]** 868/15
**feedback [14]** 779/2 779/3
780/9 780/10 780/11 780/16
780/20 780/21 780/23 781/3
781/4 781/7 781/10 781/14
**feelings [1]** 835/15
**fees [4]** 767/8 795/8 800/14
800/15
**fell [1]** 799/3
**fellow [1]** 766/8
**felt [10]** 806/1 816/1 825/24
837/8 838/6 899/18 904/9
904/23 905/23 909/24
**ferret [1]** 858/14
**Fest [2]** 901/4 901/22
**few [11]** 766/23 779/22 785/7
789/3 796/23 799/21 836/21
837/15 851/9 897/11 906/25
**field [2]** 798/18 835/24
**fielding [1]** 749/6
**figure [9]** 738/7 803/11
808/23 809/1 845/8 865/24
902/13 902/20 909/25

**figuring [1]** 838/9
**Fiji [8]** 751/23 752/3 867/17
867/21 867/25 868/3 868/12
868/23
**file [66]** 786/3 871/9 875/6
875/7 875/15 875/16 876/1
876/2 876/12 876/13 876/23
876/24 877/18 877/19 878/7
878/8 878/11 878/12 878/23
878/24 879/6 879/7 879/14
879/15 880/7 880/8 880/11
880/12 880/24 880/25 881/3
881/4 881/9 881/10 881/17
881/18 882/1 882/2 882/6
882/7 882/10 882/11 882/22
882/23 883/10 883/11 883/17
883/18 884/2 884/3 884/16
884/17 884/20 884/21 885/2
885/3 885/6 885/7 885/9
885/10 885/18 885/19 885/24
885/25 886/8 886/9
**filed [3]** 742/18 742/19
786/7
**fills [1]** 823/24
**film [4]** 765/11 777/2 777/3
869/7
**final [5]** 761/25 834/4 834/9
834/10 838/4
**finally [6]** 746/22 801/12
810/7 899/15 899/17 907/12
**finances [1]** 760/14
**financial [4]** 755/7 757/7
766/14 766/17
**financially [1]** 762/16
**fine [4]** 848/24 860/14
861/15 877/22
**finger [2]** 825/25 881/7
**fingers [2]** 823/20 832/13
**finish [3]** 854/9 889/13
889/14
**finished [1]** 774/5
**finishing [1]** 839/13
**firm [1]** 740/25
**first [34]** 737/15 739/7
739/8 755/13 759/4 763/24
791/19 791/20 795/4 799/23
805/17 808/22 809/7 809/14
811/9 814/20 815/3 815/5
815/7 815/9 815/10 815/15
815/23 817/5 819/25 833/3
840/11 840/11 840/19 849/12
850/4 860/18 877/6 890/10
**firsthand [1]** 894/22
**fishing [1]** 909/24
**fitness [2]** 819/14 820/1
**fitting [1]** 813/19
**five [5]** 746/22 749/4 806/13
840/19 902/4
**five-day [1]** 902/4
**fix [4]** 828/13 839/15 839/19
892/10
**fixed [2]** 772/17 839/17
**flashlight [1]** 896/11
**flesh [1]** 824/3
**flexibility [1]** 835/14
**flight [1]** 770/11
**floor [2]** 729/16 887/20
**Florida [1]** 788/5

**F**

**flowed [1]**  800/25
**flown [2]**  801/8 833/6
**fly [5]**  763/21 770/6 770/9
770/12 897/15
**flying [4]**  763/25 770/5
770/6 902/11
**focus [8]**  773/11 792/9 823/8
824/13 835/3 835/4 835/17
841/15
**folding [1]**  879/21
**follow [1]**  911/9
**following [8]**  730/1 776/15
801/11 818/12 845/1 847/21
894/1 912/7
**follows [1]**  737/16
**Fontanelli [2]**  912/22 912/23
**food [3]**  823/18 823/19
823/20
**forbidden [1]**  783/5
**Force [2]**  912/22 912/23
**foreign [1]**  767/23
**forget [2]**  805/11 862/19
**forgot [1]**  805/14
**forgotten [1]**  805/4
**form [8]**  742/25 752/11
786/17 800/11 817/23 828/5
864/13 911/13
**formal [3]**  752/6 759/8
774/23
**formalized [1]**  814/10
**format [3]**  750/15 805/14
809/19
**formed [2]**  746/22 817/5
**former [3]**  786/22 786/22
852/22
**forms [2]**  771/17 795/10
**formula [3]**  782/1 782/6
798/12
**forth [1]**  858/11
**forward [6]**  809/6 878/9
880/9 882/4 885/4 887/5
**founded [1]**  790/25
**founder [5]**  791/16 794/22
795/11 795/14 795/15
**founders [2]**  791/8 795/24
**four [6]**  790/25 791/12 817/6
858/7 881/15 912/20
**frame [7]**  755/11 756/19
848/9 872/13 872/14 877/4
894/16
**Friday [2]**  738/3 738/5
**friend [1]**  822/21
**friends [1]**  911/10
**friendship [1]**  820/21
**front [6]**  810/22 815/18
816/2 835/6 870/21 885/22
**fuck [2]**  807/8 884/14
**full [2]**  757/4 809/15
**function [1]**  864/4
**fundraising [1]**  784/22
**funds [1]**  806/8
**furtherance [1]**  857/16
**futon [1]**  882/19
**futon-ish [1]**  882/19
**future [1]**  800/17
**fuzzy [1]**  785/21

**G**

**G-L-A-Z-E-R [1]**  740/23
**gaggle [1]**  834/2
**gain [1]**  813/6
**game [3]**  833/6 864/9 864/9
**GARAUFIS [1]**  729/8
**Gardens [1]**  836/3
**Garza [2]**  747/2 903/8
**gathering [4]**  826/13 848/8
848/10 897/16
**gatherings [1]**  751/25
**Gaylyn [3]**  831/5 831/6 831/7
**general [17]**  741/16 743/9
745/6 745/10 746/13 762/11
798/1 808/24 809/10 811/19
812/19 830/2 865/21 905/8
906/8 906/8 906/10
**generally [14]**  748/8 748/25
749/20 750/5 750/21 750/24
759/12 764/11 770/5 781/3
791/22 831/20 832/2 838/21
**Generals [3]**  836/9 836/13
836/17
**Generals Way [2]**  836/9
836/13
**generate [1]**  798/3
**genesis [1]**  772/6
**gentleman [1]**  868/22
**GERAGOS [2]**  729/18 737/9
**gesture [1]**  881/6
**gesturing [1]**  747/22
**Giannone [2]**  845/4 845/6
**giddy [1]**  832/4
**gifts [1]**  764/12
**girl [1]**  831/6
**girlfriend [1]**  788/1
**girlfriends [1]**  817/6
**girls [3]**  832/4 843/20
843/25
**given [17]**  763/7 776/18
776/19 787/6 811/5 812/2
812/4 812/4 812/6 812/7
812/10 824/25 825/6 829/22
896/16 897/15 913/11
**glasses [2]**  887/13 887/14
**Glazer [3]**  740/21 740/24
740/25
**gloss [1]**  894/11
**glow [1]**  878/20
**gmail.com [1]**  729/24
**go-between [3]**  752/18 752/19
774/10
**goals [1]**  784/7
**goat [5]**  884/5 884/7 884/8
884/9 884/14
**god [2]**  815/2 891/12
**Gonzalez [1]**  765/21
**goodness [2]**  744/25 745/3
**government [18]**  729/11
738/22 739/4 739/5 739/13
739/22 740/2 747/10 849/12
851/7 854/18 854/21 856/21
861/15 871/18 894/9 913/20
915/7
**government's [25]**  757/23
760/25 819/9 819/20 820/13
824/17 827/2 827/10 827/15

833/3 836/11 839/24 856/23
857/7 861/5 870/20 870/24
871/3 871/13 871/16 879/8
880/14 881/1 884/19 889/18
**Government's 39 [1]**  824/17
**Government's Exhibit 39 [1]**
833/3
**Government's Exhibit 47 [1]**
819/20
**governments' [1]**  872/9
**grade [2]**  759/6 763/10
**grand [1]**  823/12
**grave [3]**  818/14 865/13
891/11
**great [12]**  750/2 760/1 760/2
779/1 812/13 812/18 813/4
813/5 820/25 837/16 870/2
910/11
**greater [2]**  763/9 891/8
**greatest [1]**  824/7
**greatness [1]**  776/25
**green [11]**  745/25 755/4
756/22 756/24 757/5 758/7
781/9 820/11 878/17 878/17
888/14
**greens [8]**  749/23 903/4
903/11 903/14 904/5 904/7
905/1 905/11
**Grenadier [1]**  836/22
**grief [2]**  835/20 835/21
**grooming [1]**  884/24
**gross [3]**  757/18 766/22
798/7
**ground [1]**  838/25
**group [42]**  751/5 751/11
751/14 752/6 752/6 752/9
752/14 752/25 753/17 753/21
753/23 754/2 754/25 755/6
755/12 755/25 756/2 756/4
756/6 756/8 756/10 756/12
756/14 756/16 756/20 758/13
761/6 761/14 761/17 764/10
765/18 805/19 805/19 807/9
810/23 813/9 834/12 848/14
867/1 867/11 907/11 907/17
**groups [2]**  779/22 907/7
**grow [3]**  756/25 811/19
903/20
**growing [2]**  757/20 757/20
**grown [1]**  809/25
**growth [3]**  778/12 825/4
903/23
**Guadalajara [1]**  866/8
**Guatemala [1]**  769/19
**guess [3]**  829/16 830/5
905/25
**guidance [2]**  849/16 849/22
**guy [2]**  766/10 810/25
**guys [3]**  800/4 801/2 834/18

**H**

**hack [2]**  772/14 772/15
**hacked [1]**  771/19
**hackers [1]**  772/13
**hair [2]**  881/22 881/24
**HAJJAR [2]**  729/14 737/3
**Hale [1]**  760/7
**half [3]**  738/5 791/22 912/16

**H**

**Halfmoon [5]**   900/16 900/17
  900/18 900/20 900/24
**Hall [1]**   898/7
**Halo [1]**   879/12
**hand [7]**   815/17 831/22
  831/23 831/23 832/13 872/14
  881/6
**handed [4]**   768/14 768/14
  768/15 768/16
**handle [1]**   791/12
**handled [2]**   798/15 837/12
**hanging [1]**   832/16
**happy [1]**   853/18
**hard [10]**   876/20 877/1 877/5
  877/6 877/8 877/11 877/24
  878/3 878/13 878/21
**harder [1]**   905/14
**hated [1]**   839/9
**hateful [2]**   818/24 851/18
**hazing [2]**   808/19 809/20
**head [15]**   747/3 747/18
  766/21 766/21 792/19 820/9
  820/9 823/2 828/22 833/15
  833/18 865/8 865/10 880/4
  907/18
**headquarters [1]**   767/12
**heads [2]**   833/13 835/21
**healed [2]**   772/20 775/6
**health [5]**   749/4 749/5 749/8
  908/11 908/14
**healthy [7]**   825/2 825/18
  826/14 826/14 826/15 842/14
  842/22
**heard [7]**   800/1 829/9 830/20
  857/11 887/14 887/24 911/21
**hearsay [1]**   859/14
**heavy [1]**   765/7
**held [12]**   769/1 778/8 787/7
  794/18 794/21 794/22 794/24
  795/2 803/1 805/16 898/6
  900/12
**helpful [3]**   807/25 810/1
  899/10
**herself [1]**   839/15
**hide [1]**   908/13
**hiding [2]**   821/20 821/20
**hierarchical [1]**   796/16
**high [19]**   753/20 759/9
  765/13 765/22 766/16 771/15
  780/22 791/1 793/12 795/22
  796/20 799/6 799/8 799/20
  800/7 809/8 811/10 817/5
  898/25
**High Council [9]**   791/1
  793/12 795/22 796/20 799/6
  799/8 800/7 809/8 811/10
**high-ranking [3]**   753/20
  759/9 766/16
**higher [4]**   766/18 766/25
  795/14 904/14
**highlights [1]**   788/13
**Hildreth [1]**   777/8
**Hillary [2]**   785/2 785/23
**himself [1]**   791/20
**hind [1]**   884/7
**history [1]**   790/9

