1434

1    UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF NEW YORK
2    ------------------------------x
                                         18-CR-204(NGG)
3    UNITED STATES OF AMERICA,
                                         United States Courthouse
4              Plaintiff,                Brooklyn, New York

5              -against-                 May 17, 2019
                                         9:30 a.m.
6    KEITH RANIERE,

7              Defendant.
     ------------------------------x
8            TRANSCRIPT OF CRIMINAL CAUSE FOR TRIAL
          BEFORE THE HONORABLE NICHOLAS G. GARAUFIS
9            UNITED STATES SENIOR DISTRICT JUDGE
                       BEFORE A JURY
10
     APPEARANCES
11
     For the Government:      UNITED STATES ATTORNEY'S OFFICE
12                            Eastern District of New York
                              271 Cadman Plaza East
13                            Brooklyn, New York 11201
                              BY:  MOIRA KIM PENZA
14                                 TANYA HAJJAR
                                   MARK LESKO
15                            Assistant United States Attorneys

16   For the Defendant:       BRAFMAN & ASSOCIATES
                              767 Third Avenue, 26th Floor
17                            New York, New York 10017
                              BY:  MARC A. AGNIFILO, ESQ.
18                                 TENY ROSE GERAGOS, ESQ.
                                      – and –
19                            DerOHANNESIAN & DerOHANNESIAN
                              677 Broadway, Suite 707
20                            Albany, New York 12207
                              BY:  PAUL DerOHANNESIAN, ESQ.
21                                 DANIELLE SMITH, ESQ.

22

23

24

25

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

1435

1    APPEARANCES (CONTINUED)

2    Attorney for:              QUARLES & BRADY, LLP
     Lauren Salzman            One Renaissance Square
3                              Two North Central Avenue
                               Phoenix, Arizona 85004-2391
4                              BY:  HECTOR J. DIAZ, ESQ.
                                    ANDREA TAZOLI, ESQ.
5                                      – and –
                               QUARLES & BRADY, LLP
6                              1701 Pennsylvania Avenue NW
                               Suite 700
7                              Washington, DC 20006
                               BY:  LUKE CASS, ESQ.
8
     Also Present:             SPECIAL AGENT MICHAEL WENIGER
9                              TERI CARBY, PARALEGAL SPECIALIST

10

11
     Court Reporter:           LINDA D. DANELCZYK, RPR, CSR, CCR
12                             Phone:  718-613-2330
                               Email:  LindaDan226@gmail.com
13
     Proceedings recorded by mechanical stenography.  Transcript
14   produced by computer-aided transcription.

15

16

17

18

19

20

21

22

23

24

25

PROCEEDINGS                                    1436

1           (In open court; Jury not present.)

2           THE COURT:  Good morning.

3           Appearances?

4           MS. PENZA:  Moira Penza, Tanya Hajjar, and Mark

5   Lesko for the United States.  Good morning, Your Honor.

6           And also at counsel table is paralegal specialist

7   Teri Carby, and Special Agent Michael Weniger with the FBI.

8           THE COURT:  Good morning.

9           MR. AGNIFILO:  Good morning, Your Honor.  Marc

10  Agnifilo, Teny Geragos, Paul DerOhannesian and Danielle Smith

11  for Keith Raniere, who is with us this morning in court.

12          THE COURT:  Good morning.

13          Let's bring in the witness, and let's bring in the

14  jury.

15          (Whereupon, the witness resumes the stand.)

16  **CHARLES FONTANELLI**, recalled as a witness, having been

17  previously first duly sworn/affirmed, was examined and

18  testified further as follows:

19          THE COURT:  All right.  Let's bring in the jury.

20          (Jury enters the courtroom.)

21          THE COURT:  Be seated.

22          Good morning, members of the jury.

23          THE JURY:  Good morning.

24          THE COURT:  All right.  Let's continue with the

25  direct examination of Mr. Fontanelli.

FONTANELLI - DIRECT - MS. PENZA          1437

1          MS. PENZA:  Thank you, Your Honor.

2          Before I just begin questioning again, I just would

3   ask for the PowerPoint that I was using yesterday, which --

4   that slides 1 through 54, be designated as GX176, which is

5   already in evidence, but that that GX176 be slides 1 through

6   54.

7          THE COURT:  All right.

8          MS. PENZA:  And that slides 55 -- 55 through the

9   end, which I will get Your Honor the final number in a moment,

10  be designated as GX180A.

11         THE COURT:  180A?

12         MS. PENZA:  Yes, Your Honor.  And entered into

13  evidence.

14         MS. GERAGOS:  No objection.

15         THE COURT:  All right.  It's so ordered.

16         And let's continue.

17         MS. PENZA:  Thank you, Your Honor.

18         THE COURT:  I remind the witness that he is still

19  under oath.

20         MS. PENZA:  Thank you, Your Honor.

21         THE COURT:  You may continue.

22  DIRECT EXAMINATION (Continued)

23  BY MS. PENZA:

24  Q    Good morning, Officer Fontanelli.

25  A    Good morning, ma'am.

FONTANELLI – DIRECT – MS. PENZA          1438

1   Q    Okay.  So when we last left off, the box that you

2   recovered in evidence, that's item number four; is that

3   correct?

4   A    Yes, ma'am.

5   Q    Moving to slide 80, can you describe what we see in this

6   room?  Or what room this is?

7           (Exhibit published.)

8   A    This is a utility room in a basement.  It's a room where

9   the water heater and boiler and the central air conditioner,

10  things like that, were located.

11  Q    Okay.  And turning to the next slide, is this within that

12  room?

13  A    Yes, that is within that room.  That's a safe that's

14  located on the right-hand side of the room against the wall.

15  Q    Approximately how big is that safe?

16  A    I would estimate that it's three feet by three feet.

17  Q    And was that -- how many shoeboxes would you say would

18  fit in that safe?

19  A    I would estimate that you could probably fit about 12

20  shoeboxes in there.  Maybe four rows of three shoeboxes to

21  stack up.

22  Q    Okay.  And there's -- is there a lock on the safe?

23  A    No.  The day of the search warrant, when we discovered

24  the safe, it had been broken open.

25  Q    Turning to the next slide, can you describe what this

FONTANELLI - DIRECT - MS. PENZA          1439

1   room is?

2   A     This is a room on the second floor.  When you come up the

3   stairs from the first floor, this the first room that you

4   enter.

5         There was a desk and some -- a couch in there.

6   Q     Okay.  Are there -- looking towards the middle of the

7   room and the photograph of the room, are there pictures?

8   A     Yes, there's several pictures on the wall.  There's one

9   of Albert Einstein above the desk and there's several of the

10  defendant on that rear piece of furniture in the rear of the

11  room.

12  Q     And could you circle those, please.

13  A     (Witness complying.)

14  Q     Turning to the next slide, can you explain what this room

15  is?

16        THE COURT:  Could you state the number of the slide.

17        MS. PENZA:  Yes, Your Honor.  I'm sorry.

18  Q     Turning to slide 83, can you describe what room this is?

19  A     This is a room on the second floor of the residence.  Off

20  that room that we just previously looked at, there's a small

21  hallway that leads to a bedroom in the rear of the residence.

22  This particular room, if you enter that hallway, which is the

23  first room on your right-hand side, there's like a walk-in

24  closet.

25  Q     Okay.  I'm going to just go back to slide 82 for a

1    second.

2           I know you can't see that room in this picture, but

3    can you describe where it would be?

4    A    Sure.

5           This the pillar here (indicating), next to the left

6    of that pillar, is a hallway that leads down to a bedroom at

7    the back of the hallway.  And this room is the first door on

8    your right as you enter into the hallway.

9    Q    So before you get to the bedroom, this is a closet to

10   your right?

11   A    Yes, ma'am.

12   Q    And then what is this -- turning to slide 84, what is

13   this view?

14   A    This is an interior picture of that closet.  That door

15   leads to a crawl space.

16   Q    Okay.  And turning to slide 85.  What is this a picture

17   of?

18   A    Again, that's a picture of that door that we just looked

19   at.  Now it's open and you could have a view into the crawl

20   space that I mentioned.

21   Q    We'll talk about the details in a second, but what was

22   found in the crawl space?

23   A    We found --

24   Q    Just generally.

25   A    Generally there was insulation that you could see there.

1   There was a few boxes.  And then to the right there was a bag

2   containing a few other boxes.

3   Q    And what was -- what was in those boxes?

4   A    In those boxes to your right was large sums of U.S.

5   currency.

6   Q    Before we go on to the next pictures, can you describe

7   the general procedure for processing cash recovered during a

8   search.

9   A    Sure.

10        Small amounts of currency that are located during a

11   search, that are manageable to count, are counted on the scene

12   and secured.

13        Large bulk currency, which we feel that we can't

14   count accurately at the scene, we'll secure.  We'll heat seal

15   it.

16        Heat sealing is a process when you take the

17   evidence, in this particular instance, the money, we'll put it

18   into plastic, and then we have a machine that will melt the

19   edges of the plastic so it's, you know, it's secure around the

20   evidence.

21        In this particular case, that's what we did on that

22   day.

23   Q    For the large sums of cash?

24   A    Yes.

25   Q    And were there smaller sums of cash that were also found?

FONTANELLI – DIRECT – MS. PENZA          1442

1   A     Yes.  There was approximately $8,000, a little bit over

2   $8,000 of loose cash that we also recovered that day of the

3   search.

4   Q     And those amounts you counted on site?

5   A     Correct.

6   Q     Once the money is counted, is it then counted back at the

7   FBI?

8   A     The money that was secured from this room, we heat sealed

9   while at the house.  We transported it from the house to 26

10  Federal Plaza, which is the New York FBI field office.  The

11  money was secured in the rear of a vehicle, in the trunk.

12        In the vehicle there's two agents that drive the

13  money to Federal Plaza, as well as a vehicle that follows that

14  vehicle to safeguard the evidence.

15  Q     And then once you're in New York, is that money then

16  counted?

17  A     That money was secured in a vault in the New York FBI

18  field office, and the next day it was counted with a money

19  counter.  It was counted twice.  And then deposited.

20  Q     Okay.  And are there always multiple witnesses whenever

21  the money is being handled or counted?

22  A     Yes.  Whenever you deal with any evidence, there's always

23  two officers or agents assigned to be present during that

24  time.

25  Q     Turning to slide 86.  What is this view?

LINDA D. DANELCZYK, RPR, CSR, CCR
Official Court Reporter

FONTANELLI – DIRECT – MS. PENZA          1443

1   A      This is a picture again of that crawl space.  If you

2   entered through that door that we had just viewed, if you

3   looked to your left, this is the view that you would see.

4   Q      And turning to slide 87.

5          I think it's oriented –– it may be oriented

6   incorrectly, but...

7   A      I believe that this is the view, if you came into the ––

8   through that door and you look to the right, this is the view.

9   Q      It's still within the same crawl space?

10  A      It's the same area, that's correct.

11  Q      Okay.  And then what is this –– turning to slide 88, what

12  is this?

13  A      If you came in that door, immediately to your right on

14  the floor we located these boxes.  You can see that it was a

15  tagged as evidence item number 63.

16         It's an All Saints, some type of shoebox.  It's a

17  larger box, like a boot box.

18  Q      So this wasn't a regular-sized shoebox, it was larger

19  than that?

20  A      Correct.  I got the impression that it was for like a

21  large pair of boots.

22  Q      Turning to the next slide, what is this image?

23  A      This is a picture of that box that we had just viewed.

24  Now the top is opened, and this is the contents of the box

25  that we had discovered.

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

FONTANELLI – DIRECT – MS. PENZA                    1444

1   Q     And look –– this is slide 89.

2          Is the number 63 present on the left?

3   A     Yes.  You can see it here in the slide (indicating).

4   Q     And so that matches up with the number 63 that we just

5   looked at on the closed box?

6   A     That's correct.

7   Q     Officer Fontanelli –– excuse me, Investigator Fontanelli,

8   there's a number of bands around the money.

9          Are those bands that the FBI put there?

10  A     No, ma'am.  Those bands are preexisting.  They were

11  there.

12         The photo that you see is exactly the way it was

13  when we opened the top of the box.  Those bands were already

14  there, and each group of bills was broken down, and the amount

15  of money in each stack is recorded on those bands.

16  Q     Okay.  Are you able to read any of the amounts of money?

17  A     Yes, ma'am.

18  Q     Can you read a couple of the ones that you see?

19  A     Some of them are hard to see, but the one that jumps out

20  to me here is this says 10,000 (indicating.)  And this one

21  says 2,000.

22  Q     Okay.  Thank you.

23         Now turning to slide 90, can you describe what this

24  is?

25  A     This is the money from the box that we had just

FONTANELLI – DIRECT – MS. PENZA                1445

1    discovered.

2              When I had spoken about heat sealing it, this is

3    what it looks like as heat sealed.

4              This is the plastic.  It's sealed all around.  It's

5    closed at the top with evidence tape.  And it's broken down

6    into four bags.

7              But this is the contents of the shoebox that we had

8    discovered in that crawl space.

9    Q   And, again, I know it's a little bit difficult to see on

10   this picture, but can you see the same item number that we

11   have been looking at in the previous slides?

12             On like the bottom left bag, do you see item

13   number -- I'm sorry --

14   A   I see the item number 63.

15   Q   And would that have been the same on all -- is this all

16   four bags from --

17   A   That's correct.

18             That shoebox that we had labeled in the previous

19   slides as evidence, item number 63, this is the contents of

20   that box.  It's broken down into four bags and they're all

21   labeled as item -- evidence item number 63.

22             If you could look closely here, you'll see on that

23   bag it says 3 of 4.  The first bag would have been 1 of 4; 2

24   of 4; 3 of 4 and 4 of 4.

25   Q   Okay.

FONTANELLI – DIRECT – MS. PENZA          1446

1      MS. PENZA:  May I have the Elmo, Your Honor.

2      THE COURT:  Is this in evidence?

3      MS. PENZA:  Yes.  I'm sorry.

4  Q    I'm showing you, Investigator Fontanelli, what is in

5  evidence as Government Exhibit 1483.

6          And I'm going to walk through the first four pages

7  of GX1483.

8          Showing you the first page, are you familiar with

9  this document?

10     THE COURT:  I'm sorry.

11     (Exhibit published.)

12     THE COURT:  Go ahead.

13  Q    Are you familiar with this document,

14  Investigator Fontanelli?

15  A    Yes, ma'am.

16  Q    And are you familiar with this document?

17  A    Yes, I am.

18          This is a sheet that was used -- it's called United

19  States Currency Count.  It's a sheet that we use to account

20  for the money in that photo.

21  Q    Okay.  And at the top right where it says item 63, bag 1

22  of 4, can you explain what that means?

23  A    Of course.  That box that we had located was marked as

24  evidence item number 63, and in then broken down into four

25  bags.  We did a sheet for each bag.

FONTANELLI - DIRECT - MS. PENZA          1447

1      This particular sheet corresponds to bag number 1.

2  You can see at the top it says item number 63, bag 1 of 4.

3      So the information contained on the sheet, pertains

4  to bag number 1 of that evidence item.

5  Q    And if we look -- can you explain how the form works?

6  A    Sure.

7      If you look here to your left, the left-hand column

8  has currency.  The next center column is quantity.  And then

9  the third column is amount.

10     So what you do is when you go through the money and

11 it's counted and accounted for, you note how many bills of

12 each denomination there were in each bag.

13     In this particular instance, with the currency $100,

14 there was 1 -- 1,500, 100-dollar bills in that particular bag.

15 The amount would be $150,000.

16     The next denomination was $20.  There was 401,

17 20-dollar bills located within bag 1 of item 63.  And a total

18 $8,020.

19     Then at the bottom, after you tally up all the

20 different bill denominations, you tally at the bottom for a

21 total currency.  In this particular instance, the total

22 currency in bag number 1 was $158,020.

23     At the bottom you see the sealing official.  And a

24 witnessing official.

25     Before I had mentioned whenever we deal with

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

FONTANELLI – DIRECT – MS. PENZA          1448

1    evidence, there's always two agents or officers assigned.   In

2    this particular instance, the sealing officer was Special

3    Agent Michael Lever.  And the witnessing officer was Special

4    Agent Elliot McGinnis, both agents assigned to squad C2.

5    Q    And so that first bag from item number 63 that we looked

6    at contained $158,000 –– $158,020?

7    A    Yes, ma'am.

8    Q    Turning to the next page.

9         What –– can you describe what this is?

10   A    Again, here, this is the same form.  But this time

11   instead of talking about bag number 1, we're talking about bag

12   number 2 of item number 63.

13        Again, we have our three columns; the currency, the

14   quantity and the amount.

15        We tally all the different denominations of the

16   bills that we had.  In this particular instance, we had 1,601,

17   100-dollar bills.  We had 100, 20-dollar bills, for a total of

18   $162,100.

19        And again, at the bottom of the page, as we

20   mentioned, there's always two officials present when we deal

21   with evidence.  And, again, it was Special Agent Mike Lever

22   and Special Agent Elliot McGinnis, who I dealt with this

23   evidence on that day.

24   Q    Okay.  Let's turn to bag number 3.

25        Can you walk you through this one.

FONTANELLI – DIRECT – MS. PENZA          1449

1    A    Yes.

2              Again, this is the same type of page that we had

3    before.  It's United States currency.

4              I failed to mention that this was counted on

5    March 28th of 2018, the day after the search in Clifton Park.

6    The day after that we had recovered the money, and that this

7    funds was counted and accounted for at 26 Federal Plaza.

8              This particular sheet here, again, is the same as

9    before.  This time it pertains to bag 3 of evidence item

10   number 63.

11             In this particular bag we had 100, 100-dollar bills

12   for a total of 10,000.  We had 100, 50-dollar bills, for a

13   total of 5,000.  And we had 900, 20-dollar bills, in amount of

14   18,000.

15             And you total that at the bottom, the total currency

16   in bag number 3 was $33,000.

17             It was processed, again, by Special Agent Michael

18   Lever and Special Agent Elliot McGinnis.

19   Q    Turning to the next page.

20             Can you describe this?

21   A    This is the same sheet.  This time it pertains to bag 4

22   of 4, evidence item number 63.

23             In this particular bag, we had 51, 100-dollar bills,

24   in the amount of $5,100.  We had 200, 50-dollar bills, in the

25   amount of $10,000.  We had 1,098, 20-dollar bills, in the

FONTANELLI - DIRECT - MS. PENZA          1450

1    amount of 21,960, which gives us a total currency in bag

2    number 4, evidence item number 63, of $37,060.

3              Again, sealed and processed by Special Agent Michael

4    Lever and Special Agent Elliot McGinnis at 26 Federal Plaza.

5    Q    And turning to Government Exhibit 1483, page 8.

6              I'll start with Government Exhibit 1483, page 11,

7    which is already in evidence.

8              Is this a deposit slip for that -- for the amount of

9    money in the first bag?

10   A    That's correct.

11   Q    And it's a little difficult to see, but I'm going to move

12   on to Government Exhibit 1483-8.

13             And does this list the total amount from those bags?

14   A    That's correct.

15   Q    And what was the total amount from those bags?

16   A    $390,180.00.

17             MS. PENZA:  Your Honor, may I have the PowerPoint

18   back, please.

19   Q    Turning now to slide 91.

20             Can you describe what we see in this image?

21   A    This is evidence number 64.

22   Q    And this bag that we see, can you describe how what we

23   just looked at as evidence item number 63, and evidence item

24   number 64, how those were arranged in the crawl space?

25   A    As you see, they were both within this bag.  And one box

1    was on top of the other.

2    Q    Okay.  So is it fair to say that the item we just looked

3    at, item number 63, was also in this bag?

4    A    That's correct.  Both boxes were located within this bag.

5    Q    Turning to slide 92.

6              Can you describe what we see in this image.

7    A    In this particular imagine you see an UGG shoebox, which

8    is labeled as item number 64.

9    Q    And is this a view into the bag?

10   A    That's the view into the bag.  You can see at the bottom

11   of the bag the previous shoebox.

12   Q    Okay.  So the shoebox -- the boot box that we looked at

13   as item number 63, is actually underneath this UGG box?

14   A    Correct.

15   Q    Turning now to slide 93.

16             What is depicted here?

17   A    This is the contents of the interior of the shoebox.

18   Q    Okay.  And turning to slide 94.

19             What is this?

20   A    Again, just as we did before.  We heat sealed this money

21   on the scene.  We took it back to 26 Federal Plaza to be

22   processed.  So this is the evidence bag being ready to be

23   transported.

24   Q    And as with when we looked at bags of money before, is

25   this bag of money identified as corresponding to the UGG box

FONTANELLI - DIRECT - MS. PENZA                    1452

1   that we just looked at?

2   A     That's correct.  You can see over here it says item

3   number 64, which corresponds to the photo of that UGG box,

4   which was labeled evidence item number 64.

5             MS. PENZA:  Your Honor, may I have the Elmo again

6   please.

7             (Continued on next page.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

FONTANELLI – DIRECT – MS. PENZA        1453

1    BY MS. PENZA:

2    Q    Investigator Fontanelli, I'm showing you what is in

3    evidence as Government's Exhibit 1483, page five.  Can you

4    describe what this paper is?

5    A    Again, this is similar to the previous sheet we looked

6    at, United States currency count.  This is a sheet that we

7    complete to correspond with that evidence.

8            You can see on the top it was also completed on

9    March 28, 2018, the day after the search in Clinton Park,

10   counted for in 26 Federal Plaza, New York, New York, FBI field

11   office.

12           This particular sheet we deal with item number 64.

13   Item number 64, that Ugg shoe box, 58 $100 bills; 57 50-dollar

14   bills; 160 20-dollar bills; 216, 10-dollar bills; 270 5-dollar

15   bills; two 2-dollar bills, 273 1-dollar bills.  Total that up

16   to $50,637.  You see on the bottom of the page it was

17   processed, secured by sealing official Special Agent Michael

18   Lever and witnesses official Elliot McGinnis.

19   Q    Was this money from item 64 also deposited in the bank?

20   A    Yes, ma'am.

21   Q    I'm showing you what is in evidence as Government's

22   Exhibit 1483-9.  Is this the deposit slip for item 64?

23   A    Yes, ma'am.  As you can see the amount corresponds to the

24   previous sheet $15,670.

25   Q    That's on the bottom?

FONTANELLI – DIRECT – MS. PENZA                1454

1    A    Correct.

2    Q    I'll go back to for a second to 1483-11 to give you a

3    better view there at item number 6359 at bottom, can you see

4    the amount from the item number 63 that we looked at first?

5    A    Yes, ma'am, $390,180.

6    Q    Then going back to the record of the deposit of item

7    number 64, is this a printout of that deposit?

8    A    That's correct.

9    Q    It has the total amount $15,670?

10   A    Yes, ma'am.

11        MS. PENZA:  Your Honor, may I have the Power Point

12   again, please?

13   Q    Turning now to slide 95, can you describe where we are in

14   this image?

15   A    Sure.  As I was speaking before, that hallway that led

16   from that main landing on the second floor, this is the rear

17   bedroom in the back of that hall, the closet would be on your

18   right-hand side.  We walk pasted the closet now and into the

19   rear bedroom.

20   Q    Slide 96?

21   A    That's a photo of the interior of the rear bedroom.

22   Q    Slide 97?

23   A    A closet located in that same bedroom.

24   Q    Slide 98?

25   A    That's a photo of the interior of the closet located in

FONTANELLI – DIRECT – MS. PENZA                1455

1    that bedroom.

2    Q    Slide 99?

3    A    That's a bag that we had located in the rear of the

4    closet located in that bedroom.  You can see that it's marked

5    as evidence item number 65.

6    Q    And turning to slide 100?

7    A    This photo is a photo taken of the interior of the bag of

8    the money that we had discovered.

9    Q    Slide 101?

10   A    This is a photo of the money taken out of the bag and put

11   onto the bed to be photographed.

12   Q    And slide 102?

13   A    Again, this is a photo of that money this time processed

14   and secured.  We concealed it in this plastic and prepared to

15   transport it back to the New York field office.

16          MS. PENZA:  Your Honor, may I have the Elmo again

17   please?

18   Q    Showing you what is in evidence as Government's Exhibit

19   1483, page six, can you describe what this is?

20   A    Like before, this is a United States currency count form

21   that we used to account for the funds of that particular

22   evidence item.  This particular instance, evidence item number

23   65 was counted at Federal Plaza on March 28, the day after the

24   search in Clifton Park.

25          We'll account for the currency that we had

FONTANELLI – DIRECT – MS. PENZA        1456

1   discovered.  In this particular instance, we had 973 $100

2   bills; 186 50-dollar bills; one 20-dollar bills; 293 10-dollar

3   bills; 28 5-dollar bills; no 2-dollar bills; and 37 1-dollar

4   bills.  Again this is corresponding to that bag of money that

5   we found in the bedroom and total $109,727.  Again, processing

6   agents assigned to this, Special Agent Elliot McGinnis and

7   Special Agent Michael Lever.

8   Q    Showing you in evidence as –– was that money deposited in

9   a bank?

10  A    It was.

11  Q    Showing you what is in evidence as Government's Exhibit

12  1483-7.  Is this the deposit slip for item number 65, money

13  found in item number 65?

14  A    That's correct.  As you can see the amount of this

15  deposit slip is consistent with the form, total amount of

16  $109,727.

17          THE COURT:  All of these deposits were where?  Where

18  do you deposit this money?  It would appear, it says Federal

19  Reserve, is it in the Federal Reserve Bank?

20          THE WITNESS:  I believe so, your Honor.  I didn't

21  personally deposit it.  I just know that it was deposited.

22          THE COURT:  All right.

23  BY MS. PENZA:

24  Q    Turning to what is in evidence as Government's Exhibit

25  1483-12, is that a printout from the same deposit?

FONTANELLI - CROSS - MS. GERAGOS          1457

1    A    It is.  This particular page here it tells where it was

2    deposited.  It was deposited in Bank of America U.S. Treasury

3    in Lindhurst, and this corresponds with the previous deposit,

4    $109,727.

5    Q    Turning finally to Government's Exhibit 1483-13.  Is this

6    a summary of the three deposits that we looked at from the

7    three different evidence numbers?

8    A    That's correct, of all three evidence numbers.  We can

9    see the totals on the side.  From that one bag we had

10   $109,727; from the box we had $15,670, that was from that Ugg

11   box; from the larger shoe box $390,180.  In total we seized

12   from that search warrant $515,577.

13   Q    So over half a million dollars in cash was found in Nancy

14   Salzman's house on the day you executed the search warrant?

15   A    Yes, ma'am.

16          MS. PENZA:  No further questions.

17          THE COURT:  Cross-examination?

18   CROSS-EXAMINATION

19   BY MS. GERAGOS:

20   Q    Good morning, Officer Fontanelli.  My name is Teny

21   Geragos.  I don't think we officially met.  We we've seen each

22   other in court.

23   A    Nice to meet you.

24   Q    I believe on direct examination with Ms. Penza you

25   testified that you have been involved in this investigation

FONTANELLI - CROSS - MS. GERAGOS          1458

1    since October of 2017?

2    A    Yes, ma'am.

3    Q    With balancing your duties to the New York State Police,

4    you've also been involved in pretty much every aspect of this

5    investigation starting in October 2017 until the present day?

6    A    Well, as I said, at times I wasn't present for all

7    aspects of the investigation due to my responsibilities with

8    the State Police.  At times I was present; and at time I

9    wasn't present.

10   Q    But since 2017 you've been involved, of course --

11   A    Right.

12   Q    -- given that you have other responsibilities?

13   A    Yes, ma'am.

14   Q    And you conducted a number of interviews since you've

15   been involved in this investigation?

16   A    I've assisted in numerous interviews, yes, ma'am.

17   Q    And preparing reports based on those interviews?

18   A    Yes, ma'am.

19   Q    You also testified that you have executed several search

20   warrants associated with this case including, the search

21   warrant at 3 Oregon Trail, right?

22   A    I assisted that day at 3 Oregon Trail.

23   Q    So if you can for a moment, I know we talked about how

24   you processed cash; when you seize devices, how do you process

25   that at the FBI?

FONTANELLI - CROSS - MS. GERAGOS          1459

1   A    When we seize devices they are put into evidence.  Then

2   they are secured in a vault.  Then the CART unit, which is the

3   FBI's computer evidence team, processes that evidence.

4   Q    What does CART stand for?

5   A    The Computer Analysis Response Team, but don't hold me to

6   it.

7   Q    I think it's it.  They load it so you're able to view

8   what is in the device, say a laptop or a phone, you're able to

9   then view what is on that device, correct?

10  A    Correct.  Myself I had no involvement in processing those

11  items.  They were turned over to the computer evidence team.

12  They do support and they provide it to the team.

13  Q    So we looked at I think some maps of Clifton Park within

14  Government's Exhibit 176, I'm going to come back to a few of

15  them.

16        This one would be 176, slide 16.  This is a 1, 2, 3

17  Flintlock Lane, correct?

18  A    Yes, ma'am.

19  Q    Can you describe who lived at 1, 2, 3 Flintlock Lane at

20  various times during the course of your investigation -- or

21  before that, who lived at 1 Flintlock?

22        MS. PENZA:  Objection, your Honor.

23        MS. GERAGOS:  If he knows.

24        THE COURT:  Do you know?

25        THE WITNESS:  I don't.

1   BY MS. GERAGOS:

2   Q     This is 1 Flintlock, correct?

3   A     Correct.

4   Q     This is 2?

5   A     Yes, ma'am.

6   Q     This is 3?

7   A     Yes, ma'am.

8   Q     They are all pretty much connected?

9   A     Yes, ma'am.

10  Q     Going to slide number 41, this is the Sports Barn,

11  correct?

12  A     Yes, ma'am.

13  Q     If you know, what took place in the Sports Barn?  Why did

14  members of NXIVM or ESP use the Sports Barn?

15  A     I'm not fully familiar with it, but to the best of my

16  knowledge it's location utilized to play volleyball.

17  Q     And they would play volleyball there many times a week,

18  if you know?

19  A     I don't know.

20  Q     Moving on to Government's Exhibit 179, my photo quality

21  is not as good as the Power Point.  Is this another angle of

22  the room you testified to yesterday on direct examination,

23  where Mr. Raniere would sit at this table and you viewed

24  videos of him sitting at this table?

25  A     That's correct.

FONTANELLI - CROSS - MS. GERAGOS          1461

1    Q    He would sit in this chair at the left?

2    A    Yes.

3    Q    There were several other seats, correct?

4    A    Yes, ma'am.

5    Q    And the videos you viewed -- was it just one video or you

6    viewed multiple videos of him sitting at this table?

7    A    One video.

8    Q    Was it of a Jness disposition?

9    A    I don't recall.

10   Q    Who was sitting at these two chairs?

11   A    I don't recall.

12   Q    You only recall Mr. Raniere sitting at this chair on the

13   left?

14   A    Yes, ma'am.  The reason I do is because there is a pillar

15   behind that chair.  It coincides to the shot of the photo of

16   Mr. Raniere sitting in that chair.  You can see the pillar,

17   there is a particular power outlet in it, that's how I

18   recognize it.

19   Q    That's this pillar, correct?

20   A    That's correct.

21   Q    You also testified on direct examination about this room,

22   correct?

23   A    Yes, ma'am.

24   Q    And what was this again, a gym?

25   A    I don't know if you would classify it as a gym, but there

FONTANELLI – CROSS – MS. GERAGOS          1462

1    was gym equipment in it.

2    Q    There were also other photos on the wall?

3    A    Yes, ma'am.

4    Q    And there is some photos on the ground here?

5    A    Correct.

6    Q    Yes?

7    A    Yes, ma'am.

8    Q    I didn't hear that.

9    A    No problem.

10   Q    I don't believe we viewed this photo yesterday.  On my

11   copy it's Bates numbers 1718, can you describe where this was

12   in the house?

13   A    Yes, ma'am.  This is in that utility room in the basement

14   where they had the water heater and different various

15   components that run the house.  That's another part of that

16   room.  That was the room that was located with that safe.

17   Q    There is six boxes there, right, that I just pointed to?

18   A    Yes, ma'am.

19   Q    And there is two boxes underneath these boxes of six,

20   correct?

21   A    Yes, ma'am.

22   Q    And several storage cabinets right here?

23   A    Correct.

24   Q    And then this was the safe that you just testified to on

25   direct, correct?

FONTANELLI - CROSS - MS. GERAGOS          1463

1   A      That's correct.

2   Q      With the lock?

3   A      Yes, ma'am.

4   Q      You also -- I don't think we were shown this on direct

5   examination, but you pointed out a photo of Albert Einstein,

6   can you see him there?

7   A      Yes, I can.

8   Q      This was at the top the stairs?

9   A      Correct.  That's that room when you come up the second

10  floor at the top of the landing there is that big, open room.

11  There was a couch and that particular desk.

12  Q      Who is that right there, is that Gandhi?

13  A      Yes, ma'am.

14  Q      We went over a little bit about this on direct, with

15  Ms. Penza, this is where you recovered Government's Exhibit

16  204, which is the box, correct?

17  A      Item number four?

18  Q      Yes.

19  A      Yes.

20  Q      Which is now Government's Exhibit 204.

21  A      Thank you.

22  Q      And there is something else here, right?

23  A      Yes.

24  Q      That's a box, correct?

25  A      That's correct.

FONTANELLI – CROSS – MS. GERAGOS          1464

1    Q    What else is in that box?

2    A    From what appears in the photo here it appears to be

3    computer equipment, but I don't recall specifically.

4    Q    You don't recall seizing the computers that were inside

5    the box right next to Government's Exhibit 204?

6    A    We seized many items from this room, I'm sure that we did

7    seize those.

8    Q    You did seize them as items number 27, 28, and another

9    number that I can't see; is that correct?

10   A    Yes, ma'am.

11   Q    Just to be clear, those laptops are just placed in a box

12   that were next to Government's Exhibit 204, item number four,

13   right?

14   A    Yes, ma'am.

15   Q    One of these items is a Dell laptop?

16   A    Yes.

17   Q    And another Dell laptop?

18   A    Yes, ma'am.

19   Q    You also seized one Blackberry, an old Blackberry?

20   A    Yes, ma'am.

21   Q    You would characterize this or would you characterize

22   this as an old model of a Blackberry phone?

23   A    It appears that way to me.

24   Q    And another old model of a Blackberry phone as number 34?

25   A    Yes, ma'am.

FONTANELLI - CROSS - MS. GERAGOS          1465

1   Q    I think you testified yesterday on direct examination

2   that there were a lot more devices than you guys expected when

3   you searched the residence, correct?

4   A    That's correct.  In that particular room where you showed

5   the picture, that canine dog that we brought in was going

6   crazy.

7   Q    This is a receipt of the property that is in evidence.

8   It's two pages.  And it has all the devices and the cash that

9   you seized from are the residence, correct?

10  A    That's correct.  That's a receipt that we leave for the

11  home owner.  When we leave the search, we leave a receipt to

12  show what was taken.

13  Q    So you, you took an external hard drive as one thing that

14  you seized?

15  A    Yes.

16  Q    Another external hard drive?

17  A    Yes.

18  Q    Another Dell computer?

19  A    Yes.

20  Q    Another western digital passport hard drive?

21  A    Yes, ma'am.

22  Q    And many more thumb drives, correct?

23  A    Yes, ma'am.

24  Q    This was much more than you were expecting to see, did I

25  have that, right?

FONTANELLI - CROSS - MS. GERAGOS          1466

1   A     Yes.

2               THE COURT:  Could you just identify that exhibit?

3               MS. GERAGOS:  That is part of 176 -- part of 180,

4   the last two pages.

5               THE COURT:  Thank you.

6   BY MS. GERAGOS:

7   Q    Is it fair to say that during the course of your

8   investigation you've learned that people in NXIVM pretty much

9   recorded, either through audio tape or video, pretty much

10  every aspect of any type of intensive?

11  A     That's my understanding.

12  Q    And anytime Mr. Raniere would speak, they would record

13  it?

14  A     I believe that's the case.

15  Q    And anytime Mr. Raniere would speak or do Jness

16  disposition or SOP dispositions at Ms. Salzman's house, they

17  would record or audit tape that as well?

18  A     I can't say for certain, but I understand that to be

19  true.

20  Q    You recovered many, many audit tapes and videotapes of

21  Mr. Raniere speaking at Nancy Salzman's house, correct?

22  A     There was a lot of evidence recovered, yes, from that

23  particular search.

24  Q    We just spoke a lot about the amount of cash that you

25  seized from the residence.  Having cash in itself is not

FONTANELLI – CROSS – MS. GERAGOS          1467

1    illegal, correct?

2    A    No, ma'am.

3    Q    It's whether or not you pay taxes on income.  And if you

4    don't do that, that may be illegal; is that correct?

5    A    I suppose that's one particular aspect of it.

6    Q    And during the course of your investigation I think you

7    testified a little bit earlier that you interviewed many

8    people in connection with the case, right?

9    A    It's been many, many people interviewed in this

10   particular investigation.

11   Q    And you interviewed Ms. Kristin Keefe at least three

12   times?

13             MS. PENZA:  Objection, your Honor.

14             THE COURT:  Sustained.

15   Q    You know that Ms. Keefe served as an --

16             MS. PENZA:  Objection, your Honor.

17             THE COURT:  Sustained.

18             MS. GERAGOS:  May I have the box?

19   Q    So we looked at some of the folders that were recovered

20   in 204 yesterday, correct?

21   A    Yes, ma'am.

22   Q    One of the people, one of the folders that we looked at,

23   is titled Steven Herbits, correct?

24   A    Correct.

25   Q    Another folder Frank Parlato?

FONTANELLI - CROSS - MS. GERAGOS          1468

1   A    Yes, ma'am.

2   Q    You understand that NXIVM engaged in litigation with

3   Frank Parlato because he stole money from Ms. Bronfman?

4          MS. PENZA:  Objection, your Honor.

5          THE COURT:  Sustained.

6          MS. GERAGOS:  Sidebar, your Honor?

7          THE COURT:  No.

8   Q    Did you look at publicly available sources, not including

9   interviews, such as court records, throughout this

10  investigation?

11         MS. PENZA:  Objection, your Honor.

12         THE COURT:  Sustained.

13  Q    Have you looked at David Soaros as well, right?

14  A    Yes, that folder was located in the box.

15  Q    Did you have an understanding that David Soaros is the

16  Albany --

17         MS. PENZA:  Objection.

18         THE COURT:  Sustained.

19  Q    Do you know who David Soaros is?

20         MS. PENZA:  Objection.

21         THE COURT:  Sustained.

22         MS. GERAGOS:  Your Honor, could we please have a

23  sidebar?

24         THE COURT:  No.

25  Q    We looked at Mr. Charles Schumer, correct?

FONTANELLI - CROSS - MS. GERAGOS          1469

1   A    That's another folder which was located in that box?

2         MS. GERAGOS:  Your Honor, may I get one of the

3   binders from our table?

4         THE COURT:  Sure.

5   Q    I understand that you didn't look through the contents of

6   this box, correct, you just simply categorized it or seized it

7   but you didn't look through the contents?

