

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

BDM:KKO
F. #2017R01840

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 27, 2019

<u>By ECF</u>

Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    *United States v. Raniere, et al.*
                 <u>Criminal Docket No. 18-204 (NGG)</u>

Dear Judge Garaufis:

      The government respectfully writes to request an extension of its deadline to respond to defendant Keith Raniere's petition from October 1, 2019 to October 4, 2019, in light of the Jewish holiday. Counsel for Mr. Raniere consents to this request. The government has not previously requested an extension of this deadline. Thank you for Your Honor's consideration of this request.

                            Respectfully submitted,

                            RICHARD P. DONOGHUE
                            United States Attorney

                By:    /s/ Karin Orenstein
                            Karin Orenstein
                            Assistant U.S. Attorney
                            (718) 254-6188

Cc:    Counsel of Record (by ECF)