UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

KEITH RANIERE, et al.

                Defendant.

18 Cr. 204 (NGG) (VMS)

**AFFIRMATION**

KEITH RANIERE, under penalties of perjury, deposes and says:

1. I am the defendant in the above-captioned case and am fully familiar with the prior pleadings and proceedings.

2. This affirmation is submitted to advise the Court that, after consultation with my Curcio counsel, Avraham C. Moskowitz, regarding the potential conflict of interest arising from the application of one of my attorneys, Teny Geragos, for a position as an Assistant United States Attorney in the Eastern District of New York, I have decided to waive the potential conflict of interest. It is my desire to continue to be represented by my current attorneys, Marc Agnifolo and Teny Geragos and the firm of Brafman & Associates.

3. I understand that by waiving the potential conflict of interest, I am waiving the right to raise this issue on appeal or in a post-appeal motion pursuant to 28 U.S.C. § 2255.

Dated:   Brooklyn, New York
          October 10, 2019

                                                          Keith Raniere