

November 6, 2019

*Via ECF*
Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      RE:    *United States v. Raniere, et al.* No. 18-cr-204 (NGG)

Dear Judge Garaufis:

      We represent Mr. Keith Raniere in the above matter. As this Court is aware, on September 9, 2019, Mr. Raniere filed a Third Party Petition and Claim of Interest in Criminal Forfeiture. (Dkt. No. 794). The Government subsequently filed a motion to dismiss Mr. Raniere's petition. (Dkt. No. 801). Although we appreciate that the Court has afforded Mr. Raniere an opportunity to file a response to the Government's motion, we respectfully submit that Mr. Raniere will rely on the facts and evidence submitted with his Petition. (Dkt. No. 794).

      Thank you for Your Honor's consideration in this matter.

                                                       Very truly yours,

                                                     /s/ Paul DerOhannesian II, Esq.
                                                     **DerOhannesian & DerOhannesian**
                                                     Paul DerOhannesian II, Esq.
                                                     Danielle R. Smith, Esq.

PDII:drs

      cc:     All Counsel of Record (*via ECF*)