

U.S. Department of Justice

United States Attorney
Eastern District of New York

BDM:KKO
F. #2017R01840

271 Cadman Plaza East
Brooklyn, New York 11201

November 7, 2019

By ECF

Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: *United States v. Raniere, et al.*
          Criminal Docket No. 18-204 (NGG)

Dear Judge Garaufs:

      The government respectfully writes in response to the letter filed by counsel for defendant Keith Raniere on November 6, 2019. (Docket Entry ("DE") #810). Raniere has chosen not to further explain "the facts and evidence submitted with his Petition." (*Id.*). Nor has Raniere offered any arguments in opposition to the government's presentation of the applicable law and facts in its motion to dismiss. (DE #801).

      Despite having been afforded the opportunity to file a substantive submission, Raniere has neither attempted to meet the pleading requirements of 18 U.S.C. § 1963(*l*)(3), nor offered any argument as to why his failure to do so is not fatal to his Petition. The government therefore respectfully requests that the Court grant the government's motion and dismiss Raniere's Petition for failure to state a claim. Thank you for Your Honor's consideration of this submission.

      Respectfully submitted,

      RICHARD P. DONOGHUE
      United States Attorney

By:   /s/ Karin Orenstein
      Karin Orenstein
      Assistant U.S. Attorney
      (718) 254-6188

Cc:    Counsel of Record (by ECF)