599

1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF NEW YORK
2     - - - - - - - - - - - - - - X
        UNITED STATES OF AMERICA,    :   18-CR-0204(NGG)
3                                    :
                                     :
4                                    :   United States Courthouse
           -against-                 :   Brooklyn, New York
5                                    :
                                     :
6                                    :   May 6, 2019
                                     :   9:30 a.m.
7       KEITH RANIERE,               :
                                     :
8            Defendant.              :
      - - - - - - - - - - - - - - X
9
        REDACTED TRANSCRIPT OF CRIMINAL CAUSE FOR JURY SELECTION
10           BEFORE THE HONORABLE NICHOLAS G. GARAUFIS
               UNITED STATES SENIOR DISTRICT JUDGE
11
                      A P P E A R A N C E S:
12
      For the Government:        RICHARD P. DONOGHUE, ESQ.
13                                  United States Attorney
                                    Eastern District of New York
14                                  271 Cadman Plaza East
                                    Brooklyn, New York 11201
15                               BY:  MOIRA KIM PENZA, ESQ.
                                     TANYA HAJJAR, ESQ.
16                                   MARK LESKO, ESQ.
                                     Assistant United States Attorneys
17
      For the Defendant:         BRAFMAN & ASSOCIATES
18                                  767 Third Avenue, 26th Floor
                                    New York, New York 10017
19                               BY:  MARC A. AGNIFILO, ESQ.
                                     TENY ROSE GERAGOS, ESQ.
20
                                 Der OHANNESIAN & Der OHANNESIAN
21                                  677 Broadway, Suite 707
                                    Albany, New York 12207
22                               BY:  PAUL Der OHANNESIAN, ESQ.
                                     DANIELLE SMITH, ESQ.
23
      Court Reporter:            DENISE PARISI, RPR, CRR
24                                  Telephone: (718) 613-2605
                                    E-mail: DeniseParisi72@gmail.com
25    Proceedings recorded by computerized stenography.  Transcript
      produced by Computer-aided Transcription.

Proceedings                                              600

1          (In open court.)

2          THE COURTROOM DEPUTY:  Case on trial.

3          MS. PENZA:  Moira Penza, Tanya Hajjar, and Mark

4    Lesko for the United States.  Good morning, Your Honor.  Also

5    at counsel table is Special Agent Michael Weniger of the FBI.

6          THE COURT:  Good morning.

7          MR. AGNIFILO:  Good morning, Your Honor.  We changed

8    our configuration so I can see the witnesses better.

9          THE COURT:  That's fine.

10          MR. AGNIFILO:  Mark Agnifilo, Teny Geragos, Paul

11    DerOhannesian, Danielle Smith for Keith Raniere, who is to my

12    right.

13          THE COURT:  Good morning, everyone.  Please be

14    seated.

15          All the jurors are here, I understand, and they will

16    be brought up in a couple of minutes.  I have a motion filed

17    under seal by the Government dated today, May 6th, 2019.

18          Have you received it?

19          MR. AGNIFILO:  We've received it.  I haven't had a

20    chance to look at it, though, Judge.

21          THE COURT:  Okay.  So I will need a response from

22    you today by four o'clock this afternoon because it relates to

23    tomorrow.

24          MR. AGNIFILO:  I know.  I can certainly give a

25    verbal response probably before -- I know what the subject is

1    because Ms. Penza and I discussed it on Saturday, and then I

2    can -- my concern, Judge, is after we have our proceedings

3    today, I have a client who has been brought here from Malaysia

4    who had to be brought to the country today.

5            THE COURT:  Is this person testifying tomorrow?

6            MR. AGNIFILO:  No.

7            THE COURT:  This is a different case?

8            MR. AGNIFILO:  It's a different case.

9            THE COURT:  Oh, okay.  Before some other judge.

10           MR. AGNIFILO:  In front of some other judge.

11           THE COURT:  I see.  Well, I can do it in chambers

12   and seal it if that's how you want to handle it.

13           MR. AGNIFILO:  That's certainly fine with us.

14           THE COURT:  And if I have to issue an opinion, I

15   will issue it at some later date.

16           MR. AGNIFILO:  Very good.  That's fine.

17           MS. PENZA:  That's fine, Your Honor.

18           THE COURT:  Well, the way we are going to handle

19   today is that we're going to bring the jurors in, we're going

20   to handle the final challenges, the peremptory challenges.

21   You all have the form that I use, yes/no?

22           MR. AGNIFILO:  I haven't seen that, Judge.

23           MS. PENZA:  We don't have it, Your Honor.

24           THE COURT:  We have it, so why don't we distribute

25   it.

1           THE CLERK:  Sure.

2           THE COURT:  And take a look at it momentarily.

3           (Pause.)

4           THE COURT:  There are ten peremptory challenges for

5    the jury, for the defense, and there are six for the

6    Government in the order that's set forth on this chart, and

7    then there's three each with regard to the alternates, so we

8    need 40 jurors to pick the 18, the jury of 12 plus the six

9    alternates, all right?

10          MR. AGNIFILO:  Yes.

11          THE COURT:  All right.

12          I have a letter here from one of the jurors that I

13   want the parties to read regarding -- you'll see.  Just come

14   on up.

15          (Sealed sidebar.)

16          (Continued on next page.)

17

18

19

20

21

22

23

24

25

SEALED BY ORDER OF THE COURT                603

1        (Sealed sidebar conference held on the record out of

2   the hearing of the jury.)





SEALED BY ORDER OF THE COURT                    604

SEALED BY ORDER OF THE COURT                605



16          (Sealed sidebar end.)

17          (Continued on following page.)

Proceedings                              606

 1              (In open court.)

 2              THE COURT:  Let's get the jurors in here.

 3              At this time, Mr. Reccoppa is going to bring in -- I

 4   think it's 51 jurors.  We had one juror who did put in his

 5   questionnaire that he was going away tomorrow, and so without

 6   objection, we are going to strike that juror.

 7              MR. AGNIFILO:  Very good.

 8              THE COURT:  Is that agreed to?  To strike the juror

 9   who is going on vacation or is coming back from vacation,

10   whatever it was.

11              MS. PENZA:  What number, Your Honor?

12              THE COURT:  Sixty-two.

13              MS. PENZA:  Yes, Your Honor.

14              THE COURT:  Any objection from the Government?

15              MS. PENZA:  No, Your Honor.  We had already agreed.

16              THE COURT:  Okay.  Thank you.

17              Let me just tell you how we are going to operate

18   today.  We are going to put 18 of the jurors in the box and

19   the rest will be in the couple of rows in order -- in the

20   couple of rows, the first row, the one inside the well, and

21   then the next row.  If we need more, we'll do more.  And then

22   we'll do the strikes.  When we're done with the strikes and

23   I've sworn in the jury, the jurors will go downstairs and meet

24   with the marshals about transportation issues and then they'll

25   be told to come back tomorrow morning at 9:30 and that will be

1    it for them for the day, and if we have any additional

2    business, we'll have that business after we've sworn in the

3    jury.

4              Does anyone anticipate needing to see me afterwards?

5              MS. PENZA:  We just have a few brief housekeeping

6    matters.  We can do them now or after, whatever Your Honor

7    prefers.

8              THE COURT:  Why don't we start with them now and

9    finish them later if we need to.

10             MS. PENZA:  Thank you, Your Honor.

11             So first, Your Honor, the Government -- as you know,

12   there's been an ongoing dispute about whether NXIVM is a

13   continuing organization.  NXIVM has obviously purported to be

14   such, but we have had enormous difficulty getting a custodian

15   of records and the defendant has now been unwilling to agree

16   to any stipulations, so given the position that we're in,

17   we're asking that the Court so order a trial subpoena for a

18   custodian from NXIVM to authenticate records that were

19   provided to us pursuant to subpoena.  That's the first item.

20             THE COURT:  Why don't you submit that.

21             MS. PENZA:  Yes, Your Honor.  I have it.  I have it

22   with me.

23             THE COURT:  Why don't I just sign it.

24             MS. PENZA:  Okay.

25             And then we understand this is without objection

Proceedings                                                 608

1   from the defense, but we would ask permission for Special

2   Agent Michael Weniger to be at counsel table alternating with

3   Special Agent Michael Lever who has been before the Court.

4              THE COURT:  No objection?

5              MR. AGNIFILO:  No objection.

6              THE COURT:  All right, very well.  So ordered.

7              MS. PENZA:  We are asking that -- the one request

8   that we didn't put into our motion that Your Honor granted

9   regarding the victims' -- protecting the privacy interest of

10  various victims, we are asking that for any person whose

11  identify is being protected, that the courtroom artists not be

12  allowed to sketch them and that their photographs, to the

13  extent they're entered into evidence, be sealed.

14             THE COURT:  Any objection?

15             MR. AGNIFILO:  Just the last part.

16             THE COURT:  State it again, please.

17             MS. PENZA:  Yes.  That anyone for whom there is an

18  agreement that we are going to protect their identity in some

19  way, that the courtroom -- that any courtroom sketch artist

20  will not sketch them, and that to the extent their photographs

21  are entered into evidence, that those photographs will be

22  sealed.

23             MR. AGNIFILO:  I have no objection to that.

24             THE COURT:  All right.  It's so ordered.

25             MS. PENZA:  Thank you, Your Honor.

1              THE COURT:  Now, the only question is how you go

2     about advising the sketch artists, and I don't want to do that

3     in front of the jury, so you are going to need to give me an

4     order --

5              MS. PENZA:  Yes.

6              THE COURT:  -- proposed order to that effect which

7     will be provided to the sketch artists.

8              MS. PENZA:  Yes, Your Honor.

9              And then, Your Honor, we wanted to know whether Your

10    Honor would like hard copies of the exhibits.  There's about

11    17 very large binders so far, if Your Honor wants them,

12    otherwise we can provide them on a thumb drive, whatever Your

13    Honor prefers, or both.

14             THE COURT:  Both.

15             MS. PENZA:  Yes, Your Honor.

16             And then finally, in terms of protecting the

17    identity, I actually have not had an opportunity to discuss

18    this with defense counsel, but I --

19             THE COURT:  Stop for a moment.  You received, on

20    Saturday, the Court's sealed order regarding the Government's

21    motions in limine, correct?

22             MR. AGNIFILO:  I did, Judge, yes.

23             THE COURT:  And what I've asked is that the parties

24    consult and send me a redacted version of that so that it can

25    be placed on the public docket.

1           MR. AGNIFILO:  Very good.

2           THE COURT:  And I gave you a deadline of next

3   Friday.

4           Yes, Your Honor, and so we will --

5           THE COURT:  This Friday -- coming Friday.

6           MS. PENZA:  And we will comply with that.

7           THE COURT:  Okay.  Thank you.

8           Consistent with the Court's order, the Government --

9   this is a case where obviously a lot of the witnesses know

10  each other and there's going to be a lot of cross references

11  of various witnesses, so we can discuss it further with

12  defense counsel, but I don't think -- this isn't a case where

13  I think the fact of, like -- what we are asking for, Your

14  Honor, is potentially to have a cheat sheet in front of

15  witnesses with the alias of various witnesses to remind them

16  to use those aliases.  I don't think this is a case where

17  that's going to trigger any kind of memory or anything for

18  various individuals because the names of these people are very

19  well known to all of the witnesses and we're happy to discuss

20  that further with defense counsel, but I do think it would be

21  helpful and prudent to have that type of cheat sheet available

22  for witnesses.

23          THE COURT:  Why don't you try to work that out and

24  let me know.

25          MR. AGNIFILO:  Just so it's clear, I object to any

1   alteration of a witness's name, and I object to it because one

2   of the ways that you gauge if someone is telling the truth

3   about an event or not is if they're accurate about who was

4   there and who wasn't there, and what I'm afraid is going to

5   happen is that someone is going to read the cheat sheet wrong,

6   give an answer, and we're not going to know if this person is

7   lying about this past event, telling the truth about this past

8   event, or is reading the cheat sheet wrong, and then we get

9   into this whole bit with -- I think first names are easy.  You

10  know, we just do first names, that's easy.  There are a couple

11  of people that have the same name -- same first name, we'll

12  figure out a way of dealing with that, but if we're going to

13  start using anything other than first names, this is going to

14  be -- it's unworkable.  It's unworkable given the number of

15  people and given the need in testing someone's credibility to

16  have them testify accurately about who was at certain events.

17          MS. PENZA:  Your Honor, I want to be very clear --

18  first of all, Your Honor has already ruled regarding the

19  defendant's first point about the anonymity, so -- or not --

20  rather, the protecting of the identity, but the Government is

21  working very hard in terms of using only first names -- we

22  think that's obviously the most convenient for everybody --

23  and we are not looking to make things more difficult.  There

24  are a couple witnesses where we are expecting to request a

25  slight alteration to their name or use of their first initial

Proceedings                                          612

1  because their name is distinguishing in some specific way or

2  because they are victims of very specific crimes.  We don't

3  believe that's going to be a problem, but just a reminder not

4  to use certain people's last names is basic -- because

5  naturally, a lot of these witnesses, because they are

6  distinguishing between people who have the same first name,

7  et cetera, naturally say the last names when they're talking

8  about people, and they were in this kind of formal environment

9  sometimes where they did use last names, so it's just a matter

10 of making sure that instinctively these witnesses don't say

11 the last name.  The Government is working very hard with

12 witnesses to ensure that that doesn't happen but it doesn't

13 seem to cause any additional prejudice.

14         THE COURT:  Well, where you have first names that

15 are similar to one another or identical, you can always use

16 the first initial of a last name, and it seems to me that that

17 may solve the problem, but why don't you discuss this with the

18 defense to see if your area of disagreement, if there is one,

19 can be narrowed and then I'll deal with it.

20         MS. PENZA:  Okay.  Thank you, Your Honor.

21         MR. AGNIFILO:  I'm happy to discuss, but I want the

22 record to be clear we have an objection to any alteration of

23 names.

24         THE COURT:  I didn't even say an alteration.

25         MR. AGNIFILO:  No, no, no.  Just --

Proceedings                                          613

```
1          THE COURT:  I said using the first letter of the
2    last name might be a way of dealing with it and if the
3    Government wants permission to advise a witness not to use a
4    certain individual's last name because the Court has ordered
5    that last names not be used, then that could be a solution,
6    too, potentially.  I'm not sure if that would be
7    objectionable.
8          MR. AGNIFILO:  I'm happy to work with the
9    Government.
10         THE COURT:  I'm not reaching any conclusions.  I'm
11   just asking you to find a way out of the problem, that's all.
12         MR. AGNIFILO:  Understood.
13         If Ms. Penza is done, I have a couple of things.
14         THE COURT:  Anything else?
15         MS. PENZA:  I'm finish for now, Your Honor.
16         THE COURT:  Thank you.
17         Yes, sir.
18         MR. AGNIFILO:  I would like a clarification, if I
19   could, on the Court's Rule 16 defense discovery provision
20   because I think it's -- what I see happening, I see -- from
21   our perspective, many of the witnesses are not going to be
22   entirely truthful about their contact with Mr. Raniere for
23   whatever reason.  I believe one of the ways that I'm going to
24   show that these witnesses are not entirely truthful is by
25   things that they have said in the past or things that they
```

Proceedings                                    614

1    have written in the past.  Now, it's heartland

2    cross-examination, of course, if a witness testifies and I

3    think that their witness said something in the past that's

4    inconsistent with the witness's testimony on direct

5    examination, that's heartland cross-examination.  My concern

6    is in impeaching the credibility of the witness I am also

7    furthering aspects of my core theory, which is that

8    Mr. Raniere never had unwanted sexual contact with anybody at

9    any time.  I mean, that's going to be a core theory.  I'm

10   going to open on that.

11            And the two -- I'm worried about Your Honor's

12   ruling.  Obviously, I want to abide by the Court's ruling, but

13   I'm afraid that there are due process implications to what is

14   happening to my ability to cross-examine a witness who may not

15   be telling the truth if I have to give the Government what

16   they said in writing so that the Government can prep the

17   witness to be more accurate on direct examination.  That's

18   just not the process.

19            THE COURT:  I understand your point.  We will take

20   it up afterwards.

21            Are we ready?

22            THE COURTROOM DEPUTY:  We're ready.

23            THE COURT:  All right.  Let's bring in the jurors.

24            (Prospective jurors enter.)

25            THE COURTROOM DEPUTY:  Can I have Juror 11, please;

Proceedings                                                615

1    Juror 12; Juror 20.  Where is Juror 20?  Twenty-three, 26, 31,

2    32, 36, 42, 44, 48, 50, 52, 57, 60, 63, 64, 65, 71, 73, 77,

3    78, 80, 90, 95, 100, 112, 116.  Okay.  That's it.

4              THE COURT:  All right.  Please be seated.

5              Good morning, ladies and gentlemen.  I am's Judge

6    Garaufis, and today we are going to make the final decision as

7    to who will be the members of the jury, and we will start with

8    a sidebar of the parties and they will indicate the jurors who

9    they will strike without cause from the jury.  So when we're

10   all done at the end of the jury selection, the jury will be

11   sworn in.  Anyone who is not selected for the jury will go

12   back to the jury assembly area for further instructions, and

13   those who are selected for the jury will then meet with the

14   marshals about transportation to and from the courthouse and

15   have lunch in the jury lunchroom.

16             So at this time, we're going to start with the round

17   one.

18             Anything before we start?

19             MR. AGNIFILO:  Nothing from us.

20             THE COURT:  Okay.  Let's start with round one at

21   sidebar.

22             (Sidebar.)

23             (Continued on next page.)

