F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 14 2020 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

    -against-

KEITH RANIERE,

    Defendant.
------------------------------------------------------------X

ORDER

18-CR-204 (NGG) (VMS)

NICHOLAS G. GARAUFIS, United States District Judge.

On December 19, 2019, the Government moved this court: 1) to permit victims who provide victim impact statements either by letter or in open court to do so without publicly revealing their names or other identifying information; and 2) to require the parties to treat victims' identities, impact statements, and declarations of loss as "Victim Discovery Material" within the scope of the protective order entered on August 2, 2018. (See Dec. 19, 2019 Letter Mot. to Designate Certain Information as Victim Discovery Material ("Letter Mot.") (Dkt. 820) at 1; Protective Order (Dkt. 85).) All Defendants except Keith Raniere consented to the Government's request. (See Letter Mot. at 1; Jan. 10, 2020 Letter from Keith Raniere in Opp. to Letter Mot. (Dkt. 836).)

As Mr. Raniere is aware, the court already granted a nearly identical application from the Government permitting victims to testify under pseudonyms at his trial because, inter alia, Mr. Raniere failed to identify a particularized need for this information to be disclosed in open court. (See Mem. & Order (Dkt. 622) at 29-34.) The court has reviewed Mr. Raniere's supplemental submission in opposition to the instant application and can identify no compelling justification to deviate from its prior holding. This is especially true because Mr. Raniere will be provided with

the identity of any victim whose submission or testimony the court may consider at his sentencing. Accordingly, the Government's motion is GRANTED.

SO ORDERED.

Dated: Brooklyn, New York
January 14, 2020

s/Nicholas G. Garaufis
NICHOLAS G. GARAUFIS
United States District Judge