**BRAFMAN & ASSOCIATES, P.C.**

ATTORNEYS AT LAW

767 THIRD AVENUE, 26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: ATTORNEYS@BRAFLAW.COM

BENJAMIN BRAFMAN

MARK M. BAKER
OF COUNSEL

MARC A. AGNIFILO
OF COUNSEL

ANDREA L. ZELLAN
JOSHUA D. KIRSHNER
JACOB KAPLAN
TENY R. GERAGOS
ADMITTED IN NY & CA
STUART GOLD

February 7, 2020

VIA ECF

The Honorable Nicholas G. Garaufis
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: <u>United States v. Keith Raniere</u>, 18 Cr. 204 (NGG)

Dear Judge Garaufis:

  Pursuant to this Court's January 31, 2020 Order, the parties have conferred and established the following schedule for the filing of sentencing submissions. Mr. Raniere shall submit his sentencing memorandum by March 23, 2020. The Government shall file its response by March 30, 2020.

                Respectfully submitted,

                /s/
                Marc A. Agnifilo, Esq., *Of Counsel*
                Teny R. Geragos, Esq.

cc: Counsel for the government (via ECF)