UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- v. -<br><br>KEITH RANIERE,<br><br>Defendant. | No. 18-cr-204 (NGG) (S-2)<br><br>**DECLARATION OF<br>MARC A. AGNIFILO** |

MARC A. AGNIFILO, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am a member of the Bar of this Court and serve as Of Counsel to the law firm Brafman & Associates, P.C., attorneys for Defendant Keith Raniere. I am submitting this declaration in support of Raniere's Motion for a New Trial pursuant to Rule 33, dated March 9, 2020.

2. Attached as Exhibit 1 is a true and correct copy of an August 21, 2018 Letter from Neil Glazer, Esq. to the Honorable Nicholas G. Garaufis regarding "Victim Statement Responding to Defendant Bronfman's Proposed Modification of Bail Conditions."

3. Attached as Exhibit 2 is a true and correct copy of the Practice Areas of Kohn, Swift & Graf, P.C., as listed on their website www.kohnswift.com on March 9, 2020.

4. Attached as Exhibit 3 is a true and correct copy of Neil Glazer, Esq.'s biography on Kohn, Swift & Graf, P.C.'s website, as listed on their website www.kohnswift.com on February 12, 2020.

5. Attached as Exhibit 4 is a true and correct copy of 3500-N█-1. The Protective Order entered as Document Number 494 applies to this Exhibit.

6.    Attached as Exhibit 5 is a true and correct copy of 3500-N█-2. The Protective Order entered as Document Number 494 applies to this Exhibit.

7.    Attached as Exhibit 6 is a true and correct copy of the Complaint filed in <u>Mark Vicente, et. al. vs. Keith Raniere, et. al.</u>, 20-cv-485 (E.D.N.Y. Jan. 28, 2020).

Dated:    March 9, 2020  
             New York, NY

Respectfully submitted,

/s/  
Marc A. Agnifilo, Esq.  
**BRAFMAN & ASSOCIATES, P.C.**  
767 Third Avenue, 26th Floor  
New York, NY 10017  
(212) 750 - 7800