# EXHIBIT 3



(https://kohnswift.com/)

# Neil L. Glazer

**CONTACT INFO:**

TEL: 215-238-1700
FAX: 215-238-1968
EMAIL: nglazer@kohnswift.com (mailto:nglazer@kohnswift.com)

Neil L. Glazer joined the firm in January 2000. Neil received his B.A., summa cum
laude, from the University of Pennsylvania in 1990, and his J.D., magna cum laude, from
Harvard Law School (1993). Prior to college, Neil owned and operated a satellite
communications company and he provided audio and video projection services for live
entertainment events.

From 1993 to 1995, Neil served as a clerk for the Hon. Dennis G. Jacobs, of the U.S. Court of Appeals for the Second Circuit. After his clerkship, Neil worked at two prominent New York law firms before relocating back to the Philadelphia area, where he grew up. He then
joined Kohn, Swift & Graf.

Since joining the firm, Neil has represented plaintiffs in human rights, antitrust, toxic tort, consumer fraud, securities, international terrorist finance and other complex class and non-class litigation, including the following: Julin, et al., v. Chiquita Brands International, Inc., No. 0820641-CIV-KAM, No. 08-01916-MD-Marra/Johnson; Goldberg, et al. v. UBS AG, No. 08 Civ. 375; Linde, et al v. Arab Bank, plc, No. 04 Civ. 2799; Coulter, et al v. Arab Bank, plc, No. 05 Civ. 365 (NG) (VVP); Weiss, et al. v. National Westminster Bank, Plc., No. 05 CV 4622; Strauss, et al. v. Crédit Lyonnais, S.A., No. 06 CV 702; In re KLA-Tencor Corp. Securities Litigation, Master File No. 06-cv-04065-MJJ (N.D. California); In re Marvell Technology Group, Ltd., Securities Litigation Master File No.: C-06-06286 RMW (N.D. California); String Cheese Incident Ticketing, LLC v. Ticketmaster Corp., No. 03-K-1508 (D. Colo.); In re: Compact Disc Minimum Advertised Price Antitrust Litigation, MDL No. 1361 (D. Maine); In re: Linerboard Antitrust Litigation, MDL No. 1261 (E.D. Pa.); In re Stock Exchanges Options Trading Antitrust Litigation, MDL No. 1283 (S.D.N.Y.); Church, et al. v. General Electric Company, C.A. No. 95-CV-30139-MAP (D. Mass.); Betti, et al. v. General Electric Company, C.A. No. 97-30230-MAP (D. Mass.); Pilkington, et al v. U.S. Search.Com, Case No. BC 234858 (Cal. Sup. Ct.); In re: Austrian and German Bank Holocaust Litigation, Master File No. 98 Civ. 3938 (SWK) (S.D.N.Y.); In re: Literary Works in Electronic Databases Copyright Litig., MDL No. 1379 (S.D.N.Y.); and Random House v. Rosetta Books, No. 01 Civ. 1728 (SHS) (S.D.N.Y.).

Prior to joining the firm, Neil represented plaintiffs and defendants in numerous complex
cases, including United States Fidelity & Guar. Co. v. Petroleo Brosiliero, et al., No. 98-CIV- 3099 (S.D.N.Y.); Marubeni America Corp. v. United States Fidelity & Guar Co., et al., No. 3162 (N.Y. Sup. Ct.); Hoechst Celanese Corp. v. Household Int'l Inc., (N.J. Super.); Ehrenreich, et al. v. Sensormatics Electronics Corp., et al., No. 95-6637-CIV-ZLOCH (S.D. Fla.); Gilford Partners, L.P. v. Sensormatic Electronics Corp. No. 96-C-4072 (N.D. Ill.); and Cox v. Shell Oil, et al., No. 18,844 (Tenn. Ch. Ct. Obion Cty. 1995).

Neil also represented corporate and institutional clients in criminal and regulatory proceedings and investigations.
Neil has also represented several prominent musical acts, he served as general counsel to
a group of companies in the music industry, and he continues to advise entertainment clients in contractual and transactional matters.

## ⚖ RelatedInfo

BEST LAWYERS, INC. HAS NAMED KOHN, SWIFT & GRAF, P.C. AS A 2016 "BEST LAW FIRM" (HTTPS://KOHNSWIFT.COM/2015/11/25/BEST-LAWYERS-INC-HAS-NAMED-KOHN-SWIFT-GRAF-P-C-AS-A-2014-BEST-LAW-FIRM/) ➔

CONSUMERS (HTTPS://KOHNSWIFT.COM/PRACTICE-AREAS/CONSUMERS/) ➔

(https://kohnswift.com/)

1600 Market Street
Suite 2500
Philadelphia, PA 19103-7225
P: 215-238-1700
F: 215 238-1968
E: info@kohnswift.com (mailto:info@kohnswift.com)

© 2006-2020 by Kohn Swift & Graf, P.C. All rights reserved.

Disclaimer (https://kohnswift.com/disclaimer)  |  Home (https://kohnswift.com/)

  

(http://www.facebook.com/KohnSwift) (http://twitter.com/KohnSwift) (mailto:info@kohnswift.com)