

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

TH
F. #2017R01840

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 25, 2020

By ECF

The Honorable Nicholas G. Garaufis
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    United States v. Keith Raniere
                 Criminal Docket No. 18-204 (S-2) (NGG) (VMS)

Dear Judge Garaufis:

        The government respectfully requests an extension until April 6, 2020 to submit its response to the defendant Keith Raniere's motion for a new trial pursuant to Rule 33. Counsel for the defendant consents to this request.

        Respectfully submitted,

        RICHARD P. DONOGHUE
        United States Attorney

By:    /s/ Tanya Hajjar
        Tanya Hajjar
        Assistant U.S. Attorney
        (718) 254-7000

cc:        Counsel of Record (by ECF)