UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

      -against-

KEITH RANIERE,

           Defendant.

**ORDER**
**18-CR-204-1 (NGG)**

NICHOLAS G. GARAUFIS, United States District Judge.

By letter dated March 26, 2020, Defendant Keith Raniere moves this court for an order directing the Bureau of Prisons to release to his counsel Mr. Raniere's institutional medical records as well as any records related to the Bureau of Prisons' alleged designation of Mr. Raniere as "high-risk" in regard to the ongoing COVID-19 pandemic. (*See* Raniere Letter Mot. (Dkt. 863).) In the letter, Mr. Raniere's counsel also describes difficulties they have encountered in arranging legal calls with Mr. Raniere. (*See id.*)

Mr. Raniere's motion is GRANTED. The Bureau of Prisons is DIRECTED to release to Mr. Raniere's counsel by no later than 3:00 pm on Monday, March 30, 2020: (1) Mr. Raniere's complete medical records from the time he entered into the custody of the Bureau of Prisons to the present, and (2) any documents or other records relating to the Bureau of Prisons' designation of Mr. Raniere as "high-risk" in regard to the ongoing COVID-19 pandemic.

Counsel for the Government is further DIRECTED to communicate with the Bureau of Prisons regarding Mr. Raniere's efforts to speak with his counsel and use best efforts to facilitate those communications.

Counsel for the Government shall submit a letter to the court providing a status update on Mr. Raniere's ability to speak with his counsel by no later than 3:00 pm on Monday, March 30, 2020.

SO ORDERED.

Dated:   Brooklyn, New York
         March 27, 2020

    /s/ Nicholas G. Garaufis
NICHOLAS G. GARAUFIS
United States District Judge