

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SCJ
F. #2017R01840

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 10, 2020

BY ECF

The Honorable Vera M. Scanlon
United States Magistrate Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

        Re: United States v. Keith Raniere, et al.
            Criminal Docket No. 18-204 (NGG) (S-1)

Dear Judge Scanlon:

        The privilege review team has conferred with counsel for defendant Clare Bronfman and the parties agree that there is no privileged information contained in the Court's Sealed Order of June 22, 2020. ECF No. 888. Therefore, the parties agree that Order may be unsealed in its entirety.

                Respectfully submitted,

                RICHARD P. DONOGHUE
                United States Attorney

        By:   /s/
              Shannon C. Jones
              Assistant U.S. Attorneys
              (718) 254-6379

cc:    Clerk of the Court (by ECF)
        Counsel for Defendants (by ECF)