# Exhibit B

| | |
|---|---|
| From: | Keith Raniere <keithraniere@yahoo.com> |
| Sent: | Wednesday, September 13, 2017 5:27 PM |
| To: | Clare Bronfman |
| Subject: | What are your thoughts? |

Ms. ███████,

I am the chief attorney of a criminal investigation in Mexico of more than 20 individuals tied together in a cooperative destructive network. These individuals, including yourself, have been acting against individuals who participate in the NXIVM corporation community.

You are currently connected to several criminal investigations involving fraud, coercion, extortion, harassment, stalking, theft, larceny, hate crime, criminal conspiracy, breaking and entering, computer crimes, wire fraud, criminal enterprise, and corporate espionage.

I strongly suggest that you cease and desist, undo, reverse, cancel, and retract, participation in all past, present, and future, conversations, conference calls, meetings, news media, social media, blogs, or websites, relating to this subject matter until the criminal matters are resolved. You should do everything in your power to affect this.

Your best course of action to minimize your exposure, in addition to the above, is to repair all damages to parties you have acted against, reconciling with them, and fully cooperating with the criminal investigations. In this regard, I can help you for I represent some of your victims and have access to others.

I know that people in the media (and also bloggers and the like) can be coercive, abusive in their power, and force unwitting, uninformed, participants to complicate situations and potentially even waive rights. You still have the ability to pull away from all participation with these people.

Please contact me as soon as possible,

# ***Olmedo Gaxiola & Abogados, S.C.***

Ms. █████████,

I am the chief attorney of a criminal investigation in Mexico of more than 20 individuals tied together in a cooperative destructive network. These individuals, including yourself, have been acting against individuals who participate in the NXIVM corporation community.

You are currently connected to the criminal investigations involving fraud, coercion, extortion, harassment, stalking, theft of trade secrets (which includes use of trade secrets compromised of, amongst other things, client lists), criminal conspiracy, computer crimes and corporate espionage.

I strongly suggest that you cease and desist, undo, reverse, cancel, and retract, participation in all past, present, and future, conversations, conference calls, meetings, news media, social media, blogs, or websites, relating to this subject matter until the criminal matters are resolved. You should do everything in your power to affect this.

Your best course of action to minimize your exposure, in addition to the above, is to repair all damages to parties you have acted against, reconciling with them, and fully cooperating with the criminal investigations. In this regard, I can help you for I represent some of your victims and have access to others.

I know that people in the media (and also bloggers and the like) can be coercive, abusive in their power, and force unwitting, uninformed, participants to complicate situations and potentially even waive rights. You still have the ability to pull away from all participation with these people.


Please contact me as soon as possible,

Lic. Ricardo M. Olmedo Gaxiola


**EXHIBIT B-002**

**To:** Clare Bronfman
**From:** Keith Raniere
**Sent:** Mon 9/18/2017 1:31:43 PM
**Subject:** Draft

Ms. ▮▮▮▮▮

You are the only person receiving this letter. This overture is against my better judgement as I feel there is little probability of success yet more expense, but I am writing you on my clients' behalf. If you do not respond affirmatively to this letter by 1:00pm September 19th I will need to proceed as previously required. I will then not contact you informally again.

My clients want to give you this opportunity to cooperate and minimize the impact on your life. The criminal investigations will increase in number, and thoroughness, and will not stop until justice is served. This will not go away.

The group with which you are involved contains individuals who have already served prison time, others who are currently indicted, and some that face extradition proceedings. The others are under investigation for quite serious crimes. The form of justice to which they subscribe is trial and conviction by media, personal opinion, and abuse of power. They appear to have no issue with committing a crime when it suites them. They use the actions of others to justify this. Whether the person they target is right or wrong, this method of persecution is very wrongful. You must separate from them completely to mitigate the effects on yourself.

Please divest yourself from this wrongfulness and this group. Please write to me affirmatively by the above deadline indicating you will cooperate fully. I can also help you with any criminal investigations within the United States.

Sincerely,

EXHIBIT B-003

## *Olmedo Gaxiola & Abogados, S.C.*

Ms. ▉▉▉▉▉▉▉▉▉▉,

You are the only person receiving this letter. This overture is against my better judgement as I feel there is little probability of success yet more expense, but I am writing you on my clients' behalf. If you do not respond affirmatively to this letter by 3:00pm September 19th I will need to proceed as previously required. I will then not contact you informally again.

