# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

767 THIRD AVENUE, 26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: ATTORNEYS@BRAFLAW.COM

BENJAMIN BRAFMAN

MARK M. BAKER
OF COUNSEL

MARC A. AGNIFILO
OF COUNSEL

ZACH INTRATER
OF COUNSEL

ANDREA L. ZELLAN

JOSHUA D. KIRSHNER

JACOB KAPLAN

TENY R. GERAGOS
ADMITTED IN NY & CA

STUART GOLD

August 31, 2020

VIA ECF

The Honorable Nicholas G. Garaufis
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    <u>United States v. Keith Raniere</u>, 18 Cr. 204 (NGG)

Dear Judge Garaufis:

We write pursuant to this Court's August 14, 2020 Order directing counsel to advise the Court regarding the status of counsel's attempts to schedule an in-person meeting with the defendant. (<u>See</u> 8/14/2020 Order.)

Prior to the filing of the government's sentencing memorandum, counsel met with defendant. Now that we have received the government's sentencing memorandum, we have submitted a request for a second meeting. We will keep the Court apprised of our efforts.

Respectfully,

Marc A. Agnifilo, Esq.

cc:    AUSA Tanya Hajjar (via ECF and email)