# Make Justice Blind

MakeJusticeBlind.com
Twitter: @BlindfoldHer
Instagram: @BlindfoldHer

Enclosed is a petition from the people, supported by media, and an affidavit for the following individuals to review and affirm each of the stated points.

## Assistant United States Attorney Moira Kim Penza

## Assistant United States Attorney Tanya Hajjar

## Former Head of the Eastern District, Richard Donoghue

## United States Attorney, Mark Lesko

## Acting Head of the Eastern District Seth DuCharme

Please respond to this demand for public accountability by Wednesday, September 30, 2020, no later than 5PM ET.

You can email your response to Team@MakeJusticeBlind.com.

# We the People

Police the Police,
Prosecute the Prosecutors,
Judge the Judges,
and Investigate the Investigators.

A justice system is a system of people – justice comes from the quality of their conduct. No number of rules, structures, organizations, or laws will change that. The quickest method of justice reform is through exposure and public accountability. Through a partnership between the media and We The People, and with a set of well-delineated tools, we can bring about major reform in months, not years or decades.

Within this partnership, the first tool we will launch is an affidavit process that holds prosecutors accountable through media exposure and public pressure. The first case to which this will be applied is not without controversy, but it has one of the biggest spotlights and incontrovertible evidence of prosecutorial misconduct and corruption. It is The United States vs. Raniere et al., which took place in May and June of last year.

Mr. Raniere's prosecutors will be served the enclosed affidavit, which contains nine simple statements of basic ethical conduct that every prosecutor should be able to affirm easily and automatically. Additionally, there are three statements of conduct specific to this case that the prosecutors, if they acted acted within the confines of the law, should be able to affirm. This affidavit is necessary and exists because we have evidence proving they will not be able to honestly affirm even a single statement.

In addition to this affidavit, there will be a $35,000 innocence challenge, a podcast and other provocative public actions that bring hidden transgressions to light and send a message to judges, prosecutors and federal agents that they answer to us, We the People.

Please support prosecutorial accountability by signing the petition below, which will accompany the affidavit, and by keeping the pressure on the prosecutors until their transgressions are addressed.

By signing the petition, you affirm your belief in public accountability and that the prosecution, in being accountable to the public, should affirm (or deny) the points laid out in the affidavit.

DocuSign Envelope ID: C370B189-41AE-4358-B6A5-A16C39729C65

| Name | Organization | Signature |
|------|--------------|-----------|
| Walter Pavlo | 500 Pearl Street, Forbes Contributor | *DocuSigned by:* Walter Pavlo 0C274D567284450... |
| Amanda Knox | Knox Robinson Productions | *DocuSigned by:* Amanda knox A9C3FB154DB541C... |
| Valentino Dixon | Dxon Media | *DocuSigned by:* FDCC45EC37C24A8... |
| Diana Davison | Lighthouse Project | *DocuSigned by:* Diana Davison 0F634ECDCBD44C0... |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

# The Affidavit

We the Prosecutors of the United States vs. Raniere et al, specifically Richard Donoghue, Mark Lesko, Tanya Hajjar, Moira Kim Penza, and Seth DuCharme, in upholding our vow of office, and sacred duty to the people of the United States, do hereby affirm and personally initial all that are true with respect to this case (if any of these are denied, please initial, write "denied" next to your initials and, optionally, attach an explanation):

1. We the Prosecutors did not knowingly make any false or misleading statements to the public or media.

RD: _____        ML: _____        TH: _____        MKP: _____        SD: _____

2. We the Prosecutors did not knowingly make, or allow any federal agents to make, any false statements to the court.

RD: _____        ML: _____        TH: _____        MKP: _____        SD: _____

3. We the Prosecutors handled all potential witnesses properly. No witness was in any way intentionally challenged to augment or change his or her opinions or beliefs by us.

RD: _____        ML: _____        TH: _____        MKP: _____        SD: _____

4. We the Prosecutors never threatened any potential witness with indictment in an attempt to dissuade him or her from participating in, or supporting, the defense.

RD: _____        ML: _____        TH: _____        MKP: _____        SD: _____

5. We the Prosecutors either had no reason to suspect collusion or hidden financial motives amongst our witnesses, or we made sure our suspicions were properly investigated. We did not object to any evidence, including cross-examination, that might realistically show collusion amongst our witnesses.

RD: _____        ML: _____        TH: _____        MKP: _____        SD: _____

6. We the Prosecutors have stated in open court we have victims who feared for their lives. We made sure that these representations were properly investigated and, in each case, we discovered that there were legitimate threats to the life of the witness.

RD: _____        ML: _____        TH: _____        MKP: _____        SD: _____

7. We the Prosecutors did not allow any of our witnesses to commit perjury about events and/or evidence known to, or possessed, by us.

RD: _____        ML: _____        TH: _____        MKP: _____        SD: _____

8. We the Prosecutors have never tampered with evidence. All evidence presented had a well-documented chain of custody, with no gaps. All evidence was secure and there were no unrecorded accesses. No evidence presented was modified before or during forensic analysis.

RD: _____        ML: _____        TH: _____        MKP: _____        SD: _____