**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**18-cr-204 (NGG)**

_____

**UNITED STATES OF AMERICA**

**-against-**

**KEITH RANIERE,**

**Defendant.**

_____

**LETTERS OF SUPPORT ACCOMPANYING**
**SENTENCING MEMORANDUM**
**ON BEHALF OF KEITH RANIERE**

**BRAFMAN & ASSOCIATES, P.C.**
*Attorney for Defendant*
*Keith Raniere*
767 Third Avenue
New York, NY 10017
Tel: (212) 750-7800
Fax: (212) 750-3906

MARC A. AGNIFILO
TENY R. GERAGOS
          *Of Counsel*

**DEROHANNESIAN &**
**DEROHANNESIAN**
677 Broadway – Ste. 707
Albany, NY 12207
Tel:  (518) 465-6420
Fax:  (518) 427-0614

PAUL DEROHANNESIAN II
DANIELLE R. SMITH
          *Of Counsel*

| Exhibit Number | Name of Person Submitting Letter |
|---|---|
| Exhibit 1 | Veronica Alvarez (with accompanying translation) |
| Exhibit 2 | Angelica |
| Exhibit 3 | Raul Arias |
| Exhibit 4 | Diego Asunsolo |
| Exhibit 5 | Eduardo Asunsolo |
| Exhibit 6 | Juan Asunsalo (with accompanying translation) |
| Exhibit 7 | Michael Baker |
| Exhibit 8 | Leon Bojalil |
| Exhibit 9 | Natalia Bojalil |
| Exhibit 10 | Edgar Boone |
| Exhibit 11 | Damon Brink |
| Exhibit 12 | ███████ |
| Exhibit 13 | Esther Carlson |
| Exhibit 14 | Sanjay Chakravorty |
| Exhibit 15 | Suneel Chakravorty |
| Exhibit 16 | Theo Chiappone |
| Exhibit 17 | Abril Cigarroa |
| Exhibit 18 | Nicole Clyne |
| Exhibit 19 | Danielle |
| Exhibit 20 | Álvaro de la Garza |
| Exhibit 21 | James Del Negro |
| Exhibit 22 | Marvin Derks |
| Exhibit 23 | Brett Diamond |

| Exhibit 24 | Brian Elliot |
|---|---|
| Exhibit 25 | Justin Elliot |
| Exhibit 26 | Marc Elliot |
| Exhibit 27 | Alejandro Estrada |
| Exhibit 28 | Gurpreet Gil |
| Exhibit 29 | Leah |
| Exhibit 30 | Lourdes Gonzalez |
| Exhibit 31 | Hector (with accompanying translation) |
| Exhibit 32 | Jorge Hernandez (with accompanying translation) |
| Exhibit 33 | Lorena Lara |
| Exhibit 34 | Sterling LeBaron |
| Exhibit 35 | Wayne LeBaron |
| Exhibit 36 | Elizabeth Leon (with accompanying translation) |
| Exhibit 37 | Linda |
| Exhibit 38 | Jeanette Lopez |
| Exhibit 39 | Juan Luis Lopez |
| Exhibit 40 | Roy Martina |
| Exhibit 41 | Megan Mills |
| Exhibit 42 | Michele |
| Exhibit 43 | Jose Ospino |
| Exhibit 44 | Chris Pearson-Smith |
| Exhibit 45 | Juan Luis Piña |
| Exhibit 46 | Brandon Porter |
| Exhibit 47 | Lucas Roberts |

| Exhibit 48 | Vanessa Sahagun |
|---|---|
| Exhibit 49 | Sahajo |
| Exhibit 50 | Samantha |
| Exhibit 51 | Alberto Sanchez |
| Exhibit 52 | Patricia Sanchez (with accompanying translation) |
| Exhibit 53 | Luis ███████ |
| Exhibit 54 | Danny Trutmann |
| Exhibit 55 | Matt Wakelin |
| Exhibit 56 | Franklin Zhumi |

Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Dear Your Honor**

Mi nombre es Verónica Alvarez, tengo 60 años, soy médico. Soy divorciada, tengo 2
hijos: uno de 29 y otra de 26 años
Quiero compartirles mi experiencia sobre mis 2 años en el curso ESP, parte de Nexivm.
Me acerqué al curso porque en el 2011, conocí a una mujer muy inteligente, pero muy
conflictiva,  estaba sufriendo mucho por muchas cosas, y luego la volví a ver en el 2015
y la vi cambiada, en resumen  muchísimo más tranquila y contenta. Le pregunté lo que
estaba haciendo y me llamó mucho la atención el programa que estaba tomando.
Lo 1º que hice fue regalarle a mi hijo de 24 años un año del curso, por haber acabado
la carrera de ingeniero. Él aceptó entrar al curso y después de 3 meses, empecé a ver
un cambio en él, sobre todo, que estaba siendo un hombre, mucho más considerado
con las personas, lo veía mucho más humano y sobre todo más responsable de lo que
hacía.
Lo 2º que pasó, es que yo estaba teniendo muchos problemas con un vecino y dejé de
dormir varias semanas, mi hijo me sugirió que me metiera al curso, tomé un intensivo
de 5 días; con esos pocos días, entendí rápidamente, muchas cosas de mi vida
pasada, soy una mujer de 60 años, que había estado 40 años en terapias buscando
estar mejor, y que lo iba logrando pero muy lentamente. El curso me fascinó,  de
verdad cambió mi vida y decidí tomar el curso de un año y fui realmente mucho más
feliz con mi vida, me daba cuenta de todo lo que yo hacía y me volví también mucho
más considerada con los demás, más responsable de mis actos y dejé de culpar al
mundo entero de lo que me pasaba. En ese año, conocí al mayor número de personas
amorosas, que jamás había conocido.
Lo 3º que hice fue invitar a mi hija al curso, también le ha cambiado la vida.
Los 3 nos fuimos 10 días a Veweek en agosto del 2017 y viví una de las experiencias
más maravillosas con una comunidad que tenía otros principios: todos queremos un
mundo mejor, qué podemos hacer para lograrlo, nadie toma nada que no es suyo y
todos consideramos mucho más al otro ser humano que está en frente de nosotros.
Todo el hotel estaba para nosotros, un día olvidé mi computadora en el gimnasio y
nadie la tomó, ni me la robaron, podías estar tranquilo de que estabas en un lugar
seguro, que si tenías algún problema, cualquier te podía ayudar, de verdad todos eran
mucho más amorosos. Había clases de fotografía, matemáticas, ciencia, ejercicio,
música. Aquí vi a Keith por primera vez, lo admiré profundamente por las herramientas
que nos había dado, son herramientas sencillas, que seguiré usando toda mi vida.
Ahora, les puedo afirmar que somos una familia que hemos logrado mejorar
infinitamente nuestra relación, somos mucho más amorosos, sabemos que somos
humanos con muchos defectos, y que queremos estar mejor. La herramientas que nos
dio ESP, parte de NEXIUM, me han ayudado de una manera que siempre les voy a
estar agradecidas. Ojalá todo el mundo pudiera tener algo de esto en su vida, estoy

EXHIBIT

**1**

U.S. v. Raniere, 18-Cr-204 (NGG)

convencida de que el mundo sería mucho mejor para todos los seres vivos que lo habitamos.

Con esta carta me gustaría ayudar a Keith, porque siempre voy a estar en deuda con él por todo lo que me ayudó a mí personalmente y a toda mi familia con todas estas herramientas.

Gracias por su atención

Verónica Alvarez

Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201


Dear your honor
My name is Verónica Alvarez, I am 60 years old, I am a doctor. I am divorced, I have 2
children: one 29 and the other 26.
I want to share with you my experience about my 2 years in the ESP course, part of Nexivm.

I approached the course because in 2011, I met a very intelligent woman, but very
conflictive, I was suffering a lot from many things, and then I saw her again in 2015
and I saw her changed, in short much calmer and happier. I asked him what
I was doing and the program I was taking caught my attention.
The first thing I did was to give my 24-year-old son a year of the course, for having finished
the engineering career. He agreed to enter the course and after 3 months, I started to see
a change in him, especially, that he was being a man, much more considerate
with people, I saw him as much more human and above all more responsible for what he did.

The 2nd thing that happened is that I was having a lot of problems with a neighbor and I stopped
sleep several weeks, my son suggested that I join the course, I took an intensive 5 days; with those
few days, I quickly understood many things in my life past, I am a 60-year-old woman, who had been
in therapy for 40 years looking to be better, and that he was achieving it but very slowly. The course
fascinated me, it really changed my life and I decided to take the one year course and I was really
much more happy with my life, I realized everything I did and I became very more considerate of
others, more responsible for my actions and I stopped blaming the whole world of what happened
to me. In that year, I met the largest number of people amorous, who had never known.

The 3rd thing I did was invite my daughter to the course, it has also changed her life. The 3 of us
went to Veweek for 10 days in August 2017 and I had one of the experiences more wonderful with
a community that had other principles: we all want a better world, what can we do to achieve it,
nobody takes anything that is not theirs and we all consider the other human being in front of us
much more.

The whole hotel was for us, one day I forgot my computer in the gym and no one took it, nor was it
stolen from me, you could rest assured that you were in a place sure, if you had a problem, anyone
could help you, really they were all much more loving. There were classes in photography, math,
science, exercise, music. Here I saw Keith for the first time, I deeply admired him for the tools that
he had given us, they are simple tools, which I will continue to use all my life.

Now, I can tell you that we are a family that we have managed to infinitely improve our relationship,
we are much more loving, we know that we are humans with many defects, and we want to be

better. The tools that ESP gave us, part of NEXIUM, they have helped me in a way that I will always be grateful. I wish everyone could have some of this in their life, I'm convinced that the world would be much better for all living bings than we inhabit.

With this letter I would like to help Keith, because I will always be in his debt for everything that helped me personally and my whole family with all these tools.

Thanks for your attention

[Illegible Signature]

Veronica Alvarez

Sunday September 20th,
2020

Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Keith Raniere, 18 Cr. 204 (NGG)

Dear Judge Garaufis,

My name is Angelica ▮▮▮▮▮▮▮▮ I hold a BA in Psychology by Universidad Iberoamericana in Mexico and an MSc in Organizational Psychology by The University of Nottingham in the U.K. I am also a dedicated wife and mother to a 5 and an 8 year-old boys.

I first met Keith Raniere at the NXIVM annual retreat in Silver Bay, NY back in 2010 and I met him through what used to be called 'Forums', this was a platform used for getting to know Keith more, since it was a big company and it was hard to get to spend time with him. In these forums he would answer any question that was asked from the audience. This was my first experience with Keith after having been part of the Executive Success Program basic 15 day training; I found Keith to be very open in his answers, very engaging and it seemed he wanted us to think more as I left with more questions than I came in with, I also found Keith to have a great sense of humor but, above everything, I found him to be very honorable in his answers, meaning, he never said anything that would hurt another person's character and this characteristic stayed consistent with my experience of him for the next 10 years.

I got to know Keith more through taking the trainings he created, I took 11 trainings as a student and participated in many intensives as a Coach with ESP, this accounts for my 10 years in the company (I took my first intensive in November 2009). I found his trainings to be transformative in ways I haven't experienced before, being a trained psychologist I found therapy to be the most transformational tool until I found ESP; I was able to overcome situations that I wasn't able to overcome through therapy, like fixing my marriage, this is why I decided to become a coach with ESP.

I found ESP to be a place where I could see myself, I was able to reflect on the things I could have done differently without feeling judged, where I could reflect on my values and how I wanted to behave and actualize them. I stopped blaming and took responsibility of my emotions and my actions, this heavily influenced my marriage for the better, and even though we still have work to do (and will always have) we took steps together at that time, recognizing our own struggles and deepening our love for each other through the exercises we learned, we will be celebrating 14 years of marriage and I am very proud of what we have built together.

The NXIVM intensives I took within my 10 years in the company had a very similar experience to that first 15 day intensive, each one with its own theme, however, in my experience there were consistent teachings all along the different curriculums; take responsibility for your actions and your emotions, build your love for other humans therefore yourself, love requires sacrifice and is likely painful (I learned more of this when I became a mother), learn to differentiate the actions from the person so the personhood is always intact, see the best in others; the teachings were human, honest and value building; this is also how I see Keith.
At a training someone asked him what to do with a loved one who was dealing with an addiction problem, he said (I'm paraphrasing through my experience) something along the lines of 'you have to think the best of them, if you think they are faulted you will see that in them and when you think the best of them you will lay out other possibilities than what they think of themselves' I found this answer to be very loving, very understanding of the person dealing with the addicted loved one and the one dealing with the addiction, he seems to understand the human nature in a deep way and he has helped a lot of people love themselves and theirs in a deeper way. It's the way we relate to each other and to ourselves what he wanted to help us evolve.

Your honor, I come from a place where injustice is found, literally, on every corner, where children the age of my 2 boys (sometimes even younger) are working selling candy so they can buy something to eat for the day for them and maybe for

EXHIBIT

2

U.S. v. Raniere, 18-Cr-204 (NGG)

their families, it is a painful reality. My husband and I wanted to build a different reality and that is, in part, why we moved to the United States.

Through these past 4 years I have experienced, for the first time in my life, injustice directed at my own person. I have experienced violence against my character, I have experienced defamation; I have been falsely accused by the media of doing things that are against my core values, I have been portrayed as a victim to one of the people that has helped me the most to become the person I am so proud to be.

The current narrative is part of a wrongful campaign of hate and dishonor created by the media and it is a very painful thing to watch since people who have been mentors and teachers to many are now being kept from doing the work they do best and many people have lost their livelihoods due to these misrepresentations and lies.

I can confidently say my life is much more joyful than when I walked in that room 10 years ago; I have a strong relationship with my husband, I have the strongest respect I have ever had to my job, housemaker; I have 2 sons who I can teach concepts like honor, compassion and empathy in great part because I was part of this community; it has affected us greatly to lose this; it has affected me greatly to see people who I respect and trust going through this painful process.

Your honor, despite Keith's conviction I have a great deal of respect for him because of all his teachings and all he has dedicated for others to have a more joyful and loving experience of their lives however they choose to express their values. He is a dedicated researcher and a humble and loving teacher; this is why I respectfully plead to impose the most lenient sentence the court considers appropriate for Keith.

Sincerely,

Angelica ███████

Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Keith Raniere, 18 Cr. 204 (NGG)

Dear Your Honor,

My name is Raul Arias Hernandez, I am Mexican and I've been running a financial advisory office in Guadalajara, Jalisco for 9 years now.

Thru my life I had ups and downs as any other person may say, but it wasn't until I knew Executive Success Programs that I turn, what in my opinion was a normal, average life, into one where I find magnificence in everything.

I now live every day with such a deep understanding of how wonderful life can be, just by wanting and working on it.

I transformed all my relationships into an amazing tool to discover more of my self.

Today I embrace my fears, I work on them and day by day I become a better version of me.

All of this is possible thanks to Keith, to the tools he created and for the way he stands for what he believes is important.


Honorability, integrity, honesty, responsibility; this are values I attribute to Keith.

I used to play volleyball with him, and in my experience I discover a friendly and kind human being.

I hope you take this into consideration in his sentencing.

Sincerely,

Raul Arias Hernandez.

EXHIBIT

**3**

U.S. v. Raniere, 18-Cr-204 (NGG)

Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
Re: United States v. Keith Raniere, 18 Cr. 204 (NGG)

Dear Judge Garaufis,

My name is Diego Asúnsolo Ramírez. I have a Marketing Degree from one of the top Universities in Mexico. I am an entrepreneur and have created different companies on a variety of industries; Marketing Media Company, Creative Agency, Ecommerce, retail and photography businesses. I spend my time living between New York City and Mexico City. I love sports, personal growth and I'm a family man.

I met Mr. Keith Raniere through his ESP curriculum in 2010 and personally met him around the beginning of 2013. The best and most simple way I can describe him is as very warm, intelligent, respectful, and mindful man. He is the most honorable person I have ever met in my life. To this day I have never experienced him being dishonorable to anyone, even to the worst of his adversaries.

Over the years I got more involved in his companies, in particular with ESP, SOP and Ultima. This last one involved physical trainings to improve body mobility and health. As I mentioned earlier I love sports and I got to spend more time closer to him while playing volleyball in Albany.

The reason I mention this is because thanks to this companies and being closer to him I now have the best life I have ever dreamed of and I really believe without his tools it wouldn't be this way. With ESP I was able to understand my self in ways I didn't even know I could, I now have the tools to become the best version of myself and more. With his goals program I have achieved a level of success in business that I didn't think was possible for me, now I have different businesses that are profitable and I didn't think this was possible in my 30s. I also consider ethics and other people in my everyday decisions. I am a more responsible citizen and care more for other humans. SOP is my favorite thing, it has shown me how I can become a responsible man and uphold the most noble principles in the world, while being part of a team of men that have become brothers to me. Ultima is one of the things I am most thankful to Mr. Raniere for. When in college I had a severe knee injury, many doctors told me that due to the complexity of my injury and how my surgery had gone I was not going to be able to ever run again, I was likely going to walk with a limp and would lose about 35% of my legs flexibility. Any sports other than swimming were basically ruled out. After many years of physical rehab and many physicians I gave up on ever recovering from this injury. With Mr Raniere's tools I was able to recover 100% of mobility and I've been back at sports and competing for over 5 years now.

The way I experience he conducts himself it's admirable. With his actions I now believe its possible to be noble and honorable, even at the worse of circumstances. I have plenty of moments with him were he has exhibited this traits. To mention a few, at one of his SOP trainings; we had committed to get 100 men to be at the training in order to have it and a few days before it started we were short, we involved a few men in a way that wasn't good to join the training as we needed them to complete 100 men and have the training with him. Mr Raniere wasn't involved in this decision, however when he found out he immediately stopped the training and apologized to all attendants because he consider himself responsible of what had happened. Not only that, he refunded a few hundred thousand dollars for expenses and training costs to all the attendants and gave us a free previous training that same weekend. He explained the situation and answered questions to all of us who had them. He took full responsibility of the failure and the way he did it was the biggest lesson on responsibility for me. Another time at the volleyball court, I was playing with a few other friends and Mr. Raniere was playing at the next court. One of my friends turned his ankle, Mr. Raniere noticed it and immediately came to help him to make sure he was ok. He also advised him on how to treat the injury for its quickest recovery. Helping him seemed to be the most important thing at the moment for him. That had a huge impact on me because I've been involved in sports all my life and saw things like this happening all the time, and I know I had never cared so much for anyone like he did that day.

EXHIBIT
4
U.S. v. Raniere, 18-Cr-204 (NGG)

It is with a lot of pain that I've seen what has happened over the last 3 years. I wanted to support him during trial but I was advised not to since it could be harmful for my well-being, even to show up at the trial wasn't a good idea. I could've shared my experience on the SOP weekend for example, which I believe is very different than what was shared during trial and there's many other situations that would've countered other people's testimonies.

In my personal case to this day I have been damaged on my business, with my family, friends and my social life, as I was mentioned in different articles from a hate blog and different main media streams where I was falsely accused of recruiting women to be sex slaves for Mr. Raniere. This is absolutely untrue and we have been defenseless as this main media streams have a huge outreach so cleaning this dishonor becomes impossible.

Mr. Raniere's adversaries have personally harassed me for years now. Through phone calls, messages, etc. This people write the worst type of things about myself and my family. Some of these people have never even met me, or have very little experience of me. But they write articles and posts on social media directly attacking my character and accusing me of the most awful things as if they knew me for years. And the reason for all this seems to be that I just don't hate Mr. Raniere.

Again as a result of all this my business has been damaged, I lost important clients and business partners due to this hate campaign. I have also lost trust with friends and family members who of course read or see this main media articles and can't do anything else but be scared of me because of the craziness of the accusations.

Throughout all the case and conviction, I still respect Mr. Raniere in the same way and admire how he has conducted himself through all this, please allow me to plead to the court with the lowest appropriate sentence permitted under the law. Thank you for your consideration.

Respectfully,

Diego Asunsolo

Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>United States v. Keith Raniere, 18 Cr. 204 (NGG)</u>

Dear Judge Garaufis:

My name is Eduardo Asunsolo Ramirez. I was born and raised in Mexico. I studied Marketing at one of the best Colleges in Mexico on a soccer scholarship. I came to New York 12 years ago to study theater and to work as an actor. I am now a professional interpreter,  I have translated for immigration court and for the political asylum offices numerous times. I own a family translation business, and work as a commercial voice over artist recording radio and tv commercials. I am married, I have a 17-month-old boy, and a baby girl on the way.

I met Keith Raniere 10 years ago through ESP. Throughout the last decade we've played hundreds and hundreds of games of volleyball together, he's been my teacher, my business partner, and my friend. I've taken numerous educational trainings that he has designed and imparted: Jness, SOP, ESP, Ultima, Ethicist, etc. This education has been by far the most valuable investment of my life; it has helped my personal and professional life in many great ways. I am confident to say that I wouldn't be an entrepreneur, and a loving father and husband, if it wasn't for my interactions with him and with his work. The different things that thousands of people have achieved thanks to his tools are remarkable, some of them historically remarkable. I personally knew and in some cases worked with a group of people with Tourettes syndrome, and I watched them work their tics away with the talk therapy himself and Nancy designed. I was amazed at how Keith never wanted to call this project a cure or even science yet,  he was always thoughtful and humble about the results he achieved.

In 2017, a group of my closest friends invited me to what sounded very much like a defamation campaign against Keith. The justification was that they had found information about a secret sorority, and that it was so disgusting to them, that it was worth it to make the group look like a sex trafficking ring to the media. They literally said they were going to make this look like India's mom was going to save her daughter. When I informed Keith about what was coming after him, he never entertained the idea of stopping this group of people with harsh legal tools, which was what I suggested; instead his only focus became to try and have a dialogue with this group, to try to prevent them from doing something that would be harmful to everyone, especially the group itself. I had heard him speak about non-violent resistance before, but to see him let himself go to jail instead of engaging in violence, was one of the most wonderful things to watch. I believe he did the same at trial through his defense; as you can see in the transcripts, they did not use dishonor even once. I think the injustice committed to him and his co-defendants will affect American history for the good. I



EXHIBIT
**5**
U.S. v. Raniere, 18-Cr-204 (NGG)

tried to participate in this case and to counter the many lies I saw the witnesses tell. It's hard to watch people lie on the stand when you knew they were going to do it. The reason I did not end up being a witness was because everyone around me told me I would be in legal trouble if I did. Some of my friends were personally threatened by the prosecutors. Still, my hope is that people can see that sometimes people are convicted on prejudice rather than evidence. This is not news to myself or to any other minority, for this has been done to us for a century.

Keith is in my experience a true humanitarian, a man who conducts himself with a balance between complete kindness and a strict code of honor. He maintains this balance in every area of his life, no matter the time of the day or how hard his circumstances become. I developed a lot of respect for him through the years of interacting with his work and with him as a friend, but this respect increased even more when I saw him deal with the deaths of life long friends of his, he mourned deeply while still leading strongly. In ten years of spending many hours with him, he never spoke a dishonorable word about anyone, including adversaries who I saw attacking his name and his life. Even today, all the way from his cell, he has been able to help my family with a very difficult situation. I'm always amazed at the fact that he drops anything to help another person, even when his circumstances are far worse than most people's.

Because I grew up in the north of Mexico, I've been witness to the most cruel violence. It is a day to day thing for many Mexicans. I will forever be grateful to Keith Raniere for producing a peace movement in my country, a movement that created hope for millions of Mexicans. When one experiences the community projects that he has designed, one can see how humans can be great. V week for example, is the most marvelous display of human excellence, art, community and education. I can understand why people like the Dalai Lama and Elan Musk have expressed interest in his work.

For this and many other reasons, I keep the deepest honor and respect for Keith Raniere. And I ask you to give him the most humane sentence you can find within your possibilities. I don't ask you to see him as a good man, for that wouldn't be right, I think that if I had the information you have in front of you and nothing else, I would probably think exactly as you do. I only ask you to treat him with the humanity this world needs.

Kind Regards,

Eduardo Asunsolo Ramirez

Torreón, Coahuila, México a 25 de noviembre de 2019.

C. JUEZ NICHOLAS G. GARAUFIS

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS

DISTRITO ESTE DE NUEVA YORK. 11201

Re: United State v. Keith Ranieri, 18 Cr.204 (NGG)

P R E S E N T E.-

Su Señoría, mi nombre es Juan Manuel Asúnsolo González, soy Mexicano, Mayor de edad, de Profesión Licenciado en Derecho, Originario y Residente en Torreón, Coahuila, México, con domicilio ubicado en Avenida Juárez número 4901 Oriente, Colonia Villa California en la Ciudad de Torreón, Coahuila, tengo 67 años de edad y 39 años ejerciendo mi Profesión de Abogado, en ocasiones como Funcionario Público, de los cuales destacan: Actuario del Poder Judicial de Coahuila, Administrador Local Jurídico de la Secretaria de Hacienda y Crédito Publico con sede en Piedras Negras, Coahuila, México y Director del Patrimonio y Tenencia de la Tierra del Municipio de Torreón, Coahuila, con el debido respeto me dirijo a su Señoría para exponer:

Que mediante este escrito, vengo a solicitar de su Señoría su benignidad al momento de emitir sentencia en contra de KEITH RANIERI, lo anterior en virtud de que aun cuando no lo conozco de forma personal, lo conozco a través de videos, medios electrónicos y comentarios verbales de familiares y amigos que lo conocen personalmente, lo anterior es así ya que soy miembro de dos de los programas de superación personal creados por el Señor Keith, como lo son SOCITY OF PROTECTORS Y EXECUTIVE SUCCESS PROGRAM, en el que tome dos intensivos, el primero del 21 al 23 de marzo de 2014, y el segundo del 05 al 09 de diciembre de 2014, respectivamente y de los cuales obtuve un paso hacia adelante en el conocimiento de mí mismo, con mayor autoestima, consiguiendo éxito exponencial, tanto personal como profesional, todo gracias a su método y su movimiento SOP, una coalición basada en carácter y honor, creados por el Señor Keith y sus valores basados en el compromiso, responsabilidad y honestidad de un grupo de personas, que de forma pacífica podemos cambiar el mundo, haciéndolo un mejor lugar para vivir, iniciando ese cambio primero en uno mismo y después ese cambio se verá reflejado en los demás, agregando que hasta la fecha sigo perteneciendo a un grupo de personas que creemos firmemente en estos valores y seguimos trabajando con éxito en nuestro crecimiento como hombres comprometidos, responsables y honestos.

Hago de manifiesto a su Señoría que, gracias a todo lo anterior y al Seño KEITH RANIERI, en la actualidad tanto el suscrito como mi familia hemos cambiado significativamente en cuanto a personas comprometidas a crecer en carácter, compromiso y honorabilidad, lo anterior en virtud de que mi esposa ROSA MARIA RAMIREZ y mis hijos JUAN MANUEL, EDUARDO Y DIEGO de apellidos ASUNSOLO RAMIRES, también forman parte de la agrupación de referencia y son miembros comprometidos con los valores transmitiendo por el Señor KEITH RANIERI y también han tomado diversos cursos intensivos creados por Él, cabe señalar que dos de mis hijos citados



EXHIBIT
6

U.S. v. Raniere, 18-Cr-204 (NGG)

con anterioridad EDUARDO Y DIEGO lo conocen de manera personal y llevan una sincera amistad con Él y de los cuales estamos orgullosos mi esposa y el suscrito ya que gracias a los cursos intensivos y su amistad, en la actualidad son hombres jóvenes exitosos, con carácter y responsabilidad, compasivos y honestos, todo lo cual ha contribuido a que mi familia sea más unida, feliz y amorosa, cabe señalar que recientemente mi hijo EDUARDO, nos ha regalado la dicha de ser abuelos y que nuestro Nieto JULIAN ELLIS ya crece con los beneficios de los valores del Señor KEITH RANIERI, dado que está creciendo en un ambiente de libertad y amado por todos nosotros su familia, educado con esmero y con un método distinto al tradicional, lo cual se advierte inmediatamente al verlo y estar con Él, puesto que refleja tranquilidad, amistad, simpatía y sobretodo mucho amor y felicidad.

Es pertinente señalar a su Señoría las afectaciones sufridas por toda mi familia y en lo personal ya que a raíz de la detención y desprestigio de los medios de defunción de que fue objeto el Señor KEITH RANIERI, mis hijos EDUARDO Y DIEGO se vieron obligados a cerrar su oficina y quedarse sin trabajo y en lo personal la perdida de negocios con clientes que se retiraron de mi despacho, situaciones adversas que gracias a las herramientas obtenidas en los programas  del Señor RANIERI fueron superadas por mis hijos con nuevos negocios que son exitosos.

Honorable Juez lo manifestado en los párrafos anteriores tienen la intención de presentarle realmente quien es El Señor KEITH RANIERI, así como solicitarle con todo respeto, que al momento de dictar sentencia en su contra sea bondadoso y benigno con Él, ya que en lo personal y en nombre de mi familia le hacemos saber que en ningún momento hemos dudado de Él ni de su honorabilidad y que a la fecha nunca creímos en la campaña de desprestigio de los medios de comunicación de los que fue objeto, motivos por los cuales le escribo la presente suplica de clemencia y misericordia, agradeciéndole de antemano las atenciones que se sirva tener a esta petición, quedando a sus apreciables órdenes.

Otorgo mi consentimiento para que esta carta sea publicada en todos sus términos.


ATENTAMENTE

LICENCIADO JUAN MANUEL ASUNSOLO GONZALEZ.

Torreón, Coahuila, Mexico on November 25, 2019.

C. JUDGE NICHOLAS G. GARAUFIS
UNITED STATES DISTRICT COURT
EAST DISTRICT OF NEW YORK. 11201
Re: United State v. Keith Ranieri, 18 Cr. 204 (NGG)
PRESENT.-

Your Honor, my name is Juan Manuel Asúnsolo González, I am Mexican, of legal age, by profession, Graduated in Law, Original and Resident in Torreón, Coahuila, Mexico, with address located at Avenida Juárez number 4901 Oriente, Colonia Villa California in the City from Torreón, Coahuila, I am 67 years old and 39 years old practicing my Lawyer Profession, sometimes as a Public Official, of which the following stand out: Actuary of the Judicial Power of Coahuila, Local Legal Administrator of the Ministry of Finance and Public Credit with headquarters in Piedras Negras, Coahuila, Mexico and Director of the Heritage and Land of the Municipality of Torreón, Coahuila, with due respect I address your Honor to state:
That by means of this letter, I come to ask your Honor for your benignity at the time of issuing a judgment against KEITH RANIERI, the foregoing because even though I do not know him personally, I do know him through videos, electronic media and comments verbally from family and friends who know him personally, the above is the case since I am a member of two of the personal improvement programs created by Mr. Keith, such as SOCIETY OF PROTECTORS AND EXECUTIVE SUCCESS PROGRAM, in which I took two intensives, the first from March 21 to 23, 2014, and the second from December 05 to 09, 2014, respectively and of which I obtained a step forward in the knowledge of myself, with greater self-esteem, achieving exponential success, both personal as a professional, all thanks to his method and his SOP movement, a coalition based on character and honor, created by Mr. Keith and his values based on the commitment, responsibility and honesty of a group of people, who can peacefully change the world, making it a better place to live, initiating that change first in oneself and then that change will be reflected in others, adding that to date I still belong to a group of people that we firmly believe in these values and continue to work successfully in our growth as committed, responsible and honest men.

I make it clear to your honor that, thanks to all of the above and to Mr. KEITH RANIERI, at present both the undersigned and my family have changed significantly in terms of people committed to growing in character, commitment and honor, the above by virtue of that my wife ROSA MARIA RAMIREZ and my children JUAN MANUEL, EDUARDO AND DIEGO with surnames ASUNSOLO RAMIREZ, are also part of the reference group and are members committed to the values transmitted by Mr. KEITH RANIERI and have also taken various intensive courses created by him, it should be noted that two of my children mentioned above EDUARDO AND DIEGO know him personally and have a sincere friendship with him and of which my wife and the undersigned are proud because thanks to the intensive courses and their friendship, today they are successful young men, with character and responsibility, compassionate and honest, all of which have

contributed to my family being more honest, happy and loving, it should be noted that recently my son EDUARDO has given us the joy of being grandparents and that our grandson is already growing with the benefits of these values , since he is growing up in an environment of freedom and loved by all of us, his family, educated with care and with a different method from the traditional one, which is immediately noticed when seeing him and being with him, since it reflects tranquility, friendship, sympathy and above all a lot of love and happiness..

It is pertinent to point out to your honor the effects suffered by my entire family and personally, since as a result of the arrest and defamation to which Mr.KEITH RANIERI was subjected, my children EDUARDO AND DIEGO were forced to close his office and being unemployed and personally the loss of business with clients who withdrew from my office, adverse situations that thanks to the tools obtained in Mr. RANIERI's programs were overcome by my children with new businesses that are successful.

Honorable Judge what has been stated in the previous paragraphs intends to present you really who is Mr. KEITH RANIERI, as well as request him with all respect, that at the time of passing sentence against him be kind and benign with Him, since personally and On behalf of my family we let you know that at no time have we doubted him or his honorability and that to date we have never believed in the smear campaign of the media to which he was subjected, for which reason I am writing the present plea for clemency and mercy, thanking you in advance for the attentions given to this request, remaining at your appreciable orders.

I grant my consent for this letter to be published in all its terms.

