# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

767 THIRD AVENUE, 26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: ATTORNEYS@BRAFLAW.COM

BENJAMIN BRAFMAN

MARK M. BAKER
OF COUNSEL

MARC A. AGNIFILO
OF COUNSEL

ZACH INTRATER
OF COUNSEL

ANDREA L. ZELLAN

JOSHUA D. KIRSHNER

JACOB KAPLAN

TENY R. GERAGOS
ADMITTED IN NY & CA

STUART GOLD

October 16, 2020

VIA ECF

The Honorable Nicholas G. Garaufis
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Keith Raniere, 18 Cr. 204 (NGG)

Dear Judge Garaufis:

As I have advised the Court and the Government, I have prepared a Rule 33 motion that centers on a potential due process violation stemming from actions taken by the prosecution toward potential defense witnesses. The motion is predicated on affidavits of the potential witnesses, and I am currently waiting for one such affidavit. Given the sentencing date of October 27, 2020, I would ask for a deadline for this motion of Noon on Monday, October 19, 2020.

I thank the Court for its attention to this matter.

Respectfully,

Marc A. Agnifilo, Esq.

cc: AUSA Tanya Hajjar (via ECF and email)