# BRAFMAN & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

767 THIRD AVENUE, 26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: ATTORNEYS@BRAFLAW.COM

BENJAMIN BRAFMAN

MARK M. BAKER
OF COUNSEL

MARC A. AGNIFILO
OF COUNSEL

ZACH INTRATER
OF COUNSEL

ANDREA L. ZELLAN
JOSHUA D. KIRSHNER
JACOB KAPLAN
TENY R. GERAGOS
ADMITTED IN NY & CA.
STUART GOLD

October 15, 2020

VIA ECF

The Honorable Nicholas G. Garaufis
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Keith Raniere, 18 Cr. 204 (NGG)

Dear Judge Garaufis:

We write regarding Document Number 950, which consists of an Appendix of letters in support of Raniere's Sentencing Memorandum (Dkt. 925). We request that the Court unseal Document Number 950. The Appendix was properly redacted to remove any PII material of the individuals.

APPLICATION GRANTED.
SO-ORDERED.
/s/ Nicholas G. Garaufis, U.S.D.J.
Hon. Nicholas G. Garaufis
Date: October 20, 2020

Respectfully,

Marc A. Agnifilo, Esq.

cc:    AUSA Tanya Hajjar (via ECF and email)