2037

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,      : 18-CR-204(NGG)
                               :
                               :
        -against-              : United States Courthouse
                               : Brooklyn, New York
                               :
KEITH RANIERE,                 : Wednesday, May 22, 2019
                               : 9:30 a.m.
            Defendant.         :
                               :
                               :
                               :
                               :
- - - - - - - - - - - - - - X

                TRANSCRIPT OF CRIMINAL CAUSE FOR TRIAL
              BEFORE THE HONORABLE NICHOLAS G. GARAUFIS
              UNITED STATES SENIOR DISTRICT COURT JUDGE

                    A P P E A R A N C E S :


For the Government: RICHARD P. DONOGHUE, U.S. ATTORNEY
                    EASTERN DISTRICT OF NEW YORK
                        271 Cadman Plaza East
                        Brooklyn, New York 11201
                    BY:  MOIRA KIM PENZA, ESQ.
                         MARK LESKO, ESQ.
                         TANYA HAJJAR, ESQ.
                         Assistant United States Attorney

For the Defendant:   BRAFMAN & ASSOCIATES. P.C.
                        767 Third Avenue - 26th Floor
                        New York, New York 10017
                     BY:MARC A. AGNIFILO, ESQ.
                        TENY T. GERAGOS, ESQ.

                     DEROHANNESIAN & DEROHANNESIAN
                        677 Broadway - Suite 707
                        New York, New York 10017
                     BY:PAUL DEROHANNESIAN, ESQ.
                        DANIELLE SMITH, ESQ.

                    LAM      OCR      RPR

2038

APPEARANCES
(CONTINUED)


For Lauren Salzman:      QUARLES & BRADY, LLP
                             One Renaissance Square
                             Two North Central Avenue
                             Phoenix, Arizona 85004-2391
                         BY:HECTOR J. DIAZ, ESQ.
                            ANDREA TAZOLI, ESQ.


                             - AND -

                         QUARLES & BRADY, LLP
                             1701 Pennsylvania Avenue NW
                             Suite 700
                             Washington, D.C. 20006
                         BY:LUKE CASS, ESQ.




Court Reporter:          LINDA A. MARINO, OFFICIAL COURT REPORTER
                         225 Cadman Plaza East/Brooklyn, NY 11201
                         lindacsr@aol.com




Proceedings recorded by mechanical stenography, transcript
produced by Computer-Aided Transcription.

17

18

19

20

21

22

23

24

25

LAM      OCR      RPR

Proceedings                                    2039

1          THE COURT:  Let's have a sidebar here.

2      You may be seated in the rear.

3

4          (Continued on the next page.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25















SEALED - SIDEBAR - SEALED                    2046

(Continued on the following page.)

Proceedings                                            2047

1           (Sidebar ends; in open court.)

2           THE COURT:  Appearances.

3           MS. PENZA:  Moira Penza, Tanya Hajjar, Mark Lesko

4    for the United States.  Good morning, your Honor.

5           Also at counsel table are Special Agent Michael

6    Wenniger and paralegal specialist Teri Carby.

7           THE COURT:  Good morning.

8           MR. AGNIFILO:  Good morning, your Honor.  Marc

9    Agnifilo, Teny Geragos, Paul DerOhannesian, Danielle Smith,

10   and Keith Raniere, all present at counsel table.

11          THE COURT:  Good morning.  Please be seated,

12   everyone.

13          I'm advised by Alternate 3 that she is ill yet

14   again.

15          Is there any objection to excusing her from this

16   trial?

17          MS. PENZA:  No, no, your Honor.

18          MR. AGNIFILO:  Not from us, Judge.

19          THE COURT:  Very well.  Juror Alternate No. 3 is

20   excused from the trial.

21          Is there anything before we bring in the jury?

22          MS. HAJJAR:  No, your Honor.

23          MR. AGNIFILO:  Nothing from us.

24          THE COURT:  Let's bring in the witness, please.

25          (Witness resumes the stand; jury enters.)

L. Salzman - Direct - Hajjar                    2048

1          THE COURT:  Please be seated.

2          Good morning, members of the jury.

3          (A chorus of good mornings.)

4          THE COURT:  At this time, we're going to continue

5   the direct examination of Lauren Salzman.

6          Ms. Hajjar, you may continue your direct

7   examination.

8          I remind the witness that she is still under oath.

9   **LAUREN SALZMAN**,

10      called as a witness, having been previously duly

11      sworn, was examined and testified as follows:

12  DIRECT EXAMINATION

13  BY MS. HAJJAR (Continuing):

14  Q    Good morning, Ms. Salzman.

15  A    Good morning.

16  Q    Ms. Salzman, yesterday you testified about e-mail sent

17  between you and Daniella using the happymonk e-mail address.

18  A    That's correct.

19  Q    I'm going to show you what's in evidence as Government

20  Exhibit 908.  This is Page 77 of that exhibit.

21          (Exhibit published to the jury.)

22  Q    Do you recognize this e-mail, Ms. Salzman?

23  A    Yes, I do.

24  Q    At the very top, where it says:  Subject, Forward

25  print --

L. Salzman - Direct - Hajjar                    2049

1   A    Yes.

2   Q    -- can you explain what that means?

3   A    Yes.  After Dani went back to Mexico, I forwarded the

4   e-mails that I had had with her while she was in the room

5   to -- from an old e-mail address I was using to a new e-mail

6   address I was using and printed them out and then kept

7   everything that I had from that time period, Dani's letters

8   and the e-mails we exchanged, all in a folder together.  So,

9   this was one of those.

10  Q    These e-mails were printed and kept in one file?

11  A    Yes, I printed them and kept them in one file with the

12  letters.

13           MS. HAJJAR:  Your Honor, may I show something to the

14  witness that's marked for identification?

15           THE COURT:  Go ahead.

16  Q    Ms. Salzman, I'm showing you what's marked for

17  identification as Government Exhibit 1579.

18           Do you recognize this?

19  A    Yes I do.

20  Q    What is it?

21  A    It's an e-mail that Kristin Keeffe sent to Dani's family

22  and myself; subject, re final draft to Dani.  And, basically,

23  it's an e-mail that Kristin drafted that the family should

24  send to Daniella.  And she expresses that she forwarded it and

25  that Keith and I had reviewed it.  And, ultimately, her dad

L. Salzman - Direct - Hajjar                    2050

1   ended up sending it from the entire family, but it had been

2   originally drafted by Kristin.

3            MS. HAJJAR:  Your Honor, the Government offers

4   Government Exhibit 1579 into evidence.

5            MR. AGNIFILO:  We have no objection.

6            THE COURT:  Government Exhibit 1579 is received in

7   evidence and published.

8            (Government Exhibit 1579 so marked.)

9            (Exhibit published to the jury.)

10           MS. HAJJAR:  Thank you, your Honor.

11  Q    When you said the e-mail at the bottom, is that the

12  e-mail from Kristin Keeffe?

13  A    Yes, it is.

14  Q    Can you read that portion of the e-mail beginning with:

15  Dear Dani?

16  A    Dear Dani, the family no longer has the heart to keep

17  calling you out on your destructiveness and playing your

18  games.  Please sent a book report and all the e-mail accounts

19  and passwords you had access to in the last year to me within

20  48 hours.  This report needs to be based on a book that is 250

21  pages or more and must be a minimum of 10,000 words.

22  Thereafter, you will need to send one new book report by

23  midnight Eastern Standard Time every seven days.  If you do

24  not complete these tasks without exception or excuse, it will

25  demonstrate to us a lack of care for the family and,

LAM      OCR      RPR

L. Salzman - Direct - Hajjar          2051

1  therefore, we cannot support such difference in values.

2  Additionally, you need to legitimately return to Clifton Park

3  by Wednesday, April 4, 2012.  Unfortunately, we cannot

4  consider sending you any of your requested documents.

5  Q    And this report referred to in the e-mail, is that the

6  book report that you've testified about?

7  A    Yes, correct.

8  Q    And "legitimately return to Clifton Park," is that

9  referring to Daniella's return to the NXIVM community,

10 geographically where that is?

11 A    Correct.

12 Q    And the "requested documents," is that a reference to the

13 identification documents you testified to?

14 A    Yes, it is.

15 Q    Can you read the portion of Kristin Keeffe's e-mail above

16 "Dear Dani"?

17 A    Hi, all.  Here is the final e-mail.  Everyone is in

18 agreement and has reviewed it, including L and K.  I think

19 this should come from the family.

20 Q    And when Kristin Keeffe writes:  Everyone is in agreement

21 and has reviewed it, including L and K, who are "L and K"?

22 A    Lauren and Keith, myself and Keith.

23 Q    Kristin Keeffe writes:  I think this should come from the

24 family.

25           Did you testify about a version of this e-mail that

LAM     OCR     RPR

1  was, in fact, sent by one of the family members?

2  A    Yes, I did.

3  Q    And above that, can you read the e-mail that is in

4  response to the e-mail we just discussed?

5  A    Marianna responded:  Perhaps we should send it from Dad's

6  account and sign Dad, Marvi, Hector, and Cami, question mark.

7  Q    And then Kristin Keeffe's response to that?

8  A    Yes.

9  Q    What's the date of the e-mail chain?

10 A    February 29, 2012.

11 Q    And Hector that's in the cc line, that's Daniella's

12 father?

13 A    Yes.

14 Q    And Camilla is her sister?

15 A    Yes.

16 Q    Who is Fluffito?

17 A    Fluffito is Adrian, her brother.

18         MS. HAJJAR:  Your Honor, at this time I'd like to

19 continue to play the recording, Exhibit 495, and direct the

20 jury's attention to 495-T.  I believe where we left off was

21 around Page 36, Line 38 or thereabouts.  Maybe that's a little

22 bit before, but we'll start there, if that's all right with

23 your Honor.

24         THE COURT:  What page are we on again?

25         MS. HAJJAR:  36, your Honor, I believe.

L. Salzman - Direct - Hajjar                    2053

1      THE COURT:  All right.

2      (Audio plays; audio stops.)

3  Q   Ms. Salzman, when the Defendant said, Ideally, you should

4  video what he does and everything so you can teach it, Lines

5  28, 29 on Page 43, do you know who "he" is, who that's

6  referring to?

7  A   There was, like, a tattoo artist who did branding and

8  scarification that they brought into teach them how to do

9  branding.

10 Q   Was that -- that person, was he involved after the first

11 line?

12     In other words, was he involved in your branding or

13 the branding of your slaves?

14 A   No.

15     (Audio plays; audio stops.)

16 Q   Ms. Salzman, do you know what the Defendant is referring

17 to when he says, Line 40 to 45 on Page 44:  Talking about the

18 questionnaire thing, how's that coming?

19     Level one, level two, level -- how many levels?

20 A   That's a game.

21 Q   Can you explain that further?

22 A   That the idea was to be able to have these different

23 questionnaires to gather information on different -- various

24 people in a variety of different subjects.  But to say, like,

25 Do you want to play a game?  And if you want to play the game,

L. Salzman - Direct - Hajjar                2054

1    I can dare you to do things.  And some of those things might

2    be to provide information or questionnaires and that you can

3    ascend through a series of levels in a relatively short amount

4    of time and, ultimately, get to a place where you're

5    collateralized in a life vow.

6            So, it was a type of screening process and

7    information gathering for the slaves or for prospects.

8    Q    And on Line 43, when it says, It's ready for you to go

9    over, who said that?

10   A    Nicki.

11   Q    And "for you to go over," is that referring to the

12   questionnaire?

13   A    I believe so, yes.

14   Q    Have you seen a physical copy of the questionnaire at any

15   point?

16   A    At least part of one, yes.

17   Q    In the context of DOS?

18   A    Yes.

19           (Audio plays; audio stops.)

20           MS. HAJJAR:  At this point, your Honor, I'd like to

21   play Government Exhibit 496 and direct the jury's attention to

22   496-T.

23           THE COURT:  All right.

24           (Audio plays; audio stops.)

25   Q    Ms. Salzman, the date that's stated on this recording,

L. Salzman - Direct - Hajjar                    2055

1    what is that date?

2    A    June 12, 2016.

3    Q    And is it Nicki Clyne that says:  The first step is

4    possibly send them a note that says, Do you want to play a

5    game?

6    A    Yes.

7    Q    And is this the same game that you were referring to

8    earlier in your testimony?

9    A    Yes.

10            (Audio plays; audio stops.)

11   Q    Ms. Salzman, when the Defendant says, You guys are not

12   thinking about this in an organized, directed fashion.  You

13   can rent my brain to do it or you can do it with your brain.

14   I would prefer that you do it with your brain.

15            Is that similar to comments you've experienced in

16   your relationship with the Defendant?

17   A    Yes.

18   Q    Can you explain that?

19   A    Where he would have some idea but he would want us to go

20   and develop the idea, and if we came back with an ill-formed

21   concept or an idea that was different, he would frequently say

22   things like, I don't think you're really thinking about it

23   enough.

24            I can think of at least one example of a time where

25   I said, Well, I spent ten hours on this.

LAM        OCR        RPR

L. Salzman - Direct - Hajjar                    2056

1          And he said, Well, then, you should have spent 100.

2          So, somehow if we need more help or more direction

3    or we're not coming up with the right idea, that it was our

4    laziness or failure or ineptitude, it would progress to making

5    it very difficult for him because of those things.

6          It's hard to sometimes figure out what the specific

7    thing was that he wanted and the ideas that we would present.

8    Like in the example with some of the e-mails with Dani

9    yesterday, he would say, Well, you think about.

10         I would come back with what I think about, and he

11   would come back with, Or don't do it.

12         So, it was clear he had something he wanted.  But if

13   we weren't coming up with it and coming up with it ourselves,

14   then that was the wrong answer.

15

16             (Continued on the following page.)

17

18

19

20

21

22

23

24

25

L. Salzman - direct - Hajjar                2057

1    (Audio played.) (Audio stopped.)

2    EXAMINATION CONTINUES

3    BY MS. HAJJAR:

4    Q    Ms. Salzman, when the defendant, on line 33, says:  How

5    quickly can someone become a lifer, do you understand what he

6    means by lifer?

7    A    Somebody, yeah, who's fully collateralized in the life of

8    obedience.

9    Q    In DOS?

10   A    In DOS.

11       (Audio played.)  (Audio stopped.)

12   Q    Do you understand what that means, Ms. Salzman, when the

13   defendant says -- this is line 14 on page 7:  A lifer is

14   willing to do anything worth a dare?

15   A    Yeah, well, a lifer is committed to being a lifetime vow

16   of obedience to do whatever is asked.  So it's anything.

17       (Audio played.)  (Audio stopped.)

18   Q    Ms. Salzman, on line 34 of page 7, when the defendant

19   mentions Sylvie, was Sylvie a DOS slave to your knowledge?

20   A    Yes.

21   Q    Whose master was she under?

22   A    I believe Monica Duran.

23       (Audio played.) (Audio stopped.)

24   BY MS. HAJJAR:

25   Q    Ms. Salzman, when Daniella Padilla says, on line 4:  With

SAM     OCR     RMR     CRR     RPR

L. Salzman - direct - Hajjar                    2058

1  joining like the whole thing; do you know what she's referring
2  to?
3  A    I think she's referring to the circle and being involved
4  in the collateralized life out under Keith in a circle with
5  the other women who also were in the same position.
6  Q    And who is being referred to in this exchange?
7  A    Camila.
8  Q    And what follows when the defendant says:  Talk to her in
9  a way that explains there's reservations with different people
10 here.
11             Can you explain this exchange?
12 A    I think it's -- it's asking Daniella to go address the
13 fact with Cami that her relationships between all the women in
14 the circle, some of the women who were in the circle had
15 reservations with her joining the group because their
16 relationship had issues in them, and they haven't grown to the
17 point where that isn't so yet, and to see where Cami is at
18 with it.  But ultimately, the intent is Cami is going to be in
19 the circle and how to get her from Point A to Point B in the
20 group from where they -- from Point A to Point B of being okay
21 with it; getting Cami okay with it, getting the group okay
22 with it and making it happen.
23 Q    What do you understand the defendant to be asking here?
24 A    Daniella to go talk to Cami about it, so that whatever
25 the issues are, they can be resolved so she can be in the

SAM      OCR      RMR      CRR      RPR

L. Salzman - direct - Hajjar                        2059

1    group.

2                (Audio played.)  (Audio stopped.)

3    BY MS. HAJJAR:

4    Q    Ms. Salzman, do you have an understanding as to what's

5    being discussed here?

6    A    They're discussing that they're gonna learn to do the

7    branding process, and then just making jokes about if they're

8    doing it at Loretta's house, her mom or sister could walk in.

9                (Audio played.)  (Audio stopped.)

10   Q    Ms. Salzman, when the defendant says, lines 21-22:  Like

11   even having the organization is something that could be really

12   important.  I imagine, for example, we could change the

13   presidential vote in the United States in four years.

14               Do you have an understanding as to what the

15   defendant is referring to by "organization"?

16   A    DOS.

17               (Audio played.) (Audio stopped.)

18   Q    Ms. Salzman, on line 30, when the defendant refers to

19   "they're," how many are there that are like on the fence, do

20   you have an understanding of what is being referred to there?

21   A    How many women they're trying to enroll that haven't

22   decided to join or take -- or become collateralized in a

23   lifetime vow of obedience.

24   Q    So on the fence , meaning on the fence about joining DOS?

25   A    Yes.

L. Salzman - direct - Hajjar                2060

1   Q    Who is Ceci?

2   A    Ceci is someone that Loretta was enrolling.

3   Q    Was she in DOS?

4   A    Yes.  I don't know if she was ever totally fully

5   collateralized, but she was.

6            (Audio played.) (Audio stopped.)

7   BY MS. HAJJAR:

8   Q    Do you have an understanding of what the defendant means,

9   on line 45-46:  She's a good one to do because she's powerful?

10  A    Because she's related to someone who used to be president

11  of a country.

12           (Audio played.) (Audio stopped.)

13  Q    Ms. Salzman, who is saying:  For her to give me strong

14  collateral, I basically have to go to Mexico to sign

15  something.

16  A    Rosa Laura.

17  Q    And do you know what she's referring to?

18  A    That probably she needs to sign some paperwork for Ana to

19  be able to legitimately transfer some material property or

20  business or something like that, an asset.

21  Q    And is that strong collateral, is that what's meant by

22  strong collateral?

23  A    Yes.

24           (Audio played.)  (Audio stopped.)

25  BY MS. HAJJAR:

L. Salzman - direct - Hajjar                    2061

1   Q    Ms. Salzman, between lines 21 and 25 of this page,

2   page 14, when the defendant says:  And you have the assignment

3   with respect to the crafts and the circles, and the people

4   that are in now, do you have an understanding of what he is

5   referring to?

6   A    Well, whatever he assigned them to do with respect to

7   organizing the crafts and the circles, which I think we've

8   talked about in the prior tape that we listened to -- or that

9   we heard in the prior tape, that they were to come up with the

10  various crafts and organize how a circle would work and what

11  the numbers were of people who could participate in them.

12              (Audio played.) (Audio stopped.)

13              MS. HAJJAR:  Your Honor, I would like to play the

14  last recording, Government Exhibit 497, and direct the jury's

15  attention to the transcript.

16              THE COURT:  All right.

17              (Audio played.) (Audio stopped.)

18  Q    Ms. Salzman, who are the voices on this recording?

19  A    Allison Mack and Keith.

20  Q    And what's being discussed?

21  A    They're discussing the branding ceremony.

22  Q    And what's the date that's said on this recording?

23  A    It says January 9th, I'm not sure what year that is.

24  Q    When were you branded?

25  A    I was born -- I was branded on January 10th, 2017.

SAM      OCR      RMR      CRR      RPR

L. Salzman - direct - Hajjar                    2062

1  Q    And when the defendant says each of the seven strokes

2  having a certain ritualization, do you have an understanding

3  what he's referring to?

4  A    Yeah, there are seven lines in the brand.  So doing some

5  sort of ritual where after each line something is done, which

6  ended up being what the branding ceremony became.

7          (Audio played.)  (Audio stopped.)

8  BY MS. HAJJAR:

9  Q    Ms. Salzman, when the defendant says, page 4, line 1:

10  The person should be branded -- should be completely nude, was

11  that true of your DOS slaves and other DOS slaves?

12  A    Yes.

13  Q    And when the defendant says:  You guys did it and you

14  weren't completely nude because you had an outsider; do you

15  have an understanding of what he's referring to there?

16  A    Yes, that the first line was branded by another person,

17  like the guy who taught them to do the branding or the guy

18  they hired to do the branding and wasn't a part of DOS, so

19  that they were clothed, but if it were somebody who was an

20  insider, they would not have.

21          (Audio played.) (Audio stopped.)

22  Q    Ms. Salzman, directing you to line 9 through 11 of

23  page 4, when the defendant says:  You could also, of course,

24  videoing it and videoing it from different angles or whatever

25  gives collateral.

SAM      OCR      RMR      CRR      RPR

L. Salzman - direct - Hajjar                    2063

1          What do you understand him to be saying?

2   A    Videoing the naked branding ceremony could be used as

3   collateral.

4   Q    And were the branding ceremonies all videotaped?

5   A    Yes, they were.

6               (Audio played.) (Audio stopped.)

7   BY MS. HAJJAR:

8   Q    Ms. Salzman, lines 20 through 25 on page 4, when the

9   defendant says:  Laying on the back, legs slightly or legs

10  spread straight like, like feet being held to the side of the

11  table; was that the position you were in when you were

12  branded?

13  A    Yes, it was.

14  Q    And what about for your DOS slaves?

15  A    All of them, yes.

16  Q    When the defendant says:  Hands probably above the head

17  being held, almost like being tied down, like sacrificial

18  whatever; was that the position you were in with your hands

19  above your head?

20  A    Yes.

21  Q    And what about your DOS slaves?

22  A    The same.

23              (Audio played.) (Audio stopped.)

24  BY MS. HAJJAR:

25  Q    Ms. Salzman, when the defendant says, between lines 29

L. Salzman - direct - Hajjar                    2064

1   and 37:  And the person should ask to be branded, who is the

2   person he's referring to?

3   A    The person being branded.

4   Q    The DOS slave?

5   A    The DOS slave.

6   Q    And when the defendant says:  Please brand me, it would

7   be an honor -- it should say:  Please brand me, it would be an

8   honor, or something like that, an honor I want to wear for the

9   rest of my life; are those words familiar to you?

10  A    Yes, those were the words we were instructed to say

11  before our branding ceremony, and all the slaves were

12  instructed to say that.

13  Q    Is that what you said before your brand?

14  A    Yes.

15  Q    And is that what your DOS slave said to you?

16  A    Yes.

17           (Audio played.) (Audio stopped.)

18  Q    Ms. Salzman, when the defendant says on line 41:  And

19  they should probably say that before they're held down, so it

20  doesn't seem like they are being coerced; did the DOS slaves

21  say, Master, please brand me, before they were held down and

22  branded?

23  A    Yes, they did.

24  Q    And what do you understand the defendant to mean when he

25  says:  So it doesn't seem like they're being coerced?

L. Salzman - direct - Hajjar                    2065

1        MR. AGNIFILO:  I am going to object to that, Your

2   Honor.

3        THE COURT:  Sustained.

4   BY MS. HAJJAR:

5   Q    Ms. Salzman, you testified earlier about edits that were

6   made to Sarah's branding video?

7   A    Correct, yes.

8   Q    You testified that certain areas of dialogue were cut

9   out?

10  A    Yes.

11  Q    And you testified one was kept in?

12  A    Yes.

13  Q    What was the one that was kept in?

14  A    Master, please brand me, it would be an honor, an honor I

15  want to wear for the rest of my life.

16       (Audio played.)  (Audio stopped.)

17  Q    Ms. Salzman, the last -- those last lines, lines 11

18  through 16 and 20 through 23, when the defendant says:

19  Although my body may be burned or tortured or whatever, my

20  love is stronger and it is the love of purest beings to walk

21  the earth that are able to hold love even above life itself.

22       Are those words familiar to you?

23  A    Yes, those words were incorporated into the branding

24  ceremony.

25  Q    Did you say those words when you were being branded?

SAM      OCR      RMR      CRR      RPR

Salzman - cross - Agnifilo                    2066

1   A    They were said to me and I had a response to them.

2   Q    What about for your DOS slaves?

3   A    Same thing.

4   Q    So even though the defendant says you guys figure it out,

5   these were verbatim incorporated into the branding ceremony?

6   A    Yes, everything was said -- on this walk was incorporated

7   into the branding ceremony, including verbatim these words.

8            MS. HAJJAR:  No further questions, Your Honor.

9            THE COURT:  All right, please collect the books.

10           (Pause.)

11           THE COURT:  Cross-examination.

12           MR. AGNIFILO:  Thank you, Judge.

13  CROSS-EXAMINATION

14  BY MR. AGNIFILO:

15  Q    Good morning, Ms. Salzman.

16  A    Good morning.

17  Q    We've met before?

18  A    Yes, we have.

19  Q    I want to introduce myself anyway.  My name is Marc

20  Agnifilo, I represent Keith Raniere.  I am going to ask you

21  some questions today.  If I ask you a question that you don't

22  understand, please tell me that.  And if you would like me to

23  rephrase it or ask a different question, I'm happy to do that.

24           Now, you said in the beginning of your direct

25  examination that Keith Raniere was the most important person

Salzman - cross - Agnifilo                    2067

1    to you?

2    A    Yes.

3    Q    You said he was your mentor?

4    A    Yes, he was.

5    Q    You said he was your teacher?

6    A    Yes.

7    Q    You and he had a romantic relationship?

8    A    Yes, we did.

9    Q    And you loved him?

10   A    Yes.

11   Q    And he loved you?

12          MS. HAJJAR:  Objection, Your Honor.

13   BY MR. AGNIFILO:

14   Q    Did he ever tell you -- I'll ask it -- did he tell you

15   that he loved you?

16   A    He has told me that.

17   Q    You wanted to have children with him?

18   A    I did, yes.

19   Q    You once wanted to share your life with him?

20   A    Yes.

21   Q    Now, Ms. Hajjar asked you whether your relationship with

22   Keith has ended.

23          Do you remember her asking that question?

24   A    Yes.

25   Q    And your answer was:  For me.

SAM      OCR      RMR      CRR      RPR

Salzman - cross - Agnifilo                    2068

1          Do you remember giving that answer?

2   A    Yes.

3   Q    Can you explain that answer?

4   A    Well, I had hoped at one point in time I would be able to

5   speak to Keith about the ending of our relationship, but that

6   was not possible through this process, and so I was just

7   communicating where I was at.  He and I have not discussed

8   where he's at or anything beyond that.

9   Q    Okay.  Now, you and Keith had a life commitment, right?

10  A    Yes.

11  Q    And there is no indication from Keith that that's been

12  broken?

13  A    You could say that, yes.

14  Q    Now, I think you said your first impression of Keith,

15  when you first met him, was that he was a little strange.

16          Do you remember saying that?

17  A    Yes.

18  Q    Okay, what was strange about him?

19  A    I think Keith is kind of unconventional and unusual,

20  umm...

21  Q    And -- I'm sorry, if you have more to say, just do it.

22          Then do you remember how old were you when you first

23  met Keith?

24  A    Twenty-one.

25  Q    And do you remember the first time you actually met him?

Salzman - cross - Agnifilo                    2069

1    A    I believe so, yes.

2    Q    Just tell us about that.

3    A    I believe that I met him at National Health Network.  I

4    was home on a -- either leaving for or coming home from a ski

5    trip with a boyfriend and we just stopped in and said hi to

6    Keith and Toni and my mom was there.

7    Q    Toni being Toni Natale?

8    A    Yes.

9    Q    All right.  Now, at this point, you said on direct

10   examination that your mother worked at a nuclear power plant?

11   A    Yes, she was at Con Edison.

12   Q    And was she working with Keith at Con Edison?

13   A    Was she -- I'm sorry?

14   Q    You said -- let me ask a different question.

15        You said on direct examination that there was

16   something going on at the nuclear power plant and your mother

17   was calling Keith?

18   A    Yes.

19   Q    Okay, just tell us what was happening.

20   A    As I understood, he was helping advise her on how to do

21   whatever work she was doing at the nuclear power plant.

22   Q    And do you know what work that was?

23   A    I know that they were going through a deregulation at the

24   time and somehow she was doing some organizational development

25   work with them.

SAM       OCR       RMR       CRR       RPR

Salzman - cross - Agnifilo                    2070

1   Q     And so -- your mother admired Keith, you knew that your

2   mother admired Keith when you first met Keith?

3   A     Yes, I did.

4   Q     And when you -- at one point, you were backpacking

5   through Europe, right?

6   A     Yes.

7   Q     And then you returned back to where you were living in

8   the Albany area?

9   A     Yes, correct.

10  Q     And did you have a lot of friends at that point in your

11  life or were you spending more time by yourself?

12  A     I had some friends from college and some from high

13  school, but I was spending a lot of time by myself.

14  Q     Okay.  And would Keith come and check on you from time to

15  time?

16  A     Yes, he would.

17  Q     Okay.  And just tell us about that.

18  A     He would call and check in and see how I was doing.

19  Q     And at this point in time, what was the nature of your

20  relationship with Keith?

21  A     He was my mother's friend and business partner, and he

22  had started a school with her, and I was taking classes in

23  that school.

24  Q     And that school was?

25  A     ESP, Executive Success Programs.

1   Q    And was the name NXIVM used yet at this point?

2   A    No, not at that point.

3   Q    So it was just Executive Success Programs?

4   A    Correct.

5   Q    And your mother Nancy and Keith started this, correct?

6   A    Yes.

7   Q    And did they start it while you were in Europe?

8   A    Yes, I believe the idea for it was started while I was in

9   Europe, and I called home and my mother told me they were

10  going start a school.

11

12

13              (Continued on the following page.)

14

15

16

17

18

19

20

21

22

23

24

25

Salzman - cross - Agnifilo                    2072

1    CROSS EXAMINATION

2    BY MR. AGNIFILO:  (Continuing)

3    Q    And it was a school, that was your understanding?

4    A    Yes.

5    Q    Okay.  And in the earliest, earliest sort of conception

6    of ESP, what did it do exactly?

7    A    We had weekly classes that Keith taught and it was a

8    goal-setting program.  Everybody got a coach and they could

9    sign up for a membership like three months, six months or a

10   year and take as many as classes during the week as they

11   wanted and there were -- Keith usually ran two classes a week,

12   but there would be two sessions of each class, so they could

13   come to as many as they wanted.

14   Q    And you were living with your parents at the time;

15   correct?

16   A    Yes.

17   Q    At some point --

18   A    With my mother.

19   Q    With your mother.  And at some point did Keith sort of

20   cause you, inspire you to move somewhere else, to leave where

21   you were living?

22   A    Yes.

23   Q    Just tell us a little bit about that.

24   A    He told me that a friend of mine, Jory, had moved out and

25   started asking me when I was going to move out, and also I

MDL        RPR        CRR        CSR

Salzman - cross - Agnifilo                          2073

1  think he inspired my mom to, you know, start charging me rent

2  in the house and help me to understand things come from

3  somewhere and somebody's providing that and help me learn to

4  provide that for myself.

5  Q    And did you have any feelings over the fact that Keith

6  inspired your mother to charge you rent for living at home?

7  A    Well, at first, I, yeah, I didn't like that, but then I

8  came to understand that -- it helped me understand what it

9  would take to be self reliant.

10 Q    Now, at the time this was happening, when you moved out

11 of the house with your mom, Keith was living at 3 Flintlock?

12 A    Yes, he was.

13 Q    And he was living with Pam Cafritz?  You have to answer

14 yes or no.

15 A    Yes, he was.

16 Q    Karen?

17 A    Yes.

18 Q    And Kristin Keeffe?

19 A    Yes.

20 Q    So Keith was living with three women at the time?

21 A    Yes.

22 Q    And did you know or did you understand or believe that

23 Keith had an intimate relationship with each of the three

24 women at the time?

25 A    I came to over time, yes.

Salzman - cross - Agnifilo                    2074

1  Q    You didn't know that right off the bat?

2  A    No, not initially.

3  Q    Did you notice there being tension at times between Pam

4  Cafritz and Karen Unterreiner over Keith's attention?

5  A    Yes, I don't know when I came to know that, but, yes, I

6  did at some point.

7  Q    You were asked on direct examination about Pam Fritz and

8  your answer was she was Keith's closest person.  Do you

9  remember that question --

10  A    I believe she was.  Yes.

11  Q    Just tell us a little bit about that.

12  A    Hum, she was the person who was around Keith the most and

13  who he would bring with him to other meetings he had, even

14  visiting other relationships that he had that she was

15  supportive of and she befriended most of the women that he was

16  in relationships with.

17         Pam was in some ways the earliest person to get

18  along with of the bunch and I think that she helped build a

19  type of rapport, so that was helpful to him.  So he allowed

20  her to be around him a lot and she wasn't disruptive in that

21  way to whatever he was doing.

22  Q    Okay.  And did you grow to have a relationship with Pam

23  yourself?

24  A    Yes, I did.

25  Q    Just tell us a little bit about that.

Salzman - cross - Agnifilo                    2075

1   A    Hum, Pam in some ways also was a mentor, an advisor to

2   me.  She was a close personal friend.  We had an intimate and

3   sexual relationship for some period of time.

4           I loved Pam very much.  She was one of the closer

5   friends I've had in my life.

6   Q    And it was a difficult time?  You testified on direct

7   that a period of time she became ill and it became apparent

8   that she was going to pass away; is that right?

9   A    Yes.

10  Q    When did she become ill?  Do you remember about?

11  A    It was about two years before she passed away.  She

12  actually, though -- I think she was an ill a little bit before

13  that, but we didn't come to know it immediately.  So, sometime

14  maybe in 2014.

15  Q    Okay.  Now, Karen Unterreiner, that was another person

16  that Keith was living with way back in the beginning when you

17  moved out from your mom's house?

18  A    Yes.

19  Q    Did you have an understanding that Keith and Karen

20  Unterreiner had been together since he was in college?

21  A    Yes.

22  Q    And at Rensselaer Poly Technic Institute?

23  A    Yes.

24  Q    Keith had a very long term relationship with Karen

25  Unterreiner as well?

Salzman - cross - Agnifilo                    2076

1   A     Yes.

2   Q     Now, Kristin Keeffe, that was the third person that Keith

3   was living with at the time?

4   A     Yes.

5   Q     How well did you come to know Kristin?

6   A     Not as well as the others, but more or less I came to

7   know Kristin.

8   Q     Now, in addition to living with Pam Cafritz and Karen

9   Unterreiner and Kristin Keeffe, Keith was close with other

10  women in the community, fair to say?

11  A     Yes.

12  Q     One of them was Barbara Bouchey; is that right?

13  A     Yes.

14  Q     Another was Barbara Jeske; is that right?

15  A     Yes.

16  Q     Another was Donna Morrison?

17  A     Correct.

18  Q     I think you mentioned this on direct examination.  At one

19  point prior to Pam Cafritz passing away, Barbara Jeske passed

20  away?

21  A     Yes.

22  Q     Do you remember about when that was?

23  A     I'm not sure if it was 2014 or 2015, but before Pam.

24  Q     And at the time that Barbara Jeske passed away in 2014,

25  2015, you had an understanding that Keith and Barbara Jeske

Salzman - cross - Agnifilo                    2077

1   still together?

2   A      Yes.

3   Q      At the time that Pam Cafritz passed away a few years

4   later, you had an understanding that Keith and Pam Cafritz

5   were still together?

6   A      Yes.

7   Q      At some point, tell me if this is right, you started

8   developing feelings, romantic feelings for Keith?

9   A      Yes, that's correct.

10  Q      At about 2000?

11  A      Yes.

12  Q      And at the time that you started to develop these

13  feelings for Keith, how long had you known him?  When did you

14  first meet him in relation to when you first started to

15  develop these feelings?

16  A      About a year.

17  Q      About a year?

18  A      Uh-hum.

19  Q      Okay.  And what kind of time were you and Keith spending

20  together during the year before you realized you had some

21  feelings for him?

22  A      I can't recall specifically, but it's going to classes

23  with him for a period of time, and I would spend social time

24  with him.  He and I would go for walks and I was invited to

25  hang out at 3 Flintlock, so we were spending time together.

Salzman - cross - Agnifilo                    2078

1   He would come over to my mom's house while I was living there.

2   Q    And at some point did you see or conclude that he had

3   feelings for you as well?

4   A    Yes.

5   Q    And I think you said that the first time that you had an

6   intimate contact with Keith was April 1, 2001; is that right?

7   A    Yes.

8   Q    And this was completely consensual on your part, am I

9   right?

10  A    Yes, it was.

11  Q    You liked him?  You wanted to be this way with him?

12  A    Yes, I did.

13  Q    Now, did you have concerns at the time, back in April of

14  2001, when you were starting to get involved with Keith, about

15  his lifestyle, the fact that he was living with three women,

16  that he seemed to be close with other women?  Did any of that

17  concern you?

18  A    Yes.  Some of the things about it.  It was difficult.  I

19  mean, I felt insecure, you know, but I also at that time

20  believed that Keith's relationships were very selective and

21  special, you know, and it was a small group of people that he

22  was choosing to have them with, and, so I felt special to be

23  part of that.

24  Q    And did you understand that there were certain rules, for

25  lack of better word, that Keith had for people that he was in

Salzman - cross - Agnifilo                    2079

1   a relationship with?

2   A    Yes, that they not have relationships with other people.

3   Q    And tell me if this is right:  One of them was that his

4   partner would have to be honest and transparent?

5   A    Yes.

6   Q    Second is that his partners had to be monogamous and

7   committed to him?

8   A    Yes.

9   Q    Third is that the partners had to inform Keith before

10  leaving the relationship; correct?

11  A    Yes.

12  Q    But one of the rules wasn't that Keith had to be

13  monogamous in return?

14  A    Correct.

15  Q    And tell me if this is right, that was sort of the

16  understanding going in, am I right?

17  A    That was the understanding go in, yes.

18  Q    So you knew when you started a relationship with Keith he

19  was then expecting you to be fully committed, monogamous with

20  him, but he wasn't planning to be monogamous with you or any

21  of the other women he was with?

22  A    That's true.

23  Q    Can I ask you why did you choose to pursue this

24  relationship with Keith given what you knew about him and what

25  his conditions were?

1  A     Because I believed that Keith had a world view and a

2  certain set of values and principles that were in line with

3  things that I really admired and wanted to be like, wanted to

4  have and uphold in my life and that relating with him and

5  having him in my life would help me do that better.

6  Q     And what were those principles that you were admiring?

7  A     That he was humanitarian, that he had this vision for how

8  we could all be, the word we used was interdependent but

9  worked as a team as kind of a collective humanity and learned

10  to be compassionate and care for each other and support each

11  other in non-violent ways with ethics, and I wanted that.

12  Q     And how was it that you were able to see that?

13  A     Mostly through the teachings, the curriculums that he put

14  out, my interactions with those, and how he would advise me in

15  my life and with some of the struggles I had.

16  Q     And I think what you said on direct examination is that

17  and Keith were in an intimate relationship between 2001 and

18  about 2008 or 4th?

19  A     Yes.

20  Q     During that period of time, was he ever inappropriately

21  aggressive sexually with you?

22  A     In a situation with Dawn that I recounted earlier, I felt

23  that was an example.

24  Q     Okay.  And is that the one where he was sort of trying to

25  pull your pants down?

Salzman - cross - Agnifilo                    2081

1   A    Yes.

2   Q    And tell me if this is right.  So you were with Keith and

3   Dawn Morrison; right?

4   A    Uh-hum.

5   Q    Do you remember where you were?

6   A    In Flintlock 3.

7   Q    And you were clothed?  You had pants on?

8   A    Yes.

9   Q    And Keith was trying to pull your pants down; right?

10  A    Yes.

11  Q    And you didn't want to do that?

12  A    Uh-hum.

13  Q    Right?  And you told him to stop; right?

14  A    A number of times, but he -- yes.

15  Q    And then --

16  A    Uh-hum.

17  Q    You told a number of times and he stopped?

18  A    Yes, he did.

19  Q    Other than that occasion which you told us about, was

20  there ever any other time that he was inappropriately

21  aggressive with you sexually or any other way?

22  A    It depends on what you mean by aggressive.  But the

23  general view of having emotional reactions or having emotions

24  in reaction to actions or behaviors by other people was viewed

25  as giving us an opportunity to work our issues.  So there

Salzman - cross - Agnifilo                    2082

1   would be often situations that I would be in with Keith,

2   usually with a lot of women around, and he would do things

3   like touching each other's vaginas or stroking their breasts

4   and doing these things very publicly among the group, you

5   know, that were very uncomfortable and might be seen as a

6   certain type of aggressiveness, but it was viewed as the

7   reactions that we were having to them were things we needed to

8   get through, so we stayed and participated in things that in

9   any other circumstance we wouldn't have.

10  Q    Did you ever express to Keith at any point, other than

11  the Dawn Morrison situation that we talked about, that there

12  was something that he was asking of you or encouraging you to

13  do of a sexual nature that you didn't want to do?

14  A    Well, I did communicate with him when different women

15  would approach me to have group sex with him that that wasn't

16  something that I wanted to do and especially when we stopped

17  having a sexual relationship, why that was particularly

18  upsetting to me.  I did communicate that.

19  Q    So on a few indications -- let me make sure I have this

20  right.  There were occasions where you had sexual contact with

21  Keith and another woman where you wanted to do that?

22  A    Yes.

23  Q    And then there were occasions where you just said women

24  would approach you to possibly have sexual contact with you

25  and Keith where you didn't want to do it?

Salzman - cross - Agnifilo                              2083

1   A    And there were occasions where I went along with having

2   sexual experiences with women with Keith that I didn't want

3   to, but I did it anyway and didn't communicate overtly about

4   it.  I just emotionally expressed that I was not happy and

5   then I would get feedback about my suffering.

6   Q    Okay.  So you would tell Keith something along the lines

7   of I really didn't want to do that or something like that?

8   A    I would act unhappy in the circumstance, but I would go

9   through it anyway.

10  Q    Okay.  Did you ever tell him, even after the fact, I

11  didn't want to do that or I don't ever want to do that again

12  or anything along those lines?

13  A    No, I didn't feel able to communicate that.

14  Q    I understand.

15           THE COURT:  I'm sorry, what was that?

16           THE WITNESS:  I didn't feel able to communicate

17  that.

18           THE COURT:  Why?

19           THE WITNESS:  I didn't want him to be displeased

20  with me.

21  Q    Putting the issue of sex and intimacy aside for a second,

22  was he ever aggressive with you in any other way?  I mean, did

23  he ever yell at you, anything like that?

24  A    Yes, he has yelled at me.

25  Q    Okay.  Has he ever touched you in a hurtful way, you

Salzman - cross - Agnifilo                    2084

1   know, anything, hit you, kicked you, slapped you?

2   A    Accidentally, not on purpose.

3   Q    The times when he would yell at you, would it be about

4   something -- well, give me a few examples, if you can

5   remember, of times that he would yell at you?

6   A    He would say that I was having -- you know, that a temper

7   tantrum or my behavior was difficult for him and he wasn't

8   going to talk to me about things if I was going to be like

9   this.

10        One time he kicked me out of the house until I came

11   back and apologized for my behavior, but generally it would

12   take place in situations where I would express upset or

13   frustration over the things that were going on with us or our

14   relationship or the circumstances around us.

15   Q    And fair to say it wasn't easy being in a relationship

16   with Keith, in part, because he had these other romantic

17   interests?

18   A    Correct.

19   Q    And there were times when you didn't think you wanted to

20   put up with that?

21   A    Yes.  And, also, I mean, there were times we weren't

22   relating, so I didn't feel like we were in a relationship

23   because we weren't even interacting for years.

24   Q    Right.  So I think after 2008 or 2009 your intimate

25   relationship started to wane; correct?

Salzman - cross - Agnifilo                    2085

1   A    Correct.  And he told me he put it on hold.

2   Q    I think what you said on direct examination is after the

3   fact he said he put your relationship with you on hold?

4   A    Yes.  Then later he said he didn't see it that way, but

5   he hadn't re-initiated.

6   Q    Right.  And for the time after your intimate relationship

7   with Keith had waned, when it had stopped or slowed down a

8   lot --

9   A    Yes.

10  Q    -- you were aware he was still having intimate relations

11  with other people?

12  A    Yes, I was.

13  Q    And that was hurtful?

14  A    It was painful.

15  Q    I think you said on direct examination that Keith was

16  highly respected, highly regarded in your community?

17  A    Yes.

18  Q    And he was viewed as an authority on different topics?

19  A    Yes.  And I think in large part because we had

20  relationships with a lot of those people in the community and

21  we edified him and the teachings and, so, he became highly

22  regarded as well through what we were saying, to confer that

23  on him where he didn't have relationships with a lot of those

24  people.

25  Q    He didn't have relationships?

Salzman - cross - Agnifilo                    2086

1  A     With a lot of those people directly.

2  Q     So people would say things about him.  Fair to say it was

3  almost like a myth around Keith?

4  A     To a degree, yeah.

5  Q     People said he could affect the weather?

6  A     Yes.  He said he could, or these things happened around

7  him and he could never explain them.

8  Q     Right.  He told you the time he was with Toni Natalie,

9  right?  Am I having the story right, and it was raining?

10 A     I didn't know it was Toni Natalie.  I heard the story

11 with the rain.

12 Q     And it was raining on Tony and not on Keith, this is the

13 story that he told?

14 A     Yes.

15 Q     And did he -- did he say it like as an interesting kind

16 of quirky thing or did he -- was he conveying to you that

17 because of some great force he wasn't being rained on?

18 A     I believe it was the latter, that there were these things

19 that happened to him that he couldn't account for and that

20 there was something really unique or special about him that

21 that happened, therefore, we should really take seriously --

22 like the way he was saying it to me it wasn't raining on

23 her because it -- I mean, it wasn't raining on him and it was

24 raining on her because somehow her behavior, conduct was out

25 of line and she wasn't listening to what he was saying and

Salzman - cross - Agnifilo                    2087

1   that what he was saying was so pertinent and so important,

2   that it's not even raining on me, look, this is how you can

3   believe what I'm saying, that what I'm conveying is so -- of

4   such importance that -- and who I am is so different.

5   Q    You've seen it rain on him?  He gets rained on like

6   everybody else?

7   A    Of course.

8   Q    Now, I'm going to show you what has been marked in

9   evidence as 362.

10        MR. AGNIFILO:  This is already in evidence.  I am

11   going to put it up on the ELMO, if I could, Judge.

12   Q    Can you see that okay?

13   A    Yes.

14   Q    All right.  And I think that the way that the Government

15   made this is it kind of goes from older relationships starting

16   with Ms. Cafritz around to sort of newer relationships ending

17   with Mr. Levy; is that right?

18   A    Yes.

19   Q    I think we already covered here that Pam Cafritz was in

20   over a 30-year relationship with Keith Raniere?

21   A    Yes.

22   Q    Passed away in November of 2016?

23   A    Yes.

24   Q    Barbara Jeske involved even in a longer relationship than

25   he was with Pam; right?

1  A     Yes.  There were long periods of some of the

2  relationships where they weren't active relationships but the

3  women never left and he never ended the relationship or they

4  tried to leave and he didn't want them to and ask specific

5  individuals, like myself or my mom, to go in and intercede to

6  help them to make the decision to stay.

7  Q     You've witnessed yourself, and I think this is what

8  you're referring to, the fact that Keith seemed very afraid to

9  have women leave him.  Does that seem right?

10  A     Yes.

11  Q     Just describe that for the jury.

12  A     He didn't ever want anybody leaving.  I mean, he wouldn't

13  end of the relationships even when they were over.  And even

14  -- I mean, to the extent that some of the women were having

15  real emotional and addictive problems that were potentially

16  life threatening, he wouldn't end the relationship to allow

17  them to move on or to attend to that in a different way

18  outside of those circumstances, which were very present for

19  the reason that the person was struggling.

20  Q     All right.  And so from what you were able to see --

21  A     I mean, he got us all to collateralize life vows to never

22  leave no matter what.

23  Q     Right.  I'm working in that direction.

24  A     Yeah.

25  Q     So never left Pam?  Was with her until the day she died;

1    right?

2    A    Yes.

3    Q    Barbara Jeske was with her until --

4    A    I have issues with the term with her.  He didn't end the

5    relationships.

6    Q    So when you say you have problems with regard to her, go

7    ahead, tell us what you mean.

8    A    I mean that, and I have discussed this with Keith but,

9    you know, in the last years of Barbara's life he wasn't

10   interacting with her very much and in the time she was sick he

11   didn't go to visit her almost at all.

12           So when you say with her, he never formally ended

13   the relationship, but he wasn't actively participating in the

14   relationship and those were things that I expressed to him and

15   even concerns that I had because I observed the -- I observed

16   Barbara, who wanted to have a child at one point in time, Pam

17   as well, Karen too, where he said we are, we are, we are, and

18   made a number of promises and those years passed by.  And

19   when -- at least a few of the women became past their fertile

20   years, you know, he was like, oh, he had somehow misgauged

21   this, or whatever, and I would express this to him on an

22   ongoing basis, that I don't want our relationship to be like

23   that, to not make me promises if he's not going to do that,

24   that I saw this happen with other women.  And even that I

25   related more with Barbara and the way that he related with

Salzman - cross - Agnifilo                    2090

1   Barbara and that my concern was that we were going to have

2   this relationship that was not active and in the end I would

3   die alone, that he wouldn't come visit me either.

4          And, so, he was with them in that he never formally

5   said I don't want to be in this relationship anymore.  He

6   wanted them to stay loyal and monogamous with him, but he

7   wanted to be able to not have to invest further in the

8   relationship and just go do other things that he wanted to do

9   while they were still there waiting, hoping that it would

10  change and feeling very feel emotional things or having issues

11  with it, that he would, in my experience, not empathetic to

12  and that he felt that they were -- they could just learn to be

13  joyful and they should be able to just get over those issues

14  and be happy no matter what the circumstance was.

15         And in some cases that he thought it was better for

16  them to stay with him because if they left and had a

17  relationship with someone else that relationship for some

18  other reason would be very damaging or destructive to them,

19  but that you could never compare it because they never did.

20  Q    Did he seem to really believe that?

21  A    Yes, I think so.  I think he did.

22  Q    And what you just all of us, you saw that happen in

23  realtime; correct?

24  A    Yes, I did.

25  Q    And --

Salzman - cross - Agnifilo                    2091

1  A    And it informed my struggles about the relationship over

2  time that I discussed with him.

3  Q    And you didn't leave him?

4  A    I didn't.  Correct.

5  Q    All right.  Now --

6  A    Which I also struggled with.

7  Q    Understood.

8         Dawn Morrison, another person I think you mentioned

9  was in a relationship with Keith for a period of time;

10  correct?

11  A    Yes.

12  Q    Do you know if Keith had a relationship of some sort with

13  your mother?

14  A    Briefly, he did.

15  Q    Many, many years ago?

16  A    Yeah, before mine.

17  Q    And then there's yourself.  Then there's Barbara Bouchey.

18  And Keith had an intimate relationship with Barbara; correct?

19  A    Correct.

20  Q    Kathy Russell the same?

21  A    The same.

22  Q    Daniella the same?

23  A    Yes.

24  Q    Marianna the same?

25  A    Uh-hum.

Salzman - cross - Agnifilo                    2092

1    Q     You have you have to say yes or no.

2    A     Yes.

3    Q     Camila the same?

4    A     Yes.

5    Q     Monica Duran the same?

6    A     Yes.

7    Q     Ivy Nevares the same?

8    A     Yes.

9    Q     Loretta Garza the same?

10   A     Yes.

11   Q     I think you said a couple of days ago Keith had a

12   relationship with Clare Bronfman?

13   A     I believe so, yes.

14   Q     Jim Del Negro?

15   A     No.

16   Q     Emiliano Salinas no?

17   A     No.

18   Q     Mark Vicente no?

19   A     Correct.

20   Q     Nicki Clyne yes?

21   A     Yes.

22   Q     Rosa Laura Junco, I think you said you didn't think he

23   had a relationship with?

24   A     He told me no and she told me no.

25   Q     Dani Padilla Bergeron yes?

Salzman - cross - Agnifilo                    2093

1   A      Yes.

2   Q      Allison Mack yes?

3   A      Yes.

4   Q      And Alex Bentancourt, Jack Levy no?

5   A      No.

6   Q      So the only woman on this chart, if I have my memory

7   right, that he did not seem to have a relationship with is

8   Rosa Laura?

9   A      Yes.

10  Q      What rank was Rosa Laura?

11  A      Rosa Laura was a proctor in the ESP.  I'm not sure how

12  many stripes she had.

13  Q      I mean, a pretty high level?

14  A      Yeah.

15  Q      And many of these relationships -- actually, did any of

16  these relationships come after DOS was created, to your

17  knowledge, or were all of these pre- existing the creation of

18  DOS?

19  A      My understanding -- Allison told me that when Daniella

20  enrolled her, she enrolled her into DOS and into a

21  relationship with Keith, so they came contemporaneously.

22  Q      Other Allison Mack, fair to say that all of the romantic

23  relationships that Keith had were before DOS was ever created?

24  A      Yeah.  And Daniella, to some extent, through the creation

25  of DOS, so, yes.

Salzman - cross - Agnifilo                    2094

1    Q    So Pam, Barbara, Karen, Kristin, Dawn, Nancy, yourself,

2    Barbara, Kathy, Daniella, Marianna, Camila, Monica, Ivy,

3    Loretta, Clare, Nicki, all before DOS?

4    A    Yes.

5    Q    Fair to say Keith's lifestyle from when you knew him was

6    that he had many relationships with many different women for

7    extended periods of time?

8    A    Yes, and he would change the rules on it, I mean, to some

9    degree.  Like I said -- I mean, we discussed that I said to

10   him initially, like when this started, I thought that it was

11   this small select group of people and he said that's true and

12   then at some point that changed.  So, you know, he would

13   change things and tell me several years after the fact or at

14   different times.  But, yes, what you're saying is correct.

15   Q    Right.  And regardless of the individual rules at any

16   point, it was pretty well known --

17   A    Yes.

18   Q    -- Keith had many relations with many different women and

19   that this went back to the late '90s?

20   A    Yes.

21   Q    Now, fair to say Keith never said to you that your

22   position in NXIVM was in any way independent on whether or not

23   you had an intimate relationship with him?

24   A    Correct.

25   Q    He never linked the two; right?

1    A    Correct.

2    Q    He never said to you if you want to be a proctor, if you

3    want to have an orange -- not scarf.

4    A    Sash.

5    Q    Sash.

6             -- orange sash or a green sash, you're better off if

7    you have an intimate relationship with me?  He never said it?

8    A    No, but the women who did were treated differently and

9    the women who left were treated differently.

10   Q    So let's talk about that for a second.  Marianna,

11   Marianna had a child with Keith; right?

12   A    Yes.

13   Q    Marianna lived with Keith?

14   A    Yes.

15   Q    Marianna, I think at one point you said that you guys all

16   went to Woodstock maybe in 2016.  Do you remember this?

17   A    Yes, I do.

18   Q    Okay.  And part of what was off putting for you about

19   this trip is that a whole bunch of you went and it was like

20   you were all kind of the guests of Keith and Marianna; right?

21   A    Yes.  And that he was becoming public with their

22   relationship in a way that he hadn't been before in front of

23   her family, and, so, it hadn't been discussed and it was

24   unusual.

25   Q    And so it seemed like he had sort of an especially

Salzman - cross - Agnifilo                    2096

1    public, close relationship with Marianna?

2    A    Or was making it so.

3    Q    Marianna never --

4    A    And very, very soon after Pam had died, you know, so.

5    Q    Marianna never preceded above being above a coach?

6    A    Marianna never proceeded being above a coach.  When

7    Marianna was a coach and Marianna was largely almost

8    completely inactive in ESP, so not participating in any active

9    programs, he wanted to promote her at V week and offered that

10   she should be jumped two stripe levels and that wouldn't have

11   been available to anybody else who was an inactive coach in

12   the same way.  So when the proctor group came back and said

13   that they didn't agree because she wasn't even actively

14   participating and didn't have the skill sets of any of the

15   people who were in the rank he wanted to jump here to, he said

16   well, if they don't like it, then I'll just jump her straight

17   to proctor.

18   Q    And did he jump her to proctor?

19   A    No, but he jumped her to stripe level, so she got a

20   promotion that nobody else outside of those circumstances

21   would have gotten, would have received.

22   Q    How many levels were you higher than Marianna?

23   A    I was two ranks higher.

24   Q    Within the ranks, how many sort of sublevels are there?

25   A    There are four in each rank.

Salzman - cross - Agnifilo                    2097

1   Q    So you were eight levels higher than Marianna?

2   A    Yes.

3   Q    And, so, Marianna, even despite the two levels of

4   promotion, she still was a coach?

5   A    She still was a coach.

6   Q    Remind the jury, what is --

7   A    Honestly, the -- I mean, I was fired from an executive

8   board position that almost nobody in the organization could

9   fill the job function of because of allegations of nepotism

10  coming from a former partner who left and was very public.

11  Within six months, I was back on the board position because I

12  was the only one doing that job.  So there were these types of

13  things where it wasn't commensurate necessarily with the work

14  that was being done, what happened.

15  Q    So you rose through the ranks because you worked very,

16  very hard, tirelessly, putting in long hours over many, many

17  years to earn the position that you got; correct?

18  A    Correct.  And to earn a relationship position with Keith

19  that he told me if I did that I would be able to have.

20  Q    And when you say relationship position, what do you mean?

21  A    I mean that he told me the reason we weren't having

22  children or we weren't having a relationship is because I

23  didn't have a good work output or I hadn't lost weight or my

24  state was very low or -- all these different things.  So I

25  focused on changing all of those things because he told me if

Salzman - cross - Agnifilo                    2098

1    I did being I would able to have that.

2    Q    So you were promoted professionally speaking?

3    A    Yes, I was.

4    Q    In NXIVM because of your hard work; right?

5    A    Yes.

6    Q    But what you didn't feel that you received, which you

7    feel you earned, was having a child and having that kind of

8    relationship with Keith Raniere?

9    A    Yes.  And also there were other things that were taken

10   away or withheld and blamed on my failures, personally and

11   professionally.

12   Q    And professionally, what do you feel was taken away from

13   you?

14   A    Well, like, for example, when he introduced a community

15   project, he was very vocal about the high ranks of ESP or

16   thwarting the growth of the program, so they can't take

17   leadership roles in the community project.  But then when the

18   community project was failing, I was asked to go in and please

19   help and speak to the community, or when he released the

20   Ultima program, the emphasis group was having trouble.  We had

21   infighting and various things and he said the Exo-Eso was

22   working very hard and if we could be like them, you know, that

23   was the way to be, we could really get things done.

24          But when they failed, basically their whole company

25   fell apart because they didn't have the skills necessary to

Salzman - cross - Agnifilo                    2099

1   run it, he asked us again it go in and fix it.  So there was a

2   level of competence, capacity that I and others had that we

3   were being asked to employ in the objectives that he was

4   starting after he had specifically said we were not allowed to

5   have the leadership positions because of how incompetent and

6   ineffective we were and then no recognition of the fact that

7   he had said we were the reason that the thing was going to

8   fail in the first place, but that we were the ones who went

9   and cleaned it all up at the end.  So this is a very difficult

10  thing to negotiate in terms of earning.

11  Q    And you mean earning, earning money or earning

12  something --

13  A    No.  I mean even evening the position.  If I can't have

14  the position because I am so ineffective that I'm going to

15  screw it up, but when the person you gave the position to

16  screwed it up, I'm going to go behind the scenes to help them

17  so they actually can do the position that they do and I don't

18  have the position because I was denied because allegedly I am

19  so ineffective, then why am I the one being sent in to go help

20  them run it, independent of money.

21  Q    Now, you talked about the NXIVM nine on your direct

22  examination.  Do you remember talking about that?

23  A    Yes.

24  Q    Just remind the jury what that is.

25  A    In around 2009, nine women left the organization.  They

Salzman - cross - Agnifilo                    2100

1  left NXIVM and wrote a letter that I was told it was an

2  extortionate letter and there were attempts to address this

3  legally.

4  Q    And do you know --

5  A    And they were referred to as the nine, you know.

6  Q    And do you know if efforts were made to bring this to the

7  attention of the district attorney in Saratoga County?

8  A    Yes, I believe there were.  I mean, I didn't see the

9  legal proceedings on it, but that's what I heard and that was

10  my understanding, yes.

11  Q    And you said that you were told that the letter was

12  extortionate?

13  A    Yes.

14  Q    Let me ask you just a few questions about that.  Do you

15  remember around the time that the letter was written there was

16  talk of the Dalai Lama coming to the Albany area?

17  A    Yes, there was.

18  Q    Just tell the jury what was going on.

19  A    Keith was organizing an event called the World of Ethical

20  Foundation Consortium and Sara and Clare Bronfman was part of

21  that initiative.  And he has an idea for this event, but... I

22  don't know all of the details of what happened in the event,

23  but the Dalai Lama was scheduled to come to Albany as part of

24  this event.  And I believe because of the media, the bad press

25  or whatever was going on with us at the time, he cancelled the

1   event.

2   Q      The Dalai Lama did?

3   A      Yes.

4   Q      And just for us all, who is the Dalai Lama?

5   A      The Dalai Lama is Tibet's spiritual leader.

6   Q      And do you recall that one of the people -- one of the

7   members of the NXIVM nine --

8              MR. AGNIFILO:  Your Honor, I might be in this

9   subject here for about ten minutes.  We can take our break.  I

10  know we have gone past our normal time.

11             THE COURT:  We should take your break.

12             MR. AGNIFILO:  That's fine.

13             THE COURT:  All right.  All rise for the jury.

14             (Jury exits the courtroom.)

15             (Continued on following page.)

16

17

18

19

20

21

22

23

24

25

L. Salzman - Cross - Agnifilo                    2102

1   (Continuing)

2            THE COURT:  The witness may stand down, please.  Do

3   not discuss your testimony with anyone.  Take a ten-minute

4   break.

5            (Recess taken.)

6            THE COURT:  Let's bring in the witness, please.

7            (Witness resumes the stand.)

8            THE COURT:  Please bring in the jury.

9            (Jury enters.)

10           THE COURT:  Please be seated.

11           You may continue your cross-examination,

12   Mr. Agnifilo.

13           The witness is reminded that she is still under

14   oath.

15   BY MR. AGNIFILO:

16   Q    Ms. Salzman, we left off and we were talking about

17   certain aspects of the NXIVM 9 situation.

18           Now, do you recall that -- I think you testified on

19   direct examination that following the NXIVM 9 situation, there

20   were major changes done to the executive board; am I right?

21   A    Yes.

22   Q    And is it true that Keith was essentially -- noticed the

23   fact that certain problems had been missed for a very long

24   time and had become bigger and bigger problems; is that a fair

25   way to put it?

L. Salzman - Cross - Agnifilo                2103

1   A    Can you be more specific?

2   Q    Sure, sure.

3        What was the problem?  What was the problem, as you

4   understood, as Keith expressed it at the time?

5   A    What I understood at the time was that there were

6   allegations being made that all the people on the executive

7   board were in relationships with Keith and having sex with

8   each other and that it was incredibly nepotistic.

9   Q    And Keith --  I'm sorry, go ahead.

10  A    And that part of replacing the board was discrediting

11  that.

12  Q    And, so, what happened to the board?

13  A    The whole board got fired, he created a whole new board,

14  and then, eventually, I was back on the board because nobody

15  on the new board was doing my job function.  Karen Unterreiner

16  stayed on the board the whole time.

17  Q    And your being on the board and being effective on the

18  board had nothing to do with the fact that you had had or

19  didn't have a relationship with Keith; correct, you were good

20  at your job?

21  A    In that case, I actually got fired from the board for a

22  period of time because I had a relationship with Keith, but,

23  yes, I got back on the board because I was good at my job.

24  Q    Now, one of the situations within the NXIVM 9, I think

25  you used the term "extortion," was that there was a monetary

LAM      OCR      RPR

L. Salzman - Cross - Agnifilo                2104

1   demand made, right?

2   A    Yes.

3   Q    And was there a belief within the organization at the

4   time that that was not a good faith monetary demand?

5   A    Yes, there was.  That wasn't a good faith monetary

6   demand.

7   Q    And that the bad faith monetary demand was made at a time

8   such that the Dalai Lama's visit could be interrupted?

9   A    Yes, it was interrupted.

10  Q    And following the situation with the NXIVM 9, I think you

11  testified on direct examination certain people were shunned?

12  A    Yes.

13  Q    And "shunning" is basically sort of the community just

14  turns their back on certain people, correct?

15  A    Correct.

16  Q    And I think --

17  A    Doesn't communicate with them, doesn't support them.

18  Q    I think you said on direct examination that for a period

19  of time your father was shunned; am I right about this?

20  A    Yes.

21  Q    And is that because he was connected with someone named

22  Nina?

23  A    Yes.

24  Q    And do you recall writing a letter to your father about

25  this situation?

LAM      OCR      RPR

1   A    Yes, I wrote several letters to my father about the

2   situation.

3   Q    And what did you tell your father in these letters?

4   A    Urging him to please support me and Keith and -- or me,

5   but it was NXIVM and me, and not support people who are trying

6   to destroy us as an organization.

7   Q    And you believed that these people were trying to destroy

8   NXIVM, correct?

9   A    Yes.

10   Q    And you were encouraging -- what was the situation

11   between your father and Nina?

12   A    That she was an employee of his.

13   Q    And Nina was one of the NXIVM 9?

14   A    Yes.

15   Q    And what did you want your father to the do with Nina?

16   A    To either convince Nina to withdraw her support from the

17   9 or to fire her.

18   Q    And did he?

19   A    No, he didn't.

20        He didn't want to take a position.  He wanted to be

21   neutral.  And, you know, Keith's point, and that was my point

22   at the time too, was that is there isn't neutral because he's

23   my father, so his vote counts in a different way than other

24   people's votes, and I should take a stand on this.

25   Q    And the stand that you took is you tried to convince your

L. Salzman - Cross - Agnifilo                    2106

1  father to fire this person Nina.

2  A    By leveraging the relationship, by withholding it from

3  him.

4  Q    By withholding?

5  A    The relationship, our relationship, from my father.

6  Q    So, you were basically -- well, what were you doing?

7        When you say you were withholding your relationship

8  with your father, describe to us what you were doing.

9  A    I stopped seeing him or being willing to talk to him

10 unless he would talk about this and address it and take action

11 on it, do what I was asking.

12 Q    And you described this yesterday as a form of shunning by

13 NXIVM, correct?

14 A    Well, it came at the time of a community project.  There

15 were discussions about it between me and the other community

16 members.  And, so, it became part of that.

17 Q    But you made the decision on your own?

18 A    I made the decision with Keith.

19 Q    And at the time, how old were you?

20 A    You know, thirtysomething, early thirties.

21 Q    And this is your sort of adult relationship with your

22 father, correct?

23 A    It's my adult relationship with my father based in

24 counseling and advisement from Keith about a subject that

25 Keith felt very strong about.  And it doesn't look -- I don't

L. Salzman - Cross - Agnifilo          2107

1    view it the same way right now.

2    Q    But, so, I'm asking at the time.  At the time, you

3    believed that this person Nina was a member of a group of

4    people that was going to be very damaging to NXIVM and was

5    damaging to NXIVM, correct?

6    A    I believe that Nina got involved in the group and

7    wasn't -- yes, that Nina was not withdrawing her support in

8    the taking a stand against the 9 and my dad was hiring her.

9    Q    And you wanted to communicate with your father very

10   clearly that:  If you continue to work with this person Nina,

11   I, your daughter, am not going to have a relationship with

12   you.

13        Right?

14   A    Based on going for walks, many walks, with Keith, where

15   he said, I don't think your father loves you.  This is an

16   example of not love.  If he really loved you, he would do

17   this, and I don't understand why he won't support us.

18        And my dad didn't want to take a stand that would

19   put him in a position to be on the receiving end of a bunch of

20   negative press associated with NXIVM and public scrutiny.

21   Q    Did Keith ever threaten you or say if you didn't write

22   these letters to your father something bad would happen to

23   you?

24   A    Keith, no, he never threatened me.

25   Q    So, you were doing this --

L. Salzman - Cross - Agnifilo                    2108

1  A    But if I didn't follow through on it, there would have

2  been many more talks until I had been willing to uphold the

3  ethical position or I would have been viewed as somebody who

4  isn't willing to do the ethical thing or the good thing or the

5  right thing.  And others, for example, Rosa Laura or the

6  Bronfmans, who had similar issues with their parents but were

7  financially in a different place and were financial backers,

8  were not put in positions to do that.

9  Q    And did you tell Keith you didn't want to take this

10 position with your father?

11 A    No, I didn't.

12       But I did discuss with him over the years what it

13 meant and why was it such an issue with me and why did he make

14 such a point of it with me when he didn't push the others or

15 make such a point of it with them.

16 Q    But fair to say you took this position with your father

17 because that's what you wanted to do?

18 A    Yes, and part of my wanting to do that is more than

19 anything else I wanted in the world was Keith's approval and

20 that Keith thought I was a definition of a good person by

21 doing the things that Keith laid out you had to do to be a

22 good person.

23       And I did that time and time again.

24 Q    Did you talk to your mother about it?

25 A    Yes.

L. Salzman - Cross - Agnifilo                    2109

1    Q    And what was your mother's position?

2    A    Everyone's position within NXIVM who was loyal to Keith

3    and viewed as supporting the mission had the same

4    perspectives.  And if they didn't, they wouldn't have been

5    viewed as supporting the initiatives or the mission of NXIVM.

6    They wouldn't have been in alignment with.

7    Q    Do you remember when Mark Vicente wrote a very critical

8    letter to the executive board in January 2016?

9    A    I remember there was a letter he wrote.  I don't remember

10   the contents of the letter, but, yes, I do remember that.

11   Q    Do you remember that he said that the executive board was

12   arrogant, that the old guard was punishing; do you remember

13   those things?

14   A    As you're saying them, I recall vaguely that, yes.

15   Q    Did anything happen to Mark Vicente?

16        Was Mark Vicente kicked out of NXIVM the next day or

17   anything like that?

18   A    Mark Vicente was viewed as a problem.  And myself and a

19   number of people were talked to on an ongoing basis about the

20   problem of that and dealing with it.  And Keith would bring up

21   frequently if he had to do it himself, it was going to be a

22   problem and that Mark was going to leave, so we had to go and

23   do it and it was raising to the level of problem because we

24   weren't doing it, we weren't getting our shit together and

25   dealing with the problem of Mark.

L. Salzman - Cross - Agnifilo          2110

1          So, when you start expressing those types of things,
2    you become viewed as a problem, talked about within the
3    organization, and others are sent to deal with the problem of
4    you until you either change your perspective or it raises to
5    the level that Keith has to deal with it and it can't be
6    resolved.
7    Q    Mark Vicente was never kicked out of NXIVM, right?
8    A    No, Mark was not kicked out of NXIVM, but Mark was viewed
9    as a problem and an issue for a long time before he was
10   kicked -- before he chose to leave NXIVM.
11   Q    He remained for a year and a half after writing this
12   letter where he told the executive board they were arrogant
13   and the old guard that it was punishing?
14   A    That's true.
15   Q    And it wasn't until he resigned -- he left NXIVM because
16   he resigned, right?
17   A    Yes, that's true.
18   Q    No one kicked him out, right?
19   A    That's true.
20   Q    I want to talk to you a little bit about Daniella.  You
21   talked about Daniella pretty extensively on direct
22   examination.
23   A    Yes.
24   Q    You said that she -- you taught a course, was it in
25   Monterrey, and she was in the course?

L. Salzman - Cross - Agnifilo          2111

1   A     Yes.

2   Q     And you said that you could see that she was very bright.

3   A     Yes.

4   Q     And you said that rather than going to boarding school in

5   Switzerland, she decided to come and take NXIVM courses in the

6   Albany area.

7   A     Correct.

8   Q     And at one point, she was in Albany; soon after you

9   taught her in Monterrey, right?

10  A     Yes.

11  Q     Did you know what her immigration status was at the time?

12  A     No, not initially.

13  Q     Did you know what her status was when she first came to

14  Albany?

15  A     No.

16  Q     Do you know what kind of visa she had or even if she had

17  a visa?

18  A     No.

19  Q     You weren't involved in securing visas for people, right?

20  A     Correct, I was not.

21  Q     And you were not involved in securing a visa for

22  Daniella, correct?

23  A     Correct.

24  Q     Now, you said at some point later, years later, Kristin

25  Keeffe was at a New Year's Eve party at your mother's house

L. Salzman - Cross - Agnifilo                    2112

1    and she had a conversation with you about Daniella?

2    A    She had a conversation with a group of people, yeah.

3    Q    I think what you said on direct examination is that

4    Kristin Keeffe had brought Daniella over the Canadian border;

5    am I remembering this right?

6    A    I didn't remember all the details of it, but, yeah, they

7    were talking about Daniella crossing the border at that point,

8    yeah.

9    Q    At the time, what was Kristin Keeffe's position in NXIVM?

10   A    I can't recall what her rank was in NXIVM, but I think --

11   at some point, Kristin worked on the legal team, but I don't

12   know specifically at that time if that was true.  She was a

13   proctor at one point, then she became a coach or was inactive

14   in NXIVM for a period, and then at one point she was working

15   in legal.

16   Q    She was on the legal team, she was not a lawyer, correct?

17   A    Correct, Kristin was not a lawyer.

18   Q    Now, Daniella's father was named Hector, correct?

19   A    Yes.

20   Q    Mother's named Adrianna?

21   A    Yes.

22   Q    And they had four children?

23   A    Yes.

24   Q    That was Marianna, Daniella, Adrian -- who also goes by

25   "Fluffy" -- and Camilla, correct?

L. Salzman - Cross - Agnifilo          2113

1   A    Correct.

2   Q    I think you testified yesterday that during V-Week in

3   2011, Dani was given an e-mail access?

4   A    Yes.

5   Q    I think you said she was using the happymonk55 e-mail

6   address.

7   A    Yes, she was with me, yes.

8   Q    These are all in evidence.  These are all 908-R, these

9   are different entries in 908-R.  I'm going to show you what's

10  already in evidence, so the jury can see it, 908-R2, Page 2 of

11  908-R.

12          (Exhibit published to the jury.)

13  Q    And just so it's clear, this is from Daniella at

14  happymonk55 to you from August 24, 2011, right?

15  A    Yes, correct.

16  Q    And V-Week is always the last -- sort of the end of

17  August, correct?

18  A    Yes, correct.

19  Q    And then up on top, there's another entry and it's from

20  Lauren Salzman to this NXIVM address from February 10, 2012.

21  A    Yes.

22  Q    Do you know what the two different dates signify?

23  A    One where I received the e-mail and the other where I

24  forwarded it to myself to keep it.

25  Q    So, the e-mail that you received is the bottom date, that

L. Salzman - Cross - Agnifilo                    2114

1   August 24, 2011 date.

2   A    Correct.

3   Q    And happymonk55, which you know to be Daniella, says:

4   From Keith, I have once again taken his time and resources

5   with the problems I create, especially in taking your time.  I

6   use Cami to indulge and satiate, I reinforce Fluffy's issues

7   and erroneous perception of himself.

8          Do you know what she's talking about here?

9   A    She's talking about the way that she -- the ways that she

10  interacted with Keith and myself and her siblings that were

11  damaging.

12  Q    And what was damaging about how she interacted with these

13  people?

14  A    She's saying she took Keith's time and resources by

15  creating problems, and that she was using Cami to indulge and

16  satiate, and reinforcing her brother's perception that she's

17  saying is erroneous, it's, like, false, false perception of

18  himself.

19  Q    Did you have an understanding that part of the reason

20  that Daniella received the punishment of going into the room

21  was that she was stealing from people and from NXIVM itself?

22  A    Keith told me that, yes.  And I had heard that she had

23  stolen money from NXIVM and returned it, but yes.

24  Q    Thousands of dollars?

25  A    Yeah, she stole a couple thousand dollars from the admin

LAM        OCR        RPR

L. Salzman - Cross - Agnifilo                    2115

1    office and then returned it.

2    Q    Was she working in the admin office for a period of time?

3    A    That was my understanding.

4    Q    And is it your understanding that it was cash -- you

5    know, sort of NXIVM cash just kept in the admin office?

6    A    Yes, that was my understanding, or cash -- yeah, that was

7    there in the admin office.

8    Q    And she stole that cash and then she basically confessed

9    to having stolen the cash.

10   A    Yes, correct.

11   Q    And in addition to stealing the cash, did she steal other

12   things?

13   A    Keith told me, I mean, that she was, like, stealing food

14   from the family and things.

15        Or at one point, he told me, or maybe Pam told me,

16   that they thought she had stolen -- there was, like, at the

17   Jness house, there was an honor cup for if you get a cup of

18   coffee, you pay a dollar for the cup of coffee.  They thought

19   she stole the money from the honor cup.

20        And Kristin reported that she had money on her when

21   they were driving her back to Mexico that she had stolen.

22   Q    We'll look at another page from this same exhibit.  We're

23   going to look at Page 7; 908, Page 7, still in evidence.

24        (Exhibit published to the jury.)

25   Q    I'm just going to look at the highlighted portion, which

L. Salzman - Cross - Agnifilo                    2116

1  is in that third paragraph there:  So, let me be superclear, I

2  will not do anything --

3           THE COURT:  Could you just slow down.

4           MR. AGNIFILO:  Of course, absolutely.

5           THE COURT:  Thank you.

6  Q    So, let me be superclear, I will not do anything I don't

7  want to do.  I will not choose based on what you suggest or

8  say.  I do, of course, hold your opinion and Keith's in very

9  high regard and they are of great influence in my decisions.

10 But what I do here now and anywhere anytime is ultimately my

11 choice.

12           She wrote that to you?

13 A    She did write that to me, yes.

14 Q    Do you recall what the issue was at the time, why she

15 wrote that to you, on August 27, 2011?

16 A    I don't recall specifically at the time, but she said, I

17 had the issue of feeling controlled or manipulated.

18           So, now she's saying she feels not controlled and

19 manipulated but it's her choice.

20 Q    And fair to say that on numerous occasions she would

21 state to you that she wanted to stay in the room, that that

22 was her choice.

23 A    She went back and forth:  I want to, I don't want to; I

24 want to, I don't want to.

25 Q    Sometimes she would say, I'm coming undone.

L. Salzman - Cross - Agnifilo                    2117

1        And I think we looked at some of those

2   communications a couple days ago, right?

3   A    Yes.

4   Q    And then sometimes she would say, I'm going to stay here.

5        Right?

6   A    Yes.

7   Q    And do you get the sense she was almost doubling down on

8   herself, saying, almost indignant, I'm going to stay in the

9   room.

10  A    Sometimes she would say that.  Sometimes she would be

11  determined to stay in the room.

12        But I mean, there is this issue of -- it was her

13  choice to stay in the room and not go back to Mexico and lose

14  her family and whatnot, but there is a thing about it where --

15  I mean, a big part of what Keith taught us in the technology

16  that we worked with in the school is being able to take the

17  thing the person fears and have it be the thing they need to

18  do to get what they want.

19        And there's this thing of leveraging their choices.

20  And if you understand a person's fears, then you understand a

21  person's values or what they feel attached to or dependent on.

22  There is leverage in the decision that isn't just something

23  that would be present otherwise.

24

25        (Continued on the following page.)

LAM      OCR      RPR

L. Salzman - cross - Agnifilo                    2118

1    EXAMINATION CONTINUES

2    BY MR. AGNIFILO:

3    Q    Now, you said yesterday a few times that, by going to

4    Mexico, she would have lost her family.  Do you remember

5    saying that?

6    A    Yes, she felt that.  She believed that.

7    Q    The different members of this family would go to and from

8    Mexico with some frequency, correct?

9    A    Yes, but if you look at really what happened, she went to

10   Mexico and the entire family shunned her, which is what she

11   was afraid of.

12   Q    We're going to get to that.

13        But the father, Hector, would go to and from Mexico,

14   correct?

15   A    Yes.

16   Q    The mother would go to and from Mexico, correct?

17   A    Yes.

18   Q    Various of the kids would go to and from Mexico, correct?

19   A    Yeah, I mean pursuant to their visa issues, but yes.

20        MR. AGNIFILO:  All right, we can look at Page 4 of

21   this same exhibit.  I'll zoom in a little bit just so it's a

22   little bit easier for all of us to read.

23        (Exhibit published.)

24   Q    So here she says, on September 11th, 2011:

25        Here is a thought:  When faced by an ethical breach,

L. Salzman - cross - Agnifilo                    2119

1    if the ideal way to fix it conflicts with your "mission," I

2    will not even go into this lie, then you still try to fix it

3    in any other way possible, trying to preserve as much value as

4    you can.  You don't go and deny there is a breach by

5    justifying it with your "mission," and make shit up about all

6    of the destruction of value being necessary.  You fight for

7    what you care for, dammit, even if it -- USN, her family,

8    falls in second place to your "mission."

9              Do you know why she keeps putting mission in quotes?

10   A    Because when Adriana left the room, so her mother was in

11   the opposite room, and when Adriana went back to Mexico what

12   she said is that her mission, like her life purpose, wasn't

13   something that she could do within the room.  So, she -- what

14   she wanted to do was join this group in this thing called the

15   Book of Life that she was saying was like her purpose, she

16   wanted to be part of this group to raise the consciousness of

17   humanity with this select twelve people, or whatever, and

18   that's what she was gonna do because it was her mission.

19             So that's what Dani is referring to.

20   Q    All right, and just -- just -- I know you went through it

21   a couple days ago, but just to review.  So, Dani goes in the

22   room first, right, and this is a room of the family's house --

23   I think the Court asked at one point whose house was it; it

24   was the family's house?

25   A    Yes, correct.  They were renting it.

SAM       OCR       RMR       CRR       RPR

L. Salzman - cross - Agnifilo                    2120

1   Q     Right, they were renting it.  And all the family members
2   lived there at one point or another, correct?
3   A     Yes, correct.
4   Q     And I think you said there were two bedrooms up on the
5   second floor?
6   A     Correct.
7   Q     And they shared a bathroom?
8   A     Correct.
9   Q     Okay.  And so Dani was in one of the bedrooms?
10  A     Yes.
11  Q     And she was there first?
12  A     Correct.
13  Q     And then Adriana, the mom, she went into the other
14  bedroom?
15  A     Yes, correct.
16  Q     And she was there for a period of time?
17  A     Yes.
18  Q     All right.  And then I think we said yesterday that, at
19  some point, the mom -- the mom had a romantic interest, who
20  was this singer, right?
21  A     I didn't say who it was or the nature of their
22  relationship, but yes, somebody who was close to her was
23  murdered and she left.
24  Q     Right.  And Facundo Cabral was his name, correct?
25  A     Yes, that's my understanding.

L. Salzman - cross - Agnifilo                    2121

1    Q     And he was a well-known Argentine singer?

2    A     Yes.

3    Q     Okay.  And he was shot to death in Guatemala?

4    A     Yes.

5    Q     Okay.  And whatever the nature of her relationship with

6    Facundo Cabral was, that's what prompted her to leave the

7    room?

8    A     At that time, yes.

9    Q     Yes.  And she went to the funeral of Facundo Cabral,

10   right?

11   A     Yes.

12   Q     And then she never really -- she never came back?

13   A     Yes.

14   Q     All right.  And she said she joined this other group?

15   A     Yes.

16   Q     And Dani stayed in the room a while longer, even after

17   her mother left, right?

18   A     Yes, correct.

19   Q     Okay.  All right, we are just going to go through a few

20   more of these, not too many.

21            All right, this is page 36 of that same exhibit.

22            (Exhibit published.)

23   BY MR. AGNIFILO:

24   Q     This is from HappyMonk55 to you, it's September 21st,

25   2011.  She says:

L. Salzman - cross - Agnifilo                    2122

1              Hey, so the consequence for my behavior toward you
2      is going to be what I had set before for any prideful
3      behavior; extend my time in the room for one additional week.
4      To rectify it, I want to tell you that I am sorry.  I was
5      wrong and very disrespectful, and I will be setting additional
6      more specific consequences for all the future destructive
7      behavior that's included.
8              Do you remember what she was talking about?
9      A    (No response.)
10     Q    I know it's a long time ago.
11     A    I can't remember specifically what she had done, that I
12     was telling her was prideful behavior, but she was saying this
13     was going to be her consequence for that behavior, she was
14     gonna fix it.
15     Q    Okay.  And from time to time, she would give herself
16     consequences, including vowing that she would stay in the room
17     longer?
18     A    That's true.
19     Q    This is page 55 of that same exhibit.  And this is -- I
20     want to focus on an e-mail that you wrote to her, and you
21     write to HappyMonk55, on September 27th, 2011:
22              I would like to see the results of the work you're
23     doing.  Can you send me a detailed mail?  Also, with respect
24     to being shitty with me last week, I think it's important that
25     you don't defer your consequence to the nonspecific future,

                SAM      OCR      RMR      CRR      RPR

L. Salzman - cross - Agnifilo                    2123

1    but rather absorb it now.

2            Do you recall what Dani had done that caused you to

3    write that?

4    A    Yes.  What she had done was saying that the consequence

5    of how she was going to fix it was adding one week to the room

6    at the end.

7    Q    Okay.  And you conveyed to her that she wasn't

8    respectful, nice, whatever that word summons here, what was

9    the problem?

10   A    What was the problem of her being not respectful or nice?

11   Q    You say that she was shitty.  What did she do?

12   A    I don't recall specifically what she did.

13   Q    Fair to say she fairly often would be disrespectful to

14   you in these written communications, correct?

15   A    Yes.

16   Q    And you were trying to help her, correct?

17   A    Yes, I was trying to help her, and also I was... I think

18   incredibly discompassionate [sic] and punishing with her

19   often.

20   Q    But the idea was that there were certain things that she

21   was supposed to do, that she could have done, if she wanted to

22   get out of the room, correct?

23   A    Yes.

24   Q    And you were helping her see, in a sense, the error of

25   her ways in terms of how she was acting; correct?

SAM      OCR      RMR      CRR      RPR

L. Salzman - cross - Agnifilo                    2124

1  A    Yes, but also when -- it wasn't something that I felt was

2  an error of her ways, I was willing to give feedback on

3  anything Keith thought or enact any consequences Keith thought

4  would be good, independent of whether it was my perception or

5  not, and often I couldn't see the thing he was talking about

6  and still would enforce those -- those things on her.

7  Q    Now, just talking about you for a second.

8  A    Uh-hum.

9  Q    Your beliefs.  Did you believe that she should stay in

10  the room?

11  A    I think it got really crazy that she was in the room for

12  a very long period of time and I questioned whether this was

13  something that was okay, even whether it was something that

14  would have legal implication, which is even why I forwarded

15  and saved the e-mails.

16  Q    Now, do you -- did you tell Keith that I think we should

17  let her out, I think it's time, I think this has gone too far,

18  we should let her out of the room?

19  A    I always questioned myself, not Keith.  Even when I had

20  questions about Keith, or doubts like that, I always went --

21  deferred to what Keith thought was better and I thought that

22  it was me, my fears, my limitations or issues, and that he was

23  Keith so he knew what was right or he knew what was ethical.

24  Q    But you didn't --

25  A    And often I avoided the whole situation altogether

L. Salzman - cross - Agnifilo                2125

1   because I couldn't really handle what was going on there.

2   Q    You didn't bring it up to him, you didn't go up to him

3   and say, hey, Keith, I think this has gone too far?

4   A    I didn't feel able to, no.  I just avoided it.  I left

5   her in the room all alone for months at a time.

6   Q    Because at the time you thought that was the right thing?

7   A    Because at the time I couldn't handle any aspect of

8   thinking it might not be.

9   Q    You could have just gone to Keith and ask -- did you

10  think that Keith valued your opinion?

11  A    To a degree, but also -- I mean, commensurate with what

12  was going on in the room was the NXIVM nine had left, Barbara

13  had left, and there was a lot of feedback that I was getting

14  from Keith about how I was directly responsible for that; my

15  failures, my mom's failures had caused that, and I didn't want

16  to be somebody who failed and caused hardship and destroyed

17  the company, you know, or hardship that would destroy the

18  company.  And so I was especially focused during this time at

19  doing a good job at whatever needed to be done.

20  Q    Now, the father and the mother were both involved in this

21  situation, correct?

22  A    Yes, they were.

23  Q    And Hector, the father, was fully on board with Dani

24  remaining in the room, correct?

25  A    Hector, the father, in my experience, is an incredibly

SAM     OCR     RMR     CRR     RPR

L. Salzman - cross - Agnifilo                    2126

1   weak personality and could have been enrolled to be on board

2   if Marianna was on board, or if Cami was on board.  Like if

3   the whole family said we're not on board, then I think that

4   Hector would not have been on board.

5   Q    But in terms of the interactions you had with Hector,

6   weak-willed or not weak-willed, he said, as the father of his

7   daughter, he supported her staying in that room, correct?

8   A    It's true, and he withheld her documents in the end as

9   well.

10  Q    And the mother had concerns about it, but the mother was

11  supportive of her being in the room as well?

12  A    Yes, that's true.

13  Q    And her two sisters were supportive of her staying in the

14  room as well, correct?

15  A    They were -- they had issues with it, but they were.

16  Q    And her brother, Fluffy -- Adrian, had some concerns

17  about it, but he wasn't objecting to her being in the room to

18  you, correct?

19  A    Adrian had objections that he was voicing and there were

20  times that Keith asked me to talk to the other -- the

21  siblings, including Dani, to help Adrian reform his

22  perspective and stop having those reservations.

23  Q    Okay, we are going to look at the next page, which is

24  page 60 of that same exhibit, 908, which is in evidence.

25            This is an e-mail from you to HappyMonk55, which is

SAM     OCR     RMR     CRR     RPR

L. Salzman - cross - Agnifilo                    2127

1  Danielle, and the third paragraph there says:  Please tell me

2  by 6:00 p.m. today what consequence you will take on today for

3  being an ass last week.

4  A    Yes.

5  Q    Do you remember what she had done that caused you to say

6  that?

7  A    No, not specifically.

8  Q    Now, just so we're clear --

9  A    Probably something along the lines of what we're talking

10  about.

11  Q    Are these things that Keith is telling you to say or are

12  these things you are choosing to say of your own volition?

13  A    I mean, these are my words.  There are some things he was

14  telling me directly to say and the things that I -- that I am

15  saying were informed by the things he was telling me directly

16  to say.

17         So, he would say, for example, tell her you have the

18  authority to shut the whole program down or tell her that, if

19  she's gonna continue to do this, you're gonna cut

20  communication with her, and then if she doesn't make a total

21  turn around by the time you re-establish communication, that

22  you're gonna make the formal recommendation to go back to

23  Mexico.

24         So he and I would have these conversations and then

25  that informed my setting these types of boundaries going

SAM      OCR      RMR      CRR      RPR

1   forward.

2   Q    But the words "tell me what you're gonna do today for

3   being an ass last week," those are your words?

4   A    Those are my words.

5   Q    I am going to show you another document that's already in

6   evidence.  It's Government's 1484-R.  It was put into evidence

7   yesterday.

8            So 1484-R, which is already in evidence, is a

9   two-page document.  I am going to zoom in on specific parts,

10  Ms. Salzman.

11           You can see on the top there, there are a number of

12  people on this e-mail chain.  There's Hector, that's the dad,

13  correct?

14  A    Correct.

15           (Exhibit published.)

16  BY MR. AGNIFILO:

17  Q    Aria, is that Marianna?

18  A    Marianna, yes.

19  Q    Cami is Cami or Camila, correct?

20  A    Correct.

21  Q    You're Lauren Salzman, obviously?

22  A    I am, yes.

23  Q    Kristin Keeffe is Kristin Keeffe?

24  A    Correct.

25  Q    All right, so this is an e-mail chain that starts

L. Salzman - cross - Agnifilo                2129

```
 1  actually on the previous page.  It starts actually at the
 2  bottom.  Let me see if I can do it the way -- there we go,
 3  that works.
 4           (Exhibit published.)
 5  BY MR. AGNIFILO:
 6  Q    All right, so we'll look at the whole thing.  So 1484,
 7  this is from Papa, correct, it says Papa at the bottom there?
 8  A    Yes.
 9  Q    And we can see from the header that it's from Hector, who
10  is the father, right?
11  A    Yes, correct.
12  Q    And Hector e-mails all these different people and he
13  informs everybody that she has mama PSP -- I am reading right
14  here (indicating):  She has mama PSP and 1,000 pesos and 100
15  Euros she stole from me.
16           Right?
17  A    Yes.
18  Q    This is -- this is the father talking about his daughter
19  Dani.  Do you know what the reference to PSP is, do you know
20  what that is?
21  A    I don't know what that is.
22  Q    Okay.  Pesos is obviously Mexican currency, correct?
23  A    Correct.
24  Q    And Euros is certain countries in Europe?
25  A    Yes.
```

L. Salzman - cross - Agnifilo                    2130

1  Q    All right.  And he says very clearly here:  My daughter

2  stole these things from me; in this e-mail, correct?

3  A    Yes.

4  Q    He goes on to say:  She also hacked my Facebook account.

5  Right?

6  A    (No response.)

7  Q    That's what he says?

8  A    He said it, yeah.

9  Q    And he's saying it to you and others?

10  A    Yes.

11  Q    He's informing you?

12  A    Uh-hum.

13  Q    That his daughter stole from him and Dani also hacked his

14  Facebook account, correct?

15  A    Yes.

16  Q    He goes on to say -- I'm looking right here (indicating):

17  Kristin Keeffe went to the border to see her crossing the

18  border.  My accountant was waiting for her across the bridge.

19         Right?

20  A    Yes.

21  Q    All right.  And so, your understanding, I think you

22  testified to this on direct, that when Dani chose to leave the

23  room and go back to Mexico, right?

24  A    Yes.

25  Q    Which was her choice -- at some point, that's what she

L. Salzman - cross - Agnifilo                    2131

1    chose?

2    A    Yes.

3    Q    And how old was she at the time that she left the room

4    about?

5    A    In her mid to late twenties.

6    Q    Okay, so a mid to late 20-year-old person chose to leave

7    the room and she was driven by her father and Kristin Keeffe

8    to the Mexican border, correct?

9    A    Yes.  Yes, correct.

10   Q    And what the father is informing you of here is that he

11   had his accountant waiting for her across the bridge,

12   presumably on the Mexico side of a bridge that separates the

13   two countries, correct?

14   A    Yes.

15   Q    Now, Hector had a fairly successful business, didn't he?

16   A    That's my understanding, yes.

17   Q    Do you know what kind of business it was?

18   A    I'm not a hundred percent sure.

19   Q    Do you know if he was involved in any sort of drilling?

20   A    Yes, some sort of construction or something.

21   Q    Okay.  Sagitta, S-A-G-I-T-T-A, I think, does that ring a

22   bell?

23   A    Vaguely.

24   Q    Okay.

25   A    But I knew he had a company and that he was certainly

SAM      OCR      RMR      CRR      RPR

L. Salzman - cross - Agnifilo                    2132

1   successful at one time, yes.

2   Q    He was a successful businessman?

3   A    Yes.

4   Q    Right.  And here, this successful businessman is telling

5   all these other people my daughter stole from me and she

6   hacked into my Facebook account, right?

7   A    Yes.

8   Q    That's what he's saying?

9   A    Yes.

10  Q    So he obviously made arrangements for her to be safe in

11  Mexico because he had an accountant that he's associated with

12  meet her over the border, right?

13  A    Well, he had -- he made arrangements for her to be safely

14  transported from the border to a city and then left.

15  Q    Okay, at a certain point, his twenty-something year old

16  daughter was going to have to fend for herself?

17  A    With a $126, or $128, and no papers or identification or

18  history in any way, when she had never fended for herself

19  before, and had just been kept in a room for two years and

20  left her entire family in Albany.

21  Q    Because that's the decision Hector, the father, made

22  after his daughter stole from him and hacked into his Facebook

23  account, right?

24  A    True.

25  Q    It says here:  She had ten weeks to do three tasks while

L. Salzman - cross - Agnifilo                    2133

1    in Mexico.  This is the father writing this.

2            First thing is earning her living down there.  I

3    gave her just 1660 pesos cash, around $128, and I paid for the

4    bus ticket to ███████.

5            ███████ is a city in Mexico, correct?

6    A     Yes.

7            MS. HAJJAR:  Objection, Your Honor.

8            May we have a sidebar?

9            THE COURT:  All right.

10           (Sidebar held.)

11

12           (Continued on following page.)

13

14

15

16

17

18

19

20

21

22

23

24

25





Sidebar - Sealed by Order of the Court                    2135

(Sealed sidebar concluded.)

(Continued on the following page.)

SAM      OCR      RMR      CRR      RPR

L. Salzman - cross - Agnifilo                    2136

1          (In open court - jury present.)

2          THE COURT:  All right, let's continue.

3          MR. AGNIFILO:  Thank you, Judge.

4  EXAMINATION CONTINUING

5  BY MR. AGNIFILO:

6  Q    So, Hector writes that the three things that she has to

7  do is she has to earn a living -- he points out that he bought

8  her a bus ticket, correct?

9  A    Correct.

10  Q    -- deliver the book report results, correct?

11  A    Correct.

12  Q    And getting her USA visa.  He says, I would pay the fees,

13  but Dani needs to do the paperwork, correct?

14  A    Yes, correct.

15  Q    And I'm just going to show you the bottom of this.  Let's

16  see if I can see it.  Okay.

17          And at the bottom, it says:  KK -- that's Kristin

18  Keeffe, right?  I'm looking two lines from the very bottom.

19  A    Yes.

20  Q    -- thinks she is still playing games, with little or no

21  conscience.  KK has proof that Dani hacked the Greathead

22  account.  KK had changed the password previously.

23          Right, it says that?

24  A    It says that, yes.

25  Q    Okay.  Now we will go to the next exhibit, which is 1485.

L. Salzman - cross - Agnifilo                2137

1   Also in evidence.

2            MR. AGNIFILO:  Give me one second, Your Honor.

3            (Pause.)

4            MR. AGNIFILO:  Okay, 1485 is already in.  This is

5   1485-R, which is already in evidence.

6            It's rebooting.

7            THE COURT:  It's rebooting.  Just give it a moment.

8            (Pause.)

9            MR. AGNIFILO:  All right.

10           THE COURT:  Okay.

11  BY MR. AGNIFILO:

12  Q    1485, 1485-R is already in evidence.  It's a two-page

13  document, here is the first page, and it's an e-mail string

14  that starts on the second page, so we are going to start on

15  the second page.

16           Now, this is an e-mail from Marianna, correct?

17  A    Correct.

18  Q    All right.  And Marianna writes:

19           Thank you for -- thank you very much for the time

20  and concern you've put into this situation.  I will always be

21  grateful with you for trying to help.  I know this shouldn't

22  be surprising, but it is.  I had been hopeful that she would

23  stop the games once given a harsh consequence, ex. been in

24  Mexico.  I feel extremely sad about her decisions.  I feel sad

25  for the way it will always affect her, the family, the people

L. Salzman - cross - Agnifilo                    2138

1   that love her, and the ones that look up to her.  This is

2   tremendous.  I've been thinking all day about it and I

3   really -- and I don't really know what to say.

4              So that's the first e-mail and that's from Marianna,

5   correct?

6   A    Correct.

7   Q    The next e-mail is on the first page, on the bottom of

8   it, and it starts -- it's from Kristin Keeffe, do you see that

9   there?

10  A    Yes.

11  Q    Okay.  And Kristin Keeffe writes, at 2/27/12, 11:14 p.m.:

12             I am glad I can be a help here.  I really feel you

13  guys are family to me.  I, too, am shocked and saddened.  I

14  have not been able to change my e-mail account passwords from

15  a different computer, so Dani is probably reading these

16  e-mails.  I suspect that is why we received the optimistic

17  "I'm working, everything is good, but I don't have time to

18  write more" e-mails today.  She read my e-mail from this

19  weekend laying out the specific data on her behavior, and is

20  now trying to act like everything is fine.

21             It might be wise to ask her when she is sending her

22  first book report while deciding how to address everything

23  else.  To my knowledge, she has not submitted a single

24  complete, adequately-done book report in all these years.  She

25  said she would do one book report a week, yet today is the

SAM      OCR      RMR      CRR      RPR

L. Salzman - cross - Agnifilo                 2139

1   eighth full day since she submitted to us that is what she

2   would do.  She may not be capable of building value in an

3   honest, straightforward fashion.  This is a very important

4   test.

5            That's what she writes, correct?

6   A    Correct.

7   Q    And then you write, Monday, February 27th, 2012, so it's

8   the same day, just a little later in the day:

9            Nonetheless, I think we should send an e-mail with

10  the new conditions of satisfaction as soon as possible.  Time

11  is running out if we are going to make a five-week window to

12  come back.

13           Now, what are you talking about in that e-mail?

14  What five-week window to come back are you referring to?

15  A    I think initially she was given a certain time period

16  that she had to complete her book report and get her papers to

17  be able to, I guess, legitimately come back into the Albany

18  NXIVM community and with her family.

19  Q    Okay.  And the next e-mail that's sent is later that same

20  day, almost midnight that same day, February 27th, from

21  Kristin Keeffe, and she writes -- I'm sorry, the next one

22  seems to be from Hector.  The next one is from Hector.  We're

23  working our way up.  And it says:  I agree about sending her

24  the new time window.  Should I send her the draft KK wrote?

25           And then Kristin writes:  Hector, did you send the

SAM      OCR      RMR      CRR      RPR

L. Salzman - cross - Agnifilo                    2140

1    draft to M, C and F?

2              Marianna, Cami and Fluffy, right?

3    A    Correct.

4    Q    In it I think we should change the 72-hour window for the

5    first book report to a 48-hour window.

6              Right?

7    A    Yes, correct.

8    Q    So Kristin is looking to narrow the window --

9    A    Yes, she is.

10   Q    -- from 72 hours to 48 hours?

11   A    Correct.

12   Q    And then Fluffy, the brother, writes:  How do we know she

13   hacked your e-mail accounts, KK?  Could I meet with you to

14   double check that?

15             Let me stop there for a second.  Fluffy -- does

16   Fluffy have any familiarity with sort of how to check if

17   e-mail accounts have or have not been hacked, do you know?

18   A    I don't know, but -- not to my knowledge.

19   Q    I personally wouldn't want to shorten her time because of

20   something that might not be so.  I hope this makes sense.  If

21   she is still playing games, her consequences will come to her

22   and it's just a matter of time.

23             Right?

24   A    Yes, correct.

25   Q    So what Fluffy is saying here is, to Kristin, how do you

SAM      OCR      RMR      CRR      RPR

L. Salzman - cross - Agnifilo                    2141

1   know that she's hacking your e-mail account?

2   A    Yes.

3   Q    We don't want to punish her by shortening her book report

4   window from 72 hours to 48 hours, so if she's not going to do

5   what she's not going to do, what's the difference between

6   72 hours and 48 hours, in essence.

7           Right?

8   A    Yes.

9   Q    And then you write:

10          Independent of the e-mail account, she has done

11  nothing toward getting back since she left.  She has no

12  measurable output of work.  She's made several requests that

13  Hector do work to provide her with the things she could get

14  herself, but hasn't tried, and instead she's reported in about

15  satiating and entertainment.

16          Okay, now, when you say here she's been reporting in

17  about satiating and entertainment, what are you talking about?

18  A    That she went to the carnival or the festival.

19  Q    In Mexico?

20  A    Yes.

21  Q    All right.  And what your point here is, e-mail account

22  aside, even if she didn't hack into any e-mail accounts she's

23  done nothing that she was supposed to do in order to get back

24  and she's going off to the carnival.  That's what you're

25  saying here, right?

SAM      OCR      RMR      CRR      RPR

L. Salzman - cross - Agnifilo                    2142

1    A    That's what I'm saying, but we came -- I mean -- I think

2    I was not right about that.  I did a lot of shitty things when

3    I was in my twenties.  It took me a long time to figure out

4    how to get my shit together, and I just don't think it raises

5    to the level of keeping her in a room for two years and then

6    disowning her and sending her back to Mexico with $120.

7    Like...

8    Q    How old were you in 2012?

9    A    (No response.)

10            THE COURT:  What was the question?

11            MR. AGNIFILO:  How old was Ms. Salzman in 2012?

12    A    (No response.)

13    Q    Take a moment.

14    A    I don't know.  It's not because I'm upset; I'm dyslexic

15    and really bad at math.  Sorry.

16    Q    It's all right.

17    A    I just --

18    Q    Tell me whenever you're ready.

19    A    I'm ready, I just can't do the math right at this second.

20    Q    Okay, I won't ask you again.  That's all right.

21            How old are you now?

22    A    Forty-two.

23    Q    Okay, I apologize for asking.

24            All right, so it's seven years ago.  Okay, so

25    it's --

SAM      OCR      RMR      CRR      RPR

L. Salzman - cross - Agnifilo                    2143

1   A    Thirty-five.

2   Q    Thirty-five, all right.  Okay, so just going back to the

3   e-mail, all right, you go on to say:

4           She failed to submit a concise plan for her book

5   reports or send anything that indicates she is making any

6   effort towards getting back.

7           That's how you felt at the time, right?

8   A    But if you read the e-mails that she was sending at the

9   time, she's telling us what she's spending her time doing

10  trying to get back and I'm completely disregarding it.  So she

11  was doing efforts to try to get back, that I was saying, no,

12  that's not it.  No, that's not good enough.  No, no.  Like she

13  was doing stuff.

14  Q    But that's not what you're telling her in these e-mails?

15  A    I know.  I understand.

16  Q    Right.  And these are e-mails that are coming to you,

17  you're reading her e-mails, right?

18  A    (No response.)

19  Q    You have to answer yes or no.

20  A    Yes, I -- yes.

21  Q    You're reading the e-mails.  You're thinking about how to

22  respond and you're responding, aren't you?

23  A    That's correct.

24  Q    And what you go on to say is:

25          I believe she knows this.  Given that this is part

SAM     OCR     RMR     CRR     RPR

L. Salzman - cross - Agnifilo                    2144

 1   of her game, I think it's important that we impose a

 2   consequence so that she actually has to earn something in an

 3   expedited fashion versus spending nine more weeks game

 4   playing.

 5            That's what you wrote?

 6   A    That is what I wrote.

 7   Q    And these are your words?

 8   A    That's correct.

 9   Q    1486-R, also in evidence.

10            (Exhibit published.)

11   BY MR. AGNIFILO:

12   Q    It's the first page, we start at the bottom.  This is --

13   this first e-mail is Daniella addressed to her father, right?

14   A    Correct.

15   Q    And she writes:

16            Papa, I don't have a book report now and will not

17   have it ready in 48 hours.  I started working on the one I

18   told you and it is about 600 pages long and in a large

19   textbook-like format, so it doesn't fit my measurements.

20            Did you have an understanding that, in addition to a

21   page limit, that there were certain -- I don't know, font

22   limits or different -- when she's saying measurements, do you

23   know what she's talking about here?

24   A    I'm not sure exactly what she was talking about.  I knew

25   Kristin had suggested they give her like a certain page number

L. Salzman - cross - Agnifilo                2145

1   and certain numbers of words, so I just interpreted it as

2   that, but I'm not sure what the measurement refers to.

3   Q    Okay.  So she's saying here she is not going to have a

4   book report done in 48 hours, right?

5   A    Correct, that's what she's saying.

6   Q    Now, Hector seems to forward this e-mail along and then

7   we have a response from Kristin, correct?

8   A    Yes.

9   Q    And Kristen responds, February 29th, 2012 at 7:20 in the

10  afternoon to Hector, to yourself, to Adriana, Cami and

11  Marianna, correct?

12  A    Correct.

13  Q    And Kristin writes:  Hi all.  I think this is a total

14  fabrication.  Dani has been stealing and lying about book

15  reports since before Gaelyn was born.

16          Gaelyn is the son that Keith and Kristin have,

17  correct?

18  A    Yeah, that's correct.

19  Q    In all these years, she's never produced one book report

20  that was adequately done and submitted in a straightforward

21  fashion.  Does she really expect us to believe that after all

22  these years of not producing and now when she has a full-time

23  job for the first time in her life, allegedly, she chose to do

24  a book report on a book that is three times the minimum

25  length, a 30,000 word report?

L. Salzman - cross - Agnifilo                    2146

1          She goes on to say:  She is such a liar, it takes my
2    breath away.  Dani was told she would be helped with visa
3    processing money only, that she would have to do everything
4    else on her own.  I discussed this with her at least six
5    different times in our last 16 hours together.
6          That's what Kristin writes.
7          And what Kristin's referring to here that she --
8    obviously, she accompanied Hector in driving Dani to the
9    border, correct?
10   A    Correct.
11   Q    And what she's saying in this e-mail is that these are
12   some of the things we discussed with her as we were driving
13   down to the Mexican border, correct?
14   A    Correct.
15   Q    I am going to go on.  Next one is 1487, 1488.
16          So 1488-R already in evidence.
17          (Exhibit published.)
18   BY MR. AGNIFILO:
19   Q    We pick up at the bottom of that first page, with the
20   e-mail we just looked at from Kristin where she says this a
21   total fabrication, right?
22   A    Correct.
23   Q    And then you respond later that same day, February 29th
24   at 2:57 p.m., and you say:
25          I'm in agreement with all of you, not one apology to

L. Salzman - cross - Agnifilo                    2147

1   anyone since she left.  I think this is all game playing.  In

2   the least, she could send a well-formed outline of the steps

3   it would take for her to legitimately get her papers and ask

4   for an extension as needed.  That's what a responsible person

5   would do; figure out the data, make a proposal, keep everyone

6   apprised of progress.  Saying "I can do nothing" is a lie.

7              These are your words, correct?

8   A    Correct, they are.

9   Q    And so, you're agreeing.  You got Kristin's e-mail,

10  right, the one below?

11  A    Yes, I did.

12  Q    You read it, right?

13  A    I did read it and, I mean, as I said yesterday, there

14  were a lot of things that she had done and she had been

15  apologizing a lot the entire time she was in the room.  There

16  were lots of things that everything she did we shot down.  So

17  when she finally stops doing it, and we're like, oop, now

18  you're not doing anything, I just -- I just don't agree with

19  how I was looking at it at the time.

20  Q    But you way you were looking at it at the time, when you

21  wrote this e-mail at 2:57 on February 29th, is you said you

22  agree with everyone?

23  A    It's true, I did.

24  Q    You agreed with what Hector wrote, right?

25  A    That's true.

L. Salzman - cross - Agnifilo                    2148

1    Q     You're agreeing with what Kristin wrote below, right?

2    A     Yes, it's true.

3    Q     All the string of e-mails that we just reviewed, you're

4    agreeing with all of it?

5    A     I did.

6               MR. AGNIFILO:  Your Honor, this would be a good time

7    to stop for the lunch break.  I am about to switch subjects.

8               THE COURT:  All right, we'll take our lunch break.

9               All rise, please.

10              (Jury exits.)

11              THE COURT:  The witness may stand down.  Please do

12   not discuss your testimony with anyone.  We will take an hour

13   for lunch.

14              (Witness steps down and exits the courtroom.)

15              THE COURT:  I would like the court reporter in the

16   robing room.

17

18              (Continued on the following page.)

19

20

21

22

23

24

25







Sealed Sidebar                                          2151

(Continued on next page.)

L. Salzman - Cross - Agnifilo                    2152

1           AFTERNOON SESSION

2                2:00 p.m.

3          THE COURT:  Bring the witness in, please.

4          (Witness resumes the stand.)

5          THE COURT:  Let's bring in the jury.

6          (Jury enters.)

7          THE COURT:  Please be seated.

8          You may continue your cross-examination,

9    Mr. Agnifilo.

10          MR. AGNIFILO:  Thank you.

11          THE COURT:  I remind the witness that she is still

12   under oath.

13   **LAUREN SALZMAN,**

14       called as a witness, having been previously duly

15       sworn, was examined and testified as follows:

16   CROSS-EXAMINATION

17   BY MR. AGNIFILO (Continuing):

18   Q    Good afternoon, Ms. Salzman.

19   A    Good afternoon.

20   Q    You said on direct examination that Keith would use

21   nicknames for different people.

22   A    Yes.

23   Q    And you said one of the nicknames Marianna had the

24   nickname "Monkey"?

25   A    Yes.

L. Salzman - Cross - Agnifilo                2153

1    Q     And Dani was "BoBo"?

2    A     Yes.

3    Q     And Kathy Russell was "Ms. Kathy"?

4    A     Yes.

5    Q     Were these nicknames meant to hurt these people's

6    feelings or were they good-natured?

7    A     I think they were good-natured.

8    Q     And a lot of people in the community had nicknames,

9    right?

10   A     Yes.

11   Q     Back in the day, you guys had a lot of fun together,

12   right?

13   A     Yes.

14   Q     You did a lot of things together.  You would go to V-Week

15   together, right?

16   A     Yes.

17   Q     And you would take these courses together, right?

18   A     Yes, we did.

19   Q     And you all lived in different houses but pretty close to

20   each other, right?

21   A     Yes, we did.

22   Q     And you had picnics and barbecues and played Frisbee,

23   right?

24   A     Yes.

25   Q     A lot of volleyball, right, in the middle of the night

LAM        OCR        RPR

L. Salzman - Cross - Agnifilo                2154

1   when the gym was cheaper to rent, right?

2   A    Yes.

3   Q    All that stuff.

4        I just want to show you not too many but a handful

5   of pictures.

6        MR. AGNIFILO:  These have been given to the

7   Government, 150.

8        I'm going to show it for a minute just to

9   Ms. Salzman, and, if there's not an objection, we'll put it

10  into evidence.

11       THE COURT:  Are these on the Elmo?

12       MR. AGNIFILO:  Yes.

13       THE COURT:  They are not in evidence?

14       MR. AGNIFILO:  Not in evidence, yet.

15       THE COURT:  Okay.

16  Q    Ms. Salzman, I'm showing you Exhibit 150.  It's a little

17  glary.  I don't know if I made it better.

18       Can you see who that is?

19  A    Yes.

20  Q    That's you and who?

21  A    Pamela Cafritz.

22       MR. AGNIFILO:  Your Honor, we offer 150 in evidence.

23       THE COURT:  150, is this a Government exhibit?

24       MR. AGNIFILO:  Sorry, it's Defense 150, Judge.

25       THE COURT:  Any objection?

LAM     OCR     RPR

L. Salzman - Cross - Agnifilo          2155

1        MS. HAJJAR:  No, your Honor.

2        (Defense Exhibit 150 so marked.)

3        (Exhibit published to the jury.)

4        MR. AGNIFILO:  Let me see if I can get rid of the

5   glare.

6   Q    That's Pam Cafritz, right?

7   A    Yes.

8   Q    Any idea where you are there?

9   A    Yes.  This is New Year's in Fiji.

10  Q    How many times did you go to Fiji?

11  A    Twice.

12  Q    What were the reasons you went to Fiji; was it a work

13  thing, a pleasure thing, both?

14  A    It was a social thing.  Pam was diagnosed with cancer and

15  wanted to go to Fiji and spend time with the people who were

16  close to her.

17  Q    And do you remember who went on that trip with you and

18  Pam?

19  A    A number of people went on the trip.  The first trip was

20  much more people, but, yeah, this was a smaller group.

21  Q    I'm going to show you another exhibit.

22        MR. AGNIFILO:  This is not yet in evidence, Judge,

23  Defense 151.

24  Q    Ms. Salzman, you're in that picture?

25  A    Yes.

L. Salzman - Cross - Agnifilo          2156

1   Q    And there are a number of other people in the picture

2   with you?

3   A    Correct, yes.

4          MR. AGNIFILO:  Your Honor, we offer it as Defense

5   151.

6          MS. HAJJAR:  No objection, your Honor.

7          THE COURT:  Defense Exhibit 151 is received in

8   evidence.

9          (Defense Exhibit 151 so marked.)

10          (Exhibit published to the jury.)

11  Q    And you're wearing the white blouse?

12  A    Yes, I am.

13  Q    Who else is that in the picture with you?

14  A    From left to right, Daniella Padilla, Nicki Clyne,

15  Marianna, and Omar Boone.

16  Q    And this is Fiji as well?

17  A    This is Fiji.

18  Q    I'm going to show you Defense 152 for identification, not

19  yet in evidence.

20          You're in that picture?

21  A    Yes, I am.

22  Q    And others are in the picture as well?

23  A    Correct.

24          MR. AGNIFILO:  We offer it as 152, your Honor.

25          MS. HAJJAR:  No objection.

LAM    OCR    RPR

L. Salzman - Cross - Agnifilo                2157

1    THE COURT:  152 is received in evidence.

2         (Defense Exhibit 152 so marked.)

3         (Exhibit published to the jury.)

4  Q    Who is in the picture?

5  A    Myself, Keith, Marianna and Nicki.

6  Q    Is that Fiji as well?

7  A    No, that's in Chacala.

8  Q    That's Mexico?

9  A    Mexico.

10 Q    Do you know when that was taken?

11 A    That was taken probably somewhere between January and

12 March.

13 Q    Of?

14 A    2018.

15 Q    2018?

16 A    Yes.

17 Q    And it's hard to tell, they're a little -- hold on.  You

18 might not be able to tell.  There are little sort of partial

19 heads there.

20        Any idea or no?

21 A    Keith and Marianna's son and Norma.

22 Q    And Keith and Marianna's son is which head?

23 A    On the right.

24 Q    Without the colorful head thing.

25 A    Correct.  That's Norma.

L. Salzman - Cross - Agnifilo                    2158

1    Q     And who's Norma?

2    A     Norma was a teacher in Rainbow.  In this case, I think

3    she was Keith's son's nanny.

4    Q     I have two more pictures.  This is Defense 153.

5          Do you see yourself in the picture there on the

6    couch?

7    A     Yes, I do.

8    Q     And there's a number of other people in there as well?

9    A     Correct.

10         MR. AGNIFILO:  We offer 153, your Honor.

11         MS. HAJJAR:  No objection, your Honor.

12         THE COURT:  All right.  Defense Exhibit 153 is

13   received in evidence.

14         (Defense Exhibit 153 so marked.)

15         (Exhibit published to the jury.)

16   Q     And this is you right here?

17   A     Yes.

18   Q     And can you tell who is to your left?

19   A     Pam is to my left.

20   Q     And can you tell who is to her left?

21   A     Karen Unterreiner.

22   Q     And to Karen's left?

23   A     In the back is Michelle Hatchette, next to -- on the same

24   couch as Karen is Loretta Garza.

25   Q     And can you see who is sitting in front of the couch

L. Salzman - Cross - Agnifilo                    2159

1    right here?

2    A    Diane Goodman.

3    Q    And here, right here?

4    A    Danielle Roberts.

5    Q    And can you tell who is on this side?

6    A    Gabby Baker.

7    Q    And can you tell who that is?

8    A    Pam Cafritz.

9    Q    And that is?

10   A    Karen Unterreiner, Loretta Garza, Daniella Padilla.

11   Q    And that's your mom sitting pointing?

12   A    Yes, correct.

13   Q    And this is the Jness room?

14   A    Yes it is.

15   Q    Would this have been a Jness meeting?

16   A    Yes.

17   Q    And you went to Jness meetings?

18   A    Yes, I did.

19   Q    And the last this series of pictures is Defense 156 for

20   identification.

21        Ms. Salzman, you're in that picture?

22   A    I am.

23   Q    And you're with five other people?

24   A    Correct.

25        MR. AGNIFILO:  We offer it as 156, your Honor.

L. Salzman - Cross - Agnifilo                2160

1          MS. HAJJAR:  No objection, your Honor.

2          THE COURT:  Defense 156 is received in evidence.

3          (Defense Exhibit 156 so marked.)

4          (Exhibit published to the jury.)

5   Q    Who are the people on either side of you, Ms. Salzman?

6   A    To the right as we're looking at it is Loretta Garza,

7   next to her Daniella Padilla, and then my mother Nancy

8   Salzman.

9   Q    On the other side?

10  A    On the other side, furthest left is Nicki Clyne, and next

11  to her Kerstin Ohlander.

12  Q    I want to take you back for one second to 152, which is

13  already in evidence.

14          You said the woman with the colorful thing in her

15  hair is Norma?

16  A    I believe so, yes.

17  Q    Was she a teacher of Arabic in Rainbow?

18  A    Yes, she was.

19  Q    Do you know if Keith's son was learning Arabic?

20  A    I believe so.

21  Q    And Rainbow Cultural Gardens -- we've heard something

22  about it, so I'm not going to ask too many questions about

23  it -- was sort of a language and cultural emersion program for

24  children.

25  A    Yes.

LAM      OCR      RPR

1  Q    And lots of different languages were taught in Rainbow,
2  correct?
3  A    Yes.
4  Q    And the idea was that kids would be exposed to different
5  languages at a very early age.
6  A    Yes.
7  Q    And how did Rainbow sort of interface with the mission of
8  NXIVM, generally?
9  A    That the idea was that the children would have very early
10 experiences and, thus, experiential reference points to
11 people -- people of different cultures and experiences of the
12 cultures themselves through the people and, thus, when they
13 became older they would be -- I think Keith called them, like,
14 citizens of the world.  They would have a deep experiential
15 reference point from early childhood of many different
16 cultures and feel a part of them personally and a love for
17 each of them.
18 Q    I want to turn our focus, if I could, to DOS.  You said
19 that you were told not to tell the slaves you brought into DOS
20 that Keith created DOS.
21 A    Yes.
22 Q    Fair to say Keith created every part of the NXIVM
23 curriculum, correct?
24 A    Yes, he did.
25 Q    Keith was behind every creative idea in NXIVM; fair to

1   say?

2   A    Yes.

3   Q    It was Keith's idea, for instance, to create the women's

4   group, Jness?

5   A    Yes, that's true.

6   Q    It was Keith's idea to create a Jness room, correct?

7   A    Yes.

8   Q    Keith created every module?

9   A    Yes.

10  Q    And tell the jury what a module is.

11  A    A module is just -- the two-hour practice sessions

12  subject specific in NXIVM were called modules.

13  Q    And Keith created them all in different topics.

14  A    Yes.

15        When we did DOS, he specifically instructed that we

16  were to tell people it was not part of NXIVM, it was separate

17  than NXIVM, so, thus, interpreted separate from anything NXIVM

18  related.

19  Q    For the moment, I'm just going to ask this series of

20  questions.

21        Keith created every piece of course work in NXIVM,

22  correct?

23  A    Yes.

24  Q    He created everything.  If something had creative content

25  in ESP or NXIVM, Keith created it.

L. Salzman - Cross - Agnifilo                    2163

1    A    Yes, that's true.

2    Q    And there were different sort of companies within NXIVM,

3    correct?

4    A    Yes.

5    Q    Ultima and things like that, did Keith create those as

6    well?

7    A    Yes.

8    Q    So, he created all the companies also.

9    A    Yes.

10   Q    Was there any precedent within your group for someone to

11   create something that wasn't Keith?

12   A    No.

13   Q    So, now the -- and did you call it "DOS" or did you call

14   it the "sorority"?

15           If you were discussing it two years ago, what would

16   you have called it?

17   A    After it became public, we started referring to it as the

18   "sorority."

19   Q    And before that, you would call it "DOS"?

20   A    Yes.

21           That was a specific distinction Keith made because

22   we hadn't formally called it a sorority.  Once it became

23   public and we started referring to it as the sorority, on a

24   technicality it was true that he didn't have affiliation with

25   the sorority.  But it wasn't true because he still had

LAM       OCR       RPR

L. Salzman - Cross - Agnifilo                    2164

1   association with it after that point.

2   Q    DOS borrowed concepts that were well known in other areas

3   of NXIVM, correct?

4   A    Yes, correct.

5   Q    Readiness was a well-known concept, right?

6   A    Yes, among the people who had done the men's program,

7   yes.

8   Q    SOP is the men's program.

9   A    Yes.

10  Q    Readiness was sort of a well-known concept.

11  A    Yes.

12  Q    And readiness was created by Keith.

13  A    Yes.

14  Q    And everybody knew that.

15  A    Yes.

16  Q    Collateral was a well-known concept in NXIVM, right?

17  A    Among those who took the higher level intensives, yes.

18  Q    Long before DOS was created, the concept of collateral

19  was something that if you took the higher level intensive, you

20  knew about it.

21  A    Yes.  It wasn't used in this way, but yes.

22  Q    In terms of the higher level intensive, how was

23  collateral used?

24  A    Collateral was used to back your word in the higher level

25  intensives.  And specifically in ethicists, we started

LAM      OCR      RPR

L. Salzman - Cross - Agnifilo                    2165

1    referring to it more.

2           Where if, for example, like, you failed at something

3    or you breached your ethic, like, you failed to uphold some

4    value that you held dear to yourself, you might take on some

5    penance.  And that penance was something that could be

6    corrective in nature but that you would back that with some

7    collateral.

8    Q    And just for the jury's benefit, the term "higher level

9    intensives," what does that encompass?

10   A    What is that?

11   Q    Yes.

12   A    So, when you first come into ESP, there's a basic

13   curriculum.  And the basic curriculum is considered level one

14   curriculum and it lays out a basic philosophical foundation

15   and certain emotional practices and skill sets, et cetera.

16          And then after you take that, you can qualify for

17   what I'm referring to in this case as a higher level

18   intensive.  So, it's an intensive that's based in having an

19   understanding of the earlier concepts.  So, you take the

20   concepts and now you're going to apply them to a bunch of

21   things.

22   Q    How specifically is collateral used in the higher level

23   intensives?

24   A    In terms of building your conscience.

25   Q    And how?

L. Salzman - Cross - Agnifilo                    2166

1      So, we're not talking DOS here, we're talking about

2   higher level intensives within NXIVM.  How does collateral

3   build one's conscience?

4   A    Because you care enough to uphold some sort of objective

5   or value -- like, let's say I want to be a caring person.  So,

6   I'm going to collateralize and I think that being caring is

7   being nonpunishing, for example.  If I were to be punishing to

8   you, it wouldn't be caring.  So, if I were to punish you, I

9   may take on some sort of penance.

10      And that penance could be maybe trying on how it

11   feels to be you being punished by me so that I can feel what

12   that's like.  And my humanizing you would help me understand

13   and think about how you're going to feel before I'm going to

14   do it, but I back it with some kind of collateral.

15      So, if I actually were not to rectify that, not to

16   humanize you and to continue to treat you in a nonhumanitarian

17   way, maybe I give up something that I really like.  It could

18   be maybe spending time with somebody in my life that's really

19   important to me, it could be not watching TV, it could be

20   giving up sugar, but something that's painful or uncomfortable

21   as a consequence because it's that important to me that I want

22   to uphold it, that I'd be willing to give something up if I

23   were to fail.

24   Q    And this concept of collateral in the context of higher

25   level intensives was created by Keith.

LAM      OCR      RPR

L. Salzman - Cross - Agnifilo                    2167

1    A     It was, yes.

2    Q     How about the concept that strong commitments build

3    character, is that something that was in the NXIVM curriculum?

4    A     It started to be and then more fortified through SOP.

5    Q     So before that concept, the idea that strong commitments

6    build character --

7    A     And ethicists as well.

8    Q     So, not talking SOP for a second, just the basic NXIVM

9    curriculum, what role did that concept play, the concept being

10   strong commitments build one's own character?

11   A     That if you make a strong commitment, your ability to

12   uphold that commitment against whatever unknown factors could

13   come up.  Like, at the time you make the commitment, you might

14   not know how difficult it's going to be to uphold the

15   commitment, but the strongest commitment you're going to

16   uphold no matter what the adversity is.

17        So, building that strong commitment also involves

18   going through certain adversities that you might not predict

19   ahead of time, and going through those adversities and

20   upholding the commitment makes you stronger to be able to

21   uphold the commitment.

22   Q     Thank you.

23        And how did that concept change or grow or become

24   different in the context of SOP?

25   A     In SOP, they started talking about more becoming somebody

L. Salzman - Cross - Agnifilo                    2168

1  whose word could be depended on.  If you have a strong

2  commitment, then I can count on you and you have my back.

3           So, before that, it wasn't -- it was viewed more

4  independently, like you having that for yourself, where in the

5  concept of SOP it became that people who have that strong

6  commitment are more reliable and we could count on each other

7  to have each other's back, but, also, that men have that more

8  than women and women are not reliable or don't have that

9  strong character commitment.

10 Q    Many of these concepts, the concept of collateral, the

11 concept of strong commitment, all of those were part of the

12 sort of DOS -- not curriculum per se, but what made up DOS,

13 correct?

14 A    Correct.

15 Q    And the people who were in DOS would certainly have known

16 that Keith came up with all of those concepts that were in

17 DOS, correct?

18           MS. HAJJAR:  Objection.

19           THE COURT:  Sustained.

20 Q    Let me ask you a different question.

21           These same concepts, these concepts we've been

22 discussing, were all staples of DOS; major, major elements of

23 the sort of DOS protocol, correct?

24 A    Correct.

25 Q    And did anyone else in NXIVM participate in creating

L. Salzman - Cross - Agnifilo                2169

1  concepts like collateral, commitment, other than Keith?

2  A    No, but the way that we spoke about DOS specifically

3  redirected them to think that it was other things, like Bhakti

4  yoga, for example, and brought in practices that we linked to

5  yoga on a regular basis and other things.

6          So, there was a lot of, I think, effort and

7  intentional effort to demonstrate that this was not -- we

8  borrowed things from many places, we took things from many

9  places, NXIVM being one of them.  But there were many others

10  that are outside of NXIVM and that we had just specifically

11  gotten permission from Keith to use these tools.

12          But we were using them among many tools that have

13  nothing to do with what we do in ESP, including things that

14  are very mystical or nonmeasurable, which was very anti-ESP.

15  ESP was very anti-nonmeasurement and nonmysticism.

16  Q    ESP was all about measurability?

17  A    Measurability and nonmysticism, yes.  So, having this

18  yoga focus, energy focus, shifted the way it was perceived in

19  DOS.

20  Q    And nothing had ever been created, no company, no

21  concept, no major project, by anyone other than Keith?

22  A    That's true.  Not within the NXIVM umbrella.

23  Q    Now, the first-line DOS masters knew that Keith was in

24  the creation of DOS because he created it along with some of

25  them, correct?

1   A    Yes.

2   Q    And that's -- one of the recordings that we listened to

3   yesterday afternoon and this morning were part of how DOS was

4   created.

5   A    Yes, correct.

6   Q    And certain DOS members who were not first-line masters

7   also knew Keith was involved in DOS; isn't that true?

8   A    Yes, that's true.

9   Q    And some of your slaves knew that Keith was involved;

10  isn't that true?

11  A    Came to know.

12  Q    Came to know.

13  A    But I never validated it, but yes.

14  Q    And at least one of your slaves recognized the brand was

15  Keith's initials.

16  A    That's true, and had a number of problems with it because

17  her father -- well, her father was a rancher, and she said,

18  Basically, this is what we do to the cows, is we brand them

19  with our initials and it shows that they are our property.

20       And it became -- it was an issue for her.

21  Q    And the brand itself had looked like a big K, didn't it?

22       I can show you.  I'll show you what's already in

23  evidence --

24  A    Yes, but it was flipped on its side upsidedown.

25       MR. AGNIFILO:  It's 429, already in evidence.

L. Salzman - Cross - Agnifilo                    2171

1              (Exhibit published to the jury.)

2    Q     I'm going to show you 429.

3              That's the brand, right?

4    A     On its side, yes.

5    Q     So, here it looks like a K.

6              Some people thought it was an A and M; is that

7    right?

8    A     Yes.

9    Q     And it's not, right?

10   A     No.

11   Q     You heard many people say Allison Mack's initials are in

12   the brand, right?

13   A     Yes.

14   Q     And that's just not true.

15   A     It's not true.  I mean, as Keith said, you can creatively

16   see many letters in there.

17   Q     But one of your slaves saw the K and the R.

18   A     Yes, she saw the K and the R because the slave stencils

19   were mirror image upsidedown -- I mean the slaves' brands were

20   mirror image upsidedown, but the stencil was the right way.

21   So, when the stencil was laying on the table sideways, she saw

22   KR, big K, little R.

23              But it's flipped on purpose so they wouldn't see

24   what it was.

25   Q     I think you said on direct that it was sort of a mirror

L. Salzman - Cross - Agnifilo                2172

1   image.  So, if you were looking in the mirror --

2   A    You could see it.

3   Q    You would see the K and the R in the mirror?

4   A    Yes.

5   Q    But you would be at a different angle where it's harder

6   to make that out if you were looking down at it.

7   A    Yes.

8   Q    Now, you had six slaves, right?

9   A    Yes, I did.

10  Q    Did Keith ever sleep with any of your slaves?

11  A    No, not to my knowledge.

12  Q    Did Keith have sexual contact, to your knowledge, with

13  any of your slaves?

14  A    No.

15  Q    Did that even come up as a possibility?

16        Did Keith ever mention anything to you about

17  possibly having sexual contact with any of your slaves?

18  A    Only to the effect of saying that if I commanded Sarah

19  have sex with or have children with somebody other than her

20  husband she had to do it, but he was not specific about it.

21  Q    Let me ask you about that.

22        There was concern about bringing married people into

23  DOS, correct?

24  A    I came to learn that there had been debate over that

25  before I joined.

LAM        OCR        RPR

L. Salzman - Cross - Agnifilo                    2173

1   Q    And the concern was that DOS involved this sort of

2   supreme commitment, correct?

3   A    I don't know specifically what the concern was.  I wasn't

4   part of those discussions.  They had them before I came.

5   Q    Well, in terms of --

6   A    But it starts to become problematic to me if you make a

7   life commitment to somebody that you intend to keep, like a

8   husband or spouse or partner, and then you create this supreme

9   commitment that came after and that supreme commitment that

10  comes after involves violating the first commitment, and we

11  call it "building your word."  That is certainly inconsistent.

12  Q    Keith never said that Sarah had to have sex with anybody

13  other than Nippy, her husband, right?

14  A    Correct.

15  Q    The conversation that you and he had about it was a

16  theoretical conversation, given the fact that she was a

17  married person, right?

18  A    It was a theoretical conversation.  I don't know given

19  that she was a married person, it's just something he said.

20       And the content is just interesting now with all the

21  information that's become more public.

22  Q    In fairness, you had a major change in perspective

23  between the time were you involved in DOS and as you're

24  sitting here today.

25  A    Yes.

LAM      OCR      RPR

L. Salzman - Cross - Agnifilo                    2174

1   Q    Major.

2   A    Major.

3   Q    180 degrees.

4   A    It's true.

5   Q    And to your knowledge, no married person was ever told or

6   asked that they should have sex with someone other than their

7   spouse.

8   A    I don't know.

9   Q    You don't know of it happening, right?

10  A    I don't know of it happening.

11  Q    And in terms of your slaves, the only married person was

12  Sarah; am I right, or was anyone else married?

13  A    No, three of them were married and one was engaged and

14  then later married.

15  Q    And none of them were confronted with a choice or a

16  direction or a suggestion that they should have sex with

17  anyone.

18  A    Correct.

19         But I didn't come to learn until after I was in the

20  case that there was a secret sex portion of DOS, which I did

21  come to learn, and I wouldn't have wanted to support that had

22  I known that that's what it was, whether they were married or

23  not.

24  Q    We're going to get to all the stuff that you came to

25  learn.

L. Salzman - Cross - Agnifilo                    2175

1          Now, you testified that you used encrypted

2    applications when communicating in DOS?

3    A    Yes, we did.

4    Q    And these were highly private matters; right, very

5    private communications?

6    A    Yes, they were.

7    Q    You wouldn't want them out in the world.

8    A    Yes, that's true.

9    Q    And maintaining the privacy of these communications was

10   very important to you and everybody at DOS; is that right?

11   A    Yes, correct.

12   Q    Were you concerned in part because in past years people

13   had hacked into the NXIVM computer?

14   A    After DOS became public and -- we were concerned about

15   that, yes.

16   Q    Okay.  Because --

17   A    And specifically because, to my knowledge, someone had

18   accessed even the NXIVM computer right after DOS became public

19   in an unauthorized way and, also, because...

20          I mean specifically for me, because Mark Vicente was

21   saying things to myself and Alex Betancourt at the time like

22   he was concerned that his phones were tapped or his computers

23   were hacked.  So, Alex and I at the time were wondering if his

24   concern was because that was something he was doing, because

25   it wasn't something that we knew of that we were doing.  So,

L. Salzman - Cross - Agnifilo                 2176

1   we didn't understand why he would be concerned about it.  His

2   raising it as a concern caused us to be concerned.

3

4              (Continued on the following page.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

LAM      OCR      RPR

Salzman - cross - Agnifilo                    2177

1  CROSS EXAMINATION

2  BY MR. AGNIFILO:  (Continuing)

3  Q    So you were concerned about these confidential

4  communications being accessed by people who had no business

5  knowing; right?

6  A    Yes, and also because somebody who worked for Allison

7  took pictures, she thought took pictures off of her computer

8  when she wasn't authorized to do it.

9  Q    This is someone else in DOS?

10 A    No.

11 Q    Someone else in NXIVM?

12 A    Yes.

13 Q    Okay.  Gained access to Allison Mack's computer and

14 removed content from her computer?

15 A    That's what Allison told me.  Allison believed she took

16 photographs of things on Allison's computer, which she wasn't

17 authorized to be using Allison's computer.

18 Q    And one of the things you talked about was a concept of

19 readiness.  You talked about that quite a bit on direct

20 examination.

21 A    Yes.

22 Q    Now, were the readiness drills meant to punish people?

23 A    I don't believe readiness was designed to punish, no.

24 Q    Readiness wasn't designed to make people exhausted and

25 weak?

MDL      RPR      CRR      CSR

Salzman - cross - Agnifilo                    2178

1   A    I don't believe that was the intent of readiness, to make

2   them exhausted and weak, no.

3   Q    You wouldn't want exhausted, weak members, right?

4            That wasn't the point of DOS, to make them exhausted

5   and weak?

6   A    I don't think the point was to make them exhausted and

7   weak.  I think through the work that they were doing, I

8   certainly was doing -- I mean, with the book work and

9   different things and doing all the other jobs and the things

10  in DOS, I was exhausted a lot of the time.

11  Q    It was a demanding program?

12  A    Yes.

13  Q    Okay.  It was meant to make people stronger; correct?

14  A    That was the theory, yes.

15  Q    Right.  And readiness was all about preparedness;

16  correct?

17  A    That was my understanding.

18  Q    And being responsive; right?

19  A    Yes.

20  Q    Being part of a well-oiled team that could mobilize

21  quickly on literally a moment's notice?

22  A    Yes, and about making this the highest priority.

23  Q    Right.  And DOS and NXIVM existed in parts of the world

24  that weren't always safe, like parts of Mexico?

25  A    Yes, that's true.

Salzman - cross - Agnifilo                    2179

1   Q    And both DOS and NXIVM had strong presences in Mexico;
2   right?
3   A    Yes.
4   Q    And you testified on direct examination that kidnappings
5   were a very real concern for the folks living in Mexico?
6   A    That's true.
7   Q    And, in fact, some of the people in DOS were personally
8   impacted by kidnappings?
9   A    Yes.
10  Q    And readiness was an important principle, important
11  practice so that people could mobilize on a moment's notice
12  and be able to respond to situations that could be emergent?
13  A    That's what it was meant to do, yes.
14  Q    And you testified on direct that readiness was put in
15  motion in regard to someone who was missing in Europe?
16  A    Yes, this happened.
17           MS. HAJJAR:  Objection, Your Honor.  May we have a
18  sidebar?
19           THE COURT:  All right.
20           (Sidebar held outside the hearing of the jury.)
21           (Continued on the next page.)
22
23
24
25

Sidebar                                                  2180

1          (The following occurred at sidebar.)

2          THE COURT:  What is the objection?

3          MS. HAJJAR:  Your Honor, the witness was very clear

4    there are two types of readiness:  SOP readiness and readiness

5    in the context of DOS.  She has described them differently and

6    the distinctions between them.

7          Counsel's question is asking about readiness without

8    qualifying which one and I worry it's giving the witness, or

9    misleading the witness because it sounds like -- we are

10   talking about DOS readiness at times and then we are talking

11   about SOP readiness at times.

12         The witness has been very clear these are distinct

13   things and I don't want there to be any confusion about which

14   one she's talking about when she talks about connecting to

15   Mexico.

16         MR. AGNIFILO:  First, this is an issue for redirect

17   if she wants to go there.  This was all covered on direct

18   examination.  She brought up the situation in Europe.  It

19   was -- you know, I'm just following up on the question.

20         MS. HAJJAR:  Counsel can ask, but if it's confusing

21   or misleading because it conflates two different types of

22   readiness, we would just ask that the questions be posed in

23   such a way as to make clear what she's talking about.

24         MR. AGNIFILO:  I'm going to make this distinction in

25   about two minutes, that DOS was sort of a hypervigilant

```
                        Sidebar                      2181
```

1   readiness where people can go dark.  So I'm getting to all

2   that.

3           THE COURT:  So why don't you make it now and let's

4   solve the problem.

5           (Sidebar concluded.)

6           (Continued on the following page.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Salzman - cross - Agnifilo                    2182

1          THE COURT:  All right.

2   Q    Readiness was a concept that started SOP; correct?

3   A    Yes.

4   Q    And while readiness was in SOP, do you recall if that's

5   when this situation was going on with Europe and readiness

6   helped find someone who was missing in Europe?

7   A    Yes.

8   Q    And do you know of another situation in Mexico where

9   someone was having an issue with Mexican police and the SOP

10  guys put out a readiness alert and they responded to the

11  situation and brought peace to what could have been a

12  dangerous situation?

13  A    That's what I heard, yes.

14  Q    And, now, the concept of readiness as it existed in SOP

15  was incorporated and kind of magnified in DOS; is that fair to

16  say?

17  A    Yes.

18  Q    And one of the differences was that in SOP the men had to

19  all be ready all the time except they could, as they say, go

20  dark from time to time?

21  A    Yes.

22  Q    In other words, I'm -- I don't know, I'm --

23  A    Unavailable.

24  Q    I'm in the middle of a trial.  I'm not ready.  I'm not

25  going to get back to you in a minute; correct?

Salzman - cross - Agnifilo                    2183

1   A    Correct.

2   Q    And in DOS, you couldn't go dark; right?

3   A    Very rarely.

4   Q    It was sort of a higher -- to go dark, it had to be

5   really something -- really, really an emergency?

6   A    Yes.  And also in SOP the people chose to be in

7   readiness, where in DOS you are in a collateralized vow of

8   obedience and put in readiness.

9   Q    Right.

10          And just to be clear, having one's collateral

11  released in DOS was not hitched to lack of readiness, right?

12  If you weren't ready, you'd get a penance?

13  A    That's how we used it.

14  Q    The penances could be a cold shower; right?

15  A    Yes.  But I could see how if somebody believed they were

16  in a collateralized vow of obedience for life and weren't

17  being obedient when they were told to be ready, that they

18  might be afraid of that.

19  Q    Okay, but I'm just going to ask you how you actually used

20  it.  I'm not going to ask you anything about what somebody

21  might be afraid for the time being.  All right.

22          So, there were readiness problems all the time in

23  DOS; right?

24  A    They were readiness problems, yes, all the time in DOS.

25  Q    Right.  Did you ever say to one of your slaves you

Salzman - cross - Agnifilo                    2184

1   weren't ready, I'm releasing your collateral?

2   A     No, I never said that.

3   Q     To your knowledge, did anyone ever say --

4   A     But I did say to them if you guys don't get your shit

5   together it affects my life and, like, I can be locked in a

6   cage.  I said that.

7   Q     Okay.  And that is an extreme penance, but it's not the

8   release of collateral; correct?

9   A     Correct.

10  Q     So the penances could be sort of anything you guys wanted

11  them to be, fair to say?

12          Let me ask you a different question.  Some of the

13  penances were cold showers, right?

14  A     Yes.

15  Q     Might have to go outside when it's cold?

16  A     Yes.

17  Q     Stand in the snow?

18  A     Yes.

19  Q     Then at some point paddling came into this; right?

20  A     Yes, and then it became -- I mean, Keith spoke about it

21  on many occasions:  The most committed people do this, the

22  most committed people do this.  And having Keith above you

23  saying the most committed people are going to do the dungeon

24  stuff, that affects you in a certain way.

25          And having me above people, when they looked at me

Salzman - cross - Agnifilo                    2185

1  as somebody who was most committed and head of not only

2  promotions in ESP, but a high rank and somebody who is

3  respected and had a lot of -- they cared about my opinion and

4  that I thought that they were most committed affect their

5  decision to do those things.

6  Q    Can I ask you a question?  Did I ask you that?

7          I was going through different collaterals, right.  I

8  didn't ask you anything yet about cages or anything; right?

9  Do you agree with me?

10  A    Not specifically.

11  Q    So why did you just say that?

12  A    Because I believe a lot of mistakes were made and

13  unfortunately I think some of those mistakes were criminal,

14  and I think that's why we're here, and I think trying to

15  legitimize that nothing bad happened, it isn't true that

16  nothing bad happened.

17  Q    Can I get back to asking you the different types penance?

18  A    Yes.

19  Q    So people would do planks; right?

20  A    That was a type penance, yes.

21  Q    You know, you've got to go on your arms and keep your

22  body parallel to the ground for a minute or two minutes, or

23  whatever it is; right?

24  A    Yes.

25  Q    Now, I want to --

Salzman - cross - Agnifilo                    2186

1   A     Paddling.

2   Q     Right.  Right.

3              THE COURT:  I'm sorry, I missed that.

4              THE WITNESS:  Paddling.

5   Q     Paddling.  We're going to get to that in a minute.

6              I want to talk about acts of care.  You said one of

7   the things that a slave in DOS would do would be acts of care

8   for the master; correct?

9   A     Correct.

10  Q     Did you have an understanding that part of the purpose of

11  an act of care was to build character in the slave?

12  A     I was told that it was to learn to care.

13  Q     To learn to care for someone other than yourself?

14  A     Yes.

15  Q     And in this case, caring for your master?

16  A     Yes.

17  Q     You said some of the acts of care were -- would be

18  sometimes go -- if you're going to the grocery store, do you

19  need anything?

20  A     Sometimes.

21  Q     And things like that?

22  A     Well, and things way beyond that, but yes.

23  Q     Like what else?

24  A     Like Amanda was doing legal research for me.  Jimena was

25  creating sales protocols for DOS.  Those are much higher level

Salzman - cross - Agnifilo                      2187

1   things.

2   Q    Right.  And one of the principles was that you should try

3   to do things at the highest level that you can?

4   A    Yes.

5   Q    Right.  And I think the analogy you used is you wouldn't

6   kind of -- if you have a lawyer, you wouldn't have them kind

7   of like sweeping the street?

8   A    Correct.

9   Q    And that was part of the idea?

10  A    Yes.

11  Q    And these things -- I mean, part of the reason for doing

12  these things is to teach the person doing them to care for

13  someone other than themselves?

14  A    Yes.

15  Q    Now, you said that Keith wanted to recruit for DOS

16  outside of NXIVM?

17  A    He did.

18  Q    He didn't just want NXIVM people in DOS; he wanted other

19  people in DOS as well?

20  A    That's correct.

21  Q    And he didn't want DOS to be just another division within

22  the NXIVM, I think that's what you said?

23  A    I don't know if I said it like that, but he wanted people

24  outside of NXIVM.

25  Q    All right.  And I think you said a couple of times that

Salzman - cross - Agnifilo                    2188

1  Keith wanted powerful and influential women in DOS?

2  A    Yes.

3  Q    And I think we even listened to the tape this morning

4  where he says that, correct?

5  A    Uh-hum.  Yes.  Correct.

6  Q    All right.  And he told you that he wanted people who

7  were in DOS who could make DOS an influential force and grow?

8  A    Yes.

9  Q    And he wanted DOS to be possibly something that

10 influenced policy one day?

11 A    Yes, I believe that.  He said that.

12 Q    And he said he wanted DOS to be something that might even

13 play a role in elections; right?

14 A    Yes.

15 Q    And DOS was -- he would also say that DOS was going to

16 outlive him; correct?

17 A    I don't know.  I never heard that statement.

18 Q    No?

19 A    But I heard the political things.

20 Q    That DOS was going to be possibly thousands or hundreds

21 of thousands of people one day, did he ever say that?

22 A    Yes, that he wanted it to be that big.

23 Q    Right.  And that DOS would kind of take on a life of its

24 own?  Did he ever sort of use that phrase, that I want DOS to

25 take on a life of its own, just do whatever it is that it's

Salzman - cross - Agnifilo                    2189

1   meant to do?

2   A    I didn't hear that, but he did want a large number of

3   people.

4   Q    And this was going to all be women, correct?  The people

5   that were recruiting into DOS were all women?

6   A    Yes.

7   Q    So fair to say he wanted this to be a powerful,

8   influential group of women for women; correct?

9   A    I do think he wanted a powerful union of influential

10  women.  There was a lot of theory of women for women.

11  Q    Theory of women for women?  I just didn't hear what you

12  said.

13  A    Yes, the theory of women for women.

14  Q    And he talked about it being a group that could kind of

15  champion women's rights; correct?

16  A    Theoretically, but a lot of it came after it was exposed.

17  Q    And but even before it was exposed, he was talking about

18  DOS possibly one day having political influences?

19  A    Yes.

20  Q    Okay.  He talked about that on the tape this morning;

21  right?

22  A    Correct.

23  Q    And at the time you believed in all this; right?

24  A    Yes.

25  Q    I mean, I understand -- we're going to talk about that

Salzman - cross - Agnifilo                    2190

1   there was a change in perspective, but back in 2017, 2018, you

2   believed this was a good thing?

3   A    I believed in the theory of it and the theoretical things

4   we're discussing I believed were good, yes.

5   Q    Okay.  You believed you could be involved in building

6   something wonderful and important?

7   A    That's why I did it, because I wanted to do something

8   that was good and important.

9   Q    Right.

10  A    And I wanted to grow.

11  Q    So you could do both things at the same time; right?

12  A    Yes.

13  Q    Grow as Lauren Salzman, right, through DOS?

14  A    Yes.

15  Q    And you could also almost be part of history as this

16  thing grows, this group of women, which seems to have never

17  existed?

18  A    I mean, I wasn't thinking about it that way, but I

19  specifically did want that and I chose women who could do

20  things and were influential, at least within my sphere of

21  influence and mine community and organization because I

22  thought we could do good things together.

23  Q    You chose very capable people; right?

24  A    Yes.

25  Q    And when you chose them, you chose them to help you, to

1   help them and to help DOS; correct?

2   A    Yes.

3   Q    I want to talk for a little bit about the branding.  The

4   first person to ever discuss the branding with you, was that

5   Rosa Laura?

6   A    Yes, it was.

7   Q    And at the time she was one of your best friends;

8   correct?

9   A    Yes.

10  Q    You loved her?

11  A    Yes, I did.

12  Q    And --

13  A    Yes.

14  Q    You could tell she loved you?

15  A    Yes.

16  Q    And she said to you that the branding was a way to

17  symbolize overcoming pain for principle; right?

18  A    Yes.

19  Q    Now, was that a concept that had particular meaning for

20  you?

21  A    Yes, it was.

22  Q    Tell the jury why that is.

23  A    I mean, I taught that concept as a principle within the

24  curriculums that I taught.  There was a specific curriculum

25  called human pain, which is all about taking on pain, and we

Salzman - cross - Agnifilo                    2192

1    know the depth of our love through the pain that we take on,

2    and I believed in that, but also the -- I really believed that

3    in order to teach that and to be non-hypocritical and

4    integrity with myself and the position that I was in that I

5    had to live those principles, that I couldn't teach principles

6    that I wasn't living.

7              And in my life -- and my life with Keith up until

8    that point, there were many things that were difficult for me

9    that I did on an ongoing basis, including the pictures that

10   you put up where I'm appearing very happy and getting myself

11   happy but in situations that were very counter to what I

12   wanted for myself in my life and I was constantly making a

13   practice to go into those situations and do things that were

14   counter to my own interest to build this capacity for love in

15   myself, that if I went and spent time with Keith and Marianna

16   and their child and was happy there even though I was without

17   that in my own life and I could watch that from the outside,

18   the amount of pain that I felt over that, or hurt or

19   disappointment or whatever, would help me become stronger,

20   because I was willing to just uphold the principle of love for

21   the sake of love and not because of anything beyond that.

22             And even part of my joining DOS was to prove that I

23   was somebody who was willing to do whatever it took to uphold

24   these principles and that all of the things that I had traded

25   for all of the things that I had been promised was worth it

1    somehow and I got in over my head honestly.

2    Q    Okay.  And you wanted to be branded; correct?

3    A    I wouldn't say I wanted to be branded per se, but I ... I

4    wanted to do what it took to be part of this group and to

5    prove to Keith that I was the kind of person who was committed

6    to growth and committed to him, and if branding is what it

7    took, then I wanted to do that.

8    Q    Rosa Laura told you that you'd be a slave along with

9    others and that the slaves share everything?

10   A    Yes.

11   Q    And that's an idea that appealed to you at the time;

12   correct?

13   A    It was an idea that appealed to me at the time and at the

14   time also Keith had told me that the idea was that I would

15   always be part of this group and -- which in the tape you hear

16   that they're deciding that there are going to be seven people

17   in the circle because there are seven people in the group, so

18   the idea was not really that I would always be part of it.

19            And when I got into the group and Rosa Laura was

20   like this is amazing, you're going to love this, it's going to

21   be great, all of a sudden I started realizing very real

22   problems that all of them were having with the group and with

23   the things going on in the group.  So they enrolled me telling

24   me something that was great, that they were all going to share

25   and it was going to be wonderful, but that wasn't what they

Salzman - cross - Agnifilo                    2194

1   were experiencing and I think there was good reason also for

2   them to suspect that I would have problems as well and that

3   wasn't discussed ahead of time.

4   Q    So at one point you had a conversation with Allison Mack?

5   A    I had many conversations with Allison Mack, I'm sorry.

6   Q    No.  Specifically, I think what you said on direct is you

7   had some concerns about DOS and so you were asked to, or chose

8   to speak to Allison Mack about DOS.  Do I have this right?

9   A    I don't recall that.

10  Q    Allison was kind of really positive on DOS and so you had

11  a conversation?

12  A    When I found out that Marianna was pregnant, I called

13  Allison and said -- I don't know if that's what you're

14  referring to.

15  Q    Go ahead.  You say it.

16  A    We may have discussed it, but I called Allison and said I

17  need you to remind me why I'm doing this, because basically

18  I'm not okay with what just happened, which is I was enrolled

19  in a collateralized vow and then afterwards told Monkey was

20  pregnant when that was something that had been known for

21  months and I thought it was wrong.

22  Q    Right.  So the reason you called Allison is because you

23  found out Marianna, Monkey, was pregnant?

24  A    Yes.  And not because I found out Monkey was pregnant,

25  because Keith invited me to DOS under the belief that he

MDL      RPR      CRR      CSR

Salzman - cross - Agnifilo                    2195

1   wanted to bring our relationship closer, which he knew to me

2   didn't mean just knowing the secrets of who else he's having

3   relationships with or the sorority and that -- and didn't

4   share with me at the time that Marianna was pregnant, so got

5   me to agree to stay in a collateralized life vow forever under

6   the auspice of growth and building my word and then dropped

7   the bomb about Marianna.  And, so, it wasn't just that

8   Marianna was pregnant; it called into question who Keith was

9   to me.

10  Q    Understood.  Did you think Keith in a million years would

11  release that the collateral to hurt you?

12  A    I think that Keith would do what Keith thinks is right or

13  ethical according to Keith.  I don't think -- and if he

14  thought the ethical thing to do was to release the collateral,

15  he would do it.

16        I mean, when people left, he discussed whether we

17  should release collateral and we decided not to commensurate

18  with -- that it would look -- I mean, we decided not to and

19  discussed that it would look bad to release it because it

20  would validate the allegations that were being made.  So I do

21  think if the circumstances were different and those

22  allegations weren't made, he might have released it.  He was

23  talking about building a craft of people who learned

24  specifically how to release it and the ways to do that and the

25  ways to make it look like we don't know where it came from.

Salzman - cross - Agnifilo                    2196

1    Q    No collateral was ever released, not one time, not one
2    piece?
3    A    Correct.
4    Q    Ever?
5    A    Correct.
6    Q    All the people that left DOS, not a single piece of
7    collateral was ever released; correct?
8    A    Correct, but as far as I know only one person left DOS
9    before it everything became public.
10   Q    Yes.  And that person left before May 17th, before
11   everything became public; right?
12   A    Correct.
13   Q    And that person's collateral wasn't released?
14   A    Correct.
15   Q    Now, your own branding, who were you with?
16   A    I was with everybody in my circle except Allison.  So
17   Rosa Laura, Monica, Loreta, Daniella, Nicki, and Cami.
18   Q    And you said in the past that it was a bonding experience
19   that you had with these other women.  Is that true?
20   A    Based on what I was believing at the time, I did
21   experience that, yes.
22   Q    So I'm only asking you your belief at the time.  I mean,
23   as it was happening, you are being branded in the presence of
24   these other women, you felt close to them?
25   A    I felt close to them believing that they wanted to be

Salzman - cross - Agnifilo                    2197

1   with me and that they chose me and they had always wanted me

2   to be with them, not that they're in a vow of obedience, that

3   when Keith told them -- if Keith told them to enroll me,

4   whether they wanted me there or not.

5   Q    But you -- at the time, when you were all together, you

6   believed that it felt like a bonding experience to you?

7   A    Yes.

8   Q    Now, in terms of your own slaves, everyone was bonded --

9   branded, I'm sorry, on the same day; correct?

10  A    The five who were branded were branded on the same day;

11  correct.

12  Q    The five were branded on the same day.  And the order, it

13  is Jimena was first, Audrey was second, Sara was third, Carola

14  was fourth, and Amanda was last?

15  A    I believe so, yes.

16  Q    You said at one point there was a break because you got a

17  text message or something?

18  A    Correct.  Keith called a meeting of the first-line DOS

19  masters, so there was a break.

20  Q    And I think one of the women was breast-feeding an infant

21  and had to leave?

22  A    She went home to go do that.

23  Q    Who was it?  Who went home?

24  A    Carola.

25  Q    Do you know when that happened?  In other words, was it

Salzman - cross - Agnifilo                    2198

1    between Jimena and Audrey or between Audrey and Sara?

2    A    I don't recall whether it was between Jimena and Audrey

3    or Audrey and Sara, but I thought Jimena went first and then

4    we took the break.  I'm not sure if we got through one or two

5    before the meeting.

6    Q    All right.  The way you remember it is that Jimena is

7    branded.  And I think what you said on direct is that Amanda

8    had a very strong reaction, and what I mean by that is she was

9    screaming?

10   A    Yes.  Yes.

11   Q    She's being branded and she's screaming; right?

12   A    Yes, she was being branded and screaming.

13   Q    All right.  Before the branding, a stencil is put on the

14   place where the brand is going to go?

15   A    Correct.

16   Q    For each of the women under you, that was in that hip

17   area; correct?

18   A    Yes.

19   Q    So, at that point, everyone in that room knew they were

20   going to be branded?

21   A    They did know that they were going to be branded, yes.

22   Q    So there was no -- no one thought they were going to get

23   a tattoo and all of a sudden they're held down being branded?

24   A    Correct.  They all knew they were being branded.

25   Q    Not only that, after watching Jimena, everyone would have

Salzman - cross - Agnifilo                    2199

1   known this is painful?

2   A    Yes.

3   Q    Because there was no doubt that Jimena was reacting to

4   experiencing pain; right?

5   A    Correct.

6   Q    And then after the Jimena branding, there is a break,

7   right?  Because Carola goes home to breast-feed her infant.

8   You have to respond to a meeting.  Now, at some point there's

9   dinner; right?

10  A    The dinner was before we got to the branding ceremony.

11  Q    So this is --

12  A    We only had one break when I left.

13  Q    So this is what, about an hour long break between --

14  A    Yes, about an hour long.  45 minutes to an hour, yes.

15  Q    Okay.  And everybody goes through with their brandings?

16  A    They did, yes.

17  Q    Now, I think you testified on direct --

18  A    But also -- I mean, Jimena, in the middle, said I don't

19  want to do this, I don't want to do this, I want to stop, and

20  I said you can't stop.

21  Q    She's the first person to go?

22  A    Uh-hum.  Yes.  So ... I did tell them they can't stop.

23  Q    After the branding had started?

24  A    After it had started.

25  Q    Right.  And during the branding, Carola -- was it Carola

Salzman - cross - Agnifilo                    2200

1    who noticed that it was K and R?

2    A    She noticed it during the stenciling.

3            THE COURT:  What did she notice.

4            THE WITNESS:  She noticed, when we were laying out

5    the stencils, that it was Keith's initials, KR.

6    Q    Now, you said that there was -- and all these brandings

7    were videotaped?

8    A    Correct.

9    Q    And you believe some of the videotapes are somewhere in

10   Mexico?

11   A    Well, I don't know -- I don't know if they were in Mexico

12   or left here in New York.  The people who had the videotape

13   went to Mexico.  Sara's branding, I left on a hard drive in

14   Mexico.

15   Q    I was going to ask you about Sara's branding.

16   A    Yeah.

17   Q    And Sara's branding was videotaped as well; correct?

18   A    Yes.

19   Q    And then there was some talk, you testified on direct, of

20   possibly releasing Sara's videotape to a reporter or to the

21   media; correct?

22   A    That's correct.

23   Q    And that's because Sara was making public statements

24   misrepresenting the branding; correct?

25   A    Correct.

Salzman - cross - Agnifilo                    2201

1  Q    She was saying that she was held down against her will;
2  right?
3  A    Yes.
4  Q    She was saying she didn't know she was going to be
5  branded; right?
6  A    Yes.
7            MS. HAJJAR:  Objection, Your Honor.
8            THE COURT:  Sustained.
9  Q    So, just in your own words, why were you going to release
10 the video?  I mean, because you said on direct examination you
11 were going to release the videotape because of
12 inconsistencies, and I'm asking you just to follow up on what
13 you said on direct.
14 A    To ... show areas of positivity and consent and discredit
15 Sara's allegations.
16 Q    Okay.  And these were allegations made to, among other
17 places, the *New York Times*?
18 A    Yes.  Correct.
19 Q    There was a prominent *New York Times* article on this
20 topic; correct?
21 A    Yes.
22 Q    And you believed that what Sara had told the *New York*
23 *Times* was false?
24 A    I believed aspects of what Sara told the *New York Times*
25 were false.

Salzman - cross - Agnifilo                    2202

1   Q    And at the end of the day, you guys decided that you

2   would not release the videotape of Sara's branding to the

3   media?

4   A    Correct.

5   Q    And none of the videotapes of the brandings, to your

6   knowledge, have ever been released to anyone?

7   A    Yes.  And we didn't release them because we didn't want

8   it to be seen as collateral and that it was release of

9   collateral.  We didn't want anybody to be able to say that we

10  had released collateral.  It's on purpose that we didn't

11  release it.

12  Q    Right.  And so none of it has ever been released?

13  A    Uh-hum.  Correct.

14  Q    I want to ask you a couple questions about what you call

15  the sorority house on direct examination, the DOS house,

16  sorority house.  Rosa Laura bought the house?

17  A    That was my belief, that Rosa Laura bought the house and

18  put it in the trust.  But I don't know specifically.  I didn't

19  see any of the paperwork on it.

20  Q    It was a house on Milltowne Road?

21  A    Yes.

22  Q    It was the idea that the first-line DOS people would

23  maintain the house, pay to maintain the house?

24  A    That's what I was told.  I think it was decided before I

25  came and -- so then they bought the house and I was

MDL      RPR      CRR      CSR

Salzman - cross - Agnifilo                    2203

1   grandfathered into that.

2   Q    Okay.  And I think you testified about an invoice.  It is

3   Government Exhibit 853 for certain sex toys and others things

4   that were purchased by Dani Padilla; correct?

5   A    Yes.

6   Q    Do you know if Dani Padilla was into that kind of stuff?

7   A    I don't know.  We had never discussed it outside of the

8   context of DOS.

9   Q    Did she say in the context of DOS that she was into that

10  kind of stuff?

11  A    We didn't really discuss it like that, more like she -- I

12  mean, she was the one researching it, so I assumed she was

13  into it.

14  Q    You didn't pay for any of it; right?

15  A    No, and I never researched things like that either.

16  Q    So Dani Padilla did the research; right?

17  A    Yes.

18  Q    Dani Padilla paid for it; right?

19  A    Yes, as far as I know.

20  Q    No one hit you up for hey, you're one-eighth share is

21  something, right?  No one asked you for a contribution?

22  A    No, but I have reason to believe that I would have been

23  because that's what happened with other things.

24  Q    Right, but no one ever asked you --

25  A    Like they wanted the branding thing and we were asked to

Salzman - cross - Agnifilo                    2204

1   all contribute, you know, the branding machine.  Before I

2   joined, we were asked to contribute to that.

3   Q    But no one ever asked you to contribute to this?

4   A    No.

5   Q    Do you know if Dani Padilla wanted these things for her

6   own reasons?

7              MS. HAJJAR:  Objection.

8              THE COURT:  Sustained.

9   Q    Do you know why Dani Padilla researched these things and

10  then paid for them and bought them to have under an invoice

11  with her name?

12  A    She told me that they were for the dungeon, because when

13  things went public, she said these things she ordered for the

14  dungeon and thank God that they hadn't arrived yet and she was

15  going to cancel them because she didn't want it to become

16  public that we were making a dungeon.

17  Q    Did you and -- I'm sorry.  Pardon me for asking a

18  personal question.  You and Keith never engaged in BDMS?

19  A    Correct, we did not.

20  Q    Did Keith ever tell you or ask you or suggest to you that

21  you and he engage in BDMS activities?

22  A    Not outside of DOS.

23  Q    Now, how did paddling become a form of penance?

24  A    I think they were doing it before I got there, so I was

25  grandfathered into that as well.

1    Q    All right.  I am going to ask you a couple of questions

2    about the DOS book.  I think it's Exhibit 1404.  It is already

3    in evidence.  So this is Government Exhibit 1404.  I'm going

4    to ask to use the ELMO, which I guess I can use.  All right.

5            And just very quickly before we look at a few pages

6    of this, you played some role in the editing and creation of

7    the DOS book; right?

8    A    The editing of the DOS book.

9    Q    And the DOS book was supposed to be kind of the

10   philosophies behind DOS, why there's DOS, how it works, why it

11   is the way it is; correct?

12   A    Yes.

13   Q    All right.  So we are just going to take a look at this

14   one section here.  Under desire it says -- we are starting I

15   think six lines down.  "Some might say, oh, my highest value

16   is civilization, but they sit on the couch all day long, so

17   really comfort is their highest value.  And they say well, I

18   can't do anything about civilization but how much have they

19   thought about it.  Well, a little bit.  And I just came to the

20   conclusion I couldn't do anything.  That's not making

21   civilization your highest value.  That's making comfort your

22   highest value.  Excuses your second highest value and

23   civilization at best third.

24           Is this sort of outlook, you know, this sort of

25   anti-laziness, go out and make things happen outlook kind of

Salzman - cross - Agnifilo                              2206

1    part of the overall DOS philosophy?

2    A     Yes.

3    Q     And DOS was a clearly demanding protocol?  It was a tough

4    program; right?

5    A     Yes.

6    Q     A couple things.  This is another passage from the book

7    here.  Master.  It says, Your master is actually a very

8    complex thing.  Your master starts out as, like in yoga, your

9    guru, your God, you're whatever it is as a person, the person

10   through which you took the vow, but it becomes something much

11   deeper.  When you internalize that person, it is that person

12   with you as you and you as that person.

13         Does that mean anything to you in the context of the

14   master/slave relationship?

15   A     It's difficult for me to say because my relationship with

16   Keith was very much like that before the master/slave

17   relationship.

18             (Continued on following page.)

19

20

21

22

23

24

25

L. Salzman - cross - Agnifilo                 2207

1  EXAMINATION CONTINUES

2  BY MR. AGNIFILO:

3  Q    Meaning that you felt sort of devoted to him, committed

4  to him that way?

5  A    And that everything I was doing I was -- I always had the

6  filter of how is Keith gonna think about this?  Is Keith gonna

7  think this is good?  Is Keith gonna think this is balanced?

8  Is this gonna be a problem?  Is this something that's healing?

9  Is this something that's fixing?  It was something that I

10 carried around with me all the time.

11 Q    Now, you mentioned -- you mentioned before that DOS took

12 on elements of yoga, and here it is, yoga is mentioned in this

13 passage we just read, correct?

14 A    Yes.

15 Q    Yoga was also the focus of like exo-eso and Ultima as

16 well, am I right?

17 A    Well, it was a physical curriculum, but it had elements

18 of -- like ESP in it, in terms of breaking things down into

19 like physical, emotional and thought components and then

20 separating a sense of self from those components through a

21 physical practice.

22 Q    And you said, I think on direct examination, that you

23 were describing the DOS book to your slaves at some point?

24 A    Yes, I read them parts of it.

25 Q    Right.  And did you suggest to them that Keith had a role

SAM      OCR      RMR      CRR      RPR

L. Salzman - cross - Agnifilo                    2208

1    in creating the DOS book?

2    A    I told them that there was a supreme master and that if

3    we had -- at the time I read them the book I told them there

4    was a supreme master and that if we met our enrollment

5    requirements, we would qualify for additional education.

6              So I alluded to it, I didn't tell them that.

7    Q    And the supreme master that you had in mind was Keith?

8    A    Yes.

9    Q    Right.  I mean --

10   A    Keith was the supreme master.

11   Q    Right.  But you didn't say the supreme master Keith --

12   A    Correct.

13   Q    -- to your slaves?

14   A    No, I didn't.

15   Q    But you were suggesting, were you not, that Keith had a

16   role in creating the DOS book?

17   A    Yes.

18   Q    The next page, continuing where we just were.

19             (Exhibit published.)

20   Q    You come to your master and people come to you as a

21   master because their values are scrambled, in disarray.  They

22   recognize this and they want a unification.

23             Okay, unification is sort of a big concept in NXIVM,

24   correct?

25   A    Yeah, I mean I can explain it if you --

SAM      OCR      RMR      CRR      RPR

L. Salzman - cross - Agnifilo                    2209

1   Q    Yes, please.

2   A    Well, I think also the way that it's talking about in

3   here is that, like, we have different values conflicts.  Like

4   sometimes I want something, but I just feel a different way,

5   or -- so I don't end up doing the thing I want; or something

6   that I think might be like really good that I want to do I

7   can't follow through on.  So I'm -- there's a disconnect

8   between my body, you know, what feels good, what I feel

9   motivated to do and maybe ideologically or theoretically what

10  I would want to be doing.

11        And so, in this case, I mean when we talk about

12  unification, it's having the alignment that, like, I'm able to

13  do and feel good doing the things that I value and think are

14  important.

15  Q    We are going to go, there is a section here Lesson 10.  I

16  think you might have looked at some of this when you were

17  going through this with the Government.

18        Lesson 10, what does master mean; do you see that

19  there?

20  A    Yes, sorry.

21  Q    That's all right.

22        And it says:  There is an external form of your

23  master who is the person, but ultimately how you embody that

24  within you.

25        Right?

SAM      OCR      RMR      CRR      RPR

L. Salzman - cross - Agnifilo                    2210

1  A    (No response.)

2  Q    And so tell me if this is your understanding of this:

3        The idea isn't so much that you're serving this

4  master who is this other person, the idea is you're

5  incorporating the whole concept of this devotedness into kind

6  of who you are, right?  It's really about you, it's not about

7  serving your master, it's not about making your master's life

8  better?

9  A    That's what -- yes, that's what the theory is.

10 Q    Okay.

11 A    That if you serve your master, eventually you learn how

12 to serve something outside of your reactivity or body, like

13 lower, what was viewed as lower values, to be able to overcome

14 that, to uphold your higher values.

15 Q    And on the next page, I think it's a continuation of that

16 same thought, it says in eastern philosophy:

17        In eastern philosophy there's one type of yoga

18 called Bhakti -- is it Bhakti yoga?

19 A    That's my understanding, yes.

20 Q    -- Bhakti yoga which this is a form of, which is the yoga

21 of worship, where someone can go and worship a guru that is a

22 fool, a guru that is an asshole, a murderer, whatever it is

23 and still reach enlightenment because you are reaching

24 yourself through something in the outside world, but

25 everything in the outside world is just a play of

SAM     OCR     RMR     CRR     RPR

L. Salzman - cross - Agnifilo                    2211

1    consciousness.  We are tricking ourselves that something

2    external is important to us.  The thing, itself, isn't

3    important to us.  It's something on the inside that's

4    important to us, that we're making the external thing be.

5              Right, that's that same concept, right, or is it

6    not?  I'm asking you.

7    A    Is it the same concept as what we were just discussing?

8    Q    Yes.

9    A    I mean I see it a little bit different.

10   Q    Go ahead, tell me the way you see it.

11   A    That -- I mean that, ultimately, you could become unified

12   in yourself separate from what's going on in the outside.

13   Right?  And that the inside self is the most important thing

14   than what's going on in the outside, but that doesn't make it

15   good that you worship a guru that's a murderer or something

16   like that.

17   Q    It might not be good as a thing in itself, but it could

18   bring you -- the point here is it could bring you

19   enlightenment, you could worship a guru that's a fool, but it

20   is your devotedness, the state of your devotion that is the

21   thing that's causing you enlightenment or to improve or to

22   become more joyous or whatever you want to say it is?

23   A    I think that's the theory of that.

24   Q    That's all we have for the DOS book.

25             Yesterday you went through quite a number of chats

L. Salzman - cross - Agnifilo                    2212

1   with Audrey.  It's a Government Exhibit, 432-R.

2          You can look, actually do it any way you want.  I

3   can put them on the screen or you have it in your book, but --

4   A    It's easier on the screen, if it's not a problem.

5   Q    Yes, that's fine.  That's easier for me too.

6          Okay, so the first page of 432-R, which is in

7   evidence.

8          (Exhibit published.)

9   BY MR. AGNIFILO:

10  Q    So the green writing, the green background with the blue

11  writing, that would be -- that would be Audrey, right?

12  A    Yes, that's correct.

13  Q    So it says:  Amanda and I want to do our mega penance

14  from our readiness failure while we're in San Diego with you.

15  Can you advise on what method instrument we should use?

16          And you say:  Go to a sex store and get a paddle.

17  They have leather ones.  I sent Jimena a picture.

18          Did you think of this on your own or did you get

19  this idea from somewhere else?

20  A    This is what we did in my circle.  I came into the circle

21  and they already had these paddles and that's what we used.

22  Q    And so you are suggesting to them they can do the same

23  thing?

24  A    Correct.  They can do the same thing because they chose

25  to do the same penance that I was doing for their failure.

SAM       OCR       RMR       CRR       RPR

L. Salzman - cross - Agnifilo                      2213

1    Q    And it was a readiness failure?

2    A    Correct.

3    Q    And here I think we might have covered this yesterday.

4         Audrey says:  Spoke too soon.  KF is having another

5    freakout, asked me not to submit her collateral and to back

6    out.  I talked her down.  She's processing through her

7    reactions faster.

8         And you respond, and you have a response that goes

9    from page 3 onto page 4, and you're basically saying, remind

10   her that she made a life commitment?

11   A    Yes.

12   Q    And then on page 4, I don't know if we looked at this

13   part yesterday, you say:  Be gentle, but speak to her about

14   this, right?

15   A    Yes.

16   Q    And part of what you're imparting here is you have to be

17   tough because this person, you know, thinks the program is

18   better for them, but is worried about the collateral; so you

19   have to be tough, but you have to be gentle.

20        And those are the words that you're saying to Audrey

21   here?

22   A    Yes; talk softly, but carry a big stick.

23   Q    Okay.  Page 5 of the same exhibit.

24        (Exhibit published.)

25   Q    And you write here:  The idea of creating weight for

SAM      OCR      RMR      CRR      RPR

L. Salzman - cross - Agnifilo                    2214

1  yourself is so that you can stack the odds in your favor

2  towards growth and your ideals.

3          And weight is the collateral, correct?

4  A    That's correct, yes.

5  Q    You go on to say:  We say "I want to grow to be my best

6  self"; and then it quickly turns into "I want to grow to be my

7  best self if it's not uncomfortable or scary"; and then it

8  turns into, "I didn't really want that goal or ideal," which

9  turns into "My life is fine the way it is," which is a lie...

10  we lower the standard of our goals and dreams to match our low

11  capacity for difficulty or discomfort, right?

12  A    Yes, that came from Keith telling me about a Burt

13  Reynolds movie where he swam out to the water and was gonna

14  drown and then he started making all these promises with God

15  that he was going to do a whole bunch of things; and as he

16  gets closer to shore, he's like, Nah, I really didn't mean any

17  of those things.

18  Q    He says --

19  A    When he gets what he wanted --

20  Q    He says:  God, if I get back to the shore, I'll give you

21  everything I own?

22  A    Yes.

23  Q    And when he gets halfway, he says:  God, I'll give you

24  half of what I own?

25  A    (No response.)

SAM      OCR      RMR      CRR      RPR

L. Salzman - cross - Agnifilo                    2215

1   Q    And then when he gets almost there:  God, I'll give you a
2   fourth of what I own.
3            I don't remember the name?
4   A    I had heard the story, and that was the -- yes.
5   Q    The philosopher, Burt Reynolds?
6   A    The philosopher Burt Reynolds.
7   Q    Okay, page 6.
8            (Exhibit published.)
9   A    I don't mean to make light of the subject we're talking
10  about, just the story is funny.
11  Q    No, no, no, okay, page 6.  This is you continuing and
12  you're giving her advice.
13           The fact that you got scared immediately and want to
14  quit is exactly the reason for the weight.  No one is going to
15  hurt you, punish you, do anything to you about this.  It's for
16  you.  Right?
17  A    (No response.)
18  Q    And so, the fact that there's this collateral there and
19  that it's a collateralized vow, is not meant to hurt people or
20  punish people, it's -- it's for them.  It's so they stick out
21  the commitment.
22           That's the way you believed it, is that fair to say?
23  You believed it to be that way at the time?
24  A    At the time I did, and Audrey left this conversation and
25  went and told Kristin:  You're putting me in a really bad

L. Salzman - cross - Agnifilo                    2216

1    position because I don't want to have to release your

2    collateral.

3    Q    Audrey said that to Kristin?

4    A    Yes, And their text and discovery showing that.  So even

5    though I said that, that was going on.

6    Q    Right.

7              And fair to say, you've learned a lot, you've

8    learned a lot, and we're going to come to this in a few

9    minutes, you learned a lot through the discovery in this case,

10   right?

11   A    I did, yes.

12   Q    And reading the discovery in this case caused you to have

13   a change in perspective?

14   A    It contributed.

15             MR. AGNIFILO:  I have about another 15 minutes of

16   this.  I can go as far as Your Honor wants me to.

17             THE COURT:  We can take a short break now.

18             MR. AGNIFILO:  Okay, that's fine, Judge.

19             THE COURT:  Why don't we take our afternoon break.

20             All rise for the jury.

21             (Jury exits.)

22             THE COURT:  All right, the witness may stand down.

23   Please do not discuss your testimony.

24             (Witness steps down and exits the courtroom.)

25             THE COURT:  How much longer do you have on your

SAM       OCR       RMR       CRR       RPR

L. Salzman - cross - Agnifilo                2217

1   cross?

2          MR. AGNIFILO:  It's going to be close, Judge.

3          THE COURT:  It's going to be close to what?

4          MR. AGNIFILO:  The end of the day.

5          THE COURT:  The end of the day.

6          Well, yes?

7          MS. PENZA:  Just in light of that, Your Honor, if it

8   is likely to go to the end of the day, if I could let the

9   witness whose been here all day go?

10         THE COURT:  That is the reason I asked the question.

11         MS. PENZA:  Thank you.

12         THE COURT:  Because you will have something on

13  redirect?

14         MS. HAJJAR:  Probably very briefly, at least as of

15  right now, Your Honor.

16         THE COURT:  Very briefly.  Well, if we can finish

17  this today, then we can start with, but see --

18         MR. AGNIFILO:  Yes, I want to try to finish today.

19  I am going to try to finish today.

20         THE COURT:  Okay, then we will try to finish this

21  witness today.  Alright?

22         MR. AGNIFILO:  Thank you, Judge.

23         THE COURT:  Okay, we will take a ten-minute break.

24         MS. PENZA:  Thank you.

25         (Judge NICHOLAS G. GARAUFIS exited the courtroom.)

L. Salzman - cross - Agnifilo                    2218

1              (Recess taken.)

2              (Judge NICHOLAS G. GARAUFIS entered the courtroom.)

3                   (In open court - jury not present.)

4              THE COURT:  Okay, let's bring in the witness,

5    please.

6              (Witness resumed the stand.)

7              THE COURT:  All right, please, rise for the jury.

8              (Jury enters.)

9              THE COURT:  Please be seated.

10             All right, Mr. Agnifilo, you may continue your

11   cross-examination; and the witness is reminded she is still

12   under oath.

13   EXAMINATION CONTINUES

14   BY MR. AGNIFILO:

15   Q    Ms. Salzman, at some point in the spring of 2017, Mark

16   Vicente decided to leave NXIVM, is that correct?

17   A    Yes, that's correct.

18   Q    I am going to show you a chat from that time period.

19   This is between you and Audrey.

20             THE COURT:  And this is exhibit?

21             MR. AGNIFILO:  Yes, Judge, this is Exhibit 432, and

22   this particular page is 36.

23             THE COURT:  And it is in evidence?

24             MR. AGNIFILO:  It's in evidence.

25             THE COURT:  Yes.

L. Salzman - cross - Agnifilo          2219

1          (Exhibit published.)

2    BY MR. AGNIFILO:

3    Q    And so you write here:  Mark V did very little in

4    comparison to what the women of the board do.  And the women.

5    Or he wouldn't have just left because his wife is playing the

6    victim.

7          Now, what are you talking about here?

8    A    Audrey was saying that, basically, her confidence in the

9    entire organization would shift -- was like shifted or shaken

10   when Mark Vicente left.  Like Mark Vicente was like all of our

11   confidence somehow in the organization, and I was telling her

12   that that was not the right way to be thinking about it.

13   Q    Okay.  And around this same time period she sends you

14   this?

15          (Exhibit published.)

16   Q    And she says:  I also think my struggles with the circle

17   are skewing my perceptions even more right now.  I once

18   respected the women in the circle so much, and I now see them

19   as -- as a effing mess.  One of them failed our readiness

20   drill today and won't even let it -- and won't even own it,

21   let alone take a penance.

22          What is she talking about here, do you remember?

23   A    She -- Audrey was very, like, hard-lined about certain

24   things within the group and was trying to hold the line on

25   certain things and wasn't really respected in that way by

L. Salzman - cross - Agnifilo                2220

1   Jimena and Carola.  And so when she was trying to enforce
2   penances on them, they didn't take her seriously in that way
3   and didn't even acknowledge that she had right to force that
4   penance on them.  And they discussed it with me separately.
5   Q    Got it.
6            Now, here you write to her:  I'm losing some of the
7   best friends I thought I had in my life and going in to clean
8   up all their mess and the shitstorm of damage they are
9   creating while pretending to be helping me transition to
10  taking over their center.  It's seriously a nightmare.
11           And she writes:  How can I help you?
12           What are you talking about when you say your best
13  friends, who do you mean?
14  A    Specifically, Sarah and Nippy, I was talking about.
15  Q    And Sarah managed the Vancouver center, correct?
16  A    Yes.
17  Q    And Nippy was her husband?
18  A    Yes.
19  Q    And at this point in time Sarah is leaving?
20  A    Yes.
21  Q    Around the same time period, Audrey writes to you:  I
22  love you.  I don't mistrust yours or anyone's intent.  Trust
23  is so important with DOS and where I feel shaky is not in
24  intent, but in judgment from whoever is making all the these
25  decisions.

L. Salzman - cross - Agnifilo                    2221

1          Do you remember having this back and forth with
2     Audrey around this time period?
3     A    Yes, I do.  Generally, yes.
4     Q    Yes, and tell us kind of what was going on.  Why were you
5     concerned that she was mistrusting your intent?
6     A    Because she felt that I was lying to her, and I was.
7     Q    Lying to her about Keith's role in DOS?
8     A    Yes, and the other things she was hearing, like the
9     branding was his initials and that there was seduction
10    assignments, and eventually that he was having sexual
11    relationships with some of the slaves.
12    Q    Now, at this point in time in the spring of 2017,
13    everything is unraveling, correct?
14    A    Yes.
15    Q    And you guys are kind of panicking?
16    A    Yes.
17    Q    And you're just trying to keep things afloat, fair to
18    say?
19    A    Yes.
20    Q    Because people are leaving, right?
21    A    Yes.
22    Q    There was some fear that some people from Vancouver were
23    accessing your computer system, correct?
24    A    Yes.
25    Q    And deleting orders and changing things around, correct?

SAM      OCR      RMR      CRR      RPR

L. Salzman - cross - Agnifilo                    2222

1  A    Yes.

2  Q    And all of this is going on pretty much at the same time,

3  you know, in May and June of 2017, correct?

4  A    Yes.

5  Q    So Mark Vicente leaves, right?

6  A    Yes.

7  Q    Sarah leaves, right?

8  A    Yes.

9  Q    Your computers start getting accessed from outside,

10 correct?

11 A    NXIVM computers, yes.

12 Q    From people in the Vancouver center, right?

13 A    Yes.

14 Q    Led by Sarah, right?

15 A    Yes.

16 Q    And at this point you're trying to just kind of keep

17 things afloat, correct?

18 A    Correct.

19

20              (Continued on the following page.)

21

22

23

24

25

SAM      OCR      RMR      CRR      RPR

L. Salzman - Cross - Agnifilo                    2223

1   BY MR. AGNIFILO (Continuing):

2   Q    And you are telling people things that aren't true.

3   A    Yes.

4   Q    And Keith is encouraging you to tell things that aren't

5   entirely true.

6   A    Keith is directing us to completely misrepresent his

7   whole relationship with DOS and -- essentially, DOS.

8   Q    And the fear here is that this ship is sinking, correct?

9   A    Yes, correct.

10  Q    And the only chance you have of keeping this afloat is to

11  try to distance Keith from DOS, correct?

12  A    It wasn't discussed with me why.

13  Q    But did you see that as a consequence?

14       Did you see, in other words, that you had a better

15  chance of keeping the rest of the business going if Keith was

16  not associated with DOS?

17  A    I didn't see it that way.

18       I didn't really understand the logic of what it was,

19  I just took direction from him at that time about what to do.

20  And there were a lot of discussions among us in the group

21  trying to figure out what was going on and was he doing this

22  just to try to make us stronger?  Did he do this on purpose?

23  Like, what was going on?

24       We really didn't understand the logic behind it and

25  he didn't discuss it with us.

L. Salzman - Cross - Agnifilo                2224

1   Q    One of the things that everybody was concerned with was

2   that somehow their names would be out there in connection with

3   DOS; right, that DOS would no longer be secret?

4   A    Yes, that was a concern at the time.

5   Q    In chats around the same time period, Audrey said:  I

6   outed you?  I know I outed myself.  I thought I just talked

7   about me and Sarah.

8        Do you remember this part of this conversation?

9   A    Yes, I do.

10  Q    Tell us what's happening.

11  A    Audrey went and was speaking to Brian Elliot, who is my

12  business partner in the San Francisco center and somebody she

13  was close to.  They had been housemates at one point in time,

14  and she was a coach in mine and Brian's center.  And Brian

15  knew that I had been helping Audrey.  He thought it was just

16  in a coaching capacity as part of being the head of the

17  center, but then the way she started talking about relating

18  with me and Sarah and Sarah exposing DOS, Brian basically

19  started coming to me and saying, I didn't know you were in

20  DOS, or, I didn't know -- like, everything she was saying was

21  helping Brian piece everything together and, essentially, she

22  was giving Brian more information to fill in more pieces about

23  things that were supposed to be secret.

24  Q    Around the same time period, Audrey -- you write to

25  Audrey:  Do you want to leave?

LAM      OCR      RPR

L. Salzman - Cross - Agnifilo                    2225

1   A     Yes.

2   Q     And you're asking her do you want to leave DOS?

3   A     Yes.

4   Q     She said:  Leaning towards yes but have wanted to wait to

5   talk to you further.

6         So, at this point, it's apparent to you that Audrey

7   is having very, very serious thoughts about leaving DOS.

8   A     That's correct.

9   Q     You were asking her if she wants to leave DOS.

10  A     Yes.

11  Q     And she's saying:  I'm leaning towards wanting to leave.

12  A     Yes.

13  Q     You don't threaten her collateral, correct?

14  A     No, but behind the scenes we were still trying to decide.

15  And Keith said that we were still deciding about what was

16  going to happen with collateral and whether ultimately it

17  would be released.  And he was coming up with distinctions

18  under which it would be released; people who left and broke

19  their nondisclosure agreement, people who left and were outing

20  other members and attacking the group, like, different things

21  and different conditions under which to release it.

22        So, it still wasn't even defined if we were going to

23  release it, I was just saying that she could leave.  But I

24  knew we were discussing those things.

25  Q     Let me ask the same question again:  Did you ever tell

LAM        OCR        RPR

L. Salzman - Cross - Agnifilo                2226

1    Audrey you were going to release her collateral?

2    A    No, I never told her that.

3    Q    That was my question.

4         You then go on to say:  We can talk, but you can

5    leave.  If you think it was naive and you don't like it, then

6    you can do that.  I don't feel that way about it.  But in

7    either case, I think that the fear is poison.  It's used as a

8    weapon and it empowers destructive people to destroy more.

9    Abuse of power exists because of people who are controllable

10   through fear.

11        Here, you're talking about -- there was a group of

12   people, Vicente, Sarah, and others, who were saying things

13   about DOS that was causing people to become afraid, correct?

14   A    Yes, correct.

15   Q    And what you're saying here is that -- you say:  Fear is

16   poison.  It's used as a weapon.

17        When you said these things, did you mean them?

18   A    Yes.

19        And it can be used as a weapon on both sides, from

20   within DOS or outside DOS.

21   Q    Around the same time period, she asks:  If my name comes

22   out, what do I say to people?  Do I deny it?  Do I admit it?

23        Right?

24   A    Yes.

25   Q    And the fear that she had and that others had was that

1  their names were going to be released and they don't now how

2  to deal with it.  Here, she's asking you:  If my name comes

3  out, what do I know?

4         Right?

5  A    Yes, she was asking me that.

6  Q    Here, she writes to you:  Is the thing about Allison's

7  initials true?

8         Absolutely not.

9         I think we talked about this a few minutes ago.  One

10  of the rumors out there was it was Allison Mack's initials,

11  which was false.

12  A    Correct.

13  Q    Then you say:  Nothing about it being Keith or Allison's

14  group is true whatsoever at all.

15         Your answer is true as to Allison Mack, correct?

16  A    Yeah.

17         And it's not Keith and Allison's group, it's Keith's

18  group.

19  Q    But here, at this point, you are not telling anybody,

20  because you're told not to, that Keith was the person who

21  created the founding principals of DOS, correct?

22  A    Correct.

23  Q    Around the same time period, a little bit later, she

24  says:  Private thought.  With all these conversations I'm

25  having with people in Vancouver who feel they can't trust

L. Salzman - Cross - Agnifilo                    2228

1   anyone in ESP, I'm starting to feel the same way.  I'm ashamed

2   to admit, but I still feel I can't trust you.  But I recognize

3   my own projection in that because I'm not trustworthy.

4            And then she says, Goodnight, Master.

5   A     Correct.

6   Q     At this point, she's saying that she doesn't know that

7   she can trust you, correct?

8   A     Correct.

9            And rightly so, because I was lying to her.

10  Q     June 12, a few days later, she says:  Good morning.  I've

11  spent a lot of time thinking about it, and I don't want to be

12  in DOS anymore.  I'm happy to talk about it more with you.  I

13  can meet any time before you leave for San Francisco.  I will

14  wait to tell Kristin or any of my sisters until we speak.  I

15  love you and feel tremendously lucky to have had this

16  opportunity to grow with you.  Also, I talked to Ian Zimmerman

17  after sexy this morning.  He told me Sarah --

18  A     That's her last name.

19  Q     I know.  Sarah had a last name.

20            -- from Vancouver messaged him with links to the

21  article.  Do you have any idea who was the source of info to

22  the press and if they would know the names in our circle?

23            She's telling you, I made up my mind.  I spent a lot

24  of time thinking about it.  I don't want to be in DOS anymore.

25            That's what she says, right, on June 12?

LAM       OCR       RPR

L. Salzman - Cross - Agnifilo                    2229

1   A    On June?

2   Q    I think it said June 12.  I'll show it to you again.

3   A    June 12, yes, thank you.

4   Q    Two days later, she says:  Thinking of you and sending

5   you love.

6         You say:  I'm sorry I haven't responded to you.  I

7   haven't known what to say.  This is one of the hardest weeks

8   of my life and this was the moment you chose to not stay and

9   stick up for me.  I'm sorry if you feel I'm not a good leader

10  because of this.  It's a sad moment for me.  I hope you can

11  understand this.  I'm trying to salvage my business and uphold

12  what I believe we stand for.  I understand if you don't want

13  to be on my team anymore.  I am saddened by that and will miss

14  you.

15        That's what you write to her, right?

16  A    Yes.

17  Q    She responds:  My decision on leaving DOS was not meant

18  to be a decision to not support you.  I'm sorry you took it

19  that way.  I see the good in DOS and I see things I disagree

20  with.

21        Correct?

22  A    Yes.

23        What she was concerned about was that there were no

24  ethical checks on Keith.

25  Q    You say -- I'm sorry, she says to you:  I love you and

LAM        OCR        RPR

L. Salzman - Cross - Agnifilo                  2230

1    I'm sorry this is where we're at.  I realize my choice to

2    leave DOS changes the nature of our relationship and your

3    desire to communicate with me.  I'm sad about this, but I also

4    understand and see how I participated.  I plan to leave Albany

5    soon and find a quiet place to regroup.  I won't take part in

6    the ugliness going on.  I will always feel love and gratitude

7    for you and will think and speak of you fondly.  I will miss

8    you so much.

9           That's what she writes, right?

10   A    Yes.

11   Q    Now, the "ugliness going on," what do you understand

12   she's telling you there?

13          What's the "ugliness"?

14   A    That people who are raising allegations about DOS were

15   doing things that were ugly, like, mean or disparaging.  They

16   were making -- it wasn't just that they brought allegations

17   and allegations that were valid, but surrounding the

18   allegations they would say things in anger or maybe make

19   hateful comments or those types of things.  So, it was viewed

20   not just the concerns that they were raising but the whole

21   thing as a hate campaign.

22   Q    Okay.  Did you feel that they -- from your perspective,

23   were they playing to people's fears?

24   A    I think some people played to people's fears, but I think

25   they were also raising valid concerns.  And it's like throwing

L. Salzman - Cross - Agnifilo                2231

1   the baby out with the bath water, because it was hard to see

2   those valid concerns because of some of the ways that they

3   were executing that.  But they were raising them.

4   Q    There were a lot of articles by someone named Frank

5   Parlato, correct?

6   A    Correct.

7   Q    Do you know if Mark Vicente was feeding information to

8   Frank Parlato?

9   A    I don't know specifically.  I had assumed so, but I

10  don't -- it's my assumption.

11  Q    Do you know what Frank Parlato's connection is or was to

12  Kristin Keeffe?

13  A    I believe that they -- she had hired him through her

14  legal capacity at one point in time as part of NXIVM.

15           I'm not sure exactly what happened.  I think there

16  was a parting on not good terms and he's not been favorable to

17  us since.  I don't really know the details of it.

18  Q    In the last of these chats that we're going to look at,

19  you write to Audrey:  I do understand and honor your choice to

20  leave and I do still love you.  I am sad that you chose to not

21  stay and fight with me and for me, but Brian and I are still

22  open to work with you and have you as part of our center, if

23  you want to be.  You do always have a place with us.  I love

24  you and will miss you.  Please stay in touch.

25           Right?

LAM      OCR      RPR

L. Salzman - Cross - Agnifilo                    2232

1    A    Yes.

2    Q    And that's how it ends.  Audrey leaves, right, Audrey

3    leaves DOS?

4         That's how she left DOS, what we just reviewed,

5    correct?

6    A    Yes.  I'm trying to think if she and I had any more

7    communications after that, but, yes, that was how Audrey left

8    DOS.  And then there were other things as well, but yes.

9    Q    There was a lifetime commitment, right?

10   A    Yes.

11   Q    Collateralized lifetime commitment, right?

12   A    Yes.

13   Q    And that's how it ends, with you telling her you love

14   her, her telling you she loves you, nothing else, right?

15   A    Well, with her raising very valid ethical concerns, me

16   completely dismissing them and thinking that she was leaving

17   based on just wanting to choose comfort and not because there

18   was a valid thing that she was raising that I totally missed,

19   because she was saying, My concerns are that there are no

20   ethical checks on Keith.

21        And I was -- and that she couldn't trust me.  And I

22   was saying:  Like, if I made you the head of ethics of DOS --

23   because I was to be head of the ethical craft in DOS -- if I

24   made you the head of ethics, the ethical craft of DOS, and you

25   could put in your protocols, would that address your concerns?

1          And she said, No.

2          And, so, then I was like, well, then it's not about

3     if there are ethics or abuses of, power.  But I didn't see the

4     thing about that there were no ethical checks on Keith.  And I

5     said to her, I'm open for a full ethical review of all of my

6     conduct.

7          And I meant that.  And she said, I don't --

8     basically, I can't take advantage of that because it's all

9     within the same framework.  So, I don't trust that it's

10    actually an ethical review.

11         And I think that's a very valid concern to have had

12    because it was all within the same framework and there were no

13    objective outside parties looking at it.  And when we brought

14    outside parties in, we lied to them all so there was no

15    capacity to have an outside ethical perspective.

16         So, we're saying I love you, but while I'm saying I

17    love you, what I'm thinking you just want to get off the hook

18    and you are choosing comfort and I made all these concessions

19    and was willing to do everything ethical and you're the one

20    who really doesn't want to uphold your word.

21         But that's not really what happened.  She was

22    raising concerns that I completely dismissed and missed.

23  Q     You didn't release anybody's collateral.  Dozens and

24    dozens --

25  A     That's true, I did not release anybody's collateral.

L. Salzman - Cross - Agnifilo                  2234

1   Q    Dozens and dozens and dozens of people left DOS.  You

2   didn't release any aspect of anyone's collateral, right?

3   A    And if we had, it certainly would have legitimized all of

4   the things that we are here discussing.

5   Q    Let me ask you --

6   A    Yes, I did not release anyone's collateral.

7   Q    That was the question.

8        On January 9, 2018, you spoke at a community

9   meeting; do you remember that?

10  A    Yes.

11  Q    It was you and Allison Mack in front of a whole roomful

12  of people, correct?

13  A    Yes.

14  Q    And it's a videotaped event, correct?

15  A    Yes.

16  Q    And you did most of the speaking?

17  A    Yes, I did.

18  Q    And you told the audience that huge injustices were

19  happening; do you remember saying that?

20  A    Yes.

21  Q    What were the "huge injustices"?

22  A    That they broke into our computer system was one of them

23  that I thought was very unjust.

24  Q    Who's "they"?

25  A    Sarah and some other women from the Vancouver center.

L. Salzman - Cross - Agnifilo                    2235

1           MS. HAJJAR:  Objection, your Honor.  I object to

2    this.

3           THE COURT:  Beyond the scope?

4           MS. HAJJAR:  Your Honor, may we?

5           THE COURT:  You want a sidebar?

6           MS. HAJJAR:  Yes.

7

8           (Continued on the following page.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Sidebar                                                    2236

1          (The following occurred at sidebar.)

2          MS. HAJJAR:  The objection is based on if counsel

3    could establish a foundation for these questions.

4          Our view is everything this witness knows about

5    these events are through hearsay, there's no firsthand

6    observations of any of these events, and these were lies that

7    were told to her.  I don't believe counsel has set a

8    foundation for these questions.

9          MR. AGNIFILO:  We don't need to get into it, but we

10   have forensic proof that Sarah's access ID was used to gain

11   access to NXIVM's computers between June 5 and June 7, 2015,

12   and they deleted a number of orders.  They altered -- they

13   absolutely committed computer hacking.

14         Now, the only question was:  When you said huge

15   injustices were being committed, what did you mean?

16         She gave that answer.  The Government covered this

17   community board meeting.  And if it matters, I'll play the

18   tape.  I was trying to short circuit it, but I'm happy to play

19   the recording, it's all on video.

20         But this is a fair question.  They got into this

21   topic on direct.  I asked the witness, Why did you say that?

22   and she gave an answer.

23         MS. HAJJAR:  We did not get into this on direct,

24   your Honor.  If Mr. Agnifilo wants to prove up this supposed

25   hacking, he can do so in his case in chief.  But what he can't

```
                         Sidebar                        2237
```

1    do is impeach this witness about something she heard that

2    she's not even denying she said.

3           There's no foundation for the actual establishing

4    that this hacking occurred, which is the tenor of

5    Mr. Agnifilo's questions.  She doesn't know that.

6           THE COURT:  You can ask her how she knows it, if she

7    knows.

8           MR. AGNIFILO:  All right.

9           (Continued on the following page.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

L. Salzman - Cross - Agnifilo                    2238

1              (Sidebar ends; in open court.)

2    BY MR. AGNIFILO:

3    Q    What's the basis, Ms. Salzman, of your belief that Sarah

4    and others from the Vancouver center hacked into the computers

5    of NXIVM in early June?

6    A    I was told this, but I can't recall specifically from

7    who.  I think Keith or Clare.

8    Q    And to your knowledge, was there an investigation done, a

9    forensic investigation, of the NXIVM server to determine why

10   certain things in the NXIVM computer system were eliminated?

11             MS. HAJJAR:  Objection.

12             THE COURT:  Sustained.

13   Q    Just getting back to your answer when you said "huge

14   injustices" were happening, you're saying that's what you were

15   referring to in that sentence.

16   A    There were other things as well.

17   Q    Go ahead.

18   A    That the people who had left were using our client list

19   to call -- the NXIVM client list to call the NXIVM active

20   NXIVM members and unenroll them from NXIVM by sharing the

21   allegations against us with them and their fears and concerns

22   about them.  And I thought that that was a huge injustice at

23   the time.

24   Q    About 4 minutes and 50 seconds into the recording, you

25   talk about the Me Too movement and you say, This isn't a good

1  time to go against the public victim.

2  A     Yes.

3  Q     Why did you say that?

4  A     That was something that Keith and I had spoken about.  In

5  fact, when I wrote the position statement that he tasked us

6  all to write for DOS and taking the position that he had no

7  affiliation with it or whatever, he actually edited my

8  position statement to talk about that, about that it's

9  unpopular to go against a public victim but that Sarah -- what

10  I was talking about was Sarah was publicly victimizing

11  herself.  So, if I took a position against her or anything

12  that she said at the time, I would be seen as being abusive to

13  a victim.

14  Q     You say at one point that mark left, Mark Vicente, Sarah

15  left.

16  A     Yes.

17  Q     The Vancouver center was dismantled.

18  A     Yes.

19  Q     And that only one person came to you to discuss what was

20  going on.

21  A     Yes.

22  Q     Was that true?

23  A     Yes, Audrey.  Audrey was the only one of those people who

24  had come to me.

25              I mean, I guess it depends how you look at it.  Mark

L. Salzman - Cross - Agnifilo                2240

1   had come to me with concerns over time much earlier, but I

2   think he had decided to leave ESP before he actually did

3   leave.  And he and I did have a conversation where he did ask

4   me about DOS and did ask me -- he called it the other stray

5   path, and he told me he thought Allison -- he was calling her

6   "Madam," that he thought she was recruiting young girls to

7   have sex with Keith, and I wasn't considering that at the time

8   when he said that.

9              So, he did raise those things with me, but at the

10  time when I said that, that was Audrey.

11  Q    You were just talking about Mark Vicente?

12  A    Yes, I was talking about Mark Vicente.

13             But when Sarah came to me, she had already decided

14  to leave.

15  Q    At one point you said, The Texas Chainsaw description of

16  what I brand isn't right.

17             Do you remember saying that?

18  A    Yes, I remember saying that.

19  Q    You said it was 25 percent fart jokes --

20  A    I was talking about Sarah's branding ceremony.

21             Jimena's branding ceremony was pretty rough.

22  Q    -- kissing, and 25 percent, This is an honor, thank you

23  for pushing.

24             Do you remember that that's what you said?

25  A    Yes.

L. Salzman - Cross - Agnifilo                    2241

1  Q     Is that an accurate description?

2  A     I don't know if the percentage is accurate, but Sarah did

3  say those things and there was joking in her branding

4  ceremony.

5  Q     Okay.

6  A     And, honestly, I mean, it was -- you know, you're there

7  with your friends and you're naked and you're holding each

8  other down branding each other, so it's awkward and

9  uncomfortable.  And there was a tremendous amount of fear and

10  reservation, especially after watching Jimena's branding

11  ceremony, so I think sometimes that does inspire joking as

12  well.

13  Q     Okay.  You said, We made life commitments with our best

14  friends.

15        Right, talking about the branding ceremony and DOS?

16  A     Yes.

17  Q     You also said --

18  A     And I made life commitments with them under false

19  pretenses.

20  Q     I'm just asking about what you said.

21        Did you say that in the video?

22        When you were talking -- tell the jury, this

23  community meeting, how many people were there?

24  A     There were 60 or 70, around 60 or 70 people from the

25  Albany community, the local Albany community.

1    Q    And you didn't say to them you made life commitments --

2    that you made a life commitment under false pretenses.

3              That's not what you said at the community meeting,

4    right?

5    A    Correct, I didn't say that.  I'm saying that now.

6    Q    At the time, in January of 2018, what you were saying is

7    you were making life commitments with your best friends and

8    that it was a rewarding experience, correct?

9    A    Yes, I was saying that.

10   Q    You also said you were in a sorority in college and a lot

11   of frat guys got branded.

12   A    That's true.

13   Q    That is true?

14   A    Yes.  I mean a number of frat guys that I knew had gotten

15   branded when I was in college.

16   Q    And of the brand, you said, It's a way of sealing my

17   promise forever, to see that it's forever, to stand for

18   something for my whole life.  My body is a tool for that.

19             Right, you said that?

20   A    Yes, I did.

21   Q    And you also said If you didn't want to get branded, you

22   didn't have to, right?

23   A    At the time that my girls were branded, I didn't know

24   that, I thought everybody had to.  But I did say that.

25   Q    And you said that because not everybody in DOS is

L. Salzman - Cross - Agnifilo                    2243

1    branded.

2    A    Yes, correct.

3    Q    People can join DOS and not get the brand, correct?

4    A    I didn't know that at the time that they were branded,

5    but, yes, it is true that girls were in DOS and didn't get

6    branded and stayed part of DOS.

7    Q    And you said that at the community meeting.

8    A    Yes, I did.

9    Q    You didn't want to get a brand, you didn't have to.

10   A    Yes.

11   Q    You said, I've never felt more connected to people than

12   overcoming pain for a principle.

13            Do you remember saying that?

14   A    It looks different now, but I remember saying it.

15   Q    And when you said it, did you mean it?

16   A    Yes, when I said that I meant that.

17

18            (Continued on the following page.)

19

20

21

22

23

24

25

LAM        OCR        RPR

Salzman - cross - Agnifilo                    2244

1   CROSS-EXAMINATION (Continuing)

2   BY MR. AGNIFILO:

3   Q    You compared it to men in the military and being in boot

4   camp.  Do you remember making that comparison?

5   A    Yes.  I don't know what it's like to be in the military

6   and in boot camp.  I was making the comparison because that's

7   how Keith talked about it.

8   Q    Now I think it was the next day, the day after the

9   community meeting, I think you said on direct you gave an

10  interview to Vanessa Grigoriadis?

11  A    Yes.

12  Q    Who was Vanessa Grigoriadis?

13  A    She is a reporter and she wrote an article about us that

14  was published in the *New York Times*.

15  Q    Fair to say you wanted an outlet?  You wanted to tell the

16  story, the story as you understood it to be, correct; you and

17  the others in NXIVM understood it to be?

18  A    Keith thought it was important that we get media out

19  there and that us having media out there would influence what

20  happened legally, as well, and pushed for us to do the media.

21  I was very -- had a lot of reservations about doing any media

22  and especially....

23  Q    And Vanessa Grigoriadis was a fairly well-known

24  journalist at the time and who had written issues with regard

25  to men and women; correct?

Salzman - cross - Agnifilo                    2245

1   A    I don't know that.

2   Q    You didn't know she that just published a book --

3             MS. HAJJAR:  Objection.

4             THE COURT:  Sustained.

5   Q    Did you think the *New York Times* would just write a puff

6   piece for you?

7   A    My understanding was that, choosing Vanessa as a

8   journalist, we would get at least a more neutral-type of a

9   piece, but we lied to Vanessa.

10  Q    Let me -- I'm going to ask you questions and if you want

11  to go off and answer something else, I can't stop you.

12            MS. HAJJAR:  Objection.

13            THE COURT:  If you want something struck, ask it to

14  be struck, I will consider it.  Don't give instructions to the

15  witness.

16            MR. AGNIFILO:  Very good, Judge.

17            THE COURT:  Just direct your questions to me.

18            MR. AGNIFILO:  Will do.

19            THE COURT:  Ask for a sidebar, if you need.

20            MR. AGNIFILO:  Yes, Judge.

21            THE COURT:  Go ahead.

22  Q    You were looking for a neutral investigative journalist

23  to write about the situation; right?

24  A    That's my understanding that that's what was looked for;

25  it wasn't me looking for it, and I was pushed to participate

Salzman - cross - Agnifilo                    2246

1    in it, but that's what was looked for.

2    Q    And Vanessa interviewed a lot of people, right?

3    A    I don't know how many people Vanessa interviewed.

4    Q    And Vanessa wrote a very long article in the *New York*

5    *Times* magazine; right?

6    A    That's true.

7    Q    And was it the idea that there were different blog sites

8    that were publishing very biased, one-sided views and you

9    wanted a more responsible investigative piece?

10   A    I don't know that.  I wasn't involved in the

11   decisionmaking, but I do know and we did discuss that if we

12   had the hope of having any leverage legally, or politically,

13   it would be through the media.

14   Q    Okay.  You said a few times here today that, since the

15   criminal case started, your perspective has changed on whether

16   Keith and the NXIVM teachings and DOS were good or bad; right?

17   A    Yes.

18   Q    And at the time that you were in DOS, you thought that

19   DOS was good; right?

20   A    At the time that I was in DOS there were a number of

21   things, as I was in DOS longer and longer, that concerned me

22   and that I had issues with; a number of them I raised with

23   Keith and his answers concerned me more.  And I overrode all

24   of that and went full force ahead to convince myself that

25   Keith was everything that he said he was; that DOS was

Salzman - cross - Agnifilo                    2247

1  everything the theory that I had made it into would be, and

2  that my life still was going to work out in some happy way

3  close to what I wanted it to be and what he was telling me it

4  could be; I overrode my better judgment again and again and

5  again.

6  Q    Fair to say you have been frustrated with Keith over the

7  years?

8  A    I have.

9  Q    You have known him for about 20 years or so?

10 A    Yes.  Yes.

11 Q    And you and he talked about having children, but you

12 never had children?

13 A    Correct.

14 Q    He continuously started relationships with other women?

15 A    Yes.

16 Q    You told him a few times you wanted to end your

17 relationship with him?

18 A    Yes, that's true.

19 Q    And he reacted strongly when you said these things to

20 him; correct, ending the relationship?

21 A    Well, he made a certain series of promises and threats at

22 that time, so, you know, if you consider that strongly, then,

23 yes.

24 Q    And the threat was that he was going to leave the

25 community?

Salzman - cross - Agnifilo                    2248

1   A    That he was considering resigning his Vanguard.

2   Q    So he said to you if you leave me I am going to resign?

3   A    I didn't say it like that, but.

4   Q    How did he say it?

5   A    I was -- it was under the discussion of my having kissed

6   another person and he said he was considering whether

7   resigning as Vanguard would be a good idea.

8   Q    And you didn't want him to resign as Vanguard?

9   A    Correct.  I did not.

10  Q    You wanted him to stay the head of the community?

11  A    Yes.

12  Q    And you wanted him to stay because you truly believed in

13  the work that you were all doing together?

14  A    Yes, I did.  At that time, I did.

15  Q    And you wanted him to stay because you truly believed

16  that you would be better off with him, imperfect as he was?

17  A    That's just a funny way of saying it, but I wanted to

18  believe that what he was telling me would be would be and that

19  he was who I thought he was.

20  Q    You had family in the community; correct?

21  A    Yes.

22  Q    You had friends?

23  A    Yes.  Yes.

24  Q    You had support; right?

25  A    Yes.

Salzman - cross - Agnifilo                    2249

1    Q    You had ways of making money?

2    A    Yes.

3    Q    You didn't need Keith, did you?

4    A    Yes, I did.  I felt I did.  I absolutely felt I needed

5    Keith.  100 percent, I felt I needed Keith.  I did not feel

6    that I would be okay in the community and could exist in the

7    life that I was living if I left Keith.

8    Q    So you wanted Keith to stay as the Vanguard?

9    A    I wanted Keith to stay as the Vanguard and I felt

10   completely dependent on him and our relationship for things to

11   be good in my life.

12   Q    And part of it is you believed that you had a mission,

13   right?  That even pre-DOS, NXIVM, that what you guys were

14   doing was like a mission; is that a fair way to put it?

15   A    I did.  And at some point he came to me and said, I

16   thought we had really failed in NXIVM to be able to uphold the

17   mission and that he thought the real way we were going to

18   accomplish things in the world were through these secret

19   organizations.

20   Q    And the mission is something that you guys would talk

21   about, you would call it a mission?

22   A    Yes.

23   Q    You guys watched the movie *The Mission*; right?

24   A    Yes, that's true.

25   Q    There was a -- there was a -- what are the two-hour

Salzman - cross - Agnifilo                    2250

1   things called?

2   A     Modules.

3   Q     Modules.   There was a module called The Mission?

4   A     Yes.

5   Q     What was the mission?

6   A     To raise the ethics of the world and ultimately that's

7   why I'm sitting here, because I believed that in order to

8   decide what's ethical and what's not the truth has to come

9   out, and lying and covering up everything we did is not

10  ethical and it is not the mission that I was enrolled in, and

11  that is not the person that I wanted to be with or who was the

12  leader I thought.

13  Q     But for a while you thought you guys were actually going

14  to be doing something real and important and critical for the

15  world?

16  A     Which is why I did it.

17  Q     Right.   And now that mission is over?

18  A     It's over in that form.   I mean, everybody can have their

19  own mission in themselves to make the world a better place and

20  to make it more ethical, and we all do that in our own way.

21  And then, part of my doing that is telling the truth about

22  what happened.

23  Q     Now, your perspective has changed.   As you sit here

24  today, many of the things you thought were positive and good

25  for the world, you no longer view them that way; correct?

1           You view them as negative?

2    A    The things I thought were positive and good for the world

3    I view as negative?

4    Q    Let me ask --

5    A    I still hold the same principles that I held before and

6    I've had enough time away by myself, after I was indicted, to

7    think about my own experiences and to be able to process them

8    without other people talking me out of them or reframing them

9    or leveraging my own fears or attachments, and it's -- and I

10   decided to go forward the way I've always gone forward to

11   uphold what I think is right and good and in the best way that

12   I can.

13   Q    Part of what's happened is that, through the discovery

14   process, you have learned more about Keith's relationships

15   with other women; fair to say?

16   A    Yes.

17   Q    You have learned more about Keith's relationship with

18   Cami, for instance?

19   A    That's true.

20   Q    And you always were concerned that Keith held Cami in

21   sort of a special place in his heart?

22   A    I mean, I felt insecure about it, but that wasn't what

23   was troubling to me.  Learning that Cami and Keith had a

24   special relationship is not what was troubling to me.

25   Q    But you've learned -- for instance, you've read the Cami

Salzman - cross - Agnifilo                    2252

1   chats, chats between Keith and Cami, you've read them?

2   A    Right.

3   Q    In discovery?

4   A    Yes.  Yeah, where he says we're going to -- there is

5   going to be the part of DOS that other people know and then

6   there's going to be this other secret sex part of DOS where

7   we're going to get slaves to pleasure us, slaves -- that was

8   not what I signed up for.

9   Q    You didn't know that Keith and Cami had a relationship

10  that you knew nothing about?

11  A    Well, I knew they had a relationship I knew nothing

12  about, I just didn't understand the nature of some of it.  But

13  what was more troubling is not that they had a relationship

14  that I knew nothing about, or even that it was as involved as

15  it was -- I mean, it was Keith's consistent misrepresentations

16  of things and that he made promises to me that I gave up real

17  other opportunities of things that I wanted and that he knew

18  that I wanted, and when he didn't fulfill those promises and

19  he said -- Keith said, in the curriculum, that ultimately we

20  want to make our words so strong, like so strong that when we

21  tell people we will do something, it will be done.  That it

22  will be done.  So he made me a promise, and then when I said

23  you didn't uphold the promise, he said I didn't give my word.

24  So that's like just one example.

25            And then he characterized the way -- the reasons for

Salzman - cross - Agnifilo                    2253

1   why he didn't uphold his word to me as being because it was so

2   difficult that two of our best friends died of terminal

3   illnesses and the void that that left in our community, and

4   how much extra work fell on him and how hard it's been because

5   of all of our failures and ineptitudes and the political

6   situation.  And then I found out, during that time, he started

7   like twelve new relationships with people who were not

8   compensating for those holes that were left in the

9   organization, and many of them didn't even share really any of

10  our values.  And I didn't have a problem, I stayed with Keith

11  despite all the other relationships, and that was something

12  that he could have been honest with me about, and

13  mischaracterizing and making me feel sorry for him because his

14  life is so hard because we lost our friends and I can't get my

15  shit together is not what was going on.

16  Q    I think you said on direct examination that you thought

17  Keith changed when Pam passed away?

18  A    I don't know if I said that on direct examination, but I

19  think that Pam's passing away relates to the start of DOS.

20  Q    In what way?

21  A    Because I think Keith was -- now had a whole bunch of

22  people to meet his objectives and serving him, you know, in a

23  way that Pam facilitated before.  I think Pam facilitated a

24  number of Keith's personal and romantic relationships and kept

25  them alive throughout the years.

Salzman - cross - Agnifilo                    2254

1   Q      In your --

2   A      Pam talked me back into my relationship with Keith over

3   the years, many times, and Pam facilitated my relationship

4   with Keith initially.  And I think DOS took the place of that,

5   in large part, because now you have slaves going out

6   specifically looking for sexual relationships and personal

7   relationships for Keith.

8   Q      But you'd agree with me that didn't -- your personal

9   knowledge, that didn't happen.  In terms of you and your

10  slaves, that didn't happen, right?  That's my question.

11  A      My personal knowledge of what was going on in the other

12  groups, based on what the women were sharing --

13  Q      No, I'm talking about --

14  A      -- with me was happening.

15  Q      I'm sorry, I'm asking what you know --

16  A      I did not do that.  I did not do that in my group.

17  Q      Let me just ask you the question.

18          I'm asking about what you know, what you know based

19  on what you saw and what you saw other people doing with your

20  own senses, eyewitness-type stuff; you didn't see any of that?

21  A      Well, if I don't believe anything that any of my friends

22  say, then I didn't experience any of that.  But most of my

23  first-line DOS masters were telling me things that were

24  gravely concerning to me that they were doing.

25  Q      I'm going to ask you the question again.

Salzman - cross - Agnifilo                    2255

1  A     I didn't observe them doing it.

2          MS. HAJJAR:  Objection, Your Honor.

3          THE COURT:  Asked and answered.  Next question.

4  Q     Keith had a child with Kristin Keefe; right?

5  A     Yes, correct.

6  Q     That's the same Kristin Keefe who was on the e-mails that

7  we looked at earlier with Hector and you and all those folks;

8  right?

9  A     Yes, correct.

10 Q     Kristin Keefe, you said, was in the legal sort of part

11 NXIVM, she was in the legal department?

12 A     That was my understanding, yes.

13 Q     And from time to time, Kristin would write e-mails as

14 though it was Hector; correct, she did that from time to time?

15 A     She would draft the e-mail and suggest that the family

16 use it and then Hector would use Kristin's drafted e-mail,

17 yes.  That happened at least once that I know of.

18 Q     Right.  And then sometimes Hector would send his own

19 e-mails that was from Hector?

20 A     I believe so.

21 Q     And you said that Kristin told you, and a group of

22 people, that she brought Daniella over the border; is that the

23 same Kristin Keefe?

24 A     Yes.

25 Q     Did she leave the community suddenly?

Salzman - cross - Agnifilo                    2256

1    A    Yes, she did.

2    Q    Okay.  Tell the jury about that.

3    A    Kristin left the community with Gaelyn, their son, in I

4    think around 2014.

5            I don't know specifically what you want to...

6    Q    And she just left like one day she was here and one day

7    she was gone?

8    A    I think it was progressive.  She was more and more upset.

9    I remember concern that she was voicing upset she had, so I

10   don't think it was completely out of the blue.

11   Q    Do you know if a box of her belongings was taken to your

12   mother's house?

13   A    I don't recall.  I don't know that.

14           But I don't think it -- I mean, the part about her

15   leaving suddenly, I mean, I had conversations with Keith quite

16   some time before she left where he wasn't sure he should spend

17   time developing a close relationship with his son because of

18   Kristin, and that if at some point he got close to Gaelyn,

19   there might be some rift or separation between them that would

20   be damaging to his son, so I think he foresaw that.  And we

21   saw that coming, I don't think it was suddenly.

22   Q    One of the things that we've done, yesterday afternoon

23   and today, Government put in a number of transcripts

24   corresponding to audiotapes.

25   A    Yes.

Salzman - cross - Agnifilo                    2257

1    Q     494 to 497, with the transcripts; right?

2    A     Yes.

3    Q     You were asked to listen, the Government asked you to

4    listen to these recordings; right?

5    A     Correct.

6    Q     You weren't involved in any of these conversations;

7    right?

8    A     Correct, I was not.  They happened before I was in DOS.

9    Q     Right.  So the Government had you listen to a number of

10   recordings of meetings that you weren't at?

11   A     Yes, correct.

12   Q     They asked you to make transcripts of the meetings that

13   you weren't at; correct?

14   A     Yes, correct.

15   Q     So, these are meetings between -- these are meetings that

16   you didn't even know took place; correct?

17   A     Yes, correct.

18   Q     You learned about these meetings for the first time when

19   the Government gave you these recordings to listen to?

20   A     Correct.

21   Q     In the last couple weeks?

22   A     Correct.

23   Q     And these are meetings between Keith, Monica Duran, Dani

24   Padilla and Loreta Garza, right?

25   A     Yes, and I think there were some with Allison and Rosa

Salzman - cross - Agnifilo                    2258

1    Laura too.

2    Q    And there were some with Allison and Rosa Laura.

3    A    Yeah.  Yes.

4    Q    And with the exception of Rosa Laura, Keith slept with

5    all of those women?

6    A    Yes.

7    Q    So here you are, listening to Keith talk to these women

8    about DOS and the creation of DOS, you're not there, and

9    you're listening to these recordings; correct?

10   A    Yes.  Correct.

11   Q    Did you know that Keith was having -- and this is at a

12   time when you and Keith are still talking about you possibly

13   having children in the spring of 2016; correct?

14   A    Yes, but it was at a time when Pam was -- was -- it was

15   at a time that Keith and I weren't interacting very much over

16   the two years that Pam was sick and dying.

17        That was -- I'm sorry.

18   Q    No, it's all right.

19        So you were still holding out hope, as of June 2016

20   when these conversations are taking place, these meetings

21   between Keith and these other women, you are still holding out

22   hope that you might end up with Keith?

23   A    Yes.

24   Q    So the Government plays these recordings for you; right?

25   A    Yes.

Salzman - cross - Agnifilo                    2259

1    Q    Meetings you didn't know about; right?

2    A    Yes, correct.

3    Q    You just said before that one of your concerns with Keith

4    is that he was with all these other women, you know, rather

5    than being with Pam as she's dying, that he started I think

6    you said twelve new relationships; correct?

7    A    Yes.  I mean, one of my concerns though is that Keith was

8    not being honest with me about what was going on, and he was

9    mischaracterizing things and making promises to me that were

10   influencing my life decisions when I could have gone in other

11   ways and was expressing that I wanted to.

12   Q    One of the ways you know that Keith was lying to you is

13   because you listened to these recordings; right?

14   A    I just listened to these recordings the day before

15   yesterday for the first time.

16   Q    Right, you didn't know about?

17   A    Yeah.

18   Q    Were you surprised?

19   A    Was I surprised about the recordings?

20   Q    Yeah, were you surprised that Keith was having these

21   kinds of interactions with these women, most of whom he was

22   sleeping with?

23   A    No.  Everything they were talking about is stuff that we

24   talked about in DOS and that I knew already when I listened to

25   that, except the fact that there were the seven of them and

Salzman - cross - Agnifilo                    2260

1    they planned it to stay the seven of them.

2    Q    I'm not talking about the content.

3    A    Oh, I'm sorry.  I didn't understand the question.

4    Q    Let me ask you the question.

5            The fact that Keith is off with these women doing

6    anything, in this case creating DOS, you didn't know that he

7    was there?  You didn't know he was with them at those times?

8    A    Yes, correct.  I didn't know that.

9    Q    You know that now --

10   A    I knew there was some project that they were working on

11   at one point in time.  I didn't know what it was.

12   Q    But you know that now because the Government gave you the

13   recordings to listen to of the meetings that you weren't in?

14   A    Well, yes.  And also -- I mean, I knew it because when I

15   joined DOS there was something that had been created over a

16   period of time that seemed pretty extensive.  There were a lot

17   of things created and they had all been created and

18   implemented in my absence, so I knew that I had come into

19   something, that there had been things before.  The

20   relationships I learned about when I joined because -- I

21   learned about when I joined, but it wasn't confusing to me

22   that there had been time spent developing those things.  The

23   Government didn't teach me that.  Like I didn't learn that

24   from them, I knew that before.

25   Q    You didn't know the specifics of the conversations

Salzman - cross - Agnifilo                    2261

1   because you weren't there; right?

2   A    Correct, I didn't.

3   Q    So you heard conversations -- well, can I ask you a

4   question, do you love Keith?

5              MS. HAJJAR:  Objection.

6              THE COURT:  We have been through this.  Sustained.

7              MR. AGNIFILO:  Judge?  Judge, can we have a sidebar?

8              THE COURT:  No, we can't have a sidebar.  Move on.

9   Q    Did you love Keith in June of 2017?

10  A    Yes.

11  Q    Did you know he was having these kinds of conversations

12  with these women?

13  A    Generally.  Not specifically.

14  Q    Was it hard to hear his voice with their voices in these

15  recordings that you transcribed?

16  A    That wasn't what made it hard.

17  Q    But was that hard?

18             MS. HAJJAR:  Objection.

19             THE COURT:  Asked and answered.

20             MR. AGNIFILO:  I don't think she did.  She said

21  that's not what made it hard.

22             THE COURT:  You said that's not what made it hard?

23             THE WITNESS:  Yeah.

24             THE COURT:  You may ask your question.  I misheard

25  the answer.

Salzman - cross - Agnifilo                    2262

1          MR. AGNIFILO:  I'm sorry.

2          THE COURT:  You can ask the question.

3          MR. AGNIFILO:  Yeah, okay.

4    Q    Was it hard to listen to the conversations?

5    A    The conversations sound different to me now than they did

6    before and so I don't hear them the same way and that's

7    difficult.

8    Q    At some point you realized -- let me back up.

9          You said -- I think it was just before lunch

10   yesterday -- when Keith was arrested in Mexico, Mexican police

11   came in and they had machine guns?

12   A    Yes.

13   Q    And they were pointing them at you?

14   A    Yes.

15   Q    You've been through a lot for Keith; right?

16   A    Yes.

17   Q    And one -- that's one of the things that you went

18   through; right?

19   A    Yes.

20   Q    And you didn't want to have to go through this criminal

21   trial with him; is that fair to say?

22   A    I didn't want -- I didn't want to sit -- I didn't want to

23   defend the things that I did that were bad and that were

24   criminal as good.  I didn't want to sit at the defense table

25   and tell a false story about what happened.  And when I found

Salzman - cross - Agnifilo                2263

1   that I had done things that I believe are wrongful, and also

2   criminal, I did exactly what Keith taught me to do, which is

3   take responsibility for and figure out how to fix it.

4   Q    Now, you just said when you "found out" that you did

5   things that were criminal, did you intend to do things that

6   were criminal as you did them?

7   A    Some of them.

8   Q    Did you intend to commit a racketeering violation at the

9   time that you did it?

10  A    I didn't know specifically it was a racketeering

11  violation, but I knew things were illegal that I was doing and

12  I did them anyway.

13  Q    Did you intend to commit extortion at the time that you

14  did it?

15          MS. HAJJAR:  Objection, Your Honor.

16          THE COURT:  Sustained.

17  Q    Did you intend to commit extortion --

18          MS. HAJJAR:  Objection.

19          THE COURT:  Sustained.

20  Q    You said on direct examination that you committed

21  extortion; right?

22  A    Yes.

23  Q    Did they tell you to say that?

24  A    No.

25  Q    Do you think you committed extortion?

Salzman - cross - Agnifilo                    2264

1    A    Yes.

2    Q    You do?

3    A    Yes.

4    Q    What did you do?

5    A    I took collateral from people who were afraid to not give

6    it to me, because I already had their collateral, and they

7    were calling it extortion at the time and I even discussed it

8    with Keith and he was, like, it's not extortion, they agreed

9    to it.

10   Q    Did you think it was extortion when you took the stuff?

11   Were you doing it to scare them?

12            MS. HAJJAR:  Objection.

13            THE COURT:  You may answer.

14   A    I had concerns that it was problematic and I chose to go

15   with what Keith said.  If I didn't think it was problematic, I

16   wouldn't have raised it.

17   Q    Did you intend to hurt anyone, did you intend to scare

18   anyone?

19            MS. HAJJAR:  Objection.

20            THE COURT:  Sustained.

21            MR. AGNIFILO:  Means you don't answer.

22            THE COURT:  I'm sorry?

23            MR. AGNIFILO:  No, no, I thought she was about to

24   answer, so I told her not to.

25   Q    When you were in DOS, before anybody was arrested, were

Salzman - cross - Agnifilo                    2265

1    you doing things intentionally to break the law?

2            MS. HAJJAR:  Objection.

3            THE COURT:  That requires a legal conclusion.

4    Q    Was your intention to hurt people or was it to help

5    people?

6            MS. HAJJAR:  Objection.

7    Q    What was your intention when you were in DOS?

8            THE COURT:  You may answer.

9    A    My intention was to prove to Keith that I was not so far

10   below the ethical standard that he holds that I was -- I don't

11   even know how far below I am.  I was trying to prove my

12   self-worth, and salvage this string of a hope of what I

13   thought my relationship might some day be, and I put it above

14   everything else; I put it above my friends and I put it above

15   other people, helping them in their best interest.  That's

16   what I did when I was in DOS.

17           THE COURT:  Okay, that's it.  We are done.

18           MR. AGNIFILO:  Okay, Judge.  Thank you.

19           THE COURT:  You are done.

20           MR. AGNIFILO:  I know.  I am done.

21           THE COURT:  No, I said you're done.

22           MR. AGNIFILO:  I know.  I am.

23           THE COURT:  So you can sit down.

24           Redirect?

25           MS. HAJJAR:  No, Your Honor.

Proceedings                                          2266

1          THE COURT:  Nothing?

2          MS. HAJJAR:  No.

3          THE COURT:  All right, the witness is excused.  You

4     may stand down.

5          (Witness steps down.)

6          THE COURT:   All right, we are close to five

7     o'clock, members of the jury.  We are going to recess for

8     tonight.  I'd like to remind you that it is very important

9     that you follow my instruction and that you not discuss the

10    case with anyone; not your family, your friends or business

11    associates and not other jurors.  In addition, you must not

12    read, listen to, watch or access any accounts of this case on

13    any form of media, such as newspapers, TV, radio, podcasts or

14    the internet, nor research or seek outside information about

15    any aspect of the case.  Please do not communicate with anyone

16    about the case on your phone, either through e-mail, text

17    messaging or any other means, through any blog or website or

18    by way of any other social media, including Facebook, Twitter,

19    Instagram, or YouTube or other similar cites.  You must not

20    consider anything you may have read or heard about the case

21    outside of this courtroom, whether you read it before or

22    during jury selection or during the trial.  And do not attempt

23    any independent research or investigation about the case and

24    do not visit any of the locations identified on the

25    questionnaire or discussed during the course of the jury

Proceedings                                                2267

1    selection process and during this trial.

2          Tomorrow, we will have a full day of testimony.

3    Friday, we're off and then we have a long weekend and we will

4    resume on Tuesday.  The following week, the week of the third

5    of June, we will have one day when we are going to recess due

6    to a religious holiday, but that day, I'm not sure which date

7    it is, but I am going to find out, right.  I will let you know

8    next week what day that's going to be so you can make your

9    plans.

10         Thank you very much for your attention.

11         All rise for the jury.

12         (Jury exits the courtroom.)

13         THE COURT:  Please be seated.  Is there anything

14   else from the Government for tonight?

15         MS. PENZA:  No, Your Honor.

16         THE COURT:  Anything else from the defense?

17         MR. AGNIFILO:  Yes, Your Honor.

18         THE COURT:  Go ahead.

19         MR. AGNIFILO:  I don't know why Your Honor cut off

20   my cross-examination.

21         THE COURT:  If you want to know, you went way over

22   the line as far as I'm concerned with regard to this witness.

23   You could have asked your questions and moved on to the next

24   question, but you kept coming back, and I am not going to have

25   someone have a nervous breakdown on the witness stand in front

Proceedings                                            2268

1   of -- excuse me, this is not DOS.  This is not the

2   allegations.  This is a broken person, as far as I can tell.

3   And whether she's telling the truth, whether the jury believes

4   her, I think it's absolutely necessary that there be a certain

5   level of consideration for someone's condition.  And that's

6   really what this was.  You had plenty of -- if you had other

7   things to say, you could have gone on and said them.  But what

8   I had here was, I had a crisis here.  And not in my courtroom.

9            So you have your record, and if there is a

10  conviction, you can appeal my decision to the Second Circuit,

11  okay?

12           MR. AGNIFILO:  Your Honor, most respectfully -- and

13  I am not going to belabor the point -- I think it is an

14  important -- she talked about the change in perspective, she

15  did, and I'm trying to explore that change.  I --

16           THE COURT:  You did, in many different ways.

17           Sir, I have a right and an obligation to control the

18  extent to which something like this is put to a witness and

19  you had that opportunity.  You made your points.  It's all

20  there, it's on the record.  And if I made a mistake, then you

21  will have your opportunity if you should not be successful in

22  gaining your client's acquittal, and I'm just going to leave

23  it at that.  But I'm telling you, I was watching this witness.

24           (Continued on following page.)

25

Proceedings                                          2269

1   (Continuing)

2          MR. AGNIFILO:  I'm more concerned, quite frankly,

3   about, I thought I took great pains to be appropriate and

4   even-keeled.

5          THE COURT:  Well --

6          MR. AGNIFILO:  I never raised my voice.

7          THE COURT:  Look, I am not saying you are not a

8   man -- you are not a lawyer who maintains his composure.  I am

9   not talking about that.  I am worried about her composure in

10  this case.

11         I have to sentence this defendant and what you did

12  was, basically, ask her to make legal judgments about whether

13  what she did in pleading guilty was farcical that she took

14  somebody else's advice, some lawyer, so she could get out from

15  under a trial.  I thought that really went pretty far beyond

16  the pale, frankly.

17         MR. AGNIFILO:  Your Honor, I --

18         THE COURT:  I took her guilty plea, sir.  All right?

19         MR. AGNIFILO:  I am not trying to argue with you.  I

20  am not trying to argue with you.

21         THE COURT:  Then don't argue with me.

22         MR. AGNIFILO:  No --

23         THE COURT:  You can take your appeal if you should

24  not be successful.  I don't want to talk about it anymore.  I

25  thought it was extremely excruciating.  When I tried to cut

SAM      OCR      RMR      CRR      RPR

Proceedings                                          2270

1   off the line of questioning, you just went right back to the

2   line of questioning.  You could have gone on to something

3   else.  You could have.

4           I may not get everything right up here, but I will

5   tell you, as a human being, it was the right decision.

6   Alright?  And before I'm a judge, I'm a human being.  And that

7   goes for everybody in this room, and it includes you and the

8   Government.  And I am not going to allow someone to be placed

9   in this circumstance and then let it continue.  I am the one

10  who is disappointed.  I'm done.

11          9:30.

12          (Judge NICHOLAS G. GARAUFIS exited the courtroom.)

13          (Matter adjourned to Wednesday, May 23, 2019 at 9:30

14  a.m.)

15

16

17

18

19

20

21

22

23

24

25

2271

1                            <u>I N D E X</u>

2

3   <u>WITNESS</u>                                    <u>PAGE</u>

4

5     **LAUREN SALZMAN**

6         DIRECT EXAMINATION BY MS. HAJJAR        2048

7         CROSS-EXAMINATION BY MR. AGNIFILO       2066

8

9                          <u>E X H I B I T S</u>

10

11    Government Exhibit 1579                      2050

12    Defense Exhibit 150                         2155

13    Defense Exhibit 151                         2156

14    Defense Exhibit 152                         2157

15    Defense Exhibit 153                         2158

16    Defense Exhibit 156                         2160

17

18

19

20

21

22

23

24

25

## $

**$120** [1] - 2142:6
**$126** [1] - 2132:17
**$128** [2] - 2132:17, 2133:3

## '

**'90s** [1] - 2094:19

## 1

**1** [2] - 2062:9, 2078:6
**1,000** [1] - 2129:14
**10** [3] - 2113:20, 2209:15, 2209:18
**10,000** [1] - 2050:21
**100** [3] - 2056:1, 2129:14, 2249:5
**10017** [2] - 2037:20, 2037:23
**10th** [1] - 2061:25
**11** [2] - 2062:22, 2065:17
**11201** [2] - 2037:16, 2038:13
**11:14** [1] - 2138:11
**11:30** [3] - 2045:14, 2045:17, 2045:18
**11th** [1] - 2118:24
**12** [7] - 2045:18, 2055:2, 2228:10, 2228:25, 2229:2, 2229:3
**14** [2] - 2057:13, 2061:2
**1404** [2] - 2205:2, 2205:3
**1484** [1] - 2129:6
**1484-R** [2] - 2128:6, 2128:8
**1485** [3] - 2136:25, 2137:4, 2137:12
**1485-R** [2] - 2137:5, 2137:12
**1486-R** [1] - 2144:9
**1487** [1] - 2146:15
**1488** [1] - 2146:15
**1488-R** [1] - 2146:16
**15** [3] - 2043:6, 2043:7, 2216:15
**150** [7] - 2154:7, 2154:16, 2154:22, 2154:23, 2154:24, 2155:2, 2271:12
**151** [5] - 2155:23, 2156:5, 2156:7, 2156:9, 2271:13
**152** [6] - 2156:18,

**2156:24, 2157:1,** 2157:2, 2160:12, 2271:14
**153** [5] - 2158:4, 2158:10, 2158:12, 2158:14, 2271:15
**156** [5] - 2159:19, 2159:25, 2160:2, 2160:3, 2271:16
**1579** [5] - 2049:17, 2050:4, 2050:6, 2050:8, 2271:11
**16** [2] - 2065:18, 2146:5
**1660** [1] - 2133:3
**1701** [1] - 2038:8
**17th** [1] - 2196:10
**18-CR-204/NGG** [1] - 2037:4
**180** [1] - 2174:3
**1:04** [1] - 2149:19

## 2

**2** [1] - 2113:10
**2/27/12** [1] - 2138:11
**20** [5] - 2043:6, 2043:7, 2063:8, 2065:18, 2247:9
**20-year-old** [1] - 2131:6
**2000** [1] - 2077:10
**20006** [1] - 2038:9
**2001** [3] - 2078:6, 2078:14, 2080:17
**2008** [2] - 2080:18, 2084:24
**2009** [2] - 2084:24, 2099:25
**2011** [7] - 2113:3, 2113:14, 2114:1, 2116:15, 2118:24, 2121:25, 2122:21
**2012** [7] - 2051:3, 2052:10, 2113:20, 2139:7, 2142:8, 2142:11, 2145:9
**2014** [4] - 2075:14, 2076:23, 2076:24, 2256:4
**2015** [3] - 2076:23, 2076:25, 2236:11
**2016** [6] - 2055:2, 2087:22, 2095:16, 2109:8, 2258:13, 2258:19
**2017** [6] - 2061:25, 2190:1, 2218:15, 2221:12, 2222:3, 2261:9

**2018** [5] - 2157:14, 2157:15, 2190:1, 2234:8, 2242:6
**2019** [2] - 2037:7, 2270:13
**2048** [1] - 2271:6
**2050** [1] - 2271:11
**2066** [1] - 2271:7
**21** [1] - 2061:1
**21-22** [1] - 2059:10
**2155** [1] - 2271:12
**2156** [1] - 2271:13
**2157** [1] - 2271:14
**2158** [1] - 2271:15
**2160** [1] - 2271:16
**21st** [1] - 2121:24
**22** [1] - 2037:7
**225** [1] - 2038:13
**23** [2] - 2065:18, 2270:13
**24** [2] - 2113:14, 2114:1
**25** [4] - 2061:1, 2063:8, 2240:19, 2240:22
**250** [1] - 2050:20
**26th** [1] - 2037:20
**27** [1] - 2116:15
**271** [1] - 2037:16
**27th** [3] - 2122:21, 2139:7, 2139:20
**28** [1] - 2053:5
**29** [3] - 2052:10, 2053:5, 2063:25
**29th** [3] - 2145:9, 2146:23, 2147:21
**2:00** [1] - 2152:2
**2:57** [2] - 2146:24, 2147:21

## 3

**3** [7] - 2040:7, 2047:13, 2047:19, 2073:11, 2077:25, 2081:6, 2213:9
**30** [1] - 2059:18
**30,000** [1] - 2145:25
**30-year** [1] - 2087:20
**33** [1] - 2057:4
**34** [1] - 2057:18
**36** [4] - 2052:21, 2052:25, 2121:21, 2218:22
**362** [1] - 2087:9
**37** [1] - 2064:1
**38** [1] - 2052:21

## 4

**4** [9] - 2051:3, 2057:25, 2062:9, 2062:23, 2063:8, 2118:20, 2213:9, 2213:12, 2238:24
**40** [1] - 2053:17
**41** [1] - 2064:18
**429** [2] - 2170:25, 2171:2
**43** [2] - 2053:5, 2054:8
**432** [1] - 2218:21
**432-R** [2] - 2212:1, 2212:6
**44** [1] - 2053:17
**45** [2] - 2053:17, 2199:14
**45-46** [1] - 2060:9
**45-minute** [1] - 2045:22
**48** [6] - 2050:20, 2140:10, 2141:4, 2141:6, 2144:17, 2145:4
**48-hour** [1] - 2140:5
**494** [1] - 2257:1
**495** [1] - 2052:19
**495-T** [1] - 2052:20
**496** [1] - 2054:21
**496-T** [1] - 2054:22
**497** [2] - 2061:14, 2257:1
**4th** [1] - 2080:18

## 5

**5** [2] - 2213:23, 2236:11
**50** [1] - 2238:24
**55** [1] - 2122:19

## 6

**6** [2] - 2215:7, 2215:11
**60** [3] - 2126:24, 2241:24
**600** [1] - 2144:18
**677** [1] - 2037:23
**6:00** [1] - 2127:2

## 7

**7** [5] - 2057:13, 2057:18, 2115:23, 2236:11
**70** [2] - 2241:24
**700** [1] - 2038:8
**707** [1] - 2037:23
**72** [3] - 2140:10,

**2141:4, 2141:6**
**72-hour** [1] - 2140:4
**767** [1] - 2037:20
**77** [1] - 2048:20
**7:20** [1] - 2145:9

## 8

**85004-2391** [1] - 2038:4
**853** [1] - 2203:3

## 9

**9** [9] - 2062:22, 2102:17, 2102:19, 2103:24, 2104:10, 2105:13, 2105:17, 2107:8, 2234:8
**908** [3] - 2048:20, 2115:23, 2126:24
**908-R** [3] - 2113:8, 2113:9, 2113:11
**908-R2** [1] - 2113:10
**9:30** [2] - 2037:7, 2270:11, 2270:13
**9th** [1] - 2061:23

## A

**a.m** [3] - 2037:7, 2149:19, 2270:14
**A3** [1] - 2040:23
**ability** [1] - 2167:11
**able** [25] - 2040:9, 2053:22, 2060:19, 2065:21, 2068:4, 2080:12, 2083:13, 2083:16, 2088:20, 2090:7, 2090:13, 2097:19, 2098:1, 2117:16, 2125:4, 2138:14, 2139:17, 2157:18, 2167:20, 2179:12, 2202:9, 2209:12, 2210:13, 2249:16, 2251:7
**absence** [1] - 2260:18
**Absolutely** [2] - 2045:8, 2227:8
**absolutely** [4] - 2116:4, 2236:13, 2249:4, 2268:4
**absorb** [1] - 2123:1
**Abuse** [1] - 2226:9
**abuses** [1] - 2233:3
**abusive** [1] - 2239:12
**access** [6] - 2050:19, 2113:3, 2177:13, 2236:10, 2236:11,

2266:12
accessed [3] - 2175:18, 2177:4, 2222:9
accessing [1] - 2221:23
accidentally [1] - 2084:2
accompanied [1] - 2146:8
accomplish [1] - 2249:18
according [1] - 2195:13
account [11] - 2052:6, 2086:19, 2130:4, 2130:14, 2132:6, 2132:23, 2136:22, 2138:14, 2141:1, 2141:10, 2141:21
accountant [3] - 2130:18, 2131:11, 2132:11
accounts [5] - 2050:18, 2140:13, 2140:17, 2141:22, 2266:12
accurate [2] - 2241:1, 2241:2
acknowledge [1] - 2220:3
acquittal [1] - 2268:22
act [4] - 2045:24, 2083:8, 2138:20, 2186:11
acting [1] - 2123:25
action [1] - 2106:10
actions [1] - 2081:24
active [4] - 2088:2, 2090:2, 2096:8, 2238:19
actively [2] - 2089:13, 2096:13
activities [1] - 2204:21
acts [3] - 2186:6, 2186:7, 2186:17
actual [1] - 2237:3
addictive [1] - 2088:15
adding [1] - 2123:5
addition [4] - 2076:8, 2115:11, 2144:20, 2266:11
additional [3] - 2122:3, 2122:5, 2208:5
Additionally [1] - 2051:2
address [11] - 2041:8, 2048:17, 2049:5, 2049:6, 2058:12,

2100:2, 2106:10, 2113:6, 2113:20, 2138:22, 2232:25
addressed [1] - 2144:13
adequately [2] - 2138:24, 2145:20
adequately-done [1] - 2138:24
adjourned [1] - 2270:13
admin [4] - 2114:25, 2115:2, 2115:5, 2115:7
admired [3] - 2070:1, 2070:2, 2080:3
admiring [1] - 2080:6
admit [2] - 2226:22, 2228:2
Adrian [5] - 2052:17, 2112:24, 2126:16, 2126:19, 2126:21
Adriana [4] - 2119:10, 2119:11, 2120:13, 2145:10
Adrianna [1] - 2112:20
adult [2] - 2106:21, 2106:23
advantage [1] - 2233:8
adversities [2] - 2167:18, 2167:19
adversity [1] - 2167:16
advice [2] - 2215:12, 2269:14
advise [7] - 2043:13, 2046:1, 2069:20, 2080:14, 2150:7, 2151:4, 2212:15
advised [5] - 2042:20, 2043:16, 2047:13, 2149:20, 2149:21
advisement [1] - 2106:24
advising [3] - 2149:12, 2149:13, 2151:1
advisor [1] - 2075:1
affect [3] - 2086:5, 2137:25, 2185:4
affects [2] - 2184:5, 2184:24
affiliation [2] - 2163:24, 2239:7
afloat [2] - 2221:17, 2222:17, 2223:10
afraid [6] - 2088:8, 2118:11, 2183:18, 2183:21, 2226:13,

2264:5
AFTERNOON [1] - 2152:1
afternoon [7] - 2045:1, 2145:10, 2152:18, 2152:19, 2170:3, 2216:19, 2256:22
afterwards [1] - 2194:19
age [1] - 2161:5
Agent [1] - 2047:5
agents [1] - 2043:24
aggressive [4] - 2080:21, 2081:21, 2081:22, 2083:22
aggressiveness [1] - 2082:6
AGNIFILO [108] - 2037:21, 2040:5, 2040:10, 2040:17, 2040:20, 2040:25, 2042:1, 2042:17, 2043:5, 2043:9, 2044:15, 2044:20, 2044:25, 2045:9, 2045:19, 2045:24, 2046:2, 2047:8, 2047:18, 2047:23, 2050:5, 2065:1, 2066:12, 2066:14, 2067:13, 2072:2, 2087:10, 2101:8, 2101:12, 2102:15, 2116:4, 2118:2, 2118:20, 2121:23, 2128:16, 2129:5, 2134:7, 2134:17, 2134:19, 2134:21, 2134:23, 2135:2, 2135:7, 2136:3, 2136:5, 2137:2, 2137:4, 2137:9, 2137:11, 2142:11, 2144:11, 2146:18, 2148:6, 2152:10, 2152:17, 2154:6, 2154:12, 2154:14, 2154:22, 2154:24, 2155:4, 2155:22, 2156:4, 2156:24, 2158:10, 2159:25, 2170:25, 2177:2, 2180:16, 2180:24, 2207:2, 2212:9, 2216:15, 2216:18, 2217:2, 2217:4, 2217:18, 2217:22, 2218:14, 2218:21, 2218:24, 2219:2,

2223:1, 2236:9, 2237:8, 2238:2, 2244:2, 2245:16, 2245:18, 2245:20, 2261:7, 2261:20, 2262:1, 2262:3, 2264:21, 2264:23, 2265:18, 2265:20, 2265:22, 2267:17, 2267:19, 2268:12, 2269:2, 2269:6, 2269:17, 2269:19, 2269:22, 2271:17
Agnifilo [6] - 2047:9, 2066:20, 2102:12, 2152:9, 2218:10, 2236:24
Agnifilo's [1] - 2237:5
ago [8] - 2091:15, 2092:11, 2117:2, 2119:21, 2122:10, 2142:24, 2163:15, 2227:9
agree [8] - 2040:21, 2096:13, 2139:23, 2147:18, 2147:22, 2185:9, 2195:5, 2254:8
agreed [2] - 2147:24, 2264:8
agreeing [3] - 2147:9, 2148:1, 2148:4
agreement [4] - 2051:18, 2051:20, 2146:25, 2225:19
agrees [1] - 2040:22
ahead [11] - 2049:15, 2089:7, 2103:9, 2167:19, 2194:3, 2194:15, 2211:10, 2238:17, 2245:21, 2246:24, 2267:18
Aided [1] - 2038:16
Albany [11] - 2070:8, 2100:16, 2100:23, 2111:6, 2111:8, 2111:14, 2132:20, 2139:17, 2230:4, 2241:25
alert [1] - 2182:10
Alex [3] - 2093:4, 2175:21, 2175:23
alignment [2] - 2109:6, 2209:12
alive [1] - 2253:25
allegations [12] - 2097:9, 2103:6, 2195:20, 2195:22, 2201:15, 2201:16, 2230:14, 2230:16,

2230:17, 2230:18, 2238:21, 2268:2
alleged [2] - 2149:25
allegedly [3] - 2041:3, 2099:18, 2145:23
Allison [23] - 2061:19, 2093:2, 2093:19, 2093:22, 2171:11, 2177:6, 2177:13, 2177:15, 2194:4, 2194:5, 2194:8, 2194:10, 2194:13, 2194:16, 2194:22, 2196:16, 2227:10, 2227:15, 2234:11, 2240:5, 2257:25, 2258:2
Allison's [5] - 2177:16, 2177:17, 2227:6, 2227:13, 2227:17
allow [2] - 2088:16, 2270:8
allowed [2] - 2074:19, 2099:4
alluded [1] - 2208:6
almost [10] - 2063:17, 2086:3, 2089:11, 2096:7, 2097:8, 2117:7, 2117:8, 2119:20, 2190:15, 2215:1
alone [3] - 2090:3, 2125:5, 2219:21
alright [2] - 2217:21, 2270:6
altered [1] - 2236:12
Alternate [3] - 2040:7, 2047:13, 2047:19
altogether [1] - 2124:25
Amanda [4] - 2186:24, 2197:14, 2198:7, 2212:13
amazing [1] - 2193:20
AMERICA [1] - 2037:4
amount [3] - 2054:3, 2192:18, 2241:9
Ana [1] - 2060:18
analogy [1] - 2187:5
AND [1] - 2038:6
ANDREA [1] - 2038:5
Andrew [1] - 2041:1
anger [1] - 2230:18
angle [1] - 2172:5
angles [1] - 2062:24
announce [1] - 2040:23
anonymity [2] - 2044:14, 2149:24

**anonymizing** [1] - 2041:21

**answer** [17] - 2056:14, 2067:25, 2068:1, 2068:3, 2073:13, 2074:8, 2143:19, 2227:15, 2236:16, 2236:22, 2238:13, 2245:11, 2261:25, 2264:13, 2264:21, 2264:24, 2265:8

**answered** [2] - 2255:3, 2261:19

**answers** [1] - 2246:23

**anti** [3] - 2169:14, 2169:15, 2205:25

**anti-ESP** [1] - 2169:14

**anti-laziness** [1] - 2205:25

**anti-nonmeasurement** [1] - 2169:15

**anytime** [1] - 2116:10

**anyway** [4] - 2066:19, 2083:3, 2083:9, 2263:12

**apart** [1] - 2098:25

**apologize** [1] - 2142:23

**apologized** [1] - 2084:11

**apologizing** [1] - 2147:15

**apology** [1] - 2146:25

**apparent** [2] - 2075:7, 2225:6

**appeal** [3] - 2045:11, 2268:10, 2269:23

**appealed** [2] - 2193:11, 2193:13

**appearance** [2] - 2045:12, 2045:15

**APPEARANCES** [1] - 2038:1

**Appearances** [1] - 2047:2

**appearing** [1] - 2192:10

**applications** [1] - 2175:2

**apply** [1] - 2165:20

**appreciated** [1] - 2150:2

**apprised** [1] - 2147:6

**approach** [2] - 2082:15, 2082:24

**appropriate** [1] - 2269:3

**appropriately** [1] - 2045:24

**approval** [1] - 2108:19

**April** [3] - 2051:3, 2078:6, 2078:13

**Arabic** [2] - 2160:17, 2160:19

**area** [4] - 2070:8, 2100:16, 2111:6, 2198:17

**areas** [3] - 2065:8, 2164:2, 2201:14

**Argentine** [1] - 2121:1

**argue** [3] - 2269:19, 2269:20, 2269:21

**Aria** [1] - 2128:17

**Arizona** [1] - 2038:4

**arms** [1] - 2185:21

**arrangements** [2] - 2132:10, 2132:13

**arrested** [2] - 2262:10, 2264:25

**arrived** [1] - 2204:14

**arrogant** [2] - 2109:12, 2110:12

**article** [4] - 2201:19, 2228:21, 2244:13, 2246:4

**articles** [1] - 2231:4

**artist** [1] - 2053:7

**ascend** [1] - 2054:3

**ashamed** [1] - 2228:1

**aside** [2] - 2083:21, 2141:22

**aspect** [3] - 2125:7, 2234:2, 2266:15

**aspects** [2] - 2102:17, 2201:24

**ass** [2] - 2127:3, 2128:3

**asset** [1] - 2060:20

**asshole** [1] - 2210:22

**assigned** [1] - 2061:6

**assignment** [1] - 2061:2

**assignments** [1] - 2221:10

**Assistant** [1] - 2037:18

**associated** [3] - 2107:20, 2132:11, 2223:16

**associates** [1] - 2266:11

**ASSOCIATES** [1] - 2037:19

**association** [1] - 2164:1

**assumed** [2] - 2203:12, 2231:9

**assumption** [1] - 2231:10

**assured** [2] - 2042:20, 2044:11

**attached** [1] - 2117:21

**attachments** [1] - 2251:9

**attacking** [1] - 2225:20

**attempt** [1] - 2266:22

**attempts** [1] - 2100:2

**attend** [1] - 2088:17

**attention** [6] - 2052:20, 2054:21, 2061:15, 2074:4, 2100:7, 2267:10

**attorney** [1] - 2100:7

**ATTORNEY** [1] - 2037:15

**Attorney** [1] - 2037:18

**audience** [1] - 2234:18

**Audio** [40] - 2053:2, 2053:15, 2054:19, 2054:24, 2055:10, 2057:1, 2057:11, 2057:17, 2057:23, 2059:2, 2059:9, 2059:17, 2060:6, 2060:12, 2060:24, 2061:12, 2061:17, 2062:7, 2062:21, 2063:6, 2063:23, 2064:17, 2065:16

**audio** [6] - 2053:2, 2053:15, 2054:19, 2054:24, 2055:10, 2057:1

**audiotapes** [1] - 2256:24

**Audrey** [32] - 2149:8, 2149:18, 2197:13, 2198:1, 2198:2, 2198:3, 2212:1, 2212:11, 2213:4, 2213:20, 2215:24, 2216:3, 2218:19, 2219:8, 2219:23, 2220:21, 2221:2, 2224:5, 2224:11, 2224:15, 2224:24, 2224:25, 2225:6, 2226:1, 2231:19, 2232:2, 2232:7, 2239:23, 2240:10

**August** [4] - 2113:14, 2113:17, 2114:1, 2116:15

**auspice** [1] - 2195:6

**authority** [2] - 2085:18, 2127:18

**authorized** [2] - 2177:8, 2177:17

**available** [2] - 2045:17, 2096:11

**Avenue** [3] - 2037:20, 2038:4, 2038:8

**avoided** [2] - 2124:25, 2125:4

**aware** [4] - 2041:15, 2041:16, 2085:10

**awkward** [1] - 2241:8

**B**

**baby** [1] - 2231:1

**backers** [1] - 2108:7

**background** [1] - 2212:10

**backpacking** [1] - 2070:4

**bad** [10] - 2100:24, 2104:7, 2107:22, 2142:15, 2185:15, 2185:16, 2195:19, 2215:25, 2246:16, 2262:23

**badly** [1] - 2149:14

**Baker** [1] - 2159:6

**balance** [1] - 2044:23

**balanced** [1] - 2207:7

**Barbara** [15] - 2076:12, 2076:14, 2076:19, 2076:24, 2076:25, 2087:24, 2089:3, 2089:16, 2089:25, 2090:1, 2091:17, 2091:18, 2094:1, 2094:2, 2125:12

**Barbara's** [1] - 2089:9

**barbecues** [1] - 2153:22

**Based** [1] - 2107:14

**based** [10] - 2041:18, 2050:20, 2106:23, 2116:7, 2165:18, 2196:20, 2232:17, 2236:2, 2254:12, 2254:18

**basic** [4] - 2165:12, 2165:13, 2165:14, 2167:8

**basis** [5] - 2089:22, 2109:19, 2169:5, 2192:9, 2238:3

**bat** [1] - 2074:1

**bath** [1] - 2231:1

**bathroom** [1] - 2120:7

**BDMS** [2] - 2204:18, 2204:21

**became** [17] - 2062:6, 2075:7, 2085:21, 2089:19, 2106:16, 2112:13, 2161:13, 2163:17, 2163:22, 2168:5, 2170:20, 2175:14, 2175:18, 2184:20, 2196:9, 2196:11

**because..** [1] - 2175:19

**become** [14] - 2057:5, 2059:22, 2075:10, 2102:24, 2110:2, 2167:23, 2173:6, 2173:21, 2192:19, 2204:15, 2204:23, 2211:11, 2211:22, 2226:13

**becomes** [1] - 2206:10

**becoming** [2] - 2095:21, 2167:25

**bedroom** [1] - 2120:14

**bedrooms** [2] - 2120:4, 2120:9

**BEFORE** [1] - 2037:12

**befriended** [1] - 2074:15

**begin** [1] - 2045:7

**beginning** [3] - 2050:14, 2066:24, 2075:16

**behalf** [2] - 2150:1, 2151:4

**behavior** [9] - 2084:7, 2084:11, 2086:24, 2122:1, 2122:3, 2122:7, 2122:12, 2122:13, 2138:19

**behaviors** [1] - 2081:24

**behind** [5] - 2099:16, 2161:25, 2205:10, 2223:24, 2225:14

**beings** [1] - 2065:20

**belabor** [1] - 2268:13

**belief** [5] - 2104:3, 2194:25, 2196:22, 2202:17, 2238:3

**beliefs** [1] - 2124:9

**believes** [1] - 2268:3

**bell** [1] - 2131:22

**belongings** [1] - 2256:11

**below** [4] - 2147:10, 2148:1, 2265:10, 2265:11

**benefit** [1] - 2165:8

**Bentancourt** [1] - 2093:4

**Bergeron** [1] -

2092:25
**best** [14] - 2041:21, 2041:24, 2150:3, 2191:7, 2205:23, 2214:5, 2214:7, 2220:7, 2220:12, 2241:13, 2242:7, 2251:11, 2253:2, 2265:15
**Betancourt** [1] - 2175:21
**better** [14] - 2045:1, 2078:25, 2080:5, 2090:15, 2095:6, 2124:21, 2149:13, 2154:17, 2210:8, 2213:18, 2223:14, 2247:4, 2248:16, 2250:19
**between** [24] - 2048:17, 2058:13, 2061:1, 2063:25, 2074:3, 2080:17, 2105:11, 2106:15, 2141:5, 2157:11, 2173:23, 2180:6, 2198:1, 2198:2, 2199:13, 2209:8, 2218:19, 2236:11, 2252:1, 2256:19, 2257:15, 2257:23, 2258:21
**Beyond** [1] - 2235:3
**beyond** [5] - 2043:12, 2068:8, 2186:22, 2192:21, 2269:15
**Bhakti** [4] - 2169:3, 2210:18, 2210:20
**biased** [1] - 2246:8
**big** [7] - 2044:5, 2117:15, 2170:21, 2171:22, 2188:22, 2208:23, 2213:22
**bigger** [2] - 2102:24
**bit** [14] - 2052:22, 2072:23, 2074:11, 2074:25, 2075:12, 2110:20, 2118:21, 2118:22, 2149:14, 2177:19, 2191:3, 2205:19, 2211:9, 2227:23
**blamed** [1] - 2098:10
**blog** [2] - 2246:7, 2266:17
**blouse** [1] - 2156:11
**blue** [3] - 2135:10, 2212:10, 2256:10
**board** [26] - 2097:8, 2097:11, 2102:20,

2103:7, 2103:10, 2103:12, 2103:13, 2103:14, 2103:15, 2103:16, 2103:17, 2103:18, 2103:21, 2103:23, 2109:8, 2109:11, 2110:12, 2125:23, 2126:1, 2126:2, 2126:3, 2126:4, 2219:4, 2236:17
**boarding** [1] - 2111:4
**BoBo** [1] - 2153:1
**body** [5] - 2065:19, 2185:22, 2209:8, 2210:12, 2242:18
**bomb** [1] - 2195:7
**bonded** [1] - 2197:8
**bonding** [2] - 2196:18, 2197:6
**book** [31] - 2050:18, 2050:20, 2050:22, 2051:6, 2136:10, 2138:22, 2138:24, 2138:25, 2139:16, 2140:5, 2141:3, 2143:4, 2144:16, 2145:4, 2145:14, 2145:19, 2145:24, 2178:8, 2205:2, 2205:7, 2205:8, 2205:9, 2206:6, 2207:23, 2208:1, 2208:3, 2208:16, 2211:24, 2212:3, 2245:2
**Book** [1] - 2119:15
**books** [1] - 2066:9
**Boone** [2] - 2156:15
**boot** [2] - 2244:3, 2244:6
**border** [10] - 2112:4, 2112:7, 2130:17, 2130:18, 2131:8, 2132:12, 2132:14, 2146:9, 2146:13, 2255:22
**born** [2] - 2061:25, 2145:15
**borrowed** [2] - 2164:2, 2169:8
**bottom** [10] - 2050:11, 2113:25, 2129:2, 2129:7, 2136:15, 2136:17, 2136:18, 2138:7, 2144:12, 2146:19
**Bouchey** [2] - 2076:12, 2091:17
**bought** [5] - 2136:7,

2202:16, 2202:17, 2202:25, 2204:10
**boundaries** [1] - 2127:25
**box** [1] - 2256:11
**boyfriend** [1] - 2069:5
**BRADY** [2] - 2038:3, 2038:7
**BRAFMAN** [1] - 2037:19
**brain** [3] - 2055:13, 2055:14
**brand** [16] - 2062:4, 2064:6, 2064:7, 2064:13, 2064:21, 2065:14, 2170:14, 2170:18, 2170:21, 2171:3, 2171:12, 2198:14, 2240:16, 2242:16, 2243:3, 2243:9
**branded** [31] - 2061:24, 2061:25, 2062:10, 2062:16, 2063:12, 2064:1, 2064:3, 2064:22, 2065:25, 2193:2, 2193:3, 2196:23, 2197:9, 2197:10, 2197:12, 2198:7, 2198:11, 2198:12, 2198:20, 2198:21, 2198:23, 2198:24, 2201:5, 2242:11, 2242:15, 2242:21, 2242:23, 2243:1, 2243:4, 2243:6
**branding** [40] - 2053:7, 2053:9, 2053:12, 2053:13, 2059:7, 2061:21, 2062:6, 2062:17, 2062:18, 2063:2, 2063:4, 2064:11, 2065:6, 2065:23, 2066:5, 2066:7, 2191:3, 2191:4, 2191:16, 2193:6, 2196:15, 2198:13, 2199:6, 2199:10, 2199:23, 2199:25, 2200:13, 2200:15, 2200:17, 2200:24, 2202:2, 2203:25, 2204:1, 2221:9, 2240:20, 2240:21, 2241:3, 2241:8, 2241:10, 2241:15
**brandings** [3] - 2199:15, 2200:6,

2202:5
**brands** [1] - 2171:19
**breach** [2] - 2118:25, 2119:4
**breached** [1] - 2165:3
**break** [17] - 2044:3, 2101:9, 2101:11, 2102:4, 2134:4, 2148:7, 2148:8, 2197:16, 2197:19, 2198:4, 2199:6, 2199:12, 2199:13, 2216:17, 2216:19, 2217:23, 2265:1
**breakdown** [1] - 2267:25
**breaking** [1] - 2207:18
**breast** [2] - 2197:20, 2199:7
**breast-feed** [1] - 2199:7
**breast-feeding** [1] - 2197:20
**breasts** [1] - 2082:3
**breath** [1] - 2146:2
**Brian** [6] - 2224:11, 2224:14, 2224:18, 2224:21, 2224:22, 2231:21
**Brian's** [1] - 2224:14
**bridge** [3] - 2130:18, 2131:11, 2131:12
**briefly** [3] - 2091:14, 2217:14, 2217:16
**bright** [1] - 2111:2
**Bring** [1] - 2152:3
**bring** [13] - 2047:21, 2047:24, 2074:13, 2100:6, 2102:6, 2102:8, 2109:20, 2125:2, 2152:5, 2195:1, 2211:18, 2218:4
**bringing** [1] - 2172:22
**broader** [1] - 2150:13
**Broadway** [1] - 2037:23
**Brodie** [2] - 2045:11, 2045:13
**Brodie's** [1] - 2045:17
**broke** [2] - 2225:18, 2234:22
**broken** [2] - 2068:12, 2268:2
**Bronfman** [2] - 2092:12, 2100:20
**Bronfmans** [1] - 2108:6
**Brooklyn** [2] - 2037:6, 2037:16

**brother** [3] - 2052:17, 2126:16, 2140:12
**brother's** [1] - 2114:16
**brought** [11] - 2045:10, 2053:8, 2112:4, 2150:24, 2161:19, 2169:4, 2180:18, 2182:11, 2230:16, 2233:13, 2255:22
**build** [7] - 2074:18, 2166:3, 2167:2, 2167:6, 2167:10, 2186:11, 2192:14
**building** [7] - 2139:2, 2165:24, 2167:17, 2173:11, 2190:5, 2195:6, 2195:23
**bunch** [6] - 2074:18, 2095:19, 2107:19, 2165:20, 2214:15, 2253:21
**burned** [1] - 2065:19
**Burt** [3] - 2214:12, 2215:5, 2215:6
**bus** [2] - 2133:4, 2136:8
**business** [9] - 2060:20, 2070:21, 2131:15, 2131:17, 2177:4, 2223:15, 2224:12, 2229:11, 2266:10
**businessman** [2] - 2132:2, 2132:4
**but..** [1] - 2100:21
**BY** [35] - 2037:17, 2037:21, 2048:13, 2057:3, 2057:24, 2059:3, 2060:7, 2060:25, 2062:8, 2063:7, 2063:24, 2064:5, 2066:14, 2067:13, 2072:2, 2102:15, 2118:2, 2121:23, 2128:16, 2129:5, 2136:5, 2137:11, 2144:11, 2146:18, 2152:17, 2177:2, 2207:2, 2212:9, 2218:14, 2219:2, 2223:1, 2238:2, 2244:2, 2271:6, 2271:7
**BY:HECTOR** [1] - 2038:5
**BY:LUKE** [1] - 2038:9

## C

**Cabral** [3] - 2120:24, 2121:6, 2121:9
**Cadman** [2] - 2037:16, 2038:13
**Cafritz** [11] - 2073:13, 2074:4, 2076:8, 2076:19, 2077:3, 2077:4, 2087:16, 2087:19, 2154:21, 2155:6, 2159:8
**cage** [1] - 2184:6
**cages** [1] - 2185:8
**Cami** [20] - 2052:6, 2058:13, 2058:17, 2058:18, 2058:21, 2058:24, 2114:6, 2114:15, 2126:2, 2128:19, 2140:2, 2145:10, 2196:17, 2251:18, 2251:20, 2251:23, 2251:25, 2252:1, 2252:9
**Camila** [4] - 2058:7, 2092:3, 2094:2, 2128:19
**Camilla** [2] - 2052:14, 2112:25
**camp** [2] - 2244:4, 2244:6
**campaign** [1] - 2230:21
**Canadian** [1] - 2112:4
**cancel** [1] - 2204:15
**cancelled** [1] - 2100:25
**cancer** [1] - 2155:14
**cannot** [2] - 2051:1, 2051:3
**capable** [2] - 2139:2, 2190:23
**capacity** [7] - 2099:2, 2151:1, 2192:14, 2214:11, 2224:16, 2231:14, 2233:15
**Carby** [1] - 2047:6
**care** [11] - 2050:25, 2080:10, 2119:7, 2166:4, 2186:6, 2186:7, 2186:11, 2186:12, 2186:13, 2186:17, 2187:12
**cared** [1] - 2185:3
**careful** [3] - 2042:8, 2043:9, 2043:11
**caring** [4] - 2166:5, 2166:6, 2166:8, 2186:15
**carnival** - 2141:18,

2141:24
**Carola** [6] - 2197:13, 2197:24, 2199:7, 2199:25, 2220:1
**carried** [1] - 2207:10
**carry** [1] - 2213:22
**case** [23] - 2041:7, 2103:21, 2149:11, 2149:22, 2151:11, 2158:2, 2165:17, 2174:20, 2186:15, 2209:11, 2216:9, 2216:12, 2226:7, 2236:25, 2246:15, 2260:6, 2266:10, 2266:12, 2266:15, 2266:16, 2266:20, 2266:23, 2269:10
**cases** [2] - 2090:15, 2151:9
**cash** [7] - 2115:4, 2115:5, 2115:6, 2115:8, 2115:9, 2115:11, 2133:3
**CASS** [1] - 2038:9
**CAUSE** [1] - 2037:11
**caused** [6] - 2123:2, 2125:15, 2125:16, 2127:5, 2176:2, 2216:12
**causing** [2] - 2211:21, 2226:13
**cc** [1] - 2052:11
**Ceci** [2] - 2060:1, 2060:2
**center** [10] - 2220:10, 2220:15, 2222:12, 2224:12, 2224:14, 2224:17, 2231:22, 2234:25, 2238:4, 2239:17
**Central** [1] - 2038:4
**ceremonies** [1] - 2063:4
**ceremony** [12] - 2061:21, 2062:6, 2063:2, 2064:11, 2065:24, 2066:5, 2066:7, 2199:10, 2240:20, 2240:21, 2241:4, 2241:11, 2241:15
**certain** [27] - 2062:2, 2065:8, 2078:24, 2080:2, 2082:6, 2102:17, 2102:23, 2104:11, 2104:14, 2123:20, 2129:24, 2132:15, 2139:15, 2144:21, 2144:25,

2145:1, 2150:14, 2165:15, 2167:18, 2170:6, 2184:24, 2203:3, 2219:23, 2219:25, 2238:10, 2247:21, 2268:4
**certainly** [5] - 2131:25, 2168:15, 2173:11, 2178:8, 2234:3
**cetera** [1] - 2165:15
**Chacala** [1] - 2157:7
**chain** [3] - 2052:9, 2128:12, 2128:25
**Chainsaw** [1] - 2240:15
**champion** [1] - 2189:15
**chance** [2] - 2223:10, 2223:15
**change** [13] - 2059:12, 2090:10, 2094:8, 2094:13, 2110:4, 2138:14, 2140:4, 2167:23, 2173:22, 2190:1, 2216:13, 2268:14, 2268:15
**changed** [5] - 2094:12, 2136:22, 2246:15, 2250:23, 2253:17
**changes** [2] - 2102:20, 2230:2
**changing** [2] - 2097:25, 2221:25
**character** [5] - 2167:3, 2167:6, 2167:10, 2168:9, 2186:11
**characterized** [1] - 2252:25
**charge** [1] - 2073:6
**charging** [1] - 2073:1
**chart** [1] - 2093:6
**chat** [1] - 2218:18
**chats** [6] - 2042:2, 2211:25, 2224:5, 2231:18, 2252:1
**cheaper** [1] - 2154:1
**check** [4] - 2070:14, 2070:18, 2140:14, 2140:16
**checks** [3] - 2229:24, 2232:20, 2233:4
**chief** [1] - 2236:25
**child** [5] - 2089:16, 2095:11, 2098:7, 2192:16, 2255:4
**childhood** [1] - 2161:15
**children** [9] - 2067:17,

2097:22, 2112:22, 2160:24, 2161:9, 2172:19, 2247:11, 2247:12, 2258:13
**choice** [8] - 2116:11, 2116:19, 2116:22, 2117:13, 2130:25, 2174:15, 2230:1, 2231:19
**choices** [1] - 2117:19
**choose** [3] - 2079:23, 2116:7, 2232:17
**choosing** [4] - 2078:22, 2127:12, 2233:18, 2245:7
**chorus** [1] - 2048:3
**chose** [16] - 2110:10, 2130:22, 2131:1, 2131:6, 2145:23, 2183:6, 2190:19, 2190:23, 2190:25, 2194:7, 2197:1, 2212:24, 2229:8, 2231:20, 2264:14
**circle** [13] - 2058:3, 2058:4, 2058:14, 2058:19, 2061:10, 2193:17, 2196:16, 2212:20, 2219:16, 2219:18, 2228:22
**circles** [2] - 2061:3, 2061:7
**circuit** [1] - 2236:18
**Circuit** [1] - 2268:10
**circumstance** [4] - 2082:9, 2083:8, 2090:14, 2270:9
**circumstances** [5] - 2084:14, 2088:18, 2096:20, 2150:4, 2195:21
**cites** [1] - 2266:19
**citizens** [1] - 2161:14
**city** [2] - 2132:14, 2133:5
**civilization** [4] - 2205:16, 2205:18, 2205:21, 2205:23
**Clare** [4] - 2092:12, 2094:3, 2100:20, 2238:7
**clarify** [1] - 2043:8
**class** [1] - 2072:12
**classes** [5] - 2070:22, 2072:7, 2072:10, 2072:11, 2077:22
**clean** [1] - 2220:7
**cleaned** [1] - 2099:9
**clear** [8] - 2042:1, 2056:12, 2113:13,

2127:8, 2180:3, 2180:12, 2180:23, 2183:10
**clearly** [3] - 2107:10, 2130:1, 2206:3
**CLERK** [1] - 2149:2
**clerk** [3] - 2041:1, 2041:6, 2149:18
**client** [6] - 2040:21, 2043:14, 2043:16, 2150:8, 2238:18, 2238:19
**client's** [1] - 2268:22
**clients** [1] - 2150:1
**Clifton** [2] - 2051:2, 2051:8
**close** [16] - 2075:2, 2076:9, 2078:16, 2096:1, 2120:22, 2153:19, 2155:16, 2196:24, 2196:25, 2217:2, 2217:3, 2224:13, 2247:3, 2256:17, 2256:18, 2266:6
**closer** [3] - 2075:4, 2195:1, 2214:16
**closest** [1] - 2074:8
**clothed** [2] - 2062:19, 2081:7
**Clyne** [4] - 2055:3, 2092:20, 2156:14, 2160:10
**coach** [9] - 2072:8, 2096:5, 2096:6, 2096:7, 2096:11, 2097:4, 2097:5, 2112:13, 2224:14
**coaching** [1] - 2224:16
**coerced** [2] - 2064:20, 2064:25
**coffee** [2] - 2115:18
**Cogan** - 2151:12
**cold** [3] - 2183:14, 2184:13, 2184:15
**collateral** [40] - 2060:14, 2060:21, 2060:22, 2062:25, 2063:3, 2164:18, 2164:23, 2165:7, 2165:22, 2166:2, 2166:14, 2166:24, 2168:10, 2169:1, 2183:10, 2184:1, 2184:8, 2195:11, 2195:14, 2195:17, 2196:1, 2196:7, 2196:13, 2202:8, 2202:9, 2202:10,

2213:5, 2213:18, 2214:3, 2215:18, 2216:2, 2225:13, 2225:16, 2226:1, 2233:23, 2233:25, 2234:2, 2234:6, 2264:5, 2264:6

**Collateral** [2] - 2164:16, 2164:24

**collateralize** [2] - 2088:21, 2166:6

**collateralized** [10] - 2054:5, 2057:7, 2058:4, 2059:22, 2060:5, 2183:7, 2183:16, 2194:19, 2195:5, 2215:19

**Collateralized** [1] - 2232:11

**collaterals** [1] - 2185:7

**collect** [1] - 2066:9

**collective** [1] - 2080:9

**college** [4] - 2070:12, 2075:20, 2242:10, 2242:15

**colorful** [2] - 2157:24, 2160:14

**comfort** [4] - 2205:17, 2205:21, 2232:17, 2233:18

**coming** [13] - 2053:18, 2056:3, 2056:13, 2069:4, 2097:10, 2100:16, 2116:25, 2143:16, 2224:19, 2225:17, 2256:21, 2267:24

**commanded** [1] - 2172:18

**commensurate** [3] - 2097:13, 2125:11, 2195:17

**comments** [2] - 2055:15, 2230:19

**commit** [3] - 2263:8, 2263:13, 2263:17

**commitment** [25] - 2068:9, 2150:11, 2167:11, 2167:12, 2167:13, 2167:15, 2167:17, 2167:20, 2167:21, 2168:2, 2168:6, 2168:9, 2168:11, 2169:1, 2173:2, 2173:7, 2173:9, 2173:10, 2213:10, 2215:21, 2232:9, 2232:11, 2242:2

**commitments** [7] - 2167:2, 2167:5, 2167:10, 2241:13, 2241:18, 2242:1, 2242:7

**committed** [15] - 2057:15, 2079:7, 2079:19, 2184:21, 2184:22, 2184:23, 2185:1, 2185:4, 2193:5, 2193:6, 2207:3, 2236:13, 2236:15, 2263:20, 2263:25

**communicate** [11] - 2082:14, 2082:18, 2083:3, 2083:13, 2083:16, 2104:17, 2107:9, 2151:2, 2151:3, 2230:3, 2236:15

**communicating** [2] - 2068:7, 2175:2

**communication** [2] - 2127:20, 2127:21

**communications** [6] - 2117:2, 2123:14, 2175:5, 2175:9, 2177:4, 2232:7

**community** [30] - 2041:22, 2051:9, 2076:10, 2085:16, 2085:20, 2098:14, 2098:17, 2098:18, 2098:19, 2104:13, 2106:14, 2106:15, 2139:18, 2153:8, 2190:21, 2234:8, 2236:17, 2241:23, 2241:25, 2242:3, 2243:7, 2244:9, 2247:25, 2248:10, 2248:20, 2249:6, 2253:3, 2255:25, 2256:3

**companies** [2] - 2163:2, 2163:8

**company** [5] - 2098:24, 2125:17, 2125:18, 2131:25, 2169:20

**compare** [1] - 2090:19

**compared** [1] - 2244:3

**comparison** [3] - 2219:4, 2244:4, 2244:6

**compassionate** [1] - 2080:10

**compensating** [1] - 2253:8

**competence** [1] - 2099:2

**complete** [3] - 2050:24, 2138:24, 2139:16

**completely** [11] - 2042:3, 2062:10, 2062:14, 2078:8, 2096:8, 2143:10, 2223:6, 2232:16, 2233:22, 2249:10, 2256:10

**complex** [1] - 2206:8

**components** [2] - 2207:19, 2207:20

**composure** [2] - 2269:8, 2269:9

**computer** [12] - 2138:15, 2175:13, 2175:18, 2177:7, 2177:13, 2177:14, 2177:16, 2177:17, 2221:23, 2234:22, 2236:13, 2238:10

**Computer** [1] - 2038:16

**Computer-Aided** [1] - 2038:16

**computers** [5] - 2175:22, 2222:9, 2222:11, 2236:11, 2238:4

**Con** [2] - 2069:11, 2069:12

**conceal** [1] - 2134:16

**concept** [24] - 2055:21, 2164:5, 2164:10, 2164:16, 2164:18, 2166:24, 2167:2, 2167:5, 2167:9, 2167:23, 2168:5, 2168:10, 2168:11, 2169:21, 2177:18, 2182:2, 2182:14, 2191:19, 2191:23, 2208:23, 2210:5, 2211:5, 2211:7

**conception** [1] - 2072:5

**concepts** [8] - 2164:2, 2165:19, 2165:20, 2168:10, 2168:16, 2168:21, 2169:1

**concern** [14] - 2041:4, 2078:17, 2090:1, 2137:20, 2150:22, 2172:22, 2173:1, 2173:3, 2175:24, 2176:2, 2179:5,

2224:4, 2233:11, 2256:9

**concerned** [14] - 2175:12, 2175:14, 2175:22, 2176:1, 2176:2, 2177:3, 2221:5, 2224:1, 2229:23, 2246:21, 2246:23, 2251:20, 2267:22, 2269:2

**concerning** [1] - 2254:24

**concerns** [20] - 2041:7, 2041:8, 2078:13, 2089:15, 2126:10, 2126:16, 2150:13, 2194:7, 2230:20, 2230:25, 2231:2, 2232:15, 2232:19, 2232:25, 2233:22, 2238:21, 2240:1, 2259:3, 2259:7, 2264:14

**concessions** [1] - 2233:18

**concise** [1] - 2143:4

**conclude** [1] - 2078:2

**concluded** [2] - 2135:12, 2181:5

**conclusion** [2] - 2205:20, 2265:3

**condition** [1] - 2268:5

**conditions** [3] - 2079:25, 2139:10, 2225:21

**conduct** [2] - 2086:24, 2233:6

**confer** [1] - 2085:22

**conference** [1] - 2045:22

**confessed** [1] - 2115:8

**confidence** [2] - 2219:8, 2219:11

**confidential** [1] - 2177:3

**conflates** [1] - 2180:21

**conflicts** [2] - 2119:1, 2209:3

**confronted** [1] - 2174:15

**confusing** [2] - 2180:20, 2260:21

**confusion** [1] - 2180:13

**connected** [2] - 2104:21, 2243:11

**connecting** [1] - 2180:14

**connection** [3] - 2149:10, 2224:2, 2231:11

**conscience** [3] - 2136:21, 2165:24, 2166:3

**consciousness** [2] - 2119:16, 2211:1

**consensual** [1] - 2078:8

**consent** [2] - 2135:3, 2201:14

**consequence** [9] - 2122:1, 2122:13, 2122:25, 2123:4, 2127:2, 2137:23, 2144:2, 2166:21, 2223:13

**consequences** [4] - 2122:6, 2122:16, 2124:3, 2140:21

**consider** [4] - 2051:4, 2245:14, 2247:22, 2266:20

**consideration** [1] - 2268:5

**considered** [1] - 2165:13

**considering** [3] - 2240:7, 2248:1, 2248:6

**consistent** [1] - 2252:15

**Consortium** [1] - 2100:20

**constantly** [1] - 2192:12

**constrained** [1] - 2149:14

**construction** [1] - 2131:20

**contact** [5] - 2078:6, 2082:20, 2082:24, 2172:12, 2172:17

**contemporaneously** [1] - 2093:21

**content** [4] - 2162:24, 2173:20, 2177:14, 2260:2

**contents** [1] - 2109:10

**context** [7] - 2054:17, 2166:24, 2167:24, 2180:5, 2203:8, 2203:9, 2206:13

**continuation** [1] - 2210:15

**continue** [12] - 2040:9, 2048:4, 2048:6, 2052:19, 2102:11, 2107:10, 2127:19,

2136:2, 2152:8,
2166:16, 2218:10,
2270:9
**CONTINUED** [1] -
2038:1
**Continued** [16] -
2039:4, 2046:6,
2056:16, 2071:13,
2101:15, 2117:25,
2133:12, 2135:14,
2148:18, 2151:23,
2176:4, 2181:6,
2222:20, 2235:8,
2237:9, 2243:18
**continued** [3] -
2179:21, 2206:18,
2268:24
**CONTINUES** [4] -
2057:2, 2118:1,
2207:1, 2218:13
**CONTINUING** [1] -
2136:4
**continuing** [4] -
2072:2, 2177:2,
2208:18, 2215:11
**Continuing** [6] -
2048:13, 2102:1,
2152:17, 2223:1,
2244:1, 2269:1
**continuously** [1] -
2247:14
**contribute** [3] -
2204:1, 2204:2,
2204:3
**contributed** [1] -
2216:14
**contribution** [1] -
2203:21
**control** [1] - 2268:17
**controllable** [1] -
2226:9
**controlled** [2] -
2116:17, 2116:18
**conversation** [10] -
2112:1, 2112:2,
2173:15, 2173:16,
2173:18, 2194:4,
2194:11, 2215:24,
2224:8, 2240:3
**conversations** [11] -
2127:24, 2194:5,
2227:24, 2256:15,
2257:6, 2258:20,
2260:25, 2261:3,
2261:11, 2262:4,
2262:5
**convey** [2] - 2150:12,
2150:21
**conveyed** [1] - 2123:7
**conveying** [2] -

2086:16, 2087:3
**conviction** [1] -
2268:10
**convince** [3] -
2105:16, 2105:25,
2246:24
**copy** [4] - 2041:10,
2054:14, 2134:7
**correct** [229] -
2048:18, 2051:7,
2065:7, 2070:9,
2071:4, 2071:5,
2072:15, 2076:17,
2077:9, 2079:10,
2079:14, 2084:18,
2084:25, 2085:1,
2090:23, 2091:4,
2091:10, 2091:18,
2091:19, 2092:19,
2094:14, 2094:24,
2097:17, 2103:19,
2104:14, 2105:8,
2106:13, 2106:22,
2107:5, 2111:22,
2112:16, 2112:18,
2112:25, 2113:15,
2113:17, 2113:18,
2115:10, 2118:8,
2118:14, 2118:16,
2118:18, 2119:25,
2120:2, 2120:3,
2120:6, 2120:8,
2120:12, 2120:15,
2120:24, 2121:18,
2123:14, 2123:16,
2123:22, 2123:25,
2125:21, 2125:24,
2126:7, 2126:14,
2126:18, 2128:13,
2128:14, 2128:19,
2128:20, 2128:24,
2129:7, 2129:11,
2129:22, 2129:23,
2130:2, 2130:14,
2131:8, 2131:9,
2131:13, 2133:5,
2136:8, 2136:9,
2136:10, 2136:11,
2136:13, 2136:14,
2137:16, 2137:17,
2138:5, 2138:6,
2139:5, 2139:6,
2140:3, 2140:7,
2140:11, 2140:24,
2143:23, 2144:8,
2144:14, 2145:5,
2145:7, 2145:11,
2145:12, 2145:17,
2145:18, 2146:9,
2146:10, 2146:13,
2146:14, 2146:22,

2147:7, 2147:8,
2149:9, 2159:12,
2161:2, 2161:23,
2162:6, 2162:22,
2163:3, 2164:3,
2164:4, 2168:13,
2168:17, 2168:23,
2169:25, 2170:5,
2172:23, 2173:2,
2175:11, 2178:13,
2178:16, 2182:2,
2182:25, 2183:1,
2184:8, 2184:9,
2186:8, 2186:9,
2187:8, 2187:20,
2188:4, 2188:5,
2188:16, 2189:4,
2189:8, 2189:15,
2191:1, 2191:8,
2193:2, 2193:12,
2196:3, 2196:5,
2196:7, 2196:8,
2196:12, 2196:14,
2197:9, 2197:11,
2197:18, 2198:15,
2198:17, 2198:24,
2200:8, 2200:17,
2200:21, 2200:22,
2200:24, 2200:25,
2201:18, 2201:20,
2202:4, 2202:13,
2203:4, 2204:19,
2205:11, 2207:13,
2208:12, 2208:24,
2212:12, 2212:24,
2213:2, 2214:3,
2214:4, 2218:16,
2218:17, 2220:15,
2221:13, 2221:23,
2221:25, 2222:3,
2222:10, 2222:17,
2222:18, 2223:8,
2223:9, 2223:11,
2225:8, 2225:13,
2226:13, 2226:14,
2227:15, 2227:21,
2228:7, 2231:5,
2232:5, 2234:12,
2234:14, 2242:8,
2243:2, 2243:3,
2244:16, 2244:25,
2247:13, 2247:20,
2248:9, 2248:20,
2250:25, 2255:5,
2255:9, 2256:14,
2257:8, 2257:11,
2257:13, 2257:14,
2257:16, 2257:17,
2257:20, 2257:22,
2258:9, 2258:10,
2258:13, 2259:2,

2259:6, 2260:8,
2261:2
**Correct** [29] - 2051:11,
2095:1, 2097:18,
2104:15, 2111:7,
2111:20, 2111:23,
2112:17, 2113:1,
2114:2, 2156:3,
2156:23, 2157:25,
2158:9, 2159:24,
2168:14, 2168:24,
2173:14, 2174:18,
2189:22, 2199:5,
2227:12, 2227:22,
2228:5, 2228:8,
2229:21, 2231:6,
2242:5, 2257:5
**corrective** [1] - 2165:6
**corresponding** [1] -
2256:24
**couch** [4] - 2158:6,
2158:24, 2158:25,
2205:16
**counsel** [7] - 2042:23,
2044:9, 2047:5,
2047:10, 2180:20,
2236:2, 2236:7
**counsel's** [1] - 2180:7
**counseling** [1] -
2106:24
**count** [2] - 2168:2,
2168:6
**counter** [2] - 2192:11,
2192:14
**countries** [2] -
2129:24, 2131:13
**country** [1] - 2060:11
**counts** [1] - 2105:23
**County** [1] - 2100:7
**couple** [10] - 2092:11,
2114:25, 2117:2,
2119:21, 2151:13,
2187:25, 2202:14,
2205:1, 2206:6,
2257:21
**course** [8] - 2062:23,
2087:7, 2110:24,
2110:25, 2116:4,
2116:8, 2162:21,
2266:25
**courses** [2] - 2111:5,
2153:17
**Courthouse** [1] -
2037:5
**courtroom** [9] -
2101:14, 2148:14,
2216:24, 2217:25,
2218:2, 2266:21,
2267:12, 2268:8,
2270:12

**covered** [4] - 2087:19,
2180:17, 2213:3,
2236:16
**covering** [1] - 2250:9
**cows** [1] - 2170:18
**craft** [3] - 2195:23,
2232:23, 2232:24
**crafts** [3] - 2061:3,
2061:7, 2061:10
**crazy** [1] - 2124:11
**create** [6] - 2114:5,
2162:3, 2162:6,
2163:5, 2163:11,
2173:8
**created** [21] - 2093:16,
2093:23, 2103:13,
2161:20, 2161:22,
2162:8, 2162:13,
2162:21, 2162:24,
2162:25, 2163:8,
2164:12, 2164:18,
2166:25, 2169:20,
2169:24, 2170:4,
2227:21, 2260:15,
2260:17
**creating** [8] - 2114:15,
2168:25, 2186:25,
2208:1, 2208:16,
2213:25, 2220:9,
2260:6
**creation** [5] - 2093:17,
2093:24, 2169:24,
2205:6, 2258:8
**creative** [2] - 2161:25,
2162:24
**creatively** [1] -
2171:15
**criminal** [7] - 2185:13,
2246:15, 2262:20,
2262:24, 2263:2,
2263:5, 2263:6
**CRIMINAL** [1] -
2037:11
**crisis** [1] - 2268:8
**critical** [2] - 2109:7,
2250:14
**Cross** [1] - 2044:25
**CROSS** [6] - 2066:13,
2072:1, 2152:16,
2177:1, 2244:1,
2271:7
**cross** [7] - 2042:18,
2066:11, 2102:11,
2152:8, 2217:1,
2218:11, 2267:20
**cross-examination** [5]
- 2066:11, 2102:11,
2152:8, 2218:11,
2267:20
**CROSS-**

**EXAMINATION** [4] - 2066:13, 2152:16, 2244:1, 2271:7
**crossing** [2] - 2112:7, 2130:17
**Cultural** [1] - 2160:21
**cultural** [1] - 2160:23
**cultures** [3] - 2161:11, 2161:12, 2161:16
**cup** [4] - 2115:17, 2115:18, 2115:19
**currency** [1] - 2129:22
**curriculum** [10] - 2161:23, 2165:13, 2165:14, 2167:3, 2167:9, 2168:12, 2191:24, 2207:17, 2252:19
**curriculums** [2] - 2080:13, 2191:24
**cut** [4] - 2065:8, 2127:19, 2267:19, 2269:25

### D

**D.C** [1] - 2038:9
**Dad** [1] - 2052:6
**dad** [4] - 2049:25, 2107:8, 2107:18, 2128:12
**Dad's** [1] - 2052:5
**Dalai** [6] - 2100:16, 2100:23, 2101:2, 2101:4, 2101:5, 2104:8
**damage** [1] - 2220:8
**damaging** [5] - 2090:18, 2107:4, 2107:5, 2114:11, 2114:12, 2256:20
**dammit** [1] - 2119:7
**dangerous** [1] - 2182:12
**Dani** [32] - 2049:3, 2049:22, 2050:15, 2050:16, 2051:16, 2056:8, 2092:25, 2113:3, 2119:19, 2119:21, 2120:9, 2121:16, 2123:2, 2125:23, 2126:21, 2129:19, 2130:13, 2130:22, 2136:13, 2136:21, 2138:15, 2145:14, 2146:2, 2146:8, 2153:1, 2203:4, 2203:6, 2203:16, 2203:18, 2204:5, 2204:9,

2257:23
**Dani's** [2] - 2049:7, 2049:21
**Daniella** [25] - 2048:17, 2049:24, 2057:25, 2058:12, 2058:24, 2091:22, 2093:19, 2093:24, 2094:2, 2110:20, 2110:21, 2111:22, 2112:1, 2112:4, 2112:7, 2112:24, 2113:13, 2114:3, 2114:20, 2144:13, 2156:14, 2159:10, 2160:7, 2196:17, 2255:22
**Daniella's** [3] - 2051:9, 2052:11, 2112:18
**DANIELLE** [1] - 2037:24
**Danielle** [3] - 2047:9, 2127:1, 2159:4
**dare** [2] - 2054:1, 2057:14
**dark** [4] - 2181:1, 2182:20, 2183:2, 2183:4
**data** [2] - 2138:19, 2147:5
**date** [7] - 2052:9, 2054:25, 2055:1, 2061:22, 2113:25, 2114:1, 2267:6
**dates** [1] - 2113:22
**daughter** [8] - 2107:11, 2126:7, 2129:18, 2130:1, 2130:13, 2132:5, 2132:16, 2132:22
**Dawn** [5] - 2080:22, 2081:3, 2082:11, 2091:8, 2094:1
**days** [6] - 2050:23, 2092:11, 2117:2, 2119:21, 2228:10, 2229:4
**deal** [3] - 2110:3, 2110:5, 2227:2
**dealing** [2] - 2109:20, 2109:25
**Dear** [4] - 2041:5, 2050:15, 2050:16, 2051:16
**dear** [1] - 2165:4
**death** [1] - 2121:3
**debate** [1] - 2172:24
**decide** [2] - 2225:14, 2250:8

**decided** [10] - 2059:22, 2111:5, 2195:17, 2195:18, 2202:1, 2202:24, 2218:16, 2240:2, 2240:13, 2251:10
**deciding** [3] - 2138:22, 2193:16, 2225:15
**decision** [10] - 2088:6, 2106:17, 2106:18, 2117:22, 2132:21, 2185:5, 2229:17, 2229:18, 2268:10, 2270:5
**decisionmaking** [1] - 2246:11
**decisions** [4] - 2116:9, 2137:24, 2220:25, 2259:10
**deep** [1] - 2161:14
**deeper** [1] - 2206:11
**defeats** [1] - 2045:19
**defend** [1] - 2262:23
**defendant** [24] - 2037:8, 2057:4, 2057:13, 2057:18, 2058:8, 2058:23, 2059:10, 2059:15, 2059:18, 2060:8, 2061:2, 2062:1, 2062:9, 2062:13, 2062:23, 2063:9, 2063:16, 2063:25, 2064:6, 2064:18, 2064:24, 2065:18, 2066:4, 2269:11
**Defendant** [5] - 2037:19, 2053:3, 2053:16, 2055:11, 2055:16
**defense** [4] - 2040:2, 2150:10, 2262:24, 2267:16
**Defense** [6] - 2154:24, 2155:2, 2155:23, 2156:4, 2156:7, 2156:9, 2156:18, 2157:2, 2158:4, 2158:12, 2158:14, 2159:19, 2160:2, 2160:3, 2271:12, 2271:13, 2271:14, 2271:15, 2271:16
**defer** [2] - 2042:15, 2122:25
**deferred** [1] - 2124:21
**defined** [1] - 2225:22
**definitely** [1] -

2150:17
**definition** [1] - 2108:20
**degree** [3] - 2086:4, 2094:9, 2125:11
**degrees** [1] - 2174:3
**Del** [1] - 2092:14
**deleted** [1] - 2236:12
**deleting** [1] - 2221:25
**deliver** [1] - 2136:10
**demand** [4] - 2104:1, 2104:4, 2104:6, 2104:7
**demanding** [2] - 2178:11, 2206:3
**demonstrate** [2] - 2050:25, 2169:7
**denied** [1] - 2099:18
**deny** [2] - 2119:4, 2226:22
**denying** [1] - 2237:2
**department** [1] - 2255:11
**depended** [1] - 2168:1
**dependent** [2] - 2117:21, 2249:10
**depth** [1] - 2192:1
**deputy** [2] - 2045:17, 2046:1
**deregulation** [1] - 2069:23
**DEROHANNESIAN** [3] - 2037:22, 2037:24
**DerOhannesian** [1] - 2047:9
**describe** [2] - 2088:11, 2106:8
**described** [2] - 2106:12, 2180:5
**describing** [1] - 2207:23
**description** [2] - 2240:15, 2241:1
**designed** [2] - 2177:23, 2177:24
**desire** [2] - 2205:14, 2230:3
**despite** [2] - 2097:3, 2253:11
**destroy** [4] - 2105:6, 2105:7, 2125:17, 2226:8
**destroyed** [1] - 2125:16
**destruction** [1] - 2119:6
**destructive** [3] - 2090:18, 2122:6, 2226:8
**destructiveness** [1] -

2050:17
**detailed** [1] - 2122:23
**details** [3] - 2100:22, 2112:6, 2231:17
**determine** [1] - 2238:9
**determined** [1] - 2117:11
**develop** [3] - 2055:20, 2077:12, 2077:15
**developing** [3] - 2077:8, 2256:17, 2260:22
**development** [1] - 2069:24
**devoted** [1] - 2207:3
**devotedness** [2] - 2210:5, 2211:20
**devotion** [1] - 2211:20
**diagnosed** [1] - 2155:14
**dialogue** [1] - 2065:8
**Diane** [1] - 2159:2
**DIAZ** [1] - 2038:5
**die** [1] - 2090:3
**died** [3] - 2088:25, 2096:4, 2253:2
**Diego** [1] - 2212:14
**difference** [2] - 2051:1, 2141:5
**differences** [1] - 2182:18
**different** [52] - 2043:1, 2053:22, 2053:23, 2053:24, 2055:21, 2058:9, 2062:24, 2066:23, 2069:14, 2082:14, 2085:18, 2087:4, 2088:17, 2094:6, 2094:14, 2094:18, 2097:24, 2105:23, 2108:7, 2113:9, 2113:22, 2118:7, 2129:12, 2138:15, 2144:22, 2146:5, 2152:21, 2153:19, 2161:1, 2161:4, 2161:11, 2161:15, 2162:13, 2163:2, 2167:24, 2168:20, 2172:5, 2178:9, 2180:21, 2184:12, 2185:7, 2185:17, 2195:21, 2209:3, 2209:4, 2211:9, 2225:20, 2225:21, 2243:14, 2246:7, 2262:5, 2268:16
**differently** [3] - 2095:8, 2095:9,

2180:5
**difficult** [10] - 2056:5, 2075:6, 2078:18, 2084:7, 2099:9, 2167:14, 2192:8, 2206:15, 2253:2, 2262:7
**difficulty** [1] - 2214:11
**dinner** [2] - 2199:9, 2199:10
**direct** [42] - 2048:5, 2048:6, 2052:19, 2054:21, 2061:14, 2066:24, 2069:9, 2069:15, 2074:7, 2075:6, 2076:18, 2080:16, 2085:2, 2085:15, 2099:21, 2102:19, 2104:11, 2104:18, 2110:21, 2112:3, 2130:22, 2152:20, 2171:25, 2177:19, 2179:4, 2179:14, 2180:17, 2194:6, 2198:7, 2199:17, 2200:19, 2201:10, 2201:13, 2202:15, 2207:22, 2236:21, 2236:23, 2244:9, 2245:17, 2253:16, 2253:18, 2263:20
**DIRECT** [2] - 2048:12, 2271:6
**directed** [1] - 2055:12
**directing** [2] - 2062:22, 2223:6
**direction** [4] - 2056:2, 2088:23, 2174:16, 2223:19
**directly** [4] - 2086:1, 2125:14, 2127:14, 2127:15
**disagree** [1] - 2229:19
**disappear** [1] - 2046:4
**disappointed** [1] - 2270:10
**disappointment** [1] - 2192:19
**disarray** [1] - 2208:21
**discomfort** [1] - 2214:11
**discompassionate** [1] - 2123:18
**disconnect** [1] - 2209:7
**discovery** [5] - 2216:4, 2216:9, 2216:12, 2251:13, 2252:3

**discredit** [1] - 2201:14
**discrediting** [1] - 2103:10
**discuss** [10] - 2102:3, 2108:12, 2148:12, 2191:4, 2203:11, 2216:23, 2223:25, 2239:19, 2246:11, 2266:9
**discussed** [20] - 2052:4, 2059:5, 2061:20, 2068:7, 2089:8, 2091:2, 2094:9, 2095:23, 2146:4, 2146:12, 2149:19, 2194:3, 2194:16, 2195:16, 2195:19, 2203:7, 2220:4, 2223:12, 2264:7, 2266:25
**discussing** [8] - 2059:6, 2061:21, 2163:15, 2168:22, 2190:4, 2211:7, 2225:24, 2234:4
**discussion** [1] - 2248:5
**discussions** [3] - 2106:15, 2173:4, 2223:20
**dismantled** [1] - 2239:17
**dismissed** [1] - 2233:22
**dismissing** [1] - 2232:16
**disowning** [1] - 2142:6
**disparaging** [1] - 2230:15
**displeased** [1] - 2083:19
**disregarding** [1] - 2143:10
**disrespectful** [2] - 2122:5, 2123:13
**disruptive** [1] - 2074:20
**distance** [1] - 2223:11
**distinct** [1] - 2180:12
**distinction** [2] - 2163:21, 2180:24
**distinctions** [2] - 2180:6, 2225:17
**district** [1] - 2100:7
**DISTRICT** [4] - 2037:1, 2037:1, 2037:12, 2037:15
**division** [1] - 2187:21
**document** [3] -

2128:5, 2128:9, 2137:13
**documents** [4] - 2051:4, 2051:12, 2051:13, 2126:8
**dollar** [1] - 2115:18
**dollars** [2] - 2114:24, 2114:25
**done** [29] - 2041:23, 2062:5, 2097:14, 2098:23, 2102:20, 2122:11, 2123:2, 2123:4, 2123:21, 2125:19, 2127:5, 2135:7, 2138:24, 2141:10, 2141:23, 2145:4, 2145:20, 2147:14, 2164:6, 2238:8, 2252:21, 2252:22, 2256:22, 2263:1, 2265:17, 2265:19, 2265:20, 2265:21, 2270:10
**Donna** [1] - 2076:16
**DONOGHUE** [1] - 2037:15
**DOS** [173] - 2054:17, 2057:9, 2057:10, 2057:19, 2059:16, 2059:24, 2060:3, 2062:11, 2062:18, 2063:14, 2063:21, 2064:4, 2064:5, 2064:15, 2064:20, 2066:2, 2093:16, 2093:18, 2093:20, 2093:23, 2093:25, 2094:3, 2161:18, 2161:19, 2161:20, 2162:15, 2163:13, 2163:19, 2164:2, 2164:18, 2166:1, 2168:12, 2168:15, 2168:17, 2168:22, 2168:23, 2169:2, 2169:19, 2169:23, 2169:24, 2170:3, 2170:6, 2170:7, 2172:23, 2173:1, 2173:23, 2174:20, 2175:2, 2175:10, 2175:14, 2175:18, 2177:9, 2178:4, 2178:10, 2178:23, 2179:1, 2179:7, 2180:5, 2180:10, 2180:25, 2182:15, 2183:2, 2183:7, 2183:11, 2183:23, 2183:24, 2186:7,

2186:25, 2187:15, 2187:18, 2187:19, 2187:21, 2188:1, 2188:7, 2188:9, 2188:12, 2188:15, 2188:20, 2188:23, 2188:24, 2189:5, 2189:18, 2190:13, 2191:1, 2192:22, 2194:7, 2194:8, 2194:10, 2194:25, 2196:6, 2196:8, 2197:18, 2202:15, 2202:22, 2203:8, 2203:9, 2204:22, 2205:2, 2205:7, 2205:8, 2205:9, 2205:10, 2206:1, 2206:3, 2207:11, 2207:23, 2208:1, 2208:16, 2211:24, 2220:23, 2221:7, 2223:7, 2223:11, 2223:16, 2224:3, 2224:18, 2224:20, 2225:2, 2225:7, 2225:9, 2226:13, 2226:20, 2227:21, 2228:12, 2228:24, 2229:17, 2229:19, 2230:2, 2230:14, 2232:3, 2232:4, 2232:8, 2232:22, 2232:23, 2232:24, 2234:1, 2239:6, 2240:4, 2241:15, 2242:25, 2243:3, 2243:5, 2243:6, 2246:16, 2246:18, 2246:19, 2246:20, 2246:21, 2246:25, 2249:13, 2252:5, 2252:6, 2253:19, 2254:4, 2254:23, 2257:8, 2258:8, 2259:24, 2260:6, 2260:15, 2264:25, 2265:7, 2265:16, 2268:1
**double** [1] - 2140:14
**doubling** [1] - 2117:7
**doubt** [1] - 2199:3
**doubts** [1] - 2124:20
**down** [28] - 2045:21, 2063:17, 2064:19, 2064:21, 2080:25, 2081:9, 2085:7, 2102:2, 2116:3, 2117:7, 2127:18, 2133:2, 2146:13,

2147:16, 2148:11, 2148:14, 2172:6, 2198:23, 2201:1, 2205:15, 2207:18, 2213:6, 2216:22, 2216:24, 2241:8, 2265:23, 2266:4, 2266:5
**Dozens** [2] - 2233:23, 2234:1
**dozens** [3] - 2233:24, 2234:1
**draft** [4] - 2049:22, 2139:24, 2140:1, 2255:15
**drafted** [3] - 2049:23, 2050:2, 2255:16
**dreams** [1] - 2214:10
**drill** [1] - 2219:20
**drilling** [1] - 2131:19
**drills** [1] - 2177:22
**drive** [1] - 2200:13
**driven** [1] - 2131:7
**driving** [3] - 2115:21, 2146:8, 2146:12
**dropped** [1] - 2195:6
**drown** [1] - 2214:14
**due** [1] - 2267:5
**duly** [2] - 2048:10, 2152:14
**dungeon** [4] - 2184:23, 2204:12, 2204:14, 2204:16
**Duran** [3] - 2057:22, 2092:5, 2257:23
**during** [13] - 2044:12, 2072:10, 2077:20, 2080:20, 2113:2, 2125:18, 2199:25, 2200:2, 2253:6, 2266:22, 2266:25, 2267:1
**dying** [2] - 2258:16, 2259:5
**dyslexic** [1] - 2142:14

**E**

**e-mail** [58] - 2041:3, 2041:12, 2044:8, 2048:16, 2048:17, 2048:22, 2049:5, 2049:21, 2049:23, 2050:11, 2050:12, 2050:14, 2050:18, 2051:5, 2051:15, 2051:17, 2051:25, 2052:3, 2052:4, 2052:9, 2113:3, 2113:5, 2113:23,

2113:25, 2122:20, 2126:25, 2128:12, 2128:25, 2130:2, 2137:13, 2137:16, 2138:4, 2138:7, 2138:14, 2138:18, 2139:9, 2139:13, 2139:19, 2140:13, 2140:17, 2141:1, 2141:10, 2141:21, 2141:22, 2143:3, 2144:13, 2145:6, 2146:11, 2146:20, 2147:9, 2147:21, 2149:17, 2149:18, 2149:19, 2255:15, 2255:16, 2266:16

e-mails [17] - 2049:4, 2049:8, 2049:10, 2056:8, 2124:15, 2129:12, 2138:16, 2138:18, 2143:8, 2143:14, 2143:16, 2143:17, 2143:21, 2148:3, 2255:6, 2255:13, 2255:19

earliest [3] - 2072:5, 2074:17

early [5] - 2106:20, 2161:5, 2161:9, 2161:15, 2238:5

earn [4] - 2097:17, 2097:18, 2136:7, 2144:2

earned [1] - 2098:7

earning [5] - 2099:10, 2099:11, 2133:2

earth [1] - 2065:21

easier [4] - 2118:22, 2135:8, 2212:4, 2212:5

East [1] - 2037:16

East/Brooklyn [1] - 2038:13

Eastern [1] - 2050:23

EASTERN [2] - 2037:1, 2037:15

eastern [2] - 2210:16, 2210:17

easy [1] - 2084:15

edified [1] - 2085:21

Edison [2] - 2069:11, 2069:12

edited [1] - 2239:7

editing [2] - 2205:6, 2205:8

edits [1] - 2065:5

education [1] - 2208:5

effect [1] - 2172:18

effective [1] - 2103:17

efficient [1] - 2045:23

effing [1] - 2219:19

effort [4] - 2143:6, 2149:24, 2169:6, 2169:7

efforts [2] - 2100:6, 2143:11

eight [1] - 2097:1

eighth [2] - 2139:1, 2203:20

either [8] - 2069:4, 2090:3, 2105:16, 2110:4, 2160:5, 2203:15, 2226:7, 2266:16

elections [1] - 2188:13

elements [3] - 2168:22, 2207:12, 2207:17

eliminated [1] - 2238:10

Elliot [1] - 2224:11

Elmo [1] - 2154:11

ELMO [2] - 2087:11, 2205:4

embody [1] - 2209:23

emergency [2] - 2040:14, 2183:5

emergent [1] - 2179:12

emersion [1] - 2160:23

Emiliano [1] - 2092:16

emotional [5] - 2081:23, 2088:15, 2090:10, 2165:15, 2207:19

emotionally [1] - 2083:4

emotions [1] - 2081:23

empathetic [1] - 2090:11

emphasis [1] - 2098:20

employ [1] - 2099:3

employee [1] - 2105:12

empowers [1] - 2226:8

enact [1] - 2124:3

encompass [1] - 2165:9

encouraging [3] - 2082:12, 2105:10, 2223:4

encrypted [1] - 2175:1

end [17] - 2046:5, 2088:13, 2088:16,

2089:4, 2090:2, 2099:9, 2107:19, 2113:16, 2123:6, 2126:8, 2202:1, 2209:5, 2217:4, 2217:5, 2217:8, 2247:16, 2258:22

ended [5] - 2050:1, 2062:6, 2067:22, 2088:3, 2089:12

ending [3] - 2068:5, 2087:16, 2247:20

ends [4] - 2047:1, 2232:2, 2232:13, 2238:1

energy [1] - 2169:18

enforce [2] - 2124:6, 2220:1

engage [1] - 2204:21

engaged [2] - 2174:13, 2204:18

engineer [1] - 2150:14

enlightenment [3] - 2210:23, 2211:19, 2211:21

enroll [2] - 2059:21, 2197:3

enrolled [6] - 2093:20, 2126:1, 2193:23, 2194:18, 2250:10

enrolling [1] - 2060:2

enrollment [1] - 2208:4

entered [1] - 2218:2

enters [4] - 2047:25, 2102:9, 2152:6, 2218:8

entertainment [2] - 2141:15, 2141:17

entire [5] - 2050:1, 2118:10, 2132:20, 2147:15, 2219:9

entirely [1] - 2223:5

entries [1] - 2113:9

entry [1] - 2113:19

erroneous [2] - 2114:7, 2114:17

error [2] - 2123:24, 2124:2

Eso [1] - 2098:21

eso [1] - 2207:15

ESP [15] - 2070:25, 2072:6, 2093:11, 2096:8, 2098:15, 2162:25, 2165:12, 2169:13, 2169:14, 2169:15, 2169:16, 2185:2, 2207:18, 2228:1, 2240:2

especially [5] -

2082:16, 2095:25, 2114:5, 2125:18, 2241:10

especially... [1] - 2244:22

ESQ [10] - 2037:17, 2037:17, 2037:18, 2037:21, 2037:21, 2037:24, 2037:24, 2038:5, 2038:5, 2038:9

essence [2] - 2141:6

essentially [3] - 2102:22, 2223:7, 2224:21

establish [2] - 2127:21, 2236:3

establishing [1] - 2237:3

et [1] - 2165:15

ethic [1] - 2165:3

Ethical [1] - 2100:19

ethical [20] - 2108:3, 2108:4, 2118:25, 2124:23, 2195:13, 2195:14, 2229:24, 2232:15, 2232:20, 2232:23, 2232:24, 2233:4, 2233:5, 2233:10, 2233:15, 2233:19, 2250:8, 2250:10, 2250:20, 2265:10

ethicists [2] - 2164:25, 2167:7

ethics [2] - 2080:11, 2232:22, 2232:24, 2233:3, 2250:6

Europe [8] - 2070:5, 2071:7, 2071:9, 2129:24, 2179:15, 2180:18, 2182:5, 2182:6

Euros [2] - 2129:15, 2129:24

Eve [1] - 2111:25

even-keeled [1] - 2269:4

evening [1] - 2099:13

event [6] - 2100:19, 2100:21, 2100:22, 2100:24, 2101:1, 2234:14

events [2] - 2236:5, 2236:6

eventually [3] - 2103:14, 2210:11, 2221:10

evidence [35] - 2042:2, 2048:19,

2050:4, 2050:7, 2087:9, 2087:10, 2113:8, 2113:10, 2115:23, 2126:24, 2128:6, 2128:8, 2137:1, 2137:5, 2137:12, 2144:9, 2146:16, 2154:10, 2154:13, 2154:14, 2154:22, 2155:22, 2156:8, 2156:19, 2157:1, 2158:13, 2160:2, 2160:13, 2170:23, 2170:25, 2205:3, 2212:7, 2218:23, 2218:24

ex [1] - 2137:23

exactly [5] - 2072:6, 2144:24, 2215:14, 2231:15, 2263:2

examination [31] - 2048:5, 2048:7, 2066:11, 2066:25, 2069:10, 2069:15, 2074:7, 2076:18, 2080:16, 2085:2, 2085:15, 2099:22, 2102:11, 2102:19, 2104:11, 2104:18, 2110:22, 2112:3, 2152:8, 2152:20, 2177:20, 2179:4, 2180:18, 2201:10, 2202:15, 2207:22, 2218:11, 2253:16, 2253:18, 2263:20, 2267:20

EXAMINATION [13] - 2048:12, 2057:2, 2066:13, 2072:1, 2118:1, 2136:4, 2152:16, 2177:1, 2207:1, 2218:13, 2244:1, 2271:6, 2271:7

examined [2] - 2048:11, 2152:15

example [12] - 2055:24, 2056:8, 2059:12, 2080:23, 2098:14, 2107:16, 2108:5, 2127:17, 2165:2, 2166:7, 2169:4, 2252:24

examples [1] - 2084:4

except [3] - 2182:19, 2196:16, 2259:25

exception [2] - 2050:24, 2258:4

exchange [2] -

2058:6, 2058:11
**exchanged** [1] - 2049:8
**excruciating** [1] - 2269:25
**excuse** [2] - 2050:24, 2268:1
**excused** [3] - 2040:24, 2047:20, 2266:3
**excuses** [1] - 2205:22
**excusing** [1] - 2047:15
**executing** [1] - 2231:3
**executive** [6] - 2097:7, 2102:20, 2103:6, 2109:8, 2109:11, 2110:12
**Executive** [2] - 2070:25, 2071:3
**exhausted** [6] - 2177:24, 2178:2, 2178:3, 2178:4, 2178:6, 2178:10
**Exhibit** [49] - 2048:20, 2048:21, 2049:17, 2050:4, 2050:6, 2050:8, 2050:9, 2052:19, 2054:21, 2061:14, 2113:12, 2115:24, 2118:23, 2121:22, 2128:15, 2129:4, 2144:10, 2146:17, 2154:16, 2155:2, 2155:3, 2156:7, 2156:9, 2156:10, 2157:2, 2157:3, 2158:12, 2158:14, 2158:15, 2160:3, 2160:4, 2171:1, 2203:3, 2205:2, 2205:3, 2208:19, 2212:1, 2212:8, 2213:24, 2215:8, 2218:21, 2219:1, 2219:15, 2271:11, 2271:12, 2271:13, 2271:14, 2271:15, 2271:16
**exhibit** [13] - 2042:2, 2042:4, 2048:20, 2115:22, 2118:21, 2121:21, 2122:19, 2126:24, 2136:25, 2154:23, 2155:21, 2213:23, 2218:20
**exist** [1] - 2249:6
**existed** [3] - 2178:23, 2182:14, 2190:17
**existing** [1] - 2093:17
**exists** [1] - 2226:9

**exited** [2] - 2217:25, 2270:12
**exits** [6] - 2101:14, 2148:10, 2148:14, 2216:21, 2216:24, 2267:12
**Exo** [1] - 2098:21
**exo** [1] - 2207:15
**Exo-Eso** [1] - 2098:21
**exo-eso** [1] - 2207:15
**expect** [1] - 2145:21
**expecting** [1] - 2079:19
**expedited** [1] - 2144:3
**experience** [8] - 2090:11, 2125:25, 2151:14, 2196:18, 2196:21, 2197:6, 2242:8, 2254:22
**experienced** [1] - 2055:15
**experiences** [4] - 2083:2, 2161:10, 2161:11, 2251:7
**experiencing** [2] - 2194:1, 2199:4
**experiential** [2] - 2161:10, 2161:14
**explain** [7] - 2049:2, 2053:21, 2055:18, 2058:11, 2068:3, 2086:7, 2208:25
**explained** [1] - 2041:20
**explains** [1] - 2058:9
**explore** [1] - 2268:15
**exposed** [3] - 2161:4, 2189:16, 2189:17
**exposing** [1] - 2224:18
**express** [3] - 2082:10, 2084:12, 2089:21
**expressed** [3] - 2083:4, 2089:14, 2103:4
**expresses** [1] - 2049:24
**expressing** [2] - 2110:1, 2259:11
**extend** [1] - 2122:3
**extended** [1] - 2094:7
**extension** [1] - 2147:4
**extensive** [1] - 2260:16
**extensively** [1] - 2110:21
**extent** [3] - 2088:14, 2093:24, 2268:18
**external** [3] - 2209:22, 2211:2, 2211:4

**extortion** [8] - 2103:25, 2263:13, 2263:17, 2263:21, 2263:25, 2264:7, 2264:8, 2264:10
**extortionate** [2] - 2100:2, 2100:12
**extra** [1] - 2253:4
**extreme** [1] - 2184:7
**extremely** [2] - 2137:24, 2269:25
**eyewitness** [1] - 2254:20
**eyewitness-type** [1] - 2254:20

## F

**fabrication** [2] - 2145:14, 2146:21
**Facebook** [5] - 2130:4, 2130:14, 2132:6, 2132:22, 2266:18
**faced** [1] - 2118:25
**facilitated** [3] - 2253:23, 2254:3
**fact** [20] - 2042:4, 2043:18, 2052:1, 2058:13, 2073:5, 2078:15, 2083:10, 2085:3, 2088:8, 2094:13, 2099:6, 2102:23, 2103:18, 2173:16, 2179:7, 2215:13, 2215:18, 2239:5, 2259:25, 2260:5
**factors** [1] - 2167:12
**Facundo** [3] - 2120:24, 2121:6, 2121:9
**fail** [2] - 2099:8, 2166:23
**failed** [7] - 2098:24, 2125:16, 2143:4, 2165:2, 2165:3, 2219:19, 2249:16
**failing** [1] - 2098:18
**failure** [4] - 2056:4, 2212:14, 2212:25, 2213:1
**failures** [4] - 2098:10, 2125:15, 2253:5
**fair** [24] - 2076:10, 2084:15, 2086:2, 2093:22, 2094:5, 2094:21, 2102:24, 2108:16, 2116:20, 2123:13, 2149:11,

2161:25, 2182:15, 2184:11, 2189:7, 2215:22, 2216:7, 2221:17, 2236:20, 2244:15, 2247:6, 2249:14, 2251:15, 2262:21
**Fair** [1] - 2161:22
**fairly** [4] - 2123:13, 2131:15, 2150:18, 2244:23
**fairness** [1] - 2173:22
**faith** [3] - 2104:4, 2104:5, 2104:7
**falls** [1] - 2119:8
**false** [8] - 2114:17, 2201:23, 2201:25, 2227:11, 2241:18, 2242:2, 2262:25
**familiar** [2] - 2064:9, 2065:22
**familiarity** [1] - 2140:16
**family** [24] - 2049:21, 2049:23, 2050:1, 2050:16, 2050:25, 2051:19, 2051:24, 2052:1, 2095:23, 2115:14, 2117:14, 2118:4, 2118:7, 2118:10, 2119:7, 2120:1, 2126:3, 2132:20, 2137:25, 2138:13, 2139:18, 2248:20, 2255:15, 2266:10
**family's** [2] - 2119:22, 2119:24
**far** [10] - 2124:17, 2125:3, 2196:8, 2203:19, 2216:16, 2265:9, 2265:11, 2267:22, 2268:2, 2269:15
**farcical** [1] - 2269:13
**fart** [1] - 2240:19
**fashion** [4] - 2055:12, 2139:3, 2144:3, 2145:21
**faster** [1] - 2213:7
**father** [33] - 2052:12, 2104:19, 2104:24, 2105:1, 2105:3, 2105:11, 2105:15, 2105:23, 2106:1, 2106:5, 2106:8, 2106:22, 2106:23, 2107:9, 2107:15, 2107:22, 2108:10, 2108:16, 2112:18,

2118:13, 2125:20, 2125:23, 2125:25, 2126:6, 2129:10, 2129:18, 2131:7, 2131:10, 2132:21, 2133:1, 2144:13, 2170:17
**favor** [1] - 2214:1
**favorable** [1] - 2231:16
**fear** [6] - 2221:22, 2223:8, 2226:7, 2226:10, 2226:25, 2241:9
**Fear** [1] - 2226:15
**fears** [7] - 2117:17, 2117:20, 2124:22, 2230:23, 2230:24, 2238:21, 2251:9
**February** [7] - 2052:10, 2113:20, 2139:7, 2139:20, 2145:9, 2146:23, 2147:21
**feed** [1] - 2199:7
**feedback** [3] - 2083:5, 2124:2, 2125:13
**feeding** [2] - 2197:20, 2231:7
**feelings** [8] - 2073:5, 2077:8, 2077:13, 2077:15, 2077:21, 2078:3, 2153:6
**fees** [1] - 2136:12
**feet** [1] - 2063:10
**fell** [2] - 2098:25, 2253:4
**felt** [20] - 2078:19, 2078:22, 2080:22, 2090:12, 2106:25, 2118:6, 2124:1, 2143:7, 2192:18, 2196:24, 2196:25, 2197:6, 2207:3, 2221:6, 2243:11, 2249:4, 2249:5, 2249:9, 2251:22
**fence** [3] - 2059:19, 2059:24
**fend** [1] - 2132:16
**fended** [1] - 2132:18
**fertile** [1] - 2089:19
**festival** [1] - 2141:18
**fever** [1] - 2040:13
**few** [16] - 2077:3, 2082:19, 2084:4, 2089:19, 2100:14, 2118:3, 2121:19, 2205:5, 2216:8, 2227:9, 2228:10,

2246:14, 2247:16
**fight** [2] - 2119:6, 2231:21
**figure** [7] - 2056:6, 2066:4, 2142:3, 2147:5, 2150:15, 2223:21, 2263:3
**Fiji** [7] - 2155:9, 2155:10, 2155:12, 2155:15, 2156:16, 2156:17, 2157:6
**file** [3] - 2049:10, 2049:11, 2151:21
**fill** [2] - 2097:9, 2224:22
**filter** [1] - 2207:6
**final** [2] - 2049:22, 2051:17
**finally** [1] - 2147:17
**financial** [1] - 2108:7
**financially** [1] - 2108:7
**fine** [8] - 2044:15, 2045:16, 2101:12, 2134:17, 2138:20, 2212:5, 2214:9, 2216:18
**finish** [4] - 2217:16, 2217:18, 2217:19, 2217:20
**fire** [2] - 2105:17, 2106:1
**fired** [3] - 2097:7, 2103:13, 2103:21
**first** [45] - 2042:18, 2042:21, 2053:10, 2055:3, 2062:16, 2068:14, 2068:15, 2068:22, 2068:25, 2070:2, 2073:7, 2077:14, 2078:5, 2099:8, 2111:13, 2119:22, 2120:11, 2133:2, 2137:13, 2138:4, 2138:7, 2138:22, 2140:5, 2144:12, 2144:13, 2145:23, 2146:19, 2150:9, 2155:19, 2165:12, 2169:23, 2170:6, 2173:10, 2180:16, 2191:4, 2197:13, 2197:18, 2198:3, 2199:21, 2202:22, 2212:6, 2254:23, 2257:18, 2259:15
**First** [1] - 2040:7
**first-line** [5] - 2169:23, 2170:6, 2197:18, 2202:22, 2254:23

**firsthand** [1] - 2236:5
**fit** [1] - 2144:19
**five** [13] - 2045:6, 2045:12, 2045:20, 2045:22, 2046:4, 2139:11, 2139:14, 2143:1, 2143:2, 2159:23, 2197:10, 2197:12, 2266:6
**five-minute** [2] - 2045:12, 2045:22
**five-week** [2] - 2139:11, 2139:14
**fix** [6] - 2099:1, 2119:1, 2119:2, 2122:14, 2123:5, 2263:3
**fixing** [1] - 2207:9
**Flintlock** [3] - 2073:11, 2077:25, 2081:6
**flipped** [2] - 2170:24, 2171:23
**floor** [1] - 2120:5
**Floor** [1] - 2037:20
**Fluffito** [2] - 2052:16, 2052:17
**Fluffy** [7] - 2112:25, 2126:16, 2140:2, 2140:12, 2140:15, 2140:16, 2140:25
**Fluffy's** [1] - 2114:6
**focus** [5] - 2122:20, 2161:18, 2169:18, 2207:15
**focused** [2] - 2097:25, 2125:18
**folder** [1] - 2049:8
**folks** [2] - 2179:5, 2255:7
**follow** [5] - 2108:1, 2150:11, 2201:12, 2209:7, 2266:9
**following** [24] - 2040:1, 2046:6, 2056:16, 2071:13, 2101:15, 2102:19, 2104:10, 2117:25, 2133:12, 2134:1, 2135:14, 2148:18, 2176:4, 2180:1, 2180:19, 2181:6, 2206:18, 2222:20, 2235:8, 2236:1, 2237:9, 2243:18, 2267:4, 2268:24
**follows** [3] - 2048:11, 2058:8, 2152:15
**fondly** [1] - 2230:7
**font** [1] - 2144:21

**food** [1] - 2115:13
**fool** [2] - 2210:22, 2211:19
**FOR** [1] - 2037:11
**force** [4] - 2086:17, 2188:7, 2220:3, 2246:24
**forensic** [2] - 2236:10, 2238:9
**foresaw** [1] - 2256:20
**forever** [3] - 2195:5, 2242:17
**form** [6] - 2106:12, 2204:23, 2209:22, 2210:20, 2250:18, 2266:13
**formal** [1] - 2127:22
**formally** [3] - 2089:12, 2090:4, 2163:22
**format** [1] - 2144:19
**formed** [2] - 2055:20, 2147:2
**former** [1] - 2097:10
**forth** [2] - 2116:23, 2221:1
**fortified** [1] - 2167:4
**forty** [1] - 2142:22
**forty-two** [1] - 2142:22
**Forward** [1] - 2048:24
**forward** [4] - 2128:1, 2145:6, 2251:10
**forwarded** [4] - 2049:3, 2049:24, 2113:24, 2124:14
**Foundation** [1] - 2100:20
**foundation** [4] - 2165:14, 2236:3, 2236:8, 2237:3
**founding** [1] - 2227:21
**four** [3] - 2059:13, 2096:25, 2112:22
**fourth** [2] - 2197:14, 2215:2
**framework** [2] - 2233:9, 2233:12
**Francisco** [2] - 2224:12, 2228:13
**Frank** [3] - 2231:4, 2231:8, 2231:11
**frankly** [2] - 2269:2, 2269:16
**frat** [2] - 2242:11, 2242:14
**freakout** [1] - 2213:5
**frequency** [1] - 2118:8
**frequently** [2] - 2055:21, 2109:21
**Friday** [2] - 2045:20, 2267:3

**friend** [3] - 2070:21, 2072:24, 2075:2
**friends** [15] - 2070:10, 2070:12, 2075:5, 2191:7, 2220:7, 2220:13, 2241:7, 2241:14, 2242:7, 2248:22, 2253:2, 2253:14, 2254:21, 2265:14, 2266:10
**Frisbee** [1] - 2153:22
**Fritz** [1] - 2074:7
**front** [4] - 2095:22, 2158:25, 2234:11, 2267:25
**frustrated** [1] - 2247:6
**frustration** [1] - 2084:13
**fulfill** [1] - 2252:18
**full** [5] - 2139:1, 2145:22, 2233:5, 2246:24, 2267:2
**full-time** [1] - 2145:22
**fully** [6] - 2041:9, 2041:15, 2057:7, 2060:4, 2079:19, 2125:23
**fun** [1] - 2153:11
**function** [2] - 2097:9, 2103:15
**funeral** [1] - 2121:9
**funny** [2] - 2215:10, 2248:17
**furthest** [1] - 2160:10
**future** [2] - 2122:6, 2122:25

**G**

**G-L-A-Z-E-R** [1] - 2149:6
**Gabby** [1] - 2159:6
**Gaelyn** [4] - 2145:15, 2145:16, 2256:3, 2256:18
**gain** [1] - 2236:10
**gained** [1] - 2177:13
**gaining** [1] - 2268:22
**gallery** [1] - 2041:18
**game** [8] - 2053:20, 2053:25, 2055:5, 2055:7, 2144:1, 2144:3, 2147:1
**games** [4] - 2050:18, 2136:20, 2137:23, 2140:21
**GARAUFIS** [4] - 2037:12, 2217:25, 2218:2, 2270:12
**Garaufis** [2] - 2041:6,

2041:9
**Gardens** [1] - 2160:21
**Garza** [5] - 2092:9, 2158:24, 2159:10, 2160:6, 2257:24
**gather** [1] - 2053:23
**gathering** [1] - 2054:7
**general** [1] - 2081:23
**generally** [4] - 2084:11, 2161:8, 2221:3, 2261:13
**gentle** [2] - 2213:13, 2213:19
**geographically** [1] - 2051:10
**GERAGOS** [2] - 2037:21, 2135:8
**Geragos** [1] - 2047:9
**girls** [5] - 2240:6, 2242:23, 2243:5
**given** [8] - 2079:24, 2113:3, 2137:23, 2139:15, 2143:25, 2154:6, 2173:16, 2173:18
**glad** [1] - 2138:12
**glare** [1] - 2155:5
**glary** [1] - 2154:17
**GLAZER** [16] - 2149:4, 2149:6, 2149:9, 2149:13, 2149:16, 2150:1, 2150:5, 2150:12, 2150:17, 2150:21, 2150:23, 2151:3, 2151:8, 2151:12, 2151:18, 2151:21
**Glazer** [5] - 2043:22, 2044:2, 2149:2, 2149:6, 2149:7
**goal** [2] - 2072:8, 2214:8
**goal-setting** [1] - 2072:8
**goals** [1] - 2214:10
**God** [6] - 2204:14, 2206:9, 2214:14, 2214:20, 2214:23, 2215:1
**gonna** [12] - 2059:6, 2119:18, 2122:14, 2127:19, 2127:22, 2128:2, 2207:6, 2207:7, 2207:8, 2214:13
**good-natured** [2] - 2153:6, 2153:7
**Goodman** [1] - 2159:2
**Goodnight** [1] - 2228:4

Government [36] - 2037:15, 2040:22, 2041:10, 2041:20, 2042:4, 2043:15, 2045:13, 2048:19, 2049:17, 2050:3, 2050:4, 2050:6, 2050:8, 2054:21, 2061:14, 2087:14, 2149:21, 2150:10, 2154:7, 2154:23, 2203:3, 2205:3, 2209:17, 2212:1, 2236:16, 2256:23, 2257:3, 2257:9, 2257:19, 2258:24, 2260:12, 2260:23, 2267:14, 2270:8, 2271:11

Government's [2] - 2040:3, 2128:6

grandfathered [2] - 2203:1, 2204:25

grateful [1] - 2137:21

gratitude [1] - 2230:6

gravely [1] - 2254:24

great [5] - 2086:17, 2116:9, 2193:21, 2193:24, 2269:3

Greathead [1] - 2136:21

green [3] - 2095:6, 2212:10

Grigoriadis [3] - 2244:10, 2244:12, 2244:23

grocery [1] - 2186:18

ground [1] - 2185:22

group [37] - 2058:15, 2058:20, 2058:21, 2059:1, 2078:21, 2082:4, 2082:15, 2094:11, 2096:12, 2098:20, 2107:3, 2107:6, 2112:2, 2119:14, 2119:16, 2121:14, 2155:20, 2162:4, 2163:10, 2189:8, 2189:14, 2190:16, 2193:4, 2193:15, 2193:17, 2193:19, 2193:22, 2193:23, 2219:24, 2223:20, 2225:20, 2226:11, 2227:14, 2227:17, 2227:18, 2254:16, 2255:17

groups [1] - 2254:12

grow [8] - 2074:22, 2167:23, 2188:7,

2190:10, 2190:13, 2214:5, 2214:6, 2228:16

grown [1] - 2058:16

grows [1] - 2190:16

growth [4] - 2098:16, 2193:6, 2195:6, 2214:2

guard [2] - 2109:12, 2110:13

Guatemala [1] - 2121:3

guess [3] - 2139:17, 2205:4, 2239:25

guests [1] - 2095:20

guilty [2] - 2269:13, 2269:18

guns [1] - 2262:11

guru [2] - 2206:9, 2210:21, 2210:22, 2211:15, 2211:19

guy [2] - 2062:17

guys [17] - 2055:11, 2062:13, 2066:4, 2095:15, 2138:13, 2153:11, 2182:10, 2184:4, 2184:10, 2202:1, 2221:15, 2242:11, 2242:14, 2249:13, 2249:20, 2249:23, 2250:13

gym [1] - 2154:1

## H

hack [1] - 2141:22

hacked [10] - 2130:4, 2130:13, 2132:6, 2132:22, 2136:21, 2140:13, 2140:17, 2175:13, 2175:23, 2238:4

hacking [4] - 2141:1, 2236:13, 2236:25, 2237:4

Haddad [2] - 2041:2, 2041:5

hair [1] - 2160:15

Hajjar [3] - 2047:3, 2048:6, 2067:21

HAJJAR [61] - 2037:18, 2044:16, 2044:23, 2045:6, 2047:22, 2048:13, 2049:13, 2050:3, 2050:10, 2052:18, 2052:25, 2054:20, 2057:3, 2057:24, 2059:3, 2060:7, 2060:25, 2061:13,

2062:8, 2063:7, 2063:24, 2065:4, 2066:8, 2067:12, 2133:7, 2134:11, 2134:14, 2134:25, 2135:5, 2155:1, 2156:6, 2156:25, 2158:11, 2160:1, 2168:18, 2179:17, 2180:3, 2180:20, 2201:7, 2204:7, 2217:14, 2235:1, 2235:4, 2235:6, 2236:2, 2236:23, 2238:11, 2245:3, 2245:12, 2255:2, 2261:5, 2261:18, 2263:15, 2263:18, 2264:12, 2264:19, 2265:2, 2265:6, 2265:25, 2266:2, 2271:6

half [2] - 2110:11, 2214:24

halfway [1] - 2214:23

handful [1] - 2154:4

handle [2] - 2125:1, 2125:7

hands [2] - 2063:16, 2063:18

hang [1] - 2077:25

happy [9] - 2066:23, 2083:4, 2090:14, 2192:10, 2192:11, 2192:16, 2236:18, 2247:2

happymonk [1] - 2048:17

HappyMonk55 [3] - 2121:24, 2122:21, 2126:25

happymonk55 [3] - 2113:5, 2113:14, 2114:3

hard [16] - 2056:6, 2097:16, 2098:4, 2098:22, 2157:17, 2200:13, 2219:23, 2231:1, 2253:4, 2253:14, 2261:14, 2261:16, 2261:17, 2261:21, 2261:22, 2262:4

hard-lined [1] - 2219:23

harder [1] - 2172:5

hardest [1] - 2229:7

hardship [2] - 2125:16, 2125:17

harsh [1] - 2137:23

Hatchette [1] - 2158:23

hate [1] - 2230:21

hateful [1] - 2230:19

head [11] - 2063:16, 2063:19, 2157:22, 2157:24, 2185:1, 2193:1, 2224:16, 2232:22, 2232:23, 2232:24, 2248:10

header [1] - 2129:9

heads [1] - 2157:19

healing [1] - 2207:8

Health [1] - 2069:3

hear [5] - 2189:2, 2189:11, 2193:15, 2261:14, 2262:6

heard [13] - 2061:9, 2086:10, 2100:9, 2114:22, 2160:21, 2171:11, 2182:13, 2188:17, 2188:19, 2215:4, 2237:1, 2261:3, 2266:20

hearing [3] - 2134:2, 2179:20, 2221:8

hearsay [1] - 2236:5

heart [2] - 2050:16, 2251:21

Hector [27] - 2052:6, 2052:11, 2112:18, 2118:13, 2125:23, 2125:25, 2126:4, 2126:5, 2128:12, 2129:9, 2129:12, 2131:15, 2132:21, 2136:6, 2139:22, 2139:25, 2141:13, 2145:6, 2145:10, 2146:8, 2147:24, 2255:7, 2255:14, 2255:16, 2255:18, 2255:19

held [12] - 2063:10, 2063:17, 2064:19, 2064:21, 2133:10, 2149:1, 2165:4, 2179:20, 2198:23, 2201:1, 2251:5, 2251:20

help [20] - 2056:2, 2073:2, 2073:3, 2080:5, 2088:6, 2098:19, 2099:16, 2099:19, 2123:16, 2123:17, 2126:21, 2137:21, 2138:12, 2166:12, 2190:25, 2191:1, 2192:19, 2220:11, 2265:4

helped [4] - 2073:8, 2074:18, 2146:2, 2182:6

helpful [1] - 2074:19

helping [6] - 2069:20, 2123:24, 2220:9, 2224:15, 2224:21, 2265:15

herself [6] - 2117:8, 2122:15, 2132:16, 2132:18, 2141:14, 2239:11

hi [2] - 2069:5, 2145:13

Hi [1] - 2051:17

high [5] - 2070:12, 2093:13, 2098:15, 2116:9, 2185:2

higher [7] - 2096:22, 2096:23, 2097:1, 2164:17, 2164:19, 2164:22, 2164:24, 2165:8, 2165:17, 2165:22, 2166:2, 2166:24, 2183:4, 2186:25, 2210:14

highest [7] - 2178:22, 2187:3, 2205:15, 2205:17, 2205:21, 2205:22

highlighted [1] - 2115:25

highly [4] - 2085:16, 2085:21, 2175:4

himself [3] - 2109:21, 2114:7, 2114:18

hip [1] - 2198:16

hired [2] - 2062:18, 2231:13

hiring [1] - 2107:8

history [2] - 2132:18, 2190:15

hit [2] - 2084:1, 2203:20

hitched [1] - 2183:11

hold [7] - 2065:21, 2085:1, 2085:3, 2116:8, 2157:17, 2219:24, 2251:5

holding [3] - 2241:7, 2258:19, 2258:21

holds [1] - 2265:10

holes [1] - 2253:8

holiday [1] - 2267:6

home [7] - 2069:4, 2071:9, 2073:6, 2197:22, 2197:23, 2199:7

honest [4] - 2079:4, 2139:3, 2253:12,

2259:8
**honestly** [3] - 2097:7, 2193:1, 2241:6
**Honor** [55] - 2041:15, 2042:24, 2043:20, 2044:24, 2045:4, 2047:4, 2047:8, 2047:17, 2047:22, 2049:13, 2050:3, 2050:10, 2052:18, 2052:23, 2052:25, 2054:20, 2061:13, 2065:2, 2066:8, 2067:12, 2101:8, 2133:7, 2134:11, 2134:25, 2135:5, 2137:2, 2148:6, 2149:4, 2154:22, 2155:1, 2156:4, 2156:6, 2156:24, 2158:10, 2158:11, 2159:25, 2160:1, 2179:17, 2180:3, 2201:7, 2216:16, 2217:7, 2217:15, 2235:1, 2235:4, 2236:24, 2255:2, 2263:15, 2265:25, 2267:15, 2267:17, 2267:19, 2268:12, 2269:17
**honor** [9] - 2064:7, 2064:8, 2065:14, 2115:17, 2115:19, 2231:19, 2240:22
**HONORABLE** [1] - 2037:12
**hook** [1] - 2233:17
**hope** [6] - 2140:20, 2229:10, 2246:12, 2258:19, 2258:22, 2265:12
**hoped** [1] - 2068:4
**hopeful** [1] - 2137:22
**hoping** [1] - 2090:9
**hour** [6] - 2148:12, 2162:11, 2199:13, 2199:14, 2249:25
**hours** [12] - 2050:20, 2055:25, 2097:16, 2140:10, 2141:4, 2141:6, 2144:17, 2145:4, 2146:5
**house** [21] - 2059:8, 2073:2, 2073:11, 2075:17, 2078:1, 2084:10, 2111:25, 2115:17, 2119:22, 2119:23, 2119:24, 2202:15, 2202:16,

2202:17, 2202:20, 2202:23, 2202:25, 2256:12
**housemates** [1] - 2224:13
**houses** [1] - 2153:19
**huge** [5] - 2234:18, 2234:21, 2236:14, 2238:13, 2238:22
**hum** [12] - 2074:12, 2075:1, 2077:18, 2081:4, 2081:12, 2081:16, 2091:25, 2124:8, 2130:12, 2188:5, 2199:22, 2202:13
**human** [3] - 2191:25, 2270:5, 2270:6
**humanitarian** [1] - 2080:7
**humanity** [2] - 2080:9, 2119:17
**humanize** [1] - 2166:16
**humanizing** [1] - 2166:12
**hundred** [1] - 2131:18
**hundreds** [1] - 2188:20
**hurt** [7] - 2153:5, 2192:18, 2195:11, 2215:15, 2215:19, 2264:17, 2265:4
**hurtful** [2] - 2083:25, 2085:13
**husband** [4] - 2172:20, 2173:8, 2173:13, 2220:17
**hypervigilant** [1] - 2180:25
**hypocritical** [1] - 2192:3

## I

**Ian** [1] - 2228:16
**ID** [1] - 2236:10
**idea** [30] - 2045:1, 2053:22, 2055:19, 2055:20, 2055:21, 2056:3, 2071:8, 2100:21, 2123:20, 2158:8, 2157:20, 2161:4, 2161:9, 2161:25, 2162:3, 2162:6, 2167:5, 2187:9, 2193:11, 2193:13, 2193:14, 2193:18, 2202:22, 2210:3, 2210:4,

2212:19, 2213:25, 2228:21, 2246:7, 2248:7
**ideal** [2] - 2119:1, 2214:8
**Ideally** [1] - 2053:3
**ideals** [1] - 2214:2
**ideas** [1] - 2056:7
**identifiable** [1] - 2134:14
**identification** [6] - 2049:14, 2049:17, 2051:13, 2132:17, 2156:18, 2159:20
**identified** [2] - 2042:9, 2266:24
**identify** [2] - 2041:18, 2134:15
**identity** [1] - 2134:16
**ideologically** [1] - 2209:9
**ill** [5] - 2047:13, 2055:20, 2075:7, 2075:10, 2075:12
**ill-formed** [1] - 2055:20
**illegal** [1] - 2263:11
**illnesses** [1] - 2253:3
**image** [3] - 2171:19, 2171:20, 2172:1
**imagine** [1] - 2059:12
**immediately** [2] - 2075:13, 2215:13
**immigration** [1] - 2111:11
**impacted** [1] - 2179:8
**imparting** [1] - 2213:16
**impeach** [1] - 2237:1
**imperfect** [1] - 2248:16
**implemented** [1] - 2260:18
**implication** [1] - 2124:14
**importance** [1] - 2087:4
**important** [23] - 2059:12, 2066:25, 2087:1, 2122:24, 2139:3, 2144:1, 2166:19, 2166:21, 2175:10, 2179:10, 2190:6, 2190:8, 2209:14, 2211:2, 2211:3, 2211:4, 2211:13, 2220:23, 2244:18, 2250:14, 2266:8, 2268:14
**impose** [1] - 2144:1

**impossibility** [1] - 2041:23
**impression** [1] - 2068:14
**improve** [1] - 2211:21
**inactive** [3] - 2096:8, 2096:11, 2112:13
**inappropriately** [2] - 2080:20, 2081:20
**inclined** [1] - 2151:5
**included** [1] - 2122:7
**includes** [1] - 2270:7
**including** [8] - 2051:18, 2051:21, 2066:7, 2122:16, 2126:21, 2169:13, 2192:9, 2266:18
**incompetent** [1] - 2099:5
**inconsistencies** [1] - 2201:12
**inconsistent** [1] - 2173:11
**incorporated** [4] - 2065:23, 2066:5, 2066:6, 2182:15
**incorporating** [1] - 2210:5
**incredibly** [3] - 2103:8, 2123:18, 2125:25
**independent** [5] - 2094:22, 2099:20, 2124:4, 2141:10, 2266:23
**independently** [1] - 2168:4
**indicate** [1] - 2044:9
**indicates** [1] - 2143:5
**indicating** [2] - 2129:14, 2130:16
**indication** [1] - 2068:11
**indications** [1] - 2082:19
**indicted** [1] - 2251:6
**indignant** [1] - 2117:8
**individual** [2] - 2044:10, 2094:15
**individuals** [2] - 2088:5, 2149:24
**indulge** [2] - 2114:6, 2114:15
**ineffective** [3] - 2099:6, 2099:14, 2099:19
**ineptitude** [1] - 2056:4
**ineptitudes** [1] - 2253:5
**infant** [2] - 2197:20,

2199:7
**infighting** [1] - 2098:21
**influence** [3] - 2116:9, 2190:21, 2244:19
**influenced** [1] - 2188:10
**influences** [1] - 2189:18
**influencing** [1] - 2259:10
**influential** [5] - 2188:1, 2188:7, 2189:8, 2189:9, 2190:20
**info** [1] - 2228:21
**inform** [1] - 2079:9
**information** [9] - 2045:25, 2053:23, 2054:2, 2054:7, 2150:15, 2173:21, 2224:22, 2231:7, 2266:14
**informed** [4] - 2091:1, 2127:15, 2127:25, 2149:7
**informing** [2] - 2130:11, 2131:10
**informs** [1] - 2129:13
**initials** [7] - 2170:15, 2170:19, 2171:11, 2200:5, 2221:9, 2227:7, 2227:10
**initiated** [1] - 2085:5
**initiative** [1] - 2100:21
**initiatives** [1] - 2109:5
**injustice** [1] - 2238:22
**injustices** [4] - 2234:18, 2234:21, 2236:15, 2238:14
**insecure** [2] - 2078:19, 2251:22
**inside** [2] - 2211:3, 2211:13
**insider** [1] - 2062:20
**inspire** [2] - 2072:20, 2241:11
**inspired** [2] - 2073:1, 2073:6
**Instagram** [1] - 2266:19
**instance** [3] - 2162:3, 2251:18, 2251:25
**instead** [1] - 2141:14
**Institute** [1] - 2075:22
**instructed** [4] - 2064:10, 2064:12, 2150:9, 2162:15
**instruction** [2] - 2150:11, 2266:9

**instructions** [1] - 2245:14
**instrument** [1] - 2212:15
**integrity** [1] - 2192:4
**intend** [7] - 2173:7, 2263:5, 2263:8, 2263:13, 2263:17, 2264:17
**intensive** [4] - 2164:19, 2164:22, 2165:18
**intensives** [6] - 2164:17, 2164:25, 2165:9, 2165:23, 2166:2, 2166:25
**intent** [5] - 2058:18, 2178:1, 2220:22, 2220:24, 2221:5
**intention** [3] - 2265:4, 2265:7, 2265:9
**intentional** [1] - 2169:7
**intentionally** [1] - 2265:1
**interacted** [2] - 2114:10, 2114:12
**interacting** [3] - 2084:23, 2089:10, 2258:15
**interactions** [3] - 2080:14, 2126:5, 2259:21
**intercede** [1] - 2088:5
**interdependent** [1] - 2080:8
**interest** [3] - 2120:19, 2192:14, 2265:19
**interesting** [2] - 2086:15, 2173:20
**interests** [1] - 2084:17
**interface** [1] - 2161:7
**internalize** [1] - 2206:11
**internet** [1] - 2266:14
**interpreted** [2] - 2145:1, 2162:17
**interrupted** [2] - 2104:8, 2104:9
**interview** [1] - 2244:10
**interviewed** [2] - 2246:2, 2246:3
**intimacy** [1] - 2083:21
**intimate** [10] - 2073:23, 2075:2, 2078:6, 2080:17, 2084:24, 2085:6, 2085:10, 2091:18, 2094:23, 2095:7
**introduce** [1] -

2066:19
**introduced** [1] - 2098:14
**invest** [1] - 2090:7
**investigation** [3] - 2238:8, 2238:9, 2266:23
**investigative** [2] - 2245:22, 2246:9
**invited** [2] - 2077:24, 2194:25
**invoice** [2] - 2203:2, 2204:10
**involved** [18] - 2053:10, 2053:12, 2058:3, 2078:14, 2087:24, 2107:6, 2111:19, 2111:21, 2125:20, 2131:19, 2170:7, 2170:9, 2173:1, 2173:23, 2190:5, 2246:10, 2252:14, 2257:6
**involves** [2] - 2167:17, 2173:10
**Irizarry** [1] - 2151:13
**issue** [11] - 2044:5, 2083:21, 2108:13, 2110:9, 2116:14, 2116:17, 2117:12, 2134:10, 2170:20, 2180:16, 2182:9
**issues** [16] - 2040:6, 2044:17, 2058:16, 2058:25, 2081:25, 2089:4, 2090:10, 2090:13, 2108:6, 2114:6, 2118:19, 2124:22, 2126:15, 2149:10, 2244:24, 2246:22
**itself** [5] - 2065:21, 2114:21, 2170:21, 2211:2, 2211:17
**Ivy** [2] - 2092:7, 2094:2

**J**

**Jack** [1] - 2093:4
**January** [6] - 2061:23, 2061:25, 2109:8, 2157:11, 2234:8, 2242:6
**Jeske** [6] - 2076:14, 2076:19, 2076:24, 2076:25, 2087:24, 2089:3
**Jim** [1] - 2092:14
**Jimena** [12] - 2186:24,

2197:13, 2198:1, 2198:2, 2198:3, 2198:6, 2198:25, 2199:3, 2199:6, 2199:18, 2212:17, 2220:1
**Jimena's** [2] - 2240:21, 2241:10
**Jness** [6] - 2115:17, 2159:13, 2159:15, 2159:17, 2162:4, 2162:6
**job** [7] - 2097:9, 2097:12, 2103:15, 2103:20, 2103:23, 2125:19, 2145:23
**jobs** [1] - 2178:9
**join** [3] - 2059:22, 2119:14, 2243:3
**joined** [6] - 2121:14, 2172:25, 2204:2, 2260:15, 2260:20, 2260:21
**joining** [4] - 2058:1, 2058:15, 2059:24, 2192:22
**jokes** [2] - 2059:7, 2240:19
**joking** [3] - 2134:23, 2241:3, 2241:11
**Jory** [1] - 2072:24
**journalist** [3] - 2244:24, 2245:8, 2245:22
**joyful** [1] - 2090:13
**joyous** [1] - 2211:22
**JUDGE** [1] - 2037:12
**Judge** [28] - 2040:20, 2040:25, 2041:6, 2041:9, 2045:11, 2045:13, 2045:16, 2047:18, 2066:12, 2087:11, 2136:3, 2151:12, 2151:13, 2154:24, 2155:22, 2216:18, 2217:2, 2217:22, 2217:25, 2218:2, 2218:21, 2245:16, 2245:20, 2261:7, 2265:18, 2270:12
**judge** [4] - 2149:2, 2151:15, 2261:7, 2270:6
**judgment** [2] - 2220:24, 2247:4
**judgments** [1] - 2269:12
**jump** [3] - 2096:15, 2096:16, 2096:18

**jumped** [2] - 2096:10, 2096:19
**Junco** [1] - 2092:22
**June** [13] - 2055:2, 2222:3, 2228:10, 2228:25, 2229:1, 2229:2, 2229:3, 2236:11, 2238:5, 2258:19, 2261:9, 2267:5
**jurors** [1] - 2266:11
**jury** [37] - 2040:16, 2047:21, 2047:25, 2048:2, 2048:21, 2050:9, 2088:11, 2097:6, 2099:24, 2100:18, 2101:13, 2102:8, 2113:10, 2113:12, 2115:24, 2134:2, 2136:1, 2152:5, 2155:3, 2156:10, 2157:3, 2158:15, 2160:4, 2162:10, 2171:1, 2179:20, 2191:22, 2216:20, 2218:3, 2218:7, 2241:22, 2256:2, 2266:7, 2266:22, 2266:25, 2267:11, 2268:3
**Jury** [7] - 2101:14, 2102:9, 2148:10, 2152:6, 2216:21, 2218:8, 2267:12
**jury's** [4] - 2052:20, 2054:21, 2061:14, 2165:8
**justifying** [1] - 2119:5

**K**

**Karen** [12] - 2073:16, 2074:4, 2075:15, 2075:19, 2075:24, 2076:8, 2089:17, 2094:1, 2103:15, 2158:21, 2158:24, 2159:10
**Karen's** [1] - 2158:22
**Kathy** [4] - 2091:20, 2094:2, 2153:3
**Keefe** [4] - 2255:4, 2255:6, 2255:10, 2255:23
**Keeffe** [18] - 2049:21, 2050:12, 2051:20, 2051:23, 2073:18, 2076:2, 2076:9, 2111:25, 2112:4, 2128:23, 2130:17,

2131:7, 2136:18, 2138:8, 2138:11, 2139:21, 2231:12
**Keeffe's** [3] - 2051:15, 2052:7, 2112:9
**keeled** [1] - 2269:4
**keep** [7] - 2050:16, 2113:24, 2147:5, 2173:7, 2185:21, 2221:17, 2222:16
**keeping** [3] - 2043:11, 2142:5, 2223:10, 2223:15
**keeps** [1] - 2119:9
**Keith** [237] - 2047:10, 2049:25, 2051:22, 2058:4, 2061:19, 2066:20, 2066:25, 2067:22, 2068:5, 2068:9, 2068:11, 2068:14, 2068:19, 2068:23, 2069:6, 2069:12, 2069:17, 2070:1, 2070:2, 2070:14, 2070:20, 2071:5, 2072:7, 2072:11, 2072:19, 2073:5, 2073:11, 2073:20, 2073:23, 2074:12, 2075:16, 2075:19, 2075:24, 2076:2, 2076:9, 2076:25, 2077:4, 2077:8, 2077:13, 2077:19, 2078:6, 2078:14, 2078:25, 2079:9, 2079:12, 2079:18, 2079:24, 2080:1, 2080:17, 2081:2, 2081:9, 2082:1, 2082:10, 2082:21, 2082:25, 2083:2, 2083:6, 2084:16, 2085:7, 2085:15, 2086:3, 2086:12, 2087:20, 2088:8, 2089:8, 2091:9, 2091:12, 2091:18, 2092:11, 2093:21, 2093:23, 2094:18, 2094:21, 2095:11, 2095:13, 2095:20, 2097:18, 2098:8, 2100:19, 2102:22, 2103:4, 2103:7, 2103:9, 2103:19, 2103:22, 2105:4, 2106:18, 2106:24, 2106:25, 2107:14, 2107:21,

2107:24, 2108:9,
2108:20, 2108:21,
2109:2, 2109:20,
2110:5, 2114:4,
2114:10, 2114:22,
2115:13, 2117:15,
2124:3, 2124:16,
2124:19, 2124:20,
2124:21, 2124:23,
2125:3, 2125:9,
2125:10, 2125:14,
2126:20, 2127:11,
2145:16, 2152:20,
2157:5, 2157:21,
2157:22, 2161:13,
2161:20, 2161:22,
2161:25, 2162:8,
2162:13, 2162:21,
2162:25, 2163:5,
2163:11, 2163:21,
2164:12, 2166:25,
2168:16, 2169:1,
2169:11, 2169:21,
2169:23, 2170:7,
2170:9, 2171:15,
2172:10, 2172:12,
2172:16, 2173:12,
2184:20, 2184:22,
2187:15, 2188:1,
2192:7, 2192:15,
2193:5, 2193:14,
2194:25, 2195:8,
2195:10, 2195:12,
2195:13, 2197:3,
2197:18, 2204:18,
2204:20, 2206:16,
2207:6, 2207:7,
2207:25, 2208:7,
2208:10, 2208:11,
2208:15, 2214:12,
2223:4, 2223:6,
2223:11, 2223:15,
2225:15, 2227:13,
2227:17, 2227:20,
2229:24, 2232:20,
2233:4, 2238:7,
2239:4, 2240:7,
2244:7, 2244:18,
2246:16, 2246:23,
2246:25, 2247:6,
2249:3, 2249:5,
2249:7, 2249:8,
2249:9, 2251:20,
2251:23, 2252:1,
2252:9, 2252:19,
2253:10, 2253:17,
2253:21, 2254:2,
2254:4, 2254:7,
2254:4, 2256:15,
2257:23, 2258:4,
2258:7, 2258:11,

2258:12, 2258:15,
2258:21, 2258:22,
2259:3, 2259:7,
2259:12, 2259:20,
2260:5, 2261:4,
2261:9, 2262:10,
2262:15, 2263:2,
2264:8, 2264:15,
2265:9
**KEITH** [1] - 2037:7
**Keith's** [20] - 2074:4,
2074:8, 2078:20,
2094:5, 2105:21,
2108:19, 2114:14,
2116:8, 2158:3,
2160:19, 2162:3,
2162:6, 2170:15,
2200:5, 2221:7,
2227:17, 2251:14,
2251:17, 2252:15,
2253:24
**kept** [9] - 2049:6,
2049:10, 2049:11,
2065:11, 2065:13,
2115:5, 2132:19,
2253:24, 2267:24
**Kerstin** [1] - 2160:11
**KF** [1] - 2213:4
**kicked** [7] - 2084:1,
2084:10, 2109:16,
2110:7, 2110:8,
2110:10, 2110:18
**kidnappings** [2] -
2179:4, 2179:8
**kids** [2] - 2118:18,
2161:4
**KIM** [1] - 2037:17
**kind** [25] - 2068:19,
2077:19, 2080:9,
2086:15, 2087:15,
2095:20, 2098:7,
2111:16, 2131:17,
2166:14, 2182:15,
2187:6, 2188:23,
2189:14, 2193:5,
2194:10, 2203:6,
2203:10, 2205:9,
2205:25, 2210:5,
2221:4, 2221:15,
2222:16
**kinds** [2] - 2259:21,
2261:11
**kissed** [1] - 2248:5
**kissing** [1] - 2240:22
**KK** [5] - 2136:17,
2136:21, 2136:22,
2139:24, 2140:13
**knowing** [2] - 2177:5,
2195:2
**knowledge** [13] -

2057:19, 2093:17,
2138:23, 2140:18,
2172:11, 2172:12,
2174:5, 2175:17,
2184:3, 2202:6,
2238:8, 2254:9,
2254:11
**known** [14] - 2077:13,
2094:16, 2121:1,
2164:2, 2164:5,
2164:10, 2164:16,
2168:15, 2174:22,
2194:20, 2199:1,
2229:7, 2244:23,
2247:9
**knows** [4] - 2143:25,
2236:4, 2237:6,
2237:7
**KR** [2] - 2171:22,
2200:5
**Kristen** [1] - 2145:9
**Kristin** [50] - 2049:21,
2049:23, 2050:2,
2050:12, 2051:15,
2051:20, 2051:23,
2052:7, 2073:18,
2076:2, 2076:5,
2076:7, 2076:9,
2094:1, 2111:24,
2112:4, 2112:9,
2112:11, 2112:17,
2115:20, 2128:23,
2130:17, 2131:7,
2136:17, 2138:8,
2138:11, 2139:21,
2139:25, 2140:8,
2140:25, 2144:25,
2145:7, 2145:13,
2145:16, 2146:6,
2146:20, 2148:1,
2215:25, 2216:3,
2228:14, 2231:12,
2255:4, 2255:6,
2255:10, 2255:13,
2255:21, 2255:23,
2256:3, 2256:18
**Kristin's** [3] - 2146:7,
2147:9, 2255:16

## L

**lack** [3] - 2050:25,
2078:25, 2183:11
**laid** [1] - 2108:21
**Lama** [5] - 2100:16,
2100:23, 2101:2,
2101:4, 2101:5
**Lama's** [1] - 2104:8
**language** [1] -
2160:23

**languages** [2] -
2161:1, 2161:5
**large** [4] - 2085:19,
2144:18, 2189:2,
2254:5
**largely** [1] - 2096:7
**last** [26] - 2041:2,
2041:11, 2041:12,
2042:3, 2042:5,
2043:11, 2043:16,
2044:11, 2050:19,
2061:14, 2065:17,
2089:9, 2113:16,
2122:24, 2127:3,
2128:3, 2146:5,
2149:14, 2149:22,
2159:19, 2197:14,
2228:18, 2228:19,
2231:18, 2257:21
**late** [3] - 2094:19,
2131:5, 2131:6
**latter** [1] - 2086:18
**Laura** [15] - 2060:16,
2092:22, 2093:8,
2093:10, 2093:11,
2108:5, 2191:5,
2193:8, 2193:19,
2196:17, 2202:16,
2202:17, 2258:1,
2258:2, 2258:4
**LAUREN** [3] - 2048:9,
2152:13, 2271:5
**Lauren** [6] - 2038:3,
2048:5, 2051:22,
2113:20, 2128:21,
2190:13
**Lauren's** [1] - 2041:19
**LAW** [1] - 2149:2
**law** [3] - 2041:1,
2149:18, 2265:1
**lawyer** [6] - 2112:16,
2112:17, 2134:3,
2187:6, 2269:8,
2269:14
**laying** [4] - 2063:9,
2138:19, 2171:21,
2200:4
**lays** [1] - 2165:14
**laziness** [2] - 2056:4,
2205:25
**leader** [3] - 2101:5,
2229:9, 2250:12
**leadership** [2] -
2098:17, 2099:5
**Leaning** [1] - 2225:4
**leaning** [1] - 2225:11
**learn** [11] - 2059:6,
2073:3, 2090:12,
2172:24, 2174:19,
2174:21, 2174:25,

2186:12, 2186:13,
2210:11, 2260:23
**learned** [12] - 2080:9,
2150:25, 2195:23,
2216:7, 2216:8,
2216:9, 2251:14,
2251:17, 2251:25,
2257:18, 2260:20,
2260:21
**learning** [2] - 2160:19,
2251:23
**least** [11] - 2054:16,
2055:24, 2089:19,
2146:4, 2147:2,
2149:11, 2170:14,
2190:20, 2217:14,
2245:8, 2255:17
**leather** [1] - 2212:17
**leave** [29] - 2072:20,
2088:4, 2088:9,
2088:22, 2091:3,
2109:22, 2110:10,
2121:6, 2130:22,
2131:6, 2197:21,
2218:16, 2224:25,
2225:2, 2225:9,
2225:11, 2225:23,
2226:5, 2228:13,
2230:2, 2230:4,
2231:20, 2240:2,
2240:3, 2240:14,
2247:24, 2248:2,
2255:25, 2268:22
**leaves** [4] - 2222:5,
2222:7, 2232:2,
2232:3
**leaving** [9] - 2069:4,
2079:10, 2088:12,
2220:19, 2221:20,
2225:7, 2229:17,
2232:16, 2256:15
**led** [1] - 2222:14
**left** [51] - 2052:20,
2088:3, 2088:25,
2090:16, 2095:9,
2097:10, 2099:25,
2100:1, 2102:16,
2110:15, 2119:10,
2120:23, 2121:17,
2125:4, 2125:12,
2125:13, 2131:3,
2132:14, 2132:20,
2141:11, 2147:1,
2156:14, 2158:18,
2158:19, 2158:20,
2158:22, 2160:10,
2195:16, 2196:6,
2196:8, 2196:10,
2199:12, 2200:12,
2200:13, 2215:24,

2219:5, 2219:10, 2225:18, 2225:19, 2232:4, 2232:7, 2234:1, 2238:18, 2239:14, 2239:15, 2249:7, 2253:3, 2253:8, 2256:3, 2256:6, 2256:16

**legal** [11] - 2100:9, 2112:11, 2112:15, 2112:16, 2124:14, 2186:24, 2231:14, 2255:10, 2255:11, 2265:3, 2269:12

**legally** [3] - 2100:3, 2244:20, 2246:12

**legitimately** [5] - 2051:2, 2051:8, 2060:19, 2139:17, 2147:3

**legitimize** [1] - 2185:15

**legitimized** [1] - 2234:3

**legs** [2] - 2063:9

**length** [1] - 2145:25

**Lesko** [1] - 2047:3

**LESKO** [2] - 2037:17, 2043:25

**less** [1] - 2076:6

**Lesson** [1] - 2209:15

**lesson** [1] - 2209:18

**letter** [12] - 2040:2, 2041:2, 2043:14, 2100:1, 2100:2, 2100:11, 2100:15, 2104:24, 2109:8, 2109:9, 2109:10, 2110:12

**letters** [6] - 2049:7, 2049:12, 2105:1, 2105:3, 2107:22, 2171:16

**Level** [1] - 2053:19

**level** [21] - 2053:19, 2093:13, 2096:19, 2099:2, 2109:23, 2110:5, 2142:5, 2164:17, 2164:19, 2164:22, 2164:24, 2165:8, 2165:13, 2165:17, 2165:22, 2166:2, 2166:25, 2186:25, 2187:3, 2268:5

**levels** [6] - 2053:19, 2054:3, 2096:10, 2096:22, 2097:1, 2097:3

**leverage** [2] - 2117:22,

2246:12

**leveraging** [3] - 2106:2, 2117:19, 2251:9

**Levy** [2] - 2087:17, 2093:4

**liar** [1] - 2146:1

**lie** [2] - 2119:2, 2147:6

**lie..** [1] - 2214:9

**lied** [2] - 2233:14, 2245:9

**lies** [1] - 2236:6

**Life** [1] - 2119:15

**life** [45] - 2054:5, 2057:7, 2058:4, 2064:9, 2065:15, 2065:21, 2067:19, 2068:9, 2070:11, 2075:5, 2080:4, 2080:5, 2080:15, 2088:16, 2088:21, 2089:9, 2119:12, 2145:23, 2166:18, 2173:7, 2183:16, 2184:5, 2188:23, 2188:25, 2192:7, 2192:12, 2192:17, 2195:5, 2210:7, 2213:10, 2214:9, 2220:7, 2229:8, 2241:13, 2241:18, 2242:1, 2242:2, 2242:7, 2242:18, 2247:2, 2249:7, 2249:11, 2253:14, 2259:10

**lifer** [4] - 2057:5, 2057:6, 2057:13, 2057:15

**lifestyle** [2] - 2078:15, 2094:5

**lifetime** [4] - 2057:15, 2059:23, 2232:9, 2232:11

**light** [2] - 2215:9, 2217:7

**like..** [1] - 2142:7

**likelihood** [1] - 2040:12

**likely** [1] - 2217:8

**limit** [1] - 2144:21

**limitations** [1] - 2124:22

**limits** [3] - 2144:22, 2150:16, 2150:17

**LINDA** [1] - 2038:12

**lindacsr@aol.com** [1] - 2038:13

**line** [24] - 2052:11, 2053:11, 2057:4,

2057:13, 2057:18, 2057:25, 2059:18, 2060:9, 2062:5, 2062:9, 2062:16, 2062:22, 2064:18, 2080:2, 2086:25, 2169:23, 2170:6, 2197:18, 2202:22, 2219:24, 2254:23, 2267:22, 2270:1, 2270:2

**Line** [3] - 2052:21, 2053:17, 2054:8

**lined** [1] - 2219:23

**lines** [12] - 2059:10, 2061:1, 2062:4, 2063:8, 2063:25, 2065:17, 2083:6, 2083:12, 2127:9, 2136:18, 2205:15

**Lines** [1] - 2053:4

**linked** [2] - 2094:25, 2169:4

**links** [1] - 2228:20

**list** [2] - 2238:18, 2238:19

**listen** [7] - 2257:3, 2257:4, 2257:9, 2257:19, 2260:13, 2262:4, 2266:12

**listened** [6] - 2061:8, 2170:2, 2188:3, 2259:13, 2259:14, 2259:24

**listening** [3] - 2086:25, 2258:7, 2258:9

**literally** [1] - 2178:21

**live** [1] - 2192:5

**lived** [3] - 2095:13, 2120:2, 2153:19

**living** [17] - 2070:7, 2072:14, 2072:21, 2073:6, 2073:11, 2073:13, 2073:20, 2075:16, 2076:3, 2076:8, 2078:1, 2078:15, 2133:2, 2136:7, 2179:5, 2192:6, 2224:7

**LLP** [2] - 2038:3, 2038:7

**local** [1] - 2241:25

**locations** [1] - 2266:24

**locked** [1] - 2184:5

**logic** [2] - 2223:18, 2223:24

**look** [19] - 2087:2, 2106:25, 2115:22,

2115:23, 2115:25, 2118:9, 2118:20, 2126:23, 2129:6, 2138:1, 2195:18, 2195:19, 2195:25, 2205:5, 2205:13, 2212:2, 2231:18, 2239:25, 2269:7

**looked** [9] - 2117:1, 2146:20, 2170:21, 2184:25, 2209:16, 2213:12, 2245:24, 2246:1, 2255:7

**looking** [12] - 2130:16, 2136:18, 2140:8, 2147:19, 2147:20, 2160:6, 2172:1, 2172:6, 2233:13, 2245:22, 2245:25, 2254:6

**looks** [2] - 2171:5, 2243:14

**Loreta** [2] - 2196:17, 2257:24

**Loretta** [6] - 2060:2, 2092:9, 2094:3, 2158:24, 2159:10, 2160:6

**Loretta's** [1] - 2059:8

**lose** [1] - 2117:13

**losing** [1] - 2220:6

**lost** [3] - 2097:23, 2118:4, 2253:14

**love** [23] - 2065:20, 2065:21, 2107:16, 2138:1, 2161:16, 2192:1, 2192:14, 2192:20, 2192:21, 2193:20, 2220:22, 2228:15, 2229:5, 2229:25, 2230:6, 2231:20, 2231:23, 2232:13, 2233:16, 2233:17, 2261:4, 2261:9

**loved** [7] - 2067:9, 2067:11, 2067:15, 2075:4, 2107:16, 2191:10, 2191:14

**loves** [2] - 2107:15, 2232:14

**low** [2] - 2097:24, 2214:10

**lower** [3] - 2210:13, 2214:10

**loyal** [2] - 2090:6, 2109:2

**luck** [1] - 2045:18

**lucky** [1] - 2228:15

**lunch** [5] - 2134:4,

2148:7, 2148:8, 2148:13, 2262:9

**lying** [6] - 2145:14, 2221:6, 2221:7, 2228:9, 2250:9, 2259:12

**M**

**machine** [2] - 2204:1, 2262:11

**Mack** [8] - 2061:19, 2093:2, 2093:22, 2194:4, 2194:5, 2194:8, 2227:15, 2234:11

**Mack's** [3] - 2171:11, 2177:13, 2227:10

**Madam** [1] - 2240:6

**magazine** [1] - 2246:5

**magistrate** [1] - 2151:15

**magnified** [1] - 2182:15

**mail** [59] - 2041:3, 2041:12, 2044:8, 2048:16, 2048:17, 2048:22, 2049:5, 2049:21, 2049:23, 2050:11, 2050:12, 2050:14, 2050:18, 2051:5, 2051:15, 2051:17, 2051:25, 2052:3, 2052:4, 2052:9, 2113:3, 2113:5, 2113:23, 2113:25, 2122:20, 2122:23, 2126:25, 2128:12, 2128:25, 2130:2, 2137:13, 2137:16, 2138:4, 2138:7, 2138:14, 2138:18, 2139:9, 2139:13, 2139:19, 2140:13, 2140:17, 2141:1, 2141:10, 2141:21, 2141:22, 2143:3, 2144:13, 2145:6, 2146:11, 2146:20, 2147:9, 2147:21, 2149:17, 2149:18, 2149:19, 2255:15, 2255:16, 2266:16

**mails** [17] - 2049:4, 2049:8, 2049:10, 2056:8, 2124:15, 2129:12, 2138:16, 2138:18, 2143:8, 2143:14, 2143:16,

2143:17, 2143:21, 2148:3, 2255:6, 2255:13, 2255:19
**maintain** [3] - 2149:24, 2202:23
**maintaining** [1] - 2175:9
**maintains** [1] - 2269:8
**major** [5] - 2102:20, 2168:22, 2169:21, 2173:22
**Major** [2] - 2174:1, 2174:2
**Malaysia** [1] - 2045:11
**mama** [2] - 2129:13, 2129:14
**man** [1] - 2269:8
**managed** [1] - 2220:15
**manipulated** [2] - 2116:17, 2116:19
**MARC** [1] - 2037:21
**Marc** [2] - 2047:8, 2066:19
**March** [1] - 2157:12
**Marianna** [35] - 2052:5, 2091:24, 2094:2, 2095:10, 2095:11, 2095:13, 2095:15, 2095:20, 2096:1, 2096:3, 2096:5, 2096:6, 2096:7, 2096:22, 2097:1, 2097:3, 2112:24, 2126:2, 2128:17, 2128:18, 2137:16, 2137:18, 2138:4, 2140:2, 2145:11, 2152:23, 2156:15, 2157:5, 2192:15, 2194:12, 2194:23, 2195:4, 2195:7, 2195:8
**Marianna's** [2] - 2157:21, 2157:22
**MARINO** [1] - 2038:12
**MARK** [1] - 2037:17
**Mark** [21] - 2047:3, 2092:18, 2109:7, 2109:15, 2109:16, 2109:18, 2109:22, 2109:25, 2110:7, 2110:8, 2175:20, 2218:15, 2219:10, 2222:5, 2231:7, 2239:14, 2239:25, 2240:11, 2240:12
**mark** [3] - 2052:6, 2219:3, 2239:14
**marked** [9] - 2049:14,

2049:16, 2050:8, 2087:8, 2155:2, 2156:9, 2157:2, 2158:14, 2160:3
**married** [9] - 2172:22, 2173:17, 2173:19, 2174:5, 2174:11, 2174:12, 2174:13, 2174:14, 2174:22
**Marvi** [1] - 2052:6
**master** [19] - 2057:21, 2065:14, 2186:8, 2186:15, 2206:7, 2206:8, 2208:2, 2208:4, 2208:7, 2208:10, 2208:11, 2208:20, 2208:21, 2209:18, 2209:23, 2210:4, 2210:7, 2210:11
**Master** [2] - 2064:21, 2228:4
**master's** [1] - 2210:7
**master/slave** [2] - 2206:14, 2206:16
**masters** [4] - 2169:23, 2170:6, 2197:19, 2254:23
**match** [1] - 2214:10
**material** [1] - 2060:19
**math** [2] - 2142:15, 2142:19
**Matsumoto** [1] - 2151:14
**matter** [5] - 2088:22, 2090:14, 2140:22, 2167:16, 2270:13
**matters** [2] - 2175:4, 2236:17
**McIntyre** [3] - 2149:8, 2149:19, 2149:21
**mean** [70] - 2045:18, 2064:24, 2078:19, 2081:22, 2083:22, 2084:21, 2086:23, 2088:12, 2088:14, 2088:21, 2089:7, 2089:8, 2093:13, 2094:8, 2094:9, 2097:7, 2097:20, 2097:21, 2099:11, 2099:13, 2100:8, 2115:13, 2117:12, 2117:15, 2118:19, 2125:11, 2127:13, 2142:1, 2147:13, 2171:15, 2171:19, 2175:20, 2178:8, 2184:20, 2187:11, 2189:25, 2190:18,

2191:23, 2195:2, 2195:16, 2195:18, 2196:22, 2198:8, 2199:18, 2201:10, 2203:12, 2206:13, 2208:9, 2208:25, 2209:11, 2209:18, 2211:9, 2211:11, 2214:16, 2215:9, 2220:13, 2226:17, 2230:15, 2236:15, 2239:25, 2241:6, 2242:14, 2243:15, 2250:18, 2251:22, 2252:15, 2256:14, 2256:15, 2259:7, 2260:14
**meaning** [3] - 2059:24, 2191:19, 2207:3
**means** [6] - 2049:2, 2057:6, 2057:12, 2060:8, 2264:21, 2266:17
**meant** [11] - 2060:21, 2108:13, 2153:5, 2177:22, 2178:13, 2179:13, 2189:1, 2215:19, 2229:17, 2233:7, 2243:16
**measurability** [1] - 2169:16
**Measurability** [1] - 2169:17
**measurable** [1] - 2141:12
**measurement** [1] - 2145:2
**measurements** [2] - 2144:19, 2144:22
**mechanical** [1] - 2038:16
**media** [10] - 2100:24, 2200:21, 2202:3, 2244:18, 2244:19, 2244:20, 2244:21, 2246:13, 2266:13, 2266:18
**meet** [8] - 2077:14, 2132:12, 2134:3, 2140:13, 2151:10, 2151:17, 2228:13, 2253:22
**meeting** [10] - 2159:15, 2197:18, 2198:5, 2199:8, 2234:9, 2236:17, 2241:23, 2242:3, 2243:7, 2244:9
**meetings** [11] -

2074:13, 2159:17, 2257:10, 2257:12, 2257:15, 2257:18, 2257:23, 2258:20, 2259:1, 2260:13
**mega** [1] - 2212:13
**member** [1] - 2107:3
**members** [12] - 2041:17, 2048:2, 2052:1, 2101:7, 2106:16, 2118:7, 2120:1, 2170:6, 2178:3, 2225:20, 2238:20, 2266:7
**membership** [1] - 2072:9
**memory** [1] - 2093:6
**men** [4] - 2168:7, 2182:18, 2244:3, 2244:25
**men's** [2] - 2164:6, 2164:8
**mention** [2] - 2149:22, 2172:16
**mentioned** [5] - 2076:18, 2091:8, 2207:11, 2207:12
**mentions** [1] - 2057:19
**mentor** [2] - 2067:3, 2075:1
**mess** [2] - 2219:19, 2220:8
**message** [3] - 2040:9, 2150:8, 2197:17
**messaged** [1] - 2228:20
**messaging** [1] - 2266:17
**met** [7] - 2066:17, 2068:15, 2068:23, 2068:25, 2069:3, 2070:2, 2208:4
**method** [1] - 2212:15
**Mexican** [5] - 2129:22, 2131:8, 2146:13, 2182:9, 2262:10
**Mexico** [32] - 2049:3, 2060:14, 2115:21, 2117:13, 2118:4, 2118:8, 2118:10, 2118:13, 2118:16, 2118:18, 2119:11, 2127:23, 2130:23, 2131:12, 2132:11, 2133:1, 2133:5, 2137:24, 2141:19, 2142:6, 2157:8, 2157:9, 2178:24, 2179:1, 2179:5,

2180:15, 2182:8, 2200:10, 2200:11, 2200:13, 2200:14, 2262:10
**Michael** [1] - 2047:5
**Michelle** [1] - 2158:23
**mid** [2] - 2131:5, 2131:6
**middle** [4] - 2046:2, 2153:25, 2182:24, 2199:18
**midnight** [2] - 2050:23, 2139:20
**might** [24] - 2054:1, 2082:5, 2101:8, 2125:8, 2134:12, 2138:21, 2140:20, 2157:18, 2165:4, 2167:13, 2167:18, 2183:18, 2183:21, 2184:15, 2188:12, 2195:22, 2205:15, 2209:6, 2209:16, 2211:17, 2213:3, 2256:19, 2258:22, 2265:13
**military** [2] - 2244:3, 2244:5
**million** [1] - 2195:10
**Milltowne** [1] - 2202:20
**mind** [2] - 2208:7, 2228:23
**mine** [4] - 2072:24, 2091:16, 2190:21, 2224:14
**minimum** [2] - 2050:21, 2145:24
**minute** [8] - 2045:12, 2045:22, 2102:3, 2154:8, 2182:25, 2185:22, 2186:5, 2217:23
**minutes** [10] - 2045:6, 2046:4, 2101:9, 2180:25, 2185:22, 2199:14, 2216:9, 2216:15, 2227:9, 2238:24
**mirror** [5] - 2171:19, 2171:20, 2171:25, 2172:1, 2172:3
**mischaracterizing** [2] - 2253:13, 2259:9
**misgauged** [1] - 2089:20
**misheard** [1] - 2261:24
**misleading** [2] - 2180:9, 2180:21

misrepresent [1] - 2223:6

misrepresentations [1] - 2252:15

misrepresenting [1] - 2200:24

miss [3] - 2229:13, 2230:7, 2231:24

missed [4] - 2102:23, 2186:3, 2232:18, 2233:22

missing [2] - 2179:15, 2182:6

mission [18] - 2109:3, 2109:5, 2119:1, 2119:5, 2119:8, 2119:9, 2119:12, 2119:18, 2161:7, 2249:12, 2249:14, 2249:17, 2249:20, 2249:21, 2250:5, 2250:10, 2250:17, 2250:19

Mission [2] - 2249:23, 2250:3

mistake [1] - 2268:20

mistakes [2] - 2185:12, 2185:13

mistrust [1] - 2220:22

mistrusting [1] - 2221:5

mobilize [2] - 2178:20, 2179:11

module [4] - 2162:8, 2162:10, 2162:11, 2250:3

modules [3] - 2162:12, 2250:2, 2250:3

MOIRA [1] - 2037:17

Moira [1] - 2047:3

mom [9] - 2059:8, 2069:6, 2073:1, 2073:11, 2088:5, 2120:13, 2120:19, 2159:11

mom's [3] - 2075:17, 2078:1, 2125:15

moment [5] - 2137:7, 2142:13, 2162:19, 2229:8, 2229:10

moment's [2] - 2178:21, 2179:11

Monday [1] - 2139:7

monetary [4] - 2103:25, 2104:4, 2104:5, 2104:7

money [7] - 2099:11, 2099:20, 2114:23, 2115:19, 2115:20,

2146:3, 2249:1

Monica [5] - 2057:22, 2092:5, 2094:2, 2196:17, 2257:23

Monkey [4] - 2152:24, 2194:19, 2194:23, 2194:24

monogamous [5] - 2079:6, 2079:13, 2079:19, 2079:20, 2090:6

Monterrey [2] - 2110:25, 2111:7

months [5] - 2072:9, 2097:11, 2125:5, 2194:21

morning [15] - 2040:5, 2047:4, 2047:7, 2047:8, 2047:11, 2048:2, 2048:14, 2048:15, 2066:15, 2066:16, 2170:3, 2188:3, 2189:20, 2228:10, 2228:17

mornings [1] - 2048:3

Morrison [4] - 2076:16, 2081:3, 2082:11, 2091:8

most [13] - 2066:25, 2074:12, 2074:15, 2184:21, 2184:22, 2184:23, 2185:1, 2185:4, 2211:13, 2234:16, 2254:22, 2259:21, 2268:12

mostly [1] - 2080:13

mother [18] - 2069:10, 2069:16, 2070:1, 2070:2, 2071:5, 2071:9, 2072:18, 2072:19, 2073:6, 2091:13, 2108:24, 2118:16, 2119:10, 2121:17, 2125:20, 2126:10, 2160:7

Mother's [1] - 2112:20

mother's [4] - 2070:21, 2109:1, 2111:25, 2256:12

motion [1] - 2179:15

motivated [1] - 2209:9

move [4] - 2072:20, 2072:25, 2088:17, 2261:8

moved [4] - 2072:24, 2073:10, 2075:17, 2267:23

movement [1] - 2238:25

movie [2] - 2214:13,

2249:23

MR [124] - 2040:5, 2040:10, 2040:17, 2040:20, 2040:25, 2042:1, 2042:17, 2043:5, 2043:9, 2043:25, 2044:15, 2044:20, 2044:25, 2045:9, 2045:19, 2045:24, 2046:2, 2047:8, 2047:18, 2047:23, 2050:5, 2065:1, 2066:12, 2066:14, 2067:13, 2072:2, 2087:10, 2101:8, 2101:12, 2102:15, 2116:4, 2118:2, 2118:20, 2121:23, 2128:16, 2129:5, 2134:7, 2134:17, 2134:19, 2134:21, 2134:23, 2135:2, 2135:7, 2136:3, 2136:5, 2137:2, 2137:4, 2137:9, 2137:11, 2142:11, 2144:11, 2146:18, 2148:6, 2149:4, 2149:6, 2149:9, 2149:13, 2149:16, 2150:1, 2150:5, 2150:12, 2150:17, 2150:21, 2150:23, 2151:3, 2151:8, 2151:12, 2151:18, 2151:21, 2152:10, 2152:17, 2154:6, 2154:12, 2154:14, 2154:22, 2154:24, 2155:4, 2155:22, 2156:4, 2156:24, 2158:10, 2159:25, 2170:25, 2177:2, 2180:16, 2180:24, 2207:2, 2212:9, 2216:15, 2216:18, 2217:2, 2217:4, 2217:18, 2217:22, 2218:14, 2218:21, 2218:24, 2219:2, 2223:1, 2236:9, 2237:8, 2238:2, 2244:2, 2245:16, 2245:18, 2245:20, 2261:7, 2261:20, 2262:1, 2262:3, 2264:21, 2264:23, 2265:18, 2265:20, 2265:22, 2267:17, 2267:19, 2268:12, 2269:2,

2269:6, 2269:17, 2269:19, 2269:22, 2271:7

MS [83] - 2040:22, 2041:15, 2042:6, 2042:12, 2042:15, 2042:23, 2043:1, 2043:4, 2043:7, 2043:17, 2043:20, 2043:22, 2044:4, 2044:16, 2044:19, 2044:23, 2045:4, 2045:6, 2047:3, 2047:17, 2047:22, 2048:13, 2049:13, 2050:3, 2050:10, 2052:18, 2052:25, 2054:20, 2057:3, 2057:24, 2059:3, 2060:7, 2060:25, 2061:13, 2062:8, 2063:7, 2063:24, 2065:4, 2066:8, 2067:12, 2133:7, 2134:5, 2134:11, 2134:14, 2134:25, 2135:5, 2135:8, 2155:1, 2156:6, 2156:25, 2158:11, 2160:1, 2168:18, 2179:17, 2180:3, 2180:20, 2201:7, 2204:7, 2217:7, 2217:11, 2217:14, 2217:24, 2235:1, 2235:4, 2235:6, 2236:2, 2236:23, 2238:11, 2245:3, 2245:12, 2255:2, 2261:5, 2261:18, 2263:15, 2263:18, 2264:12, 2264:19, 2265:2, 2265:6, 2265:25, 2266:2, 2267:15, 2271:6

murdered [1] - 2120:23

murderer [2] - 2210:22, 2211:15

must [3] - 2050:21, 2266:11, 2266:19

mystical [1] - 2169:14

myth [1] - 2086:3

N

N-E-I-L [1] - 2149:6

Nah [1] - 2214:16

naive [1] - 2226:5

naked [2] - 2063:2,

2241:7

name [22] - 2041:2, 2041:12, 2042:3, 2042:5, 2042:18, 2042:21, 2043:16, 2044:11, 2066:19, 2071:1, 2120:24, 2134:8, 2135:1, 2149:5, 2149:23, 2204:11, 2215:3, 2226:21, 2227:2, 2228:18, 2228:19

named [4] - 2104:21, 2112:18, 2112:20, 2231:4

names [5] - 2043:11, 2150:9, 2224:2, 2227:1, 2228:22

Nancy [3] - 2071:5, 2094:1, 2160:7

nanny [1] - 2158:3

narrow [1] - 2140:8

Natale [1] - 2069:7

Natalie [2] - 2086:8, 2086:10

National [1] - 2069:3

nature [7] - 2070:19, 2082:13, 2120:21, 2121:5, 2165:6, 2230:2, 2252:12

natured [2] - 2153:6, 2153:7

necessarily [1] - 2097:13

necessary [3] - 2098:25, 2119:6, 2268:4

need [11] - 2042:22, 2050:22, 2051:2, 2056:2, 2117:17, 2134:3, 2186:19, 2194:17, 2236:9, 2245:19, 2249:3

needed [5] - 2082:7, 2125:19, 2147:4, 2249:4, 2249:5

needs [3] - 2050:20, 2060:18, 2136:13

negative [3] - 2107:20, 2251:1, 2251:3

negotiate [1] - 2099:10

Negro [3] - 2092:14

Neil [2] - 2043:22, 2149:6

nepotism [1] - 2097:9

nepotistic [1] - 2103:8

nervous [1] - 2267:25

Network [1] - 2069:3

neutral [4] - 2105:21,

2105:22, 2245:8, 2245:22
neutral-type [1] - 2245:8
Nevares [1] - 2092:7
never [34] - 2086:7, 2088:3, 2088:21, 2088:25, 2089:12, 2090:4, 2090:19, 2094:21, 2094:25, 2095:2, 2095:7, 2096:3, 2096:5, 2096:6, 2107:24, 2110:7, 2121:12, 2132:18, 2145:19, 2170:13, 2173:12, 2184:2, 2188:17, 2190:16, 2203:7, 2203:15, 2204:18, 2226:2, 2243:11, 2247:12, 2269:6
new [8] - 2049:5, 2050:22, 2103:13, 2103:15, 2139:10, 2139:24, 2253:7, 2259:6
NEW [2] - 2037:1, 2037:15
New [16] - 2037:6, 2037:16, 2037:20, 2037:23, 2111:25, 2155:9, 2200:12, 2201:17, 2201:19, 2201:22, 2201:24, 2244:14, 2245:5, 2246:4
newer [1] - 2087:19
newspapers [1] - 2266:13
next [21] - 2039:4, 2045:2, 2109:16, 2126:23, 2136:25, 2138:7, 2139:19, 2139:21, 2139:22, 2146:15, 2151:23, 2158:23, 2160:7, 2160:10, 2179:21, 2208:18, 2210:15, 2244:8, 2255:3, 2267:8, 2267:23
Ng [1] - 2045:10
nice [4] - 2123:8, 2123:10, 2151:10, 2151:16
NICHOLAS [4] - 2037:12, 2217:25, 2218:2, 2270:12
Nicki [8] - 2054:10, 2055:3, 2092:20, 2094:3, 2156:14,

2157:5, 2160:10, 2196:17
nickname [1] - 2152:24
nicknames [4] - 2152:21, 2152:23, 2153:5, 2153:8
night [1] - 2153:25
nightmare [1] - 2220:10
Nina [10] - 2104:22, 2105:11, 2105:13, 2105:15, 2105:16, 2106:1, 2107:3, 2107:6, 2107:7, 2107:10
nine [6] - 2099:21, 2099:25, 2100:5, 2101:7, 2125:12, 2144:3
Nippy [3] - 2173:13, 2220:14, 2220:17
nobody [3] - 2096:20, 2097:8, 2103:14
non [2] - 2080:11, 2192:3
non-hypocritical [1] - 2192:3
non-violent [1] - 2080:11
nondisclosure [1] - 2225:19
none [3] - 2174:15, 2202:5, 2202:12
Nonetheless [1] - 2139:9
nonhumanitarian [1] - 2166:16
nonmeasurable [1] - 2169:14
nonmeasurement [1] - 2169:15
nonmysticism [2] - 2169:15, 2169:17
nonpunishing [1] - 2166:7
nonspecific [1] - 2122:25
Norma [5] - 2157:21, 2157:25, 2158:1, 2158:2, 2160:15
normal [1] - 2101:10
North [1] - 2038:4
note [1] - 2055:4
Nothing [2] - 2047:23, 2227:13
nothing [14] - 2042:20, 2103:18, 2141:11, 2141:23, 2147:6, 2169:13,

2169:20, 2185:15, 2185:16, 2232:14, 2252:10, 2252:11, 2252:14, 2266:1
notice [4] - 2074:3, 2178:21, 2179:11, 2200:3
noticed [4] - 2102:22, 2200:1, 2200:2, 2200:4
November [1] - 2087:22
nuclear [3] - 2069:10, 2069:16, 2069:21
nude [2] - 2062:10, 2062:14
number [20] - 2081:14, 2081:17, 2089:18, 2109:19, 2128:11, 2144:25, 2151:9, 2155:19, 2156:1, 2158:8, 2170:16, 2189:2, 2211:25, 2236:12, 2242:14, 2246:20, 2246:22, 2253:24, 2256:23, 2257:9
numbers [2] - 2061:11, 2145:1
numerous [1] - 2116:20
NW [1] - 2038:8
NXIVM [83] - 2041:7, 2041:17, 2041:22, 2051:9, 2071:1, 2094:22, 2098:4, 2099:21, 2100:1, 2101:7, 2102:17, 2102:19, 2103:24, 2104:10, 2105:5, 2105:8, 2105:13, 2106:13, 2107:4, 2107:5, 2107:20, 2109:2, 2109:5, 2109:16, 2110:7, 2110:8, 2110:10, 2110:15, 2111:5, 2112:9, 2112:10, 2112:14, 2113:20, 2114:21, 2114:23, 2115:5, 2125:12, 2139:18, 2149:25, 2161:8, 2161:22, 2161:25, 2162:12, 2162:16, 2162:17, 2162:21, 2162:25, 2163:2, 2164:3, 2164:16, 2166:2, 2167:3, 2167:8, 2168:25, 2169:9,

2169:10, 2169:22, 2175:13, 2175:18, 2177:11, 2178:23, 2179:1, 2187:16, 2187:18, 2187:22, 2187:24, 2208:23, 2218:16, 2222:11, 2231:14, 2238:5, 2238:9, 2238:10, 2238:19, 2238:20, 2244:17, 2246:16, 2249:13, 2249:16, 2255:11
NXIVM's [1] - 2236:11
NY [1] - 2038:13

O

o'clock [1] - 2266:7
oath [4] - 2048:8, 2102:14, 2152:12, 2218:12
obedience [6] - 2057:8, 2057:16, 2059:23, 2183:8, 2183:16, 2197:2
obedient [1] - 2183:17
object [3] - 2040:15, 2065:1, 2235:1
objecting [1] - 2126:17
Objection [3] - 2168:18, 2235:1, 2238:11
objection [27] - 2047:15, 2050:5, 2067:12, 2133:7, 2135:2, 2154:9, 2154:25, 2156:6, 2156:25, 2158:11, 2160:1, 2179:17, 2180:2, 2201:7, 2204:7, 2236:2, 2245:3, 2245:12, 2255:2, 2261:5, 2261:18, 2263:15, 2263:18, 2264:12, 2264:19, 2265:2, 2265:6
objections [1] - 2126:19
objective [3] - 2043:10, 2166:4, 2233:13
objectives [2] - 2099:3, 2253:22
obligation [1] - 2268:17
observations [1] - 2236:6

observe [1] - 2255:1
observed [2] - 2089:15
obviously [6] - 2041:22, 2128:21, 2129:22, 2132:10, 2146:8, 2149:23
occasion [1] - 2081:19
occasions [5] - 2082:20, 2082:23, 2083:1, 2116:20, 2184:21
occurred [5] - 2040:1, 2134:1, 2180:1, 2236:1, 2237:4
odds [1] - 2214:1
OF [4] - 2037:1, 2037:4, 2037:11, 2037:15
offer [5] - 2154:22, 2156:4, 2156:24, 2158:10, 2159:25
offered [1] - 2096:9
offers [1] - 2050:3
office [5] - 2115:1, 2115:2, 2115:5, 2115:7, 2151:7
OFFICIAL [1] - 2038:12
often [5] - 2082:1, 2123:13, 2123:19, 2124:5, 2124:25
Ohlander [1] - 2160:11
oiled [1] - 2178:20
old [10] - 2049:5, 2068:22, 2106:19, 2109:12, 2110:13, 2131:3, 2132:15, 2142:8, 2142:11, 2142:21
older [2] - 2087:15, 2161:13
Omar [1] - 2156:15
once [6] - 2044:25, 2067:19, 2114:4, 2137:23, 2219:17, 2255:17
Once [2] - 2163:22
one [115] - 2040:17, 2041:6, 2045:9, 2049:9, 2049:10, 2049:11, 2050:22, 2052:1, 2053:19, 2054:16, 2055:24, 2060:9, 2065:11, 2065:13, 2068:4, 2068:24, 2070:4, 2075:4, 2076:12,

2076:18, 2079:3, 2079:12, 2080:24, 2084:10, 2089:16, 2095:15, 2097:12, 2099:19, 2101:6, 2103:24, 2105:13, 2110:18, 2111:8, 2112:13, 2112:14, 2115:15, 2119:23, 2120:2, 2120:9, 2122:3, 2123:5, 2132:1, 2134:15, 2135:9, 2137:2, 2138:25, 2139:21, 2139:22, 2144:17, 2145:19, 2146:15, 2146:25, 2147:10, 2151:13, 2152:23, 2160:12, 2165:13, 2169:9, 2170:2, 2170:14, 2171:17, 2174:13, 2177:18, 2180:8, 2180:14, 2182:18, 2183:25, 2186:6, 2187:2, 2188:10, 2188:21, 2189:18, 2191:7, 2194:4, 2196:1, 2196:8, 2197:16, 2197:20, 2198:4, 2198:22, 2199:12, 2203:12, 2203:20, 2203:21, 2203:24, 2204:3, 2205:14, 2210:17, 2215:14, 2219:19, 2224:13, 2229:7, 2231:14, 2233:19, 2234:22, 2239:14, 2239:19, 2239:23, 2240:15, 2246:8, 2252:24, 2256:6, 2256:22, 2259:3, 2259:7, 2259:12, 2260:11, 2262:17, 2267:5, 2270:9

**One** [4] - 2038:3, 2113:23, 2224:1, 2227:9

**one's** [3] - 2166:3, 2167:10, 2183:10

**one-eighth** [1] - 2203:20

**one-sided** [1] - 2246:8

**ones** [3] - 2099:8, 2138:1, 2212:17

**ongoing** [4] - 2041:8, 2089:22, 2109:19, 2192:9

**oop** [1] - 2147:17

**open** [6] - 2047:1, 2136:1, 2218:3, 2231:22, 2233:5, 2238:1

**opinion** [3] - 2116:8, 2125:10, 2185:3

**opportunities** [1] - 2252:17

**opportunity** [4] - 2081:25, 2228:16, 2268:19, 2268:21

**opposite** [1] - 2119:11

**optimistic** [1] - 2138:16

**orange** [2] - 2095:3, 2095:6

**order** [4] - 2141:23, 2192:3, 2197:12, 2250:7

**ordered** [1] - 2204:13

**orders** [2] - 2221:25, 2236:12

**organization** [11] - 2059:11, 2059:15, 2097:8, 2099:25, 2104:3, 2105:6, 2110:3, 2190:21, 2219:9, 2219:11, 2253:9

**organizational** [1] - 2069:24

**organizations** [1] - 2249:19

**organize** [1] - 2061:10

**organized** [1] - 2055:12

**organizing** [2] - 2061:7, 2100:19

**original** [1] - 2042:5

**originally** [1] - 2050:2

**otherwise** [1] - 2117:23

**ourselves** [2] - 2056:13, 2211:1

**outed** [2] - 2224:6

**outing** [1] - 2225:19

**outlet** [1] - 2244:15

**outline** [1] - 2147:2

**outlive** [1] - 2188:16

**outlook** [2] - 2205:24, 2205:25

**output** [2] - 2097:23, 2141:12

**outside** [23] - 2088:18, 2096:20, 2134:1, 2169:10, 2179:20, 2184:15, 2187:16, 2187:24, 2192:17, 2203:7, 2204:22, 2210:12, 2210:24,

2210:25, 2211:12, 2211:14, 2222:9, 2226:20, 2233:13, 2233:14, 2233:15, 2266:14, 2266:21

**outsider** [1] - 2062:14

**overall** [1] - 2206:1

**overcome** [1] - 2210:13

**overcoming** [2] - 2191:17, 2243:12

**overrode** [2] - 2246:23, 2247:4

**overtly** [1] - 2083:3

**own** [24] - 2106:17, 2127:12, 2146:4, 2167:10, 2188:24, 2188:25, 2192:14, 2192:17, 2196:15, 2197:8, 2201:9, 2204:6, 2212:18, 2214:21, 2214:24, 2215:2, 2219:20, 2228:3, 2250:19, 2250:20, 2251:7, 2251:9, 2254:20, 2255:18

---

# P

**P.C** [1] - 2037:19

**p.m** [4] - 2127:2, 2138:11, 2146:24, 2152:2

**paddle** [1] - 2212:16

**paddles** [1] - 2212:21

**paddling** [4] - 2184:19, 2186:1, 2186:4, 2204:23

**Paddling** [1] - 2186:5

**Padilla** [12] - 2057:25, 2092:25, 2156:14, 2159:10, 2160:7, 2203:4, 2203:6, 2203:16, 2203:18, 2204:5, 2204:9, 2257:24

**page** [53] - 2039:4, 2046:6, 2052:24, 2056:16, 2057:13, 2057:18, 2061:1, 2061:2, 2062:9, 2062:23, 2063:8, 2071:13, 2101:15, 2115:22, 2117:25, 2121:21, 2122:19, 2126:23, 2126:24, 2128:9, 2129:1, 2133:12, 2135:14, 2137:12, 2137:13,

2137:14, 2137:15, 2138:7, 2144:12, 2144:21, 2144:25, 2146:19, 2148:18, 2151:23, 2176:4, 2179:21, 2181:6, 2206:18, 2208:18, 2210:15, 2212:6, 2213:9, 2213:12, 2213:23, 2215:7, 2215:11, 2218:22, 2222:20, 2235:8, 2237:9, 2243:18, 2268:24

**Page** [8] - 2048:20, 2052:21, 2053:5, 2053:17, 2113:10, 2115:23, 2118:20

**PAGE** [1] - 2271:3

**pages** [3] - 2050:21, 2144:18, 2205:15

**paid** [3] - 2133:3, 2203:18, 2204:10

**pain** [7] - 2191:17, 2191:25, 2192:1, 2192:18, 2199:4, 2243:12

**painful** [3] - 2085:14, 2166:20, 2199:1

**pains** [1] - 2269:3

**pale** [1] - 2269:16

**Pam** [32] - 2073:13, 2074:3, 2074:7, 2074:17, 2074:22, 2075:1, 2075:4, 2076:8, 2076:19, 2076:23, 2077:3, 2077:4, 2087:19, 2087:25, 2088:25, 2089:16, 2094:1, 2096:4, 2115:15, 2155:6, 2155:14, 2155:18, 2158:19, 2159:8, 2253:17, 2253:23, 2254:2, 2254:3, 2258:14, 2258:16, 2259:5

**Pam's** [1] - 2253:19

**Pamela** [1] - 2154:21

**panicking** [1] - 2221:15

**pants** [3] - 2080:25, 2081:7, 2081:9

**Papa** [2] - 2129:7, 2144:16

**papers** [3] - 2132:17, 2139:16, 2147:3

**paperwork** [3] - 2060:18, 2136:13, 2202:19

**paragraph** [2] - 2116:1, 2127:1

**paralegal** [1] - 2047:6

**parallel** [1] - 2185:22

**pardon** [1] - 2204:17

**parents** [2] - 2072:14, 2108:6

**Park** [2] - 2051:2, 2051:8

**Parlato** [2] - 2231:5, 2231:8

**Parlato's** [1] - 2231:11

**part** [49] - 2054:16, 2062:18, 2078:8, 2078:23, 2084:16, 2085:19, 2095:18, 2100:20, 2100:23, 2103:10, 2106:16, 2108:18, 2114:19, 2117:15, 2119:16, 2143:25, 2161:16, 2161:22, 2162:16, 2168:11, 2170:3, 2173:4, 2175:12, 2178:20, 2186:10, 2187:9, 2187:11, 2190:15, 2192:22, 2193:4, 2193:15, 2193:18, 2206:1, 2213:13, 2213:16, 2224:8, 2224:16, 2230:5, 2231:14, 2231:22, 2243:6, 2249:12, 2250:21, 2251:13, 2252:5, 2252:6, 2254:5, 2255:10, 2256:14

**partial** [1] - 2157:18

**participate** [3] - 2061:11, 2168:25, 2245:25

**participated** [2] - 2082:8, 2230:4

**participating** [3] - 2089:13, 2096:8, 2096:14

**particular** [2] - 2191:19, 2218:22

**particularly** [1] - 2082:17

**parties** [6] - 2042:8, 2135:4, 2149:8, 2149:20, 2233:13, 2233:14

**parting** [1] - 2231:16

**partner** [5] - 2070:21, 2079:4, 2097:10, 2173:8, 2224:12

**partners** [2] - 2079:6, 2079:9

**parts** [4] - 2128:9, 2178:23, 2178:24, 2207:24
**party** [1] - 2111:25
**pass** [1] - 2075:8
**passage** [2] - 2206:6, 2207:13
**passed** [7] - 2075:11, 2076:19, 2076:24, 2077:3, 2087:22, 2089:18, 2253:17
**passing** [2] - 2076:19, 2253:19
**password** [1] - 2136:22
**passwords** [2] - 2050:19, 2138:14
**past** [4] - 2089:19, 2101:10, 2175:12, 2196:18
**path** [1] - 2240:5
**PAUL** [1] - 2037:24
**Paul** [1] - 2047:9
**Pause** [1] - 2040:19
**pause** [3] - 2066:10, 2137:3, 2137:8
**pay** [4] - 2115:18, 2136:12, 2202:23, 2203:14
**peace** [1] - 2182:11
**penance** [13] - 2165:5, 2166:9, 2166:10, 2183:12, 2184:7, 2185:17, 2185:20, 2204:23, 2212:13, 2212:25, 2219:21, 2220:4
**penances** [4] - 2183:14, 2184:10, 2184:13, 2220:2
**Pennsylvania** [1] - 2038:8
**PENZA** [23] - 2037:17, 2040:22, 2041:15, 2042:6, 2042:12, 2042:15, 2042:23, 2043:1, 2043:4, 2043:7, 2043:17, 2043:20, 2043:22, 2044:4, 2044:19, 2045:4, 2047:3, 2047:17, 2134:5, 2217:7, 2217:11, 2217:24, 2267:15
**Penza** [1] - 2047:3
**People** [1] - 2243:3
**people** [121] - 2043:6, 2044:6, 2053:24, 2058:9, 2061:3, 2061:11, 2078:21,

2078:25, 2079:2, 2081:24, 2085:11, 2085:20, 2085:24, 2086:1, 2086:2, 2086:5, 2094:11, 2096:15, 2101:6, 2103:6, 2104:11, 2104:14, 2105:5, 2105:7, 2107:4, 2109:19, 2111:19, 2112:2, 2114:13, 2114:21, 2119:17, 2128:12, 2129:12, 2132:5, 2137:25, 2150:14, 2152:21, 2153:8, 2155:15, 2155:19, 2155:20, 2156:1, 2158:8, 2159:23, 2160:5, 2161:11, 2161:12, 2162:16, 2164:6, 2168:5, 2168:15, 2171:6, 2171:11, 2172:22, 2175:12, 2177:4, 2177:22, 2177:24, 2178:13, 2179:7, 2179:11, 2181:1, 2183:6, 2184:21, 2184:22, 2184:23, 2184:25, 2185:19, 2187:18, 2187:19, 2187:23, 2188:6, 2188:21, 2189:3, 2189:4, 2190:23, 2193:16, 2193:17, 2195:16, 2195:23, 2196:6, 2200:12, 2202:22, 2208:20, 2215:19, 2215:20, 2221:20, 2221:22, 2222:12, 2223:2, 2225:18, 2225:19, 2226:8, 2226:9, 2226:12, 2226:13, 2226:22, 2227:25, 2230:14, 2230:24, 2234:1, 2234:12, 2238:18, 2239:23, 2241:23, 2241:24, 2243:11, 2246:2, 2246:3, 2251:8, 2252:5, 2252:21, 2253:7, 2253:22, 2254:19, 2255:22, 2264:5, 2265:4, 2265:5, 2265:15
**people's** [4] - 2105:24, 2153:5, 2230:23, 2230:24
**per** [2] - 2168:12,

2193:3
**perceived** [1] - 2169:18
**percent** [4] - 2131:18, 2240:19, 2240:22, 2249:5
**percentage** [1] - 2241:2
**perception** [4] - 2114:7, 2114:16, 2114:17, 2124:4
**perceptions** [1] - 2219:17
**Perhaps** - 2052:5
**period** [22] - 2049:7, 2075:3, 2075:7, 2077:23, 2080:20, 2091:9, 2103:22, 2104:18, 2112:14, 2115:2, 2120:16, 2124:12, 2139:15, 2218:18, 2219:13, 2220:21, 2221:2, 2224:5, 2224:24, 2226:21, 2227:23, 2260:16
**periods** [2] - 2088:1, 2094:7
**permission** [3] - 2044:2, 2044:7, 2169:11
**person** [49] - 2041:11, 2045:10, 2053:10, 2062:10, 2062:16, 2064:1, 2064:2, 2064:3, 2066:25, 2074:8, 2074:12, 2074:17, 2075:15, 2076:2, 2088:19, 2091:8, 2099:15, 2106:1, 2107:3, 2107:10, 2108:20, 2108:22, 2117:17, 2131:6, 2147:4, 2166:5, 2173:17, 2173:19, 2174:5, 2174:11, 2187:12, 2191:4, 2193:5, 2196:8, 2196:10, 2199:21, 2206:9, 2206:11, 2206:12, 2209:23, 2210:4, 2213:17, 2227:20, 2239:19, 2248:6, 2250:11, 2268:2
**person's** [3] - 2117:20, 2117:21, 2196:13
**personal** [6] - 2075:2, 2204:18, 2253:24,

2254:6, 2254:8, 2254:11
**personality** [1] - 2126:1
**personally** [4] - 2098:10, 2140:19, 2161:16, 2179:7
**perspective** [10] - 2110:4, 2126:22, 2173:22, 2190:1, 2216:13, 2230:22, 2233:15, 2246:15, 2250:23, 2268:14
**perspectives** [1] - 2109:4
**pertinent** [1] - 2087:1
**pesos** [3] - 2129:14, 2129:22, 2133:3
**Philadelphia** [1] - 2151:8
**philosopher** [2] - 2215:5, 2215:6
**philosophical** [1] - 2165:14
**philosophies** [1] - 2205:10
**philosophy** [3] - 2206:1, 2210:16, 2210:17
**Phoenix** [1] - 2038:4
**phone** [2] - 2040:9, 2266:16
**phones** [1] - 2175:22
**photographs** [1] - 2177:16
**phrase** [1] - 2188:24
**physical** [4] - 2054:14, 2207:17, 2207:19, 2207:21
**pick** [1] - 2146:19
**picnics** [1] - 2153:22
**picture** [9] - 2155:24, 2156:1, 2156:13, 2156:20, 2156:22, 2157:4, 2158:5, 2159:21, 2212:17
**pictures** [6] - 2154:5, 2158:4, 2159:19, 2177:7, 2192:9
**piece** [7] - 2162:21, 2196:2, 2196:6, 2224:21, 2245:6, 2245:9, 2246:9
**pieces** [1] - 2224:22
**place** [14] - 2041:17, 2054:4, 2084:12, 2099:8, 2108:7, 2119:8, 2198:14, 2230:5, 2231:23, 2250:19, 2251:21,

2254:4, 2257:16, 2258:20
**placed** [1] - 2270:8
**places** [3] - 2169:8, 2169:9, 2201:17
**plan** [3] - 2044:10, 2143:4, 2230:4
**planks** [1] - 2185:19
**planned** [1] - 2260:1
**planning** [1] - 2079:20
**plans** [1] - 2267:9
**plant** [3] - 2069:10, 2069:16, 2069:21
**play** [11] - 2052:19, 2053:25, 2054:21, 2055:4, 2061:13, 2167:9, 2188:13, 2210:25, 2236:17, 2236:18
**played** [21] - 2057:1, 2057:11, 2057:17, 2057:23, 2059:2, 2059:9, 2059:17, 2060:6, 2060:12, 2060:24, 2061:12, 2061:17, 2062:7, 2062:21, 2063:6, 2063:23, 2064:17, 2065:16, 2153:22, 2205:6, 2230:24
**playing** [7] - 2050:17, 2136:20, 2140:21, 2144:4, 2147:1, 2219:5, 2230:23
**plays** [6] - 2053:2, 2053:15, 2054:19, 2054:24, 2055:10, 2258:24
**Plaza** [2] - 2037:16, 2038:13
**plea** [1] - 2269:18
**pleading** [1] - 2269:13
**pleasure** [2] - 2155:13, 2252:7
**plenty** [1] - 2268:6
**podcasts** [1] - 2266:13
**Point** [4] - 2058:19, 2058:20
**point** [67] - 2043:10, 2054:15, 2054:20, 2058:17, 2068:4, 2069:9, 2070:4, 2070:10, 2070:19, 2071:1, 2071:2, 2072:17, 2072:19, 2074:6, 2076:19, 2077:7, 2078:2, 2082:10, 2089:16, 2094:12, 2094:16,

2095:15, 2105:21,
2108:14, 2108:15,
2111:8, 2111:24,
2112:7, 2112:11,
2112:13, 2112:14,
2115:15, 2119:23,
2120:2, 2120:19,
2130:25, 2132:15,
2141:21, 2161:15,
2164:1, 2178:4,
2178:6, 2184:19,
2192:8, 2194:4,
2197:16, 2198:19,
2199:8, 2207:23,
2211:18, 2218:15,
2220:19, 2221:12,
2222:16, 2224:13,
2225:6, 2227:19,
2228:6, 2231:14,
2239:14, 2240:15,
2249:15, 2256:18,
2260:11, 2262:8,
2268:13

**pointing** [2] - 2159:11,
2262:13

**points** [3] - 2136:7,
2161:10, 2268:19

**poison** [2] - 2226:7,
2226:16

**police** [2] - 2182:9,
2262:10

**policy** [1] - 2188:10

**political** [3] - 2188:19,
2189:18, 2253:5

**politically** [1] -
2246:12

**Poly** [1] - 2075:22

**portion** [4] - 2050:14,
2051:15, 2115:25,
2174:20

**posed** [1] - 2180:22

**position** [30] -
2043:15, 2058:5,
2063:11, 2063:18,
2094:22, 2097:8,
2097:11, 2097:17,
2097:18, 2097:20,
2099:13, 2099:14,
2099:15, 2099:17,
2099:18, 2105:20,
2107:19, 2108:3,
2108:10, 2108:16,
2109:1, 2109:2,
2112:9, 2150:4,
2192:4, 2216:1,
2239:5, 2239:6,
2239:8, 2239:11

**positions** [2] - 2099:5,
2108:8

**positive** [3] - 2194:10,

2250:24, 2251:2

**positivity** [1] -
2201:14

**possibility** [1] -
2172:15

**possible** [3] - 2068:6,
2119:3, 2139:10

**possibly** [8] - 2055:4,
2082:24, 2172:17,
2188:9, 2188:20,
2189:18, 2200:20,
2258:12

**Post** [1] - 2135:10

**Post-it** [1] - 2135:10

**potentially** [1] -
2088:15

**power** [5] - 2069:10,
2069:16, 2069:21,
2226:9, 2233:3

**powerful** [4] - 2060:9,
2188:1, 2189:7,
2189:9

**practice** [4] - 2162:11,
2179:11, 2192:13,
2207:21

**practices** [2] -
2165:15, 2169:4

**pre** [2] - 2093:17,
2249:13

**pre-DOS** [1] - 2249:13

**precautions** [1] -
2041:21

**preceded** [1] - 2096:5

**precedent** [1] -
2163:10

**predict** [1] - 2167:18

**prefer** [1] - 2055:14

**pregnant** [6] -
2194:12, 2194:20,
2194:23, 2194:24,
2195:4, 2195:8

**preparedness** [1] -
2178:15

**presence** [1] -
2196:23

**presences** [1] -
2179:1

**present** [8] - 2042:24,
2042:25, 2047:10,
2056:7, 2088:18,
2117:23, 2136:1,
2218:3

**preserve** [1] - 2119:3

**president** [1] -
2060:10

**presidential** [1] -
2059:13

**press** [3] - 2100:24,
2107:20, 2228:22

**presumably** [1] -

2131:12

**pretending** [1] -
2220:9

**pretenses** [2] -
2241:19, 2242:2

**pretty** [9] - 2042:2,
2093:13, 2094:16,
2110:21, 2153:19,
2222:2, 2240:21,
2260:16, 2269:15

**previous** [1] - 2129:1

**previously** [3] -
2048:10, 2136:22,
2152:14

**prideful** [2] - 2122:2,
2122:12

**principals** [1] -
2227:21

**principle** [5] -
2179:10, 2191:17,
2191:23, 2192:20,
2243:12

**principles** [7] -
2080:2, 2080:6,
2187:2, 2192:5,
2192:24, 2251:5

**print** [1] - 2048:25

**printed** [3] - 2049:6,
2049:10, 2049:11

**priority** [1] - 2178:22

**Privacy** [1] - 2041:4

**privacy** [2] - 2041:7,
2175:9

**Private** [1] - 2227:24

**private** [3] - 2041:9,
2175:4, 2175:5

**privately** [1] - 2044:2

**problem** [18] - 2040:8,
2103:3, 2109:18,
2109:20, 2109:22,
2109:23, 2109:25,
2110:2, 2110:3,
2110:9, 2123:9,
2123:10, 2134:7,
2181:4, 2207:8,
2212:4, 2253:10

**problematic** [3] -
2173:6, 2264:14,
2264:15

**problems** [11] -
2088:15, 2089:6,
2102:23, 2102:24,
2114:5, 2114:15,
2170:16, 2183:22,
2183:24, 2193:22,
2194:2

**proceeded** [1] -
2096:6

**proceedings** [2] -
2040:19, 2100:9

**Proceedings** [1] -
2038:16

**process** [6] - 2054:6,
2059:7, 2068:6,
2251:7, 2251:14,
2267:1

**processing** [2] -
2146:3, 2213:6

**proctor** [6] - 2093:11,
2095:2, 2096:12,
2096:17, 2096:18,
2112:13

**produced** [2] -
2038:16, 2145:19

**producing** [1] -
2145:22

**profession** [1] -
2042:7

**professionally** [3] -
2098:2, 2098:11,
2098:12

**program** [10] - 2072:8,
2098:16, 2098:20,
2127:18, 2160:23,
2164:6, 2164:8,
2178:11, 2206:4,
2213:17

**programs** [1] - 2096:9

**Programs** [2] -
2070:25, 2071:3

**progress** [2] - 2056:4,
2147:6

**progressive** [1] -
2256:8

**project** [6] - 2098:15,
2098:17, 2098:18,
2106:14, 2169:21,
2260:10

**projection** [1] - 2228:3

**prominent** [1] -
2201:19

**promise** [5] - 2044:13,
2242:17, 2252:22,
2252:23

**promised** [1] -
2192:25

**promises** [7] -
2089:18, 2089:23,
2214:14, 2247:21,
2252:16, 2252:18,
2259:9

**promote** [1] - 2096:9

**promoted** [1] - 2098:2

**promotion** [2] -
2096:20, 2097:4

**promotions** [1] -
2185:2

**prompted** [1] - 2121:6

**proof** [2] - 2136:21,
2236:10

**property** [2] - 2060:19,
2170:19

**proposal** [1] - 2147:5

**prospects** [1] - 2054:7

**protections** [1] -
2041:16

**protocol** [2] - 2168:23,
2206:3

**protocols** [2] -
2186:25, 2232:25

**prove** [5] - 2192:22,
2193:5, 2236:24,
2265:9, 2265:11

**provide** [3] - 2054:2,
2073:4, 2141:13

**providing** [1] - 2073:3

**PSP** [3] - 2129:13,
2129:14, 2129:19

**public** [17] - 2042:10,
2095:21, 2096:1,
2097:10, 2107:20,
2163:17, 2163:23,
2173:21, 2175:14,
2175:18, 2196:9,
2196:11, 2200:23,
2204:13, 2204:16,
2239:1, 2239:9

**publicly** [2] - 2082:4,
2239:10

**published** [25] -
2048:21, 2050:7,
2050:9, 2113:12,
2115:24, 2118:23,
2121:22, 2128:15,
2129:4, 2144:10,
2146:17, 2155:3,
2156:10, 2157:3,
2158:15, 2160:4,
2171:1, 2208:19,
2212:8, 2213:24,
2215:8, 2219:1,
2219:15, 2244:14,
2245:2

**publishing** [1] -
2246:8

**puff** [1] - 2245:5

**pull** [2] - 2080:25,
2081:9

**punish** [6] - 2141:3,
2166:8, 2177:22,
2177:23, 2215:15,
2215:20

**punished** [1] -
2166:11

**punishing** [4] -
2109:12, 2110:13,
2123:18, 2166:7

**punishment** [1] -
2114:20

**purchased** [1] -

2203:4
**purest** [1] - 2065:20
**purpose** [8] - 2045:19, 2084:2, 2119:12, 2119:15, 2171:23, 2186:10, 2202:10, 2223:22
**pursuant** [1] - 2118:19
**pursue** [1] - 2079:23
**push** [1] - 2108:14
**pushed** [2] - 2244:20, 2245:25
**pushing** [1] - 2240:23
**put** [31] - 2040:11, 2041:16, 2042:2, 2042:4, 2080:13, 2084:20, 2085:1, 2085:3, 2087:11, 2102:25, 2107:19, 2108:8, 2128:6, 2135:6, 2137:20, 2151:21, 2154:9, 2179:14, 2182:10, 2183:8, 2192:10, 2198:13, 2202:18, 2212:3, 2232:25, 2249:14, 2256:23, 2265:13, 2265:14, 2268:18
**putting** [5] - 2083:21, 2095:18, 2097:16, 2119:9, 2215:25

**Q**

**qualify** [2] - 2165:16, 2208:5
**qualifying** [1] - 2180:8
**QUARLES** [2] - 2038:3, 2038:7
**questioned** [2] - 2124:12, 2124:19
**questioning** [2] - 2270:1, 2270:2
**questionnaire** [4] - 2053:18, 2054:12, 2054:14, 2266:25
**questionnaires** [2] - 2053:23, 2054:2
**questions** [18] - 2044:23, 2066:8, 2066:21, 2100:14, 2124:20, 2134:21, 2134:22, 2160:22, 2162:20, 2180:22, 2202:14, 2205:1, 2236:3, 2236:8, 2237:5, 2245:10, 2245:17, 2267:23
**quick** [1] - 2045:12

**quickly** [4] - 2057:5, 2178:21, 2205:5, 2214:6
**quiet** [1] - 2230:5
**quirky** [1] - 2086:16
**quit** [1] - 2215:14
**quite** [6] - 2043:2, 2151:8, 2177:19, 2211:25, 2256:15, 2269:2
**quotes** [1] - 2119:9

**R**

**racketeering** [2] - 2263:8, 2263:10
**radio** [1] - 2266:13
**rain** [2] - 2086:11, 2087:5
**Rainbow** [5] - 2158:2, 2160:17, 2160:21, 2161:1, 2161:7
**rained** [2] - 2086:17, 2087:5
**raise** [3] - 2119:16, 2240:9, 2250:6
**raised** [4] - 2044:18, 2246:22, 2264:16, 2269:6
**raises** [2] - 2110:4, 2142:4
**raising** [9] - 2109:23, 2176:2, 2230:14, 2230:20, 2230:25, 2231:3, 2232:15, 2232:18, 2233:22
**ran** [1] - 2072:11
**rancher** [1] - 2170:17
**RANIERE** [1] - 2037:7
**Raniere** [5] - 2047:10, 2066:20, 2066:25, 2087:20, 2098:8
**rank** [5] - 2093:10, 2096:15, 2096:25, 2112:10, 2185:2
**ranks** [4] - 2096:23, 2096:24, 2097:15, 2098:15
**rapport** [1] - 2074:19
**rarely** [1] - 2183:3
**rather** [3] - 2111:4, 2123:1, 2259:4
**re** [3] - 2049:22, 2085:5, 2127:21
**re-establish** [1] - 2127:21

**re-initiated** [1] - 2085:5
**reach** [1] - 2210:23
**reaching** [1] - 2210:23
**reacted** [1] - 2247:19
**reacting** [1] - 2199:3
**reaction** [2] - 2081:24, 2198:8
**reactions** [3] - 2081:23, 2082:7, 2213:7
**reactivity** [1] - 2210:12
**read** [16] - 2050:14, 2051:15, 2052:3, 2118:22, 2138:18, 2143:8, 2147:12, 2147:13, 2207:13, 2207:24, 2208:3, 2251:25, 2252:1, 2266:12, 2266:20, 2266:21
**Readiness** [2] - 2164:5, 2164:10
**readiness** [30] - 2164:12, 2177:19, 2177:22, 2177:23, 2177:24, 2178:1, 2178:15, 2179:10, 2179:14, 2180:4, 2180:7, 2180:10, 2180:11, 2180:22, 2181:1, 2182:2, 2182:4, 2182:5, 2182:10, 2182:14, 2183:7, 2183:8, 2183:11, 2183:22, 2183:24, 2212:14, 2213:1, 2219:19
**reading** [5] - 2129:13, 2138:15, 2143:17, 2143:21, 2216:12
**ready** [11] - 2044:21, 2045:2, 2054:8, 2142:18, 2142:19, 2144:17, 2182:19, 2182:24, 2183:12, 2183:17, 2184:1
**reaffirmed** [1] - 2150:10
**real** [6] - 2088:15, 2179:5, 2193:21, 2249:17, 2250:14, 2252:16
**realize** [2] - 2041:12, 2230:1
**realized** [2] - 2077:20, 2262:8
**realizing** [1] - 2193:21
**really** [43] - 2055:22,

2059:11, 2080:3, 2083:7, 2086:20, 2086:21, 2090:20, 2098:23, 2107:16, 2118:9, 2121:12, 2124:11, 2125:1, 2138:3, 2138:12, 2142:15, 2145:21, 2166:17, 2166:18, 2183:5, 2192:2, 2193:18, 2194:10, 2203:11, 2205:17, 2209:6, 2210:6, 2214:8, 2214:16, 2215:25, 2219:25, 2223:18, 2223:24, 2231:17, 2233:20, 2233:21, 2249:16, 2253:9, 2268:6, 2269:15
**realtime** [1] - 2090:23
**rear** [1] - 2039:2
**reason** [11] - 2088:19, 2090:18, 2097:21, 2099:7, 2114:19, 2187:11, 2194:1, 2194:22, 2203:22, 2215:14, 2217:10
**reasons** [3] - 2155:12, 2204:6, 2252:25
**rebooting** [2] - 2137:6, 2137:7
**Reccoppa** [1] - 2040:9
**received** [18] - 2040:2, 2041:2, 2043:14, 2044:9, 2050:6, 2096:21, 2098:6, 2113:23, 2113:25, 2114:20, 2138:16, 2149:17, 2149:18, 2150:8, 2156:7, 2157:1, 2158:13, 2160:2
**receiving** [1] - 2107:19
**Recess** [1] - 2102:5
**recess** [3] - 2218:1, 2266:7, 2267:5
**recognition** [1] - 2099:6
**recognize** [4] - 2048:22, 2049:18, 2208:22, 2228:2
**recognized** [1] - 2170:14
**recommendation** [1] - 2127:22
**record** [2] - 2268:9, 2268:20
**recorded** [1] - 2038:16

**recording** [7] - 2052:19, 2054:25, 2061:14, 2061:18, 2061:22, 2236:19, 2238:24
**recordings** [11] - 2170:2, 2257:4, 2257:10, 2257:19, 2258:9, 2258:24, 2259:13, 2259:14, 2259:19, 2260:13, 2261:15
**recounted** [1] - 2080:22
**recruit** [1] - 2187:15
**recruiting** [2] - 2189:5, 2240:6
**rectify** [2] - 2122:4, 2166:15
**redacted** [2] - 2042:4, 2134:8
**redirect** [3] - 2180:16, 2217:13, 2265:24
**redirected** [1] - 2169:3
**reference** [6] - 2042:5, 2042:6, 2051:12, 2129:19, 2161:10, 2161:15
**referred** [4] - 2051:5, 2058:6, 2059:20, 2100:5
**referring** [23] - 2051:9, 2053:6, 2053:16, 2054:11, 2055:7, 2058:1, 2058:3, 2059:15, 2060:17, 2061:5, 2062:3, 2062:15, 2064:2, 2088:8, 2119:19, 2139:14, 2146:7, 2163:17, 2163:23, 2165:1, 2165:17, 2194:14, 2238:15
**refers** [2] - 2059:18, 2145:2
**reform** [1] - 2126:21
**reframing** [1] - 2251:8
**regard** [7] - 2042:8, 2045:25, 2089:6, 2116:9, 2179:15, 2244:24, 2267:22
**regarded** [2] - 2085:16, 2085:22
**regarding** [1] - 2149:22
**regardless** [1] - 2094:15
**regroup** [1] - 2230:5
**regular** [1] - 2169:5
**reinforce** [1] - 2114:6

**reinforcing** [1] - 2114:16
**related** [4] - 2060:10, 2089:25, 2162:18
**relates** [1] - 2253:19
**relating** [3] - 2080:4, 2084:22, 2224:17
**relation** [2] - 2077:14
**relations** [2] - 2085:10, 2094:18
**relationship** [79] - 2055:16, 2058:16, 2067:7, 2067:21, 2068:5, 2070:20, 2073:23, 2074:22, 2075:3, 2075:24, 2079:1, 2079:10, 2079:18, 2079:24, 2080:17, 2082:17, 2084:14, 2084:15, 2084:22, 2084:25, 2085:3, 2085:6, 2087:20, 2087:24, 2088:3, 2088:16, 2089:13, 2089:14, 2089:22, 2090:2, 2090:5, 2090:8, 2090:17, 2091:1, 2091:9, 2091:12, 2091:18, 2092:12, 2092:23, 2093:7, 2093:21, 2094:23, 2095:7, 2095:22, 2096:1, 2097:18, 2097:20, 2097:22, 2098:8, 2103:19, 2103:22, 2106:2, 2106:5, 2106:7, 2106:21, 2106:23, 2107:11, 2120:22, 2121:5, 2195:1, 2206:14, 2206:15, 2206:17, 2223:7, 2230:2, 2247:17, 2247:20, 2249:10, 2251:17, 2251:24, 2252:9, 2252:11, 2252:13, 2254:2, 2254:3, 2256:17, 2265:13
**relationships** [30] - 2058:13, 2074:14, 2074:16, 2078:20, 2079:2, 2085:20, 2085:23, 2085:25, 2087:15, 2087:16, 2088:2, 2088:13, 2089:5, 2093:15, 2093:16, 2093:23, 2094:6, 2103:7,

2195:3, 2221:11, 2247:14, 2251:14, 2253:7, 2253:11, 2253:24, 2254:6, 2254:7, 2259:6, 2260:20
**relatively** [1] - 2054:3
**release** [20] - 2184:8, 2195:11, 2195:14, 2195:17, 2195:19, 2195:24, 2201:9, 2201:11, 2202:2, 2202:7, 2202:8, 2202:11, 2216:1, 2225:21, 2225:23, 2226:1, 2233:23, 2233:25, 2234:2, 2234:6
**released** [12] - 2098:19, 2183:11, 2195:22, 2196:1, 2196:7, 2196:13, 2202:6, 2202:10, 2202:12, 2225:17, 2225:18, 2227:1
**releasing** [2] - 2184:1, 2200:20
**reliable** [2] - 2168:6, 2168:8
**reliant** [1] - 2073:9
**relief** [1] - 2151:5
**religious** [1] - 2267:6
**remained** [1] - 2110:11
**remaining** [1] - 2125:24
**remember** [39] - 2067:23, 2068:1, 2068:16, 2068:22, 2068:25, 2074:9, 2075:10, 2076:22, 2081:5, 2084:5, 2095:16, 2099:22, 2100:15, 2109:7, 2109:9, 2109:10, 2109:11, 2109:12, 2112:6, 2118:4, 2122:8, 2122:11, 2127:5, 2155:17, 2198:6, 2215:3, 2219:22, 2221:1, 2224:8, 2234:9, 2234:19, 2240:17, 2240:18, 2240:24, 2243:13, 2243:14, 2244:4, 2256:9
**remembering** [1] - 2112:5
**remind** [7] - 2048:8, 2097:6, 2099:24,

2152:11, 2194:17, 2213:9, 2266:8
**reminded** [2] - 2102:13, 2218:11
**removed** [2] - 2042:3, 2177:14
**removing** [1] - 2042:5
**Renaissance** [1] - 2038:3
**Rensselaer** [1] - 2075:22
**rent** [4] - 2055:13, 2073:1, 2073:6, 2154:1
**renting** [2] - 2119:25, 2120:1
**rephrase** [1] - 2066:23
**replacing** [1] - 2103:10
**report** [17] - 2050:18, 2050:20, 2050:22, 2051:5, 2051:6, 2136:10, 2138:22, 2138:24, 2138:25, 2139:16, 2140:5, 2141:3, 2144:16, 2145:4, 2145:19, 2145:24, 2145:25
**reported** [2] - 2115:20, 2141:14
**reporter** [3] - 2148:15, 2200:20, 2244:13
**Reporter** [1] - 2038:12
**REPORTER** [1] - 2038:12
**reporting** [1] - 2141:16
**reports** [2] - 2143:5, 2145:15
**represent** [3] - 2066:20, 2149:8, 2150:25
**represented** [1] - 2042:23
**representing** [1] - 2149:15
**represents** [3] - 2043:1, 2043:6, 2044:10
**request** [1] - 2150:7
**requested** [2] - 2051:4, 2051:12
**requests** [1] - 2141:12
**requirements** [1] - 2208:5
**requires** [1] - 2265:3
**research** [4] - 2186:24, 2210:8, 2266:14, 2266:23
**researched** [2] -

2203:15, 2204:9
**researching** [1] - 2203:12
**reservation** [1] - 2241:10
**reservations** [4] - 2058:9, 2058:15, 2126:22, 2244:21
**resign** [2] - 2248:2, 2248:8
**resigned** [2] - 2110:15, 2110:16
**resigning** [2] - 2248:1, 2248:7
**resolved** [3] - 2044:1, 2058:25, 2110:6
**resources** [2] - 2114:4, 2114:14
**respect** [3] - 2061:3, 2061:6, 2122:23
**respected** [4] - 2085:16, 2185:3, 2219:18, 2219:25
**respectful** [2] - 2123:8, 2123:10
**respectfully** [1] - 2268:12
**respond** [9] - 2042:22, 2043:15, 2044:10, 2143:22, 2146:23, 2150:4, 2179:12, 2199:8, 2213:8
**responded** [4] - 2044:18, 2052:5, 2182:10, 2229:6
**responding** [1] - 2143:22
**responds** [2] - 2145:9, 2229:17
**response** [14] - 2040:3, 2052:4, 2052:7, 2066:1, 2122:9, 2130:6, 2142:9, 2142:12, 2143:18, 2145:7, 2210:1, 2213:8, 2214:25, 2215:17
**responsibility** [1] - 2263:3
**responsible** [3] - 2125:14, 2147:4, 2246:9
**responsive** [1] - 2178:18
**rest** [3] - 2064:9, 2065:15, 2223:15
**results** [2] - 2122:22, 2136:10
**resume** [1] - 2267:4
**resumed** [1] - 2218:6

**resumes** [3] - 2047:25, 2102:7, 2152:4
**return** [4] - 2051:2, 2051:8, 2051:9, 2079:13
**returned** [3] - 2070:7, 2114:23, 2115:1
**reverse** [1] - 2150:14
**review** [3] - 2119:21, 2233:5, 2233:10
**reviewed** [5] - 2049:25, 2051:18, 2051:21, 2148:3, 2232:4
**rewarding** [1] - 2242:8
**Reynolds** [3] - 2214:13, 2215:5, 2215:6
**RICHARD** [1] - 2037:15
**rid** [1] - 2155:4
**rift** [1] - 2256:19
**rightly** [1] - 2228:9
**rights** [1] - 2189:15
**ring** [1] - 2131:21
**rise** [5] - 2101:13, 2148:9, 2216:20, 2218:7, 2267:11
**ritual** [1] - 2062:5
**ritualization** [1] - 2062:2
**Road** [1] - 2202:20
**Roberts** [1] - 2159:4
**robing** [3] - 2134:4, 2148:16, 2149:1
**Roger** [1] - 2045:10
**role** [6] - 2167:9, 2188:13, 2205:6, 2207:25, 2208:16, 2221:7
**roles** [1] - 2098:17
**romantic** [6] - 2067:7, 2077:8, 2084:16, 2093:22, 2120:19, 2253:24
**room** [42] - 2040:14, 2043:23, 2049:4, 2114:20, 2116:21, 2117:9, 2117:11, 2117:13, 2119:10, 2119:11, 2119:13, 2119:22, 2121:7, 2121:16, 2122:3, 2122:16, 2123:5, 2123:22, 2124:10, 2124:11, 2124:18, 2125:5, 2125:12, 2125:24, 2126:7, 2126:11, 2126:14,

2126:17, 2130:23,
2131:3, 2131:7,
2132:19, 2134:4,
2142:5, 2147:15,
2148:16, 2149:1,
2159:13, 2162:6,
2198:19, 2270:7
**roomful** [2] - 2044:6,
2234:11
**Rosa** [15] - 2060:16,
2092:22, 2093:8,
2093:10, 2093:11,
2108:5, 2191:5,
2193:8, 2193:19,
2196:17, 2202:16,
2202:17, 2257:25,
2258:2, 2258:4
**rose** [1] - 2097:15
**rough** [1] - 2240:21
**rules** [4] - 2078:24,
2079:12, 2094:8,
2094:15
**rumors** [1] - 2227:10
**run** [2] - 2099:1,
2099:20
**running** [1] - 2139:11
**Russell** [2] - 2091:20,
2153:3

## S

**sacrificial** [1] -
2063:17
**sad** [5] - 2137:24,
2229:10, 2230:3,
2231:20
**saddened** [2] -
2138:13, 2229:13
**safe** [2] - 2132:10,
2178:24
**safely** [1] - 2132:13
**Sagitta** [1] - 2131:21
**SAGITTA** [1] - 2131:21
**sake** [1] - 2192:21
**sales** [1] - 2186:25
**Salinas** [1] - 2092:16
**salvage** [2] - 2229:11,
2265:12
**SALZMAN** [3] -
2048:9, 2152:13,
2271:5
**Salzman** [44] - 2038:3,
2042:3, 2048:5,
2048:14, 2048:16,
2048:22, 2049:16,
2053:3, 2053:16,
2054:25, 2055:11,
2057:4, 2057:12,
2057:18, 2057:25,
2059:4, 2059:10,

2059:18, 2060:13,
2061:1, 2061:18,
2062:9, 2062:22,
2063:8, 2063:25,
2064:18, 2065:5,
2065:17, 2066:15,
2102:16, 2113:20,
2128:10, 2128:21,
2142:11, 2152:18,
2154:9, 2154:16,
2155:24, 2159:21,
2160:5, 2160:8,
2190:13, 2218:15,
2238:3
**San** [3] - 2212:14,
2224:12, 2228:13
**Sara** [7] - 2100:20,
2197:13, 2198:1,
2198:3, 2200:23,
2201:22, 2201:24
**Sara's** [6] - 2200:13,
2200:15, 2200:17,
2200:20, 2201:15,
2202:2
**Sarah** [21] - 2172:18,
2173:12, 2174:12,
2220:14, 2220:15,
2220:19, 2222:7,
2222:14, 2224:7,
2224:18, 2226:12,
2228:17, 2228:19,
2234:25, 2238:3,
2239:9, 2239:10,
2239:14, 2240:13,
2241:2
**Sarah's** [3] - 2065:6,
2236:10, 2240:20
**Saratoga** [1] - 2100:7
**sash** [4] - 2095:4,
2095:5, 2095:6
**satiate** [2] - 2114:6,
2114:16
**satiating** [2] -
2141:15, 2141:17
**satisfaction** [1] -
2139:10
**saved** [1] - 2124:15
**saw** [8] - 2089:24,
2090:22, 2171:17,
2171:18, 2171:21,
2254:19, 2256:21
**scare** [2] - 2264:11,
2264:17
**scared** [1] - 2215:13
**scarf** [1] - 2095:3
**scarification** [1] -
2053:8
**scary** [1] - 2214:7
**scenes** [2] - 2099:16,
2225:14

**scheduled** [1] -
2100:23
**school** [9] - 2042:7,
2070:13, 2070:22,
2070:23, 2070:24,
2071:10, 2072:3,
2111:4, 2117:16
**scope** [1] - 2235:3
**scrambled** [1] -
2208:21
**screaming** [3] -
2198:9, 2198:11,
2198:12
**screen** [3] - 2134:9,
2212:3, 2212:4
**screening** [1] - 2054:6
**screw** [1] - 2099:15
**screwed** [1] - 2099:16
**scrutiny** [1] - 2107:20
**se** [2] - 2168:12,
2193:3
**Sealed** [1] - 2135:12
**sealed** [3] - 2134:1,
2149:1, 2149:20
**sealing** [1] - 2242:16
**seat** [1] - 2149:3
**seated** [7] - 2039:2,
2047:11, 2048:1,
2102:10, 2152:7,
2218:9, 2267:13
**second** [16] - 2040:17,
2079:6, 2083:21,
2095:10, 2119:8,
2120:5, 2124:7,
2137:2, 2137:14,
2137:15, 2140:15,
2142:19, 2160:12,
2167:8, 2197:13,
2205:22
**Second** [1] - 2268:10
**seconds** [1] - 2238:24
**secret** [5] - 2174:20,
2224:3, 2224:23,
2249:18, 2252:6
**secrets** [1] - 2195:2
**section** [2] - 2205:14,
2209:15
**securing** [2] -
2111:19, 2111:21
**seduction** [1] - 2221:9
**see** [46] - 2058:17,
2070:18, 2078:2,
2080:12, 2085:4,
2087:12, 2088:20,
2100:8, 2111:2,
2113:10, 2122:22,
2123:24, 2124:5,
2128:11, 2129:2,
2129:9, 2130:17,
2136:16, 2138:8,

2150:5, 2154:18,
2155:4, 2158:5,
2158:25, 2171:16,
2171:23, 2172:2,
2172:3, 2183:15,
2202:19, 2209:18,
2211:9, 2211:10,
2217:17, 2219:18,
2223:13, 2223:14,
2223:17, 2229:19,
2230:4, 2231:1,
2233:3, 2242:17,
2254:20
**seeing** [1] - 2106:9
**seek** [1] - 2266:14
**seem** [5] - 2064:20,
2064:25, 2088:9,
2090:20, 2093:7
**select** [2] - 2094:11,
2119:17
**selection** [2] -
2266:22, 2267:1
**selective** [1] - 2078:20
**self** [6] - 2073:9,
2207:20, 2211:13,
2214:6, 2214:7,
2265:12
**self-worth** [1] -
2265:12
**send** [11] - 2049:24,
2050:22, 2052:5,
2055:4, 2122:23,
2139:9, 2139:24,
2139:25, 2143:5,
2147:2, 2255:18
**sending** [7] - 2050:1,
2051:4, 2138:21,
2139:23, 2142:6,
2143:8, 2229:4
**sends** [1] - 2219:13
**SENIOR** [1] - 2037:12
**sense** [6] - 2040:8,
2041:11, 2117:7,
2123:24, 2140:20,
2207:20
**senses** [1] - 2254:20
**sensitive** [3] - 2041:4,
2150:13, 2150:22
**sent** [8] - 2048:16,
2049:21, 2050:18,
2052:1, 2099:19,
2110:3, 2139:19,
2212:17
**sentence** [2] -
2238:15, 2269:11
**separate** [3] -
2162:16, 2162:17,
2211:12
**separately** [1] -
2220:4

**separates** [1] -
2131:12
**separating** [1] -
2207:20
**separation** [1] -
2256:19
**September** [3] -
2118:24, 2121:24,
2122:21
**series** [4] - 2054:3,
2159:19, 2162:19,
2247:21
**serious** [2] - 2041:7,
2225:7
**seriously** [3] -
2086:21, 2220:2,
2220:10
**serve** [2] - 2210:11,
2210:12
**server** [1] - 2238:9
**serving** [3] - 2210:3,
2210:7, 2253:22
**SESSION** [1] - 2152:1
**sessions** [2] -
2072:12, 2162:11
**set** [3] - 2080:2,
2122:2, 2236:7
**sets** [2] - 2096:14,
2165:15
**setting** [3] - 2072:8,
2122:5, 2127:25
**seven** [8] - 2050:23,
2062:1, 2062:4,
2142:24, 2193:16,
2193:17, 2259:25,
2260:1
**several** [3] - 2094:13,
2105:1, 2141:12
**sex** [12] - 2082:15,
2083:21, 2103:7,
2172:19, 2173:12,
2174:6, 2174:16,
2174:20, 2203:3,
2212:16, 2240:7,
2252:6
**sexual** [10] - 2075:3,
2082:13, 2082:17,
2082:20, 2082:24,
2083:2, 2172:12,
2172:17, 2221:10,
2254:6
**sexually** [2] - 2080:21,
2081:21
**sexy** [1] - 2228:17
**shaken** [1] - 2219:9
**shaky** [1] - 2220:23
**share** [6] - 2067:19,
2193:9, 2193:24,
2195:4, 2203:20,
2253:9

**shared** [1] - 2120:7
**sharing** [2] - 2238:20, 2254:12
**shift** [1] - 2219:9
**shifted** [2] - 2169:18, 2219:9
**ship** [1] - 2223:8
**shit** [5] - 2109:24, 2119:5, 2142:4, 2184:4, 2253:15
**shitstorm** [1] - 2220:8
**shitty** [3] - 2122:24, 2123:11, 2142:2
**shocked** [1] - 2138:13
**shore** [2] - 2214:16, 2214:20
**short** [3] - 2054:3, 2216:17, 2236:18
**shorten** [1] - 2140:19
**shortening** [1] - 2141:3
**shot** [2] - 2121:3, 2147:16
**show** [17] - 2044:8, 2048:19, 2049:13, 2087:8, 2113:9, 2128:5, 2136:15, 2154:4, 2154:8, 2155:21, 2156:18, 2170:22, 2171:2, 2201:14, 2218:18, 2229:2
**showed** [1] - 2150:5
**shower** [1] - 2183:14
**showers** [1] - 2184:13
**showing** [3] - 2049:16, 2154:16, 2216:4
**shows** [1] - 2170:19
**shunned** [3] - 2104:11, 2104:19, 2118:10
**shunning** [2] - 2104:13, 2106:12
**shut** [2] - 2045:21, 2127:18
**siblings** [2] - 2114:10, 2126:21
**sic** [1] - 2123:18
**sick** [3] - 2040:7, 2089:10, 2258:16
**side** [8] - 2063:10, 2131:12, 2159:5, 2160:5, 2160:9, 2160:10, 2170:24, 2171:4
**sidebar** [14] - 2039:1, 2040:1, 2133:8, 2134:1, 2135:12, 2149:1, 2149:20,

2179:18, 2180:1, 2235:5, 2236:1, 2245:19, 2261:7, 2261:8
**Sidebar** [5] - 2047:1, 2133:10, 2179:20, 2181:5, 2238:1
**sided** [1] - 2246:8
**sides** [1] - 2226:19
**sideways** [1] - 2171:21
**sign** [4] - 2052:6, 2060:14, 2060:18, 2072:9
**signed** [1] - 2252:8
**significant** [1] - 2042:2
**signify** [1] - 2113:22
**similar** [3] - 2055:15, 2108:6, 2266:19
**singer** [2] - 2120:20, 2121:1
**single** [2] - 2138:23, 2196:6
**sinking** [1] - 2223:8
**sister** [2] - 2052:14, 2059:8
**sisters** [2] - 2126:13, 2228:14
**sit** [5] - 2205:16, 2250:23, 2262:22, 2262:24, 2265:23
**sites** [1] - 2246:7
**sitting** [5] - 2041:18, 2158:25, 2159:11, 2173:24, 2250:7
**situation** [18] - 2080:22, 2082:11, 2102:17, 2102:19, 2104:10, 2104:25, 2105:2, 2105:10, 2124:25, 2125:21, 2137:20, 2180:18, 2182:5, 2182:8, 2182:11, 2182:12, 2245:23, 2253:6
**situations** [6] - 2082:1, 2084:12, 2103:24, 2179:12, 2192:11, 2192:13
**six** [5] - 2072:9, 2097:11, 2146:4, 2172:8, 2205:15
**skewing** [1] - 2219:17
**ski** [1] - 2069:4
**skill** [2] - 2096:14, 2165:15
**skills** [1] - 2098:25
**slapped** [1] - 2084:1
**slave** [8] - 2057:19,

2064:4, 2064:5, 2064:15, 2171:18, 2186:7, 2186:11, 2193:8
**slaves** [28] - 2053:13, 2054:7, 2062:11, 2063:14, 2063:21, 2064:11, 2064:20, 2066:2, 2161:19, 2170:9, 2170:14, 2171:17, 2172:8, 2172:10, 2172:13, 2172:17, 2174:11, 2183:25, 2193:9, 2197:8, 2207:23, 2208:13, 2221:11, 2252:7, 2254:5, 2254:10
**slaves'** [1] - 2171:19
**sleep** [1] - 2172:10
**sleeping** [1] - 2259:22
**slept** [1] - 2258:4
**slightly** [1] - 2063:9
**slow** [1] - 2116:3
**slowed** [1] - 2085:7
**small** [2] - 2078:21, 2094:11
**smaller** [1] - 2155:20
**Smith** [1] - 2047:9
**SMITH** [1] - 2037:24
**snow** [1] - 2184:17
**social** [3] - 2077:23, 2155:14, 2266:18
**softly** [1] - 2213:22
**solve** [1] - 2181:4
**someone** [19] - 2057:5, 2060:2, 2060:10, 2090:17, 2104:21, 2163:10, 2174:6, 2175:17, 2177:9, 2177:11, 2179:15, 2182:6, 2182:9, 2186:13, 2187:13, 2210:21, 2231:4, 2267:25, 2270:8
**sometime** [1] - 2075:13
**sometimes** [7] - 2056:6, 2117:4, 2186:18, 2186:20, 2209:4, 2241:11, 2255:18
**Sometimes** [3] - 2116:25, 2117:10
**somewhere** [5] - 2072:20, 2073:3, 2157:11, 2200:9, 2212:19
**son** [7] - 2145:16,

2157:21, 2157:22, 2160:19, 2256:3, 2256:17, 2256:20
**son's** [1] - 2158:3
**soon** [5] - 2096:4, 2111:8, 2139:10, 2213:4, 2230:5
**SOP** [14] - 2164:8, 2167:4, 2167:8, 2167:24, 2167:25, 2168:5, 2180:4, 2180:11, 2182:2, 2182:4, 2182:9, 2182:14, 2182:18, 2183:6
**sorority** [9] - 2163:14, 2163:18, 2163:22, 2163:23, 2163:25, 2195:3, 2202:15, 2202:16, 2242:10
**sorry** [24] - 2043:23, 2068:21, 2069:13, 2083:15, 2103:9, 2122:4, 2139:21, 2142:15, 2186:3, 2194:5, 2197:9, 2204:17, 2209:20, 2229:6, 2229:9, 2229:18, 2229:25, 2230:1, 2253:13, 2254:15, 2258:17, 2260:3, 2262:1, 2264:22
**Sorry** [2] - 2045:9, 2154:24
**sort** [37] - 2062:5, 2072:5, 2072:19, 2079:15, 2080:24, 2087:16, 2091:12, 2095:25, 2096:24, 2104:13, 2106:21, 2113:16, 2115:5, 2131:19, 2131:20, 2140:16, 2157:18, 2160:23, 2161:7, 2163:2, 2164:10, 2166:4, 2166:9, 2168:12, 2168:23, 2171:25, 2173:1, 2180:25, 2183:4, 2184:10, 2188:24, 2205:24, 2207:3, 2208:23, 2251:21, 2255:10
**sought** [1] - 2134:16
**sound** [1] - 2262:5
**sounds** [1] - 2180:9
**source** [1] - 2228:21
**speaking** [3] - 2098:2, 2224:11, 2234:16

**special** [5] - 2078:21, 2078:22, 2086:20, 2251:21, 2251:24
**Special** [1] - 2047:5
**specialist** [1] - 2047:6
**specific** [10] - 2056:6, 2088:4, 2103:1, 2122:6, 2128:9, 2138:19, 2162:12, 2163:21, 2172:20, 2191:24
**specifically** [27] - 2077:22, 2099:4, 2112:12, 2116:16, 2122:11, 2123:12, 2127:7, 2162:15, 2164:25, 2165:22, 2169:2, 2169:10, 2173:3, 2175:17, 2175:20, 2185:10, 2190:19, 2194:6, 2195:24, 2202:18, 2220:14, 2231:9, 2238:6, 2254:6, 2256:5, 2261:13, 2263:10
**specifics** [1] - 2260:25
**spend** [3] - 2077:23, 2155:15, 2256:16
**spending** [7] - 2070:11, 2070:13, 2077:19, 2077:25, 2143:9, 2144:3, 2166:18
**spent** [8] - 2055:25, 2056:1, 2192:15, 2228:11, 2228:23, 2260:22
**sphere** [1] - 2190:20
**spiritual** [1] - 2101:5
**spoken** [1] - 2239:4
**spouse** [2] - 2173:8, 2174:7
**spread** [1] - 2063:10
**spring** [3] - 2218:15, 2221:12, 2258:13
**Square** [1] - 2038:3
**stack** [1] - 2214:1
**stand** [16] - 2047:25, 2102:2, 2102:7, 2105:24, 2105:25, 2107:8, 2107:18, 2148:11, 2152:4, 2184:17, 2216:22, 2218:6, 2229:12, 2242:17, 2266:4, 2267:25
**standard** [2] - 2214:10, 2265:10
**Standard** [1] - 2050:23

**staples** [1] - 2168:22
**start** [10] - 2052:22, 2071:7, 2071:10, 2073:1, 2110:1, 2137:14, 2144:12, 2217:17, 2222:9, 2253:19
**started** [28] - 2044:25, 2070:22, 2071:5, 2071:8, 2072:25, 2077:7, 2077:12, 2077:14, 2079:18, 2084:25, 2094:10, 2144:17, 2163:17, 2163:23, 2164:25, 2167:4, 2167:25, 2182:2, 2193:21, 2199:23, 2199:24, 2214:14, 2224:17, 2224:19, 2246:15, 2247:14, 2253:6, 2259:5
**starting** [5] - 2078:14, 2087:15, 2099:4, 2205:14, 2228:1
**starts** [6] - 2128:25, 2129:1, 2137:14, 2138:8, 2173:6, 2206:8
**state** [4] - 2097:24, 2116:21, 2149:5, 2211:20
**statement** [4] - 2149:11, 2188:17, 2239:5, 2239:8
**statements** [1] - 2200:23
**STATES** [3] - 2037:1, 2037:4, 2037:12
**States** [4] - 2037:5, 2037:18, 2047:4, 2059:13
**status** [3] - 2045:22, 2111:11, 2111:13
**stay** [20] - 2088:6, 2090:6, 2090:16, 2116:21, 2117:4, 2117:8, 2117:11, 2117:13, 2122:16, 2124:9, 2195:5, 2229:8, 2231:21, 2231:24, 2248:10, 2248:12, 2248:15, 2249:8, 2249:9, 2260:1
**stayed** [5] - 2082:8, 2103:16, 2121:16, 2243:6, 2253:10
**staying** [2] - 2126:7, 2126:13

**stays** [1] - 2041:5
**steal** [1] - 2115:11
**stealing** [4] - 2114:21, 2115:11, 2115:13, 2145:14
**stencil** [3] - 2171:20, 2171:21, 2198:13
**stenciling** [1] - 2200:2
**stencils** [2] - 2171:18, 2200:5
**stenography** [1] - 2038:16
**step** [1] - 2055:3
**steps** [5] - 2042:16, 2147:2, 2148:14, 2216:24, 2266:5
**stick** [3] - 2213:22, 2215:20, 2229:9
**still** [29] - 2048:8, 2077:1, 2077:5, 2085:10, 2090:9, 2097:4, 2097:5, 2102:13, 2115:23, 2119:2, 2124:6, 2136:20, 2140:21, 2149:15, 2152:11, 2163:25, 2210:23, 2218:11, 2225:14, 2225:15, 2225:22, 2228:2, 2231:20, 2231:21, 2247:2, 2251:5, 2258:12, 2258:19, 2258:21
**stole** [8] - 2114:25, 2115:8, 2115:19, 2129:15, 2130:2, 2130:13, 2132:5, 2132:22
**stolen** [4] - 2114:23, 2115:9, 2115:16, 2115:21
**stop** [9] - 2081:13, 2126:22, 2137:23, 2140:15, 2148:7, 2199:19, 2199:20, 2199:22, 2245:11
**stopped** [23] - 2057:1, 2057:11, 2057:17, 2057:23, 2059:2, 2059:9, 2059:17, 2060:6, 2060:12, 2060:24, 2061:12, 2061:17, 2062:7, 2062:21, 2063:6, 2063:23, 2064:17, 2065:16, 2069:5, 2081:17, 2082:16, 2085:7, 2106:9
**stops** [6] - 2053:2, 2053:15, 2054:19,

2054:24, 2055:10, 2147:17
**store** [2] - 2186:18, 2212:16
**story** [8] - 2086:9, 2086:10, 2086:13, 2215:4, 2215:10, 2244:16, 2262:25
**straight** [2] - 2063:10, 2096:16
**straighten** [1] - 2151:6
**straightforward** [2] - 2139:3, 2145:20
**strange** [2] - 2068:15, 2068:18
**stray** [1] - 2240:4
**street** [1] - 2187:7
**stricken** [2] - 2135:1, 2135:3
**striking** [1] - 2040:15
**string** [3] - 2137:13, 2148:3, 2265:12
**stripe** [2] - 2096:10, 2096:19
**stripes** [1] - 2093:12
**strokes** [1] - 2062:1
**stroking** [1] - 2082:3
**strong** [17] - 2060:13, 2060:21, 2060:22, 2106:25, 2167:2, 2167:5, 2167:10, 2167:11, 2167:17, 2168:1, 2168:5, 2168:9, 2168:11, 2179:1, 2198:8, 2252:20
**stronger** [5] - 2065:20, 2167:20, 2178:13, 2192:19, 2223:22
**strongest** [1] - 2167:15
**strongly** [2] - 2247:19, 2247:22
**struck** [2] - 2245:13, 2245:14
**struggled** [1] - 2091:6
**struggles** [3] - 2080:15, 2091:1, 2219:16
**struggling** [1] - 2088:19
**stuff** [9] - 2143:13, 2154:3, 2174:24, 2184:24, 2203:6, 2203:10, 2254:20, 2259:23, 2264:10
**subject** [5] - 2049:22, 2101:9, 2106:24, 2162:12, 2215:9
**Subject** [1] - 2048:24

**subjects** [2] - 2053:24, 2148:7
**sublevels** [1] - 2096:24
**submit** [2] - 2143:4, 2213:5
**submitted** [3] - 2138:23, 2139:1, 2145:20
**Success** [2] - 2070:25, 2071:3
**successful** [6] - 2131:15, 2132:1, 2132:2, 2132:4, 2268:21, 2269:24
**sudden** [2] - 2193:21, 2198:23
**suddenly** [3] - 2255:25, 2256:15, 2256:21
**suffering** [1] - 2083:5
**sugar** [1] - 2166:20
**suggest** [6] - 2042:19, 2042:20, 2116:7, 2204:20, 2207:25, 2255:15
**suggested** [1] - 2144:25
**suggesting** [2] - 2208:15, 2212:22
**suggestion** [1] - 2174:16
**Suite** [2] - 2037:23, 2038:8
**summons** [1] - 2123:8
**superclear** [2] - 2116:1, 2116:6
**support** [11] - 2051:1, 2080:10, 2104:17, 2105:4, 2105:5, 2105:16, 2107:7, 2107:17, 2174:21, 2229:18, 2248:24
**supported** [1] - 2126:7
**supporting** [2] - 2109:3, 2109:5
**supportive** [3] - 2074:15, 2126:11, 2126:13
**supposed** [5] - 2123:21, 2141:23, 2205:9, 2224:23, 2236:24
**supreme** [8] - 2173:2, 2173:8, 2173:9, 2208:2, 2208:4, 2208:7, 2208:10, 2208:11
**surprised** [3] -

2259:18, 2259:19, 2259:20
**surprising** [1] - 2137:22
**surrounding** [1] - 2230:17
**suspect** [2] - 2138:16, 2194:2
**sustained** [1] - 2261:6
**Sustained** [9] - 2065:3, 2168:19, 2201:8, 2204:8, 2238:12, 2245:4, 2263:16, 2263:19, 2264:20
**swam** [1] - 2214:13
**sweeping** [1] - 2187:7
**switch** [1] - 2148:7
**Switzerland** [1] - 2111:5
**sworn** [2] - 2048:11, 2152:15
**Sylvie** [2] - 2057:19
**symbolize** [1] - 2191:17
**system** [3] - 2221:23, 2234:22, 2238:10

---

**T**

**table** [5] - 2047:5, 2047:10, 2063:11, 2171:21, 2262:24
**talks** [2] - 2108:2, 2180:14
**tantrum** [1] - 2084:7
**Tanya** [1] - 2047:3
**TANYA** [1] - 2037:18
**tape** [6] - 2061:8, 2061:9, 2188:3, 2189:20, 2193:15, 2236:18
**tapes** [1] - 2044:24
**tapped** [1] - 2175:22
**tasked** [1] - 2239:5
**tasks** [2] - 2050:24, 2132:25
**tattoo** [2] - 2053:7, 2198:23
**taught** [9] - 2062:17, 2072:7, 2110:24, 2111:9, 2117:15, 2161:1, 2191:23, 2191:24, 2263:2
**TAZOLI** [1] - 2038:5
**teach** [6] - 2053:4, 2053:8, 2187:12, 2192:3, 2192:5, 2260:23
**teacher** [3] - 2067:5,

2158:2, 2160:17
**teachings** [3] - 2080:13, 2085:21, 2246:16
**team** [5] - 2080:9, 2112:11, 2112:16, 2178:20, 2229:13
**Technic** [1] - 2075:22
**technicality** [1] - 2163:24
**technology** [1] - 2117:15
**temper** [1] - 2084:6
**ten** [5] - 2055:25, 2101:9, 2102:3, 2132:25, 2217:23
**ten-minute** [2] - 2102:3, 2217:23
**tenor** [1] - 2237:4
**tension** [1] - 2074:3
**TENY** [1] - 2037:21
**Teny** [1] - 2047:9
**Teri** [1] - 2047:6
**term** [5] - 2075:24, 2089:4, 2103:25, 2149:13, 2165:8
**terminal** [1] - 2253:2
**terms** [11] - 2099:10, 2123:25, 2126:5, 2164:22, 2165:24, 2173:5, 2174:11, 2197:8, 2207:18, 2231:16, 2254:9
**test** [1] - 2139:4
**testified** [19] - 2048:11, 2048:16, 2051:6, 2051:13, 2065:5, 2065:8, 2065:11, 2075:6, 2102:18, 2104:11, 2113:2, 2130:22, 2152:15, 2175:1, 2179:4, 2179:14, 2199:17, 2200:19, 2203:2
**testify** [1] - 2051:25
**testimony** [6] - 2041:19, 2055:8, 2102:3, 2148:12, 2216:23, 2267:2
**Texas** [1] - 2240:15
**text** [3] - 2197:17, 2216:4, 2266:16
**textbook** [1] - 2144:19
**textbook-like** [1] - 2144:19
**themselves** [3] - 2161:12, 2187:13, 2250:19
**theoretical** [3] -

2173:16, 2173:18, 2190:3
**theoretically** [2] - 2189:16, 2209:9
**theory** [8] - 2178:14, 2189:10, 2189:11, 2189:13, 2190:3, 2210:9, 2211:23, 2247:1
**thereabouts** [1] - 2052:21
**Thereafter** [1] - 2050:22
**therefore** [2] - 2051:1, 2086:21
**Thinking** [1] - 2229:4
**thinking** [11] - 2055:12, 2055:22, 2125:8, 2138:2, 2143:21, 2190:18, 2219:12, 2228:11, 2228:24, 2232:16, 2233:17
**thinks** [3] - 2136:20, 2195:12, 2213:17
**Third** [1] - 2037:20
**third** [7] - 2076:2, 2079:9, 2116:1, 2127:1, 2197:13, 2205:23, 2267:4
**thirties** [1] - 2106:20
**thirty** [2] - 2143:1, 2143:2
**thirty-five** [2] - 2143:1, 2143:2
**thirtysomething** [1] - 2106:20
**thoughts** [1] - 2225:7
**thousand** [1] - 2114:25
**thousands** [2] - 2188:20, 2188:21
**Thousands** [1] - 2114:24
**threat** [1] - 2247:24
**threaten** [2] - 2107:21, 2225:13
**threatened** [1] - 2107:24
**threatening** [1] - 2088:16
**threats** [1] - 2247:21
**three** [8] - 2072:9, 2073:20, 2073:23, 2078:15, 2132:25, 2136:6, 2145:24, 2174:13
**throughout** [1] - 2253:25
**throwing** [1] - 2230:25

**thwarting** [1] - 2098:16
**Tibet's** [1] - 2101:5
**ticket** [2] - 2133:4, 2136:8
**tied** [1] - 2063:17
**tirelessly** [1] - 2097:16
**titled** [1] - 2041:4
**to..** [1] - 2256:5
**today** [17] - 2043:3, 2066:21, 2127:2, 2128:2, 2138:18, 2138:25, 2149:19, 2173:24, 2217:17, 2217:18, 2217:19, 2217:21, 2219:20, 2246:14, 2250:24, 2256:23
**together** [19] - 2049:8, 2075:20, 2077:1, 2077:5, 2077:20, 2077:25, 2109:24, 2142:4, 2146:5, 2153:11, 2153:14, 2153:15, 2153:17, 2184:5, 2190:22, 2197:5, 2224:21, 2248:13, 2253:15
**tomorrow** [2] - 2045:11, 2267:2
**Tomorrow** [1] - 2045:10
**Toni** [4] - 2069:6, 2069:7, 2086:8, 2086:10
**toni** [1] - 2069:7
**tonight** [2] - 2266:8, 2267:14
**Tony** [1] - 2086:12
**took** [26] - 2105:25, 2108:16, 2114:14, 2142:3, 2164:17, 2164:19, 2169:8, 2177:7, 2177:15, 2192:23, 2193:4, 2193:7, 2198:4, 2206:10, 2207:11, 2223:19, 2229:18, 2239:11, 2254:4, 2257:16, 2264:5, 2264:10, 2269:3, 2269:13, 2269:18
**tool** [1] - 2242:18
**tools** [2] - 2169:11, 2169:12
**top** [3] - 2048:24, 2113:19, 2128:11
**topic** [2] - 2201:20, 2236:21
**topics** [2] - 2085:18,

2162:13
**tortured** [1] - 2065:19
**total** [3] - 2127:20, 2145:13, 2146:21
**totally** [2] - 2060:4, 2232:18
**touch** [1] - 2231:24
**touched** [1] - 2083:25
**touching** [1] - 2082:3
**tough** [3] - 2206:3, 2213:17, 2213:19
**toward** [2] - 2122:1, 2141:11
**towards** [4] - 2143:6, 2214:2, 2225:4, 2225:11
**town** [3] - 2134:8, 2134:14, 2135:1
**toys** [1] - 2203:3
**traded** [1] - 2192:24
**transcribed** [1] - 2261:15
**transcript** [3] - 2038:16, 2061:15, 2135:1
**TRANSCRIPT** [1] - 2037:11
**Transcription** [1] - 2038:16
**transcripts** [3] - 2256:23, 2257:1, 2257:12
**transfer** [1] - 2060:19
**transition** [1] - 2220:9
**transparency** [1] - 2150:18
**transparent** [1] - 2079:4
**transported** [1] - 2132:14
**treat** [1] - 2166:16
**treated** [3] - 2095:8, 2095:9, 2150:18
**tremendous** [2] - 2138:2, 2241:9
**tremendously** [1] - 2228:15
**trial** [12] - 2041:8, 2043:7, 2044:12, 2045:21, 2046:3, 2047:16, 2047:20, 2182:24, 2262:21, 2266:22, 2267:1, 2269:15
**TRIAL** [1] - 2037:11
**tricking** [1] - 2211:1
**tried** [4] - 2088:4, 2105:25, 2141:14, 2269:25
**triggered** [1] - 2149:14

**trip** [5] - 2069:5, 2095:19, 2155:17, 2155:19
**trouble** [1] - 2098:20
**troubling** [3] - 2251:23, 2251:24, 2252:13
**true** [46] - 2062:11, 2092:20, 2094:11, 2102:22, 2110:14, 2110:17, 2110:19, 2112:12, 2122:18, 2126:8, 2126:12, 2132:24, 2147:23, 2147:25, 2148:2, 2162:5, 2163:1, 2163:24, 2163:25, 2169:22, 2170:7, 2170:8, 2170:10, 2170:16, 2171:14, 2171:15, 2174:4, 2175:8, 2178:25, 2179:6, 2185:15, 2196:19, 2223:2, 2223:5, 2227:7, 2227:14, 2227:15, 2233:25, 2239:22, 2242:12, 2242:13, 2243:5, 2246:6, 2247:18, 2249:24, 2251:19
**truly** [2] - 2248:12, 2248:15
**trust** [7] - 2202:18, 2220:22, 2227:25, 2228:2, 2228:7, 2232:21, 2233:9
**trustworthy** [1] - 2228:3
**truth** [3] - 2250:8, 2250:21, 2268:3
**try** [8] - 2119:2, 2143:11, 2187:2, 2217:18, 2217:19, 2217:20, 2223:11, 2223:22
**trying** [26] - 2059:21, 2080:24, 2081:9, 2105:5, 2105:7, 2119:3, 2123:16, 2123:17, 2137:21, 2138:20, 2143:10, 2166:10, 2185:14, 2219:24, 2220:1, 2221:17, 2222:16, 2223:21, 2225:14, 2229:11, 2232:6, 2236:18, 2265:11, 2268:15, 2269:19, 2269:20

**Tuesday** [1] - 2267:4
**turn** [2] - 2127:21, 2161:18
**turns** [5] - 2045:22, 2104:14, 2214:6, 2214:8, 2214:9
**TV** [2] - 2166:19, 2266:13
**twelve** [3] - 2119:17, 2253:7, 2259:6
**twenties** [2] - 2131:5, 2142:3
**twenty** [2] - 2068:24, 2132:15
**twenty-one** [1] - 2068:24
**twenty-something** [1] - 2132:15
**Twice** [1] - 2155:11
**Twitter** [1] - 2266:18
**two** [30] - 2040:6, 2053:19, 2072:11, 2072:12, 2075:11, 2094:25, 2096:10, 2096:23, 2097:3, 2113:22, 2120:4, 2126:13, 2128:9, 2131:13, 2132:19, 2136:18, 2137:12, 2142:5, 2142:22, 2158:4, 2162:11, 2163:15, 2180:4, 2180:21, 2180:25, 2185:22, 2198:4, 2249:25, 2253:2, 2258:16
**Two** [3] - 2038:4, 2044:23, 2229:4
**two-hour** [2] - 2162:11, 2249:25
**two-page** [2] - 2128:9, 2137:12
**type** [7] - 2054:6, 2074:19, 2082:6, 2185:20, 2210:17, 2245:8, 2254:20
**types** [7] - 2097:12, 2110:1, 2127:25, 2180:4, 2180:21, 2185:17, 2230:19

**U**

**U.S** [1] - 2037:15
**ugliness** [3] - 2230:6, 2230:11, 2230:13
**ugly** [1] - 2230:15
**uh-hum** [10] - 2077:18, 2081:4, 2081:12, 2081:16,

2091:25, 2124:8, 2130:12, 2188:5, 2199:22, 2202:13
**Ultima** [3] - 2098:20, 2163:5, 2207:15
**ultimately** [9] - 2049:25, 2054:4, 2058:18, 2116:10, 2209:23, 2211:11, 2225:16, 2250:6, 2252:19
**umbrella** [1] - 2169:22
**umm..** [1] - 2068:20
**unauthorized** [1] - 2175:19
**unavailable** [1] - 2182:23
**uncomfortable** [4] - 2082:5, 2166:20, 2214:7, 2241:9
**unconventional** [1] - 2068:19
**under** [18] - 2048:8, 2057:21, 2058:4, 2102:13, 2150:3, 2152:12, 2194:25, 2195:5, 2198:16, 2204:10, 2205:14, 2218:12, 2225:18, 2225:21, 2241:18, 2242:2, 2248:5, 2269:15
**understood** [7] - 2069:20, 2091:7, 2103:4, 2103:5, 2195:10, 2244:16, 2244:17
**undone** [1] - 2116:25
**unenroll** [1] - 2238:20
**Unfortunately** [1] - 2051:3
**unfortunately** [1] - 2185:13
**unhappy** [3] - 2041:17, 2041:24, 2083:8
**unification** [3] - 2208:22, 2208:23, 2209:12
**unified** [1] - 2211:11
**union** [1] - 2189:9
**unique** [1] - 2086:20
**UNITED** [3] - 2037:1, 2037:4, 2037:12
**United** [4] - 2037:5, 2037:18, 2047:4, 2059:13
**unjust** [1] - 2234:23
**unknown** [1] - 2167:12

**Unless** [1] - 2042:19
**unless** [1] - 2106:10
**unpopular** [1] - 2239:9
**unraveling** [1] - 2221:13
**Unterreiner** [8] - 2074:4, 2075:15, 2075:20, 2075:25, 2076:9, 2103:15, 2158:21, 2159:10
**unusual** [2] - 2068:19, 2095:24
**up** [48] - 2042:18, 2050:1, 2056:3, 2056:13, 2061:9, 2062:6, 2072:9, 2084:20, 2087:11, 2099:9, 2099:15, 2099:16, 2109:20, 2113:19, 2119:5, 2120:4, 2125:2, 2135:6, 2138:1, 2139:23, 2146:19, 2166:17, 2166:20, 2166:22, 2167:13, 2168:12, 2168:16, 2172:15, 2180:18, 2180:19, 2192:7, 2192:10, 2201:12, 2203:20, 2209:5, 2220:8, 2225:17, 2228:23, 2229:9, 2236:24, 2250:9, 2252:8, 2252:16, 2258:22, 2262:8, 2270:4
**updated** [2] - 2135:9
**uphold** [18] - 2080:4, 2108:2, 2165:3, 2166:4, 2166:22, 2167:12, 2167:14, 2167:16, 2167:21, 2192:20, 2192:23, 2210:14, 2229:11, 2233:20, 2249:16, 2251:11, 2252:23, 2253:1
**upholding** [1] - 2167:20
**upset** [4] - 2084:12, 2142:14, 2256:8, 2256:9
**upsetting** [1] - 2082:18
**upsidedown** [3] - 2170:24, 2171:19, 2171:20
**Urging** [1] - 2105:4
**USA** [1] - 2136:12

**USN** [1] - 2119:7

**V**

**V-Week** [3] - 2113:2, 2113:16, 2153:14
**vaginas** [1] - 2082:3
**vaguely** [2] - 2109:14, 2131:23
**valid** [6] - 2230:17, 2230:25, 2231:2, 2232:15, 2232:18, 2233:11
**validate** [1] - 2195:20
**validated** [1] - 2170:13
**value** [11] - 2119:3, 2119:6, 2139:2, 2165:4, 2166:5, 2205:15, 2205:17, 2205:21, 2205:22, 2209:13
**valued** [1] - 2125:10
**values** [8] - 2051:1, 2080:2, 2117:21, 2208:21, 2209:3, 2210:13, 2210:14, 2253:10
**Vancouver** [8] - 2220:15, 2221:22, 2222:12, 2227:25, 2228:20, 2234:25, 2238:4, 2239:17
**Vanessa** [8] - 2244:10, 2244:12, 2244:23, 2245:7, 2245:9, 2246:2, 2246:3, 2246:4
**Vanguard** [5] - 2248:1, 2248:7, 2248:8, 2249:8, 2249:9
**variety** [1] - 2053:24
**various** [4] - 2053:23, 2061:10, 2098:21, 2118:18
**verbatim** [2] - 2066:5, 2066:7
**version** [2] - 2051:25, 2135:9
**versus** [1] - 2144:3
**Vicente** [16] - 2092:18, 2109:7, 2109:15, 2109:16, 2109:18, 2110:7, 2175:20, 2218:16, 2219:10, 2222:5, 2226:12, 2231:7, 2239:14, 2240:11, 2240:12
**victim** [5] - 2041:3, 2219:6, 2239:1,

2239:9, 2239:13
**victimizing** [1] - 2239:10
**victims** [3] - 2041:6, 2149:25, 2150:9
**video** [5] - 2053:4, 2065:6, 2201:10, 2236:19, 2241:21
**videoing** [3] - 2062:24, 2063:2
**videotape** [4] - 2200:12, 2200:20, 2201:11, 2202:2
**videotaped** [4] - 2063:4, 2200:7, 2200:17, 2234:14
**videotapes** [2] - 2200:9, 2202:5
**view** [7] - 2080:1, 2081:23, 2107:1, 2236:4, 2250:25, 2251:1, 2251:3
**viewed** [12] - 2081:24, 2082:6, 2085:18, 2108:3, 2109:3, 2109:5, 2109:18, 2110:2, 2110:8, 2168:3, 2210:13, 2230:19
**views** [1] - 2246:8
**violating** [1] - 2173:10
**violation** [2] - 2263:8, 2263:11
**violent** [1] - 2080:11
**visa** [6] - 2111:16, 2111:17, 2111:21, 2118:19, 2136:12, 2146:2
**visas** [1] - 2111:19
**vision** [1] - 2080:7
**visit** [4] - 2089:11, 2090:3, 2104:8, 2266:24
**visiting** [1] - 2074:14
**vocal** [1] - 2098:15
**voice** [2] - 2261:14, 2269:6
**voices** [2] - 2061:18, 2261:14
**voicing** [2] - 2126:19, 2256:9
**void** [1] - 2253:3
**volition** [1] - 2127:12
**volleyball** [1] - 2153:25
**vote** [2] - 2059:13, 2105:23
**votes** [1] - 2105:24
**vow** [10] - 2054:5, 2057:15, 2059:23,

2183:7, 2183:16, 2194:19, 2195:5, 2197:2, 2206:10, 2215:19
**vowing** [1] - 2122:16
**vows** [1] - 2088:21

## W

**wait** [3] - 2045:23, 2225:4, 2228:14
**waiting** [3] - 2090:9, 2130:18, 2131:11
**walk** [3] - 2059:8, 2065:20, 2066:6
**walks** [2] - 2077:24, 2107:14
**wane** [1] - 2084:25
**waned** [1] - 2085:7
**wants** [4] - 2180:17, 2216:16, 2225:9, 2236:24
**was..** [1] - 2123:17
**Washington** [1] - 2038:9
**watch** [2] - 2192:17, 2266:12
**watched** [1] - 2249:23
**watching** [4] - 2166:19, 2198:25, 2241:10, 2268:23
**water** [2] - 2214:13, 2231:1
**ways** [14] - 2074:17, 2075:1, 2080:11, 2114:9, 2123:25, 2124:2, 2134:15, 2195:24, 2195:25, 2231:2, 2249:1, 2259:11, 2259:12, 2268:16
**weak** [8] - 2126:1, 2126:6, 2177:25, 2178:2, 2178:3, 2178:5, 2178:7
**weak-willed** [2] - 2126:6
**weapon** [3] - 2226:8, 2226:16, 2226:19
**wear** [2] - 2064:8, 2065:15
**wearing** [1] - 2156:11
**weather** [1] - 2086:5
**website** [1] - 2266:17
**Wednesday** [3] - 2037:7, 2051:3, 2270:13
**week** [14] - 2072:10, 2072:11, 2096:9, 2122:3, 2122:24,

2123:5, 2127:3, 2128:3, 2138:25, 2139:11, 2139:14, 2267:4, 2267:8
**Week** [3] - 2113:2, 2113:16, 2153:14
**weekend** [2] - 2138:19, 2267:3
**weekly** [1] - 2072:7
**weeks** [4] - 2132:25, 2144:3, 2229:7, 2257:21
**weight** [4] - 2097:23, 2213:25, 2214:3, 2215:14
**Weinstein** [1] - 2151:12
**well-formed** [1] - 2147:2
**well-known** [5] - 2121:1, 2164:5, 2164:10, 2164:16, 2244:23
**well-oiled** [1] - 2178:20
**Well..** [1] - 2041:25
**Wenniger** [1] - 2047:6
**whatnot** [1] - 2117:14
**whatsoever** [1] - 2227:14
**whereabouts** [1] - 2149:23
**white** [1] - 2156:11
**whole** [19] - 2044:5, 2044:6, 2058:1, 2095:19, 2098:24, 2103:13, 2103:16, 2124:25, 2126:3, 2127:18, 2129:6, 2210:5, 2214:15, 2223:7, 2230:20, 2234:11, 2242:18, 2253:21
**wife** [1] - 2219:5
**willed** [1] - 2126:6
**willing** [9] - 2057:14, 2106:9, 2108:2, 2108:4, 2124:2, 2166:22, 2192:20, 2192:23, 2233:19
**window** [7] - 2139:11, 2139:14, 2139:24, 2140:4, 2140:5, 2140:8, 2141:4
**wise** [1] - 2138:21
**wishes..** [1] - 2042:24
**withdraw** [1] - 2105:16
**withdrawing** [1] - 2107:7

**withheld** [2] - 2098:10, 2126:8
**withholding** [3] - 2106:2, 2106:4, 2106:7
**WITNESS** [6] - 2083:16, 2083:19, 2186:4, 2200:4, 2261:23, 2271:3
**Witness** [3] - 2047:25, 2102:7, 2152:4
**witness** [35] - 2043:1, 2045:3, 2047:24, 2048:8, 2048:10, 2049:14, 2102:2, 2102:6, 2102:13, 2148:11, 2148:14, 2152:3, 2152:11, 2152:14, 2180:3, 2180:8, 2180:9, 2180:12, 2216:22, 2216:24, 2217:9, 2217:21, 2218:4, 2218:6, 2218:11, 2236:4, 2236:21, 2237:1, 2245:15, 2266:3, 2266:5, 2267:22, 2267:25, 2268:18, 2268:23
**witnessed** [1] - 2088:7
**witnesses** [1] - 2043:7
**woman** [4] - 2041:2, 2082:21, 2093:6, 2160:14
**women** [60] - 2058:5, 2058:13, 2058:14, 2059:21, 2073:20, 2073:24, 2074:15, 2076:10, 2078:15, 2078:16, 2079:21, 2082:2, 2082:14, 2082:23, 2083:2, 2088:3, 2088:9, 2088:14, 2089:19, 2089:24, 2094:6, 2094:18, 2095:8, 2095:9, 2099:25, 2168:8, 2188:1, 2189:4, 2189:5, 2189:8, 2189:10, 2189:11, 2189:13, 2190:16, 2190:19, 2196:19, 2196:24, 2197:20, 2198:16, 2219:4, 2219:18, 2234:25, 2244:25, 2247:14, 2251:15, 2254:12, 2258:5, 2258:7, 2258:21, 2259:4, 2259:21,

2260:5, 2261:12
**women's** [2] - 2162:3, 2189:15
**wonderful** [2] - 2190:6, 2193:25
**wondering** [1] - 2175:23
**Woodstock** [1] - 2095:16
**word** [11] - 2078:25, 2080:8, 2123:8, 2145:25, 2164:24, 2168:1, 2173:11, 2195:6, 2233:20, 2252:23, 2253:1
**words** [21] - 2050:21, 2053:12, 2064:9, 2064:10, 2065:22, 2065:23, 2065:25, 2066:7, 2127:13, 2128:2, 2128:3, 2128:4, 2144:7, 2145:1, 2147:7, 2182:22, 2197:25, 2201:9, 2213:20, 2223:14, 2252:20
**works** [2] - 2129:3, 2205:10
**world** [15] - 2042:11, 2042:12, 2080:1, 2108:19, 2161:14, 2175:7, 2178:23, 2210:24, 2210:25, 2249:18, 2250:6, 2250:15, 2250:19, 2250:25, 2251:2
**World** [1] - 2100:19
**worried** [2] - 2213:18, 2269:9
**worries** [1] - 2150:14
**worry** [1] - 2180:8
**worship** [4] - 2210:21, 2211:15, 2211:19
**worth** [3] - 2057:14, 2192:25, 2265:12
**write** [17] - 2107:21, 2116:13, 2122:21, 2123:3, 2138:18, 2139:7, 2141:9, 2213:25, 2219:3, 2220:6, 2224:24, 2229:15, 2231:19, 2239:6, 2245:5, 2245:23, 2255:13
**writes** [10] - 2051:20, 2051:23, 2136:6, 2137:18, 2138:11, 2139:5, 2139:21, 2139:25, 2140:12, 2144:15, 2145:13,

2146:6, 2220:11, 2220:21, 2227:6, 2230:9
**writing** [5] - 2104:24, 2110:11, 2133:1, 2212:10, 2212:11
**written** [3] - 2100:15, 2123:14, 2244:24
**wrongful** [1] - 2263:1
**wrote** [16] - 2100:1, 2105:1, 2109:7, 2109:9, 2116:12, 2116:15, 2122:20, 2139:24, 2144:5, 2144:6, 2147:21, 2147:24, 2148:1, 2239:5, 2244:13, 2246:4

## Y

**year** [9] - 2050:19, 2061:23, 2072:10, 2077:16, 2077:17, 2077:20, 2110:11, 2132:15, 2149:14
**Year's** [2] - 2111:25, 2155:9
**years** [26] - 2059:13, 2075:11, 2077:3, 2084:23, 2089:9, 2089:18, 2089:20, 2091:15, 2094:13, 2097:17, 2108:12, 2111:24, 2132:19, 2138:24, 2142:5, 2142:24, 2145:19, 2145:22, 2163:15, 2175:12, 2195:10, 2247:7, 2247:9, 2253:25, 2254:3, 2258:16
**yell** [3] - 2083:23, 2084:3, 2084:5
**yelled** [1] - 2083:24
**yesterday** [15] - 2048:16, 2056:9, 2106:12, 2113:2, 2118:3, 2120:18, 2128:7, 2147:13, 2170:3, 2211:25, 2213:3, 2213:13, 2256:22, 2259:15, 2262:10
**yoga** [11] - 2169:4, 2169:5, 2169:18, 2206:8, 2207:12, 2207:15, 2210:17, 2210:18, 2210:20
**YORK** [2] - 2037:1,

Case 1:18-cr-00204-NGG-VMS   Document 958   Filed 10/21/20   Page 266 of 267 PageID #: 16976

2037:15
**York** [14] - 2037:6, 2037:16, 2037:20, 2037:23, 2200:12, 2201:17, 2201:19, 2201:22, 2201:24, 2244:14, 2245:5, 2246:4
**young** [1] - 2240:6
**yourself** [13] - 2070:11, 2074:23, 2088:7, 2091:17, 2094:1, 2145:10, 2158:5, 2165:4, 2168:4, 2186:13, 2210:24, 2211:12, 2214:1
**YouTube** [1] - 2266:19

## Z

**Zimmerman** [1] - 2228:16
**zoom** [2] - 2118:21, 2128:9