**hit [2]**   829/12 829/20
**hits [2]**   801/7 811/18
**hitters [1]**   765/7
**hold [5]**   781/17 812/11
  863/14 863/15 868/14
**holding [3]**   799/16 811/22
  831/22
**honestly [2]**   821/4 909/15
**honor [54]**   737/4 737/8
  738/16 739/1 739/22 739/24
  740/1 759/25 768/8 786/23
  790/22 801/15 803/6 804/2
  805/8 828/6 832/24 847/17
  848/6 848/20 849/7 851/25
  852/8 852/10 853/1 853/5
  853/18 853/24 854/23 854/23
  855/1 856/7 856/17 857/13
  858/24 859/10 859/21 860/3
  860/3 860/11 860/12 861/11
  862/14 871/13 893/14 894/10
  898/18 899/1 911/4 912/12
  912/16 913/4 913/20 914/3
**HONORABLE [1]**   729/8
**hoped [1]**   893/4
**hopefully [1]**   815/1
**horny [1]**   887/15
**horrible [1]**   825/15
**Horribly [1]**   814/4
**hot [3]**   870/13 870/16 880/5
**Hotaling [1]**   778/9
**hour [6]**   762/23 766/24 789/4
  850/20 893/10 912/17
**hours [4]**   789/3 793/9 912/20
  912/20
**house [6]**   748/20 751/18
  752/3 760/21 782/17 901/5
**huge [9]**   772/13 781/13
  821/14 821/14 839/3 839/3
  865/12 904/2 910/15
**human [3]**   744/25 779/8 814/9
**humanitarian [5]**   890/18
  891/2 909/15 909/16 909/17
**humanities [1]**   833/15
**humanity [1]**   751/2
**humiliate [1]**   778/19
**Humiliation [1]**   778/20
**humility [2]**   778/20 821/23
**hundred [7]**   757/10 757/16
  766/24 799/19 800/8 800/22
  800/22
**hundred-something [1]**   800/8
**hundreds [3]**   757/20 757/20
  762/23
**hungry [1]**   899/12
**husband [2]**   901/3 901/19

**I**

**I -- it's [1]**   876/20
**ice [2]**   823/7 823/7
**idea [35]**   757/19 762/12
  768/25 780/16 780/24 783/15
  790/20 792/25 794/8 794/9
  798/19 803/4 803/7 805/25
  806/14 807/7 807/19 808/24
  810/11 810/13 810/19 811/9
  811/16 813/25 814/8 815/4
  824/23 845/3 854/19 885/15
  893/8 896/5 906/13 907/11

**identification [2]**   739/4
  870/20
**identified [2]**   878/14 912/1
**identify [1]**   781/21
**identifying [1]**   781/24
**ignore [1]**   803/22
**ignored [1]**   892/19
**illustrated [1]**   766/1
**image [1]**   781/17
**imagine [1]**   821/13
**immediately [2]**   817/14 897/8
**impact [3]**   855/9 861/13
  863/22
**impeachment [2]**   913/7 913/15
**implemented [1]**   814/1
**implies [1]**   744/25
**imploding [1]**   743/17
**important [9]**   746/17 753/3
  753/5 764/8 765/8 803/21
  842/6 896/24 911/9
**impression [2]**   772/25 817/19
**improper [1]**   776/4
**impulse [1]**   839/15
**inability [1]**   776/24
**inadmissible [1]**   859/14
**inappropriate [1]**   894/24
**incident [1]**   765/25
**include [3]**   792/2 804/5
  852/17
**included [4]**   756/19 790/3
  808/12 871/3
**includes [1]**   870/25
**including [5]**   762/20 776/13
  865/7 893/3 911/19
**increase [1]**   755/6
**indeed [3]**   786/20 806/19
  865/10
**independent [1]**   911/24
**India [18]**   839/20 839/20
  839/21 839/22 840/1 840/2
  840/3 840/6 840/9 840/12
  840/18 840/23 840/25 841/9
  842/19 842/24 843/7 843/13
**India's [2]**   826/11 842/7
**indicate [2]**   812/15 904/18
**indicated [1]**   859/4
**indicating [1]**   872/15
**individual [3]**   855/14 855/14
  861/25
**individually [1]**   751/8
**individuals [10]**   754/1
  765/13 765/23 768/10 853/10
  855/12 856/9 856/12 856/14
  866/17
**inefficiency [1]**   782/5
**inflammatory [1]**   829/20
**influence [3]**   765/7 765/19
  784/12
**informal [2]**   752/6 752/8
**information [7]**   759/4 771/22
  800/1 805/7 829/6 894/9
  911/15
**informed [1]**   897/13
**initial [2]**   791/19 808/20
**initials [1]**   769/9
**inner [2]**   826/6 838/13
**innocence [1]**   839/12

**I**

**insane [2]** 834/1 892/17
**insecurities [1]** 782/5
**inside [2]** 819/5 835/23
**insisted [1]** 807/24
**insistence [1]** 778/22
**Instagram [1]** 911/19
**instance [12]** 752/2 763/20
781/8 782/11 783/21 794/2
799/12 799/14 813/8 821/1
832/1 906/20
**instances [2]** 794/7 831/11
**instead [2]** 823/6 855/13
**instruct [1]** 772/3
**instruction [18]** 849/1 849/3
852/13 853/6 853/7 853/17
854/13 855/17 856/21 856/24
857/10 858/11 859/1 859/3
860/9 860/14 860/17 911/19
**instructions [1]** 852/12
**instrument [1]** 835/7
**intellectual [1]** 809/16
**intellectually [1]** 902/18
**intelligence [1]** 763/11
**intend [1]** 849/17
**intended [2]** 812/16 874/1
**intending [1]** 849/12
**intensive [18]** 766/22 840/10
868/5 868/8 902/2 902/3
902/4 902/5 902/22 903/1
906/3 906/5 906/9 906/9
906/10 906/16 907/5 907/8
**intensives [11]** 757/14
767/14 778/3 867/14 867/15
867/15 867/15 868/14 906/18
906/19 907/6
**intent [3]** 839/1 839/4 839/5
**intention [1]** 851/10
**interact [2]** 760/23 820/16
**interacting [2]** 782/12
791/15
**interchangeably [1]** 748/14
**interest [1]** 840/15
**interested [1]** 902/19
**Internet [1]** 911/14
**interpretation [1]** 828/3
**interspersed [2]** 855/21
856/5
**intertwine [1]** 832/14
**intertwined [1]** 896/15
**intimate [6]** 753/23 831/16
831/22 832/8 832/17 894/3
**introduce [1]** 849/13
**introduced [2]** 779/7 829/19
**introductory [1]** 840/5
**investigate [3]** 865/14
865/16 865/17
**investigation [1]** 911/25
**investigators [2]** 787/18
787/25
**invitation [2]** 752/4 752/4
**invited [3]** 746/8 751/23
868/10
**inviting [1]** 788/18
**involve [2]** 792/14 854/2
**involved [14]** 755/10 770/17
773/2 776/22 792/7 802/8

833/20 834/15 834/18 837/2
843/7 843/9 867/25 898/10
**involvement [4]** 753/8 769/22
770/14 867/18
**involving [4]** 765/25 822/11
837/20 838/23
**ish [1]** 882/19
**island [8]** 751/23 867/17
867/19 867/22 868/1 868/5
868/10 869/1
**islands [1]** 867/20
**isolated [1]** 782/15
**issue [24]** 742/13 742/13
759/3 765/3 775/13 775/23
777/17 777/20 778/15 781/25
782/1 782/16 809/24 812/19
815/25 815/25 828/16 838/10
838/11 849/8 849/9 852/11
856/3 907/16
**issues [22]** 741/14 741/19
741/22 744/15 745/17 750/1
772/22 773/9 776/24 781/21
782/14 783/4 803/10 805/19
825/6 837/25 838/12 838/13
842/23 849/21 900/5 908/14
**it' [1]** 825/5
**it'll [1]** 738/4
**iterations [1]** 776/11

**J**

**January [5]** 890/8 898/9
898/11 901/1 901/22
**January 2017 [1]** 898/11
**jealous [1]** 839/10
**Jeske [2]** 743/24 829/7
**jet [1]** 833/7
**JFK [5]** 770/1 770/4 770/7
770/10 770/13
**Jim [7]** 786/10 791/11 798/16
798/22 881/13 893/2 902/6
**Jness [7]** 790/20 833/13
840/22 867/14 903/1 906/3
908/24
**Jness X [3]** 903/1 906/3
908/24
**jock [6]** 812/4 812/5 812/6
812/7 813/23 813/24
**Joe [3]** 784/10 784/14 796/24
**join [5]** 746/7 794/16 796/5
840/10 905/10
**joined [2]** 747/7 840/21
**joining [1]** 746/19
**joke [6]** 883/22 884/6 884/9
884/10 884/13 884/14
**journalist [3]** 759/14 787/11
881/14
**journalists [1]** 786/8
**JUDGE [6]** 729/9 846/7 849/5
913/25
**jump [2]** 754/10 838/2
**jurors [1]** 849/21
**jury [44]** 729/3 737/1 737/17
737/19 737/21 801/18 801/19
802/5 802/6 803/3 804/12
805/2 830/24 847/19 847/20
847/22 848/22 849/1 849/4
849/18 850/4 850/6 850/7
851/3 854/14 855/23 856/3

856/25 857/10 857/11 857/17
860/19 862/4 862/6 862/18
862/21 863/16 894/7 911/8
911/23 912/2 912/5 912/6
912/8
**justice [1]** 787/8

**K**

**Karen [3]** 747/6 756/10
903/12
**Keeffe [2]** 755/19 788/3
**keep [11]** 774/5 780/16 782/2
782/3 782/10 800/14 803/22
811/18 864/14 897/20 897/22
**keeping [1]** 897/12
**keeps [1]** 909/14
**KEITH [8]** 729/6 737/9 763/24
822/8 822/9 831/2 841/16
852/17
**kept [5]** 757/19 762/10
772/10 905/18 909/20
**Kerstin [2]** 827/22 827/24
**kills [1]** 822/18
**KIM [1]** 729/13
**kinds [8]** 764/25 792/16
809/4 821/20 821/20 822/22
885/15 908/14
**king [2]** 751/4 828/19
**Kinnam [1]** 783/24
**kisses [1]** 832/12
**kissing [2]** 811/13 831/23
**Knife [2]** 833/20 833/21
**knowing [3]** 842/15 896/10
908/7
**knowledge [5]** 768/9 768/10
773/24 797/8 890/25
**known [3]** 829/16 839/22
866/16
**knows [4]** 798/20 828/25
842/15 897/21
**Kristen [1]** 831/2
**Kristin [6]** 755/14 755/19
755/19 787/22 787/22 788/3

**L**

**LA [2]** 770/6 900/15
**LaCie [1]** 877/5
**lack [2]** 765/3 820/23
**lacked [2]** 776/2 809/23
**land [2]** 775/19 775/20
**language [2]** 811/12 853/6
**laptop [2]** 770/24 770/25
**large [8]** 765/13 766/7 766/7
866/21 866/21 870/12 877/5
894/20
**late [1]** 848/8
**laundry [1]** 843/12
**Lauren [29]** 743/23 746/4
747/2 747/7 755/25 762/2
784/2 788/24 789/11 789/18
820/5 820/6 820/7 820/15
820/16 821/9 821/23 821/25
822/11 833/24 834/8 852/17
857/14 902/9 903/8 907/15
907/21 907/23 909/4
**law [5]** 740/7 740/10 743/10
743/11 861/7
**Lawrence [1]** 820/8

**L**

lawsuits [3]  786/3 786/7 786/21
lawyers [1]  743/9
layer [1]  818/17
layers [1]  818/16
lead [1]  837/19
leader [6]  751/4 796/18 801/4 820/11 841/11 899/20
leaders [4]  792/23 806/8 833/15 898/25
leadership [6]  758/22 798/25 799/3 799/5 841/10 841/20
learn [5]  774/7 811/16 811/17 831/8 898/24
learned [1]  781/8
learning [1]  857/3
least [9]  742/20 785/1 794/17 798/7 820/18 821/21 829/14 849/21 857/15
leave [12]  741/6 741/10 794/9 800/16 841/13 855/23 856/25 894/6 894/20 897/2 897/3 899/25
leaves [1]  801/23
leaving [10]  741/18 742/3 742/3 742/24 743/5 744/6 800/4 801/1 848/13 902/8
LeBaron [3]  843/20 843/25 844/1
led [2]  866/23 894/20
left [22]  741/8 741/9 745/7 745/11 745/14 745/21 745/24 788/3 803/21 830/5 831/10 863/7 867/9 872/17 873/5 877/8 878/19 879/20 879/21 883/1 898/13 899/24
legal [2]  744/16 760/14
legitimate [1]  910/1
legs [2]  884/7 896/15
Leon [1]  866/8
LESKO [21]  729/14 737/4 738/14 744/19 754/19 783/2 802/8 817/2 817/25 828/7 833/1 847/2 852/14 853/5 862/25 887/11 890/3 896/3 898/23 912/15 915/4
less [4]  762/21 762/22 807/3 814/9
letter [10]  794/13 851/7 851/17 890/7 890/10 890/12 890/12 890/13 890/16 891/24
letters [1]  769/6
level [3]  762/25 793/7 840/21
Level 2s [1]  840/21
library [12]  760/4 760/5 760/6 869/4 869/17 869/24 870/2 870/7 870/8 879/10 882/18 883/5
Lick [1]  883/15
lie [3]  740/9 880/21 909/3
lied [1]  788/1
life [16]  763/12 781/21 781/25 782/1 782/2 782/16 806/1 812/25 813/1 818/22 822/5 835/25 838/13 841/20