8   A    No, not at all.

9   Q    Nevertheless it's in evidence, so I'm going to show

10  you --

11        MS. PENZA:  Objection, your Honor.

12        THE COURT:  I'm sorry, does this have to do with the

13  contents of the box?

14        MS. GERAGOS:  It's a page of the content inside of

15  the box.

16        THE COURT:  Sustained.

17        MS. PENZA:  Thank you.

18        MS. GERAGOS:  I'm showing him what is already moved

19  into evidence.

20        THE COURT:  If it's in evidence you can show it to

21  him.

22        MS. GERAGOS:  Thank you.

23        MS. PENZA:  Your Honor, may we have a sidebar

24  please?

25        THE COURT:  All right.

SIDEBAR CONFERENCE                    1470

1              (Sidebar conference.)

2              THE COURT:  What does this have to do with his

3      direct?  That's what I want to know.

4              MS. GERAGOS:  Ms. Penza showed him folders with

5      people's names on him and didn't show him any content, which

6      is fine, but she moved the entire box into evidence.  For me

7      to not to show what is already moved into evidence -- it's

8      allowable, it's admitted.

9              MS. PENZA:  This is beyond the scope of his direct.

10     If they want to call -- we already represented that we're

11     going to call somebody else to talk about the contents of the

12     box, the contents of e-mail accounts.  This is totally beyond

13     the scope of his direct.  It's disingenuous with what we

14     agreed to before we called this witness.

15             MS. GERAGOS:  I'm not talking about Kristin Keefe.

16             MS. PENZA:  She tried to talk about Kristin Keefe.

17             MS. GERAGOS:  This is Kristin Keefe's box.  She

18     brought out Edgar Bronfman.  She showed a folder of Edgar

19     Bronfman.  I can show what has also been admitted into

20     evidence as a check from Edgar Bronfman to the Ross Institute.

21     She brought out a folder of this box and then laid it there

22     after Steven Herbits had already testified.  And I can't bring

23     out that it -- that the Kristin Keefe's notes or the fact that

24     she put in a check of Edgar Bronfman to the Ross Institution?

25     It's in evidence.

SIDEBAR CONFERENCE                    1471

1          MS. PENZA:  Your Honor, I believe this is totally

2    inappropriate and beyond the scope of his direct.  If they

3    want to call -- if we don't do what they think I'm going to do

4    and they don't cross-examine sufficiently about the box, then

5    they can call somebody.

6          MS. GERAGOS:  I have only five pages to show him.

7          THE COURT:  We're not doing it now.  He only

8    testified what this is, what he observed this in the box,

9    these names.  That was it.  There will be another witness.

10   Let's just keep going.

11          (End of sidebar conference.)

12          (Continued on the next page.)

1          (In open court.)

2     BY MS. GERAGOS:

3     Q     I'm showing you one of the other folders in the box, does

4     that say Ross Institute on it?

5     A     Yes, ma'am.

6     Q     That's written in handwriting, correct?

7     A     Yes, ma'am.

8     Q     Just one more, this is Correspondence E-mails, correct?

9     A     Correct.

10    Q     And can you tell if there is handwriting underneath the

11    printed tab here?

12    A     Yes, ma'am.

13    Q     Can you read, if you're able to see, it does it say

14    Correspondence E-mails below that in someone's handwriting?

15    A     Yes, I believe it does.

16          MS. GERAGOS:  Nothing further, your Honor.

17          THE COURT:  Thank you.

18          MS. PENZA:  No redirect, your Honor.

19          THE COURT:  Very well, the witness is excused.  You

20    may stand down.

21          THE WITNESS:  Thank you, sir.

22          (Whereupon, the witness was excused.)

23          THE COURT:  The Government may call its next

24    witness.

25          MS. PENZA:  The Government calls Sean Welch.

1        THE COURT:  Please raise your right hand, sir.

2        (Witness takes the witness stand.)

3    **SEAN WELCH**, called as a witness, having been first duly

4    sworn/affirmed, was examined and testified as follows:

5        THE WITNESS:  I do.

6        THE COURT:  Be seated, sir.  And state and spell

7    your full name for the record.

8        THE WITNESS:  Sean Welch, S-E-A-N, W-E-L-C-H.

9        THE COURT:  You may inquire.

10   DIRECT EXAMINATION

11   BY MS. PENZA:

12   Q    Good morning, Mr. Welch.

13        By whom are you employed?

14   A    XR LLC.

15   Q    What is your position?

16   A    CTO.

17   Q    What does that stand for?

18   A    Chief Technology Officer.

19   Q    What are your day to day responsibilities at XR LLC?

20   A    Maintain the websites and the overall operations when it

21   comes to systems.

22   Q    How long have you been with XR LLC?

23   A    Over 13 years.

24   Q    Are you familiar with you -- said you're familiar with

25   the various systems of XR LLC?

WELCH – DIRECT – MS. PENZA                    1474

```
1    A     Yes.

2    Q     Are you familiar with the billing records and the

3    invoices?

4    A     Yes.

5    Q     Are you also familiar with XR LLC's websites?

6    A     Yes.

7    Q     What does XR LLC do?

8    A     We sell sex toys online through various websites.

9    Q     Do customers purchase products directly from XR LLC?

10   A     Yes, through the websites.

11   Q     Sorry, you said through the websites, what do you mean by

12   that?

13   A     They go to our websites, like ExtremeRestraints.com, and

14   place orders through there.

15   Q     So you said ExtremeRestraints.com?

16   A     Yes.

17   Q     Are there other websites through which customers can

18   place orders?

19   A     Yes.

20   Q     What are those?

21   A     HealthyActive.com, BoyShop.com, SexToyDistributing.com,

22   and we also sell goods through Amazon.

23   Q     So when somebody wants to make a purchase, they would go

24   through one of those other websites and then it would be

25   directed to XR LLC?
```

1  A     Yes.  They would place the orders through the websites,

2  through other channels, then we import the order data and

3  fulfill it.

4  Q     When somebody makes a purchase through -- when somebody

5  makes a purchase through ExtremeRestraints.com, how would the

6  purchase show up on their credit card statement?

7  A     They will be billed as XR LLC.

8  Q     Why is that?

9  A     So that the website names don't show up on the credit

10 card statements for discreet billing.

11 Q     Did you receive a subpoena in this case?

12 A     Yes, I did.

13 Q     Pursuant to that subpoena, did you provide the Government

14 with documents related to purchases by Daniela Padilla or

15 Daniela Bergeron?

16 A     Yes.

17 Q     What did you do upon receiving the subpoena?

18 A     When I received the subpoena, I initially tried to do a

19 search in our internal systems for the name they gave me, but

20 I didn't find anything.  So we had to clarify the search

21 terms, then I found information from the names that they

22 listed.

23 Q     Did you ultimately locate some records?

24 A     Yes, I did.

25             MS. PENZA:  Your Honor, may I approach the witness?

WELCH – DIRECT – MS. PENZA          1476

1     THE COURT:  Yes, you may.

2  Q    Mr. Welch, for convenience I've handed you three stacks

3  of exhibits.  If could you look at the first three.  They are

4  marked for identification purposes as Government's Exhibit

5  851, 852, 853, and 854 do you see those?

6  A    Yes, I do.

7  Q    Are you familiar with those documents?

8  A    Yes, I am.

9  Q    Can you just describe very generally what those are?

10  A    They are the order information from the orders that were

11  imported into our system from the websites.

12  Q    Is this information that you maintain in the regular

13  course of XR LLC's business?

14  A    Yes.

15  Q    Do these documents truly and accurately reflect the

16  records of XR LLC?

17  A    Yes.

18         MS. PENZA:  The Government moves, or offers rather,

19  Government's Exhibit 851 through 854 into evidence.

20         MR. AGNIFILO:  No objection.

21         THE COURT:  Government's Exhibit 851, 852, 853, 854

22  are received in evidence.

23         (Government Exhibit 851, 852, 853, 854, were

24  received in evidence.)

25  BY MS. PENZA:

WELCH - DIRECT - MS. PENZA                    1477

1    Q    Mr. Welch, is it fair to say that these exhibits relate

2    to two different orders?

3    A    Yes.

4    Q    And what are the dates of the two different orders?

5    A    The first order is 5/26/2017.

6    Q    And the second order?

7    A    5/28/2017.

8    Q    So let's look at the 5/26/2017 order first.  Zooming out,

9    can you explain what this document is?

10   A    This is a copy of the sales order invoice that our system

11   generates.

12   Q    So over in the top right is this the order date

13   5/26/2017?

14   A    Yes.  Also the order number on the ExtremeRestraints web.

15   Q    So the order number -- how do you know it's Extreme

16   Restraints' website?

17   A    It starts with the letters EX.

18   Q    This is an order number that ends in 8694?

19   A    Yes.

20   Q    If we look over here, what do these categories of

21   information show?

22   A    These are the billing and shipping information supplied

23   with the order.

24   Q    So for here the billing and the shipping match; is that

25   correct?

WELCH – DIRECT – MS. PENZA                1478

1    A    Yes.

2    Q    It's Daniela Bergeron, 8 Raleigh Drive, Halfmoon, New

3    York, 12065; is that correct?

4    A    That's correct.

5    Q    Then there is a contact name and a contact number; is

6    that right?

7    A    Yes.

8    Q    Then let's go through the invoice.  The first item is

9    this first number, here what does that number represent?

10   A    That's our SKU number that we have in our system.

11   Q    So the first item number is the remote puppy trainer; is

12   that right?

13   A    Yes, that's correct.

14   Q    Are there a lot of product -- a number of products on the

15   Extreme Restraint website that talk about puppies?

16   A    Yes.

17   Q    Are those items meant for animals?

18   A    No.

19   Q    They are meant for people?

20   A    Yes.

21   Q    Going to the next item, is that the item number AC892?

22   A    Yes.

23   Q    That's a studded rubber paddle?

24   A    Yes.

25   Q    The next one, item AD743?

WELCH – DIRECT – MS. PENZA                    1479

1    A      Yes.

2    Q      That's the MS hanging rubber strap cage?

3    A      Yes.

4    Q      Item number four, AE306, the heavy duty suspension bar

5    kit?

6    A      Yes.

7    Q      Income number five, AE991, the 3.5-inch ankle shackle

8    mounts pair?

9    A      Yes.

10   Q      That comes two to a set?

11   A      Yes.

12   Q      Turning to the next page, item six, AE916; is that

13   correct?

14   A      Yes.

15   Q      That says ST thigh sling with wrist cuffs?

16   A      Yes.

17   Q      AF199, MS subdued full body strap set?

18   A      Yes.

19   Q      Then the rest of the items on here, are those actually

20   items that were purchased?

21   A      No.  They are free samples that we provide for customers

22   and then the free charges.

23   Q      I'd like you now to look at the second set of the second

24   group of exhibits that I handed you, which have been marked

25   for identification as 855, 856, 857, 858, 859, 860, and 861.

1    A    Okay.

2    Q    Do you see all of those?

3    A    Yes.

4    Q    Are you familiar with those?

5    A    Yes.

6    Q    Can you describe generally what those are?

7    A    These are the product descriptions on our websites.

8    Q    Matching the items that we just looked at?

9    A    Yes.

10   Q    Do these fairly and accurately represent the items as

11   depicted on your website?

12   A    Yes.

13         MS. PENZA:  Your Honor, the Government moves

14   Government's Exhibit 855 through 861 into evidence.

15         MR. AGNIFILO:  No objection.

16         THE COURT:  All right.  Government's Exhibit 855,

17   856, 857, 858, 859, 860, 861 are received in evidence.  You

18   can publish them to the jury.

19         (Government Exhibit 855, 856, 857, were received in

20   evidence.)

21         (Government Exhibit 858, 859, 860, 861, were

22   received in evidence.)

23   BY MS. PENZA:

24   Q    I'm going to start with Government's Exhibit 855.  Is

25   this the remote shock puppy trainer?

WELCH — DIRECT — MS. PENZA                 1481

1    A    Yes.

2    Q    It costs $159?

3    A    Yes.

4    Q    How is that meant to be worn?

5    A    Around the neck.

6    Q    Turning to the next page there is a section called --

7    Mr. Welch, there are a number of portions of these documents

8    that are redacted, can you just generally describe what has

9    been redacted?

10   A    The other items that may be related, if you would like to

11   purchase similar items, and the reviews as well.

12   Q    So turning to the next page can you read the details,

13   please?

14   A    "Train your pet to obey every command.  The new and

15   improved deluxe dog trainer is the smallest, lightest training

16   collar on the market, just 2.4 ounces, perfect for puppy play

17   or naughty slaves.  This wicked device allows you to you teach

18   them a quick lessen in tone, vibration and 15 levels of static

19   stimulation.  Simply turn the knob to the level of correction

20   you want and press the bottom.  Device creates a sound each

21   time shock is emitted for training purposes.  The second

22   button will emit the same tone, but no shock, to warn your bad

23   puppy that a shock may be coming if they keep it up.  With a

24   range of up to 100 yards, you can even punish your play thing

25   from afar.  Both the remote and collar are fully rechargeable

WELCH – DIRECT – MS. PENZA                    1482

1    for your convenience and even waterproof so they never have to

2    be taken off, even in the shower.  No external antenna is

3    needed to keep your pup in line."

4    Q    There is some additional specifications listed?

5    A    Yes.

6    Q    This is the first item that we saw on the invoice that we

7    looked at?

8    A    Yes.

9    Q    Then the studded rubber paddle?

10   A    Yes.

11   Q    This is the second item that we saw on the invoice?

12   A    Yes, it is.

13   Q    It costs 35.95?

14   A    Yes.

15   Q    Going to the third item, this is Government's Exhibit

16   857, this is the hanging rubber strap cage?

17   A    Yes.

18   Q    That costs $299.95?

19   A    Yes.

20   Q    That's the third item that was on that invoice?

21   A    Yes.

22   Q    Can you read the details for this, please?

23   A    "This rubber strap cage offers a unique way to keep your

24   partner encased and restrained.  With this rubber strap cage

25   your partner steps onto a platform base and becomes surrounded

WELCH - DIRECT - MS. PENZA          1483

1    with durable rubber straps.  The straps are designed in a

2    downward, criss-cross pattern.  The body weight pulls down the

3    cage bringing the straps in closer to them and keeping them at

4    bay.  Think Chinese finger trap when figuring out how this

5    product will work in your next round of bondage play."

6    Q    Do you know what a Chinese finger trap is?

7    A    Yes.

8    Q    Can you describe it?

9    A    It's where you stick your finger in and the tighter you

10   pull it, the tighter the cuffs hold you.

11   Q    Then can you read the specs and benefits?

12   A    "Side cage measures 75 inches in total length.  Base and

13   top ring measure 12-inches in diameter.  Material:  Rubber,

14   metal, wood.  Color:  Black.  Your partner's body weight pulls

15   on the cage restraining them.  The straps are designed in a

16   criss-cross pattern.  Note please, follow proper installation

17   and consider the weight bearing capability of your

18   installation.  We would advise installing this item in a beam.

19   These products, as well all products on this site, are

20   supplied as is.  No warranty is given, either implied or

21   expressed.  Products are intended as novelty only.  No

22   representation is made or applied as to their suitability or

23   safety for any particular use.  Purchasers use the products

24   entirely at their own risk."

25   Q    That's enough on that.

WELCH – DIRECT – MS. PENZA                1484

1          Does that warning appear on all of the items on the

2     website?

3     A     Not all of the items.

4     Q     Why does it appear on some?

5     A     I'm not sure.

6     Q     Moving on to the next item, Government's Exhibit 858.

7     What is this?

8     A     The heavy duty steel suspension kit.

9     Q     And this was the fourth item on that invoice we looked

10    at?

11    A     Yes.

12    Q     Can I ask you to read the details for this, please?

13    A     "This impressive suspension kit adds new dimensions to

14    play with your partner.  Features premium leather cuffs and

15    the heavy duty bondage bar, this set is designed toward

16    partners to enjoy suspension play.  The cuffs easily attach to

17    the bar, leaving your partner to hang and anticipate your

18    every move.  The bar itself hangs from a ceiling or supportive

19    frame and is designed to take weight."

20    Q     Showing you what is in evidence as Government's Exhibit

21    859, can you describe what this is?

22    A     Yes, this is a picture of the steel shackles.

23    Q     Is there a reason why this item why there is not the full

24    website page?

25    A     It's been disconnected from use.

WELCH - DIRECT - MS. PENZA                    1485

1    Q    But this was the item that was number five on the

2    invoice?

3    A    Yes.

4    Q    Showing you what is in evidence as Government's Exhibit

5    860.  Is this the deluxe thigh sling with wrist cuffs?

6    A    Yes.

7    Q    Sorry, I just want to -- we'll come back to this.  I want

8    to go to Government's Exhibit 851 for a second, for the ankle

9    shackle mounds is the price listed?

10   A    Yes.

11   Q    That was?

12   A    99.99.

13   Q    I'm not sure I already asked, but the heavy duty

14   suspension bar kit was $199?

15   A    Yes.

16   Q    Going back to Government's Exhibit 860, is this the

17   deluxe thigh sling with wrist cuffs?

18   A    Yes.

19   Q    That's 79.95?

20   A    Yes.

21   Q    Can you read the details please?

22   A    "Open up your partner so you can both experience more

23   pleasure.  Perfect for getting your lover into your desired

24   position while adding some kink.  This thigh sling with wrist

25   cuffs will provide the enhancement you've been looking for to

WELCH - DIRECT - MS. PENZA                    1486

1   your sexual endeavors.  Pull those legs back and bind their

2   wrists behind them so you can pummel deep in them while they

3   are helplessly pleasured.  Exposed and vulnerable they will be

4   wide open to tease and torment.  Give them mind-blowing oral

5   sex or multiple orgasms with a massage wand.  Turn them over

6   onto their knees with their face down for spanking or some

7   dirty doggy-style.  This positioning aid will pull their

8   thighs back towards their chest and keep their wrists bound

9   with adjustable and comfortable padded cuffed.  You can even

10  lock the buckles to increase the sense of their entrapment.

11  You call the shots when your submissive partner is restrained

12  and at your mercy."

13  Q     That was item number six on the invoice on the first

14  invoice?

15  A     Yes.

16  Q     The last item on that invoice, Government's Exhibit 861

17  is this the subdued full body strap set?

18  A     Yes.

19  Q     It costs 29.95?

20  A     Yes.

21  Q     And can you read the details for this one?

22  A     "Buckle up your lover in seven tight straps.  Get

23  creative with your bondage.  These seven body straps allow you

24  to customize your partner's restraints wrapping them up from

25  shoulders to ankles.  Various lengths and easy adjustability

WELCH - DIRECT - MS. PENZA                1487

1    mean that you can bind their wrists, forearms, thighs or

2    whatever your heart desires.  Convenient buckles make it easy

3    to secure your lover and even easier to set them free when

4    you're done playing with their body.  Paralyze your partner

5    with this customizable strap set."

6    Q    Turning to what is in evidence -- just look at

7    Government's Exhibit 851 for a second.  Can you tell us what

8    the total amount of that order was?

9    A    922.74.

10   Q    Now showing you what is in evidence as Government's

11   Exhibit 853?

12              THE COURT:  Is this in evidence?

13              MS. PENZA:  Yes, it is.  I'm sorry, your Honor.

14   BY MS. PENZA:

15   Q    Is this the second invoice?

16   A    Yes.

17   Q    So let's start in the upper left corner again.  Does this

18   have an order number?

19   A    Yes, Extreme Restraints 2299592.

20   Q    It has an order date?

21   A    Yes, 5/28/2017.

22   Q    Looking at here, there is a, can you describe the

23   addresses that we see?

24   A    The bill to and ship to addresses.

25   Q    The bill to address is Daniela Padilla, 8 Raleigh Drive,

1    Halfnoon, New York, 12065?

2    A    Yes.

3    Q    This is the ship to on the right?

4    A    Yes.

5    Q    Can you read that name and address, please?

6    A    Alex Martin, 9 Milltowne, Waterford, New York, 12065.

7    Q    I just want to go back for one second, the order that we

8    looked at already, the order from 5/26/2017, 2017, do you know

9    whether that order actually shipped?

10   A    The order did ship.

11   Q    And you were able to review your records and see that

12   that had happened?

13   A    Yes.

14   Q    This order that we're looking at now, did this order

15   actually end up shipping?

16   A    No, it did not.

17   Q    I'm showing you what is in evidence as Government's

18   Exhibit 854, can you describe what this is?

19   A    This is a screen shot from our order system.  It shows

20   the status of canceled for the order.

21   Q    Do you have an understanding of why that was canceled?

22   A    Yes.  In the right-hand side under the header tab it says

23   CCID scans.  This order was likely canceled because the bill

24   to and ship to information didn't match.  We weren't able to

25   get further information for the order.

WELCH - DIRECT - MS. PENZA                    1489

1  Q    What is the typical process when you have an instance

2  like that?

3  A    When the orders are imported in our system and put on

4  hold, we reach out via e-mail and telephone to try to get

5  additional information to verify the order.

6  Q    And if they can't verify the information, the order will

7  be canceled?

8  A    Yes.

9  Q    Does the customer, if the customer is reached, also has

10 the option to cancel?

11 A    The customer can cancel if they wish.

12 Q    Did you try to look back to see if you can find out more

13 details about this cancelation?

14 A    We didn't have any information on file; we changed e-mail

15 systems.

16 Q    Going back to Government's Exhibit 853, we were just

17 looking at, that had the different bill to and ship to

18 addresses, this is the order that was placed but then canceled

19 by your system; is that correct?

20 A    Yes.

21 Q    Is there a contact name and number?

22 A    Yes.

23 Q    Let's walk through the items here and then we'll walk

24 through the items here first.

25             The first item, again is the item number on the

1    Extreme Restraints website?

2    A    Yes.

3    Q    The first one is item number RI900?

4    A    Yes.

5    Q    Steel puppy cage?

6    A    Yes.

7    Q    Is it how much does that cost?

8    A    645.

9    Q    $645?

10   A    Yes.

11   Q    It's not for a puppy.

12   A    No.

13              (Continued on next page.)

14

15

16

17

18

19

20

21

22

23

24

25

WELCH – DIRECT – MS. PENZA                    1491

1    DIRECT EXAMINATION (Continued)

2    BY MS. PENZA:

3    Q    Item number 2, it's RI940; is that right?

4    A    Yes.

5    Q    And that's an upright cage?

6    A    Yes.

7    Q    And how much was the upright cage?

8    A    It was $795.

9    Q    Item number 3, the MS Good Boy Wireless Vibrating Remote

10   Puppy Plug.

11              That's the next item?

12   A    Yes.

13   Q    And that's 49.95?

14   A    Yes.

15   Q    Number 4, the MS Puppy Play Hood Breathable Ball Gag?

16   A    Yes.

17   Q    And that's 39.95?

18   A    Yes.

19   Q    Item number 5, the ST Bed Restraint Kit.

20              And that's 44.95?

21   A    Yes.

22   Q    And the rest of the items on here, is that the same as

23   you described in the other invoice, that they are not actually

24   purchased items?

25   A    Yes, that's correct.

WELCH - DIRECT - MS. PENZA                    1492

1    Q    I'm going to show you what's in evidence as Government's

2    Exhibit 853 and 851 at the same time.  That's the

3    5/26/17 purchase order and the 5/28/17 purchase order.

4              Is it fair to say that up here where we have

5    Daniella Bergeron, 8 Raleigh Drive, Halfmoon, New York, that

6    that is the same as down here where it says Daniella Padilla,

7    8 Raleigh Drive, Halfmoon, New York 12605?

8    A    Yes.

9    Q    It's the same -- even though it's a different last name,

10   it's the same address there?

11   A    Yes.

12   Q    Okay.  And then where it has contact, it has -- on

13   Government Exhibit 851 it says Daniella Bergeron, and it lists

14   the phone number ending in 1096, correct?

15   A    Yes.

16   Q    And then if you go to Government's Exhibit 853, it lists

17   the Daniella Padilla with a different last name, but the same

18   phone number ending in 1096, correct?

19   A    Yes.

20   Q    If I could ask you to look at the third set of exhibits.

21             Do you recognize those?

22   A    Yes.

23   Q    And just generally, what are those?

24   A    These are descriptions of our products as they appear on

25   our website.

WELCH – DIRECT – MS. PENZA                    1493

1    Q    Are these descriptions of the products as they appear on

2    your website that match Government Exhibit 853, the second

3    invoice we looked at?

4    A    Yes.

5              MS. PENZA:  Your Honor, the government offers

6    Government's Exhibits 862 through 866 into evidence.

7              MR. AGNIFILO:  No objections, Your Honor.

8              THE COURT:  Okay.  All right.

9              Government Exhibits 862, 863, 864, 865 and 866 are

10   received in evidence.

11             MS. PENZA:  Thank you, Your Honor.

12             (Government Exhibits 862, 863, 864, 865 and 866,

13   were received in evidence.)

14   BY MS. PENZA:

15   Q    Showing you first the Steel Puppy Cage.

16             Have you actually seen this item in person?

17   A    Yes, I have.

18   Q    Okay.  And can you just describe generally how big it is?

19   A    It's a cage probably about three and a half feet tall by

20   four feet wide, made out of steel.

21   Q    And is this image that's on the website, is that a person

22   on the top of the cage?

23   A    Yes.

24   Q    And can you read the details for the Steel Puppy Cage.

25   A    Yes.

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

1           Heavy-duty steel puppy cage, solid, collapsible and

2     affordable.  When you're looking for a full-sized iron cage

3     that is escape proof, then look no further.  This solid steel

4     cage has a full-sized feeding slot on the front door that fits

5     most standard K9 dishes --

6     Q    What does that -- I'm sorry.

7           Do you know what that means, standard K9 dishes?

8     A    No.

9           I would assume like dog feed bowls.

10    Q    Can you continue, please.

11    A    Welded all the way around for security.

12          When you're not using the cage, it collapses into

13    six pieces which can be placed under a bed or in a closet.

14          Assembly is easy and takes about 15 minutes using

15    the provided wench.

16          The cage is made up of six parts; top, bottom,

17    front, back, right and left.  With about a dozen bolts that

18    screw the sides together, the cage is complete.  It locks

19    securely with a single padlock, not provided.

20          Dimensions are 48 inches long by 32 inches in height

21    and 30 inches wide.  Each cage is handmade by our talented

22    blacksmith.

23          Our puppy cage is delivered to your door via UPS.

24    Total weight is approximately 120 pounds.  Cost of shipping is

25    $78 in the Continental U.S.A.

WELCH - DIRECT - MS. PENZA                    1495

1              Shipping notice.  Due to the size of this product,

2     we cannot ship to PO boxes.  Please allow two weeks for

3     delivery.

4     Q    And was this the first item on that second purchase order

5     we looked at?

6     A    Yes.

7     Q    And were you -- are you able -- because some of prices

8     appear to be different, are you able to match them up by the

9     item number?

10    A    Yes, we go by the item number.

11    Q    And the item numbers don't change?

12    A    No, the item numbers do not change.

13    Q    Moving on to Government Exhibit 863.

14              Is this an item called the Jail Cell?

15    A    Yes.

16    Q    And is this the same item number which is R1940 that

17    appears in Government Exhibit 853 as the upright cage?

18    A    Yes.

19    Q    So the jail cell and the upright cage are the same?

20    A    Yes.

21    Q    Is that an image of a person in this?

22    A    Yes.

23    Q    And can you read the details on this.

24    A    Sure.

25              Collapsible, full-sized jail cell.  A true piece of

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

WELCH - DIRECT - MS. PENZA                1496

1   dungeon furniture.  This maximum security, collapsible cell is

2   the best we have created.  Assembly is easy and takes about 15

3   minutes using the provided wrench.

4          The cage is made up of six parts; top, bottom,

5   front, back, right and left.  A dozen bolts secure the sides

6   together, and it locks securely with three padlocks, not

7   included.  The nuts are already welded to the cage for fast

8   assembly and security.

9          When not using this cage, it collapses into six

10  pieces which can be placed under a bed or in a closet for fast

11  and convenient storage.

12         This cage comes equipped with three separate doors

13  to gain access to certain areas while keeping the others

14  locked.  The cage can be positioned upright or can also be set

15  horizontally.  Made of one-inch square steel, heavy-duty bars

16  that are securely mig-welded together.

17         Standard size is 6 feet 4 inches in height, 2 feet

18  wide and 2 feet in depth.  Total weight is approximately

19  150 pounds.  The versatility, low shipping costs and maximum

20  security design make this jail cell a rare find.

21  Q    Okay.  Thank you.

22         And so that was the number 2 item on the second

23  purchase order, correct?

24  A    Yes.

25  Q    And moving on to Government Exhibit 864.

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

WELCH – DIRECT – MS. PENZA                 1497

1        Is this the Good Boy Wireless Vibrating Remote Puppy

2   Plug?

3   A     Yes.

4   Q     And that's the third item on the purchase order?

5   A     Yes.

6   Q     And can you read the details, please.

7   A     Sure.

8        Make sure your puppy partner listens to your every

9   command with this vibrating puppy plug.  Formed in the shape

10  of a puppy's tail, this butt plug is not only meant to make

11  your partner into the little good puppy that they are, but it

12  also features vibrations that you can send remotely from

13  across the room.  The plug fits comfortably, thanks to a

14  bulbous head and contoured base.  Let your partner parade

15  around, give them commands.  You can cycle through five

16  different vibration modes.

17  Q     Thank you.

18        And that was the third item in that order, in the

19  second order?

20  A     Yes.

21  Q     I'm showing you what's in evidence as Government

22  Exhibit 865.

23        Is this a Puppy Play Hood and Breathable Ball Gag?

24  A     Yes.

25  Q     And can you read the details for this, please.

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

WELCH - DIRECT - MS. PENZA               1498

1    A     Make your pet crawl around like a bitch in heat.  Turn

2    your partner into your kinky little pet when you make them

3    wear this puppy muzzle.

4           Complete with dog-like ears, this fit is perfect for

5    puppy play enthusiasts.  Leaving the eyes uncovered so that

6    your pup sees everything you do.  This mask also serves as a

7    gag for your play thing.  The breathable ball gag within the

8    muzzle is perfect for shutting up your whining or barking dog,

9    but is also removable so that he can hear every pant and howl.

10   Designed for a comfortable, yet restrictive fit, each of the

11   three straps is adjustable so that this mask can fit all-sized

12   dogs.

13   Q     That was item number 4 on the invoice?

14   A     Yes.

15   Q     And then turning to the final item, Government

16   Exhibit 866.

17          Is this the last item that was on this second

18   purchase order?

19   A     Yes.

20   Q     This is the Deluxe Bed Restraints Kit?

21   A     Yes.

22   Q     And can you read the details of it.

23   A     Bind your lover to the bed for kinky delights.

24          Transform your bed into a devious piece of bondage

25   furniture with this easy-to-use, under-the-bed restraint set.

WELCH – CROSS – MR. AGNIFILO                1499

1   Strap your play thing into the adjustable and comfortably

2   padded restraints at both sides of the bed.

3            Their wrists and ankles will be spread open, leaving

4   your lover exposed and vulnerable to all the naughty things

5   you have in store for them.  Watch them writhe in pleasure and

6   pain as you spank, tickle and fuck them.

7            They will love feeling helpless to your every

8   desire.  Locking buckles allow you to ensure they have a way

9   to escape until you had your way.

10           Just slide the nylon straps under the bed and adjust

11  them to fit any side bed.  Adjust the cuff straps as needed

12  and create the kinky atmosphere you've been waiting for.

13  Q    That was the last item on the second order, correct?

14  A    Yes.

15  Q    And can you just read the total amount of that order?

16  A    $1,730.90.

17  Q    Thank you.

18           MS. PENZA:  No further questions.

19           THE COURT:  Cross-examination?

20           MR. AGNIFILO:  Yes.

21  CROSS-EXAMINATION

22  BY MR. AGNIFILO:

23  Q    Good morning, sir.

24           My name is Marc Agnifilo.  I represent Keith

25  Raniere.  I'm only going to ask you a few questions, okay?

1    A    Okay.  Yes.

2    Q    All right.  In 13 years, you've sold thousands, tens of

3    thousands of these sex toys to thousands or tens of thousands

4    of people; fair to say?

5    A    Yes, that's correct.

6    Q    It's a fairly thriving business, correct?

7    A    Yes.

8    Q    No shortage of customers who seem to want these sort of

9    items, correct?

10   A    Correct.

11   Q    And it's absolutely 100 percent legal to sell all of the

12   things we just talked about this morning, correct?

13   A    Yes.

14   Q    And to your knowledge, it's 100 percent legal for the

15   people who are buying these items to buy them from you,

16   correct?

17   A    Yes.

18   Q    And you're aware, are you not, that there's a community

19   of sorts of people who choose to have sex or intimacy with

20   some of these tools or toys, correct?

21   A    Yes.

22   Q    How did your business change after June of 2011 when 50

23   Shades of Gray came out?

24   A    We saw a slight bump.

25   Q    Just the slight bump?

1   A    Yeah, just a slight bump.

2            MR. AGNIFILO:  I have nothing further.

3            MS. PENZA:  Brief redirect, Your Honor.

4            THE COURT:  Sure.

5   REDIRECT EXAMINATION

6   BY MS. PENZA:

7   Q    Mr. Welch, given your business, you have some familiarity

8   with the Kink community?

9   A    Some.  Some.

10  Q    And with the BDSM community?

11  A    Yes, some.

12  Q    Can you describe the importance of consent in that

13  community?

14  A    Consent is essential.

15  Q    Okay.  And does that mean knowing everything up front

16  about what you're getting into?

17           MR. AGNIFILO:  I object.  This is --

18           MS. PENZA:  He opened the door, Your Honor.

19           MR. AGNIFILO:  -- beyond the scope of cross, sir.

20           THE COURT:  Overruled.

21           Go ahead.

22  Q    Sorry.  You may answer the question.

23  A    Yes.

24  Q    Have you heard of safe words?

25  A    Yes.

WELCH – RECROSS – MR. AGNIFILO            1502

1  Q    Okay.  Can you explain what safe words are?

2  A    Safe words are used whenever you get some play is

3  happening so the other person can say if they've had enough

4  and the play will stop.

5  Q    So it's important to be able to make things stop,

6  correct?

7  A    Yes.

8  Q    And have you heard the motto of the BDSM community, safe,

9  sane and consensual?

10 A    Yes.

11         MS. PENZA:  No further questions, Your Honor.

12         MR. AGNIFILO:  I have a few.

13         THE COURT:  Go ahead.

14 RECROSS-EXAMINATION

15 BY MR. AGNIFILO:

16 Q    So you can be locked in the jail cell, and that would be

17 consensual, correct?

18 A    Yes, it can be.

19 Q    You could be strapped to a bed, and that could be

20 consensual, right?

21 A    Yes.

22 Q    All the things we talked about this morning can be done

23 absolutely consensually, correct?

24 A    Yes.

25 Q    And when done by adults consensually, it's absolutely

PROCEEDINGS                          1503

1    legal and certainly not inappropriate; fair to say?

2    A    Yes.

3              MR. AGNIFILO:  Thank you.

4              MS. PENZA:  No further questions, Your Honor.

5              THE COURT:  All right.

6              The witness is excused.  You may stand down.

7              (Whereupon, the witness steps down.)

8              MS. PENZA:  Your Honor, may we just have a

9    five-minute break.

10             THE COURT:  Five-minute break.

11             We'll take a five-minute break and then we'll have

12   the next witness.

13             Lunch is at 12:00, but now we're taking a

14   five-minute break.

15             All rise for the jury.

16             (Jury exits the courtroom.)

17             THE COURT:  All right.  Five-minute break and have

18   your next witness ready.

19             MS. PENZA:  Thank you, Your Honor.

20             (Whereupon, a recess was taken at 11:32 a.m.)

21             THE COURT:  All right.

22             (Defendant enters the courtroom.)

23             THE COURT:  All right.  Bring in the jury.

24             (Jury enters the courtroom.)

25             THE COURT:  Please be seated.

PROCEEDINGS                                    1504

1              The government may call its next witness.

2              MS. HAJJAR:  Your Honor, may I offer certain

3    exhibits with consent of counsel before calling the witness?

4              THE COURT:  All right.

5              MS. HAJJAR:  The government offers Exhibit Number 1,

6    Government Exhibit Number 21, Government Exhibit Number 23,

7    Number 25, Number 27, Number 40, 44, with consent of counsel.

8              MR. AGNIFILO:  That's true, Judge.

9              THE COURT:  All right.  Exhibits 1, 21, 23, 25, 27,

10   40, 44 are received in evidence.

11             Please call your witness.

12             (Government Exhibits 1, 21, 23, 25, 27, 40, 44, were

13   received in evidence.)

14             MS. HAJJAR:  Thank you, Your Honor.

15             The government calls Lauren Salzman to the stand.

16             THE COURTROOM DEPUTY:  Please raise your right hand.

17             (Witness takes the witness stand.)

18   **LAUREN SALZMAN**, called as a witness, having been first duly

19   sworn/affirmed, was examined and testified as follows:

20             THE WITNESS:  I do.

21             THE COURTROOM DEPUTY:  Please have a seat.

22             And please state or spell your full name for the

23   record.

24             THE WITNESS:  Lauren Salzman, L-A-U-R-E-N,

25   S-A-L-Z-M-A-N.

L. SALZMAN – DIRECT – MS. HAJJAR                    1505

1        THE COURT:  You may inquire.

2        MS. HAJJAR:  Thank you, Your Honor.

3    DIRECT EXAMINATION

4    BY MS. HAJJAR:

5    Q    Good morning, Miss Salzman.

6    A    Good morning.

7    Q    Are you familiar with an organization called NXIVM or

8    ESP?

9    A    Yes, I am.

10   Q    Were you a part of it?

11   A    Yes, I was.

12   Q    How long were you a part of NXIVM?

13   A    Almost 20 years.

14   Q    Who is the founder of NXIVM?

15   A    Keith Raniere.

16   Q    Did Keith Raniere have a name or title within NXIVM?

17   A    Yes, he did.

18   Q    What was that?

19   A    Vanguard.

20   Q    Do you know of an organization called The Vow or DOS?

21   A    Yes, I do.

22   Q    Were you a member of that organization?

23   A    Yes, I was.

24   Q    When did you join DOS?

25   A    In January 2017.

1    Q     Who was the leader of DOS?

2    A     Keith Raniere.

3    Q     Did he have any titles within DOS?

4    A     He did.

5    Q     What were they?

6    A     Master, Grand Master and Supreme Master.

7    Q     What did you call him?

8    A     I called him Master.

9    Q     Who called him Grand Master?

10   A     So within DOS, there was a first line, and those first

11   lines were directly under Keith.  So they were -- he was their

12   master and they were his slaves.

13          And then under them were their slaves, so he would

14   be their grand master.

15   Q     Were you a part of the first line?

16   A     Yes, I was.

17   Q     Do you see Keith Raniere in the courtroom today?

18   A     Yes, I do.

19   Q     Can you identify him by an article of clothing and where

20   he is sitting?