24

25

```
                          Sidebar                         616
```

1          (Sidebar conference held on the record out of the
2    hearing of the jury.)
3          THE COURT:  All right.  Do you object to your client
4    not being present, or does your client want to be present?
5          MR. AGNIFILO:  Let me ask.  Let me ask.
6          THE COURT:  Yes, why don't you ask him.
7          MS. SAUL:  Your Honor, is my presence all right?
8          THE COURT:  You're fine.
9          All right, just move a little closer.
10         In round one, the Government has one challenge and
11   goes first and the defense has two challenges, so why don't we
12   start with the Government.
13         MS. PENZA:  The Government strikes Juror No. 23.
14         THE COURT:  And the defense?
15         MR. AGNIFILO:  We're going to strike Juror 48.
16         THE COURT:  Forty-eight and --
17         MR. AGNIFILO:  -- 73.
18         THE COURT:  Seventy-three.
19         Can we go on to round two at this point?
20         MS. PENZA:  Yes.
21         THE COURT:  Is that all right?
22         MR. AGNIFILO:  That's fine, Judge.
23         THE COURT:  In the second round, the defense goes
24   first and has two strikes.
25         MR. AGNIFILO:  We strike 63.

```
                          Sidebar                          617
```

1          THE COURT:  Yes?

2          MR. AGNIFILO:  And we strike 64.

3          THE COURT:  And then the Government goes -- 63 and

4    64 are struck by the defense, and then the Government in round

5    two has one strike.

6          MS. PENZA:  The Government strikes No. 42.

7          THE COURT:  All right.  Can we go on from there?

8          MR. AGNIFILO:  We can go.

9          THE COURT:  Okay.  In the third round, the

10   Government goes first and has one strike.

11         MS. PENZA:  The Government strikes 32.

12         THE COURT:  Thirty-two struck by the Government.

13         And the defense goes second and has two strikes.

14         MR. AGNIFILO:  Yes, thank you, Judge.  Just to be

15   clear, we are going through 116?

16         MS. PENZA:  Yes, Your Honor.

17         THE COURT:  Okay --

18         MS. PENZA:  No.  We have 117.

19         THE COURT:  What's the last one in this group?

20         THE COURTROOM DEPUTY:  I have it as 116.

21         MR. AGNIFILO:  Thank you, Judge.

22         We are going to strike 112.

23         THE COURT:  All right.

24         MR. AGNIFILO:  And we're going to strike 95.

25         THE COURT:  Okay.  Can we go on to round four?

```
                        Sidebar                          618
```

1              MR. AGNIFILO:  Yes, Judge.

2              THE COURT:  Round four?  In round four, the defense

3    goes first and has two strikes.

4              MR. AGNIFILO:  We are going to strike 60.

5              Just bear with me one second, Judge.

6              THE COURT:  Sure.

7              (Pause.)

8              MR. AGNIFILO:  And we're going to strike 90.

9              THE COURT:  And the Government goes second and has

10   one strike.

11             MS. PENZA:  We strike No. 80.

12             THE COURT:  Eighty?

13             MS. PENZA:  Yes.

14             THE COURT:  Okay.  Can we keep going?

15             MR. AGNIFILO:  Here's my question, what I would like

16   to do ultimately is dismiss the jurors that have been struck

17   so that I can see who is left.

18             THE COURT:  Why don't I do this, why I don't ask the

19   jurors who you have struck to stand and then you can look at

20   them because --

21             MR. AGNIFILO:  That we struck.

22             THE COURT:  I have a reason that I want to do it

23   this way, frankly.

24             MR. AGNIFILO:  That's fine.

25             THE COURT:  That's the reason we are going to use,

```
                              Sidebar                          619
```

1   but here's the point.  The point is that we will come back and

2   then at that point, if everyone has agreed that they should be

3   sent back to the jury assembly area, that would be fine, but

4   first I would like to have them stand so I can see who they

5   are.

6            MR. AGNIFILO:  That's fine.

7            THE COURT:  So why doesn't everyone go back to their

8   places and then I'll just have them stand and then have you

9   come back.

10           MR. AGNIFILO:  Very good.

11           THE COURT:  Thank you.

12           (Sidebar end.)

13           (Continued on following page.)

14

15

16

17

18

19

20

21

22

23

24

25

Proceedings                                    620

1          (In open court.)

2          THE COURT:  At this point, I'm just going to ask

3    certain jurors to rise in place and -- for the benefit of the

4    parties and the Court.  The following jurors:  Juror 23 --

5    just stand in place -- Juror No. 42, Juror No. 32, and

6    Juror No. 80.  Okay.  You may be seated.

7          All right.  I also want the following jurors now to

8    stand in place:  Juror No. 48; No. 73; No. 63.  Sixty-three.

9    Thank you.  Sixty-four, 112, 95, 60, and 90.  All right.  You

10   may be seated.

11         All right.  Let's have a sidebar again.

12         (Sidebar.)

13         (Continued on next page.)

14

15

16

17

18

19

20

21

22

23

24

25

Sidebar                                                    621

1            (Sidebar conference held on the record out of the

2    hearing of the jury.)

3            THE COURT:  Let's get the rest of the Government in

4    here.

5            So at this point, does everyone agree that I should

6    allow the jurors who I just identified to take their things

7    and wait in the jury assembly area; is that agreeable?

8            MR. AGNIFILO:  Yes.

9            MS. PENZA:  Yes, Your Honor.

10           THE COURT:  Do you still want to follow up with the

11   procedure that you suggested that you want to see who is left?

12           MR. AGNIFILO:  That's right.

13           THE COURT:  Any objection?

14           MS. PENZA:  No.

15           THE COURT:  Okay.  All right.  I will excuse those

16   who have already been struck, but I will leave them downstairs

17   so in case something comes up, we can always bring them back.

18           MR. AGNIFILO:  Okay.

19           Then can we go back -- once you excuse the jurors

20   who have been struck, can we go back and have a chance to talk

21   at our stables?

22           THE COURT:  Yes, of course.  I will send you back to

23   the table and let me know when you are ready to go to the next

24   step.

25           MR. AGNIFILO:  Thank you, Judge.

1          THE COURT:  Thank you.

2          (Sidebar end.)

3          (Continued on following page.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Proceedings                                      623

1          (In open court.)

2          THE COURT:  All right.  At this time, the following

3   jurors, please take your things and return to the jury

4   assembly area and wait for further instructions from the

5   Court, all right?  The following jurors just stand and when

6   all of you have been named, you can then all leave at the same

7   time.

8          Juror No. 23, Juror No. 48, Juror No. 73, Juror

9   No. 42, Juror No. 63, Juror No. 64, Juror No. 32, Juror

10  No. 112, Juror No. 95, Juror No. 80, Juror No. 60, and

11  Juror No. 90.

12         All right, please take your things, return to the

13  second floor to the jury assembly area and wait there for

14  further instructions.  Thank you very much.

15         (Pause.)

16         MR. AGNIFILO:  We are ready whenever you are, Judge.

17         THE COURT:  All right.  Let's resume.

18         (Sidebar.)

19         (Continued on next page.)

20

21

22

23

24

25

```
                         Sidebar                          624
```

1           (Sidebar conference held on the record out of the

2      hearing of the jury.)

3           THE COURT:  Okay.  In the fifth round, the

4      Government goes first.  Who do you want to strike?

5           MS. PENZA:  No. 116.

6           THE COURT:  116.

7           And the defense has one strike in the fifth round.

8           Hold on just one minute.

9           MR. AGNIFILO:  We strike 44.

10          THE COURT:  Can we go to the sixth round?

11          MR. AGNIFILO:  Yes.

12          THE COURT:  Okay.  In the sixth round, the defendant

13     goes first and has one strike.

14          MR. AGNIFILO:  Okay.  We strike 100.

15          THE COURT:  You want 100 to stand?

16          MS. PENZA:  No, no.  I just wanted to see.  I

17     appreciate it.

18          THE COURT:  Okay.

19          The Government has one in the sixth round.

20          MS. PENZA:  We pass.

21          THE COURT:  Pass.

22          MR. AGNIFILO:  They passed.

23          THE COURT:  Passed.

24          MR. AGNIFILO:  Yes.

25          THE COURT:  Okay.  Hold on now.

```
                    Sidebar                      625
```

 1          So the jurors are as follows, we'll go over the

 2   list:  11, 12, 20, 26, 31.

 3          MR. AGNIFILO:  All right, I might have screwed up my

 4   records.  Go ahead, 31, I apologize.

 5          THE COURT:  Thirty-six, 50, 52, 57, 65, 71, 77,

 6   78 -- 78?  Not 78.  Seventy-eight will be the thirteenth

 7   juror.

 8          MR. LESKO:  Yes.

 9          THE COURT:  So up to 77.  Let's make sure we have 12

10   because they passed on one.

11          MR. LESKO:  Yes.

12          MR. AGNIFILO:  Right.

13          THE COURT:  Does everyone agree that's 12 jurors?

14          Now, the question is, what do we do with Juror 78

15   who was passed on, who is among the 28 jurors who we were

16   considering but is still here?

17          MS. PENZA:  The Government's position is they should

18   still be in the alternate pool.

19          MR. AGNIFILO:  That's fine with us.

20          THE COURT:  All right, that's fine.

21          At this point, I'm going to dismiss 116, 44, and 100

22   to go back downstairs.

23          Does everyone agree to the 12 jurors?  Is there any

24   objection?

25          MR. AGNIFILO:  Can you read it one more time?

```
                         Sidebar                        626

 1          THE COURT:  What's that?

 2          MR. AGNIFILO:  Can you read the 12 again?

 3          THE COURT:  I would be happy to:  11, 12, 20, 26,

 4   31, 36, 50, 52, 57, 65, 71, and 77.

 5          MR. AGNIFILO:  Very good.

 6          THE COURT:  All right?

 7          MR. AGNIFILO:  Yes.

 8          THE COURT:  Anyone have a motion, objection --

 9          MS. PENZA:  No, Your Honor.

10          THE COURT:  -- to the jury?

11          MR. AGNIFILO:  No.

12          THE COURT:  Then we'll go on and we'll seat the next

13   12 to be alternates, and each side will get three challenges;

14   and as you can see, on the alternates, the Government goes

15   first and the defense goes second.

16          MR. AGNIFILO:  Very good.

17          THE COURT:  All right.  Thank you.

18          (Sidebar end.)

19          (Continued on following page.)

20

21

22

23

24

25
```

Proceedings                                              627

1            (In open court.)

2            THE COURT:  All right, will the following jurors

3    please stand:  Juror No. 116 and 44 and No. 100.  All right,

4    what I would like you to do is to take your things, go back to

5    the jury assembly room and remain there until the Court

6    provides further instructions.

7            (Prospective jurors exit.)

8            THE COURTROOM DEPUTY:  117, please, 120, 122, 124,

9    125, 126, 138, 140, 142, 143, 144, and 153.

10           THE COURT:  That's it.

11           (Continued on the following page.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Proceedings                                                    628

1          (In open court.)

2          THE COURT:  Okay.

3          (Sidebar conference.)

4          (Continued on the next page.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
                          Sidebar                        629
```

1              THE COURT:  All right.  Now each side will get three

2      challenges.  We'll start with the government, all three

3      please.

4              MS. PENZA:  Yes, Your Honor, 117, 122 and 143.  And

5      143.

6              THE COURT:  All right.  Hold on.

7              117, 122, and 143.

8              And the defense three gets the final three

9      challenges.

10             MR. AGNIFILO:  All right, 124, 142, 138.

11             THE COURT:  124, 142 and 138.  All right.

12             So the alternates will be 78, 120, 126, 140, 144,

13     and 153.  Does everyone agree?

14             MR. AGNIFILO:  Yes, Judge.

15             MS. PENZA:  Yes, Your Honor.

16             THE COURT:  All right.  Are there any objections or

17     motions?

18             MR. AGNIFILO:  Nothing from the defense.

19             MS. PENZA:  Not from the government.

20             THE COURT:  All right.  So just to go over it one

21     more time.  The 12 jurors are:  Numbers 11, 12, 20, 26, 31,

22     50, 52, 57 --

23             MS. PENZA:  Thirty-six, Your Honor.

24             THE COURT:  I missed 36, right.  Let's go back from

25     36.  36, 50, 52, 57, 65, 71, and 77.  And the alternates are