My clients want to give you this opportunity to cooperate and minimize the impact on your life. The criminal investigations will increase in number, and thoroughness, and will not stop until justice is served. This will not go away.

The group with which you are involved contains individuals who have already served prison time, others who are currently indicted, and some that face extradition proceedings. The others are under investigation for quite serious crimes. The form of justice to which they subscribe is trial and conviction by media, personal opinion, and abuse of power. They appear to have no issue with committing a crime when it suites them. They use the actions of others to justify this. Whether the person they target is right or wrong, this method of persecution is very wrongful. You must separate from them completely to mitigate the effects on yourself.

Please divest yourself from this wrongfulness and this group. Please write to me affirmatively by the above deadline indicating you will cooperate fully. I can also help you with any criminal investigations within the United States.

Sincerely,

**Lic. Ricardo M. Olmedo Gaxiola**

EXHIBIT B-004

**Subject:** J█████ Fwd: State Attorney Directive
**Date:** Wednesday, November 8, 2017 at 8:08:12 PM Eastern Standard Time
**From:** J█████
**To:** █████
**Attachments:** E11802BE-5B9B-44DD-B496-76D98FF65EE8[3].png, not J████.doc, ████.jpg

GOVERNMENT EXHIBIT
GX 447 R
18 CR 204 (S-2) (NGG)

Begin forwarded message:

**From:** Diego Ruiz Durán <druiz@bufeteruizduran.com.mx>
**Subject: State Attorney Directive**
**Date:** October 11, 2017 at 5:23:02 PM HST
**To:** <█████>

Dear J███:

My name is Diego Ruiz Durán and I am an attorney whose services have been engaged by NXIVN Mexico. I took the liberty of writing to you to let you know that the State's Attorney's Office in Mexico, has issued some directives against you and another individuals . Attached please find such directives which will also be presented to you via certified mail. You should know that I also took the liberty to translate such document to English for your understanding.

Best regards,

# BUFETE RUIZ DURÁN S.C.
## ABOGADOS

Diego Ruiz Duran
Bufete Ruiz Duran S.C.
Andres Bello Numero 10 Piso 6
Col. Polanco Del. Miguel Hidalgo
Mexico D.F. C.P. 11550
Tel. (52 55) 36010726, 5553 0223, 5286 0018
Fax 36010601

------------------------------------------------------------

Este mensaje y sus anexos son confidenciales. Si usted recibió este mensaje por error del remitente, le agradeceremos eliminar el mensaje y sus anexos y no copiarlos y difundirlos. De igual manera le agradeceremos avisar cuanto antes al remitente, vía telefónica o correo electrónico.
This message and any attachment ara confidential. If you are not the intended recipient, please telephone or email the sender and delete this message and any attachment from your system. If you are not the intended recipient do not copy this message o attachment or disclose the contents to any other person.Thank you.

EXHIBIT B-005



EXHIBIT B-006



EXHIBIT B-007


October 11th 2017, Mexico City
Criminal File: CI-FSP/B/UI-B-1 C/D/03510/10-2017
Felony: Extorsion

██████
Present
3950 Laurel Canyon Blvd.
Studio City, Ca.
91604

Take notice that according to the dispositions contained in Articles 1, 8, 14, 16, 20, 21 & 133 of the Constitution of the United States of Mexico; Articles 108, 109, 127, 129, 131 & 137 of the National Code of Criminal Procedures as well as Mexico City´s State Attorney´s Agreements A/002/2015 & A/013/, I hereby request the compliance of the following restraining measures:

Stop, abstain and refrain from incurring in any type of intimidation, acts of nuisance or disturbances against ALEJANDRO BETANCOURT LEDEZMA, legal representative of "NXIVN MEXICO S.A DE C.V.", and/or against "NXIVN MEXICO S.A DE C.V. and/or against any client (s)and/or any person with any sort of relation to the Company referred herein.

The above, as a consequence of the criminal notice filed by ALEJANDRO BETANCOURT LEDESMA, legal representative of "NXIVN MEXICO S.A DE C.V." in which you appear as a suspect of the extorsion investigation refered herein.

Additionaly, take notice that failure to comply with such measures shall bring along the imposition of urgency measures as provisioned by article 104 (i) of the National Code of Criminal Procedures. Such measures vary from a warning up to an arrest for 36 hours alongside criminal responsabilities that shall arise.

Respectfully
State Attorney Agent


Lic. Fernando José Gómez

# EXHIBIT B-008