ATTENTIVELY
JUAN MANUEL ASUNSOLO GONZALEZ

*Honorable Nicholas G. Garaufis*
*United States District Judge*
*Eastern District of New York*
*225 Cadman Plaza East*
*Brooklyn, New York 11201*

**Re: United States v. Keith Raniere, 18 Cr. 204 (NGG)**

Dear Judge Garaufis,

Thank you for taking the time to review my letter.  I am writing this as an honest account of my friendship with Keith Raniere.

My name is Mike Baker.  I was a member of NXIVM for 15 years.  I was one of the founding 4 members of Society of Protectors.  I played volleyball with Keith 3 nights a week, built an a cappella group out of NXIVM members, and spent most of the first 10 years completely absorbed in what our community represented to me; growth, thoughtfulness and kindness.  I hold my time in ESP, SOP, and the JNESS tracks as a great period of growth in my life.  The coaches and proctors are people who I respect for their dedication to helping others during those years.  I was not a paid coach or proctor. Now I'm married with 3 children and manage a small company in Upstate New York.

I believe that many people had a very positive outlook on the courses and the community in general.  However, the aggressive trolling of former members will probably limit the responses you'll receive.  Lewd and disrespectful posts have been made on my wife's social media accounts.  My children have been excluded from social events based on us being "Those NXIVM people".  Staff has chosen to leave companies that I managed based on my association, and I've offered to resign to protect the entities that I've worked for when the media pressure was heavier in the past.  I've had the FBI show up at my home, or insist we meet near my place of work with no forewarning.  Parts of my network have cut me out (only some of which I could directly attribute, to be fair).  Probably worst of all, I now struggle to connect with my parents and extended family on the subject because I am viewed as brainwashed or compromised in some manner.

The curriculum of ESP, Jness, and SOP has impacted my life dramatically.  I am a much better Father and Husband than I believe I ever could have been.  I believe many of us in the program were so close because we watched each other achieve more in our lives, become more vibrant human beings, treat our families and friends with more respect and happiness.  These are things I witnessed firsthand, and things I am proud to have been a part of.

In my eyes, Keith was a wonderful person surrounded by wonderful people.  I could easily name dozens of people on both sides of this issue that have affected my life greatly, and to which I

EXHIBIT

**7**

U.S. v. Raniere, 18-Cr-204 (NGG)

owe a tremendous gratitude.  All people that I have held in high esteem, and knew intimately.  They went out of their way for others - for me - and significantly gave of their time and effort.

I knew Keith for my entire time within the company.  We met early on and he began helping me personally, athletically, and musically.  He coached me through thousands of reps in the gym and on the volleyball court.  I would show him musical compositions I was working on, and he would share thoughts or encourage deeper expression, or to refine specific phrases.  He was meticulous.  Keith was there to hold my newborn child when my wife and I were brand new parents with barely enough money to get by.  He stood by me when I was barely standing myself, was there for me at some of my most difficult times, and I don't believe he had anything to gain from our friendship other than enjoying the friendship itself.

Watching Keith with others, my view was that he was always trying to help.  In the years of media campaigns against the organization, I never heard him utter a word of disrespect against anyone.  I believe I saw constant, persistent, exuberant goodwill, and that he was voting for people's growth and well-being.  I admired how he did it, and still try to emulate the level of care that I believe I witnessed.

Keith often gave me feedback that it mattered "how" I did things; that he knew I was going for good things, but that sometimes I was bull-headed and stubborn in my process.  He offered practical advice on how to pull myself out of this, how to grow past it.  I admire and respect that trait and hope to be that for those around me.  I witnessed him do this over and over with people in the organization.  I have spent hours and hours in his library talking, playing music, or practicing my volleyball setting while he plays Rachmaninov.  These are cherished times with a friend amongst friends.  Moving, calm, and thoughtful times.  Many of the things Keith told me over the years have stuck with me and I think about him often with gratitude and deep respect.

I have searched inside, combed memories over and over, yet I fail to find flaw, mistrust, or hatred in my more than 15 year friendship with Mr. Keith Raniere.

Your Honor, I hope I have respected The Court's efforts with this writing, and have stayed true to the intent of your request.

Thank you for your time.

Sincerely,

Michael Baker
September 20th, 2020

Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Keith Raniere, 18 Cr.204 (NGG)

Dear Judge:

My experience with ESP

I took the first course (ESP) after I graduated, I was 24. It took me just a couple of hours to realize it was something different, it had a deep understanding about human behavior. It was shocking to me that after a few modules and a couple hours of work, I wasn't struggling with an issue I had work for 5 years with a psychiatrist (and couldn't solve) It was so clear to me the value it had brought to my life that I kept going every single week throughout a year.

After a year, I decided to enroll again and my mother wanted to join too. She was impressed with the positive results she saw on me. Then my little sister joined too. Now, my whole family has taken ESP and I see the privilege and benefits it has brought to all of us. We have better relations, we can solve things in a better way and it help us start a journey of personal growth.

Today, 5 years after my first interaction with ESP, I'm convinced that thanks to this tools, my life and the life of my family has improved in a way I wouldn't have thought possible. It's not that I don't struggle with things any more, I do, but a the same time I know I have the tools to overcome anything.

This are the reasons why I ask you to consider the shortest possible sentence

Sincerely,
Leon Felipe Bojalil

**EXHIBIT**

**8**

U.S. v. Raniere, 18-Cr-204 (NGG)

Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
Re: United States v. Keith Raniere, 18 Cr. 204 (NGG)

Dear Your Honor, I present myself, my name is Natalia Bojalil and I am an entrepreneur from Mexico City. I studied Fashion Design in the University Iberoamericana.

I met Keith Raniere tree years ago in Albany. It was his birthday and the community made him a birthday cake during V Week. That was the first time I saw him in person, I didn't get to talk to him but I saw him interacting with people for a little bit from the distance. I believe I got to know him better trough his curriculums and videos since I took some Nxivm classes such as Ethos and Origins, and I also did Jness curriculum.

My experience of Keith is that he is an intelligent, kind, mindful and joyful person. Because of his curriculum I really believe that he wants to help people in every aspect of their life, I believe he has dedicated his life to understanding human behavior and building tools to teach them, so people can understand themselves better, at least I can say that's what happened for me. Thanks to his tools I've been able to understand myself better and have a happier life.

His curriculum has impacted my life in a very positive way. When I was little, I always wanted to have my own business, but I thought that this was just a dream and that it wasn't possible for me. When I took Ethos, (and especially using its goals setting tools) I realized that I could achieve my dream step by step; using his tools, to overcome limitations that were stopping me from doing it. Now I can proudly say that I have my own business.

Thanks to the curriculum and tools that Keith has created I have a better relationship with my family. Now, we understand each other like never before and we are building a beautiful family that understand and helps each other.

Despite his conviction, I will always be thankful with him because of the huge positive impact that my life has had thanks to his tools. I plead the court to impose the lowest appropriate sentence.

Natalia Bojalil

EXHIBIT
9
U.S. v. Raniere, 18-Cr-204 (NGG)

Hon. Nicholas G. Garaufis
United States District Judge
United States District Court
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

August 30th,2020

Dear Judge Garaufis,

My intent in writing this letter is to help expand the court's perspective on Keith Raniere's character as you evaluate his sentence.

What I have seen in the last two years in the media and later in court, is that Keith has been mostly shown as a type of psychopathic monster who only did bad things in the world, and who always had bad intent in everything he did.

My experience of him as a person, and leader of an organization, is the opposite of what some people have expressed about him, and how the media has portrayed him. It's been a horrible experience to see how people hate him so much, when he has helped thousands of people have a better life by the tools he developed and with his personal interactions.

Below I'll share with you some personal experiences that hopefully can help you get a more complete view of him as a human being.

**Helping People**

In all the years that I have known him I would say that helping others is one of his highest values. Every time I saw him, either casually or in one of the many organizational events, he would always take the time to connect with the community and support them in all he could.

It seems to me that he always wanted to give more to others than what he received.

For many years, I saw him invest his time on someone who was highly disrespectful to him and many others. I could never understand why he would be so patient and loving with someone who was so entitled and mean. But he did. He wanted to help others, even those who were rejected by most, for being obnoxious.

When one of my brothers had a problem, I shared with him what was going on. He took the time to help me help him. And then followed up for a while asking me how he was doing.

I also remember someone who wanted to become a better runner. I saw him for months take the time to help them, give them feedback and talk to them, without ever charging them a dime.



EXHIBIT
**10**
U.S. v. Raniere, 18-Cr-204 (NGG)

**Humane & Honorable Decision Making**

In all the years that I have known him and all the decisions that I brought to him regarding personal or business matters, he would always bring the highest principle in mind and see how we could uphold it, even if that would affect personal comfort, financial benefit or other possible superficial aspects.

For example, one day I was thinking of making some changes to the way we evaluated the ranks in ESP. And he took the matter at hand and then came up with an answer that took into account what would happen generations later. This long-term view was characteristic of him.

In my experience he would deliberately take time to evaluate his decisions, especially those that involved other people.  He would share with me how he would take time specifically to evaluate his decisions using all the emotional and mind fortitude available to him.

One of the things that I saw him do often, something that has been a source of a lot of anger and even hatred towards him, is that he would not give attention to someone if they had not earned it in his view, or if they had done something destructive. For example, there was this person who I experienced as very angry and irresponsible. This person would want to see him and spend time with him, but he would not, not until this person changed the behavioral destructive pattern they were doing. This person got very upset with him, threatened to cause a lot of trouble, and did.

**Not conventional**

If there's something that defines him is that he's not conventional and would often not follow societal rules for their own sake.

For example: He seemed to have a very different sleep schedule than most people. He would often sleep during the day and be awake at night.

Many of his meetings he would do walking instead of sitting at a desk.

I think he was more understood or accepted by women in general, which may be why they were/are attracted to him. To men, to see women be attracted to him would sometimes create jealousy, anger and even hate.

There have been many times when I did not understand his decisions. Often my not understanding had to do with him not deciding just to do something for some material benefit, but for a higher value that involved the values of humanity. For example: There were people in the company that would not do their jobs very well or to a standard that would help many of us run the company more efficiently and effectively. But he would not fire them right away just because of that. He would give many opportunities to change, to grow, to step up. His highest value didn't seem to be making money, but supporting the person's development.

**Honorable Sportsmanship**

In the almost twenty years since I have known him, before he was taken to jail, he was the most consistent person I have seen to show up consistently to his commitments. One of these commitments was playing volleyball with the community. In these games, every time there was doubt in how a ball was called, he would always ask to stop the play until we made sure that all involved were in agreement with the decision. If there was no consensus then the play would be repeated to honor the perspective of everyone involved.

**Alcohol & Vegetarian**

In all the years that I have known him I've never seen him drink alcohol nor does he support that habit. He is a believer of being fully present and fully aware of your choices at all moments.

I have always seen him uphold a vegetarian diet. He shared many times with others that he was vegetarian mainly because he took a vow of non-violence and killing an animal to eat when his personal survival was not in question, would go against that value.

**Emotional States**

I have never seen him being angry or snap at anyone. I think he is the only person I have known in my life that I've never seen angry.

He was always centered, even at times when I saw him deeply sad by losses of a loved one. For example, when a good friend of ours died, I saw him very sad for weeks. When his partner died, he was grieving deeply until the last time I saw him. I could see it. And even then, he would show up to volleyball and play his games with a positive state.

**Supportive**

When a mutual friend of ours got married, I saw him support them to start their new life together.

When I was making the decision to step out of the organization in 2009 and become Emeritus, he did not want me to do so. He wanted me to be part of the Executive Board. I chose not to, and even when I made a choice that he did not agree with, he respected my decision and even helped me with the transition I was going through, and into a new stage in my life.

At times, he and I disagreed in what needed to be done and how it needed to be done. But these disagreements were always respectful from both sides and he was supportive of me as a person, even when we would not see eye to eye on other matters.

One of the things I find amazing about him, is that he invested a lot in people. He would invest his time, his efforts and abilities to help someone become more capable, have a better experience of life, and be able to start developing companies that related to what they wanted to do. At times some of these people would just quit, at which time, I never saw him complain.

Through the years he taught me many things, he helped me resolve inner issues and he was supportive of me and my family. He never asked anything in return, never. One time when I asked him what I could do for him in exchange for his time, he just said "pay if forward". And I have done so ever since.

**Ethical**

One of the principles that I saw him talk about more often and consider in his decision-making process, were his ethics. The principles that he held dear and by which he chooses to live.

Being ethical is not easy in this world, and I have seen him uphold his principles even at great personal cost to him.

For example, he had the chance to speak dishonorably about the people accusing him in the media and in court. But he chose not to do it. I also assume he also had a lot of private, personal and unflattering information about some of the people who accused him, that he if he brought forth, would have helped his legal case and his public image. And yet, he has chosen not to speak about them.

**Humanitarian**

In my experience with him, people were always the most important. More important that material things, riches, fame, etc.

He would say often: The person is more important than the company's profits. And that's how he would lead. Often with negative financial effects.

Personally, I can tell you that he has always been a supportive and good friend. And I have seen him again and again be the same to others throughout good times and bad times.

In my experience, he is a very mindful person, who takes the time and puts the effort to deeply evaluate decisions for the benefit of all, especially those that involve many people. I've never seen him being reckless.

Through the personal growth tools that he developed, he has helped me and thousands of other people to have a better experience of life, to have more inner peace, to have more joy, to value and appreciate life, and to be more successful.

In summary, in my experience Keith has been a kind, hardworking humanitarian, and ethical human being, who developed some amazing personal growth tools that thousands of people have used to better their life.

I hope this helps in your evaluation of his sentence.


Kindly


Edgar Boone

Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East Brooklyn,
New York 11201

Re: United States v. Keith Raniere, 18 Cr. 204 (NGG)

Dear Judge Garaufis,

My name is Damon Brink. I'm from Jericho, Vermont. I'm a coach, director of a local community center, DJ and entrepreneur. I have a family, a son and a wife and I'm concerned for their safety because of the unhinged, abusive and vengeful nature of those determined to destroy Keith Raniere and everything and everyone he represents.

My reason for writing is to bring light to the injustice and corruption of this case. The story of Keith Raniere and ESP is and has been propagandized and corrupted to such an extent that it has and continues to cause great harm not only to Keith and his co-defendants but to thousands of people who have associated or continue to associate with ESP.

I came to NXIVM in 2010, well, really in 2009 after experiencing a profound perspective shift in my partner. We had a fight and her reaction to me changed the course of my life. Instead of her normal reactions she met my fear and anger with love and compassion. I wanted to find out more so I went to Albany to take an intensive of my own.

In 2010 after having taken a full 16 day intensive and getting to know some of the people in ESP, my wife found out she was pregnant and with a child coming I decided to move my family to Albany, NY to be close to the ESP community. It was one of the best decisions of my life.

While in the ESP community I was a leader and had close ties with leadership, including Keith. Today I have love for most of the people on all sides of this terrible case. I know them. I know the defendants, I know the accusers. I've spent countless hours with all of them and often in the most compassionate and touching human connection I've ever experienced. This is what we did in ESP.

The stories that are being told are opinions and perspectives that have been blown up by a voracious media and used as fuel for a zealous and politically motivated attack. There is not enough room to detail the litany of dishonorable, unjust, destructive and quite possibly illegal activities perpetrated by those with tremendous power, power that dwarfs that of any Upstate NY "Guru".

People who care about Justice will be examining everything about this case forever. Every decision, every slander, every abuse of power, every government coercive tactic, every corrupt association. Every mal intended action will be identified and brought to light and the scope of

**EXHIBIT**
**11**
U.S. v. Raniere, 18-Cr-204 (NGG)

the injustice will become self-evident, but I do have one particular injustice that I witnessed first hand, in your courtroom.

It was the day your impulse to protect a female exhibiting distress overcame your oath and commitment as a Judge to *"...without respect to persons...faithfully and impartially discharge the duties incumbent on me...".* You stopped the questioning of Lauren Salzman and you scolded defense attorney Agnifilio in front of a live jury and full courtroom for doing his job defending a man who has a life sentence against him. Is this Justice?

Also many of my friends have experienced the coercive overreach of the FBI and the government. These friends have suffered every abuse that the government has accused Raniere of and more. These friends have lost much more than I, they've been vilified, lost jobs, communities, reputations, houses and financial security. They've had agents with guns show up at their homes, they were threatened with having their children taken from them, they were coerced to change their own narratives and much, much more. Is this Justice?

Today I had my social media account trolled by someone who wants to share lies written about me in regard to this case. This person, anonymous, wants to bring attention to the lies and the false narrative in what I can only assume is a tactic to discredit and, what, have me fired from my job, vilified in my community, disgraced? For what? For supporting the things and people I believe in?

If ESP is so monstrous, if Keith is the ultimate monster, if all those involved in ESP are part of a criminal racket, why must the government, the media and the accusers use so much hatred and coercion in their pursuit of Justice? What does it mean for Justice when the foundations are fear, anger, hatred and violence? Is this Justice?

In regard to Keith Raniere, I have my experience of him and what he created and the people involved. All of which is nothing like the narrative in the press and prosecution. I have experienced Keith as a man of honor and principle. I experience him as a most compassionate human who cares about people and works tirelessly at something he feels is good and important for the world. I have known him for eight years and I have never witnessed or heard of him raising his voice in anger.

As for my experience with what Keith created...I personally witnessed the transformation of those who came to ESP with Tourettes and I will be forever confounded at how people can take something that was (is) so beautiful and powerful and turn it in to some cheap parlour trick in order to justify their own violent and destructive behavior. There is hard evidence of success in the treatment of Tourettes with tools that Keith created, it's real, it's the result of thousands of hours and dozens if not hundreds of people working together. Could a monster create this?

I was deeply involved with Rainbow and with the kids program within the community and I witnessed many parents transform in ways that brought them closer to their children. I was fortunate enough to work with dozens if not a hundred children and families who experienced

profoundly positive shifts in their family dynamics by learning to instill boundaries and parent from a place of love and not fear. This was done with tools Keith created. Could a monster have created this?

I was and am friends with many in the Mexican community. I had the privilege of travelling to Mexico with SOP and to work with Mexican men and women in an effort to bring to light the roots of the violence in Mexico. I heard, first hand, stories of the most horrendous crimes, beheadings, kidnappings and witnessed Keith's ongoing commitment to creating a peaceful response that could help transform the violence. This wasn't a short term project, it took place over years, thousands and thousands of hours, effort and care from hundreds and hundreds of people and it was and is recognized as having great potential for reducing the violence. Would a monster want to reduce violence?

In regard to all the stories about how impossible it is to leave ESP. It's not. I left in 2016 with no drama. I was a founder of SOP and had been a leader in the organization, I held close relationships with Keith and most everyone in leadership. No one came after me. I told the people who were important to me and agreed to stay in touch and I packed up and moved with my family to Connecticut, just like normal people. I also know many others who chose to leave in the same way. There was none of the drama that has been foundational to parts of the false narrative that you couldn't leave. It's not true.

I have no idea why Keith and others made all the decisions they did. The accusations are repulsive and I understand why people are horrified. I can understand why a click-hungry media would stoke the fires in this modern day coliseum. I can understand that masses scream for blood and the men rush to protect the defenseless women. This is our human experience, this is what we've learned and created, this is what we do.

But you, Judge, you hold a different role, a higher role. You are the difference between civilization and savagery. You are the one who stands above the masses, above the viciousness, above the guns and unlimited power apparatus. You are the Judge and you cannot allow yourself to be seduced by repulsion and emotion because you have to decide what Justice looks like for all of us.

Our entire system and structure of civilization is based on your Oath, **"...without respect to persons... I will faithfully and impartially..."**. What a decision you have, when it appears true Justice is waning in the United States. You could change that and I ask that you let your sentence forever reflect a return to Justice, a return to civilization. I ask that you do not succumb, Judge, even to your own impulses but opt, instead, for your rock, your oath.

I wish you strength and compassion but most of all I wish for you to choose Justice over savagery and let your choice be an example, for your grandchildren, for my children and for all, of what true Justice should be.

Damon J. Brink

Honorable Nicholas G. Garaufis

United States District Judge

Eastern District of New York

225 Cadman Plaza East

Brooklyn, New York 11201

Re: United States v. Keith Raniere, 18 Cr. 204 (NGG)

Dear your honor,

Before I get into my story, here is a little background about me. I am currently twenty-two years old. I have just recently graduated from CU Boulder as part of the class of covid. I graduated with a degree in business (entrepreneurship). I grew up in Southern California and have spent my life focusing on my academics, hobbies, relationships, and self-development. I learned about Keith from a friend who was able to overcome his challenge of Tourette's Syndrome with Executive Success Programs. I had severe Tourette's starting in first grade and all the way through high school. I had an opportunity to go work with NXIVM the summer of my freshman year in college to see if I could overcome my personal issues with Tourette's. I was very skeptical of Keith and his organizations ability to help me at first. The best medical professionals I ever received treatment from had felt like medical rookies on the topic of Tourette's. Treatment had helped me to deal/cope with my Tourette's but never could help me conquer it. I decided that I would be willing to take a risk and commit to going to NY if it meant a chance at no Tourette's. Since NXIUM was doing a study on Tourette's Syndrome, the whole experience was free of charge for me. I was able to spend a few weeks attachment free getting to know NXIVM, the customers, and many of the members.

Many people had heard about NXIVM's courses and the high premiums that people would pay to enroll. Now, most people know about NXIUM as the sex cult created by the Vanguard Keith Raniere. I know that based on my experiences, I have a unique perspective on NXIUM. This is why I want to share my experience with Executive Success Programs (ESP) from my time in NY. During my three weeks in Albany, I witnessed an organization where reasonable and sane individuals went. ESP paved a path for extreme personal growth. A place where everyone could discuss and strengthen their beliefs and those around them. I believe that at the core, this was a design to help people.

While in Albany, I witnessed many individuals from all walks of life come together and make huge improvements in their happiness through the Executive Success Programs curriculum. The tools Keith created and shared have the power to help individuals re analyze and be greater than their own personal limitations and fears.

The power of Keith's tools and community were so strong that my Tourette's was fully cured within one day of using them. Literally in a single moment of realization, My Tourette's crumbled in my head. A card tower of misleading beliefs I had built up in my mind collapsed. When I had Tourette's, I used to violently shake my head in multiple directions and also jerk my neck, blink obsessively, make squeaking sounds until I hit the right pitch, kick my own butt with my heels, squeeze together my butt cheeks super tight, and bang my elbows on a desk. These were just a few main tics of the many that I delt with during my life with Tourette's. During a conversation with Nancy Salzman and Lauren Salzman as part of the

EXHIBIT

12

U.S. v. Raniere, 18-Cr-204 (NGG)

study, I was able to remember an experience that I had on the first day of first grade. The memory was of a time that I had broken my arm on the playground right before class started. I was playing on the monkey bars when I fell to the ground and broke my arm. Right after this the bell rang for class to start, I hobbled off to find my teacher. After telling her my arm hurt (not knowing at the time I broke my arm) she challenged me to sit down and not speak. My teacher hadn't understood the situation at hand and misjudged my intention of telling her my arm was hurt. After sharing this memory with Nancy, Nancy asked me, "What was the worst part of your teacher not believing you that your arm was hurting." I replied, "It meant that I was not credible!" It was at this moment where that card tower of beliefs I mentioned crumbled. Me realizing that I created a belief that I was not credible back in first grade helped me realize this was not true. And just like that in a single moment, the majority of my tics were cured. Looking back on that memory of first grade, I do remember that later that day I had my first tic which was shaking my head back and forth (so wild!). Having such a profound realization was only possible with empathy, love, and guidance from the people in NXIUM and the method Keith created. Because of NXIUM, I was able to understand my Tourette's and to have the courage to face the root of my condition in order to be healed. Today I walk around with my same body and not a sign of Tourette's. Every once in a while, when I'm telling people my story, I may feel the urge to tic once or twice but that's all that's left.

I didn't spend a ton of time working directly with Keith. The only time I did spend with Keith was at a pickup volleyball game within the organization. I thought he was quite quirky and weird, but seemed passionate and friendly. One of the things I noticed while playing pickup was the guy had a sense of humor that sometimes revolved around sex jokes. While his humor was sometimes dirty it didn't seem to be a problem or take away from the vibe. I was surprised at the time that he was comfortable making these jokes out loud in front of so many people. To me it seemed like he wasn't worried about being judged and was open. During the time playing volleyball, he was very attentive to those around him and cared that everyone was involved and having fun. For the game itself, he had created a system of rules that were unlike any I had experienced in my years of playing volleyball prior. While some of the rules seemed strange and unnecessary, such as (if the ball spins at all when set, it is an invalid set), it didn't seem to take away from the overall fun of the game. Based on my impression of Keith at the time, he didn't seem like someone I would choose to be close friends with. I did however maintain a sense of respect for the guy and his work. Personally, I felt that he treated me with respect in all of the few interactions we had. He seemed to appreciate anything that I had to say. I observed that he acted this way with other people as well. His character was warm and inviting. In all honesty I didn't feel threatened by the guy but still couldn't help but laugh inside my head about the person he was. His character was just one of a kind. Sometimes I even would make fun of him to the new friends that I made during the courses. This is not something I am proud about, but it was my honest reaction to meeting Keith. Overall, he was entertaining to be around and I enjoyed the company.

I never worked one on one with Keith during the actual process of overcoming my Tourette's. Keith did however invent a conversational method that did greatly impact my life in a positive way. I overcame a few of my greatest personal challenges in a matter of hours. It is hard to put into words the feeling of this type of healing. It is no shock to me that he was able to influence so many people so strongly.

I understand the severity of the actions that took place by Keith under NXIVM's roof and in no way condone or excuse his actions. All I have shared about Keith for this letter is based on what I have personally experienced through my lens. It is so sad hearing the stories of the many people whose lives were so greatly affected by Keith. It hurts my heart to learn what has become of NXIVM and the organization that had helped me so much. I believe that Keith deserves justice. I hope it helps to share my story as well as some of my experiences of Keith and NXIUM.

Thanks,

Honorable Nicholas G. Garaufis
United States District Judge Eastern District of New York
225 Cadman Plaza East Brooklyn,
New York 11201


Dear Judge Garaufis,

My name is Esther Carlson. I currently own a small business and reside in Sarasota, Florida. I have a Masters in Education, Bachelor of Fine Arts. I have been a Special Ed teacher, Art teacher, Watercolor Artist, and in Sales most of my life. I am a mother of four children, whom I homeschooled and sent through private school. I resided in NY from 2002-2018 where I worked as a Field Trainer and community leader in Executive Success Programs. I helped build the companies; ESP, Ultima, Ethicist, Ethos and Level II trainings as a sales representative and worked closely with Ms. Nancy Salzman and Mr. Keith Raniere, helping oversee the trainings and sales force. I also was a trainer for Jness, the women's movement.  I am a strong advocate for women and women's issues. I have worked over ten years to develop, coach, mentor women and members of our international community. I supervised relationship goals studies, helped couples and advised parents and families in humanitarian principles embodied in our trainings.

I have known Keith Raniere for 20 years. My first experience with him was on a conference call sponsored by a colleague from another company. He was portrayed as a man seeking to solve some of the world's problems. Thinking that was a pretty lofty idea, I arrogantly asked him, "Why are you doing this?" I was pleasantly surprised to find a humble and kind response. He said he felt like he had a gift to take complex human problems and create simple solutions. I was shocked. It wasn't that what he said was so profound but more so how he said it. I found him soft spoken, humble and wise in how he answered questions. My first experience of Executive Success verified the compassion and thoughtfulness that went into the trainings.  My initial reaction to them was of anger as I had just spent over 10 years of my life in college education. Psychology classes, teacher education and alternative school classes didn't compare to the quality of education I found in a 2-week program! My first thought was, "Why the hell is this not mainstream and why didn't anyone tell me about it!"

When Nancy and Keith were developing the education, sometimes Keith was in the room. He was always playful and curious about what the participants thought. With my experience in alternative Education, I had a lot of opinions to share. Once when hushed by a facilitator, Keith interrupted and said, "Let her speak…".  I was processing the matrix of modules and I saw what all my years in education had missed. I felt like I figured it out! He sincerely appreciated my perspective. I found the education to be more productive than any previous educational curriculum I had taken or taught in all of my teaching career. When I went back to work, some of my clients saw the changes in me and naturally wanted to know what I had been doing. I decided I could help more people selling ESP.

When my father was in pain from knee surgery complications. At our holiday party Keith took time to see how he was and in a five-minute conversation, he was able to re-evaluate what to do differently to reduce his pain. The Society of Protector, SOP Complete trainings, shed some light on what men deal within our culture. I could see my dad, the Clint Eastwood type, much differently. My dad and I struggled to talk to each other, but after the training, I had the best conversation of my life with him. I was able to tell him how I felt, that I love him, and appreciated all he had done. Until I took that training, I was less aware of all that my father had done for me. I was able to thank him. When he died, I felt like I understood him better. I was deeply grateful for the conversations I had with him. When one of my children was struggling in school, I asked Keith for

EXHIBIT
13
U.S. v. Raniere, 18-Cr-204 (NGG)

help. He said, "What expectation of yours are they not meeting?" and I realized how much I was trying to control and was not listening to what they wanted.  I felt more capable of being a better parent from the trainings and coaching of Nancy Salzman. It helped me a lot. I believe it increased my emotional intelligence and ability to manage life; the stress of parenting, building a business, and working with people. Albany was my home, my family and community. It was my place to grow, be more successful in my business, and raise my children. I am extremely saddened by what has been destroyed in my family and community.

Keith is one of the kindest, most compassionate human beings I have ever met. I benefited greatly from his leadership, expertise in sales and management. Most impressive of his skill was his ability to help unsuspecting, well intended people see past their own projections and be able to see people driven by power or greed. To the casual observer, this was disturbing but to an experienced leader, it was a relief. I discovered many tormented souls fall prey to these very few, but powerfully destructive people. This case is an example of this. These are the same individuals that would long to twist my words of good intent in this letter.

The trial and media portrayal of Keith Raniere is not congruent at all with my experience of him. It's my opinion that these supposed "victims" were not able to manipulate him, so they acted out and caused problems where there were none. This bad behavior of women has become culturally acceptable and even encouraged by men claiming to be protectors. It is one of the biggest crimes against women, to condone this childish behavior. I am personally offended by it. Many professional women, hard-working, responsible, successful women, pay the price and yet get treated like children because of those that behave badly. This has become a sickness in our society and is cloaking the real victims of abuse. The adversaries of Keith are not average women. They are white women, successful women of privileged, high income earners backgrounds. These are resourceful, wealthy, entitled women with means, "playing" victim. As a 60-year-old woman who raised four children, I feel I have earned the right to voice this strong stance. Men give women what they want to shut them up, so they don't cause problems. Men do this, even when women are in the wrong. This is a disgrace to humanity and offensive to women that earn their wealth. This is how men control women. Keith refused to do this to women. He held women in too high regard to treat them as children.

The government took private information from personal relationships and exploited it to help inspire the hate campaign against us. If any of the alleged victims were male, no one would care and no men would be trying to rescue them. The lies of a small group of unhappy women have been used to badgered me, destroy my business through character assignation, and aggressively harass my children.  They told them lies. I was forced to seek another place to live. I was rejected from renting a home with no explanation; I assumed it was because of lies from an internet blogger. A very small group of aggressive adversaries used the media and government to smear our image and harass my family.

Keith's way of being in the world has been highly misunderstood. But, as intelligent and innovative as he was with us, he never pushed it on anyone or demanded people follow him. He was a very "hands off" leader. People went to him for guidance with their ideas and he would do his best to help them. Often, he created entire trainings for one person that was seeking to overcome some life limitation that many could relate to.

Mr. Raniere created real solutions for people with real problems that afflict our society. He added value to every person he met and consistently demonstrated the behavior of a thoughtful person. Keith is a scientist. He dedicated his life to understanding human beings. He understands what philosophers have written about for centuries that in order to advance a society or a culture it starts from educating the people. "We can't solve the current problems of our society with the same thinking we used to create them." Einstein has been quoted. We are transformed or destroyed by our own minds. Keith provided a process and created a science for a person to become aware of this truth and a path to choose it. This outrage of this group of adversaries is proof people

had a choice to evolve their issues or not. Mr. Raniere has a relentless belief in people to do this. Maybe naïve, maybe altruistic, but I witnessed his commitment to this with every human being that sought his guidance; even people that I judged. He still provided for many what they wanted to be-- better people.

No matter how much I might disagree with the troubled people he engaged with or what he did to help them, there is no evidence in the 15 years of my close experience with him, working with him, helping him with projects, benefiting from long hours of his guidance, did he ever treat me or others with disrespect or force. It was just the opposite; always questioning people to think, be mindful and consider others. Never did I see him take advantage of others. Never. In fact, I experienced his dedication of thought toward deliberate acts of kindness and generosity of his time and talents even when people were undeserving.

I am devastated and forever haunted that my friend and teacher could be treated and abused in the way he has been treated. He has been kept from his life partner and own son in the most hurtful way. He's been separated from his aging father who longed to see him, and was not told of his COVID death until it was in an Obituary. His father was my friend and feared for his son. He also was kept from seeing, Keith, his own son because of how he has been portrayed in the media. The hate against Keith hushed even the closest loved ones, due to the fear of the government and harm to his family. It's my belief that this small, bad intended group, chose to use personal disagreements to destroy his character and all the great things he achieved.