898/8 915/11
light [4]  878/20 880/17 896/21 900/7
limine [1]  851/8
limit [1]  785/14
LINDA [1]  729/23
LindaDan226 [1]  729/24
line [5]  841/6 879/25 884/14 891/23 905/14
lionize [1]  777/2
lips [1]  831/24
list [8]  804/3 804/4 826/7 845/17 854/5 854/11 856/7 856/13
listen [1]  911/12
listened [1]  905/18
listening [1]  854/23
listing [1]  890/14
literally [1]  826/18
litigation [1]  786/3
LLC [3]  795/18 795/21 796/8
located [3]  878/14 879/11 880/16
location [2]  760/6 760/7
locations [1]  912/1
looked [13]  798/23 818/8 823/16 823/16 823/25 824/1 824/5 824/13 826/3 827/7 870/5 881/24 908/4
looks [5]  825/12 825/15 825/16 839/3 884/25
loosely [1]  774/16
Loretta [2]  747/2 903/8
Los [7]  840/3 840/19 841/1 844/6 900/22 900/23 902/11
Los Angeles [1]  844/6
lose [2]  806/21 807/4
losing [1]  829/8
loss [2]  824/11 839/12
losses [1]  743/7
lost [1]  788/7
love [3]  822/19 822/19 842/11
loved [1]  822/12
low [1]  823/23
lower [3]  762/25 763/7 878/18
loyal [2]  746/1 900/3
loyalty [8]  746/13 746/15 746/16 746/17 755/5 764/11 766/11 900/13
lunch [7]  738/5 847/18 849/4 850/17 850/20 852/12 901/10
lying [4]  880/22 882/16 882/17 887/23

**M**

machine [1]  852/1
Mack [27]  824/7 824/18 826/2 826/10 826/13 828/3 828/9 832/18 832/20 833/4 833/22 834/11 836/2 836/8 836/15 836/17 836/25 837/4 837/21 838/23 840/12 840/15 840/15 842/7 842/10 842/12 842/14
Mack's [1]  833/10
major [1]  777/16
majors [2]  809/10 809/11

make-up [1]  833/13
maker [1]  762/7
makers [1]  765/11
malnutrition [1]  824/14
man [9]  776/19 794/4 794/9 795/1 810/7 810/7 813/10 870/6 891/16
man's [1]  810/3
managed [1]  759/25
mantras [2]  811/5 815/18
MARC [2]  729/14 737/8
March [4]  902/23 906/2 909/4 909/6
March 2017 [3]  902/23 906/2 909/4
Marianna [14]  754/5 755/14 793/11 793/18 807/21 827/8 827/12 829/24 830/9 830/12 872/18 873/5 881/22 884/24
Marianna's [1]  889/1
MARK [4]  729/14 737/3 737/14 777/8
marked [2]  739/3 870/19
marketing [1]  788/16
Marking [1]  880/1
marks [1]  878/17
marry [1]  874/2
marshal [1]  857/6
match [1]  781/1
material [14]  809/16 835/1 841/3 864/14 865/3 871/8 902/24 906/23 908/25 909/1 913/7 913/9 913/11 913/16
matter [7]  740/18 743/12 743/13 781/11 781/11 811/17 818/12
matters [6]  741/3 741/4 758/16 847/21 851/11 912/7
mattress [1]  870/12
maturity [2]  746/14 904/14
May 14 [1]  914/6
mean [21]  740/19 744/21 750/8 751/3 763/14 777/7 777/7 785/18 806/14 814/7 815/15 822/7 823/15 826/14 826/25 828/11 829/22 867/12 876/19 903/7 913/13
meaning [2]  892/1 892/11
meanings [1]  876/9
means [3]  806/15 899/19 911/18
meant [2]  875/20 905/9
measure [1]  826/18
measuring [1]  826/19
mechanical [1]  729/25
media [4]  833/21 866/21 911/13 911/19
meet [23]  743/11 743/25 748/16 754/11 760/20 760/20 784/12 794/16 795/25 796/3 820/18 831/20 833/8 833/8 834/22 840/2 893/7 893/8 901/6 903/3 903/6 903/14 905/1
meeting [10]  768/13 806/13 834/23 837/20 838/22 838/24 857/24 894/13 905/10 905/20
meetings [8]  748/6 748/9

**M**

**meetings... [6]** 748/21
761/10 784/11 786/12 786/14
796/5
**member [20]** 747/14 748/24
754/25 755/6 755/25 756/2
756/4 756/6 756/8 756/10
756/12 756/14 756/16 758/8
795/3 795/5 795/7 834/11
845/10 845/13
**members [42]** 737/21 741/7
741/12 741/13 742/23 743/25
749/22 752/9 752/14 752/25
753/23 757/10 757/20 761/6
761/14 761/17 764/9 765/18
766/16 770/13 783/3 783/20
784/5 785/15 786/22 793/24
794/16 800/22 805/2 805/17
830/16 831/9 831/13 843/22
849/18 852/22 855/21 863/16
867/10 868/15 903/11 911/8
**membership [1]** 795/6
**memory [3]** 786/1 813/16
905/23
**men [32]** 790/23 791/15
791/19 791/22 792/1 792/19
796/15 796/17 796/19 799/19
799/21 800/1 800/8 800/10
800/15 805/17 806/13 807/2
807/11 809/24 809/25 810/1
811/2 811/17 813/2 813/6
813/9 814/8 818/11 820/4
896/20 896/22
**men's [2]** 790/19 790/21
**mental [1]** 899/23
**mention [4]** 805/4 805/11
805/14 816/7
**mentioned [24]** 749/3 751/25
754/1 758/8 760/24 764/7
767/7 780/9 787/12 790/15
793/19 794/11 799/11 809/13
831/11 834/3 835/16 842/6
866/3 867/5 877/7 877/24
894/17 908/23
**mentioning [1]** 911/17
**mentions [1]** 875/18
**mentor [3]** 907/7 907/11
907/17
**mentored [3]** 761/15 761/21
842/22
**mentoring [2]** 758/16 842/17
**mentors [1]** 749/25
**message [5]** 773/15 792/18
792/22 793/11 793/17
**messaging [1]** 771/11
**messed [3]** 826/20 826/22
876/9
**messy [1]** 837/11
**met [7]** 740/10 748/17 796/1
833/3 840/3 840/11 902/10
**metaphor [3]** 809/12 810/4
823/10
**methods [1]** 771/15
**Mexican [3]** 776/8 866/14
869/7
**Mexico [21]** 753/13 768/1
768/4 768/11 768/21 769/19

770/9 770/8 776/11 843/25
866/3 866/6 866/7 866/8
866/10 866/12 866/23 867/5
867/7 867/11 867/14
**MICHAEL [2]** 729/22 737/5
**mid [1]** 864/9
**mid-game [1]** 864/9
**middle [4]** 873/7 873/8
874/10 881/7
**midmorning [1]** 801/17
**midnight [1]** 893/9
**might [15]** 750/14 760/20
760/20 771/10 779/12 795/6
809/13 815/24 826/5 841/19
865/7 865/11 891/24 902/10
905/8
**Mike [2]** 791/10 799/2
**Mike Baker [2]** 791/10 799/2
**militarized [1]** 817/9
**military [1]** 809/11
**million [1]** 798/5
**mind [19]** 796/10 797/19
830/6 848/10 848/18 848/18
855/6 855/9 859/11 859/17
859/18 860/25 861/6 861/6
861/14 863/19 863/23 863/25
900/11
**mine [2]** 775/19 775/20
**mini [1]** 877/10
**mini-DV [1]** 877/10
**minimizing [2]** 776/14 777/1
**minor [1]** 737/24
**minute [7]** 782/13 801/22
810/24 873/18 879/17 880/10
887/21
**minutes [29]** 779/15 801/15
810/24 851/9 877/1 877/25
878/10 878/15 879/4 880/14
881/12 881/20 882/4 882/5
882/8 882/13 883/2 883/13
885/4 885/8 885/21 886/2
886/6 886/7 887/5 887/20
888/5 912/17 913/10
**misimpression [2]** 855/24
857/17
**misleading [2]** 857/13 859/4
**misogynistic [1]** 814/5
**misogyny [2]** 814/11 818/24
**missed [1]** 769/20
**missing [2]** 794/4 794/8
**mission [1]** 789/14
**misusing [1]** 813/5
**mobilized [1]** 794/3
**model [1]** 835/23
**models [1]** 825/1
**modes [1]** 770/16
**modifications [1]** 815/12
**MOIRA [2]** 729/13 737/3
**moment [10]** 772/16 773/11
790/21 792/9 797/7 819/19
832/20 835/24 878/5 907/4
**money [18]** 742/17 757/21
762/20 762/25 767/1 767/3
767/5 797/11 798/8 800/11
800/17 800/19 806/16 806/17
806/19 806/20 806/21 910/15
**Monica [3]** 756/8 826/8 840/6
**monies [5]** 741/14 742/1

742/13 742/16 768/20
**monitors [1]** 849/18
**Monkey [3]** 888/24 889/1
889/2
**Monterrey [1]** 866/8
**month [6]** 792/3 796/20
820/19 874/6 902/1 906/2
**monthly [1]** 791/25
**morale [1]** 751/1
**morning [11]** 737/4 737/7
737/8 737/10 737/21 737/22
738/20 738/21 852/4 912/3
912/11
**Morrison [2]** 755/23 755/24
**most [12]** 750/22 751/1 776/7
809/24 831/11 838/2 856/8
857/5 893/11 909/14 909/16
912/17
**mostly [8]** 771/5 771/5
794/13 794/14 796/21 814/22
835/5 843/19
**motel [1]** 787/25
**mother [2]** 840/6 900/25
**motion [1]** 851/8
**move [8]** 763/15 782/8 836/2
881/1 889/18 901/13 901/19
912/21
**moved [7]** 781/6 782/17 836/3
836/9 836/21 900/20 905/13
**movement [3]** 790/19 790/21
790/21
**movie [4]** 759/25 765/11
782/12 821/2
**movies [1]** 760/1
**moving [5]** 762/19 801/16
803/22 901/12 901/21
**Mr. Agnifilo [3]** 858/21
862/19 913/2
**Mr. Betancourt [1]** 747/14
**Mr. Lesko [8]** 738/14 744/19
754/19 802/8 852/14 853/5
862/25 912/15
**Mr. Myers [1]** 773/11
**Mr. Raniere [5]** 741/3 741/17
855/25 894/13 894/15
**Mr. Raniere's [2]** 741/12
877/15
**Mr. Reccoppa [1]** 738/7
**Mr. Vicente [28]** 738/20
805/11 847/3 848/7 848/10
848/17 849/11 851/17 852/24
853/9 854/6 856/17 857/16
858/1 859/3 859/12 859/18
860/13 861/10 861/14 863/5
863/19 863/23 890/4 894/10
894/18 896/4 913/8
**Mr. Vicente's [6]** 855/6
855/9 860/25 861/14 863/19
863/23
**Ms. Carbi [5]** 878/9 880/9
882/4 884/18 885/20
**Ms. Carby [2]** 872/2 888/4
**Ms. Mack [1]** 833/4
**Ms. Penza [1]** 858/23
**music [1]** 869/23
**musician [1]** 835/4
**must [3]** 841/24 911/12
911/21

## M

**MV [4]**   739/5 739/23 739/25 740/2
**Myers [4]**   773/6 773/8 773/11 773/17
**Myers' [1]**   773/12
**mystery [5]**   772/18 796/23 796/25 843/6 897/19

## N

**N-E-I-L [1]**   740/21
**name [14]**   740/22 769/10 769/12 785/10 799/17 812/13 831/4 831/5 836/22 845/7 845/15 853/10 868/23 889/3
**name that [1]**   889/3
**named [12]**   764/22 764/24 774/7 789/7 790/15 819/7 827/18 827/22 839/20 844/2 863/9 910/7
**namely [1]**   852/22
**names [7]**   755/14 804/5 804/6 811/3 815/17 815/19 854/20
**Nancy [31]**   742/12 743/22 743/23 746/4 747/2 747/20 748/1 748/4 748/19 751/18 752/3 756/2 760/21 766/3 768/15 772/19 773/25 774/13 784/4 784/17 820/7 890/12 890/13 899/4 899/6 899/9 899/15 899/17 903/7 907/1 909/2
**Nancy's [1]**   899/9
**narration [1]**   869/13
**narrow [1]**   861/6
**narrowly [1]**   859/16
**Natalie [1]**   787/16
**nation [1]**   888/15
**nature [8]**   741/24 774/19 805/13 806/3 813/15 821/11 891/17 901/17
**naturopathic [1]**   819/13
**near [1]**   744/4
**nebula [1]**   879/2
**necessarily [9]**   751/9 751/10 753/19 763/6 780/1 807/19 815/14 842/17 849/8
**need [19]**   738/10 763/23 763/23 763/25 764/1 768/20 770/7 789/5 817/14 821/12 838/19 843/12 843/12 848/21 862/8 893/5 905/14 905/14 913/10
**needed [6]**   750/18 836/20 836/21 836/23 839/14 843/15
**needs [4]**   764/1 764/3 829/13 838/15
**negative [2]**   745/3 910/17
**negatively [1]**   744/13
**Negro [6]**   791/11 796/24 798/16 798/22 893/2 902/6
**neighbor [4]**   766/1 766/3 766/3 766/5
**Neil [3]**   740/21 740/24 740/25
**net [3]**   765/13 765/23 798/7
**net-worth [2]**   765/13 765/23