21   A     He's sitting at the defense table in the blue sweater.

22          THE COURT:  All right.  Let the record indicate that

23   the witness has identified the defendant.

24          MS. HAJJAR:  Thank you, Your Honor.

25   Q     How long have you known the defendant?

L. SALZMAN - DIRECT - MS. HAJJAR          1507

1    A    Twenty years.

2    Q    Can you describe your relationship with him over the past

3    20 years?

4    A    Yes.

5         He was my mentor and teacher.  He was -- we had a

6    romantic relationship, a physical, sexual relationship from

7    mostly between 2001 and 2008, or '9.  And then not for a

8    period of almost ten years, and then briefly in 2017, and he

9    was my master.

10   Q    Was your relationship with him important to you?

11   A    Very important to me.  Yeah.

12   Q    Why?

13   A    Um, he was my most important person.  I mean, I respected

14   him and trusted him and looked up to him; wanted to be like

15   him.  Um.

16   Q    Has that relationship now ended?

17   A    For me, yes.

18   Q    Did you see the defendant regularly in the past 20 years?

19   A    Yes, I did.  On and off, yeah.

20   Q    And can you describe to the jury in what context you saw

21   the defendant?

22   A    Various contacts.  Socially.  Um, you know, whether going

23   on walks.  Hanging out with friends.  Parties.  Birthday

24   parties.  Holiday parties.  At corporate events.  Trainings.

25   Courses that we ran.  Many different contexts.

1    Q    When you say "training" and "courses," is that in the

2    context of NXIVM or ESP?

3    A    Yes, and some of the other companies.  Jness.  SOP.

4    Q    And did you see the defendant -- did you have an

5    opportunity to observe him with other people, too?

6    A    Yes.

7    Q    And which people?

8    A    Many people.  I mean, friends.  Colleagues.  Partners.

9    Students.  Community members.

10   Q    Have you committed crimes with the defendant?

11   A    Yes.

12   Q    Have you committed crimes with other members of NXIVM or

13   DOS?

14   A    Yes.

15   Q    What crimes did you commit?

16   A    Um, so there's two groups, or two -- between 2010 and

17   2012, I, with Keith and Kristin Keeffe and a number of members

18   of the family -- well, let me -- there's a women.  Her name is

19   Daniella, Dani, and so her family members, myself, Keith,

20   Kristin and others, basically kept this woman in a room for

21   two years under the threat that she would go back to Mexico if

22   she didn't perform certain results of our product.

23           And then there was a separate group, myself and

24   Keith, and others, the DOS group, received property, some of

25   the property was damaging information; true or untrue.  Some

L. SALZMAN - DIRECT - MS. HAJJAR                1509

1      of it was material possessions.

2                And based on having that property, we extorted more

3      property from the women within that group.  And we collected

4      that property based on material -- materially false

5      information, false pretenses.

6                The group was secret and we concealed that Keith

7      was -- was the founder of the group, was a member of the

8      group, and participated in any way in the group.

9                And then the material that we received, we received

10     it through WhatsApp, Telegram, like different apps, email and

11     phone communications.

12     Q    So with respect to the category of friends related to

13     Daniella, Dani, when was that crime committed?

14     A    Between 2010 and 2012.

15     Q    And as to the other types of crimes you described, was

16     that in the context of DOS?

17     A    The other crimes were in context of DOS, yeah.

18     Q    When did you commit those crimes?

19     A    In 2017.

20     Q    And who did you commit these crimes with?

21     A    With Keith and the first line DOS masters; Allison Mack,

22     Rosa Laura Junco, Daniella Padilla, Loreta Garza, Nicki Clyne.

23     Camilla.  Um, I think that's all.

24     Q    Was Monica Duran part of that group as well?

25     A    Oh, yes, Monica Duran.

L. SALZMAN - DIRECT - MS. HAJJAR          1510

1    Q    Can you describe to the jury what your position was in

2    DOS?

3    A    I was a first line DOS member, and I was a slave with

4    Keith as my master.  And then I was a master with others under

5    me.  And as well as grand master, I guess.

6    Q    The individuals you mentioned, with exception of Keith,

7    did that group comprise the first line of DOS?

8    A    Yes.

9    Q    Did you meet with the first line of DOS?

10   A    Yes.

11   Q    How often while you were part of DOS?

12   A    Every time I was in town in Albany, we met three times a

13   week, about ten hours a week.

14   Q    And where were those meetings held?

15   A    Initially they were held at people's homes, and then

16   later we bought a house and they were held at the house.  It

17   was considered the sorority house.

18   Q    Were these meetings secret?

19   A    They were, yes.

20   Q    Can you describe these meetings to the jury?

21   A    So the start of every meeting, we would take a naked

22   photograph and -- as a group -- and send it to Keith.  And the

23   photograph had to be fully frontally naked and our brands had

24   to show.  We have brands.  And we were to be -- look uniform

25   and happy in the photographs, and then we would get dressed.

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

L. SALZMAN - DIRECT - MS. HAJJAR          1511

1          And depending on what the focus of the meeting was,

2     we would cover different things; whether it was going over the

3     work project that we were working on for the sorority, or

4     checking in on them, doing work groups on them, taking

5     consequences for failing in the work projects, or sometimes

6     there could be other focuses.

7     Q     When you say "sorority," do you mean DOS or The Vow?

8     A     DOS.  Yeah, yeah.

9     Q     Did the defendant sometimes attend those meetings?

10    A     Yes, he did.

11    Q     Can you describe what happened in those meetings when the

12    defendant attended?

13    A     When he would attend, we would all get undressed, totally

14    nude, and sit on the floor below him, and he would usually sit

15    on, you know, above, on a chair.

16          And depending on what the focus was, he talked to us

17    about a number of different things; whether it was some idea

18    for the sorority, you know, some philosophical concept, or

19    asking us about the different various projects we were working

20    on, or people within the sorority.

21    Q     You said you and the other first line slaves removed your

22    clothes.

23          Did the defendant remain clothed?

24    A     Remained clothed, yes.

25    Q     What were some of the topics discussed at the meetings?

L. SALZMAN - DIRECT - MS. HAJJAR          1512

1    A    A book that we were working on, something called The

2    Game.  Enrollment or recruitment.  A dungeon.  Other things.

3    Several things.

4    Q    In the -- during these meetings, did the defendant

5    discuss his vision for DOS?

6    A    Sometimes, yes.

7    Q    When did you stop being part of DOS?

8    A    Depends, I guess, how you look at it.

9         In June 2017, DOS became public, and so a lot of the

10   ongoing operations stopped.  Most of them stopped at that

11   time.  And then we focused more on PR stuff.

12        And then in -- after New Years 2018, um, coming

13   close to like more February, Keith wanted to do a reenrollment

14   effort or a recommitment and get things going again.

15        So that never happened because he was arrested, and

16   so formally I think everything ended at that point.  So

17   March 2018, end of March.

18   Q    When you say "at that point," what are you referring to?

19   A    Keith's arrest.

20   Q    Now, at some point after the defendant's arrest, did you

21   plead guilty to federal crimes?

22   A    Yes.

23   Q    Where?

24   A    Here.  In this room.

25   Q    In this courtroom?

L. SALZMAN – DIRECT – MS. HAJJAR          1513

1   A     In this courtroom, yeah.  In the Eastern District of New

2   York.

3   Q     What did you plead guilty to?

4   A     I pled guilty to racketeering; conspiracy and

5   racketeering.

6   Q     And what's your understanding of what racketeering is?

7   A     That racketeering is a group of individuals who

8   participate in criminal activity.

9   Q     What specific crimes as part of racketeering did you

10  plead guilty to?

11  A     I pled guilty to harboring and trafficking of Dani and

12  forced labor.  And then to the DOS crimes, extortion and

13  forced labor and wire fraud.

14  Q     And when you say "Dani," is that Daniella, the woman you

15  described earlier?

16  A     Yes.

17  Q     How old were you when you first met the defendant?

18  A     Twenty-one.

19  Q     How old are you now?

20  A     Forty-two.

21  Q     When did you first meet the defendant?

22  A     I met him in 1998.

23  Q     Were you in school at that time?

24  A     I was.  I was a senior in college.

25  Q     Where were you in school?

L. SALZMAN - DIRECT - MS. HAJJAR          1514

1   A     I went to school in Oswego State.

2   Q     When did you graduate?

3   A     In June of 1998.

4   Q     What did you do after you graduated?

5   A     I traveled in Europe with some friends for about six

6   weeks, and then I came home to live with my mom.

7   Q     What did you do after that?

8   A     I took a job doing some secretarial work for her and then

9   started at ESP, Executive Success Program.

10  Q     Can you describe that to the jury, when you say you

11  started at ESP?

12  A     Yeah.

13        So my mom and Keith decided they were going to start

14  a business, and it was going to be a human potential school.

15  And when I graduated, my mom told me that they were going to

16  teach classes that were going to be good for helping people

17  achieve their goals, and basically for me figuring out what I

18  wanted to do in this next stage of my life.

19        And she made a deal with me that if I came into

20  classes for six months, then she would support me, no matter

21  what I wanted to do after that.

22        So I came home and there was a six-week -- they

23  wanted to do a six-week trial program for the courses that

24  they were releasing, and they did it.  There were 25 people in

25  that original group, and so I participated in that first trial

L. SALZMAN - DIRECT - MS. HAJJAR          1515

1   run of the classes.

2           And Keith came and taught all the classes two times

3   a weeks, and I took them as a student.

4   Q    Did you expect to stay in ESP after that trial period?

5   A    Not initially, but at the end of the six weeks, I decided

6   I wanted to stay.

7   Q    And did you stay?

8   A    I did.

9   Q    Who else was involved with NXIVM at that time?

10  A    Well, Keith was, and my mom.  And Toni Natalie, Barbara

11  Jeske, Pamela Cafritz, Kristin Keeffe, Dawn Morrison.  I think

12  Karen Unterreiner might be a little bit later.

13  Q    And your mother, what's her name?

14  A    Nancy Salzman.

15  Q    How did you meet the defendant for the first time?

16  A    My mom had met him and he was helping her with some of

17  the work that she was doing at Con Edison in the nuclear power

18  plant, and she had been excited about meeting him and his

19  group of friends, and she had wanted me to meet them all.

20          So initially I -- I think I was home on a college,

21  like a vacation from school, on a college break, and so I

22  stopped at National Health Outlet, which was a business that

23  Keith and Toni were running at the time, and just met them

24  briefly.

25          And then later my mom had a dinner party to

L. SALZMAN - DIRECT - MS. HAJJAR                    1516

1    introduce us to her new friend.

2    Q    Can you tell the jury your first impressions of the

3    defendant?

4    A    I thought he was a little strange.  I mean, at the dinner

5    party, everybody was very nice and very entertaining.  But I

6    was -- I felt awkward and uncomfortable around Keith at first.

7    Q    Did your mother appear to admire him?

8    A    Very much.  Yeah.

9    Q    And did that affect your opinion of him?

10   A    Yes.

11   Q    How?

12   A    It made me think that he was really smart and -- and

13   especially when she would talk about her work at the nuclear

14   power plant.

15        They were going through deregulation in Con Edison

16   and she would talk about Keith was helping her implement a

17   management system's program that he created and she would talk

18   about -- like she would be in a meeting and she would run to

19   the bathroom, and she would call him, and he would instruct

20   her about what to do.

21        And she was really excited about the things that

22   they were doing together and felt that it was really effective

23   and she was getting good results at the nuclear power plant.

24        And so it made me think that he was really good at

25   what he did; that he was really smart and had some really

L. SALZMAN - DIRECT - MS. HAJJAR          1517

1    good -- and the way she described it -- innovative ideas.

2    Q    Did the defendant show you attention?

3    A    Yes.

4    Q    Can you explain that to the jury.

5    A    Um, he would call and check in on me in the early days.

6    I moved back home and was living with my mom.  I didn't have a

7    lot of friends that I was close to from high school, so I

8    spent a lot of time alone.  But he would check in.

9          And eventually like if I meet him for walks, and we

10   would talk.

11   Q    Can you explain the walks you're referring to?

12   A    He would just invite me to go for a walk and we would

13   talk about all different things.  Eventually I came to confide

14   in him about struggles that I was having in my family, things

15   that were going on in my life.

16   Q    Where were you living at this time?

17   A    I was living at home with my mom at 7 Grand Hill Road in

18   Clifton Park.

19   Q    And at some point did the defendant encourage you move

20   out of your mother's home?

21   A    Yes.

22   Q    Can you explain that further?

23   A    Well, yeah.

24        So another friend of ours had -- had come home and

25   was also living at home with her parents, and so she moved out

L. SALZMAN - DIRECT - MS. HAJJAR          1518

1    and he would encourage that, well, like Tori moved out, so

2    like when are you going to move out?

3              But also at that time I think he inspired my mom to

4    start charging me rent for living at home and -- so that I

5    would be aware of, you know, what it was like to support

6    myself.

7              And so that inspired also me to want to move out and

8    be more self-reliant.

9    Q    In the early years of NXIVM, where did the defendant

10   live?

11   A    At 3 Flintlock Lane in Clifton Park.

12   Q    Who did he live with?

13   A    He lived with Pam Cafritz and Karen Unterreiner and

14   Kristin Keeffe.

15             MS. HAJJAR:  I'd like to show you what's in evidence

16   that --

17             I'll hold on, Your Honor.

18             I'd like to show you what's in evidence as

19   Government Exhibit 12.

20             (Exhibit published.)

21   Q    Do you recognize this person?

22   A    Yes.  Pam Cafritz.

23   Q    I'm going to show you what's in evidence as Government

24   Exhibit 53.

25             (Exhibit published.)

L. SALZMAN - DIRECT - MS. HAJJAR          1519

1    Q    Do you recognize this person?

2    A    Yes, Karen Unterreiner.

3    Q    And Government Exhibit 34.

4         (Exhibit published.)

5    A    Kristin Keeffe.

6    Q    What role did Pamela Cafritz play in the defendant's

7    life?

8    A    I think she was Keith's closest person.  She was his

9    partner for over 30 years, and I think his most -- Pam

10   believed in Keith, I think, more than anybody, more than

11   anybody else, and was more supportive of everything that he

12   did than anyone else.

13   Q    Were they equal parties in that relationship, in your

14   view?

15   A    I don't -- no.  No, I don't think so.

16   Q    How so?

17   A    I think -- I mean, in some ways I think Keith related

18   with Pam like a parent; like correcting her or disciplining

19   her at times.

20        But I think, in general, like Keith had a vision of

21   how he thought things could be, and Pam supported that vision.

22   So he was like the leader and she followed and supported.

23   Q    At some point did another woman move into 3 Flintlock

24   with the defendant?

25   A    Yes, Marianna.

L. SALZMAN - DIRECT - MS. HAJJAR          1520

1        MS. HAJJAR:  I am going show you what's in evidence

2   as Government Exhibit 26.

3            (Exhibit published.)

4   Q     Who is this?

5   A     That's Marianna.

6   Q     Did Marianna have a nickname?

7   A     Yes, we called her Monkey.

8   Q     And can you describe the relationship between the

9   defendant, Pam Cafritz and Marianna?

10  A     Well, Pam and Marianna were, I think, best friends and

11  pretty inseparable, in general.

12            And the three of them were kind of, a -- like a

13  unit, to some degree.  Like to a degree to the exclusion of

14  others.  It was the three of them.

15  Q     A romantic and sexual unit, in your -- as best as you

16  knew?

17  A     I mean, I -- I believe so.

18            MS. HAJJAR:  Your Honor, if you wanted to break at

19  noon, now would you a good time, I think.

20            THE COURT:  All right.  We're going to take a half

21  hour for lunch.

22            All rise for the jury.

23            (Jury exits the courtroom.)

24            THE COURT:  You may step down.

25            Please don't discuss your testimony with anyone.

PROCEEDINGS                                    1521

1        Okay.  Half an hour.

2        MS. HAJJAR:  Thank you, Your Honor.

3        (Witness steps down.)

4        (Whereupon, a recess was taken at 12:06 p.m.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

L. SALZMAN – DIRECT – MS. HAJJAR          1522

1          A F T E R N O O N   S E S S I O N

2          (Time noted:  12:30 p.m.)

3          (In open court; Jury not present.)

4          (Defendant enters the courtroom.)

5          THE COURT:  Let's bring in the witness.

6          (Whereupon, the witness resumes the stand.)

7          THE COURT:  Let's bring in the jury.

8          Ms. Hajjar, does the witness require the list?

9          MS. HAJJAR:  I don't believe so right now, Your

10   Honor.

11          THE COURT:  Okay.  Thank you.

12          (Jury enters the courtroom.)

13          THE COURT:  Please be seated.

14          All right, Ms. Hajjar, you may continue with your

15   examination of the witness.

16          The witness is reminded that she is still under

17   oath.

18   DIRECT EXAMINATION (Continued)

19   BY MS. HAJJAR:

20   Q    Ms. Salzman, did there come a time where you and the

21   defendant began a sexual relationship?

22   A    Yes, there did.

23   Q    When did that begin?

24   A    In April 2001.

25   Q    What was the date?

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

L. SALZMAN - DIRECT - MS. HAJJAR          1523

1    A     April 1st.

2    Q     Who initiated that?

3    A     He did.  But I was open to that.

4    Q     And what happened on April 1st, 2001?

5    A     We began a sexual relationship.

6    Q     Was that date later commemorated in any way?

7    A     Yeah, as an anniversary.  We considered it our

8    anniversary.

9    Q     And the word "anniversary," was that used to describe the

10   first date you had sex with the defendant?

11   A     Yes, that's correct.

12   Q     Did you celebrate your anniversary with the defendant?

13   A     Yeah.

14   Q     How?

15   A     Um, when we celebrated it, I mean, generally we would

16   spend time together or just acknowledge it as the date of the

17   anniversary.  Wish each other a happy anniversary.

18   Q     What did the defendant's birthday?  When was his

19   birthday?

20   A     His birthday is August 26th.

21   Q     And was that date celebrated?

22   A     Yes.

23   Q     How?

24   A     We celebrated it as a community.  In the early days, we

25   had a Vanguard day, and then it became, you know, longer.  We

L. SALZMAN - DIRECT - MS. HAJJAR          1524

1    went away for a weekend retreat.  So it was like Vanguard long

2    weekend and then it became Vanguard week eventually.

3    Q    When you say "we celebrated it as a community," are you

4    referring to the NXIVM ESP community?

5    A    Yes, the NXIVM ESP community.

6    Q    When you say you celebrated the defendant's birthday as

7    part of Vanguard week, can you describe some of the ways you

8    celebrated his birthday during that week?

9    A    Sure.

10        We created a corporate retreat.  So there were many

11   things that took place at the retreat.  But on his birthday

12   specifically, we would have a lot of birthday cakes for, you

13   know, everybody at the retreat.  And usually we would have

14   some sort of performance or entertainment, sometimes a tribute

15   performance.

16        And often then he would have a forum where he would

17   speak to the community and they could ask him questions and he

18   would answer them.

19   Q    Were you involved in the preparations for Vanguard week?

20   A    Yes.

21   Q    Was this -- was Vanguard week sometimes referred to as

22   V Week?

23   A    V Week, yes.

24   Q    How long did it take to prepare for V Week each year?

25   A    A long time.  I mean, it depends what you were preparing.

L. SALZMAN – DIRECT – MS. HAJJAR          1525

1   But some of the preparations, you know, took months to

2   prepare.

3           There were different things to prepare, so there

4   was, you know, all the administrative work was one kind of

5   bucket of things.  I did a lot of the entertainments or

6   activities during the week.  And promote, you know,

7   promotions.  There were NXIVM organizational things, and then

8   there were more social-based things.  But it was a lot of

9   preparation.

10          One year, I mean, I think I put probably, you know,

11  a hundred to two hundreds hours of preparation work in for

12  what took place there, and that was just me.

13  Q    Were you aware the defendant celebrated an anniversary

14  with Pamela Cafritz?

15  A    Yes.

16  Q    What date was that?

17  A    Valentine's Day.

18  Q    Now, at the time you began your relationship with the

19  defendant, did you openly or discuss it or acknowledge it?

20  A    No.  He asked me not to.

21  Q    Did you speak with your mother about it initially?

22  A    No, he asked me not to.

23  Q    Was it difficult not to tell your mother about the

24  relationship?

25  A    Yes.

L. SALZMAN - DIRECT - MS. HAJJAR          1526

1    Q    How long did you have a sexually intimate relationship

2    with the defendant?

3    A    It was mostly between 2001 and 2008 or '9.  And

4    decreasing, you know, towards 2000, you know, '6, '7, '8, '9,

5    so during that time.

6         And then we didn't for, you know, nine or ten years.

7         And then he initiated again just for a brief period

8    after DOS became public in 2017.

9    Q    And during that entire period of time from 2001 to 2017,

10   were you in sexual romantic relationships with anyone besides

11   the defendant?

12   A    No.

13   Q    And was that a requirement?

14   A    Yes.

15   Q    Can you explain that.

16   A    Um, yeah, well, for -- I mean, for me it was a monogamous

17   relationship, and at one point in time he -- after we had

18   stopped being intimate and weren't spending -- intimate

19   sexually -- stopped spending a lot of time together, he had

20   told me he had made the decision to put the relationship on

21   hold.

22         But it was my understanding that that wasn't a

23   permanent decision and so, you know, it was my understanding

24   that if I had a relationship with somebody else, that would be

25   leaving the relationship.

1        So I didn't, you know.  I stayed.

2   Q    You said you considered the relationship monogamous.

3        Was that monogamous on both sides?

4   A    No, for me.

5   Q    Did you ever express wanting to have a relationship with

6   someone else to the defendant?

7   A    Yes.  I -- yes.

8        In 2013, I wanted to have a relationship with

9   somebody else, and I was -- I discussed it with him and told

10  him I was thinking of leaving the relationship.

11  Q    What happened?

12  A    He told me that -- I mean, there were a couple of things

13  that happened.

14       So he told me that if I stayed, he would reinvest in

15  our relationship and that we would have children.  And I asked

16  him when?  And he said, Soon.  And I said, Soon like a year or

17  soon like five years?  But I wanted to say Soon, like a month

18  or soon like five months, you know?

19       And he said, um -- between that time, within that

20  time, a year to five years was his time -- estimated time

21  frame.

22       And then we went on a subsequent walk where he said

23  that I have -- I have been spending time with someone else.

24  And I went -- that was not part of our community and that I

25  had gone to high school with, and I shared a kiss with that

L. SALZMAN - DIRECT - MS. HAJJAR          1528

1  person and I went and I came back and I told Keith and I said

2  if you want -- I understand if you want to end the

3  relationship, because I did this.  And I was hoping that he

4  would end the relationship, because I did that.  And he

5  didn't.  And I said I was trying to get myself to a place

6  where I felt strong enough to leave.

7          And so then he made the promise that if I stayed, he

8  would invest and then I -- but then we had a subsequent walk

9  where he told me that he had considered resigning as Vanguard

10 because of what I had done.

11 Q    Was that a big deal to you, resignation at Vanguard?

12 A    It was, yeah.  It was a huge deal to me.  Because -- and

13 I couldn't make sense of why he would like leave the community

14 without a leader because I had done this.

15          So then I thought, if I ever -- I just always

16 thought of it like if I ever wanted to leave, or how I would

17 leave, or I always had to be much more mindful that I would do

18 something that would be so, um, lacking in such care for the

19 community that I loved and cared about, that I could do

20 something that would make it so that he wouldn't be the leader

21 for them anymore.  It was really upsetting for me.  And I took

22 it very -- I took it to heart.

23 Q    During the course of your relationship with the

24 defendant, was his approval important to you?

25 A    Yeah.  It was like the most important thing to me; that

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

L. SALZMAN - DIRECT - MS. HAJJAR          1529

1    he thought that I was doing well and that I was upholding -- I

2    was a good person, that I was upholding the principles that we

3    upheld within our community, and that we said we all shared.

4    Q    When you say "upholding the principles of the community,"

5    is that a term that's used within the --

6    A    Yeah.  Yeah.  That's like -- that I was somebody who, um,

7    made good moral decisions, or that I was like honest or had

8    integrity or had a strong character.

9         I wanted to be that and I wanted his -- I looked at

10   him and how he viewed me to determine whether I was that.

11   Q    Did you check in with the defendant before making

12   decisions in your life?

13   A    Yes.  Most of my decisions.

14   Q    Can you give some examples of that?

15   A    Sure.

16        Like if I wanted to go and visit my grandparents out

17   of town.  Or if I wanted to buy a house.  Or plan a work trip

18   out of town.  I would check if it was -- if those things were,

19   like created any difficulties for him, or he was on board for

20   those decisions, if he thought they were good.

21        I checked with -- I mean, medical advice before like

22   medical decisions.  I checked most things.

23   Q    Did you receive medical care without his permission?

24   A    I mean, basic medical care.  Like annual medical care,

25   you know, but not major medical care.

LINDA D. DANELCZYK, RPR, CSR, CCR
Official Court Reporter

L. SALZMAN - DIRECT - MS. HAJJAR          1530

1    Q    Before you began a sexual relationship with the defendant

2    in 2001, did you have a discussion with him regarding your

3    weight?

4    A    Yes.

5    Q    What did he tell you?

6    A    That he thought a good weight for me would be around a

7    hundred pounds.

8    Q    And how did he make that decision?

9    A    There was like a fasting thing going on during that time,

10   like a bunch of the people in his group, his social group,

11   were doing juice fast, so I learned what a juice fast was.

12   And then I think one of the -- I think it was Pam or Barbara

13   like said to me that I should ask Keith like when it was a

14   good time to stop fasting.

15              And so I asked him and he -- I mean, basically saw

16   me in my underwear and assessed whether there was fat on my

17   body, and what a good weight would be, based on looking at me

18   and my body constitution.

19   Q    So he told you -- is it right that he told you you should

20   be a hundred pounds after looking at you?

21   A    Yeah.  Yeah.

22   Q    You mentioned Pam.  Is that Pam Cafritz?

23   A    Pam Cafritz.

24   Q    You mentioned Barbara.  What's her last name?

25   A    Jeske.

L. SALZMAN - DIRECT - MS. HAJJAR            1531

1   Q    Now, at the time, did you consider the defendant an

2   authority on your weight?

3   A    Yeah.  I considered him authority on almost everything,

4   on most things.

5   Q    And to your knowledge, was that view shared by others in

6   the community?

7   A    Yes.

8   Q    How was the defendant viewed within the community, the

9   NXIVM community?

10  A    I think very well.  Like very respected.  That he was a

11  incredibly moral person and -- and an adept thinker, very

12  ethical, and he was, I think viewed -- like I wasn't the only

13  one who checked with him on decisions.  I think a lot of

14  people did.  And not even people close to him, like a lot of

15  people would -- community members, would ask him about major

16  things going on in their life.

17          Or like I remember somebody -- their family member

18  was kidnapped in Mexico and they wanted to call Keith, you

19  know, to figure out what to do.

20  Q    Were there aspects of the NXIVM curriculum that

21  reinforced that?

22  A    Yeah.  Yes.

23  Q    Can you explain that a little?

24  A    Well, tribute was a big thing within NXIVM in general.

25  That it was good to recognize other people's strengths and

LINDA D. DANELCZYK, RPR, CSR, CCR
Official Court Reporter

L. SALZMAN - DIRECT - MS. HAJJAR          1532

1    accomplishments and to give recognition for that.

2              There were, similar to how you have like belts in

3    martial arts, there's a ranking system with sashes that we

4    would wear and so there was a progression, graduated rank, and

5    he was at the top of that.

6              And -- and there were -- there's a module, a class

7    that we teach in the basic curriculum, that we taught in the

8    basic curriculum, that is called personal values and inventory

9    trading, and it talks about like the graduated levels of

10   contribution that you can make in like added value to the

11   world.

12             And there are ten levels, and at the top of it is

13   like the contribution that affected the changes.  The nature

14   of what it is to be human.  Like it's such a value that all of

15   your experience of humanity is different afterwards, and like

16   electricity or the computer or something like that.

17             And so it was discussed in that class that the

18   curriculum that he created, we called it the technology, the

19   model, was this level ten invention.  And so it conferred this

20   really high level of respect and appreciation of value for

21   what he had done.  And that, yeah.

22             And so anybody who came and took that, those

23   courses, you know, was made aware of the -- of how valuable we

24   thought the contribution was, his contribution was.

25   Q    And by extension him?

L. SALZMAN - DIRECT - MS. HAJJAR          1533

1    A     Yes.  Yeah.

2    Q     Were there certain myths about the defendant that were

3    repeated within the community?

4    A     Yes.

5    Q     Can you describe some of them to the jury, please.

6    A     Yeah.  Like that -- like a lot of times when there -- if

7    there would be like a big -- if we were teaching like a big --

8    if we released like a new curriculum, and he gave us this

9    curriculum and there would be like a big snowstorm or

10   something, like a lot of times the weather, we would attribute

11   to that these things happen around Keith a lot times.  Or like

12   if technology didn't work, it would be like technology acts

13   funny around Keith.  Like these kind of phenomenal things or

14   there are these phenomena of -- but like, yeah, attributed to

15   around him this stuff happens.

16   Q     Did the defendant himself encourage or reinforce that in

17   some way?

18   A     Yes, I believe so.

19         He would say that his technology was acting up and

20   that he has those types of problems or -- yeah.

21   Q     Did he attribute that to something specific?

22   A     Just that it was this unique thing about him where these

23   things happen.

24         And, yeah.  I mean, like that it was -- that it was

25   something special about him.

LINDA D. DANELCZYK, RPR, CSR, CCR
Official Court Reporter

L. SALZMAN - DIRECT - MS. HAJJAR                1534

1          And then, I mean, my perception of it and the way

2     that people related with it, that it was something about his

3     energy or his impact on the world somehow.

4     Q    What about the weather?

5     A    Yeah.  That -- yeah, like, um -- well, he told me this

6     one story a few times that there -- that he was on a walk with

7     somebody, and that they were behaving somehow in a way that

8     wasn't good, and that it was -- he was trying to show them

9     some point, and that it was raining, but that it wasn't

10    raining on him.  It was raining on them.

11         And that he pulled them to show them that the rain

12    wasn't happening in here and that, you know -- and that that

13    was to convince them or to show them something that he was

14    trying to convey that there was something about him that was

15    different or something about his perspective or the way he was

16    viewing the world that was really important.  And that he was

17    proving it to them by demonstrating this point.

18         And he told me that story a number of times.

19    Q    Did you --

20    A    And others, I think, heard that story as well.  I've

21    heard it from others.

22    Q    Did you interpret that to be a metaphor or --

23    A    No, actually.  Actually.

24    Q    Did there come a time when the defendant took intimate

25    photographs of you?

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

L. SALZMAN – DIRECT – MS. HAJJAR                    1535

1    A    Yes.

2    Q    When approximately was that?

3    A    Somewhere before 2006.  Like around 2005, I think.

4    Q    So how old were you approximately, if you recall?

5    A    I think I was late 20s.

6    Q    Where were those photographs taken?

7    A    At 8 Hale Drive.

8    Q    Can you describe 8 Hale Drive to the jury, please.

9    A    Yeah.

10        8 Hale Drive is a townhouse that -- it's a two-floor

11   townhouse that has -- we referred to it as the executive

12   library, but it was modified so to have kind of an open

13   concept.  So like the -- when you first walk in, it's like

14   kitchen/living room.

15        And he had a grand piano in there.  And then you can

16   go upstairs and there was like a trap door so that nobody

17   downstairs could get upstairs.  But you can go upstairs and

18   there were a lot of bookshelves, and like a work station,

19   table, white boards.  And then a loft bed at the top.

20        And there was some exercise equipment, a hot tub,

21   and a sauna in the bathroom.

22   Q    Where at 8 Hale Drive were the photographs taken of you?

23   A    In the loft bed.

24   Q    Can you describe what happened to the jury.

25   A    Yeah.

L. SALZMAN - DIRECT - MS. HAJJAR          1536

1      We -- I remember that we had been intimate and then

2 afterwards he wanted -- he had a camera that was on the --

3 there was like a shelf above the bed, and there was a camera.

4 And he took the camera and said that he wanted to take a

5 picture of me.  And I was very shy about that and didn't want

6 to have a picture taken of me.  And he was like, no, let me.

7 It's going to be nice.

8      And so he took, I think, two pictures.  But they

9 were like -- they were looking up at me from like the angle

10 of -- it's like an up-close crotch shot, like -- like vagina

11 looking up where you could see my whole upper body and face.

12 Q   Did you see the photographs at the time the defendant

13 took them?

14 A   I saw one briefly.  Quickly.

15 Q   And did that photograph show what you just described to

16 the jury?

17 A   Yes.

18 Q   Did you express concern to the defendant about someone

19 seeing the photographs?

20 A   Yes.  I said I didn't -- that I was concerned that

21 some -- yeah, I was worried that somebody might see it and he

22 was like nobody will see it.  Don't worry.

23 Q   What kind of camera did the defendant use to take these

24 photographs?

25 A   Like a normal camera, like a camera with a flash.  Not

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

1     like phone camera, like a -- like a photographer's camera.

2     Q     Did you ever see the photographs again?

3     A     No.

4     Q     Did the defendant ever give you instructions about

5     grooming your pubic hair?

6     A     Yes.

7     Q     What did he tell you?

8     A     That he thought that if I -- that if I loved and cared

9     for him, I would care for his preferences.  So his preference

10    was that it be natural.  So not groomed.  And not -- he

11    thought that was loving, that I would keep it that way.

12    Q     Did he tell you anything about what that preference is

13    based on?

14    A     I don't know if it's the basis for the preference, but he

15    said it held the pheromones and he liked that.

16    Q     Did you ever ask him permission to change that, to change

17    your pubic hair grooming?

18    A     Yes.

19    Q     Did there come a time where you had a conversation with

20    the defendant about you accommodating other people?

21    A     Yes.

22    Q     What did he tell you?

23    A     He asked me -- we were on the phone and I was -- I think

24    I was driving somewhere out of town, and he asked me how come

25    I never talked about the times that I had sex to accommodate

1    people.

2    Q    And when you said "people," what -- who was he referring

3    to as you understood it?

4    A    Other -- previous -- like prior relationships that I had

5    had or people I had had sex with prior to him, was my

6    understanding.

7    Q    Did you engage in sexual activity with the defendant and

8    other women?

9    A    Yes.

10   Q    Who?

11   A    Well, mostly Pam.  Sometimes Barbara.  Once Marianna and

12   more limited interactions with Cathy and Siobhan.

13   Q    Is that Cathy Russell?

14   A    Yes.

15   Q    Who initiated these sexual encounters?

16   A    Keith.

17   Q    Why did you participate in them?

18   A    Well, initially I participated in them because I was

19   curious and I was -- I had questions regarding my sexuality,

20   and I wanted to explore that.  And then sometimes because

21   Keith wanted to.  Wanted that.

22   Q    Were you ever approached about having a sexual encounter

23   that you didn't want to participate in?

24   A    A few times.

25   Q    From who?

L. SALZMAN – DIRECT – MS. HAJJAR          1539

1    A    Well, when I -- early in my relationship with Keith, Dawn

2    approached me and said that she -- she was inviting me, if I

3    wanted to have that with them.

4         Daniella also approached me, a different Daniella

5    then the -- Dani Padilla.  And then later Allison and also

6    Kryslana (phonetic).

7    Q    Daniella, that's Daniella Padilla?

8    A    Yes, correct.

9    Q    Did she have a married name?

10   A    Bergeron.

11   Q    Did you ever have a conversation with Pamela Cafritz

12   about her sexual interactions with the defendant and other

13   women?

14   A    Yes.

15   Q    What did she say?

16   A    That there were periods of time where he wanted to do

17   that every day.  Or he had them doing that every day.  And

18   that she didn't always prefer to do it, or to do it with the

19   people he wanted to do it with.

20   Q    Was there something that happened with Dawn Morrison?

21   A    Yes.

22   Q    What happened?

23   A    We were -- well, we were at 3 Flintlock hanging out one

24   night, and I can't remember the whole exchange, but Keith was

25   like tickling me or it started out as tickling, roughhousing,

L. SALZMAN - DIRECT - MS. HAJJAR          1540

1  but then tried to pull my pants off.  And I didn't want them

2  to come off.  And I interpreted that as him initiating a

3  sexual interaction, and I -- he was just very like persistent

4  and forceable about it, and I had to say no several times,

5  until he acquiesced to the no.

6  Q    Did the defendant ever frame his sexual relationships in

7  terms of personal growth?

8  A    Yes.

9  Q    Can you give some examples of that?

10 A    Like early on in our relationship he asked me how I would

11 feel if he took on Dani and Monica.  And taking them on, to

12 me, meant starting a sexual relationship with them to help

13 them grow.

14           And I mean not the clearest example, but the -- I

15 think, generally, he related with it a lot that way.  Like he

16 would say that he was -- that sometimes the sexual

17 relationships were very difficult, but he was helping them.

18 Q    When you say "Dani," is that Daniella Padilla?

19 A    Correct.

20 Q    When you say "Monica," is that Monica Duran?

21 A    Correct.

22 Q    Did other women express unhappiness to you in their

23 sexual relationships with the defendant?

24 A    Yes.  Many.  Most.

25 Q    Can you name them?  Some of them?

L. SALZMAN - DIRECT - MS. HAJJAR          1541

1   A    I mean, different people at different times for different

2   reasons, but I think that generally the -- it was difficult to

3   be in a relationship with somebody who had relationships with

4   so many people.

5          But, yeah.  Ivy.  Barbara.  Both Barbaras.  And

6   myself.  Kristin.  Marianna.  Camila.  Monica.

7   Q    Were you ever asked to intervene?

8   A    Yes.

9   Q    Who asked you?

10  A    Keith.  Kristin.  Pam.  Most often.

11  Q    Can you explain that to the jury.

12  A    Sure.

13         That someone he was having a relationship with would

14  be upset with him in some way, and sometimes maybe even be

15  threatening to leave or wanting to leave or end the

16  relationship, and we would be asked to help them.  And help

17  them ultimately was to work through whatever their upset was

18  so that they would be happy with him instead.

19  Q    So when you say "help them," what does that mean?  What

20  did you do?

21  A    Looked at why they were having an emotional reaction and

22  I mean oftentimes it was -- like within the ESP model and the

23  framework that we were working with, there was a lot of focus

24  on it.  It was believed -- we all believed that we are

25  responsible for our own emotional reactions, and that if you

L. SALZMAN - DIRECT - MS. HAJJAR          1542

1   have an emotional reaction to something, the thing that you're

2   having the emotional reaction to is just triggering a reaction

3   that you have inside yourself.  It's not causing you to have

4   that reaction, it's giving you an opportunity to see the

5   issues that you struggle with.

6           And so, generally, if somebody had an emotional

7   reaction to something, and in this specific case, something

8   with Keith, we would look at the fact that they were having a

9   reaction, and look at this as an opportunity to work it

10  through and -- and the thought was that if you left the

11  circumstance to be more comfortable, you would be covering up

12  that issue and your opportunity to work it through.