```
                        Sidebar                          630
```

1    78, 120, 126, 140, 144 and 153.

2              MR. AGNIFILO:  Agree.

3              THE COURT:  That's our jury.  The next step will be

4    we'll seat them, we'll swear them in.  I'll have the remaining

5    jurors who were not among the 40 return to the jury assembly

6    area along with the six who we have just struck and that will

7    be the jury, then they'll be sworn in and we'll take a break,

8    all right, then resume to hear from you at about 11:30.

9              MR. AGNIFILO:  Very good.  Thank you, Judge.

10             THE COURT:  Thank you.

11             (End of sidebar conference.)

12             (Continued on the next page.)

13

14

15

16

17

18

19

20

21

22

23

24

25

Proceedings                              631

1            (In open court.)

2            THE COURT:  All right.  The following jurors please

3    rise:  Juror 117, Juror 122, Juror 143, 143, yes.  Juror 124,

4    Juror 142, and Juror 138.  Please take your things, go back to

5    the jury assembly area and I will provide further instructions

6    in a few minutes.  You may go.

7            (Prospective jurors excused.)

8            THE COURT:  Let's seat the jurors.

9            THE COURTROOM DEPUTY:  153 take a seat in the third

10   row.  144 take that seat.  140, 120, 126.  120, and 78.

11           THE COURT:  At this point -- thank you.  All the

12   other jurors who have not been called just stand up, everyone

13   else who is here for jury selection.  What I'd like you to do

14   is take your things, return to the jury assembly area and

15   await further instructions from the Court.  Thank you very

16   much.

17           (Prospective jurors excused.)

18           THE COURT:  All right.  Ladies and gentlemen, you

19   will constitute the jury and the alternate jurors for this

20   case.  And the clerk will swear you in.  Please rise.

21           (Jury sworn.)

22           THE JURY:  I do.

23           THE COURT:  Please be seated.  Let me just give you

24   some preliminary information.  First of all, each of you will

25   receive a copy of the schedule for the trial.  So you'll have

Proceedings                                    632

1   your own copy.  Each day of the trial will be identified on

2   basically a calendar so you will know when you need to be here

3   and when you don't need to be here.  When we adjourn for

4   today, which will be in a few minutes, as I said earlier you

5   will go, Mr. Reccoppa will show you the jury deliberation

6   room, but then you will go downstairs to the juror's lunch

7   room where you'll be having your lunches.  It's a little

8   bigger room, it has bigger windows and you'll be having your

9   lunches there, they'll be a buffet luncheon for you today.

10  You will be interviewed by the marshals as to where you will

11  be, how you'll be transported to and from the courthouse every

12  day during the trial and so just bear that in mind.  And when

13  that's done, the marshals will then transport you for today

14  and you'll be picked up tomorrow following their protocol,

15  which I'm not terribly familiar with, but they will tell you.

16          And I'm going to remind you that -- oh, in addition,

17  you'll be able to take notes.  So there are legal pads and

18  pens in the jury room.  You'll be able to take your own notes

19  if you wish to, you don't have to, but the notes need to be

20  left in the jury room at the end of the day.

21          You'll remember I told you about not discussing the

22  case with anyone.  Don't discuss the case with anyone, don't

23  do any research on the case, you're not to discuss or think

24  about this case with any other person or online and so forth.

25  I'm not going to do the whole -- give you all the

Proceedings                              633

1    instructions, I've given them to you several times now, so but

2    I will start using them again tomorrow.

3           We'll start at 9:30 in the morning and we'll end no

4    later than 5 p.m. each day of trial.  If the schedule is going

5    to change, I will tell you in advance that the schedule is

6    going to change, where we have to end early or start late and

7    we try to avoid that because we want to complete the work of

8    the jury as expeditiously as possible.

9           So on behalf of the parties and the Court, I thank

10   you for your attention and we'll continue to thank you for

11   your attention for the trial.

12          All rise for the jury.

13          (Jury exits courtroom.)

14   THE COURT:  All right.  We will resume at 11:30 and

15   continue the discussion.  What I will do now is go down to the

16   jury assembly area and thank the jurors who came in, both the

17   group that was in the courtroom and also another group of

18   jurors that we had just in case we didn't have enough jurors

19   to reach the number 40.

20          Is there anything before we take a recess?

21   MS. PENZA:  No, Your Honor.

22   THE COURT:  Anything.

23   MR. AGNIFILO:  Nothing, Judge.

24   THE COURT:  Why don't you look at that letter as

25   well.

Proceedings                                         634

1          MR. AGNIFILO:  I will.  Thank you.

2          THE COURT:  Thank you, everybody.

3          (Recess.)

4          THE COURT:  All right.  Please sit down.  Everyone

5     is here.

6          Did you have a chance to read --

7          MR. AGNIFILO:  I have read it, Judge.

8          THE COURT:  Do you want to comment on it or send

9     me -- it might be useful, since it's filed under seal, to send

10    me a short letter.

11         MR. AGNIFILO:  That's what we'll do, send you a

12    short letter as close -- as soon as possible.  I imagine we

13    could probably do it by six or 7 o'clock.

14         THE COURT:  That's fine.

15         MR. AGNIFILO:  Thank you, Judge, you'll have it.

16         THE COURT:  All right.  Then on the Rule 16 issues,

17    did you want to address it.

18         MR. AGNIFILO:  Thank you.  My concern -- I raised

19    the objections to the general principle in my written

20    materials and I'm not going to go over that again, but my

21    concern is this.  Is there seems to be a line that is drawn

22    that -- it's an imaginary line between what is impeachment

23    because you're undermining the credibility of a witness and

24    what is furthering your case in chief.  So I think the most

25    useful thing -- because Your Honor has tried a million

Proceedings                                                635

1    cases -- is give you an example.

2          If the government put up a witness to talk about

3    DOS-related things but I wanted to say -- use the witness to

4    talk about one of Keith Raniere's patents, that would clearly

5    be beyond the scope of direct examination and that would make

6    sense that for me to be able to do that, that is a case in

7    chief type thing.

8          THE COURT:  For you to go into a new area.

9          MR. AGNIFILO:  A new area, correct.

10         THE COURT:  But what.

11         MR. AGNIFILO:  So my point, though, is, I'm not

12   going to be going into a new area with any of these witnesses,

13   but what I am going to be doing, I expect, is I'm going to

14   be -- this witness is going to say something on direct

15   examination, I don't know exactly what it is, because I've

16   never spoken to these people and they're not my witness, so

17   they are going to say something on direct examination.  It's

18   my contention some of these witnesses are going say things on

19   direct examination that are not truthful and they are going to

20   say things on direct examination that are not truthful either

21   because of their own maybe current situation or maybe their

22   situation at the time, they don't want to admit to the world

23   that they had a consensual relationship with Keith Raniere, so

24   they are not going to be truthful.  The way I'm going to show

25   this jury that they are not going to be truthful, in part, is

Proceedings                                                    636

1    I'm going to show some of these witnesses other things that

2    they have said closer to the time that these events were

3    taking place.

4           Now, I do not want to have to give the government

5    that before the witness testifies on direct examination

6    because what will happen is they, being very good, experienced

7    trial lawyers, will sit down with the witness and they will

8    prepare the witness and the witness' testimony in front of

9    this jury will change, and it will change forever.  I won't be

10   able to show that the witness wasn't being truthful, I won't

11   be able to show certain specific areas where the witness lied,

12   exaggerated, or misremembered certain things, all the things

13   that a lawyer does on cross-examination to try to show a jury

14   that a witness isn't being entirely truthful.  I won't be able

15   to do all those things because I've given the government, I've

16   given the government material to help the government to

17   prepare the witness for the witness' direct examination.

18          So the dilemma I have, and it's -- I'm not kept up

19   all night by a lot of things but I've been kept up all night

20   by this, is I do not want to run afoul of Your Honor's ruling.

21   I don't want to run afoul of Your Honor's ruling for many

22   reasons, one is because it's Your Honor's ruling and, two,

23   running afoul of Your Honor's ruling could be that I am

24   precluded from certain lines of cross-examination or certain

25   things I could do on cross-examination and I can't let that

Proceedings                                             637

1   happen because in this case cross-examination is really -- in

2   every case but in this case I think it's very, very important.

3          So I guess I'm looking for guidance from a trial

4   judge that's had a lot of trials and knows how

5   cross-examination works and has seen many things of what I

6   should do.  And there are two -- there's three possibilities.

7   I could give the government the stuff that I have that I don't

8   think they have.  Now part of the reason I think they don't

9   have it, quite honestly I'm dying to ask the witness this, is

10  I think the witness said, I don't have that.  Do you have

11  certain things, I don't want to get into them because that's

12  the whole point of the cross-examination, whatever they may

13  be, communications with Keith Raniere.  No, I don't have

14  anything like that.  You know what?  They do.  And I have

15  them.  Now I don't think they were honest with the government

16  and I think they weren't honest with the government because

17  they know that these things are going to show a very different

18  story than they're prepared to get on that witness stand and

19  say.  And this should be done in Court.  This is exactly what

20  cross-examination is for.  And I shouldn't have to give the

21  government my stuff so that the witness can appear truthful

22  solely because I gave the government something to prepare the

23  witness before the witness testifies on direct.

24          Now, there's a middle ground and the middle ground

25  is this:  I can give the government the materials after the

Proceedings                    638

1    witness's direct.  And if they want half an hour, 45 minutes

2    to review it, then they can't affect the witness's direct

3    testimony because the witness has already testified on direct.

4    Your Honor will get it, the government will get it and that

5    seems to be a workable solution.  Because at the end of the

6    day, none of this is really my case in chief and it can't be

7    my case in chief because I have no control over this witness

8    at all.  I don't know what witnesses they're going to call.  I

9    only know 48 hours in advance.  These are people I haven't

10   spoken to, so to say that a witness I have no control over,

11   that I never spoken to and that I don't know what the witness

12   is going to say on the stand is somehow my case in chief --

13   and I've read all the same cases Your Honor has and I'll say

14   this just because one day maybe I'll happy that I said it, I

15   think this line of cases is wrong.  This has not been passed

16   upon by the Second Circuit, not been passed upon by any

17   circuit and I think the current way that a defense case in

18   chief has been defined by these trial court cases is, most

19   respectful, an error.

20            Rule 16 is a pretrial discovery rule.  We're not

21   pretrial.  For Rule 16 discovery obligations, in my opinion,

22   cannot be created during a trial because I have no control

23   over it.  Rule 16 is for when I know what my case is going to

24   consist of, I know certain witnesses are going to testify

25   because they're my witnesses, they are people that I spoke to,

1    they're people I'm going to put on as part of my case and I

2    know what they're going to say and I have a discovery

3    obligation because I have control over the witness and I know

4    what they're going to say.  For me to have a Rule 16

5    obligation imposed on me in a 48-hour period because the

6    government tells me who their witnesses are, then I have to go

7    back and figure out if this is really impeachment or if this

8    something else, is not what Rule 16 is meant to do.  Rule 16

9    puts an obligation on me to tell the government if I am

10   putting a case on in chief of witnesses that I have some

11   control over.

12           Now, the only way that that's not true is that

13   example that I started with.  There are times when, even

14   though it's technically on cross, a lawyer gets into a new

15   area and it's not really cross.  And maybe the Court will

16   allow it just so we don't have to call the witness back on

17   direct on the defense case, and I agree with the Court.  And I

18   think that these decisions are struggling to sort of find that

19   balance, but what I don't want to do and what I don't think I

20   have to do and what I, most respectfully, object to doing is

21   giving the government written materials that they don't have

22   or they may not have or they certainly didn't produce in

23   discovery of witnesses that they are going to be calling,

24   because I believe these materials are important to impeach

25   their witness.

Proceedings                                                    640

1          Now the way that this area gets sort of fuzzy is

2     because impeaching their witness is somewhat kind of

3     co-terminus with my case in chief.  If my case in chief is

4     Keith Raniere did -- this was a consensual sexual encounter,

5     that's part of my case in chief obviously, that's going to be

6     a central part of my case in chief, but it also undermines the

7     witness's credible because she just said something very

8     different on direct examination.

9          So I do not want -- I read Your Honor's decision all

10    day Saturday and I've been thinking about it a lot and I want

11    to not run afoul of it, but I also see due process

12    implications from us having to turn over materials of the

13    nature that I've sort of set out.

14         THE COURT:  All right, thank you.

15         MS. PENZA:  Yes, Your Honor.  Your Honor, you have

16    already ruled on this issue and the defendant has not raised

17    any basis to reconsider this and the defendant conceded --

18         THE COURT:  Well, the defendant is, if I may, the

19    defense is saying, well, the Second Circuit really hasn't

20    delineated the different categories of the evidence, that

21    which is impeachment as opposed to that which is the defense's

22    case in chief for purposes of discovery, so that's what --

23    they're saying lower courts, I basically relied on the lower

24    courts in this circuit and I think that's a fair statement,

25    don't you?

Proceedings                                      641

1          MS. PENZA:  I do, Your Honor, and I agree that Your

2    Honor properly held as to the reasoning of those lower courts

3    and so, Your Honor, when you -- first of all, the defendant

4    produced not a single piece of Rule 16 discovery so to now say

5    that this is supposed to be a pretrial idea, it wasn't until

6    the past couple of weeks that the defendant has said he

7    doesn't intend to put on his own case in chief.  Up until a

8    week ago -- a couple of weeks ago we were hearing from

9    Mr. Agnifilo that he was going to call all sorts of witnesses

10   and yet the government saw not a single piece of discovery.

11   So the idea that he did not follow Rule 16 properly before and

12   now should be able to hold back materials doesn't hold any

13   water.

14          But I think the most important thing, Your Honor, is

15   that what Mr. Agnifilo has been describing does not sound like

16   proper impeachment.  If he elicits things from a witness and

17   then it turns out that he can ask the witness a question and

18   then he gets to a place where he believes he has something

19   contrary to what that witness says, he can impeach that

20   witness.  But that's not what we're talking about here, Your

21   Honor.  We're talking about the defendant trying to admit

22   evidence through a witness who is going to be testifying for

23   the government.  And so this is not supposed to be trial by

24   ambush.  The government hasn't operated by trial by ambush

25   and, in fact, Your Honor, given your ruling on Saturday the

Proceedings                                      642

1  defendants asked for us to produce the exhibits we intended to

2  use with the witnesses we were calling.  That was never

3  ordered by Your Honor and yet the government has made active

4  attempts to provide that in order to streamline objections and

5  to make sure that we are operating properly with the

6  understanding, which was repeated multiple times by the

7  defendant, that they were going to be providing for us,

8  according to Your Honor's order, the items that they intended

9  to put into evidence through cross-examination of our

10  witnesses.

11       And so for those reasons I don't believe that

12  Mr. Agnifilo is being -- his complaints don't carry water

13  because this is -- what he is trying to do is actually build

14  his case through the witnesses not impeach them.

15       Additionally, to the extent what Mr. Agnifilo is

16  saying is that the government doesn't have certain materials.

17  The government has a real concern that there were bad acts of

18  the defendant that have led to him having materials that the

19  government does not have.  He has collateralized the DOS

20  slaves who were deleting evidence for him --

21       THE COURT:  Slowly.  I have to absorb what you're

22  saying, so you have to move more slowly.

23       MS. PENZA:  I apologize, Your Honor.  So the

24  defendant had collateralized DOS slaves while he was in Mexico

25  gathering evidence for him, asking people who will now be

Proceedings                                    643

1   witnesses for us to delete that evidence from their own

2   computers and devices so that he could -- so that it could be

3   gathered by them --

4         THE COURT:  Are you going to put that before the

5   jury?

6         MS. PENZA:  The idea that that happened, absolutely,

7   Your Honor, but that shouldn't allow him to then ambush a

8   witness with the materials that he has in bad faith gathered.

9         I do just want to make one more point, Your Honor.

10  To the extent Mr. Agnifilo has collateral belonging to any of

11  the victims or witnesses who are going to testify, the

12  government's position is that those are materials that are the

13  product of wire fraud and extortion.  Defendants have already

14  pleaded guilty to those crimes and so if Mr. Agnifilo is

15  holding those, we would ask that the Court order that those be

16  produced to the government immediately.

17         (Continued on the next page.)

18

19

20

21

22

23

24

25

1          (In open court; 11:52 a.m.)

2          MR. AGNIFILO:  So what I am happy to do, and I think

3    a compromise position is, is after the witness testifies on

4    direct, I will give the Government and your Honor the

5    materials that I have.  None of this is illegally gained.

6    None of this is anything --

7          THE COURT:  How do I know that?  How do we know

8    that?  The Government has just said that your client was in

9    Mexico collecting collateralized material so that he could

10   blackmail his alleged victims when they get on the witness

11   stand or to keep them from going on the witness stand.

12         MR. AGNIFILO:  That's false.

13         THE COURT:  At least what I heard.

14         MR. AGNIFILO:  That's a false statement.  And in six

15   weeks when this trial is over, your Honor -- I cannot wait to

16   actually get to hear the evidence.  I've been waiting to get

17   to the evidence.  There's not going to be any of that in the

18   evidence.

19         Here is what I am happy to do, Judge.  I will give

20   your Honor -- we only know who the first two witnesses are

21   going to be, we don't know who is after that.  I will give

22   your Honor the universe of evidence that I think falls into

23   the category of what we're talking about for the first two

24   witnesses when I give your Honor the sealed letter at 6:00 or

25   7:00 o'clock this afternoon.

*Proceedings*                                                **645**