I am embarrassed to be American as it is clear to me that my government supported the hate media in this case. It is also not new to me that the media contributed to the destruction of a fair trial. I was not protected by the FBI in this case, I was harassed by them and so was my family—How do I correct this in the world? How do I heal my family from the lies that a few people have told; twisted and exaggerated even more by a hate blogger? How do we fix this in our world when a communication tool called "social media" powers it? And, is also supported by the unsuspecting fools who were used to support it? This case has ripped my family apart and strained my closest relationships. I am writing to offer an opportunity for maybe some truth to come out about Keith.

Thank you, Your Honor, for reading my letter and considering what I think. I have great respect for Keith Raniere, as a leader, a mentor and friend of mine for over 15 years; I request the court consider the magnitude of what I have shared in this letter. Can we have mercy on a man that has done so much for our world and clearly dedicated more than two decades of his life to do it? Other than a small group of people, he has been viewed by thousands as demonstrating honor, character and commitment to upholding the best in people. People are very scared to share this because of social media attacking them and their loved ones. Please Judge Garaufis, consider, the same man that has been perceived so negatively by the media and you, is the creator of the most effective training ever and to consider imposing the lowest appropriate sentence. I request, your honor, the most lenient sentence the court considers appropriate or the lowest sentence permitted under the law.

Respectfully Submitted,

Esther Carlson

October 10, 2020

Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
Re: United States v. Keith Raniere, 18 Cr. 204 (NGG)

Dear Judge Garaufis,

My name is Sanjay Chakravorty and I'm a software engineer, DJ, pianist, composer and entrepreneur living in New York City.

I've never had the privilege of meeting Mr. Keith Raniere in person, but I have my own experience of him through taking Nxivm courses - The 5 day intensive of Executive Success Programs (ESP) and Society of Protectors (SOP). Throughout the different curriculums, I found myself to have an enormous amount of respect for Mr. Raniere; and I think of him as a kind, intelligent, ethical, empathetic and honorable man.

The 5 day ESP intensive and the discussions in SOP have been extremely helpful in my life; I feel much better equipped to have a more joyful existence and deeper connections with others, all the while building character, upholding my own set of principles and values and propagating these where it seems appropriate. I owe this demeanor to Mr. Keith Raniere, and I know that there are many other men and women I've spoken to that have a similar experience to mine and feel positively impacted.

With all of this, I ask that the court please impose the lowest appropriate sentence, permitted under the law, to Mr. Keith Raniere.

Sincerely,

Sanjay Chakravorty

12 / 24 / 2019

EXHIBIT
14
U.S. v. Raniere, 18-Cr-204 (NGG)

Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East Brooklyn, NY 11201

Re: <u>United States v. Keith Raniere</u>, 18 Cr. 204 (NGG)

Judge Garaufis:

My name is Suneel Chakravorty. My family is from India and I am a first-generation American. I grew up in South Florida. In my family, education was one of the highest values. I studied hard, became county valedictorian and was admitted to Harvard College, where I majored in mathematics. After college, I worked as a software engineer before starting my own company. I co-founded a software consulting firm in NYC, which grew in just a few years to be the technology innovation partner for a Fortune 100 company, a national healthcare network, a top hedge fund, and several startups.

My first conversation with Keith Raniere was in prison, after his trial. At the time, he and I were complete strangers. Now I count him as one of my friends. I am writing this letter to you, your honor, to provide my perspective on Keith's character, for consideration in your sentencing decision.

I first learned of Executive Success Programs in August 2016, when a fellow Harvard graduate told me about it and invited me to take it. He told me the company and its founder had very bad press but that the program was very effective for entrepreneurs. He explained that the program focused on helping the participant to overcome limiting behaviors and patterns. This sounded interesting so I signed up. Then later I Googled the company. I was initially very disturbed at what I read about Keith and about NXIVM, but most of the articles seemed to be personal blog posts and I have known political friends who were written fallaciously about in the media. In addition, the person who enrolled me seemed smart and kind, so I decided I would see for myself.

In October 2016, I took my first five-day intensive in an office building in midtown Manhattan. There were about 20 participants, from seasoned businesspeople to college graduates and everyone with a unique motivation for being at the training, from figuring out their next career move to achieving better work-life balance to finding inner peace. There were certain practices that I found strange, like referring to Keith as "Vanguard" in the classes. I later came to understand that there were benign, rational explanations for those things. Also, I took Tae Kwon Do growing up and had no issue with calling my instructor "Master." I believe that if there were no bad press, I would not have interpreted those practices as negatively as I initially did.

What I learned about emotions and my own patterns of behavior was invaluable and I left the training energized to build my company and so much less stressed. As the weeks went by, I noticed more and more benefits. With my family, where I used to be controlling and tense, I


EXHIBIT
15
U.S. v. Raniere, 18-Cr-204 (NGG)

became relaxed and able to enjoy time with them more. Our family trips became even more precious and memorable.  With my company, I began to push harder, get more projects, and grow my team faster than I thought possible.

Over the next few months, I completed my sixteen-day intensive and took an additional training called Mobius. On some occasions, I was asked by some of the coaches if I had anyone I wanted to invite to take a training. Although I did have people in mind, I did not feel comfortable publicly associating myself with NXIVM because of its negative reputation, so I told the coaches that I did not want to invite people and they completely understood. I did not feel any pressure to invite anyone and no one asked me about it thereafter. However, at a certain point, I felt that the classes of ESP had helped me so much, to be a more effective founder, a more compassionate brother, and a more grateful son that my desire to share this with others exceeded my fear of what people would think and I invited a few friends to take the course.

I became a coach in June of 2017 at the "coach summit" where many leaders in ESP decided to leave the organization. To me, this was strange because I never thought of ESP as something one would join or leave. To me, they were just classes you could take or not take. I continued to be a coach in the New York City ESP Center over the next few months as articles began to come out about "sex slaves" and "sex cult." I found the articles seriously alarming, but they did not contain any evidence, seemed to be defamatory in nature, and were the opposite of my experience as a coach in NYC. All we did was have classes in midtown Manhattan, nothing more exciting than that, and I was seeing firsthand how the ESP classes were helping people in my family and in my company.

This contradiction between what I was experiencing and what was being written only grew more extreme. When the NY Times article came out in October 2017 about NXIVM being a "cult" that branded women, I received a flurry of emails from friends who knew I was a coach in the program and were concerned for my well-being and safety. In reality, that day was like any other for me. I had normal business meetings with my clients and my team and in the evening met with my ESP coach about my 3-month fitness goal. My reality was so mundane compared to what the media was writing. I also had the opportunity to get to know the subjects of some of those articles, people like Lauren Salzman and Allison Mack. I found them to be intelligent, strong-willed and caring women who were motivated to help others. Lauren had coached me to become more productive in managing my employees and Allison had taught me how to become more expressive and less reserved. At the same time that they were being described as bad people, I was getting to know them and finding them to be the opposite.

Because my personal experiences had been so positive and I had not been able to find evidence of what was being alleged, I decided to stay involved even during an international media storm. To me, ESP did not seem like a sinister organization with the hidden agenda of serving Keith Raniere. It seemed to me to be a personal growth company filled with good, earnest people who were being intentionally maligned. I was raised to stand up for good people, especially when they are being attacked, and that is why I chose to continue as a coach up util the companies closed in May 2018.

Almost a year later, I chose to attend Keith's trial because I had seen so much untruth and sensationalism in the media coverage about NXIVM and its family of companies that I was hoping that the legal process might be more data-driven and logical. Because I had sold my business by that time, I had the flexibility to attend the trial as often as I wanted, and I decided to go every day. I found that the narrative being presented about NXIVM was the same one that was in the media. The witnesses, some of whom I was familiar with, had changed their perspective completely and were presenting information that I could have contradicted with my experience as well as my experience of them even just a year prior. Although the types of crimes that Keith was convicted of are very serious and I do not in any way condone acts like sex trafficking and forced labor, I believe that Keith is innocent of these crimes and that he was convicted not because of evidence but because of how much hate he was painted with. It was an emotional trial and it would be hard for any person to not feel that Keith is a bad person, based only on what the witnesses said.

After the trial, I felt restless. I felt I had just observed a serious injustice and wanted to help, so I decided to visit Keith in prison and asked him how I could help.

Over the course of the past year, I have had a hundred hours of phone calls and dozens of in-person visitations with Keith as we have been working closely together on several initiatives that not only could help separate the prejudice from the law in his case but could help many others in the future who encounter prejudice in our legal system. Some of these communications have been published in court filings. I believe that if your honor were to hear them in context, you would find them to be upstanding and well-intentioned.

In every interaction that I have had with Keith, he has been kind, understanding and patient. Sometimes he is my fellow math nerd. Other times, he is a mentor to me. Other times yet, he is just my friend. He has never ordered me to do anything or been demanding or punishing. On the contrary, when I have tried to help but have come up short, he has always been understanding and grateful. I also feel that he has treated me like a true friend. Although our prison calls are short and there are many pressing matters with his case to discuss, he would always find some time to tell me a joke, discuss math topics with me, just tell me how he was feeling or ask me if I was doing okay.

For more than a year, I have only seen Keith try to use his situation to the benefit of others. Almost on a daily basis, he would call me with an idea of how to highlight the injustice in his situation to bring attention to the broader issues going on. He rarely, if ever, emphasized saving himself. At times, he expressed that he was not sure if he would ever be free but at least if his situation can help others, then he would feel happy.

Unfortunately, in July 2020, my communications with Keith were blocked by the prison. I have appealed the decision but never gotten any explanation or a response.

I have talked at length with Keith about his situation, the case and the NXIVM community and
to me he seems very sorry for all that has happened, because is the leader of that community,
but at the same time he maintains his innocence of the charges.

I firmly believe that you only know a person's character in the worst moments of their life. I
have had the privilege of getting to know Keith during such a time and I believe him to be a
good and peaceful person.

I implore you, your honor, to be as lenient as possible and not sentence Keith to life in prison.

Sincerely,

Suneel Chakravorty

My name is Theo Chiappone. I met Keith and the community he was in at the age of  7. I believe the community I grew up in was made of only people that wanted to be there and that what we had as a community was good. I am writing this to share my experience of the people and community that Keith spent a lot of time with.

I used to play volleyball 3 times a week. At first, it was just an extension of my school practice, but after a few months it started to mean more than just extra practice to help me be better at school. Late night volleyball was a community event that I could expect to see friends, celebrate birthdays, sing songs, add our own spin to a running joke or just sit down and have a thoughtful exploration of an intriguing topic. The bond I built with the team as we joked, snacked, wrestled, sang and fiercely competed grew stronger and late night volleyball became something I looked forward to eagerly. Keith was a big part of late night volleyball for me. No matter how tired we were or how angry I would get on that day, he would still encourage me to be aware of the state I was in and help me focus on the game. Keith is a very positive and committed person who always seems to know why he does something. He never once missed a volleyball practice if he was healthy enough to play, and if I had a bad day at school and brought in a worried expression he would remind me to smile. He asked me about how my day was every time I stepped on the court and we ended up talking about Led Zeppelin and the Beach Boys every time they came up on the radio.

The most fun I had at late night volleyball was when I was grouped with Keith. He would try so hard to adjust his serving and setting to benefit his teammates and dive for every play if needed, rarely holding back. I remember going eight games undefeated with Keith and observing the cool tricks and float serves he could manage and on top of that, the childish boasting and bragging he would use to excite and encourage the other team. I remember long 10+ point serving streaks we would have, the playful experiments, and predictions both teams would implement to sway the game in some ridiculous and silly fashion but then regroup to maintain a standard of play where we knew we were challenging the other team and getting better. I attribute my sense of humor and yet my ability to concentrate intensely on something to late night volleyball with the team.

I believe that Keith and the community he had inspired had been a positive influence on my life. I am thankful for the friend and companion Keith has been as my teammate on the volleyball court and in life.

*Theo Chiappone*
Theodore Chiappone

**EXHIBIT**
**16**
U.S. v. Raniere, 18-Cr-204 (NGG)

Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Keith Raniere, 18 Cr. 204 (NGG)

Dear your honor
I introduce myself, my name is Abril Cigarroa, im a Business owner in the wellness industry and body therapist and acupuncturist.
I consider myself a seaker, since 17 ( i am 34 now) ive travel to different countries in asia mostly meditation retreats to seak for inner calmness and peace.

I get to know nxivm in 2015 and travel to Albany to take the Exo/eso program ( one of the body awareness Keith leaded) Those 2 months  i remember i had one of the most significant realizations. I get to do things with my body i have never done ( like working out, Wake up early, getting to know my body and emotions in a way i have never done before, I clearly remember thinking "if I can do this, then I can do whatever I want" a feeling of inner strenght and a wide menu of possibilities opened to me, not just in a physical way but in an emotionally and mental way, I understood I could choose to feel however I wanted independiently of the external circumbstances . I arrived to my home back from that program and not just start my business but also start doing things I've never pushed so much to get done in my life, so in a way I get to know myself more in my capacities.

When I was in Albany i get to know Keith because he gave some "forums" and i was very curious about his way of looking things. A lot of what he said made total sense for me.  I get to talk with him and I was admired by his warmth humbleness and friendliness, when he talked to me  I can perceive his total atenttion on what I was talking and even though he was most of the time very busy, I admire the time he took to spend time with friends just joking, playing volley.

Also one of the most things I admire about him was the importance he gave to build community, Because it is the same for me, I was experiencing a lot of people getting benefits from being part of a group of people that care humanity and ethics.

I experienced many benefits from keiths programs. I perceive he had an honest and loving intention in designing them and because of that I plead to the court to impose the lowest appropiate sentence permited under the law.

Thanks so much for this

Abril Cigarroa

**EXHIBIT**

**17**

U.S. v. Raniere, 18-Cr-204 (NGG)

Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Date: October 9, 2020

Re: United States v. Keith Raniere, 18 Cr. 204 (NGG)

Dear Judge Garaufis,

My name is Nicole Clyne. I am 37 years old and I live in Brooklyn, NY. I am writing to share my experience and knowledge of a man you are about to sentence. I have many reservations about making a public statement. In addition to being named at his trial as someone close to Keith Raniere, part of his so-called "inner circle" and a member of the women's secret sorority, DOS, I have been harassed by media and the public-at-large — online, over the phone, at my home and at my place of work — because of false allegations against me. Even during the two years after Mr. Raniere's arrest, when all I did was work and try not to attract attention, I was still pursued by people oppositional to NXIVM, written about online, and threatened. I am now at a point where the decision to stay silent is no longer an option — practically and morally — and I sincerely hope my voice can contribute to a more humane consideration of a man I care for deeply.

I was raised in Vancouver, BC by a single mother who worked full time as a high school English teacher. Despite our humble means, I was always encouraged and supported in my pursuits, including sports, music, academics and acting. After high school, I started a career in acting while I attended university, and by the age of 23, I had a regular role on a hit TV series. Being financially comfortable and achieving a reasonable amount of success afforded me the luxury to ask bigger questions about my life and how I wanted to spend it. I studied philosophy, religion, and psychology in school and I was inspired by the works of Viktor Frankl, Gandhi, Carlos Castaneda, Anne Frank and others. All of this is to say that when a fellow actor friend of mine told me about a training that had transformed her life in noticeable and meaningful ways, I felt I had nothing to lose by checking it out, and potentially everything to gain.

In November 2005, I took my first intensive with Executive Success Programs (ESP). I found the training profound in several ways, not the least of which was the merging of rich, philosophical concepts with ways to practically and effectively apply them to your life. I experienced immediate results in several ways: I felt less fearful going to auditions, I was less reactive in my

EXHIBIT
**18**
U.S. v. Raniere, 18-Cr-204 (NGG)

relationships, I understood my decisions on a deeper level, and, overall, I felt more hopeful about my ability to craft the type of life I wanted.

I don't remember when I first met or heard about Keith. Presumably, I met him at volleyball, since that was the regular social event and anyone who was in town or taking a training could attend. I do remember being struck by how approachable he was. Having known many famous people, I wasn't necessarily easily impressed, but I was certainly curious about this person whose mind had created a curriculum that got at the heart of the human condition and facilitated profound perceptual shifts in people. I don't recall anyone making a big deal about his IQ or other accolades, as you read about in media reports. I just remember that he seemed like a very warm, present and intelligent person, and when he asked how you were doing, it felt like he meant it.

It has been nearly 15 years now that I've known Keith Raniere. Over that time, I have heard people say extremely positive things about him, and I have heard people say extremely negative things about him. Yet despite what anyone has said or written, I have seen him treat everyone he meets the same way: with kindness, openness and respect. I have never seen him shy away from criticism; in fact, he welcomes it. And most of all, I have never heard him speak a hateful or dishonorable word about anyone. I have watched him respond with genuine bewilderment when he hears some of the things people say about him, both good and bad. Sometimes because they are lies or exaggerations, but often because they are simply people's own projections. For some reason, a lot of people like to make Keith into something he is not, for better or for worse. And while I understand this tendency, the need to either put someone on a pedestal or make them into some kind of monster, I try to see people as they are, and judge them based on their character and consistent conduct over time.

One thing about Keith is that he doesn't conform to society's expectations just for the sake of it. Part of the reason he is able to create tools that help people break free from their limiting beliefs is that he sees beyond our indoctrinated notions of who we are and what's possible, and he sees ways of being that are more in line with our true nature as joyful, loving humans. In doing so, he often says or does things that make people uncomfortable. Another thing I perceive he does, which may be most to his detriment, is he believes people. When people come to him and ask for help, when they tell him they want to achieve a goal or overcome a fear, and they're willing to do whatever it takes to do it, he believes them. He trusts them. He also believes people when they make promises or say they want a specific kind of relationship. Is he wrong for doing this? I don't know. Maybe he should have known better than to trust certain people. What I do know, however, is that I am eternally grateful that he believed me, and believed in me, all these years. All the times I wanted to give up on myself, Keith never did, and that is one of the main reasons I will never give up on him.

On a much more personal level, to me, Keith is the man who always asks how I'm doing, no matter what he's going through. He is the man who never once used a disparaging tone or said something unkind. He is the man who will tease me in ways that help me take myself less seriously or forgive myself when I make mistakes. Keith is the man who always calls on my birthday and apologizes when he gets lost in thought or tells a dumb joke. Keith is the man who taught me I can do anything I set my mind to, and that I have a lot more in my reserve than I realize. He also taught me I don't have to beat myself up if I fail, or pretend I'm not sad when I lose something I care about. Keith is the man who taught me what it truly means to love someone, unconditionally, and without limit. And Keith is the man who showed me what it means to stand for your principles against all odds and adversity because, no matter what people think of you, all we have in the end is ourselves and our own conscience.

One of the hardest experiences of my life was the passing of my father. In addition to a life-long struggle with addiction, my dad battled COPD and cancer, and I was the person he relied on for support. I struggled a lot with him growing up and had all but disowned him as a father before I took ESP. Thankfully, as an effect of the tools and support from Keith and the community, I was able to forgive my dad and let him back into my life as one of my closest and most trusted friends. When I went to Keith and shared my distress over wanting to prevent my dad from going down yet another self-destructive path, he first helped me have compassion for myself, and reminded me that there's no "right" way to be. He empathized with my pain and told me about a friend he had who was a brilliant man, like my dad, but who ended up homeless. He helped me be acknowledge and be present with the pain, rather than trying to change my dad to make the pain go away. He showed me how I could separate my judgment from my love for him, and do small things to encourage my dad to make healthier choices. In the end, my dad did make healthier choices, and I think it had a lot to do with the fact that he didn't feel I was trying to change him, but that I loved him no matter what. When my dad was rejected for a lung transplant after years of trying, we were both devastated. My dad, who was nothing if not a fighter, was in terrible pain and expressed wanting to give up. Upset and afraid my dad might take his own life, I asked Keith for help. He suggested I look at countries where they offer private transplants. I reacted in frustration, "That's crazy, he won't even survive the plane trip let alone surgery in a foreign country." But I hung up the phone and looked anyway. When I told my dad about the different options, his whole demeanor changed and, to my surprise, he was moved to tears. He told me it meant the world that I would keep trying to find a way, that I wasn't giving up on him. True to his nature, my dad fought until his dying breath, and I'll never be more grateful to Keith for this gift. Sometimes the impossible dream is all we need to keep hope and love alive in our hearts. I know it is for me.[1]

---

[1] An old draft of my letter, which I shared with Keith's counsel said: "Perhaps most significant for me, I learned to be a loving daughter before, during and after the death of my father. My dad had made a lot of questionable choices in his life, especially as a father, but thanks to NXIVM's introspective tools, the support of my friends in the community, and my personal relationship with Keith, I was able to forgive my dad for his shortcomings, see his

While I believe most of what is perceived about Keith is untrue, misinformed, or a result of ulterior motives, I also believe he takes responsibility for the ways in which he has unintentionally caused people harm or distress. I know he feels deep pain and sorrow over the amount of damage that has resulted from his actions and the misunderstandings in his relationships, and I trust he will spend the rest of his life trying to right his wrongs. It's true he has a brilliant mind, but he is, after all, human. And he'd be the first to humbly attest to this. I don't believe he ever imagined things would rise to the level that they have, nor would he have wished this type of adversity or strife on the beautiful community he helped build over the past 20 years. Knowing him, I imagine one of his biggest sources of heartbreak is the notion that there are people who have supported him and the community over the years who somehow now believe that they were part of something bad or harmful. This is simply not true and I hope that the people who have stood by what we were doing feel resolved in that they were part of something not just good, but great.

When the idea for DOS came about in 2015, from conversations I was having with Keith and others, I knew it wasn't going to be for everyone. I thought maybe only a handful of women would want to embark on this more extreme version of coaching and personal accountability. But as I experienced the increasing degrees of freedom I felt by bringing weight to my word, I started to be more open to the idea that more women might want it. In the end, maybe my initial instinct was correct. Maybe the idea was simply too extreme, or too controversial for where most people are at on their journeys. I am willing to accept that reality. But that it was abusive or deceitful in any way is something I will firmly contest. Sadly, I was not able to make my case in front of the jury that convicted Keith because of threats from the prosecution. My testimony would have countered much of what the prosecution's witnesses alleged and dismantled the Government's entire theory about DOS, reframing it from a sinister "sex cult," to a group of women who sought guidance from a trusted and intelligent man, and created a secret sorority for women that implemented some somewhat unconventional practices in the pursuit of growth and personal freedom. I witnessed first-hand how the practices and organization developed, yet I was not able to counter the claims made by the Government's main witness regarding DOS, even though she joined some 19 months after me, and had only been a part of it for a few months before the whole thing was dismantled. I also could have provided evidence and testimony to challenge the claims made by other witnesses, specifically that all their actions were motivated by the fear of their collateral being released. Not only was collateral never intended to be used in this way, there are numerous examples of women going against or failing to do what they committed to, and no one's collateral was ever released. I could have spoken to the origin and meaning of the brand, as well as a whole host of other controversial topics, for they all have

struggle as a human being, and become his best friend in the final years of his life. It's possible that my relationship with my father, despite whatever other successes I have in life, will remain one of my proudest achievements."

perfectly rational explanations. Most especially, I could have adamantly contested the allegation that DOS was created for Keith to have sex partners. I find this idea completely absurd and even offensive — as a woman and a partner of Keith's for over a decade. I have never known Keith to want intimacy with someone who doesn't want it, and it's a ridiculous notion to think he would have gone to all that trouble for sex.

I may be idealistic, but I hold strong to the belief that goodness and truth will prevail. The cost and collateral damage of this case, however, is almost unbelievable, and something I wouldn't wish on any person or community. Still, I take comfort in knowing that Keith remains the Keith I have always known. Even in prison, he is coming up with ways to address the brokenness in the criminal justice system. He is introducing tools that may or may not help him in the end, but, if adopted, could prevent thousands of people from being needlessly and wrongfully incarcerated. He is wanting to use what has happened to him to make positive change in the world, and he is doing it knowing that there will be many, many people who use his creations against him or will push even harder to have him locked up or, even worse, killed. I dare to even imagine a world where the people who hate Keith, or wish ill will on him, get their way. I refuse to let that be a possibility in my mind, but regardless of what happens, I will always know that I am a better person for having known him, and that even when it feels the whole world is against you, it is still possible to live a life of honor, compassion and character.

Please consider the possibility that there is another side to this story, a side no one has heard. The media, the Government, and a handful of very powerful people are complicit in silencing an entire community of people. Over 18,000 people took NXIVM classes and many who know Keith personally have not been able to speak. The Court, and the world, has only heard from a small percentage of people, people who very likely have ulterior motives in making Keith out to be a monster, and who continue to benefit from their roles as supposed "victims," "whistleblowers," or "arbiters of justice." I appreciate your time and consideration in this matter, for it is a matter of grave importance and historical significance.

Respectfully,

Nicole Clyne

Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East Brooklyn, New York 11201

Re: United States v. Keith Raniere, 18 Cr. 204 (NGG)


Dear Judge Garaufis,

My name is Danielle ███████. I am a board certified osteopathic family practice physician. I completed my bachelors of science in psychobiology from Binghamton Cum laude in 2003. I went on to complete a dual medical degree from NYCOM graduating with both my Master's in Clinical Nutrition and my Osteopathic Medical degree. I completed my residency training at NSLIJ Plainview Community Hospital and have served our communities as both a hospitalist in NY and WI, as well as medical director and physician of 2 medical practices on LI and in NYC. I was one of the Co-Developers and President of exo|eso™ and one of the initial members of DOS.

I was first introduced to Mr. Raniere's work in November 2012 when I took my first ESP 5-day program. I first met Mr. Raniere personally September 2013 when I took my first SOP training. I was so moved by his work I decided to move to Albany November 2013 to take his Ultima curriculum, learn to teach it, and integrate it into my practice. Since then I have participated in; the ESP 16 day, Mobius, Human Pain, Anatomy 2a, Jness 1-12, SOP 1-2, Reverence, Higher Education and DOS. In addition to our professional relationship, I am also a close friend of Mr. Raniere's.

He has been there for me through many of my biggest life struggles; ethical struggles of leading our company, loss of friends and partners, and death of loved ones – and I for him. It is often his example and words of encouragement I remember at my toughest, most trying moments that help me to endure or push a little bit further. I share this to highlight the amount of *direct* professional and personal experiences I have shared with Mr. Raniere over the past 7 years. Many of those you have heard from to this point have much less experience of him or have shared removed or indirect experiences of him.

I also think it's important to point out the secondary gain those that shared at the trial are capitalizing on including: book deals, news and media fame, seeking monetary funds through civil suits, etc.  On the opposite side, the amount of fear, hate, judgement and oppression those that would like to share positive experiences of Mr. Raniere have to face in order to do so is significant, and leaves a very skewed lens for you to look through. I believe these are import factors to consider when making your sentencing decisions and hope you find them helpful.

That being said, in my direct experience of Mr. Raniere, I have never met a more caring, gentle, dedicated man. He intentionally and proactively has spent, and spends, many hours a day contemplating how to best help our human team and improve the lives of others.

After the loss of one of his partners of 30 years he checked with me often for weeks playing and replaying if he could have done anything differently - trying to determine if she were experiencing any fear, and hoping she experienced nothing but peace. It was not about him and his loss – it was always about her. 90% of all of our numerous conversations were spent discussing how to help me, how to help another, or furthering companies to help people. In fact, I know little details about him or his preferences, because he spends little time concerned with himself. After his countless hours of investment in mentoring me, and in

EXHIBIT
19
U.S. v. Raniere, 18-Cr-204 (NGG)

my darkest hour, I wanted to quit, walk away from my dream and give it all up – I shared "I'm not sure I can do this anymore". His response; "It's ok, I'll still love you. - The only thing you will lose is the hard work you put into it". I was so moved. There was no self-focused response – no trying to convince me to stay, no guilting me or reminding me of all the resources and time he had put into me and the project - nothing… This is the kind of teammate and human being Mr. Raniere is.

I saw this in all of his life endeavors: His trainings, and companies were specifically designed to help others get to know themselves more deeply - so that they may get more of what they wanted - develop a deeper sense of their own personal ethics, and humanity through compassion, and science. He sought to help others fortify their ability to choose love and honor what's deeply right for them, even in the face of loss, hate and violence; He led peace movements in Mexico, pursued equality and world-wide resolution of prejudice through Rainbow, launched solutions to the biased, slanderous, and unethical processes in our media and reporting systems which destroy countless lives, found solutions to help others heal "incurable" physical ailments such as; Tourette's, OCD, colitis and many others, brought honor to dishonorable TV, empowered men and women, and launched of one of the largest personal growth coaching program's I know of - all from a place of inspiration - without force, control or punishment. Above all he honors a person's right to choose and make their own decisions – even if he may not agree. He is the most dedicated person I know in the world today to building good, and honoring free-will. Even from his jail cell – when all but his life has been taken from him (and to my embarrassment) he is thinking how he can help me… help others and improve the lives of others. This is not a self-seeking man.

From a doctor's perspective: I believe the results of his work and the impact on people's lives would have been monumental, cutting edge and changed the way we practice medicine forever… and that's just medicine. Any one of his projects had the potential to heal and revolutionize its industry of focus.

A man with this dedication, thought process, and devotion does not seek to harm, does not act from bad intent. He does, however, encourage thinking and questioning which may cause people to be highly uncomfortable. In order to create solutions to problems that have not yet been solved in our world, you must challenge the status quo and its current premise. He is provocative, revolutionary, and unconventional… This, unfortunately, triggers fear and can inspire blame and hate from others that don't understand why. (especially if they have never tried to build something like this). This, I fear, is what has happened with DOS;

As a 2nd- line member of DOS, and their 1st branding artist of membership, I am uniquely qualified to speak to its nature. I became aware of Mr. Raniere's association with DOS after about a year of membership. This was not a problem for me. His partnership with the women in this organization, I believed, could only make it stronger. I knew him to be skilled, self-less, devoted and aligned with our mission. As a man, I have only ever experienced him seeking to further empower women, helping us see our strengths and weaknesses, exposing us to reality and giving us tools to grow and navigate it better. He was willing to tell us the truth and hold us accountable to our word – something most men in this society are not willing to do for us. I experience most men trying to protect us, letting us off the hook if we cry, tantrum, or the like, and shield us from reality or the consequences of our decisions (as similarly illustrated in this case). As a result, we as women, do not share (and have not earned) a place of equal respect with some of our male counterparts in society. We instead experience discrimination and glass ceilings. I for one, no longer want that. If there was a man to be on our team, he is the one I would choose.

I also have direct knowledge that it was not he that chose to incorporate his initials into the sorority's symbol of choice, it was the women who chose that, along with other meanings, to commemorate his contribution to the organizations creation. It was never intended to be a symbol of possession or

ownership. Nor was the collateral held by Keith or ever intended to force, coerce or blackmail – as evidenced by the fact that it has never been released even after countless women have broken their vows. It was a tool for personal use for us to reference and weight our decisions against, as we strove to reach our goals and find our way as powerful, conscience, compassionate women of our word.

To be clear: I have never experienced force, blackmail, manipulation, violence, unwanted branding or sexual pressure. In fact, I never participated in anything that I, as a consenting competent adult didn't choose to engage in. My experience was one of consenting adults, making mutually consented-upon decisions to explore different ways of thinking and living. When it got hard, did I sometimes want out? Sure – but no different than when I wanted out in medical school or residency. Did I sometimes forget why I was doing all this and victimize myself to my circumstance? Yes. But that's no different than choosing any commitment (marriage, medical school, priesthood) and then wanting out or feeling a victim to your choice instead of owning it and stepping up to make it what you want it to be. The coaching I had in DOS helped me face fears and have breakthroughs I otherwise wouldn't have had. Was it hard? Yes. Was it perfect? No. Was it worth it? Yes.

I joined DOS because I wanted to be strong enough to inspire others to keep going when it was hard - the way he inspired me to keep going at my hardest moments. I wanted to be able to have the type of impact in the world, and in medicine, that he was having, and see exo|eso™ thrive on a global scale. Was this an unconventional way to reach my goals? Sure - but my right to pursue. I believe it has given me the strength to endure more gracefully the oppression and hate I have become the target of in the last 3 years and helped me continue to strive to love, forgive and build good things in the world despite it.

Mr. Raniere is the ultimate example of that for me. I have observed is his consistent honorability, even towards those who have attacked him viscously now, and in the past. I have never heard him speak an ill word, blame, hate or want to punish them. Any mistakes he may have made, or ways in which his lifestyle is misinterpreted needs to be placed in the context of the rest of his life, not taken out of context and spun. If there are mistakes he has made, or errors in judgment, I believe whole heartedly they were made with only good intent in mind and he would be the first to want to address and fix them. He has been modeled this for me again and again.

I am honored to say I know this man. I am so privileged to have experienced a man like this exists. I have seen him help me and so many others around me. I believe we need more people like this in the world. I do believe deeply, your honor, that it is not only I who has been so deeply helped and touched by his choices, but that there are very many others who would share their positive experiences with you if they weren't scared to. Please allow this perspective to help to balance the unilateral narrative you have bared witness to so far. Please allow it to inform you of the many good things that Mr. Raniere has done when making your final decisions as to how he will spend the rest of his life. I believe he is a life worth saving and someone who's deepest intents are to help not hurt.