**network [4]**   793/3 793/24 794/2 794/5
**never [10]**   745/17 772/23 774/18 775/15 782/20 787/23 797/19 798/10 809/24 829/9
**New York [2]**   900/16 910/16
**newspapers [2]**   786/9 911/13
**next [24]**   730/2 782/22 797/6 800/6 802/20 804/17 807/16 815/16 816/9 844/20 846/10 853/4 853/19 859/7 862/10 874/14 886/10 893/16 895/2 900/21 901/9 902/1 906/25 912/24
**NGG [1]**   729/2
**NICHOLAS [1]**   729/8
**Nick [1]**   789/7
**nickname [1]**   889/1
**nicknames [5]**   811/3 811/24 811/25 813/15 815/13
**Nicky [3]**   763/21 827/13 827/17
**Nicole [6]**   789/9 789/10 789/12 789/13 789/25 790/2
**night [4]**   793/13 796/2 796/10 896/5
**night's [1]**   912/4
**nine [13]**   741/7 741/10 741/17 742/3 742/24 743/2 743/15 744/8 745/7 745/11 745/13 745/23 887/20
**nobility [1]**   790/22
**nobody [2]**   772/14 794/9
**nobody's [2]**   857/8 857/9
**non [4]**   854/5 857/20 858/8 858/11
**non-coconspirator [2]**   857/20 858/11
**non-coconspirators [2]**   854/5 858/8
**nonetheless [1]**   904/18
**nonmembers [1]**   783/4
**noon [1]**   792/18
**normal [2]**   803/17 810/17
**normalized [1]**   815/19
**note [2]**   809/3 845/15
**noted [1]**   851/2
**notes [1]**   815/6
**nothing [7]**   793/22 803/10 804/13 894/24 896/9 905/25 913/22
**November [2]**   897/5 897/7
**November 2016 [1]**   897/7
**nude [1]**   849/13
**number [29]**   741/19 751/22 752/21 762/9 762/19 764/20 768/4 775/14 777/10 777/18 792/23 799/22 814/19 820/21 826/8 826/9 826/22 853/2 865/6 866/20 867/14 867/16 868/10 868/16 869/9 870/4 893/3 899/14 902/2
**NXIVM [82]**   741/6 741/10 742/4 742/14 742/23 744/11 745/6 745/11 745/23 748/12 748/14 750/7 750/20 751/5 752/1 752/7 753/4 758/22 759/7 759/17 761/18 762/8

763/12 763/13 764/16 766/13 766/16 767/7 767/13 767/14 768/11 769/1 769/7 769/15 769/22 770/13 770/14 770/17 773/2 775/7 778/5 780/10 783/3 783/4 783/19 784/7 784/20 785/15 786/3 786/16 786/16 786/19 786/22 787/18 789/15 820/6 822/25 829/2 830/16 831/9 831/13 833/10 838/8 838/9 840/18 843/7 848/13 866/3 866/10 866/12 867/18 867/24 868/12 868/15 894/20 897/5 897/8 898/25 899/24 899/24 902/7 902/8
**NXIVM's [2]**   866/14 866/23
**NXIVM-related [3]**   767/13 784/20 843/7
**NXIVMs [1]**   786/22

## O

**oath [3]**   738/15 802/10 862/24
**obedience [1]**   753/16
**obedient [2]**   818/11 904/15
**obeyed [1]**   820/2
**object [17]**   742/25 752/11 754/16 768/8 775/2 786/25 796/8 797/18 797/19 797/20 817/23 828/4 830/21 845/24 847/15 856/23 899/1
**objected [1]**   898/18
**objection [11]**   739/24 745/8 786/17 786/23 803/5 804/4 846/2 850/13 850/14 858/4 871/15
**objective [1]**   824/24
**obligation [2]**   898/17 913/15
**oblivion [1]**   902/19
**observation [1]**   894/22
**observe [1]**   819/23
**observed [2]**   894/13 894/22
**observing [1]**   811/10
**obsessed [1]**   826/17
**obsession [2]**   823/9 825/1
**obsessive [2]**   826/20 875/19
**obtained [1]**   764/10
**occur [3]**   750/18 751/16 751/17
**occurred [10]**   730/1 791/20 799/24 820/9 829/10 845/1 847/21 890/5 894/1 912/7
**occurring [3]**   749/6 837/7 903/24
**Odato [2]**   786/10 881/13
**offer [4]**   741/17 807/17 848/16 871/13
**offered [12]**   739/22 807/11 837/22 852/21 852/23 853/11 855/6 856/1 861/1 863/20 874/2 899/6
**offering [5]**   848/6 848/15 848/19 858/21 894/21
**office [5]**   729/11 828/22 870/6 870/16 901/8
**Officer [2]**   912/22 912/23
**Officer Fontanelli [2]**   912/22 912/23

**O**

Official [1]  787/3
officially [2]  757/4 898/11
offset [1]  757/18
often [11]  748/9 752/17
752/22 761/8 765/15 770/6
770/7 770/12 786/4 795/25
821/12
old [7]  746/21 746/24 747/1
777/25 906/23 908/24 909/1
older [1]  810/5
Omar [2]  903/8 905/7
omitted [1]  803/20
one's [2]  778/12 778/13
one-on-one [1]  761/7
online [2]  767/16 768/4
open [49]  737/1 752/2 752/3
752/4 756/25 757/3 757/4
758/4 781/7 781/10 781/19
805/1 847/1 848/2 848/3
851/3 875/6 875/15 876/1
876/12 876/23 877/18 878/7
878/11 878/23 879/6 879/14
880/7 880/11 880/24 881/3
881/9 881/17 882/1 882/6
882/10 882/22 883/10 883/17
884/2 884/16 884/20 885/2
885/6 885/9 885/18 885/24
886/8 896/1
opened [2]  751/25 812/22
opening [2]  750/16 812/24
operated [2]  763/4 866/3
operating [1]  890/23
operation [1]  866/23
operations [1]  791/12
opinion [5]  752/25 814/2
814/10 817/21 826/16
opportunity [1]  757/2
opposed [3]  810/17 835/23
913/9
opposite [3]  818/25 891/8
903/22
oppressive [1]  903/24
option [2]  800/15 800/18
oracle [2]  891/14 891/15
orange [3]  758/5 902/3
902/11
Orange County [2]  902/3
902/21
order [7]  770/4 830/5 871/21
875/19 875/23 876/5 876/8
orders [2]  818/12 820/2
ordinary [1]  803/15
Oregon [1]  824/22
organization [9]  821/15
848/14 890/19 891/21 891/25
898/12 898/16 905/3 908/21
organizational [1]  759/8
orient [1]  849/18
oriented [1]  874/4
originally [4]  779/17 791/10
807/12 834/17
outings [2]  751/16 751/17
outperformed [2]  820/3 820/4
outside [10]  750/9 759/8
762/21 763/13 847/21 893/9
896/6 911/15 911/22 912/7

outstanding [3]  772/22 773/9
913/18
overall [1]  749/8
overcome [2]  782/9 782/10
overcompensating [2]  821/5
821/7
Overruled [1]  797/22
overseeing [3]  760/14 760/15
777/11
owed [3]  741/14 742/13
742/16
own [7]  756/25 758/4 795/21
806/2 867/22 868/23 883/23
owned [5]  751/19 795/19
795/20 868/19 868/22
owner [3]  796/7 796/9 796/11
owners [1]  866/24
owning [1]  892/12

**P**

p.m [11]  737/25 738/1 738/2
738/4 792/18 792/22 851/2
862/19 862/20 913/23 914/5
packing [1]  902/25
Padilla [3]  756/12 826/8
827/4
pages [4]  788/20 788/21
788/23 789/12
paid [14]  762/11 767/13
796/21 797/1 797/3 797/5
799/11 800/23 801/11 806/8
806/17 910/16 910/17 910/17
pain [4]  779/8 779/10 779/15
780/5
pale [2]  823/16 908/4
Pam [15]  755/14 755/17
755/17 795/20 795/21 796/7
807/20 830/9 830/14 868/9
872/17 873/6 880/4 889/3
897/7
Pam's [1]  897/8
panned [1]  877/4
pantomiming [1]  876/21
paper [1]  748/3
papers [1]  793/20
paralegal [2]  729/22 737/6
parallel [1]  861/21
Park [6]  836/2 836/4 836/8
843/8 900/19 901/6
part [24]  747/4 747/16
747/17 758/12 759/18 770/14
778/25 779/21 781/4 801/3
814/14 828/10 828/13 835/12
837/9 841/1 848/14 854/1
860/18 881/15 894/9 894/20
894/21 896/23
participant [1]  769/16
participants [5]  767/8
767/13 767/20 767/23 769/15
participate [8]  743/14
749/17 767/13 794/12 808/4
901/23 902/2 906/2
participated [1]  815/21
Participating [1]  784/20
participation [1]  818/20
particular [17]  755/15 766/4
771/3 784/17 786/11 814/18
817/4 824/5 838/12 838/12

840/15 848/15 849/2 875/22
875/23 875/24 905/4
particularly [3]  751/5 812/9
849/20
parties [3]  749/21 751/21
752/3
partnered [2]  758/6 868/25
parts [1]  860/9
party [1]  838/14
passed [2]  743/7 788/22
passive [1]  767/5
past [1]  740/7
path [10]  752/24 767/1 767/2
778/13 781/5 781/6 781/20
820/10 834/7 908/1
paths [1]  754/14
PAUL [2]  729/20 737/9
pause [19]  832/1 860/6
871/24 872/11 880/13 881/11
882/3 882/8 882/12 883/12
883/19 884/4 885/4 885/11
886/1 887/9 887/19 888/12
888/21
pay [11]  759/6 763/10 767/14
768/5 778/10 785/10 795/5
798/12 800/16 806/16 868/15
paying [5]  757/10 757/13
777/6 795/5 799/19
payment [1]  768/4
payments [4]  767/8 767/10
767/11 767/25
peculiar [1]  892/21
penance [5]  779/10 779/17
779/23 780/1 801/11
penances [4]  779/4 779/6
779/7 779/21
penitence [3]  826/20 893/10
896/10
PENZA [3]  729/13 737/3
858/23
people's [2]  891/7 891/17
peppered [1]  809/17
percent [6]  757/17 766/22
781/9 797/15 797/17 797/24
percentage [4]  796/15 796/19
797/10 797/14
percentages [1]  796/22
perception [2]  745/13 745/15
perfectly [1]  858/5
performance [2]  835/5 835/7
perhaps [3]  759/14 799/22
820/19
period [2]  825/19 829/2
periods [1]  811/22
perjury [1]  768/10
permanently [2]  793/22
901/21
permitting [3]  855/3 860/23
863/16
person [51]  744/23 745/1
747/12 748/19 750/25 750/25
757/5 759/13 759/14 760/3
760/20 761/3 766/1 766/7
778/6 778/18 779/16 780/16
780/18 780/18 780/20 780/23
780/25 783/10 783/15 789/7
793/18 794/10 815/1 819/7
838/10 839/7 839/20 841/18

**P**

person... **[17]**   844/2 856/18
856/19 856/19 856/19 863/18
866/15 881/23 891/16 892/9
892/10 902/10 905/4 906/13
907/12 908/18 910/7
person's **[1]**   766/13
personal **[6]**   758/14 758/19
761/22 768/9 803/10 803/17
personality **[1]**   776/24
personally **[4]**   743/5 761/14
761/21 785/12
persons **[1]**   855/5
perspective **[2]**   818/1 858/15
Peters **[1]**   756/16
Philadelphia **[1]**   741/1
philosophical **[1]**   791/15
philosophically **[1]**   741/21
philosophies **[1]**   760/2
philosophy **[2]**   870/3 892/13
phone **[15]**   729/23 752/20
760/19 770/20 771/10 807/21
864/3 869/9 869/11 880/18
882/16 883/14 883/20 909/6
911/17
photo **[3]**   869/19 889/7 889/8
photograph **[8]**   819/10 820/14
824/17 827/3 827/11 827/16
836/12 839/25
photographing **[1]**   869/3
photographs **[9]**   814/21
849/13 849/14 849/16 849/19
849/23 850/3 869/16 873/20
photography **[2]**   868/6 869/12
physical **[10]**   749/5 760/6
760/7 808/18 809/20 820/3
822/25 832/6 866/6 866/7
physically **[3]**   831/16 832/8
832/17
pick **[1]**   776/23
picked **[2]**   843/12 843/12
picking **[1]**   881/13
picture **[1]**   830/6
piece **[2]**   848/12 906/15
piecemeal **[1]**   855/18
piecing **[1]**   894/18
piggy **[1]**   875/3
pill **[1]**   825/21
PIs **[2]**   788/2 788/5
Pixel **[1]**   901/8
pixilated **[2]**   849/13 850/16
pizza **[1]**   823/11
place **[6]**   740/12 768/1
774/24 841/19 842/2 868/13
places **[2]**   801/9 896/12
Plaintiff **[1]**   729/4
plan **[2]**   782/9 782/17
plank **[1]**   815/16
planking **[1]**   815/15
planks **[3]**   810/23 811/20
811/22
platform **[1]**   765/14
platforms **[1]**   771/25
play **[4]**   871/21 879/13
884/19 886/7
played **[36]**   872/10 873/2
873/12 874/12 875/6 875/15