13          So sometimes you would talk about that, like this is

14  for your growth.  This is an opportunity, how are you ever

15  going to get through there issue if you leave?

16  Q    Was the intention to persuade them to stay or to leave?

17  A    Stay.  Stay.  And work through whatever you have to work

18  through so you stop having that reaction.  So stay and feel

19  happy.  Be joyful.

20  Q    Did you consider that reenrolling them?

21  A    No, but I think it was.

22  Q    Can you explain that.

23  A    Well, at the time I considered that helping them.  Or

24  helping Keith with them.  But I think often if somebody -- if

25  they wanted to leave, we would reenroll them.  And this is a

L. SALZMAN – DIRECT – MS. HAJJAR          1543

1    good idea.  This is for your growth.  This is very helpful for

2    you.  Keith only has your best intent in mind, you know.

3            And how are you going to get through this if you

4    leave?  So it was reenrolling them in this idea of growth and

5    this idea that this relationship is especially helpful and

6    effective for growth.

7            And -- and essential.  Because if you left it, you

8    wouldn't have that same opportunity.

9    Q    Did the defendant ever tell you in the context of these

10   interventions that not to say that he had sent you?

11   A    Yes.

12   Q    Did that happen often?

13   A    Frequent.

14   Q    Looking back now, do you have an opinion about what you

15   were being asked to do?

16   A    Yeah.  I mean, there were times -- I mean, there were

17   lots of times I wanted to leave the relationship and somebody

18   reenrolled me back into it or talked me back into it.

19           And there were times also where I was talking to

20   somebody who wanted to leave and wasn't happy, wasn't either

21   getting through the issue or finding a way to exist there in

22   some kind of healthful way or healthy way, and I talked them

23   back into staying.

24           And I do think some of them, it would have been good

25   for them, healthier for them to not be there.

L. SALZMAN – DIRECT – MS. HAJJAR                    1544

1    Q    Were you ever accused of committing an ethical breach

2    with the defendant?

3    A    Yes.

4    Q    And can you explain that, what that meant to you?

5    A    Basically that I had compromised my ideology or had done

6    something that was not ethical and that was damaging or

7    destructive in favor of being mindless or more comfortable or

8    lazy.

9    Q    Can you explain or describe some of the ethical breaches

10   you were accused of committing.

11   A    Well, yeah.

12        One -- so one of them was we had to a corporate

13   retreat at Pyramid Lake.  And Keith released this writing

14   project, and the writing project was something we didn't know

15   about ahead of time.  It was just something that he introduced

16   there.  And so it -- it was a very involved process and it

17   took many hours, like we were there like ten hours, or

18   something -- like it was a long -- a long process.  And I

19   wasn't enjoying the process and felt like I didn't have a

20   choice to be there.

21        I didn't feel able to say I didn't want to do it or

22   I didn't feel like that was acceptable as part of the

23   leadership of ESP, and I was unhappy and -- and it was visible

24   to others that I was having emotional -- a negative emotional

25   reaction to being there.  And then I was told that that was

LINDA D. DANELCZYK, RPR, CSR, CCR
Official Court Reporter

L. SALZMAN - DIRECT - MS. HAJJAR          1545

1    very damaging and destructive, and that I had changed people's

2    perception of the writing project itself.

3              And -- and that I had hurt their perception of what

4    a good leader is.  Because if I'm a leader, and I'm acting in

5    this really immature and damaging way, that it basically shows

6    that I'm -- that our technology doesn't work, because look at

7    how the lack of growth in me and that if this is acceptable in

8    our leadership, then our leaders aren't respected.  And that

9    if this is how the leaders view the project, then it instructs

10   other people how to view the project in a negative way.

11   Q    So your ethical breach was that you didn't want to do the

12   writing project.

13   A    And demonstrated emotional upset in front of other people

14   about it.

15   Q    What happened after you were accused of having committed

16   an ethical breach in connection with the writing project?

17   A    I apologized and promised to fix it and -- I mean,

18   generally the process of when you -- when there was a breach,

19   you would, you know, humble yourself; you be humble and like

20   confess, or commit.  Like a -- be honest about what you had

21   done and the damage about it and make a commitment and a plan

22   to fix it.

23   Q    Was there another ethical breach in connection with

24   volleyball?

25   A    Yes.  So -- yeah.  Sorry.

L. SALZMAN - DIRECT - MS. HAJJAR          1546

1    So around 2011, at one point Keith had -- he had

2    come around that time and said that he thought that it was a

3    good -- it was a good time that we could start trying to have

4    children, and then I would -- I jumped on someone.  I was

5    excited and roughhousing in volleyball and I jumped on

6    someone, Mike Baker, and Keith said that, um -- he was like

7    you straddled him like and that that communicated that I was

8    open to having -- the way that I behaved with men was

9    inappropriate and that I was communicating that I was open to

10   have relationships with all these other men, and that I was

11   really disrespectful to him.

12         Marianna thought that I was easy and that how could

13   he have children with me if this is the way that I respect or

14   treat him, and it's visible for other people and not sort of

15   communicated to Marianna, and so he called that off.

16   Q    Did you perceive roughhousing with Mike Baker to be some

17   kind of sexual interaction or romantic interaction?

18   A    No.  But then I thought that how could I have been so

19   mindless that that's what I'm communicating and don't even

20   know that I'm communicating that.

21         And so I must have something -- it must be a bigger

22   thing, a bigger problem, than I understand, because I can't

23   even see it.

24   Q    When you say Marianna thinks you're easy or -- was that

25   something Marianna said to you or the defendant?

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

L. SALZMAN - DIRECT - MS. HAJJAR                1547

1    A     No, it's something that he said.

2          And then I thought like if this was something you

3    wanted to do last week, and then all of a sudden Marianna is

4    going to voice it this opinion, and now you're going to change

5    the whole thing, like I don't -- it created a certain type of

6    animosity between me and Marianna that didn't exist before.

7    Q     What happened after this?

8    A     Can you be more specific.

9    Q     Yes.

10         What happened with respect to -- after you had had

11   this conversation about the ethical breach, did you try to fix

12   it?

13   A     Yes.  I did.

14         And also I didn't -- I was aware then that the way

15   that I was being perceived was communicating something that I

16   didn't want to be communicating to the men, and I -- I didn't

17   go to volleyball and -- the next volleyball.  And then I got

18   feedback that I should have gone to the next volleyball and

19   acted differently, or like that I wasn't taking the breach

20   seriously enough to have attended to it or been doing

21   something about it.

22         So I cleared my schedule and stayed home for a whole

23   weekend and came up with like a very involved seven-page plan

24   about what were all the ways that I was behaving

25   inappropriately, and how it affected everybody, like all the

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

1    men who went to volleyball, and Marianna, and my mom, and

2    Keith, and the community, and how everybody perceived me as a

3    leader, and basically held this like -- just empowered the

4    work that we were doing in the community and in the company

5    and in the world.  And I came up with this very involved plan

6    about how to fix it.

7              MS. HAJJAR:  Your Honor, may I show something to the

8    witness for -- that's just marked for identification?

9              THE COURT:  Go ahead.

10   Q    I'm showing you what's marked for identification as

11   Government Exhibit 1497.

12             Do you see that?

13   A    Yes, I do.

14   Q    Do you recognize this?

15   A    Yes.

16   Q    What is it?

17   A    It's an email that I wrote to Keith where I'm telling him

18   that I am apologizing and that I canceled everything not

19   pertinent to the intensives I was teaching.

20   Q    Ms. Salzman, just wait a minute.

21             Do you recognize this email?  Is this something you

22   wrote?

23   A    Yes, I wrote it.

24             MS. HAJJAR:  Your Honor, the government offers it.

25   This is Government Exhibit 1497.

L. SALZMAN - DIRECT - MS. HAJJAR                1549

1           MR. AGNIFILO:  We have no objection.

2           THE COURT:  All right.  Government Exhibit 1497 is

3    received in evidence.

4               (Government's Exhibit 1497, was received in

5    evidence.)

6               THE COURT:  It's published to the jury.

7               (Exhibit published.)

8           MS. HAJJAR:  Thank you, Your Honor.

9    BY MS. HAJJAR:

10   Q    Ms. Salzman, who is this email from?

11   A    Me.  From me.

12   Q    And who is it sent to?

13   A    Keith.

14   Q    And what's the date of this email?

15   A    March 13, 2011.

16   Q    And the subject line?

17   A    Lauren Breach Plan Specific Steps 0311.

18   Q    Is there a subject of the email that's above that, what

19   you just read?

20   A    Oh, yeah.  Lauren Amended Breach Plan 0311.

21   Q    And above that, is there a subject line?

22   A    RE, a Sword in the Field.

23   Q    Okay.  And the thing that appear under that, are those

24   attachments to this email?  Do they look like attachments?

25   A    I don't see any attachments.

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

L. SALZMAN - DIRECT - MS. HAJJAR          1550

1  Q     Okay.  So these -- the following pages, what are these?

2  A     That's the -- yeah, the breach plan.

3  Q     That's the breach plan.

4  A     All the consequent -- all the damage that I felt I had

5  caused in the plan and how I was going to fix it.

6  Q     Okay.  Now, is this email, Government Exhibit 1497, was

7  this in connection with volleyball, the thing you mentioned?

8  A     Yes.

9  Q     Okay.  Can you read the text of that email up top.

10  A     Yes.

11         Read the email?

12  Q     Beginning "I'm so sorry, Keith."

13  A     I'm so sorry, Keith.  I canceled everything not pertinent

14  to the two intensives coming up and the community project

15  since Friday to try to figure this out.  I hope you know how

16  important it is to me.  I'm sorry I didn't do it sooner.

17         I also did feel uncomfortable going and being around

18  everyone before really resolving myself with how I was going

19  to heal them -- with them and you.  I also felt like until you

20  saw that I had a solid plan, you might feel I would be a

21  liability to have there.  I certainly did.  Given that the one

22  time I showed up of my own accord, this year I created enough

23  damage to thwart our plans together for the rest of our lives.

24  Q     All right.  And then the pages that appear after that,

25  are these -- is that the solid plan that you're referring to

L. SALZMAN - DIRECT - MS. HAJJAR                    1551

1    in that email?

2    A     Yes.

3    Q     What did you intend to convey with this, with the

4    documents that are attached to this email?

5    A     That I was willing to do whatever it took to fix it.  And

6    that I had thought that through in a very responsible and well

7    thought-out way.  And had real concrete steps for what to do

8    to change it, to fix it.

9    Q     So the top of this next to numeral 1, where you say:   I

10   have not respected my relationship.  I defaulted on my

11   commitment and was not honest about what I was doing or

12   mindful about the effects.

13         Was this in connection with roughhousing with Mike

14   Baker at volleyball?

15   A     It may have also been -- it may have been referring to a

16   different relationship where I was -- had a flirtation with

17   another person, and he asked me about it directly, and I

18   sideswiped the issue.

19         And then when he asked me a second time, I was

20   honest.  So then I had been dishonest, and that came up again

21   as an example when the Mike Baker thing happened.

22   Q     So can you just explain why are you referring to that in

23   the context of an email sent in relation to the volleyball

24   incident you mentioned?

25   A     Because it was brought up as a pattern of how I relate

L. SALZMAN - DIRECT - MS. HAJJAR          1552

1   with men and the ways that I disrespect the relationship and

2   why we can't go forward and have children.

3   Q    Can you read the paragraph you wrote next to numeral 3.

4   Just that first part.

5   A    I'm perceived as easy or available for relationship or

6   viewed as jumping from man to man, so not taken seriously.

7   This degrades me and also sets a bad example in the

8   organization and reflects poorly on Keith and his choice to be

9   with me or have a child with me.

10          And then there was --

11  Q    And paragraph 4 makes reference to Monkey.

12          Who is Monkey?

13  A    Marianna.

14          Do you want me to read it?

15  Q    Can you read starting from, "it also may put us at risk"?

16  A    It also may put us at risk if Monkey leaves or does

17  something destructive.  It also disempowers me to be able to

18  help Monkey, if needed, and it would put doubt about Keith's

19  choice to have a child with me, given the way I have behaved.

20  Q    Can you read the last bullet point on this page.

21  A    Also by healing this and becoming more functional, I

22  could impact the perception that Keith only spends time with

23  weak, disfunctional people.

24  Q    At this time, did you have a view of yourself as weak or

25  disfunctional?  Are you referring to yourself there?

L. SALZMAN – DIRECT – MS. HAJJAR          1553

1   A    I'm not sure if I did think I was disfunctional.

2         And there was a perception of Keith, that spending

3   time with weak and disfunctional people, who were also in

4   addition to me.

5   Q    Can you just read the first sentence next to numeral 7,

6   number 7.

7   A    Mike, Ben, Jim and others don't see me as a respectable

8   person for Keith to have a relationship or a child with.  This

9   reflects poorly on Keith and changes their internal

10  representations of him.

11        Continue?

12  Q    Can you read number 10.

13  A    I damaged the way others will view, relate with and treat

14  our child, so I'm hurting someone who doesn't even exist yet.

15  Q    All of these pages are in connection with your breach

16  plan?

17  A    Correct.

18  Q    Are you familiar with a woman named Siobhan?

19  A    Yes, I am.

20  Q    Who was Siobhan?

21  A    Siobhan was a proctor in ESP NXIVM, and a friend of ours.

22  Q    And can you describe if proctor is a rank in the --

23  A    Proctors are rank, yeah.

24        The proctors like run throughout the educational

25  programs.  And their first -- like Level 1 where you can have

L. SALZMAN - DIRECT - MS. HAJJAR          1554

1   a business with a person at that level of rank.  They're like

2   the managers.

3   Q    Are you aware of Siobhan's sexual orientation?

4   A    Siobhan identifies as gay, yeah.

5   Q    Was she married?

6   A    She was married and then divorced and now remarried.

7   Q    And her first marriage, was that to a woman?

8   A    Yes.

9   Q    Was Siobhan's wife involved in NXIVM?

10  A    No.

11  Q    At some point did you become aware that Siobhan and her

12  wife wanted to have children?

13  A    I did, yes.

14  Q    And to your knowledge, did she and her wife take steps to

15  accomplish that?

16  A    They did, yes.  They went through fertility treatment,

17  with an anonymous donor.

18  Q    Did there come a time where the defendant spoke to you

19  about Siobhan's decision to have children with an anonymous

20  donor?

21  A    Yes.

22  Q    What did he tell you?

23  A    He told me that Loreta remembered that Siobhan at one

24  time had asked him to be the donor.  And that when Loreta

25  reminded her about this, Siobhan went and victimized herself

L. SALZMAN - DIRECT - MS. HAJJAR          1555

1    to her wife, like she was being pressured against her will to

2    do this, and that that had changed Christine's, her wife's,

3    perception or beliefs and perceptions about Keith.

4              And basically that she had thrown him under the bus

5    to her wife, and this was damaging.

6    Q    So let's take that slowly.

7              What did the defendant consider to be Siobhan's

8    breach?

9    A    That she had victimized herself and spoke badly about him

10   to her wife concerning Keith possibly be the donor.

11   Q    Can you just break that down a little bit and explain it.

12             So what did she do to victimize herself, in the

13   defendant's view, as he explained it to you?

14   A    That she felt forced and then spoke about him like he was

15   forcing her to do it, and made her wife think that she had

16   been forced and felt.  And then Christine viewed Keith badly

17   because of this.

18   Q    Forced to do what?

19   A    To have Keith be the donor of their child.

20   Q    Did the defendant tell you what would have healed

21   Siobhan's breach?

22   A    Yes.  That Siobhan would legitimately come and ask him to

23   be the donor.

24             But then he said that he didn't intend to have the

25   child with Siobhan.  He wasn't going to have a child with

LINDA D. DANELCZYK, RPR, CSR, CCR
Official Court Reporter

L. SALZMAN - DIRECT - MS. HAJJAR          1556

1    Siobhan, but just that she had to legitimately ask.

2           But to me that didn't relate to the breach of

3    throwing him under the bus to Christine.  And if he hadn't

4    wanted to be the donor, then why would it have been important

5    to remind Siobhan about this in the first place?

6    Q    Did the defendant make a comment about Siobhan and her

7    choice not to have him as the donor for her children?

8    A    Yes, that he didn't understand -- he didn't understand

9    why she wouldn't want to have him as the donor.  And like why

10   she would choose an anonymous donor over him, who she knew and

11   had a prior relationship with.

12          And also that his children would have 50 percent off

13   of the children's educational program that he created.  And so

14   that seemed to him a good thing.

15   Q    What was the educational program he created?

16   A    Rainbow.  Rainbow Cultural Gardens.  It's a

17   multicultural -- multicultural multilingual educational

18   program that was expensive.  So he said his children would

19   have 50 percent off of that.

20   Q    Were you asked to speak to Siobhan in any way regarding

21   this?

22   A    Yes.

23   Q    What were you asked to do?

24   A    To help Siobhan resolve this breach.

25   Q    And what did you do in response to that?

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

L. SALZMAN - DIRECT - MS. HAJJAR                    1557

1    A    Met with Siobhan and tried to help her resolve the

2    breach.

3              But I didn't really believe that what resolved the

4    breach was her going to Keith and asking him legitimately to

5    be the donor.  So I tried to help Siobhan look at why she

6    would victimize herself and speak badly of others.

7    Q    In your discussions with Siobhan, did Siobhan say she

8    wanted to have the defendant be the donor of the -- you know,

9    the donor's sperm for a child?

10   A    No, she said she did not want him to be the donor of the

11   child.

12   Q    Did you suggest to Siobhan that she and her wife should

13   offer to have the defendant's child?

14   A    I don't believe so.  I -- no.

15   Q    Why not?

16   A    Because I thought it was ridiculous, and it didn't even

17   seem to relate to really what the breach was.

18   Q    Did Siobhan become aware she had committed an ethical

19   breach against the defendant?

20   A    Yes.

21   Q    How?

22   A    She was given feedback about it, at least by me and Pam,

23   and I'm not sure if others.

24   Q    What does it --

25   A    I believe she discussed it with Loreta, too, but...

L. SALZMAN – DIRECT – MS. HAJJAR          1558

1    Q    What does it mean to give feedback in this context?

2    A    To alert her that her actions and behavior had caused

3    some damage that she ideally would care about and want to

4    correct.

5    Q    What happened to Siobhan in terms of her employment?

6    A    Well, she didn't -- I mean, she never resolved the issue

7    with Keith, to his satisfaction, and wasn't eligible to

8    participate in, I think, new business opportunities that she

9    likely would have, if she had.

10   Q    And when you say "eligible to participate in business

11   opportunities," do you mean because she had committed this

12   breach with the defendant?

13   A    Yes, and didn't resolve it.

14   Q    Did you ever discuss having children with the defendant?

15   A    Yes.

16   Q    Did you want a child with the defendant?

17   A    Yes.

18   Q    Can you explain those discussions?  What discussions you

19   had with him?

20   A    Well, we started -- I mean, I think I started talking

21   about having children very -- I would say within the first

22   five years of our relationship.  I had expressed that I wanted

23   to have children.

24        And when I starting getting closer to 30, I started

25   pushing that I thought I wanted to do it sooner.  And he had

L. SALZMAN - DIRECT - MS. HAJJAR          1559

1    always said that we would do that, that that could be

2    something that we could do.

3           And then I told you about what happened in 2011, so

4    it was put off.  And then I wanted to leave in 2013, and he

5    said we would do it if I stayed, and then I stayed, and we

6    weren't doing it.

7           And it was just this never-ending thing that got put

8    off and put off and put off.

9    Q    Did there come a time where the defendant told you he was

10   considering having a child with someone else?

11   A    Yes.

12          In 2015 he told me he was considering having a child

13   with Marianna.  And asked me if I would -- and commit to

14   staying with him, even with no relationship and no children.

15   Q    Did he say anything else in that conversation?

16   A    Yeah.  Well, yes.

17          He had said that he shared with me that there had

18   been -- Marianna had had abortions.

19          MR. AGNIFILO:  Your Honor, can we have a sidebar for

20   a second.

21          THE COURT:  Come up.

22          (Continued on the next page.)

23          (Sidebar conference.)

24

25

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*





1561

1562



L. SALZMAN – DIRECT – MS. HAJJAR          1563

1          (In open court; Jury Present.)

2     BY MS. HAJJAR:

3     Q    Miss Salzman, when the defendant said that he was

4     considering having a child with Marianna, how did you react?

5     A    I was very upset.  It felt very hurtful and confusing to

6     me.

7     Q    What did you do?

8     A    I had a complete meltdown and I –– but then my emotional

9     reaction became the –– you know, the reason that I am making

10    things harder and creating more problems, and why there are so

11    many difficulties with Marianna is a direct result of the fact

12    that I behaved this way, and so then ultimately I went and

13    apologized for my immaturity and bad behavior.

14    Q    To who?

15    A    To Keith.

16    Q    Did you ––

17    A    And committed to stay with nothing.  No relationship and

18    no children.

19    Q    Did you –– were you permitted to speak to anyone else

20    about this?

21    A    Yes.  But he asked me to please not to speak to my mother

22    about it.  And I asked who I can speak to about it, and he

23    wanted –– he suggested Dani Padilla, and I didn't want to.

24         And I asked if I could have permission to speak to

25    Rosa Laura and he said, Yes.  And so I spoke to Rosa Laura

L. SALZMAN – DIRECT – MS. HAJJAR                1564

1    about it.

2    Q    What's Rosa Laura's last name?

3    A    Junco.

4    Q    Ms. Salzman, based on your own firsthand observations

5    over the 20 years you've known the defendant, did the

6    defendant have a special relationship of trust with certain

7    individuals?

8    A    Yes.

9    Q    Did the defendant rely on those individuals to run

10   organizations he created, like NXIVM or DOS?

11   A    Yes.

12   Q    Were you a member of this group?

13   A    Yes.

14   Q    Was this an informal group?

15   A    Yes, informal.

16   Q    And at times was this group referred to as the "inner

17   circle"?

18   A    Yes.

19   Q    Who were some of the individuals in the defendant's inner

20   circle?

21   A    Pam Cafritz.

22   Q    Is this a photograph -- I'm just showing you what is in

23   evidence as Government Exhibit 12.

24            (Exhibit published.)

25            Is this Pam Cafritz?

L. SALZMAN - DIRECT - MS. HAJJAR                1565

1    A    Yes.

2    Q    Who else?

3    A    Barbara Jeske.

4    Q    And showing you what's in evidence as Government

5    Exhibit 31.

6              (Exhibit published.)

7              Who is this?

8    A    That's Barbara Jeske.

9              Karen Unterreiner.

10   Q    This is Government Exhibit 53.

11             (Exhibit published.)

12             Who is this?

13   A    Karen Unterreiner.

14   Q    Anyone else?

15   A    Kristin Keeffe.

16   Q    I'm showing you again what's in evidence as Government

17   Exhibit 34.

18             (Exhibit published.)

19             Who is this?

20   A    That's Kristin.

21             Dawn Morrison.

22   Q    Showing you Government Exhibit 40 in evidence.

23             (Exhibit published.)

24             Who is this?

25   A    That's Dawn.

L. SALZMAN – DIRECT – MS. HAJJAR                    1566

1           My mother, Nancy Salzman.

2    Q    I'm showing you what's in evidence as Government

3    Exhibit 51.

4                (Exhibit published.)

5                Who is this?

6    A    That's Nancy, my mom.

7           Myself.

8    Q    I won't show you your picture.

9    A    Barbara Bouchey.

10   Q    Showing you what's in evidence as Government Exhibit 6.

11               (Exhibit published.)

12               Who is this?

13   A    That's Barbara.

14          Cathy Russell.

15   Q    Showing you what's in evidence as Government Exhibit 48.

16               (Exhibit published.)

17               Who is this?

18   A    That's Cathy.

19          And then, um, Daniella.

20   Q    Showing you what's in evidence as Government Exhibit 23.

21               (Exhibit published.)

22   A    That's Dani.

23   Q    That's Daniella?

24   A    Yes.

25          Marianna.

L. SALZMAN – DIRECT – MS. HAJJAR                    1567

1   Q    Showing you again what's in evidence as Government

2   Exhibit 26.

3             (Exhibit published.)

4             Who is this?

5   A    That's Marianna.

6             Camila.

7   Q    Showing you what's in evidence as Government Exhibit 21.

8             (Exhibit published.)

9   A    That's Cami, Camila.

10  Q    Anybody else?

11  A    Loreta Garza.

12  Q    Showing you what's in evidence as Government Exhibit 16.

13            (Exhibit published.)

14            Who is that?

15  A    Loreta.

16  Q    Loreta Garza?

17  A    Yes.

18            Monica Duran.

19  Q    I'm showing you what's in evidence as Government

20  Exhibit 19.

21            (Exhibit published.)

22  A    Monica.

23            Ivy, I-V-Y, Navares.

24  Q    Showing you what's in evidence as Government Exhibit 44.

25            (Exhibit published.)

L. SALZMAN - DIRECT - MS. HAJJAR          1568

1              Who is this?

2    A    That's Ivy.

3    Q    Anyone else?

4    A    Clare Bronfman.

5    Q    Showing you what's in evidence as Government Exhibit 8.

6              (Exhibit published.)

7    A    That's Clare.

8    Q    That's Clare Bronfman?

9    A    Yes, it is.

10             Jim Del Negro.

11   Q    Showing you what is in evidence as Government Exhibit 17.

12             (Exhibit published.)

13             Who is this?

14   A    That's Jim.

15             Mark Vicente.

16   Q    Showing you what's in evidence as Government Exhibit 54.

17             (Exhibit published.)

18             Who is this

19   A    That's Mark?

20             Emiliano Salinas.

21   Q    Showing you what's in evidence as Government Exhibit 49.

22             (Exhibit published.)

23             Who is this?

24   A    Emiliano.

25             Rosa Laura Junco.

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

L. SALZMAN – DIRECT – MS. HAJJAR          1569

1   Q    Showing you what's in evidence as Government Exhibit 33.

2          (Exhibit published.)

3   A    That's Rosa Laura.

4   Q    Is your microphone off, Miss Salzman?

5   A    I'm sorry.  I touched it.

6          That's Rosa Laura.

7          Nicki Clyne.

8   Q    I'm showing you what's in evidence as Government

9   Exhibit 15.

10          (Exhibit published.)

11          Who is that?

12  A    That's Nicki.

13          Allison Mack.

14  Q    Showing you what's in evidence as Government Exhibit 39.

15          (Exhibit published.)

16          Who is this?

17  A    That's Allison.

18          Daniella Padilla.

19  Q    Showing you what's in evidence as Government Exhibit 45.

20          (Exhibit published.)

21          Who is this?

22  A    That's Dani.  Daniella Padilla.

23          Alex Betancourt.

24  Q    Showing you what's in evidence as Government Exhibit 3.

25          (Exhibit published.)

L. SALZMAN – DIRECT – MS. HAJJAR                    1570

1                Who is this?

2     A     That's Alex.

3                Jack Levy.

4     Q     Showing you what's in evidence as Government Exhibit 27.

5                (Exhibit published.)

6                Who is this?

7     A     That's Jack.

8                MS. HAJJAR:  Your Honor, may I show something to the

9     witness only?

10               THE COURT:  Go ahead.

11    Q     Ms. Salzman, I'm showing you what's marked for

12    identification as Government Exhibit 362.

13    A     Yes.

14    Q     Do you see this?

15    A     Yes, I do.

16    Q     Does Government Exhibit 362 reflect the members of the

17    inner circle you described?

18    A     Yes, it does.

19               MS. HAJJAR:  Your Honor, the government offers

20    Government Exhibit 352 into evidence.

21               MR. AGNIFILO:  No objection.

22               THE COURT:  All right, Government's Exhibit 362 is

23    received in evidence.

24               (Government's Exhibit 362, was received in

25    evidence.)

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

L. SALZMAN - DIRECT - MS. HAJJAR                1571

1          MS. HAJJAR:  May I publish it, Your Honor?

2          (Exhibit published.)

3   Q    Miss Salzman, what distinguishes the members of this

4   group from others in the NXIVM community?

5   A    I think their relationship with Keith, their belief in

6   him, and their commitment to him and to helping him and his

7   objectives.

8   Q    How did the defendant gauge that?

9   A    I think by, in some ways, what the people were willing to

10  do.  In some cases, by what they were willing to give up.

11         I think there's different ways of gauging their

12  commitment and their shared values.

13  Q    How did he gauge your loyalty, your commitment?

14  A    I think there are different ways, but I mean, there were

15  times where he would come to me and ask like if I ever came to

16  you and asked you to do something and I didn't -- I couldn't

17  tell you why, would you do it?

18         And he asked me that on several different occasions.

19  Like would you do -- would you be willing to just do what I

20  ask you and no questions?  And I would say, Yes.

21  Q    Was that true?

22  A    Yes.  It was true.

23  Q    Now, did the members of this group change over time?

24  A    Yes.

25  Q    Is there some significance to the order of individuals

L. SALZMAN - DIRECT - MS. HAJJAR                1572

1    listed in Government Exhibit 362?

2    A    Yeah.  General time frame.

3    Q    What do you mean "general time frame"?

4    A    Like as you -- as you -- if you start at top with Pam, as

5    you go clockwise, those were the people who were Keith's

6    friends and, I guess, people who were loyal to him and

7    committed to him when I first met him.

8         And then in time there are people who -- and it's

9    not necessarily exact, but became closer, became more trusted

10   then over time.

11   Q    So the individuals that are listed in the top left corner

12   of Government Exhibit 362, those were late comers to this

13   group?

14   A    Yes.

15   Q    Relatively speaking.

16   A    Yeah.

17   Q    Did some of the individuals in this group have sexual

18   relationships with the defendant?

19   A    Yes.  Most of them.

20   Q    Can you identify the rank in the context of ESP, of the

21   individuals depicted in Government Exhibit 362?

22   A    Sure.

23        So the rank in ESP, Keith is the high -- was the

24   highest rank, and then my mom was second.

25        So that's my mom, and Keith, were the two honorary

L. SALZMAN – DIRECT – MS. HAJJAR          1573

1  ranks.  They fell outside the ranking system because they

2  created the ranking system.

3          Then the next highest rank, and they wore purple

4  sashes.  They were the senior counselors.  That was Pamela

5  Cafritz and Barbara Jeske.

6          Sorry, where I touched it is a little bit off.

7          And then the next wore the greens.  They were senior

8  proctors.  That was Dawn.  Myself.  Barbara Bouchey.  Loreta.

9  Emiliano.  Mark and Alex.

10          And then were the proctors.  Karen.  At one point

11  Kristin.  Cathy.  Monica.  Ivy.  Clare.  Jim.  Nicki.  Rosa

12  Laura.  Daniella.  Allison.  And Jack.

13          And then Marianna was a coach.  I think at one time

14  Dani was a coach.  And then Cami was a student.

15  Q    Now, Pamela Cafritz.  What was her background?

16  A    Pam came from a well-to-do family from DC.  Her dad, I

17  think, was a builder.  And I think they were socialites.

18  Q    And Clare Bronfman, what was her background?

19  A    Clare's family is independently wealthy.  Her -- her

20  family is the Seagram's -- Seagram's family.  So also

21  independent, you know, well-to-do.

22  Q    And based on your observations, what role did Clare

23  Bronfman play in the defendant's life?

24  A    I think that Clare is -- was a supporter of Keith, and I

25  think she felt responsible for some of the bad media

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

L. SALZMAN - DIRECT - MS. HAJJAR          1574

1   surrounding our organization and some of the -- and felt that

2   part of rectifying that was to try to make that right;

3   financially, legally.

4   Q    What does that mean, try to make that right financially?

5   A    I think she felt responsible like she caused the bad

6   effects and like she could fix it somehow by pursuing

7   different legal initiatives and covered some of the costs that

8   were incurred from that negative press or publicity.

9   Q    Did she cover some of the cost?

10  A    I believe so.

11  Q    And when you say "legal initiatives," do you mean on

12  behalf of NXIVM or the defendant?

13  A    Yes.

14  Q    Now, Daniella and Marianna and Camila, the individuals on

15  the lower right corner of Government Exhibit 362, were these

16  individuals related?

17  A    Yes, they're sisters.

18  Q    Where are they from?

19  A    From Mexico.

20  Q    Can you tell the jury generally when they joined the

21  NXIVM community?

22  A    They didn't all join at the same time, but generally

23  probably between 2001 and 2002 or '3.

24  Q    Did the defendant have nicknames for any members of this

25  group that you're aware of?

L. SALZMAN – DIRECT – MS. HAJJAR          1575

1    A    Yes.

2    Q    Can you give the jury some examples?

3    A    Like Marianna was Monkey, or Dani was Bobo.

4    Q    When you say "Dani," do you mean Daniella, or do you mean

5    Daniella Padilla Bergeron?

6    A    Daniella.

7          Cathy we called Miss Cathy.

8    Q    And these nicknames you just mentioned, were they used

9    not only by the defendant but by the community?

10   A    Yes.

11   Q    Were there other private nicknames the defendant had for

12   members in this group?

13   A    Yes.

14   Q    Did you have one?

15   A    Yes.

16   Q    What was it?

17   A    Lorn.  Forlorn.

18   Q    Can you spell that?

19   A    F-O-R-L-O-R-N.

20   Q    And Lorn?

21   A    Lorn, L-O-R-N.

22   Q    As a pun on your name?

23   A    Yes.

24   Q    Why did the defendant call you Forlorn?

25   A    Because I was sad and suffering.

L. SALZMAN – DIRECT – MS. HAJJAR          1576

1    Q    Does suffering have a specific meaning in the NXIVM ESP

2    community?

3    A    Yeah.

4    Q    A different meaning than how you would usually use the

5    word?

6    A    Well, yes, to some degree.

7         Like that suffering is like a pity party, or like

8    it's when you're generating an upset over something, it was

9    seen as -- suffering was seen as being indulging in sadness to

10   make yourself feel better about something that shouldn't feel

11   good, or to get attention or something, or to get off the hook

12   for something.

13   Q    Suffering was something indulgent.

14   A    Yes.

15   Q    Did there come a time when members of this group were

16   excluded or pushed out of the inner circle?

17   A    Yeah.

18   Q    Can you give some examples of that?

19   A    Well, Keith stopped speaking to Daniella and to Ivy.

20   Q    When was that, approximately?

21   A    Somewhere between 2008 and 2010.  I'm not exactly sure

22   when.  I think similar timing on both, but I can't be sure.

23   Q    Did anyone else in this group voluntarily leave the

24   group?

25   A    A number of people did, yes.

L. SALZMAN – DIRECT – MS. HAJJAR                    1577

1    Q    Like who?

2    A    Kristen left.

3    Q    Kristin Keeffe?

4    A    Yes.

5    Q    When was that, approximately?

6    A    Somewhere near 2014, I think.

7              And then Barbara Bouchey left, I think, close to

8    2011; somewhere in there, 2010, 2011, I think.

9              And Mark Vicente left in 2017.

10   Q    Now, over the period of time that you were a member of

11   this group, what were some of the ways in which you

12   communicated?

13   A    We communicated phone.  Email.  In person.  You know, in

14   the early days there weren't texts or anything, so, you know,

15   we spent more time together in person.  And then over the

16   later years, through phone apps, group chats, that type of

17   thing.

18              MS. HAJJAR:  May I approach the witness, Your Honor.

19              THE COURT:  Yes, you may.

20              (Counsel approaches the witness.)

21   BY MS. HAJJAR:

22   Q    I'm showing you what's been marked for identification as

23   Government Exhibit 361.

24              Do you recognize that?

25   A    Yes.  It appears to be my contact list from my cell phone

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

L. SALZMAN – DIRECT – MS. HAJJAR          1578

1     and email, from my iCloud.

2               MS. HAJJAR:  Your Honor, the government offers it,

3     Government Exhibit 361.

4               MR. AGNIFILO:  No objection.

5               THE COURT:  361?

6               MS. HAJJAR:  Yes, Your Honor.

7               THE COURT:  All right, Government Exhibit 361 is

8     admitted into evidence.

9               (Government's Exhibit 361, was received in

10    evidence.)

11              THE COURT:  And are you going into a discussion of

12    this evidence?

13              MS. HAJJAR:  No, Your Honor, and I just have two

14    more questions on this topic.

15              THE COURT:  Okay.  And then we will be finishing it

16    up.

17              MS. HAJJAR:  Okay.  Thank you, Your Honor.

18    BY MS. HAJJAR:

19    Q    Miss Salzman, does Government Exhibit 361 contain the

20    contact information for some of the individuals we've been

21    discussing?

22    A    Yes, it does.

23              MS. HAJJAR:  Your Honor, may I show one more exhibit

24    for identification only to the witness?

25              THE COURT:  Sure.

L. SALZMAN – DIRECT – MS. HAJJAR                 1579

1   Q     I'm showing you what's been marked for identification as

2   Government Exhibit 363.

3              Do you see this, Miss Salzman?

4   A     Yes.

5   Q     Okay.  And does this exhibit -- let me go back.

6              You testified that some members of the inner circle

7   comprised the first line of DOS.

8   A     That's correct.

9   Q     And does Government Exhibit 363 reflect the first line of

10  DOS?

11  A     Yes, it does.

12             MS. HAJJAR:  Your Honor, the government offers

13  Government Exhibit 363 into evidence.

14             MR. AGNIFILO:  No objection.

15             THE COURT:  All right, Government Exhibit 363 is in

16  evidence.

17             (Government's Exhibit 363, was received in

18  evidence.)

19             THE COURT:  Publish it to the jury.

20             (Exhibit published.)

21  BY MS. HAJJAR:

22  Q     Miss Salzman, does Government Exhibit 363 reflect each of

23  the first line DOS slaves that you named earlier?

24  A     Yes, it does.

25  Q     And based on your earlier testimony, each of these slaves

PROCEEDINGS                                    1580

1   were slaves of Keith Raniere?

2   A     Yes, that's correct.

3   Q     Did each of these slaves have slaves under them?

4   A     Yes, at least one each.

5            MS. HAJJAR:  Your Honor, I'm about to move to

6   another topic.

7            THE COURT:  All right, I think we'll wind it up for

8   the week now.

9            Members of the jury, we're going to recess until

10  Monday morning at 9:30.

11           Let me remind you that it is extremely important

12  that you follow my instruction that you not discuss the case

13  with anyone; not your family, friends, or business associates,

14  and not with each other.

15           And in addition, you must not read, listen to,

16  watch, or access any accounts of this case on any form of

17  media; newspapers, TV, radio, podcasts, or the internet, or

18  research or seek outside information about any aspect of the

19  case.

20           Please do not communicate with anyone about the case

21  on your phone, whether through email, text messaging, or any

22  other means, or any blog, or website, or by way of any social

23  media, including Facebook, Twitter, Instagram, YouTube or

24  other similar sites.

25           You must not consider anything you may have read or

PROCEEDINGS                              1581

1   heard about the case outside of this courtroom, whether you

2   read it before or during jury selection, or during this trial.

3           Do not attempt to do any independent research or

4   investigation of the case.  Do not visit any of the locations

5   identified on the questionnaire or discussed during the course

6   of jury selection or during this trial.