```
 1              Your Honor can see what it is, and if your Honor has
 2    concerns I'll address the concerns.  I don't think at the end
 3    of it your Honor will have these concerns when you see what it
 4    is.  And when I see what it is, it will be much more clearer
 5    what I'm talking about.  And what I'm willing to do, even
 6    though I don't think there is an obligation on me to do this,
 7    just to make thing easier for the Court and because I want to
 8    abide -- the Government's concern about the privacy of the
 9    witnesses, I share a hundred percent.  I also am mindful,
10    though, of the due process implications for some this, but
11    I'll raise that as I need to as the trial goes on.
12              I am very happy to give your Honor anything that I
13    think I might use on cross-examination after the witness
14    testifies on direct and I'll give it to the Government.  And I
15    don't know how many cases your Honor has tried.  If your Honor
16    can point to another case where this was done maybe it's done
17    more than I think but I'm happy to do that because it will
18    make things easier, not because I have an obligation to do it,
19    I think it will make things easier and I want to hear from the
20    Government if they have concerns about any privacy aspects of
21    this because I will be mindful of them.  I'm going to be very
22    mindful during this trial of being utterly appropriate with
23    every witness who testifies, but I do believe some of these
24    witnesses will not be entirely truthful.  And so, I have to
25    walk the line of being appropriate, being appropriately, I
```

*Proceedings*                                                    **646**

1    don't know, gentle, but also being direct enough to bring out

2    what I think are going to be significant inconsistencies in

3    their stories.

4          So my proposal is twofold.  One, I'll give your

5    Honor tonight the material that's in the realm of what we're

6    talking about for the first two witnesses that I have notice

7    of; I agreed to give the Government the same materials at the

8    end of the witness's direct, and we can get through the trial

9    that way and I think that's a fair way to do it.

10         THE COURT:  Anything else?

11         MS. PENZA:  We have no problem, your Honor, with him

12   providing them to the Court, for you to make a ruling

13   regarding going forward.  However, Mr. Agnifilo did not

14   respond to the Government's concerns regarding his possession

15   of collateral.

16         THE COURT:  He says he doesn't have any.

17         MS. PENZA:  I don't believe he said that.

18         MR. AGNIFILO:  I don't know of any of Mr. Raniere

19   having any collateral.

20         MS. PENZA:  Okay.

21         MR. AGNIFILO:  And --

22         MS. PENZA:  Or access to it.

23         MR. AGNIFILO:  I don't have access to collateral.

24         THE COURT:  Well, having access to it is equivalent

25   to having it in my opinion.

1          MS. PENZA:  I agree, your Honor.

2          THE COURT:  All right.  So the fact that it's

3    sitting in somebody's kitchen somewhere doesn't mean that

4    Mr. Raniere doesn't have access to it.  And if the client has

5    access to it, the attorney has access to it.  So I don't want

6    to hear about that.

7          Got it?

8          Got it?

9          MR. AGNIFILO:  Yes, I got it.  I'm a lawyer, that's

10   all I'm doing in this case, Judge.  I don't have anything to

11   do with collateral.

12         THE COURT:  I'm completely in the dark.  But you

13   should, once you know who the witnesses are going forward, two

14   days, you can, at that time, 48 hours in advance, provide

15   the -- what may -- the questionable cross-examination

16   materials to the Court ex parte and we'll take a look at them.

17         How much material is this for your average witness?

18   Are we talking about a few items, a few love letters, or a few

19   admissions on the part of a witness that they might -- that

20   they might be cross-examined on, or are we talking about a

21   trove of materials and where you're asking the Court to take,

22   to be -- to place the Court in place of your obligation to

23   provide your evidence-in-chief to the Government.  I don't

24   want to take on that responsibility.  If there are items of

25   evidence that are questionable as to whether they're

*Proceedings*                                                    **648**

1    impeachment or they're evidence that would be appropriate on

2    your case-in-chief, then you need to make the initial cut on

3    that and not rely on me to be a member of your team.  I'm not

4    going to be a member of your team.  If that's what this is

5    about, I'm not doing it.  If you're suggestion is that there's

6    something that you're not sure about, you'll provide it to me

7    48 hours in advance and then we'll go from there.  If that

8    doesn't work, we'll change the rules as we go along.

9           MR. AGNIFILO:  That's fine.  I'm not asking your

10   Honor to be a member of our team.

11          THE COURT:  You understand my perspective on this?

12          MR. AGNIFILO:  I do.

13          THE COURT:  You're shifting the burden from the rule

14   to the Court and I'm not interested in doing that.

15          MR. AGNIFILO:  I think what will happen in practice

16   is trials take on a certain -- rules are different sometimes

17   trial to trial, and trials take on certain protocols as you

18   go.  What I'm hoping happens here is I give this to your

19   Honor, your Honor might say I have no opinion.  You run your

20   risk, Mr. Agnifilo.  You're a big boy, it's your decision and

21   you live with your decision; or you can say, it's my view,

22   it's this instead of this.  Then I know -- then I don't have

23   to do it a second time.

24          But here's the point.  The point is if I weren't

25   cautious, I would just do it all on cross and let you preclude

*Proceedings*                                            **649**

1    me or try to and then I'd have a great due process argument or

2    a Sixth Amendment argument that I didn't get to do

3    cross-examination.  I don't want to do that.  That's exactly

4    what I'm not doing.  So what I'm trying to do is the right

5    thing and I'm alerting everybody to the issue and I'm telling

6    your Honor I'll give it to your Honor beforehand and I'll give

7    it to the Government at the end of direct.  And if there's

8    some concern that they have, oh, you know what can you not use

9    this, can you not use this?  I'll do it.  I'm trying to work

10   with everybody.  I'm not trying to put them on my team.  I'm

11   trying to be appropriate and responsible and accommodating.

12          And so, that's my proposal.  And honestly, your

13   Honor, when -- as we go, it'll become clearer how this court

14   in this case will delineate the distinction between what's

15   impeachment and what's the defense case-in-chief and I will

16   abide by the Court's direction.

17          MS. PENZA:  Your Honor, the Government's position is

18   that if the defendant intends to introduce evidence in its

19   case-in-chief through cross-examination of our witnesses that

20   they should be producing that now and that's the Government's

21   position on this.  The only reason not to do that is

22   gamesmanship, and that is not now the trial is supposed to

23   operate and we haven't been operating that way.  And if we do

24   have to operate this that way, then this is not going to be an

25   efficient process.

1          MR. AGNIFILO:  Judge, it's not the same.  It's their

2    witness; I have cross-examination.  If I call the witness, if

3    I call the witness, do you think the Government would tell me

4    what their cross of that witness would be?  Of course they

5    wouldn't tell me what the cross of the witness would be.

6    They're putting on witnesses, I get to cross them this is the

7    way it's been done for 234 years.  There is nothing different

8    about this case.  And no one had more trials then this court.

9    I mean, this is exactly how it always goes.  And I'm looking

10   to do something different, I'm looking to break the

11   traditional rule and say I'll give them the stuff before my

12   cross.  I think that's a major concession and I'm willing to

13   give your Honor it before my cross, and I'm willing to give

14   your Honor it beforehand, because you might have an opinion.

15         THE COURT:  Because I ordered you to.  That's why

16   you're willing to give it to me, I just told you to do it.

17   That's the difference.

18         MR. AGNIFILO:  No, but, Judge, I am not conceding

19   this is not my case in -- I'm not conceding this on my

20   case-in-chief.  This is absolutely not my case-in-chief in

21   terms of what case-in-chief and what Rule 16 means.  Rule 16

22   does not mean cross-examination.

23         THE COURT:  Okay.  Your point has been made.  Your

24   point has been made.

25         MS. PENZA:  Thank you, your Honor.

1          THE COURT:  And after tomorrow, we'll see where we

2     are.

3          MR. AGNIFILO:  Can I raise one other issue?

4          THE COURT:  I can hardly wait.

5          MR. AGNIFILO:  Okay, Judge.  The experts.

6          The Government gave us expert notice on May 2nd.

7     What I would like to do is I want to preclude the experts as

8     being untimely.

9          I think your Honor initially had a date for experts

10    in February, and I think these experts are untimely.  But I'm

11    also told that the experts would not be testifying until later

12    in the case, so I'd like an idea of briefing schedule from the

13    Court as when I can lodge my objections to the expert

14    notifications.

15         MS. PENZA:  Your Honor already ruled that if the

16    Government submit by last Thursday that they would be timely.

17    I think that should be denied on its face that they're timely,

18    that the Government's disclosures are untimely.

19         THE COURT:  Is that the only grounds?

20         MR. AGNIFILO:  I think there's prejudice.  I mean,

21    the timeliness is related to prejudice.  The reason we wanted

22    expert disclosures in February is so we would have months to

23    work on this very important part of the trial rather than

24    getting expert disclosures, while we're getting our exhibits,

25    while we're preparing for openings, while we're preparing for

*Proceedings*                                    **652**

1    our first witnesses.

2            I mean, this is an agreed-upon schedule.  They

3    agreed to it.  They agreed to a date months in advance.  My

4    question that I asked rhetorically is:  What happen to the

5    date?  This is a big case.  This is the United States

6    Department of Justice, the Eastern District of New York.  They

7    forgot?  It slipped their mind for months that they had an

8    expert disclosure obligation?

9            THE COURT:  All right.  So that's your motion.

10           MR. AGNIFILO:  That's my motion.  But it's also I

11   don't believe it's appropriate expert testimony and I think we

12   need a Daubert hearing for both of them.

13           THE COURT:  Oh, now we have to have a Daubert

14   hearing?

15           MR. AGNIFILO:  Right.  Because they just gave us the

16   notice three days ago.

17           MS. PENZA:  We have no objection to having -- we

18   don't believe that a Daubert hearing is necessary, so we think

19   they should put in their papers.  Neither of both of these are

20   leading experts in their field, your Honor.  This is the type

21   of testimony that has been introduced in other cases; and so,

22   we don't believe there will be a need for a hearing.

23           THE COURT:  Why don't you put in your papers by

24   Wednesday, put in your papers by Friday, I'll hold a hearing

25   on Saturday.  I don't have time.  Saturday morning, 9:30,

*Proceedings*                                              **653**

1  we'll have been a Daubert hearing.  How is that?  We can just

2  do it.

3          MR. AGNIFILO:  I'll be here, Judge.

4          MS. PENZA:  Your Honor, I do have -- I have a

5  personal -- my little brother is graduating from law school

6  that day.

7          THE COURT:  Another member of the family is going to

8  be a lawyer?

9          MS. PENZA:  Yes.

10          THE COURT:  Congratulations.

11          MS. PENZA:  Thank you.  So we could not do it.

12          I'm already -- you know, it's difficult to already

13  be away from the trial but I would like to not miss that, your

14  Honor.

15          THE COURT:  Try to work out a date for a Daubert

16  hearing.

17          MS. PENZA:  Thank you, your Honor.

18          I mean, we would ask that your Honor consider the

19  papers first because there's going grounds Daubert hearing.

20          THE COURT:  Your papers by Wednesday and your papers

21  by Friday and we'll have other weekends when we can do it.

22          MS. PENZA:  Thank you, your Honor.

23          THE COURT:  I do evenings and weekends when I'm on

24  trial so as you do.

25          Is there anything else for today?  You all have

*Proceedings*                                              **654**

1   copies of the trial schedule the dates and so forth, right?

2          MS. PENZA:  I don't think we do.

3          MR. AGNIFILO:  I don't think so.

4          THE COURT:  We'll provide them before you leave

5   today.

6          MR. AGNIFILO:  Very good.

7          THE COURT:  I'll also provide them to the -- I

8   thought we put them up on ECF.

9          I guess we didn't.  We'll also provide them to the

10  Fourth Estate so the press will know.  In addition, the second

11  row on the left, second row outside the well on the right is

12  seating for the Government and on the left will be seating for

13  the defense.

14         MR. AGNIFILO:  Thank you, Judge.  We appreciate

15  that.

16         THE COURT:  And the last row will be for the general

17  public.  The first row will be for the media plus we have the

18  overflow room.

19         If anyone has a smart watch, don't wear it for this

20  trial, you know, go get a Thai mechanics, because I'm not

21  allowing anything like that in the courtroom.

22         Furthermore, if you bring bottled water into the