With great respect for the responsibly and lives you hold in your hands,

Dr. Danielle ▮▮▮▮

Monterrey, Mexico.  December 5th 2019

Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Keith Raniere, 18 Cr. 204 (NGG)


Dear Judge Garaufis:

My name is Alvaro De la Garza, I´m a 37 year old male from Monterrey, Mexico. I hold a bachelors degree in Electronics and Telecom from Monterrey Institute of Technology. As of now I manage a Lens Surfacing Laboratory, we work with Ophthalmologists and Optometrists to provide eyeglasses.

I first came to know about Keith Raniere when I took a 5 day intensive here in Monterrey in 2007. I found all the concepts and principles presented to me very interesting and really helpful.

In 2012 I met Keith personally when I attended V-Week, the 10 day retreat at Lake George, N.Y. I was so positively impressed with what I saw and experienced that I decided to be more involved with the NXIVM organization. So when I came back to Mexico I enrolled to be an apprentice coach in the Ethos Program. In the past years I have also traveled to the Clifton Park, N.Y. area in several occasions to take courses, all in which I have had the chance to talk to Keith.

His ideas and advice have motivated me to be a critical thinker and to be more responsible. And most importantly and what I value the most, to have peace of mind and more fulfilling and honest relationships.

I was shocked and upset when I found out that Keith was being convicted of such heinous crimes. As I have always experienced Keith to be non-threatening, non-violent and very kind with noble ideals, utilizing his time, effort and ingenuity to come up with solutions for humanity's problems. I write this letter to plea with the court to show leniency and to impose the lowest sentence permitted under the law.


Alvaro De la Garza.

EXHIBIT
20
U.S. v. Raniere, 18-Cr-204 (NGG)

Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Keith Raniere, 18 Cr. 204 (NGG)


Dear Judge Garaufis,

My name is Jim Del Negro. I am currently working as an independent sales agent, though my background is Mechanical Engineering, where I worked in the fields of cable television and the energy industry for over 15 years. I also owned a tutoring franchise where we helped children from the ages of kindergarten through high school to do better in their studies. I was brought up in a Catholic family and community, and I believe in the U.S. Constitution and the principles put forth by the founding fathers of this country.

The coverage of this case has made it extremely difficult for anyone with positive experiences with Mr. Raniere or his companies to come forward due to the extreme hatred that has been directed at anyone who does not denounce Keith and his companies. Some of us have lost our jobs, had to remove our children from schools, and been cut off from family members and social circles due to directed hate campaigns against us. I would like Your Honor to know that there is a large number of people who wanted to testify for the benefit of the defense and did not. Also, there are a large number who will not write letters. The reason for this is that we all fear government and media retribution. It was impossible for Mr. Raniere to get a fair trial with the defense calling zero witnesses. It's an unfortunate truth of human nature and our justice system that intimidation and hate plays a role in our legal process, and we all have to live with that and do the best we can. I write this letter to share with you some of the information I would have shared at trial if I was encouraged to take the stand, instead of scared into hiding.

I was introduced to Executive Success Programs at a one-day seminar hosted by the Saratoga Springs, NY Chamber of Commerce back in 2002. I experienced a profound deepening in my understanding of morality and ethics at the seminar, and how these values would help me in my life. I subsequently signed up for a 16-day training and eventually became a coach and trainer for the program. I participated as a client and coach in most of the companies related to Keith Raniere. The reason I valued his programs so much is that I experienced positive, lasting changes in my behavior and my

EXHIBIT

21

U.S. v. Raniere, 18-Cr-204 (NGG)

experience of my life. I became less fearful and more understanding of people as a result of participating in his trainings. Ultimately, I experienced more compassion and built my empathy for others.

I spent a minimum of 10hrs a week with Keith playing volleyball, and more time with him being coached and mentored by him. I did this over the course of over 16 years. I also spent time in trainings which he conducted, where I observed him coaching many people over many years. I had exposure to him working with me and others in that time, where I felt nothing but patience, kindness and love.

My firsthand experiences with the curriculum and Keith Raniere were extremely positive. The interactions were caring and considerate of me and the people around me. The message I received from him and his companies was that compassion towards others and doing the right thing are guiding principles to experiencing goodness and joy in life. That we can only experience kindness and love if we feel that way towards others and treat them with respect.

We studied many of the greatest humanitarians in history such as Jesus, Ghandi, and Martin Luther King to name a few. We studied how and why they exhibited such acts of compassion and character, and we were given tools to build the caring and character to be such a person if we wanted. I believe these tools are revolutionary and will transform society for the good, as they have transformed me to be stronger in my conviction to uphold goodness.

The reason I have put so much trust in Keith is that he continually and consistently demonstrates the traits of virtue. This perspective is the opposite of the people who testified against Keith. The event which illustrates this point the most for me was an event where we had 104 men fly in from around North America to attend a three day seminar. The topic was to be "Keeping Our Word". We, the leaders, promised we would have a minimum of 100 attendees in order to conduct the event or we would cancel it. We barely made our number commitment, however we did it through non-ethical means. We got a few last-minute men through taking them from another company event, to the detriment of that group. Keith found out about this at the last minute, 30 minutes before he was going to start the training. He told us he was going to cancel the training because it wouldn't be right to go forward under the circumstances. He proceeded to address the group of 104 attendees and told them what had happened (not blaming or outing those of us that caused the problem) and that it was his fault for the mistake. He took on the burden of facing an angry group of men and taking responsibility as the leader to take it on the chin. He offered to give back $150,000 in training fees to the members as well as damages for time and travel costs. He said he

would give the men what they felt was fair for damages, and he honored his promise. This was the most humbling experience of my life to this point, to see someone stand up for a principle that I was too weak to uphold. It felt terrible and inspiring all at once. It truly transformed my life and how I would approach my goals in the future, to not cut corners, to keep my integrity and do the right thing regardless of the material cost. This is in direct contradiction to the testimony of Mark Vicente, who testified that Keith walked out of that training and left us to take it on the chin. This event and Mark Vicente's lie can be proven because the event was captured on video.

That event was an example of his direct, hands on leadership in action. In contrast to the above example of taking the bull by horns style in times of crisis, was his non-direct nurturing style of leadership. He is by far, the least authoritarian leader/coach I have every been exposed to in my 53 years of life experience. I was part of the leadership teams in a couple of his companies. I experienced many of the leaders of his companies as being angry at him for not being more directional and assertive with his leadership. Specifically, Mark Vicente objected to Keith in this regard. Mark and others wanted him to take control and assert himself and his power over people and situations. In fact, what they wanted was him to abuse his power to get a better result. He refused to do this, and left decisions up to the leaders, refusing to intervene in the direction and operations of the companies. He remained up till the end of his freedom as a trusted advisor to the leaders of his companies. I made some bad decisions and saw others make bad decisions, which he later helped us clean up (reference preceding story). He only inserted himself in decision making when the failures came close to destroying the companies or they broke a fundamental moral code. (Note: his companies were owned and run by people other than himself. They were his inventions that were gifted to his friends). I eventually came to understand, through these events, that he valued the humanity and growth of the people who he mentored more than the material success of the companies. This was a very unconventional methodology, and one which I look back on with extreme admiration and gratitude. I had never seen anyone gift companies to their friends like that. It was a humbling experience to be the recipient of such graciousness. This is in direct contradiction to the testimony of Mark Vicente, who said that nobody was allowed to disagree with Keith and people were afraid to disagree with him. Mark was one of the people who directly disagreed with Keith consistently. This disagreement didn't seem to jeopardize Mark's relationship with Keith nor Mark's status with any of the organizations. Mark was at the top of every organization in which Mark participated and he was Keith's closest friend.

Another impactful learning I received from Keith was when I was coaching a young adult who was a kind and happy person, but was not doing well in school. I was concerned that the person was going to squander their opportunity of education and it would

affect their life in a negative way going forward. Keith recommended that I focus on helping them build their conscience and caring about others, and not to worry so much about their education. Keith told me that the person could always go to school when they found something that interested them, but building their conscience and caring for others would be the basis that would serve them for the rest of their life. The person is now 10 years older, married and doing well as a direct result of that advice.

I had a personal medical issue which demonstrates his relentless pursuit of caring for people. I had suffered from a very painful case of plantar fasciitis, which is a severe pain in the bottom your foot. When I woke each morning, my first few steps felt like I was stepping on shards of glass. It was excruciatingly painful. I spent a year going to specialists with no improvement. Each time I went to a specialist, Keith would ask me what they said. Finally, one night before volleyball he asked me if he could look at my foot. I said, "of course." He did a few tests on my muscle strength of each foot and gave me a suggested exercise to do. He said if his theory was correct, I should see improvement in just two weeks if I did the exercises. It did work, and I got rid of the pain totally in about 2 months. When I first reported back my good results he apologized for not thinking about it sooner, and I believe he truly felt sorry for not solving my problem sooner. This is a difficult experience to convey in a letter, but I felt the depth of his caring to a level I had only experienced from my direct family.

My time with Keith has been filled with thoughtful moments like the ones above. I can't say enough how many good things have come to me and my friends due to our friendship with him and our participation in his organizations. I was involved with collecting and reviewing thousands of anonymous questionnaires from participants who also had glowing recommendations of how Mr. Raniere's companies had changed their lives for the positive. There are boxes of these recommendations somewhere in the archives of the company documents. I hope these documents have been shared with the court.

I empathize with the immense responsibility that sits with Your Honor, and I have the deepest respect for your position. I feel there is no way to feel good about sentencing a man who was not able to bring forth witnesses for his defense. I hope others who could have countered lies by witnesses for the prosecution come forward as I did to document the injustice of this trial.

Best Regards,

James J. Del Negro

James J. Del Negro

Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

     Re: <u>United States v. Keith Raniere</u>, 18 Cr. 204 (NGG)

To Whom It May Concern:                        December 10, 2019

My name is Marvin Derks and I was a businessman in the Albany, NY area until my retirement. The reason for this letter is in regard to the possible sentencing of Mr. Keith Raniere. I met Keith in 1999 through Nxivm. I was experiencing anxiety issues and reached out for help.

I spoke with an associate at Nxivm and we scheduled some 2 hour sessions together. Because of those sessions and with the use of Mr. Raneire's technology, my anxiety and fears lessoned significantly and my joy of life increased. I was also able to better connect to my associates on a personal level, lowered business costs by 30% and increased production output. My associates said "we don't know what trainings you're taking but keep taking them." I was much more approachable.

The technology used in these sessions were caring and beyond my belief. I had never experienced anything like it.

When I got to meet Mr. Raneire, I found him to be loving, witty as hell and full of empathy. I had never met another human being so full of love and empathy for everyone. He was (and is) brilliant, in my opinion. He loves the human race! Everything he did and said were for one reason only: to advance the human race and to do it together as quickly as possible.

I continued to take trainings and was able to experience the effects it had in my life and in many others.

I write to you now hoping that you consider the significance of Mr. Raniere's technology. We need him and his work to continue.

It would be so useful if you could speak with him "one on one" to get a deeper understanding of his "intent" in all he has done but I know this may not be possible.

I ask also that you consider a minimum or no sentencing for Mr. Raniere. We need him now more than ever before. "The teacher arrives only when the world is ready."

Thank-you so much for your time and consideration!


With Respect,

Marvin Derks

EXHIBIT
**22**
U.S. v. Raniere, 18-Cr-204 (NGG)

October 8, 2020

Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: <u>United States v. Keith Raniere</u>, 18 Cr. 204 (NGG)

Dear Judge Garaufis,

My name is Brett Diamond. I am 35 years old and currently living in Bergen County, New Jersey. I grew up in Long Island, New York and I graduated from Duke University in 2007. I have worked in the financial services industry for over 11 years and I am currently an insurance broker and managing a team of other brokers.

Ever since I could remember, education has been a very important part of my life. I worked hard in high school to get accepted to a great college and then in my early 20s, I learned about non-traditional education which consisted of education that dealt with personal and professional growth and development. I took many different courses in this industry and this is how I came to know Keith through his courses at ESP and NXIVM. I took my first ESP course in December, 2015 and since then, I have taken many other courses that he was the philosophical founder of including the 16 Day Intensive, SOP, Ethos, Coaching Curriculums, NXIVM University, Mobius, Jness, Human Pain, Stexy, Movies of Honor, V Weeks, etc.

Given what was said in your courtroom about Keith, what he has been convicted of and how the media has portrayed him, it would seem impractical to write a letter for Keith. This may be true yet I believe that doing the right thing is oftentimes impractical and probably like your decision to become a Federal Judge was based in doing the right thing, I believe wholeheartedly that inking my name to this letter is the right thing to do. Look no further than an American hero, Martin Luther King, Jr, who said that "the ultimate measure of a man is not where he stands in moments of comfort and convenience but where he stands at times of challenge and controversy." I believe deep in my heart that Keith is a good man deserving of respect and I choose to trust my own experience of him. He is a human being with many positive and wonderful qualities and not the person that has been depicted and convicted in your courtroom.

The reason I believe this is twofold. One is my experience with what I learned from the education that came from Keith and the other is my experiences interacting with him. The education that Keith created was the most beautiful, humanitarian and impactful work that I have even been a part of in my life. It would take me days to share with you how it dramatically improved my life, but for brevity sake I will give you a couple examples. First and foremost, the community that came out of this education was awe inspiring. I earned friends who taught me the value of friendship and what it means to genuinely care for another person. Secondly, a lot of my bad habits were transformed out of this education. For example, before taking Keith's education, I would focus a lot of my time and attention on activities that were fun in the moment but precluded me from living out my dreams. Since taking the education, who I am as a person and what I am accomplishing with my life is far more than who I was and what I was accomplishing before taking the NXIVM classes. I have gained the insight and practical application to develop the traits of people I admire like Fred Rogers' compassion or Viktor Frankl's bravery. I always wanted to be more

EXHIBIT
23
U.S. v. Raniere, 18-Cr-204 (NGG)

like heroes of mine and could not understand why my actions and behaviors did not align with their behaviors and actions. Keith and his education have helped me to not only understand why this is the case but how to cultivate these traits for myself. I cannot think of a more noble pursuit than what Keith built with NXIVM.

Regarding my experiences with Keith, I have experienced a person who is consistently kind, generous and genuinely caring about helping others. I had the opportunity to hear Keith speak in a lecture type environment on multiple occasions and I experienced a person who truly wanted the best for the person asking the question and he would answer in a gentle way that was aimed at helping the person grow. I found Keith to be authentic, patient and a person who loved people. His kindness was also infections, and I never heard him speak badly or dishonorable about other individuals, even people who stood against him. To the contrary, he spoke with kindness in the interactions that I got to witness. Even during the trial, one of the government's witnesses who had a relationship with Keith stated under oath that Keith was never unkind nor cruel to here – not once!

I could understand why you might feel Keith deserves a rigorous sentence and I invite you, your honor, to consider why people like myself, who have a lot to lose by standing with Keith, are willing to do so. Despite the overwhelmingly negative perspectives that were shared in your courtroom about Keith and NXIVM, I have firsthand experience that what took place at NXIVM was good, consensual in nature and built on a foundation of care and respect.

I implore you, your honor, to impose a lenient sentence on Keith. If it would help, I am willing to speak these words in front of you or through a telephone or zoom call. I trust that you are open to different perspectives about Keith, so I thank you in advance for carefully considering my perspective here.

Respectfully,

Brett Diamond

Brett Diamond

October 8, 2020

Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: <u>United States v. Keith Raniere</u>, 18 Cr. 204 (NGG)

Dear Judge Garaufis,

I am writing in regards to the upcoming sentencing of Keith Raniere. While the information coming out of the recent federal case against him has been exceedingly negative, it stands in stark contrast to my immensely positive experience of Keith and his contributions to society over the last 10 years I've known him. I'm submitting this letter for you to consider diverse perspectives on his character and the totality of the beneficial impact he has had on me and many others I know.

As background, I am an entrepreneur who has long cared about helping people. I've started several nonprofits, and I was introduced to Executive Success Programs (ESP) while I was running an LGBT advocacy organization I founded in NYC to help win marriage equality in New York. I had recently graduated with an MBA and MPA from Harvard University, and I took ESP's course because I was struggling to manage the day to day stresses and demands involved in leading an organization.

My first ESP intensive was transformational in a lasting way. My stress levels plummeted, my confidence and ability to fundraise dramatically increased, and I became more compassionate with others with whom I disagreed. I had gotten so much value and personal insight from the course that I decided to take many more courses offered through NXIVM companies. Their effects on my life were similarly undeniable and profound. I was becoming a more centered, goal oriented, self-disciplined, and joyful person, and I attributed my growth to taking Keith Raniere's courses. I found the education that he had created to be on par with, if not more useful than, many of the courses I had taken in my formal education, particularly in the areas of understanding ethics, emotionality, leadership, and productivity. I ultimately elected to become an ESP coach and trainer, and I later opened up an ESP Center in San Francisco. I deeply enjoyed helping more people achieve similar results to my own.

I knew Keith through the philosophies and tools embedded in his curricula, I attended many talks he gave, and I worked with him directly on a few different projects over the years. His theories and frameworks on nonviolence, goal setting, and personal empowerment were complex and challenging, but once I took the time to deeply understand them, they fully impressed me and positively impacted my life. I witnessed countless moments where he displayed generosity of spirit, care and thoughtfulness for others, and commitment to living by noble principles. I cannot recall him speaking negatively once about any person, even those who had vilified him publicly, and he encouraged others to do the same. I witnessed him do just as he taught–he separated someone's actions from their personhood and he sought to understand peoples' struggles, even when it was most difficult.

Perhaps the greatest impact that Keith had on my life was through his work with my brother, Marc, who had struggled with severe Tourette's Syndrome from early on in his childhood. I watched my brother remarkably overcome a debilitating disorder–for which he had undergone countless therapies that deemed it "incurable"–simply by working with Keith, studying his curriculum, and working with the tools Keith had created. Through this work, I witnessed firsthand Keith's scientific mind and humility surrounding the changes he was helping my brother facilitate. I recall Keith once explaining how he operated on hypotheses, noting that true learning comes not from asserting where one is right, but from finding where one is wrong.

Keith's criminal trial was unsettling to watch unfold. There were elements of Keith's personal life that came out which, without the context of a defense, are hard to understand or fully evaluate. However, the most painful part of the experience was reading the testimony of several witnesses I knew (many of whom were former business partners and dear friends). It seemed they shared a very different version of their experience of NXIVM and Keith on the stand than they had shared with me and countless others for years prior; it's hard to reconcile. Many of the witnesses I knew were dedicated to principles such as taking responsibility for one's choices and emotional world, and to separating someone's actions from their personhood. To suddenly see witnesses negatively reframe what they celebrated for so long (and undeniably saw help so many people) was deeply troubling.



October 8, 2020

While I may never understand why people said what they did at the trial or various elements of Keith's personal life and lifestyle, what I do know is that Keith was nothing but kind to me and everyone I saw him interact with. By learning directly from him and through taking his courses, I will be forever grateful for the positive impact he's had on my life; my capacity for compassion has grown, my commitment and ability to help others has deepened, and my dedication to principles of love and nonviolence has strengthened. I know dozens if not hundreds of others who share a similar perspective. Given this, I hope you consider the totality of Keith's character as you sentence him and that you do so with the greatest leniency possible.

Sincerely,

Brian Elliot

Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

To Judge Garaufis,

My name is Justin Elliot. I was born and raised in a suburb of St. Louis, Missouri. I studied International Relations from the University of Southern California on a full scholastic scholarship. I have known Keith Raniere for over nine years. I first met Keith the summer before I went to college when I attended my first NXIVM course. I was inspired to take the course because my two brothers had taken it; each of them had seen incredible benefit. Three years after taking the course and finishing school, I moved to Albany and lived and worked there for four years to study the many curriculums Keith created. I am now an insurance broker and manage a team of sales people.

I have read the news and I have sat in the benches of your courtroom to hear much of the testimony of this case. I know the world thinks that Keith is an evil man and NXIVM was a cult. However, I have studied Keith's teachings and have firsthand experience of what he tried to build through NXIVM. I experienced these things to be good and Keith to be a noble man. My life will forever be better because of Keith Raniere. Through his teachings and the example he led, I have learned to be more caring and loving. Through the tools of his curriculum I grew the courage to take risks and start my own businesses. I learned how to be more open to new ideas and consider other people's perspectives.

Of specific note, one of my brothers, Marc Elliot, had suffered from a severe case of Tourette Syndrome. This was an extremely debilitating disease for him and interfered with his capacity to live a normal life. Because of the extraordinary creations of Keith and the hard work of the entire NXIVM leadership team, Marc today no longer suffers from Tourette syndrome. Before Marc had come to a NXIVM course marc had resigned to live with this condition for the rest of his life. I watched before my eyes over the course of a year Marc dissolve any symptoms he had from this condition. Even more astonishing, over the four years I lived in Albany, I personally came to know and watch ten other individuals go through the same process all having incredible reductions in their symptoms some in a matter of hours.

I have also had the privilege personally to come to know Keith over the years through my work. I was on the film crew that helped capture different events and projects Keith was a part of. Whenever I was around Keith, I found him to be incredibly kind and mindful of the people around him, including strangers and even adversaries.

I recall one specific event when Keith was having a filmed discussion with a journalist who worked for the Albany Times Union and had previously written extremely negative things about Keith and his family. The journalist after retiring had a change of perspective and had reached out to Keith to help document the agenda the Times Union had against him. Upon first meeting him, any ordinary person might be expected to be cold and cautious with such an adversary. However, Keith was instead warm, calm and deeply caring for the man. The journalist's health had recently declined due to a severe cancer. Keith took much of the first part of the interview to listen to the man's health struggles and share as much knowledge with the man that could help him heal as Keith's deceased partner, Pam Cafritz, had suffered from a similar illness.

Keith built a community of people who wanted to better themselves, and better the world. To build a world where people were honest and nonviolent; where we worked together; and where we supported the creation of great things. Keith created tools to allow people to become more joyful, to overcome personal limitations and resolve disputes peacefully.

While at first glance, Clifton Park, New York seems like yet another suburban American town, because of Keith, it attracted a highly educated and diverse set of people from around the globe, to study and work together in the pursuit to try and make a better world. I think that we all had the best of intentions, including Keith, to try and shape a better future for humanity and ourselves.

Keith is a man of incredible talent and good will for humanity. From the bottom of my heart I do not believe he is a man that deserves to sit in jail for the remainder of his years. I urge you to give him the most lenient sentence to allow him to return to society to use his gifts to move us all forward.

Justin Elliot

Justin Elliot

EXHIBIT
25
U.S. v. Raniere, 18-Cr-204 (NGG)

Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Keith Raniere, 18 Cr. 204 (NGG)

Dear Your Honor,

My name is Marc Elliot and I currently reside in Brooklyn. I've been an inspirational speaker in the United States and abroad for the past 12 years. I struggled with a severe case of Tourette's syndrome for 20 years of my life starting at the age of five years old. In case you don't know exactly what Tourette's syndrome is, the medical community classifies it as a neurological, genetic, involuntary and incurable disorder. My tics consisted of blurting out racial slurs, often offending family and friends that I loved dearly. My motor tics at times consisted of violent neck shaking that resulted in headaches and pain on top of the embarrassment, mockery and stares in public.  Fortunately, I had wonderful support from family and friend and turned lemons into lemonade throughout my life.  I eventually became an inspirational speaker across the nation about tolerance and compassion.  My message reached college campuses across the nation and Campus Activities Magazine eventually named me 2011 College Speaker of the Year. By the age of 24 my tics had subsided a bit, but I ultimately knew I would be living with some form of Tourette's for the rest of my life.

That is of course until I found Executive Success Programs, created by Keith Raniere and Nancy Salzman. Through the education that he created, I finally found a set of tools that I had been searching for my entire life to help me get rid of Tourette's. After taking a bunch of courses and even getting personal mentorship at times from Keith, I can finally say I no longer live with Tourette's syndrome. For twenty years my family desperately tried to help me get rid of it. I took many different neuropsychiatric medications with severe side effects, did biofeedback and habit reversal, went to hypnosis and received Botox injections in my neck, face and vocal chords.  All of these methodologies were aimed at curbing and managing my Tourettes - - beating it wasn't an option.

When I found the education and tools that Keith created, I started to see a new paradigm to look and understand my Tourettes.  I began to ask myself, "What is causing my Tourettes?" Up to this point, to question Tourettes would be as silly as to question gravity.   As I continued to take more education and combined that with my strong will and hard work ethic, I eventually beat my Tourette's completely using mind over body. I can say unequivocally, that if I had not come across Executive Success Programs, I would still be living with Tourettes today in some form. My family flew me around the nation to premier Tourettes clinics at Washington University in St. Louis, Yale University and Baylor College of Medicine yet nothing came close to the education of ESP in helping me with my Tourettes.

After my journey of overcoming Tourette's syndrome, Keith Raniere lead a team of us in working with other people with Tourettes. With his insight and leadership, we went on to help 10 other individuals beat their Tourettes. In 2017 a documentary entitled "My Tourette's" debuted in film festivals around the world, allowing others to witness these

EXHIBIT
26
U.S. v. Raniere, 18-Cr-204 (NGG)

incredible transformations.

It's important to know for severe cases of Tourettes, an emerging treatment is called Deep Brain Stimulation (DBS). In this procedure, surgeons implant medal rods in the patient's brain to help mitigate tics. There are countless people in this world in pain suffering from Tourette's, Obsessive Compulsive Disorder (OCD) and other neurological disorders. I believe the education that Keith created has the potential to help millions and millions of those people around the globe to tackle these often debilitating disorders.

Unfortunately, almost everything I've shared the general public is unaware of because of a targeted character assassination campaign against Keith Raniere and the NXIVM community. I've experienced it first hand being subpoenaed by the government to the grand jury and watching old friends go on national TV shows, news outlets and podcasts labeling Keith and members of the NXIVM as monsters and criminals.   I saw these people even lie how NXIVM is a pyramid scheme. A pyramid scheme sells snake oil. My story alone debunks that and the thousands upon thousands of other individuals who lives benefited from the courses Keith created.

My experience of Keith is the antithesis of what's out there about him. I'll share a personal story that deeply impacted me and help me understand the kind of man he is. After we had helped one of the first people beat their Tourettes, I remember coming to Keith so excited to share the news and talk to him about the vision of how we can help other people beat Tourettes. One of the first things he said in response was along the lines of "We need to make sure that we protect other people with Tourettes from the hate." What Keith understood is that our results would actually make life harder for other people with Tourettes. More specifically, if it becomes known in the world that we have the ability to help people beat Tourettes through conversations, people might start to believe that people with Tourette's can control it or ultimately don't have a condition. Even though we were getting unprecedented results, Keith's main concern was to protect other people from hate. That moment gave me insight into his caring nature and helped me be more receptive and compassionate as we moved forward with the project.

I sincerely ask that you give Ketih the lowest sentence possible. Even though I believe him to be innocent I understand it's your job to sentence him based on the jury's verdict. With that, please have the courage to give him a sentence separate from the hate and media campaign out there against him. I know if Keith could be out of jail, there are millions upon millions of other people suffering from disorders whose lives would be benefited.

Sincerely

Marc Elliot

Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Judge Garufis,

I've never met Keith Raniere, but I write this letter in hopes of expressing how much the man's work has positively impacted my life through a Men's Group he created called Society Of Protectors (SOP). Keith's work has provided me with self-awareness, a strong support system, and a deeper, more compassionate understanding of myself.

My experience in SOP has been life-enriching, to say the least. I have learned to evaluate my own decisions and veer away from victimhood and blame. I have explored important and relevant topics I may have never otherwise discussed in such detail with anyone if not for the men in my SOP teams. SOP has made clear to me the importance of upholding my commitments, and has prepared me with tools and a supportive, caring community to help keep me accountable to the things I value - without judgement.

I consider this group a flashlight that shines on limiting aspects of myself that I can't see on my own. This group has given me the opportunity to face aspects of myself that deep down I've always known I've had to address, but have chosen to ignore.

I am grateful for my time in this organization. I am grateful that there are men that care enough to put in work to become better men and hold each other accountable, without judgement, to continue growing into better men. I am grateful for what I have learned about myself through SOP and each individual involved. I walk through life sound in knowing that I am making a directed effort to develop into a better individual, and thus create a better world. All of this, because of Keith Raniere.

Sincerely,
Alejandro Estrada

EXHIBIT

27

U.S. v. Raniere, 18-Cr-204 (NGG)

Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Judge Garaufis,

My name is Gurpreet Gill. I am writing this letter to help avoid or clear up any confusion that there may about Keith Raniere's character as I would not want any confusion around mine if I were in the same position or similar one.

My first experience with NXIVM was when I lived in San Francisco, taking a 3-day course called Society of Protectors. In it, I was able to make some shifts in my perception and start the process of introspection I had always wanted. I was able to become more responsible and carry less blame on the outside world in my life, particularly in the realm of my relationships with women.

 I now reside in Los Angeles and sell technology for a living. I did not know Keith personally but I did take the ESP intensive that he created and SOP as well. I had an incredible experience in both. The technology and processes used in both ESP and SOP have dramatically changed my life for the better- giving me better results in sales and in my dating life. The technology used in ESP, specifically the exploration of meaning- where you try to break a fear pattern you've been holding you're whole life has made my life much better. For example, when I first started doing cold-call sales, every single time the phone would start ringing (me making an outbound call), my heart would start racing as I would go into fight or flight. I went through a 45 minute process using EM Technology and the next week and until this day, whenever the phone rings when I'm about to make a sales call- no fight or flight has been experienced; rather, I feel excitement. This is precisely how Keith has made my life better as I experience far less fear in my life or at least feel comfortable knowing that I am going to be okay in situations that I do experience fear. My experience in the intensives was 'mind-blowing' to say the least, as I was able to get significantly more in touch with myself and learn things I never knew about myself before. My whole experience of my life became heightened through the introspective practices we went through.

The fact that Keith made ESP and SOP signifies that he does have good character since he has been able to help so many people, including myself, absolutely shatter limiting beliefs that impede us from experiencing more joy, happiness, internal and external success. I definitely still have respect for him given the tech he created as I would most likely not (or at least I believe it would take many more years) experience the deep level of experience of life that I currently have. Interacting with another human being feels deeper, music feels more intense (in a good way) and beautiful, and the various colors in our world seems more vibrant as I been able to

EXHIBIT
28
U.S. v. Raniere, 18-Cr-204 (NGG)

perceive reality for the beauty that it beholds rather through the lens of my pity desires and envy. I believe that now since now I am able to experience my life in a much better way, that Keith has those qualities too since he was the individual who made these tools.


I want to conclude with the fact that there has been so much change in my life since I became introduced to NXIVM material that I am now even in the process of starting a business- something I never even dreamed of. Judge Garaufis, please consider the above when making your final decision on the sentencing term of Keith; he has done much good for many people.


Best,
Gurpreet

*Gurpreet Gill*

October 7, 2020

Dear Judge Garaufis,

My name is Leah ███████ and I live in ███████ Canada. My formal education includes a Master of Science degree in Microbiology, and a Bachelor of Science in Molecular Biology & Biochemistry joint major with Business Administration. With respect to the NXIVM companies I was formerly a Jness facilitator (I taught the all-women Jness weekend), a proctor with Executive Success Programs, a Media Analyst with The Knife Media, and Operations Director of One Asian. I am now self-employed and I work with various companies delivering professional development training, business coaching, editing and administration services.

I was first exposed to Keith Raniere's ideas in 2010 when I took a Jness weekend that was trained by Nancy Salzman. This weekend was, to be frank, life-changing. It is my opinion, then and now, that some of the lessons I learned that weekend changed the entire course of my relationship with my husband (then fiancé) in a profoundly positive way. I remember thinking that I couldn't conceive the mind that could come up with a model that answered so many important questions. Over the next 7 years, I would go on to study Keith's model in-depth to the point where I could independently train Jness weekends and Ethos classes. I was also a participant in the Jness Tracks, SOP Complete, One Asian, The Knife Media and DOS.

I interacted with Keith directly a handful of times, including a memorable phone call regarding One Asian. In 2015, I was on the phone with Keith, telling him about a problem on the One Asian team and I was becoming agitated as I described it. Keith interrupted me with a pragmatic insight which defused my agitation. He did this with me again in 2017 during a face-to-face conversation where I was struggling with how to help a friend whose life was "falling apart." In both cases I was upset, I sought out Keith and I felt he heard and understood me. And I felt he offered me a wise perspective to help me move forward, rather than a specific instruction or directive.

In 2017, a friend approached me and invited me to join "the project," now known as "The Vow" or "DOS." In the very first conversation we had, I said, "I assume this project is led by Keith?" and I was told "No, it isn't." The second thing I asked was, "Will this in any way come between me and my husband? Because that is my priority." I was again told, "No, it won't." I would go on to give my friend collateral to hear more about the project and I was so impressed that women were gathering together in this way. I will note that I was explicitly told there was a brand that would be given to participants and that the design was already set.

Shortly after I had learned about this women's group from my friend, it became public within our community and online. Then during Keith's trial in 2019, the prosecution claimed that Keith did lead DOS. In principle, I have no problem with Keith being the leader of DOS but for me part of the group's appeal was the supposed all-female nature of it. The prosecution also claimed the brand was representative of Keith's initials. I was very concerned about this because putting

EXHIBIT

**29**

U.S. v. Raniere, 18-Cr-204 (NGG)

another man's initials on my body would, for me, constitute "coming between me and my husband," which was one of my concerns with DOS in the very beginning.