876/1 876/23 876/23 877/18
878/7 878/11 878/23 879/6
879/14 880/7 880/11 880/24
881/3 881/9 881/17 882/1
882/6 882/10 882/22 883/10
883/17 884/2 884/16 884/20
885/2 885/6 885/9 885/18
885/24 886/8
player **[2]**   877/9 877/10
plays **[10]**   887/2 887/7
887/17 888/2 888/6 888/10
888/20 889/16 889/20 889/24
Plaza **[2]**   729/12 901/9
pocket **[1]**   757/14
podcasts **[1]**   911/14
poetry **[1]**   777/18
point **[51]**   738/12 757/11
757/13 758/5 758/23 758/24
762/9 767/2 772/6 772/25
774/11 776/13 776/17 781/20
783/24 784/10 793/19 794/4
798/4 798/8 798/25 799/5
806/10 809/6 812/2 817/9
818/11 821/12 822/24 823/15
824/21 828/14 828/20 832/1
836/20 837/20 838/4 838/4
848/25 854/8 858/10 858/24
859/5 865/7 880/14 890/22
900/6 900/14 900/18 901/7
906/21
pointing **[1]**   879/25
points **[1]**   872/2
poke **[1]**   864/4
poked **[2]**   864/6 864/22
police **[1]**   787/23
policies **[3]**   749/5 749/6
750/3
policy **[5]**   749/7 749/10
749/12 749/15 750/9
political **[4]**   759/14 765/23
784/8 784/21
politics **[1]**   784/12
poorly **[3]**   814/10 890/20
903/18
porch **[1]**   896/6
portion **[2]**   787/2 849/2
portions **[1]**   849/14
position **[6]**   743/20 778/8
778/22 857/8 857/9 861/5
positions **[1]**   752/14
positon **[1]**   752/9
possible **[2]**   826/17 878/10
possibly **[3]**   743/24 778/10
902/8
posted **[5]**   788/19 788/20
788/23 789/4 790/6
potential **[6]**   741/4 755/7
757/7 762/18 778/20 857/24
potentially **[4]**   757/9 757/21
818/11 889/9
power **[2]**   784/8 899/12
powerful **[1]**   866/19
PR **[1]**   759/13
practical **[1]**   809/17
practice **[1]**   865/21
praised **[2]**   745/25 746/3
pre **[2]**   768/3 836/6
pre-2013 **[1]**   836/6

precise **[7]**   753/17 785/1
785/22 786/1 853/24 870/25
883/7
precisely **[3]**   785/4 786/2
792/22
predate **[1]**   777/24
prefer **[1]**   854/13
preferred **[1]**   798/21
prejudicial **[1]**   894/9
presence **[3]**   803/2 847/21
912/7
present **[6]**   729/22 737/1
784/11 808/20 808/22 851/3
presentation **[4]**   835/7 840/7
840/9 840/9
presentations **[1]**   840/5
president **[1]**   785/23
presidential **[1]**   784/24
presidents **[1]**   866/20
press **[1]**   759/4
pressing **[1]**   909/20
prestigious **[1]**   866/18
pretty **[8]**   748/19 753/14
816/4 838/2 854/6 889/4
892/12 892/18
previously **[10]**   737/14 783/6
790/15 799/11 820/5 830/8
833/2 867/24 874/4 878/13
pride **[22]**   775/8 775/16
775/21 775/23 776/4 777/9
777/12 777/13 777/16 778/4
778/21 778/24 781/16 781/18
814/25 821/9 821/13 821/15
821/17 821/20 821/23 828/11
prideful **[11]**   765/3 775/13
776/1 777/6 777/9 778/2
778/7 778/14 778/18 811/14
814/24
princess **[1]**   812/3
principal **[1]**   823/6
principles **[1]**   766/11
privacy **[1]**   836/23
private **[14]**   752/3 755/15
761/10 761/11 787/18 787/24
788/20 788/21 788/23 828/17
828/18 836/21 865/14 867/22
privates **[1]**   809/12
privilege **[2]**   752/10 752/15
privy **[2]**   780/24 786/12
problem **[33]**   745/16 766/5
774/6 775/21 778/21 779/25
780/4 780/14 780/19 781/1
781/13 789/5 797/5 801/7
805/19 806/3 821/2 821/6
821/8 821/13 821/14 839/3
839/3 839/14 850/15 861/4
865/12 891/25 900/9 900/9
900/11 904/2 908/21
problematic **[1]**   782/7
problems **[4]**   765/4 892/10
900/7 910/4
procedure **[2]**   803/22 850/1
proceedings **[3]**   729/25
801/25 914/5
process **[7]**   778/25 848/10
858/7 858/9 911/23 912/2
913/12
proctor **[10]**   756/22 756/24

**P**

**proctor... [8]**  758/5 777/10
 783/25 799/25 822/14 833/12
 833/22 908/13
**proctors [3]**  777/11 820/12
 903/4
**produced [1]**  729/25
**production [1]**  901/8
**Proffering [1]**  860/5
**program [8]**  777/10 778/16
 778/17 814/2 814/12 815/10
 819/15 833/19
**programs [9]**  763/13 767/14
 767/20 767/25 769/15 769/16
 800/20 840/18 866/14
**progress [1]**  834/7
**progressing [1]**  781/4
**project [3]**  774/4 786/13
 839/4
**projects [2]**  820/21 836/24
**promoted [6]**  745/25 752/22
 756/18 756/22 833/22 833/25
**promoting [1]**  891/7
**promotion [3]**  746/10 755/1
 834/5
**promotions [2]**  746/12 754/2
 777/6
**proper [1]**  777/6
**properties [5]**  867/25 868/16
 868/19 868/20 869/1
**property [1]**  879/10
**proposal [1]**  856/24
**propose [1]**  853/1
**proposed [5]**  849/1 849/23
 850/15 859/1 860/14
**props [1]**  811/4
**prosecuted [1]**  740/9
**prosecutors [1]**  740/7
**protect [5]**  764/16 801/4
 801/6 818/23 821/12
**Protection [1]**  779/9
**protectors [23]**  772/9 790/16
 790/19 791/5 791/9 791/13
 791/17 794/12 795/9 795/18
 795/21 796/8 796/13 798/3
 798/15 799/1 806/6 807/11
 808/11 808/12 817/5 893/1
 896/17
**provide [2]**  740/5 783/19
**provides [1]**  740/6
**psychology [2]**  837/17 870/3
**public [8]**  747/21 764/16
 791/14 828/18 835/5 849/19
 850/7 850/8
**publish [6]**  738/25 849/17
 850/3 850/6 850/6 850/7
**published [4]**  740/4 747/11
 757/24 761/2
**publishing [1]**  850/7
**pull [2]**  793/21 879/9
**pulled [2]**  789/21 883/4
**punch [1]**  884/14
**punish [3]**  899/16 899/17
 899/19
**punished [1]**  899/21
**punisher [1]**  899/22
**punishment [1]**  811/21
**punishments [1]**  811/20

**purchase [1]**  869/1
**purchased [2]**  868/17 868/20
**purely [2]**  868/9 871/8
**purported [1]**  890/18
**purpose [6]**  794/3 855/10
 858/5 859/22 859/24 860/1
**pushed [6]**  777/1 810/6 810/6
 810/6 810/10 837/13
**pushes [1]**  884/8
**pushing [1]**  810/10
**pushup [1]**  810/24
**pushups [1]**  780/5
**put [16]**  766/8 767/3 768/5
 768/7 774/4 777/9 791/25
 800/2 806/15 821/2 825/25
 841/10 843/14 883/6 884/7
 884/7
**putting [2]**  780/17 789/6

**Q**

**qualifications [1]**  754/11
**qualified [1]**  795/7
**qualify [1]**  762/8
**quarter [1]**  768/20
**questioned [1]**  843/5
**questioning [1]**  828/19
**questionnaire [1]**  912/1
**questions [15]**  752/17 763/5
 772/24 773/1 792/1 792/3
 792/12 799/23 803/20 810/19
 828/15 828/18 854/9 855/12
 862/11
**quick [1]**  893/14
**quiet [3]**  784/22 816/4
 905/18
**quite [12]**  748/9 787/25
 825/25 829/11 839/21 889/6
 890/20 891/8 897/12 899/10
 899/10 908/16

**R**

**rabbit [1]**  843/11
**race [4]**  784/24 785/2 785/3
 785/6
**races [1]**  785/2
**radio [1]**  911/14
**rah [2]**  788/17 788/17
**rah-rah [1]**  788/17
**raid [1]**  793/10
**rail [1]**  823/15
**raise [2]**  784/20 849/7
**raised [4]**  808/8 808/9
 849/21 870/11
**raising [1]**  851/10
**ran [5]**  760/13 785/23 791/2
 792/21 902/3
**random [4]**  793/6 793/7
 793/11 793/17
**ranging [1]**  898/25
**RANIERE [86]**  729/6 741/3
 741/17 742/6 742/11 743/22
 745/16 746/2 746/5 747/20
 747/25 748/4 749/16 750/8
 754/6 758/16 762/3 766/6
 766/7 766/9 772/21 773/5
 774/11 774/14 774/25 776/14
 776/25 777/22 777/24 779/24
 787/21 790/25 791/6 791/20

 792/4 792/13 794/22 795/22
 798/4 798/18 798/20 799/24
 801/10 807/8 807/17 808/2
 810/15 811/10 813/25 814/13
 814/20 816/2 816/6 817/12
 819/15 821/16 822/22 824/15
 828/15 833/9 834/8 834/22
 840/25 841/17 844/13 847/10
 852/17 855/25 864/6 868/11
 869/1 869/10 872/19 889/3
 891/12 893/2 894/3 894/13
 894/15 898/15 900/3 900/5
 901/16 902/24 904/3 906/21
**Raniere's [2]**  741/12 877/15
**rank [13]**  745/25 751/10
 754/7 755/8 762/1 763/7
 766/18 766/20 766/25 781/1
 781/22 828/16 828/16
**ranked [1]**  761/23
**ranking [12]**  753/20 759/9
 766/13 766/16 778/5 833/14
 904/8 904/9 904/11 904/13
 904/19 904/23
**ranks [4]**  758/22 780/22
 891/22 897/21
**rather [2]**  820/1 902/20
**raw [1]**  871/4
**reach [1]**  793/14
**reached [1]**  757/16
**reaction [3]**  819/23 828/9
 904/24
**read [15]**  754/21 758/18
 777/19 787/1 787/2 856/24
 857/10 862/1 862/3 875/11
 875/12 888/15 911/12 911/22
 913/10
**readily [1]**  822/7
**readiness [6]**  792/15 792/16
 793/6 793/7 793/7 793/17
**readjusting [1]**  881/22
**ready [11]**  792/17 792/22
 793/1 793/3 793/8 793/12
 822/7 822/8 822/10 850/11
 897/17
**real [3]**  780/25 790/12
 839/14
**reality [3]**  813/1 813/2
 813/3
**realization [2]**  903/16
 903/16
**realize [9]**  759/4 780/17
 817/15 829/10 830/7 865/21
 903/25 905/22 909/23
**realized [4]**  759/5 898/15
 907/16 909/3
**realizing [1]**  896/20
**really [39]**  754/6 765/15
 766/5 774/23 776/17 778/21
 798/10 798/10 806/11 807/22
 807/22 809/25 810/1 813/13
 818/24 819/3 821/17 823/25
 824/2 823/13 829/14 829/15
 829/25 839/15 843/4 843/23
 858/15 859/14 860/22 865/18
 891/7 891/7 892/25 896/22
 897/14 901/12 905/9 905/22
 910/3
**rears [1]**  813/20