7           If you are taking notes, please leave the notes in

8   the jury deliberation room.

9           We will see you on Monday morning.  Have a good

10  weekend.

11          Thank you very much for your attention in the case.

12          All rise for the jury.

13          (Jury exits the courtroom.)

14          THE COURT:  All right.  The witness may stand down.

15          Do not discuss your testimony with anyone.

16          (Whereupon, the witness steps down.)

17          THE COURT:  Everyone may be seated.

18          Is there anything else from the government for

19  today?

20          MS. PENZA:  No, Your Honor.

21          THE COURT:  On the matter that we discussed at the

22  sidebar, is there a reason for us to meet about that on Monday

23  morning, or are you going to have discussions with the defense

24  about that separately and apart?

25          MS. HAJJAR:  Your Honor, I propose that we speak

PROCEEDINGS                                           1582

1    with defense counsel, and if there's something we need to

2    raise with Your Honor, potentially, we will do so and inform

3    your deputy.

4              THE COURT:  All right.

5              MR. AGNIFILO:  That's fine with us.

6              THE COURT:  All right.  So we're going to resume at

7    9:30 Monday morning.

8              Is there anything else from the defense?

9              MR. AGNIFILO:  No.

10             THE COURT:  All right.  Very well.

11             Thank you, everyone.

12             Have a good weekend.

13             Have a good trip.

14             MR. AGNIFILO:  Thank you, Your Honor.

15             THE COURT:  All right.

16                      *     *     *     *     *

17             (Proceedings adjourned at 2:03 p.m. to resume on

18   May 20, 2019 at 9:30 a.m.)

19

20

21

22

23

24

25

1583

1       I N D E X

2   WITNESS                                    PAGE

3   **CHARLES FONTANELLI**

4   DIRECT EXAMINATION      BY MS. PENZA        1437
    CROSS-EXAMINATION       BY MS. GERAGOS      1457
5
    **SEAN WELCH**
6
    DIRECT EXAMINATION      BY MS. PENZA        1473
7   CROSS-EXAMINATION       BY MR. AGNIFILO     1499
    REDIRECT EXAMINATION    BY MS. PENZA        1501
8   RECROSS-EXAMINATION     BY MR. AGNIFILO     1502

9   **LAUREN SALZMAN**

10  DIRECT EXAMINATION      BY MS. HAJJAR       1505

11

12             E X H I B I T S

13  GOVERNMENT                    PAGE

14  851, 852, 853, 854            1476
    855, 856, 857                 1480
15  858, 859, 860, 861            1480
    862, 863, 864, 865 and 866    1493
16  1, 21, 23, 25, 27, 40, 44     1504
    1497                          1549
17  362                           1570
    361                           1578
18  363                           1579

19

20

21

22

23

24

25

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

**MR. AGNIFILO: [22]**   1436/9
1476/20 1480/15 1493/7
1499/20 1501/2 1501/17
1501/19 1502/12 1503/3
1504/8 1549/1 1559/19 1560/2
1561/1 1562/5 1570/21 1578/4
1579/14 1582/5 1582/9
1582/14
**MS. GERAGOS: [15]**   1437/14
1459/23 1466/3 1467/18
1468/6 1468/22 1469/2
1469/14 1469/18 1469/22
1470/4 1470/15 1470/17
1471/6 1472/16
**MS. HAJJAR: [31]**   1504/2
1504/5 1504/14 1505/2
1506/24 1518/15 1520/1
1520/18 1521/2 1522/9 1548/7
1548/24 1549/8 1560/11
1560/15 1560/24 1561/10
1562/4 1562/20 1570/8
1570/19 1571/1 1577/18
1578/2 1578/6 1578/13
1578/17 1578/23 1579/12
1580/5 1581/25
**MS. PENZA: [47]**   1436/4
1437/1 1437/8 1437/12
1437/17 1437/20 1439/17
1446/1 1446/3 1450/17 1452/5
1454/11 1455/16 1457/16
1459/22 1467/13 1467/16
1468/4 1468/11 1468/17
1468/20 1469/11 1469/17
1469/23 1470/9 1470/16
1471/1 1472/18 1472/25
1475/25 1476/18 1480/13
1487/13 1493/5 1493/11
1499/18 1501/3 1501/18
1502/11 1503/4 1503/8
1503/19 1560/20 1560/23
1562/14 1562/17 1581/20
**THE COURT: [96]**
**THE COURTROOM DEPUTY: [2]**
1504/16 1504/21
**THE JURY: [1]**   1436/23
**THE WITNESS: [7]**   1456/7
1459/25 1472/21 1473/5
1473/8 1504/20 1504/24

**$**

**$1,730.90 [1]**   1499/16
**$10,000 [1]**   1449/25
**$100 [3]**   1447/13 1453/13
1456/1
**$109,727 [4]**   1456/5 1456/16
1457/4 1457/10
**$15,670 [3]**   1453/24 1454/9
1457/10
**$150,000 [1]**   1447/15
**$158,000 [1]**   1448/6
**$158,020 [2]**   1447/22 1448/6
**$159 [1]**   1481/2
**$162,100 [1]**   1448/18
**$199 [1]**   1485/14
**$20 [1]**   1447/16
**$299.95 [1]**   1482/18

**$33,000 [1]**   1449/16
**$37,060 [1]**   1450/2
**$390,180 [2]**   1454/5 1457/11
**$390,180.00 [1]**   1450/16
**$5,100 [1]**   1449/24
**$50,637 [1]**   1453/16
**$515,577 [1]**   1457/12
**$645 [1]**   1490/9
**$78 [1]**   1494/25
**$795 [1]**   1491/8
**$8,000 [2]**   1442/1 1442/2
**$8,020 [1]**   1447/18

**'**

**'3 [1]**   1574/23
**'6 [1]**   1526/4
**'7 [1]**   1526/4
**'8 [1]**   1526/4
**'9 [3]**   1507/7 1526/3 1526/4

**—**

----------------------------

**-x [2]**   1434/2 1434/7
**-against [1]**   1434/5

**0**

**0311 [2]**   1549/17 1549/20

**1**

**1,098 [1]**   1449/25
**1,500 [1]**   1447/14
**1,601 [1]**   1448/16
**1-dollar [2]**   1453/15 1456/3
**10 [1]**   1553/12
**10,000 [2]**   1444/20 1449/12
**10-dollar [2]**   1453/14 1456/2
**100 [4]**   1448/17 1449/11
1449/12 1455/6
**100 percent [2]**   1500/11
1500/14
**100 yards [1]**   1481/24
**100-dollar [4]**   1447/14
1448/17 1449/11 1449/23
**10017 [1]**   1434/17
**101 [1]**   1455/9
**102 [1]**   1455/12
**1096 [2]**   1492/14 1492/18
**11 [2]**   1450/6 1454/2
**11201 [1]**   1434/13
**11:32 [1]**   1503/20
**12 [4]**   1438/19 1456/25
1518/19 1564/23
**12-inches [1]**   1483/13
**120 pounds [1]**   1494/24
**12065 [3]**   1478/3 1488/1
1488/6
**12207 [1]**   1434/20
**12605 [1]**   1492/7
**12:00 [1]**   1503/13
**12:06 [1]**   1521/4
**12:30 [1]**   1522/2
**13 [4]**   1457/5 1473/23 1500/2
1549/15
**1483 [5]**   1446/5 1450/5
1450/6 1453/3 1455/19
**1483-11 [1]**   1454/2
**1483-12 [1]**   1456/25
**1483-13 [1]**   1457/5

**1483-7 [1]**   1456/12
**1483-9 [1]**   1453/22
**1497 [5]**   1481/18 1548/25
1549/2 1549/4 1550/6
**15 [4]**   1481/18 1494/14
1496/2 1569/9
**150 pounds [1]**   1496/19
**16 [2]**   1459/16 1567/12
**160 [1]**   1453/14
**17 [2]**   1434/5 1568/11
**1701 [1]**   1435/6
**1718 [1]**   1462/11
**176 [3]**   1459/14 1459/16
1466/3
**179 [1]**   1460/20
**18,000 [1]**   1449/14
**18-CR-204 [1]**   1434/2
**180 [1]**   1466/3
**180A [1]**   1437/11
**186 [1]**   1456/2
**19 [1]**   1567/20
**1998 [2]**   1513/22 1514/3
**1st [2]**   1523/1 1523/4

**2**

**2 feet [2]**   1496/17 1496/18
**2,000 [1]**   1444/21
**2-dollar [2]**   1453/15 1456/3
**2.4 ounces [1]**   1481/16
**20 [5]**   1505/13 1507/3
1507/18 1564/5 1582/18
**20-dollar [6]**   1447/17
1448/17 1449/13 1449/25
1453/14 1456/2
**200 [1]**   1449/24
**2000 [1]**   1526/4
**20006 [1]**   1435/7
**2001 [7]**   1507/7 1522/24
1523/4 1526/3 1526/9 1530/2
1574/23
**2002 [1]**   1574/23
**2005 [1]**   1535/3
**2006 [1]**   1535/3
**2008 [3]**   1507/7 1526/3
1576/21
**2010 [4]**   1508/16 1509/14
1576/21 1577/8
**2011 [6]**   1500/22 1546/1
1549/15 1559/3 1577/8 1577/8
**2012 [2]**   1508/17 1509/14
**2013 [2]**   1527/8 1559/4
**2014 [1]**   1577/6
**2015 [1]**   1559/12
**2017 [17]**   1458/1 1458/5
1458/10 1477/5 1477/7 1477/8
1477/13 1487/21 1488/8
1488/8 1505/25 1507/8
1509/19 1512/9 1526/8 1526/9
1577/9
**2018 [4]**   1449/5 1453/9
1512/12 1512/17
**2019 [2]**   1434/5 1582/18
**204 [6]**   1434/2 1463/16
1463/20 1464/5 1464/12
1467/20
**20s [1]**   1535/5
**21 [4]**   1504/6 1504/9 1504/12
1567/7

**2**

**21,960 [1]**  1450/1
**216 [1]**  1453/14
**2299592 [1]**  1487/19
**23 [4]**  1504/6 1504/9 1504/12
 1566/20
**2330 [1]**  1435/12
**2391 [1]**  1435/3
**25 [4]**  1504/7 1504/9 1504/12
 1514/24
**26 [7]**  1442/9 1449/7 1450/4
 1451/21 1453/10 1520/2
 1567/2
**26th [2]**  1434/16 1523/20
**27 [5]**  1464/8 1504/7 1504/9
 1504/12 1570/4
**270 [1]**  1453/14
**271 [1]**  1434/12
**273 [1]**  1453/15
**28 [4]**  1453/9 1455/23 1456/3
 1464/8
**28th [1]**  1449/5
**29.95 [1]**  1486/19
**293 [1]**  1456/2
**2:03 [1]**  1582/17

**3**

**3.5-inch [1]**  1479/7
**30 [2]**  1519/9 1558/24
**30 inches [1]**  1494/21
**31 [1]**  1565/5
**32 [1]**  1494/20
**33 [1]**  1569/1
**34 [3]**  1464/24 1519/3
 1565/17
**35.95 [1]**  1482/13
**352 [1]**  1570/20
**361 [6]**  1577/23 1578/3
 1578/5 1578/7 1578/9 1578/19
**362 [8]**  1570/12 1570/16
 1570/22 1570/24 1572/1
 1572/12 1572/21 1574/15
**363 [6]**  1579/2 1579/9
 1579/13 1579/15 1579/17
 1579/22
**37 [1]**  1456/3
**39 [1]**  1569/14
**39.95 [1]**  1491/17

**4**

**4 inches [1]**  1496/17
**40 [4]**  1504/7 1504/10
 1504/12 1565/22
**401 [1]**  1447/16
**41 [1]**  1460/10
**44 [4]**  1504/7 1504/10
 1504/12 1567/24
**44.95 [1]**  1491/20
**45 [1]**  1569/19
**48 [1]**  1566/15
**48 inches [1]**  1494/20
**49 [1]**  1568/21
**49.95 [1]**  1491/13

**5**

**5,000 [1]**  1449/13
**5-dollar [2]**  1453/14 1456/3

**5/26/17 purchase [1]**  1492/3
**5/26/2017 [4]**  1477/5 1477/8
 1477/13 1488/8
**5/28/17 purchase [1]**  1492/3
**5/28/2017 [2]**  1477/7 1487/21
**50 [1]**  1500/22
**50 percent [2]**  1556/12
 1556/19
**50-dollar [4]**  1449/12
 1449/24 1453/13 1456/2
**51 [2]**  1449/23 1566/3
**53 [2]**  1518/24 1565/10
**54 [3]**  1437/4 1437/6 1568/16
**55 [2]**  1437/8 1437/8
**57 [1]**  1453/13
**58 [1]**  1453/13

**6**

**6 feet [1]**  1496/17
**63 [19]**  1443/15 1444/2
 1444/4 1445/14 1445/19
 1445/21 1446/21 1446/24
 1447/2 1447/17 1448/5
 1448/12 1449/10 1449/22
 1450/2 1450/23 1451/3
 1451/13 1454/4
**6359 [1]**  1454/3
**64 [10]**  1450/21 1450/24
 1451/8 1452/3 1452/4 1453/12
 1453/13 1453/19 1453/22
 1454/7
**645 [1]**  1490/8
**65 [4]**  1455/5 1455/23
 1456/12 1456/13
**677 [1]**  1434/19

**7**

**700 [1]**  1435/6
**707 [1]**  1434/19
**718-613-2330 [1]**  1435/12
**75 inches [1]**  1483/12
**767 [1]**  1434/16
**79.95 [1]**  1485/19

**8**

**80 [1]**  1438/5
**82 [1]**  1439/25
**83 [1]**  1439/18
**84 [1]**  1440/12
**85 [1]**  1440/16
**85004-2391 [1]**  1435/3
**851 [8]**  1476/5 1476/19
 1476/21 1476/23 1485/8
 1487/7 1492/2 1492/13
**852 [3]**  1476/5 1476/21
 1476/23
**853 [9]**  1476/5 1476/21
 1476/23 1487/11 1489/16
 1492/2 1492/16 1493/2
 1495/17
**854 [5]**  1476/5 1476/19
 1476/21 1476/23 1488/18
**855 [5]**  1479/25 1480/14
 1480/16 1480/19 1480/24
**856 [3]**  1479/25 1480/17
 1480/19
**857 [4]**  1479/25 1480/17
 1480/19 1482/16

**858 [4]**  1479/25 1480/17
 1480/21 1484/6
**859 [4]**  1479/25 1480/17
 1480/21 1484/21
**86 [1]**  1442/25
**860 [5]**  1479/25 1480/17
 1480/21 1485/5 1485/16
**861 [5]**  1479/25 1480/14
 1480/17 1480/21 1486/16
**862 [3]**  1493/6 1493/9
 1493/12
**863 [3]**  1493/9 1493/12
 1495/13
**864 [3]**  1493/9 1493/12
 1496/25
**865 [3]**  1493/9 1493/12
 1497/22
**866 [4]**  1493/6 1493/9
 1493/12 1498/16
**8694 [1]**  1477/18
**87 [1]**  1443/4
**88 [1]**  1443/11
**89 [1]**  1444/1

**9**

**90 [1]**  1444/23
**900 [1]**  1449/13
**91 [1]**  1450/19
**92 [1]**  1451/5
**922.74 [1]**  1487/9
**93 [1]**  1451/15
**94 [1]**  1451/18
**95 [1]**  1454/13
**96 [1]**  1454/20
**97 [1]**  1454/22
**973 [1]**  1456/1
**98 [1]**  1454/24
**99 [1]**  1455/2
**99.99 [1]**  1485/12
**9:30 [4]**  1434/5 1580/10
 1582/7 1582/18

**A**

**a.m [3]**  1434/5 1503/20
 1582/18
**able [11]**  1444/16 1459/7
 1459/8 1472/13 1488/11
 1488/24 1495/7 1495/8 1502/5
 1544/21 1552/17
**abortions [1]**  1559/18
**absolutely [3]**  1500/11
 1502/23 1502/25
**AC892 [1]**  1478/21
**acceptable [2]**  1544/22
 1545/7
**access [2]**  1496/13 1580/16
**accommodate [1]**  1537/25
**accommodating [1]**  1537/20
**accomplish [1]**  1554/15
**accomplishments [1]**  1532/1
**accord [1]**  1550/22
**account [3]**  1446/19 1455/21
 1455/25
**accounted [2]**  1447/11 1449/7
**accounts [2]**  1470/12 1580/16
**accurately [3]**  1441/14
 1476/15 1480/10
**accused [3]**  1544/1 1544/10

**A**

accused... [1]  1545/15
achieve [1]  1514/17
acknowledge [2]  1523/16
 1525/19
acquiesced [1]  1540/5
acted [1]  1547/19
acting [2]  1533/19 1545/4
actions [1]  1558/2
activities [1]  1525/6
activity [2]  1513/8 1538/7
acts [1]  1533/12
AD743 [1]  1478/25
added [1]  1532/10
adding [1]  1485/24
addition [2]  1553/4 1580/25
additional [2]  1482/4 1489/5
address [3]  1487/25 1488/5
 1492/10
addresses [3]  1487/23
 1487/24 1489/18
adds [1]  1484/13
adept [1]  1531/11
adjourned [1]  1582/17
adjust [2]  1499/10 1499/11
adjustability [1]  1486/25
adjustable [3]  1486/9
 1498/11 1499/1
administrative [1]  1525/4
admire [1]  1516/7
admitted [3]  1470/8 1470/19
 1578/8
adults [1]  1502/25
advice [1]  1529/21
advise [1]  1483/18
AE306 [1]  1479/4
AE916 [1]  1479/12
AE991 [1]  1479/7
AF199 [1]  1479/17
afar [1]  1481/25
affect [1]  1516/9
affected [2]  1532/13 1547/25
affirmed [3]  1436/17 1473/4
 1504/19
affordable [1]  1494/2
afterwards [2]  1532/15
 1536/2
AGENT [13]  1435/8 1436/7
 1448/3 1448/4 1448/21
 1448/22 1449/17 1449/18
 1450/3 1450/4 1453/17 1456/6
 1456/7
agents [5]  1442/12 1442/23
 1448/1 1448/4 1456/6
AGNIFILO [5]  1434/17 1436/10
 1499/24 1583/7 1583/8
agreed [1]  1470/14
ahead [6]  1446/12 1501/21
 1502/13 1544/15 1548/9
 1570/10
aid [1]  1486/7
aided [1]  1435/14
air [1]  1438/9
Albany [3]  1434/20 1468/16
 1510/12
Albert [2]  1439/9 1463/5
alert [1]  1558/2

Alex [4]  1468/6 1569/23
 1570/2 1573/9
all-sized [1]  1498/11
Allison [5]  1509/21 1539/5
 1569/13 1569/17 1573/12
allow [3]  1486/23 1495/2
 1499/8
allowable [1]  1470/8
allows [1]  1481/17
almost [3]  1505/13 1507/8
 1531/3
alone [1]  1517/8
Amazon [1]  1474/22
Amended [1]  1549/20
AMERICA [2]  1434/3 1457/2
amount [19]  1444/14 1447/9
 1447/15 1448/14 1449/13
 1449/24 1449/25 1450/1
 1450/8 1450/13 1450/15
 1453/23 1454/4 1454/9
 1456/14 1456/15 1466/24
 1487/8 1499/15
amounts [3]  1441/10 1442/4
 1444/16
Analysis [1]  1459/5
ANDREA [1]  1435/4
angle [2]  1460/21 1536/9
animals [1]  1478/17
animosity [1]  1547/6
ankle [2]  1479/7 1485/8
ankles [2]  1486/25 1499/3
anniversary [7]  1523/7
 1523/8 1523/9 1523/12
 1523/17 1523/5 1525/13
annual [1]  1529/24
anonymous [3]  1554/17
 1554/19 1556/10
answer [2]  1501/22 1524/18
antenna [1]  1482/2
anticipate [1]  1484/17
anytime [2]  1466/12 1466/15
apart [1]  1581/24
apologized [2]  1545/17
 1563/13
apologizing [1]  1548/18
appear [9]  1456/18 1484/1
 1484/4 1492/24 1493/1 1495/8
 1516/7 1549/23 1550/24
APPEARANCES [3]  1434/10
 1434/21 1436/3
applied [1]  1483/22
appreciation [1]  1532/20
approach [2]  1475/25 1577/18
approached [3]  1538/22
 1539/2 1539/4
approaches [1]  1577/20
approval [1]  1528/24
apps [2]  1509/10 1577/16
April [3]  1522/24 1523/1
 1523/4
April 1st [2]  1523/1 1523/4
April 2001 [1]  1522/24
area [1]  1443/10
areas [1]  1496/13
Arizona [1]  1435/3
arranged [1]  1450/24
arrest [2]  1512/19 1512/20
arrested [1]  1512/15

article [1]  1506/19
arts [1]  1532/3
aspect [4]  1458/4 1466/10
 1467/5 1580/18
aspects [2]  1458/7 1531/20
assembly [3]  1494/14 1496/2
 1496/8
assessed [1]  1530/16
assigned [4]  1442/23 1448/1
 1448/4 1456/6
Assistant [1]  1434/15
assisted [2]  1458/16 1458/22
associated [1]  1458/20
associates [2]  1434/16
 1580/13
assume [1]  1494/9
atmosphere [1]  1499/12
attach [1]  1484/16
attached [1]  1551/4
attachments [3]  1549/24
 1549/24 1549/25
attempt [1]  1581/3
attend [2]  1511/9 1511/13
attended [2]  1511/12 1547/20
attention [3]  1517/2 1576/11
 1581/11
attribute [2]  1533/10
 1533/21
attributed [1]  1533/14
audio [1]  1466/9
audit [2]  1466/17 1466/20
August [1]  1523/20
August 26th [1]  1523/20
authority [2]  1531/2 1531/3
available [2]  1468/8 1552/5
Avenue [3]  1434/16 1435/3
 1435/6
aware [9]  1500/18 1518/5
 1525/13 1532/23 1547/14
 1554/3 1554/11 1557/18
 1574/25
awkward [1]  1516/6

**B**

background [2]  1573/15
 1573/18
bad [5]  1481/22 1552/7
 1563/13 1573/25 1574/5
badly [3]  1555/9 1555/16
 1557/6
bag [38]  1441/1 1445/12
 1445/23 1445/23 1446/21
 1446/25 1447/1 1447/2 1447/4
 1447/12 1447/14 1447/17
 1447/22 1448/5 1448/11
 1448/11 1448/24 1449/9
 1449/11 1449/16 1449/21
 1449/23 1450/1 1450/9
 1450/22 1450/25 1451/3
 1451/4 1451/9 1451/10
 1451/11 1451/22 1451/25
 1455/3 1455/7 1455/10 1456/4
 1457/9
bags [7]  1445/6 1445/16
 1445/20 1446/25 1450/13
 1450/15 1451/24
Baker [4]  1546/6 1546/16
 1551/14 1551/21

**B**

balancing **[1]**   1458/3
ball **[3]**   1491/15 1497/23
 1498/7
bands **[5]**   1444/8 1444/9
 1444/10 1444/13 1444/15
bank **[4]**   1453/19 1456/9
 1456/19 1457/2
bar **[5]**   1479/4 1484/15
 1484/17 1484/18 1485/14
Barbara **[12]**   1515/10 1530/12
 1530/24 1538/11 1541/5
 1565/3 1565/8 1566/9 1566/13
 1573/5 1573/8 1577/7
Barbaras **[1]**   1541/5
barking **[1]**   1498/8
Barn **[3]**   1460/10 1460/13
 1460/14
bars **[1]**   1496/15
base **[3]**   1482/25 1483/12
 1497/14
based **[9]**   1458/17 1509/2
 1509/4 1525/8 1530/17
 1537/13 1564/4 1573/22
 1579/25
basement **[2]**   1438/8 1462/13
basic **[3]**   1529/24 1532/7
 1532/8
basis **[1]**   1537/14
Bates **[1]**   1462/11
bathroom **[2]**   1516/19 1535/21
bay **[1]**   1483/4
BDSM **[2]**   1501/10 1502/8
beam **[1]**   1483/18
bearing **[1]**   1483/17
became **[7]**   1512/9 1523/25
 1524/2 1526/8 1563/9 1572/7
 1572/9
becomes **[1]**   1482/25
becoming **[1]**   1552/21
bed **[15]**   1455/11 1491/19
 1494/13 1496/10 1498/20
 1498/23 1498/24 1498/25
 1499/2 1499/10 1499/11
 1502/19 1535/19 1535/23
 1536/3
bedroom **[10]**   1439/21 1440/6
 1440/9 1454/17 1454/19
 1454/21 1454/23 1455/1
 1455/4 1456/5
began **[4]**   1522/21 1523/5
 1525/18 1530/1
Beginning **[1]**   1550/12
behalf **[1]**   1574/12
behaved **[3]**   1546/8 1552/19
 1563/12
behaving **[2]**   1534/7 1547/24
behavior **[2]**   1558/2 1563/13
belief **[1]**   1571/5
beliefs **[1]**   1555/3
below **[2]**   1472/14 1511/14
belts **[1]**   1532/2
Ben **[1]**   1553/7
benefits **[1]**   1483/11
Bergeron **[6]**   1475/15 1478/2
 1492/5 1492/13 1539/10
 1575/5

best **[5]**   1472/15 1496/2
 1520/10 1520/15 1543/2
Betancourt **[1]**   1569/23
beyond **[4]**   1470/9 1470/12
 1471/2 1501/19
big **[8]**   1438/15 1463/10
 1493/18 1528/11 1531/24
 1533/7 1533/7 1533/9
bigger **[2]**   1546/21 1546/22
bill **[5]**   1447/20 1487/24
 1487/25 1488/23 1489/17
billed **[1]**   1475/7
billing **[4]**   1474/2 1475/10
 1477/22 1477/24
bills **[27]**   1444/14 1447/11
 1447/14 1447/17 1448/16
 1448/17 1448/17 1449/11
 1449/12 1449/13 1449/23
 1449/24 1449/25 1453/13
 1453/14 1453/14 1453/14
 1453/15 1453/15 1453/15
 1456/2 1456/2 1456/2 1456/3
 1456/3 1456/3 1456/4
bind **[3]**   1486/1 1487/1
 1498/23
binders **[1]**   1469/3
birthday **[8]**   1507/23 1523/18
 1523/19 1523/20 1524/6
 1524/8 1524/11 1524/12
bit **[7]**   1442/1 1445/9
 1463/14 1467/7 1515/12
 1555/11 1573/6
bitch **[1]**   1498/1
Black **[1]**   1483/14
Blackberry **[4]**   1464/19
 1464/19 1464/22 1464/24
blacksmith **[1]**   1494/22
blog **[1]**   1580/22
blowing **[1]**   1486/4
blue **[1]**   1506/21
board **[1]**   1529/19
boards **[1]**   1535/19
Bobo **[1]**   1575/3
body **[9]**   1479/17 1483/2
 1483/14 1486/17 1486/23
 1487/4 1530/17 1530/18
 1536/11
boiler **[1]**   1438/9
bolts **[2]**   1494/17 1496/5
bondage **[4]**   1483/5 1484/15
 1486/23 1498/24
book **[1]**   1512/1
bookshelves **[1]**   1535/18
boot **[2]**   1443/17 1451/12
boots **[1]**   1443/21
bottom **[13]**   1445/12 1447/19
 1447/20 1447/23 1448/19
 1449/15 1451/10 1453/16
 1453/25 1454/3 1481/20
 1494/16 1496/4
Bouchey **[3]**   1566/9 1573/8
 1577/7
bought **[1]**   1510/16
bound **[1]**   1486/8
bowls **[1]**   1494/9
box **[37]**   1438/1 1443/17
 1443/17 1443/23 1443/24
 1444/5 1444/13 1444/25

 1445/20 1446/23 1450/25
 1451/12 1451/13 1451/25
 1452/3 1453/13 1457/10
 1457/11 1457/11 1463/16
 1463/24 1464/1 1464/5
 1464/11 1467/18 1468/14
 1469/1 1469/6 1469/13
 1469/15 1470/6 1470/12
 1470/17 1470/21 1471/4
 1472/2 1472/3
boxes **[10]**   1441/1 1441/2
 1441/3 1441/4 1443/14 1451/4
 1462/17 1462/19 1462/19
 1495/2
Boy **[2]**   1491/9 1497/1
BoyShop.com **[1]**   1474/21
BRADY **[2]**   1435/2 1435/5
BRAFMAN **[1]**   1434/16
brands **[2]**   1510/23 1510/24
breach **[21]**   1544/1 1545/11
 1545/16 1545/18 1545/23
 1547/11 1547/19 1549/17
 1549/20 1550/2 1550/3
 1553/15 1555/8 1555/21
 1556/2 1556/24 1557/2 1557/4
 1557/17 1557/19 1558/12
breaches **[1]**   1544/9
break **[8]**   1503/9 1503/10
 1503/11 1503/14 1503/17
 1515/21 1520/18 1555/11
breathable **[3]**   1491/15
 1497/23 1498/7
brief **[2]**   1501/3 1526/7
briefly **[3]**   1507/8 1515/24
 1536/14
bringing **[1]**   1483/3
Broadway **[1]**   1434/19
broken **[5]**   1438/24 1444/14
 1445/5 1445/20 1446/24
Bronfman **[9]**   1468/3 1470/18
 1470/19 1470/20 1470/24
 1568/4 1568/8 1573/18
 1573/23
Brooklyn **[2]**   1434/4 1434/13
brought **[4]**   1465/5 1470/18
 1470/21 1551/25
bucket **[1]**   1525/5
Buckle **[1]**   1486/22
buckles **[3]**   1486/10 1487/2
 1499/8
builder **[1]**   1573/17
bulbous **[1]**   1497/14
bulk **[1]**   1441/13
bullet **[1]**   1552/20
bump **[3]**   1500/24 1500/25
 1501/1
bunch **[1]**   1530/10
bus **[1]**   1555/4 1556/3
business **[10]**   1476/13 1500/6
 1500/22 1501/7 1514/14
 1515/22 1554/1 1558/8
 1558/10 1580/13
butt **[1]**   1497/10
button **[1]**   1481/22
buy **[2]**   1500/15 1529/17
buying **[1]**   1500/15

**C**

cabinets [1]   1462/22
Cadman [1]   1434/12
Cafritz [13]   1515/11 1518/13
 1518/22 1519/6 1520/9
 1525/14 1530/22 1530/23
 1539/11 1564/21 1564/25
 1573/5 1573/15
cage [29]   1479/2 1482/16
 1482/23 1482/24 1483/3
 1483/12 1483/15 1490/5
 1491/5 1491/7 1493/15
 1493/19 1493/22 1493/24
 1494/1 1494/2 1494/4 1494/12
 1494/16 1494/18 1494/21
 1494/23 1495/17 1495/19
 1496/4 1496/7 1496/9 1496/12
 1496/14
cakes [1]   1524/12
camera [8]   1536/2 1536/3
 1536/4 1536/23 1536/25
 1536/25 1537/1 1537/1
Cami [2]   1567/9 1573/14
Camila [4]   1541/6 1567/6
 1567/9 1574/14
Camilla [1]   1509/23
cancel [2]   1489/10 1489/11
cancelation [1]   1489/13
canceled [7]   1488/20 1488/21
 1488/23 1489/7 1489/18
 1548/18 1550/13
canine [1]   1465/5
cannot [1]   1495/2
capability [1]   1483/17
CARBY [2]   1435/9 1436/7
card [2]   1475/6 1475/10
cared [2]   1528/19 1537/8
CART [2]   1459/2 1459/4
case [13]   1441/21 1458/20
 1466/14 1467/8 1475/11
 1542/7 1580/12 1580/16
 1580/19 1580/20 1581/1
 1581/4 1581/11
cases [1]   1571/10
cash [9]   1441/7 1441/23
 1441/25 1442/2 1457/13
 1458/24 1465/8 1466/24
 1466/25
CASS [1]   1435/7
categories [1]   1477/20
categorized [1]   1469/6
category [1]   1509/12
Cathy [7]   1538/12 1538/13
 1566/14 1566/18 1573/11
 1575/7 1575/7
caused [3]   1550/5 1558/2
 1574/5
causing [1]   1542/3
CCID [1]   1488/23
CCR [1]   1435/11
ceiling [1]   1484/18
celebrate [1]   1523/12
celebrated [7]   1523/15
 1523/21 1523/24 1524/3
 1524/6 1524/8 1525/13
cell [7]   1495/14 1495/19
 1495/25 1496/1 1496/20

1502/16 1577/25
center [1]   1447/8
central [2]   1435/3 1438/9
certain [7]   1466/18 1496/13
 1504/2 1508/22 1533/2 1547/5
 1564/6
certainly [2]   1503/1 1550/21
chair [5]   1461/1 1461/12
 1461/15 1461/16 1511/15
chairs [1]   1461/10
change [8]   1495/11 1495/12
 1500/22 1537/16 1537/16
 1547/4 1551/8 1571/23
changed [3]   1489/14 1545/1
 1555/2
changes [2]   1532/13 1553/9
channels [1]   1475/2
character [1]   1529/8
characterize [2]   1464/21
 1464/21
charges [1]   1479/22
charging [1]   1518/4
CHARLES [2]   1436/16 1468/25
chats [1]   1577/16
check [6]   1470/20 1470/24
 1517/5 1517/8 1529/11
 1529/18
checked [3]   1529/21 1529/22
 1531/13
checking [1]   1511/4
chest [1]   1486/8
Chief [1]   1473/18
child [14]   1552/9 1552/19
 1553/8 1553/14 1555/19
 1555/25 1555/25 1557/9
 1557/11 1557/13 1558/16
 1559/10 1559/12 1563/4
children [14]   1527/15 1546/4
 1546/13 1552/2 1554/12
 1554/19 1556/7 1556/12
 1556/18 1558/14 1558/21
 1558/23 1559/14 1563/18
children's [1]   1556/13
Chinese [2]   1483/4 1483/6
choice [4]   1544/20 1552/8
 1552/19 1556/7
choose [2]   1500/19 1556/10
Christine [2]   1555/16 1556/3
Christine's [1]   1555/2
circle [6]   1439/12 1564/17
 1564/20 1570/17 1576/16
 1579/6
circumstance [1]   1542/11
Clare [7]   1568/4 1568/7
 1568/8 1573/11 1573/18
 1573/22 1573/24
Clare's [1]   1573/19
clarify [1]   1475/20
class [2]   1532/6 1532/17
classes [4]   1514/16 1514/20
 1515/1 1515/2
classify [1]   1461/25
clear [1]   1464/11
cleared [1]   1547/22
clearest [1]   1540/14
Clifton [5]   1449/5 1455/24
 1459/13 1517/18 1518/11
Clinton [1]   1453/9

clockwise [1]   1572/5
close [5]   1512/13 1517/7
 1531/14 1536/10 1577/7
closed [2]   1444/5 1445/5
closely [1]   1445/22
closer [3]   1483/3 1558/24
 1572/9
closest [1]   1519/8
closet [10]   1439/24 1440/9
 1440/14 1454/17 1454/18
 1454/23 1454/25 1454/4
 1494/13 1496/10
clothed [2]   1511/23 1511/24
clothes [1]   1511/22
clothing [1]   1506/19
Clyne [2]   1509/22 1569/7
coach [2]   1573/13 1573/14
coincides [1]   1461/15
collapses [2]   1494/12 1496/9
collapsible [3]   1494/1
 1495/25 1496/1
collar [2]   1481/16 1481/25
Colleagues [1]   1508/8
collected [1]   1509/3
college [3]   1513/24 1515/20
 1515/21
Color [1]   1483/14
column [3]   1447/7 1447/8
 1447/9
columns [1]   1448/13
comers [1]   1572/12
comfortable [4]   1486/9
 1498/10 1542/11 1544/7
comfortably [2]   1497/13
 1499/1
coming [3]   1481/23 1512/12
 1550/14
command [2]   1481/14 1497/9
commands [1]   1497/15
commemorated [1]   1523/6
comment [1]   1556/6
commit [5]   1508/15 1509/18
 1509/20 1545/20 1559/13
commitment [5]   1545/21
 1551/11 1571/6 1571/12
 1571/13
committed [8]   1508/10
 1508/12 1509/13 1545/15
 1557/18 1558/11 1563/17
 1572/7
committing [2]   1544/1
 1544/10
communicate [1]   1580/20
communicated [4]   1546/7
 1546/15 1577/12 1577/13
communicating [5]   1546/9
 1546/19 1546/20 1547/15
 1547/16
communications [1]   1509/11
community [28]   1500/18
 1501/8 1501/10 1501/13
 1502/8 1508/9 1523/24 1524/3
 1524/4 1524/5 1524/17
 1527/24 1528/13 1528/19
 1529/3 1529/4 1531/6 1531/8
 1531/9 1531/15 1533/3 1548/2
 1548/4 1550/14 1571/4
 1574/21 1575/9 1576/2

**C**

**companies [1]**  1508/3
**company [1]**  1548/4
**complete [4]**  1453/7 1494/18
 1498/4 1563/8
**completed [1]**  1453/8
**complying [1]**  1439/13
**components [1]**  1462/15
**comprise [1]**  1510/7
**comprised [1]**  1579/7
**compromised [1]**  1544/5
**computer [7]**  1435/14 1459/3
 1459/5 1459/11 1464/3
 1465/18 1532/16
**computer-aided [1]**  1435/14
**computers [1]**  1464/4
**Con [2]**  1515/17 1516/15
**concealed [2]**  1455/14 1509/6
**concept [2]**  1511/18 1535/13
**concern [1]**  1536/18
**concerned [1]**  1536/20
**concerning [1]**  1555/10
**concrete [1]**  1551/7
**conditioner [1]**  1438/9
**conducted [1]**  1458/14
**conference [3]**  1470/1
 1471/11 1559/23
**conferred [1]**  1532/19
**confess [1]**  1545/20
**confide [1]**  1517/13
**confusing [1]**  1563/5
**connected [1]**  1460/8
**connection [6]**  1467/8
 1545/16 1545/23 1550/7
 1551/13 1553/15
**consensual [3]**  1502/9
 1502/17 1502/20
**consensually [2]**  1502/23
 1502/25
**consent [4]**  1501/12 1501/14
 1504/3 1504/7
**consequences [1]**  1511/5
**consequent [1]**  1550/4
**consider [5]**  1483/17 1531/1
 1542/20 1555/7 1580/25
**considered [6]**  1510/17
 1523/7 1527/2 1528/9 1531/3
 1542/23
**considering [3]**  1559/10
 1559/12 1563/4
**consistent [1]**  1456/15
**conspiracy [1]**  1513/4
**constitution [1]**  1530/18
**contact [6]**  1478/5 1478/5
 1489/21 1492/12 1577/25
 1578/20
**contacts [1]**  1507/22
**contain [1]**  1578/19
**contained [2]**  1447/3 1448/6
**containing [1]**  1441/2
**content [2]**  1469/14 1470/5
**contents [9]**  1443/24 1445/7
 1445/19 1451/17 1469/5
 1469/7 1469/13 1470/11
 1470/12
**context [8]**  1507/20 1508/2
 1509/16 1509/17 1543/9