23  room I think we have cups, use the cups.  Don't drink out of a

24  bottle in the courtroom.  And, of course, I don't allow coffee

25  in the courtroom or any other type of drink than water.  So

1   are there any questions about how we're going to proceed?

2   Something more?

3               MS. PENZA:  Yes, your Honor.  I'm sorry.

4               My understanding was that we were not sitting on

5   Fridays are we now sitting on some Fridays.

6               THE COURT:  Some Fridays.  We're not sitting this

7   Friday.

8               MS. PENZA:  Yes, your Honor.

9               THE COURT:  We're not sitting on the Friday before

10  Memorial Day.  But I think the in-between Friday we're going

11  to sit.

12              MS. PENZA:  Okay.  I just wasn't sure whether we

13  had.

14              THE COURT:  I haven't ruled out Fridays.

15              MS. PENZA:  Okay.

16              THE COURT:  But I want -- the other thing is I want

17  to see how quickly we get through the witnesses and the

18  evidence as to whether it will be necessary to have Friday

19  sitting in June because I'm worried that when we get into the

20  middle of June if we're still going, that that may create some

21  problems with a few of the jurors.  I'll have to go back and

22  look but there may be one or two jurors who have late-June

23  travel plans for vacations.

24              MS. PENZA:  Okay.

25              MR. AGNIFILO:  Would your Honor be open to not

1   sitting on Friday, the 17th, only because I've loaded these

2   days with all my other matters and I have a federal sentencing

3   where --

4           THE COURT:  Who is the judge?

5           MR. AGNIFILO:  It's Judge Furman in the Southern

6   District.

7           THE COURT:  Do you want me to call him?

8           MR. AGNIFILO:  You can call him, but we had to

9   cancel it once because of something that happened --

10  Judge Furman's situation.

11          THE COURT:  Family.  Yes, I understand.

12          MR. AGNIFILO:  So we had to cancel it once and we

13  have people flying in from Ireland and they have tickets.

14          THE COURT:  What Friday is this.

15          MR. AGNIFILO:  The 17th.

16          THE COURT:  Of May.

17          MR. AGNIFILO:  May 17th.

18          THE COURT:  Let's see how we're doing.  I don't

19  know.  Trials come before sentencings.  I give a number of

20  sentencings when lawyers are busy on trial.  And I said don't

21  make any commitments until July, so I think I said that before

22  we even started this process.  And you thought that was a

23  great idea at the time.  Well, not really, but you were

24  willing to accept it.

25          MR. AGNIFILO:  I'll be extra efficient.

*Proceedings*        **657**

1         THE COURT:  Well, we'll see.  Anything else from the

2  defense for today?

3         MR. AGNIFILO:  Nothing from us.

4         MS. PENZA:  No, your Honor.

5         THE COURT:  All right.  Tomorrow morning, 9:30.

6  Thank you very much.

7         MS. PENZA:  Thank you.

8         MR. AGNIFILO:  Thank you.

9         (Defendant exits from courtroom at 12:11 p.m.)

10        THE COURT:  Was there something else.

11        MS. PENZA:  Not necessarily for the record but I

12  have a --

13        THE COURT:  I don't want to do anything off the

14  record.

15        MR. AGNIFILO:  I apologize, your Honor.

16        THE COURT:  And the defendant.  I just don't want to

17  do anything off the record at this point.

18        (Defendant enters the courtroom at 12:12 p.m.)

19        THE COURT:  Briefly.  Please sit down.  Everyone can

20  sit down.

21        MS. PENZA:  Very briefly, your Honor.

22        In the back of the courtroom is Randall Carter, he

23  is going to be helping us with graphics.  And the CSOs were

24  hoping you would grant permission for him to bring in his

25  computer when he is working with us.  And so, we just wanted

*Proceedings*                                              **658**

1    to introduce him to the Court.

2              THE COURT:  Well, he's part of your --

3              MS. PENZA:  Yes, your Honor.

4              THE COURT:  -- organization and he's helping you

5    with technical issues.

6              MS. PENZA:  He is part of a separate organization

7    but he is working with -- he is contracted with the Department

8    of Justice for this.

9              THE COURT:  Any objection?

10             MR. AGNIFILO:  No, your Honor.

11             THE COURT:  That's fine.

12             MS. PENZA:  Thank you, your Honor.

13             THE COURT:  So ordered.

14             Anything else?

15             MS. PENZA:  No, your Honor.

16             THE COURT:  So you only have four people at the

17   Government's table.

18             MS. PENZA:  Terri Carby, our paralegal, will also be

19   at the Government's table.

20             THE COURT:  That's five people.  Give me the list of

21   five and your group.

22             MS. PENZA:  Four plus Mr. Raniere.

23             THE COURT:  Okay.  Very good.

24             Thank you, everybody.

25             MS. PENZA:  Thank you.

*Proceedings*                                                        *659*

1              MR. AGNIFILO:  Thank you.

2              (Defendant exits from courtroom at 12:13 p.m.)

3              (WHEREUPON, this matter was adjourned to May 6,

4      2019, at 9:30 a.m.)

5

6                              *   *   *

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## 1

**100** [5] - 615:3, 624:14, 624:15, 625:21, 627:3
**10017** [1] - 599:18
**11** [4] - 614:25, 625:2, 626:3, 629:21
**112** [4] - 615:3, 617:22, 620:9, 623:10
**11201** [1] - 599:14
**116** [7] - 615:3, 617:15, 617:20, 624:5, 624:6, 625:21, 627:3
**117** [5] - 617:18, 627:8, 629:4, 629:7, 631:3
**11:30** [2] - 630:8, 633:14
**11:52** [1] - 644:1
**12** [11] - 602:8, 615:1, 625:2, 625:9, 625:13, 625:23, 626:2, 626:3, 626:13, 629:21
**120** [5] - 627:8, 629:12, 630:1, 631:10
**122** [4] - 627:8, 629:4, 629:7, 631:3
**12207** [1] - 599:21
**124** [4] - 627:8, 629:10, 629:11, 631:3
**125** [1] - 627:9
**126** [4] - 627:9, 629:12, 630:1, 631:10
**12:11** [1] - 657:9
**12:12** [1] - 657:18
**12:13** [1] - 659:1
**138** [4] - 627:9, 629:10, 629:11, 631:4
**140** [4] - 627:9, 629:12, 630:1, 631:10
**142** [4] - 627:9, 629:10, 629:11, 631:4
**143** [6] - 627:9, 629:4, 629:5, 629:7, 631:3
**144** [4] - 627:9, 629:12, 630:1, 631:10
**153** [4] - 627:9, 629:13, 630:1, 631:9
**16** [12] - 613:19, 634:16, 638:20, 638:21, 638:23, 639:4, 639:8, 641:4, 641:11, 650:21
**17** [1] - 609:11
**17th** [3] - 656:1, 656:15, 656:17
**18** [2] - 602:8, 606:18
**18-CR-0204(NGG** [1] - 599:2

## 2

**20** [5] - 615:1, 625:2, 626:3, 629:21
**2019** [3] - 599:6, 600:17, 659:3
**23** [3] - 616:13, 620:4, 623:8
**234** [1] - 650:7
**26** [4] - 615:1, 625:2, 626:3, 629:21
**26th** [1] - 599:18
**271** [1] - 599:14
**28** [1] - 625:15
**2nd** [1] - 651:6

## 3

**31** [5] - 615:1, 625:2, 625:4, 626:4, 629:21
**32** [4] - 615:2, 617:11, 620:5, 623:9
**36** [5] - 615:2, 626:4, 629:24, 629:25

## 4

**40** [3] - 602:8, 630:5, 633:19
**42** [4] - 615:2, 617:6, 620:5, 623:9
**44** [4] - 615:2, 624:9, 625:21, 627:3
**45** [1] - 638:1
**48** [7] - 615:2, 616:15, 620:8, 623:8, 638:9, 647:14, 648:7
**48-hour** [1] - 639:5

## 5

**5** [1] - 633:4
**50** [5] - 615:2, 625:5, 626:4, 629:22, 629:25
**51** [1] - 606:4
**52** [5] - 615:2, 625:5, 626:4, 629:22, 629:25
**57** [5] - 615:2, 625:5, 626:4, 629:22, 629:25

## 6

**6** [2] - 599:6, 659:2
**60** [4] - 615:2, 618:4, 620:9, 623:10
**613-2605** [1] - 599:24
**63** [5] - 615:2, 616:25, 617:3, 620:8, 623:9
**64** [4] - 615:2, 617:2, 617:4, 623:9
**65** [4] - 615:2, 625:5, 626:4, 629:25
**677** [1] - 599:21
**6:00** [1] - 644:24
**6th** [1] - 600:17

## 7

**7** [1] - 634:13
**707** [1] - 599:21
**71** [4] - 615:2, 625:5, 626:4, 629:25
**718** [1] - 599:24
**73** [4] - 615:2, 616:17, 620:8, 623:8
**767** [1] - 599:18
**77** [5] - 615:2, 625:5, 625:9, 626:4, 629:25
**78** [8] - 615:3, 625:6, 625:14, 629:12, 630:1, 631:10
**7:00** [1] - 644:25

## 8

**80** [4] - 615:3, 618:11, 620:6, 623:10

## 9

**90** [4] - 615:3, 618:8, 620:9, 623:11
**95** [5] - 603:5, 615:3, 617:24, 620:9, 623:10
**9:30** [6] - 599:6, 606:25, 633:3, 652:25, 657:5, 659:3

## A

**a.m** [3] - 599:6, 644:1, 659:3
**abide** [3] - 614:12, 645:8, 649:16

**ability** [2] - 603:21, 614:14
**able** [8] - 605:4, 632:17, 632:18, 635:6, 636:10, 636:11, 636:14, 641:12
**absolutely** [2] - 643:6, 650:20
**absorb** [1] - 642:21
**accept** [1] - 656:24
**access** [6] - 646:22, 646:23, 646:24, 647:4, 647:5
**accommodating** [1] - 649:11
**according** [1] - 642:8
**accurate** [2] - 611:3, 614:17
**accurately** [1] - 611:16
**active** [1] - 642:3
**acts** [1] - 642:17
**addition** [2] - 632:16, 654:10
**additional** [2] - 607:1, 612:13
**Additionally** [1] - 642:15
**address** [2] - 634:17, 645:2
**adjourn** [1] - 632:3
**adjourned** [1] - 659:2
**admissions** [1] - 647:19
**admit** [2] - 635:22, 641:21
**advance** [5] - 633:5, 638:9, 647:14, 648:7, 652:3
**advise** [1] - 613:3
**advising** [1] - 609:2
**affect** [1] - 638:2
**afoul** [4] - 636:20, 636:21, 636:23, 640:11
**afraid** [2] - 611:4, 614:13
**afternoon** [2] - 600:22, 644:25
**afterwards** [2] - 607:4, 614:20
**age** [1] - 604:2
**Agent** [3] - 600:5, 608:2, 608:3
**Agnifilo** [9] - 600:10, 641:9, 641:15, 642:12, 642:15, 643:10, 643:14, 646:13, 648:20
**AGNIFILO** [118] - 599:19, 600:7, 600:10, 600:19, 600:24, 601:6, 601:8, 601:10, 601:13, 601:16, 601:22, 602:10, 603:9, 603:25, 604:3, 604:7, 604:10, 604:13, 604:17, 604:22, 605:2, 605:10, 606:7, 608:5, 608:15, 608:23, 609:22, 610:1, 610:25, 612:21, 612:25, 613:8, 613:12, 613:18, 615:19, 616:5, 616:15, 616:17, 616:22, 616:25, 617:2, 617:8, 617:14, 617:21, 617:24, 618:1, 618:4, 618:8, 618:15, 618:21, 618:24, 619:6, 619:10, 621:8, 621:12, 621:18, 621:25, 623:16, 624:9, 624:11, 624:14, 624:22, 624:24, 625:3, 625:12, 625:19, 625:25, 626:2, 626:5, 626:7, 626:11, 626:16, 629:10, 629:14, 629:18, 630:2, 630:9, 633:23, 634:1, 634:7, 634:11, 634:15, 634:18, 635:9, 635:11, 644:2, 644:12, 644:14, 646:18, 646:21, 646:23, 647:9, 648:9, 648:12, 648:15, 650:1, 650:18, 651:3, 651:5, 651:20, 652:10, 652:15, 653:3,

654:3, 654:6, 654:14, 655:25, 656:5, 656:8, 656:12, 656:15, 656:17, 656:25, 657:3, 657:8, 657:15, 658:10, 658:25
**ago** [3] - 641:8, 652:16
**Agree** [1] - 630:2
**agree** [9] - 603:25, 607:15, 621:5, 625:13, 625:23, 629:13, 639:17, 641:1, 647:1
**agreeable** [1] - 621:7
**agreed** [7] - 606:8, 606:15, 619:2, 646:7, 652:2, 652:3
**agreed-upon** [1] - 652:2
**agreement** [1] - 608:18
**ahead** [1] - 625:4
**aided** [1] - 599:25
**Albany** [1] - 599:21
**alerting** [1] - 649:5
**alias** [1] - 610:15
**aliases** [1] - 610:16
**alleged** [1] - 644:10
**allow** [4] - 621:6, 639:16, 643:7, 654:24
**allowed** [1] - 608:12
**allowing** [1] - 654:21
**alteration** [4] - 611:1, 611:25, 612:22, 612:24
**alternate** [2] - 625:18, 631:19
**alternates** [6] - 602:7, 602:9, 626:13, 626:14, 629:12, 629:25
**alternating** [1] - 608:2
**am's** [1] - 615:5
**ambush** [3] - 641:24, 643:7
**Amendment** [1] - 649:2
**AMERICA** [1] - 599:2
**anonymity** [1] - 611:19
**answer** [1] - 611:6
**anticipate** [1] - 607:4
**anxious** [1] - 603:11
**apologize** [3] - 625:4, 642:23, 657:15
**appear** [1] - 637:21
**appreciate** [2] - 624:17, 654:14
**approach** [1] - 604:11
**appropriate** [5] - 645:22, 645:25, 648:1, 649:11, 652:11
**appropriately** [1] - 645:25
**area** [15] - 612:18, 615:12, 619:3, 621:7, 623:4, 623:13, 630:6, 631:5, 631:14, 633:16, 635:8, 635:9, 635:12, 639:15, 640:1
**areas** [1] - 636:11
**argument** [2] - 649:1, 649:2
**artist** [1] - 608:19
**artists** [3] - 608:11, 609:2, 609:7
**aspects** [2] - 614:7, 645:20
**assembly** [10] - 615:12, 619:3, 621:7, 623:4, 623:13, 627:5, 630:5, 631:5, 631:14, 633:16
**Assistant** [1] - 599:16
**ASSOCIATES** [1] - 599:17
**attempts** [1] - 642:4

**attention** [2] - 633:10, 633:11
**attorney** [1] - 647:5
**Attorney** [1] - 599:13
**Attorneys** [1] - 599:16
**authenticate** [1] - 607:18
**available** [1] - 610:21
**Avenue** [1] - 599:18
**average** [1] - 647:17
**avoid** [1] - 633:7
**await** [1] - 631:15

## B

**bad** [2] - 642:17, 643:8
**balance** [1] - 639:19
**based** [1] - 605:1
**basic** [1] - 612:4
**basis** [1] - 640:17
**bear** [2] - 618:5, 632:12
**become** [1] - 649:13
**BEFORE** [1] - 599:10
**beforehand** [2] - 649:6, 650:14
**behalf** [1] - 633:9
**believes** [1] - 641:18
**belonging** [1] - 643:10
**benefit** [1] - 620:3
**better** [1] - 600:8
**between** [4] - 612:6, 634:22, 649:14, 655:10
**beyond** [1] - 635:5
**big** [2] - 648:20, 652:5
**bigger** [1] - 632:8
**binders** [1] - 609:11
**bit** [1] - 611:9
**blackmail** [1] - 644:10
**bottle** [1] - 654:24
**bottled** [1] - 654:22
**box** [1] - 606:18
**boy** [1] - 648:20
**BRAFMAN** [1] - 599:17
**break** [2] - 630:7, 650:10
**brief** [1] - 607:5
**briefing** [1] - 651:12
**briefly** [2] - 657:19, 657:21
**bring** [9] - 601:19, 605:4, 605:5, 606:3, 614:23, 621:17, 646:1, 654:22, 657:24
**Broadway** [1] - 599:21
**Brooklyn** [2] - 599:4, 599:14
**brother** [1] - 653:5
**brought** [3] - 600:16, 601:3, 601:4
**buffet** [1] - 632:9
**build** [1] - 642:13
**burden** [1] - 648:13
**business** [2] - 607:2
**busy** [1] - 656:20
**BY** [3] - 599:15, 599:19, 599:22

## C

**Cadman** [1] - 599:14
**calendar** [1] - 632:2

**cancel** [2] - 656:9, 656:12
**cannot** [2] - 638:22, 644:15
**Carby** [1] - 658:17
**care** [2] - 603:6, 603:16
**carry** [1] - 642:12
**Carter** [1] - 657:22
**case** [48] - 600:2, 601:7, 601:8, 603:12, 605:7, 610:9, 610:12, 610:16, 621:17, 631:20, 632:22, 632:23, 632:24, 633:18, 634:24, 635:6, 637:1, 637:2, 638:6, 638:7, 638:12, 638:17, 638:23, 639:1, 639:10, 639:17, 640:3, 640:5, 640:6, 640:22, 641:7, 642:14, 645:16, 647:10, 648:2, 649:14, 649:15, 649:19, 650:8, 650:19, 650:20, 650:21, 651:12, 652:5
**case-in-chief** [6] - 648:2, 649:15, 649:19, 650:20, 650:21
**cases** [6] - 635:1, 638:13, 638:15, 638:18, 645:15, 652:21
**categories** [1] - 640:20
**category** [1] - 644:23
**CAUSE** [1] - 599:9
**cautious** [1] - 648:25
**central** [1] - 640:6
**certain** [13] - 611:16, 612:4, 613:4, 620:3, 636:11, 636:12, 636:24, 637:11, 638:24, 642:16, 648:16, 648:17
**certainly** [3] - 600:24, 601:13, 639:22
**cetera** [1] - 612:7
**challenge** [1] - 616:10
**challenges** [7] - 601:20, 602:4, 616:11, 626:13, 629:2, 629:9
**chambers** [1] - 601:11
**chance** [3] - 600:20, 621:20, 634:6
**change** [5] - 633:5, 633:6, 636:9, 648:8
**changed** [1] - 600:7
**chart** [1] - 602:6
**cheat** [4] - 610:14, 610:21, 611:5, 611:8
**chief** [20] - 634:24, 635:7, 638:6, 638:7, 638:12, 638:18, 639:10, 640:3, 640:5, 640:6, 640:22, 641:7, 647:23, 648:2, 649:15, 649:19, 650:20, 650:21
**Circuit** [2] - 638:16, 640:19
**circuit** [2] - 638:17, 640:24
**clarification** [1] - 613:18
**clear** [4] - 610:25, 611:17, 612:22, 617:15
**clearer** [2] - 645:4, 649:13
**clearly** [1] - 635:4
**clerk** [1] - 631:20
**CLERK** [1] - 602:1
**client** [5] - 601:3, 616:3, 616:4, 644:8, 647:4
**close** [1] - 634:12
**closer** [2] - 616:9, 636:2
**co** [1] - 640:3
**co-terminus** [1] - 640:3
**coffee** [1] - 654:24

collateral [5] - 643:10, 646:15, 646:19, 646:23, 647:11