All this being said, I never had any experience that supports the accusations that Keith sought to use DOS for gaining sexual partners. There was absolutely nothing sexual in my one-on-one experiences over the years with Keith (to the contrary, I recall that he often mentioned my husband, and this was always natural and respectful). Similarly, there was absolutely nothing sexual in my experience of DOS.

I understand some DOS women have described traumatic experiences and I am so very sorry for them. I wish I could gift them with my experience instead, which was empowering but also benign. Knowing Keith and some of the others involved in creating DOS, I don't believe his behavior with the DOS women was ever malicious, although I do believe some people have hurt feelings, maybe bruised hearts over his actions.

For myself, I am so incredibly thankful I had the opportunity to study the model Keith created. I continue to use the tools I learned to enrich my life and facilitate a strong, healthy relationship with my husband and my extended family. I have also been able to use my experience with the NXIVM companies to win employment contracts with other companies, which is how I make my living. If I had the opportunity to continue taking NXIVM courses or teaching the material to others, I would take it.

Thank you for taking the time to read this letter.

Respectfully,

Leah

Honorable Nicholas G.  Garaufis

United Statates District Judge

Easter District of New York

225 Cadman Plaza East

Brooklyn,New York 11201


Re: United States v. Keith Rainier, 18 Cr. 204 (NGG)


Dear Your Honor,

My name is Lourdes González and I courrently reside in Guadalajara, México. I'm a house wife.

I took the course of Executive succes program from 2014 to almost 2018. This expirences for me , have been very important in my emotional  part of my live.

With these course,I learn to see me,  to open cap by cap  my internal emotions, by reconagcing my issues, my Fares.

I was beginning with the menopausia, then they help me to  see me and to undestand that parto f the ladys life. All the time in completly compasión and respect.

I'm so glad that I took the decision for been there, I leran how to help anothers in working in their emoyional parto f life.

I have never have the oportunity to be with Keith Rainier, but I certanly khow him through h is education by the courses.

There, I know a great persons and Friends, and built a better version of myself.

I hope you take this into consideration in his sentencing  and wold be happy to chat you more by my transformation.


Sincerily

Lourdes González


EXHIBIT

**30**

U.S. v. Raniere, 18-Cr-204 (NGG)

**Honorable Nicholas G. Garaufis District Judge**
**New York East District**
**225 Cadman Plaza East**
**Brooklyn, NY 11201**

**Re: United States vs Keith Raniere**
**18 CR. 204 (NGG)**

Honorable juez Nicholas G. Garaufis,
Mi nombre es Héctor ████████Mexicano, nacido en 1953, ahora tengo 67 años.
Ingeniero Mecánico 1970-1975 (Premio Mención Honorífica) y Diplomado en Alta Dirección 1985
del ITESM.

Durante toda la Universidad mantuve una beca del ITESM, con éxito
Emprendedor, participé y fui accionista mayoritario en la consolidación y crecimiento de
Refacciones Neumáticas La Paz de 1976 a 2002, en la que fabricamos perforadoras de roca,
neumáticas e hidráulicas.

En 1988 creé y soy propietario de Sagitta Rock Tools, una empresa con tecnología propia para
fabricar y vender acero de perforación de roca para minería y construcción.



**Parte 1**

Algunas de mis experiencias personales con el Sr. Raniere
A principios de 2002 tomé mi primer entrenamiento de ESP y conocí al Sr. Raniere en agosto del
2002 en Pyramid Lake.
En 2003, mudé a mi familia a Albany para continuar la educación ESP.

A finales de 2003 le pedí al Sr. Raniere que me entrenara para correr un maratón, a lo cual
accedió. Mi única experiencia previa era 10K
Para empezar, hice un medio maratón en Allentown PA, el 25 de abril de 2004, con una meta de
1 h 35 min, y corrí el curso en 1 h 38 min. Me sentí profundamente decepcionado por no haber
logrado lo que era un tiempo de clasificación para el Maratón de Nueva York. Dos días después
me preguntó el Sr. Raniere sosteniéndome de ambas manos y mirándome a los ojos ¿cómo te
fue? Avergonzado y enojado respondí, mal, hice 1 h 38 min. Y me dijo suave pero
firme "excelente". Me sorprendió, lo que dijo y la forma en que me sentía eran opuestos. Pasados
los días seguí pensando y evaluando el significado de su palabra. Finalmente reconocí que para
un corredor inexperto de 51 años el tiempo logrado fue excelente. Esta única interacción cambió
para siempre mi perspectiva sobre ser gentil conmigo mismo incluso en mis fracasos. Que
castigarme y enojarme conmigo mismo no sirve de nada.
El Sr. Raniere me ayudó a calibrarme también en el otro lado, una vez que hice lo que consideré
un entrenamiento largo muy bueno, e compartí mis resultados en un estado de ánimo "arrogante"
y dijo "bien". Me sorprendí y respondí, ¿simplemente bien? Él respondió, sí, simplemente bien,
te estoy entrenando para que seas grande, no solo bueno. Impactante de nuevo, pero cierto.

Y sobre el compromiso y la responsabilidad, a punto de finalizar una semana entrené 32 millas,
3 millas menos de mi meta de 35. A eso de la medianoche del último día, mientras una tormenta
de 15 F estaba en proceso, el Sr. Raniere me preguntó cómo fue la semana. Le dije que me
faltaban 3 millas, y él respondió: "Así que todavía tienes tiempo para terminar tu trabajo, como
dijo mi papá, abrígate bien". Conduje en la tormenta con cuidado hasta el único gimnasio abierto
a medianoche y corrí las 3 millas faltantes. Este evento me enseñó a valorar mi palabra y hacer
todo lo necesario para cumplirla.

En los años siguientes corrí con éxito 4 maratones, Chicago 2009 y 2010 y Monterrey, México
2006 y 2008.

**EXHIBIT**

**31**

U.S. v. Raniere, 18-Cr-204 (NGG)

de cumpleaños hice un triatlón corto. Posteriormente como triatleta hice un curso olímpico en Monterrey el 3 de mayo de 2014

También cantaba y tocaba la batería entre otras cosas. Me divertí y disfruté.
Participo en el "proyecto de escritura" que me enseñó cómo un grupo puede trabajar juntos con éxito con el mismo objetivo. Esta experiencia desafió mi experiencia previa de "trabajar solo".

Al participar en muchas capacitaciones, foros e interacciones personales de Nxivm a lo largo de los años, 2002 a 2012, experimenté cambios radicales en mi autoconocimiento y en el trabajo en comunidad. Trabajando con una persona especializada en la tecnología creada por Keith pude explorar algunas de mis creencias limitantes, pude integrar conocimientos y experimentar alegría y logros nunca antes experimentados, una nueva vida más brillante llena de esperanza y amor.

En SOP participo sobre valores de honor, cuidado, protección y justicia. Esto me permitió liderar mi empresa y en general mis interacciones con madurez y firmeza.

Por eso y mucho más siempre honraré, seré respetuoso y estaré agradecido con el Sr. Raniere. Con su gran capacidad, podría haber elegido un estilo de vida fácil y lleno de privilegios y decidió crear tecnología para ayudar a nosotros, los seres humanos, a lograr lo que queremos, a trascender nuestras limitaciones, en un ambiente amoroso y compasivo, una comunidad con un objetivo de interdependencia. Soñando y trabajando diligente y poderosamente por un mundo mejor.

Le oí hablar honorablemente incluso de los detractores más incisivos. Siempre honorable, incluso ahora. Cuando pienso en él las palabras que me vienen a la mente son: Honesto, Integro, Inteligencia Brillante, siempre dispuesto a ayudar, Alegre y Enamorado de la Humanidad.



### Parte 2

Lo siguiente es sobre Daniela, mi segunda hija que es extremadamente inteligente y fue usada como testigo para la fiscalía.

En la primera parte de su infancia se comportó generalmente encantadora, alegre, chispeante y dispuesta a participar con la familia y los amigos. Pero también fue terca y se aprovechó de sus hermanos de varias maneras.

Alrededor de los 13 años comenzó a comportarse de una manera que como padre no podía entender; manteniéndose en una habitación oscura por largos períodos de tiempo, peleando con su mamá, peleando con sus compañeras de escuela y en varios puntos siendo rechazada por los grupos sociales a los que pertenecía.

A los 15 años ingresó en el ITESM, una universidad y preparatoria de prestigio, en el Bachillerato Internacional (el bachillerato de formación más exigente con menos de 20 alumnos). Terminó el primer año y ganó una beca para una escuela de élite Suiza que ella sola consiguió, luego cambió de opinión porque mientras estaba en su primer entrenamiento de ESP en Monterrey, ella le pidió al entrenador de ESP ir a Albany. Pocas semanas después, estaba ayudando en la Oficina de Administración de ESP.

Corto tiempo después, mientras trabajaba con ESP en la oficina de administración, robó "como un juego" US $5000, solo para demostrar que nadie podía darse cuenta. Más tarde confesó haberlos tomado, pero la decisión parecía no tener mucho peso para ella; a mí me sorprendió pues es incongruente con los valores que le enseñamos en la familia.

Alquilé un lugar para ella en Cohoes y el extraño comportamiento continuaba, pasaba mucho tiempo en una habitación oscura iluminada solo con velas.

Ella expresó el interés de aprender materias de ciencias y le pidió al Sr. Raniere fuera su mentor para aprender algunas de las materias en las que él se especializó. Una de los objetivos de Daniela era estudiar para obtener su GED y así poder continuar con su educación. Su compromiso para demostrar su aprendizaje, era hacer síntesis de los libros con los cuales estaba estudiando. El tiempo pasó y no lo hizo, pero siguió prometiendo que quería y tenía voluntad de hacerlo. Oportunidades para su desempeño había en abundancia; innumerables veces la llevé a la biblioteca de Saratoga y la biblioteca de RPI (Rensselaer Polytechnic Institute) porque ella decía que ahí podía trabajar mejor; ningún estudiante con hambre de aprender necesita bibliotecas específicas para abrir sus libros. Claramente, estos eran requisitos innecesarios de una persona que tristemente yo como padre había malacostumbrado a obtener las cosas de manera fácil. Daniela continuó mintiéndome, diciéndome que estaba trabajando y estaba a punto de terminar el primer libro. Pero nunca entregó una sola página.

Cansado de esta mentira y muchas otras, yo, como padre y todos como familia, incluida Daniela, decidimos seguir la recomendación de Keith, de pasar un corto tiempo en soledad en una habitación del departamento de la familia, la cual Daniela podría dejar en cualquier momento (aunque ni siquiera creo que este punto fue especificado; era innecesario e irrelevante, más bien algo obvio y consecuente del estilo de vida en familia que llevábamos), para permitir que pensara en lo que realmente quería (un tipo de "vete a tu cuarto a pensar en lo que estás haciendo"). Le cedí mi habitación a Daniela (la recámara principal), su mamá, por mientras, estaba en la habitación secundaria, frente a la principal, en donde estaba Daniela. Yo empecé a dormir en la planta baja, en el sofá, con la intención de proveer a Daniela con el tiempo y espacio necesario para que realmente evaluara sus acciones y rumbo de su vida. Yo personalmente compraba el mandado tres veces por semana con los ingredientes que Adriana (mi ex-esposa y mamá de Daniela) me pedía para preparar la comida para ambas. Todos los requisitos que Daniela pedía eran suplementados casi de inmediato.

Lauren Salzman, amiga querida de la familia venía a ver a Daniela de vez en cuando para asesorarla y compartir su sabiduría y habilidades y poder ayudar a Daniela a obtener más de lo que ella expresaba consistentemente que quería como metas en su vida.

Lo que tenía la intención de ser un corto tiempo para pensar las cosas, se convirtió en algo muy largo (cerca de dos años) sin cambios en la actitud destructiva de Daniela; peticiones constantes de más oportunidades e incansables promesas rotas.

Daniela no estuvo dispuesta a cambiar su comportamiento de no poner esfuerzo, mentir y ser una carga para la comunidad. Así que nuevamente la familia nos reunimos y decidimos, incluida ella, que regresara a México.

Yo personalmente la llevé a la frontera, con Kristen Keefe, a San Antonio. Después de pedirle total honestidad, otra vez con mucha ligereza, confesó que había robado dinero de mi billetera y el videojuego de su mamá. También mencionó que hackeo mi cuenta de Facebook. Estos actos de robo y mentiras no parecían pesarle en lo más mínimo cuando era confrontada.

Con el fin de brindarle seguridad, coordiné con un empleado de mi empresa (quien es de toda mi confianza) que la recogiera en la frontera, pagué todos los viáticos de Daniela para que llegara a Mérida, lugar que ella eligió, y le di dinero para que se instalara. Al despedirnos Daniela siguió prometiendo terminar el trabajo de síntesis de libros.

El trabajo de síntesis de libros nunca se entregó, ni una sola página.

Mientras estaba en Mérida, volé para visitarla cuatro veces, para asegurarme que estuviera bien, que viviera bien y con el anhelo de construir una relación saludable entre padre e hija. Es triste decir que en mi percepción, la gran mayoría de nuestras interacciones llevaban manipulaciones de información de su parte, mentiras e intenciones ocultas. Más tarde comprendí su verdadera intención de ponerme de su lado contra Mr Raniere.

El temor de que las fiscalías de los Estados Unidos a través de convenios con el gobierno mexicano amenazaran de verdad mi seguridad personal y mi sustento me impidió testificar la verdad sobre Daniela.



La percepción de este solo evento es tan retorcida y errónea que hace imposible que Keith obtenga un juicio justo con esta mentira en el juicio. Esta mentira sola, sin mencionar otras mentiras.

Favor de considerar estos hechos al hacer sus decisiones

Respetuosamente

Héctor

Honorable Nicholas G. Garaufis District Judge
New York East District
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States vs Keith Raniere
18 CR. 204 (NGG)

Honorable Judge Nicholas G. Garaufis,

My name is Héctor ▓▓▓▓ Mexican, born in 1953, now I am 67 years old.
Mechanical Engineer 1970-1975 (Honorable Mention Award) and Graduate in Senior Management 1985 from ITESM.

Throughout the University I maintained a scholarship from the ITESM, with success.
Entrepreneur, I participated and was a majority shareholder in the consolidation and growth of Refacciones Neumàticas La Paz from 1976 to 2002, in which we manufacture rock, pneumatic and hydraulic drills.

In 1988 I created and own Sagitta Rock Tools, a company with its own technology to manufacture and sell rock drilling steel for mining and construction.

Part 1

Some of my personal experiences with Mr. Raniere in early 2002 I took my first ESP training and met Mr. Raniere in August 2002 at Pyramid Lake.
In 2003, I moved my family to Albany to continue ESP education.

At the end of 2003 I asked Mr. Raniere to train me to run a marathon, to which he agreed. My only previous experience was 10K to start with, I did a half marathon in Allentown PA on April 25, 2004, with a goal of 1hr 35min, and ran the course in 1hr 38min. I was deeply disappointed that I did not make what was qualifying time for the New York City Marathon. Two days later, Mr. Raniere asked me, holding me by both hands and looking into my eyes, how did it go? Embarrassed and angry I answered, wrong, I did 1 h 38 min. And he said soft but firm "excellent". I was surprised, what he said and the way I felt were opposite. Day after day I kept thinking and evaluating the meaning of his word.  Finally I recognized that for a 51 year old inexperienced runner the time achieved was excellent. This one interaction forever changed my perspective on being gentle with myself even in my failures. That punishing myself and getting mad at myself is useless.

Mr. Raniere helped me calibrate myself on the other side as well, once I did what I considered a very good long workout, and shared my results in an "arrogant" mood and said "good". I was surprised and replied, just okay? He replied, yes, just fine, I am training you to be great, not just good. Shocking again, but true.

And on commitment and responsibility, near the end of a week I trained 32 miles, 3 miles short of my goal of 35. At around midnight on the last day, while a 15 F storm was in the works, Mr. Raniere He asked me how the week was. I told him I had 3 miles to go, and he replied, "So you still have time to finish your work, like my dad said, bundle up." I drove through the storm carefully to the only gym open at midnight and ran the remaining 3 miles. This event taught me to value my word and do whatever it takes to keep it.

In the following years I successfully ran 4 marathons, Chicago 2009 and 2010 and Monterrey, Mexico 2006 and 2008.

He inspired me through the Nxivm community in different areas, while on his birthday celebration I did a short triathlon. Later as a triathlete I did an Olympic course in Monterrey on May 3, 2014

I also sang and played the drums among other things. I had fun and I enjoyed myself.
I participated in the "writing project" that taught me how a group can work together successfully towards the same goal. This experience challenged my previous "working alone" experience.

By participating in many Nxivm trainings, forums, and personal interactions over the years, 2002 to 2012, I experienced radical changes in my self-awareness and community work. Working with a person specialized in the technology created by Keith I was able to explore some of my limiting beliefs, I was able to integrate knowledge and experience joy and achievement never before experienced, a brighter new life full of hope and love.

In SOP I participate in the values of honor, care, protection and justice. This allowed me to lead my company and in general my interactions with maturity and firmness.

For that and much more I will always honor, be respectful and be grateful to Mr. Raniere.
With his great ability, he could have chosen an easy and privileged lifestyle and decided to create technology to help us human beings achieve what we want, transcend our limitations, in a loving and compassionate environment, a community. with a goal of interdependence. Dreaming and working diligently and powerfully for a better world.

I heard him speak honorably of even the most incisive detractors. Always honorable, even now. When I think of him the words that come to mind are: Honest, Whole, Brilliant Intelligence, always ready to help, Cheerful and In Love with Humanity.

Part 2

The following is about Daniela, my second daughter who is extremely intelligent and was used as a witness for the prosecution.

In the early part of her childhood she was generally charming, cheerful, sparkling, and willing to participate with family and friends. But she was also stubborn and took advantage of her siblings in various ways.

Around the age of 13 she began to behave in a way that as a parent I could not understand; staying in a dark room for long periods of time, fighting with her mother, fighting with her classmates and at various points being rejected by the social groups to which she belonged.

At the age of 15, she entered the ITESM, a prestigious university and high school, in the International Baccalaureate (the most demanding training baccalaureate with less than 20 students). She finished the first year and won a scholarship to an elite Swiss school that she got on her own, then changed her mind because while she was in her first ESP training in Monterrey, she asked the ESP trainer to go to Albany. A few weeks later, I was helping out in the ESP Administration Office.

A short time later, while she was working with ESP in the administration office, she stole "like a game" US $ 5,000, just to show that no one could tell. She later confessed to making them, but the decision seemed not to weigh heavily on her; I was surprised because it is incongruous with the values that we teach him in the family.

I rented a place for her in Cohoes and the strange behavior continued, she spent a lot of time in a dark room lit only by candles.

She expressed an interest in learning science subjects and asked Mr. Raniere to mentor her to learn some of the subjects he specialized in. One of Daniela's goals was to study for her GED so that she could continue her education. Her commitment to demonstrate her learning was to synthesize the books with which she was studying.

Tired of this lie and many others, I, as a father and everyone as a family, including Daniela, decided to follow Keith's recommendation, to spend a short time alone in a room in the family's apartment, which Daniela could leave at any time (although I don't even think this point was specified; it was unnecessary and irrelevant, rather something obvious and consequential to the family lifestyle that we led), to allow me to think about what I really wanted (a kind of "go to your fourth to think about what you are doing ").

I gave my room to Daniela (the main bedroom), her mother, in the meantime, she was in the secondary room, in front of the main one, where Daniela was. I began to sleep downstairs, on the sofa, with the intention of providing Daniela with the time and space necessary for her to really evaluate her actions and direction of her life. I personally bought the errand three times a week with the ingredients that Adriana (my ex-wife and Daniela's mother) asked me to prepare food for both of them. All the requirements that Daniela asked for were supplemented almost immediately.

Lauren Salzman, a dear friend of the family, came to see Daniela from time to time to advise her and share her wisdom and skills to help Daniela get more of what she consistently expressed that she wanted as her life goals.

What was intended to be a short time to think things over turned into something very long (about two years) with no change in Daniela's destructive attitude; constant requests for more opportunities and tireless broken promises.

Daniela was not willing to change her behavior from not putting in effort, lying and being a burden to the community. So again the family got together and decided, including her, to return to Mexico.

I personally took her to the border, with Kristen Keefe, to San Antonio. After asking her for total honesty, again very lightly, she confessed that she had stolen money from my wallet and her mother's video game. She also mentioned that she hacked my Facebook account. These acts of theft and lies did not seem to weigh on her in the least when confronted.

In order to provide her security, I coordinated with an employee of my company (who I trust) to pick her up at the border, I paid all Daniela's travel expenses so that she could arrive in Mérida, a place she chose, and I gave her money to be installed. When we said goodbye, Daniela kept promising to finish the work of synthesizing books.

The book synthesis work was never delivered, not a single page.

While in Merida, I flew in to visit her four times, to make sure she was okay, living well, and with the desire to build a healthy father-daughter relationship. It is sad to say that in my perception, the vast majority of our interactions involved manipulations of information on her part, lies and hidden intentions. Later I understood her true intention she wanted to side with her against Mr Raniere.

The fear that the United States prosecutors through agreements with the Mexican government would really threaten my personal safety and my livelihood prevented me from testifying the truth about Daniela.

The perception of this single event is so twisted and wrong that it makes it impossible for Keith to get a fair trial with this lie at trial. This lie alone, not to mention other lies.

Please consider these facts when making your decisions.


Respectfully


Héctor

07 octubre de 2020

A quien corresponda

Dentro de este documento yo Jorge Salvador Rea Hernandez me gustaría compartir mi experiencia con Keith Raniere y mi testimonio respecto a los programas tomados en la organización

Me enrolé en el sistema de ESP en 2016 y mi primer experiencia fue en viajar a Albany New York donde desde mi llegada fui acogido por una comunidad unida, amable y compasiva, a pesar de no tener antecedentes respecto a los programas ni la comunidad.

El cambio que logre en mi vida fue radical, pude trabajar situaciones que venia arrastrando desde hace tiempo y que incluso había tratado con Psiquiatras, pude cambiar mi forma de ver la vida, convivir con la gente a mi alrededor y sobre todo el entendimiento sobre mí mismo, después de esta experiencia y al poner en practica las habilidades adquiridas pude comprobar el potencial de lo aprendido al ser más compasivo y empático con las personas que colaboraban conmigo y aprender a llevar el estrés a un nivel diferente que puede ser sano y productivo.

Respecto a mi convivencia con el señor Raniere fue limitada pero en las pocas oportunidades que tuve de estar cerca de él me transmitía una persona alegre, respetuosa e interesada en el bien de los demás, un claro ejemplo es haber estado en un partido de voleibol donde una de las personas se lastimo al caer mal después de un salto, la reacción de el fue notable al desatender el juego y buscar la forma de apoyar al lesionado, a quien con toda amabilidad le ofreció ayuda y con todo respeto le inspeccionó para poder ayudarle a incorporarse y sentirse mejor, en todo momento en los diferentes eventos solo percibí ese tipo de actitud.

Mi experiencia en General con la comunidad siempre fue integra, fue apoyo reciproco y convivencia cándida

Sirva este documento para compartir mi experiencia personal

Atentamente

Jorge Salvador Rea Hernandez

EXHIBIT
**32**
U.S. v. Raniere, 18-Cr-204 (NGG)

07 October 2020

To whom it May concern:

Within this document, I, Jorge Salvador Rea Hernández, would like to share my experience with Keith Raniere and my testimony regarding the programs taken in the organization.

I joined the ESP system in 2016 and my first experience was traveling to Albany New York, where since my arrival I was welcomed by a united, kind and compassionate community, despite having no background regarding programs or the community.

The change that I achieved in my life was radical, I was able to work on situations that I had been dragging for a long time and that I had even dealt with Psychiatrists, I was able to change my way of seeing life, living with the people around me and especially the understanding about myself, after this experience and by putting the acquired skills into practice, I was able to see the potential of what I learned to be more compassionate and empathetic with the people who collaborated with me and learn to take stress to a different level that can be healthy and productive.

Regarding my coexistence with Mr. Raniere, it was limited, but in the few opportunities I had to be close to him, he transmitted to me a cheerful, respectful and interested person in the good of others, a clear example is having been in a match of volleyball where one of the people got hurt by falling into bad position after a jump, his reaction was remarkable when he neglected the game and looked for a way to support the person injured, to whom he kindly offered help and with all due respect he inspected him to be able to help him get up and feel better, at all times in all the different events only I sensed that kind of attitude.

My experience in General with the community was always integral, it was mutual support and candid coexistence.

Serve this document to share my personal experience.

Sincerely

Jorge Salvador Rea Hernandez

December 31, 2019

Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Keith Raniere, 18 Cr.204 (NGG)

Dear Your Honor,

My name is Lorena Lara, I'm a Human Resources professional with over 24 years of experience working for multinational companies in Latin America within Retail, Energy and Financial Services sectors.

During my career I had the opportunity to experience many trainings and programs in different countries and worked with consultants across Latin America region and the United States of America, where the headquarters of the companies that I've worked for were based. In my search for tools for human development and how to help individuals and organizations to grow, I found Executive Success Programs in Mexico.

I joined the Ethos Program and due to results I experienced in my professional life after this program, later I joined the 15 Days intensive, Jness Track and Mobiüs trainings. During this time, I had the opportunity to interact and know Mr. Keith Raniere. He has always open to share his point of view, open to questions and he had willingness to help people.

The Executive Success Programs technology helped me to overcome fears, re-evaluate my ethics, my mission, to really focus on what matters the most to me and stand for the values I want to see in the world. In terms of leadership this technology helped me to grow and achieve my goals in ways no other trainings were done in the past.  The ability to organize the material and how easy was to comprehend and embrace the concepts was the unique ability that I value the most from Mr. Raniere.

During the time I took intensives, I've met amazing people whose lives were impacted positively. My classmates had better relations with their children, spouses and friends. They expressed directly to me how this had happened after the trainings. The time that I was impacted the most happened during the Mobiüs training with Isabella, a young lady who was diagnosed with an evident tic disorder: Tourette Syndrome. During the seven training days the evident tics were lessened, by the time she was more focused and serene. Two years later we met in other trainings and she was surprisingly without tics and she was able to travel that summer with her sister to Europe by themselves without adult supervision for the first time in her life.

The intention of the technology was to embrace humanity, human values, our impact in the world, the importance of every decision we make. I've experienced the most beautiful human possibilities during the curriculum reflections. A sense of endless possibilities that we have in life with critical thinking and brave and noble heart, will and character. My experience with Mr. Raniere was always with respect he was a man of honor, he kept his word, was loyal to his principles, respectful with the families and the individuals during the trainings. You cannot fake the character of a man.

I took the opportunity to send my testimony about Mr. Keith Raniere since is my only opportunity to share with Your Honor the benefits of his curriculum and technology. This is the honorable action to do after all the benefits that Executive Success Program brought to my life.

Sincerely,
Lorena Lara

EXHIBIT
33
U.S. v. Raniere, 18-Cr-204 (NGG)



## Note for Reniere 9-28
1 message

**Sterling Lebaron** [REDACTED] >                                  Mon, Sep 28, 2020 at 8:55 PM
To: Sterling Lebaron < [REDACTED] >

Keith Reniere's behalf.

Addressed to:
   Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

United States v. Keith Raniere, 18 Cr. 204 (NGG)

Dear judge Garaufis.

I thank you your honor for hearing my letter.

My name is Sterling Lebaron. I live in north dakota. I run a trucking company here hauling liquids for the oilfeild. I also build homes here with a second company.
I was born in a community in mexico created by my ancestors a few generations back. I went to high-school in utah and moved to north dakota afterwards. there I started a company after being inspired by a program created by keith Reniere call ESP. 16 day.
I am 25 years old. I married at age 22 and now have a beautiful child with my wife.

I want to be as real as possible with how i feel about Keith Reniere.
And also, I do hope this letter helps you see him in a good light. I'd like nothing more than to see him have the least amount of time sentenced possible. The thought of seeing Keith locked up feels very very sad to me after experiencing the good this man has poured into my life.

The curriculum Mr. Reniere has created is nothing short of amaizing. I've never experienced something that could teach me more about myself and others.
My life with family is largely more real, open and loving.

Because of the courses i took with keith ( ethisst, 16 day esp., sop weekend and the media program) I am more honest with myself and others. I am better at business.
I am more in LOVE with life. No book could give you the experience of learning and growing as quickly as his programs did for me. And I have read hundreds of books.

Keith's programs game me tools that I use to this day. He helps improve my life even still. The more time that passed the deeper my admiration grows for him and what he does. Good results are undeniable.

Keith to me is also the man who can teach someone how to get what they want. And even better he helps you understand why you want it. I am a more critical thinker thanks to keith Reniere I understand more of what I WANT. What more needs to be said. That's all any of us want.

Yet I have more. I am completely amazed by Keith Reniere. I don't know a man who has showed more character of mind. And more honor for love. To me, Keith is the man who does something after committing to it without fail. I lived in albany for a period of 3 months and got to play volleyball along side kieth. He was always committed to showing up on time and demonstrated his ability to keep a strong word. He always smiled at others and was always willing to take time aside to give me advice on how to better my skills seeing as he is a great volleyball player. His interactions with everyone was genuine and loving.

In his courses I learned that my drive for life was to gain the approval of those i admired. Because of this I was not able to be real or loving with myself. His program showed me how to live life based on what feels right to me. I'm now living life for me instead of for a lie. Words can't express how beautiful that is to me. My life will ALWAYS be different and way better. This kind of good done for me should not be over looked. That is one of my favorite examples. But I have dozens of them similar. Like the way his program taught me to see my own inconsistencies with relationships. I was able to re-build relationships that would have never been good without it. Like my brother and my mom. My dad and i get along way better. These are things that are very good and i think it took a lot of emotional honor and love to build a program with such perfect results. I want his programs to be a part of my children's lifestyle and apart of mine.

I am sad that these programs are not running at the moment. I wanted to continue with them for the rest of my life and wanted my kids to experience it and enjoy the amaizing learning capabilities.
No matter what happens from here nothing will change how proud I am and always will be to be a part of the community we experienced that was inspired by Keith.

Despite Keith's conviction I still have tremendous amount of respect and admiration for him. I ask for mercy on his behalf. I ask that the court impose the lowest sentence permitted by law. A life is only so long and lots will miss him.

It might help you dear Garaufis to know that i wish the world had 10 more of this man Mr. Keith Reniere in it. The fact that there is someone who feels this way should be considered.

EXHIBIT
**34**
U.S. v. Raniere, 18-Cr-204 (NGG)

I send my appreciation to the effort you put into this case and hope this letter helps.

I give permission to use the letter publicly by signing it

.

Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>United States v. Keith Raniere</u>, 18 Cr. 204 (NGG)

My Name is Wayne LeBaron, I was born and raised in Northern Mexico in a small Mexican-American Community, My family and my community raise pecan nuts and cattle for a living. We are a very productive community that has suffered much loss to organized crime. My younger brother Eric was kidnapped several years ago, my entire community shut down and went to the capital to protest. We received much coverage by national and international media. My eldest brother Benjamin was murdered 2 months later.

I first heard of Keith Raniere 1 week after Eric was Kidnapped. He sent people to do several interviews with my mother and several other family members, I was later invited to Albany along with anyone from my community who wished to see what Keith would tell us, word was that he had ideas that would help resolve our problems.

When I first met him he told us that what we did was a huge, that we exposed the Government and exposed the criminals by peacefully protesting.

Keith taught us much about violence, fear and apathy. My experience of him was truly a bright intelligent man who understands people and the world and its problems, I was especially moved at how deeply he wants to help the world be a better place. Keith along with his team of people took us in and spent many many days, much work and effort to teach us for 4-5 weeks what he believed would help us deal with our safety issues in a area of the country of Mexico that is overtaken by criminals and do it in a nonviolent but firm way. After Keith's first advice to us, My older brother Benjamin formed an organization called SOS Chihuahua (Sociedad Organizada Segura de Chihuahua). Secure Organized Society of Chihuahua in English.

The Mexican people were amazed that we were able to get the government to react so quick and with so much zest to resolve our problem. They came to us dozens of families every day to ask us how we managed such a reaction, per Keith Raniere's advise, Benjamin and other family members came up with a model to organize communities against organized crime, this had tremendous success, members from all neighboring communities joined SOS Chihuahua and in 2 weeks gained 4,200 members, within a few weeks 2 different kidnapping gangs were caught by the town people of Asencion and Buenaventura.

Only a few weeks passed when 17 men surrounded Benjamin's home, terrorized his family, took Benjamin and his brother in law Luis who ran to help him 3 miles outside town and murdered

<table>
<tr><td>EXHIBIT<br>**35**<br>U.S. v. Raniere, 18-Cr-204 (NGG)</td></tr>
</table>

them both.

Since then myself and a few family members continued going to Albany NY to take more courses.

Keith continued to help us come up with ways and strategies to solve many of our society's problems and while Mexico is flooded with violence our community has had 10 years of growth and peace although we are always on the lookout. I must say that in November of 2019, there was another attack on my family where women and children were killed and we have had huge support to deal with this mainly due to what we learned from Keith. We have been very successful in exposing all the criminals involved including the stagnant government institutions.

I truly believe that Keith is a great human being who has done so much to help my community and who has such a real desire to solve problems non-violently in the world and thus change the world for better.

I saw in Keith an unbelievable commitment to do the right thing.

Keith has so much to give to the world, everyone I know of who took his intensives have expressed how much their lives have improved and changed for the better. Without doubt taking his intensives has been the greatest thing by far that I have done in my life.