**R**

**reason [8]** 770/7 798/2 818/5 838/6 859/14 883/4 899/9 910/20
**reasons [2]** 823/4 825/9
**Reccoppa [1]** 738/7
**receive [4]** 786/21 792/4 793/21 892/8
**received [12]** 739/25 740/2 746/11 754/1 764/12 767/8 767/9 767/11 767/25 797/17 871/17 871/19
**recess [2]** 801/25 850/21
**recognize [12]** 739/8 747/12 761/3 776/24 824/17 827/3 836/12 839/25 870/24 871/2 873/15 903/19
**recollection [4]** 755/13 806/10 813/25 903/7
**reconstituted [1]** 799/9
**record [9]** 747/22 787/2 803/1 803/7 803/25 804/3 846/2 872/6 873/17
**recorded [2]** 729/25 809/5
**recording [9]** 792/4 868/6 872/10 872/12 873/2 873/4 873/12 873/14 874/12
**recounting [1]** 847/3
**recreation [1]** 869/11
**recruit [2]** 765/6 765/18
**recruited [1]** 845/10
**recruiting [1]** 765/5
**recut [1]** 821/2
**reedited [1]** 790/6
**refer [2]** 769/6 888/24
**reference [6]** 754/20 806/8 876/8 884/5 884/5 884/9
**referencing [2]** 755/15 881/14
**referred [7]** 750/10 750/12 757/25 758/17 799/5 807/20 839/20
**referring [5]** 744/1 826/7 883/21 883/22 888/25
**refused [1]** 857/2
**regard [1]** 851/17
**regarding [16]** 741/17 742/13 743/12 743/15 762/7 762/16 791/4 805/13 820/23 837/5 852/15 853/7 855/20 857/20 861/24 894/19
**regularly [1]** 748/16
**regulations [1]** 808/17
**rehabilitate [1]** 774/21
**rehabilitated [1]** 775/5
**relate [1]** 782/4
**related [13]** 751/8 755/8 767/7 767/13 771/6 775/25 784/2 784/20 803/19 837/6 838/11 843/7 913/7
**relates [1]** 738/22
**relating [1]** 741/3
**relations [2]** 831/9 831/14
**relationship [10]** 758/15 758/19 784/17 820/20 826/5 829/11 830/1 840/12 840/13 842/7

**relationships [2]** 753/24 829/4
**release [2]** 745/20 865/11
**relevant [4]** 855/5 860/25 863/18 894/8
**religion [1]** 890/23
**religious [1]** 891/17
**remain [1]** 758/12
**remaining [2]** 743/19 840/20
**remember [29]** 743/9 763/20 763/22 764/2 764/5 783/24 804/2 808/15 815/24 817/12 833/23 833/24 833/25 836/7 840/4 841/14 841/17 841/23 842/21 843/3 844/12 850/4 862/5 865/18 865/20 868/22 884/10 897/10 897/13
**remembered [2]** 803/20 839/18
**remembering [2]** 785/4 785/25
**remind [4]** 738/15 746/24 820/6 911/8
**reminded [2]** 802/10 862/23
**remove [6]** 789/5 789/6 789/11 789/16 789/19 790/2
**Reniere [1]** 737/10
**rent [1]** 757/15
**repaid [1]** 800/19
**repay [1]** 800/10
**repeat [2]** 811/8 815/18
**repeatedly [1]** 864/22
**rephrase [2]** 828/6 830/23
**replace [2]** 789/23 804/4
**replicate [3]** 815/5 815/7 815/10
**report [2]** 760/12 793/1
**reported [1]** 768/23
**Reporter [2]** 729/23 787/3
**representation [1]** 882/16
**represented [1]** 740/14
**representing [2]** 740/20 741/2
**request [2]** 795/22 856/24
**requested [3]** 787/2 789/20 857/2
**requests [1]** 749/6
**required [4]** 781/7 781/20 865/3 870/11
**requirement [2]** 755/4 799/18
**requirements [1]** 781/23
**research [4]** 797/25 911/2 911/14 911/24
**reservation [1]** 818/4
**reside [1]** 836/8
**resided [1]** 830/9
**residence [3]** 836/14 900/22 900/24
**residential [1]** 819/17
**resigned [2]** 898/11 899/24
**resistance [1]** 781/16
**resistant [1]** 780/15
**resolve [1]** 849/8
**respect [6]** 750/22 761/19 763/9 764/15 838/19 858/7
**respected [5]** 765/2 766/1 904/18 904/25 904/25
**respectful [1]** 849/20
**respectfully [1]** 857/5
**respond [4]** 742/24 817/3

821/3 851/21
**responded [1]** 816/6
**response [5]** 816/2 830/22 843/1 861/8 892/8
**responsibilities [1]** 748/23
**responsibility [1]** 838/14
**responsible [7]** 748/25 749/3 749/21 749/23 750/2 760/4 805/23
**responsive [2]** 793/4 793/15
**rest [2]** 752/1 890/24
**restaurant [1]** 738/8
**rests [1]** 794/9
**result [4]** 744/8 744/9 754/2 757/7
**resulted [1]** 848/12
**resume [2]** 912/3 914/5
**resumes [2]** 737/13 862/17
**return [2]** 838/5 902/21
**returned [2]** 902/23 902/24
**returning [1]** 903/3
**reveal [1]** 814/23
**revealing [1]** 845/15
**revenues [1]** 798/3
**reverence [1]** 835/13
**review [1]** 849/23
**Rica [1]** 769/19
**Rick [8]** 910/7 910/10 910/10 910/14 910/20 910/21 910/22 910/24
**riffing [1]** 883/23
**right-hand [1]** 872/14
**rise [3]** 801/18 847/19 912/5
**risky [1]** 753/14
**road [3]** 794/23 896/13 897/4
**role [9]** 745/23 756/23 759/17 799/8 809/7 809/8 833/10 869/6 873/24
**rolls [1]** 832/14
**Rome [1]** 901/9
**Rome Plaza [1]** 901/9
**Ron [1]** 777/20
**room [11]** 774/4 776/23 780/4 794/23 799/19 799/25 799/25 816/3 822/15 875/24 908/13
**ROSE [1]** 729/18
**Ross [7]** 910/7 910/10 910/10 910/14 910/20 910/22 910/24
**Ross's [1]** 910/21
**roughly [1]** 879/4
**RPR [1]** 729/23
**rule [4]** 859/25 903/23 904/15 913/14
**rule-bound [1]** 904/15
**rules [5]** 808/17 838/25 858/17 862/7 898/17
**run [7]** 749/20 749/21 764/6 795/1 795/1 800/9 808/16
**running [10]** 741/12 749/23 791/2 796/14 796/15 796/21 796/24 800/4 809/9 835/2
**runs [1]** 822/21
**Russell [1]** 759/15
**Russell's [1]** 759/17
**Russian [1]** 772/13

**S**

**safe [1]** 772/15

**S**

**safer [1]**   772/11
**sales [1]**   750/17
**Salinas [4]**   747/5 765/21
 768/17 866/24
**Salzman [54]**   742/12 743/22
 743/23 743/24 746/4 746/5
 747/2 747/2 747/7 747/20
 748/1 748/4 752/3 755/25
 756/2 762/2 768/15 772/19
 773/25 774/13 774/25 777/20
 784/2 784/4 784/18 788/24
 789/11 820/5 820/6 820/7
 820/7 820/8 820/16 821/10
 821/23 821/25 822/11 833/24
 834/9 852/18 857/14 890/12
 890/13 899/4 899/6 902/9
 903/7 903/8 907/1 907/15
 907/21 907/23 909/2 909/5
**Salzman's [4]**   748/19 751/18
 760/11 766/3
**Santa [1]**   840/6
**Sara [2]**   756/4 765/20
**Sarah [11]**   756/16 757/2
 757/25 758/1 758/2 758/4
 787/14 840/8 901/2 901/19
 903/9
**Saratoga [1]**   898/6
**sash [1]**   756/22
**sashes [1]**   820/10
**satin [1]**   821/19
**sauna [2]**   870/15 870/16
**saw [14]**   746/9 750/25 780/21
 819/4 823/18 832/1 832/3
 842/9 894/3 896/14 896/14
 897/2 897/2 897/3
**scale [1]**   826/18
**scaring [1]**   864/22
**scenes [1]**   889/8
**scheduling [1]**   737/24
**Schneider [2]**   787/22 787/23
**science [1]**   870/3
**scramble [1]**   793/14
**scrambling [1]**   897/24
**screwing [1]**   782/2
**screws [1]**   810/25
**scroll [1]**   739/6
**seat [1]**   873/8
**seated [10]**   737/11 737/20
 802/7 848/1 848/4 851/4
 862/22 872/19 872/21 912/14
**seating [1]**   877/14
**Seattle [3]**   743/24 744/4
 833/7
**second [10]**   739/10 739/11
 739/15 755/16 758/23 797/19
 797/19 877/21 877/23 882/24
**seconds [20]**   873/18 877/2
 877/22 878/1 878/15 879/4
 879/17 880/14 881/8 881/12
 881/20 882/8 882/13 883/2
 883/13 884/22 885/21 886/2
 887/6 888/5
**secret [7]**   772/1 772/2
 864/12 865/2 897/20 897/22
 908/1
**section [3]**   835/13 853/4

**853/19**
**sections [1]**   794/18
**seek [5]**   752/25 763/12
 763/17 764/17 911/15
**seeking [2]**   753/3 764/7
**seem [4]**   877/11 903/17
 904/10 910/3
**segments [1]**   871/6
**selection [2]**   911/23 912/2
**senator [3]**   784/10 784/14
 784/14
**sending [1]**   890/7
**senior [6]**   729/9 756/22
 756/24 777/11 820/12 903/3
**sense [22]**   759/1 759/11
 762/11 763/6 812/17 815/2
 819/25 822/22 825/10 829/12
 829/17 854/22 855/16 856/8
 865/25 900/13 902/12 904/10
 904/16 905/9 906/15 909/13
**sensitive [3]**   789/16 849/14
 849/20
**sent [5]**   780/21 792/19
 890/12 890/12 890/13
**sentence [5]**   754/18 754/20
 754/21 860/22 860/22
**sentences [2]**   860/20 861/20
**separate [5]**   759/19 759/20
 759/21 857/20 860/20
**separately [1]**   869/13
**sequence [1]**   897/21
**sergeant [2]**   809/10 809/11
**series [6]**   753/11 792/1
 842/23 848/7 889/23 899/23
**serious [4]**   789/5 806/11
 806/12 834/1
**service [1]**   897/16
**session [10]**   737/25 795/1
 805/18 853/25 869/4 869/6
 869/19 871/5 874/5 874/6
**sessions [7]**   794/19 794/21
 794/24 794/25 805/15 805/16
 806/4
**set [3]**   763/13 803/19 877/6
**sets [1]**   858/3
**setting [1]**   869/18
**setup [1]**   907/16
**seven [6]**   741/9 793/8 793/22
 882/5 885/4 887/5
**several [1]**   864/7
**severe [2]**   901/15 901/17
**sex [4]**   829/13 883/23 883/24
 884/8
**sexes [1]**   805/17
**sexual [5]**   813/15 829/3
 829/22 831/8 831/14
**sexuality [1]**   813/5
**share [1]**   828/25 868/15
 904/21
**shared [3]**   864/16 903/16
 905/2
**sheep [3]**   883/20 883/23
 883/25
**sheet [1]**   798/24
**shelf [1]**   877/11
**shells [2]**   818/7 819/4
**shining [2]**   896/12 900/7
**shocked [1]**   896/16

**shoot [7]**   868/5 869/15
 869/17 869/18 889/7 889/8
 902/24
**shooting [3]**   782/12 841/3
 871/5
**short [3]**   799/20 860/9
 889/14
**shortcut [1]**   835/25
**Shortly [1]**   746/8
**shot [4]**   789/22 789/23 883/1
 884/25
**shower [1]**   779/14
**shown [1]**   896/13
**shunned [7]**   783/20 783/22
 783/24 784/1 784/2 784/3
 784/5
**shunning [6]**   783/6 783/7
 783/8 783/8 783/9 783/11
**shut [2]**   817/15 817/20
**side [6]**   837/13 849/3 853/15
 872/14 872/22 880/5
**sidebar [14]**   730/1 802/18
 803/1 803/5 803/13 804/16
 844/18 845/1 847/1 848/2
 854/10 893/15 894/1 896/1
**sidebars [1]**   761/9
**sign [5]**   746/14 781/15
 781/15 781/16 834/5
**sign-off [1]**   834/5
**signature [3]**   739/15 739/17
 739/19
**significance [2]**   769/10
 771/17
**significant [3]**   776/7 791/4
 893/3
**silence [2]**   864/15 893/10
**sill [1]**   862/23
**silver [2]**   877/25 878/19
**similar [2]**   848/16 858/9
**similarly [2]**   785/16 790/20
**simple [1]**   764/5
**simply [2]**   782/1 805/2
**single [3]**   806/1 819/1 893/7
**singled [4]**   810/22 811/13
 811/15 812/13
**Siobhan [2]**   773/25 778/9
**siren [1]**   793/10
**sister [1]**   784/4
**sit [5]**   776/23 810/19 811/7
 817/21 852/1
**sites [1]**   911/20
**sits [1]**   811/22
**sitting [5]**   810/18 810/20
 811/11 876/15 878/5
**situation [4]**   787/22 803/15
 803/17 899/3
**six [7]**   808/14 809/1 809/15
 871/6 885/8 885/20 886/6
**six-day [1]**   808/14
**skeletal [1]**   824/2
**skilled [1]**   842/11
**skin [1]**   823/18
**skinniness [1]**   824/23
**skinny [11]**   824/6 826/3
 826/6 827/6 827/8 827/13
 827/14 827/20 827/24 908/2
 908/10
**Skype [4]**   864/7 864/24