1551/23 1556/1 1572/20
**contexts [1]**  1507/25
**Continental [1]**  1494/25
**continue [6]**  1436/24 1437/16
 1437/21 1494/10 1522/14
 1553/11
**CONTINUED [8]**  1435/1 1437/22
 1452/7 1471/12 1490/13
 1491/1 1522/18 1559/22
**contoured [1]**  1497/14
**contribution [4]**  1532/10
 1532/13 1532/24 1532/24
**convenience [2]**  1476/2
 1482/1
**convenient [2]**  1487/2
 1496/11
**conversation [4]**  1537/19
 1539/11 1547/11 1559/15
**convey [2]**  1534/14 1551/3
**convince [1]**  1534/13
**copy [2]**  1462/11 1477/10
**corner [3]**  1487/17 1572/11
 1574/15
**corporate [3]**  1507/24
 1524/10 1544/12
**correct [81]**
**correcting [1]**  1519/18
**correction [1]**  1481/19
**correspond [1]**  1453/7
**Correspondence [2]**  1472/8
 1472/14
**corresponding [2]**  1451/25
 1456/4
**corresponds [4]**  1447/1
 1452/3 1453/23 1457/3
**cost [3]**  1490/7 1494/24
 1574/9
**costs [6]**  1481/2 1482/13
 1482/18 1486/19 1496/19
 1574/7
**couch [2]**  1439/5 1463/11
**counsel [5]**  1436/6 1504/3
 1504/7 1577/20 1582/1
**counselors [1]**  1573/4
**count [5]**  1441/11 1441/14
 1446/19 1453/6 1455/20
**counted [13]**  1441/11 1442/4
 1442/6 1442/6 1442/16
 1442/18 1442/19 1442/21
 1447/11 1449/4 1449/7
 1453/10 1455/23
**counter [1]**  1442/19
**couple [2]**  1444/18 1527/12
**course [8]**  1446/23 1458/10
 1459/20 1466/7 1467/6
 1476/13 1528/23 1581/5
**courses [4]**  1507/25 1508/1
 1514/23 1532/23
**Courthouse [1]**  1434/3
**courtroom [12]**  1436/20
 1503/16 1503/22 1503/24
 1506/17 1512/25 1513/1
 1520/23 1522/4 1522/12
 1581/1 1581/13
**cover [2]**  1511/2 1574/9
**covered [1]**  1574/7
**covering [1]**  1542/11
**CR [1]**  1434/2

**crawl [8]**  1440/15 1440/19
 1440/22 1443/1 1443/9 1445/8
 1450/24 1498/1
**crazy [1]**  1465/6
**create [1]**  1499/12
**created [11]**  1496/2 1516/17
 1524/10 1529/19 1532/18
 1547/5 1550/22 1556/13
 1556/15 1564/10 1573/2
**creates [1]**  1481/20
**creating [1]**  1563/10
**creative [1]**  1486/23
**credit [2]**  1475/6 1475/9
**crime [1]**  1509/13
**crimes [10]**  1508/10 1508/12
 1508/15 1509/15 1509/17
 1509/18 1509/20 1512/21
 1513/9 1513/12
**criminal [2]**  1434/8 1513/8
**criss [2]**  1483/2 1483/16
**criss-cross [2]**  1483/2
 1483/16
**cross [8]**  1457/17 1457/18
 1471/4 1483/2 1483/16
 1499/19 1499/21 1501/19
**Cross-examination [4]**
 1457/17 1457/18 1499/19
 1499/21
**cross-examine [1]**  1471/4
**crotch [1]**  1536/10
**CSR [1]**  1435/11
**CTO [1]**  1473/16
**cuff [1]**  1499/11
**cuffed [1]**  1486/9
**cuffs [7]**  1479/15 1483/10
 1484/14 1484/16 1485/5
 1485/17 1485/25
**Cultural [1]**  1556/16
**curious [1]**  1538/19
**currency [15]**  1441/5 1441/10
 1441/13 1446/19 1447/8
 1447/13 1447/21 1447/22
 1448/13 1449/3 1449/15
 1450/1 1453/6 1455/20
 1455/25
**curriculum [6]**  1531/20
 1532/7 1532/8 1532/18 1533/8
 1533/9
**customer [3]**  1489/9 1489/9
 1489/11
**customers [4]**  1474/9 1474/17
 1479/21 1500/8
**customizable [1]**  1487/5
**customize [1]**  1486/24
**cycle [1]**  1497/15

**D**

**dad [1]**  1573/16
**damage [4]**  1545/21 1550/4
 1550/23 1558/3
**damaged [1]**  1553/13
**damaging [5]**  1508/25 1544/6
 1545/1 1545/5 1555/5
**DANELCZYK [1]**  1435/11
**Dani [13]**  1508/19 1509/13
 1513/11 1513/14 1539/5
 1540/11 1540/18 1563/23
 1566/22 1569/22 1573/14

**D**

**Dani... [2]**   1575/3 1575/4
**Daniela [4]**   1475/14 1475/15
1478/2 1487/25
**Daniella [23]**   1492/5 1492/6
1492/13 1492/17 1508/19
1509/13 1509/22 1513/14
1539/4 1539/4 1539/7 1539/7
1540/18 1566/19 1566/23
1569/18 1569/22 1573/12
1574/14 1575/4 1575/5 1575/6
1576/19
**DANIELLE [2]**   1434/21 1436/10
**data [1]**   1475/2
**date [9]**   1477/12 1487/20
1522/25 1523/6 1523/10
1523/16 1523/21 1525/16
1549/14
**dates [1]**   1477/4
**David [3]**   1468/13 1468/15
1468/19
**Dawn [6]**   1515/11 1539/1
1539/20 1565/21 1565/25
1573/8
**DC [2]**   1435/7 1573/16
**deal [7]**   1442/22 1447/25
1448/20 1453/12 1514/19
1528/11 1528/12
**dealt [1]**   1448/22
**decided [2]**   1514/13 1515/5
**decision [4]**   1526/20 1526/23
1530/8 1554/19
**decisions [6]**   1529/7 1529/12
1529/13 1529/20 1529/22
1531/13
**decreasing [1]**   1526/4
**deep [1]**   1486/2
**defaulted [1]**   1551/10
**defendant [73]**   1434/7
1434/16 1439/10 1503/22
1506/23 1506/25 1507/18
1507/21 1508/4 1508/10
1511/9 1511/12 1511/23
1512/4 1513/17 1513/21
1515/15 1516/3 1517/2
1517/19 1518/9 1519/24
1520/9 1522/4 1522/21
1523/10 1523/12 1525/13
1525/19 1526/2 1526/11
1527/6 1528/24 1529/11
1530/1 1531/1 1531/8 1533/2
1533/16 1534/24 1536/12
1536/18 1536/23 1537/4
1537/20 1538/7 1539/12
1540/6 1540/23 1543/9 1544/2
1546/25 1554/18 1555/7
1555/20 1556/6 1557/8
1557/19 1558/12 1558/14
1558/16 1559/9 1563/3 1564/5
1564/6 1564/9 1571/8 1572/18
1574/12 1574/24 1575/9
1575/11 1575/24
**defendant's [8]**   1512/20
1519/6 1523/18 1524/6
1555/13 1557/13 1564/19
1573/23
**defense [4]**   1506/21 1581/23

1582/1 1582/8
**degrades [1]**   1552/7
**degree [3]**   1520/13 1520/13
1576/6
**Del [1]**   1568/10
**deliberation [1]**   1581/8
**delights [1]**   1498/23
**delivered [1]**   1494/23
**delivery [1]**   1495/3
**Dell [3]**   1464/15 1464/17
1465/18
**deluxe [4]**   1481/15 1485/5
1485/17 1498/20
**demonstrated [1]**   1545/13
**demonstrating [1]**   1534/17
**denomination [2]**   1447/12
1447/16
**denominations [2]**   1447/20
1448/15
**depicted [3]**   1451/16 1480/11
1572/21
**deposit [10]**   1450/8 1453/22
1454/6 1454/7 1456/12
1456/15 1456/18 1456/21
1456/25 1457/3
**deposited [6]**   1442/19
1453/19 1456/8 1456/21
1457/2 1457/2
**deposits [2]**   1456/17 1457/6
**depth [1]**   1496/18
**deputy [1]**   1582/3
**deregulation [1]**   1516/15
**DerOHANNESIAN [4]**   1434/19
1434/19 1434/20 1436/10
**describe [39]**   1438/5 1438/25
1439/18 1440/3 1441/6
1444/23 1448/9 1449/20
1450/20 1450/22 1451/6
1453/4 1454/13 1455/19
1459/19 1462/11 1476/9
1480/6 1481/8 1483/8 1484/21
1487/22 1488/18 1493/18
1501/12 1507/2 1507/20
1510/1 1510/20 1511/11
1514/10 1520/8 1523/9 1524/7
1533/5 1535/8 1535/24 1544/9
1553/22
**described [6]**   1491/23
1509/15 1513/15 1517/1
1536/15 1570/17
**descriptions [3]**   1480/7
1492/24 1493/1
**design [1]**   1496/20
**designated [2]**   1437/4
1437/10
**designed [5]**   1483/1 1483/15
1484/15 1484/19 1498/10
**desire [1]**   1499/8
**desired [1]**   1485/23
**desires [1]**   1487/2
**desk [3]**   1439/5 1439/9
1463/11
**destructive [3]**   1544/7
1545/1 1552/17
**details [12]**   1440/21 1481/12
1482/22 1484/12 1485/21
1486/21 1489/13 1493/24
1495/23 1497/6 1497/25

1498/22
**determine [1]**   1529/10
**device [4]**   1459/8 1459/9
1481/17 1481/20
**devices [4]**   1458/24 1459/1
1465/2 1465/8
**devious [1]**   1498/24
**diameter [1]**   1483/13
**DIAZ [1]**   1435/4
**different [30]**   1447/20
1448/15 1457/7 1462/14
1477/2 1477/4 1489/17 1492/9
1492/17 1495/8 1497/16
1507/25 1509/10 1511/2
1511/17 1511/19 1517/13
1525/3 1532/15 1534/15
1539/4 1541/1 1541/1 1541/1
1551/16 1571/11 1571/14
1571/18 1574/7 1576/4
**differently [1]**   1547/19
**difficult [5]**   1445/9 1450/11
1525/23 1540/17 1541/2
**difficulties [2]**   1529/19
1563/11
**digital [1]**   1465/20
**dimensions [2]**   1484/13
1494/20
**dinner [2]**   1515/25 1516/4
**direct [18]**   1436/25 1437/22
1457/24 1460/22 1461/21
1462/25 1463/4 1463/14
1465/1 1470/3 1470/9 1470/13
1471/2 1473/10 1490/14
1505/3 1522/18 1563/11
**directed [1]**   1474/25
**directly [3]**   1474/9 1506/11
1551/17
**dirty [1]**   1486/7
**disciplining [1]**   1519/18
**disconnected [1]**   1484/25
**discovered [6]**   1438/23
1443/25 1445/1 1445/8 1455/8
1456/1
**discreet [1]**   1475/10
**discuss [6]**   1512/5 1520/25
1525/19 1558/14 1580/12
1581/15
**discussed [6]**   1511/25 1527/9
1532/17 1557/25 1581/5
1581/21
**discussing [1]**   1578/21
**discussion [2]**   1530/2
1578/11
**discussions [4]**   1557/7
1558/18 1558/18 1581/21
**disempowers [1]**   1552/17
**disfunctional [4]**   1552/23
1552/25 1553/1 1553/2
**dishes [2]**   1494/5 1494/7
**dishonest [1]**   1551/20
**disingenuous [1]**   1470/13
**disposition [2]**   1461/8
1466/16
**dispositions [1]**   1466/16
**disrespect [1]**   1552/1
**disrespectful [1]**   1546/11
**distinguishes [1]**   1571/3
**DISTRICT [5]**   1434/1 1434/1

**D**

**DISTRICT... [3]** 1434/9 1434/12 1513/1
**divorced [1]** 1554/6
**document [4]** 1446/9 1446/13 1446/16 1477/9
**documents [5]** 1475/14 1476/7 1476/15 1481/7 1551/4
**dog [5]** 1465/5 1481/15 1494/9 1498/4 1498/8
**dog-like [1]** 1498/4
**doggy [1]** 1486/7
**doggy-style [1]** 1486/7
**dogs [1]** 1498/12
**dollar [22]** 1447/14 1447/17 1448/17 1448/17 1449/11 1449/12 1449/13 1449/23 1449/24 1449/25 1453/13 1453/14 1453/14 1453/14 1453/15 1453/15 1456/2 1456/2 1456/2 1456/3 1456/3 1456/3
**dollars [1]** 1457/13
**done [8]** 1487/4 1502/22 1502/25 1528/10 1528/14 1532/21 1544/5 1545/21
**donor [13]** 1554/17 1554/20 1554/24 1555/10 1555/19 1555/23 1556/4 1556/7 1556/9 1556/10 1557/5 1557/8 1557/10
**donor's [1]** 1557/9
**door [10]** 1440/7 1440/14 1440/18 1443/2 1443/8 1443/13 1494/4 1494/23 1501/18 1535/16
**doors [1]** 1496/12
**DOS [26]** 1505/20 1505/24 1506/1 1506/3 1506/10 1508/13 1508/24 1509/16 1509/17 1509/21 1510/2 1510/3 1510/7 1510/9 1510/11 1511/7 1511/8 1512/5 1512/7 1512/9 1513/12 1526/8 1564/10 1579/7 1579/10 1579/23
**doubt [1]** 1552/18
**down [16]** 1440/6 1444/14 1445/5 1445/20 1446/24 1472/20 1483/2 1486/6 1492/6 1503/6 1503/7 1520/24 1521/3 1555/11 1581/14 1581/16
**downstairs [1]** 1535/17
**downward [1]** 1483/2
**dozen [2]** 1494/17 1496/5
**dressed [1]** 1510/25
**drive [12]** 1442/12 1465/13 1465/16 1465/20 1478/2 1487/25 1492/5 1492/7 1535/7 1535/8 1535/10 1535/22
**drives [1]** 1465/22
**driving [1]** 1537/24
**due [2]** 1458/7 1495/1
**duly [3]** 1436/17 1473/3 1504/18
**dungeon [2]** 1496/1 1512/2
**durable [1]** 1483/1

**Duran [4]** 1469/24 1509/25 1540/20 1567/18
**duties [1]** 1458/3
**duty [6]** 1479/4 1484/8 1484/15 1485/13 1494/1 1496/15

**E**

**e-mail [3]** 1470/12 1489/4 1489/14
**E-mails [2]** 1472/8 1472/14
**early [6]** 1517/5 1518/9 1523/24 1539/1 1540/10 1577/14
**ears [1]** 1498/4
**easier [1]** 1487/3
**easily [1]** 1484/16
**East [1]** 1434/12
**EASTERN [3]** 1434/1 1434/12 1513/1
**easy [8]** 1486/25 1487/2 1494/14 1496/2 1498/25 1546/12 1546/24 1552/5
**Edgar [4]** 1470/18 1470/18 1470/20 1470/24
**edges [1]** 1441/19
**Edison [2]** 1515/17 1516/15
**educational [4]** 1553/24 1556/13 1556/15 1556/17
**effective [2]** 1516/22 1543/6
**effects [2]** 1551/12 1574/6
**effort [1]** 1512/14
**Einstein [2]** 1439/9 1463/5
**either [3]** 1466/9 1483/20 1543/20
**electricity [1]** 1532/16
**eligible [2]** 1558/7 1558/10
**Elliot [6]** 1448/4 1448/22 1449/18 1450/4 1453/18 1456/6
**Elmo [3]** 1446/1 1452/5 1455/16
**email [17]** 1435/12 1509/10 1548/17 1548/21 1549/10 1549/14 1549/18 1549/24 1550/6 1550/9 1550/11 1551/1 1551/4 1551/23 1577/13 1578/1 1580/21
**Emiliano [3]** 1568/20 1568/24 1573/9
**emit [1]** 1481/22
**emitted [1]** 1481/21
**emotional [9]** 1541/21 1541/25 1542/1 1542/2 1542/6 1544/24 1544/24 1545/13 1563/8
**employed [1]** 1473/13
**employment [1]** 1558/5
**empowered [1]** 1548/3
**encased [1]** 1482/24
**encounter [1]** 1538/22
**encounters [1]** 1538/15
**encourage [3]** 1517/19 1518/1 1533/16
**endeavors [1]** 1486/1
**energy [1]** 1534/3
**engage [1]** 1538/7
**engaged [1]** 1468/2

**enhancement [1]** 1485/25
**enjoy [1]** 1484/16
**enjoying [1]** 1544/19
**Enrollment [1]** 1512/2
**ensure [1]** 1499/8
**enter [3]** 1439/4 1439/22 1440/8
**entered [2]** 1437/12 1443/2
**enters [5]** 1436/20 1503/22 1503/24 1522/4 1522/7
**entertaining [1]** 1516/5
**entertainment [1]** 1524/14
**entertainments [1]** 1525/5
**enthusiasts [1]** 1498/5
**entire [2]** 1470/6 1526/9
**entirely [1]** 1483/24
**entrapment [1]** 1486/10
**equal [1]** 1519/13
**equipment [3]** 1462/1 1464/3 1535/20
**equipped [1]** 1496/12
**escape [2]** 1494/3 1499/9
**ESP [14]** 1460/14 1505/8 1508/2 1514/9 1514/11 1515/4 1524/4 1524/5 1541/22 1544/23 1553/21 1572/20 1572/23 1576/1
**especially [2]** 1516/13 1543/5
**ESQ [7]** 1434/17 1434/18 1434/20 1434/21 1435/4 1435/4 1435/7
**essential [2]** 1501/14 1543/7
**estimate [2]** 1438/16 1438/19
**estimated [1]** 1527/20
**ethical [9]** 1531/12 1544/1 1544/6 1544/9 1545/11 1545/16 1545/23 1547/11 1557/18
**Europe [1]** 1514/5
**events [1]** 1507/24
**eventually [3]** 1517/9 1517/13 1524/2
**evidence [110]**
**EX [1]** 1477/17
**exact [1]** 1572/9
**exactly [2]** 1444/12 1576/21
**examination [18]** 1436/25 1437/22 1457/17 1457/18 1457/24 1460/22 1461/21 1463/5 1465/1 1473/10 1491/1 1499/19 1499/21 1501/5 1502/14 1505/3 1522/15 1522/18
**examine [1]** 1471/4
**examined [3]** 1436/17 1473/4 1504/19
**example [3]** 1540/14 1551/21 1552/7
**examples [4]** 1529/14 1540/9 1575/2 1576/18
**exception [1]** 1510/6
**exchange [1]** 1539/24
**excited [3]** 1515/18 1516/21 1546/5
**excluded [1]** 1576/16
**exclusion [1]** 1520/13
**excuse [1]** 1444/7

**E**

excused [3]   1472/19 1472/22
1503/6
executed [2]   1457/14 1458/19
executive [2]   1514/9 1535/11
exercise [1]   1535/20
exhibit [137]
Exhibit 12 [2]   1518/19
1564/23
Exhibit 1483 [3]   1446/5
1450/5 1450/6
Exhibit 1483-8 [1]   1450/12
Exhibit 1497 [4]   1548/11
1548/25 1549/2 1550/6
Exhibit 15 [1]   1569/9
Exhibit 16 [1]   1567/12
Exhibit 17 [1]   1568/11
Exhibit 19 [1]   1567/20
Exhibit 21 [1]   1567/7
Exhibit 23 [1]   1566/20
Exhibit 26 [2]   1520/2 1567/2
Exhibit 27 [1]   1570/4
Exhibit 3 [1]   1569/24
Exhibit 31 [1]   1565/5
Exhibit 33 [1]   1569/1
Exhibit 34 [2]   1519/3
1565/17
Exhibit 352 [1]   1570/20
Exhibit 361 [4]   1577/23
1578/3 1578/7 1578/19
Exhibit 362 [6]   1570/12
1570/16 1572/1 1572/12
1572/21 1574/15
Exhibit 363 [4]   1579/2
1579/9 1579/13 1579/15
Exhibit 39 [1]   1569/14
Exhibit 40 [1]   1565/22
Exhibit 44 [1]   1567/24
Exhibit 45 [1]   1569/19
Exhibit 48 [1]   1566/15
Exhibit 49 [1]   1568/21
Exhibit 51 [1]   1566/3
Exhibit 53 [2]   1518/24
1565/10
Exhibit 54 [1]   1568/16
Exhibit 6 [1]   1566/10
Exhibit 8 [1]   1568/5
Exhibit 851 [1]   1492/13
Exhibit 853 [4]   1492/2
1492/16 1493/2 1495/17
Exhibit 863 [1]   1495/13
Exhibit 864 [1]   1496/25
Exhibit 865 [1]   1497/22
Exhibit 866 [1]   1498/16
Exhibit Number [3]   1504/2
1504/6 1504/6
exhibits [10]   1476/3 1477/1
1479/24 1492/20 1493/6
1493/9 1493/12 1504/3 1504/9
1504/12
Exhibits 1 [1]   1504/9
Exhibits 862 [1]   1493/9
exist [3]   1543/21 1547/6
1553/14
exits [3]   1503/16 1520/23
1581/13
expect [1]   1515/4

expected [1]   1465/2
expecting [1]   1465/24
expensive [1]   1556/18
experience [2]   1485/22
1532/15
explain [17]   1439/14 1446/22
1447/5 1477/9 1502/1 1517/4
1517/11 1517/22 1526/15
1531/23 1541/11 1542/22
1544/4 1549/4 1551/22
1555/11 1558/18
explained [1]   1555/13
explore [1]   1538/20
exposed [2]   1486/3 1499/4
express [3]   1527/5 1536/18
1540/22
expressed [2]   1483/21
1558/22
extension [1]   1532/25
external [3]   1465/13 1465/16
1482/2
extorted [1]   1509/2
extortion [1]   1513/12
Extreme [4]   1477/15 1478/15
1487/19 1490/1
extremely [1]   1580/11
ExtremeRestraints [1]
1477/14
ExtremeRestraints.com [3]
1474/13 1474/15 1475/5
eyes [1]   1498/5

**F**

F-O-R-L-O-R-N [1]   1575/19
face [2]   1486/6 1536/11
Facebook [1]   1580/23
fact [3]   1470/23 1542/8
1563/11
failed [1]   1449/4
failing [1]   1511/5
fair [6]   1451/2 1466/7
1477/1 1492/4 1500/4 1503/1
fairly [2]   1480/10 1500/6
false [2]   1509/4 1509/5
familiar [12]   1446/8 1446/13
1446/16 1460/15 1473/24
1473/24 1474/2 1474/5 1476/7
1480/4 1505/7 1553/18
familiarity [1]   1501/7
family [9]   1508/18 1508/19
1517/14 1531/17 1573/16
1573/19 1573/20 1573/20
1580/13
fast [4]   1496/7 1496/10
1530/11 1530/11
fasting [2]   1530/9 1530/14
fat [1]   1530/16
favor [1]   1544/7
FBI [7]   1436/7 1442/7
1442/10 1442/17 1444/9
1453/10 1458/25
FBI's [1]   1459/3
features [2]   1484/14 1497/12
February [1]   1512/13
federal [10]   1442/10 1442/13
1449/7 1450/4 1451/21
1453/10 1455/23 1456/18
1456/19 1512/21

feed [1]   1494/9
feedback [3]   1547/18 1557/22
1558/1
feeding [1]   1494/4
feet [7]   1438/16 1438/16
1493/19 1493/20 1496/17
1496/17 1496/18
fell [1]   1573/1
felt [12]   1516/6 1516/22
1528/6 1544/19 1550/4
1550/19 1555/14 1555/16
1563/5 1573/25 1574/1 1574/5
fertility [1]   1554/16
few [7]   1441/1 1441/2
1459/14 1499/25 1502/12
1534/6 1538/24
field [5]   1442/10 1442/18
1453/10 1455/15 1549/22
figure [2]   1531/19 1550/15
figuring [2]   1483/4 1514/17
file [1]   1489/14
final [2]   1437/9 1498/15
finally [1]   1457/5
financially [2]   1574/3
1574/4
fine [2]   1470/6 1582/5
finger [3]   1483/4 1483/6
1483/9
finishing [1]   1578/15
first [52]   1436/17 1439/3
1439/3 1439/23 1440/7
1445/23 1446/6 1446/8 1448/5
1450/9 1454/4 1473/3 1476/3
1477/5 1477/8 1478/8 1478/9
1478/11 1482/6 1486/13
1489/24 1489/25 1490/3
1493/15 1495/4 1504/18
1506/10 1506/10 1506/15
1509/21 1510/3 1510/7 1510/9
1511/21 1513/17 1513/21
1514/25 1515/15 1516/2
1516/6 1523/10 1535/13
1552/4 1553/5 1553/25 1554/7
1556/5 1558/21 1572/7 1579/7
1579/9 1579/23
firsthand [1]   1564/4
fit [6]   1438/18 1438/19
1498/4 1498/10 1498/11
1499/11
fits [2]   1494/4 1497/13
five [14]   1453/3 1471/6
1479/7 1485/1 1497/15 1503/9
1503/10 1503/11 1503/14
1503/17 1527/17 1527/18
1527/20 1558/24
five-minute [5]   1503/9
1503/10 1503/11 1503/14
1503/17
fix [8]   1545/17 1545/22
1547/11 1548/6 1550/5 1551/5
1551/8 1574/6
flash [1]   1536/25
Flintlock [7]   1459/17
1459/19 1459/21 1460/2
1518/11 1519/23 1539/23
flirtation [1]   1551/16
floor [9]   1434/16 1439/2
1439/3 1439/19 1443/14

**F**

floor... **[4]**   1454/16 1463/10
1511/14 1535/10
focus **[3]**   1511/1 1511/16
1541/23
focused **[1]**   1512/11
focuses **[1]**   1511/6
folder **[5]**   1467/25 1468/14
1469/1 1470/18 1470/21
folders **[4]**   1467/19 1467/22
1470/4 1472/3
follow **[2]**   1483/16 1580/12
followed **[1]**   1519/22
following **[1]**   1550/1
follows **[4]**   1436/18 1442/13
1473/4 1504/19
FONTANELLI **[9]**   1436/16
1436/25 1437/24 1444/7
1444/7 1446/4 1446/14 1453/2
1457/20
forceable **[1]**   1540/4
forced **[5]**   1513/12 1513/13
1555/14 1555/16 1555/18
forcing **[1]**   1555/15
forearms **[1]**   1487/1
Forlorn **[2]**   1575/17 1575/24
form **[5]**   1447/5 1448/10
1455/20 1456/15 1580/16
formally **[1]**   1512/16
Formed **[1]**   1497/9
Forty **[1]**   1513/20
Forty-two **[1]**   1513/20
forum **[1]**   1524/16
forward **[1]**   1552/2
founder **[2]**   1505/14 1509/7
four **[11]**   1438/2 1438/20
1445/6 1445/16 1445/20
1446/6 1446/24 1463/17
1464/12 1479/4 1493/20
four feet **[1]**   1493/20
fourth **[1]**   1484/9
frame **[5]**   1484/19 1527/21
1540/6 1572/2 1572/3
framework **[1]**   1541/23
Frank **[2]**   1467/25 1468/3
fraud **[1]**   1513/13
free **[3]**   1479/21 1479/22
1487/3
Frequent **[1]**   1543/13
Friday **[1]**   1550/15
friend **[3]**   1516/1 1517/24
1553/21
friends **[9]**   1507/23 1508/8
1509/12 1514/5 1515/19
1517/7 1520/10 1572/6
1580/13
front **[5]**   1494/4 1494/17
1496/5 1501/15 1545/13
frontally **[1]**   1510/23
fuck **[1]**   1499/6
fulfill **[1]**   1475/3
full **[8]**   1473/7 1479/17
1484/23 1486/17 1494/2
1494/4 1495/25 1504/22
full-sized **[3]**   1494/2 1494/4
1495/25
fully **[3]**   1460/15 1481/25

1510/23   1510/23
functional **[1]**   1552/21
funds **[2]**   1449/7 1455/21
funny **[1]**   1533/13
furniture **[3]**   1439/10 1496/1
1498/25

**G**

gag **[4]**   1491/15 1497/23
1498/7 1498/7
gain **[1]**   1496/13
Game **[1]**   1512/2
Gandhi **[1]**   1463/12
GARAUFIS **[1]**   1434/8
Gardens **[1]**   1556/16
Garza **[3]**   1509/22 1567/11
1567/16
gauge **[2]**   1571/8 1571/13
gauging **[1]**   1571/11
gay **[1]**   1554/4
general **[6]**   1441/7 1519/20
1520/11 1531/24 1572/2
1572/3
generally **[14]**   1440/24
1440/25 1476/9 1480/6 1481/8
1492/23 1493/18 1523/15
1540/15 1541/2 1542/6
1545/18 1574/20 1574/22
generates **[1]**   1477/11
generating **[1]**   1576/8
GERAGOS **[4]**   1434/18 1436/10
1457/21 1583/4
given **[6]**   1458/12 1483/20
1501/7 1550/21 1552/19
1557/22
gmail.com **[1]**   1435/12
goals **[1]**   1514/17
goods **[1]**   1474/22
government **[83]**
Government's **[37]**   1453/3
1453/21 1455/18 1456/11
1456/24 1457/5 1459/14
1460/20 1463/15 1463/20
1464/5 1464/12 1476/4
1476/19 1476/21 1480/14
1480/16 1480/24 1482/15
1484/6 1484/20 1485/4 1485/8
1485/16 1486/16 1487/7
1487/10 1488/17 1489/16
1492/1 1492/16 1493/6 1549/4
1570/22 1570/24 1578/9
1579/17
graduate **[1]**   1514/2
graduated **[4]**   1514/4 1514/15
1532/4 1532/9
grand **[6]**   1506/6 1506/9
1506/14 1510/5 1517/17
1535/15
grandparents **[1]**   1529/16
Gray **[1]**   1500/23
greens **[1]**   1573/7
groomed **[1]**   1537/10
grooming **[2]**   1537/5 1537/17
ground **[1]**   1462/4
group **[31]**   1444/14 1479/24
1508/23 1508/24 1509/3
1509/6 1509/7 1509/8 1509/8
1509/24 1510/7 1510/22

1513/7 1514/25 1515/19
1530/10 1530/10 1564/12
1564/14 1564/16 1571/4
1571/23 1572/13 1572/17
1574/25 1575/12 1576/15
1576/23 1576/24 1577/11
1577/16
groups **[2]**   1508/16 1511/4
grow **[1]**   1540/13
growth **[6]**   1540/7 1542/14
1543/1 1543/4 1543/6 1545/7
guess **[3]**   1510/5 1512/8
1572/6
guilty **[5]**   1512/21 1513/3
1513/4 1513/10 1513/11
guys **[1]**   1465/2
GX1483 **[1]**   1446/7
GX176 **[2]**   1437/4 1437/5
GX180A **[1]**   1437/10
gym **[3]**   1461/24 1461/25
1462/1

**H**

hair **[2]**   1537/5 1537/17
HAJJAR **[5]**   1434/14 1436/4
1522/8 1522/14 1583/10
Hale **[4]**   1535/7 1535/8
1535/10 1535/22
half **[4]**   1457/13 1493/19
1520/20 1521/1
Halfmoon **[3]**   1478/2 1492/5
1492/7
Halfnoon **[1]**   1488/1
hall **[1]**   1454/17
hallway **[6]**   1439/21 1439/22
1440/6 1440/7 1440/8 1454/15
hand **[7]**   1438/14 1439/23
1447/7 1454/18 1473/1
1488/22 1504/16
handed **[2]**   1476/2 1479/24
handled **[1]**   1442/21
handmade **[1]**   1494/21
handwriting **[3]**   1472/6
1472/10 1472/14
hang **[1]**   1484/17
hanging **[4]**   1479/2 1482/16
1507/23 1539/23
hangs **[1]**   1484/18
happy **[5]**   1510/25 1523/17
1541/18 1542/19 1543/20
harboring **[1]**   1513/11
hard **[4]**   1444/19 1465/13
1465/16 1465/20
harder **[1]**   1563/10
head **[1]**   1497/14
header **[1]**   1488/22
heal **[1]**   1550/19
healed **[1]**   1555/20
healing **[1]**   1552/21
Health **[1]**   1515/22
healthful **[1]**   1543/22
healthier **[1]**   1543/25
healthy **[1]**   1543/22
HealthyActive.com **[1]**
1474/21
heard **[5]**   1501/24 1502/8
1534/20 1534/21 1581/1
heart **[2]**   1487/2 1528/22

11

## H

**heat [7]** 1441/14 1441/16 1442/8 1445/2 1445/3 1451/20 1498/1
**heater [2]** 1438/9 1462/14
**heavy [6]** 1479/4 1484/8 1484/15 1485/13 1494/1 1496/15
**heavy-duty [2]** 1494/1 1496/15
**HECTOR [1]** 1435/4
**height [2]** 1494/20 1496/17
**held [5]** 1510/14 1510/15 1510/16 1537/15 1548/3
**helpful [2]** 1543/1 1543/5
**helpless [1]** 1499/7
**helplessly [1]** 1486/3
**Herbits [2]** 1467/23 1470/22
**herself [4]** 1554/25 1555/9 1555/12 1557/6
**high [4]** 1517/7 1527/25 1532/20 1572/23
**highest [2]** 1572/24 1573/3
**Hill [1]** 1517/17
**himself [1]** 1533/16
**hold [5]** 1459/5 1483/10 1489/4 1518/17 1526/21
**Holiday [1]** 1507/24
**home [11]** 1465/11 1514/6 1514/22 1515/20 1517/6 1517/17 1517/20 1517/24 1517/25 1518/4 1547/22
**homes [1]** 1510/15
**honest [4]** 1529/7 1545/20 1551/11 1551/20
**Honor [66]** 1436/5 1436/9 1437/1 1437/9 1437/12 1437/17 1437/20 1439/17 1446/1 1450/17 1452/5 1454/11 1455/16 1456/20 1459/22 1467/13 1467/16 1468/4 1468/6 1468/11 1468/22 1469/2 1469/11 1469/23 1471/1 1472/16 1472/18 1475/25 1480/13 1487/13 1493/5 1493/7 1493/11 1501/3 1501/18 1502/11 1503/4 1503/8 1503/19 1504/2 1504/14 1505/2 1506/24 1518/17 1520/18 1521/2 1522/10 1548/7 1548/24 1549/8 1559/19 1570/8 1570/19 1571/1 1577/18 1578/2 1578/6 1578/13 1578/17 1578/23 1579/12 1580/5 1581/20 1581/25 1582/2 1582/14
**HONORABLE [1]** 1434/8
**honorary [1]** 1572/25
**Hood [2]** 1491/15 1497/23
**hook [1]** 1576/11
**hope [1]** 1550/15
**hoping [1]** 1528/3
**horizontally [1]** 1496/15
**hot [1]** 1535/20
**hour [2]** 1520/21 1521/1
**hours [4]** 1510/13 1525/11

1544/17 1544/17
**house [11]** 1442/9 1442/9 1457/14 1462/12 1462/15 1466/16 1466/21 1510/16 1510/16 1510/17 1529/17
**howl [1]** 1498/9
**huge [1]** 1528/12
**human [2]** 1514/14 1532/14
**humanity [1]** 1532/15
**humble [2]** 1545/19 1545/19
**hundred [3]** 1525/11 1530/7 1530/20
**hundreds [1]** 1525/11
**hurt [1]** 1545/3
**hurtful [1]** 1563/5
**hurting [1]** 1553/14

## I

**I-V-Y [1]** 1567/23
**iCloud [1]** 1578/1
**idea [4]** 1511/17 1543/1 1543/4 1543/5
**ideally [1]** 1558/3
**ideas [1]** 1517/1
**identification [8]** 1476/4 1479/25 1548/8 1548/10 1570/12 1577/22 1578/24 1579/1
**identified [3]** 1451/25 1506/23 1581/5
**identifies [1]** 1554/4
**identify [3]** 1466/2 1506/19 1572/20
**ideology [1]** 1544/5
**illegal [2]** 1467/1 1467/4
**image [6]** 1443/22 1450/20 1451/6 1454/14 1493/21 1495/21
**imagine [1]** 1451/7
**immature [1]** 1545/5
**immaturity [1]** 1563/13
**immediately [1]** 1443/13
**impact [2]** 1534/3 1552/22
**implement [1]** 1516/16
**implied [1]** 1483/20
**import [1]** 1475/2
**importance [1]** 1501/12
**important [10]** 1502/5 1507/10 1507/11 1507/13 1528/24 1528/25 1534/16 1550/16 1556/4 1580/11
**imported [2]** 1476/11 1489/3
**impression [1]** 1443/20
**impressions [1]** 1516/2
**impressive [1]** 1484/13
**improved [1]** 1481/15
**inappropriate [3]** 1471/2 1503/1 1546/9
**inappropriately [1]** 1547/25
**inch [2]** 1479/7 1496/15
**inches [6]** 1483/12 1483/13 1494/20 1494/20 1494/21 1496/17
**incident [1]** 1551/24
**included [1]** 1496/7
**including [3]** 1458/20 1468/8 1580/23
**income [2]** 1467/3 1479/7

**incorrectly [1]** 1443/6
**increase [1]** 1486/10
**incredibly [1]** 1531/11
**incurred [1]** 1574/8
**independent [2]** 1573/21 1581/3
**independently [1]** 1573/19
**indicate [1]** 1506/22
**indicating [3]** 1440/5 1444/3 1444/20
**individuals [12]** 1510/6 1513/7 1564/7 1564/9 1564/19 1571/25 1572/11 1572/17 1572/21 1574/14 1574/16 1578/20
**indulgent [1]** 1576/13
**indulging [1]** 1576/9
**inform [1]** 1582/2
**informal [2]** 1564/14 1564/15
**information [15]** 1447/3 1475/21 1476/10 1476/12 1477/21 1477/22 1488/24 1488/25 1489/5 1489/6 1489/14 1508/25 1509/5 1578/20 1580/18
**initiated [3]** 1523/2 1526/7 1538/15
**initiating [1]** 1540/2
**initiatives [2]** 1574/7 1574/11
**inner [5]** 1564/16 1564/19 1570/17 1576/16 1579/6
**innovative [1]** 1517/1
**inquire [2]** 1473/9 1505/1
**inseparable [1]** 1520/11
**inside [3]** 1464/4 1469/14 1542/3
**inspired [2]** 1518/3 1518/7
**Instagram [1]** 1580/23
**installation [2]** 1483/16 1483/18
**installing [1]** 1483/18
**instance [8]** 1441/17 1447/13 1447/21 1448/2 1448/16 1455/22 1456/1 1489/1
**instead [2]** 1448/11 1541/18
**Institute [2]** 1470/20 1472/4
**Institution [1]** 1470/24
**instruct [1]** 1516/19
**instruction [1]** 1580/12
**instructions [1]** 1537/4
**instructs [1]** 1545/9
**insulation [1]** 1440/25
**integrity [1]** 1529/8
**intend [2]** 1551/3 1555/24
**intended [1]** 1483/21
**intensive [1]** 1466/10
**intensives [2]** 1548/19 1550/14
**intent [1]** 1543/2
**intention [1]** 1542/16
**interaction [3]** 1540/3 1546/17 1546/17
**interactions [2]** 1538/12 1539/12
**interior [5]** 1440/14 1451/17 1454/21 1454/25 1455/7
**internal [2]** 1475/19 1553/9