collateralized [3] - 642:19, 642:24, 644:9
collecting [1] - 644:9
coming [3] - 603:24, 606:9, 610:5
comment [1] - 634:8
commitments [1] - 656:21
communications [1] - 637:13
complaints [1] - 642:12
complete [1] - 633:7
completely [1] - 647:12
comply [1] - 610:6
compromise [1] - 644:3
Computer [1] - 599:25
computer [1] - 657:25
Computer-aided [1] - 599:25
computerized [1] - 599:25
computers [1] - 643:2
conceded [1] - 640:17
conceding [2] - 650:18, 650:19
concern [9] - 601:2, 604:7, 604:14, 614:5, 634:18, 634:21, 642:17, 645:8, 649:8
concerns [5] - 645:2, 645:3, 645:20, 646:14
concession [1] - 650:12
conclusions [1] - 613:10
conference [6] - 603:1, 616:1, 621:1, 624:1, 628:3, 630:11
configuration [1] - 600:8
congratulations [1] - 653:10
consensual [3] - 604:23, 635:23, 640:4
consider [1] - 653:18
considering [1] - 625:16
consist [1] - 638:24
consistent [1] - 610:8
constitute [1] - 631:19
consult [1] - 609:24
contact [2] - 613:22, 614:8
contention [3] - 605:2, 605:3, 635:18
continue [2] - 633:10, 633:15
Continued [12] - 602:16, 605:17, 615:23, 619:13, 620:13, 622:3, 623:19, 626:19, 627:11, 628:4, 630:12, 643:17
continuing [1] - 607:13
contracted [1] - 658:7
contrary [1] - 641:19
control [5] - 638:7, 638:10, 638:22, 639:3, 639:11
convenient [1] - 611:22
copies [2] - 609:10, 654:1
copy [2] - 631:25, 632:1
core [2] - 614:7, 614:9
correct [2] - 609:21, 635:9
counsel [5] - 600:5, 608:2, 609:18, 610:12, 610:20
country [1] - 601:4
couple [8] - 600:16, 606:19, 606:20,

611:10, 611:24, 613:13, 641:6, 641:8
course [4] - 614:2, 621:22, 650:4, 654:24
COURT [194] - 599:1, 600:6, 600:9, 600:13, 600:21, 601:5, 601:7, 601:9, 601:11, 601:14, 601:18, 601:24, 602:2, 602:4, 602:11, 603:3, 603:11, 604:1, 604:5, 604:8, 604:12, 604:14, 604:20, 604:24, 605:5, 605:11, 605:14, 606:2, 606:8, 606:12, 606:14, 606:16, 607:8, 607:20, 607:23, 608:4, 608:6, 608:14, 608:16, 608:24, 609:1, 609:6, 609:14, 609:19, 609:23, 610:2, 610:5, 610:7, 610:23, 612:14, 612:24, 613:1, 613:10, 613:14, 613:16, 614:19, 614:23, 615:4, 615:20, 616:3, 616:6, 616:8, 616:14, 616:16, 616:18, 616:21, 616:23, 617:1, 617:3, 617:7, 617:9, 617:12, 617:17, 617:19, 617:23, 617:25, 618:2, 618:6, 618:9, 618:12, 618:14, 618:18, 618:22, 618:25, 619:7, 619:11, 620:2, 621:3, 621:10, 621:13, 621:15, 621:22, 622:1, 623:2, 623:17, 624:3, 624:6, 624:10, 624:12, 624:15, 624:18, 624:21, 624:23, 624:25, 625:5, 625:9, 625:13, 625:20, 626:1, 626:3, 626:6, 626:8, 626:10, 626:12, 626:17, 627:2, 627:10, 628:2, 629:1, 629:6, 629:11, 629:16, 629:20, 629:24, 630:3, 630:10, 631:2, 631:8, 631:11, 631:18, 631:23, 633:14, 633:22, 633:24, 634:2, 634:4, 634:8, 634:14, 634:16, 635:8, 635:10, 640:14, 640:18, 642:21, 643:4, 644:7, 644:13, 646:10, 646:16, 646:24, 647:2, 647:12, 648:11, 648:13, 650:15, 650:23, 651:1, 651:4, 651:19, 652:9, 652:13, 652:23, 653:7, 653:10, 653:15, 653:20, 653:23, 654:4, 654:7, 654:16, 655:6, 655:9, 655:14, 655:16, 656:4, 656:7, 656:11, 656:14, 656:16, 656:18, 657:1, 657:5, 657:10, 657:13, 657:16, 657:19, 658:2, 658:4, 658:9, 658:11, 658:13, 658:15, 658:19, 658:22
Court [23] - 599:23, 603:3, 603:15, 607:17, 608:3, 613:4, 620:4, 623:5, 627:5, 631:15, 633:9, 637:19, 639:15, 639:17, 643:15, 645:7, 646:12, 647:16, 647:21, 647:22, 648:14, 651:13, 658:1
court [12] - 600:1, 603:14, 606:1, 620:1, 623:1, 627:1, 628:1, 631:1, 638:18, 644:1, 649:13, 650:8
Court's [5] - 609:20, 610:8, 613:19, 614:12, 649:16
Courthouse [1] - 599:4
courthouse [2] - 615:14, 632:11
COURTROOM [6] - 600:2, 614:22, 614:25, 617:20, 627:8, 631:9

courtroom [12] - 608:11, 608:19, 633:13, 633:17, 654:21, 654:24, 654:25, 657:9, 657:18, 657:22, 659:1
courts [3] - 640:23, 640:24, 641:2
create [1] - 655:20
created [1] - 638:22
credibility [3] - 611:15, 614:6, 634:23
credible [1] - 640:7
crimes [2] - 612:2, 643:14
CRIMINAL [1] - 599:9
cross [28] - 605:4, 610:10, 614:2, 614:5, 614:14, 636:13, 636:24, 636:25, 637:1, 637:5, 637:12, 637:20, 639:14, 639:15, 642:9, 645:13, 647:15, 647:20, 648:25, 649:3, 649:19, 650:2, 650:4, 650:5, 650:6, 650:12, 650:13, 650:22
cross-examination [17] - 605:4, 614:2, 614:5, 636:13, 636:24, 636:25, 637:1, 637:5, 637:12, 637:20, 642:9, 645:13, 647:15, 649:3, 649:19, 650:2, 650:22
cross-examine [1] - 614:14
cross-examined [1] - 647:20
CRR [1] - 599:23
CSOs [1] - 657:23
cups [2] - 654:23
current [2] - 635:21, 638:17
custodian [2] - 607:14, 607:18
cut [1] - 648:2

# D

DANIELLE [1] - 599:22
Danielle [1] - 600:11
dark [1] - 647:12
date [5] - 601:15, 651:9, 652:3, 652:5, 653:15
dated [1] - 600:17
dates [1] - 654:1
Daubert [6] - 652:12, 652:13, 652:18, 653:1, 653:15, 653:19
days [3] - 647:14, 652:16, 656:2
deadline [1] - 610:2
deal [1] - 612:19
dealing [2] - 611:12, 613:2
decides [1] - 603:8
decision [4] - 615:6, 640:9, 648:20, 648:21
decisions [1] - 639:18
defendant [14] - 599:8, 607:15, 624:12, 640:16, 640:17, 640:18, 641:3, 641:6, 641:21, 642:7, 642:18, 642:24, 649:18, 657:16
Defendant [4] - 599:17, 657:9, 657:18, 659:1
defendant's [1] - 611:19
defendants [1] - 642:1
Defendants [1] - 643:13
defense [23] - 602:5, 608:1, 609:18, 610:12, 610:20, 612:18, 613:19, 616:11, 616:14, 616:23, 617:4,

617:13, 618:2, 624:7, 626:15, 629:8, 629:18, 638:17, 639:17, 640:19, 649:15, 654:13, 657:2
**defense's** [1] - 640:21
**defined** [1] - 638:18
**delete** [1] - 643:1
**deleting** [1] - 642:20
**deliberation** [1] - 632:5
**delineate** [1] - 649:14
**delineated** [1] - 640:20
**denied** [1] - 651:17
**DENISE** [1] - 599:23
**DeniseParisi72@gmail.com** [1] - 599:24
**Department** [2] - 652:6, 658:7
**DEPUTY** [6] - 600:2, 614:22, 614:25, 617:20, 627:8, 631:9
**DerOhannesian** [1] - 600:11
**DEROHANNESIAN** [3] - 599:20, 599:22
**describing** [1] - 641:15
**devices** [1] - 643:2
**difference** [1] - 650:17
**different** [9] - 601:7, 601:8, 605:3, 637:17, 640:8, 640:20, 648:16, 650:7, 650:10
**difficult** [2] - 611:23, 653:12
**difficulty** [1] - 607:14
**dilemma** [1] - 636:18
**direct** [20] - 614:4, 614:17, 635:5, 635:14, 635:17, 635:19, 635:20, 636:5, 636:17, 637:23, 638:1, 638:2, 638:3, 639:17, 640:8, 644:4, 645:14, 646:1, 646:8, 649:7
**direction** [1] - 649:16
**disagreement** [1] - 612:18
**disclosure** [1] - 652:8
**disclosures** [3] - 651:18, 651:22, 651:24
**discovery** [8] - 613:19, 638:20, 638:21, 639:2, 639:23, 640:22, 641:4, 641:10
**discuss** [7] - 609:17, 610:11, 610:19, 612:17, 612:21, 632:22, 632:23
**discussed** [1] - 601:1
**discussing** [1] - 632:21
**discussion** [1] - 633:15
**dishonest** [1] - 604:11
**dismiss** [2] - 618:16, 625:21
**dispute** [1] - 607:12
**distinction** [1] - 649:14
**distinguishing** [2] - 612:1, 612:6
**distribute** [1] - 601:24
**DISTRICT** [3] - 599:1, 599:1, 599:10
**District** [3] - 599:13, 652:6, 656:6
**docket** [1] - 609:25
**doctor** [5] - 603:4, 603:13, 603:18, 603:23, 604:6
**doctors** [1] - 604:1
**done** [8] - 606:22, 613:13, 615:10, 632:13, 637:19, 645:16, 650:7
**DONOGHUE** [1] - 599:12

**DOS** [3] - 635:3, 642:19, 642:24
**DOS-related** [1] - 635:3
**down** [5] - 633:15, 634:4, 636:7, 657:19, 657:20
**downstairs** [4] - 606:23, 621:16, 625:22, 632:6
**drawn** [1] - 634:21
**drink** [2] - 654:23, 654:25
**drive** [1] - 609:12
**due** [4] - 614:13, 640:11, 645:10, 649:1
**during** [3] - 632:12, 638:22, 645:22
**dying** [1] - 637:9

## E

**E-mail** [1] - 599:24
**early** [2] - 605:12, 633:6
**ears** [1] - 603:24
**easier** [2] - 645:7, 645:18, 645:19
**East** [1] - 599:14
**EASTERN** [1] - 599:1
**Eastern** [2] - 599:13, 652:6
**easy** [2] - 611:9, 611:10
**ECF** [1] - 654:8
**effect** [2] - 603:20, 609:6
**efficient** [2] - 649:25, 656:25
**eight** [2] - 616:16, 625:6
**eighty** [1] - 618:12
**either** [1] - 635:20
**elicits** [1] - 641:16
**encounter** [3] - 604:23, 605:1, 640:4
**encourage** [1] - 603:22
**End** [1] - 630:11
**end** [13] - 605:6, 605:16, 615:10, 619:12, 622:2, 626:18, 632:20, 633:3, 633:6, 638:5, 645:2, 646:8, 649:7
**enormous** [1] - 607:14
**ensure** [1] - 612:12
**enter** [1] - 614:24
**entered** [2] - 608:13, 608:21
**enters** [1] - 657:18
**entirely** [4] - 613:22, 613:24, 636:14, 645:24
**environment** [1] - 612:8
**equivalent** [1] - 646:24
**error** [1] - 638:19
**ESQ** [8] - 599:12, 599:15, 599:15, 599:16, 599:19, 599:19, 599:22, 599:22
**Estate** [1] - 654:10
**et** [1] - 612:7
**evenings** [1] - 653:23
**event** [4] - 604:19, 611:3, 611:7, 611:8
**events** [2] - 611:16, 636:2
**evidence** [17] - 608:13, 608:21, 640:20, 641:22, 642:9, 642:20, 642:25, 643:1, 644:16, 644:17, 644:18, 644:22, 647:23, 647:25, 648:1, 649:18, 655:18
**evidence-in-chief** [1] - 647:23
**ex** [1] - 647:16
**exactly** [4] - 635:15, 637:19, 649:3,

650:9
**exaggerated** [1] - 636:12
**examination** [27] - 605:4, 614:2, 614:5, 614:17, 635:5, 635:15, 635:17, 635:19, 635:20, 636:5, 636:13, 636:17, 636:24, 636:25, 637:1, 637:5, 637:12, 637:20, 640:8, 642:9, 645:13, 647:15, 649:3, 649:19, 650:2, 650:22
**examine** [1] - 614:14
**examined** [1] - 647:20
**example** [2] - 635:1, 639:13
**excellent** [1] - 604:6
**excuse** [2] - 621:15, 621:19
**excused** [2] - 631:7, 631:17
**exhibits** [3] - 609:10, 642:1, 651:24
**exit** [1] - 627:7
**exits** [3] - 633:13, 657:9, 659:1
**expect** [1] - 635:13
**expecting** [1] - 611:24
**expeditiously** [1] - 633:8
**experienced** [1] - 636:6
**expert** [6] - 651:6, 651:13, 651:22, 651:24, 652:8, 652:11
**experts** [6] - 651:5, 651:7, 651:9, 651:10, 651:11, 652:20
**extent** [4] - 608:13, 608:20, 642:15, 643:10
**extortion** [1] - 643:13
**extra** [1] - 656:25

## F

**face** [1] - 651:17
**fact** [3] - 610:13, 641:25, 647:2
**fair** [2] - 640:24, 646:9
**faith** [1] - 643:8
**falls** [1] - 644:22
**false** [2] - 644:12, 644:14
**familiar** [1] - 632:15
**family** [2] - 653:7, 656:11
**far** [1] - 609:11
**fast** [1] - 605:12
**FBI** [1] - 600:5
**February** [2] - 651:10, 651:22
**federal** [1] - 656:2
**few** [7] - 607:5, 631:6, 632:4, 647:18, 655:21
**field** [1] - 652:20
**fifth** [2] - 624:3, 624:7
**figure** [2] - 611:12, 639:7
**filed** [2] - 600:16, 634:9
**final** [3] - 601:20, 615:6, 629:8
**finally** [1] - 609:16
**fine** [14] - 600:9, 601:13, 601:16, 601:17, 616:8, 616:22, 618:24, 619:3, 619:6, 625:19, 625:20, 634:14, 648:9, 658:11
**finish** [2] - 607:9, 613:15
**First** [1] - 631:24
**first** [32] - 603:12, 603:21, 606:20, 607:11, 607:19, 611:9, 611:10,

611:11, 611:13, 611:18, 611:19, 611:21, 611:25, 612:6, 612:14, 612:16, 613:1, 616:11, 616:24, 617:10, 618:3, 619:4, 624:4, 624:13, 626:15, 641:3, 644:20, 644:23, 646:6, 652:1, 653:19, 654:17
**five** [2] - 658:19, 658:20
**Floor** [1] - 599:18
**floor** [1] - 623:13
**flying** [1] - 656:13
**follow** [2] - 621:10, 641:11
**following** [12] - 605:17, 619:13, 620:4, 620:7, 622:3, 623:2, 623:5, 626:19, 627:2, 627:11, 631:2, 632:14
**follows** [1] - 625:1
**FOR** [1] - 599:9
**forever** [1] - 636:9
**forgot** [1] - 652:7
**form** [1] - 601:21
**formal** [1] - 612:8
**forth** [3] - 602:6, 632:24, 654:1
**forty** [1] - 616:16
**forty-eight** [1] - 616:16
**forward** [2] - 646:13, 647:13
**four** [7] - 600:22, 617:25, 618:2, 620:9, 658:15, 658:21
**Fourth** [1] - 654:10
**frankly** [1] - 618:23
**fraud** [1] - 643:13
**Friday** [11] - 610:3, 610:5, 652:24, 653:21, 655:7, 655:9, 655:10, 655:18, 656:1, 656:14
**Fridays** [4] - 655:5, 655:6, 655:14
**front** [4] - 601:10, 609:3, 610:14, 636:8
**Furman** [1] - 656:5
**Furman's** [1] - 656:10
**furthering** [2] - 614:7, 634:24
**furthermore** [1] - 654:22
**fuzzy** [1] - 640:1

## G

**gained** [1] - 644:5
**gamesmanship** [1] - 649:22
**Garaufis** [1] - 615:6
**GARAUFIS** [1] - 599:10
**gathered** [2] - 643:3, 643:8
**gathering** [1] - 642:25
**gauge** [1] - 611:2
**general** [3] - 603:19, 634:19, 654:16
**gentle** [1] - 646:1
**gentlemen** [2] - 615:5, 631:18
**Geragos** [1] - 600:10
**GERAGOS** [1] - 599:19
**given** [7] - 607:16, 611:14, 611:15, 633:1, 636:15, 636:16, 641:25
**Government** [39] - 599:12, 600:17, 602:6, 604:16, 604:21, 606:14, 607:11, 610:8, 611:20, 612:11, 613:3, 613:9, 614:15, 614:16, 616:10, 616:12, 616:13, 617:3, 617:4, 617:6,

617:10, 617:11, 617:12, 618:9, 621:3, 624:4, 624:19, 626:14, 644:4, 644:8, 645:14, 645:20, 646:7, 647:23, 649:7, 650:3, 651:6, 651:16, 654:12
**government** [25] - 629:2, 629:19, 635:2, 636:4, 636:15, 636:16, 637:7, 637:15, 637:16, 637:21, 637:22, 637:25, 638:4, 639:6, 639:9, 639:21, 641:10, 641:23, 641:24, 642:3, 642:16, 642:17, 642:19, 643:16
**Government's** [9] - 609:20, 625:17, 645:8, 646:14, 649:17, 649:20, 651:18, 658:16, 658:18
**government's** [1] - 643:12
**graduating** [1] - 653:5
**grant** [3] - 605:8, 605:9, 657:24
**granted** [2] - 605:14, 608:8
**graphics** [1] - 657:23
**great** [2] - 649:1, 656:23
**ground** [2] - 637:24
**grounds** [2] - 651:19, 653:19
**group** [5] - 603:16, 617:19, 633:17, 658:20
**guess** [2] - 637:3, 654:9
**guidance** [1] - 637:3
**guilty** [1] - 643:14

## H

**Hajjar** [1] - 600:3
**HAJJAR** [1] - 599:15
**half** [1] - 638:1
**Hallmark** [1] - 605:1
**Hallmarkings** [1] - 604:23
**handing** [1] - 603:8
**handle** [3] - 601:12, 601:18, 601:20
**happy** [9] - 610:19, 612:21, 613:8, 626:3, 638:14, 644:2, 644:19, 645:12, 645:17
**hard** [3] - 609:10, 611:21, 612:11
**hardly** [1] - 651:4
**hear** [3] - 630:8, 644:16, 645:19, 647:6
**heard** [1] - 644:13
**hearing** [14] - 603:2, 605:9, 616:2, 621:2, 624:2, 641:8, 652:12, 652:14, 652:18, 652:22, 652:24, 653:1, 653:16, 653:19
**heartland** [2] - 614:1, 614:5
**held** [5] - 603:1, 616:1, 621:1, 624:1, 641:2
**help** [1] - 636:16
**helpful** [1] - 610:21
**helping** [2] - 657:23, 658:4
**hold** [5] - 624:8, 624:25, 641:12, 652:24
**Hold** [1] - 629:6
**holding** [1] - 643:15
**honest** [2] - 637:15, 637:16
**honestly** [2] - 637:9, 649:12
**Honor** [90] - 600:4, 600:7, 601:17, 601:23, 606:11, 606:13, 606:15, 607:6, 607:10, 607:11, 607:21, 608:8,

608:25, 609:8, 609:9, 609:10, 609:11, 609:13, 609:15, 610:4, 610:14, 611:17, 611:18, 612:20, 613:15, 616:7, 617:16, 621:9, 626:9, 629:4, 629:15, 629:23, 633:21, 634:25, 638:4, 638:13, 640:15, 641:1, 641:2, 641:3, 641:14, 641:21, 641:25, 642:3, 642:23, 643:7, 643:9, 644:4, 644:15, 644:20, 644:22, 644:24, 645:1, 645:3, 645:12, 645:15, 646:5, 646:11, 647:1, 648:10, 648:19, 649:6, 649:13, 649:17, 650:13, 650:14, 650:25, 651:9, 651:15, 652:20, 653:4, 653:14, 653:17, 653:18, 653:22, 655:3, 655:8, 655:25, 657:4, 657:15, 657:21, 658:3, 658:10, 658:12, 658:14