I humbly pray that the good in Keith will be seen and that you will take these things into consideration.

Sincerely

Wayne N LeBaron

20 Diciembre 2019

A quién corresponda :

Por medio de la presente, Yo Elizabeth León quiero compartir mi experiencia con Keith Raniere y las herramientas impartidas en sus cursos.

Mi primer curso lo tome en mayo del 2011 a partir de esa fecha mi vida cambio de una forma positiva que jamás había experimentado, ya que la relación que tengo conmigo misma, es mucho mas amorosa y compasiva, mi comunicación hoy en día es mas asertiva, lo que me permite tener mejor relación con mi familia, amigos, compañeros de trabajo y clientes.

Los resultados medibles que he tenido después de tomar los cursos, es que han crecido 3 veces mas mis ingresos y lo mejor es que he podido formar equipos de trabajo donde todos están felices por lo que hacen y comprometidos en agregar valor a nuestros clientes.

Mi vida en general la experimento mas en gozo y estoy agradecida por conocer estas herramientas.

En Noviembre del 2015 tuve la oportunidad de viajar a Albany a tomar un curso ahí conocí a Keith, realmente tuve pocas interacciones sin embargo siempre me pareció una persona amable, sencilla y congruente, las veces que lo vi caminado en la calle siempre saludaba y sonreía a las personas que veía en su camino, siempre lo vi en una estado de animo positivo.

Mi experiencia en general siempre fue increíble, conocí una forma diferente de vivir, mas humana y mas amorosa. Menos estresante y más responsable de mí y de las cosas que quiero construir en el mundo y en mi vida.

Atentamente:

Elizabeth León

EXHIBIT

**36**

U.S. v. Raniere, 18-Cr-204 (NGG)

December 20, 2019

Elizabeth Leon



Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East Brooklyn,
NY 11201

Dear Judge Garaufis,

My Name is Elizabeth León, want to share my experience with Keith Raniere and the tools taught in his courses.  I took my first course in May 2011 from that date on my life changed in a positive way that I had never experienced, since the relationship I have with myself is much more loving and compassionate, my communication today is more assertive  , which allows me to have a better relationship with my family, friends, co-workers and clients.  The measurable results I have had after taking the courses is that my income has grown 3 times more and the best thing is that I have been able to form work teams where everyone is happy for what they do and committed to adding value to our clients.

My life in general I experience it more in joy and I am grateful to know these tools.  In November 2015 I had the opportunity to travel to Albany to take a course there I met Keith, I really had few interactions, however he always seemed to me to be a kind, simple and congruent person, the times I saw him walking in the street he always greeted and smiled I always saw the people I saw on his way in a positive state of mind.  My experience in general was always incredible, I knew a different way of living, more human and more loving.  Less stressful and more responsible for myself and for the things I want to build in the world and in my life.

 I hope this allows you a glimpse into the kind of person that is my friend.

Very Truly Yours,

Elizabeth León

October 7, 2020

Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

<u>"Re: United States v Keith Raniere, 18 Cr.204 (NGG)</u>

Dear Judge Garaufis:

My name is Linda ████████ I live in New Jersey and work in the financial services industry. I am a former corporate lawyer, who worked at Skadden, Arps law firm and Sony Music Entertainment in New York. I graduated from Cornell Law School, Columbia Business School and Dartmouth College.

I am writing to give a character reference for Keith Raniere. I first saw Keith in May 2014 in Clifton Park, New York at the Executive Success Programs (ESP) coach summit. I was attending my first coach summit as a newly promoted coach after attending my first ESP training in December 2013. Since then, I have participated in many trainings as a student and as a coach from 2014 – 2018. I attended and worked as a coach for the Executive Success basic training, Ethos, Jness tracks and Ethicist trainings. I was a Vanguard week ambassador for three years from 2015 – 2017.  I attended the Source, Knife, SOP Complete, Exo Eso, Mobius and other higher education trainings from 2013 through May 2018. I also attended several community volleyball games, forums and Vanguard week gatherings from 2014 – 2018.

When a person close to me had a tragic accident, I asked Keith a question about how I could keep going with my life and moving forward quickly. He said that maybe it would be better to allow myself to allow myself to experience the deep pain of the tragedy because that showed me how much I cared for this person. As time passed, I knew I would feel better. However, I realized from Keith's advice that the point in life is not to move forward as quickly as possible, but rather to have more meaning, purpose and feel deep love. He explained that feeling deep love meant allowing myself to feel deep pain, which is a sign of how much I love someone. Keith's advice allowed me to give myself time and emotional space to feel the deep sadness. Ultimately, he helped me move forward in my life in a more meaningful, more loving way.

Another time, I was struggling to find a way forward when my marriage was ending. I asked Keith for advice during V week 2016. I was trying to avoid the pain or try to move on quickly. He said time and allowing myself the time to heal is important. The pain I felt just showed me how much I loved. He advised me to reflect on all that I gained from the relationship.  I realized that true love is does not always feel good, and that love does not mean always getting or giving what one wants. I honestly don't recall everything he said but remember how caring and compassionate he was with my very human struggle. He genuinely helped me and I felt better after his advice. Also, many people reached out to me afterwards and they shared how my question and his response really helped them process their emotions as well after the end of a significant relationship. Each time I asked him a question, he eloquently had such insight and compassion that I felt immediately better and could take a step forward in my life when I did not know how.

I once asked Keith why he started a group called One Asian, a leadership group for Asian women. He shared that he found that his experience of Asian women was different from non-Asian women. He observed that Asian women have a unique blend of character, discipline and also genuine desire to care for others that gives

1

EXHIBIT
37
U.S. v. Raniere, 18-Cr-204 (NGG)

them high leadership potential. As a result of this, I realized that a lot of the discipline and hard work ethic instilled in me throughout my childhood was good even though I did not like it or understand it at the time. I can now appreciate the many times that my mother did not let me go out to parties during high school so I could study or do homework instead. I see that I learned how to build more skills and confidence. I became more self-reliant even at a young age which really benefited me later in my life. I changed my perspective and how I felt about my "strict" childhood as a result of Keith's perspective. My upbringing was a kind of early "tough love" training that I now appreciate so much more now. I also felt so much more love and compassion for my mother afterwards. These are just a few examples of how Keith and his trainings have positively impacted my life.

A group of Asian women and I met with Keith several times to understand the unique perspective of Asian women. He would ask us many thoughtful questions about what we envision for Asian women and what would help us and what kind of organization or group or community could move this group of women to be better version of ourselves. He asked about our struggles and gave us assignments/homework to think about what does it mean to be an Asian woman. These meetings were a privilege to be a part of truly innovative way to organize and help people be able to help others and build more community among us.

I often saw Keith at volleyball games. I remember thinking even though he runs so many different businesses, and has accomplished so much, he takes the time to spend with people and have fun. He was very witty and would joke around a lot. He truly valued community and the group of people in the ESP community was amazing. He would meet with many different people individually during volleyball breaks. He was so present with each person and seemed to genuinely care for each person.

I have taken many of Keith's trainings and I think they were more valuable to me than all of my formal education at three Ivy league schools. His trainings helped me to learn how to know myself better. I learned about the negative patterns/habits I developed throughout my life and how I could permanently change them to make myself better and more joyful. I felt emotions more deeply better than any kind of therapy.

I learned how to think more critically than law school and can see how people make illogical arguments when they speak and write. I can see when people judge and interpret others through their own bias and filters. I see how this can lead to bad results. For example, a look that a person sees on another person can be interpreted by different people in different ways. One person can see remorse and another person can see emotional manipulation. Two people can view the same act very differently. But what one person sees is not always accurate because we can't read other people's minds or their intent. When one sees another person with bad intent, it is because that is how they perceive it. It is more of a reflection on the person who judges others rather than what is true for the other person. I can see many more perspectives and see other people's struggles more. I used to see or imagine my mom had bad intent to punish me but I see how her desire is to help me get better and this is the way she knows how to help me.

Through his trainings, I learned how to evaluate and expand my way of thinking. During some advanced trainings, I increased my IQ over 25 points in 9 months. I saw how before ESP, I used to defer to experts and authority figures. After ESP, I learned how to question everything and evaluate for myself. I questioned the media, doctors, experts and learned how to ask better questions. I was even more skeptical and yet at the same time more open to evaluate my decisions and thoughts based on new information. I learned how to be more authentic and care less about my image and reputation. I realized I am not what other people think of me and I am not my results. Ultimately, I care more about doing what I believe is the right thing, even if no one else knows about it or agrees with me. I learned that we discuss and question anything- such as topics of our emotions, sex, money, politics and religion. I am reminded of Fred Rogers' quote,

"Anything that's human is mentionable, and anything that is mentionable can be more manageable. When we can talk about our feelings, they become less overwhelming, less upsetting, and less scary. The people we trust with that important talk can help us know that we are not alone." - Fred Rogers

When asked Keith about how he continues to love forward when people are so critical of him. He does not blame or complain. He simply said, he has not earned this person's respect.

I will always value my experience with ESP and the positive experiences of Keith and his trainings. In my experience, he has devoted his life to helping build community and to help each person who wants to, learn how to become a better version of themselves. When I read the poem, "If", by Rudyard Kipling, I think of Keith.

"If you can keep your head when all about you, Are losing theirs and blaming it on you,"…"If you can wait and not be tired by waiting, Or being lied about, don't deal in lies….you'll be a Man, my son."

Although much negative has been written and spoken about him, my experience has always been inspiring and positive. As difficult as this may be to comprehend, I truly believe that his actions were motivated by good intent and primarily motivated by his desire to help others overcome their personal struggles. I have never heard him say a dishonorable word about anyone. He even asked an audience permission if he can use a curse word because he does not want to offend people. I admit I don't approve of or condone everything that Keith was alleged to have done. Yet, I still believe that given all the good benefits he and his trainings have provided, he does not deserve a life sentence in a prison where he will likely face extreme violence, solitary confinement or even a violent death.

His trainings often included references and were inspired by the actions of the most noble people, including Ghandi. In the Ethicist training, we watched a movie called the Life of David Gale. This was an example that highlighted how sometimes the truth is not what it seems. This film showed how strongly the main character believed in a principle, he was willing to die for a principle and to protect his loved ones. This movie reminded me of Keith as well because of his strong belief in principles.

Words simply can't convey all the benefits and positive impact Keith's teachings had on my life, and others in my life. Many people may blame Keith for their choices and yet Keith has not blamed anyone for anything and he accepts responsibility for his actions. I don't know if this is true, but when I heard that Keith was not bringing witnesses to testify on his behalf, I was shocked. I was told he decided so even though there were people willing to testify for him, because he did not want them to receive the negative effects as a result of association or defending Keith. This would be consistent with my experience of how much Keith thinks of others before his own interests. And even if this meant, Keith would be in a far worse situation or face life in prison.

I am writing this letter because I believe it is important for the public and world to know the many positive traits and stories about Keith Raniere. He has done so much to help people and this is overshadowed by the trial and the media. I believe there are many other people who, if they were not afraid, would write more positive things about Keith and how his trainings have improved their lives. Even people who seem driven to destroy Keith's reputation are using the tools that he developed to improve their lives. I am not afraid that people will have different views of him. I am scared that because people do have different views of him, they will use this to justify taking further actions that are objectively harmful and destroy people's lives which is very violent and destructive. There are many people who spend their lives focused on destroying Keith's life and his work. This is sad to me because why spend one's life on destruction when they can be living a life building more value in the world? I believe all human beings deserve to be treated fairly and with honor. I learned this from Keith and his trainings, and I am grateful for this.

A critical thinking person may wonder, how could this letter state such things that are in stark contrast to the trial and media? It is possible, if people have decided they do not like or want to destroy a person, they can take anything a person does and twist the actions. I know that in general, the media, prosecutors, judges and jurors do not know Keith personally. I have the benefit of my own personal experience of him for many years. As for people who also know him and now say that what he did is bad, this may be based on their own fears and prejudice or jealousy. For example, the issues of abortion, seeing women crying and taxation are triggering and bring up fears so one can't absorb the facts. Justice is supposed to be blind and not judge people because they have a different lifestyle.

Two people can do the same things for completely different reasons and different intent. Another man, in Keith's position could have created all of the trainings to have sex with women. However, does it make sense to do all that to have sex with women? No, but it is not my place to judge another person's life. I do believe Keith thinks about how to help others primarily and thinks deeply about how to move humanity and people forward. I experience Keith as an extraordinary person who is willing to stand up for a principle and will not sacrifice or hurt others to save himself. I am truly grateful to him for creating the trainings and the positive impact in my life.  I know my life, and countless others' lives were profoundly better because of him and his trainings. This is why I urge you to be lenient in his sentencing. The impact that Keith and his trainings have had on my life is truly priceless.

Respectfully,

Linda

4

December 18, 2019

Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

"Re: United States v Keith Raniere, 18 Cr.204 (NGG)

Dear Judge Garaufis:

My name is Jeanette Lopez and I was a member of the ESP Program.  I am very disappointed that the ESP program was discontinued. I really enjoyed being in ESP. I feel it helped me a great deal. It was very helpful to me mentally and physically it helped me think more positive gain confidence in my ability. The program helped set goals and go after it in a constructive and positive manner. I would look forward to seeing the coaches and meeting new members and socializing as well as joining in event activities. I really hope there will be another ESP in the future. I think it was a wonderful program not only for me but also for the whole community and humankind.

Thank you
Jeanette Lopez

EXHIBIT
**38**
U.S. v. Raniere, 18-Cr-204 (NGG)

Honorable Nicholas G. Garaufis United States District Judge Eastern District of New York 225 Cadman Plaza East Brooklyn, New York 11201

Re: United States v. Keith Raniere, 18 Cr. 204 (NGG)

Dear Judge Garaufis,

My name's Juan Luis Lopez Fons and I was a member of Executive Success Programs (whose parent company was NXIVM) from May of 2005 up until it's closing in April of 2018. I also had the privilege to attend Keith Raniere's trial a total of about nine times and got to see first-hand a lot of what went down during its six weeks.

I am not going to talk about whether Keith did or didn't do the things he was accused of. The fact remains that he was found guilty by a jury of his peers and he will experience punishment according to our laws. I would like to speak about Keith Raniere's character and how his teachings impacted my life, my experience of myself, others and the world.

In order for the changes I experienced to make sense to Your Honor, I would like to first describe a bit of my upbringing. I came from a wealthy family in Mexico and grew up to become, seemingly, a self-assured man with lots of options with which to have a successful career and life. It was actually quite the opposite. Due to the way I was brought up, never learning the value of work, exchange, failure and effort strategies, I grew up to become an entitled, prideful and not very skilled man-child. I dropped out of college, struggled to get jobs and always expected someone else to help me make ends meet. The worst part of it all was that I didn't even know I was this type of person. All I knew was that I wasn't happy nor getting the things in the world I "should" be getting as a 23 year-old. I was then introduced to Executive Success Programs by my brother and my world changed, absolutely, for the better.

Within one year of taking the courses, I was able to become financially independent from my mother, who up until that point of my life, had provided everything for me. Thanks to Keith Raniere's work, I gathered the confidence in myself to go out and invest my time in a trade (I became a film director, editor and videographer). I eventually opened my own video production company, Emotivo Productions, about four and a half years ago. Thanks to ESP, I was able to figure out why my romantic relationships weren't working and have been in a committed relationship for the past six years now (I have been married four out of those six years as of the date of this letter). Thanks to the courses in ESP I experience much more joy and love in my life, less stress, less emotional reactions to people's actions, thoughts and emotions and a deeper ownership and experience of responsibility, self-esteem and external and internal success.

Relationships to friends and families have improved and strengthened, confidence in myself has risen and am just grateful for my life and all that I have experienced, experience and will continue to experience for the rest of my life. ESP caused life altering, permanent, positive changes in me and I will forever be grateful to its two main creators, Keith Raniere and Nancy Salzman.



EXHIBIT

**39**

U.S. v. Raniere, 18-Cr-204 (NGG)

I am also deeply grateful to every coach and trainer I ever worked with during the dozens of trainings I took and taught during my time in Executive Success Programs. Simply put, my life is better because of all the time I spent in ESP and because of the people in that organization. I consider it the most compassionate, empathic and caring group of people I have ever met in my life and am deeply honored to have met them and called most of them my very good, life-long friends.

As I mentioned earlier, I am a video producer and was one of the few videographers that recorded a lot of Keith's life both in his quiet and public moments. I can honestly say, from the thousands of hours I spent filming him, he was nothing but a caring, honest, humble and compassionate man. I never saw him treat any woman or man with disdain. Never saw him use fear, anger, manipulation, obligation, threat of punishment or actual punishment with any man or woman, ever. He was always present, attentive, mindful and caring with every person I saw him with. And I saw/recorded him with hundreds of people over the years. He was always consistent in his beliefs and I honestly believe he strove to do the right thing according to his ethics and morals, which I think are extremely high.

I saw Keith help women and men deal and overcome deep, really painful and emotional trauma. I saw him coach people in sports, science and in the arts. I saw him develop curriculum and practices to help people be more joyful, responsible, compassionate and honorable. I saw him develop methodologies to help people deal with conditions deemed incurable by the medical community such as: Crohn's Disease, OCD, PTSD, allergies and even Tourette's Syndrome. I video documented many of these cases and saw the changes in these people's lives. Permanent changes. There wasn't a program that he developed, and I took dozens of them, whose core didn't revolve around love, joy and responsibility.

I am better man, a better Juan Luis Lopez Fons, thanks to him and I will be forever grateful for the immense value I experienced from knowing him and implementing his many creations in my life.

Things that came out during the trial made me question and look back at all my years in ESP and wonder if I actually supported a "cruel and evil" man and, after a lot of examination and introspection, after taking time to get myself out of a fear state and really dig through all my time and experiences within ESP and talk to many of the people involved in this case (directly and indirectly) I still stand behind all the good actions and effects I saw and was part of in this organization and vouch for the good nature, actions and positive intent of the people trialed and not trialed in this case, including Keith Raniere.

Thank you so much for taking the time to read through my letter and for considering my experience of Keith Ranier and his many programs, tools and curriculum. Thank you for being the steward of this process called Justice. Let me know if there's anything else I can do to help with this.

Best Regards,

Juan Luis Lopez Fons

Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: United States v. Keith Raniere, 18 Cr. 204 (NGG)

Dear Judge Garaufis,

My name is Roy Martina and I work as a Content Manager for a small digital marketing agency. I attended a 5-day intensive course from NXIVM in December of 2017 at their location in New York.

While I didn't meet Keith Raniere personally, what I can say about my experience is that the group of people I met during this personal development course were some of the kindest, happiest individuals I've ever met. What I was taught was essentially a new perspective through which I could better understand my emotional state and live a happier life.

I'm writing this letter to ask for leniency in Keith's sentencing because my experience with people who have associated with him was so positive, I have no choice but to assume that he and his system have a positive effect on all of those around him.

Thank you for your time.


Regards,

Roy Martina

EXHIBIT
40
U.S. v. Raniere, 18-Cr-204 (NGG)

Honorable Nicholas Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Keith Raniere, 18 Cr. 204 (NGG)

Dear Judge Garaufis,

I am a 42 year old married mother with a young child and I have known Keith Ranierie since I was about 23 years old. I grew up in Alaska, home- and unschooled from fourth grade, entered a state university on academic scholarship and worked as a Resident Assistant as a freshman in college while completing my academic work, maintained a 3.0 or higher GPA, while working part time and supporting myself independently from my parents. I married my high school boyfriend and was divorced by age 23 once I realized he did not, was not able, to support my dreams and life ambitions to restore a love of learning to our mainstream education culture. I completed a B.S. in Sociology while working full time, and just paid off the last of my student loans.

I met Keith after traveling to Albany to participate in the community that was growing up around his and Nancy's work with Executive Success Programs. I had taken my first training in Seattle while living in Portland, Oregon, and within months finalized my divorce from my first husband and returned home to Alaska to work and navigate my way into adulthood. I was almost immediately transported back into my youthful optimism and confidence in my first training with Nancy in Seatlle, but in other ways devastated by my sudden and immediate realizations about how much work I needed to do to grow if I was going to be capable of living the life I imagined I could have.

I have always been fascinated and deeply moved by Keith's perspective on things, often wondering why he did or said certain things. One line statements he said to me over the years I lived in Albany continue to echo with me in my daily life decades later and have brought immeasurable light and faith to my darkest hours and struggles. Once while explaining to someone why I didn't wish to return to live in Albany, I found myself attempting to "play nice" to a woman's insistent pressure to return, among a group of friends watching me and listening. He overheard from across the room and almost sternly said audibly enough for everyone to hear, "Megan, don't lie!" I was immediately embarrassed that he would say something like that to me, and publicly, but in an instant I was immediately able to recognize the deeper truth in myself and assert my confidence and will to resist her pressure - that I didn't wish to return for many reasons, feeling immense relief that Keith understood my situation, my reasons why, and had intuited what I needed to hear in that moment to hold my ground calmly and with confidence. That one lesson has been an immense support to me in the years since, helping me recognize in myself what is true to me and what I can do to stay the course in the toughest of circumstances.

Another time he asked how I was doing in my work and I remember feeling sad at his question as I was working so hard and still not feeling satisfied or happy. He looked at me for a moment and asked, or said, quietly, "What did the bear see at the top of the mountain? Just the other side of the mountain." Again, decades later I still remember this and wonder in awe at his ability to intuit the right metaphor to help me identify for myself what I'm choosing to do, and why or why not I would want to continue. I grew up in Alaska, so bears have many deep layers of



EXHIBIT
41
U.S. v. Raniere, 18-Cr-204 (NGG)

meaning and significance in my life - they toil alone, they must survive the winter, they can be fierce and yet so universally beloved. All of this meaning has unwrapped itself in my heart and mind over the years and still beautifully summarizes daily challenges in feeling my healthiest and happiest.

I especially love the Jness curriculum and the reputation it generated for women being nicer and more understanding of the men in their lives after experiencing it. Shortly after my first weekend session I became involved with the man I have now been married to for ten years. Over the years I continued to participate in weekend and week-long sessions, finding myself happier and more focused in work and relationships each time. When the day to day monotony of small office politics became exhausting, I would return to Albany for a fresh bolt of energy and perspective.

I organized and hosted several Jness weekend intro sessions in my home and eventually found the online slander too much to continue. After several years of having almost no involvement with the organization, I relocated to Florida from New York to take a ten-month position at a small private school. Due again to the online slander, where I was now included by name, I was shortly after terminated from my position and endured an onslaught of gossip and rumors that have nothing to do with me or my actions.

The path that Keith has led has never been easy, but it has brought more aliveness and joy to my experience. I have encountered conflicts with every person along the way, but the development of my own awareness and ability to adapt is thanks in no small measure to the kindness Keith has extended to me over the years. When my mother was on life support, in the final weeks of her life, and I had to make medical decisions on her behalf, Keith's efforts to support my family in difficult end-of-life decisions was enormously helpful. He researched and shared with us articles about methods to honor the dying process, and what approach would generate the least pain and distress for the dying. These big questions were so much more important to my healing than anything anyone else was able to offer me during that time.

I have learned from my choices along the way and have felt my own self-respect grow as I navigate my values and integrity, striving to be the person I aspire to be.  I am happier in my personal relationships, feel more harmonious in the work I do (as it increases in difficulty in these uncertain times), and find clarity and resolve by reflecting on the ways Keith's work benefits my life and my sense of meaning and purpose. This the world needs more of, especially in times like these.

Keith has had an immense impact on my life, one for which I am so grateful and will forever appreciate in helping to bring me more fully into my best life. I am deeply saddened about the events that have led to his current situation. Despite his conviction, I continue to think of him with deep respect for all that he has done to help make life so much more beautiful and full of vitality for so very many of us, still.

Respectfully,

Megan Mills Hoffman

Honorable Nicholas G. Garaufis
United States District Judge Eastern
District of New York 225 Cadman
Plaza East Brooklyn, New York
11201

        Re: United States v. Keith Raniere, 18 Cr. 204
        (NGG)


Dear Judge Garaufis,

My name is Michele and I am here to share my perspective with you regarding my personal experiences with Keith Raniere.

I am a native New Yorker and went to one of the country's first historically integrated schools here for ten years before attending boarding school in Connecticut and then college in California where I graduated with a degree in International/Intercultural Studies. Since completing my studies, I have spent my time working in agriculture, education, and hospitality. My passion for these fields lay in my desire to always take care of people and the joy I experience in working with my hands and body to care for the earth.

In the spring of 2013, I was about to leave my position as diversity director at a boarding school when I was introduced to Executive Success Programs (ESP). At the time, I was in pursuit of anything that could help me achieve my vision of creating a school and community where students, teachers and all involved felt safe enough to be their full selves, without fear. After leaving the school, I decided I would begin a journey to gather as many tools and mentors to help me launch my own school/institution with a focus on community, supported by the land.

What little I knew about ESP at the time seemed to be in line with that I was looking for to help me both professionally and personally. In my quest to be a more effective diversity practitioner and education leader, it became apparent that fear seemed to be the barrier between humans being able to relate to one another at the most human to human level. It was fear that was present when I dug underneath issues of race, gender, and class

EXHIBIT
**42**
U.S. v. Raniere, 18-Cr-204 (NGG)

tensions that arose at our school and, so it seemed, everywhere. It was then that I knew I needed something to help me address my own fears to be the most effective leader and change maker I could possible.

I'd been to all the conferences, was always reading a book to further my knowledge and actively sought mentorship from professionals in my field to guide me, but never did I encounter a methodology that broke down the nature of fear (and other emotions) and then laid out a series of steps to overcome it or at least mitigate it. I didn't know how ESP would help me do this, but it felt worth checking out knowing there was a chance I could get closer to answers I was looking for. I truly wanted to help people overcome fear in their lives and I didn't know how to do it myself, so I knew my work would always fall short if I didn't explore this route further.  ESP was my first step in that direction.

One of the first things I did once I heard about ESP was look it up on Google. My heart began to race when the word 'cult' popped up in several places, but I took my time and read a few articles and blog posts that came up. Many of the things I read mentioned Mr. Raniere as an ill intentioned person and that all of his companies essentially brainwash people.  I'd met someone who introduced me to the course and my interactions with him were completely counter to what I was reading about people who were involved with the companies and associated with Mr. Raniere. I'd also taken a number of courses in college that trained us to read the news with a critical gaze and I ultimately didn't believe a lot of what I read and felt more mistrusting of the people writing than of Mr. Raniere, ESP and affiliated companies. I was mistrusting of these blogs and articles because they seem to insert a great deal of hate and prejudice that seemed unnecessary, immature and hostile. I also realized in that time that I didn't know what brainwashing was and had no association for it except what I'd maybe seen on a cartoon or TV show where someone is strapped to a chair in a dark room in front of a bright screen. It seemed highly unlikely that that's how I would spend my five days in the training. If nothing else, I wanted to draw my own conclusions for myself and still decided to enroll in the five day introductory intensive.

My first introduction to Mr. Raniere was through my experience with the ESP curriculum he created and hearing about him second hand from the facilitators who knew him. I went into my first training with my eyes peeled for any sign of the things I'd read online. But I never found it, even to this day. By the second day of the five day intensive, I'd already had a more profound experience than what I was expecting and felt I had found what I'd been looking for. What I got in that first training was a deeper understanding of myself and thus a clearer understanding of all humans. It felt like a ten ton weight was lifted that

I didn't even know I was carrying around. I didn't feel so angry anymore, especially with regard to the social justice work I was doing and some relationships I'd be struggling with for years. I didn't feel that my life needed to be dedicated to fighting the 'man' or the establishment anymore. It became evident to me that instead, I wanted to dedicate my life to building more humanitarian focused spaces (schools, restaurants, etc.) and being part of anything that invited people to be uninhibited in the expression of their humanity.

To this day, I can say that the curriculum was some of the most profound material I have ever encountered.  I began to deepen my understanding of myself and how to sculpt myself over time into more of the person I wished to become.  I have always felt a calling to be in service of others and do anything that lifted the human team. In my experience, the curriculum encouraged me to deepen my practice of compassion and understanding both with myself and others.  I found myself constantly inspired by those around me who felt driven to do the same and woke up each day asking themselves how they could move themselves a step closer to being their best selves.

Since the time Mr. Raniere and the companies of NXIVM were being investigated, I have spent a lot of time considering my experience of him and my time with the companies and the people I worked and interacted with.  I have also spent a great deal of time reading and digesting the transcripts from the trial, government filings for the case, and the media reportings on the situation.  I am very open to the idea that I am incorrect in my belief of good intent and actions of Keith Raniere and his enterprises.  But to this day, I still have not been presented with a logical justification for the accusations against Keith Raniere, his co-defendants, nor any of his companies, that makes sense to me against the data I know and my own personal experience.   I was a voluntary member of DOS and gave a lifetime vow to a select, few women, to mentor and guide them toward the pursuit of their goals and dreams.  I know the truth of what this network of women was about. And it had nothing to do with sex nor obeying a man.

Nicole, one of the government's key witnesses in Mr. Raniere's trial, was a friend of mine and we were both invited into DOS by Allison Mack and therefore spent a great deal of time together through our time in DOS.  After I read her testimony from the trial, I realized how catastrophic the absence of the women in DOS who benefited greatly from their experiences, was.  The lead prosecutor at the time, Moira Penza, informed my lawyer that if I testified at court before meeting with them again, her office would charge me with perjury.  I wanted to speak, I wanted to share anything I could to clarify what was becoming a dangerous misunderstanding.   However, the government's threats

unfortunately worked, for myself and many. It is only now that I feel strong enough, finally, to say the truth, even with the risk of retaliation from these prosecutors still present.  I believe in the constitution and upholding the rights of all people and ask that you execute the law according to your oath when considering your sentencing of Mr. Raniere.

I am writing this letter because my experiences of Mr. Raniere don't come close to his description as criminal the government has claimed. As a former student and facilitator in the companies Mr. Raniere helped develop, I am here in a sea of dark waters to hopefully shed some light where it has not been shone since the investigation began.  I am writing this letter, despite the social concequenes, hate and discrimination that may increase in my life because I believe Mr. Raniere really, above all else, cares about this world and all the people who are apart of it. I've never known him to communicate or do anything that wasn't driven by that desire or from a place of hate or malice.

Since the fold of the companies and arrest of Mr. Raniere, I have continued to draw on the experiences I had during my five years with the companies and community and the wisdom shared by Mr. Raniere. All my experiences in those five years, and since, continues to deepen my compassion and understanding of myself and all of humanity. My greatest take away from my experience has been the question of how can I take more and more responsibility for my actions and reactions to be less dependent on the desires and fears of others so I can be a more grounded person. I do this so I can be a more self sufficient person who can then be available, emotionally and otherwise, to be of support to those I love. For this, I have much to be grateful for and Mr. Raniere is most certainly someone who's had a tremendously positive impact on my life based on his choice to create so much curriculum that helped me deepen my understanding and experience of love and compassion.

I thank you for your time in reading this letter and hope it helped in giving you another perspective on who Mr. Raniere is and the impact he has had on my life.

Regards,

Michele ███████

Honorable Nicholas G. Garaufis

United States District Judge

Eastern District of New York

225 Cadman Plaza East

Brooklyn, New York 11201


Re: United States v. Keith Raniere, 18 Cr. 204 (NGG)


I'm a 46 year old teacher who was born and raised in Costa Rica. I teach English, music and train staff at call centers like Hewlett-Packard and dxc technologies. studied to become a music teacher and have been passionate about education since I was a little boy. I've had the honor of training people of all walks of life and have had a positive impact in their lives by teaching them skills that were unknown to them and giving them the right tools to acquire a better job and improve their living conditions.

I came to know Keith about 5 years ago due to the fact that I have a condition called Tourette's syndrome and had heard from several friends that had taken courses at ESP. that they had been taught how to manage their emotions better and deal with their problems in better ways; they told me as well that they heard that ESP was attempting to treat people who have Tourette's syndrome with a new technique they had come up with. This new technique involved only speaking to the person who had the syndrome and attempting to acquire the root causes for the emotions that generated the nervous tics which are the most difficult symptoms involved in tourette's.

I managed to contact several trainers who then let Keith Raniere know about my condition. It was because of Mr. Rainere's great compassion and desire to help others that I was given the chance to go to ESP. and take several courses to try and better my condition. Again due to Mr. Rainier's great empathy and desire to help others I was given the chance to take these courses free of charge as I did not have the means to actually pay for them.

Through my time in ESP I had the great honor of meeting Mr. Raniere and was able to spend some time with him and even play volleyball together. During this time I was able again to see that Mr. Raniere was a man with great compassion who cared very deeply for others and was always attempting to help all those who where in need around him. it was because of his great kindness that I was spared the payment of all the courses I underwent.

To this day the teachings and the tools that I was provided with, changed my life all together. As my Tourette syndrome has diminished enormously since my time there, nowadays many people who even work with me side-by-side spend months without really noticing that I have Tourette syndrome, several people when told that my Tourette syndrome was severe and it was very difficult to work next to me actually do not believe that to be true. So today I go to bed and have no muscle pain no joint pain no throat aches no headaches that used to be very common because of my condition. I was also appointed a personal coach that would contact me upon request and had a weekly session with me to try to help



with any difficulties that I encountered,  and was also contacted very frequently to make sure that I was still doing good and my syndrome was well under control. This was all made possible because of Mister Rainier's desire to help others and his wish to improve peoples lives, His great empathy and concern for others

It is because of this facts that I implore you your honor to be as lenient as you possibly can with Mister Rainier's sentence. Because I believe he can still help others and can have a positive impact in society. Even more so now that my little ten-year-old son has been diagnosed with the same syndrome as I.