21

**S**

**Skype... [2]**  864/24 864/25
**sleep [2]**  887/24 912/4
**sleeping [1]**  741/12
**sleepy [1]**  887/14
**slighted [1]**  838/1
**slightly [3]**  759/19 799/20
878/19
**slow [1]**  828/20
**SMITH [1]**  729/21
**SMS [2]**  771/13 771/22
**snippets [1]**  871/6
**social [4]**  751/16 751/17
761/23 911/19
**socialist [1]**  745/19
**socialist-type [1]**  745/19
**socialists [3]**  741/22 745/18
900/11
**socialize [1]**  751/14
**socializing [1]**  751/20
**society [30]**  779/9 790/16
790/19 791/4 791/9 791/13
791/17 794/12 795/8 795/18
795/21 796/8 796/12 798/3
798/15 798/25 806/5 807/11
808/11 808/12 817/4 824/25
864/13 864/15 865/2 865/8
865/10 866/22 893/1 896/17
**somewhat [3]**  771/13 867/22
872/3
**somewhere [8]**  760/20 763/15
763/15 785/13 785/13 786/2
794/4 807/1
**SOP [36]**  790/16 790/18 792/7
792/10 792/12 792/14 795/3
795/17 795/18 795/24 797/2
797/9 798/13 799/12 799/15
801/1 805/13 805/16 806/9
808/5 808/13 808/21 809/14
810/18 812/16 812/18 814/2
815/21 817/22 818/1 818/10
818/20 819/6 819/21 819/23
867/15
**SOP Complete [13]**  792/7
808/13 808/21 809/14 812/16
814/2 815/21 818/1 818/10
818/20 819/6 819/21 819/23
**sort [31]**  747/21 750/12
758/14 775/18 782/6 784/22
788/14 788/17 793/1 806/25
809/16 823/2 824/11 829/12
832/13 841/4 841/14 849/9
855/17 858/3 858/6 864/9
871/6 877/10 882/19 892/9
894/3 894/11 898/7 909/18
910/12
**sorts [5]**  788/15 811/20
877/12 889/7 892/7
**sounds [2]**  853/21 884/6
**Source [9]**  833/19 834/14
834/15 834/20 834/21 835/8
837/2 837/5 899/5
**sourcing [1]**  907/15
**south [1]**  910/20
**space [7]**  757/14 866/7 866/9
869/8 869/8 870/12 880/3
**speakers [1]**  835/5

**speaking [9]**  750/21 759/12
763/20 774/16 831/20 832/2
838/21 876/7 900/5
**special [6]**  729/22 737/5
752/9 752/14 777/9 778/16
**specialist [3]**  729/22 737/6
911/1
**specific [17]**  752/4 752/5
763/18 767/11 775/4 799/12
807/8 815/13 815/19 855/12
855/12 855/14 856/21 866/14
868/1 883/4 883/7
**specifically [11]**  743/5
746/3 764/22 764/23 778/4
797/23 843/2 848/17 857/25
859/2 890/16
**speculate [1]**  894/7
**speeches [2]**  764/21 764/23
**spell [1]**  740/22
**spend [4]**  751/23 752/16
761/22 868/10
**spending [5]**  757/19 770/9
817/7 824/9 826/9
**spent [2]**  831/21 840/13
**spirit [1]**  744/25
**spiritual [2]**  751/4 758/17
**spoken [3]**  744/13 744/14
812/18
**Springs [2]**  898/6 898/7
**squash [1]**  823/21
**squashing [2]**  891/9 891/9
**stable [1]**  834/2
**Stain's [1]**  821/19
**stairs [3]**  870/11 879/21
879/23
**stake [1]**  812/10
**stakes [1]**  812/9
**stamp [2]**  888/13 888/23
**stamped [1]**  879/16
**stand [14]**  737/13 793/8
793/23 801/20 801/23 802/3
803/12 804/10 847/23 847/25
862/17 893/9 912/9 912/13
**stand-by [2]**  793/8 793/23
**standard [2]**  792/21 853/6
**standards [2]**  762/19 826/15
**standing [5]**  795/5 805/15
872/18 879/17 879/19
**stars [1]**  765/11
**start [11]**  737/2 773/17
808/24 824/2 838/25 862/10
863/12 888/9 907/25 908/3
912/25
**started [6]**  737/23 758/2
773/14 776/16 838/24 872/8
**starting [1]**  830/22
**state [17]**  784/14 848/9
848/17 848/18 855/6 855/9
856/12 859/11 859/17 859/18
860/25 861/6 861/6 861/14
863/19 863/23 863/25
**statement [10]**  754/17 848/7
854/12 855/11 855/13 855/14
855/19 857/12 860/13 860/15
**statements [36]**  848/16
852/15 852/16 853/9 854/5
854/14 855/5 855/7 855/8
855/18 855/21 855/22 856/4

856/5 856/6 856/18 856/20
856/22 857/11 857/14 857/15
857/20 857/21 857/24 858/12
858/13 858/16 859/2 860/24
861/1 861/13 861/20 863/18
863/21 863/22 863/24
**STATES [8]**  729/1 729/3 729/3
729/9 729/11 729/15 737/4
767/21
**status [1]**  766/13
**staying [1]**  794/6
**stenography [1]**  729/25
**step [4]**  753/13 758/7 841/11
891/23
**stern [1]**  897/18
**stick [1]**  900/4
**stills [3]**  869/15 869/21
889/11
**stood [6]**  746/1 746/2 766/6
815/25 893/12 896/6
**stop [31]**  766/9 770/7 773/1
810/7 810/8 810/13 811/19
836/17 861/3 872/2 873/3
873/13 875/3 875/8 875/17
876/3 876/14 876/25 877/20
878/13 878/25 879/16 881/5
881/19 882/24 882/25 884/22
885/20 897/19 904/6 907/4
**stopped [5]**  773/22 774/15
872/12 873/4 873/14
**stops [10]**  887/3 887/8
887/18 888/3 888/7 888/11
888/22 889/17 889/21 890/1
**stories [1]**  910/13
**story [5]**  776/9 776/15
812/21 830/19 848/12
**straight [6]**  764/4 810/20
810/20 811/7 811/11 871/4
**strange [6]**  843/4 896/8
896/19 899/9 905/13 905/23
**strap [6]**  812/4 812/5 812/6
812/7 813/23 813/24
**streamline [2]**  913/8 913/12
**street [1]**  836/23
**stricken [2]**  835/21 898/22
**strictly [1]**  783/5
**strip [2]**  781/20 820/10
**stripe [5]**  752/23 754/14
778/13 781/4 781/6
**striped [1]**  908/1
**stripes [3]**  754/8 754/9
754/11
**strong [2]**  784/12 900/13
**stronger [1]**  818/6
**strongly [1]**  779/8
**struck [1]**  750/24
**structure [7]**  747/19 747/21
759/8 762/1 778/5 796/17
801/4
**struggled [1]**  835/15
**struggles [1]**  782/19
**struggling [5]**  762/24 817/7
822/15 841/9 899/15
**stuck [1]**  897/4
**student [2]**  833/11 844/5
**students [1]**  809/18
**study [1]**  869/25
**stuff [5]**  782/2 832/14

**S**

stuff... [3]   884/11 905/15
908/6
submission [1]   818/9
submit [2]   818/11 849/22
subsequent [1]   855/20
subsequently [4]   790/2 858/1
864/17 905/1
substantially [1]   795/12
successful [1]   901/14
successfully [1]   774/21
suddenly [6]   774/11 829/10
837/9 841/12 841/21 910/14
sued [2]   786/16 786/19
suggest [6]   749/12 762/5
812/3 814/20 869/13 908/21
suggested [6]   772/10 778/17
806/11 807/6 807/8 807/10
suggesting [4]   762/10 880/17
887/22 902/11
Suite [1]   729/19
suits [1]   786/8
summit [3]   901/4 901/22
901/23
summits [3]   749/18 749/20
822/3
superior [2]   751/1 814/8
support [1]   783/13
supporting [1]   783/17
supportive [1]   784/1
suppose [2]   761/9 894/5
supposed [4]   748/1 779/19
820/18 883/6
suppresses [2]   744/25 909/17
suppressive [7]   741/23 742/6
744/14 744/20 744/22 744/24
745/2
surely [1]   904/12
surface [1]   849/9
surprise [2]   829/11 849/15
surprised [1]   829/24
surrounded [1]   902/18
surveillance [1]   788/8
Susan [2]   741/8 787/11
Sustained [9]   743/1 745/12
754/17 775/3 786/18 817/24
828/5 847/16 898/19
switched [1]   896/21
sworn [1]   737/15
sworn/affirmed [1]   737/15
Sylvie [3]   827/18 827/20
850/1
system [21]   744/24 762/2
766/19 767/16 768/4 768/6
771/11 798/12 800/17 806/17
817/9 833/14 835/9 850/10
875/21 903/20 904/8 904/9
904/11 904/13 904/23
systems [2]   768/2 771/14

**T**

table [5]   737/5 838/25 839/1
879/18 879/19
tabulated [1]   793/2
Tacoma [4]   743/18 744/1
744/1 744/3
tags [1]   812/13

tailored [1]   859/2
talkies [3]   771/3 771/4
771/4
tally [1]   743/6
TANYA [2]   729/14 737/3
tapes [1]   753/9
task [3]   843/11 912/22
912/23
Task Force [2]   912/22 912/23
tasked [3]   780/22 839/13
839/13
teach [2]   791/20 835/22
teaching [2]   835/14 842/24
teal [1]   899/16
team [3]   771/3 794/16 796/18
teams [2]   792/19 792/20
tease [1]   810/6
teased [6]   810/5 810/6 810/6
811/3 813/18 813/21
tech [1]   835/9
technically [1]   790/10
technology [1]   772/10
TED [1]   764/23
telegram [7]   771/15 771/23
772/7 772/8 772/11 792/20
793/25
telephone [3]   770/18 771/5
771/21
template [1]   809/6
ten [4]   797/15 797/17 797/24
801/22
ten-minute [1]   801/22
tend [2]   760/12 782/11
tended [2]   760/11 820/19
tenderness [2]   831/24 831/24
TENY [2]   729/18 737/9
TERI [2]   729/22 737/6
term [17]   742/8 742/10
742/11 742/12 744/21 769/4
769/6 774/16 779/4 791/1
793/7 806/5 809/19 814/5
814/6 814/7 834/25
termed [4]   757/17 759/20
760/13 793/6
terms [3]   773/20 835/13
891/4
terrible [4]   774/19 783/17
821/16 825/12
terribly [1]   903/24
testified [4]   737/15 830/8
867/24 870/7
testify [9]   848/8 852/15
855/3 856/18 860/23 863/17
894/4 894/12 894/14
testifying [2]   855/15 894/6
testimony [9]   738/23 801/21
845/8 847/24 849/2 856/14
857/19 894/11 912/10
text [2]   843/15 911/17
thanked [1]   746/6
that's -- I [1]   876/19
theirs [1]   838/14
themselves [10]   774/21 775/5
809/25 810/9 818/8 819/4
855/7 861/1 863/21 863/24
Theoretically [1]   748/1
theory [2]   815/1 857/7
Thereafter [1]   791/22

therefore [3]   855/7 861/12
863/21
they've [5]   745/21 774/17
812/25 853/16 901/14
thin [1]   823/15
think she [1]   845/14
thinking [5]   825/21 841/7
882/17 887/22 901/21
Third [1]   729/16
thoughts [1]   885/16
thousand [4]   795/14 800/21
800/21 800/22
thousands [1]   777/25
three [6]   777/10 796/2
805/21 868/4 887/21 912/20
throughout [1]   820/22
tied [3]   766/13 766/25 825/3
tight [2]   813/17 813/19
timeline [1]   894/18
Times-Union [2]   786/10
881/14
timestamp [8]   874/10 875/10
876/4 877/25 881/8 881/12
881/20 884/22
timestamps [1]   873/17
tired [2]   824/12 910/5
TLL [2]   769/4 769/8
today [5]   737/23 737/25
810/11 817/21 849/11
together [12]   748/18 779/22
783/12 792/1 817/7 820/21
829/20 829/25 848/12 894/18
896/14 906/16
tomorrow [6]   899/8 912/3
912/11 912/19 912/25 913/9
Toni [1]   787/16
tonight [6]   851/25 862/19
913/9 913/11 913/19 913/24
top [4]   747/22 747/25 810/24
870/17
topic [1]   801/16
total [1]   785/18
touching [2]   831/23 832/13
toughen [1]   790/23
towards [6]   745/3 757/4
797/25 800/20 849/11 879/25
town [3]   748/9 884/11 901/3
townhouse [1]   902/25
tracked [1]   788/4
Trail [1]   824/22
trailer [8]   788/15 788/16
788/16 788/17 788/19 789/25
790/2 790/3
train [3]   770/10 773/1 778/9
trained [1]   902/6
trainer [1]   766/21
trainers [1]   766/22
training [24]   766/21 794/23
799/15 799/17 799/23 800/2
800/4 801/1 808/14 808/21
809/9 809/14 810/18 811/9
812/19 813/14 814/14 815/4
815/5 815/11 815/20 815/23
819/21 819/24
trainings [9]   796/14 796/16
796/21 808/5 808/23 814/20
835/2 844/7 844/7
translate [1]   744/22