**I**

**internet [1]**  1580/17
**interpret [1]**  1534/22
**interpreted [1]**  1540/2
**intervene [1]**  1541/7
**interventions [1]**  1543/10
**interviewed [3]**  1467/7
1467/9 1467/11
**interviews [4]**  1458/14
1458/16 1458/17 1468/9
**intimacy [1]**  1500/19
**intimate [5]**  1526/1 1526/18
1526/18 1534/24 1536/1
**introduce [1]**  1516/1
**introduced [1]**  1544/15
**invention [1]**  1532/19
**inventory [1]**  1532/8
**invest [1]**  1528/8
**investigation [10]**  1457/25
1458/5 1458/7 1458/15
1459/20 1466/8 1467/6
1467/10 1468/10 1581/4
**Investigator [4]**  1444/7
1446/4 1446/14 1453/2
**Investigator Fontanelli [2]**
1444/7 1446/14
**invite [1]**  1517/12
**inviting [1]**  1539/2
**invoice [14]**  1477/10 1478/8
1482/6 1482/11 1482/20
1484/9 1485/2 1486/13
1486/14 1486/16 1487/15
1491/23 1493/3 1498/13
**invoices [1]**  1474/3
**involved [10]**  1457/25 1458/4
1458/10 1458/15 1515/9
1524/19 1544/16 1547/23
1548/5 1554/9
**involvement [1]**  1459/10
**iron [1]**  1494/2
**issue [5]**  1542/12 1542/15
1543/21 1551/18 1558/6
**issues [1]**  1542/5
**item [80]**
**item 63 [2]**  1446/21 1447/17
**items [19]**  1459/11 1464/6
1464/8 1464/15 1478/17
1479/19 1479/20 1480/8
1480/10 1481/10 1481/11
1484/1 1484/3 1489/23
1489/24 1491/22 1491/24
1500/9 1500/15
**ith [1]**  1473/24
**itself [3]**  1466/25 1484/18
1545/2
**Ivy [5]**  1541/5 1567/23
1568/2 1573/11 1576/19

**J**

**Jack [3]**  1570/3 1570/7
1573/12
**jail [5]**  1495/14 1495/19
1495/25 1496/20 1502/16
**January [1]**  1505/25
**January 2017 [1]**  1505/25
**Jeske [5]**  1515/11 1530/25
1565/3 1565/8 1573/5

**Jim [4]**  1568/7 1568/10
1568/14 1573/11
**Jness [3]**  1461/8 1466/15
1508/3
**job [1]**  1514/8
**join [2]**  1505/24 1574/22
**joined [1]**  1574/20
**joyful [1]**  1542/19
**JUDGE [2]**  1434/9 1504/8
**juice [2]**  1530/11 1530/11
**jumped [2]**  1546/4 1546/5
**jumping [1]**  1552/6
**jumps [1]**  1444/19
**Junco [3]**  1509/22 1564/3
1568/25
**June [3]**  1500/22 1512/9
1514/3
**June 2017 [1]**  1512/9
**jury [38]**  1434/9 1436/1
1436/14 1436/19 1436/20
1436/22 1480/18 1503/15
1503/16 1503/23 1503/24
1507/20 1510/1 1510/20
1514/10 1516/2 1517/4
1520/22 1520/23 1522/3
1522/7 1522/12 1533/5 1535/8
1535/24 1536/16 1541/11
1549/6 1563/1 1574/20 1575/2
1579/19 1580/9 1581/2 1581/6
1581/8 1581/12 1581/13

**K**

**K9 [2]**  1494/5 1494/7
**Karen [6]**  1515/12 1518/13
1519/2 1565/9 1565/13
1573/10
**Keefe [4]**  1467/11 1467/15
1470/15 1470/16
**Keefe's [2]**  1470/17 1470/23
**Keeffe [6]**  1508/17 1515/11
1518/14 1519/5 1565/15
1577/3
**keep [6]**  1471/10 1481/23
1482/3 1482/23 1486/8
1537/11
**keeping [2]**  1483/3 1496/13
**KEITH [65]**  1434/6 1436/11
1499/24 1505/15 1505/16
1506/2 1506/11 1506/17
1508/17 1509/19 1508/24
1509/6 1509/21 1510/4 1510/6
1510/22 1512/13 1514/13
1515/2 1515/10 1515/23
1516/6 1516/16 1519/10
1519/17 1519/20 1528/1
1530/13 1531/18 1533/11
1533/13 1538/16 1538/21
1539/1 1539/24 1541/10
1542/8 1542/24 1543/2
1544/13 1546/1 1546/6 1548/2
1548/17 1549/13 1550/12
1550/13 1552/8 1552/22
1553/2 1553/8 1553/9 1555/3
1555/10 1555/16 1555/19
1557/4 1558/7 1563/15 1571/5
1572/23 1573/24 1573/24
1576/19 1580/1
**Keith's [4]**  1512/19 1519/8

1552/18 1572/5
**kept [1]**  1508/20
**kidnapped [1]**  1531/18
**KIM [1]**  1434/13
**kink [2]**  1485/24 1501/8
**kinky [3]**  1498/2 1498/23
1499/12
**kiss [1]**  1527/25
**kit [6]**  1479/5 1484/8
1484/13 1485/14 1491/19
1498/20
**kitchen [1]**  1535/14
**kitchen/living [1]**  1535/14
**knees [1]**  1486/6
**knob [1]**  1481/19
**knowing [1]**  1501/15
**knowledge [4]**  1460/16
1500/14 1531/5 1554/14
**known [2]**  1506/25 1564/5
**knows [1]**  1459/23
**Kristen [1]**  1577/2
**Kristin [16]**  1467/11 1470/15
1470/16 1470/17 1470/23
1508/17 1508/20 1515/11
1518/14 1519/5 1541/6
1541/10 1565/15 1565/20
1573/11 1577/3
**Kryslana [1]**  1539/6

**L**

**L-A-U-R-E-N [1]**  1504/24
**L-O-R-N [1]**  1575/21
**labeled [4]**  1445/18 1445/21
1451/8 1452/4
**labor [2]**  1513/12 1513/13
**lack [1]**  1545/7
**lacking [1]**  1528/18
**laid [1]**  1470/21
**Lake [1]**  1544/13
**landing [2]**  1454/16 1463/10
**Lane [3]**  1459/17 1459/19
1518/11
**laptop [3]**  1459/8 1464/15
1464/17
**laptops [1]**  1464/11
**large [4]**  1441/4 1441/13
1441/23 1443/21
**larger [3]**  1443/17 1443/18
1457/11
**late [2]**  1535/5 1572/12
**Laura [7]**  1509/22 1563/25
1563/25 1568/25 1569/3
1569/6 1573/12
**Laura's [1]**  1564/2
**Lauren [6]**  1435/2 1504/15
1504/18 1504/24 1549/17
1549/20
**lazy [1]**  1544/8
**leader [7]**  1506/1 1519/22
1528/14 1528/20 1545/4
1545/4 1548/3
**leaders [2]**  1545/8 1545/9
**leadership [2]**  1544/23
1545/8
**leads [3]**  1439/21 1440/6
1440/15
**learned [2]**  1466/8 1530/11
**least [3]**  1467/11 1557/22

**L**

**least... [1]** 1580/4
**leather [1]** 1484/14
**leave [18]** 1465/10 1465/11
 1465/11 1528/6 1528/13
 1528/16 1528/17 1541/15
 1541/15 1542/15 1542/16
 1542/25 1543/4 1543/17
 1543/20 1559/4 1576/23
 1581/7
**leaves [1]** 1552/16
**leaving [5]** 1484/17 1498/5
 1499/3 1526/25 1527/10
**led [1]** 1454/15
**left [18]** 1438/1 1440/5
 1443/3 1444/2 1445/12 1447/7
 1447/7 1461/1 1461/13
 1487/17 1494/17 1496/5
 1542/10 1543/7 1572/11
 1577/2 1577/7 1577/9
**left-hand [1]** 1447/7
**legal [5]** 1500/11 1500/14
 1503/1 1574/7 1574/11
**legally [1]** 1574/3
**legitimately [3]** 1555/22
 1556/1 1557/4
**legs [1]** 1486/1
**length [1]** 1483/12
**lengths [1]** 1486/25
**LESKO [2]** 1434/14 1436/5
**lessen [1]** 1481/18
**letters [1]** 1477/17
**level [5]** 1481/19 1532/19
 1532/20 1553/25 1554/1
**levels [3]** 1481/18 1532/9
 1532/12
**Lever [6]** 1448/3 1448/21
 1449/18 1450/4 1453/18
 1456/7
**Levy [1]** 1570/3
**liability [1]** 1550/21
**library [1]** 1535/12
**life [6]** 1514/18 1517/15
 1519/7 1529/12 1531/16
 1573/23
**lightest [1]** 1481/15
**likely [2]** 1488/23 1558/9
**limited [1]** 1538/12
**LINDA [1]** 1435/11
**LindaDan226 [1]** 1435/12
**Lindhurst [1]** 1457/3
**line [13]** 1482/3 1506/10
 1506/15 1509/21 1510/3
 1510/7 1510/9 1511/21
 1549/16 1549/21 1579/7
 1579/9 1579/23
**lines [1]** 1506/11
**list [3]** 1450/13 1522/8
 1577/25
**listed [5]** 1475/22 1482/4
 1485/9 1572/1 1572/11
**listen [1]** 1580/15
**listens [1]** 1497/8
**lists [2]** 1492/13 1492/16
**litigation [1]** 1468/2
**LLC [9]** 1473/14 1473/19
 1473/22 1473/25 1474/7

**LLC's [2]** 1474/5 1476/13
**LLP [2]** 1435/2 1435/5
**load [1]** 1459/7
**locate [1]** 1475/23
**located [14]** 1438/10 1438/14
 1441/10 1443/14 1446/23
 1447/17 1451/4 1454/23
 1454/25 1455/3 1455/4
 1462/16 1468/14 1469/1
**location [1]** 1460/16
**locations [1]** 1581/4
**lock [3]** 1438/22 1463/2
 1486/10
**locked [2]** 1496/14 1502/16
**Locking [1]** 1499/8
**locks [2]** 1494/18 1496/6
**loft [2]** 1535/19 1535/23
**looked [27]** 1439/20 1440/18
 1443/3 1444/5 1448/5 1450/23
 1451/2 1451/12 1451/24
 1452/1 1453/5 1454/4 1457/6
 1459/13 1467/19 1467/22
 1468/13 1468/25 1480/8
 1482/7 1484/9 1488/8 1493/3
 1495/5 1507/14 1529/9
 1541/21
**looks [1]** 1445/3
**loose [1]** 1442/2
**Loreta [8]** 1509/22 1554/23
 1554/24 1557/25 1567/11
 1567/15 1567/16 1573/8
**Lorn [3]** 1575/17 1575/20
 1575/21
**love [1]** 1499/7
**loved [2]** 1528/19 1537/8
**lover [5]** 1485/23 1486/22
 1487/3 1498/23 1499/4
**loving [1]** 1537/11
**low [1]** 1496/19
**lower [1]** 1574/15
**loyal [1]** 1572/6
**loyalty [1]** 1571/13
**LUKE [1]** 1435/7
**lunch [2]** 1503/13 1520/21

**M**

**ma'am [44]** 1437/25 1438/4
 1440/11 1444/10 1444/17
 1446/15 1448/7 1453/20
 1453/23 1454/5 1454/10
 1457/15 1458/2 1458/13
 1458/16 1458/18 1459/18
 1460/5 1460/7 1460/9 1460/12
 1461/4 1461/14 1461/23
 1462/3 1462/7 1462/13
 1462/18 1462/21 1463/3
 1463/13 1464/10 1464/14
 1464/18 1464/20 1464/25
 1465/21 1465/23 1467/2
 1467/21 1468/1 1472/5 1472/7
 1472/12
**machine [1]** 1441/18
**Mack [2]** 1509/21 1569/13
**mail [3]** 1470/12 1489/4
 1489/14
**mails [2]** 1472/8 1472/14

**main [1]** 1454/16
**maintain [2]** 1473/20 1476/12
**major [2]** 1529/25 1531/15
**man [2]** 1552/6 1552/6
**manageable [1]** 1441/11
**management [1]** 1516/17
**managers [1]** 1554/2
**maps [1]** 1459/13
**MARC [3]** 1434/17 1436/9
 1499/24
**March [6]** 1449/5 1453/9
 1455/23 1512/17 1512/17
 1549/15
**March 13 [1]** 1549/15
**March 2018 [1]** 1512/17
**March 28 [2]** 1453/9 1455/23
**March 28th [1]** 1449/5
**Marianna [24]** 1519/23 1520/5
 1520/6 1520/9 1520/10
 1538/11 1541/6 1546/12
 1546/15 1546/24 1546/25
 1547/3 1547/6 1548/1 1552/13
 1559/13 1559/18 1563/4
 1563/11 1566/25 1567/5
 1573/13 1574/14 1575/3
**MARK [6]** 1434/14 1436/4
 1568/15 1568/19 1573/9
 1577/9
**marked [9]** 1446/23 1455/4
 1476/4 1479/24 1548/8
 1548/10 1570/11 1577/22
 1579/1
**market [1]** 1481/16
**marriage [1]** 1554/7
**married [3]** 1539/9 1554/5
 1554/6
**martial [1]** 1532/3
**Martin [1]** 1488/6
**mask [2]** 1498/6 1498/11
**massage [1]** 1486/5
**master [11]** 1506/6 1506/6
 1506/6 1506/8 1506/9 1506/12
 1506/14 1507/9 1510/4 1510/4
 1510/5
**masters [1]** 1509/21
**match [4]** 1477/24 1488/24
 1493/2 1495/8
**matches [1]** 1444/4
**Matching [1]** 1480/8
**material [4]** 1483/13 1509/1
 1509/4 1509/9
**materially [1]** 1509/4
**matter [2]** 1514/20 1581/21
**maximum [2]** 1496/15 1496/19
**May 20 [1]** 1582/18
**McGinnis [6]** 1448/4 1448/22
 1449/18 1450/4 1453/18
 1456/6
**mean [36]** 1474/11 1487/1
 1501/15 1507/13 1508/8
 1511/7 1516/4 1519/17
 1520/17 1523/15 1524/25
 1525/10 1526/16 1527/12
 1529/21 1529/24 1530/15
 1533/24 1534/1 1540/14
 1541/1 1541/19 1541/22
 1543/16 1543/16 1545/17
 1558/1 1558/6 1558/11

**M**

**mean... [7]**   1558/20 1571/14
1572/3 1574/4 1574/11 1575/4
1575/4
**meaning [2]**   1576/1 1576/4
**means [3]**   1446/22 1494/7
1580/22
**meant [7]**   1478/17 1478/19
1481/4 1497/10 1540/12
1544/4
**measure [1]**   1483/13
**measures [1]**   1483/12
**mechanical [1]**   1435/13
**media [3]**   1573/25 1580/17
1580/23
**medical [6]**   1529/21 1529/22
1529/23 1529/24 1529/24
1529/25
**meet [7]**   1457/23 1510/9
1513/21 1515/15 1515/19
1517/9 1581/22
**meeting [4]**   1510/21 1511/1
1515/18 1516/18
**meetings [7]**   1510/14 1510/18
1510/20 1511/9 1511/11
1511/25 1512/4
**melt [1]**   1441/18
**meltdown [1]**   1563/8
**member [6]**   1505/22 1509/7
1510/3 1531/17 1564/12
1577/10
**members [15]**   1436/22 1460/14
1508/9 1508/12 1508/17
1508/19 1531/15 1570/16
1571/3 1571/23 1574/24
1575/12 1576/15 1579/6
1580/9
**men [5]**   1546/8 1546/10
1547/16 1548/1 1552/1
**mention [1]**   1449/4
**mentioned [9]**   1440/20
1447/25 1448/20 1510/6
1530/22 1530/24 1550/7
1551/24 1575/8
**mentor [1]**   1507/5
**mercy [1]**   1486/12
**messaging [1]**   1580/21
**met [8]**   1457/21 1510/12
1513/17 1513/22 1515/16
1515/23 1557/1 1572/7
**metal [1]**   1483/14
**metaphor [1]**   1534/22
**Mexico [3]**   1508/21 1531/18
1574/19
**MICHAEL [7]**   1435/8 1436/7
1448/3 1449/17 1450/3
1453/17 1456/7
**microphone [1]**   1569/4
**middle [1]**   1439/6
**mig [1]**   1496/16
**mig-welded [1]**   1496/16
**might [3]**   1515/12 1536/21
1550/20
**Mike [6]**   1448/21 1546/6
1546/16 1551/13 1551/21
1553/7
**million [1]**   1457/13

**Milltowne [1]**   1488/6
**mind [2]**   1486/4 1543/2
**mind-blowing [1]**   1486/4
**mindful [2]**   1528/17 1551/12
**mindless [2]**   1544/7 1546/19
**minute [6]**   1503/9 1503/10
1503/11 1503/14 1503/17
1548/20
**minutes [2]**   1494/14 1496/3
**Miss Cathy [1]**   1575/7
**Miss Salzman [7]**   1505/5
1563/3 1569/4 1571/3 1578/19
1579/3 1579/22
**model [4]**   1464/22 1464/24
1532/19 1541/22
**modes [1]**   1497/16
**modified [1]**   1535/12
**module [1]**   1532/6
**MOIRA [2]**   1434/13 1436/4
**mom [13]**   1514/6 1514/13
1514/15 1515/10 1515/16
1515/25 1517/6 1517/17
1518/3 1548/1 1566/6 1572/24
1572/25
**moment [2]**   1437/9 1458/23
**Monday [4]**   1580/10 1581/9
1581/22 1582/7
**money [29]**   1441/17 1442/6
1442/8 1442/11 1442/13
1442/15 1442/17 1442/18
1442/21 1444/8 1444/15
1444/16 1444/25 1446/20
1447/10 1449/6 1450/9
1451/20 1451/24 1451/25
1453/19 1455/8 1455/10
1455/13 1456/4 1456/8
1456/12 1456/18 1468/3
**Monica [9]**   1509/24 1509/25
1540/11 1540/20 1540/20
1541/6 1567/18 1567/22
1573/11
**Monkey [6]**   1520/7 1552/11
1552/12 1552/16 1552/18
1575/3
**monogamous [3]**   1526/16
1527/2 1527/3
**month [1]**   1527/17
**months [3]**   1514/20 1525/1
1527/18
**moral [2]**   1529/7 1531/11
**morning [21]**   1436/2 1436/5
1436/8 1436/9 1436/11
1436/12 1436/22 1436/23
1437/24 1437/25 1457/20
1473/12 1499/23 1500/12
1502/22 1505/5 1505/6
1580/10 1581/9 1581/23
1582/7
**Morrison [3]**   1515/11 1539/20
1565/21
**most [11]**   1494/5 1507/13
1512/10 1519/9 1528/25
1529/13 1529/22 1531/4
1540/24 1541/10 1572/19
**mostly [3]**   1507/7 1526/3
1538/11
**mother [6]**   1515/13 1516/7
1525/21 1525/23 1563/21

1566/1
**mother's [1]**   1517/20
**motto [1]**   1502/8
**mounds [1]**   1485/9
**mounts [1]**   1479/8
**move [7]**   1450/11 1484/18
1517/19 1518/2 1518/7
1519/23 1580/5
**moved [6]**   1469/18 1470/6
1470/7 1517/6 1517/25 1518/1
**moves [2]**   1476/18 1480/13
**moving [5]**   1438/5 1460/20
1484/6 1495/13 1496/25
**Mr. Charles [1]**   1468/25
**Mr. Fontanelli [1]**   1436/25
**Mr. Raniere [6]**   1460/23
1461/12 1461/16 1466/12
1466/15 1466/21
**Mr. Welch [5]**   1473/12 1476/2
1477/1 1481/7 1501/7
**Ms. Bronfman [1]**   1468/3
**Ms. Hajjar [2]**   1522/8
1522/14
**Ms. Kristin [1]**   1467/11
**Ms. Penza [3]**   1457/24
1463/15 1470/4
**Ms. Salzman [5]**   1522/20
1548/20 1549/10 1564/4
1570/11
**multicultural [2]**   1556/17
1556/17
**multilingual [1]**   1556/17
**multiple [3]**   1442/20 1461/6
1486/5
**must [4]**   1546/21 1546/21
1580/15 1580/25
**muzzle [2]**   1498/3 1498/8
**myths [1]**   1533/2

**N**

**naked [2]**   1510/21 1510/23
**name [18]**   1457/20 1473/7
1475/19 1478/5 1488/5
1489/21 1492/9 1492/17
1499/24 1504/22 1505/16
1508/18 1515/13 1530/24
1539/9 1540/25 1564/2
1575/22
**named [2]**   1553/18 1579/23
**names [4]**   1470/5 1471/9
1475/9 1475/21
**Nancy [5]**   1457/13 1466/21
1515/14 1566/1 1566/6
**Natalie [1]**   1515/10
**National [1]**   1515/22
**natural [1]**   1537/10
**nature [1]**   1532/13
**naughty [2]**   1481/17 1499/4
**Navares [1]**   1567/23
**near [1]**   1577/6
**necessarily [1]**   1572/9
**neck [1]**   1481/5
**need [1]**   1582/1
**needed [3]**   1482/3 1499/11
1552/18
**negative [3]**   1544/24 1545/10
1574/8
**Negro [1]**   1568/10

**N**

**never [5]**   1482/1 1512/15
 1537/25 1558/6 1559/7
**never-ending [1]**   1559/7
**Nevertheless [1]**   1469/9
**newspapers [1]**   1580/17
**next [37]**   1438/11 1438/25
 1439/14 1440/5 1441/6
 1442/18 1443/22 1447/8
 1447/16 1448/8 1449/19
 1452/7 1464/5 1464/12
 1471/12 1472/23 1478/21
 1478/25 1479/12 1481/6
 1481/12 1483/5 1484/6
 1490/13 1491/11 1503/12
 1503/18 1504/1 1514/18
 1547/17 1547/18 1551/9
 1552/3 1553/5 1559/22 1573/3
 1573/7
**NGG [1]**   1434/2
**nice [3]**   1457/23 1516/5
 1536/7
**NICHOLAS [1]**   1434/8
**Nicki [4]**   1509/22 1569/7
 1569/12 1573/11
**nickname [1]**   1520/6
**nicknames [3]**   1574/24 1575/8
 1575/11
**night [1]**   1539/24
**nine [1]**   1526/6
**nobody [2]**   1535/16 1536/22
**noon [1]**   1520/19
**normal [1]**   1536/25
**North [1]**   1435/3
**note [2]**   1447/11 1483/16
**noted [1]**   1522/2
**notes [3]**   1470/23 1581/7
 1581/7
**nothing [3]**   1472/16 1501/2
 1563/17
**notice [1]**   1495/1
**novelty [1]**   1483/21
**nuclear [3]**   1515/17 1516/13
 1516/23
**nude [1]**   1511/14
**number [93]**
**numbers [5]**   1457/7 1457/8
 1462/11 1495/11 1495/12
**numeral [3]**   1551/9 1552/3
 1553/5
**numerous [1]**   1458/16
**nuts [1]**   1496/7
**NW [1]**   1435/6
**NXIVM [24]**   1460/14 1466/8
 1468/2 1505/7 1505/12
 1505/14 1505/16 1508/2
 1508/12 1515/9 1518/9 1524/4
 1524/5 1525/7 1531/9 1531/20
 1531/24 1553/21 1554/9
 1564/10 1571/4 1574/12
 1574/21 1576/1
**nylon [1]**   1499/10

**O**

**oath [2]**   1437/19 1522/17
**obey [1]**   1481/14
**object [1]**   1501/17

**objection [25]**   1437/14
 1459/22 1467/13 1467/16
 1468/4 1468/11 1468/17
 1468/20 1469/11 1476/20
 1480/15 1549/1 1570/21
 1578/4 1579/14
**objections [1]**   1493/7
**objectives [1]**   1571/7
**observations [2]**   1564/4
 1573/22
**observe [1]**   1508/5
**observed [1]**   1471/8
**occasions [1]**   1571/18
**October [2]**   1458/1 1458/5
**October 2017 [1]**   1458/5
**offer [2]**   1504/2 1557/13
**offers [8]**   1476/18 1482/23
 1493/5 1504/5 1548/24
 1570/19 1578/2 1579/12
**office [5]**   1434/11 1442/10
 1442/18 1453/11 1455/15
**officer [6]**   1437/24 1444/7
 1448/2 1448/3 1457/20
 1473/18
**officers [2]**   1442/23 1448/1
**official [4]**   1447/23 1447/24
 1453/17 1453/18
**officially [1]**   1457/21
**officials [1]**   1448/20
**often [5]**   1510/11 1524/16
 1541/10 1542/24 1543/12
**oftentimes [1]**   1541/22
**old [6]**   1464/19 1464/22
 1464/24 1513/17 1513/19
 1535/4
**one-inch [1]**   1496/15
**ongoing [1]**   1512/10
**online [1]**   1474/8
**open [14]**   1436/1 1438/24
 1440/19 1463/10 1472/1
 1485/22 1486/4 1499/3 1522/3
 1523/3 1535/12 1546/8 1546/9
 1563/1
**opened [3]**   1443/24 1444/13
 1501/18
**openly [1]**   1525/19
**operations [2]**   1473/20
 1512/10
**opinion [3]**   1516/9 1543/14
 1547/4
**opportunities [2]**   1558/8
 1558/11
**opportunity [6]**   1508/5
 1542/4 1542/9 1542/12
 1542/14 1543/8
**option [1]**   1489/10
**oral [1]**   1486/4
**order [38]**   1475/2 1476/10
 1477/5 1477/6 1477/8 1477/10
 1477/12 1477/14 1477/15
 1477/18 1477/23 1487/3
 1487/18 1487/20 1488/7
 1488/8 1488/9 1488/10
 1488/14 1488/14 1488/19
 1488/20 1488/23 1488/25
 1489/5 1489/6 1489/18 1492/3
 1492/3 1495/4 1496/23 1497/4
 1497/18 1497/19 1498/18

 1499/13 1499/15 1571/25
**ordered [1]**   1437/15
**orders [7]**   1474/14 1474/18
 1475/1 1476/10 1477/2 1477/4
 1489/3
**Oregon [2]**   1458/21 1458/22
**organization [5]**   1505/7
 1505/20 1505/22 1552/2
 1574/1
**organizational [1]**   1525/7
**organizations [1]**   1564/10
**orgasms [1]**   1486/5
**orientation [1]**   1554/3
**oriented [2]**   1443/5 1443/5
**original [1]**   1514/25
**Oswego [1]**   1514/1
**ounces [1]**   1481/16
**outlet [2]**   1461/17 1515/12
**outside [3]**   1573/1 1580/18
 1581/1
**overall [1]**   1473/20
**Overruled [1]**   1501/20
**own [4]**   1483/24 1541/25
 1550/22 1564/4
**owner [1]**   1465/11

**P**

**p.m [3]**   1521/4 1522/2
 1582/17
**padded [2]**   1486/9 1499/2
**paddle [2]**   1478/23 1482/9
**Padilla [12]**   1475/14 1487/25
 1492/6 1492/17 1509/22
 1539/5 1539/7 1540/18
 1563/23 1569/18 1569/22
 1575/5
**padlock [1]**   1494/19
**padlocks [1]**   1496/6
**page 11 [1]**   1450/6
**page 8 [1]**   1450/5
**pages [7]**   1446/6 1465/8
 1466/4 1471/6 1550/1 1550/24
 1553/15
**pain [1]**   1499/6
**pair [2]**   1443/21 1479/8
**Pam [18]**   1518/13 1518/22
 1519/9 1519/18 1519/21
 1520/9 1520/10 1530/12
 1530/22 1530/22 1530/23
 1538/11 1541/10 1557/22
 1564/21 1564/25 1572/4
 1573/16
**Pamela [6]**   1515/11 1519/6
 1525/14 1539/11 1573/4
 1573/15
**pant [1]**   1498/9
**pants [1]**   1540/1
**paper [1]**   1453/4
**parade [1]**   1497/14
**paragraph [2]**   1552/3 1552/11
**paragraph 4 [1]**   1552/11
**paralegal [2]**   1435/9 1436/6
**Paralyze [1]**   1487/4
**parent [1]**   1519/18
**parents [1]**   1517/25
**Park [6]**   1449/5 1453/9
 1455/24 1459/13 1517/18
 1518/11

**P**

**Parlato [2]**   1467/25 1468/3
**part [15]**   1462/15 1466/3
1466/3 1505/10 1505/12
1506/15 1509/24 1510/11
1512/7 1513/9 1524/7 1527/24
1544/22 1552/4 1574/2
**participate [5]**   1513/8
1538/17 1538/23 1558/8
1558/10
**participated [3]**   1509/8
1514/25 1538/18
**particular [25]**   1439/22
1441/17 1441/21 1447/1
1447/13 1447/14 1447/21
1448/2 1448/16 1449/8
1449/11 1449/23 1451/7
1453/12 1455/21 1455/22
1456/1 1457/1 1461/17
1463/11 1465/4 1466/23
1467/5 1467/10 1483/23
**parties [4]**   1507/23 1507/24
1507/24 1519/13
**partner [12]**   1482/24 1482/25
1484/14 1484/17 1485/22
1486/11 1487/4 1497/8
1497/11 1497/14 1498/2
1519/9
**partner's [2]**   1483/14
1486/24
**partners [2]**   1484/16 1508/8
**parts [2]**   1494/16 1496/4
**party [3]**   1515/25 1516/5
1576/7
**passport [1]**   1465/20
**past [2]**   1507/2 1507/18
**pasted [1]**   1454/18
**pattern [3]**   1483/2 1483/16
1551/25
**PAUL [2]**   1434/20 1436/10
**pay [1]**   1467/3
**Pennsylvania [1]**   1435/6
**PENZA [8]**   1434/13 1436/4
1457/24 1463/15 1470/4
1583/4 1583/6 1583/7
**people's [4]**   1470/5 1510/15
1531/25 1545/1
**perceive [1]**   1546/16
**perceived [3]**   1547/15 1548/2
1552/5
**percent [4]**   1500/11 1500/14
1556/12 1556/19
**perception [6]**   1534/1 1545/2
1545/3 1552/22 1553/2 1555/3
**perceptions [1]**   1555/3
**perfect [4]**   1481/16 1485/23
1498/4 1498/8
**perform [1]**   1508/22
**performance [2]**   1524/14
1524/15
**period [5]**   1507/8 1515/4
1526/7 1526/9 1577/10
**periods [1]**   1539/16
**permanent [1]**   1526/23
**permission [3]**   1529/23
1537/16 1563/24
**permitted [1]**   1563/19

**persistent [1]**   1540/3
**person [16]**   1493/16 1493/21
1495/21 1502/3 1507/13
1518/21 1519/1 1519/8 1528/1
1529/2 1531/11 1551/17
1553/8 1554/1 1577/13
1577/15
**personal [2]**   1532/8 1540/7
**personally [1]**   1456/21
**perspective [1]**   1534/15
**persuade [1]**   1542/16
**pertains [3]**   1447/3 1449/9
1449/21
**pertinent [2]**   1548/19
1550/13
**pet [3]**   1481/14 1498/1
1498/2
**phenomena [1]**   1533/14
**phenomenal [1]**   1533/13
**pheromones [1]**   1537/15
**philosophical [1]**   1511/18
**Phoenix [1]**   1435/3
**phone [13]**   1435/12 1459/8
1464/22 1464/24 1492/14
1492/18 1509/11 1537/1
1537/23 1577/13 1577/16
1577/25 1580/21
**phonetic [1]**   1539/6
**photo [14]**   1444/12 1446/20
1452/3 1454/21 1454/25
1455/7 1455/7 1455/10
1455/13 1460/20 1461/15
1462/10 1463/5 1464/2
**photograph [5]**   1439/7
1510/22 1510/23 1536/15
1564/22
**photographed [1]**   1455/11
**photographer's [1]**   1537/1
**photographs [8]**   1510/25
1534/25 1535/6 1535/22
1536/12 1536/19 1536/24
1537/2
**photos [2]**   1462/2 1462/4
**physical [1]**   1507/6
**piano [1]**   1535/15
**picture [12]**   1440/2 1440/14
1440/16 1440/18 1443/1
1443/23 1445/10 1465/5
1484/22 1536/5 1536/6 1566/8
**pictures [4]**   1439/7 1439/8
1441/6 1536/8
**piece [3]**   1439/10 1495/25
1498/24
**pieces [2]**   1494/13 1496/10
**pillar [5]**   1440/5 1440/6
1461/14 1461/16 1461/19
**pity [1]**   1576/7
**place [8]**   1460/13 1474/14
1474/18 1475/1 1524/11
1525/12 1528/5 1536/5
**placed [4]**   1464/11 1489/18
1494/13 1496/10
**Plaintiff [1]**   1434/4
**plan [12]**   1529/17 1545/21
1547/23 1548/5 1549/17
1549/20 1550/2 1550/3 1550/5
1550/20 1550/25 1553/16
**plans [1]**   1550/23

**plant [3]**   1515/18 1516/14
1516/23
**plastic [4]**   1441/18 1441/19
1445/4 1455/14
**platform [1]**   1482/25
**play [16]**   1460/16 1460/17
1481/16 1481/24 1483/5
1484/14 1484/16 1491/15
1497/23 1498/5 1498/7 1499/1
1502/2 1502/4 1519/6 1573/23
**playing [1]**   1487/4
**Plaza [8]**   1434/12 1442/10
1442/13 1449/7 1450/4
1451/21 1453/10 1455/23
**plead [3]**   1512/21 1513/3
1513/10
**pleasure [2]**   1485/23 1499/5
**pleasured [1]**   1486/3
**pled [2]**   1513/4 1513/11
**plug [5]**   1491/10 1497/2
1497/9 1497/10 1497/13
**PO [1]**   1495/2
**podcasts [1]**   1580/17
**point [14]**   1454/11 1460/21
1512/16 1512/18 1512/20
1517/19 1519/23 1526/17
1534/9 1534/17 1546/1
1552/20 1554/11 1573/10
**pointed [2]**   1462/17 1463/5
**Police [2]**   1458/3 1458/8
**poorly [2]**   1552/8 1553/9
**portions [1]**   1481/7
**position [3]**   1473/15 1485/24
1510/1
**positioned [1]**   1496/14
**positioning [1]**   1486/7
**possessions [1]**   1509/1
**possibly [1]**   1555/10
**potential [1]**   1514/14
**potentially [1]**   1582/2
**pounds [4]**   1494/24 1496/19
1530/7 1530/20
**power [6]**   1454/11 1460/21
1461/17 1515/17 1516/14
1516/23
**PowerPoint [2]**   1437/3
1450/17
**PR [1]**   1512/11
**preexisting [1]**   1444/10
**prefer [1]**   1539/18
**preference [3]**   1537/9
1537/12 1537/14
**preferences [1]**   1537/9
**premium [1]**   1484/14
**preparation [2]**   1525/9
1525/11
**preparations [2]**   1524/19
1525/1
**prepare [3]**   1524/24 1525/2
1525/3
**prepared [1]**   1455/14
**preparing [2]**   1458/17
1524/25
**present [11]**   1435/8 1436/1
1442/23 1444/2 1448/20
1458/5 1458/6 1458/8 1458/9
1522/3 1563/1
**press [2]**   1481/20 1574/8

**P**

pressured [1]  1555/1
pretenses [1]  1509/5
pretty [5]  1458/4 1460/8
1466/8 1466/9 1520/11
previous [7]  1445/11 1445/18
1451/11 1453/6 1453/24
1457/3 1538/4
previously [2]  1436/17
1439/20
price [1]  1485/9
prices [1]  1495/7
principles [2]  1529/2 1529/4
printed [1]  1472/11
printout [2]  1454/7 1456/25
private [1]  1575/11
problem [2]  1462/9 1546/22
problems [2]  1533/20 1563/10
procedure [1]  1441/7
Proceedings [2]  1435/13
1582/17
process [3]  1441/16 1458/24
1489/1 1544/16 1544/18
1544/19 1545/18
processed [6]  1449/17 1450/3
1451/22 1453/17 1455/13
1458/24
processes [1]  1459/3
processing [3]  1441/7 1456/5
1459/10
proctor [2]  1553/21 1553/22
proctors [4]  1553/23 1553/24
1573/8 1573/10
produced [1]  1435/14
product [5]  1478/14 1480/7
1483/5 1495/1 1508/22
products [8]  1474/9 1478/14
1483/19 1483/19 1483/21
1483/23 1492/24 1493/1
program [6]  1514/9 1514/23
1516/17 1556/13 1556/15
1556/18
programs [1]  1553/25
progression [1]  1532/4
project [9]  1511/3 1544/14
1544/14 1545/12 1545/9
1545/10 1545/12 1545/16
1550/14
projects [2]  1511/5 1511/19
promise [1]  1528/7
promised [1]  1545/17
promote [1]  1525/6
promotions [1]  1525/7
proof [1]  1494/3
proper [1]  1483/16
property [6]  1465/7 1508/24
1508/25 1509/2 1509/3 1509/4
propose [1]  1581/25
provide [4]  1459/12 1475/13
1479/21 1485/25
provided [3]  1494/15 1494/19
1496/3
proving [1]  1534/17
pubic [2]  1537/5 1537/17
public [2]  1512/9 1526/8
publicity [1]  1574/8
publicly [1]  1468/8

publish [3]  1480/18 1571/1
1579/19
published [34]  1438/7
1446/11 1518/20 1518/25
1519/4 1520/3 1549/6 1549/7
1564/24 1565/6 1565/11
1565/18 1565/23 1566/4
1566/11 1566/16 1566/21
1567/3 1567/8 1567/13
1567/21 1567/25 1568/6
1568/12 1568/17 1568/22
1569/2 1569/10 1569/15
1569/20 1569/25 1570/5
1571/2 1579/20
pull [4]  1483/10 1486/1
1486/7 1540/1
pulled [1]  1534/11
pulls [2]  1483/2 1483/14
pummel [1]  1486/2
pun [1]  1575/22
punish [1]  1481/24
pup [2]  1482/3 1498/6
puppies [1]  1478/15
puppy [19]  1478/11 1480/25
1481/16 1481/23 1490/5
1490/11 1491/10 1491/15
1493/15 1493/24 1494/1
1494/23 1497/1 1497/8 1497/9
1497/11 1497/23 1498/3
1498/5
puppy's [1]  1497/10
purchase [12]  1474/9 1474/23
1475/4 1475/5 1475/6 1481/11
1492/3 1492/3 1495/4 1496/23
1497/4 1498/18
purchased [2]  1479/20
1491/24
Purchasers [1]  1483/23
purchases [1]  1475/14
purple [1]  1573/3
purposes [2]  1476/4 1481/21
Pursuant [1]  1475/13
pursuing [1]  1574/6
pushed [1]  1576/16
pushing [1]  1558/25
put [15]  1441/17 1444/9
1455/10 1459/1 1470/24
1489/3 1525/10 1526/20
1552/15 1552/16 1552/18
1559/4 1559/7 1559/8 1559/8
Pyramid [1]  1544/13