**Honor's** [8] - 603:9, 614:11, 636:20, 636:21, 636:22, 636:23, 640:9, 642:8
**HONORABLE** [1] - 599:10
**hoping** [2] - 648:18, 657:24
**hospital** [1] - 603:17
**hour** [1] - 638:1
**hours** [3] - 638:9, 647:14, 648:7
**housekeeping** [1] - 607:5
**hundred** [1] - 645:9

## I

**idea** [5] - 641:5, 641:11, 643:6, 651:12, 656:23
**identical** [1] - 612:15
**identified** [2] - 621:6, 632:1
**identify** [1] - 608:11
**identity** [3] - 608:18, 609:17, 611:20
**illegally** [1] - 644:5
**imaginary** [1] - 634:22
**imagine** [1] - 634:12
**immediately** [1] - 643:16
**impeach** [3] - 639:24, 641:19, 642:14
**impeaching** [2] - 614:6, 640:2
**impeachment** [6] - 634:22, 639:7, 640:21, 641:16, 648:1, 649:15
**implications** [3] - 614:13, 640:12, 645:10
**important** [4] - 637:2, 639:24, 641:14, 651:23
**imposed** [1] - 639:5
**in-between** [1] - 655:10
**inadvisable** [1] - 603:9
**inclination** [1] - 603:10
**inconsistencies** [1] - 646:2
**inconsistent** [1] - 614:4
**indicate** [1] - 615:8
**indication** [1] - 603:17
**individual** [1] - 603:18
**individual's** [1] - 613:4
**individuals** [1] - 610:18
**information** [1] - 631:24
**initial** [3] - 611:25, 612:16, 648:2
**inside** [1] - 606:20
**instead** [1] - 648:22

**instinctively** [1] - 612:10
**instructions** [7] - 615:12, 623:4, 623:14, 627:6, 631:5, 631:15, 633:1
**intend** [1] - 641:7
**intended** [2] - 642:1, 642:8
**intends** [1] - 649:18
**interest** [1] - 608:9
**interested** [1] - 648:14
**interviewed** [1] - 632:10
**introduce** [2] - 649:18, 658:1
**introduced** [1] - 652:21
**Ireland** [1] - 656:13
**issue** [8] - 601:14, 601:15, 603:7, 603:10, 604:16, 640:16, 649:5, 651:3
**issues** [3] - 606:24, 634:16, 658:5
**it'll** [1] - 649:13
**item** [1] - 607:19
**items** [3] - 642:8, 647:18, 647:24

## J

**job** [2] - 603:21, 604:6
**Judge** [25] - 600:20, 601:2, 601:22, 609:22, 615:5, 616:22, 617:14, 617:21, 618:1, 618:5, 621:25, 623:16, 629:14, 630:9, 633:23, 634:7, 634:15, 644:19, 647:10, 650:18, 651:5, 653:3, 654:14, 656:5, 656:10
**JUDGE** [1] - 599:10
**judge** [5] - 601:9, 601:10, 637:4, 650:1, 656:4
**July** [1] - 656:21
**June** [3] - 655:19, 655:20, 655:22
**Juror** [30] - 614:25, 615:1, 616:13, 616:15, 620:5, 620:6, 620:8, 623:8, 623:9, 623:10, 623:11, 625:14, 627:3, 631:3, 631:4
**juror** [10] - 603:5, 603:7, 603:12, 603:15, 603:22, 606:4, 606:6, 606:8, 620:4, 625:7
**juror's** [2] - 603:20, 632:6
**jurors** [39] - 600:15, 601:19, 602:8, 602:12, 606:2, 606:4, 606:18, 606:23, 614:23, 614:24, 615:8, 618:16, 618:19, 620:3, 620:4, 620:7, 621:6, 621:19, 623:3, 623:5, 625:1, 625:13, 625:15, 625:23, 627:2, 627:7, 629:21, 630:5, 631:2, 631:7, 631:8, 631:12, 631:17, 631:19, 633:16, 633:18, 655:21, 655:22
**Jury** [2] - 631:21, 633:13
**jury** [40] - 602:5, 602:8, 603:2, 606:23, 607:3, 609:3, 615:7, 615:9, 615:10, 615:11, 615:12, 615:15, 615:15, 616:2, 619:3, 621:2, 621:7, 623:3, 623:13, 624:2, 626:10, 627:5, 630:3, 630:5, 630:7, 631:5, 631:13, 631:14, 631:19, 632:5, 632:18, 632:20, 633:8, 633:12, 633:16, 635:25, 636:9, 636:13, 643:5
**JURY** [2] - 599:9, 631:22

**justice** [2] - 652:6, 658:8

## K

**keep** [2] - 618:14, 644:11
**Keith** [5] - 600:11, 635:4, 635:23, 637:13, 640:4
**KEITH** [1] - 599:7
**kept** [2] - 636:18, 636:19
**KIM** [1] - 599:15
**kind** [3] - 610:17, 612:8, 640:2
**kitchen** [1] - 647:3
**known** [1] - 610:19
**knows** [1] - 637:4

## L

**Ladies** [1] - 631:18
**ladies** [1] - 615:5
**large** [1] - 609:11
**last** [12] - 608:15, 612:4, 612:7, 612:9, 612:11, 612:16, 613:2, 613:4, 613:5, 617:19, 651:16, 654:16
**late** [2] - 633:6, 655:22
**late-June** [1] - 655:22
**law** [2] - 605:7, 653:5
**lawyer** [4] - 636:13, 639:14, 647:9, 653:8
**lawyers** [2] - 636:7, 656:20
**leading** [1] - 652:20
**least** [2] - 604:3, 644:13
**leave** [3] - 621:16, 623:6, 654:4
**led** [1] - 642:18
**left** [5] - 618:17, 621:11, 632:20, 654:11, 654:12
**legal** [1] - 632:17
**Lesko** [2] - 600:4, 604:4
**LESKO** [3] - 599:16, 625:8, 625:11
**letter** [15] - 602:12, 603:3, 603:15, 603:23, 604:2, 604:21, 604:25, 605:6, 605:10, 613:1, 633:24, 634:10, 634:12, 644:24
**letters** [2] - 603:24, 647:18
**Lever** [1] - 608:3
**lied** [1] - 636:11
**limine** [1] - 609:21
**line** [4] - 634:21, 634:22, 638:15, 645:25
**lines** [1] - 636:24
**list** [2] - 625:2, 658:19
**live** [1] - 648:21
**loaded** [1] - 656:1
**lodge** [1] - 651:13
**look** [6] - 600:20, 602:2, 618:19, 633:24, 647:16, 655:22
**looking** [4] - 611:23, 637:3, 650:9, 650:10
**love** [2] - 604:13, 647:18
**lower** [3] - 640:23, 641:2
**lunch** [2] - 615:15, 632:6
**luncheon** [1] - 632:9
**lunches** [2] - 632:7, 632:9

**lunchroom** [1] - 615:15
**lying** [1] - 611:7

## M

**mail** [1] - 599:24
**major** [1] - 650:12
**Malaysia** [1] - 601:3
**Mark** [1] - 600:3
**mark** [1] - 600:10
**MARK** [2] - 599:16, 599:19
**marshals** [4] - 606:24, 615:14, 632:10, 632:13
**material** [4] - 636:16, 644:9, 646:5, 647:17
**materials** [14] - 634:20, 637:25, 639:21, 639:24, 640:12, 641:12, 642:16, 642:18, 643:8, 643:12, 644:5, 646:7, 647:16, 647:21
**matter** [2] - 612:9, 659:2
**matters** [2] - 607:6, 656:2
**mean** [8] - 603:23, 614:9, 647:3, 650:9, 650:22, 651:20, 652:2, 653:18
**means** [2] - 603:14, 650:21
**meant** [1] - 639:8
**mechanics** [1] - 654:20
**media** [1] - 654:17
**medical** [1] - 603:16
**meet** [2] - 606:23, 615:13
**member** [4] - 648:3, 648:4, 648:10, 653:7
**members** [1] - 615:7
**Memorial** [1] - 655:10
**memory** [1] - 610:17
**Mexico** [2] - 642:24, 644:9
**Michael** [3] - 600:5, 608:2, 608:3
**middle** [2] - 637:24, 655:20
**midnight** [1] - 605:11
**might** [8] - 613:2, 625:3, 634:9, 645:13, 647:19, 647:20, 648:19, 650:14
**million** [1] - 634:25
**mind** [2] - 632:12, 652:7
**mindful** [3] - 645:9, 645:21, 645:22
**minute** [1] - 624:8
**minutes** [4] - 600:16, 631:6, 632:4, 638:1
**misremembered** [1] - 636:12
**miss** [1] - 653:13
**missed** [1] - 629:24
**MOIRA** [1] - 599:15
**moira** [1] - 600:3
**moment** [1] - 609:19
**momentarily** [1] - 602:2
**months** [3] - 651:22, 652:3, 652:7
**morning** [6] - 600:4, 600:6, 600:7, 600:13, 605:12, 606:25, 615:5, 633:3, 652:25, 657:5
**most** [5] - 611:22, 634:24, 638:18, 639:20, 641:14
**motion** [8] - 600:16, 604:16, 605:8, 605:14, 608:8, 626:8, 652:9, 652:10

**motions** [2] - 609:21, 629:17
**move** [2] - 616:9, 642:22
**MR** [119] - 600:7, 600:10, 600:19, 600:24, 601:6, 601:8, 601:10, 601:13, 601:16, 601:22, 602:10, 603:9, 603:25, 604:3, 604:7, 604:10, 604:13, 604:17, 604:22, 605:2, 605:10, 606:7, 608:5, 608:15, 608:23, 609:22, 610:1, 610:25, 612:21, 612:25, 613:8, 613:12, 613:18, 615:19, 616:5, 616:15, 616:17, 616:22, 616:25, 617:2, 617:8, 617:14, 617:21, 617:24, 618:1, 618:4, 618:8, 618:15, 618:21, 618:24, 619:6, 619:10, 621:8, 621:12, 621:18, 621:25, 623:16, 624:9, 624:11, 624:14, 624:22, 624:24, 625:3, 625:8, 625:11, 625:12, 625:9, 625:25, 626:2, 626:5, 626:7, 626:11, 626:16, 629:10, 629:14, 629:18, 630:2, 630:9, 633:23, 634:1, 634:7, 634:11, 634:15, 634:18, 635:9, 635:11, 644:2, 644:12, 644:14, 646:18, 646:21, 646:23, 647:9, 648:9, 648:12, 648:15, 650:7, 650:18, 651:3, 651:5, 651:20, 652:10, 652:15, 653:3, 654:3, 654:6, 654:14, 655:25, 656:5, 656:8, 656:12, 656:15, 656:17, 656:25, 657:3, 657:8, 657:15, 658:10, 658:25
**MS** [78] - 600:3, 601:17, 601:23, 605:13, 605:15, 606:11, 606:13, 606:15, 607:5, 607:10, 607:21, 607:24, 608:7, 608:17, 608:25, 609:5, 609:8, 609:15, 610:6, 611:17, 612:20, 613:15, 616:7, 616:13, 616:20, 617:6, 617:11, 617:16, 617:18, 618:11, 618:13, 621:9, 621:14, 621:14, 624:16, 624:20, 625:17, 626:9, 629:4, 629:15, 629:19, 629:23, 633:21, 640:15, 641:1, 642:23, 643:6, 646:11, 646:17, 646:20, 646:22, 647:1, 649:17, 650:25, 651:15, 652:17, 653:4, 653:9, 653:11, 653:17, 653:22, 654:2, 655:3, 655:8, 655:12, 655:15, 655:24, 657:4, 657:7, 657:11, 657:21, 658:3, 658:6, 658:12, 658:14, 658:17, 658:21, 658:24
**multiple** [1] - 642:6
**musical** [1] - 603:5

**N**

**name** [10] - 611:1, 611:11, 611:25, 612:1, 612:6, 612:11, 612:16, 613:2, 613:4
**named** [1] - 623:6
**names** [11] - 610:18, 611:9, 611:10, 611:13, 611:21, 612:4, 612:7, 612:9, 612:14, 612:23, 613:5
**narrowed** [1] - 612:19
**naturally** [2] - 612:5, 612:7
**nature** [1] - 640:13

**necessarily** [1] - 657:11
**necessary** [2] - 652:18, 655:18
**need** [13] - 600:21, 602:8, 606:21, 607:9, 609:3, 611:15, 632:2, 632:3, 632:19, 645:11, 648:2, 652:12, 652:22
**needing** [1] - 607:4
**never** [4] - 614:8, 635:16, 638:11, 642:2
**NEW** [1] - 599:1
**new** [4] - 635:8, 635:9, 635:12, 639:14
**New** [8] - 599:4, 599:13, 599:14, 599:18, 599:21, 603:4, 652:6
**next** [12] - 602:16, 606:21, 610:2, 615:23, 620:13, 621:23, 623:19, 626:12, 628:4, 630:3, 630:12, 643:17
**NICHOLAS** [1] - 599:10
**night** [2] - 636:19
**none** [3] - 638:6, 644:5, 644:6
**notes** [3] - 632:17, 632:18, 632:19
**nothing** [3] - 615:19, 650:7, 657:3
**Nothing** [2] - 629:18, 633:23
**notice** [3] - 646:6, 651:6, 652:16
**notifications** [1] - 651:14
**number** [4] - 606:11, 611:14, 633:19, 656:19
**Numbers** [1] - 629:21
**NXIVM** [3] - 607:12, 607:13, 607:18

**O**

**o'clock** [3] - 600:22, 634:13, 644:25
**object** [4] - 610:25, 611:1, 616:3, 639:20
**objection** [13] - 606:6, 606:14, 607:25, 608:4, 608:5, 608:14, 608:23, 612:22, 621:13, 625:24, 626:8, 652:17, 658:9
**objectionable** [1] - 613:7
**objections** [4] - 629:16, 634:19, 642:4, 651:13
**obligation** [7] - 639:3, 639:5, 639:9, 645:6, 645:18, 647:22, 652:8
**obligations** [1] - 638:21
**obviously** [5] - 607:13, 610:9, 611:22, 614:12, 640:5
**OF** [3] - 599:1, 599:2, 599:9
**once** [4] - 621:19, 647:13, 656:9, 656:12
**one** [32] - 602:12, 606:4, 606:20, 608:7, 611:1, 612:15, 612:18, 613:23, 615:17, 615:20, 616:10, 617:5, 617:10, 617:19, 618:5, 618:10, 624:7, 624:8, 624:13, 624:19, 625:10, 625:25, 629:20, 635:4, 636:22, 638:14, 643:9, 646:4, 650:8, 651:3, 655:22
**ongoing** [1] - 607:12
**online** [1] - 632:24
**open** [10] - 600:1, 606:1, 614:10, 620:1, 623:1, 627:1, 628:1, 631:1, 644:1, 655:25
**openings** [1] - 651:25
**operate** [3] - 606:17, 649:23, 649:24
**operated** [1] - 641:24
**operating** [2] - 642:5, 649:23

**opinion** [5] - 601:14, 638:21, 646:25, 648:19, 650:14
**opportunity** [1] - 609:17
**opposed** [1] - 640:21
**order** [10] - 602:6, 606:19, 607:17, 609:4, 609:6, 609:20, 610:8, 642:4, 642:8, 643:15
**ordered** [6] - 608:6, 608:24, 613:4, 642:3, 650:15, 658:13
**organization** [4] - 607:13, 658:4, 658:6
**orgasm** [1] - 605:6
**otherwise** [2] - 605:7, 609:12
**outside** [1] - 654:11
**overflow** [1] - 654:18
**own** [5] - 632:1, 632:18, 635:21, 641:7, 643:1

**P**

**p.m** [4] - 633:4, 657:9, 657:18, 659:1
**pads** [1] - 632:17
**page** [12] - 602:16, 605:17, 615:23, 619:13, 620:13, 622:3, 623:19, 626:19, 627:11, 628:4, 630:12, 643:17
**papers** [5] - 652:19, 652:23, 652:24, 653:19, 653:20
**paralegal** [1] - 658:17
**PARISI** [1] - 599:23
**part** [10] - 608:15, 635:25, 637:8, 639:1, 640:5, 640:6, 647:19, 651:23, 658:2, 658:6
**parte** [1] - 647:16
**parties** [5] - 602:13, 609:23, 615:8, 620:4, 633:9
**pass** [2] - 624:20, 624:21
**passed** [6] - 624:22, 624:23, 625:10, 625:15, 638:15, 638:16
**past** [6] - 611:7, 613:25, 614:1, 614:3, 641:6
**patents** [1] - 635:4
**Paul** [1] - 600:10
**PAUL** [1] - 599:22
**pause** [1] - 604:10
**Pause** [3] - 602:3, 618:7, 623:15
**pens** [1] - 632:18
**PENZA** [78] - 599:15, 600:3, 601:17, 601:23, 605:13, 605:15, 606:11, 606:13, 606:15, 607:5, 607:10, 607:21, 607:24, 608:7, 608:17, 608:25, 609:5, 609:8, 609:15, 610:6, 611:17, 612:20, 613:15, 616:13, 616:20, 617:6, 617:11, 617:16, 617:18, 618:11, 618:13, 621:9, 621:14, 624:5, 624:16, 624:20, 625:17, 626:9, 629:4, 629:15, 629:19, 629:23, 633:21, 640:15, 641:1, 642:23, 643:6, 646:11, 646:17, 646:20, 646:22, 647:1, 649:17, 650:25, 651:15, 652:17, 653:4, 653:9, 653:11, 653:17, 653:22, 654:2, 655:3, 655:8, 655:12, 655:15, 655:24, 657:4,

657:7, 657:11, 657:21, 658:3, 658:6, 658:12, 658:14, 658:17, 658:21, 658:24
**Penza** [3] - 600:3, 601:1, 613:13
**people** [14] - 603:22, 610:18, 611:11, 611:15, 612:6, 612:8, 635:16, 638:9, 638:25, 639:1, 642:25, 656:13, 658:15, 658:19
**people's** [1] - 612:4
**percent** [1] - 645:9
**peremptory** [2] - 601:20, 602:4
**period** [1] - 639:5
**permission** [3] - 608:1, 613:3, 657:24
**person** [6] - 601:5, 603:5, 603:16, 608:10, 611:6, 632:24
**personal** [1] - 653:5
**perspective** [2] - 613:21, 648:11
**photographs** [3] - 608:12, 608:20, 608:21
**pick** [1] - 602:8
**picked** [1] - 632:14
**piece** [2] - 641:4, 641:10
**place** [9] - 603:12, 603:22, 620:3, 620:5, 620:8, 636:3, 641:18, 647:22
**placed** [1] - 609:25
**places** [1] - 619:8
**plan** [1] - 603:7
**plans** [1] - 655:23
**Plaza** [1] - 599:14
**pleaded** [1] - 643:14
**plus** [3] - 602:8, 654:17, 658:21
**point** [19] - 611:19, 614:19, 616:19, 619:1, 619:2, 620:2, 621:5, 625:21, 631:11, 635:11, 637:12, 643:9, 645:16, 648:24, 650:23, 650:24, 657:17
**pool** [1] - 625:18
**position** [7] - 604:17, 607:16, 625:17, 643:12, 644:3, 649:17, 649:21
**possession** [1] - 646:14
**possibilities** [1] - 637:6
**possible** [2] - 633:8, 634:12
**potential** [1] - 603:20
**potentially** [2] - 610:14, 613:6
**practice** [2] - 603:17, 648:15
**practitioner** [1] - 603:19
**preclude** [2] - 648:25, 651:7
**precluded** [1] - 636:24
**prefers** [2] - 607:7, 609:13
**prejudice** [3] - 612:13, 651:20, 651:21
**preliminary** [1] - 631:24
**prep** [1] - 614:16
**prepare** [3] - 636:8, 636:17, 637:22
**prepared** [1] - 637:18
**preparing** [2] - 651:25
**Presbyterian** [1] - 603:4
**prescription** [1] - 604:4
**presence** [1] - 616:7
**present** [2] - 616:4
**press** [1] - 654:10

**pretrial** [3] - 638:20, 638:21, 641:5
**principle** [1] - 634:19
**privacy** [2] - 608:9, 645:8, 645:20
**problem** [4] - 612:3, 612:17, 613:11, 646:11
**problems** [1] - 655:21
**procedure** [1] - 621:11
**proceed** [1] - 655:1
**proceedings** [1] - 601:2
**Proceedings** [1] - 599:25
**process** [7] - 614:13, 614:18, 640:11, 645:10, 649:1, 649:25, 656:22
**produce** [2] - 639:22, 642:1
**produced** [3] - 599:25, 641:4, 643:16
**producing** [1] - 649:20
**product** [1] - 643:13
**proper** [1] - 641:16
**properly** [3] - 641:2, 641:11, 642:5
**proposal** [2] - 646:4, 649:12
**proposed** [1] - 609:6
**Prospective** [4] - 614:24, 627:7, 631:7, 631:17
**protect** [1] - 608:18
**protected** [1] - 608:11
**protecting** [3] - 608:9, 609:16, 