Now more than ever I feel that it is imperative that Keith is given the opportunity to positively impact others lives and keep helping people who can still learn from all the tools and techniques developed by him and his staff members. Now more than ever I know that my little son needs Keith's help. So again your honor I beg of you to please find it in your heart to sentence Mr. Raniere with the shortest briefest time in prison possible.

Trusting that you will have the wisdom to find the best resolution for the common good and well-being of our society. Thank you

Jose Manuel Ospino Veana

Id 108660707 San Jose Costa Rica

December 31st

Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**EXHIBIT**
**44**
U.S. v. Raniere, 18-Cr-204 (NGG)

September 29, 2020

       Re: <u>United States v. Keith Raniere</u>, 18 Cr. 204 (NGG)

Dear Judge Garaufis,

My name is Christopher Pearson-Smith and I was a student of many of NXIVM's educational programs, as well as a high-ranking coach in the Executive Success Programs ("ESP"). I am writing you this letter because I have had a substantial amount of direct experience with Keith Raniere and want to share some of my observations with you. My intention is for you to better understand Keith's character from someone who knows him personally so that you are able to make a more informed decision as to his sentencing.

Since this information is coming through my own experience, I will start by providing some of my background for context.

I was born and raised in Southern California by two bright, wonderful parents who stressed that my brother and I "always do the right thing." After a successful academic and athletic high school experience, I earned a bachelor's degree in Business Economics with College Honors from UCLA, and eventually a Master of Business Administration from the Tuck School of Business at Dartmouth College.

My professional career began in financial accounting at Deloitte & Touche LLP, one of the "Big Four" professional services firms, and transitioned to management consulting once I discovered my passion for helping people. I have served as a trusted advisor to over 28 clients, from multinational corporations based in China to local not-for-profits in New York City. I have lived in Los Angeles, London, Barcelona, New York City, San Francisco, and worked or traveled to dozens of other places around the world. Today I manage a financial services firm based in California and consult with organizations to help them mitigate business risk. I also protect at-risk families using various types of life insurance.

While I have never worked directly in the justice system, I was deeply involved in organizing for marriage equality for LGBTQ people. For that, the City Council of West Hollywood formally commended me for "making a significant positive impact on the lives and well-being of people across California and in the City of West Hollywood."

I hope the above demonstrates some level of credibility and provides you with enough context for what I am about to share about my perspective of Keith Raniere and his character. It is only through the filters of my own personal experience—the values of my family, my education, my career, and my travels—that I can share with you what I know about Keith.

Before I continue, please note that I did not attend the court proceedings in New York, and I have not read the transcripts of the case. That said, my memories of Keith remain intact and I referenced my private journals to confirm the following information.

I have known Keith by reputation since February 2013 and personally since June 2014. In 2013, I came across shocking Internet articles about Keith as I was deciding whether or not to participate in the ESP training program that he co-created. In 2014, I met him in-person while visiting Upstate New York for my second "intensive" ESP training. He was playing volleyball and seemed surprisingly positive and normal to me given how fowl his reputation in the media and how profound his understanding of life. I felt both afraid of him because of the former and yet inspired by him because of the latter. *Who is this guy?* I asked myself. Time went on and I began to learn.

In 2015, I moved from California to Upstate New York to focus on becoming more successful using the ethics education and emotional intelligence tools Keith invented. I interacted with Keith on many occasions until the time he was arrested. During that period of time, I discovered that Keith Raniere is the best role model of honesty and integrity I have ever known.

Below is a list of a few meaningful observations I have had of Keith which demonstrate his exceptional honesty and integrity:

- In February 2015, Keith helped me deepen my understanding of what love is and how I never need the government's permission to feel it or express it to those I choose. Keith was sincere and compassionate in revealing this truth to me.
- In August 2015, Keith kept his promise to us and stayed up until the middle of the night answering as many questions as we had about ethics and ecology so that we could learn new ways to build better relationships and make the world more humane.
- In June 2016, Keith's straightforward advice helped someone completely stop his Tourette's Syndrome in front of my eyes.
- In May 2017, Keith gave hours of profound, direct, logical, unscripted lectures and feedback while speaking from the heart.
- In July 2017, Keith frankly stated that he was not surprised that NXIVM companies and community would be threatened by people who had a vested interest in maintaining the status quo for fear of change.
- In September 2017, Keith followed through on his commitment to help me innovate my way out of financial straits by helping me create a company that might revolutionize the fine art industry. He went above and beyond to meet with me during breaks between other business meetings and volleyball practice.
- In October 2017, Keith told me and a friend that he would not actively delete enemies from his Facebook "friend" list because he never wanted to be the reason that their "bridge back to love" was destroyed.

Considering all of these experiences, Keith continues to be the most outstanding role model of honesty and integrity I have ever met. Keith has consistently followed through on each of his commitments to me and has been honest in every interaction we have had. The same is true of every single one of my observations of Keith's interactions with others. To me, Keith is a living "gold standard" of a man who does the right thing. He embodies the abstract principle my parents emphasized in my upbringing and that people write heroic novels about. But Keith is a real hero. And it is an honor to know him.

You can now imagine how afraid and confused I have felt these past years. How could I possibly reconcile so many personal experiences of Keith's honesty and integrity, as well as his amazing work in ethics and emotional intelligence, with such terrible accusations and convictions against the law? The short answer is that I have not been able to. And that makes my perspective difficult to maintain and this letter challenging to write. My perspective is a minority viewpoint, but it is the truth.

Theoretically, this letter should be easy to write because it is the truth. But sometimes it is difficult to tell the truth. And I do not believe I could live with myself in good conscience knowing that I passed on an opportunity to speak up for a man who has helped me so much. I literally feel more myself than ever in my life, mostly thanks to Keith Raniere and his work.

I would go so far as to say that Keith has already saved hundreds if not thousands of lives so far in his life. As an entrepreneur, I pay attention to the grave opportunity cost of Keith being removed from society these past few years. Thousands of people have already missed out on the life-changing benefits of interacting with Keith and applying his ideas because he has been imprisoned for so long. Nothing can be done about the past, but something can be done about today and the future.

In light of Keith's convictions and the surrounding media attention, I hope that my perspective helps you recognize how valuable Keith's honesty and integrity have been to my life and the lives of others—even if my voice is drowned out by the noise of naysayers with louder megaphones. My experiences of Keith continue to improve my life on a daily basis. It is as simple as that.

Your Honor, thank you for your time and consideration in this matter. It is tremendously important to me and I pray for leniency in Keith's case.

Sincerely,

Christopher Pearson-Smith

Honorable Judge Nicholas G. Garaufis
District Judge of USA
New York East District
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Keith Raniere, 18 Cr 204 (NGG)

Dear Judge Garaufis, my name is Juan Luis Piña, Mexican, now 37 years old, I finished my career as an Accountant at 23 years old. Currently working in administration in my hometown. Father of one children.

I introduced myself to Mr. Keith Raniere in October 2008, through Nxivm. Initially I took Origins, a branch of ESP, created by MR. Raniere. In my experience, the training was a life changing experience, as before and after, a powerful impact especially on my family relationships. I created awareness of my effects on others and how they related to me. I learned to know myself and build myself in a loving way.

Experiencing people close to Mr. Raniere could describe him as very assertive, generous, committed, responsible and compassionate, always in each interaction we seek an integral exchange. Mr. Raniere inspires my respect and his commitment to humanity never ends, but it transcends.

In 2016 I applied and was accepted for SOP. Each teaching module helped me evolve, I recognized my commitment, helped create value and helped improve humanity, promoting actions towards what I would like to see in the world.

Your Honor, despite the distance, the technology created by Mr. Raniere had a powerful impact on my evolution and I think the world desperately needs more people like. Mr. Raniere.

I declare that I do not agree with the way the legal process was carried out, the collateral effects are terrifying, they have destroyed the moral integrity of many, many people, even the economic effects are incalculable, I think they have challenged the neutrality of the process, appealing to the lies and emotional appreciation of some, who makes the process unfair.

The destruction of value is unquantifiable, this legal process should not be the means for the personal ends of some, but for the search for the truth.

Currently I work for a company, in which we promote honesty and ethical exchanges, thanks to the technology created by Mr. Raniere, we have established an organization where people trust each other and support each other.

But only you have the power to be compassionate in your judgment.

September 20, 2020

20/Sep/2020

Juan Luis Piña Garcia.

EXHIBIT
**45**
U.S. v. Raniere, 18-Cr-204 (NGG)

December 1, 2019

Brandon Porter, MD, PhD
█████████████

Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza east
Brooklyn, New York  11201

Re: United States v. Keith Raniere, 18 Cr. 204 (NGG)

Dear Judge Garaufis,

I am writing to share information about Keith Raniere and NXIVM that was not
represented in the press, nor his trial. I hope you consider this information when
considering his sentence. I will give you a little background about me and the reasons I
participated in NXIVM. The reason I want to share this information is that NXIVM has
been described as a criminal organization. It was not a criminal organization. It was an
organization that valued people and helped to serve as an example for a humanitarian
organization. Keith Raniere's inspiration and ideas provided the foundation for this
organization and its techniques provided significant benefit to many people.

I met Keith Raniere in the summer of 2001. I was in the midst of my MD/PhD training.
At first, I was taken aback by the high accolades Keith was given in the small
organization. As I gained more benefits from the trainings, I could see that people
appreciated Keith relative to the amount of benefit his life's work, Rational Inquiry,
provided them. I had a few direct interactions with Keith during the second part of a 16-
day intensive training. In my experience, he was kind, humble, thoughtful and helpful. I
was impressed that he and Nancy Salzman could develop a process with deep
philosophical grounding that a wide range of people could take in, enjoy, and benefit
from.



EXHIBIT
**46**
U.S. v. Raniere, 18-Cr-204 (NGG)

1

I became a coach in ESP because I like to help people and I noticed that the Rational Inquiry tools helped people in ways I hadn't thought possible. Depressed people were putting away their depression, anxious people were putting aside their anxieties, loving people were becoming even more loving. All of these wonderful results were simply cultivated through ESP's consistent system of discussing morality, ethics, and what it means to be a human being. I was impressed and wanted to help others with the natural struggles that come with being human.

I came to know Keith more when I moved to Albany, NY in 2009 to work as a physician at a local hospital and to help set up ways to measure the effects of the NXIVM trainings. I played volleyball with Keith and the volleyball team once or twice a week. I had many opportunities to see him interact with a variety of people, including his close friends, ESP proctors, coaches, and students. He was always gracious and kind.  He would give people undivided attention. People would seek his advice on a wide variety of topics and he readily acknowledged when he didn't have the specific type of knowledge the person was seeking. His usual response to people seeking advice was to not give a definitive response. Instead, he helped people see different options so the individual could have the experience of evaluating their situation with their own values and making their own decisions on their own personally challenging topic.

Over my 17 years participating with Executive Success Programs and NXIVM, I got to know hundreds of coaches (including the professional coaches) and students. In my experience, these people were dedicated to helping other people realize the best version of themselves. We did this by helping people develop the tools necessary to build positive traits or put away negative traits. In the process of this, the NXIVM curriculum also helped us find the individualized positive reasons we did things so people could actively build their conscience around their most important values. Also, the curriculum helped people find immoral things we were doing so we could see the negative behaviors, acknowledge their effects, and fix the negative behaviors if we wanted to fix them. Many people feel bad about themselves because we fill our lives with doing the things we know, in our own judgement, to be bad. The curriculum helped us recognize

2

these behaviors, develop a plan, and execute the plan to change these behaviors for the better. When people chose to address these behaviors, they felt truly liberated.

In my experience, the NXIVM coaches and students were not a group of bamboozled acolytes. NXIVM included a wide array of people, many trained in the highest echelon of universities. They were excited to explore important ideas including the natures of honor, noble actions, ethics, morality, love, responsibility, and conscience. The people of NXIVM were interested in figuring out how to build joy in their lives, even though life, in general, includes significant emotional pain. In my experience, it was an absolute joy to explore important philosophical ideas together and share in the process of self-discovery together. The foundation of the NXIVM community was a celebration of how, together, we each contribute to each person's self-discovery process. This is an important point because the foundation of NXIVM wasn't a celebration of Keith Raniere as a demigod, in the way the media and government portrayed. People appreciated Keith's contribution to their lives relative to the amount of benefit he provided them. They appreciated the other people in NXIVM relative to the amount of benefit the other people provided them. In general, it was a group of people who appreciated each other, greatly. He designed the organization to be grateful for each person's contribution to our lives. In my experience, the organization improved in its capacity to do this, each year.

The company Keith Raniere and Nancy Salzman created, Executive Success Programs, was dedicated to helping people grow ethically and compassionately. People were able to use the company structure as a place to make their mistakes (at the expense of the company) in the process of discovering and developing the type of person they wanted to be. The company's focus was upon helping people and upon building an ethical, humanitarian business. Keith helped inspire an environment where people could explore important philosophical questions in relationship to their own, personal moral convictions. The goal of the system was to help each person find their own beliefs (conclusions) that were inconsistent with their highest ideals, and then the person could make their own decision about these inconsistent beliefs. The process is both elegant and humanitarian because it doesn't simply replace one's beliefs with another person's beliefs. The individual makes their own conclusions based upon their own, higher moral

3

values. The unique curriculum helped thousands of people improve their lives and the lives of those around them. The ethics of the people in the company improved with time.

These principles; personal responsibility, ethical evaluation, building consistency in one's beliefs, and doing what one determines is right (based upon one's ethical evaluation of the situation) were common threads in all of Keith's trainings I participated in. This included ESP, Ultima, SOP, JNESS Tracks, SOP Complete, Ethicist, The Source, and Exo-Eso. As a consequence of these trainings, I experienced improvements in my roles as a physician, father, husband, and friend. I gained greater capacity for empathy and compassion. I was better able to uphold my values in the context of stress. My love for the closest people in my life increased. My capacity to help people through difficult times increased. I saw similar, if not better, improvements in my friends who used Keith Raniere's trainings in their own lives. I saw many people move towards a curiosity driven, scientifically minded, compassion-oriented process of interacting with others. In my experience, the positive changes in people were profound and specific to the person and what they wanted to improve upon.

The people in NXIVM were not perfect and acknowledged this. However, I saw people grow morally, over my years of participation, by putting away their anger, developing a compassionate perspective, and performing more loving actions. This was not an authoritarian system and sometimes people would misunderstand certain ideas and Keith's next training compassionately addressed these misunderstandings and provided the opportunity for deeper understandings for important principles. In my experience, each new intensive helped cultivate an improved ethical, moral direction for the organization as a whole.

Keith was a mentor to me. I trusted his judgment when it came to helping people because he was very good at helping people. I saw him interact with hundreds of people. He is able to figure people out quickly and plant seeds that inspire curiosity and help people discover new understandings of themselves. I have met no other person with his skill in helping people in this way. These skills are not inborn. They were created over time and required significant insight into the nature of himself and humanity, in

4

general. This is not something people can learn in books. He inspired people to make people the most important value in their lives. He inspired us to be willing to love and to take the difficult path of doing what is right. In my opinion, this is a particularly important philosophical decision, given our present society's prevailing morality which is based upon materialism and comfort. Keith's themes of personal responsibility, ethical evaluation, upholding people, constant improvement towards our personal goals, and building the capacity to do what is right in the context of conflict, are important themes and he was able to help many people feel confident in exploring and upholding these challenging values in their lives.

I can say with confidence that Keith helped me learn about responsibility, honor, commitment, character, love and how to help people experience joy in their lives even though life includes significant emotional pain. One of the ways I learned these traits was through first imitating Keith and then figuring out, through trial and error, how to best uphold these ideas in my own way. Over my 20 years of experience in NXIVM, I noticed that the people closest to Keith improved in in similar ways. Importantly, this included being more thoughtful and more compassionate with others.

All of Keith's trainings were developed to help create experiences to help people examine and influence their own values so they could develop themselves into their ideal version of themselves. I didn't know about DOS until people left the group and spoke out against Keith. Given the high stakes in this situation, I do not trust much of the information I have about DOS. However, I personally knew many of the women who were members and I respected them as people who were dedicated to helping other people. I witnessed each of these people help many others and I respected their opinions in this regard. As a consequence, I have left the hypothesis open that DOS was an experiential process with the purpose of helping people overcome specific issues. Obviously, this process went wrong at some point in the execution of the idea, perhaps even in the conception of the idea.

I do not have direct access to Keith's motives for any of his actions. Indeed, I don't have direct access to all of his actions, his personal struggles, and his effects in the world to

5

help me understand him fully as a person. This is terribly frustrating to me when analyzing reports of his actions and his recent conviction. In my evaluation of Keith, I have wanted to gather all of the information I could about him. Given your solemn decision regarding the extent of his punishment, I imagine you feel similarly. Right now, based upon the information available to me, my 20 years of experience knowing Keith, and experiencing and observing the results of the trainings he created, I think he can still serve a benefit to our society. I hope you find the information I am sharing with you helpful in making your decision.

Sincerely,

Brandon B. Porter, M.D., Ph.D.

December 1, 2019

Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>United States v. Keith Raniere</u>, 18 Cr. 204 (NGG)


**Dear Your Honor,**

My name is Lucas Roberts and I am writing this letter because my experience of NXIVM, Executive Success Programs (ESP), and other companies Keith Raniere created was very different from what is being portrayed in the media.

I was not present in Keith's interactions with his accusers so I can't speak to any of that. I can only speak to what I have seen and experienced first-hand, from being in classes he created or helped create and from watching him interact with other people. I also have second-hand experience of Keith being helpful to me, as one of my coaches was being mentored by Keith and many times spoke to Keith about my struggles and challenges. My coach often reported back to me with Keith's very helpful advice or perspective.

I do not believe Keith is a menace to society. My goal with this letter is to share as accurately as possible a small slice of the good I have experienced from his efforts in the hopes of righting very negatively-biased public opinion, and in the hopes of him getting the lowest appropriate sentence permitted under the law.

I have been an entrepreneur since December, 2008. I own and operate a Vancouver-based IT consulting business specializing in Mac and Apple technology. I've trained over 50 consultants and have served thousands of clients in several cities. I've had a Mac tips and tutoring YouTube channel for the past 4 years and the videos I've made have been watched 1.7 million times.

In July 2009 I did my first ESP intensive, which was one year after starting my company Macinhome. I've been either a student or a coach in 30-40 NXIVM and ESP programs. Part of the reason I loved (and still love) the NXIVM knowledge base, tools, and methodology is that I was able to immediately apply what I was learning, and get wonderful results in my business and in all my relationships. I became a coach approximately one year after joining, and became a proctor (lead coach) approximately 6 years after joining.

As a result of my time in NXIVM I received many benefits; too many to list in one letter. Here are a few specific examples:

**EXHIBIT**

**47**

U.S. v. Raniere, 18-Cr-204 (NGG)

Through my time in NXIVM I learned that people become better by making mistakes and learning through effort, trial, error, and compassionate analysis of the error. As a result, I became more patient and understanding with my consultants if they made mistakes. Their performance and morale improved dramatically.

Through the NXIVM coaching and proctor path, I learned how to be present, compassionate, and inquisitive with the students I was coaching. As a result, I became a better listener with my clients and in all relationships in my life. I stopped interrupting people and started asking more questions and being quiet to truly understand what they were saying. I also learned practical and emotional tools for leadership and management. As a result, I became a much better leader and mentor to my staff. I became less pushy of my own agenda and became good at asking others what they want and helping them get that.

Through ESP I learned techniques for enjoying work and working on teams, so I felt an increase in my enjoyment of my work and a big increase in the warmth and care I feel for all people. My relationships with my family improved and I began spending more time with them. I started to get consistent 5-star feedback from our clients, as did the consultants I trained.

Through my time in ESP I corrected a quick descent into the red and got my company repaying debts steadily and consistently. It was hard-earned, and it was not easy, but it was thanks to what I was learning in NXIVM and ESP and my efforts to apply my learnings.

I have been so happy with the improvements in myself, in my life, and in my business. I made several video testimonials through Keith's various intensives and programs I took over the 9 years I was involved. They will be somewhere in the video archives. I stand by all of them.

Best of all, these results have withstood the test of time, and my results continue to improve.

I was part of the Vancouver commerce and intro team. We were responsible for inviting -- and helping our students invite -- new members into our classes and intensives. I personally invited many of my friends, family, and contacts and had several of them join. In that commerce team, we were extremely well-intended and truly wanted to help people with their lives and their goals, and I believed and still believe we were doing a good thing. I stand by this as well. I only regret having been too pushy with a few people I invited, and was always thankful to hear their feedback so I could apologize and do better.

Results aside... I looked forward to going to class in Vancouver, and especially in Albany and Clifton Park. I looked forward to seeing my friends or making new friends. I genuinely enjoyed -- and always got a lot out of -- being around the kind, curious, and helpful people of our community. Our yearly retreat V-Week was and would still be the thing I look forward to most every year.

I thoroughly enjoyed and got a lot out of seeing Keith speak in front of groups of 30 to 200+ people, or on video. He was always thoughtful, helpful, insightful, and compassionate with

every interaction I observed. Several times he was posed a challenging question and took the time to answer it in a gentle and helpful way, tailored to the individual needs of the person asking the question. For example, one time in a forum of a couple hundred people I grabbed the mic and asked him: as a very "in-my-head" intellectual fellow, how could I get better at feeling the emotions and feelings in my body? He recommended that I learn to allow the feelings, and get used to some more movement in my body. He recommended that I try dancing even if it is me alone in a room dancing like a wounded water buffalo. I found this to be both insightful and hilarious because I believe he knew that I would not want other people seeing me dance to "learn how to feel." I proceeded to dance every day for 3 years and it has been tremendously helpful -- not to mention fun! -- in my life.

Many of the leaders, entrepreneurs, and mentors in our NXIVM community were people I looked up to and wanted to be like "when I grow up." In times of conflict or disagreement, the people involved would have open, honest, and responsible conversations about issues to work them through face to face and come to productive outcomes. We even had specific coaching classes on how to give people feedback and address issues head on, in an honest and compassionate manner. For example, I was a coach in an intensive one time and responded sharply with a student. A lead coach (proctor) gently took me aside and asked to speak with me. They asked me if I was okay and what was going on for me such that I was being reactive with the student. They helped me work through it and gain new insight. On the next break before lunch, I walked up to the student and apologized for being sharp with them. We bonded and had a good chat over some trail mix.

I believe that the high quality of the people I interacted with in the NXIVM community was an effect of Keith's efforts over time. In my experience, his teachings brought good people into the organization from the beginning onward. Those people brought in more good people, and I got to benefit from all of that.

I loved what we were learning and the results I've experienced in my life. I truly miss it. Despite unpopular opinion I still find the teachings of NXIVM to be timeless, practical, uplifting, and tremendously valuable. I wish I could get back to learning and working hard, with the NXIVM community helping to hold me accountable and be as joyful as possible along the way.

Sincerely,

Lucas Roberts

VANESSA SAHAGUN ARELLANO

Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Garaufis,

My Name is Vanessa. I'm the mother of 6-year old triplet boys and a 4-year old son. As you might imagine, I love children and I'm passionate about providing an environment where they can strive in the world as joyful, loving and compassionate individuals. They love life, playing football soccer, being around nature, learning and exploring the world. Our home is filled with this kind of energy—day in and day out. My husband and I take a lot of care in providing them with an environment of love, joy and exploration. I would say that our family's highest value is the joy and love for humanity. That's me and my family, in a nut shell.

I'm writing to you to share my experience of Keith Raniere so that you can get a glimpse of him seen through my eyes and based on what I know of him and the appreciation I have for him.

The first time I knew of him was in 2009 and it was only through the curriculum he created for ESP—which was one of the most profound and awakening experiences of my life. At the time, I used to run for fitness and I was able to do 11k in 1 hour, no more. During one of the trainings I kept on doing my daily workout and thanks to some indirect inner work I did, I was able to do, from one day to another, 22k in 2 hours. Just like that. The ESP tools, in my experience, were some of the best to help people evaluate limitations and made-up believes that sometimes we hold onto without ever checking for veracity.

Thanks the tools created by Keith, I was able to have some perceptual shifts that helped me greatly in my life. For example, I had the opportunity to improve my relationship with my dad, ultimately, building with him the father-daughter relationship I had always longed for; undoubtedly, this is one of the greatest gifts I got from the NIXVM trainings.

Another thing that impacted my life deeply was being able to rid myself of a few chronic diseases; I grew up with asthma (to the point that I had to carry with me an oxygen tank), migraines, gastritis, colitis, you name it… it was until I began taking the programs and working on rooted beliefs related to my perception of my body and my health that I was able to leave

EXHIBIT

48

U.S. v. Raniere, 18-Cr-204 (NGG)

those chronic diseases as part of my history. It's been more than 10 years and I haven't had any of those recurrences ever again.

In my professional life, when I started taking ESP trainings, I had already been working at becoming a real-estate broker for more than a year and a half but I was failing miserably. Four months after I took the training and I started using the ESP tools, I broke all the records of the family real-estate business and after that I broke my own record again… I was earning more money than I could have ever imagined.

I have a very deep gratitude for the curriculum created by Keith, in it, I've found wonderful tools to build a more meaningful and more joyful experience of life.

Some of the most meaningful interactions I had with Keith was right after my husband and I came back from the first ultrasound of my pregnancy, in which, we discovered we were expecting not one, not two but three babies! Can you imagine the love and joy my husband and I were experiencing! That was until the doctor said that triplets could be considered a high risk pregnancy and he usually recommended to rid my body of one or two fetus to ensure the viability of the remaining one. I was in shock. I broke in to tears. All I knew was, I was not willing to go with that option without first asking for multiple second opinions. We called a few other doctors—reputable doctors in Mexico and some others in USA—to compare opinions, perspectives and experiences. I also called an old friend of my mom who had quintuples (my age). I wanted to ask her experience of going through her pregnancy, birth and life as a mother of five; it was very comforting to me to hear her story, as we have a similar spirit of being "fighters". After speaking with her, I knew I would try my best to keep my children safe and I felt confident with my decision of partnering with my body—now more than ever—to let "us" go through this journey together and allow nature to run its course. And this is when my interactions with Keith began. At that point, I hadn't had many personal interactions with him but he was already a good friend of my husband. When we called him to tell him the news, we shared our excitement but also the concerns related to the possible complications with the pregnancy. He was very supportive of us and respectful of our decision to let nature run its course. He then started researching the latest developments in the field that could help me and my children have the best outcome possible. During my pregnancy, every time I walked into our community's volleyball-night, he would share with us enthusiastically the updates he had found and we would talk about the weekly developmental stage of the babies. These experiences with him gave me a better sense of who he is as a leader, a friend, a human being: dedicated, giving and honoring of each human personal decisions.

There were a few times during my life in Albany that I was struggling with ethical decisions and I chose to share them with Keith. I trusted his process and sought out his friendship because he would never tell me what to do, instead, he would help me figure what was important to me so that I could come up with the best options for me—based on my own values and principles.

Another circumstance in which I had the opportunity to get to know Keith from a unique perspective was the day his youngest son was born; I saw Keith hold him for hours in his arms; it's hard to understand exactly what was going through his mind but the look in his eyes reflected a very loving father, and kind human being.

Despite the multitude of circumstances, all very different from each other, every single experience I have of Keith Raniere is one of a very kind soul who cares deeply about the person in front of him. I can not come up with one example where I experienced him acting in a disrespectful manner.

I hope this allows you a glimpse into the kind of person that is my friend.

Very Truly Yours,

Vanessa Sahagún

Sahajo ███████
Berlin
Germany

Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East Brooklyn
New York 11201

September 29, 2020

Re: United States v. Keith Raniere, 18 Cr. 204 (NGG)

Dear Judge Garaufis,

My name is Sahajo ████████ and I am 37. I have a multi cultural and lingual background and education, having grown up in; Germany, Spain, India, Belgium and England. I speak 5 languages and I have lived and worked in 9 countries across Europe, Asia, Australia and Northern America and have extensively travelled in14 further countries.

I have a Bachelors degree in European Politics and a Masters degree in Poststructuralist Philosophy from an elite British University.

I am an educator, life coach and entrepreneur and my highest values are personal growth, heightened awareness, humanity and non-violence.

I am currently residing in Berlin, Germany and want to write a PhD on Human Consciousness and how it relates to inner Freedom and Humanity.

In 2008, I was looking for a company I could work with, through which I could "make the world a better place" and uphold humanity. I felt, and still feel that the world is unnecessarily filled with misery, suffering, poverty, violence, and hatred. I was, and still am someone who believes that we as humans can be more joyful, compassionate, humanitarian, interdependent, and ecological and I wanted to, and still do put all my efforts towards building this. I am a global citizen, a critical thinker and a humanitarian. I look to take full responsibility for my actions and decisions. I continuously work to be the best human being I can be.

After applying for several jobs I accepted a position in Albany, NY as a multi cultural lingual specialist to work with Rainbow Cultural Garden and the Ethical Science Foundation.



EXHIBIT
49

U.S. v. Raniere, 18-Cr-204 (NGG)

When I moved to Albany I met Keith Raniere, and got introduced to a community and the multiple other endeavors (NXIVM, Rainbow, ESP, Jness, InLakech, Ultima) that he had founded.

I ended up staying in Albany for 10 years and I participated in all of the companies mentioned above, as well as SOP, The Source, Ethicist and the Higher Education Program.

In 2010 I became a Coach in ESP, in 2014 I co-founded exo|eso and in 2015 I became a member of DOS.

In the 10 years of being there I got to work with, and befriend thousands of people of all ages, from all walks of life, and from all kinds of cultures. I met people with all kinds of professions, interests, and values.

However, what everyone had in common was that they essentially wanted to improve themselves in some way, become their best selves and have better relationships. They wanted to be more successful and joyful in their lives. They all wanted a better life for themselves and a better world for all. I experienced that humanity, community, personal growth, compassion, non-violence, tolerance, human expression, and excellence, were the foundation for all of the companies, courses and projects.

I met Keith Raniere for the first time after I started working with Rainbow and ESF. Over the next years I saw him weekly at volleyball or other social community events. We frequently had short conversations about my work, or other projects I was working on. He was always friendly, sincere, humorous, humble and offered help and advice when I asked for it. I experienced him to be kind, caring, relatable and down to earth. He had great humor and liked to joke around a lot. He was very persistent and consistent with many of the things he cared about like measuring (his daily calories, step, sleep etc), playing volleyball, helping people, and creating companies and programs that were promoting personal growth, non-violence and humanity.

I got to hear and understand a lot of his Philosophy by taking many of the courses he created, as well as through the many forums (Q & A sessions) I attended over those years.

If I were to summarize some of his Philosophy, it would be: All humans have the capacity to achieve their fullest potential and be joyful and passionate about their lives. He believed humans could create a non-violent, compassionate, interdependent, and civilized society; if they overcome their irrational fears or self -imposed limitations. I believe Keith Raniere made it his mission (as a scientist, philosopher, and humanitarian) to figure out a way to help humans achieve this. He tried to help people inductively break through their self-imposed or cultural limitations, so that they could have a better experience of themselves

and life.

I consider myself an intelligent, worldly, humanitarian individual who is self-aware and knows how to critically evaluate. I have listened to many of Keith's forums and taken many of the courses he's created. I never experienced him telling me "what to think", rather offer tools for me to explore and determine "what I think" about certain topics. He always gave different perspectives to any given topic, he offered tools for evaluation, and he used metaphors to address universal fears and limitations. What he was saying completely resonated with me. What he was saying was logical and rational and he was continuously promoting non-violence, humanity, compassion and personal growth.

After every course or forum, I made significant changes and leaps in my personal growth. I became more confident, had better relationships, was happier, was achieving my goals more effectively, and efficiently. I was more compassionate with others and myself. I was doing more of the things that I loved, and that were important to me. I was more productive, earning more money, and overall much more enthusiastic and excited about my life!

Between 2013-2018 I got to know Keith Raniere more closely when we started working on exo|eso together, along with 5 others. In this time he not only became a personal mentor, but also a dear friend.

The 7 of us met for several hours a week over a year, and started an international company to help people become more self-aware and conscious in their physical, emotional, and thought realms.

During our many meetings I experienced him to always be friendly, humorous, sincere, considered and a great mentor and friend.

In one of our meetings, for example, he showed us a funny clip on YouTube that compared various European accents. Although it was meant to be funny, it really upset me. This was a "touchy subject" for me, as I had experienced a lot of cultural discrimination and bullying as a child and teenager. I suddenly burst into tears, while feeling embarrassed about how personal I took something so benign and intended to be humorous. Keith did not know about this, so I explained my sensitivity to stereotyping as it feels like name shaming and bullying. He was very kind and apologetic that he had not considered this.

We spoke at length about indoctrination, discrimination, hatred and how I could evolve these subjective experiences and resolve them within myself. How I could no longer feel victimized by other people's false opinions or slandering of me. How I could better practice what I preach in my own life.

I aspire to be the best version of myself; someone who is caring, compassionate, ethical, authentic and humanitarian. Keith Raniere has been a significant

inspiration, mentor and role model for me in this regard. I have learnt how important it is to be the change you want to see in the world.