**T**

translucent [1]  823/18
transport [1]  768/21
traps [1]  899/23
travel [6]  769/15 769/21
 769/24 867/7 867/11 867/16
traveled [5]  770/1 840/18
 867/5 867/13 868/3
traveling [2]  763/15 902/4
treat [1]  890/19
treated [7]  761/17 761/19
 814/9 890/20 891/5 891/12
 909/11
treating [1]  890/17
tree [1]  796/16
tree-like [1]  796/16
tremendous [1]  891/20
trial [8]  729/8 738/3 738/4
 846/6 853/8 857/2 911/24
 912/2
tribute [13]  765/3 775/12
 775/21 775/23 776/2 776/4
 776/20 777/6 777/16 788/25
 820/23 821/6 899/20
tributes [1]  775/12
triggered [1]  775/20
trouble [1]  793/9
troubled [1]  899/13
true [5]  748/3 781/14 821/22
 841/9 865/10
trust [2]  752/10 752/15
trusted [38]  751/6 751/14
 752/6 752/9 752/14 752/25
 753/17 753/21 753/23 754/2
 754/25 755/6 755/12 755/25
 756/2 756/4 756/6 756/8
 756/10 756/12 756/14 756/16
 756/20 758/12 758/22 758/25
 760/24 761/6 761/14 761/17
 764/10 765/18 834/11 848/14
 867/1 867/10 867/11 867/16
truth [19]  819/2 848/19
 852/21 853/11 854/16 855/7
 856/1 856/22 857/18 858/16
 859/15 859/24 860/13 860/15
 861/1 861/19 863/20 863/20
 863/24
tub [3]  870/13 870/16 880/5
tuitions [1]  795/8
turn [3]  906/17 909/12
 909/25
turned [4]  779/17 810/11
 834/23 835/1
turning [1]  823/20
tutored [1]  840/14
TV [1]  911/14
Twitter [1]  911/19
two [36]  747/7 754/3 754/10
 768/2 768/18 777/11 779/14
 785/1 785/1 787/21 791/22
 792/16 793/21 797/3 808/15
 810/24 819/16 823/4 849/21
 852/15 858/3 860/9 860/20
 861/20 877/3 877/8 877/21
 878/10 878/17 878/18 881/12
 889/14 894/24 896/7 898/5
 898/8

**U**

two-day [1]  898/5
type [5]  745/19 766/1 810/17
 866/14 882/19
types [1]  765/5
typically [11]  751/16 751/17
 760/18 760/19 771/9 771/10
 794/12 794/13 794/21 795/11
 796/3

**U**

U.S [1]  769/18
Ultima [2]  834/16 835/13
ultimate [11]  749/15 749/16
 750/4 750/7 750/8 754/13
 762/7 791/7 824/24 834/6
 834/8
ultimately [1]  894/19
umbrella [1]  834/17
unaware [1]  780/13
unbelievable [1]  776/18
uncertain [1]  798/23
unclear [2]  774/2 798/11
underneath [4]  870/12 870/13
 880/2 880/3
understood [5]  763/8 801/5
 876/7 896/17 896/18
unduly [2]  845/10 894/8
unemotional [1]  892/15
unflattering [1]  814/16
unhappy [2]  801/2 892/5
unhealthy [6]  823/16 824/1
 824/2 825/4 842/13 908/10
unimportant [1]  837/14
Union [2]  786/10 881/14
UNITED [8]  729/1 729/3 729/3
 729/9 729/11 729/15 737/4
 767/21
universal [1]  885/16
universe [1]  852/19
unless [3]  740/9 759/13
 768/8
unpleasant [1]  899/3
unresolved [2]  837/25 838/18
Unterreiner [2]  747/6 756/10
unthinkable [1]  907/18
unthwart [3]  894/5 894/7
 894/12
untoward [1]  804/13
unusual [4]  822/25 838/2
 856/16 896/8
unwilling [1]  822/16
upper [5]  773/10 866/22
 891/21 897/21 903/22
upset [6]  776/13 805/20
 806/2 899/10 905/4 907/25
upsetting [1]  818/25
upstairs [3]  760/7 869/17
 879/12
urgent [1]  789/16
uses [1]  851/18
usual [3]  831/25 842/4
 905/14

**V**

V Week [6]  749/18 749/22
 749/24 788/9 788/12 788/17
vacation [1]  868/9
vague [2]  807/25 841/25

**V**

valid [1]  892/16
validity [1]  892/15
value [1]  837/14
Vancouver [2]  757/3 758/2
Vanity [1]  786/11
various [7]  767/20 769/15
 776/11 794/17 798/9 810/21
 811/4
version [2]  815/11 850/16
vertigo [1]  908/13
veto [1]  762/4
vetoed [1]  763/1
VICENTE [30]  737/14 738/20
 805/11 819/19 847/3 848/7
 848/10 848/17 849/11 851/17
 852/24 853/9 854/6 856/17
 857/16 858/1 859/3 859/12
 859/18 860/13 861/10 861/14
 863/5 863/19 863/23 890/4
 894/10 894/18 896/4 913/8
Vicente's [6]  855/6 855/9
 860/25 861/14 863/19 863/23
victims [1]  856/6
video [119]
videos [8]  794/25 814/16
 814/19 871/10 871/21 872/2
 872/3 889/10
videotape [3]  834/23 874/5
 881/21
videotaped [1]  869/20
videotapes [2]  745/24 835/2
videotaping [2]  869/3 869/22
view [4]  750/19 788/13
 857/22 859/9
vigilant [1]  821/22
VIP [2]  868/5 868/14
virtue [1]  752/24
visit [2]  867/17 911/25
volleyball [2]  833/6 864/9
vows [3]  873/25 874/2 874/3

**W**

W-A-K-A-Y-A [1]  867/20
Waco [2]  910/19 910/20
 910/23
wait [1]  851/6
Wakaya [2]  867/20 867/20
wake [1]  778/4
walk [7]  780/4 811/10 840/24
 841/15 841/16 841/22 897/3
walked [2]  864/9 896/21
walking [3]  761/8 775/19
 896/20
walks [1]  831/23
walky [3]  771/3 771/4 771/4
walky-talkies [3]  771/3
 771/4 771/4
wall [1]  811/22
wandering [1]  896/11
wants [1]  860/12
wardrobes [1]  870/14
was my [1]  910/25
Washington [2]  744/2 744/3
watch [4]  791/22 791/23
 885/22 911/12
watched [2]  885/20 889/6
watching [1]  788/6
Water [1]  868/23

## W

**ways [13]**   746/15 751/3 751/8 752/23 753/6 764/9 767/15 791/14 817/9 818/6 825/8 829/7 832/5
**weakness [1]**   823/12
**wealthy [2]**   866/17 866/18
**wear [3]**   811/3 811/5 813/24
**website [2]**   902/25 911/18
**wedding [5]**   873/19 873/20 873/22 873/25 874/3
**week [19]**   737/24 738/9 747/7 748/17 749/18 749/22 749/24 760/1 788/9 788/12 788/17 792/2 793/8 794/17 796/2 820/18 892/20 892/22 893/6
**Week's [1]**   826/15
**weekend [17]**   791/19 791/20 791/21 791/23 794/15 794/19 794/21 795/4 795/13 797/4 799/18 800/9 800/17 800/23 801/12 805/13 893/3
**weekends [8]**   794/11 794/13 794/14 795/10 795/11 797/3 797/6 808/15
**weight [5]**   823/9 824/10 824/11 825/3 826/11
**weights [1]**   811/22
**well-known [1]**   839/22
**WENIGER [2]**   729/22 737/5
**WhatsApp [7]**   771/10 771/12 771/13 771/14 771/23 772/3 772/11
**whatsoever [2]**   813/2 825/10
**whereas [1]**   771/22
**whining [1]**   813/12
**whispering [1]**   832/7
**white [3]**   870/15 888/16 888/17
**whiteboard [4]**   885/12 885/14 886/3 886/4
**whole [15]**   782/17 791/16 805/25 809/5 810/19 811/16 812/25 813/1 825/22 862/3 897/21 899/23 906/13 907/11 910/22
**wife [28]**   817/9 817/18 829/8 836/10 836/14 836/25 837/2 837/4 837/6 837/21 837/23 838/23 839/9 839/10 841/2 873/19 898/10 898/11 898/24 899/4 899/7 899/8 899/11 899/12 899/13 906/17 908/21 909/21
**willing [2]**   764/19 779/16
**wing [1]**   840/16
**wings [1]**   812/3
**Winter [2]**   901/4 901/22
**Winter Fest [2]**   901/4 901/22
**wisdom [2]**   828/24 904/13
**wisest [1]**   750/25
**wishes [1]**   805/7
**withdrawing [1]**   848/13
**withering [1]**   828/12
**witness [43]**   737/12 737/13 737/14 738/13 738/15 739/1 760/16 801/20 801/23 801/23

**witness' [1]**   863/25
**witnessed [1]**   894/21
**witnessing [1]**   894/15
**wives [1]**   817/6
**wives/girlfriends [1]**   817/6
**woman [22]**   809/23 810/1 811/16 812/4 812/21 812/24 813/9 813/18 825/2 827/18 827/22 839/16 863/9 875/3 888/15 894/4 894/14 894/15 896/14 897/2 897/3 900/10
**woman's [3]**   812/16 894/4 894/6
**women [50]**   741/10 741/18 741/20 742/3 742/24 790/20 792/8 807/18 808/4 808/12 811/2 811/17 812/19 813/11 813/11 814/3 814/9 814/9 814/16 814/21 815/21 816/5 817/13 817/19 818/5 818/7 818/10 818/13 819/3 819/16 823/15 824/1 825/5 825/5 826/3 826/9 826/12 827/5 827/20 829/4 831/17 831/21 834/3 842/17 865/15 865/19 900/10 900/10 901/16 908/2
**wonderful [1]**   788/17
**wooden [2]**   812/9 812/10
**word [4]**   761/20 769/8 851/18 891/15
**words [11]**   775/18 775/25 805/21 806/12 811/6 815/12 821/6 823/6 855/13 888/13 897/19
**wore [2]**   813/17 813/19
**workforce [1]**   843/16
**works [2]**   747/24 798/20
**world [12]**   762/21 765/14 792/25 801/9 810/3 813/6 841/5 865/12 890/24 897/15 909/15 909/17
**worried [1]**   865/19
**worries [1]**   824/24
**worse [1]**   827/7
**worth [2]**   765/13 765/23
**write [4]**   743/4 809/2 874/2 891/24
**writing [4]**   777/18 777/21 851/22 853/22
**written [3]**   793/20 835/1 881/15
**wrote [6]**   785/10 785/11 785/12 851/17 886/3 886/4

## X

**XOSO [1]**   819/15

## Y

**year [11]**   741/6 785/22

**802/1 802/2 802/3 802/9 802/10 802/17 803/6 803/8 803/12 805/2 805/7 831/16 832/8 832/17 847/23 847/25 852/15 854/24 854/24 855/3 860/23 861/24 862/1 862/12 862/17 862/23 863/1 863/16 912/9 912/13 912/13 912/24 915/2**

**yearly [1]**   868/15
**years [8]**   774/15 776/21 777/4 777/25 788/13 864/25 869/10 905/16
**yelling [1]**   779/16
**yellow [2]**   781/22 782/8
**YORK [10]**   729/1 729/4 729/12 729/13 729/17 729/17 729/20 770/7 900/16 910/16
**young [4]**   810/4 825/5 826/12 842/17
**younger [4]**   831/21 843/20 843/21 843/22
**Your Honor [12]**   828/6 847/17 848/6 849/7 893/14 894/10 898/18 911/4 912/12 912/16 913/4 914/3
**yourself [11]**   757/11 769/21 776/4 779/11 781/17 791/8 808/4 811/4 837/20 838/23 908/10
**YouTube [1]**   911/19

## Z

**zero [1]**   892/15
**zombie [1]**   865/21
**zombies [1]**   865/19

**807/16 807/16 820/22 829/14 833/5 836/7 840/4 874/5 892/21**