**Q**

quality [1]  1460/20
quantity [2]  1447/8 1448/14
QUARLES [2]  1435/2 1435/5
questioning [1]  1437/2
questionnaire [1]  1581/5
questions [9]  1457/16
1499/18 1499/25 1502/11
1503/4 1524/17 1538/19
1571/20 1578/14
quick [1]  1481/18
Quickly [1]  1536/14

**R**

R1940 [1]  1495/16
racketeering [5]  1513/4

radio [1]  1580/17
rain [1]  1534/11
Rainbow [2]  1556/16 1556/16
raining [3]  1534/9 1534/10
1534/10
raise [3]  1473/1 1504/16
1582/2
Raleigh [4]  1478/2 1487/25
1492/5 1492/7
ran [1]  1507/25
range [1]  1481/24
RANIERE [14]  1434/6 1436/11
1460/23 1461/12 1461/16
1466/12 1466/15 1466/21
1499/25 1505/15 1505/16
1506/2 1506/17 1580/1
rank [8]  1532/4 1553/22
1553/23 1554/1 1572/20
1572/23 1572/24 1573/3
ranking [3]  1532/3 1573/1
1573/2
ranks [1]  1573/1
rare [1]  1496/20
rather [1]  1476/18
RE [1]  1549/22
reach [1]  1489/4
reached [1]  1489/9
react [1]  1563/4
reaction [10]  1541/21 1542/1
1542/2 1542/2 1542/4 1542/7
1542/9 1542/18 1544/25
1563/9
reactions [1]  1541/25
read [28]  1444/16 1444/18
1472/13 1481/12 1482/22
1483/11 1484/12 1485/21
1486/21 1488/5 1493/24
1495/23 1497/6 1497/25
1498/22 1499/15 1549/19
1550/9 1550/11 1552/3
1552/14 1552/15 1552/20
1553/5 1553/12 1580/15
1580/25 1581/2
ready [2]  1451/22 1503/18
real [1]  1551/7
really [14]  1516/12 1516/21
1516/22 1516/24 1516/25
1516/25 1528/21 1532/20
1534/16 1545/5 1546/11
1550/18 1557/3 1557/17
rear [8]  1439/10 1439/10
1439/21 1442/11 1454/16
1454/19 1454/21 1455/3
reason [4]  1461/14 1484/23
1563/9 1581/22
reasons [1]  1541/2
recalled [1]  1436/16
receipt [3]  1465/7 1465/10
1465/11
receive [2]  1475/11 1529/23
received [19]  1475/18
1476/22 1476/24 1480/17
1480/19 1480/22 1493/10
1493/13 1504/10 1504/13
1508/24 1509/9 1509/9 1549/3
1549/4 1570/23 1570/24
1578/9 1579/17

**R**

receiving [1]  1475/17
recess [3]  1503/20 1521/4
 1580/9
rechargeable [1]  1481/25
recognition [1]  1532/1
recognize [8]  1461/18
 1492/21 1518/21 1519/1
 1531/25 1548/14 1548/21
 1577/24
recommitment [1]  1512/14
record [6]  1454/6 1466/12
 1466/17 1473/7 1504/23
 1506/22
recorded [3]  1435/13 1444/15
 1466/9
records [5]  1468/9 1474/2
 1475/23 1476/16 1488/11
recovered [8]  1438/2 1441/7
 1442/2 1449/6 1463/15
 1466/20 1466/22 1467/19
RECROSS [1]  1502/14
RECROSS-EXAMINATION [1]
 1502/14
recruitment [1]  1512/2
rectifying [1]  1574/2
redacted [2]  1481/8 1481/9
redirect [3]  1472/16 1501/3
 1501/5
reenroll [1]  1542/25
reenrolled [1]  1543/18
reenrolling [2]  1542/20
 1543/4
reenrollment [1]  1512/13
reference [1]  1552/11
referred [3]  1524/21 1535/11
 1564/16
referring [8]  1512/18
 1517/11 1524/4 1538/2
 1550/25 1551/15 1551/22
 1552/25
reflect [4]  1476/15 1570/16
 1579/9 1579/22
reflects [2]  1552/8 1553/9
regarding [3]  1530/2 1538/19
 1556/20
regular [2]  1443/18 1476/12
regular-sized [1]  1443/18
regularly [1]  1507/18
reinforce [1]  1533/16
reinforced [1]  1531/21
reinvest [1]  1527/14
relate [5]  1477/1 1551/25
 1553/13 1556/2 1557/17
related [7]  1475/14 1481/10
 1509/12 1519/17 1534/2
 1540/15 1574/16
relation [1]  1551/23
relationship [44]  1507/2
 1507/6 1507/6 1507/10
 1507/16 1519/13 1520/8
 1522/21 1523/5 1525/18
 1525/24 1526/1 1526/17
 1526/20 1526/24 1526/25
 1527/2 1527/5 1527/8 1527/10
 1527/15 1528/3 1528/4
 1528/23 1530/1 1539/1

1540/10 1540/12 1541/3
1541/13 1541/16 1543/5
1543/17 1551/10 1551/16
1552/1 1552/5 1553/8 1556/11
1558/22 1559/14 1563/17
1564/6 1571/5
relationships [8]  1526/10
 1538/4 1540/6 1540/17
 1540/23 1541/3 1546/10
 1572/18
Relatively [1]  1572/15
released [2]  1533/8 1544/13
releasing [1]  1514/24
reliant [1]  1518/8
rely [1]  1564/9
remain [1]  1511/23
Remained [1]  1511/24
remarried [1]  1554/6
remember [3]  1531/17 1536/1
 1539/24
remembered [1]  1554/23
remind [3]  1437/18 1556/5
 1580/11
reminded [2]  1522/16 1554/25
remote [5]  1478/11 1480/25
 1481/25 1491/9 1497/1
remotely [1]  1497/12
removable [1]  1498/9
removed [1]  1511/21
Renaissance [1]  1435/2
rent [1]  1518/4
repeated [1]  1533/3
Reporter [1]  1435/11
reports [1]  1458/17
represent [3]  1478/9 1480/10
 1499/24
representation [1]  1483/22
representations [1]  1553/10
represented [1]  1470/10
require [1]  1522/8
requirement [1]  1526/13
research [2]  1580/18 1581/3
Reserve [2]  1459/19 1456/19
residence [5]  1439/19
 1439/21 1465/3 1465/9
 1466/25
resignation [1]  1528/11
resigning [1]  1528/9
resolve [3]  1556/24 1557/1
 1558/13
resolved [2]  1557/3 1558/6
resolving [1]  1550/18
respect [4]  1509/12 1532/20
 1546/13 1547/10
respectable [1]  1553/7
respected [4]  1507/13
 1531/10 1545/8 1551/10
response [2]  1459/5 1556/25
responsibilities [3]  1458/7
 1458/12 1473/19
responsible [4]  1541/25
 1551/6 1573/25 1574/5
rest [3]  1479/19 1491/22
 1550/23
restrained [2]  1482/24
 1486/11
restraining [1]  1483/15
restraint [3]  1478/15

restraints [5]  1486/24
 1487/19 1490/1 1498/20
 1499/2
Restraints' [1]  1477/16
restrictive [1]  1498/10
result [1]  1563/11
results [2]  1508/22 1516/23
resume [2]  1582/6 1582/17
resumes [2]  1436/15 1522/6
retreat [5]  1524/1 1524/10
 1524/11 1524/13 1544/13
review [1]  1488/11
reviews [1]  1481/11
RI900 [1]  1490/3
RI940 [1]  1491/3
ridiculous [1]  1557/16
right-hand [4]  1438/14
 1439/23 1454/18 1488/22
ring [1]  1483/13
rise [3]  1503/15 1520/22
 1581/12
risk [3]  1483/24 1552/15
 1552/16
Road [1]  1517/17
role [2]  1519/6 1573/22
romantic [4]  1507/6 1520/15
 1526/10 1546/17
room [36]  1438/6 1438/6
 1438/8 1438/8 1438/12
 1438/13 1438/14 1439/1
 1439/2 1439/3 1439/7 1439/7
 1439/11 1439/14 1439/18
 1439/19 1439/20 1439/22
 1439/23 1440/2 1440/7 1442/8
 1460/22 1461/21 1462/13
 1462/16 1462/16 1463/9
 1463/10 1464/6 1465/4
 1497/13 1508/20 1512/24
 1535/14 1581/8
Rosa [8]  1509/22 1563/25
 1563/25 1564/2 1568/25
 1569/3 1569/6 1573/11
ROSE [1]  1434/18
Ross [3]  1470/20 1470/24
 1472/4
roughhousing [4]  1539/25
 1546/5 1546/16 1551/13
round [1]  1483/5
rows [1]  1438/20
RPR [1]  1435/11
rubber [8]  1478/23 1479/2
 1482/9 1482/16 1482/23
 1482/24 1483/1 1483/13
run [5]  1462/15 1515/1
 1516/18 1553/24 1564/9
running [1]  1515/23
Russell [2]  1538/13 1566/14

**S**

sad [1]  1575/25
sadness [1]  1576/9
safe [11]  1438/13 1438/15
 1438/18 1438/22 1438/24
 1462/16 1462/24 1501/24
 1502/1 1502/2 1502/8
safeguard [1]  1442/14
safety [1]  1483/23

**S**

Saints [1]  1443/16
sales [1]  1477/10
Salinas [1]  1568/20
Salzman [18]  1435/2 1504/15
 1504/18 1504/24 1505/5
 1515/14 1522/20 1548/20
 1549/10 1563/3 1564/4 1566/1
 1569/4 1570/11 1571/3
 1578/19 1579/3 1579/22
Salzman's [3]  1457/14
 1466/16 1466/21
samples [1]  1479/21
sane [1]  1502/9
sashes [2]  1532/3 1573/4
satisfaction [1]  1558/7
sauna [1]  1535/21
saw [7]  1482/6 1482/11
 1500/24 1507/20 1530/15
 1536/14 1550/20
scans [1]  1488/23
scene [3]  1441/11 1441/14
 1451/21
schedule [1]  1547/22
school [7]  1513/23 1513/25
 1514/1 1514/14 1515/21
 1517/7 1527/25
Schumer [1]  1468/25
scope [4]  1470/9 1470/13
 1471/2 1501/19
screen [1]  1488/19
screw [1]  1494/18
Seagram's [2]  1573/20
 1573/20
seal [1]  1441/14
sealed [5]  1442/8 1445/3
 1445/4 1450/3 1451/20
sealing [5]  1441/16 1445/2
 1447/23 1448/2 1453/17
Sean [3]  1472/25 1473/3
 1473/8
search [15]  1438/23 1441/8
 1441/11 1442/3 1449/5 1453/9
 1455/24 1457/12 1457/14
 1458/19 1458/20 1465/11
 1466/23 1475/19 1475/20
searched [1]  1465/3
seat [1]  1504/21
seated [5]  1436/21 1473/6
 1503/25 1522/13 1581/17
seats [1]  1461/3
second [25]  1439/2 1439/19
 1440/1 1440/21 1454/2
 1454/16 1463/9 1477/6
 1479/23 1479/23 1481/21
 1482/11 1485/8 1487/7
 1487/15 1488/7 1493/2 1495/4
 1496/22 1497/19 1498/17
 1499/13 1551/19 1559/20
 1572/24
secret [2]  1509/6 1510/18
secretarial [1]  1514/8
section [1]  1481/6
secure [4]  1441/14 1441/19
 1487/3 1496/5
secured [7]  1441/12 1442/8
 1442/11 1442/17 1453/17

 1455/14 1455/2
securely [3]  1494/19 1496/6
 1496/16
security [4]  1494/11 1496/1
 1496/8 1496/20
seek [1]  1580/18
seem [2]  1500/8 1557/17
seize [4]  1458/24 1459/1
 1464/7 1464/8
seized [7]  1457/11 1464/6
 1464/19 1465/9 1465/14
 1466/25 1469/6
seizing [1]  1464/4
selection [2]  1581/2 1581/6
self [1]  1518/8
self-reliant [1]  1518/8
sell [3]  1474/8 1474/22
 1500/11
senior [4]  1434/9 1513/24
 1573/4 1573/7
sense [2]  1486/10 1528/13
sent [3]  1543/10 1549/12
 1551/23
sentence [1]  1553/5
separate [2]  1496/12 1508/23
separately [1]  1581/24
seriously [2]  1547/20 1552/6
served [1]  1467/15
serves [1]  1498/6
set [10]  1479/10 1479/17
 1479/23 1484/15 1486/17
 1487/3 1487/5 1492/20
 1496/14 1498/25
sets [1]  1552/7
seven [3]  1486/22 1486/23
 1547/23
seven-page [1]  1547/23
several [8]  1439/8 1439/9
 1458/19 1461/3 1462/22
 1512/3 1540/4 1571/18
sex [7]  1474/8 1486/5 1500/3
 1500/19 1523/10 1537/25
 1538/5
SexToyDistributing.com [1]
 1474/21
sexual [19]  1486/1 1507/6
 1520/15 1522/21 1523/5
 1526/10 1530/1 1538/7
 1538/15 1538/22 1539/12
 1540/3 1540/6 1540/12
 1540/16 1540/23 1546/17
 1554/3 1572/17
sexuality [1]  1538/19
sexually [2]  1526/1 1526/19
shackle [2]  1479/7 1485/9
shackles [1]  1484/22
Shades [1]  1500/23
shape [1]  1497/9
shared [5]  1527/25 1529/3
 1531/5 1559/17 1571/12
sheet [11]  1446/18 1446/19
 1446/25 1447/1 1447/3 1449/8
 1449/21 1453/5 1453/6
 1453/12 1453/24
shelf [1]  1536/3
ship [6]  1487/24 1488/3
 1488/10 1488/24 1489/17
 1495/2

shipped [1]  1488/9
shipping [6]  1477/22 1477/24
 1488/15 1494/24 1495/1
 1496/19
shock [2]  1480/25 1481/21
 1481/22 1481/23
shoe [2]  1453/13 1457/11
shoebox [8]  1443/16 1443/18
 1445/7 1445/18 1451/7
 1451/11 1451/12 1451/17
shoeboxes [3]  1438/17
 1438/20 1438/20
shortage [1]  1500/8
shot [3]  1461/15 1488/19
 1536/10
shots [1]  1486/11
shoulders [1]  1486/25
shower [1]  1482/2
shown [1]  1463/4
shutting [1]  1498/8
shy [1]  1536/5
side [7]  1438/14 1439/23
 1454/18 1457/9 1483/12
 1488/22 1499/11
sidebar [8]  1468/6 1468/23
 1469/23 1470/1 1471/11
 1559/19 1559/23 1581/22
sides [4]  1494/18 1496/5
 1499/2 1527/3
sideswiped [1]  1551/18
significance [1]  1571/25
similar [5]  1453/5 1481/11
 1532/2 1576/22 1580/24
simply [2]  1469/6 1481/19
single [1]  1494/19
Siobhan [22]  1538/12 1553/18
 1553/20 1553/21 1554/4
 1554/11 1554/23 1554/25
 1555/22 1555/25 1556/1
 1556/5 1556/6 1556/20
 1556/24 1557/1 1557/5 1557/7
 1557/7 1557/12 1557/18
 1558/5
Siobhan's [5]  1554/3 1554/9
 1554/19 1555/7 1555/21
sisters [1]  1574/17
sit [4]  1460/23 1461/1
 1511/14 1511/14
site [2]  1442/4 1483/19
sites [1]  1580/24
sitting [7]  1460/24 1461/6
 1461/10 1461/12 1461/16
 1506/20 1506/21
six [14]  1455/19 1462/17
 1462/19 1479/12 1486/13
 1494/13 1494/16 1496/4
 1496/9 1514/5 1514/20
 1514/22 1514/23 1515/5
six-week [2]  1514/22 1514/23
size [2]  1495/1 1496/17
sized [5]  1443/18 1494/2
 1494/4 1495/25 1498/11
SKU [1]  1478/10
slave [1]  1510/3
slaves [9]  1481/17 1506/12
 1506/13 1511/21 1579/23
 1579/25 1580/1 1580/3 1580/3
slide [31]  1438/5 1438/11

**S**

**slide... [29]**  1438/25
1439/14 1439/16 1439/18
1439/25 1440/12 1440/16
1442/25 1443/4 1443/11
1443/22 1444/1 1444/3
1444/23 1450/19 1451/5
1451/15 1451/18 1454/13
1454/20 1454/22 1454/24
1455/2 1455/6 1455/9 1455/12
1459/16 1460/10 1499/10
**slides [5]**  1437/4 1437/5
1437/8 1445/11 1445/19
**slight [3]**  1500/24 1500/25
1501/1
**sling [4]**  1479/15 1485/5
1485/17 1485/24
**slip [4]**  1450/8 1453/22
1456/12 1456/15
**slot [1]**  1494/4
**slowly [1]**  1555/6
**small [2]**  1439/20 1441/10
**smaller [1]**  1441/25
**smallest [1]**  1481/15
**smart [2]**  1516/12 1516/25
**SMITH [2]**  1434/21 1436/10
**snowstorm [1]**  1533/9
**Soaros [3]**  1468/13 1468/15
1468/19
**social [3]**  1525/8 1530/10
1580/22
**social-based [1]**  1525/8
**socialites [1]**  1573/17
**Socially [1]**  1507/22
**sold [1]**  1500/2
**solid [4]**  1494/1 1494/3
1550/20 1550/25
**somewhere [5]**  1535/3 1537/24
1576/21 1577/6 1577/8
**soon [5]**  1527/16 1527/16
1527/17 1527/17 1527/18
**sooner [2]**  1550/16 1558/25
**SOP [2]**  1466/16 1508/3
**sorority [5]**  1510/17 1511/3
1511/7 1511/18 1511/20
**sort [3]**  1500/8 1524/14
1546/14
**sorts [1]**  1500/19
**sound [1]**  1481/20
**sources [1]**  1468/8
**space [7]**  1440/15 1440/20
1440/22 1443/1 1443/9 1445/8
1450/24
**spank [1]**  1499/6
**spanking [1]**  1486/6
**speaking [4]**  1454/15 1466/21
1572/15 1576/19
**special [15]**  1435/8 1436/7
1448/2 1448/3 1448/21
1448/22 1449/17 1449/18
1450/3 1450/4 1453/17 1456/6
1456/7 1533/25 1564/6
**specialist [2]**  1435/9 1436/6
**specific [6]**  1513/9 1533/21
1542/7 1547/8 1549/17 1576/1
**specifically [2]**  1464/3
1524/12

**specifications [1]**  1482/4
**specs [1]**  1483/11
**spell [1]**  1473/6 1504/22
1575/18
**spend [1]**  1523/16
**spending [4]**  1526/18 1526/19
1527/23 1553/2
**spends [1]**  1552/22
**spent [2]**  1517/8 1577/15
**sperm [1]**  1557/9
**spoken [1]**  1445/2
**Sports [3]**  1460/10 1460/13
1460/14
**spread [1]**  1499/3
**squad [1]**  1448/4
**square [2]**  1435/2 1496/15
**ST [2]**  1479/15 1491/19
**stack [2]**  1438/21 1444/15
**stacks [1]**  1476/2
**stage [1]**  1514/18
**stairs [2]**  1439/3 1463/8
**stand [10]**  1436/15 1459/4
1472/20 1473/2 1473/17
1503/6 1504/15 1504/17
1522/6 1581/14
**standard [3]**  1494/5 1494/7
1496/17
**start [8]**  1450/6 1480/24
1487/17 1510/21 1514/3
1518/4 1546/3 1572/4
**started [6]**  1514/9 1514/11
1539/25 1558/20 1558/20
1558/24
**starting [4]**  1458/5 1540/12
1552/15 1558/24
**starts [1]**  1477/17
**state [6]**  1439/16 1458/3
1458/8 1473/6 1504/22 1514/1
**statement [1]**  1475/6
**statements [1]**  1475/10
**STATES [11]**  1434/1 1434/3
1434/3 1434/9 1434/11
1434/15 1436/5 1446/19
1449/3 1453/6 1455/20
**static [2]**  1481/18
**station [1]**  1535/18
**status [1]**  1488/20
**stay [8]**  1515/4 1515/6
1515/7 1542/16 1542/17
1542/17 1542/18 1563/17
**stayed [6]**  1527/1 1527/14
1528/7 1547/22 1559/5 1559/5
**staying [2]**  1543/23 1559/14
**steel [9]**  1484/8 1484/22
1490/5 1493/15 1493/20
1493/24 1494/1 1494/3
1496/15
**stenography [1]**  1435/13
**step [1]**  1520/24
**steps [7]**  1482/25 1503/7
1521/3 1549/17 1551/7
1554/14 1581/16
**Steven [2]**  1467/23 1470/22
**stick [1]**  1483/9
**stimulation [1]**  1481/19
**stole [1]**  1468/3
**stop [5]**  1502/4 1502/5
1512/7 1530/14 1542/18

**stopped [6]**  1512/10 1512/10
1515/22 1526/18 1526/19
1576/19
**storage [2]**  1462/22 1496/11
**store [1]**  1499/5
**story [3]**  1534/6 1534/18
1534/20
**straddled [1]**  1546/7
**strange [1]**  1516/4
**strap [8]**  1479/2 1479/17
1482/16 1482/23 1482/24
1486/17 1487/5 1499/1
**strapped [1]**  1502/19
**straps [9]**  1483/1 1483/1
1483/3 1483/15 1486/22
1486/23 1498/11 1499/10
1499/11
**strengths [1]**  1531/25
**strong [2]**  1528/6 1529/8
**struggle [1]**  1542/5
**struggles [1]**  1517/14
**studded [2]**  1478/23 1482/9
**student [2]**  1515/3 1573/14
**Students [1]**  1508/9
**stuff [2]**  1512/11 1533/15
**style [1]**  1486/7
**subdued [2]**  1479/17 1486/17
**subject [3]**  1549/16 1549/18
1549/21
**submissive [1]**  1486/11
**subpoena [4]**  1475/11 1475/13
1475/17 1475/18
**subsequent [2]**  1527/22
1528/8
**Success [1]**  1514/9
**sudden [1]**  1547/3
**suffering [5]**  1575/25 1576/1
1576/7 1576/9 1576/13
**sufficiently [1]**  1471/4
**suggest [1]**  1557/12
**suggested [1]**  1563/23
**suitability [1]**  1483/22
**Suite [2]**  1434/19 1435/6
**summary [1]**  1457/6
**sums [3]**  1441/4 1441/23
1441/25
**supplied [2]**  1477/22 1483/20
**support [3]**  1459/12 1514/20
1518/5
**supported [2]**  1519/21
1519/22
**supporter [1]**  1573/24
**supportive [2]**  1484/18
1519/11
**suppose [1]**  1467/5
**Supreme [1]**  1506/6
**surrounded [1]**  1482/25
**surrounding [1]**  1574/1
**suspension [5]**  1479/4 1484/8
1484/13 1484/16 1485/14
**Sustained [7]**  1467/14
1467/17 1468/5 1468/12
1468/18 1468/21 1469/16
**sweater [1]**  1506/21
**Sword [1]**  1549/22
**sworn [3]**  1436/17 1473/4
1504/19
**sworn/affirmed [3]**  1436/17

21

**S**

sworn/affirmed... [2]   1473/4
1504/19
system [9]   1476/11 1477/10
1478/10 1488/19 1489/3
1489/19 1532/3 1573/1 1573/2
system's [1]   1516/17
systems [4]   1473/21 1473/25
1475/19 1489/15

**T**

tab [2]   1472/11 1488/22
table [7]   1436/6 1460/23
1460/24 1461/6 1469/3
1506/21 1535/19
tagged [1]   1443/15
tail [1]   1497/10
talented [1]   1494/21
talks [1]   1532/9
tall [1]   1493/19
tally [3]   1447/19 1447/20
1448/15
TANYA [2]   1434/14 1436/4
tape [3]   1445/5 1466/9
1466/17
tapes [1]   1466/20
taught [2]   1515/2 1532/7
taxes [1]   1467/3
TAZOLI [1]   1435/4
teach [3]   1481/17 1514/16
1532/7
teacher [1]   1507/5
teaching [2]   1533/7 1548/19
team [4]   1459/3 1459/5
1459/11 1459/12
tease [1]   1486/4
technology [6]   1473/18
1532/18 1533/12 1533/12
1533/19 1545/6
Telegram [1]   1509/10
telephone [1]   1489/4
ten [6]   1507/8 1510/13
1526/6 1532/12 1532/19
1544/17
tens [2]   1500/2 1500/3
TENY [3]   1434/18 1436/10
1457/20
TERI [2]   1435/9 1436/7
term [1]   1529/5
terms [3]   1475/21 1540/7
1558/5
testified [13]   1436/18
1457/25 1458/19 1460/22
1461/21 1462/24 1465/1
1467/7 1470/22 1471/8 1473/4
1504/19 1579/6
testimony [3]   1520/25
1579/25 1581/15
text [2]   1550/9 1580/21
texts [1]   1577/14
they've [1]   1502/3
thigh [4]   1479/15 1485/5
1485/17 1485/24
thighs [2]   1486/8 1487/1
thinker [1]   1531/11
thinking [1]   1527/10
thinks [1]   1546/24

third [7]   1444/16 1447/9
1482/15 1482/20 1492/20
1497/4 1497/18
thought-out [1]   1551/7
thousands [4]   1500/2 1500/3
1500/3 1500/3
threat [1]   1508/21
threatening [1]   1541/15
three [17]   1438/16 1438/16
1438/20 1448/13 1457/6
1457/7 1457/8 1467/11 1476/2
1476/3 1493/19 1496/6
1496/12 1498/11 1510/12
1520/12 1520/14
three feet [2]   1438/16
1438/16
thriving [1]   1500/6
throughout [2]   1468/9
1553/24
throwing [1]   1556/3
thrown [1]   1555/4
thumb [1]   1465/22
thwart [1]   1550/23
tickle [1]   1499/6
tickling [2]   1539/25 1539/25
tight [1]   1486/22
tighter [1]   1483/9 1483/10
timing [1]   1576/22
title [1]   1505/16
titled [1]   1467/23
titles [1]   1506/3
today [2]   1506/17 1581/19
together [8]   1494/18 1496/6
1496/16 1516/22 1523/16
1526/19 1550/23 1577/15
tone [2]   1481/18 1481/22
Toni [2]   1515/10 1515/23
tools [1]   1500/20
top [21]   1443/24 1444/13
1445/5 1446/21 1447/2 1451/1
1453/8 1463/8 1463/10
1477/12 1483/13 1493/22
1494/16 1496/4 1532/5
1532/12 1535/19 1550/9
1551/9 1572/4 1572/11
topic [2]   1578/14 1580/6
topics [1]   1511/25
Tori [1]   1518/1
torment [1]   1486/4
total [21]   1447/17 1447/21
1447/21 1448/17 1449/12
1449/13 1449/15 1449/15
1450/1 1450/13 1450/15
1453/15 1454/9 1456/5
1456/15 1457/11 1483/12
1487/8 1494/24 1496/18
1499/15
totally [3]   1470/12 1471/1
1511/13
totals [1]   1457/9
touched [2]   1569/5 1573/6
toward [1]   1484/15
towards [3]   1439/6 1486/8
1526/4
town [4]   1510/12 1529/17
1529/18 1537/24
townhouse [2]   1535/10
1535/11

toys [3]   1474/8 1500/3
1500/20
trading [1]   1532/9
trafficking [1]   1513/11
Trail [2]   1458/21 1458/22
Train [1]   1481/14
trainer [3]   1478/11 1480/25
1481/15
training [3]   1481/15 1481/21
1508/1
Trainings [1]   1507/24
Transform [1]   1498/24
transport [1]   1455/15
transported [2]   1442/9
1451/23
trap [3]   1483/4 1483/6
1535/16
traveled [1]   1514/5
Treasury [1]   1457/2
treat [2]   1546/14 1553/13
treatment [1]   1554/16
trial [6]   1434/8 1514/23
1514/25 1515/4 1581/2 1581/6
tribute [2]   1524/14 1531/24
triggering [1]   1542/2
trip [2]   1529/17 1582/13
true [6]   1466/19 1495/25
1504/8 1508/25 1571/21
1571/22
truly [1]   1476/15
trunk [1]   1442/11
trust [1]   1564/6
trusted [2]   1507/14 1572/9
tub [1]   1535/20
turn [4]   1448/24 1481/19
1486/5 1498/1
turned [1]   1459/11
turning [27]   1438/11 1438/25
1439/14 1439/18 1440/12
1440/16 1442/25 1443/4
1443/11 1443/22 1444/23
1448/8 1449/19 1450/5
1450/19 1451/5 1451/15
1451/18 1454/13 1455/6
1456/24 1457/5 1479/12
1481/6 1481/12 1487/6
1498/15
TV [1]   1580/17
Twenty [2]   1507/1 1513/18
Twenty-one [1]   1513/18
twice [1]   1442/19
Twitter [1]   1580/23
two [25]   1435/3 1442/12
1442/23 1448/1 1448/20
1453/15 1461/10 1462/19
1465/8 1466/4 1477/2 1477/4
1479/10 1495/2 1508/16
1508/16 1508/21 1513/20
1515/2 1525/11 1535/10
1536/8 1550/14 1572/25
1578/13
two-floor [1]   1535/10
type [5]   1443/16 1449/2
1466/10 1547/5 1577/16
types [2]   1509/15 1533/20
typical [1]   1489/1

22

**U**

**U.S.A [1]**   1494/25
**UGG [6]**   1451/7 1451/13
1451/25 1452/3 1453/13
1457/10
**ultimately [3]**   1475/23
1541/17 1563/12
**uncomfortable [2]**   1516/6
1550/17
**uncovered [1]**   1498/5
**underneath [3]**   1451/13
1462/19 1472/10
**understood [1]**   1538/3
**underwear [1]**   1530/16
**undressed [1]**   1511/13
**unhappiness [1]**   1540/22
**unhappy [1]**   1544/23
**uniform [1]**   1510/24
**unique [2]**   1482/23 1533/22
**unit [3]**   1459/2 1520/13
1520/15
**UNITED [11]**   1434/1 1434/3
1434/3 1434/9 1434/11
1434/15 1436/5 1446/18
1449/3 1453/6 1455/20
**Unterreiner [5]**   1515/12
1518/13 1519/2 1565/9
1565/13
**untrue [1]**   1508/25
**up-close [1]**   1536/10
**upheld [1]**   1529/3
**upholding [3]**   1529/1 1529/2
1529/4
**upper [2]**   1487/17 1536/11
**upright [5]**   1491/5 1491/7
1495/17 1495/19 1496/14
**UPS [1]**   1494/23
**upset [5]**   1541/14 1541/17
1545/13 1563/5 1576/8
**upsetting [1]**   1528/21
**upstairs [3]**   1535/16 1535/17
1535/17
**utility [2]**   1438/8 1462/13
**utilized [1]**   1460/16

**V**

**V Week [3]**   1524/22 1524/23
1524/24
**vacation [1]**   1515/21
**vagina [1]**   1536/10
**Valentine's [1]**   1525/17
**valuable [1]**   1532/23
**value [3]**   1532/10 1532/14
1532/20
**values [2]**   1532/8 1571/12
**Vanguard [9]**   1505/19 1523/25
1524/1 1524/2 1524/7 1524/19
1524/21 1528/9 1528/11
**various [7]**   1459/20 1462/14
1473/25 1474/8 1486/25
1507/22 1511/19
**vault [2]**   1442/17 1459/2
**vehicle [4]**   1442/11 1442/12
1442/13 1442/14
**verify [2]**   1489/5 1489/6
**versatility [1]**   1496/19
**via [2]**   1489/4 1494/23

**vibrating [3]**   1491/9 1497/1
1497/9
**vibration [2]**   1481/18
1497/16
**vibrations [1]**   1497/12
**Vicente [2]**   1568/15 1577/9
**victimize [2]**   1555/12 1557/6
**victimized [2]**   1554/25
1555/9
**video [3]**   1461/5 1461/7
1466/9
**videos [3]**   1460/24 1461/5
1461/6
**videotapes [1]**   1466/20
**view [18]**   1440/13 1440/19
1442/25 1443/3 1443/7 1443/8
1451/9 1451/10 1454/3 1459/7
1459/9 1519/14 1531/5 1545/9
1545/10 1552/24 1553/13
1555/13
**viewed [11]**   1443/2 1443/23
1460/23 1461/5 1461/6
1462/10 1529/10 1531/8
1531/12 1552/6 1555/16
**viewing [1]**   1534/16
**visible [2]**   1544/23 1546/14
**vision [3]**   1512/5 1519/20
1519/21
**visit [2]**   1529/16 1581/4
**voice [1]**   1547/4
**volleyball [11]**   1460/16
1460/17 1545/24 1546/5
1547/17 1547/17 1547/18
1548/1 1550/7 1551/14
1551/23
**voluntarily [1]**   1576/23
**Vow [2]**   1505/20 1511/7
**vulnerable [2]**   1486/3 1499/4

**W**

**W-E-L-C-H [1]**   1473/8
**wait [1]**   1548/20
**waiting [1]**   1499/12
**walk [11]**   1439/23 1446/6
1448/25 1454/18 1489/23
1489/23 1517/12 1527/22
1528/8 1534/6 1535/13
**walk-in [1]**   1439/23
**walks [3]**   1507/23 1517/9
1517/11
**wall [3]**   1438/14 1439/8
1462/2
**wand [1]**   1486/5
**wants [1]**   1474/23
**warn [1]**   1481/22
**warning [1]**   1484/1
**warrant [4]**   1438/23 1457/12
1457/14 1458/21
**warrants [1]**   1458/20
**warranty [1]**   1483/20
**Washington [1]**   1435/7
**watch [2]**   1499/5 1580/16
**water [2]**   1438/9 1462/14
**Waterford [1]**   1488/6
**waterproof [1]**   1482/1
**ways [8]**   1519/17 1524/7
1547/24 1552/1 1571/9
1571/11 1571/14 1577/11

**weak [3]**   1552/23 1552/24
1553/3
**wealthy [1]**   1573/19
**wear [2]**   1498/3 1532/4
**weather [2]**   1533/10 1534/4
**web [1]**   1477/14
**website [11]**   1475/9 1477/16
1478/15 1480/11 1484/2
1484/24 1490/1 1492/25
1493/2 1493/21 1580/22
**websites [11]**   1473/20 1474/5
1474/8 1474/10 1474/11
1474/13 1474/17 1474/24
1475/1 1476/11 1480/7
**week [16]**   1460/17 1510/13
1510/13 1514/22 1514/23
1524/2 1524/7 1524/8 1524/19
1524/21 1524/22 1524/23
1524/24 1525/6 1547/3 1580/8
**weekend [5]**   1524/1 1524/2
1547/23 1581/10 1582/12
**weeks [4]**   1495/2 1514/6
1515/3 1515/5
**weight [10]**   1483/2 1483/14
1483/17 1484/19 1494/24
1496/18 1530/3 1530/6
1530/17 1531/2
**Welch [8]**   1472/25 1473/3
1473/8 1473/12 1476/2 1477/1
1481/7 1501/7
**welded [3]**   1494/11 1496/7
1496/16
**wench [1]**   1494/15
**WENIGER [2]**   1435/8 1436/7
**western [1]**   1465/20
**WhatsApp [1]**   1509/10
**whining [1]**   1498/8
**white [1]**   1535/19
**whole [4]**   1536/11 1539/24
1547/5 1547/22
**wicked [1]**   1481/17
**wide [4]**   1486/4 1493/20
1494/21 1496/18
**wife [8]**   1554/9 1554/12
1554/14 1555/1 1555/5
1555/10 1555/15 1557/12
**wife's [1]**   1555/2
**willing [4]**   1551/5 1571/9
1571/10 1571/19
**wind [1]**   1580/7
**wire [1]**   1513/13
**Wireless [2]**   1491/9 1497/1
**wish [2]**   1489/11 1523/17
**witness [39]**   1436/13 1436/15
1436/16 1437/18 1439/13
1470/14 1471/9 1472/19
1472/22 1472/24 1473/2
1473/2 1473/3 1475/25 1503/6
1503/7 1503/12 1503/18
1504/1 1504/3 1504/11
1504/17 1504/17 1504/18
1506/23 1521/3 1522/5 1522/6
1522/8 1522/15 1522/16
1548/8 1570/9 1577/18
1577/20 1578/24 1581/14
1581/16 1583/2
**witnesses [2]**   1442/20
1453/18

**W**

**witnessing [2]**  1447/24
 1448/3
**woman [5]**  1508/20 1513/14
 1519/23 1553/18 1554/7
**women [5]**  1508/18 1509/3
 1538/8 1539/13 1540/22
**wood [1]**  1483/14
**word [2]**  1523/9 1576/5
**words [3]**  1501/24 1502/1
 1502/2
**wore [2]**  1573/3 1573/7
**works [1]**  1447/5
**world [4]**  1532/11 1534/3
 1534/16 1548/5
**worn [1]**  1481/4
**worried [1]**  1536/21
**worry [1]**  1536/22
**wrapping [1]**  1486/24
**wrench [1]**  1496/3
**wrist [4]**  1479/15 1485/5
 1485/17 1485/24
**wrists [4]**  1486/2 1486/8
 1487/1 1499/3
**writhe [1]**  1499/5
**writing [5]**  1544/13 1544/14
 1545/2 1545/12 1545/16
**written [1]**  1472/6
**wrote [4]**  1548/17 1548/22
 1548/23 1552/3

**X**

**XR [11]**  1473/14 1473/19
 1473/22 1473/25 1474/5
 1474/7 1474/9 1474/25 1475/7
 1476/13 1476/16

**Y**

**yards [1]**  1481/24
**year [5]**  1524/24 1525/10
 1527/16 1527/20 1550/22
**years [17]**  1473/23 1500/2
 1505/13 1507/1 1507/3 1507/8
 1507/18 1508/21 1512/12
 1518/9 1519/9 1526/6 1527/17
 1527/20 1558/22 1564/5
 1577/16
**yesterday [5]**  1437/3 1460/22
 1462/10 1465/1 1467/20
**YORK [20]**  1434/1 1434/4
 1434/12 1434/13 1434/17
 1434/17 1434/20 1442/10
 1442/15 1442/17 1453/10
 1453/10 1455/15 1458/3
 1478/3 1488/1 1488/6 1492/5
 1492/7 1513/2
**yourself [5]**  1542/3 1545/19
 1552/24 1552/25 1576/10
**YouTube [1]**  1580/23

**Z**

**Zooming [1]**  1477/8