611:20
**protocol** [1] - 632:14
**protocols** [1] - 648:17
**provide** [9] - 609:12, 631:5, 642:4, 647:14, 647:23, 648:6, 654:4, 654:7, 654:9
**provided** [2] - 607:19, 609:7
**provides** [1] - 627:6
**providing** [2] - 642:7, 646:12
**provision** [1] - 613:19
**prudent** [1] - 610:21
**public** [2] - 609:25, 654:17
**purported** [1] - 607:13
**purposes** [1] - 640:22
**pursuant** [1] - 607:19
**put** [13] - 606:4, 606:18, 608:8, 635:2, 639:1, 641:7, 642:9, 643:4, 649:10, 652:19, 652:23, 652:24, 654:8
**puts** [1] - 639:9
**putting** [2] - 639:10, 650:6

**Q**

**quality** [1] - 604:13
**questionable** [2] - 647:15, 647:25
**questionnaire** [1] - 606:5
**questions** [1] - 655:1
**quickly** [1] - 655:17
**quite** [1] - 637:9

**R**

**raise** [5] - 603:7, 603:8, 603:10, 645:11, 651:3
**raised** [2] - 634:18, 640:16
**Randall** [1] - 657:22
**RANIERE** [1] - 599:7

**Raniere** [9] - 600:11, 613:22, 614:8, 635:23, 637:13, 640:4, 646:18, 647:4, 658:21
**Raniere's** [1] - 635:4
**rather** [2] - 611:20, 651:23
**reach** [1] - 633:19
**reaching** [1] - 613:10
**read** [15] - 602:13, 604:3, 604:5, 604:22, 604:24, 604:25, 605:10, 605:12, 611:5, 625:25, 626:2, 634:6, 634:7, 638:13, 640:9
**reading** [1] - 611:8
**ready** [4] - 614:21, 614:22, 621:23, 623:16
**real** [1] - 642:17
**really** [6] - 637:1, 638:6, 639:7, 639:15, 640:19, 656:23
**realm** [1] - 646:5
**reason** [6] - 613:23, 618:22, 618:25, 637:8, 649:21, 651:21
**reasoning** [1] - 641:2
**reasons** [2] - 636:22, 642:11
**Reccoppa** [1] - 632:5
**reccoppa** [1] - 606:3
**receive** [1] - 631:25
**received** [4] - 600:18, 600:19, 603:3, 603:19
**Recess** [1] - 634:3
**recess** [1] - 633:20
**reconsider** [1] - 640:17
**record** [8] - 603:1, 612:22, 616:1, 621:1, 624:1, 657:11, 657:14, 657:17
**recorded** [1] - 599:25
**records** [3] - 607:15, 607:18, 625:4
**redacted** [1] - 609:24
**references** [1] - 610:10
**regard** [1] - 602:7
**regarding** [6] - 602:13, 608:9, 609:20, 611:18, 646:13, 646:14
**related** [2] - 635:3, 651:21
**relates** [1] - 600:22
**relationship** [1] - 635:23
**relevant** [2] - 604:17, 604:18
**relied** [1] - 640:23
**reluctant** [1] - 603:21
**rely** [2] - 604:4, 648:3
**remain** [1] - 627:5
**remaining** [1] - 630:4
**remember** [2] - 603:6, 632:21
**remind** [2] - 610:15, 632:16
**reminder** [1] - 612:3
**repeated** [1] - 642:6
**Reporter** [1] - 599:23
**request** [2] - 608:7, 611:24
**research** [1] - 632:23
**respectful** [1] - 638:19
**respectfully** [1] - 639:20
**respond** [1] - 646:14
**response** [2] - 600:21, 600:25
**responsibility** [1] - 647:24

**responsible** [1] - 649:11
**rest** [2] - 606:19, 621:3
**resume** [3] - 623:17, 630:8, 633:14
**return** [4] - 623:3, 623:12, 630:5, 631:14
**review** [1] - 638:2
**rhetorically** [1] - 652:4
**RICHARD** [1] - 599:12
**rise** [4] - 620:3, 631:3, 631:20, 633:12
**risk** [1] - 648:20
**room** [8] - 627:5, 632:6, 632:7, 632:8, 632:18, 632:20, 654:18, 654:23
**ROSE** [1] - 599:19
**round** [15] - 615:16, 615:20, 616:10, 616:19, 616:23, 617:4, 617:9, 617:25, 618:2, 624:3, 624:7, 624:10, 624:12, 624:19
**row** [7] - 606:20, 606:21, 631:10, 654:11, 654:16, 654:17
**rows** [2] - 606:19, 606:20
**RPR** [1] - 599:23
**rule** [3] - 638:20, 648:13, 650:11
**Rule** [12] - 613:19, 634:16, 638:20, 638:21, 638:23, 639:4, 639:8, 641:4, 641:11, 650:21
**ruled** [4] - 611:18, 640:16, 651:15, 655:14
**rules** [2] - 648:8, 648:16
**ruling** [8] - 614:12, 636:20, 636:21, 636:22, 636:23, 641:25, 646:12
**run** [4] - 636:20, 636:21, 640:11, 648:19
**running** [1] - 636:23

## S

**Saturday** [6] - 601:1, 609:20, 640:10, 641:25, 652:25
**SAUL** [1] - 616:7
**saw** [1] - 641:10
**schedule** [6] - 631:25, 633:4, 633:5, 651:12, 652:2, 654:1
**school** [1] - 653:5
**scope** [1] - 635:5
**screwed** [1] - 625:3
**seal** [3] - 600:17, 601:12, 634:9
**sealed** [6] - 605:13, 605:16, 608:13, 608:22, 609:20, 644:24
**Sealed** [1] - 602:15
**seat** [5] - 626:12, 630:4, 631:8, 631:9, 631:10
**seated** [3] - 600:14, 615:4, 620:6, 620:10, 631:23
**seating** [2] - 654:12
**second** [9] - 616:23, 617:13, 618:5, 618:9, 623:13, 626:15, 648:23, 654:10, 654:11
**Second** [2] - 638:16, 640:19
**see** [20] - 600:8, 601:11, 602:13, 607:4, 612:18, 613:20, 618:17, 619:4, 621:11, 624:16, 626:14, 640:11, 645:1, 645:3, 645:4, 651:1, 655:17, 656:18, 657:1

**seem** [3] - 603:11, 604:20, 612:13
**selected** [2] - 615:11, 615:13
**SELECTION** [1] - 599:9
**selection** [2] - 615:10, 631:13
**send** [7] - 603:15, 605:11, 609:24, 621:22, 634:8, 634:9, 634:11
**SENIOR** [1] - 599:10
**sense** [1] - 619:3
**sentencing** [1] - 656:2
**sentencings** [2] - 656:19, 656:20
**separate** [1] - 658:6
**set** [2] - 602:6, 640:13
**seventy** [2] - 616:18, 625:6
**seventy-eight** [1] - 625:6
**seventy-three** [1] - 616:18
**several** [1] - 633:1
**sexual** [4] - 604:9, 605:1, 614:8, 640:4
**share** [1] - 645:9
**sheet** [4] - 610:14, 610:21, 611:5, 611:8
**shifting** [1] - 648:13
**short** [2] - 634:10, 634:12
**show** [9] - 603:4, 613:24, 632:5, 635:24, 636:1, 636:10, 636:11, 636:13, 637:17
**side** [2] - 613:6, 629:1
**sidebar** [7] - 602:15, 605:13, 605:16, 615:8, 615:21, 620:11, 630:11
**Sidebar** [11] - 603:1, 615:22, 616:1, 619:12, 620:12, 621:1, 622:2, 623:18, 624:1, 626:18, 628:3
**sign** [1] - 607:23
**significant** [1] - 646:2
**similar** [1] - 612:15
**single** [2] - 641:4, 641:10
**sit** [5] - 634:4, 636:7, 655:11, 657:19, 657:20
**sitting** [7] - 647:3, 655:4, 655:5, 655:6, 655:9, 655:19, 656:1
**situation** [3] - 635:21, 635:22, 656:10
**six** [7] - 602:5, 602:8, 625:5, 629:23, 630:6, 634:13, 644:14
**sixth** [3] - 624:10, 624:12, 624:19
**Sixth** [1] - 649:2
**sixty** [3] - 606:12, 620:8, 620:9
**sixty-four** [1] - 620:9
**sixty-three** [1] - 620:8
**sixty-two** [1] - 606:12
**sketch** [5] - 608:12, 608:19, 608:20, 609:2, 609:7
**slaves** [2] - 642:20, 642:24
**slight** [1] - 611:25
**slipped** [1] - 652:7
**Slowly** [1] - 642:21
**slowly** [1] - 642:22
**smart** [1] - 654:19
**Smith** [1] - 600:11
**SMITH** [1] - 599:22
**solely** [1] - 637:22
**solution** [2] - 613:5, 638:5
**solve** [1] - 612:17

**someone** [2] - 611:2, 611:5
**sometimes** [2] - 612:9, 648:16
**somewhat** [2] - 604:11, 640:2
**somewhere** [1] - 647:3
**soon** [1] - 634:12
**sorry** [1] - 655:3
**sort** [3] - 639:18, 640:1, 640:13
**sorts** [1] - 641:9
**sound** [1] - 641:15
**Southern** [1] - 656:5
**Special** [3] - 600:5, 608:1, 608:3
**specialist** [1] - 603:19
**specific** [3] - 612:1, 612:2, 636:11
**spoken** [3] - 635:16, 638:10, 638:11
**stables** [1] - 621:21
**stand** [13] - 618:19, 619:4, 619:8, 620:5, 620:8, 623:5, 624:15, 627:3, 631:12, 637:18, 638:12, 644:11
**start** [11] - 607:8, 611:13, 615:7, 615:16, 615:18, 615:20, 616:12, 629:2, 633:2, 633:3, 633:6
**started** [2] - 639:13, 656:22
**state** [1] - 608:16
**statement** [2] - 640:24, 644:14
**STATES** [3] - 599:1, 599:2, 599:10
**States** [5] - 599:4, 599:13, 599:16, 600:4, 652:5
**stenography** [1] - 599:25
**step** [2] - 621:24, 630:3
**still** [4] - 621:10, 625:16, 625:18, 655:20
**stipulations** [1] - 607:16
**stop** [1] - 609:19
**stories** [1] - 646:3
**story** [1] - 637:18
**streamline** [1] - 642:4
**strike** [19] - 606:6, 606:8, 615:9, 616:15, 616:25, 617:2, 617:5, 617:10, 617:22, 617:24, 618:4, 618:8, 618:10, 618:11, 624:4, 624:7, 624:9, 624:13, 624:14
**strikes** [9] - 604:11, 606:22, 616:13, 616:24, 617:6, 617:11, 617:13, 618:3
**struck** [8] - 617:4, 617:12, 618:16, 618:19, 618:21, 621:16, 621:20, 630:6
**struggling** [1] - 639:18
**stuff** [3] - 637:7, 637:21, 650:11
**subject** [1] - 600:25
**submit** [2] - 607:20, 651:16
**subpoena** [2] - 607:17, 607:19
**subspecialist** [1] - 603:19
**suggested** [1] - 621:11
**suggestion** [1] - 648:5
**Suite** [1] - 599:21
**supposed** [3] - 641:5, 641:23, 649:22
**swear** [2] - 630:4, 631:20
**sworn** [5] - 606:23, 607:2, 615:11, 630:7, 631:21

## T

**table** [5] - 600:5, 608:2, 621:23, 658:16, 658:18

**TANYA**[1] - 599:15
**Tanya**[1] - 600:3
**team**[4] - 648:3, 648:4, 648:10, 649:10
**technical**[1] - 658:5
**technically**[1] - 639:14
**Telephone**[1] - 599:24
**ten**[2] - 602:4, 604:1
**Teny**[1] - 600:10
**TENY**[1] - 599:19
**terminus**[1] - 640:3
**terms**[3] - 609:16, 611:21, 650:21
**Terri**[1] - 658:17
**terribly**[1] - 632:15
**testified**[1] - 638:3
**testifies**[6] - 614:2, 636:5, 637:23, 644:3, 645:14, 645:23
**testify**[3] - 611:16, 638:24, 643:11
**testifying**[3] - 601:5, 641:22, 651:11
**testimony**[6] - 604:18, 614:4, 636:8, 638:3, 652:11, 652:21
**testing**[1] - 611:15
**Thai**[1] - 654:20
**THE**[202] - 599:10, 600:2, 600:6, 600:9, 600:13, 600:21, 601:5, 601:7, 601:9, 601:11, 601:14, 601:18, 601:24, 602:1, 602:2, 602:4, 602:11, 603:3, 603:11, 604:1, 604:5, 604:8, 604:12, 604:14, 604:20, 604:24, 605:5, 605:11, 605:14, 606:2, 606:8, 606:12, 606:14, 606:16, 607:8, 607:20, 607:23, 608:4, 608:6, 608:14, 608:16, 608:24, 609:1, 609:6, 609:14, 609:19, 609:23, 610:2, 610:5, 610:7, 610:23, 612:14, 612:24, 613:1, 613:10, 613:14, 613:16, 614:19, 614:22, 614:23, 614:25, 615:4, 615:20, 616:3, 616:6, 616:8, 616:14, 616:16, 616:18, 616:21, 616:23, 617:1, 617:3, 617:7, 617:9, 617:12, 617:17, 617:19, 617:20, 617:23, 617:25, 618:2, 618:6, 618:9, 618:12, 618:14, 618:18, 618:22, 618:25, 619:7, 619:11, 620:2, 621:3, 621:10, 621:13, 621:15, 621:22, 622:1, 623:2, 623:17, 624:3, 624:6, 624:10, 624:12, 624:15, 624:18, 624:21, 624:23, 624:25, 625:5, 625:9, 625:13, 625:20, 626:1, 626:3, 626:6, 626:8, 626:10, 626:12, 626:17, 627:2, 627:8, 627:10, 628:2, 629:1, 629:6, 629:11, 629:16, 629:20, 629:24, 630:3, 630:10, 631:2, 631:8, 631:9, 631:11, 631:18, 631:22, 631:23, 633:14, 633:22, 633:24, 634:2, 634:4, 634:8, 634:14, 634:16, 635:8, 635:10, 640:14, 640:18, 642:21, 643:4, 644:7, 644:13, 646:10, 646:16, 646:24, 647:2, 647:12, 648:11, 648:13, 650:15, 650:23, 651:1, 651:4, 651:19, 652:9, 652:13, 652:23, 653:7, 653:10, 653:15, 653:20, 653:23, 654:4, 654:7, 654:16,
655:6, 655:9, 655:14, 655:16, 656:4, 656:7, 656:11, 656:14, 656:16, 656:18, 657:1, 657:5, 657:10, 657:13, 657:16, 657:19, 658:2, 658:4, 658:9, 658:11, 658:13, 658:15, 658:19, 658:22
**theory**[2] - 614:7, 614:9
**thinking**[1] - 640:10
**third**[2] - 617:9, 631:9
**Third**[1] - 599:18
**thirteenth**[1] - 625:6
**thirty**[2] - 617:12, 625:5
**Thirty**[1] - 629:23
**thirty-six**[1] - 625:5
**Thirty-six**[1] - 629:23
**thirty-two**[1] - 617:12
**three**[11] - 602:7, 615:1, 616:18, 620:8, 626:13, 629:1, 629:2, 629:8, 637:6, 652:16
**thumb**[1] - 609:12
**Thursday**[1] - 651:16
**tickets**[1] - 656:13
**timeliness**[1] - 651:21
**timely**[2] - 651:16, 651:17
**today**[13] - 600:17, 600:22, 601:3, 601:4, 601:19, 606:18, 615:6, 632:4, 632:9, 632:13, 653:25, 654:5, 657:2
**tomorrow**[8] - 600:23, 601:5, 606:5, 606:25, 632:14, 633:2, 651:1, 657:5
**tonight**[1] - 646:5
**traditional**[1] - 650:11
**TRANSCRIPT**[1] - 599:9
**Transcript**[1] - 599:25
**Transcription**[1] - 599:25
**transport**[1] - 632:13
**transportation**[2] - 606:24, 615:14
**transported**[1] - 632:11
**travel**[1] - 655:23
**treating**[1] - 603:18
**treatment**[1] - 603:20
**trial**[26] - 600:2, 607:17, 631:25, 632:1, 632:12, 633:4, 633:11, 636:7, 637:3, 638:18, 638:22, 641:23, 641:24, 644:15, 645:11, 645:22, 646:8, 648:17, 649:22, 651:23, 653:13, 653:24, 654:1, 654:20, 656:20
**trials**[5] - 637:4, 648:16, 648:17, 650:8, 656:19
**tried**[2] - 634:25, 645:15
**trigger**[1] - 610:17
**trove**[1] - 647:21
**true**[1] - 639:12
**truth**[3] - 611:2, 611:7, 614:15
**truthful**[10] - 613:22, 613:24, 635:19, 635:20, 635:24, 635:25, 636:10, 636:14, 637:21, 645:24
**try**[5] - 610:23, 633:7, 636:13, 649:1, 653:15
**trying**[6] - 641:21, 642:13, 649:4, 649:9, 649:10, 649:11

**turn**[1] - 640:12
**turns**[1] - 641:17
**twenty**[1] - 615:1
**twenty-three**[1] - 615:1
**two**[16] - 606:12, 614:11, 616:11, 616:19, 616:24, 617:5, 617:12, 617:13, 618:3, 636:22, 637:6, 644:20, 644:23, 646:6, 647:13, 655:22
**twofold**[1] - 646:4
**type**[4] - 610:21, 635:7, 652:20, 654:25

## U

**ultimately**[1] - 618:16
**under**[4] - 600:17, 603:6, 603:16, 634:9
**undermines**[1] - 640:6
**undermining**[1] - 634:23
**understood**[1] - 613:12
**unfortunately**[1] - 604:2
**UNITED**[3] - 599:1, 599:2, 599:10
**United**[5] - 599:4, 599:13, 599:16, 600:4, 652:5
**universe**[1] - 644:22
**unless**[2] - 603:7, 603:13
**unlike**[1] - 604:3
**untimely**[3] - 651:8, 651:10, 651:18
**unwanted**[1] - 614:8
**unwilling**[1] - 607:15
**unworkable**[2] - 611:14
**up**[14] - 600:16, 602:14, 604:9, 614:20, 621:10, 621:17, 625:3, 625:9, 631:12, 632:14, 635:2, 636:18, 636:19, 654:8
**Up**[1] - 641:7
**useful**[2] - 634:9, 634:25
**utterly**[1] - 645:22

## V

**vacation**[2] - 606:9
**vacations**[1] - 655:23
**various**[4] - 608:10, 610:11, 610:15, 610:18
**verbal**[1] - 600:25
**version**[1] - 609:24
**victims**[4] - 608:10, 612:2, 643:11, 644:10
**victims'**[1] - 608:9
**view**[1] - 648:21

## W

**wait**[5] - 621:7, 623:4, 623:13, 644:15, 651:4
**waiting**[1] - 644:16
**walk**[1] - 645:25
**wants**[2] - 609:11, 613:3
**watch**[1] - 654:19
**water**[3] - 641:13, 642:12, 654:22, 654:25
**ways**[1] - 611:2, 613:23
**wear**[1] - 654:19
**Wednesday**[2] - 652:24, 653:20

**week** [1] - 641:8
**weekends** [2] - 653:21, 653:23
**weeks** [3] - 641:6, 641:8, 644:15
**Weniger** [2] - 600:5, 608:2
**WHEREUPON** [1] - 659:2
**whole** [3] - 611:9, 632:25, 637:12
**willing** [5] - 645:5, 650:12, 650:13,
  650:16, 656:24
**windows** [1] - 632:8
**wire** [1] - 643:13
**wish** [1] - 632:19
**witness** [51] - 605:6, 613:3, 614:2,
  614:3, 614:6, 614:14, 614:17, 634:23,
  635:2, 635:3, 635:14, 635:16, 636:5,
  636:7, 636:8, 636:10, 636:11, 636:14,
  636:17, 637:9, 637:10, 637:18,
  637:21, 637:23, 638:3, 638:7, 638:10,
  638:11, 639:3, 639:16, 639:25, 640:2,
  641:16, 641:17, 641:19, 641:20,
  641:22, 643:8, 644:3, 644:10, 644:11,
  645:13, 645:23, 647:17, 647:19,
  650:2, 650:3, 650:4, 650:5
**witness'** [2] - 636:8, 636:17
**witness's** [6] - 611:1, 614:4, 638:1,
  638:2, 640:7, 646:8
**witnesses** [38] - 600:8, 610:9, 610:11,
  610:15, 610:19, 610:22, 611:24,
  612:5, 612:10, 612:12, 613:21,
  613:24, 635:12, 635:18, 636:1, 638:8,
  638:24, 638:25, 639:6, 639:10,
  639:23, 641:9, 642:2, 642:10, 642:14,
  643:1, 643:11, 644:20, 644:24, 645:9,
  645:24, 646:6, 647:13, 649:19, 650:6,
  652:1, 655:17
**workable** [1] - 638:5
**works** [1] - 637:5
**world** [1] - 635:22
**worried** [2] - 614:11, 655:19
**write** [2] - 604:2, 605:6
**writing** [1] - 614:16
**written** [3] - 614:1, 634:19, 639:21

## Y

**years** [1] - 650:7
**yes/no** [1] - 601:21
**YORK** [1] - 599:1
**York** [8] - 599:4, 599:13, 599:14,
  599:18, 599:21, 603:4, 652:6
**York-Presbyterian** [1] - 603:4