He taught me how to build a business, how to work better with people, how to problem solve, and how to become a stronger critical thinker and communicator. He helped me to be more resourceful, compassionate and caring. In this time he never told me what to do or think, but gave me tools to evaluate and decide for myself. He also helped me work through personal struggles and fears I felt limited by in my life.

In the decade I have known Keith, I have not seen or heard him being arrogant, unfriendly, forceful, punishing, mean, or sinister with me or anyone else.

I never experienced any sort of force, coercion or threats against me or anyone else. I did not experience any sinister activities with bad intent to hurt, destroy, deceive or negatively manipulate.

On the contrary, I experienced a community, led by Keith Raniere, who were doing their best to become more ethical, compassionate, humanitarian, and potent in their lives. I experienced Keith as being kind, caring, persistent, sincere, nerdy, quirky, funny, and humble

I experience Keith Raniere to be an unusual guy with non mainstream habits, practices and preferences like: being a strict vegetarian, walking barefoot, playing volley ball late at night, diligently measuring his calories/exercise/sleep, etc, being polygamous, mentoring dozens of people, founding dozens of companies, or also kissing some people (male and female) on the lips. These habits, practices and preferences are possibly unusual to many, but they are not criminal.

I experienced Keith to be someone who consistently was compassionate, mindful, contemplative, humble, and ethical in what he said, or did.

I personally feel fortunate, and eternally grateful to Keith Raniere for being my mentor and friend. My life is better because of him and the programs he founded.

When I heard what Keith Raniere was being accused of, I was shocked and stumped. The man who was being portrayed and the man I knew were not the same person. Furthermore, certain accusations were being made about events or incidents, which did not match up with my own first-hand experience of these events and incidents. Something was just not adding up. It did not make sense.

I respect and understand that there are dozens of people who are painting a horrific picture of Keith and the terrible things they claim he did. However, there are thousands of people who would say that they had positive and good experiences with him. There is plenty of data to show this, including testimonials,

surveys and video footage.

I am one of the thousands of people who can testify that Keith Raniere is an honorable man. He is a philosopher, scientist and humanitarian who has created a lot of good and helped change many lives for the better. I have seen him make it his life's mission to help people be more potent and joyful in their lives. He is a man who upholds and promotes non-violence, ethics, compassion, and personal growth.

During my 10 years in NXIVM, nothing was ever done against my will, or without my consent. I could be involved in the different companies, projects, and the community, as much or as little as I wanted, and I could have left at anytime. I chose to be there, until everything crumbled after the very serious accusations were made against him.

I feel it is my moral obligation to share my personal experience, as it may reveal that there are inconsistencies in what has been said, and that a full picture of objective facts and data has not yet been shown.

From my personal experiences, I believe Keith Raniere to be unusual human, but not a criminal, nor someone with bad intent.

I believe any human should have the right to be innocent until proven guilty and I hope that Keith too may receive a fair trial in which his guilt is proven and judged based on real evidence, as opposed to being based on subjective experiences, recollections, emotions and hearsay.

I do not think this case is by any means easy to judge or evaluate. It is a complex case.I emplore you to consider that there are currently a lot of holes and inconsistencies in this case, and that there is a lot of critical data and evidence that has not yet been let into this case.

Because of this, I hope that you will give the lowest possible sentence.

I sincerely thank you for taking the time to read this letter, and

Respectfully,



Sahajo

Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

"Re: United States v Keith Raniere, 18 Cr.204 (NGG)

Dear your honor,

I thank you for taking the time to read this letter, my hope is that once you read this you are able to grasp a glimpse of how Keith Raniere contributed to my life and how my life is better because of the work. His efforts as well as joining DOS was an incredible and meaningful experience for me.

My name is Samantha. I was born and raised in ███████   I grew up in a ███████ community and was raised to have a strong work ethic and to value family and community. I graduated from the University of Texas at ███████ with a multidisciplinary degree with 3 concentrations: Language Development, Language Acquisition, and Social Sciences. I'm fluent in three languages. I've traveled the world learning about other cultures and customs.  For the past 5 years I have been working in sales and, most recently, financial services.

I believe that if it was not for the bad media out there, there would be hundreds if not thousands of people expressing how they feel positively about Keith and how he has helped them in their lives. I first met Keith through an ESP 5-Day course. This course alone was able to provide some peace and incredible tools to face my life.  Since then I began the journey to craft a relationship with my father. Whereas before I had no relationship with him. I felt as if he was the reason for all my misfortune. I blamed him. Today I can say that I no longer feel this way, I was able to accept him and feel a sense of compassion for he was only doing his best as a father and always wanted the best for me. I knew that his ways were perhaps not the best, but it was the only way he knew. Today, I will be forever grateful as the last 6 years of my life I was able to craft a relationship with my father. I was able to listen to him all of his endless ideas and dreams. I was able to relate with him and look forward to spending time with him before he died unexpectedly this summer. If it wasn't for ESP and Keith's creation, I would have never been able to develop a loving relationship with my father. Imagine if the American people would have the same opportunity that I did, because of the ESP tools provided.

These past 3 years have been some of the most difficult of my life. I've felt scared to speak my truth. I've experienced the hate towards my beliefs and have felt pressured to change my experience of my truth. It's easy to fall into conclusions and pick sides when the amount of destruction and hate towards anyone who upheld and believed in ESP was overwhelming. However, Keith's case needs to be balanced. It is my belief that a small group of people has successfully inserted fear and hate into the minds of many with the intention to deceive and to gain for their personal agenda by destroying Keith's life and creations.

EXHIBIT

50

U.S. v. Raniere, 18-Cr-204 (NGG)

I've taken many of Keith's curriculum. This includes the full 16-day, SOP Complete, Jness Tracks, Mobius, and attended v-week events. I was a 2-stripe coach in ESP.  I was also the Personal Assistant to the president of the company, worked at the corporate administration office for ESP, as well as a Field Trainer Assistant to the Regional builder of the largest organization in ESP.

Towards the end of this ESP training I felt complete and joyful. Instead of focusing on what I could not change, I could now focus on how to better myself to be the kind of person I wanted to see in the world. I felt like I could have the life I wanted and was excited about what the future could bring. This alone saved me thousands of dollars.

A few days later after taking the course, I was offered a job to help care for a dear friend of the community. She was one of the highest ranks in ESP and was unfortunately dying of a brain tumor. As a bright energetic young woman, I was pleased to be able to take care for her. I knew it was an honor to be in her presence and it would be a growing experience. A few days into the job, Keith began to visit her. This was when I first met Keith in person. I could tell Keith cared deeply about this woman. He was doing what he could to be able to help her during her last days of her life. He would visit on a daily basis and check-in consistently to see how she was doing. When she passed, I was left with a very heavy heart. I had given her my best. I never knew you could love someone so deeply in such little time. Nor was I aware it would hurt so deeply. Her absence was a void I will never be able to explain. Her essence was so unique. I learned we all have our own unique way of imprinting people with our essence. She impacted my life even in such a short period of time. She left me full of love and gratitude. After her passing, Keith help me learn to share my grief and connected with me and the shared relationship with her. He made sure I was doing okay. He was one of the few who truly was able to understand my pain and was always caring.

During that time, I was invited to play volleyball with the community. After a while I took on a leadership role in building the Volleyball B-Team. It was my understanding that the A-team had been playing consistently three times a week for a total of 30 games weekly, for the past 10 - 15 years. Keith inspired consistency and upheld his commitment no matter what was happening or how cold it might be outside during the upstate New York winters. Showing up for your word was the most important thing! I aspired to be able to do this and help others too. I had no idea showing up for volleyball consistently could impact my life dramatically. This was the first experience in which I learned I could teach myself something. Before, I believed one was either born with an ability or not! I didn't know I could, through discipline, build my skills and inspire others to do so too. I had no idea I was capable of leading and touching the lives of my team by building community. I was inspired by adding more value to our community and allowing people to become more alive. Week after week I saw Keith always show up to volleyball; never failed to be there and always was joking and playful with the community. He always had a sense of presence in the room.

There came a point when I was seeking for more in life. I was so tired of feeling like I could do more but didn't know how. I knew I wanted to be stronger and create a more meaningful existence. I wanted to make a difference. I knew I was filled with untouched potential and I didn't know how to access it. I knew I held myself back and wanted a solution and that is when I was invited to join The Vow.

Through this experience I learned we are all in some way enslaved to: how we feel, what society thinks of us, our own fear, our pride and so much more. We can confuse <u>who</u> we are with <u>what</u> we do. However, through the Vow, I learned and *experienced* that my "self" is separate from all these things. I learned that my Master was simply my teacher who at all times was guiding me to choose the most loving choice and helped me see when I was not choosing the most loving choice. I learned that love is not all about feeling good and getting what you want. Instead, love is about doing what is right, and often it is the hardest thing to do.

Love can come in a form of pain, like when you lose someone you love deeply. You feel pain over their loss yet feel a sense of joy and gratitude knowing they were part of your journey. Through this experience I found true *freedom*. Not the freedom to carelessly do whatever you want and have no responsibility, instead, I felt a true *internal freedom*. It's like when a prisoner lives a meaningful existence despite their circumstances. No matter what my Master said I was able to choose how I wanted to react to the circumstance. I was able to choose how I wanted to feel and what I wanted to experience. Currently, I no longer have to choose to be enslaved to fear, I can choose love instead. The Vow allowed me to define what I cared for the most and commit to it for life: to uphold love and my word above all things.

I do not think I would have been able to have this experience if it was not for my commitment; a vow to myself. I know many may not comprehend what I intend to describe or may even disagree with me, but my intention is not to have you agree with me, but simply to share my truth. I believe Keith did exceptional things. Unlike many, Keith lived his life to uphold his principles and values. He helped advance the human race. He helped me define and discover my true sense of self. He taught me how to think and understand what it means to uphold a principle, to use it as a map to guide your decisions in order to be the director of your own life. My life is better today because of Keith Raniere, his concepts and teachings. I'm no longer stuck and holding myself back because of my confusion. Thanks to him, I live a fuller more joyful existence.

Your Honor I thank you again for taking this time to read my letter, and greatly respect your position and I understand this is not an easy decision-making process. I urge you to give Keith the most lenient and humanitarian sentence possible.

Kindly,
Samantha

Leon, Guanajuato November 15th, 2019.

Honorable Nicholas G. Garaufis

United States District Judge

Eastern District of New York

225 Cadman Plaza East

Brooklyn, New York 11201

Re: United States v. Keith Raniere, 18 Cr. 204 (NGG)

Dear Judge Garaufis

Alberto Sanchez Torres, born in Mexico City, now a day living in Leon, Guanajuato, married with four children and four grandsons, working as a fire protection profesional, write this Letter in Regards of my experience with Mr. Keith Raniere and NXIVM.

I was introduced to ESP one of the NXIVM programs in 2006, I was invited by a friend of a beloved friend, I was in a very bad economical situation, I broke down a company and lose all my savings and material wealth.

I do remember, how I was introduced and invited to the program, "this is a unique opportunity for you to discover options, options that you cannot see, even though there are many.

I decided to take the first five days of the training, I realized that what he said was not only true, but also very limited, I discover a large range of possibilities but also I was introduced to recognize my values, the things I do care, a community and a great group of people called coaches.

I understood honor, loyalty, value, work, good and bad, family, humanity, self-teem, that is what it represents NXIVM for me at that time.

I used to talk about the changes I perceived with the program and I come out from my financial problems, found a new company and pay my debts. It took me two years to tur my situation around and six years to pay my debts in full.

I do have many friends with people who used to be just a supplier, you have no background of Mexico, but reality is, we are not a very honorable society. Most of the people who has a debt avoid or try to avoid paying it.

**EXHIBIT**
**51**
U.S. v. Raniere, 18-Cr-204 (NGG)

In 2012 one of my daughters ask me to joint the ESP program, when I asked why, her answer was, you found something that helps you, what if I found something for myself?

Laurita (my daughter) took her first five days and I was invited to come back and finish the program which is 16 days long.

When I come back, many things from my past had been change, I was not aware of that, but I realized as days and training passed by, I was more HUMAN, more emphatic, joyful and caring.

I enjoy the program and enrolled myself to different platforms in NXIVM, ESP; SOP, SOP Complete, Jness, Ethicist, but what makes a milestone was VWEEK.

I invited my wife, two of my daughters and my grandson to come, there is no place in the world in which humans support and help rise one to each other. In such a joyful, compassionate, responsible and honorable way.

My family and myself enjoyed it in a way that there are no words to describe, people from different backgrounds, economic level, social and educational, all together sharing the concept of Mr. Raniere, make the world a better place that the one you found when you come.

Everyone is taking care of everyone, children's playing and working together, experiencing children from different languages, cultures and religions, all together with only one focus, to be HUMANs.

My wife and my two daughters take the ESP Training, in my company mu business associates take the ESP training as well as many of my friends and brothers and sisters.

I invited many of my family and friends to come, not with words, but with my own behavior and success.

What I found working in ESP and the NXIVM platforms was honor, character, love, compassion, empathy, caring, self-teem and community.

IT was very hard to lose that with all the media perspective; they speak from something I am not related to.

I become a coach in 2015 in ESP, Jness and SOP and work with my self-development which affects my company, my family and social and business relation in a very positive way.

I experience the loss of community the closeness to many of my friends who were affected socially and economically with all the media disclosure, people who has no relation with NXIVM or ESP speaks in a very dishonorable way about us, without any knowledge, they destroy people names and credibility.

I think NXIVM represents what I experienced in my relationship with Mr. Keith Raniere and his trainings, programs and ideals.

I experienced Mr. Raniere as compassionate, caring, loving person, a man of character and honor, that bring his leadership by the example, always looking how he caused and carefully handling the situations.

He used to listen people problems and look for the best way to solve it, always there is a price for any decision, his advice always look for the best way and the best result possible.

I experienced him as a leader, the ideal leader who makes clear that it is you who choose, this is you and your values who identified yourself with your leader and that societies progress when people share values.

It is my experience most of the people in NXIVM share values, values that look for the preservation of progress, community and have as the highest value the human life and the free will.

I do expect that this letter can be read, and I do not have problem If you want to make it public.

Best regards.

Alberto Sánchez t.

León Guanajuato a Lunes 16 de diciembre del 2019.

Honorable Nicholas G. Garaufis
 United States District Judge
 Eastern District of New York
 225 Cadman Plaza East
 Brooklyn, New York 11201
 Re: United States v. Keith Raniere, 18 Cr. 204

Querido juez Garaufis:

Me presento, mi nombre es Patricia Sánchez Méndez, soy una mujer mexicana y ejerzo la carrera de enfermería y obstetricia.

Conocí el programa de ESP hace 8 años, en ese entonces era madre soltera y empezaba a estudiar mi licenciatura; dado que había sido diagnosticada con una enfermedad que podía llegar a ser terminal, mi sentido de bienestar propio era muy bajo, tenía muy baja autoestima. En ese entonces mi padre había tomado el programa y gracias a éste había salido de una cuestión financiera sumamente delicada. Para mí tener la oportunidad de entrar al programa fue una de las mejores cosas que me pudo pasar, me ayudó a ver más opciones y sobre todo a sentirme mejor conmigo misma, tanto así que gracias al programa pude cumplir las metas que tenía en ese momento y más;al día de hoy y gracias al programa, puedo decir que mi vida es plena en el ámbito emocional, soy más fuerte y equilibrada, algo que en estos tiempos es muy difícil de encontrar. Gracias a ello hoy tengo una carrera, una pareja estable que concuerda con mis valores y sobre todo una salud emocional que no hubiera podido tener de no haber sido por el programa. Tan comprometida estaba con el programa que por ello cuando se abrió el programa de la Universidad de ESP no dudé ni un momento en tomarlo y gracias a ello pude seguir creciendo en el ámbito emocional y profesional. Tuve el gusto de conocer a Keith en persona durante esa estancia en Albany hace 2 años y para mí la primera impresión y la que siempre tendré es de una persona humanista, amable, gentil y entregada al bienestar humano;xpero sobre todo para mi, Keith era un símbolo de esperanza, en el programa veíamos como evitar la decadencia de la humanidad, como buscar la forma de evitar tanta violencia, corrupción y males que aquejan a nuestra sociedad. Keith trabajaba con nosotros junto con todo el equipo para que buscáramos la forma de dejar un mundo mejor a nuestros hijos y a nosotros mismos; por eso cuando el programa se vino abajo fue una de las cosas más dolorosas y más tristes que ha pasado en mi vida y sobre todo saber que Keith esta en esa situación es algo que me llena de mucho dolor, es como estar matando de las pocas velas de esperanza que tenemos como humanidad.

Agradezco su tiempo y atención para leer mi carta buen día.



EXHIBIT

52

U.S. v. Raniere, 18-Cr-204 (NGG)

León Guanajuato, Monday, December 16, 2019

Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
Re: United States v. Keith Raniere, 18 Cr. 204

Dear Judge Garaufis:

I introduce myself, my name is Patricia Sánchez Méndez, I am a Mexican woman and I practice a nursing and midwifery career.

I met the ESP program 8 years ago, at that time I was a single mother and I was starting to study my degree; Since I had been diagnosed with a potentially terminal illness, my sense of self-well-being was very low, I had very low self-esteem.

At that time my father had taken the program and thanks to it he had emerged from an extremely delicate financial issue. For me, having the opportunity to enter the program was one of the best things that could happen to me, it helped me to see more options and above all to feel better about myself, so much so that thanks to the program I was able to meet the goals I had at that time and more; Today and thanks to the program, I can say that my life is emotionally full, I am stronger and more balanced, something that in these times is very difficult to find.  Thanks to this, today I have a career, a stable couple that agrees with my values and above all an emotional health that I could not have had if it had not been for the program.  I was so committed to the program that for this reason when the ESP University program was opened I did not hesitate for a moment to take it and thanks to that I was able to continue growing emotionally and professionally.  I had the pleasure of meeting Keith in person during that stay in Albany 2 years ago and for me the first impression and the one I will always have is of a humanistic, kind, gentle person and dedicated to human well-being; But above all for me, Keith was a symbol of hope, in the program we saw how to avoid the decline of humanity, how to find a way to avoid so much violence, corruption and evils that afflict our society.  Keith worked with us together with the whole team to find a way to leave a better world for our children and ourselves; That's why when the program fell apart it was one of the most painful and saddest things that has happened in my life and, above all, knowing that Keith is in that situation is something that fills me with a lot of pain, it is like killing the few candles of hope that we have as humanity.

I appreciate your time and attention to read my letter, have a good day.


   [Illegible signature]
Patricia Sánchez Mendez

Tuesday October 8th, 2019
Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Keith Raniere, 18 Cr. 204 (NGG)

Dear Judge Garaufis,

My name is Luis ███████ , I am married to Angelica ████████ and we have two sons.

I am an owner of a family business with 92 cash and carry stores in Mexico City and its surrounding states. My family company sells to 255 thousand mom and pop stores and we also run an import - export operation that sells to supermarket chains products made in the US and Mexico. We have more than 9,500 employees.

I am a board member of the family company and I am the CEO of the import export operation. My older brother is the CEO of the Mexican operation and my sister runs the treasury department.

My grandfather started the company in the 1930´s and my Dad is part of the board.

I have only said Hi to Keith once in my life at a volleyball game in Albany in 2017. I have never talked to him directly, My experience of Keith is through the trainings I took from the NXVIM companies and the majority of the trainings that I took were from Executive Success Programs. I think Keith has great clarity and he has an outstanding ability to make things that are extremely complex, simpler.

For example, complex topics to me like how to raise my self esteem were explained in such a simple way, (from my interpretation of what I learned), the way to increase your self esteem is with effort strategies, effort strategies would give you more options in a given area and you get to increase your self esteem through that experience. I have personally increased my self esteem through this process in many areas and I feel I love myself more than I have ever experienced before.

I joined ESP in 2010 after a friend that I met at the MBA (I studied in Mexico City in IPADE Business School) asked to go with him to an introductory ESP talk.

I took the first 15 days with my wife in 2010 and I still consider that experience, the best training I have ever had in my life.

During the training, I questioned myself about so many rules and so many fears, I found more clarity to write the goals I wanted to achieve and understood the effects of not taking responsibility of my emotions and my actions.

I think that my wife and myself learned how to communicate and understand us like never before and I believe that without that knowledge we would probably not be together now.

**EXHIBIT**

**53**

U.S. v. Raniere, 18-Cr-204 (NGG)

Thanks to what I learned I consider my wife my best friend, she knows me like no other person and I am able to be open and share myself honestly with her and I find that is not very common in the world. I think there are a lot of marriages that are still together but they don't really enjoy being together.

Keith, simply put, has been fundamental in helping me have deeper more loving relationships including the relationship with myself through the NXVIM courses.

For example, Thanks to ESP while at -Mobius- I learned that I used to like to sing and I stopped when I was a kid because of fear of being rejected and after being aware of that. I have reconnected to the beauty of singing. I still practice singing once a week to this day and I think that simple activity, connecting once a week with the kid in me, has had a profound effect on my performance as a leader and as a parent.

One of my fondest memories is when at the Vweek gathering in 2016 I saw my wife singing on stage in front of 200 people. She did not  practice singing at all before that and she used to think she did not have a good voice.  I think that experience is just an example of many of how Keith and his organization helped people do much more and it's just an example of human potential.

Moreover, Each Vweek you chose different activities and you were able to identify your own limiting beliefs and worked with a community that helped you overcome those fears.

I miss Vweek so much, I wrote my personal mission statement there while looking at the lake for hours, I did my first semi - triathlon there, I worked on my math skills, I wrote poems, it was a great experience to see Keith answer questions at his Forum meetings. I remember once, I asked Keith at a Forum meeting about how some people may think that they have an expiration date, for example when they are older and no longer beautiful, no longer productive, when they are no longer capable to move it was a profound question. And he just told me: Do you realize you are doing the best you can? in the end, the beauty of it all is: doing the best you can now and doing the best you can when you get older, we are doing the best we can all the time we just don't seem to realize it. The most important part is the experience you have of your life while doing the best you can. It was such a profound answer to a question for me, to this day I remind myself constantly.

My kids to this date want to go to Vweek, we spent time in nature, kids didn't have access to any technology (no tv, no iPads). And they enjoyed playing with kids from around the world.

One of the things that it hurts me the most from what is happening in the world in these days is that we are not conscious about the effects of what we say of another person. For example, someone could destroy my family's reputation and all the work ethic that has come from many generations back. People may say from one day to the other something that is not true and the image of that person in the eyes of others is damaged forever.

I learned thanks to Keith's trainings about the internal representation of a person and how we need to be conscious about the power of what we say and speak with honor.

I recently had an experience of speaking with honor, which is a concept I learned in ESP.

A person that worked for me didn't have good performance and we chose to let them go. Someone that I know asked me for references ; I could have said "They are lazy and dishonest"

Speaking with honor I chose to say "In my experience, they didn't reach the goals we have set for them and they took more than the time required to complete the task more than 3 times".

If I were to say to my friend that this person is lazy, the internal representation of that ex-employee for my friend, as a lazy person, would be almost impossible to erase and what really happened is that we hired him for a position that he was not qualified enough for and lost motivation but he could be a perfect employee for another position at another company with different requirements. This situation can turn very bad for them if my friend that asked for his reference tells others that they are lazy and then suddenly they can't understand why they can't get a job in the industry.

Working in a family business there are always challenges. NXIVM trainings made those challenges much easier to manage, my relationships are much stronger with my siblings and partners in the business and more principled. I found that many of the teachings were about Ethics for example, I took Ethicist 1 and Ethicist 2 and learned so much about what it takes to really evaluate the effects of a decision, it helped me be more conscious and more responsible as a leader.

I became coach in 2011 and took more than 15 trainings in ESP and coached at least 5 of them.

I loved being a coach, to me it was all about working on your own goals and helping people overcome their limiting beliefs to achieve those goals. In 2015 I coached someone that wanted to work on the relationship with his father and as part of the teachings in ESP we did an exercise that is called tribute where we see all the things that the people have contributed so that we can be where we are at.

It's such a beautiful exercise and I told my coachee to do this tribute exercise with his dad everyday and report that task to me everyday and after 1 month working on that he sent me a picture with his dad thanking me.

I told him we should all thank Keith for doing this type of curriculum.

I remember at a Forum meeting one time that Keith asked for an apology to someone that was thanking him for  overcome an issue with her mom and he told her, I am sorry because I didn't realize this faster to have helped you with this sooner.

I think that people may say that not all of his teachings were of his own doing but I think that everything has already being said in the world but the difficult thing is to organize all that knowledge and make it simple and in that process Keith is the best I have known yet.

On the topic of how my wife and my family has been affected by the Defamation currently happening in media, I asked the vow series producers to take all images of my wife, my kids and myself and they did not do what I formally asked on the first episode, I never gave them permission to show any pictures or videos of my family and myself.

People that have seen the episode have called me and have been concerned of my involvement in NXVIM. I assure to all of the people that are worried about me that the experience that I had with the NXVIM companies has always been positive but now some people are thinking differently about me in an unfair way, I never did anything illegal, wrong, or bad intended but the damage done by this defamation is already done.

Also [frankreport.com](frankreport.com) have said lies about my wife and that has affected our family deeply. For example, Consultant firm executives that have worked with my family company for more than 5 years have believed the lies and affected the relationship with my partners, business associates, customers, vendors and friends.

Finally, I think some media outlets have portrayed Keith Raniere in a way that is not backed by data and in my opinion there is no sufficient evidence to sustain the things that some outlets say about him. In general, some media outlets are more concerned about rating than informing the truth and they don't care care how much families, businesses, individuals can be affected in the process.

In the end, I ask the court to sentence Keith the minimum sentence available because I do not believe a life sentence is warranted for the Keith Raniere I have experienced.

Thank you for the time reading this.



Luis

Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
Re: United States v. Keith Raniere, 18 Cr. 204 (NGG)


October 9, 2020


Dear Your Honor,

My name is Danny Trutmann, I was born and raised in Guatemala.  I am 46 years old and have lived in Miami since 1999.  I have a beautiful relationship with a woman I met when I was 15 and I am the stepdad to her now teenage kids.  Together with her, we built a business that currently employs more than 30 people.

I am writing this letter because I have a different experience of Keith and NXIVM than that which has been described and said of him in the media and during his trial.

My experience of Keith is that he is caring, mindful, concerned for the wellbeing of others, and honorable.  Actually, one of the reasons why I am writing this letter is because to this day I have not heard or read anything dishonorable that Keith has said or written about any of the people that have spoken bad about him and/or lied about him.  I consider that he has conducted himself with honor and dignity throughout the entire trial process and media defamation.  Very bad things have been said about him, and very bad things have been done and said about people he cares very deeply about.

What I know of Keith is that he created a program that helped thousands of people have a better experience of life and be able to achieve more of what they want.  His technology helped people overcome lifelong fears and personal limitations.  The program even helped people with Tourettes managed their condition.  His program helped me become a better person, leader, husband, stepfather, friend, son, and brother.

He created a beautiful program for children, a peaceful non-violent movement in Mexico, and an ethical media company, to name a few of the projects I know he was working on.  All the good he has created has either being distorted or blocked from the general knowledge.  I read on the trial transcript of May 9th pg 511 Mr. Vicente describing ESP's mission statement as a "lie", as evil, as a veneer that covers horrible evil.  This is simply not what I experienced, nor what I think many of the 17,000 people who took the program experienced.  Also, before turning against Keith, I heard Mr. Vicente say multiple times that he decided to marry his current wife after taking Mobius, one of the trainings Keith created, and that he was so grateful to Keith for creating the training.

It seems that some people have gone to great lengths to portray him as the worst person there is and suppress anyone with the desire to speak in favor of Keith.

EXHIBIT

**54**

U.S. v. Raniere, 18-Cr-204 (NGG)

Reading what has been said about Keith, both in the media and during his trial, I can understand why the animosity towards him.  Yet, there is another side to this story.

I took my first ESP training in 2009 and took many other trainings after that.  Through these trainings, I learned tools that helped me grow my business, be more loving to my wife and her two kids, have a better relationship with my mother, father, and siblings, and most importantly, I reconnect with my dreams and passions.

Is Your Honor familiar with the poem "IF" by Rudyard Kipling?

I remember several years ago, during v-week, this poem was read to describe Keith's character.  Today more than ever, I consider this poem to be most fitting to describe his person and character.

It is a beautiful poem and with your permission, I would like to share it with you, Your Honor.

IF

If you can keep your head when all about you
Are losing theirs and blaming it on you,
If you can trust yourself when all men doubt you,
But make allowance for their doubting too;
If you can wait and not be tired by waiting,
Or being lied about, don't deal in lies,
Or being hated, don't give way to hating,
And yet don't look too good, nor talk too wise:

If you can dream—and not make dreams your master;
If you can think—and not make thoughts your aim;
If you can meet with Triumph and Disaster
And treat those two impostors just the same;
If you can bear to hear the truth you've spoken
Twisted by knaves to make a trap for fools,
Or watch the things you gave your life to, broken,
And stoop and build 'em up with worn-out tools:

If you can make one heap of all your winnings
And risk it on one turn of pitch-and-toss,
And lose, and start again at your beginnings
And never breathe a word about your loss;
If you can force your heart and nerve and sinew
To serve your turn long after they are gone,
And so hold on when there is nothing in you
Except the Will which says to them: 'Hold on!'

If you can talk with crowds and keep your virtue,
Or walk with Kings—nor lose the common touch,
If neither foes nor loving friends can hurt you,
If all men count with you, but none too much;

If you can fill the unforgiving minute
With sixty seconds' worth of distance run,
Yours is the Earth and everything that's in it,
And—which is more—you'll be a Man, my son!

Keith has been able to keep his head when many have lost theirs and are blaming him for it.  He has been lied about and has not dealt in the lies.  He is being hated and not given into hating.  The words he has spoken have been twisted and his life's work has been stollen and destroyed.

I remember about 12 years ago, the first time I was at a forum were Keith was answering question form the people present (forums were when we would gather and ask Keith questions.), I think Keith had been answering question for two hours, when a little girl, I think about 8 years old ask him why he had created ESP.  I do not remember what he said, what I remember though, was the way he spoke to the little girl.  He spoke to her as if she were the most important person in the room of more than 300 adults.  He took her question, listened to her attentively and then answered her in a way I had never seen someone speak to a child.  He spoke to her with so much respect and recognition one would think he was addressing the Queen of England.  It is one of the most beautiful things I have seen and experienced in my life.

Your honor, my experience of Keith is that he is a good man, and there is another side to the way the media and the people against Keith are portraying him.  As unconventional and controversial his personal life maybe, I do not believe that he has had bad intent in his actions.

Thank you for your time and consideration in reading my letter and I hope you consider it positively when evaluating Keith's future.

Respectfully

Danny Trutmann

Honorable Nicholas G. Garaufis

United States District Judge

Eastern District of New York

225 Cadman Plaza East

Brooklyn, New York 11201

Dear Judge Garaufis

I am almost 63 years old. I am healthy and athletic and starting a new career in the insurance industry and do not plan on an early retirement. I recently have moved to Phoenix Arizona to start my new career helping senior citizens.

I did my first personal growth class when I was 15 years old. Since then I have explored many different human potential programs. December 27th 2000 I attended the Executive Success Program's 16 day intensive. It was the best human potential class I ever did! I think Keith is a genius because of the amazing class's he created! I continued with ESP after that and became a coach with ESP.

I moved to Albany New York from Toledo Ohio in 2004. I have attended most of the curriculum created by Keith. I continue to do so well in my life because of all of the growth I experienced.

The time I spent with Keith was playing volleyball with him over several years. It was a lot of fun and I always experienced Keith and the other people I played volleyball with as a lot of fun to play with. We never argued or got angry at each other. Always sportsman like conduct. I have played a lot of different team sports over the years with basketball being what I played most. It is a way to really get to know how people can be. Keith was always a pleasure to play with and a lot of fun to be on the court with. He also helped me improve my volleyball skills.

Off the volleyball court I would see Keith just occasionally. He was really good at doing group forums, question and answer type forum. He had amazing answers to questions asked of him. I have experienced Keith many times for many years always trying to help people. Even to this day I am grate full for what Keith has done to improve my quality of life.



EXHIBIT

**55**

U.S. v. Raniere, 18-Cr-204 (NGG)

I am in shock and disbelief about the crimes being charged. The charges do not feel like justice to me. My life has been greatly affected by the charges and the trial. I have lost many friends. There were so many good people that was able to socialize with on occasion that I will never see again.

I am writing this letter to support Keith and other community members that I still think so much of.

So please your honor I beg of you for mercy and leniency when deciding what Keith's sentence will be.

Sincerely

*Matt Wakelin*                    12-8-2019

Matt Wakelin

Dear judge of honor

My name is Franklin Edyson Zhumi. I was born and raised in Queens, New York. I am 24, a cancer survivor, an online marketer and Entrepreneur. I am a business graduate from Nyack College.

I personally did not meet Keith Raniere, however I had the honor to learn from Nexium and Keith's powerful tools. I met wonderful people in executive success programs that continues to help me build great character everyday.

At 18, when I participated in an intensive in NYC. It expanded my understanding of what personal success and goals really meant. These tools aligned my goals with the help of my mentors from ESP. I will forever be grateful to every member that I have met at ESP and SOP because Keith's principles have made me a better man.

Best,

10 / 09 / 2020

**EXHIBIT
56**
U.S. v. Raniere, 18-Cr-204 (NGG)

Doc ID: 2e148df50742d69c6f7cd9b0c621ae04e9adb561