2272

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - X

UNITED STATES OF AMERICA,    : 18-CR-204(NGG)
                             :
                             :
        -against-            : United States Courthouse
                             : Brooklyn, New York
                             :
KEITH RANIERE,               : Thursday, May 23, 2019
                             : 9:30 a.m.
            Defendant.        :
                             :
                             :
                             :
                             :
- - - - - - - - - - - - - X

TRANSCRIPT OF CRIMINAL CAUSE FOR TRIAL
BEFORE THE HONORABLE NICHOLAS G. GARAUFIS
UNITED STATES SENIOR DISTRICT COURT JUDGE

A P P E A R A N C E S :


For the Government: RICHARD P. DONOGHUE, U.S. ATTORNEY
                    EASTERN DISTRICT OF NEW YORK
                        271 Cadman Plaza East
                        Brooklyn, New York 11201
                    BY:  MOIRA KIM PENZA, ESQ.
                         MARK LESKO, ESQ.
                         TANYA HAJJAR, ESQ.
                         Assistant United States Attorney

For the Defendant:   BRAFMAN & ASSOCIATES. P.C.
                        767 Third Avenue - 26th Floor
                        New York, New York 10017
                     BY:MARC A. AGNIFILO, ESQ.
                        TENY T. GERAGOS, ESQ.

                     DEROHANNESIAN & DEROHANNESIAN
                        677 Broadway - Suite 707
                        New York, New York 10017
                     BY:PAUL DEROHANNESIAN, ESQ.
                        DANIELLE SMITH, ESQ.

2273

APPEARANCES
(CONTINUED)


For Lauren Salzman:      QUARLES & BRADY, LLP
                             One Renaissance Square
                             Two North Central Avenue
                             Phoenix, Arizona 85004-2391
                         BY:HECTOR J. DIAZ, ESQ.
                             ANDREA TAZOLI, ESQ.


                              - AND -

                         QUARLES & BRADY, LLP
                             1701 Pennsylvania Avenue NW
                             Suite 700
                             Washington, D.C. 20006
                         BY:LUKE CASS, ESQ.




Court Reporter:          LINDA A. MARINO, OFFICIAL COURT REPORTER
                         225 Cadman Plaza East/Brooklyn, NY 11201
                         lindacsr@aol.com




Proceedings recorded by mechanical stenography, transcript
produced by Computer-Aided Transcription.

Proceedings                                2274

1          THE COURT:  Let's wait for the Defendant.

2          (Pause in proceedings.)

3          THE COURT:  Appearances.

4          MS. PENZA:  Moira Penza, Tanya Hajjar, and Mark

5    Lesko for the United States.  Good morning, your Honor.

6          Also at counsel table is Special Agent Michael

7    Wenniger with the FBI and paralegal specialist Teri Carby.

8          THE COURT:  Good morning.

9          MR. AGNIFILO:  Good morning, your Honor.  Marc

10   Agnifilo, Teny Geragos, Paul DerOhannesian, Danielle Smith,

11   and Keith Raniere, all at defense table.

12         THE COURT:  Good morning.  You all may be seated.  A

13   few things before we get to the next witness.

14         I received this morning a motion for a mistrial.

15   The motion is denied.

16         Also, I noticed more and more yesterday that there's

17   conversation going on at defense counsel's table between the

18   Defendant and one of his attorney.  I find it distracting.

19   It's during witness testimony.  I overheard a comment from the

20   Defendant while the witness was testifying.  I think it's a

21   distraction for the jury.

22         If there's to be communication at counsel's table

23   during testimony, simply write a note, all right?  That way,

24   there won't be any issue.  I just want to avoid any problem

25   that might occur.  During testimony, I'm saying; otherwise,

Proceedings                                    2275

1    you're free to talk all you want.

2                MR. AGNIFILO:  Understood.

3                THE COURT:  Also, the next witness is going to be

4    known by only her first name; is that right?

5                MS. PENZA:  That's right, your Honor.

6                THE COURT:  And I'm instructing any sketch artists

7    in the room that they are not to sketch the face of the

8    witness.

9                MS. PENZA:  Your Honor, we may also be

10   introducing -- I expect we will introduce a photo of her

11   sister, who should also not be sketched, your Honor.

12               THE COURT:  All right.  I just wanted to share that

13   with the sketch artists who are here, and I know they will

14   follow the instruction.

15               Also, yesterday, there was some discussion with the

16   witness about the validity of a plea proceeding before me and

17   whether the witness had been disingenuous or lying to the

18   Court during that proceeding.  The jury knew that the

19   proceeding was in front of me.  It implicated the validity of

20   the proceeding.

21               If there's going to be any discussion of court

22   proceedings in which I am involved, I want an offer of proof

23   provided to me beforehand so that we can determine whether

24   this is something that is appropriately put in front of this

25   jury.

Proceedings                                    2276

1          So, this is just a warning about that kind of

2    questioning.  I'm not saying the questioning can't go forward,

3    I just don't want to be at the surprised end of that kind of

4    inquiry where the issue is something that happened in my court

5    where I took a guilty plea and the person was under oath

6    before me and I accepted the guilty plea.  So, just bear that

7    in mind.

8          Do you understand?

9          MR. AGNIFILO:  I do.  I can only think of it

10   happening possibly with one other witness.

11         THE COURT:  I understand that.  I'm just pointing it

12   out.

13         MR. AGNIFILO:  I know.

14         THE COURT:  I didn't tell you before this, so I'm

15   telling you now.  Now that it's come up, I just want you to

16   understand that so there's no misunderstanding.

17         MR. AGNIFILO:  Understood.

18         THE COURT:  All right.  Now we need a sidebar on two

19   issues that we need to resolve at sidebar.

20

21         (Continued on the following page.)

22

23

24

25





SEALED - SIDEBAR - SEALED                    2278

(Continued on the following page.)

LAM      OCR      RPR

```
                        Proceedings                    2279
```

1           (Sidebar ends; in open court.)

2           THE COURT:  Anything else before we proceed?

3           MS. PENZA:  Not from the Government, your Honor.

4           THE COURT:  Mr. Agnifilo, anything else.

5           MR. AGNIFILO:  No, thank you.

6           THE COURT:  Let's bring in the jury, please.

7           Do you expect the testimony of this witness will

8    take all day?

9           MS. PENZA:  Absolutely, your Honor.  Probably well

10   into Tuesday.

11          (Jury enters.)

12          THE COURT:  Please be seated.

13          Good morning, members of the jury.

14          (A chorus of good mornings.)

15          THE COURT:  We will now continue with the next

16   witness.  You may call your witness.

17          MS. PENZA:  The Government calls Daniela.

18          (Witness sworn.)

19          THE COURTROOM DEPUTY:  Please have a seat.

20          THE COURT:  You may inquire.

21          MS. PENZA:  Thank you, your Honor.

22

23

24

25

Proceedings                                                    2280

1    **DANIELA**,

2              called by the Government, having been

3              first duly sworn, was examined and testified

4              as follows:

5    DIRECT EXAMINATION

6    BY MS. PENZA:

7    Q    Good morning, Daniela.

8    A    Good morning.

9    Q    How old are you?

10   A    I am 33 years old.

11   Q    What is your birthday?

12   A    My birthday is October 26, 1985.

13   Q    Where do you currently live?

14   A    I live in Mexico.

15   Q    Are you familiar with an organization called "NXIVM"?

16   A    Yes.

17   Q    When did you first become involved in NXIVM?

18   A    In the year 2002.

19   Q    How old were you then?

20   A    I was 16.

21   Q    For some number of years, were you connected to that

22   organization or to people affiliated with that organization?

23   A    Yes, I was.

24   Q    For how long?

25   A    About ten years.

Proceedings                                              2281

1   Q    And is that from approximately 2002 through March of
2   2012?
3   A    Yes.
4   Q    During that time, did you primarily live in the Clifton
5   Park, New York, area?
6   A    Yes, I did.
7   Q    Can you provide the first names of the members of your
8   medicine family?
9   A    Yes.  My father is Hector, my mother Ariana, my older
10  sister Marianna, my little brother Hector Adrian, and my baby
11  sister Camilla.
12  Q    What is the age difference between you and your siblings?
13  A    My sister Marianna is older than I am, we're two years
14  apart.  Then my two younger siblings, they are one year apart,
15  two years apart from me.  A six-year span.
16  Q    Can you give each of their birthdays, please?
17  A    Yes.  Marianna's birthday is November 15, 1983; Hector
18  Adrian's birthday is September 24, 1988; and Cami's birthday
19  is March 1, 1990.
20  Q    Are you familiar with someone named Keith Raniere?
21  A    Yes, I am.
22  Q    Do you see Keith Raniere in the courtroom today?
23  A    Yes.
24  Q    Can you identify him by an article of clothing he's
25  wearing?

Proceedings                                                    2282

1    A     Yes.   He's wearing a dark red sweatshirt.

2              MS. PENZA:   May the record reflect the witness has

3    identified the Defendant?

4              THE COURT:   Yes.

5              MS. PENZA:   Thank you.

6    Q     At various points in time, has every member of your

7    immediate family also been connected to NXIVM or the

8    Defendant?

9    A     Yes.

10   Q     At some point, did the Defendant begin having sex with

11   you?

12   A     Yes, he did.

13   Q     How old were you?

14   A     I was 18 years old.

15   Q     Did he also have sex with your two sisters?

16   A     Yes, he did.

17   Q     During the time you were in Albany, were you in the

18   United States legally?

19   A     Not for the entire period of time.

20   Q     Can you describe which periods of time you were here

21   legally versus not legally?

22   A     From the period from 2002, 2003 to 2004, I was coming in

23   and out legally.   2004 'til the end of my involvement, I was

24   in the United States illegally.

25   Q     Is it fair to say that when you recall your experiences

                    LAM      OCR      RPR

Proceedings                                                    2283

1   with NXIVM and with the Defendant that you divide it into

2   specific stages, there's kind of distinct stages to that?

3   A    Yes.  There's a few important milestones.

4   Q    Would it be helpful to provide those for your later

5   testimony?

6   A    Yes.

7   Q    Can you provide those, please?

8   A    Yes.  So, after being involved in ESP, I would say the

9   first one is when Keith started having sex with me.  That was

10  around my 18th birthday.

11       The next big event was when I crossed into the

12  United States illegally, which was 2004.  It was around

13  Christmas 2004.

14       The next big event was when I had a fight with

15  Keith, and that was in 2006, late 2006.

16       And the last big event was when they put me in the

17  room, which would be 2010.

18       THE COURT:  Which was what year?

19       THE WITNESS:  2010.

20       THE COURT:  Thank you.

21  Q    And just to establish it now, do you remember what month

22  that was in 2010?

23  A    It was March 9.

24  Q    And when did you leave the room?

25  A    In 2012, late February.

Proceedings                                    2284

1  Q    Let's go back to before you and your family had heard of

2  the Defendant.

3         Where were you born?

4  A    I was born in Mexico.

5  Q    And in what type of town were you born in?

6  A    I am from a very small town in the center of Mexico.  I

7  was actually born in the capital of the state, but my mother

8  just went there for me to be born, and I was really raised in

9  a very, very small town in the center of Mexico.

10 Q    Can you describe what the town was like?

11 A    Yes.  The town was in the semi-desert.  It was such a

12 small town there were no malls, no big supermarket chain, no

13 movie theaters.  The community, even though there's quite a

14 bit -- a large population, our communities, we all knew each

15 other and all the activities that we were doing.

16 Q    What did your parents do when you were growing up?

17 A    My father had a business with his brothers in the field

18 of mining, manufacturing tools for rock drilling.  Then he

19 went independent in the same line of business and started

20 acquiring a good degree of success.  He was very good, he is

21 very good, at what he does.

22        My mom was a stay-at-home mom, which means she did a

23 lot of different things; not only take care of us, but she

24 also contributed selling little things.

25 Q    How would you describe your childhood?

LAM      OCR      RPR

Proceedings                                    2285

A    My childhood was idyllic.  It was perfect.  We grew up in
a relatively-abundant financially setting.  We went to private
school, we had English lessons, tennis lessons.

        I had a degree of difficulty fitting into society,
into school, at the country club, but my family was my bubble.
My family was like the center of gravity.  I felt safe.

        So, growing up for the first 15 years, my older
sister was my best friend.  I had a very good relationship
with my parents.  I would say unusually good relationship with
my parents, perhaps later realized.  They used to joke about
our family, saying that we were like the Flanders in The
Simpsons because we got along so well and it seemed so perfect
from the outside.  And the truth is that from the inside, it
was a pretty wonderful way to grow up.

        MS. PENZA:  Your Honor, the Government would like to
move into evidence on consent Government Exhibits 912 through
923, Government Exhibit 925, Government Exhibit 926, and
Government Exhibit 929.

        MR. AGNIFILO:  No objection to that, your Honor.

        THE COURT:  All right.  Government Exhibits 912 to
923, 925, 926, and 929 are all received in evidence on
consent.

        (Government Exhibits 912 to 923, 925, 926, and 929
so marked.)

        MS. PENZA:  Thank you, your Honor.

Proceedings                                    2286

1          (Exhibit published to the jury.)

2    Q    Daniela, I'm showing you what's already in evidence as

3    Government Exhibit 925.

4          Do you recognize this photo?

5    A    Yes, I do.

6    Q    Can you describe who's in the photo?

7    A    From the back to the front, it's my dad and my mother, my

8    sister Marianna, then it's me, my little brother Hector

9    Adrian, and my baby sister Camilla.

10   Q    Do you remember when this picture was taken?

11   A    Yes.

12   Q    When was it?

13   A    This was the declaration of the shop where my father was

14   manufacturing his tools that he did for business.

15   Q    Was that a happy day for your family?

16   A    Very.

17   Q    How old are you and your siblings in this photo?

18   A    I think I was about ten years old, so Marianna would have

19   been twelve, and Cami and Adrian would have been, like, seven,

20   eight.

21   Q    How close was your family at this time?

22   A    At this time and throughout my entire childhood, we were

23   very close.

24   Q    When you were a child, did you have dreams about what you

25   would be when you grew up?

Proceedings                                          2287

1    A    Yes, I had many dreams.

2    Q    Can you describe those for us?

3    A    Yes.  So, they changed a little bit throughout my

4    childhood and I would call them more plans, not dreams.

5         When I was a little younger and I used to run around

6    with my microscope and my encyclopedia, I wanted to be a

7    biologist.  I wanted to be -- I wanted to study the animals

8    and be a marine biologist and I wanted to join Greenpeace.

9         As I grew older and I became a little more aware of

10   the things I was liking in school, I changed my ideas.  I

11   wanted -- but I always wanted to do the sciences.  I wanted to

12   be a scientist.  I wanted to do research.

13        As I grew older, I honed in on something a little

14   more specific, and that was my -- I wanted an academic life.

15   I wanted an academic future.  I wanted to study at Harvard.

16   That was my dream, that was my plan.  I had seen it in the

17   movies and I liked the idea of...

18        Then I learned that there's, like, many of ivy

19   league schools, and I had the goal to study and apply to one

20   of those and get in.  So, I wanted to do research on -- I

21   wanted to do preventive medicine research to help people.

22   Q    Can you explain how the school system works in Mexico?

23   A    Yes.  So, in Mexico, we have three years of kindergarten;

24   first, second, third.

25        Then elementary school, and those are six grades.

LAM       OCR       RPR

Proceedings                                                    2288

1  They start again from first grade, so first, second, third,

2  fourth, fifth, sixth grade.

3           Then comes middle school, and those are three more

4  grades, again starting from one; first, second, third grade.

5           Then there's high school, three more grades,

6  starting from first.

7           And then there's undergrad, grad, and that's the

8  same as in the U.S.

9  Q    So, how old is someone, typically, when they are starting

10 high school in Mexico?

11 A    High school is 15, 16.

12 Q    Starting with elementary school, how were you as a

13 student in school?

14 A    I was a stellar student, if I may say for myself.

15 Q    Can you explain?

16 A    Yes.  And I really liked school, so I was very dedicated.

17 I had perfect grades, needless to say.

18           But I was also pretty dorky, pretty nerdy.  I was

19 the type of student that -- I was fascinated by what we were

20 learning.  So, I would go back home -- and for a long time

21 there were no computers, so I would go to the encyclopedia and

22 do research and copy it on to my notebook and bring it to the

23 teacher.  And I was truly enthusiastic about it, which maybe

24 was why I had trouble fitting in other areas.  But I was very

25 dedicated and I did really well.

Proceedings                                    2289

1    Q    Other than school, did you participate in any other
2    activities?
3    A    Yes.  So, my parents did a very good job of filling up
4    our time, but, also, my father had a very good idea of what he
5    thought was a good balance.
6            He, himself, was one of seven children and the only
7    one to have attended college.  And he did so on a scholarship.
8    He was very proud of his education.  And when he went to
9    college, he played tennis.  So, when we were growing up, he
10   considered it very important that we applied ourselves to a
11   sport and that we did so in a competitive way so that it would
12   create a balance in our lives.  So, one of the things we did,
13   we did -- tennis was a family sport.  We trained about three
14   hours a day.
15           Also, from a very young age we attended English
16   classes.  He was very aware it was a very important tool for
17   our future, so we did so every day.  And I also did things
18   like -- I did contemporary ballet and a little bit of piano.
19   Q    At some point, did you have to take a test to get into
20   high school?
21   A    Yes.  Yes, it was an aptitude test of verbal and math
22   skills.
23   Q    Can you explain the importance of that test in Mexico?
24   A    For the school.  I don't know if it was a test in all of
25   Mexico, but it was certainly for the high school that I

LAM     OCR     RPR

Proceedings                                                    2290

1    applied to, which is a high school that's related to the

2    college program, which is the most elite college program in

3    Mexico.  And I applied to the high school that's part of that

4    program.

5              So, this test, this aptitude test, there was a

6    single aptitude test for all the different levels; not only

7    high school, but also grad and undergrad.  And there were

8    different levels of scores required to get into each of the

9    different programs.

10   Q    So, just to take a step back for a second, for high

11   school, where you grew up, was there a local high school?

12   A    There was, but the academic level at least was not

13   something that fit in with my plans.

14   Q    So, at the time when you were ready to go to high school,

15   were there a few options available to you?

16   A    There were really two options available.  There was the

17   capital of the state or Monterrey, which was where I ended up

18   going to high school.

19   Q    And the one in Monterrey was also affiliated with a

20   university; is that right?

21   A    Yes.  It's actually called Techno Monterrey.

22   Q    So, you take this test, and how do you do?

23   A    I did really well.

24   Q    Is there something -- is there a way of noting how well

25   it was?

Proceedings                                                      2291

1   A     Well, I got the high score of my class.

2   Q     And was this -- you said this is the same test that would

3   be used to get into the university programs as well?

4   A     Yes.  So, yes, I think I can explain a little bit.

5         The same test is used for engineering, medical

6   school, the high school diploma.  And, so, the program in high

7   school that I applied to was one of three.  The high school

8   had three programs with three different levels of difficulty.

9   I applied to the most difficult one, and the scoring required

10  for that program was actually higher than the scoring required

11  for medical school.

12  Q     So, what was the name of the program that you did get

13  into?

14  A     International baccalaureate.

15  Q     Is that something that's an international program?

16  A     Yes, it is.

17        I believe it was started for children of diplomats

18  or people who traveled a lot so they were able to transfer

19  their education from country to country.

20  Q     How large was the high school that you were a part of?

21  A     About -- the class was about six, seven hundred people.

22  Q     And how many people were in your international

23  baccalaureate program?

24  A     Fourteen.

25  Q     How far away from your hometown was the school in

LAM       OCR       RPR

Proceedings                                    2292

1    Monterrey?

2    A    About four and a half hours by bus.

3    Q    How did you feel about going away?

4    A    Well, it was difficult.  At the time, it felt like

5    heartbreak to me.  I was very aware, even, like, the months

6    before I left, that I was leaving a chapter of my life behind

7    and I was going to be away from my family and perhaps forever,

8    perhaps that was the last time that we were going to be

9    spending time as a family.

10            It was very sad.  It was very sad that I had to part

11   with, you know, the nucleus, this bubble where I felt safe.

12   So, it was for me in particular -- I think for anybody at 15,

13   but it was a pretty big break.

14   Q    Where was your older sister, Marianna, when you began

15   high school?

16   A    When I began high school, my sister had been already

17   studying the first two years of high school for her in the

18   capital of the state.  Same school, different program.  And

19   the capital is about two hours away from my hometown, so a

20   little bit closer.

21   Q    When you started at high school, did she transfer to your

22   school?

23   A    Yes.

24   Q    What was it like being in your first year of high school

25   with your older sister, Marianna, being there?

Proceedings                                    2293

1  A    It was difficult.  It was difficult just because so much

2  of it was very new.  Simple things, like preparing my own

3  food, I didn't know it.  Growing up, there was my mother,

4  obviously, and we also had help in the house.

5           So, having to decide what to eat for breakfast,

6  lunch, dinner, washing my clothes, the routine of an

7  independent life, that was new to me, that was certainly

8  difficult.  But doing it with my sister was even more

9  difficult.

10          My sister was a little more normal than I was, so

11  she had an active social life.  She liked partying.  And when

12  we were in Monterrey together, she started hanging out with, I

13  think, bad company.  She developed a pretty severe eating

14  disorder.  It was, like, in at the time with the elite there,

15  or at least this group of people that she was -- like, the

16  popular girls that she was hanging out with.

17          And, also, she was partying a lot and drinking a

18  lot, so much so that I started going out to nightclubs, which

19  is not something I used to do, just to make sure she was okay.

20  So, I was taking care of her.

21  Q    So, you were the younger sister but you were taking care

22  of your older sister?

23  A    In that respect yes.

24  Q    Would that happen later as well?

25  A    Yes.

Proceedings                                          2294

1   Q     You said she developed an eating disorder.

2         Was there a specific eating disorder she had?

3   A     Yes.  She was throwing up.  She had bulimia.

4   Q     Did Marianna graduate from high school that year?

5   A     Yes, she did.

6   Q     During your first year, did you apply to other high

7   schools?

8   A     Yes.

9   Q     Why was that?

10  A     So, even before it -- before, when I was back in my

11  hometown and I was deciding where to go to school, as I said,

12  it was my dream and my plan to study.  In fact, very

13  specifically my dream was to study in Switzerland.  I have

14  family from Switzerland and I had been admiring the calendars

15  with beautiful pictures and learning about it for a while.

16        So, even before, I had applied to schools in

17  Switzerland and I had gotten in, but my mom put her foot down

18  and said, For the first time that you leave, it's the first

19  time you're going to leave home, you at least have to stay in

20  the country.

21        So, I wasn't allowed.  But for the second year, it

22  was the second year, so I was allowed.  What I did is, taking

23  advantage of the IB program that I was a part of, I searched

24  out all the schools that had that program and contacted the

25  admissions office for all these different places, applying for

Proceedings                                                   2295

1    a transfer to do a year abroad.

2    Q    How did you figure out which schools to apply to?

3    A    I printed a directory of all the IB schools and I

4    filtered the ones I wanted to.  Some of them didn't have, you

5    know, easily available -- like, the internet was not as well

6    grown as it is today, maybe.  There's no app to, like, apply

7    to every school.

8              So, some of the schools that I was looking up didn't

9    have a straightforward way to apply to them, so I would just

10   write letters introducing myself and explaining who I was,

11   that I was interested in studying there.

12             And that's how I searched them out and contacted

13   them all.

14   Q    And did you -- did you actually receive responses from

15   schools?

16   A    Yes, some.  But one in particular that was surprising and

17   remarkable because it was my main pick, they had contacted me

18   back.

19   Q    What school was that?

20   A    It was called LAS, Leysin American School, in

21   Switzerland.

22   Q    Why did that school in particular appeal to you?

23   A    Well, it was located in a resort in the Swiss Alps, which

24   was beautiful.  It also was very elite.  This was a school

25   that catered mostly for people of very high level and,

Proceedings                                                    2296

1   apparently, had, like, an extraordinary academic level.

2   Q    Is it fair to say this school fit in with the plan you

3   had?

4   A    Yes, yes.

5   Q    So, what happened after you applied to that school?

6   A    So, what happened is I received a phone call which was

7   very surprising from a man called Paul Dyer, who was the head

8   of the admissions office at LAS.  And he told me that he was,

9   essentially, pleasantly surprised by my letter.

10          That was one of the schools that didn't have an

11  application.  I had just sent an introduction package from

12  Daniela.  And he said he would like to meet me, he would like

13  to meet my father.  He wanted to interview us, he wanted to

14  interview me, you know, to -- like, I wasn't admitted.  He

15  wanted to meet me and he had an appointment in Mexico, so I

16  set up an appointment with my father, and we met in Monterrey

17  with Paul.

18  Q    How did the interview go?

19  A    Well, I was very nervous, and I remember it was an

20  academically-oriented interview.  He had financial questions

21  for my father.

22          But the interview went very well because after that,

23  I received another phone call from Paul to announce that not

24  only was I admitted but I was being granted the only

25  scholarship that they gave out a year.  So, it was fantastic.

Proceedings                                2297

1    Q    Did you decide that you were going to attend that school?

2    A    Yes, yes.  I mean, there wasn't much to decide.

3         The main issue was that even with the scholarship,

4    it was a very expensive trip, it was a very expensive thing to

5    do.  So, the main thing was on my dad, but he approved.  He

6    looked at the numbers and did what he had to do.

7         For me, it was an automatic yes.

8    Q    So, you were set to go to this school.

9    A    Yes.

10   Q    So, what academic year would you have been starting at

11   LAS?

12   A    My second year of high school.

13   Q    And what year would that have been?

14   A    2002.

15   Q    Approximately September 2002 you would have been expected

16   to start there?

17   A    Yes.

18   Q    Did you take any other steps in order to plan to start in

19   September 2002?

20   A    Yes.  I applied for the immigration, the visa required,

21   to be able to go to Switzerland; my father got his finances in

22   order for that; I started -- I gave notice to my high school

23   of transfer.

24        So, everything was in place.

25   Q    At some point, did you learn about a program called

Proceedings                                         2298

1    Executive Success Program?

2    A    Yes.

3    Q    And is that sometimes abbreviated "ESP"?

4    A    Yes.

5    Q    When did you first hear about ESP?

6    A    I heard about ESP for the first time approximately the

7    second semester of high school.

8    Q    And how did you learn about that?

9    A    My parents were taking a course.  They called it an

10   "intensive."

11   Q    Did you have a general sense of what type of program it

12   was?

13   A    My parents had been taking some, like, a string of

14   self-help programs for a while, so I understood it was another

15   self-help program.

16   Q    At that point in time, had you taken any self-help

17   programs?

18   A    Yes.  My parents had trapped me into a few of those.

19        I had taken something called Empowerment, which was

20   a program that connected you to your inner child, which I was

21   a child so it was easy to connect.

22        I also took NLP -- and I was young.  NLP is

23   neurolinguistic programming.  I was young.  It was for kids,

24   so I found it very boring.

25   Q    Do you have a brief understanding of what NLP is?

LAM      OCR      RPR

Proceedings                                                2299

1   A    I don't.  I can tell you what I learned in that course

2   was such basic things as when you say no to a human being, it

3   really means yes.  Or maybe it was the opposite or something

4   like that.  Or when you talk to yourself in the negative, it

5   has the opposite effect.  It was something very simple and

6   very, like -- I don't have a very good understanding.

7   Q    Were you impressed with any of those courses?

8   A    No, no, I mostly -- and I think all my siblings, because

9   we all took them -- we mostly just went along with my parents.

10  Q    Where did your parents take their ESP intensive?

11  A    In the city where I was going to high school, in

12  Monterrey.

13  Q    Were you spending time with them while they were taking

14  the intensive?

15  A    Not with them.  In their hotel room.

16  Q    Why was that?

17  A    While they were taking the 16-day intensive, it was still

18  a school year.  And I was living with my sister Marianna in

19  on-campus residency which did not have AC, and Monterrey can

20  get really, really hot.  So, what I was doing is I was coming

21  out of school and going -- instead of going back to campus, I

22  would go to my parents' hotel and I would watch TV and snack

23  all afternoon.

24

25            (Continued on the next page.)

LAM       OCR       RPR

Daniella - direct - Penza                    2300

1    (Continuing)

2    Q    What was your parent's relationship like at the time when

3    they were taking these classes?

4    A    They had been having -- they had been having issues in

5    their marriage, from the time that I was about 15 years old

6    and I have very good relationship -- a very good relationship

7    with both my parents, so they both confided in me separately.

8    I didn't know the intimate parts, but I knew that they were

9    struggling with each other.

10   Q    So your parents are taking the ESP intensive while you're

11   in your first year, while you're in your second semester of

12   your first year of high school.

13   A    That's right.

14   Q    At that point, had you made the plans about going to LAS?

15   A    Yes.

16   Q    What did your parents tell you about the ESP course while

17   they were taking it?

18   A    While they were taking it, I knew very basic things that

19   it wasn't just a self-help program.  It was a scientific one,

20   that it was based in science and that the creator was a

21   scientist and the smartest man in the world.

22   Q    What did you think when they told you that?

23   A    I mean, given my, my angle in life, just the intellectual

24   part was impressive to me.  But it didn't make much more of

25   it, it was like wow, okay.

LAM      OCR      RPR

Daniella - direct - Penza                    2301

1   Q    At some point, did you end up taking ESP, an ESP

2   intensive yourself?

3   A    I did.

4   Q    How did that happen?

5   A    As a -- as a farewell gift from my parents, from my

6   father, he gifted me a 16-day intensive.  He said it was so

7   good that he wanted me to take it, so that I could make the

8   most out of my upcoming trip to Switzerland.

9   Q    So did you end up taking the 16-day intensive?

10  A    Yes.

11  Q    When was that?

12  A    In -- in the summer prior to me leaving.

13  Q    So how old were you?

14  A    I was 16.

15  Q    And where did you take it?

16  A    In Monterrey.

17  Q    What do you remember from your first ESP intensive?

18  A    I remember the head trainer was a person who teaches the

19  intensive, her name was Lauren.

20  Q    What's Lauren's last name?

21  A    Salzman.

22  Q    What were your impressions of Lauren Salzman?

23  A    She was sharp.  She was bubbly.  She was smart and she

24  was likable.

25  Q    Sorry.  What else do you remember?

1    A    I remember being intimidated.

2    Q    Why were you intimidated?

3    A    This was a very, I thought at the time, very

4    sophisticated group of people.  It was the Mexican people

5    there were all part of the Mexican elite, very wealthy people,

6    very successful people.  And I was a 16-year-old student from

7    a small town in Mexico, I felt it was -- it was -- it was

8    an -- it was intimidating but in like, in a -- I guess in a

9    good way.  Like, not in a negative way.

10          It was just very impressive, you know, the level of

11   people there.

12   Q    Did the level of people there have an impact on you and

13   your perception of the course?

14   A    I mean, to me, it lended validity, like implicit

15   validity.  You know, like, society at large validated the

16   successful people and all these successful people validated

17   that this thing they were doing here was something, by all

18   counts, very good, very interesting, very valid.

19   Q    Did you learn the defendant's name while you were taking

20   the intensive, Keith Raniere?

21   A    Yes.

22   Q    And how was the defendant spoken about during the 16-day

23   intensive?

24   A    He was spoken about a lot and it was with -- with that

25   degree of reverence.  He was -- they showed us his picture.  I

Daniella - direct - Penza                    2303

1    mean, by the end of the intensive I thought I knew what he was

2    like.

3            They, of course, said he was the smartest man in the

4    world.

5    Q    Is that something you would hear a lot in the coming

6    years?

7    A    Yes.  And I mean, to me, that was kind of enough.  I

8    mean, as a person who valued intellect the most and all of

9    that, as a scientist and the smartest man in the world.

10           Other things were also said.  All of them like,

11   impressive sorts of things; that he was unified.  That he was

12   a renunciate.

13           So there was like this aura of saintlihood of sorts.

14   Q    What did unified mean?

15   A    Unified in ESP terms, I believe, means you have no

16   disintegrations.  So it is, in essence, like the endpoint,

17   like the whole reason everybody is trying to go through all of

18   these courses and removal of disintegrations and so they can

19   get like reach this nirvana; this point where there's nothing

20   else to be fixed.

21           And essentially, as I understood it, you no longer

22   react to the external world.  You don't have any

23   contradictions in the way that you feel, you act, you think

24   and you act.

25   Q    Was anyone ever described to you as being unified?

Daniella - direct - Penza                    2304

1    A    Just one person.

2    Q    Who was that?

3    A    Keith Raniere.

4    Q    You said that he was described as a renunciate.  Can you

5    explain that?

6    A    Yes.  They spoke about how, like, simple he was.  How

7    little he was focused on material things.  How you say like,

8    he could eat pizza every day, he doesn't care about, you know,

9    variety in his diet, you know, like.

10             He was like, simple, like, a little bit like, like a

11   monk, a little bit like, like better.  Like, past all these

12   mundane things.  That's what I understood.

13   Q    Did you have -- at that time, did you have any thoughts

14   about the defendant's sex life?

15   A    No.

16   Q    Did you find it surprising given -- given how smart you

17   were, that you had never heard of the defendant before?

18   A    No, I really didn't think it through that way.

19   Q    Did anything from the curriculum particularly strike you?

20   A    Yes.

21   Q    What was that?

22   A    It was a -- it was a particular class.  They call them

23   modules, that was called the mission.  I found that had a huge

24   impact on me.

25   Q    So can you explain what happened?

Daniella - direct - Penza                    2305

1   A    Yes.  So in this class -- in this class -- and they used

2   like a white board with paper and like a marker and like drew

3   the world.  Like a big circle.

4        And in that my first -- in my first intensive in

5   this class they proceeded to like, proceeded to -- Lauren --

6   Q    I'm sorry.  Did you say it was Lauren?

7   A    Yes, the head trainer.

8        They proceeded to, one by one, describe how every

9   effort that humans, humanity are making to better the world,

10  are futile.  So it was essentially all of my dreams, like, oh,

11  we are trying to save the whales with Greenpeace, you know,

12  we're trying to cure cancer.  We're trying to end world

13  hunger.  We're trying to achieve peace in the world.

14       And what I thought was a very clean, logical

15  progression, demonstrated that all of these efforts are

16  futile.  We can't help the world that way.  We can't help the

17  world that way because we're just going to keep recreating all

18  of these problems as long as we are disintegrated.

19       So the only way -- and this was like to me, it was

20  an elegant progression that made sense to me.  So the only way

21  to really help the world was through the ESP tech, and that

22  was an issue, because if humans became integrated -- and not

23  all of them because in that same class it was presented that

24  Keith Raniere, the vanguard, scientist and smartest man in the

25  world, had come up with this mathematical calculation for the

Daniella - direct - Penza                    2306

1    state of the world, and this calculation was at the pace that

2    we were going, if we didn't change the course, and like really

3    push that mission and more people got integrated and more

4    wealth was controlled, the world was going to end -- and I

5    don't remember, it was like a period of like 10 or 15 years.

6                So given what I was trying to do, you know, I was --

7    I was -- I was -- I was and it was -- it was a bit of a

8    childish idea, perhaps, but I wanted to become a scientist and

9    do all these things to help save the world.

10               And here, this class demonstrated to me that

11   anything I was going to attempt to do wasn't going to be at

12   least as impactful as what they were doing that really had the

13   potential to change the world and we were against the clock.

14   Q    What do you think now, looking back on that class?

15   A    Well, first of all, I think several things about that

16   class.

17               First of all, I had pictured -- I had pictured the

18   calculation, the mathematical calculation that's an actual

19   computation out of the output of the state of the world in

20   several ways.  I -- I knew -- here now, I know that they use

21   that calculation many times before.  It was never refreshed,

22   it was always the same.  So, it was -- it wasn't real.

23   That -- that wasn't real.  That -- that was a lie.  That there

24   was no mathematical calculation for that.  It was just

25   someone's idea.  Keith's idea.

Daniella - direct - Penza                 2307

1          And the module, the mission -- I mean, it changed

2   the course of how -- the next decisions I made on my life,

3   which affected everything else.  I don't think that is true.

4   Q    Who else do you remember meeting at the intensive?

5   A    I remember meeting at the intensive Loreta, Loreta Garza.

6   I met Danny Padilla there.  Luis Montez.  The Boone brothers;

7   Omar and Edward Boone.  I met -- as far as people that are

8   still in there, I think that's about it.

9   Q    Overall, what were -- what were those people doing at the

10  intensive?

11  A    They were coaching.  So there was a head trainer and then

12  there were other people who -- so there's a ranking system.

13  And so they were not students.  They already had some kind of

14  a rank.  And they were basically facilitating the class.

15          So there was like a main teacher, but then there

16  were coaches who were guiding the discussion groups.  That's

17  what they were doing.

18  Q    During the intensive, did you come up with a mental image

19  of who you thought the defendant was?

20  A    Yeah.  I mean, through the descriptions and they talk

21  about him, I thought, yeah, I thought I had a pretty good idea

22  of what to expect.

23  Q    What did you think you were going to expect?  What were

24  you expecting?

25  A    I was expecting -- well, a really smart person, and

Daniella - direct - Penza                    2308

1    dedicated to this -- to this -- to this mission, and kind of

2    elevated.  You know, like, I -- I -- I expected -- yeah, I

3    think that was it.

4         I -- I also had like an idea of what it would look

5    like, because there were also so many descriptions about that.

6    Q    So what did you think it would look like?

7         Sorry.  I'll step back.

8         What do you mean there are so many descriptions of

9    what?

10   A    Of like how he would dress and how he was like, you know,

11   because of the renunciate thing.  So I expected like a

12   simple -- like a simple guy with a -- with a sophisticated

13   mind and like a little nerdy.  Like I knew most smart people

14   that I knew were like.

15   Q    Did you have an understanding back when you were taking

16   this intensive of the where NXIVM was headquartered?

17   A    Yes.  In New York.

18   Q    Did you have an understanding of where in New York?

19   A    No.

20   Q    So did you think New York City at that time?

21   A    I knew it was not New York City, but I didn't know what

22   then.  I just knew -- like I knew it was not New York City.  I

23   had asked.  But I imagined -- I imagined something not like

24   what it was.  But I imagined somewhere in between, I guess?

25   Q    So you said that this module had a big impact.

LAM      OCR      RPR

Daniella - direct - Penza                    2309

1              What happened next?

2   A    Well, that was the impact and then that's somewhere in

3   the middle.  Actually, I think that's somewhere in the five

4   days.  So I continued taking the intensive and as the classes

5   progressed, there was like a certain degree of attention on

6   me, which there usually wasn't.  So that was very flattering.

7              And so by the end of the intensive, somewhere close,

8   I was -- I was having conversations with Lauren and she -- not

9   formally, because there wasn't like, oh, we have a vacancy.

10  But it was like, why don't you come with us?  Like you could

11  help the mission.  So come work with us.

12  Q    Did you tell Lauren that you had plans to go to LAS?

13  A    Yes.

14  Q    How did she respond?

15  A    I don't remember, but I do remember that I was surprised

16  by like the nature of the conversations and the offer.

17  Because I didn't have any valuable skill sets.  I was a

18  student of high school.

19              So I was incredibly flattered but also very

20  surprised.  Like, oh, thank you, but what do you think I can

21  do to help?  I mean, I don't know anything.

22  Q    And did anyone explain to you what they thought you could

23  do to help?

24  A    More than explain, they looked for things or skills that

25  I may have that might fit in with something that they were

Daniella - direct - Penza                    2310

1  doing.  And sure enough, they ended up honing in on the

2  programming.  And I had just started programming my first year

3  of high school.  In my hometown there was nothing close.  I

4  didn't even know that one can study programming.

5        And so in the -- in the questions that they were

6  asking me, you know, like, well, what do you like?  What have

7  you done?  What are you good at?

8        I was like, well, I just learned how to program.

9  That's it.  So the problem was I learned to program in a

10 pretty archaic languaging program, which is like usually how

11 you start programming.  It's called Pascal and definitely that

12 wasn't the language that they used in the programming that

13 they did in Albany with ESP.

14        But they said, you know, you're so smart.  We're

15 going to teach you and then you can work with us.

16 Q    How -- so you were 16 at the time; is that right?

17 A    Yes.

18 Q    How old were the other participants in the course?

19 A    Oh, they were all full-grown adults.

20 Q    Did that get discussed at all with anyone, that you were

21 much younger than the other people who were participating?

22 A    Yes.  I mean, certainly it wasn't a secret.  And also it

23 was -- it was emphasized quite a bit.  I felt flattered by it

24 really.  Much of what was said was, wow, how lucky you are to

25 be receiving this, to be getting this, when you're so young.

LAM      OCR      RPR

Daniella - direct - Penza                    2311

1  I'd do anything to learn this back when I was your age.

2  Q    So at this point, what are you thinking?  What do you

3  want to do?

4  A    Well, that was a really important intersection in my

5  life.  On the one hand, I was on course with my plan, on

6  course with my dream, and this had just really been something

7  I took to make the most out of that.

8         But that module, the mission, had made a huge

9  impression on me and the mathematical calculation, the

10  tick-tock of the world is going to end and something needs to

11  be done, was also something that, in my childish understanding

12  of things was -- was massive and impressive and important.

13         So I didn't say -- I didn't jump on it right away.

14  The offer that was discussed through the intensive,

15  discussions continued.  They put me in touch with a woman

16  called Karen Unterreiner, who was the head of, like, she was

17  doing the programming.  So like the communication continued,

18  but I didn't decide because I already had my decision to go to

19  Switzerland.

20  Q    Okay.  When you say they put you in touch with Karen

21  Unterreiner, who do you mean?

22  A    I mean like, Lauren.  I mean Lauren.

23  Q    While you were contemplating this decision, did you

24  discuss it with your parents?

25  A    At length, yes.

Daniella - direct - Penza                    2312

1    Q    And what was your -- what were your parents telling you?

2    A    My parents were not telling me to go one way or the

3    other.  I think they respected my decisions a lot and,

4    honestly, they were also very much into like ESP and enamored

5    with the curriculum.  So they never told me do this or do

6    that.  They also didn't tell me you can't do this, you can't

7    do that.  So we were just discussing it, you know.

8    Q    What would they say about the defendant?

9    A    Well, they were, as I was, very impressed with him.  He

10   was a great man.  That he was doing great things.

11   Q    At that point you had not met him; correct?

12   A    No, I had not.

13   Q    So where have you gotten this entire impression of the

14   defendant?

15   A    From the people who talk about him.  So from my parents,

16   from people taking the intensive, from Lauren, the head

17   trainer.

18   Q    So what did you decide to do?

19   A    So in the end -- and I remember even where I took the

20   decision, it was a family gathering on the weekend at my

21   aunt's house and by her well.  I decided, okay, all right.  So

22   I'm going to take a sabbatical.  I'll take a year off school.

23   A year from now, school is still going to be there.  Maybe not

24   LAS, I will lose the scholarship, but I will find something

25   else; right?  And I'll go and for a year I will go and I will

Daniella - direct - Penza                    2313

1   help.  I thought it was that important.  I thought, okay, I'm

2   going to do my part.

3            So I called Paul Dyer and I told him that I was

4   going to refuse the scholarship, and that I wasn't going to

5   attend.  And he didn't take no for an answer right away.  He

6   said are you sure?  You know, what are you going to do?  Have

7   you thought about it?  Do you understand what an opportunity

8   this is?

9            And so he paused on me and he said, think about --

10  call me back with your confirmation.

11           And so I thought about it a little bit longer, but I

12  decided to refuse the scholarship in the end, and I called him

13  back and I -- I declined.

14  Q    What was it like making that phone call?

15  A    It was difficult, but I thought I was making the right

16  choice.

17  Q    At that point did you truly believe that the defendant's

18  calculations about the end of the world were correct?

19  A    Yes.  Wholeheartedly.

20  Q    I'm sorry?

21  A    Wholeheartedly.

22  Q    So what happened after that?

23  A    After that, we were all happy about my decision,

24  including my parents.  And so we started planning.  And the

25  plan ended up being that the time to go coincided with

Daniella - direct - Penza                    2314

1    something called -- well it coincided with Keith Raniere's

2    birthday.  So it was his birthday celebration.  V week.

3            So the plan was for my parents to go drop me off at,

4    you know, at Albany to stay, staying by -- staying through V

5    week, setting me up and then leaving.

6    Q    So is this August 2002?

7    A    Yes.

8    Q    How old were you then?

9    A    16.

10   Q    So you would have been turning 17 in October 2002; is

11   that right?

12   A    Yes.

13   Q    You mentioned before that there were different ranks in

14   ESP.  What rank were you?

15   A    I was white.  That's a student.

16   Q    What rank were your parents?

17   A    They were whites.  They were students.

18   Q    Did your parents elevate after that?

19   A    They -- they did.

20           Every time you enrolled a number of people, you got

21   a -- like a stripe or you got promoted.  So my father or my

22   mother enrolled me, probably got a stripe or two.

23   Q    What do you remember from the first V week you attended?

24   A    I remember it was in a place called Pyramid Lake.  It was

25   like a forest setting, very rustic, and there were like little

LAM      OCR      RPR

1    cabins spread throughout.  There were a lot of people there,

2    like really cool people, but all I can remember -- and the

3    ambiance of the entire gathering is we had activity throughout

4    the day, but I was looking forward to the forums with Keith

5    and it felt like that was everybody's focus as well.

6              There was like this latent looking forward to,

7    there's going to be a forum tonight or what's Keith doing and

8    you know.  So it was -- it was Vanguardcentric.

9    Q    At that point had your family, your parents, met the

10   defendant yet?

11   A    No.

12   Q    So you were all looking forward to this?

13   A    Yes.

14   Q    Do you remember actually meeting the defendant for the

15   first time?

16   A    I do.

17   Q    Can you describe that?  Can you describe your initial

18   impressions?

19   A    Yes.  I thought he was exactly what I expected and he

20   was -- he looked smart and acted smart.  I -- I had a bit of

21   contact with other like really smart people before, and they

22   all have like a little quirk, or like a little weird, or off

23   in some way.  And he certainly wasn't normal.  Like it wasn't

24   just like, oh, a plain guy.

25              He had that vibe of like, a geeky man.  He was also

Daniella - direct - Penza                    2316

1   very attentive and very soft-spoken, and had like a suite

2   presence about him.

3   Q    When you say he was attentive, what do you mean?

4   A    Well, when I met him -- and when I met him I was with my

5   parents -- he called me by my first name.  So I had not met

6   him yet and he called me by my name.

7           And he said I hear you're very smart.  So I call

8   that attentive.

9   Q    How did that make you feel?

10  A    Incredibly flattered.  I mean, it was -- and I'm not one

11  to crush on celebrities, but I mean, given my temperament and

12  what was important to me in life, he was the smartest man in

13  the world.  So he was like a rock star.  Like that moment was,

14  like, oh, my God.  And then he said my name and he called me

15  smart.

16          So that moment was so special.  Was so special.  And

17  my parent were with me, so it was a truly special moment.

18  Q    How do you feel about that moment, looking back?

19  A    It was all a lie.

20  Q    Did you meet any other people at V week?

21  A    Yes.

22  Q    Who else did you meet?

23  A    So there was Esther and her kids, who were like beautiful

24  blonde little kids running around.  Those were the only young

25  people I remember.

LAM        OCR        RPR

Daniella - direct - Penza                    2317

1    Q    Do you remember -- do you remember their names?

2    A    Yes, I think.  There's Dominick, Rosie, Robby and Theo.

3    Q    And about how old were they?

4    A    They were like, babies.  I mean, they were like kids.  I

5    don't know that they had taken any classes.  I assume not.  I

6    mean, they were like just too young.

7    Q    Were you -- other than them -- or how old were the other

8    participants compared to you?

9    A    They were same as in an intensive.  They were all fully

10   grown.  They were all adults.  I was the youngest.  I thought

11   that was actually, you know, like, had taken an intensive.

12   Q    And Esther, what was her role in ESP?  Do you know?

13   A    I think at the time she was a proctor.  So she was like a

14   high-rank person.

15   Q    And was that instilled -- at that point, did you know

16   that there were certain rules as to people who were higher

17   rank than you?

18   A    Oh, yes.  I mean, that's all taught in the intensive.

19   It's like -- it's all intertwined as part of like, the tribute

20   and part of like, the value.

21          So she had someone -- she was -- she had a higher

22   rank.  Automatically there was like a degree of -- of a -- of

23   respect attached to that.

24   Q    So that degree of respect would continue on to social

25   events and things like that?

LAM        OCR        RPR

1    A    Yes.

2    Q    Who else did you meet at V week?

3    A    At V week and shortly before, because it was just so

4    fast, I met Karen Unterreiner, who I had been exchanging, I

5    believe, phone calls.  It was communication, since I was in

6    Mexico, I met -- I met Michelle Salzman, Lauren's sister.  I

7    met Barbara Jeske.  I met Pam Cafritz, very briefly.  She was

8    like accompanying Keith.

9         I met Nancy Salzman.  I met -- well, there were a

10   lot of people from Mexico.

11   Q    Any people who impressed you the same way you had

12   described earlier?

13   A    All of them.  I mean, everybody involved was impressive

14   in one way or another.  And I was generally intimidated by

15   people, so.

16   Q    The way you described it before, about being from

17   particularly wealthier families, was that evident to you once

18   you were at V week?

19   A    Yes.

20   Q    What was your impression of Nancy Salzman when you met

21   her?

22   A    She was -- she was a little bit frightening.  She was

23   like very energetic and like, very like, loud and it felt

24   almost like pushy, like in a very firm way.  So she scared me

25   a little bit.

Daniella - direct - Penza                    2319

1  Q    What about Karen Unterreiner?  What were your impressions

2  of her?

3  A    Karen.  Karen, I felt very -- I thought she was very

4  sweet.  She was like a little -- like a little -- a little

5  mousey, but very sweet.  I -- I was very shy to speak English.

6  I had been taking English lessons all my life, but I had never

7  like been talking in -- in a setting where it was only

8  English.  So I felt comfortable with her.

9  Q    Did you have an impression of what her role -- did you

10 have an understanding of what her role was in ESP?

11 A    Yeah, right away she -- she introduced herself and her

12 role to me, because I was -- she was to be my boss,

13 essentially.

14          So at the time she was in charge of the

15 administration office and all the administration stuff.  And

16 also in kind of hand in hand with it, the IT department.  So

17 the creation and the maintenance of a computer system that

18 kept track of all of the company.

19 Q    Was that a complex system?

20 A    I think so.

21 Q    Were you impressed with her?

22 A    Very.  She had like a like -- a very high degree in

23 mathematics.  I remember she told me she was like an actuary

24 and I remember looking it up and looking at the calculations

25 and thinking, oh, my God, this is so high-level.  I thought

LAM      OCR      RPR

Daniella - direct - Penza                    2320

1   she was incredibly smart.

2   Q    You said that Pam Cafritz was accompanying the defendant.

3        Can you explain that?

4   A    Yeah.  It seemed like -- I remember that first visit.  It

5   was like the period of time when I first went up to Albany.  I

6   didn't have much interaction with Pam, but I always saw her

7   like tagging along to Keith.  Like I -- I almost felt like she

8   was his handler of sorts.  Like -- like -- she was in charge

9   of like -- maybe like a personal assistant or something.

10  That's what it felt like.

11  Q    At Vanguard week, was there any discussion of enrollment

12  of other people?

13  A    Yeah, but that wasn't exclusive to Vanguard Week.

14  Q    Okay.  Can you explain that?

15  A    I mean, it was part of the basis of everything.  In fact,

16  just to be able to go up in ranks, you had to enroll.  So you

17  could not go up in ranks on merit itself, being well or like,

18  just, you know, in this case I guess it would amount to, oh,

19  you're more integrated, or I don't know what other actual

20  measures.

21       But if you had not enrolled like a certain number of

22  people, you just weren't going anywhere.  So it was built in.

23  And anyone who wanted to grow in ESP had to enroll.  It was

24  encouraged.  I would say, almost dictated.  It was part of if

25  you really believe in something, wouldn't you want to share it

Daniella - direct - Penza                    2321

1  with everybody else?

2          And in the case of the mission, you know, the point

3  was that we didn't need everybody to be integrated.  We didn't

4  need everybody, you know, to be like, unified to save the

5  world.  But we needed enough people in control of enough

6  resources to change the course of the destruction.

7          So it was -- it was super important and implicit in

8  everything.

9  Q    So after -- was it actually a week at that time, V week?

10 A    No, I don't think so.  I thought -- I don't remember

11 exactly.  Maybe it was four days.  It was like a small -- it

12 was a small period.  It wasn't -- I didn't pack that much.  So

13 it was -- it was a number of days.

14 Q    Is it fair to say that the V weeks increased in length

15 over the years?

16 A    I did attend later V week celebrations and, yes, they

17 became longer and longer.

18 Q    And did the locations sometimes change?

19 A    I believe it just changed the once and then stayed there.

20 Pyramid Lake was the first one that I attended and may have

21 been the last one that happened there.

22          All the subsequent ones that I can remember where in

23 the place called Silver Bay.  That was like a -- like a

24 retreat by the lake.

25 Q    Now, after that event ended, you stayed in -- you stayed

Daniella - direct - Penza                          2322

1   in the Albany area; is that right?

2   A    Yes, that was a plan.

3   Q    And your parents went home?

4   A    Yes.

5   Q    So where were you living at that time?

6   A    So the arrangement that was made was, I was to stay

7   with -- there was a man called Edgar Boone, and he owned an

8   apartment.  Nothing really as close in Albany, so it wasn't

9   walking distance, but it was sort of close to the center, to

10  the ESP center, which was in 455 New Garner Road.

11          And so I was staying in his apartment.  In that same

12  apartment, Loreta Garza was staying, so we were roommates and

13  Edgar was staying there too, although not all of the time,

14  because he was going back and forth to Mexico.

15          And there was a -- a pretty decent flow of people

16  coming in and out of the place, because Edgar was a

17  salesperson and he enrolled a lot of people from Mexico so

18  when there was an intensive, many times he had people staying

19  over at the house.

20  Q    What was it like living there?

21  A    It was -- I mean, to me, it was strange, in a very

22  personal way, because I have had, had had a hard time like,

23  relating to other people, and that was very -- it was a very

24  small apartment.  All of them were grownups, like, all of

25  these adults, and I'm there in the middle.  It was a strange

LAM       OCR       RPR

Daniella - direct - Penza                      2323

1   experience.

2   Q    So you had gone there before.

3        What happened with the job?

4   A    So I started working with Karen and she started like in

5   the first few days, weeks, giving me the lay of the land.

6   Explained to me what the computer system was, did, how admin

7   worked, what languages she was programming in.  She was

8   programming in PHP with MIT SQL database on an Apache server.

9        I was -- she was showing me all those things.  And I

10  was supposed to learn -- they were supposed to teach me.  She

11  did hand me a PHP book and I was supposed to do those

12  exercises and read through that book and learn that language

13  so I could start programming.

14

15            (Continued on following page.)

16

17

18

19

20

21

22

23

24

25

Daniela - Direct - Penza                    2324

1    By MS. PENZA (Continuing):

2    Q    Other than handing you the book, did you have formal

3    lessons in programming?

4    A    No, other than the book -- other than the book and she

5    helped me install, like, it was like a demo version but

6    something -- like a local installation so that I could try

7    like plug in the code and do the testing.  The only person who

8    sat down with me maybe three times to actually teach me,

9    because those were, like, lessons, was a woman named Siobhan.

10           But she didn't teach PHP, she taught me HTML,

11   because I also didn't know HTML.  HTML, I wouldn't strictly

12   call it a programming language, more like an interface design

13   code.  She sat down with me, like, a couple, maybe three times

14   and taught me -- showed me and taught me things.

15           That was the full extent of any actual teaching

16   other than just, Here, learn this.

17   Q    Other than what you just described and whatever basic

18   high school level or first year of high school level that you

19   had received, was everything you knew about computers

20   basically self-taught?

21   A    Yes.

22   Q    Now, where was the admin office?

23   A    The admin office was in -- it was at 455 New Karner Road.

24           When I got there, there was just the one building.

25   Later on, other places were purchased, but there was just one

Daniela - Direct - Penza                    2325

1  building.  So, going into the office, it's the last office in

2  the corner.  That was the admin office.  It was a small room,

3  corner, with, like, a code to enter.

4  Q    What type of tasks were you given to do?

5  A    I'm sorry?

6  Q    What type of work were you given to do?

7  A    Rapidly, the activity that I was assigned were very

8  simple data entry.  I was entering applications.  So, I ended

9  up putting in all the information, payment method, for each

10  one of the enrollments that they were bringing into the

11  office.

12  Q    Was this the type of work you had come to Albany to do?

13  A    Data entry?  No.

14  Q    How many hours a day were you doing data entry?

15  A    A good few hours.

16          And when I was done with that, I started finding

17  ways to make myself useful, you know, because there was no

18  structure.  I was used to the structure of school, and here I

19  was going into what I thought was going to be a job.  I was --

20  I felt both confused and ashamed that I couldn't just learn

21  the programming language and be working for them and helping

22  the mission how I thought and envisioned it.

23          So, I just made myself useful in every way that I

24  could; I would clean refrigerators, I would clean the floors,

25  clean the bathrooms, organize the storage room.  I found ways

LAM       OCR       RPR

Daniela - Direct - Penza                          2326

1   to be useful, like, a full workday.

2   Q    Did you have an expectation that you would be paid for

3   your work in Albany?

4   A    Yes.

5   Q    Did you believe that you could legally be paid for the

6   work you were doing in Albany?

7   A    I didn't understand the details at the time.  I wasn't

8   offered a work visa, which I now know is required for someone

9   to be able to work and be paid legally in the U.S.  So, I was

10  offered a job but no work visa.

11  Q    But you did assume you would be paid.

12  A    Yes.

13  Q    Were you paid?

14  A    Not really.  And I say "not really" because I was paid a

15  few times in the beginning, and then that stopped and I wasn't

16  paid because they told me that I wasn't -- you know, I wasn't

17  there on visitor's visa so they couldn't figure out how to pay

18  me.

19  Q    Was the expectation that you would get paid down the

20  road?

21  A    It was definitely pushed off, and there was also the

22  expectation that I would figure out what I needed to do so

23  that they could pay me.

24  Q    Did you -- in terms of getting a work visa?

25  A    In terms of figuring out what to do.

Daniela - Direct - Penza                    2327

1  Q    Was there anything you could figure out to do?

2  A    Well, no, but now I have a completely different level of

3  clarity.  They had to have requested me or had given me some

4  kind of a job offer for me to be able to get a work visa.  So,

5  even if they expected me to get a work visa, it was impossible

6  without their help.

7  Q    So, were you continuing to work without being paid at

8  that point?

9  A    Yes.

10 Q    Where were your siblings living at this point in time?

11 A    In Mexico.

12 Q    So, now Marianna had graduated, right?

13 A    Yes.

14 Q    What is she doing?

15 A    She took a year off school because she also had dreams.

16 But her dream was to be a supermodel and she wanted to go to

17 Milan, which was nuts because she didn't have any viable

18 leads, it's not like she had been invited or discovered, she

19 just had this fantasy that she wanted the model lifestyle.

20 So, my parents obviously told her, No, you can't go to Milan

21 by yourself to see if you are discovered as a model.

22         And she took a year of school, had no plans, and

23 took a job as a waitress in my aunt's restaurant.

24 Q    And what was her lifestyle?

25         What were you hearing about her lifestyle?

LAM       OCR       RPR

Daniela - Direct - Penza                    2328

1  A    I was hearing from my parents, who I communicated with

2  regularly, that she was -- she was, like, a little depressed,

3  she was having, like, some issues.  And, also, she was causing

4  some trouble; she was partying, she was drinking out with

5  friends.

6            And there was a particular event, actually, that

7  detonated my suggestion to my parents.  She went out with her

8  friends one night, and they broke into a supermarket that

9  belonged to one of the kids that were hanging out with her.

10 And they broke a pinata in the supermarket and they broke some

11 things and they were drinking in there.  And it was, like, a

12 big deal; like, she got grounded for it and reprimanded by my

13 parents.

14           And at that point, around that time, I told my

15 parents, Why don't you send her with me, send her here with

16 me?  And maybe she can take some ethics classes at the center

17 at 4559 New Karner Road.

18           Because I think this was a center where there were

19 more people enrolled.  They were offering not only intensives

20 but classes on the regular.  So, I suggested, Why don't you

21 send her with me?

22           I thought I could take care of her, maybe straighten

23 her out.  And she could take some classes.

24 Q    Did she come to Albany?

25 A    Yes.

Daniela - Direct - Penza                    2329

1    Q    Where -- and did she live with you?

2    A    Yeah.  I mean, I didn't have a stable place to stay, but

3    she stayed with me, yeah.

4    Q    Where did you and Marianna end up living?

5    A    We were in several places.  We for a few maybe days,

6    maybe weeks, stayed with an ESP member whose name was Rose.

7    It was just a little strange and uncomfortable for us, so that

8    didn't last very long.

9              We ended up staying for a longer period of time in a

10   hotel.  So, we then did a hotel.  I spoke to my father and he

11   was paying for it.  We rented a hotel, the Howard Johnson that

12   was close to the center, and we were staying there together.

13   Q    How was Marianna feeling when you were at the Howard

14   Johnson?

15   A    She was definitely in the middle of a depression.  The

16   first few days and weeks that she came, she wouldn't get out

17   of bed.

18             I remember one time -- I would get up early in the

19   morning, do my things, go to the center, and work, come back

20   later.  Normal.  So, I remember one day Marianna was sleeping

21   and it was a little late, didn't get up.  I went to work, and

22   I remember the TV was on the horse racing channel.  And I

23   left, I came back really late, and when I got back she was

24   still in bed and the horse racing channel was still on.  So,

25   she hadn't been up all day.

LAM      OCR      RPR

Daniela - Direct - Penza                    2330

1          And it was like this for a good few weeks.  She

2    would get up and go to the center for the classes, but she

3    would come right back.  I think that she was maybe doing a

4    little bit better with the eating disorder because she had

5    gained weight, but she was also very self-conscious about

6    that.

7          So, it was very difficult time for her.

8    Q    You said that she would go to the center.

9          Did she end up starting to go to the center more

10   regularly?

11   A    For the ethics classes, yes.

12   Q    And did something happen?

13   A    Yes.  So, in one of those occasions, she -- I believe

14   they had met before, but she, like, made -- had made contact

15   with Pam, Pam Cafritz.  And, like, a friendship was born.  I

16   saw it, like, overnight.  They used to say Pam took Marianna

17   on.

18          Because to me, it was very strange.  They became

19   really close, really fast.  At the time, it was explained to

20   me Pam was an athlete and Pam had taken an interest in

21   Marianna as an athlete too.

22   Q    Who explained to you?

23   A    I think Pam or my sister.

24          It was almost as if that was the thing that they had

25   in common.  But it was strange because all of a sudden she was

Daniela - Direct - Penza                    2331

1  buying things for Marianna.  Marianna started playing tennis

2  again, and Pam would pay for the court time and the gear and

3  was, like, showering her with -- that, to me, wasn't a simple

4  friendship.  It was strange.

5  Q    Did you talk to Marianna about it?

6  A    No, I didn't.

7         I felt happy that she was doing better, because she

8  was doing better.  She wasn't sleeping at the hotel all day

9  anymore.  She had, like, some light back in her.  She was

10 starting to play tennis, which she loved.  So, I thought she

11 was doing better.

12 Q    At that point, did your relationship with Marianna shift

13 at all?

14 A    Yeah, a little bit.  Yeah, actually, a lot.

15        I would say that -- I would say as clear as I can

16 say it, that it transitioned from me taking care of her to Pam

17 taking care of her.  Like, it's almost like she migrated from

18 under me.

19 Q    After the initial -- I'm calling it V-Week, but whatever

20 length of time it was after that birthday celebration in 2002,

21 would you ever see the Defendant?

22 A    Sporadically, yes.

23 Q    Where would you see him?

24 A    I would see him specifically at forums.

25        So, at the time, there were quite a bit of

Daniela - Direct - Penza                    2332

1    intensives at the center, that were held at the center.  And

2    every time there was an intensive, there would be one, at

3    least, maybe two forums.  And that was when Vanguard would

4    show up for a period of a couple hours, maybe more, to answer

5    questions.  Just open forum, answer questions.  So, that was

6    one opportunity I had to see him.

7            Also, during volleyball nights, which was on Friday

8    night, that the community got together and there was, like, a

9    volleyball match through the night, late night.

10           And there were, like -- it was not as often early

11   on, but there were more and more community events happening.

12   So, like, they would show, like, snippets of movies or would

13   have a certain theme night and there would be, like, an event,

14   a community event.  Sometimes he would attend those too, so

15   that was another occasion where I could catch him.

16   Q    You mentioned volleyball.

17           Can you describe what the dynamic was like at

18   volleyball?

19   A    I'm sorry, I just want to specify.  I would see him, I

20   wouldn't actually talk to him.  I was too shy to approach him.

21   When I say to see him, I literally was to see him and listen

22   to him.

23           Volleyball nights were -- it was like a community

24   event.  I don't believe it was just about playing the sport.

25   First of all, Keith always attended.  So, it was -- I think

Daniela - Direct - Penza                    2333

1    the reason for everybody to go was so they could see Keith.

2    And maybe in a little more informal setting it was easier to

3    approach him and ask him maybe, like, a personal question,

4    which was difficult in a forum, was difficult to catch him in

5    any other event.  So, it was an opportunity to have, like,

6    more personal contact.

7                But it consisted of -- like, late at night it would

8    start, so it would end early morning.  People gathering and

9    coming in and out and a game happening.  In the early days,

10   when I first got there, it was very informal.  Teams would be

11   picked informally and games would be played, whoever wanted to

12   participate.  And there were a bunch of people on the

13   sidelines just watching Vanguard or waiting to speak to

14   Vanguard and speaking to each other, and it was, like, a

15   community event.

16   Q    Did there come a time when you actually did have a longer

17   conversation with the Defendant?

18   A    Yes.

19   Q    Where were you when that happened?

20   A    I was at the center.

21   Q    Do you remember whether there was an event going on?

22   A    There was an event, and he was there.  I don't remember

23   exactly what the event was.

24   Q    Approximately, when was this?

25   A    It was around 2003, more or less, I think.

1   Q    And what happened?

2   A    I got the courage to approach him.

3        Because I was really disappointed with the work that

4   I was doing.  It's not what I expected.  I was very

5   disillusioned and also felt very troubled by the fact that I

6   had not been able to do any, like, meaningful work or help in

7   any meaningful way.  And I felt like there was no point to me

8   being there and I wanted to go back to school and back to my

9   path.

10       And I approached him to ask him about that.  Like,

11  you know, to get his opinion on that and express that.

12  Q    And what did he say?

13  A    He was very attentive.  He asked me a series of

14  questions.  So, I don't remember precisely, but I remember the

15  gist of it.  Like, well, you know, very ESP-type questions:

16  What do you think your purpose is?  What do you want to do,

17  like, you know, in the mission?  Have you written your mission

18  statement?  Like a guiding kind of thing.

19       And he said, And, so, what do you like to do?  What

20  did you do before?  What were your plans?

21       And, so, I shared with him what it was, and he very

22  effectively zoned in my academic interests, like that's what I

23  want.  And he said, Well, you know, how high in math did you

24  get to?

25       And he wrote, like, a few equations on the board.  I

Daniela - Direct - Penza                    2335

1  believe the first was, like, a quadratic equation, and there

2  was some calculus.  I didn't take calculus in high school.  I

3  think he was gauging my level of education.  So, it was very

4  encouraging that he was precise about it.

5          And then he said, You like intellectual, academic

6  things, right?

7          And he zoned in perfectly.  And he gave me a brain

8  teaser.  As part of that, he gave me a brain teaser.  He said,

9  Well -- and I don't remember what the brain teaser was, but it

10 was simple.  And I gave him the answer right away, and I

11 thought he was very pleased.

12         And, you know, the conversation continued, and he

13 said, well, you know, something like, We should talk more.

14         And he gave me another brain teaser that was more

15 difficult.  And he told me something like, When you solve it,

16 let me know.

17         It was something like that, that exchange went

18 something like that.

19         And, so, we said good-bye, and I ran into, like, the

20 other room.  And I wanted to solve it, I wanted to impress

21 him, I wanted to show off.  I wanted him to know how smart I

22 was.

23         So, I went into one of the rooms in the back.  And

24 when I want to think, I always need, like, silence and

25 isolation.  And I thought really hard and I solved it.  I

Daniela - Direct - Penza                    2336

1  think it was a matter of minutes.  It was fast because I

2  caught him before he left.  And I approached him and I gave

3  him the answer.

4          And he was surprised, I think.  He was, like,

5  pleased.  So, I was very happy with myself.  And he smiled and

6  he was -- he appeared to be happy, and he said, Good.

7          And he gave me -- I don't remember if that time he

8  gave me, like, his contact information or told me that Karen

9  would give it to me, but, basically, now I had made contact.

10  It was like he said we should talk, you know?

11          That was it.

12  Q    Did Karen tell you anything else about the Defendant's

13  impressions of you?

14  A    Yes.  She said something that really stayed with me that

15  was also very flattering.  She said that Keith had reprimanded

16  her because she had a genius in the admin office and she

17  hadn't even realized it.

18  Q    So, how did you feel when Karen told you that?

19  A    It went to my head.  I felt very flattered, I felt

20  validated, I felt recognized, I felt smart.  Right to the

21  heart.

22  Q    After that, did you start communicating with the

23  Defendant?

24  A    Yes.  I started communicating with him via e-mail and,

25  also, there was more, like, one-on-one contact.

Daniela - Direct - Penza                    2337

1    So, I was no longer completely shy to approach him
2  maybe at a volleyball game or maybe when he was at center.
3  There was -- well, there was now some degree of closeness.
4  Q    I just want to go back for one second.  When you were
5  talking to the Defendant initially and he had zeroed in -- I
6  just want to make sure I asked this.
7        When he zeroed in on your academic focus, did he
8  specifically offer that he would tutor you?
9  A    Yes, he did say he could teach me.
10 Q    And was that particular thing important to you?
11 A    It was massive.  Yes.
12       I mean, here I was deciding -- so, I had taken a
13 year off to help save the world, but by no means were my
14 plans, my academic future and my dreams, on full stop.  I was
15 realizing I was there to help, and I wasn't helping.  I was
16 doing data entry.  I thought at the time I was dragging my
17 feet with programming, I couldn't do that.  And I wasn't
18 helping in any way.  So, I wanted to continue with my
19 education.
20       So the moment he floated the idea of I could teach
21 you, it was like, wow, you mean you could teach me, like, an
22 actual education.  So, it was an alternate path had opened.
23 Q    Did the Defendant actually have conversations with you
24 about traditional education, formal education, versus what he
25 was offering?

Daniela - Direct - Penza                    2338

1   A    Yes.   In subsequent conversations, it became firm, like,

2   the offer to, I will teach you, don't go to school I will

3   teach you, was formalized.

4          So, there was no mistake, no gray area of I said,

5   Maybe I could.  It was, I will teach you.  Don't go to school.

6          And I did have a very specific discussion with him

7   about it because it was no light matter to me.  We're talking

8   about replacing an ivy league education, like a formal

9   academic life.

10         And he did have something to say about that.  It was

11  something like, Well, with ESP and the tools in ESP, the

12  degree of freedom, also being without integration and being a

13  little more advanced in that way, that we actually could

14  achieve better things than with traditional education.

15  Q    Did you ever receive an education from the Defendant?

16  A    No.

17  Q    How far did you end up going in school?

18  A    That first year of high school was the last time I

19  actually attended school.  I did a little bit later on.  I did

20  go into a test and I got my GED.

21         So, as far as degrees of study, the highest degree I

22  have is a GED.

23         MS. PENZA:  Your Honor, would now be an okay time to

24  take our break?

25         THE COURT:  I think we should go another few

LAM     OCR     RPR

Daniela - Direct - Penza                    2339

1   minutes.

2            MS. PENZA:  I'm sorry, your Honor.  I forgot that we

3   were breaking specifically.

4   Q    You mentioned when you were talking about the

5   conversation the Defendant had with you, you said that he

6   asked questions in a "very ESP-like way."

7            Can you explain what you meant by that?

8   A    Yes.  So, the ESP courses provided a sort of, like, a

9   framework.  So, the questions that he asked were all part of

10  that framework and were kind of leading to, well, like the

11  deficiencies that I might have, my desires mixed with what I'm

12  looking for in the world; not necessarily positively, but,

13  rather, to fill an inner deficiency.  So, trying to, like,

14  navigate that is a very ESP thing to me.

15  Q    You said that it was "guiding."

16           Do you have a view now on the way these types of

17  questions work?

18  A    Yes, and I did even then a little bit.  Not with the

19  clarity that I have now.

20           But the EM process, I always had a very hard time

21  with it, because to me, I was, like, earnestly answering what

22  they were asking me, and it seemed like they were leading a

23  certain place and they expected me to answer a certain thing.

24  And just -- I couldn't give up my mind, I couldn't surrender

25  to I'll just tell you what you want.  I was, like, earnestly

Daniela - Direct - Penza                    2340

1    doing that thing.

2         So, in fact, I never -- like, I never had a good

3    experience with an EM or an integration or those famous a-ha

4    moments that, like, made you cry.  To me, I could see that

5    that was kind of pushing me in a certain direction that fit in

6    with the concepts of the ESP framework but that I didn't feel

7    were true to what I was experiencing.

8

9              (Continued on the following page.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1   BY MS. PENZA:   (Continuing.)

2   Q    And EM is an exploration of meaning; is that right?

3   A    Yes, that's what it stands for.

4   Q    Over the next decade in ESP, would you have many EMs?

5   A    Yes.

6   Q    And did you ever find those to be effective?

7   A    No.  I found them to be -- I found them to be pushy and

8   acts of discipline.

9   Q    You -- have you ever heard the phrase, the tech?

10  A    Yes.

11  Q    Was that -- was the tech something that drew you to ESP?

12  A    No.  No.  In all honesty, I think that if I had taken the

13  ESP intensive and just had not taken the module, the mission,

14  and had heard about that calculation and had not had that huge

15  impression of the founder being the smartest guy.  Those were

16  the salient features to me.  If that had not been there -- I

17  mean it wasn't bad.  It wasn't extraordinary.  Perhaps because

18  in my life at the time 16 years old with a life planned out, I

19  didn't have a lot to figure out.  I didn't have issues.  I

20  didn't have relationship problems.  I didn't have a company

21  that was falling apart.  I didn't have something that I was

22  trying to fix.  I gained weight in that year that I was away

23  from home and that was a central -- that was my problem, but

24  the rest of the things in my life -- I was -- I was pretty

25  content.  I was pretty content and I was pretty happy.  And

Daniela - direct - Penza                      2342

1   the tech and how that worked and what it did for me wasn't

2   something -- wasn't the pull.  It didn't dissuade me, but it

3   wasn't the pull.

4   Q    Do you feel that the tech ever did anything for you?

5   A    No, I think the tech was used eventually to control you.

6   The way they used it was to control so I would say quite the

7   opposite.

8   Q    During this time period when you're now communicating

9   with the defendant, are you continuing to work in the admin

10  office?

11  A    Yes.  I'm continuing to work because of what he said to

12  Karen and that he's interacting with me now.  Like, I'm

13  allowed a degree of, like, freedom to do my own thing.  So,

14  like, Karen knew that he was giving me puzzles and giving me

15  time to be there to work on my puzzles and there was no longer

16  this push to have me in this other way, as an employee/worker

17  in the admin office.  I now made contact with Keith so it's

18  definitely something changed in that dynamic.

19  Q    Would Karen talk to you about your interactions with the

20  defendant?

21  A    Yes, we discussed them.

22  Q    And would she talk to you about the problems -- were

23  these like brainteasers or more mathematical problems?

24  A    They were -- yeah, I wouldn't call them brainteasers

25  anymore.  I would call them -- I don't know that I would call

SN        OCR        RPR

Daniela - direct - Penza                    2343

1    them mathematical problems either.

2    Q    What would you call them?

3    A    I will explain them.

4    Q    Okay.

5    A    So, like, one of the problems was, like, how many

6    distinct spaces can be created by three cubes that are

7    intersected -- what's the most -- what's the most 3-D spaces

8    that can be created by three cubes intersecting each other.

9    It's a spatial type of -- yes, it has a basis in geometry and

10   math.  That was just one of them.  There were others that were

11   more like brainteaser, like, about with the descriptions like

12   cheese and cubes and how many spaces can you get if you do

13   this.  So, yeah, like brainteasers.

14   Q    Were you good at them?

15   A    I liked them, yes.

16   Q    Would you come back to the defendant and discuss them?

17   A    The basis of our relationship was exclusively that.

18   Like, I would be contacting him -- I would work on the

19   problems and part of my motivation to work on the problems was

20   so that I would have an answer; an excuse to approach him to

21   give him those answers.

22              THE COURT:  All right.  I think we will take our

23   midmorning break at this time.  All rise for the jury.

24              (Jury exits.)

25              THE COURT:  The witness may stand down.  Do not

Daniela - direct - Penza                    2344

1     discuss your testimony with anyone.

2              (Witness steps down.)

3              (In open court.)

4              THE COURT:  All right.  We will take a ten-minute

5     break.

6              MR. AGNIFILO:  Thank you, Your Honor.  Thank you

7     very much.

8              (Recess taken.)

9                        (In open court.)

10             (The HON. NICHOLAS G. GARAUFIS, presiding.)

11                      (Defendant present.)

12       (The following occurs outside the presence of the jury.)

13             THE COURT:  Bring in the witness, please.

14             (Witness resumes stand.)

15             THE COURT:  Please bring in the jury.

16             (Jury enters.)

17             THE COURT:  Please be seated.

18             All right.  You may continue your examination of the

19     witness.

20

21

22

23

24

25

Daniela - direct - Penza                    2345

1   DANIELA,

2        called as a witness, having been previously duly

3        sworn, was examined and testified as follows:

4             THE COURT:  I remind the witness she is still under

5   oath.

6             MS. PENZA:  Thank you, Your Honor.

7   DIRECT EXAMINATION

8   BY MS. PENZA:  (Continued.)

9   Q    Daniela, when you were in the admin office were you aware

10  that there was cash kept in the office?

11  A    Yes, I was.

12  Q    How did you come to learn that?

13  A    There was a specific procedure that I was explained it.

14  That's how I knew and I saw it.  So since I was processing the

15  applications for the students for the intensives and the

16  classes, then I knew the different forms of payment.  And, so,

17  some of the them paid by credit card, debit card, some of them

18  paid by check and some of them paid with cash.  So the

19  applications that came in with cash I had instructions to

20  enter in a particular way into the system.

21  Q    Okay.  So your job at this point in time balanced with

22  doing the brainteasers or the puzzles, but your job is to

23  enter the data from these applications onto a system; is that

24  right?

25  A    That's right.

Daniela - direct - Penza                              2346

1   Q      And there are specific ways to enter different things?

2   A      Yes.

3   Q      And one of these is the method of payment?

4   A      Yes.

5   Q      And what would you enter when somebody paid with a credit

6   card?

7   A      Payment by credit card.

8   Q      What other types of -- what if someone paid by check?

9   A      Payment with check.

10  Q      What happens with somebody's pays with cash?

11  A      Then we do not enter it as cash.  Even though there is a

12  category called Cash, we entered it under the category

13  Scholarship Admin.

14  Q      What happens to the cash?

15  A      The cash gets put in the top right drawer of Karen

16  Unterreiner's desk in the admin office.

17  Q      Was that money eventually moved somewhere else?

18  A      Yes.  Every random period of time Karen would come and

19  get that cash and take it away.

20  Q      What was the point of entering it as a scholarship

21  instead of as cash?

22  A      The point was to not pay taxes on the cash.  So the cash

23  would not be on the books.

24  Q      And, so, the people who paid the cash did not actually

25  receive scholarships?

Daniela - direct - Penza                           2347

1    A    That's right.

2    Q    So did there come a time when you did take money from the

3    office?

4    A    Yes.

5    Q    Can you explain?

6    A    I stole $6,000 from the admin office where I was working.

7    I have no excuse for it.  I was not raised that way.  It was a

8    stupid decision; a stupid, impulsive decision and I felt

9    terrible about it so I put the money back right away, but the

10   feeling of guilt was consumed me.

11   Q    Do you remember approximately when this happened?

12   A    Yeah, I was about 17.  So somewhere 2003.

13   Q    Early on in your dialogue with your defendant; is that

14   fair to say?

15   A    Yes.

16   Q    Now, how long did you keep the $6,000?

17   A    Maybe a day.

18   Q    How did you feel while you had it?

19   A    I felt -- I felt paranoid.  I was looking everyone to see

20   somebody had noticed, was looking at me.  I felt everybody

21   could see right through me.  My heart was racing.  I couldn't

22   sleep.  I felt really bad.

23   Q    And you said you put it back?

24   A    Yes.

25   Q    You put all of it back?

SN        OCR        RPR

Daniela - direct - Penza                                    2348

1   A     Yes.

2   Q     At that time did you tell anyone?

3   A     No.

4   Q     Eventually did you tell someone?

5   A     I told one person.

6   Q     Who was that person?

7   A     I told Keith.

8   Q     Why did you tell the defendant?

9   A     Well, even though I had put it back, I was struggling

10  with -- I felt really bad still.  I had stolen some money and

11  I didn't think I had that in me and so I think I wanted to

12  tell someone to -- I don't know, to, like, for some kind of

13  relief.  I told him because, I mean, he was -- he was a person

14  that I had started to trust.  We were building a friendship.

15  That's how I saw it and also because of this thing that I felt

16  inside of me, I thought he would maybe help me bring some

17  clarity.

18          I mean, he was, you know, the Vanguard, the creator

19  of all of these things; knew human nature, I thought, better

20  than most.  I think I did it trying to feel better, trying to

21  find a way to understand what I had done.  Also, like, like to

22  confess, I guess.  It was that kind of a desire.

23  Q     So you did tell the defendant?

24  A     Yes.

25  Q     Do you remember where you were?

Daniela - direct - Penza                    2349

1    A     No.

2    Q     Do you remember what he said to you?

3    A     Yes.

4    Q     What did he say to you?

5    A     I remember he was -- there was definitely a sense of

6    gravity to the subject.  So in no way was it a light

7    conversation, but he was very, I felt, neutral.  It was very

8    understanding.  So it wasn't, oh, how could you do this and a

9    disciplining act like I would expect from my parents or

10   something like that.  It was an exploration.  Well, why did

11   you do this.  Well, what -- and there were a few things that

12   were notable.

13          The first thing is that the first reaction -- the

14   first reaction out of him was that he already knew that.  That

15   was very surprising to me.  So, I told him I had done this

16   thing and he tells me he already knew that.

17   Q     What did you understand that to mean, that he already

18   knew?

19   A     I thought that he had eyes everywhere and he knew

20   everything that came and went, but I have to say I didn't

21   believe him.  He said that, but I didn't believe that was

22   true.

23   Q     Was your impression that he was conveying that he knew

24   everything in a mystical sort of way?

25   A     Yes.

Daniela - direct - Penza                    2350

1    Q    Is that something that would come up later on as well?

2    A    Yeah, that that's what he meant was reaffirmed by, you

3    know, my later understanding of him.

4    Q    Okay.

5    A    So, I now do believe that that's what it was, but at the

6    time I knew it was not true.

7    Q    Did you confront him with the fact that you knew that

8    wasn't true?

9    A    No.  Confronting is this -- I don't think -- no, I -- I

10   wasn't in a position to confront him in any way.  First of

11   all, because, you know, it was like a mentorship relationship.

12   So I wasn't -- I don't think I had it in me.  I barely had it

13   in me to talk to him.  But also in that conversation in

14   particular, I didn't think I had the right to confront anybody

15   on anything.  Here I was confessing something that I did

16   really wrong that was really bad.  I wasn't in that mindset at

17   all, but I definitely disagreed.

18   Q    You made a gesture with your hands where you put one hand

19   about the height of your head and one basically right above

20   your chest.  What were you intending to indicate by having

21   your hands in that way?

22   A    Well, when you're -- when you have a relationship, maybe

23   when you're, like, friends with someone and you're equals, I

24   see it as being at the same level.  And the relationship I was

25   developing with him was not one between equals.  So that's why

1    I said, well, it was a friendship to me.  That's what I

2    thought it was.

3           But really it was one of, at least in intention,

4    mentor/student, but certainly beyond that.  It was Vanguard

5    and a student.  So he knew better.  So in the scheme of things

6    he knew better.  He was better.  I was here.  He was unified.

7    I was disintegrated.  You could put it so many different ways

8    but it was definitely up and down.

9    Q    What else did he say after you told him that?

10   A    We had a very, I would say, colorful conversation that --

11   I will say made me feel better and not -- it wasn't like a

12   feel-good conversation.  He actually, I thought, was

13   understanding and hit my concerns about myself, about the core

14   of myself, which is exactly what had been troubling me.  And

15   he says to you, like guiding, things because okay -- I felt --

16   for example, I felt, well, I've done this thing -- yeah, I put

17   it back, but why does it still bother me.  Because it's as if

18   you have a blank page and you stain it.  You can't erase it.

19   It's going to be stained forever.  Now I'm a person who stole

20   forever.  I can't undo that.  I did it, I can't undo that and

21   I felt -- it's a bit dramatic, but I felt ruined.  I wasn't

22   this honest person any other.

23          And he addressed that and he said, yes, you

24   cannot -- you cannot get that back, but that's the nature of

25   things.  It's like when you lie, you now know that lying is a

Daniela - direct - Penza                2352

1  possibility.  So you stole.  Now you know that stealing is a
2  possibility.  Now, you can leave that the way it is or correct
3  it -- and you correct it.

4        And he said this which I thought was interesting,
5  you know, you could actually be a better leader of people
6  because now you know what it's like to steal and choose not to
7  steal and you can speak about it.  You can speak to it because
8  you now know more than someone who has never done it.

9  Q    Did he say anything else in that conversation?

10  A    Yes.  I mean, it was a lengthy conversation.  It was an
11  important conversation.  He said -- what I -- other than that
12  I don't remember exact things but what I took away from it was
13  that it wasn't the end of the world; that it was about what I
14  did with that, knowing that I had done that from then forward.
15  So I did feel a degree of relief and a little bit of more calm
16  and understanding about myself.

17  Q    What happened next?

18  A    What happened next is shortly after that and I think --

19  Q    Let me ask you this.  I'm sorry, Daniela.  Did you think
20  the conversation was over?

21  A    Yes, yes.  I mean, I thought -- yes.  More than the
22  conversation, I thought the -- yes, more than conversation, I
23  thought like that was the extent of the issue.  And I will
24  explain it in terms of what happened next.

25  Q    Okay.  Thank you.

Daniela - direct - Penza                              2353

1   A     It wasn't over.  I thought that conversation was, so I
2   confessed, we talked about it and, you know, the conversation
3   was very focused into myself like internally, internal work
4   that I needed to do to understand.  But I thought it was over
5   because I took the money and I put it back.  You know, that
6   external, I stole money and I put it back was done.  That part
7   was done.  There was nothing to be done about that.
8         All of it was about me.  What do I do about this
9   thing that I was capable of doing that.  I was capable of
10  breaking.  I was mistaken.  What happened next was he -- and I
11  think it was a phone conversation he called me and he said --
12  you know, he explained to me that he needed to -- I needed to
13  talk to Karen and he needed to tell Nancy and that it was
14  going to be difficult, but he was going to be there for me
15  throughout and at the end.
16        And I was like, okay, and he said, you know, there
17  are consequences to your actions, you know, beyond that, but
18  it was -- it was a friendly conversation and he said he was
19  going to be there for me.  That it was going to be difficult
20  but it was essentially good for me, important for me, and he
21  was going to be there at the end.  So I was -- I was taken
22  aback and what happened next was hell.  It was hell.
23        So I did speak to Karen.  Nancy spoke to me and had
24  these, like, sessions of, like, questioning and how are you
25  going to fix it and I remember being completely confused, you

Daniela - direct - Penza                    2354

1  know, as to how to fix something that was already fixed.  So

2  it's not like -- do I need to pay more money back?  Is there

3  going to be interest?  It was something that I could not

4  understand and it was aggressive and it was -- it felt like a

5  punishment to me which what I did was really wrong so I took

6  it.  Like, I took all of it and that's what I deserve.

7          And there was some kind of an intensive where there

8  was, like, some extra-modular that particular afternoon that

9  happened.  Not only what I did was bad, it was bad and I felt

10  shame because I did something that was really bad, and I -- so

11  I was part of this module and breakout group that was helping

12  me at the time and in the middle of the breakout group I

13  remember it was Barbara Jeske who was leading the discussion

14  and at some point turns to me and said, So, what do you think,

15  Daniela?  How does that relate to your stealing the money?

16  And I was -- so, how does she know?  Did they tell everyone?

17  And, they did.

18          So this -- and I didn't at the time -- at the time I

19  took all of it.  I thought this is a punishment I deserved

20  somehow.  This is going to make it better.  I have to go

21  through this like he said and it -- but it was horrible.  They

22  spoke to my parents.  My parents, like me, felt horrible

23  shame.  I mean, I -- they didn't raise me to steal money.  My

24  father is the opposite of that.  My father is a very honorable

25  man who always threads through the -- he never cheats.  He's,

Daniela - direct - Penza                              2355

1   like, super straight.  He's almost square, too straight.  And

2   I felt horrible because when they talked to them, Nancy spoke

3   to them, they -- it was humiliating to them.

4            Because, like me, they felt that their daughter had

5   stolen and they took it.  They just took that thing that was

6   happening that felt like punishment that was punishment and it

7   was terrible.

8   Q    How many other people in the intensive seemed to know

9   what you had done?

10  A    About a dozen people.  Way more than one.

11  Q    How did that make you feel?

12  A    Exposed.

13  Q    Did Nancy Salzman use any terms to describe you?

14  A    Yes.

15  Q    What happened.

16  A    I had several conversations in that afternoon/night with

17  Nancy.  And she was talking to me pretty aggressively and I

18  know that I -- when I got nervous sometimes I react in a -- I

19  get nervous I'm, like, off.  And I remember them screaming at

20  me why are you smiling?  Is this funny to you?  Does this make

21  you happy?  You are suppressive.  That was drilled into me.  I

22  was freaking out.  I was very nervous.  I didn't think I was

23  smiling.  And I was wondering to myself maybe -- maybe that's

24  why I stole the money because maybe I am a suppressive.

25  Q    What is the idea of an suppressive?

Daniela - direct - Penza                    2356

1   A      In ESP -- and I must clarify that that's what I thought

2   at the time.  I don't think I'm a suppressive.  I was confused

3   at the time.  In the ESP intensives, a suppressive was a

4   person who was cross-wired.  So, in a very simplistic way, a

5   normal person they see something good, they feel good.  They

6   see something bad, they feel bad.  So they see a little baby

7   laughing, oh, that feels good.  You see the baby being hurt,

8   oh, you feel bad.  A suppressive is someone who has that

9   crossed.  They may see something good in the world and they

10  feel bad so they want to squash it.  That's how it was

11  explained.

12  Q      So they think bad thoughts about the happy baby?

13  A      Yes, in essence.

14  Q      This concept of people being suppressives or acting

15  suppressively, was that something that would come up

16  frequently?

17  A      It was centric to the idea of -- it was centric to the

18  understanding of the world in ESP terms because it was really

19  a suppressive towards a stronger world.  It was all of us

20  through our disintegration and suppressive tendencies which we

21  all have, according to ESP.  Then there were people who were

22  full-on suppressives and they call that taking the fall.  If

23  there's a threshold where you have all of these suppressive

24  tendencies and you cross this threshold and apparently here is

25  where you lose your conscious and so now you are fully

1   suppressive and you turn to the dark side, I suppose.

2   Q    Is it fair to say that at the time when you were having

3   this conversation with Nancy that that was a real fear, a fear

4   of being a suppressive?

5   A    Yes.  And being called a suppressive was a serious

6   accusation.

7   Q    And were other people in the community afraid of being

8   labeled as suppressives or afraid of being suppressive?

9   A    Yeah.  I think nobody wants to be called bad.

10  Q    Did you ever hear -- did you ever hear other people

11  actually being called suppressives?

12  A    Yes.

13  Q    Who were those people?

14  A    There was a person who was actually mentioned in

15  intensives.  Her name had been Toni Natalie.  She took the

16  fall and was a full suppressive.

17  Q    Did you ever meet Toni Natalie?

18  A    No.

19  Q    Anywhere else that you heard that name used or that term

20  used?

21  A    Yeah, I'm sure, but not that I can recall exactly.

22  Q    Okay.  So you have -- so this intensive is going on.

23  Your parents are spoken to, what happens next?

24  A    I was fired from my job in the admin office.  I think

25  that was fair.  And, well, I had this series of, like, you

Daniela - direct - Penza                    2358

1    know to fix it, what I needed to do which was all very

2    confusing.  I took it more as a -- as a period of punishment

3    because it wasn't clear to me what else I could do to fix it

4    other than, you know, putting back the money, you know.

5    Q    This notion that you had to fix something, was that

6    something that would come up repeatedly during your time in

7    ESP?

8    A    Yes.  And it was refined further and eventually called

9    healing your ethical breach.

10   Q    And when that would happen, would there be -- would

11   anyone ever explain to you what you needed to do to fix it?

12   A    No, not exactly.  In fact, it was part of -- part of the

13   ethical breach was you needed to figure out yourself or at

14   least that's how it happened to me.  I can't speak to, like,

15   the rest because I became progressively isolated from the

16   community and I didn't have contact with these concepts

17   firsthand.  I wasn't taught them.  I just was disciplined with

18   them.

19          But, so, the idea was that -- so a person -- I

20   commit an ethical breach, something that breaches my own

21   ethics.  But that nonetheless has damage, physical damage to

22   the world and I use physical damage lightly.  Everything has

23   consequences.  So the ethical breach was like something

24   exploded and it changes everything else so there's no way to

25   contain that and one must figure out what it takes to fix it,

Daniela - direct - Penza                    2359

1    you know, to contain all the ripple effect of all of those

2    things.

3            And there were, like, a series of steps.  You needed

4    to make an ethical breach plan.  So what are you going to do

5    to counteract each of the salient negative effects and you

6    make a plan of what it's going to take.  And at some point it

7    was, well, you're not the one who can approve your own ethical

8    breach.  You have to go to the people who you have damaged and

9    they will tell you it's enough or not enough.  It's not up to

10   you and so on and so forth.

11   Q    So going back to this incident after you -- after Nancy

12   speaks to you, so, you lose your job in the admin office, but

13   you weren't being paid for that; correct?

14   A    No, I wasn't.

15   Q    But what are you doing with the time that you have?

16   A    I -- I am looking for odd jobs and -- I'm looking and I

17   find odd jobs.  And I was running errands for people.  I

18   worked as an assistant to a real estate agent.  I was dog

19   sitting, housesitting, taking dry cleaning.  I was looking to

20   make a buck so I could, you know, continue surviving.

21

22            (Continued on the following page.)

23

24

25

SN        OCR        RPR

Daniela - Direct - Penza                    2360

1   BY MS. PENZA (Continuing):

2   Q    What was the name of the real estate agent?

3   A    Franca DiCrescenzo.

4   Q    After this conversation with Nancy and everything that

5   happened there, how did your relationship with the Defendant

6   change?

7   A    I became closer to him.  What he said was true and he was

8   there for me throughout and at the end.  I would say he was

9   sort of a shoulder to cry on.

10          So, at the time, he felt like the only person who

11   was on my side, in fact, because I felt like that hell I went

12   through, I felt, you know, everybody thought I was bad.  And I

13   just -- I took it, like I said, and he was -- he didn't adopt

14   that stance.  He kept being my friend.  He was understanding.

15   I would talk to him about how I felt about this, like, wave of

16   punishment coming at me.  And he was there for me.

17   Q    Looking back, do you have any thoughts on what happened

18   in that incident?

19   A    Yes.

20   Q    Can you explain?

21   A    I think he set it up.  I think he set me up.  I think

22   that he made himself the hero of the story.  He created a

23   horrible situation by which I became closer and a little more

24   dependent on him.  And I believe that -- it's my belief that

25   that whole situation was crafted.

LAM      OCR      RPR

Daniela - Direct - Penza                2361

1  Q    And you said this is in 2003, right?

2  A    Yes.

3  Q    And just to situate things, earlier you told us that you

4  end up having sex with the Defendant on your 18th birthday, in

5  October 2003.

6  A    Yes.

7  Q    So, this incident is happening only months before you end

8  up having sex with him?

9  A    Yes, it all happened very quickly.

10  Q    When you were -- at this point, you're on the visitor's

11  visa, correct?

12  A    Yes.

13  Q    So, can you explain a little bit about how the visitor's

14  visa works and what you typically would do when you're on a

15  visitor's visa?

16  A    Yes.  The visitor's visa that the U.S. issues to

17  foreigners allows for us to stay for a maximum period of six

18  months.  Sometimes it can be issued for less.  Like, if one

19  crosses the border and says, I'm going to come back, I'm just

20  going to this event in 20 days, then you might get this, like,

21  little paper -- I-94 I think -- stamped with less days.  But

22  the general rule is they will give you that and it's

23  automatically six-month allowance.

24         And what I was doing, I was coming into the country,

25  staying close to six months, really cutting it very close,

Daniela - Direct - Penza                    2362

1    like by days, and going back to Mexico for a little while to

2    essentially renew it, and come back in and again maxing out

3    close to six months and going back.

4    Q    Now, during the times when you were home in Mexico, would

5    you communicate with the Defendant?

6    A    Yes.

7    Q    How?

8    A    I would communicate with him by a little bit by phone and

9    by e-mail.

10            MS. PENZA:  Your Honor, the Government moves into

11   evidence Government Exhibit 1580 on consent of the defense.

12            MR. AGNIFILO:  That's correct.

13            THE COURT:  Sorry, what's the number?

14            MS. PENZA:  1580.

15            THE COURT:  All right.  No objection?

16            MR. AGNIFILO:  That's right, Judge.

17            THE COURT:  All right.  Government Exhibit 1580 is

18   received in evidence.

19            (Government Exhibit 1580 so marked.)

20            (Exhibit published to the jury.)

21   Q    Daniela, I'm showing you what's marked as Government

22   Exhibit 1580.

23            Do you recognize this?

24   A    Yes, I do.

25   Q    And this is a forward that you sent to the Defendant

Daniela - Direct - Penza                              2363

1    later on; is that right?

2    A    That is correct.

3    Q    But what is the actual document that you're forwarding?

4    A    It's a series of e-mails.

5    Q    And e-mails between who and who?

6    A    It's communication between Keith and I.

7    Q    I'm going to show you the first e-mail.

8         Can you see that, Daniela?

9    A    Yes.

10   Q    Is that better?

11   A    Yes, thank you.

12   Q    So, the first e-mail, it says from Daniela and then it's

13   to e-mail address kunterre@nycap.rr.com.

14        Are you familiar with that e-mail address?

15   A    Yes.  That was the e-mail address that Keith used.  Even

16   though it spells out really kunterre, which is Karen

17   Unterreiner, it's the e-mail that Keith used.

18   Q    Can you explain this e-mail?

19   A    Yes.  So, this particular e-mail is I'm sending Keith the

20   answer for one of the brain teaser's he had given me.

21   Q    This is the answer to a brain teaser, and then you sign

22   it.

23        How do you sign it?

24   A    I sign it TQM besos, Dani.

25   Q    What does that mean?

LAM      OCR      RPR

Daniela - Direct - Penza                              2364

1    A     "TQM besos" would be the way every teenager in Mexico

2    signs off a letter to a friend.

3    Q     Literally does it mean I like you --

4    A     I like you very much.  Kisses, Dani.

5    Q     Would this be a common way of signing e-mails?

6    A     Like XOXO or -- yes, something like that.

7    Q     And then the Defendant seems to have responded from a

8    different e-mail account; is that right?

9    A     Yes, that's right.

10   Q     Is that another e-mail account of his that you're

11   familiar with?

12   A     worldethics@hotmail.com, yes.

13   Q     And that's to ladaniela@excite.com?

14   A     Yes.  That was my e-mail address at the time.

15   Q     Is that an e-mail address you still have access to?

16   A     No, I don't.

17   Q     Have you tried to gain access to it?

18   A     I did at some point, and I don't have access to it.

19   Q     The Defendant writes back:  I bolded something below.

20   What do you think?

21            And then a winky face.

22   A     Yes.

23   Q     Have you reviewed these communications?

24   A     Yes, I have.

25   Q     This document?

LAM      OCR      RPR

Daniela - Direct - Penza                     2365

1    A    Yes.

2    Q    In general, how would you describe the back-and-forth

3    between you and the Defendant?

4    A    I would say it was playful.  I mean, I was being playful.

5    I think maybe it's a little uncharacteristic from a

6    fortysomething-year-old man, but it was a playful exchange.

7    Q    At that time, what was the age difference between you and

8    the Defendant?

9    A    I don't know exactly, but I was 17 and he was in his

10   forties.

11   Q    Showing you another e-mail.  This is July 1, 2003.  It's

12   in the same series, and it's from Keith Raniere at

13   worldethics@hotmail.com to ladaniela@excite.com.

14          Does the Defendant write:  It is better to write me

15   at the other e-mail, kunterre@nycap.rr.com.  I am having

16   outgoing problems with that account, so I may write to you

17   from this one?

18   A    Okay.

19   Q    Is that consistent with him using that other e-mail

20   address?

21   A    Yes.

22   Q    And then he comments on something you had written in,

23   Bold this one, baby.

24   A    Right.

25   Q    And what does he say?

LAM       OCR       RPR

Daniela - Direct - Penza                    2366

A     Well, in an earlier e-mail, he had bolded something,
showing me that I had made a mistake.  So, I replied back to
him and -- with what I thought was the correct answer, which
you can see below:  What do you think?  Oops, my mistake.

         And I rewrite the series.  And, so, I playfully
write, "Bold this one, baby," because I think this is the
right answer finally.  I did make a mistake, but this is a
right answer.  That's a little tongue out case, TQM -- this is
before emojis -- and then it cuts off to something he had sent
me.

         So, the reply that he's giving me, "Bold this one,
baby," he is marking it with an arrow pointing to it, and he
says:  Do you really mean it?  Aren't you too young to be
doing this?  Maybe not.

Q     Looking back, do you have any thoughts on this e-mail?

A     Yes.

Q     What do you think?

A     I think he was leading the conversation into a flirty,
more sexual way.

Q     Is that consistent with how your conversations progressed
during this period of time in 2003?

A     Yes.

Q     Can you explain?

A     Yes.  So, I didn't see Keith in that way.  I was being
playful.  I thought we were, as I said, developing a

LAM      OCR      RPR

Daniela - Direct - Penza                    2367

1   friendship.  But he would, I think in subtle ways -- I think
2   that's kind of subtle -- like, push the conversation towards
3   flirtiness, like flirting with me and asking that leading type
4   of -- I believe he was grooming me.
5   Q    What type of questions would the Defendant ask you and
6   what type of information did he obtain?
7   A    He would ask me all sorts of questions.  And kind of
8   woven into all those questions were intimate questions.  So, I
9   didn't make much of it.  So, he asked questions about my life,
10  about my past, about what I wanted to do, had I ever been in
11  love, you know.
12  Q    Had you ever had a boyfriend before this time in 2003?
13  A    I was a bit of a late bloomer.  So, before this time, I
14  had had a boyfriend with whom I was for two weeks and we had
15  held hands.  But the truth is that by 2003, I had never been
16  kissed and I had never had any other type of sexual contact.
17  Q    And was that something that the Defendant asked you?
18  A    Yes.
19  Q    So, he learned that you were a virgin?
20  A    Yes, by that time he already knew all of those things
21  from me.
22  Q    What else did the Defendant learn?
23  A    He learned pretty much everything about me.
24  Q    How did the Defendant -- did the Defendant have a
25  response at that time to you being a virgin?

Daniela - Direct - Penza                    2368

1    A    Not that I can remember.

2    Q    Later on, would the fact that you had been a virgin

3    become important to the Defendant?

4    A    Very.  He would come to call it I was "pure."

5    Q    Now, at this point in time, what were your beliefs about

6    the Defendant's sex life?

7    A    I thought he was celibate.  I knew he was an

8    renunciant -- I had been told he was a renunciant.  And I

9    believed in light with all of that he was celibate, he didn't

10   have any relationships of a romantic kind at all.

11   Q    At this point, what did you think the Defendant's

12   relationship with your sister Marianna was?

13   A    I thought he wanted to coach her.  He was going to help

14   her be a tennis star.

15   Q    At some point in time, your parents would be in the

16   Albany area on and off; is that right?

17   A    That's right.

18   Q    And did there come a time in this period where your

19   parents were in Albany?

20   A    Yes.  My parents actually moved for a period of a year.

21   They both came along with my two siblings, Adrian and Camilla.

22   So, they wouldn't miss a year of school, they actually

23   enrolled each in their respective grades in the hope...

24   Q    So, the 2003-2004 school year?

25   A    Yes, I believe that's the period of time they were here

Daniela - Direct - Penza                    2369

1    for a year.

2    Q    And how was your parents' marriage at that point?

3    A    It had deteriorated.

4         It was -- whereas before they were trying to figure

5    out what was going on with them, I think, that they were

6    happy, still living under the same roof, and they talked.  At

7    that point in time, they were separated, essentially.  They

8    lived in separate rooms inside the house that they were

9    renting in Riverwalk, and they -- my mom wanted to move out,

10   she wanted to not live with him anymore.  My dad, I believe,

11   was heartbroken, very much loved my mother.

12        So, they both talked to me.  Again, like, their

13   relationship continued to be good between me and each of my

14   parents, so I was -- you know, I was trying to navigate all of

15   this.

16   Q    How was this discord or whatever was going on with your

17   parents, how was that effecting you at that time?

18   A    It was one of the central issues in my life.  It's my

19   parents, my family, was always, like, my main axis.  And other

20   than caring about them as people, it's also my parents.

21        So, I don't think I ever stopped feeling that, so I

22   was very emotional.  It was a very emotional, like, in a

23   negative way time.

24   Q    Did you ever talk about this with the Defendant?

25   A    Yes.  I talked to him about everything, and this was one

LAM        OCR        RPR

Daniela - Direct - Penza                2370

1  of the most important things.  So, I definitely talked to him

2  about this.

3           Like with everything else, like with this one in

4  particular, I was hoping to get some insights that maybe would

5  allow me to help my parents.  I felt like I had a super friend

6  that maybe could help.

7  Q    Was there a particular incident where you discussed what

8  was going on with your parents with the Defendant?

9  A    Yes.

10 Q    Where were you?

11 A    I was in the room next to Prefect's office.  We were

12 sitting there on the purple couch -- there was a big purple

13 couch -- and the door was closed.

14 Q    Was the door usually closed when you and the Defendant

15 were together?

16 A    No, no.  Usually, it was more open settings, public

17 settings.  Even when we're at the center, it's not like the

18 door was closed behind us.

19           So, we were sitting there and I was telling him all

20 about my parents, my parents' issues.  And he was, to a

21 degree, giving me advice:  Well, if your mother -- I

22 understand that your mother might not want to be with your

23 dad, but if she doesn't know what she wants yet, what is it,

24 what has changed that they can no longer live under the same

25 roof?  At least they could be friends.

Daniela - Direct - Penza                    2371

1    You know, it was just like, you know -- and I
2 considered his understanding of human nature to be at least
3 way better than mine.  So, I was listening, but I was sharing
4 this very sensitive, very painful, very negative situation
5 that was happening in my life.
6         And in the middle of me sharing this with him, he
7 moved closer to me and he kissed me.  He just kissed me on the
8 lips.  And it was not a kiss that was reciprocated.  I did not
9 expect it.  I mean, I did not expect it in general, but it
10 also -- I was talking about my parents' divorce.  So, I
11 just -- I froze.  Yeah, I froze.  It was -- it was -- it was
12 weird, it wasn't expected.
13 Q    How would you describe the kiss?
14 A    It was unwanted.  And it was long.  So, it wasn't like a
15 little peck.  It felt like it intended to be passionate, but I
16 did not reciprocate.  I didn't know what to do, honestly.  And
17 I -- no.  And it lasted a good few seconds and I just -- I
18 wasn't sure what to do.
19 Q    Did the Defendant say anything?
20 A    Yeah.  I remember he asked me if I liked that he had done
21 that.
22 Q    What did you say?
23 A    I said yes.
24 Q    Why did you say that?
25 A    I froze.  I had no idea what was happening.  I just said

LAM      OCR      RPR

Daniela - Direct - Penza                    2372

1    yes.  It was, like, a quick reaction.

2    Q    What happened after that?

3    A    The conversation, well, it was over with that.  I left

4    and I drove home.  And I remember, I was trying to understand

5    what had just happened.

6              And that kiss did not feel good the moment that he

7    kissed me.  I froze.  I didn't feel bad, didn't feel good,

8    didn't feel anything, it was just like what's going on?

9              As I was driving home and I was processing, I

10   started feeling almost like, Oh, my God, he likes me.  He

11   likes me in that way.

12             And this thing started growing in me, like, How do I

13   feel?  I feel flattered.  I feel like I'm special.  I feel

14   chosen.

15             And, you know, I started trying to understand all of

16   that, and it's almost like I started to feel a little excited

17   about it.  Like, the kiss itself was -- I didn't ask for it.

18   I didn't feel anything and it was not something I wanted.  But

19   I started to think about it and I started to figure out what

20   it meant.

21             And I remember I was driving home and I was thinking

22   I was telling my mom, about getting home and telling my mom

23   about it.  And as a good thing.  Like, it escaped me, what I

24   think now, how my mom would have reacted.

25             Because what ended up happening is I got home, my

Daniela - Direct - Penza                    2373

1    mom was there.  She was by the river on the bench.  And I

2    don't know why I decided to hold it inside me a little longer.

3    Like, I still didn't understand and started to feel almost

4    good about it, like, I started to feel almost excited about

5    it.  And I just didn't tell her right away.  I was going to

6    tell her; I didn't tell her right away.

7              But in between, I received a phone call from Keith

8    and, How are you doing?  I think it's better if you don't tell

9    anybody about what happened, our kiss.  I think that's better

10   that's between us.

11             And I agreed, I complied.  So, I think that by a few

12   hours I would have changed the course of history because I

13   don't think my mom would have been very happy to hear that a

14   40-year-old something -- it doesn't matter if it's Vanguard --

15   kissed her 17-year-old daughter.

16   Q    Did the Defendant explain to you why this had to be kept

17   a secret?

18   A    Not that I remember.  I just easily complied.

19   Q    Had you ever kept a secret from your mom before?

20   A    No, that was the first secret I kept from my mom.

21   Q    Would you keep additional secrets after that?

22   A    Everything about my personal life was a secret from then

23   on.

24   Q    At that point in time, how did the relationship with your

25   mom change?

Daniela - Direct - Penza                    2374

1   A    I became -- I came to see her, like, very apart from and

2   separated from me.  Funny enough, it made me feel a little bit

3   more like a full independent woman, like I have my own private

4   life, but at the same time I was completely isolated from any

5   kind of objective, loving opinion about any question about my

6   love life or anything that was happening.

7   Q    After that night, did you continue to communicate with

8   the Defendant?

9   A    Yes.

10  Q    Did the nature of the conversations progress?

11  A    It escalated in a sexual way, definitely.

12  Q    How so?

13  A    I mean, now that I knew -- I mean, he had kissed me, he

14  liked me.  There was flirting going on now, like, open

15  flirting going on now.  And he, you know, he would lead -- I

16  was very shy.  I mean, especially then I was extremely shy.

17  So, it took a lot of prodding to really move it that way.  It

18  wasn't something natural.  To me, it was uncomfortable,

19  flattering, uncomfortable.

20        So, the questions become more sexual and they began

21  to talk about, Oh, but we can't have sex because you're too

22  young.

23        You know, so, like, talk about sex but in the

24  negative, like we can't have it, which I understood perfectly.

25  And, so, that kind of...

1             And the course of the conversations basically let me

2    in on his sexual life.

3    Q    What did he tell you?

4    A    He explained to me that he had -- that he did have

5    romantic relationships, that he had several girlfriends, that

6    there were long-term girlfriends, that privacy was very

7    important to him, that it needed to be a secret.

8             So, he let me in on his what he was doing.

9    Q    Did the conversations about the way you described it as

10   the negative conversations about sex, would those continue and

11   escalate as well?

12   A    Yes, especially as my birthday was coming up.

13   Q    So, was your 18th birthday a trigger point?

14            Was that something that was being built up to?

15   A    Yes, yes.  It was built up by him and I understood it and

16   I followed on it.

17            And there was a particular conversation that

18   happened weeks, maybe a month or so, maybe a little more,

19   before.  We were at volleyball.  And after all this conversing

20   about, Oh, we can't have sex, you're too young.  Your birthday

21   is coming up.  What do you want for your birthday?

22            So, in my mind it was clear what the answer should

23   be:  I should want sex.  But I was too shy to even say that.

24   So, it took a lot of him asking in a flirty way, What do you

25   want for your birthday?  Do you want something special?

Daniela - Direct - Penza                    2376

1          And I couldn't say it and I did not say it.  And he

2     noticed I was extremely shy, and he said, Well, if you're too

3     shy to say it, why don't you write it on the palm of my hand?

4          And it was easier than to say it, so I, with my

5     hand, spelled out S-E-X.

6     Q    What did the Defendant -- what did the Defendant say

7     after that?

8     A    He acted surprised.

9     Q    Can you --

10    A    He said, Oh, you want sex?

11         And I remember feeling very insecure all of a

12    sudden, like, Oh, my God, that was not the right answer.  Oh

13    my, God, I want sex?  Who am I?  That's so dirty.

14         I felt like -- yeah, like, you know, he set me up.

15    Like a little deer, he set up the trap, and when I fell he's

16    like, Oh, you fell in a trap.

17         So, after that, I was visibly shy, I know.  I was

18    extremely mortified.  And he said, Is there something that you

19    are insecure about, you know, about sex and all of that?

20         And I told him I was and I was insecure about my

21    body and I was insecure about I felt fat, I was fat, and I

22    felt insecure about my stretch marks that started appearing

23    after I gained weight suddenly.  And he's like, Oh, that's all

24    right.  But what about your pubic hair?  Is that something

25    you're insecure about, the hair on your pussy?

Daniela - Direct - Penza                    2377

1           And I remember being really confused because I was

2    like how would I be insecure about -- like, but what, is the

3    hair too curly?  Is it the wrong color?  And he explained,

4    Some women are like insecure and don't like their hair.  But

5    you know, I like natural.

6

7           (Continued on the following page.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

LAM        OCR        RPR

Daniela - direct - Penza                    2378

1   BY MS. PENZA:  (Continuing.)

2   Q    So, at that time you weren't -- that wasn't even a

3   concept that you were familiar with?

4   A    Which concept?

5   Q    The concept of grooming pubic hair?

6   A    No, one did not touch it.

7   Q    So the defendant stated that his preference was for it to

8   be natural?

9   A    Yes, that's what I understood.

10  Q    Later on in time would the defendant repeat that that was

11  his sexual preference with you?

12  A    Yes, he made that very clear.

13  Q    In which ways?

14  A    Well, I remember once he started having sex with me he

15  mocked me a little bit because he said I had very little hair.

16  And I did.  I had very little hair.  And he even -- he was,

17  like, well, you -- you shave it.  You know how I like it.  You

18  shouldn't shave it.  No, that's the way I am.  I'm young.  I

19  didn't have a lot of hair and he nicknamed me Norelco because

20  Norelco is apparently this little machine with which you shave

21  hair.  So he used to call me Norelco in a playful way.  I

22  didn't like it.  And then I really didn't like it.

23        One day we were at the volleyball court and he

24  yelled Norelco and I wanted to die.  So I was very aware that

25  he liked it natural and through games and jokes and explicit

SN        OCR        RPR

Daniela - direct - Penza                    2379

1   directives I knew that there was no grooming allowed.

2   Q    Going back to before you had had sex with the defendant,

3   did the defendant tell you anything you needed to do before

4   you had sex with him?

5   A    Yes.

6   Q    What did he say?

7   A    I needed to lose weight.

8   Q    Did he explain why?

9   A    Yes.  He said that -- he said that for him to share his

10  sexual, you know -- he was very sensitive to that because of

11  who he is.  And, so, that when a woman was fat, overweight,

12  fat, that interrupted that energy and it sounded like

13  something that should make sense; like the body's fat/muscle

14  ratio was off so the energy didn't flow properly.  But it was

15  also because a person who's overweight is obviously a person

16  who does not have control of their indulgent impulses.  So

17  it's a person who is not -- it's like almost too primitive in

18  their way.  They can't even keep themselves from eating so he

19  couldn't share his sexual energy with somebody like that.  He

20  needed me to lose weight.

21  Q    Would your weight become a focus throughout for the next

22  ten years?

23  A    Yes, I was in sharp focus all the time.  Sometimes when I

24  called him the first question would be, pick up the phone,

25  what is your weight.

Daniela - direct - Penza                    2380

1   Q    Did the defendant have a specific amount of weight he
2   wanted you to lose?
3   A    Yes.  I needed to lose so much weight and then there was
4   a midterm goal.  You need to lose this much by here and then
5   we'll see how much you needed to lose.  I needed to lose
6   20-something pounds and I needed to weigh 155 around for the
7   time of my 18th birthday.
8   Q    Did you do anything to try and lose the weight?
9   A    Yeah.  I tried to diet.  I took laxative pills.
10  Q    How did you get the idea to take laxative pills?
11  A    My sister Mariana had been taking them and I had seen her
12  taking them and I knew she had an eating disorder, but, you
13  know, she was -- that's where I got the idea.
14  Q    So, remind us again, when was your 18th birthday?
15  A    My 18th birthday was October 26, 2003.
16  Q    And what happened?
17  A    I turned 18.
18  Q    Did anything else happen that day?
19  A    Yes.  That day, I'm sure, but I don't remember exactly.
20  I remember what didn't happen.
21  Q    What didn't happen?
22  A    What didn't happen is I did not have sex with Keith that
23  day.  He -- I was disappointed.  I was disappointed.  I felt
24  rejected.  I know that he was disappointed that I had not lost
25  the weight.

Daniela - direct - Penza                    2381

1    Q    Did you actually have a conversation with him about that?

2    A    Yes.

3    Q    What did he say?

4    A    Why, do you not care about me?  You don't care enough?

5    You care more about food than to be with me.  And I felt bad.

6    I felt bad and so I didn't see him on my birthday and I didn't

7    see him for the following days but it wasn't more than a week

8    and I felt -- and I felt -- and I felt rejected over those

9    periods of those few days that I turned 18 and nothing

10   happened, but then he did call me and it was time.

11   Q    About how much after your 18th birthday was this?

12   A    It wasn't more than a week.  It was days.

13   Q    And, so, how -- what actually happened?

14   A    He -- he called me and I don't remember whether I picked

15   him up or we met at this place called Rome Plaza.

16   Q    Did you have an understanding of what Rome Plaza was?

17   A    It was an office building.  It was, like, an office

18   building and I don't know if I knew it at the time, but I

19   certainly found out later they were the former offices of a

20   business that he had had.

21   Q    What happened when you got to Rome Plaza?

22   A    So we got to Rome Plaza and he led me through the

23   hallways.  I think it was the second floor at the end of the

24   hallway on the right way facing from the front.  I think it

25   was, like, one of the last offices.  And he led me in and

Daniela - direct - Penza                    2382

1   inside that office there was, like, a smaller room, I think.

2   And that's where he led me and this room was, like, dim

3   lighting, so I couldn't see very well.  There were stacks of

4   things.  Like stacks of boxes, stacks of things and, like, on

5   the floor there was, like, carpet; like old, dirty carpet and

6   on the floor there was a mattress and the mattress looked like

7   a dirty mattress.  It had, like, raggy, used sheets on it.  It

8   wasn't like -- that bed wasn't made up.  It was just, like --

9              And he asked me to take my clothes off and lay down

10  and I did.  There was not much talking throughout.  There

11  really was no talking.  He didn't remove his clothes.  He just

12  starting doing oral sex on me.  And that went on for a while.

13  I don't know how long.  I was a little bit in shock with

14  everything and then he took off his clothes and he climbed on

15  top of me for a little while and he gave me a hug, like a long

16  hug is what it was and -- and -- and then he just kissed me,

17  got up, helped me up and got dressed and I drove him back to

18  Flintlock.

19  Q    Did you feel the defendant have an erection?

20  A    No.

21  Q    Did you feel the defendant penetrate you?

22  A    No.

23  Q    Was there any evidence that the defendant had ejaculated?

24  A    No, no there was no kind of substance or anything like

25  that.  Nor did I bleed.

Daniela - direct - Penza                    2383

1    Q     What happened next?

2    A     What happened next was after I dropped him off he calls

3    me.  And he calls me and he tells me, you know, I know that

4    you're too shy to talk when we're together.  I know you're too

5    shy to talk when we're together so I'm calling you so we can

6    talk about what just happened.

7    Q     And what did he say?

8    A     He said -- he asked me how I was and how I felt about it

9    and all of these different things and one remarkable thing he

10   said was, you're responsible -- you're a responsible person.

11   How come you didn't ask me to use protection?  And confusion

12   ensued because I couldn't understand why he was asking me to

13   use protection if I didn't feel he penetrated me.  So I didn't

14   think we needed it and I understood that he was telling me

15   that he did penetrate me and I did lose my virginity, but I

16   did not feel that.  So we were debating that point.

17   Q     Did that continue to be a point of debate later?

18   A     Yes.  That's still a point of debate.

19   Q     How did you feel about what had happened at that time

20   about him saying he had penetrated you when you hadn't felt

21   that?

22   A     I feel very sure of what I felt.  I was there.  It's my

23   body so it's very confusing to have contradictory information.

24   I mean, I -- I'm -- I'm sure he didn't penetrate me then.

25   Q     Would later he actually provide you with explanations --

SN        OCR        RPR

1  did you have a conversation later about why there was this

2  disconnect?

3  A    Yeah, a few days later we were on a walk and we were

4  talking about this.  He was asking me about this and he was

5  kind of having, like, an EM type of conversation, like an

6  exploration, like, you know, why do you think you didn't feel

7  anything?  Like, clearly what he said was right and I needed

8  to figure out why I didn't feel it.  I stuck to my guns.  To

9  this day, I'm sticking to my guns and he --

10          So he was, like, doing this exploration with me and,

11  you know, by the end the concluding questions.  So Daniela why

12  do you think -- why do you think that you would not, like, not

13  want to feel that?  Why would you not, you know, not have felt

14  what happened?  And I remember that all of this is going on

15  and, okay, I think I know the right answer to that and I will

16  give him the right answer and I gave what I thought was the

17  right answer and I said maybe I didn't want it and so I

18  blocked it out.  I thought that that was the right answer.

19          He corrected me and he gave me the right answer.  He

20  said, no, the reason why you didn't feel it was because you

21  were too in your head, which is an expression from ESP, when

22  someone is thinking but not feeling.  You're too in your head

23  all the time.  That's what you need to work on.  That' why.

24  Q    Were there later other instances where you would know

25  something had happened and the defendant would try to convince

Daniela - direct - Penza                    2385

1    you that it had not happened?

2    A    Yes.

3    Q    Did you see that with other women as well?

4    A    Yes.

5    Q    Later on when you had additional sexual experiences with

6    the defendant, were there times when he had difficulty getting

7    or maintaining an erection?

8    A    Yes.

9              MS. PENZA:  Do we want to take the lunch break now?

10             THE COURT:  Yes.  Let's take the hour for lunch.

11   All right, please rise for the jury.

12             (Jury exits.)

13             (In open court.)

14             THE COURT:  All right.  The witness may stand down.

15   Do not discuss your testimony with anyone.

16             THE WITNESS:  Yes, sir.

17             (Witness steps down.)

18             THE COURT:  Take an hour for lunch.  Thank you.

19             (Luncheon recess.)

20

21

22

23

24

25

Proceedings                                                    2386

1              A F T E R N O O N   S E S S I O N

2                        (In open court.)

3            (The Hon. Nicholas G. Garaufis, presiding.)

4                      (Defendant present.)

5        (The following occurs outside the presence of the jury.)

6              THE COURT:  I am advised that the last day of

7    Ramadan is June 4th.  It's Tuesday.  We're not here Monday.

8    We will not have trial on Tuesday, June 4th.

9              Does the Government anticipate that it is going to

10   need a Daubert hearing?  Have you thought it or do you want to

11   advise me by next Wednesday whether you're going to request a

12   Daubert hearing on that one issue that I had in my decision?

13             MS. PENZA:  I'm sorry, Your Honor.  Can we get back

14   to you?

15             THE COURT:  Yes, by next Wednesday.  If we need it

16   we will schedule it, but otherwise we will not have court on

17   Monday, June 3rd or Tuesday, June 4th, and we will only that I

18   have court on the 5th, 6th and 7th in June in that week, three

19   days.

20             MS. PENZA:  Okay, thank you, Your Honor.

21             THE COURT:  The defense understands?

22             MR. AGNIFILO:  Yes, we do.

23             THE COURT:  I just wanted to give you plenty of

24   notice about that.  Anything before we bring in the witness?

25             MS. PENZA:  Not from the Government.

Daniela - direct - Penza                    2387

1          MR. AGNIFILO:  Not from us, Judge.

2          THE COURT:  Okay, let's bring in the witness,

3     please.

4          (Witness resumes stand.)

5          THE COURT:  Let's bring in the jury, please.

6          (Jury enters.)

7          THE COURT:  Please be seated.

8          All right, you may continue your direct examination

9     of the witness.

10         MS. PENZA:  Thank you.

11         THE COURT:  The witness is reminded that she is

12    still under oath.

13         MS. PENZA:  Thank you, Your Honor.

14    DANIELA,

15        called as a witness, having been previously duly

16        sworn, was examined and testified as follows:

17    CONTINUED DIRECT EXAMINATION

18    BY MS. PENZA:

19    Q    Daniela, after the incident at Rome Plaza, what did you

20    think your relationship status was with the defendant?

21    A    Actually, I was a little unsure.  I knew that we started

22    a sexual relationship, but no terms as such had been

23    discussed.  He had explained to me what it was like with other

24    of his long-term girlfriends, but as far as me and him, I

25    wasn't sure.

Daniela - direct - Penza                                    2388

1    Q    And so, did you have a discussion with the defendant?

2    A    Yes.  I have -- I was raised and brought up with very

3    traditional conservative values.  So, in fact, I -- and what I

4    always wanted was to be with one man, love one man and always

5    just stay with that man.  Very traditional and very

6    conservative.  So I wanted to speak to Keith about that.  I

7    understood he took it seriously, but in terms of time what it

8    meant to me.  So I sought a conversation with him to discuss

9    that.

10   Q    And what did he say?

11   A    He said we had already discussed that.  That was the

12   three-year contract.

13   Q    Had you ever heard that there was a discussion of a

14   three-year contract?

15   A    I would remember it.  This was my life.  No we never

16   discussed three-year contracts.

17   Q    How did it make you feel when he said three-year

18   contract?

19   A    Well, it made me feel that he didn't remember the

20   conversations he had with me.  I thought maybe he had it with

21   a different woman.  Does he realize it wasn't me?  I felt

22   really confused about the fact that we didn't have that

23   conversation.

24   Q    And, so, what happened after that?

25   A    So that wasn't resolved, but we did have a conversation

SN        OCR        RPR

Daniela - direct - Penza                    2389

1    about, you know, what the relationship was and that three-year

2    contract is not something I wanted.  Like, it didn't go in

3    line with what I thought, you know a serious, formal

4    relationship should be.  To me it seemed a bit like a rental

5    agreement.  This was, like, three years of sexual relationship

6    and it's not the way I saw life.

7            So, in fact, it was me -- it was I who sought a

8    long-term, like a commitment of -- almost like a marriage.  If

9    I'm going to do this and I'm going to have sex and that's a

10   serious thing for me I want it to be forever.

11   Q    Did the defendant describe other relationships he had as

12   being life commitments?

13   A    Yes.

14   Q    Looking back, what are your thoughts on this life

15   commitment?

16   A    Looking back, not even by the semantics or wording of it,

17   it was clear to me that he now owned me; that it was an

18   ownership thing, but it became clear to me that once the

19   commitment was made, it was an ownership of sorts.

20   Q    Did the date -- the date when the incident at Rome Plaza

21   happened, did that become known as anything to you and the

22   defendant?

23   A    Yes, that became our anniversary.

24   Q    And I know you said you weren't precise on the exact date

25   but did you and the defendant pick a date that you used as

SN        OCR        RPR

Daniela - direct - Penza                     2390

1    your anniversary?

2    A    I picked it.  I thought it was comical.  I picked the Day

3    of the Dead in Mexico which was somewhere in the range of --

4    because I didn't remember the exact date so I picked that

5    holiday and I said, okay, this is going to be it.

6    Q    Did the defendant use the term anniversary with any other

7    women?

8    A    Yes.  I was aware of the anniversary date for Keith and

9    Pam which I know was February 14th.  It's disturbing enough

10   that I was told the details of their first sexual encounter.

11   As I was told, a ski trip in one cabin and it was the first

12   time they had sex and their anniversary was February 14th.

13   Q    So, what was the anniversary in general tied to?

14   A    The first time when we had sex with Keith.

15

16                (Continued on the following page.)

17

18

19

20

21

22

23

24

25

SN        OCR        RPR

Daniela - direct - Penza                    2391

1    (Continuing)

2    Q     After the Rome Plaza incident, did you continue to have

3    sexual encounters with the defendant?

4    A     Sexual encounters, yes.  So sex, intercourse, didn't

5    happen like after that until maybe like, six months after, but

6    the -- after the Rome Plaza incident, after that, there was

7    other sexual contact, just wasn't mutual, I would say.

8          So I -- shortly after that, I was in Flintlock with

9    Keith, and he was laying down in the way we would usually sit,

10   and other women sat when they were there.  He was laying down

11   on the couch and I would sit like by his feet, by his knees,

12   and he would put the knees on top of my legs.

13         And we're sitting there talking and he, in

14   conversation, this and that, and he pulled his pants down and

15   you know, showed -- showed me his penis.  It was the first

16   time I saw one of those, because I hadn't seen him -- I hadn't

17   seen his body in Rome Plaza.

18         And you know, I don't remember exactly what words

19   were used, but basically, you know, I -- he had me give him

20   oral sex.  And so I did.

21         And -- and it's the type of sexual contact that

22   continued and was more often between us.

23   Q     What was you refer to Flintlock, what address are you

24   referring to?

25   A     It's a -- 3 Flintlock Lane.

Daniela - direct - Penza                    2392

1   Q    And what was that?  Who was living at 3 Flintlock?

2   A    At 3 Flintlock Lane there was -- I believe the actual

3   condo was owned by Karen Unterreiner and living there were

4   also Pam Cafritz, Kristin Keeffe, and my sister, Marianna, and

5   Keith.

6   Q    When did you start gaining access to Flintlock?

7   A    Immediately after I had sex with Keith.  Sex meant access

8   when it came to Keith.

9   Q    After the time you described, how frequently would the

10  defendant have you perform oral sex with him?

11  A    Well, that -- that first time he -- I thought he liked it

12  because what he said to me was where did you learn how to do

13  that?  You know, which, to me, felt like really offensive

14  because I -- he knew I didn't been with anybody else.  But it

15  became a daily thing.  Sometimes it was like more than once a

16  day.  It was all the time.

17  Q    Did the defendant have a specific place in the house

18  where he would typically have you do that?

19  A    Yes.  In the downstairs, in the living room, which is

20  like an open concept condo living room.  It would be in two

21  places in that living room.  It would be on the couch.  He

22  would be laying down and I would be doing that, or it would be

23  on the rocking chair that was -- it was a little bit in front

24  and to the side of the couch.  And the rocking chair was

25  facing the TV and a little monitor.  So he had a little

Daniela - direct - Penza                    2393

1    monitor that connected to a camera that was pointed to the

2    front of the house, the driveway, so that he could see who was

3    coming.

4            So whenever he came into the house and I was there,

5    he would just like, you know, say a little something, drop his

6    pants, sit on the rocking chair, have him -- have me give him

7    oral sex, and he would be watching the monitor to make sure

8    that nobody was coming in or, in this case, also like just

9    looking at the stairs, to make sure that nobody who was

10   upstairs would be coming down.

11   Q    After the Rome Plaza incident, did you have any other

12   discussions about contraception?

13   A    Yes.  At some point later, maybe perhaps after the second

14   time with we had sex, I brought up the issue of, you know,

15   I -- I was -- I was irregular.  I had always been very

16   irregular with my menstrual period; not a little irregular,

17   very irregular.

18           So I would get my period and maybe -- as opposed to

19   like month to month, like three months, and I would get my

20   period.  And then maybe the next time would be a month; maybe

21   next one would be even up to six months.  So it was completely

22   out of whack.

23           My -- my -- I wasn't regular at that time at all.

24   So I suggested I should go on the pill.  And he didn't think

25   that was a good idea.  He said that I should not go on the

VB        OCR        CRR

Daniela - direct - Penza                      2394

1   pill.  And the reason that he gave me was that the hormone

2   change that the pill causes in women makes them gain weight,

3   and I already was overweight.  So he said why don't you just

4   lose the weight and once you lose the weight, we'll see about

5   that.

6   Q    Did the defendant give you any other directives regarding

7   sex?

8   A    Well, there was the losing weight.  There was all the

9   contraception.  And -- oh, yes.  So at some point we -- there

10  was actually a couple of things.

11           So at some point we, you know, when we had the oral

12  sex was never mutual.  It was never reciprocated.  Was always

13  just one way.  There was no other affection or kissing or

14  nothing, so.  And the sexual encounters were -- were few, but

15  when he did have sex with me, sometimes he would ask, you

16  know, how it felt, you know.  What it would take for me to be

17  able to come and things like that.  And I didn't know.

18           He, you know, he would ask me and I would tell the

19  truth; that I never had an orgasm and we discussed that.  And

20  he said that I couldn't have an orgasm, like after -- like

21  questioning me, well, have you ever had an orgasm and I had,

22  with myself, through masturbation.

23           He said that's why you can't come with me.  It's

24  because you are masturbating.  So he gave me the instructions

25  not to masturbate.

Daniela - direct - Penza                              2395

1  Q     I think you talked a little bit earlier about the

2  defendant talking about energy transfer regarding sex; is that

3  right?

4  A     Yes.

5  Q     Did the defendant speak about sex in a mystical way in

6  any other regards?

7  A     Yes.

8  Q     Can you explain?

9  A     So with regard to sex, there was this -- well, as I said,

10 there was like -- the weight and, you know, how that connected

11 to his energy, which to me, that is mystical in nature.

12         There was also the reasons why -- well, among the

13 reasons why -- well, among the reasons presented why he could

14 have sex with other women, but I, for example, could not have

15 sex with other men, is because that would hurt him.  So that

16 meant we had some kind of a connection through sex; that if I

17 had sex with someone else, he would feel it.  But it wasn't

18 just then an effect.  It would this connection would hurt him.

19         There was also -- well, the first time that he had

20 me give him oral sex, I remember -- actually, I -- I,

21 obviously, I didn't know what I was doing.  I didn't know

22 that, you know, what to do with the semen.  I didn't know that

23 there was an option what to do.

24         So, I -- once I swallowed it, he asked me, did you

25 see a blue light?  And I was -- I was -- I was -- I was -- I

Daniela - direct - Penza                    2396

1   remember I looked to the ceiling by the -- by the lamp, and I

2   was like, no, I didn't see a blue light.  So, oh, some women

3   have told me they see blue lights when they have, you know,

4   had my semen, which it was like this mystical thing of this

5   property, his sex and semen had.

6   Q   And did he say -- did the defendant say anything to you

7   about the fact that you had not seen the blue lights?

8   A   Yes.  He said it probably was because I wasn't very

9   sensitive.  Like I wasn't connected with that part of things.

10  Q   Have you ever heard the defendant use the term working

11  with someone?

12  A   Yes.  Working with someone or taking someone on.  Yes,

13  I've heard it.

14  Q   And what would that mean?

15  A   That means that he has started having sex with someone as

16  a way to help them grow.

17  Q   Can you elaborate a little bit.

18  A   Well, I guess that's another -- yeah, mystical thing of

19  sorts, of -- pretty straightforward.

20          So he -- he said that when he has sex with someone,

21  it, you know, if, you know, if the woman is doing her program,

22  if a woman very specifically is in the right weight and is

23  following her program, then having sex with her, he can fix

24  disintegrations by the mere act of sex.

25  Q   Apart from sex, were there any other references to the

Daniela - direct - Penza                    2397

1   defendant having any other sort of mystical powers?

2   A      Yes.  I mean, there were many.  Many that were

3   disseminated through the community, who I heard from people

4   other than Keith.  I heard them talking about them, even when

5   Keith was present, but I heard some of them also directly from

6   him.

7            So, for example, he once recounted to me that when

8   he was a child, he was sitting in his living room, or

9   something like that, with his back to the TV and he could hear

10  like the newscaster and he realized that just by hearing his

11  voice, he -- he could -- he could see what he was wearing.  He

12  could feel what he was feeling.  He could know what he was

13  thinking so that he had like this super power.  And he

14  realized it when he was very young.

15           He also said that he could see like people's

16  disintegrations and their weaknesses in their body.  And he

17  said that to me directly, which I found very disconcerting.

18  I -- I -- I didn't believe him, and I found it very confusing

19  because the reason why I admired Keith and respected Keith was

20  because I thought he was the smartest man in the world and --

21  as far as the intellectual.  And that, to me, all that

22  mysticism, if not in contrary, at least it's not in line with

23  what I believe science is.

24           So I did confront him about things like that.  The

25  things that he said as well as him allowing people to

VB        OCR        CRR

Daniela - direct - Penza                          2398

1   disseminate those stories and permit it to continue, because I

2   found it went against what he stood for and what the company

3   or like the mission stood for.

4   Q    At some point after you started having sex with the

5   defendant, did you learn that your sister Marianna was also

6   having sex with him?

7   A    Yes.

8   Q    Do you remember how you learned that?

9   A    We spoke to each other, yes.

10  Q    So what happened after that?

11  A    So I don't remember exactly when it was, but I remember

12  we had a conversation once we -- I was having sex with Keith.

13  She was having sex with Keith.  I think she had been having

14  sex with Keith for a longer period of time.  So we had this

15  conversation shortly after I had the first sexual encounter

16  with Keith.

17            And you know, this was Marianna, my best friend in

18  the entire world.  So and it was -- it was -- it was weird.

19  It was sort of horrifying that we were having sex with the

20  same man and he told -- she told me that she was in love with

21  him.  And I believed -- I believed her.  I believed that.  Or

22  at least that that's what she thought, I believe that.

23            And I -- I told her that -- how I felt.  I told her

24  that, you know, I -- I also wanted to be with Keith and that I

25  thought he was a great man and that to do like things

Daniela - direct - Penza                    2399

1  together.  And we talked about, you know, how we both knew

2  about his lifestyle, but it was definitely problematic.  It

3  was definitely like it was not -- like we needed to talk about

4  that.  That was not -- that was not something that was right

5  with either of us and so it needed to be figured out.  And

6  we're like, what are we going to do here?

7         So we -- we talked about it and we decided we could

8  maybe handle it, but we needed to set some ground rules;

9  right?  Like, I don't know, just land that huge, horrible

10 thing.

11        And -- and so we ended up going, okay, it all

12 happened like in one -- in one -- in one -- in one day and

13 so -- we're like, okay, let's go get a cup of coffee and let's

14 write down, you know, that just -- what -- what -- what --

15 what is going to happen here.  What are we going to --

16 that's -- I don't know I'm thinking about it now and it's --

17 it just goes to show that the -- the love in our relationship

18 and also, like, sort of strong impact and obsession that we

19 had with Keith, both of us.

20        But -- so we sat down.  We went to the center.  We

21 went to New Garner Road there.  We went there to sit down, to

22 have a snack, and to talk things out, and write them down and

23 figure out what we're going to do.  And we ran into Keith.  We

24 were in the corner, almost by the admin office, where the big

25 TV was, and he show up, you know unexpectedly.

Daniela - direct - Penza                         2400

1       And he asked us, what are you doing?  What are you

2  guys doing?  And sure enough, I told him.  And he didn't seem

3  to like that.  And he asked -- he started like asking a bunch

4  of questions the way, like, you know, he used to ask questions

5  that I understood were more like it's not okay that we're

6  doing this.

7       And no, stop the process.  Took Marianna away.

8  Marianna left with him and we never spoke about it again.

9  Q    You and Marianna?

10  A    Not openly.  Not about, hey, we're sisters and Keith's

11  having sex with both of us.

12  Q    After you began having sex with the defendant, what

13  changed?

14  A    A lot of things changed.  My life changed.  I had full

15  access to Flintlock, to him, to the inner circle.  I was part

16  of the inner circle, automatically.

17       And, yeah, I mean, I had a degree of -- yeah, I

18  mean, I was part of the inner circle and everything that came

19  with that.

20  Q    Did you begin spending more time -- is it okay if I use

21  Flintlock as shorthand for 3 Flintlock?

22  A    Yes.  Yes, because at the time I -- later in time I know

23  that Kristin Keeffe was living in 1 Flintlock.  So there were

24  other Flintlocks.  But during that period of time, there was

25  just the one Flintlock and we called it Flintlock.

VB        OCR        CRR

Daniela - direct - Penza                    2401

1  Q    What happened after you started spending time at

2  Flintlock?

3  A    After I started spending time there -- well, I spent a

4  lot of time with Keith.  I got to -- I was like a fly on the

5  wall.  Like, I was in my little laptop computer on, like the

6  couch on the side, and people would come and go.  I would just

7  be there minding my own business.  He would be on the phone,

8  you know, planning things, talking about things, disciplining

9  people, you know, talking to people, arguing with people,

10 playing the stock markets, all these things, I was there.  I

11 was spending my waking moments, all of them, at Flintlock.

12        So I was -- I felt I was Keith's friend.  I felt

13 like his little buddy.  I felt like a best friend.  I felt

14 like he could be with women in front of me, I wasn't jealous.

15 I really wasn't.

16        And whenever he had free time, he'd go on a walk

17 with me.  Every time he came into Flintlock and there was

18 nobody there, I know what my role was, you know.  I was to

19 give him oral sex.

20        And so there was a lot of things I felt at the time

21 that we were doing together.

22 Q    Did you start taking on any specific tasks regarding the

23 defendant, any specific jobs at that time?

24 A    Yes.  So I started -- at first everything -- so I felt,

25 obviously, I saw Keith as this like, I idolized Keith.  I saw

Daniela - direct - Penza                         2402

1    Keith as this figure of like this great man.

2              I know, like I said, the smartest man, but I thought

3    so he's the smartest man, yes, but he is going to do some

4    great things and sometime in the future people are going to

5    wonder what was his life like.

6              So I decided I need to write things down.  I need to

7    record this.  This is historical of sorts.  I felt it was --

8    that's the degree of admiration with which I saw him.

9              So at first I was just -- he would say things, I

10   would write it down on my computer, and would send it to

11   myself.  And so like he cracked a joke, I would type it in my

12   computer.  I would send it to my e-mail.

13             So I started communicating sort of what he was

14   saying, doing, that I thought was interesting or remarkable or

15   just like, things.

16             Later I also started recording.  So he bought me two

17   tape recorders and eventually also like a small video camera,

18   so I'd be recording him when he was talking to people, when he

19   was talking to me, explaining some concept, and later,

20   videotaping.  I was just videotaping him, riding the unicycle,

21   paying tennis, playing with so-and-so.  So I started

22   documenting him.

23   Q    We'll go into details later, but were there any times

24   when you were told not to document him?

25   A    Yes.  Whenever there was legal talk.

VB        OCR        CRR

Daniela - direct - Penza                    2403

1          So, for example, if he -- if Kristin was in the

2    house, which tended to be sometimes a little meeting in the

3    morning, Kristin would come down for a coffee in her bathrobe,

4    curly hair, and that was when he would give her instructions

5    of like what was going to happen in the day.  She would report

6    to him details about so-and-so, how it had gone, something

7    like maybe the day before, and he would give her instructions

8    of what to do next.  That, I wasn't allowed to record.

9          I -- at first, he would tell me, but then I

10   automatically knew and so I just automatically stopped

11   recording.

12         MS. PENZA:  Your Honor, the Government moves into

13   evidence Government's Exhibit 1501 on consent of the

14   defendant.

15         MR. AGNIFILO:  That's correct, Your Honor.

16         THE COURT:  All right.  Government's Exhibit 1501 is

17   received in evidence.

18         (Government's Exhibit 1501 received in evidence.)

19   BY MS. PENZA:

20   Q    Daniela, I'm showing you Government's Exhibit 1501.  Are

21   you familiar with this?

22   A    Yes.

23   Q    And is this an example of some of the documenting type

24   work that you were doing?

25   A    Yes.  This is some of the early stuff, yes.

Daniela - direct - Penza                    2404

1    Q    So can you just explain what this is?

2    A    So this is, again, the e-mail I'm sending to myself.  As

3    it reads in the subject" Keith's ideas on websites.  So this

4    would be something that he was talking about and as he's

5    talking about it, I'm there typing it.  And so that's what it

6    is.

7    Q    And now do you remember what all of these website ideas

8    were?

9    A    Not all of them.  Some of them.  Like, I mean like the

10   video dancing is pretty self-explicit as well as the

11   postsomeoneelsessecret.com.

12   Q    What did you understand postsomeoneelsessecret.com to be?

13   A    Well, that idea, I do remember.  It was to be a website,

14   an interface, where anyone could go and anonymously post a

15   secret they had learned from someone else, either accidentally

16   or that they had been told.

17   Q    Did you understand why -- did the defendant explain why

18   he wanted that website?

19   A    I think that there was supposed to be some comedy or

20   entertainment in exposing them.

21   Q    Did this e-mail -- it's sent from thegreathead@gmail.com

22   to thegreathead@gmail.com?

23   A    Yes.

24   Q    Whose e-mail address was that?

25   A    That's my personal name address.  That was my personal

Daniela - direct - Penza                    2405

1    e-mail address at that time.

2    Q    How did you come up with the great head?

3    A    It's not sexual.  That's not what it was meant to be.

4         I opened that e-mail account -- no, because he had

5    later used to joke that it was sexual and I didn't even know

6    that concept.

7         I opened that e-mail account in my first year of

8    high school.  So, as you know, I went to the IB so all my

9    friends were like very geeky, and we were all very geeky, and

10   I was known amongst my circle of friends to like have really

11   good ideas.  Like, when we had to write papers, they would

12   like ask me, Daniela, what should I write my paper about?

13   That, coupled with the actual size of my head, which some

14   people think is unusually large, just in circumference, my

15   classmates used to joke and call me the great head, and like

16   the great head in, Spanish, so I just translated it.

17        They used to call me La Grand Cabeza, as a joke like

18   just to mock me.  Just an inside joke.  So I translated and I

19   had used thegreathead@gmail.com.

20   Q    So that's your e-mail address, why are you sending it

21   from you to you?

22   A    That's -- to date, that's how I send notes to myself.

23   Q    And that was dated July 6th, 2005; is that right?

24   A    Yeah.

25   Q    Do you remember anything about the sequitor site, or

Daniela - direct - Penza                    2406

1   suffering site?

2   A    No.  There's quite vague, I don't know exactly what the

3   content discussed would have been.  I know sequitor was like a

4   term that was used in ESP, but I don't remember specifically.

5   Q    As you started having more access to Flintlock, in the

6   early part of that time, were you still on a tourist visa?

7   A    Yes.

8   Q    And you've explained already that you would come in and

9   out of the country; is that right?

10  A    Yes.

11  Q    Did your sister Marianna have to do the same thing?

12  A    Yes.

13  Q    Do you know whether she would?

14  A    Whether she would?

15  Q    Yes.

16  A    Yes.  At least while I was around she did.

17  Q    And how would you typically go in and out of the country?

18  A    Typically, I -- I flew back and forth, although there was

19  one instance where I -- it was after I had been fired and I

20  was, you know, struggling with money.  I -- I mean, I had been

21  struggling with money and I had to travel by bus.  So I had to

22  travel by bus from Albany to Mexico.

23  Q    Around that same time, was your sister also traveling to

24  Mexico?

25  A    Yes.

Daniela - direct - Penza                    2407

1    Q     How did your sister travel to Mexico?

2    A     She traveled via private plane.

3    Q     Whose private plane was it?

4    A     I understood it was Clare Bronfman's.

5    Q     Did you ever talk about that discrepancy with the

6    defendant?

7    A     Yes.  That in particular, but there were other -- that

8    was a salient discrepancy but there were -- there were

9    distinct differences in his treatment of my sister versus his

10   treatment of me that I thought were definitely unfair, but

11   also completely inconsistent with the integrity and cause and

12   effect that ESP was teaching and that he was supposed to stand

13   for.

14         So I knew I was struggling with money and I didn't

15   have the money to make it and all these things.  My sister had

16   never worked.  She didn't even have her own money.  Actually,

17   you know, everything was given to her and she was traveling in

18   private plane and I thought, I am -- he gives me such a hard

19   time because, you know, through the community and he himself.

20   And it wasn't so much -- I love -- I love my sister.  I --

21   I -- I -- I -- I love my sister.  It wasn't about why does she

22   have all these things.  It was why is there such a difference?

23   Like what's wrong with me?  Why am I being punished this way?

24         And he did explain it.  He gave me a reason.

25   Q     And what was that?

Daniela - direct - Penza                    2408

1   A    He said he was much harder on me because I was special.

2   I had a lot more potential.

3   Q    Looking back, do you believe that was the reason?

4   A    I don't believe that was the reason.  I -- I don't -- I

5   don't know a lot of the reasons why.

6   Q    Did there come a time when you had difficulty renewing

7   your visa?

8   A    Yes.

9   Q    What happened?

10  A    My visa was withdrawn.  So I traveled from -- so from

11  2002 to 2004, I was traveling on a tourist visa and -- and --

12  and going back and in that's what I was doing.

13           From 2004, late 2004, it was time for me to renew.

14  So I flew back to Mexico and I flew back into the

15  United States on that tourist visa on my birthday in 2004.  So

16  it was October 26th, 2004.  And I was with my father.  We were

17  traveling together and we flew via Atlanta, and we were in

18  Atlanta, and we got stopped.  And they withdrew our visas.

19           And so we were held -- we were -- there was no

20  penalty.  It was just, you know, we couldn't -- we couldn't do

21  that and we had to wait a year to apply again for a visa.  And

22  sent back to Mexico.

23  Q    I'm sorry.  Did you give the date?

24  A    Yes.  October 26th, 2004.

25  Q    And so what happened after that?

VB        OCR        CRR

Daniela - direct - Penza                    2409

1    A    Whoo, I was crushed, you know.  I no longer had any life

2    in Mexico.  I wasn't going to school.  I still had the

3    expectation that Keith was going to teach me.  So all my eggs

4    were in that basket.  I had no eggs in Mexico; none

5    whatsoever.

6              So I was beside myself.  I was -- a year, you know,

7    like it was a long time.  So I was very sad.  I was -- yeah, I

8    was -- I was very sad.

9    Q    Did you speak to the defendant while you were in Mexico?

10   A    Yes, we were speaking constantly by phone.  We had a very

11   close relationship by then.  So we were talking on the phone

12   and, you know, I was sharing with him all of the stress in

13   my -- I was very upset.  I was very upset that I couldn't go

14   back and I was going to have to wait a year, at least.

15   Q    And so what did the defendant say?

16   A    The defendant, Keith Raniere, said -- he came up with a

17   plan.  He came up with a plan to bring me back.  It was an

18   exciting time for me.  I mean, that Keith wanted me back so

19   bad that he was plotting this -- this strategy.

20             He was the one like -- he was -- he was figuring out

21   maybe you can come through Canada and then, you know, do this

22   and that.  And he told me that he was -- he told me he was

23   coming up -- like he was going to have someone have an ID for

24   me, so his plan was this.  He had like a master plan for

25   bringing me back.

VB        OCR        CRR

Daniela - direct - Penza                    2410

1    Q     And so was he telling you this plan while you're in

2    Mexico?

3    A     Yes.

4    Q     And he's communicating all of the details?

5    A     Yes.

6    Q     Did you -- do you have any other conversations that you

7    remember with anyone else while you were in Mexico about this

8    plan?

9    A     Not that I remember.

10   Q     So what happened?  What does the defendant actually tell

11   you the plan is?

12   A     He tells me the plan is that I will fly to Canada.  At

13   the time, a Mexican did not need a visa to fly and stay in

14   Canada.  So that wasn't going to be an issue.

15         So I would fly to Canada and in Canada, he would

16   send someone to meet me.  That someone, in this case, was

17   going to be Kristin.  So -- and Kristin would bring with her a

18   fake ID for me and I would be crossing the border on the

19   U.S. -- to the U.S. as an American.

20         So it was going to be like with a fake ID.  It is

21   wasn't a fake visa.  It was a fake ID.  And the plan was that

22   this was to happen on Christmas Eve, so like the holiday rush

23   would -- kind of things would be busy, so maybe there were

24   more like -- it was like the likelihood of it succeeding would

25   be higher.  And that was the plan.

VB        OCR        CRR

1    Q     Did he provide any additional details about who else was

2    involved?

3    A     There was one additional detail.  There was -- I -- I --

4    yes.  I knew that the fake ID was being worked on by Kristin

5    and Siobhan.  Those were the two people involved that I knew

6    about.

7    Q     So what happened?

8    A     So -- so I flew to Canada, a day or two before Christmas

9    Eve, and my father gave me some money and the plan was to buy

10   some stuff, because the story line was going to be that if we

11   were stopped on the way to the U.S. and they asked us why did

12   you come, what was your reason for your visit?  We would say

13   oh, we came shopping.

14          So I went to the Eaton Centre and bought some gifts.

15   And the plan changed.  Kristin did not show up.  The person

16   who showed up was Kathy Russell.

17          So I met with Kathy Russell and she gave me my fake

18   ID, which was -- it was terrible.  This fake ID looked so

19   homemade.  I was -- I remember because I was very frightened.

20   So I thought Keith had devised all this plan and, you know, I

21   was putting my trust on him, on this plan.

22          And when I saw that ID, I was just so afraid because

23   it looked like amateur hour.  It was -- it was -- it was like

24   a they call sheriff's ID.  It had my picture but it didn't

25   have my information.  The name that was there, I do remember.

Daniela - direct - Penza                2412

1   The rest of the information I don't remember.  It was Lisa

2   Chinoa -- and, yeah.

3          So she gave me my ID.  Well, the ID that I was going

4   to use for crossing.

5   Q    Did you say anything to Kathy about the fact that the --

6   she wasn't who you were expecting to see?

7   A    Yes.  Yes.  Yes, I mean, it was -- I was expecting

8   Kristin.  And so, apparently, Kristin had chickened out.  And

9   I used the wrong phrase when I said that before.  I said

10  chickened off, I remember that.  She had chickened out.  So it

11  was Kathy who did the entire thing with me.

12  Q    What did you know about -- who was Kathy Russell?

13  A    Kathy Russell was a woman who had moved from Alaska to

14  help the mission, as I understand.  And she was an accountant

15  and she worked in the admin office with Karen.

16  Q    How old was she?

17  A    I think she was older than Keith.  So she was old.

18  Q    Did Kathy do any shopping with you?

19  A    Yeah, I think so.  I think, yeah.  Yeah, we -- I mean, we

20  didn't like meet and go right away.  We actually spent some

21  time at the mall together.  I think she, if I remember

22  correctly, she bought like a set of velour pants.

23  Q    And so what happened next?

24  A    So we got in the car, put our small bags with the

25  shopping in the back, and we headed towards the border.

VB        OCR        CRR

Daniela - direct - Penza                    2413

1    And -- oh, I was incredibly nervous and -- and it -- everybody

2    who goes through the border is going to get stopped and asked

3    some questions.  That, I knew.

4            So the agent, the Immigration agent, sure enough,

5    stopped us.  There were almost no cars.  I remember there were

6    a few lanes, but there were almost no cars, and he asked for

7    our IDs.  So Kathy handed him -- he was on Kathy's window

8    side.  She handed him her ID and I handed it to her.  She

9    handed it to him.  So he had our IDs.

10           He was asking some questions like where you from?

11   You know, why did you come here?  Some shopping.  And he asked

12   Kathy some questions and then he asked me, you know.  And I

13   remember he was like staring at this really badly made

14   sheriff's ID card and -- anyway, I was starting to panic

15   because he was just like staring at it, like looking at it,

16   like inspecting it.

17           So I remember I leaned in and I asked -- I asked the

18   agent how's -- how's the weather ahead?  I don't know, to try

19   to defuse the situation and he got a little bit distracted.

20   And he said it was clear and we should hurry up if we wanted

21   to make it for, you know, dinner for the holiday.

22           And we thanked him and he handed us our IDs and we

23   left.

24   Q    And so then what happened?

25   A    So then I almost threw up.  It was -- it was -- it was

Daniela - direct - Penza                    2414

1   nerve wracking.  It was frightening.  It was a frightening

2   experience.  And we drove straight to Albany.  We drove

3   straight home.

4   Q    And did you meet anybody else on the way?

5   A    Not that I remember.

6   Q    On the other side of the border?

7   A    On the other side of the border?

8   Q    Was it just you and Kathy?

9   A    Yes.

10  Q    And then what happened when you got to the -- got back?

11  A    When I got back there was -- I don't remember exactly.

12  There must have been a Christmas get-together because it was

13  Christmas Eve.  I remember I was happy to be back.  I don't

14  remember who was there.

15          I remember my sister and I remember that Pam was

16  away for the holiday, so it was a bit of like an empty

17  gathering.  But you know, it was -- it was -- it was -- it

18  was -- it was good to be back and it was like a -- it was all

19  that was talked about.  It was like the triumphant story of

20  having successfully crossed the border and I was back in the

21  U.S.

22  Q    Who was there for the conver- -- was the defendant

23  present, present for the conversation?

24  A    Yes.

25  Q    Was he participating in --

VB       OCR       CRR

Daniela - direct - Penza                    2415

1    A    Yes.

2    Q    -- this?

3         What was he saying?

4    A    Well, he was partaking in the fun, you know.  It was my

5    experience normally with this, this specific situation, but

6    with other situations that -- that when something like this,

7    of this nature, that is not, you know, a good thing to do, but

8    that it was done for like, and pulled off by the group, like,

9    that there was a certain, like, fun and enjoyment in -- in --

10   in discussing like the exploits.  It was like a -- that was

11   just how I -- how it felt.

12   Q    Why do you think Keith didn't just come get you?

13   A    That's not how he works.  No.  Keith -- Keith would never

14   put his name or his person at risk in any way.  That's --

15   that's just not how he operates.

16   Q    Did you ever observe that later?

17   A    Yes.

18   Q    Would other people -- who else would operate on his

19   behalf?

20   A    Well, I did.  Kristin Keeffe would.  Let's see.  Kathy

21   did.  Karen.  Everybody would operate on his behalf.

22        He gave the instructions.  He plotted.  He gave the

23   instructions, but he would never be one doing it.  He would

24   never be the one with his hiney on the line.

25   Q    When you entered the country, did you know that that was

1    illegal?

2    A    Yes.

3    Q    And why did you do it?

4    A    I -- I really wanted to make it back.  I didn't want to

5    wait a year and I wanted to make it back.

6    Q    After that night, would anyone ever bring up the fact

7    that you had been brought over the border?

8    A    Yes.

9    Q    How would it come up?

10   A    Well, it came up in two different ways.  It came up in

11   the way that it was discussed when I had freshly made it into

12   the country, which would be in like a playful kind of

13   recounting and adventure-type of way.

14            But the way it really came up all the time, and it

15   would increasingly get worse and worse, was some kind of --

16   well, they had something on me.  Like, you know, they had

17   brought me into the country illegally, and that was a sort of

18   investment they had made for me, like a favor they had done

19   for me.  I am a liability for them.

20            So oftentimes when I was doing -- actually not

21   off -- every time I was doing something that was not what they

22   wanted, I was failing at something, I was -- then it would be,

23   well, we brought you here.  So, you know, you can't just do

24   this.  You can't just do that.

25   Q    Going back to the actual night when you came back, what

Daniela - direct - Penza                    2417

1   happened later that night?

2   A    So later that night, at some point it was just Keith, my

3   sister, Marianna and myself.  Pam was not home.

4         So we were hanging out in the downstairs of

5   Flintlock for a while and then he wanted to see me, wanted to

6   take a nap with both of us, which was very strange.  Like, I'd

7   never napped with Keith, just the two of us.  I never slept

8   with Keith, napped with Keith.  It's not something I did.

9         So -- I don't know, it was my sister, but I felt

10  like invited into something special.  I went upstairs.  He

11  brought us upstairs and we laid down, and I quickly found out

12  it was not napping.  All of a sudden -- and I -- it was

13  sexual, you know.  And I -- and it was my sister.

14        And I remember -- I remember parts of it.  It was

15  just like all of a sudden, you know, he's kissing her and like

16  he's touching me and I start crying.  She starts crying and

17  like -- not like -- like crying like, what is going on?  This

18  is messed-up crying.  And he -- we stopped.

19        I mean, I -- he stops.  And Marianna is out of

20  control.  I'm also like crying like -- like -- like horrified.

21  I felt -- it felt dirty.  It was -- it was bad.  It was wrong.

22        And he got up.  My sister got up with him and he

23  took her and they went to Hale.  8 Hale Drive.

24        And -- and I stayed there.  I just crying.  And that

25  was Christmas.

Daniela - direct - Penza                      2418

1    Q     Did you ever discuss that incident with the defendant?

2    A     We never spoke about it again.  I didn't speak about it

3    with him.  I didn't speak about it with my sister.  I just

4    pretended it never happened and he did exactly the same.

5    Q     Do you remember what level of undress the defendant was

6    in during that incident?

7    A     Yeah.  I -- I -- I remember -- he had his pants down.  I

8    don't remember my clothes coming off or my sister's.

9    Q     At some point did the defendant have you participate in

10   any other sex -- any sex acts with other women?

11   A     Yes.

12   Q     Can you describe that.

13   A     Yes.  So it was on two separate occasions.  And it was

14   with the same person and this person was Kathy Russell.  And

15   this happened after I had crossed in with Kathy.  It was one

16   instance where I was in Flintlock and Keith was there and

17   Kathy stopped by to visit.

18             And she was there talking to Keith and I know they

19   started touching each other, and I was just like trying not to

20   look, but it became really, really -- like, really sexual,

21   like hot and heavy sexual, like it was hard to ignore.  And so

22   they got up and they are going to go to her apartment and, you

23   know, Keith asked me to come with them.

24   Q     During that interaction, did the fact of the border

25   crossing come up at all?

VB        OCR        CRR

Daniela - direct - Penza                    2419

1   A    Yes.  With -- with -- with Kathy.  She wasn't involved in

2   many of the projects, I felt, so the few projects that she was

3   involved with, like, it used to be emphasized like it was a

4   point of focus.  So every time she was around, it was, like

5   oh, and thanks to Kathy, Kitty -- Kitty is what she used to

6   call me, used to call when she was around -- Kitty is here.

7           And we all thank you so much.  If it wasn't for you,

8   I wouldn't be here.  And she would maybe recount what

9   happened.  So -- and in that particular location, yes, it had

10  been mentioned.

11  Q    How did you feel about the fact that that was being

12  brought up at the same time that you're being asked to engage

13  with them sexually?

14  A    It was by no means an explicit connection or a directive

15  that I was given, but I felt like because she had brought me

16  over, there should be like this bond between us.  And I felt

17  like I should feel grateful and I felt like I should feel, you

18  know.  So I felt like I owed them.

19  Q    Did you end up participating in a sex act with them?

20  A    Yes.

21  Q    And there was another incident as well?

22  A    Participating is maybe -- so I was there, but I wasn't

23  really participating.  So in this was the first incident, we

24  went to Kathy's apartment and I -- I was completely undressed

25  and they were both completely undressed, and there was sex and

Daniela - direct - Penza                    2420

1    there was like encouraging to have me to like do things to

2    Kathy, but I didn't want to.  And I didn't.  I just didn't.  I

3    just didn't want to.  And so I didn't.  And so I just stood

4    there.

5              And I was laying there with them, but I wasn't -- I

6    wasn't really participating.  I was just there.

7              I did end up doing what I did all the time, which

8    was I -- I did oral sex on Keith, but I -- while he was doing

9    something else to her.  Paying all attention to that.  And it

10   just -- but -- but -- I was part of it, just...

11   Q    Do you think you were conveying that you wanted to be

12   participating in that?

13   A    Well, I wasn't moving.  I wasn't moving and I wasn't -- I

14   didn't say anything.  I didn't say anything.  But I think it

15   was pretty evident that I was extremely uncomfortable, is an

16   understatement.

17   Q    And then the next incident?

18   A    The next incident was in the house of a woman named

19   Barbara Bouchey.  She had a condo next -- not next to, but

20   very close to Flintlock.  And he had been having some kind of

21   health issue.  Like he had like a problem with his back.  And

22   he threw off his back, something like that.

23             And he had been staying at her house for like a

24   period of days, maybe weeks, like days.  So Flintlock was no

25   longer like a place where people would go visit, because he

Daniela - direct - Penza                         2421

1    wasn't there.  So he was in Barbara's house so people would go

2    there.

3              And I went there to visit and when I was there,

4    Kathy also visited and that's when it happened.

5    Q    So let me just ask a question.

6              Why, because he's sick or hurt, is there a shift to

7    Barbara Bouchey's house?

8    A    I'm -- I'm not sure why that happened.  It wasn't usual.

9    I remember thinking that he was there because she liked the

10   idea of taking care of him.  There was something going on.

11             I mean, when Keith was sick, Keith was unified.  So

12   he's not like a person who got sick just because he got sick.

13   It's like this belief that people were unified didn't have

14   this situation.  It wasn't even in their bodies, so they

15   wouldn't get sick.  He was sick because someone was doing

16   something bad.

17             So someone was going off.  Some woman was doing

18   something, so he was having a very hard time and he was

19   hurting.  That's what was going on.

20             And I don't remember exactly why it was in Barbara's

21   house, but that's where they were taking care of him.

22

23             (Continued on following page.)

24

25

                        VB      OCR      CRR

Daniela - direct - Penza                    2422

1    bY MS. PENZA:   (Continuing.)

2    Q    And so he was sick but then asked you to participate in

3    something?

4    A    So he was -- so, he was sick and Kathy and I were both

5    there and he asked us if we wanted to make him feel better.

6    So that was at that time we both did oral sex on him.

7    Q    Did the defendant ever take naked pictures of you?

8    A    Yes.

9    Q    Do you remember when that was?

10   A    I remember the period of time.  I think it was around --

11   after I crossed, before the fight -- it would have been, like,

12   around 2005, somewhere around 2005.

13   Q    What do you remember about that?

14   A    I remember he got a camera.  I remember he was looking

15   for a camera and he got a camera that Loretta was supposed to

16   know a lot about cameras.

17   Q    Who was Loretta?

18   A    She's somebody I lived with for a period of time when I

19   first moved to Albany and she was Nancy's personal assistant

20   who later -- and she had other roles and rents but I don't

21   know what they were at the time.

22   Q    Okay.

23   A    She lived there and she was the one that knew about

24   cameras.  She's the one that suggested this -- I think it was,

25   like, a Cannon camera.  It was a big one.  Not a small one.

SN        OCR        RPR

Daniela - direct - Penza                    2423

1    It was a big, professional camera.

2           And I remember noticing that he had gotten a camera

3    and me asking why did he get a camera and no answer.  I

4    remember him running around with a camera.  He would go --

5    Flintlock has a control center.  And he would go to a meeting.

6    And he was running around with this camera.  And I remember

7    the time very well.  And one day we were at Flintlock and he

8    took the camera out and he asked me to take my pants down to

9    take a picture of me and I didn't want to.  I didn't want to.

10   I didn't want to have a picture taken of me, much less naked.

11          So, he insisted, but I didn't want to.  But he

12   insisted so I ended up pulling my pants down and he took a

13   picture of me.

14   Q    Do you remember all of the pictures?

15   A    No.  I -- no.  I remember we were by the couch and he

16   asked me to remove my pants and my panties and he was -- you

17   know, covered -- I remember covering myself with my hands and

18   I remember him telling me to move them and telling me to

19   spread my legs and I remember wanting it to stop.  I remember

20   asking what do you want my picture for.  And I don't remember

21   what else.

22   Q    Did the defendant position you in any way?

23   A    Yeah.  He was giving me specific instructions of what you

24   know, I imagine, like he -- he was trying to tell me how -- to

25   tell me how to position myself.

1   Q    And were any of those pictures closeup pictures?

2   A    It was very close.  I don't know how much one can zoom in

3   with a camera, so I don't know if he zoomed in even further

4   than he was from me.

5            MS. PENZA:  Your Honor, shall I move to a new topic.

6            THE COURT:  Please.

7   BY MS. PENZA:

8   Q    Now, you mentioned earlier Daniela that you would -- you

9   began documenting the defendant?

10  A    Yes.

11  Q    Were there any other new roles that you took on after you

12  began having sex with the defendant?

13  A    Yes.  I mean since I was spending more time in Flintlock

14  and with him and with Karen there, at some point I started

15  also helping them clean the house.  So, like, there was --

16  Flintlock was, like, very messy, like very disorganized.  It

17  was, like, a pig sty.  There were jokes about -- it wasn't a

18  joke.  It was a story that one time Pam hired, like, a maid

19  service, like a cleaning service, to come clean the house and

20  they actually left a note and refused to clean the house

21  because it was so disorganized.

22            So little by little I was starting to -- like, I

23  remember there was, like, books and stacks of books all over.

24  There was a treadmill and a piano and papers and things.  So I

25  started organizing things and quickly after that I decided I

Daniela - direct - Penza                              2425

1  was going to just catalog them all because there was so much

2  stuff.  So I started a catalog of all of the books, all of the

3  music, all of the videos so that, you know, it could be

4  organized and found.

5  Q    Were you paid for any of that work?

6  A    No.

7         MS. PENZA:  Your Honor, I move Government Exhibit

8  1503 and 1505 into evidence.

9         THE COURT:  1503 and 1505?

10        MS. PENZA:  1503 and 1505.

11        MR. AGNIFILO:  No objection.

12        THE COURT:  Government Exhibit 1503 and 1505

13  received in evidence.

14        (Government Exhibits 1503 and 1505 received in

15  evidence.)

16        MS. PENZA:  Thank you.

17        (Exhibit published.)

18  BY MS. PENZA:

19  Q    Daniela, can you read the From and To lines here?

20  A    Yes.  So that's from danielathegreathead@gmail.com to

21  kunterre@nyc.rr.com.

22  Q    Whose e-mail is that?

23  A    That's Keith's e-mail address.

24  Q    Is there a subject line?

25  A    Yes, Executive Library Catalog.

SN        OCR        RPR

Daniela - direct - Penza                    2426

1   Q    What's the executive library?

2   A    Executive library was -- all right, so somewhere around

3   that time there was a property that was purchased that was in

4   8 Hale Drive and -- or I don't know that for a fact, maybe it

5   was purchased before.  But it was at that time that that was

6   beginning to be rebuilt.  If I remember correctly it was a

7   gift from Nancy to Keith.  At least that's how they mentioned

8   it.  That was supposed to be a base for Keith to have his

9   things, to have nice things that he wanted.  So, the executive

10  library was -- ended up being the repository of all of Keith's

11  books and music and videos.

12  Q    What else was in the executive -- do you remember when

13  the executive library was being designed?

14  A    Yes.

15  Q    Who participated in that?

16  A    Kathy Russell.  Kathy Russell was -- I thought she was

17  the only one involved, like, the lead in it.  There was a

18  period of time there where she would visit every night and

19  come and report to him what the progress was, what the

20  contractor still needed to do.  The hot tub, where it needed

21  to go.  The windows, where they would go, the shelves, the

22  lighting, the fixtures.  So she was working on that and was

23  reporting to him or they were working on it together.

24  Something like that.

25  Q    Do you remember when it was first brought up that there

SN        OCR        RPR

Daniela - direct - Penza                    2427

1   would be a hot tub in the library?

2   A     No, not the first time that it was brought up.   I

3   remember it being mentioned many, many times but I don't

4   remember the first time.

5   Q     Was there anything else mentioned that would be in the

6   library?

7   A     Yes, there would be a steam room and the hot tub and the

8   piano.  There was a big Steinway, I think it was a Class D,

9   like, big piano in this small condo.  It was big.  It occupied

10  almost the whole downstairs.  It was like the kitchen.  And

11  that was it.

12  Q     What was the bed like?

13  A     The bed was, like, in a loft.  It wasn't really that

14  messy because it was so close to the ceiling there was a space

15  to lay down.  But you couldn't stand up in the loft.  It was

16  just to lay down.  There were small wooden steps and just the

17  bed and on the ceiling there was a TV so you could lay down

18  watching TV.

19  Q     Who would typically use the library?

20  A     Keith and later when it was ready and it was used a

21  little more, I knew that Pam, Mariana and Keith spent, like,

22  entire weekends there, like cooking, watching TV and movies,

23  and resting.

24            (Exhibit published.)

25  Q     Moving back to Government Exhibit 1503.  I'll move around

SN        OCR        RPR

Daniela - direct - Penza                    2428

1    a little bit.  The Excel is printed a little funky, but is

2    this document familiar to you?

3    A    Yes.

4    Q    And so could you explain what this is?

5    A    So, that is -- so, that's a type-up of all the

6    information by which a book was identified.  So title,

7    authors.  I think it's cropped here, but probably on the other

8    side there's ISBN number so that it could be referenced

9    correctly.

10   Q    And who came up with the -- who came up with this Excel

11   spreadsheet?

12   A    I did.

13   Q    And did you come up with an organization plan for the

14   defendant's books?

15   A    Yes, later.  After this I did.

16   Q    And can you explain what that was?

17   A    The organization plan was so -- the library was

18   relatively small and -- but it was growing daily.  So he

19   would -- he would be ordering books on Amazon every day.  On a

20   daily basis there were new books in the front of the house.

21   So the challenge there was to have a categorization system by

22   which it could grow both in topics and in space.  Like -- I

23   will try to give you an example.

24            So there were, like, three big shelves and let's say

25   that one shelf was occupying mathematics and so if we

SN        OCR        RPR

Daniela - direct - Penza                    2429

1    organized it in a traditional way and we assigned that space

2    and you put it in the system, then maybe he would order ten

3    more books in mathematics and it would no longer fit.  So

4    there was a lot of work to do there.

5              So the best idea was to organize them as they came

6    in and put a unique identifier of where they were located and

7    organize them by categories in the computer.  So you can find

8    a book in the computer and log an ID and go and locate it.

9    Q    Now, that catalog that we just looked at, was that just

10   one iteration of this?

11   A    Yes.  So when it was an Excel spreadsheet, as he received

12   more books, I would enter them.  I would update it with a date

13   and I would send it to him.  I would send it because he

14   wanted -- he had to refer to which books I had.  So every time

15   there were more books and I updated the spreadsheet, I

16   would -- I would re-save and resend it.

17             (Exhibit published.)

18   Q    And, so, putting Government Exhibit 1503 back, the date

19   on here is March 23, 2005; is that right?

20   A    Yes.

21   Q    Showing you what's in evidence as Government Exhibit

22   1505, is this another example of the same type of catalog?

23   A    Yes.

24   Q    And this one is dated July 2, 2005?

25   A    Yes.

SN        OCR        RPR

Daniela - direct - Penza                          2430

1  Q     And were there many more of these?

2  A     Yes.

3  Q     At some point were you tasked with something called a

4  book report?

5  A     Yes.

6  Q     Can you explain in the context in which you were writing

7  them what a book report was?

8  A     Right.  So, in Mexico we don't have the concept of book

9  reports, but in the U.S. I understand you do.  So that's not

10 what they were like.  They were not book reports like the ones

11 written in school regularly.  Those are usually, like, small

12 summaries of writings of maybe even, like, a science fiction

13 or novel.  These book reports were very specifically supposed

14 to be precise, all encompassing summaries of text, so that

15 Keith could read it without having to waste the time or use

16 the time, rather, reading an entire book because his time was

17 very valuable.  So, the point was the summary of the book had

18 to contain all of the information, just in a compact form.

19 Q     Were you supposed to be being paid for book reports?

20 A     Yes.

21 Q     Did you ever get paid for a book report?

22 A     No.

23 Q     Why not?

24 A     Because I was not finishing them on time.

25 Q     And did these take a long time for you to write?

1    A    Yeah, they took a long time for me to write, yes.

2    Q    These were dense -- why don't you describe the types --

3    the types of books that you're summarizing.

4    A    So, Keith chose the books that I was to make book reports

5    on and a lot of the text that he chose were -- they ranged in

6    I would say level of depth.  So there were certain books were

7    almost fiction books and some were literally textbooks.  So

8    they were dense in the amount of information contained as well

9    as the level of specifics.  So, like, heavy in math, heavy in,

10   like, in the actual explanation of the formulas and how they

11   derived all the concepts.

12           And the other side of the spectrum in the range

13   there were also books that were more like general science

14   books, maybe something you could find at a Barnes & Noble,

15   like, that usually tends to be an author that summarizes and

16   writes examples of scientific concepts but in layman's terms.

17

18           (Continued on the following page.)

19

20

21

22

23

24

25

Daniela - Direct - Penza                    2432

1    BY MS. PENZA (Continuing):

2    Q    The ones that are not for the general population, the

3    ones that are denser, were you always able to just read that

4    book front to back and digest it?

5    A    No.

6    Q    Can you explain?

7    A    Yes.  So, I mean, I didn't have an education, so some of

8    these books had concepts -- in the topic chosen, there were a

9    lot of concepts that were covered, so sometimes concepts in

10   biology, concepts in physics, concepts in math, that were used

11   as part of the explanations within the book for certain

12   concepts that I wasn't familiar with.

13            So, what I would have to do is go and study that and

14   learn that so that I could understand and summarize.

15   Q    Was it conveyed to you that these were important to

16   Keith, to the Defendant?

17   A    Yes, both by Keith and by other people.

18   Q    How so?

19            How would that be described?

20   A    Well, it was described as, you know, I guess twofold:

21   That Keith's time was very valuable, so it was important that

22   he be able to have those so he wouldn't have to spend the time

23   actually reading that stuff; but it was also important that he

24   had them and he had them fast because he needed to further the

25   mission, so these -- obtaining this type of knowledge was

Daniela - Direct - Penza                    2433

1    needed so that he could further his -- what he was doing,

2    whatever -- the mission, I would say.

3    Q    Was one of the topics that you were asked to do book

4    reports on systems thinking?

5    A    Systems theory, yes.

6    Q    Can you explain generally what that is?

7    A    Yes.  So, systems theory is kind of a bridge science, I

8    would say.  So, systems theory is the study of systems

9    themselves, so nothing specific.  Not like the human body as a

10   system, not the economics of a country as a system, not a cell

11   as a system, not a computer as a system, just systems in

12   general, characteristics and properties of systems.  And in

13   that way, systems thinking is automatically multidisciplinary

14   because it can study all fields.

15            So, in studying systems, one focuses on the

16   concepts.  So, for example, you take a system and you notice

17   that it is able to keep homeostasis, it regulates itself; you

18   notice that it processes certain feedback loops so that it can

19   regulate itself.  Because even though there are systems that

20   are very complex, one still notices that they have some

21   cohesiveness and some organization.  So, all of these

22   characteristics are things that in systems theory are studied

23   and categorized.  They call them isomorphisms.

24            So, you have all these characteristics.  And you can

25   take a human body and say, This is the system and study in

Daniela - Direct - Penza                    2434

1   this way with this framework.

2          Or, This is a business.  It also has feedback loops

3   and control strategies and it can keep homeostasis in certain

4   ways.

5          So, it can apply to anything that is a complex

6   system, and it helps cross in between areas of specialized

7   science.

8          I hope I did that well.

9   Q    Where did you learn what you just described to us?

10  A    I read it.

11         THE COURT:  Who gave you these assignments,

12  specifically gave you these assignments?

13         THE WITNESS:  Keith.

14         THE COURT:  Keith directly?

15         THE WITNESS:  The actual books to read?  Yes, Keith.

16         THE COURT:  And who gave you the deadlines to write

17  the reports?

18         THE WITNESS:  Those were given to me by different

19  people, like Karen.

20         THE COURT:  And did you ever look at an assignment

21  and say, This is something beyond the scope of my knowledge or

22  my ability to provide the report.

23         THE WITNESS:  Yeah, there were times I said, This is

24  going to take me a lot longer.  This is difficult.

25         THE COURT:  And what was the response.

Daniela - Direct - Penza                    2435

1           THE WITNESS:  No, I was expected to do them faster?

2           THE COURT:  Do them faster?

3           THE WITNESS:  Do them faster than what I said I

4      could do, yes.

5           THE COURT:  All right.  Let's take our afternoon

6      break.  All rise for the jury.

7               (Jury exits.)

8           THE COURT:  The witness may stand down.  Please do

9      not discuss your testimony with anyone.

10          Ms. Penza, will you go to the end of the day on

11     direct?

12          MS. PENZA:  Absolutely, your Honor.  I expect to go

13     through at least lunch on Tuesday and probably a little

14     longer.

15          THE COURT:  All right.  We'll take a ten-minute

16     break.  Thank you.

17              (Recess taken.)

18          THE COURT:  Let's bring in the witness, please.

19              (Witness resumes the stand.)

20          THE COURT:  Let's bring in the jury.

21              (Jury enters.)

22          THE COURT:  Please be seated.

23          Ms. Penza, you can continue your examination of the

24     witness.

25          The witness is reminded she is still under oath.

Daniela - Direct - Penza                                    2436

1   BY MS. PENZA:

2   Q     Daniela, did you have money -- when you came back to the

3   United States when you crossed over illegally, did you have

4   any money troubles?

5   A     Yes, yes.  I didn't have a way to make money.  The book

6   reports wasn't something that got paid for and, you know, I

7   was illegal so there wasn't any other kind of job that I could

8   take, not even on a tourist visa.  And there were not very

9   many avenues for me to make money in the position that I was

10  in.

11  Q     So, what did you do for money?

12  A     A few odd, very odd, things.

13        So, at some point my mom was helping me, and she

14  would get me jobs.  She would say she offered cleaning

15  services, cleaning people's houses like a maid, and she would

16  let me go and clean the house and give me the money that she

17  would be paid for that.  And this is for people in ESP.  So I

18  clean, like Emiliano Salinas' house, Edgar's house, Edgar

19  Boone's house.  So, just houses of people in the community.

20        And I also -- I started buying and selling things on

21  eBay.  So, at that time, one could get like -- it was almost

22  like a debit card, like a credit card but a cash card, and you

23  could register that on Paypal without it being, like, an

24  actual bank account that you have to register your name on.

25  So, I would buy something on eBay and then post it back for

LAM        OCR        RPR

Daniela - Direct - Penza                    2437

1   sale for more money and I would be making money that way.

2   Q    Did you ever talk to the Defendant about your

3   difficulties with money?

4   A    Yes.

5   Q    And what would the Defendant say?

6   A    That I needed to focus on the book reports, that that

7   was -- already a way for me to make money had been offered,

8   and any time spent not doing that was time that I was waiting

9   from being able to make money.

10           MS. PENZA:  Your Honor, the Government moves into

11   evidence Government Exhibits 1504, 1509, 1510, 1511 and 1512,

12   on consent of the Defendant.

13           MR. AGNIFILO:  No objection, your Honor.

14           THE COURT:  1504, 1509?

15           MS. PENZA:  1510, 1511 and 1512.

16           THE COURT:  Very well.  Without objection,

17   Government Exhibits 1504, 1509, 1510, 1511, and 1512 are

18   received in evidence.

19           (Government Exhibits 1504, 1509, 1510, 1511, and

20   1512 so marked.)

21           MS. PENZA:  Thank you, your Honor.

22   Q    Daniela, I'm showing you what's in evidence as Government

23   Exhibit 1504.

24           (Exhibit published to the jury.)

25   Q    Can you read the from and to lines?

LAM     OCR     RPR

Daniela - Direct - Penza                    2438

1   A    From Daniela, thegreathead@gmail.com, to

2   thegreathead@gmail.com.

3   Q    What is the date on this e-mail?

4   A    It's June 5, 2005.

5   Q    Is the subject line systems outlines?

6   A    Yes.

7   Q    And the body of the e-mail also said systems outlines?

8   A    Yes.

9   Q    What was this document?

10  A    This e-mail contained attachments of all the systems

11  outlines and the progress that I had made on them.

12  Q    So, some of these are in progress?

13  A    Yes.

14  Q    Can you walk through some of the -- can you explain what

15  the attachments we see here are?

16  A    That is, I believe, consistent.  All the letters in

17  capitals are the titles, followed by the author of the book.

18       And, so, for example, the first one, the title was

19  General System Theory by Ludwing von Bertalanffy, who was, in

20  fact, the father of systems theory.  All of these are like a

21  dozen books by different authors in different areas of study

22  of this field.

23  Q    And did you read all of these books?

24  A    Yes.

25  Q    What was the process of writing book reports on these?

Daniela - Direct - Penza                    2439

A    Well, depending on the level of difficulty -- for
example, there were books that were easier.  In this list,
Emergence by Steven Johnson was very easy, The Art of Systems
Thinking by Joseph O'Connor and Ian McDermott were very easy.
Those were, like, in laymen terms and you find a whole chapter
elaborating on a certain concept.  So, they were very easy to
read, easy to understand, easy to summarize.  So, those would
take me -- it was relatively quick.  If I sat down and read it
and just typed it up, maybe, like, a week and a half, just the
time it would take me to do that.

There were others that were more complicated.  The
first one that I mentioned contained a couple of very dense
chapters with the math behind some of the processes that he
was explaining.  The book by David Bohm, for example,
Wholeness and the Implicate Order, although not very heavy
scientifically was very philosophical.  So, it was about
thoughts, human thought as a system.  So, it was very dense to
understand and follow.

And sometimes understand, for example, an author
might reference a certain theory from the past in science, so
I needed to go back and research that, what it was, understand
how it was in the context, to be able to really digest and
simply, like, really read it and understand the book.

Q    Is this an example of a page from a book report that you
wrote -- a book report in progress that you were writing?

Daniela - Direct - Penza                    2440

1    A    Yes.

2    Q    And where we see these page numbers in brackets, what

3    would that represent?

4    A    So, for example, that first paragraph, I'm summarizing

5    the first three to ten pages of the book.  So, this little

6    tidbit right here is how I summarized those seven pages in

7    that book.

8            So, every time one sees -- like, the next paragraph

9    again contains, like, a little, like, title, like a brief

10   explanation and the pages that it's covering in the summary.

11           So, the idea was that one could read this and if one

12   wanted to really go directly to the book to expand or there

13   was something that wasn't clear, one could reference it

14   easily.

15   Q    So, turning to the second page, and this is the

16   Bertalanffy that you --

17   A    Bertalanffy, yes.

18   Q    This is another page from you're the book report on

19   Bertalanffy?

20   A    That is right.

21   Q    And would you have created this whole thing?

22   A    Yes.

23   Q    And what is the goal?

24           What do you want to achieve from the book report in

25   its presentation?

LAM        OCR        RPR

1   A    In its presentation?

2   Q    Yes.

3   A    So, I want it to be easy to read, very organized.  I want

4   it to be in full fidelity to the actual contents of the book,

5   so I want it to be precise.  I want it to be succinct.  That's

6   the point of it, that it summarizes, that's it's not just

7   verbatim, typing up everything in the book.  It needs to be

8   digested and regurgitated in an understandable way and

9   precise.

10           And it needs to be laid out in a certain way that

11  it's easy to read so that someone can -- like, I could

12  summarize a book that is 250 pages in maybe, like, 11 pages,

13  and people go through that and understand what the book is

14  about really.

15  Q    In this paragraph where you describe -- where you're

16  summarizing the problem of immense numbers, what is a Turing

17  machine, if you remember?

18  A    I don't.  I remember having very much fun with Turing

19  machines, but I don't immediately.  I apologize.

20  Q    No need to apologize.

21           And all of these books you read yourself?

22  A    Yes.

23  Q    Would you ever look at other study guides to help you

24  formulate your book reports?

25  A    All the time, both to formulate them and, honestly, out

Daniela - Direct - Penza                    2442

1    of curiosity.

2              So, in science books, to me one of the funnest parts

3    is the bibliography, so all the words that are referenced.  So

4    not only to be able to really understand the content of a book

5    but also to understand the field that it's studying and

6    everything related to it.

7              So, the titles that I summarized were the ones I

8    read that were picked by Keith that I needed to do as work.  I

9    did read a lot of other documents, one, as essential to be

10   able to understand.  So, without reading either other books or

11   referencing the internet, Wikipedia, understanding certain

12   basic concepts, some not-so-basic concepts, in order to be

13   able to understand what I was reading about, I consulted

14   those.  And, also, I read other works just because it's fun.

15             THE COURT:  How many of these reports did you do?

16             THE WITNESS:  A few dozen, maybe more.  Somewhere

17   around that.

18             THE COURT:  And when you submitted these reports, to

19   whom did you submit the reports?

20             THE WITNESS:  Different people.  I submitted them to

21   Keith and then at times I submitted them to Nancy.

22             THE COURT:  And was there ever a follow-up where you

23   had a discussion about your report with Keith or Nancy or

24   anybody else in the organization?

25             THE WITNESS:  Regarding the content of the book

LAM     OCR     RPR

Daniela - Direct - Penza                          2443

1    report?

2               THE COURT:  Yes.

3               THE WITNESS:  No.

4               THE COURT:  You just submitted it and that was it?

5               THE WITNESS:  Yes.

6               THE COURT:  Do you know whether anything was done

7    with the reports once you submitted them?

8               THE WITNESS:  I do not.

9               THE COURT:  Were they published in any document or

10   for the membership of the organization?

11              THE WITNESS:  I don't know.

12              THE COURT:  Had you ever studied any of this in the

13   ninth grade?

14              THE WITNESS:  No.

15              THE COURT:  Did you ever get any feedback about the

16   contents of the reports from anyone regarding whether the

17   reports were helpful or whether you needed to provide any

18   further information on these books?

19              THE WITNESS:  No.

20              THE COURT:  Do you know what a Turing machine is?

21              THE WITNESS:  I did at some point.

22              THE COURT:  It's a computer, one of the original

23   computers, developed by Alan Turing during World War II.

24              I just think everyone ought to know about that

25   because he helped end the war and saved millions of lives.

Daniela - Direct - Penza                    2444

1    So, that's my contribution to this discussion.

2            MS. PENZA:  Thank you, your Honor.

3    Q    Turning to the next -- one of your other reports, is this

4    the one you described, <u>Thought as a System</u>, by David Bohm?

5    A    Yes.

6    Q    This is the one you said was more philosophical?

7    A    Yes.

8    Q    Can you explain that?

9    A    Yes.  In this book, as I recall, David Bohm went into --

10   and I can read some of it there, but it went on to the

11   complexities of how we think of the issues that we have, like,

12   mentally.  So, it touched on subjects of philosophy that for

13   ages and ages have been touched before but approached them

14   with the systems concepts.  So, it was like thought as a

15   system.  So, what are the emergent properties of the mind, how

16   the mind maintains balance, how problems can be solved.  I

17   believe it touched on some of the dialectic of Socrates.

18           So, it was very -- it was very dense for me because

19   of the philosophy.  It was like philosophy and psychology just

20   because of the nature of what thought is.  And it didn't have

21   a conclusion per se, it was just, like, very descriptive in

22   nature.

23   Q    The chapter titles, Friday Evening, Monday Morning, do

24   you remember that?

25   A    Those were the titles that the author used in the book.

LAM       OCR       RPR

Daniela - Direct - Penza                    2445

1   Q    And are these just examples of the types of reports you

2   would write?

3   A    Yes.  And as you can see, they are widely varied.

4   Q    What do you mean?

5   A    So, the range of topics is wide.  Even though they touch

6   on similar things and there's a common denominator in the

7   field of study, there's a difference both in the subjects

8   themselves as well as the style of the writing and the depth

9   of the study.

10  Q    Showing you Government Exhibit 510, see this e-mail dated

11  May 1, 2006?

12          (Exhibit published to the jury.)

13  A    Yes.

14  Q    And it's from you to Nancy Salzman; is that right?

15  A    Yes.

16  Q    And you're including Bertalanffy incomplete book report;

17  is that right?

18  A    Yes.

19  Q    Can you read this e-mail?

20  A    Yes.  It says:  Nancy, three sections of this book are

21  beyond me, as specified at the beginning of the report.

22          It says:  Note, Sunday April 30, 2006, Daniela.  I

23  have omitted the following three sections of the book from

24  this outline until I am qualified to understand them and am

25  able to summarize them with the deservings precision.

LAM      OCR      RPR

Daniela - Direct - Penza                    2446

1              Chapter 3, Some systems concepts in elementary

2       mathematical consideration; Chapter 5, The organism considered

3       as physical system; Chapter 7, Some aspects of systems theory

4       in biology.

5              Soon, very soon, I will update this book report.

6       The remaining seven sections are complete.  Enjoy, Dani.

7       Q    Can you describe the circumstances under which you're

8       submitting this book report to Nancy Salzman?

9       A    Yes.  So, the circumstances?  Well, she was following up

10      on my program because I wasn't completing book reports as

11      requested.  So, it changed that I had to check in with them

12      and submit them to her.

13             In this e-mail, I'm clearly telling her that I am

14      submitting incomplete because I have to understand a few

15      things before I can complete it.

16

17                  (Continued on the following page.)

18

19

20

21

22

23

24

25

LAM       OCR       RPR

Daniela - direct - Penza                    2447

1    (Continuing)

2              MS. PENZA:  Just looking at a couple more examples.

3    Government's Exhibit 1511.

4              (Exhibit published.)

5    Q    Is this a book report you're submitting to Nancy Salzman

6    on April 24th, 2006?

7    A    Yes.

8              (Exhibit published to jury.)

9    Q    And one to Karen Unterreiner and Nancy Salzman?

10   A    Yes.

11   Q    And that was on December 13th, 2006.

12   A    Yes.

13   Q    Sorry.

14             So during this time when you had more access to

15   Flintlock, did you also have more insight into the defendant's

16   sex life?

17   A    Yes.

18   Q    At that point, who did you know the defendant to be

19   having sex with?

20   A    Pam Cafritz, Karen Unterreiner, Marianna, Barbara Jeske,

21   Barbara Bouchey, Ivy Nevares, Dawn Morrison, Kristin Keeffe.

22   Q    How about Lauren Salzman?

23   A    Lauren Salzman, yes.  Lauren Salzman.

24   Q    How about Kathy Russell?

25   A    Kathy Russell.

VB        OCR        CRR

Daniela - direct - Penza                          2448

1   Q      How about Sarah Peters?

2   A      Sarah Peters.

3   Q      Who was Sarah Peters?

4   A      Sarah Peters was a member of ESP in the Albany area.

5   Q      What was her background?

6   A      She had studied biology, I believe, in SUNY.  She had

7   taught me about the clouds.  Yeah, she had studied biology and

8   she was doing something else, but she was a student of ESP.

9   And at some point he was having a relationship with her.

10  Q      Do you know whether Sarah Peters ever completed book

11  reports for the defendant?

12  A      Yes.

13  Q      Do you know what she was completing book reports on?

14  A      Stem cell research of some kind.  Something to do with

15  stem cells.

16  Q      Do you know whether she was paid?

17  A      I think so, yes.

18  Q      Now, did you have any nicknames?

19  A      Me?  Yeah.  From Keith?  Like he gave me?  Or nicknames

20  in general?

21  Q      Well, let's go through both.

22          Were there any nicknames that you were called in

23  general within the NXIVM community?

24  A      Within the NXIVM community, Kathy called me Kitty.

25  Q      Okay.

VB        OCR        CRR

Daniela - direct - Penza                    2449

1   A    I think at some point Karen, too.  And the rest were used

2   by the community, but also given to me by Keith, so.

3   Q    Okay.  So which ones were given to you by Keith?

4   A    He called me Godzilla.  He called me Bobo.  And I think

5   that's it, as far as the popular one.

6   Q    Did Marianna have a nickname from Keith?

7   A    Yes.  Monkey.

8   Q    Did any of the other women have nicknames from Keith?  Do

9   you know that?

10  A    Yes, yes.

11  Q    What ones do you remember?

12  A    I remember he used to call Barbara Ja, Ya, something like

13  that.  That's how he referred to her.

14         Let's see which other I remember.  Everybody had a

15  nickname, they're just not coming to my mind.

16  Q    How did the defendant treat the women that he was having

17  sex with?

18         MR. AGNIFILO:  I'm going to object to this question.

19         THE COURT:  Sustained.

20  Q    While you were in Flintlock, did you have an opportunity

21  to observe the way the defendant interacted with the different

22  women with whom he was having sex?

23  A    Yes.  I had -- because I was around all the time, I

24  didn't see all of the interactions, but I got to see a lot of

25  the -- at least -- so I saw the people who were coming in and

Daniela - direct - Penza                    2450

1    out, and what was happening there.  And I also heard all the

2    phone conversations that he was having with them.

3    Q    You've described during this time you're basically

4    stationed at Flintlock; is that right?

5    A    Yes.

6    Q    Now, are there different categories of women in terms of

7    where they live?

8    A    Well, definitely in -- yes, definitely in terms of where

9    they live, but also in terms of the access they have to Keith

10   and how they're treated by Keith.

11   Q    Can you elaborate on that please.

12   A    Yes.  So there were people in the inner-inner circle, but

13   it also had a lot to do with who had issues with jealousy.  So

14   people who were jealous, even though they might be like part

15   of the inner circle in some way, they were not like approved

16   to be around at any moment.

17          So, for example, I was part of the inner circle and

18   I had full access.  He could be with whomever, talking about

19   whatever, I was there.

20          Pam was like that.  Lauren was like that.  Karen was

21   like that, although she felt like a bit of a more of a serious

22   presence.  She -- if talk turned really sexual or something,

23   she would just zone out, I think.  She would put her

24   headphones on and keep programming.

25          People who were not like approved to be in

Daniela - direct - Penza                    2451

1   Flintlock, just at any time or had no full access, even though

2   they were close, would be Ivy Nevares, Barbara Bouchey.  Like

3   that had to be crafted situations or he'd spend time with them

4   like by themselves.  He would visit them in their homes, not

5   the other way around.

6           Barbara Jeske was pretty -- I mean, she wasn't

7   around a lot but she was, you know, she could be around

8   anything, really.

9           Who else?  Dawn Morrison seemed to be pretty inner

10  circle, but wasn't around very much.

11          Kathy Russell was part of the inner circle.

12          Pam.  Pam was.

13  Q    What about Kristin Keeffe?

14  A    Kristin Keeffe.  Kristin Keeffe was inner-inner circle,

15  but she didn't care for any of the shenanigans going on

16  around.  So she had a very low tolerance for that.  But she

17  lived there.  She lived in Flintlock.  But she was certainly

18  like, the core.  She had a full access and she was approved.

19  Q    When you say shenanigans, what is it you're referring to?

20  A    Shenanigans is like -- well, in that specific moment that

21  I said shenanigans, I was -- like there was times when like

22  there was -- like Keith was with someone else, or with a group

23  of people, and there would be like a lot of talk about sex and

24  like -- like, play that way and kind of like, in my opinion,

25  crude way in, you know, like women would react to that.

Daniela - direct - Penza                    2452

1        So some women would tolerate it.  Other womens would

2    not.

3    Q    Do you have any specific examples of things that you

4    observed that -- examples that you observed?

5    A    Yeah.  So like, yeah.  So like one time like what I

6    described with Kathy Russell and that escalated, and it became

7    that.

8        There was also a time when Lauren came to Flintlock

9    to visit Keith and she sat by his side, like on the couch.

10   And when she went to say good-bye, he grabbed her genitals

11   with his hands, through her pants, and pulled them, and made a

12   joke about her having really large labia.  And like a large

13   camel toe, was what he used to love making jokes and pointing

14   out women's genitals and saying things about their camel toes.

15   And about them using or not using underwear.  There was a lot

16   of talk about that.  And some women were like bragging, they

17   didn't mind.  They didn't use underwear.

18       So there was a lot of like very sexual, very, you

19   know, crude things, conversations like that.  That's what I'm

20   referring to.

21   Q    Did you ever observe the defendant having any problems

22   with any of the women he was having sex with?

23   A    Yes.  There was almost always someone that he used to say

24   going off.  Someone's going off.  And it was masqueraded and

25   put as something, like, oh, she's having issues like attention

VB       OCR       CRR

Daniela - direct - Penza                    2453

1    issues, or she's being prideful, but really, something had

2    happened.

3          Like one time there was an issue because Ivy was

4    driving somewhere in Knox Woods and saw Keith walking with my

5    sister Marianna and they were holding hands and all hell broke

6    loose.  She went off.

7    Q    Ivy went off?

8    A    Ivy went off.

9          And so what that -- then what happened would be he

10   would first cut off contact and be like, okay, you need to fix

11   your issue.  You're hurting me.  You know, like, what you're

12   doing, going off, is hurting my heart.

13         And he would call one of -- there were a few women

14   who like handled other women.  So like he would call Lauren or

15   he would call to tell her, Ivy's going off.  You need to work

16   on her.  And he would relay all the details of the issue; what

17   had happened.  What she needed to address.  The realizations

18   she needed to have.  So she needs to understand this is why I

19   don't spend time with her.  This is why she cannot be allowed

20   in Flintlock.  She can't have access because she has all these

21   issues.

22         And many times it was like you didn't see that.

23   That didn't happen.  We weren't holding hands.  And, you know,

24   it was evident that a woman had seen something that did happen

25   and he would deny, deny, deny.

Daniela - direct - Penza                          2454

1              So there was a huge issue.

2   Q    Did you discuss the Ivy incident with the defendant?

3   A    Yes.

4   Q    And what did he say?

5   A    I remember asking like oh, why -- why deny something that

6   she saw?  Like if it's true, like, you know, why, like that

7   didn't seem, you know, like, maybe addressing jealousy if

8   that's part of what she wants to do, but why lie about it

9   didn't happen when it did happen?  And he explained it to me.

10  He gave me an explanation for it.

11             He said that, okay.  So if he validated her fears,

12  because this was all fear-based.  If he validated her fears,

13  then he was doing her a disservice because she would never

14  have the opportunity to grow out of this issue.  So what he

15  was doing is he was upholding a higher principle, essentially,

16  as opposing the truth, which was I -- she -- I will give her

17  the opportunity to look at this issue in front of her and

18  really, she has an opportunity to fix her disintegrations

19  related to that, and maybe like never again react to it.

20  Q    You mentioned Lauren.

21             Would any other women have the role that you

22  describe?

23  A    Yeah.  Yeah.

24  Q    Who else?

25  A    Well, it could be like the person's coach.  Like, in my

Daniela - direct - Penza                    2455

1    case, like, Karen would be sent when I had an issue, not

2    necessarily of that jealousy nature, but when I had an issue,

3    she was sent to go work on me.

4           Nancy worked on Keith's women.  Lauren did.  Siobhan

5    did at some point as well, even though she wasn't like, I

6    didn't feel she was like super-inner circle, but she -- she at

7    times, because like it was okay to be sent to work on someone.

8           Pam used to work with all the women, just not in an

9    EM -- kind of tech capacity.  She used to be like the defuser

10   of bombs.  She used to be like, you know, go in and

11   neutralize.

12          So if Barbara Bouchey was having like a huge issue

13   and she was going off, like Pam needed to go and talk to her

14   to calm her down first so that, you know, to like, you know

15   that he loves you.  Like, you know, you can fix it.  You know,

16   just a very -- but it wasn't using EMs to -- so it wasn't like

17   full-on ethical breach plan, address this.  What is you going

18   to -- like -- it wasn't like that full disciplinary act.  It

19   was just like a soft, all right, let's calm things here and

20   then let's work on the rest.

21   Q    What time of day or night would the defendant engage in

22   these sorts of crisis management activities?

23   A    All day.  All hours of the night and day.  It could be

24   any time that someone was going off.

25          He had a very odd schedule.  He was sleeping during

Daniela - direct - Penza                    2456

1   the middle of the day.  Then he would like come by Flintlock,

2   and then was meeting with someone else.  So someone could go

3   off at any moment, and these things happened at all hours.  It

4   could be midnight.  It could be 5:00 a.m.  it could be after

5   volley ball; it could be before.  Any time.

6   Q    You mentioned Ivy.

7        Did you ever hear that she committed an ethical

8   breach?

9   A    I heard that she had issues.  I don't know that --

10  ethical breach wasn't around like the concept, like early on.

11  Q    I see.  You heard she had issues?

12  A    Yes.

13  Q    Was there ever any punishment of Ivy?

14       MR. AGNIFILO:  I'm going to object to this, Judge.

15       THE COURT:  Sustained.

16  Q    Do you know whether Ivy was ever punished?

17  A    Yes.  Or at least that's how I perceived it.

18       So there was a time when -- when Keith was spending

19  a lot of time with Ivy and I knew because Ivy would not come

20  and sit in Flintlock like other people did.  What the

21  nature -- like the logistics, rather, of their relationship is

22  Ivy would come in her car to pick him up and would take him to

23  her house, and they would spend like hours and hours together.

24       And I could see this again, because there was a

25  monitor, you know, in Flintlock.  She had a silver Focus car.

VB       OCR      CRR

Daniela - direct - Penza                    2457

1   So it would pull up in the driveway and Keith would say

2   good-bye, get in the car with Ivy, and she would take him, you

3   know, to her house and -- I thought they were riding together,

4   but I also knew that they had a sexual relationship.  So he

5   was spending time with Ivy like hours and hours every day,

6   which is not something he did with many women.

7            So -- and that went on for like a while.  And they

8   were -- and she was like writing a lot.  I don't know writing.

9   She was writing a lot.  She was producing a lot of writing.  I

10  know that she was working on rewriting like the module notes

11  and they were working on a lot of articles.

12           And there came a time where he just -- there was a

13  lot of fighting on the phone and there was a lot of arguments

14  and like this is why I can't see you.  You need to fix this

15  for me to see you.  You're hurting me and on and on and on,

16  and he started like spending less and less time with her.  I

17  saw it as a punishment, because not only he stopped spending

18  time with her, but also she became really isolated from the

19  community.

20  Q    Do you know whether she was doing anything else in terms

21  of trying to fix this issue?

22  A    I don't.  She was very isolated.

23  Q    Did Ivy have long hair?

24  A    Yes.

25  Q    Do you know whether Ivy was allowed to cut her hair?

Daniela - direct - Penza                2458

1    A    I know that when Ivy came into ESP, she and I were

2    friends for a little while, so much so that she once cut my

3    hair, and -- because she used to cut her own hair.

4         She had very long hair when she came into ESP.  Now

5    she's not like that.  I know that he likes long hair.  And I

6    know that I wasn't allowed to cut my hair.  And I do -- I

7    believe at one point I discussed with Ivy that she -- she

8    couldn't cut her hair.

9    Q    You mentioned Siobhan.

10        Do you know what Siobhan's sexual orientation is?

11   A    Yes, she is a lesbian.

12   Q    Did you ever hear the defendant discuss her sexual

13   orientation?

14   A    Yes.

15   Q    What would he say?

16   A    He would make fun.  He poked fun at her often about

17   her -- well, very much in line with, in his style, you know,

18   make some crude jokes, but also in a more serious note like

19   inquire about why, you know, like she didn't like men, or that

20   she really did like men, or that women should like men.  Just,

21   you know.  And then like, well, this is supposedly playful

22   way.

23   Q    Did he claim to have any actual theories regarding women

24   and their sexuality?

25   A    He didn't state them as clearly as he stated other

Daniela - direct - Penza                    2459

1   things, but from the things I heard from him, I -- what I

2   understood is that he sort of believed that all women were

3   bisexual.  Like we all had like tendencies.  Like we're all

4   capable of being bisexual.

5           But that also -- only being lesbian was kind of

6   unnatural, as if there was some kind of disintegration with it

7   like only liking women, that was unnatural.  So something had

8   happened much like with other issues with disintegrations that

9   made it so.

10          So that it could be something that could be fixed or

11  like that was the nature of -- for what he said I thought he

12  saw this issue as.

13  Q   Did you ever observe the defendant touching Siobhan?

14  A   Yes.  It was very odd because I knew Siobhan was a

15  lesbian, and he touched her the way he touched his other

16  women.  He touched -- like he would put his hand on his back,

17  lift up his shirt maybe, and like linger on their back, or on

18  the small of her back.

19          So it was very -- like I always notice that it was

20  very intimate.  Like it's very touchy.

21  Q   How did the defendant treat Marianna?

22  A   In some ways she had a lot of privileges with him, but in

23  other ways he was also very cruel.  I mean, he was cruel with

24  other women, too.  I guess I feel a little more closely

25  because it's my sister.

Daniela - direct - Penza                              2460

1           But there were -- so.  He spent a lot of time with

2    her.  And with Pam.  So that time he spent with Marianna is

3    time he spent with Pam.

4           A lot of the time that they spend they spend

5    sleeping.  So they would sleep together, the three of them.

6    And they used to share in maybe -- the more time than any of

7    the other women, but a lot of it was like focused on that,

8    like a little like entertainment, I imagine a lot of sex from

9    my sister.  I know that there was some sex of that kind.

10          And -- but on the other hand, my sister was also a

11   jealous woman, and she didn't want to share Keith.  And she

12   didn't -- she was one of the people that could not be around

13   if, you know, certain people were around.

14          And there were times when she became very jealous

15   and he drove her nuts.  Like there was an instance where she

16   came downstairs and it was one of those occasions where I was

17   doing oral sex on Keith, and she got really upset, and he just

18   like denied, denied, denied.  So like driving her nuts.  Like,

19   what you saw is not what you think you saw.  It's not like you

20   think it is.  You know, and mom -- my mom -- my sister would

21   have these tantrums that he called them.

22          Like, they were like pride tantrums, but really she

23   was having this huge reaction to something that did happen.

24   And so, you know, like people would come and like EM her and

25   work with her so she would get through all these issues.

VB        OCR        CRR

Daniela - direct - Penza                    2461

1        I feel like he was maybe a little more lenient with

2    her where he never punished her to the point where like he

3    punished other women.  Like, he stopped talking to them for

4    like long periods of time or really isolated them.  This was

5    like shorter periods, but it was pretty severe.

6    Q    Did there ever come a time when you were concerned about

7    Marianna's health?

8    A    Yes.  Very early on.  Because Marianna -- so it was

9    shortly after I started having sex with Keith.  My

10   relationship with him became like very close, like I was part

11   of the inner circle and Marianna is as well, and Marianna was

12   living full-time at Flintlock.

13       But I notice that her eating disorder was back.  So

14   she lost a lot of weight.  She was extremely skinny and Pam

15   would drive her to Wilton Court once a day, and she would

16   throw up in the shower.  Like that's all she would do in

17   Wilton.

18       So she lived in Flintlock.  She had all her things

19   there.  There was a shower there.  There was food there, but

20   she would come to Wilton, stuff her face, throw up, shower and

21   then Pam would come and pick her up.  And I was extremely

22   concerned because when I see -- I know she has an eating

23   disorder, I see she's visibly like scary-thin and Pam is

24   obviously aware of it, and he must be aware of it.  So I

25   brought it to his attention.

Daniela - direct - Penza                2462

1      And I told her, you know, my sister has an eating

2  disorder and it's like -- it's like back on like fully right

3  now.  Like I was really upset that it was right under his nose

4  and he was doing nothing about it.

5      And his surprise really like his response really

6  surprised me, because he said to me that -- that okay, like,

7  you know, granted it's not good.  It's not great.  But she is

8  doing everything that she can to meet her goals, you know, by

9  whatever means.

10      So I -- I was like, but there's health consequences.

11  I remember because I said what about the enamel in her teeth?

12  Like that's going to be ruined forever.  Like I was thinking,

13  you know, I was concerned about my sister.  He seemed not only

14  not to care about what she was doing in order to stay really

15  skinny, but in the same conversation, he made me feel really

16  guilty that I wasn't losing the weight, and that I wasn't

17  willing to do just about anything.  Because the fact that she

18  didn't, meant that she really, really cared about him.

19  Q    Did you ever observe the defendant commenting on what the

20  women in Flintlock would eat?

21  A    Yes.  He was -- he was like an absurd focus on what

22  everybody was eating around him.

23      Pam would go into the kitchen and from his couch,

24  which was like his control center, he would like lay on his

25  couch and he has his phone, and that's where he operated from.

Daniela - direct - Penza                    2463

1  You had line-of-sight into the kitchen like from both sides.

2  And so he like sees someone go in and like Pam would grab

3  something from the refrigerator, and he would go, like a pig

4  sound, like to get her attention she was eating again.

5            And, you know, she would sometimes like retreat

6  like, you know, like it was something funny or like he was

7  notice who ate this, who ate that.  You know, every time

8  someone was eating, there was like some comment about them

9  eating.

10           My sister, of course, had her eating disorder and

11 she -- what she did is she ate a lot of food and she would

12 throw it up.  And there was a time where stuff was being eaten

13 out of the refrigerator and he would ask, who ate it?  And

14 nobody would 'fess up to who was eating the food.

15           So -- and he knew that the food that was being eaten

16 was my sister.  So this one time he actually set up a camera

17 facing the refrigerator and -- to surveil and to catch, to --

18 recording.  So it would catch my sister.  And he put in, I

19 think it was like, a pie.  Like a delicious pie in the

20 refrigerator, and just left the camera there.  Sure enough,

21 Marianna went and ate the pie.

22           And he asked her, Monkey, did you eat this pie?

23           And my sister, you know, it happened before, she

24 like felt guilty every time that she ate; everybody did.  She

25 said no, I didn't eat the pie.

VB      OCR      CRR

Daniela - direct - Penza                    2464

1          And asked again, I'm going to ask you one more time,

2    it's really important you tell me the truth.  Did you eat the

3    pie?

4          And she didn't admit to it.  It was like a big deal.

5    And he showed her the video and there was this big drama.

6          So I think it's fair to say that he was surveilling

7    everybody's food intake.

8

9               (Continued on following page.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Daniela - direct - Penza                    2465

1   BY MS. PENZA:   (Continuing.)

2   Q    I will switch topics.  You mentioned earlier that there

3   was a period of time when your younger siblings spent a part

4   of a school year in the Albany area?

5   A    Yes.

6   Q    And that was with your parents?

7   A    Yes.

8   Q    I'm showing you what's in evidence as Government Exhibit

9   912.  Do you know what that's a picture of?

10  A    Yes, that's my baby sister, Camilla.

11  Q    Do you know where this picture was taken?

12  A    Somewhere in Cohoes, New York.

13  Q    And was this when she was going to school in Cohoes?

14  A    Yes.

15  Q    Do you know how old she was then?

16  A    She must have been like 13 or 14, maybe.

17  Q    So after your siblings spent that time, did they go back

18  to Mexico for a while?

19  A    Yes.

20  Q    And while they were in Mexico did the defendant ever

21  encourage you to have your siblings come to the United States?

22  A    Yes.

23  Q    Can you explain that?

24  A    Yes.  My siblings with my parents after they finished the

25  year that they were here they went back to Mexico, life as

SN        OCR        RPR

Daniela - direct - Penza                    2466

1    usual.  And Keith started talking to me about it would be good

2    to have both of them back, that, you know, that they really --

3    it would be good that they got their education here and really

4    encouraging me to encourage them to come here and, like

5    Mariana and I, live in the -- in Clifton Park and start -- if

6    I remember correctly, to -- to go to ethos classes and to at a

7    young age develop some Ethos strategies through doing some

8    such work.  Basically that they would have the ESP education

9    and the opportunity to develop some ethos strategies at an

10   early age.

11   Q    And what is an ethos strategy?

12   A    An ethos strategy is a concept from ESP which, if I

13   understand correctly, is that one is not born, you know, with

14   I guess ability, capacity, stamina to exert effort all the

15   time.  So it's something that someone needs to build up

16   through doing effort, doing effort, doing effort and striving

17   and that's how one develops the quote/unquote ethos

18   strategies.  I don't know if that makes sense.  It doesn't

19   make much sense to me now, but that's what it meant.

20   Q    Did your siblings end up coming to the United States?

21   A    Yeah.  I mean, there was a lot of back and forth about

22   that.  Obviously I wanted them to go to school.  So Keith was

23   brainstorming a lot about what they could do, should do,

24   through me he was encouraging them.  I was encouraging them.

25   I was very focused on, okay, so Cami could go to Skidmore

Daniela - direct - Penza                    2467

1    College and Adrian could go to SUNY.  And they could get SUNY

2    visas and go to school.  So I didn't want my siblings to just

3    come to the Albany area and do nothing.  They were very young.

4              So, they did end up going to Albany and the plan was

5    to have them go to Ethos classes.  Keith had found different

6    things that they could do that developed even over time, but

7    even right away there was a plan that Keith had devised for

8    what they could be doing and they came here and started

9    spending time here.

10   Q    Before this time that you're describing when they came,

11   when they were first in Albany the first time, did the

12   defendant interact with them?

13   A    Yes.

14   Q    Your younger brother, you call him Hector Adrian.  Do

15   some people just call him Adrian?

16   A    Yes.

17   Q    And did he also have a nickname?

18   A    Yes, Fluffy.

19   Q    When they were first here, did the defendant meet your

20   younger siblings?

21   A    Yes, he did.

22   Q    And did he interact with them?

23   A    Yes, quite a bit.

24   Q    And did he give Camilla any nicknames?  Did the defendant

25   give Camilla any nicknames?

Daniela - direct - Penza                    2468

1   A    Yes.  Yes, he called her Virgin Camilla.

2   Q    And he was the one who came up with that?

3   A    Yes.

4   Q    Were there any other variations on Virgin Camilla?

5   A    Yes, VC for Virgin Camilla.

6   Q    Did Camilla also end up having an e-mail address that

7   played on Virgin Camilla?

8   A    If I remember correctly, it was vcbaby@gmail.com.

9   Q    As far as you know, when your sister come to the United

10  States, came to the Albany area, was she, in fact, a virgin?

11  A    I thought so, yes.

12  Q    During this second time, so not when they're going to

13  school, but when they're coming here not to go to school, how

14  old are they?

15  A    They are, I think, like 15 and 16.

16  Q    So Camilla 15 and Adrian 16?

17  A    Uh-huh.

18       THE COURT:  You have to answer yes or no.

19  A    Yes, sorry.

20  Q    When they got here, when they came here did you end up

21  being able to be in charge of what they were going to be

22  doing?

23  A    No.  They arrived in Albany and they -- so they were

24  spending time with us.  It was summertime maybe.  We were

25  playing tennis and walking together and spending alone time

Daniela - direct - Penza                    2469

1    with them and Keith together almost like a family.  But, no,

2    immediately after they moved, they -- my brother was living in

3    a house on a road called Twilight.  They called it Twilight

4    House which is rather far away from Knox Woods.

5           And Cami also -- the plan that Keith had for her was

6    that she was going to be essentially Nancy's maid.  She was

7    going to be cleaning Nancy's house for money and attending

8    Ethos classes and the house that they found for her was also

9    far away from where I lived.  So, soon after they arrived in

10   the Albany area, I lost -- I felt like I lost control of them.

11   Like, I wasn't seeing them all the time.  I wasn't in -- I

12   wasn't the one taking care of them.

13   Q    Who was Adrian living with?

14   A    They were other SPs.  All male, I believe.  At that time,

15   I can't say for sure, but it was the house where Mark Vicente

16   lived -- and Benjamin Meyers lived.  I think Omar Boone lived

17   there.  So it was all SPs.

18   Q    What about where Cami lived?

19   A    Cami lived in a house with other women.  There was a

20   Mexican woman called Carmen Lucia who was taking Ethos for a

21   while.  Megan Weaver.  I believe Monica Duran was living there

22   at the time.

23   Q    What was the age difference between the men who were

24   living with your brother and the women who were living with

25   Camilla?

SN        OCR        RPR

Daniela - direct - Penza                     2470

1    A     At least, like, ten or fifteen years.  My siblings were

2    babies compared to the rest of the people around.

3    Q     Did Adrian have a job when he arrived?

4    A     Not right away and Keith offered to teach him robotics

5    and some C++ programming or something like that, but it did

6    not pan out.

7    Q     The defendant didn't teach him those things?

8    A     No.  He ended up getting a job cleaning the horses on

9    Clare's farm.

10   Q     Did Clare do anything else for your brother?

11   A     Yeah.  I think that under the guise of helping him, she,

12   for example, purchased a car for him.  That was very helpful,

13   really.  He was able to get other work like that, but with a

14   huge amount of interest.  So here it was, like, he was her

15   employee, a young guy -- boy really.  And, you know, it seemed

16   like a favor at the time, but really it was very abusive.

17   Q     Okay.  And now Cami is here.  She's 15 and her job is

18   cleaning Nancy's house?

19   A     Yes.

20   Q     What did you think about that?

21   A     Again she was building ethos strategy.  That was the

22   reasoning and it was supposed to be temporary.  The truth is

23   that -- I mean, we came from a place where we weren't wealthy

24   but we were living a comfortable life.  We had an education

25   and my parents were doing everything for us.  It was a very

Daniela - direct - Penza                    2471

1   huge contrast with a life that we were used to, to now, for

2   example, Cami being a maid.  But it was presented as a really

3   good opportunity for her to spend time with Nancy.  She was

4   prefect and developing some ethos strategies.

5   Q    Looking back now, do you have any thoughts on the role

6   that Cami was given and where she was placed?

7   A    Yes, I have some thoughts.  What I think is, one, very

8   manipulative.  She wasn't offered at any moment a work visa,

9   even though she was offered a job.  That became a problem.

10  But also I think that -- I mean, Nancy's house was far away.

11  It was far away from me, from any of her other siblings.  She

12  was very young.  I think that she was isolated for easy

13  access.

14          MR. AGNIFILO:  Your Honor, I'm going to object and

15  ask that that be stricken.

16          THE COURT:  Overruled.

17  BY MS. PENZA:

18  Q    Did you ever hear the defendant say anything sexual in

19  front of your sister Camilla?

20  A    Yes.

21  Q    Can you just describe?

22  A    Yes, he would makes jokes about incest.  He would make

23  the sexual jokes that he used to make around everybody else,

24  but he used to tease her about her innocent demeanor hence the

25  nickname Virgin Camilla.  He used to make jokes about my dad

Daniela - direct - Penza                    2472

1   being gay, was one of them, and things that were sexual in

2   nature.

3   Q    Did you ever come to learn that the defendant was having

4   sex with your sister Camilla?

5   A    Yes.

6   Q    When did you first learn that?

7               MR. AGNIFILO:  Your Honor, I object.

8               THE COURT:  Overruled.

9               You may answer.

10  A    It was -- some time before fall 2006.

11  Q    How -- why do you have that frame of reference?

12  A    I have that frame of reference and that certainty because

13  I had a conversation with Keith about that and after fall

14  2006, I never spoke to Keith again.

15  Q    Can you describe the conversation that you had with the

16  defendant?

17  A    Yes.  I asked him if he was having sex with my sister.

18  He asked me if I minded.

19              THE COURT:  I am sorry, which sister?

20              THE WITNESS:  With Camilla.  With my sister Camilla.

21              THE COURT:  Go ahead.

22  A    I asked him if he was having sex with my sister Camilla

23  and he replied if I minded and we had a conversation about,

24  two things, first of all, one -- and, well, about -- about him

25  having sex with her.  But I also remember -- and I feel a lot

SN        OCR        RPR

Daniela - direct - Penza                    2473

1  of shame about this, but this is exactly how it happened.  On

2  top of me being concerned about him having a relationship with

3  her, I was also feeling kind of jealous.  I was thinking, oh,

4  he made me wait until after my 18th birthday and he's having

5  sex with my sister, you know, now.  And it's all kinds of

6  messed up that I felt that way.  And I really wish -- I deeply

7  regret that I didn't at that moment get my sister out of

8  there.  But that's how it happened.

9  Q    How did the defendant respond?

10  A    He told me that there were some women, girls, that were

11  more mature, emotionally mature, than others.  That I wasn't

12  particularly emotionally mature and that everyone was

13  different.

14  Q    Did you ever have another conversation with the defendant

15  about him having sex with your sister while she was still

16  underage?

17  A    Yes.

18  Q    And this conversation would also have been before fall

19  2006?

20  A    Yes.  Yes.  So, I had a conversation with him because I

21  had observed that my sister was having a really hard time.

22  She was -- I would say she was depressed.  She was acting

23  really, like, somber -- like, dark.  And she had, like, really

24  tendencies to self-destruct.  So I went through her things

25  and --

SN        OCR        RPR

1   Q    When you say tendency to self-destruct, what do you mean?

2   A    She used a thing called cutting.  So, it wasn't deep

3   wounds but it was surface wounds and would write very dark

4   poetry.  It was just visible.  She was wearing, like, really

5   raggy clothes.  She didn't look good.  It was very concerning

6   to me so I went through her stuff.  And I found a document

7   that really alarmed me, a piece of paper that really alarmed

8   me.  And it was a piece of paper that was sexual in nature.  I

9   knew she was having a sexual relationship with Keith.

10          It said things like she was sexually unsatisfied.

11  It said things like she really wanted to have a baby.  It

12  had -- it read of sexual bitterness.  And I took that and I

13  brought it to Keith's attention and I brought it to him and he

14  told me that he was taking care of that and that I should just

15  put it back where I found it.  And I did.

16  Q    I'm showing you -- I'm sorry.

17  A    And I did.

18  Q    How do you feel about that now?

19  A    I wish I hadn't done that.  I wish I had done something

20  different.  What happened is not right.

21          (Exhibit published.)

22  Q    I'm showing you what's in evidence as Government Exhibit

23  915.  Do you recognize this photo?

24  A    Yes.

25  Q    Do you know approximately when this photo was taken?

Daniela - direct - Penza                    2475

1    A    Yes, I think that would have been 2004, maybe.

2    Q    And is this your whole family?

3    A    Yes.

4    Q    And can you just --

5    A    From left to right, that's my dad, then Cami, then

6    Fluffy, Hector Adrian, my mom, Mariana and I am on the far

7    right.

8    Q    Thank you.

9         (Exhibit published.)

10   Q    Showing you what's in evidence as Government Exhibit 916,

11   do you know what this is?

12   A    That's my sister Cami on her 15th birthday.

13   Q    Is there something about this that indicates clearly that

14   it's her 15th birthday?

15   A    The absurd amount of flour arrangements that my dad got

16   for her and she was also serenaded.

17   Q    Is there something special that happens in the Mexican

18   culture?

19   A    The word is *quinceanera* which is the closest similar

20   thing to Sweet 16, maybe, in the U.S.  Typically in -- there's

21   a big festivity around that.  In our family we don't do the

22   big dress or big photo shoot thing, but we certainly take it

23   very seriously.

24        (Exhibit published.)

25   Q    I'm going to show you a series of pictures.  Can you tell

Daniela - direct - Penza                    2476

1    me when these were taken?

2    A    Yes, that was taken around 2004 in Tampico.

3              THE COURT:  That is 917?

4              MS. PENZA:  I'm sorry.

5              THE COURT:  I just need the number.

6              MS. PENZA:  I'm sorry, Your Honor, Government

7    Exhibit 917 already in evidence.

8    BY MS. PENZA:

9    Q    And who is in this photo?

10   A    Cami is on the left.  I am on the right.

11             (Exhibit published.)

12   Q    Showing you what's in evidence as Government Exhibit 918.

13   A    That is that same time around 2004, Tampico.  Cami is on

14   the left and Fluffy is on the right.

15             (Exhibit published.)

16   Q    Showing you what's in evidence as Government Exhibit 921?

17   A    The same moment.  That's my mother on the left and Cami

18   on the right.

19             (Exhibit published.)

20   Q    Showing you what's in evidence as Government Exhibit 922.

21   A    That is Cami on the left and my dad on the right.

22             (Exhibit published.)

23   Q    Showing you what's in evidence as Government Exhibit 926.

24   A    That is, from left to right, Cami, that's me, Fluffy, my

25   mom and my dad.

SN      OCR      RPR

Daniela - direct - Penza                    2477

1    Q     And is this -- is Government Exhibit 926, did you

2    actually create this with Tampico 2004?

3    A     Yeah.  I made that in some kind of Photoshop-like

4    software.

5              (Exhibit published.)

6    Q     Daniela, I'm showing you Government Exhibit 929.  Can you

7    tell me who this is?

8    A     That's my sister Camilla.

9    Q     Thank you.  Your Honor, I think --

10             THE COURT:  I think we should adjourn for the week.

11             MS. PENZA:  Thank you, Your Honor.

12             THE COURT:  All right.  The witness is excused.

13   We're going to continue on Tuesday morning at 9:30.  You are

14   excused for the day.  Do not discuss your testimony with

15   anyone.

16             (Witness steps down.)

17             (In open court.)

18             THE COURT:  Members of the jury, one thing, when you

19   retire tonight you are going to get a new schedule.  It will

20   indicate that we are not having trial on June 4th.  So it has

21   one adjustment.  You should have the up-to-date schedule and

22   just rip up the old schedule so you do not confuse things.

23   All right?

24             We are going to return on Tuesday after the holiday

25   weekend at 9:30 and I am going to remind you that it is very

                    SN       OCR      RPR

Daniela - direct - Penza                    2478

1   important that you follow my instruction that you not discuss

2   this case with anyone; not your family, friends or business

3   associates and not your fellow jurors.  Also you must not

4   read, listen to, watch or access any accounts of this case on

5   any form of media including newspapers, TV, radio, podcasts or

6   the internet and you should not research or seek outside

7   information about any aspect of the case.

8              Please do not communicate with anyone about the case

9   on your phone whether through e-mail, text messaging or any

10  other means; through any blog or website or by way of any

11  social media including Facebook, Twitter, Instagram, YouTube

12  or any similar sites.  You must not consider anything you read

13  or heard outside of this courtroom, whether you read it before

14  or during the jury selection process, or during the trial.  Do

15  attempt to do any research or investigation about the case.

16  And do not visit any of the locations identified on the

17  questionnaire or discussed during the course of jury selection

18  or during the trial.

19             I want to thank you again on behalf of all the

20  parties for your attention this week and throughout the trial.

21  Have a good weekend.  Have a good holiday.  We will see you on

22  Tuesday at 9:30.

23             All rise, please.

24             (Jury exits.)

25             (Continued on the following page.)

Proceedings                                                 2479

1    (Continuing.)

2           MS. HAJJAR:  Just one thing.  With consent from

3    defense, we would ask for an adjournment of our extension of

4    our time to file proposed jury instructions.  They're due

5    tomorrow.

6           THE COURT:  Yes, I know.  We were just discussing

7    the possibility you would seek to do so.

8           Until when?

9           MS. HAJJAR:  June 5 would work?

10           MR. AGNIFILO:  It's fine with us, Judge.

11           THE COURT:  That's fine.

12           MS. HAJJAR:  Thank you, your Honor.

13           THE COURT:  It's so ordered for both sides.

14           MR. AGNIFILO:  Thank you, Judge.

15           THE COURT:  Is there anything else?

16           MS. PENZA:  Not that I know of.

17           THE COURT:  Anything else?

18           MR. AGNIFILO:  One second.

19           THE COURT:  Please be seated in the back.

20           (Counsel confer.)

21           MS. PENZA:  Yes, your Honor.  I think on consent of

22    the defense, I know your Honor has been -- as with the last

23    witness, we would ask permission to be able to continue

24    meeting with Daniela over the weekend while she's still on

25    direct.

Proceedings                                      2480

1          THE COURT:  Any objection to that?

2          MR. AGNIFILO:  None from us.

3          THE COURT:  All right.  It's so ordered.

4          MS. PENZA:  Thank you.

5          THE COURT:  Anything else?

6          MR. AGNIFILO:  Nothing else.

7          THE COURT:  Thank you, everyone.  Have a good

8    weekend.

9

10          (Matter adjourned until Tuesday, May 28, 2019, at

11   9:30 a.m.)

2481

1                        I N D E X

2

3   WITNESS                                      PAGE

4

5      DANIELA,

6         DIRECT EXAMINATION BY MS. PENZA        2280

7

8                      E X H I B I T S

9

10     Government Exhibits 912 to 923, 925, 926,
       and 929                                   2285
11
       Government Exhibit 1580                    2362
12
       Government Exhibit 1501                    2403
13
       Government Exhibits 1503 and 1505          2425
14
       Government Exhibits 1504, 1509, 1510, 1511,
15     and 1512                                   2437

16

17

18

19

20

21

22

23

24

25

## $

**$6,000** [2] - 2347:6, 2347:16

## '

**'fess** [1] - 2463:14

## 1

**1** [4] - 2281:19, 2365:11, 2400:23, 2445:11
**10** [1] - 2306:5
**10017** [2] - 2272:20, 2272:23
**11** [1] - 2441:12
**11201** [2] - 2272:16, 2273:13
**13** [1] - 2465:16
**13th** [1] - 2447:11
**14** [1] - 2465:16
**14th** [2] - 2390:9, 2390:12
**15** [9] - 2281:17, 2285:7, 2288:11, 2292:12, 2300:5, 2306:5, 2468:15, 2468:16, 2470:17
**1501** [5] - 2403:13, 2403:16, 2403:18, 2403:20, 2481:12
**1503** [8] - 2425:8, 2425:9, 2425:10, 2425:12, 2425:14, 2427:25, 2429:18, 2481:13
**1504** [6] - 2437:11, 2437:14, 2437:17, 2437:19, 2437:23, 2481:14
**1505** [7] - 2425:8, 2425:9, 2425:10, 2425:12, 2425:14, 2429:22, 2481:13
**1509** [5] - 2437:11, 2437:14, 2437:17, 2437:19, 2481:14
**1510** [5] - 2437:11, 2437:15, 2437:17, 2437:19, 2481:14
**1511** [6] - 2437:11, 2437:15, 2437:17, 2437:19, 2447:3, 2481:14
**1512** [5] - 2437:11, 2437:15, 2437:17, 2437:20, 2481:15
**155** [1] - 2380:6

## 

**1580** [6] - 2362:11, 2362:14, 2362:17, 2362:19, 2362:22, 2481:11
**15th** [2] - 2475:12, 2475:14
**16** [9] - 2280:20, 2288:11, 2301:14, 2310:16, 2314:9, 2341:18, 2468:15, 2468:16, 2475:20
**16-day** [4] - 2299:17, 2301:6, 2301:9, 2302:22
**16-year-old** [1] - 2302:6
**17** [3] - 2314:10, 2347:12, 2365:9
**17-year-old** [1] - 2373:15
**1701** [1] - 2273:8
**18** [3] - 2282:14, 2380:17, 2381:9
**18-CR-204(NGG** [1] - 2272:4
**18th** [8] - 2283:10, 2361:4, 2375:13, 2380:7, 2380:14, 2380:15, 2381:11, 2473:4
**1983** [1] - 2281:17
**1985** [1] - 2280:12
**1988** [1] - 2281:18
**1990** [1] - 2281:19

## 2

**2** [1] - 2429:24
**20** [1] - 2361:20
**20-something** [1] - 2380:6
**20006** [1] - 2273:9
**2002** [10] - 2280:18, 2281:1, 2282:22, 2297:14, 2297:15, 2297:19, 2314:6, 2314:10, 2331:20, 2408:11
**2003** [10] - 2282:22, 2333:25, 2347:12, 2361:1, 2361:5, 2365:11, 2366:21, 2367:12, 2367:15, 2380:15
**2003-2004** [1] - 2368:24
**2004** [14] - 2282:22, 2282:23, 2283:12, 2283:13, 2408:11, 2408:13, 2408:15,

## 

2408:16, 2408:24, 2475:1, 2476:2, 2476:13, 2477:2
**2005** [6] - 2405:23, 2422:12, 2429:19, 2429:24, 2438:4
**2006** [9] - 2283:15, 2445:11, 2445:22, 2447:6, 2447:11, 2472:10, 2472:14, 2477:9
**2010** [3] - 2283:17, 2283:19, 2283:22
**2012** [2] - 2281:2, 2283:25
**2019** [2] - 2272:7, 2480:10
**225** [1] - 2273:13
**2280** [1] - 2481:6
**2285** [1] - 2481:10
**23** [2] - 2272:7, 2429:19
**2362** [1] - 2481:11
**24** [1] - 2281:18
**2403** [1] - 2481:12
**2425** [1] - 2481:13
**2437** [1] - 2481:15
**24th** [1] - 2447:6
**250** [1] - 2441:12
**26** [2] - 2280:12, 2380:15
**26th** [3] - 2272:20, 2408:16, 2408:24
**271** [1] - 2272:16
**28** [1] - 2480:10

## 3

**3** [5] - 2391:25, 2392:1, 2392:2, 2400:21, 2446:1
**3-D** [1] - 2343:7
**30** [1] - 2445:22
**33** [1] - 2280:10
**3rd** [2] - 2386:17

## 4

**40-year-old** [1] - 2373:14
**455** [2] - 2322:10, 2324:23
**4559** [1] - 2328:17
**4th** [4] - 2386:7, 2386:8, 2386:17, 2477:20

## 5

**5** [3] - 2438:4, 2446:2,

## 

2479:9
**510** [1] - 2445:10
**5:00** [1] - 2456:4
**5th** [1] - 2386:18

## 6

**677** [1] - 2272:23
**6th** [2] - 2386:18, 2405:23

## 7

**7** [1] - 2446:3
**700** [1] - 2273:8
**707** [1] - 2272:23
**767** [1] - 2272:20
**7th** [1] - 2386:18

## 8

**8** [2] - 2417:23, 2426:4
**85004-2391** [1] - 2273:4

## 9

**9** [1] - 2283:23
**912** [5] - 2285:16, 2285:20, 2285:23, 2465:9, 2481:10
**915** [1] - 2474:23
**916** [1] - 2475:10
**917** [2] - 2476:3, 2476:7
**918** [1] - 2476:12
**921** [1] - 2476:16
**922** [1] - 2476:20
**923** [4] - 2285:17, 2285:21, 2285:23, 2481:10
**925** [5] - 2285:17, 2285:21, 2285:23, 2286:3, 2481:10
**926** [6] - 2285:17, 2285:21, 2285:23, 2476:23, 2477:1, 2481:10
**929** [5] - 2285:18, 2285:21, 2285:23, 2477:6, 2481:10
**9:30** [5] - 2272:7, 2477:13, 2477:25, 2478:22, 2480:11

## A

**a-ha** [1] - 2340:3
**a.m** [3] - 2272:7, 2456:4, 2480:11

## 

**aback** [1] - 2353:22
**abbreviated** [1] - 2298:3
**ability** [2] - 2434:22, 2466:14
**able** [19] - 2291:18, 2297:21, 2320:16, 2326:9, 2327:4, 2334:6, 2394:17, 2432:3, 2432:22, 2433:17, 2437:9, 2439:22, 2442:4, 2442:10, 2442:13, 2445:25, 2468:21, 2470:13, 2479:23
**abroad** [1] - 2295:1
**Absolutely** [2] - 2279:9, 2435:12
**absurd** [2] - 2462:21, 2475:15
**abundant** [1] - 2285:2
**abusive** [1] - 2470:16
**AC** [1] - 2299:19
**academic** [10] - 2287:14, 2287:15, 2290:12, 2296:1, 2297:10, 2334:22, 2335:5, 2337:7, 2337:14, 2338:9
**academically** [1] - 2296:20
**academically-oriented** [1] - 2296:20
**accepted** [1] - 2276:6
**access** [15] - 2364:15, 2364:17, 2364:18, 2392:6, 2392:7, 2400:15, 2406:5, 2447:14, 2450:9, 2450:18, 2451:1, 2451:18, 2453:20, 2471:13, 2478:4
**accidentally** [1] - 2404:15
**accompanying** [2] - 2318:8, 2320:2
**according** [1] - 2356:21
**account** [6] - 2364:8, 2364:10, 2365:16, 2405:4, 2405:7, 2436:24
**accountant** [1] - 2412:14
**accounts** [1] - 2478:4
**accusation** [1] - 2357:6
**achieve** [3] - 2305:13, 2338:14, 2440:24

acquiring [1] - 2284:20

act [6] - 2303:23, 2303:24, 2349:9, 2396:24, 2419:19, 2455:18

acted [2] - 2315:20, 2376:8

acting [2] - 2356:14, 2473:22

actions [1] - 2353:17

active [1] - 2293:11

activities [3] - 2284:15, 2289:2, 2455:22

activity [2] - 2315:3, 2325:7

acts [2] - 2341:8, 2418:10

actual [13] - 2306:18, 2320:19, 2324:15, 2337:22, 2363:3, 2392:2, 2405:13, 2416:25, 2431:10, 2434:15, 2436:24, 2441:4, 2458:23

actuary [1] - 2319:23

additional [4] - 2373:21, 2385:5, 2411:1, 2411:3

address [15] - 2363:13, 2363:14, 2363:15, 2364:14, 2364:15, 2365:20, 2391:23, 2404:24, 2404:25, 2405:1, 2405:20, 2425:23, 2453:17, 2455:17, 2468:6

addressed [1] - 2351:23

addressing [1] - 2454:7

adjourn [1] - 2477:10

adjourned [1] - 2480:10

adjournment [1] - 2479:3

adjustment [1] - 2477:21

admin [14] - 2323:6, 2324:22, 2324:23, 2325:2, 2336:16, 2342:9, 2342:17, 2345:9, 2346:16, 2347:6, 2357:24, 2359:12, 2399:24, 2412:15

Admin [1] - 2346:13

administration [2] -

2319:15

admiration [1] - 2402:8

admired [1] - 2397:19

admiring [1] - 2294:14

admissions [2] - 2294:25, 2296:8

admit [1] - 2464:4

admitted [2] - 2296:14, 2296:24

adopt [1] - 2360:13

Adrian [11] - 2281:10, 2286:9, 2286:19, 2368:21, 2467:1, 2467:14, 2467:15, 2468:16, 2469:13, 2470:3, 2475:6

Adrian's [1] - 2281:18

adults [3] - 2310:19, 2317:10, 2322:25

advanced [1] - 2338:13

advantage [1] - 2294:23

adventure [1] - 2416:13

adventure-type [1] - 2416:13

advice [1] - 2370:21

advise [1] - 2386:11

advised [1] - 2386:6

affected [1] - 2307:3

affection [1] - 2394:13

affiliated [1] - 2280:22, 2290:19

afraid [3] - 2357:7, 2357:8, 2411:22

afternoon [3] - 2299:23, 2354:8, 2435:5

afternoon/night [1] - 2355:16

age [7] - 2281:12, 2289:15, 2311:1, 2365:7, 2466:7, 2466:10, 2469:23

agent [5] - 2359:18, 2360:2, 2413:4, 2413:18

Agent [1] - 2274:6

ages [2] - 2444:13

aggressive [1] - 2354:4

aggressively [1] - 2355:17

AGNIFILO [25] - 2272:21, 2274:9, 2275:2, 2276:9, 2276:13, 2276:17, 2279:5, 2285:19,

2344:6, 2362:12, 2362:16, 2386:22, 2387:1, 2403:15, 2425:11, 2437:13, 2449:18, 2456:14, 2471:14, 2472:7, 2479:10, 2479:14, 2479:18, 2480:2, 2480:6

Agnifilo [2] - 2274:10, 2279:4

agreed [1] - 2373:11

agreement [1] - 2389:5

ahead [2] - 2413:18, 2472:21

Aided [1] - 2273:16

Alan [1] - 2443:23

alarmed [2] - 2474:7

Alaska [1] - 2412:13

Albany [23] - 2282:17, 2310:13, 2314:4, 2320:5, 2322:1, 2322:8, 2325:12, 2326:3, 2326:6, 2328:24, 2368:16, 2368:19, 2406:22, 2414:2, 2422:19, 2448:4, 2465:4, 2467:3, 2467:4, 2467:11, 2468:10, 2468:23, 2469:10

allow [1] - 2370:5

allowance [1] - 2361:23

allowed [8] - 2294:21, 2294:22, 2342:13, 2379:1, 2403:8, 2453:19, 2457:25, 2458:6

allowing [1] - 2397:25

allows [1] - 2361:17

almost [21] - 2318:24, 2320:7, 2320:24, 2330:24, 2331:17, 2355:1, 2372:10, 2372:16, 2373:3, 2373:4, 2379:17, 2389:8, 2399:24, 2413:5, 2413:6, 2413:25, 2427:10, 2431:7, 2436:21, 2452:23, 2469:1

alone [1] - 2468:25

Alps [1] - 2295:23

alternate [1] - 2337:22

amateur [1] - 2411:23

Amazon [1] - 2428:19

ambiance [1] - 2315:3

AMERICA [1] - 2272:4

American [2] - 2295:20, 2410:19

amount [5] - 2320:18, 2380:1, 2431:8, 2470:14, 2475:15

AND [1] - 2273:6

ANDREA [1] - 2273:5

angle [1] - 2300:23

animals [1] - 2287:7

anniversary [6] - 2389:23, 2390:1, 2390:6, 2390:8, 2390:12, 2390:13

announce [1] - 2296:23

anonymously [1] - 2404:14

answer [22] - 2313:5, 2332:4, 2332:5, 2335:10, 2336:3, 2339:23, 2343:20, 2363:20, 2363:21, 2366:3, 2366:7, 2366:8, 2375:22, 2376:12, 2384:15, 2384:16, 2384:17, 2384:18, 2384:19, 2423:3, 2468:18, 2472:9

answering [1] - 2339:21

answers [1] - 2343:21

anticipate [1] - 2386:9

anyway [1] - 2413:14

Apache [1] - 2323:8

apart [6] - 2281:14, 2281:15, 2341:21, 2374:1, 2396:25

apartment [6] - 2322:8, 2322:11, 2322:12, 2322:24, 2418:22, 2419:24

apologize [2] - 2441:19, 2441:20

app [1] - 2295:6

appeal [1] - 2295:22

APPEARANCES [1] - 2273:1

Appearances [1] - 2274:3

appeared [1] - 2336:6

appearing [1] - 2376:22

application [1] - 2296:11

applications [4] - 2325:8, 2345:15, 2345:19, 2345:23

applied [8] - 2289:10, 2290:1, 2290:3,

2291:7, 2291:9, 2294:16, 2296:5, 2297:20

apply [7] - 2287:19, 2294:6, 2295:2, 2295:6, 2295:9, 2408:21, 2434:5

applying [1] - 2294:25

appointment [2] - 2296:15, 2296:16

approach [5] - 2332:20, 2333:3, 2334:2, 2337:1, 2343:20

approached [3] - 2334:10, 2336:2, 2444:13

appropriately [1] - 2275:24

approve [1] - 2359:7

approved [4] - 2297:5, 2450:15, 2450:25, 2451:18

April [2] - 2445:22, 2447:6

aptitude [3] - 2289:21, 2290:5, 2290:6

archaic [1] - 2310:10

area [9] - 2281:5, 2322:1, 2338:4, 2368:16, 2448:4, 2465:4, 2467:3, 2468:10, 2469:10

areas [3] - 2288:24, 2434:6, 2438:21

arguing [1] - 2401:9

arguments [1] - 2457:13

Ariana [1] - 2281:9

Arizona [1] - 2273:4

arrangement [1] - 2322:6

arrangements [1] - 2475:15

arrived [3] - 2468:23, 2469:9, 2470:3

arrow [1] - 2366:12

Art [1] - 2439:3

article [1] - 2281:24

articles [1] - 2457:11

artists [2] - 2275:6, 2275:13

ashamed [1] - 2325:20

aspect [1] - 2478:7

aspects [1] - 2446:3

assigned [2] - 2325:7, 2429:1

assignment [1] - 2434:20

assignments [2] -

2434:11, 2434:12
**assistant** [3] - 2320:9, 2359:18, 2422:19
**Assistant** [1] - 2272:18
**associates** [1] - 2478:3
**ASSOCIATES** [1] - 2272:19
**assume** [2] - 2317:5, 2326:11
**ate** [6] - 2463:7, 2463:11, 2463:13, 2463:21, 2463:24
**athlete** [2] - 2330:20, 2330:21
**Atlanta** [2] - 2408:17, 2408:18
**attached** [1] - 2317:23
**attachments** [2] - 2438:10, 2438:19
**attempt** [2] - 2306:11, 2478:15
**attend** [4] - 2297:1, 2313:5, 2321:16, 2332:14
**attended** [6] - 2289:7, 2289:15, 2314:23, 2321:20, 2332:25, 2338:19
**attending** [1] - 2469:7
**attention** [7] - 2309:5, 2420:9, 2452:25, 2461:25, 2463:4, 2474:13, 2478:20
**attentive** [4] - 2316:1, 2316:3, 2316:8, 2334:13
**attorney** [1] - 2274:18
**ATTORNEY** [1] - 2272:15
**Attorney** [1] - 2272:18
**August** [1] - 2314:6
**aunt's** [2] - 2312:21, 2327:23
**aura** [1] - 2303:13
**author** [4] - 2431:15, 2438:17, 2439:19, 2444:25
**authors** [2] - 2428:7, 2438:21
**automatic** [1] - 2297:7
**automatically** [6] - 2317:22, 2361:23, 2400:16, 2403:10, 2433:13
**available** [3] - 2290:15, 2290:16, 2295:5
**Avenue** [3] - 2272:20,

2273:4, 2273:8
**avenues** [1] - 2436:9
**avoid** [1] - 2274:24
**aware** [8] - 2287:9, 2289:16, 2292:5, 2345:9, 2378:24, 2390:8, 2461:24
**axis** [1] - 2369:19

---

## B

**babies** [2] - 2317:4, 2470:2
**baby** [10] - 2281:10, 2286:9, 2356:6, 2356:7, 2356:12, 2365:23, 2366:6, 2366:12, 2465:10, 2474:11
**baccalaureate** [2] - 2291:14, 2291:23
**back-and-forth** [1] - 2365:2
**background** [1] - 2448:5
**bad** [21] - 2293:13, 2341:17, 2347:22, 2348:10, 2350:16, 2354:9, 2354:10, 2356:6, 2356:8, 2356:10, 2356:12, 2357:9, 2360:12, 2372:7, 2381:5, 2381:6, 2409:19, 2417:21, 2421:16
**badly** [1] - 2413:13
**bags** [1] - 2412:24
**balance** [3] - 2289:5, 2289:12, 2444:16
**balanced** [1] - 2345:21
**ball** [1] - 2456:5
**ballet** [1] - 2289:18
**bank** [1] - 2436:24
**Barbara** [10] - 2318:7, 2354:13, 2420:19, 2421:7, 2447:20, 2447:21, 2449:12, 2451:2, 2451:6, 2455:12
**Barbara's** [2] - 2421:1, 2421:20
**barely** [1] - 2350:12
**Barnes** [1] - 2431:14
**base** [1] - 2426:8
**based** [2] - 2300:20, 2454:12
**basic** [5] - 2299:2, 2300:18, 2324:17, 2442:12

**basis** [4] - 2320:15, 2343:9, 2343:17, 2428:20
**basket** [1] - 2409:4
**bathrobe** [1] - 2403:3
**bathrooms** [1] - 2325:25
**Bay** [1] - 2321:23
**bear** [1] - 2276:6
**beautiful** [3] - 2294:15, 2295:24, 2316:23
**became** [18] - 2287:9, 2305:22, 2321:17, 2330:18, 2338:1, 2358:15, 2360:7, 2360:23, 2374:1, 2389:18, 2389:23, 2392:15, 2418:20, 2452:6, 2457:18, 2460:14, 2461:10, 2471:9
**become** [6] - 2280:17, 2306:8, 2368:3, 2374:20, 2379:21, 2389:21
**bed** [6] - 2329:17, 2329:24, 2382:8, 2427:12, 2427:13, 2427:17
**BEFORE** [1] - 2272:12
**beforehand** [1] - 2275:23
**began** [6] - 2292:14, 2292:16, 2374:20, 2400:12, 2424:9, 2424:12
**begin** [2] - 2282:10, 2400:20
**beginning** [3] - 2326:15, 2426:6, 2445:21
**behalf** [3] - 2415:19, 2415:21, 2478:19
**behind** [3] - 2292:6, 2370:18, 2439:13
**belief** [2] - 2360:24, 2421:13
**beliefs** [1] - 2368:5
**belonged** [1] - 2328:9
**below** [2] - 2364:19, 2366:4
**bench** [1] - 2373:1
**Benjamin** [1] - 2469:16
**Bertalanffy** [5] - 2438:19, 2440:16, 2440:17, 2440:19, 2445:16
**beside** [1] - 2409:6

**besos** [2] - 2363:24, 2364:1
**best** [4] - 2285:8, 2398:17, 2401:13, 2429:5
**better** [21] - 2304:11, 2305:9, 2330:4, 2331:7, 2331:8, 2331:11, 2338:14, 2348:19, 2348:20, 2351:5, 2351:6, 2351:11, 2352:5, 2354:20, 2363:10, 2365:14, 2371:3, 2373:8, 2373:9, 2422:5
**between** [15] - 2274:17, 2281:12, 2308:24, 2350:25, 2363:5, 2363:6, 2365:3, 2365:7, 2369:13, 2373:7, 2373:10, 2391:22, 2419:16, 2434:6, 2469:23
**beyond** [4] - 2351:4, 2353:17, 2434:21, 2445:21
**bibliography** [1] - 2442:3
**big** [21] - 2283:11, 2283:14, 2283:16, 2284:12, 2292:13, 2305:3, 2308:25, 2328:12, 2370:12, 2399:24, 2422:25, 2423:1, 2427:8, 2427:9, 2428:24, 2464:4, 2464:5, 2475:21, 2475:22
**biologist** [2] - 2287:7, 2287:8
**biology** [4] - 2432:10, 2446:4, 2448:6, 2448:7
**birthday** [24] - 2280:11, 2280:12, 2281:17, 2281:18, 2283:10, 2314:2, 2331:20, 2361:4, 2375:12, 2375:13, 2375:20, 2375:21, 2375:25, 2380:7, 2380:14, 2380:15, 2381:6, 2381:11, 2408:15, 2473:4, 2475:12, 2475:14
**birthdays** [1] - 2281:16
**bisexual** [2] - 2459:3,

2459:4
**bit** [35] - 2284:14, 2287:3, 2289:18, 2291:4, 2292:20, 2304:10, 2304:11, 2306:7, 2310:23, 2313:11, 2315:20, 2318:22, 2318:25, 2330:4, 2331:14, 2331:25, 2338:19, 2339:18, 2351:21, 2352:15, 2361:13, 2362:8, 2367:13, 2374:2, 2378:15, 2382:13, 2389:4, 2392:23, 2395:1, 2396:17, 2413:19, 2414:16, 2428:1, 2450:21, 2467:23
**bitterness** [1] - 2474:12
**blank** [1] - 2351:18
**bleed** [1] - 2382:25
**blocked** [1] - 2384:18
**blog** [1] - 2478:10
**blonde** [1] - 2316:24
**bloomer** [1] - 2367:13
**blue** [4] - 2395:25, 2396:2, 2396:3, 2396:7
**board** [2] - 2305:2, 2334:25
**Bobo** [1] - 2449:4
**bodies** [1] - 2421:14
**body** [7] - 2376:21, 2383:23, 2391:17, 2397:16, 2433:9, 2433:25, 2438:7
**body's** [1] - 2379:13
**Bohm** [3] - 2439:14, 2444:4, 2444:9
**Bold** [3] - 2365:23, 2366:6, 2366:11
**bolded** [2] - 2364:19, 2366:1
**bombs** [1] - 2455:10
**bond** [1] - 2419:16
**book** [51] - 2323:11, 2323:12, 2324:2, 2324:4, 2428:6, 2429:8, 2430:4, 2430:7, 2430:8, 2430:10, 2430:13, 2430:16, 2430:17, 2430:19, 2430:21, 2431:4, 2432:4, 2432:11, 2433:3, 2436:5, 2437:6, 2438:17, 2438:25, 2439:14, 2439:23,

2439:24, 2439:25,
2440:5, 2440:7,
2440:12, 2440:18,
2440:24, 2441:4,
2441:7, 2441:12,
2441:13, 2441:24,
2442:4, 2442:25,
2444:9, 2444:25,
2445:16, 2445:20,
2445:23, 2446:5,
2446:8, 2446:10,
2447:5, 2448:10,
2448:13
**books** [27] - 2346:23,
2424:23, 2425:2,
2426:11, 2428:14,
2428:19, 2428:20,
2429:3, 2429:12,
2429:14, 2429:15,
2431:3, 2431:4,
2431:6, 2431:7,
2431:13, 2431:14,
2432:8, 2434:15,
2438:21, 2438:23,
2439:2, 2441:21,
2442:2, 2442:10,
2443:18
**Boone** [4] - 2307:6,
2307:7, 2322:7,
2469:16
**Boone's** [1] - 2436:19
**border** [9] - 2361:19,
2410:18, 2412:25,
2413:2, 2414:6,
2414:7, 2414:20,
2416:7, 2418:24
**boring** [1] - 2298:24
**born** [7] - 2284:3,
2284:4, 2284:5,
2284:7, 2284:8,
2330:15, 2466:13
**boss** [1] - 2319:12
**bother** [1] - 2351:17
**Bouchey** [4] -
2420:19, 2447:21,
2451:2, 2455:12
**Bouchey's** [1] -
2421:7
**bought** [3] - 2402:16,
2411:14, 2412:22
**boxes** [1] - 2382:4
**boy** [1] - 2470:15
**boyfriend** [2] -
2367:12, 2367:14
**brackets** [1] - 2440:2
**BRADY** [2] - 2273:3,
2273:7
**BRAFMAN** [1] -
2272:19
**bragging** [1] - 2452:16

**brain** [6] - 2335:7,
2335:8, 2335:9,
2335:14, 2363:20,
2363:21
**brainstorming** [1] -
2466:23
**brainteaser** [1] -
2343:11
**brainteasers** [4] -
2342:23, 2342:24,
2343:13, 2345:22
**breach** [9] - 2358:9,
2358:13, 2358:20,
2358:23, 2359:4,
2359:8, 2455:17,
2456:8, 2456:10
**breaches** [1] -
2358:20
**break** [7] - 2292:13,
2338:24, 2343:23,
2344:5, 2385:9,
2435:6, 2435:16
**breakfast** [1] - 2293:5
**breaking** [2] - 2339:3,
2353:10
**breakout** [2] -
2354:11, 2354:12
**bridge** [1] - 2433:7
**brief** [2] - 2298:25,
2440:9
**briefly** [1] - 2318:7
**bring** [13] - 2279:6,
2288:22, 2344:13,
2344:15, 2348:16,
2386:24, 2387:2,
2387:5, 2409:17,
2410:17, 2416:6,
2435:18, 2435:20
**bringing** [2] - 2325:10,
2409:25
**Broadway** [1] -
2272:23
**broke** [4] - 2328:8,
2328:10, 2453:5
**Bronfman's** [1] -
2407:4
**Brooklyn** [2] - 2272:6,
2272:16
**brother** [6] - 2281:10,
2286:8, 2467:14,
2469:2, 2469:24,
2470:10
**brothers** [2] - 2284:17,
2307:6
**brought** [13] - 2388:2,
2393:14, 2416:7,
2416:17, 2416:23,
2417:11, 2419:12,
2419:15, 2426:25,
2427:2, 2461:25,

2474:13
**bubble** [2] - 2285:5,
2292:11
**bubbly** [1] - 2301:23
**buck** [1] - 2359:20
**buddy** [1] - 2401:13
**build** [1] - 2466:15
**building** [6] - 2324:24,
2325:1, 2348:14,
2381:17, 2381:18,
2470:21
**built** [2] - 2320:22,
2375:14, 2375:15
**bulimia** [1] - 2294:3
**bunch** [2] - 2333:12,
2400:3
**bus** [3] - 2292:2,
2406:21, 2406:22
**business** [7] -
2284:17, 2284:19,
2286:14, 2381:20,
2401:7, 2434:2,
2478:2
**busy** [1] - 2410:23
**buy** [2] - 2411:9,
2436:25
**buying** [2] - 2331:1,
2436:20
**BY** [17] - 2272:17,
2272:21, 2280:6,
2341:1, 2345:8,
2360:1, 2378:1,
2387:18, 2403:19,
2424:7, 2425:18,
2432:1, 2436:1,
2465:1, 2471:17,
2476:8, 2481:6
**BY:HECTOR** [1] -
2273:5
**BY:LUKE** [1] - 2273:9
**bye** [3] - 2335:19,
2452:10, 2457:2

---

## C

**Cabeza** [1] - 2405:17
**cabin** [1] - 2390:11
**cabins** [1] - 2315:1
**Cadman** [2] - 2272:16,
2273:13
**Cafritz** [5] - 2318:7,
2320:2, 2330:15,
2392:4, 2447:20
**calculation** [8] -
2305:25, 2306:1,
2306:18, 2306:21,
2306:24, 2311:9,
2341:14
**calculations** [2] -
2313:18, 2319:24

**calculus** [2] - 2335:2
**calendars** [1] -
2294:14
**calm** [3] - 2352:15,
2455:14, 2455:19
**camel** [2] - 2452:13,
2452:14
**camera** [5] - 2393:1,
2402:17, 2422:14,
2422:15, 2422:25,
2423:1, 2423:2,
2423:3, 2423:4,
2423:6, 2423:8,
2424:3, 2463:16,
2463:20
**cameras** [2] - 2422:16,
2422:24
**Cami** [15] - 2286:19,
2466:25, 2469:5,
2469:18, 2469:19,
2470:17, 2471:2,
2471:6, 2475:5,
2475:12, 2476:10,
2476:13, 2476:17,
2476:21, 2476:24
**Cami's** [1] - 2281:18
**Camilla** [20] - 2281:11,
2286:9, 2368:21,
2465:10, 2467:24,
2467:25, 2468:1,
2468:4, 2468:5,
2468:6, 2468:7,
2468:16, 2469:25,
2471:19, 2471:25,
2472:4, 2472:20,
2472:22, 2477:8
**campus** [2] - 2299:19,
2299:21
**Canada** [6] - 2409:21,
2410:12, 2410:14,
2410:15, 2411:8
**cancer** [1] - 2305:12
**Cannon** [1] - 2422:25
**cannot** [3] - 2351:24,
2453:19
**capable** [3] - 2353:9,
2459:4
**capacity** [2] - 2455:9,
2466:14
**capital** [4] - 2284:7,
2290:17, 2292:18,
2292:19
**capitals** [1] - 2438:17
**car** [5] - 2412:24,
2456:22, 2456:25,
2457:2, 2470:12
**Carby** [1] - 2274:7
**card** [8] - 2345:17,
2346:6, 2346:7,
2413:14, 2436:22

**care** [16] - 2284:23,
2293:20, 2293:21,
2304:8, 2328:22,
2331:16, 2331:17,
2381:4, 2381:5,
2421:10, 2421:21,
2451:15, 2462:14,
2469:12, 2474:14
**cared** [1] - 2462:18
**caring** [1] - 2369:20
**Carmen** [1] - 2469:20
**carpet** [2] - 2382:5
**cars** [2] - 2413:5,
2413:6
**case** [11] - 2320:18,
2321:2, 2366:8,
2393:8, 2410:16,
2455:1, 2478:2,
2478:4, 2478:7,
2478:8, 2478:15
**cash** [13] - 2345:10,
2345:18, 2345:19,
2346:10, 2346:11,
2346:14, 2346:15,
2346:19, 2346:21,
2346:22, 2346:24,
2436:22
**Cash** [1] - 2346:12
**CASS** [1] - 2273:9
**catalog** [4] - 2425:1,
2425:2, 2429:9,
2429:22
**Catalog** [1] - 2425:25
**catch** [4] - 2332:15,
2333:4, 2463:17,
2463:18
**categories** [2] -
2429:7, 2450:6
**categorization** [1] -
2428:21
**categorized** [1] -
2433:23
**category** [2] - 2346:12
**catered** [1] - 2295:25
**caught** [1] - 2336:2
**CAUSE** [1] - 2272:11
**causes** [1] - 2394:2
**causing** [1] - 2328:3
**ceiling** [3] - 2396:1,
2427:14, 2427:17
**celebration** [2] -
2314:2, 2331:20
**celebrations** [1] -
2321:16
**celebrities** [1] -
2316:11
**celibate** [2] - 2368:7,
2368:9
**cell** [2] - 2433:10,
2448:14

cells [1] - 2448:15
center [20] - 2284:6, 2284:9, 2285:6, 2322:9, 2322:10, 2328:16, 2328:18, 2329:12, 2329:19, 2330:2, 2330:8, 2330:9, 2332:1, 2333:20, 2337:2, 2370:17, 2399:20, 2423:5, 2462:24
Central [1] - 2273:4
central [2] - 2341:23, 2369:18
Centre [1] - 2411:14
centric [2] - 2356:17
certain [17] - 2309:5, 2317:16, 2320:21, 2332:13, 2339:23, 2340:5, 2415:9, 2431:6, 2432:11, 2433:18, 2434:3, 2439:6, 2439:20, 2441:10, 2442:11, 2460:13
certainly [8] - 2289:25, 2293:7, 2310:22, 2315:23, 2351:4, 2381:19, 2451:17, 2475:22
certainty [1] - 2472:12
chain [1] - 2284:12
chair [3] - 2392:23, 2392:24, 2393:6
challenge [1] - 2428:21
change [7] - 2306:2, 2306:13, 2321:6, 2321:18, 2360:6, 2373:25, 2394:2
changed [12] - 2287:3, 2287:10, 2307:1, 2321:19, 2342:18, 2370:24, 2373:12, 2400:13, 2400:14, 2411:15, 2446:11
changes [1] - 2358:24
channel [2] - 2329:22, 2329:24
Chapter [3] - 2446:1, 2446:2, 2446:3
chapter [3] - 2292:6, 2439:5, 2444:23
chapters [1] - 2439:13
characteristics [1] - 2433:12, 2433:22, 2433:24
charge [3] - 2319:14, 2320:8, 2468:21
cheats [1] - 2354:25

check [4] - 2345:18, 2346:8, 2346:9, 2446:19
cheese [1] - 2343:12
chest [1] - 2350:20
chickened [1] - 2412:8, 2412:10
child [4] - 2286:24, 2298:20, 2298:21, 2397:8
childhood [4] - 2284:25, 2285:1, 2286:22, 2287:4
childish [2] - 2306:8, 2311:11
children [2] - 2289:6, 2291:17
Chinoa [1] - 2412:2
choice [1] - 2313:16
choose [1] - 2352:6
chorus [1] - 2279:14
chose [2] - 2431:4, 2431:5
chosen [2] - 2372:14, 2432:8
Christmas [6] - 2283:13, 2410:22, 2411:8, 2414:12, 2414:13, 2417:25
circle [13] - 2305:3, 2400:15, 2400:16, 2400:18, 2405:10, 2450:12, 2450:15, 2450:17, 2451:10, 2451:11, 2451:14, 2455:6, 2461:11
circumference [1] - 2405:14
circumstances [2] - 2446:7, 2446:9
city [1] - 2299:11
City [3] - 2308:20, 2308:21, 2308:22
claim [1] - 2458:23
Clare [2] - 2407:4, 2470:10
Clare's [1] - 2470:9
clarify [1] - 2356:1
clarity [3] - 2327:3, 2339:19, 2348:17
class [11] - 2291:1, 2291:21, 2304:22, 2305:1, 2305:5, 2305:23, 2306:10, 2306:14, 2306:16, 2307:14
Class [1] - 2427:8
classes [13] - 2289:16, 2300:3, 2309:4, 2317:5, 2328:16,

2328:20, 2328:23, 2330:2, 2330:11, 2345:16, 2466:6, 2467:5, 2469:8
classmates [1] - 2405:15
clean [9] - 2305:14, 2325:24, 2325:25, 2424:15, 2424:19, 2424:20, 2436:16, 2436:18
cleaning [7] - 2359:19, 2424:19, 2436:14, 2436:15, 2469:7, 2470:8, 2470:18
clear [8] - 2331:15, 2358:3, 2375:22, 2378:12, 2389:17, 2389:18, 2413:20, 2440:13
clearly [4] - 2384:7, 2446:13, 2458:25, 2475:13
Clifton [2] - 2281:4, 2466:5
climbed [1] - 2382:14
clock [1] - 2306:13
close [17] - 2286:21, 2286:23, 2309:7, 2310:3, 2322:8, 2322:9, 2329:12, 2330:19, 2361:25, 2362:3, 2409:11, 2420:20, 2424:2, 2427:14, 2451:2, 2461:10
closed [3] - 2370:13, 2370:14, 2370:18
closely [1] - 2459:24
closeness [1] - 2337:3
closer [4] - 2292:20, 2360:7, 2360:23, 2371:7
closest [1] - 2475:19
closeup [1] - 2424:1
clothes [6] - 2293:6, 2382:9, 2382:11, 2382:14, 2418:8, 2474:5
clothing [1] - 2281:24
clouds [1] - 2448:7
club [1] - 2285:5
coach [2] - 2368:13, 2454:25
coaches [1] - 2307:16
coaching [1] - 2307:11
code [3] - 2324:7, 2324:13, 2325:3

coffee [2] - 2399:13, 2403:3
cohesiveness [1] - 2433:21
Cohoes [2] - 2465:12, 2465:13
coincided [2] - 2313:25, 2314:1
college [4] - 2289:7, 2289:9, 2290:2
College [1] - 2467:1
color [1] - 2377:3
colorful [1] - 2351:10
comedy [1] - 2404:19
comfortable [2] - 2319:8, 2470:24
comical [1] - 2390:2
coming [18] - 2282:22, 2299:20, 2303:5, 2322:16, 2333:9, 2360:16, 2361:24, 2375:12, 2375:21, 2393:3, 2393:8, 2393:10, 2409:23, 2418:8, 2449:15, 2449:25, 2466:20, 2468:13
comment [2] - 2274:19, 2463:8
commenting [1] - 2462:19
comments [1] - 2365:22
commit [1] - 2358:20
commitment [3] - 2389:8, 2389:15, 2389:19
commitments [1] - 2389:12
committed [1] - 2456:7
common [3] - 2330:25, 2364:5, 2445:6
communicate [4] - 2362:5, 2362:8, 2374:7, 2478:8
communicated [1] - 2328:1
communicating [5] - 2336:22, 2336:24, 2342:8, 2402:13, 2410:4
communication [4] - 2274:22, 2311:17, 2318:5, 2363:6
communications [1] - 2364:23
communities [1] - 2284:14

community [15] - 2284:13, 2332:8, 2332:11, 2332:14, 2332:23, 2333:15, 2357:7, 2358:16, 2397:3, 2407:19, 2436:19, 2448:23, 2448:24, 2449:2, 2457:19
compact [1] - 2430:18
company [4] - 2293:13, 2319:18, 2341:20, 2398:2
compared [2] - 2317:8, 2470:2
competitive [1] - 2289:11
complete [2] - 2446:6, 2446:15
completed [1] - 2448:10
completely [8] - 2327:2, 2337:1, 2353:25, 2374:4, 2393:21, 2407:11, 2419:24, 2419:25
completing [2] - 2446:10, 2448:13
complex [3] - 2319:19, 2433:20, 2434:5
complexities [1] - 2444:11
complicated [1] - 2439:11
complied [2] - 2373:11, 2373:18
computation [1] - 2306:19
computer [9] - 2319:17, 2323:6, 2401:5, 2402:10, 2402:12, 2429:7, 2429:8, 2433:11, 2443:22
Computer [1] - 2273:16
Computer-Aided [1] - 2273:16
computers [3] - 2288:21, 2324:19, 2443:23
concept [11] - 2356:14, 2378:3, 2378:4, 2378:5, 2392:20, 2402:19, 2405:6, 2430:8, 2439:6, 2456:10, 2466:12
concepts [15] -

2340:6, 2358:16,
2431:11, 2431:16,
2432:8, 2432:9,
2432:10, 2432:12,
2433:16, 2442:12,
2444:14, 2446:1
**concerned** [4] -
2461:6, 2461:22,
2462:13, 2473:2
**concerning** [1] -
2474:5
**concerns** [1] -
2351:13
**concluding** [1] -
2384:11
**conclusion** [1] -
2444:21
**condo** [4] - 2392:3,
2392:20, 2420:19,
2427:9
**confer** [1] - 2479:20
**confess** [1] - 2348:22
**confessed** [1] -
2353:2
**confessing** [1] -
2350:15
**confided** [1] - 2300:7
**confirmation** [1] -
2313:10
**confront** [4] - 2350:7,
2350:10, 2350:14,
2397:24
**confronting** [1] -
2350:9
**confuse** [1] - 2477:22
**confused** [5] -
2325:20, 2353:25,
2356:2, 2377:1,
2388:22
**confusing** [3] -
2358:2, 2383:23,
2397:18
**confusion** [1] -
2383:11
**connect** [1] - 2298:21
**connected** [6] -
2280:21, 2282:7,
2298:20, 2393:1,
2395:10, 2396:9
**connection** [3] -
2395:16, 2395:18,
2419:14
**conscious** [2] -
2330:5, 2356:25
**consent** [7] - 2285:16,
2285:22, 2362:11,
2403:13, 2437:12,
2479:2, 2479:21
**consequences** [3] -
2353:17, 2358:23,

2462:10
**conservative** [2] -
2388:3, 2388:6
**consider** [1] - 2478:12
**consideration** [1] -
2446:2
**considered** [3] -
2289:10, 2371:2,
2446:2
**consisted** [1] - 2333:7
**consistent** [3] -
2365:19, 2366:20,
2438:16
**constantly** [1] -
2409:10
**consulted** [1] -
2442:13
**consumed** [1] -
2347:10
**contact** [12] - 2315:21,
2330:14, 2333:6,
2336:8, 2336:9,
2336:25, 2342:17,
2358:16, 2367:16,
2391:7, 2391:21,
2432:10
**contacted** [3] -
2294:24, 2295:12,
2295:17
**contacting** [1] -
2343:18
**contain** [3] - 2358:25,
2359:1, 2430:18
**contained** [3] -
2431:8, 2438:10,
2439:12
**contains** [1] - 2440:9
**contemplating** [1] -
2311:23
**contemporary** [1] -
2289:18
**content** [5] - 2341:25,
2406:3, 2442:4,
2442:25
**contents** [2] - 2441:4,
2443:16
**context** [2] - 2430:6,
2439:22
**continue** [14] -
2279:15, 2317:24,
2337:18, 2344:18,
2359:20, 2374:7,
2375:10, 2383:17,
2387:8, 2391:2,
2398:1, 2435:23,
2477:13, 2479:23
**Continued** [11] -
2276:21, 2278:19,
2299:25, 2323:15,
2340:9, 2359:22,

2377:7, 2390:16,
2421:23, 2446:17,
2464:9
**CONTINUED** [2] -
2273:1, 2387:17
**continued** [9] -
2309:4, 2311:15,
2311:17, 2335:12,
2345:8, 2369:13,
2391:22, 2431:18,
2478:25
**Continuing** [9] -
2300:1, 2324:1,
2341:1, 2360:1,
2391:1, 2422:1,
2432:1, 2447:1,
2479:1
**continuing** [5] -
2327:7, 2342:9,
2342:11, 2378:1,
2465:1
**contraception** [2] -
2393:12, 2394:9
**contract** [4] - 2388:12,
2388:14, 2388:18,
2389:2
**contractor** [1] -
2426:20
**contracts** [1] -
2388:16
**contradictions** [1] -
2303:23
**contradictory** [1] -
2383:23
**contrary** [1] - 2397:22
**contrast** [1] - 2471:1
**contributed** [1] -
2284:24
**contribution** [1] -
2444:1
**control** [9] - 2321:5,
2342:5, 2342:6,
2379:16, 2417:20,
2423:5, 2434:3,
2462:24, 2469:10
**controlled** [1] - 2306:4
**conver** [1] - 2414:22
**conversation** [41] -
2274:17, 2333:17,
2335:12, 2335:5,
2349:7, 2350:13,
2351:10, 2351:12,
2352:9, 2352:10,
2352:11, 2352:20,
2352:22, 2353:1,
2353:2, 2353:11,
2353:18, 2357:3,
2360:4, 2366:18,
2367:2, 2372:3,
2375:17, 2381:1,

2384:1, 2384:5,
2388:8, 2388:23,
2388:25, 2391:14,
2398:12, 2398:15,
2414:23, 2462:15,
2472:13, 2472:15,
2472:23, 2473:14,
2473:18, 2473:20
**conversations** [14] -
2309:8, 2309:16,
2337:23, 2338:1,
2355:16, 2366:20,
2374:10, 2375:1,
2375:9, 2375:10,
2388:20, 2410:6,
2450:2, 2452:19
**conversing** [1] -
2375:19
**conveyed** [1] -
2432:15
**conveying** [2] -
2349:23, 2420:11
**convince** [1] - 2384:25
**cooking** [1] - 2427:22
**cool** [1] - 2315:2
**copy** [1] - 2288:22
**core** [2] - 2351:13,
2451:18
**corner** [3] - 2325:2,
2325:3, 2399:24
**correct** [10] - 2312:11,
2313:18, 2352:2,
2352:3, 2359:13,
2361:11, 2362:12,
2363:2, 2366:3,
2403:15
**corrected** [1] -
2384:19
**correctly** [6] -
2412:22, 2426:6,
2428:9, 2466:6,
2466:13, 2468:8
**couch** [10] - 2370:12,
2370:13, 2391:11,
2392:21, 2392:24,
2401:6, 2423:15,
2452:9, 2462:23,
2462:25
**Counsel** [1] - 2479:20
**counsel** [1] - 2274:6
**counsel's** [2] -
2274:17, 2274:22
**counteract** [1] -
2359:5
**country** [4] - 2285:5,
2291:19, 2294:20,
2361:24, 2406:9,
2406:17, 2415:25,
2416:12, 2416:17,
2433:10

**counts** [1] - 2302:18
**couple** [5] - 2324:13,
2332:4, 2394:10,
2439:12, 2447:2
**coupled** [1] - 2405:13
**courage** [1] - 2334:2
**course** [15] - 2298:9,
2299:1, 2300:16,
2302:13, 2303:3,
2306:2, 2307:2,
2310:18, 2311:5,
2311:6, 2321:6,
2373:12, 2375:1,
2463:10, 2478:17
**courses** [3] - 2299:7,
2303:18, 2339:8
**Courthouse** [1] -
2272:5
**courtroom** [2] -
2281:22, 2478:13
**COURTROOM** [1] -
2279:19
**covered** [2] - 2423:17,
2432:9
**covering** [2] -
2423:17, 2440:10
**cracked** [1] - 2402:11
**crafted** [2] - 2360:25,
2451:3
**create** [2] - 2289:12,
2477:2
**created** [4] - 2343:6,
2343:8, 2360:22,
2440:21
**creation** [1] - 2319:17
**creator** [2] - 2300:20,
2348:18
**credit** [4] - 2345:17,
2346:5, 2346:7,
2436:22
**CRIMINAL** [1] -
2272:11
**crisis** [1] - 2455:22
**cropped** [1] - 2428:7
**cross** [3] - 2356:4,
2356:24, 2434:6
**cross-wired** [1] -
2356:4
**crossed** [6] - 2283:11,
2356:9, 2414:20,
2418:15, 2422:11,
2436:3
**crosses** [1] - 2361:19
**crossing** [3] -
2410:18, 2412:4,
2418:25
**crude** [3] - 2451:25,
2452:19, 2458:18
**cruel** [2] - 2459:23
**crush** [1] - 2316:11

crushed [1] - 2409:1
cry [2] - 2340:4, 2360:9
crying [6] - 2417:16, 2417:17, 2417:18, 2417:20, 2417:24
cubes - 2343:6, 2343:8, 2343:12
culture [1] - 2475:18
cup [1] - 2399:13
cure [1] - 2305:12
curiosity [1] - 2442:1
curly [2] - 2377:3, 2403:4
curriculum [2] - 2304:19, 2312:5
cut [6] - 2453:10, 2457:25, 2458:2, 2458:3, 2458:6, 2458:8
cuts [1] - 2366:9
cutting [2] - 2361:25, 2474:2

**D**

D.C [1] - 2273:9
dad [9] - 2286:7, 2297:5, 2369:10, 2370:23, 2471:25, 2475:5, 2475:15, 2476:21, 2476:25
daily [3] - 2392:15, 2428:18, 2428:20
damage [3] - 2358:21, 2358:22
damaged [1] - 2359:8
dancing [1] - 2404:10
Dani [3] - 2363:24, 2364:4, 2446:6
Daniela [22] - 2279:17, 2280:7, 2286:2, 2296:12, 2345:9, 2352:19, 2354:15, 2362:21, 2363:8, 2363:12, 2384:11, 2387:19, 2403:20, 2405:12, 2424:8, 2425:19, 2436:2, 2437:22, 2438:1, 2445:22, 2477:6, 2479:24
DANIELA [4] - 2280:1, 2345:1, 2387:14, 2481:5
danielathegreathead @gmail.com [1] - 2425:20
Danielle [1] - 2274:10
DANIELLE [1] -

2272:24
Danny [1] - 2307:6
dark [4] - 2282:1, 2357:1, 2473:23, 2474:3
data [4] - 2325:8, 2325:14, 2337:16, 2345:23
Data [1] - 2325:13
database [1] - 2323:8
date [12] - 2389:20, 2389:24, 2389:25, 2390:4, 2390:8, 2405:22, 2408:23, 2429:12, 2429:18, 2438:3, 2477:21
dated [3] - 2405:23, 2429:24, 2445:10
Daubert [2] - 2386:10, 2386:12
daughter [2] - 2355:4, 2373:15
David [3] - 2439:14, 2444:4, 2444:9
Dawn [2] - 2447:21, 2451:9
days [17] - 2309:4, 2321:11, 2321:13, 2323:5, 2329:5, 2329:16, 2333:9, 2361:20, 2361:21, 2362:1, 2381:7, 2381:9, 2381:12, 2384:3, 2386:19, 2420:24
Dead [1] - 2390:3
deadlines [1] - 2434:16
deal [2] - 2328:12, 2464:4
debate [2] - 2383:17, 2383:18
debating [1] - 2383:16
debit [2] - 2345:17, 2436:22
decade [1] - 2341:4
December [1] - 2447:11
decent [1] - 2322:15
decide [5] - 2293:5, 2297:1, 2297:2, 2311:18, 2312:18
decided [6] - 2312:21, 2313:12, 2373:2, 2399:7, 2402:6, 2424:25
deciding [2] - 2294:11, 2337:12
decision [7] - 2311:18, 2311:23,

2312:20, 2313:23, 2347:8, 2386:12
decisions [2] - 2307:2, 2312:3
declaration [1] - 2286:13
declined [1] - 2313:13
dedicated [3] - 2288:16, 2288:25, 2308:1
deep [1] - 2474:2
deeply [1] - 2473:6
deer [1] - 2376:15
defendant [79] - 2272:8, 2302:22, 2304:17, 2307:19, 2312:8, 2312:14, 2315:10, 2315:14, 2320:2, 2342:9, 2342:20, 2343:16, 2347:13, 2348:8, 2348:23, 2378:7, 2378:10, 2379:2, 2379:3, 2380:1, 2382:19, 2382:21, 2382:23, 2384:25, 2385:6, 2387:20, 2388:1, 2389:11, 2389:22, 2389:25, 2390:6, 2391:3, 2392:10, 2392:17, 2394:6, 2395:2, 2395:5, 2396:6, 2396:10, 2397:1, 2398:5, 2400:12, 2401:23, 2403:14, 2404:17, 2407:6, 2409:9, 2409:15, 2409:16, 2410:10, 2414:22, 2418:1, 2418:5, 2418:9, 2422:7, 2423:22, 2424:9, 2424:12, 2447:18, 2448:11, 2449:16, 2449:21, 2452:21, 2454:2, 2455:21, 2458:12, 2459:13, 2459:21, 2462:19, 2465:20, 2467:12, 2467:19, 2467:24, 2470:7, 2471:18, 2472:3, 2472:16, 2473:9, 2473:14
Defendant [45] - 2272:19, 2274:1, 2274:18, 2274:20, 2282:3, 2282:8, 2282:10, 2283:1, 2284:2, 2331:21,

2333:17, 2336:23, 2337:5, 2337:23, 2338:15, 2339:5, 2344:11, 2360:5, 2361:4, 2362:5, 2362:25, 2364:7, 2364:19, 2365:3, 2365:8, 2365:14, 2367:5, 2367:17, 2367:22, 2367:24, 2368:3, 2369:24, 2370:8, 2370:14, 2371:19, 2373:16, 2374:8, 2376:6, 2386:4, 2432:16, 2437:2, 2437:5, 2437:12
Defendant's [3] - 2336:12, 2368:6, 2368:11
defendant's [5] - 2302:19, 2304:14, 2313:17, 2428:14, 2447:15
defense [6] - 2274:11, 2274:17, 2362:11, 2386:21, 2479:3, 2479:22
deficiencies [1] - 2339:11
deficiency [1] - 2339:13
definitely [14] - 2310:11, 2326:21, 2329:15, 2342:18, 2349:5, 2350:17, 2351:8, 2370:1, 2374:11, 2399:2, 2399:3, 2407:10, 2450:8
defuse [1] - 2413:19
defuser [1] - 2455:9
degree [15] - 2284:20, 2285:4, 2302:25, 2309:5, 2317:22, 2317:24, 2319:22, 2337:3, 2338:12, 2338:21, 2342:13, 2352:15, 2370:21, 2400:17, 2402:8
degrees [2] - 2338:21
delicious [1] - 2463:19
demeanor [1] - 2471:24
demo [2] - 2324:5
demonstrated [2] - 2305:15, 2306:10
denied [4] - 2274:15, 2460:18

denominator [1] - 2445:6
dense [5] - 2431:2, 2431:8, 2439:12, 2439:17, 2444:18
denser [1] - 2432:3
deny [4] - 2453:25, 2454:5
department [1] - 2319:16
dependent [1] - 2360:24
depressed [2] - 2328:2, 2473:22
depression [1] - 2329:15
depth [2] - 2431:6, 2445:8
DEPUTY [1] - 2279:19
derived [1] - 2431:11
DerOhannesian [1] - 2274:10
DEROHANNESIAN [3] - 2272:22, 2272:24
describe [20] - 2282:20, 2284:10, 2284:25, 2286:6, 2287:2, 2305:8, 2315:17, 2332:17, 2355:13, 2365:2, 2371:13, 2389:11, 2418:12, 2431:2, 2441:15, 2446:7, 2454:22, 2471:21, 2472:15
described [13] - 2303:25, 2304:4, 2318:12, 2318:16, 2324:17, 2375:9, 2392:9, 2432:19, 2432:20, 2434:9, 2444:4, 2450:3, 2452:6
describing [1] - 2467:10
descriptions [4] - 2307:20, 2308:5, 2308:8, 2343:11
descriptive [1] - 2444:21
desert [1] - 2284:11
deserve [1] - 2354:6
deserved [1] - 2354:19
deservings [1] - 2445:25
design [1] - 2324:12
designed [1] - 2426:13
desire [1] - 2348:22

desires [1] - 2339:11
desk [1] - 2346:16
destruct [2] - 2473:24, 2474:1
destruction [1] - 2321:6
detail [1] - 2411:3
details [7] - 2326:7, 2390:10, 2402:23, 2403:6, 2410:4, 2411:1, 2453:16
deteriorated [1] - 2369:3
determine [1] - 2275:23
detonated [1] - 2328:7
develop [2] - 2466:7, 2466:9
developed [4] - 2293:13, 2294:1, 2443:23, 2467:9
developing [3] - 2350:25, 2366:25, 2471:4
develops [1] - 2466:17
devised [2] - 2411:20, 2467:7
dialectic [1] - 2444:17
dialogue [1] - 2347:13
DIAZ [1] - 2273:5
DiCrescenzo [1] - 2360:3
dictated [1] - 2320:24
die [1] - 2378:24
diet [2] - 2304:9, 2380:9
difference [5] - 2281:12, 2365:7, 2407:22, 2445:7, 2469:23
differences [1] - 2407:9
different [24] - 2284:23, 2290:6, 2290:8, 2290:9, 2291:8, 2292:18, 2294:25, 2314:13, 2327:2, 2345:16, 2346:1, 2351:7, 2364:8, 2383:9, 2388:21, 2416:10, 2434:18, 2438:21, 2449:21, 2450:6, 2467:5, 2473:13, 2474:20
Different [1] - 2442:20
difficult [14] - 2291:9, 2292:4, 2293:1, 2293:8, 2293:9, 2313:15, 2330:7,

2333:4, 2335:15, 2353:14, 2353:19, 2434:24
difficulties [1] - 2437:3
difficulty [5] - 2285:4, 2291:8, 2385:6, 2408:6, 2439:1
digest [2] - 2432:4, 2439:22
digested [1] - 2441:8
dim [1] - 2382:2
dinner [2] - 2293:6, 2413:21
diploma [1] - 2291:6
diplomats [1] - 2291:17
DIRECT [4] - 2280:5, 2345:7, 2387:17, 2481:6
direct [3] - 2387:8, 2435:11, 2479:25
direction [1] - 2340:5
directive [1] - 2419:14
directives [2] - 2379:1, 2394:6
directly [4] - 2397:5, 2397:17, 2434:14, 2440:12
directory [1] - 2295:3
dirty [4] - 2376:13, 2382:5, 2382:7, 2417:21
disagreed [1] - 2350:17
disappointed [4] - 2334:3, 2380:23, 2380:24
disciplinary [1] - 2455:18
discipline [1] - 2341:8
disciplined [1] - 2358:17
disciplining [2] - 2349:9, 2401:8
disconcerting [1] - 2397:17
disconnect [1] - 2384:2
discord [1] - 2369:16
discovered [2] - 2327:18, 2327:21
discrepancy [2] - 2407:5, 2407:8
discuss [11] - 2311:24, 2343:16, 2344:1, 2385:15, 2388:8, 2418:1, 2435:9, 2454:2, 2458:12, 2477:14,

2478:1
discussed [12] - 2310:20, 2311:14, 2342:21, 2370:7, 2387:23, 2388:11, 2388:16, 2394:19, 2406:3, 2416:11, 2458:7, 2478:17
discussing [3] - 2312:7, 2415:10, 2479:6
discussion [10] - 2275:15, 2275:21, 2307:16, 2320:11, 2338:6, 2354:13, 2388:1, 2388:13, 2442:23, 2444:1
discussions [2] - 2311:15, 2393:12
disillusioned [1] - 2334:5
disingenuous [1] - 2275:17
disintegrated [2] - 2305:18, 2351:7
disintegration [2] - 2356:20, 2459:6
disintegrations [6] - 2303:16, 2303:18, 2396:24, 2397:16, 2454:18, 2459:8
disorder [9] - 2293:14, 2294:1, 2294:2, 2330:4, 2380:12, 2461:13, 2461:23, 2462:2, 2463:10
disorganized [2] - 2424:16, 2424:21
disseminate [1] - 2398:1
disseminated [1] - 2397:3
disservice [1] - 2454:13
dissuade [1] - 2342:2
distance [1] - 2322:9
distinct [3] - 2283:2, 2343:6, 2407:9
distracted [1] - 2413:19
distracting [1] - 2274:18
distraction [1] - 2274:21
DISTRICT [4] - 2272:1, 2272:1, 2272:12, 2272:15
disturbing [1] - 2390:9
divide [1] - 2283:1

divorce [1] - 2371:10
document [7] - 2363:3, 2364:25, 2402:24, 2428:2, 2438:9, 2443:9, 2474:6
documenting [3] - 2402:22, 2403:23, 2424:9
documents [1] - 2442:9
dog [1] - 2359:18
Dominick [1] - 2317:2
done [18] - 2310:7, 2311:11, 2325:16, 2348:21, 2349:15, 2351:16, 2352:8, 2352:14, 2353:6, 2353:7, 2355:9, 2371:20, 2415:8, 2416:18, 2443:6, 2474:19
DONOGHUE [1] - 2272:15
door [3] - 2370:13, 2370:14, 2370:18
dorky [1] - 2288:18
down [33] - 2294:17, 2324:8, 2324:13, 2326:19, 2343:25, 2344:2, 2351:8, 2382:9, 2385:14, 2385:17, 2391:9, 2391:10, 2391:14, 2392:22, 2393:10, 2399:14, 2399:20, 2399:21, 2399:22, 2402:6, 2402:10, 2403:3, 2417:11, 2418:7, 2423:8, 2423:12, 2427:15, 2427:16, 2427:17, 2435:8, 2439:8, 2455:14, 2477:16
downstairs [4] - 2392:19, 2417:4, 2427:10, 2460:16
dozen [3] - 2355:10, 2438:21, 2442:16
dragging [1] - 2337:16
drama [1] - 2464:5
dramatic [1] - 2351:21
drawer [1] - 2346:15
dream [5] - 2287:16, 2294:12, 2294:13, 2311:6, 2327:16
dreams [6] - 2286:24, 2287:1, 2287:4, 2305:10, 2327:15, 2337:14

dress [2] - 2308:10, 2475:22
dressed [1] - 2382:17
drew [2] - 2305:2, 2341:11
drilled [1] - 2355:21
drilling [1] - 2284:18
drinking [3] - 2293:17, 2328:4, 2328:11
drive [1] - 2461:15
Drive [2] - 2417:23, 2426:4
driveway [2] - 2393:2, 2457:1
driving [4] - 2372:9, 2372:21, 2453:4, 2460:18
drop [2] - 2314:3, 2393:5
dropped [1] - 2383:2
drove [5] - 2372:4, 2382:17, 2414:2, 2460:15
dry [1] - 2359:19
due [1] - 2479:4
duly [3] - 2280:3, 2345:2, 2387:15
Duran [1] - 2469:21
During [5] - 2274:25, 2281:4, 2282:17, 2294:6
during [22] - 2274:19, 2274:23, 2275:18, 2302:22, 2307:18, 2332:7, 2342:8, 2358:6, 2362:4, 2366:21, 2400:24, 2418:6, 2418:24, 2443:23, 2447:14, 2450:3, 2455:25, 2468:12, 2478:14, 2478:17, 2478:18
Dyer [2] - 2296:7, 2313:3
dynamic [2] - 2332:17, 2342:18

**E**

e-mail [37] - 2336:24, 2362:9, 2363:7, 2363:12, 2363:13, 2363:14, 2363:15, 2363:17, 2363:18, 2363:19, 2364:8, 2364:10, 2364:14, 2364:15, 2365:11, 2365:15, 2365:19, 2366:1, 2366:15, 2402:12, 2404:2,

2404:21, 2404:24,
2405:1, 2405:4,
2405:7, 2405:20,
2425:22, 2425:23,
2438:3, 2438:7,
2438:10, 2445:10,
2445:19, 2446:13,
2468:6, 2478:9

**e-mails** [3] - 2363:4,
2363:5, 2364:5

**early** [10] - 2329:18,
2332:10, 2333:8,
2333:9, 2347:13,
2403:25, 2406:6,
2456:10, 2461:8,
2466:10

**earnestly** [2] -
2339:21, 2339:25

**easier** [3] - 2333:2,
2376:4, 2439:2

**easily** [3] - 2295:5,
2373:18, 2440:14

**East** [1] - 2272:16

**East/Brooklyn** [1] -
2273:13

**EASTERN** [2] -
2272:1, 2272:15

**easy** [9] - 2298:21,
2439:3, 2439:4,
2439:6, 2439:7,
2441:3, 2441:11,
2471:12

**eat** [6] - 2293:5,
2304:8, 2462:20,
2463:22, 2463:25,
2464:2

**eaten** [2] - 2463:12,
2463:15

**eating** [15] - 2293:13,
2294:1, 2294:2,
2330:4, 2379:18,
2380:12, 2461:13,
2461:22, 2462:1,
2462:22, 2463:4,
2463:8, 2463:9,
2463:10, 2463:14

**Eaton** [1] - 2411:14

**eBay** [2] - 2436:21,
2436:25

**economics** [1] -
2433:10

**Edgar** [4] - 2322:7,
2322:13, 2322:16,
2436:18

**Edgar's** [1] - 2436:18

**education** [14] -
2289:8, 2291:19,
2335:3, 2337:19,
2337:22, 2337:24,
2338:8, 2338:14,

2338:15, 2432:7,
2466:3, 2466:8,
2470:24

**Edward** [1] - 2307:7

**effect** [4] - 2299:5,
2359:1, 2395:18,
2407:12

**effecting** [1] - 2369:17

**effective** [1] - 2341:6

**effectively** [1] -
2334:22

**effects** [1] - 2359:5

**effort** [5] - 2305:9,
2466:14, 2466:16

**efforts** [1] - 2305:15

**eggs** [2] - 2409:3,
2409:4

**eight** [1] - 2286:20

**either** [4] - 2343:1,
2399:5, 2404:15,
2442:10

**ejaculated** [1] -
2382:23

**elaborate** [2] -
2396:17, 2450:11

**elaborating** [1] -
2439:6

**elegant** [1] - 2305:20

**elementary** [3] -
2287:25, 2288:12,
2446:1

**elevate** [1] - 2314:18

**elevated** [1] - 2308:2

**elite** [4] - 2290:2,
2293:14, 2295:24,
2302:5

**EM** [6] - 2339:20,
2340:3, 2341:2,
2384:5, 2455:9,
2460:24

**Emergence** [1] -
2439:3

**emergent** [1] -
2444:15

**Emiliano** [1] - 2436:18

**emojis** [1] - 2366:9

**emotional** [2] -
2369:22

**emotionally** [2] -
2473:11, 2473:12

**emphasized** [2] -
2310:23, 2419:3

**employee** [1] -
2470:15

**employee/worker** [1] -
2342:16

**Empowerment** [1] -
2298:19

**empty** [1] - 2414:16

**EMs** [2] - 2341:4,

2455:16

**enamel** [1] - 2462:11

**enamored** [1] - 2312:4

**encompassing** [1] -
2430:14

**encounter** [2] -
2390:10, 2398:15

**encounters** [3] -
2391:3, 2391:4,
2394:14

**encourage** [2] -
2465:21, 2466:4

**encouraged** [1] -
2320:24

**encouraging** [5] -
2335:4, 2420:1,
2466:4, 2466:24

**encyclopedia** [2] -
2287:6, 2288:21

**end** [32] - 2276:3,
2282:23, 2301:1,
2301:9, 2303:1,
2305:12, 2306:4,
2309:7, 2311:10,
2312:19, 2313:12,
2313:18, 2329:4,
2330:9, 2333:8,
2338:17, 2352:13,
2353:15, 2353:21,
2360:8, 2361:4,
2361:7, 2381:23,
2384:11, 2419:19,
2420:7, 2435:10,
2443:25, 2466:20,
2467:4, 2468:6,
2468:20

**ended** [11] - 2290:17,
2310:1, 2313:25,
2321:25, 2325:8,
2329:9, 2372:25,
2399:11, 2423:12,
2426:10, 2470:8

**endpoint** [1] - 2303:16

**ends** [1] - 2279:1

**energetic** [1] -
2318:23

**energy** [5] - 2379:12,
2379:14, 2379:19,
2395:2, 2395:11

**engage** [2] - 2419:12,
2455:21

**engineering** [1] -
2291:5

**English** [5] - 2285:3,
2289:15, 2319:5,
2319:6, 2319:8

**Enjoy** [1] - 2446:6

**enjoyment** [1] -
2415:9

**enroll** [2] - 2320:16,

2320:23

**enrolled** [6] - 2314:20,
2314:22, 2320:21,
2322:17, 2328:19,
2368:23

**enrollment** [1] -
2320:11

**enrollments** [1] -
2325:10

**ensued** [1] - 2383:12

**enter** [7] - 2325:3,
2345:20, 2345:23,
2346:1, 2346:5,
2346:11, 2429:12

**entered** [2] - 2346:12,
2415:25

**entering** [2] - 2325:8,
2346:20

**enters** [4] - 2279:11,
2344:16, 2387:6,
2435:21

**entertainment** [2] -
2404:20, 2460:8

**enthusiastic** [1] -
2288:23

**entire** [8] - 2282:19,
2286:22, 2312:13,
2315:3, 2398:18,
2412:11, 2427:22,
2430:16

**entry** [4] - 2325:8,
2325:13, 2325:14,
2337:16

**envisioned** [1] -
2325:22

**equals** [2] - 2350:23,
2350:25

**equation** [1] - 2335:1

**equations** [1] -
2334:25

**erase** [1] - 2351:18

**erection** [2] - 2382:19,
2385:7

**errands** [1] - 2359:17

**escalate** [1] - 2375:11

**escalated** [2] -
2374:11, 2452:6

**escaped** [1] - 2372:23

**ESP** [45] - 2283:8,
2298:3, 2298:5,
2298:6, 2299:10,
2300:10, 2300:16,
2301:1, 2301:17,
2303:15, 2305:21,
2310:13, 2312:4,
2314:14, 2317:12,
2319:10, 2320:23,
2322:10, 2329:6,
2334:15, 2338:11,
2339:6, 2339:8,

2339:14, 2340:6,
2341:4, 2341:11,
2341:13, 2356:1,
2356:3, 2356:18,
2356:21, 2358:7,
2384:21, 2406:4,
2407:12, 2436:17,
2448:4, 2448:8,
2458:1, 2458:4,
2466:8, 2466:12

**ESP-like** [1] - 2339:6

**ESP-type** [1] -
2334:15

**especially** [2] -
2374:16, 2375:12

**ESQ** [10] - 2272:17,
2272:17, 2272:18,
2272:21, 2272:21,
2272:24, 2272:24,
2273:5, 2273:5,
2273:9

**essence** [2] - 2303:16,
2356:13

**essential** [1] - 2442:9

**essentially** [9] -
2296:9, 2303:21,
2305:10, 2319:13,
2353:20, 2362:2,
2369:7, 2454:15,
2469:6

**establish** [1] -
2283:21

**estate** [2] - 2359:18,
2360:2

**Esther** [2] - 2316:23,
2317:12

**ethical** [9] - 2358:9,
2358:13, 2358:20,
2358:23, 2359:4,
2359:7, 2455:17,
2456:7, 2456:10

**ethics** [3] - 2328:16,
2330:11, 2358:21

**ethos** [7] - 2466:6,
2466:9, 2466:11,
2466:12, 2466:17,
2470:21, 2471:4

**Ethos** [4] - 2466:7,
2467:5, 2469:8,
2469:20

**Eve** [3] - 2410:22,
2411:9, 2414:13

**Evening** [1] - 2444:23

**event** [14] - 2283:11,
2283:14, 2283:16,
2321:25, 2328:6,
2332:13, 2332:14,
2332:24, 2333:5,
2333:15, 2333:21,
2333:22, 2333:23,

2361:20
**events** [2] - 2317:25, 2332:11
**eventually** [5] - 2342:5, 2346:17, 2348:4, 2358:8, 2402:17
**everywhere** [1] - 2349:19
**evidence** [24] - 2285:16, 2285:21, 2286:2, 2362:11, 2362:18, 2382:23, 2403:13, 2403:17, 2403:18, 2425:8, 2425:13, 2425:15, 2429:21, 2437:11, 2437:18, 2437:22, 2465:8, 2474:22, 2475:10, 2476:7, 2476:12, 2476:16, 2476:20, 2476:23
**evident** [3] - 2318:17, 2420:15, 2453:24
**exact** [3] - 2352:12, 2389:24, 2390:4
**exactly** [15] - 2315:19, 2321:11, 2333:23, 2351:14, 2357:21, 2358:12, 2365:9, 2380:19, 2391:18, 2398:11, 2406:2, 2414:11, 2418:4, 2421:20, 2473:1
**EXAMINATION** [4] - 2280:5, 2345:7, 2387:17, 2481:6
**examination** [3] - 2344:18, 2387:8, 2435:23
**examined** [3] - 2280:3, 2345:3, 2387:16
**example** [17] - 2351:16, 2395:14, 2397:7, 2403:1, 2403:23, 2428:23, 2429:22, 2433:16, 2438:18, 2439:2, 2439:14, 2439:19, 2439:24, 2440:4, 2450:17, 2470:12, 2471:2
**examples** [5] - 2431:16, 2445:1, 2447:2, 2452:3, 2452:4
**Excel** [3] - 2428:1, 2428:10, 2429:11
**exchange** [2] -

2335:17, 2365:6
**exchanging** [1] - 2318:4
**excited** [2] - 2372:16, 2373:4
**exciting** [1] - 2409:18
**exclusive** [1] - 2320:13
**exclusively** [1] - 2343:17
**excuse** [2] - 2343:20, 2347:7
**excused** [2] - 2477:12, 2477:14
**executive** [5] - 2426:1, 2426:2, 2426:9, 2426:12, 2426:13
**Executive** [2] - 2298:1, 2425:25
**exercises** [1] - 2323:12
**exert** [1] - 2466:14
**Exhibit** [45] - 2285:17, 2285:18, 2286:1, 2286:3, 2362:11, 2362:17, 2362:19, 2362:20, 2362:22, 2403:13, 2403:16, 2403:18, 2403:20, 2425:7, 2425:12, 2425:17, 2427:25, 2429:18, 2429:21, 2437:23, 2437:24, 2445:10, 2445:12, 2447:3, 2447:4, 2447:8, 2465:8, 2474:22, 2475:9, 2475:10, 2475:24, 2476:7, 2476:11, 2476:12, 2476:15, 2476:16, 2476:19, 2476:20, 2476:22, 2476:23, 2477:1, 2477:6, 2481:11, 2481:12
**exhibit** [4] - 2427:24, 2429:17, 2474:21, 2477:5
**Exhibits** [10] - 2285:16, 2285:20, 2285:23, 2425:14, 2437:11, 2437:17, 2437:19, 2481:10, 2481:13, 2481:14
**exits** [4] - 2343:24, 2385:12, 2435:7, 2478:24
**expand** [1] - 2440:12
**expect** [8] - 2275:10, 2279:7, 2307:22,

2307:23, 2349:9, 2371:9, 2435:12
**expectation** [4] - 2326:2, 2326:19, 2326:22, 2409:3
**expected** [9] - 2297:15, 2308:2, 2308:11, 2315:19, 2327:5, 2334:4, 2339:23, 2371:12, 2435:1
**expecting** [4] - 2307:24, 2307:25, 2412:6, 2412:7
**expensive** [2] - 2297:4
**experience** [4] - 2323:1, 2340:3, 2414:2, 2415:5
**experiences** [2] - 2282:25, 2385:5
**experiencing** [1] - 2340:7
**explain** [33] - 2287:22, 2288:15, 2289:23, 2291:4, 2304:5, 2304:25, 2309:22, 2309:24, 2320:3, 2320:14, 2339:7, 2343:3, 2347:5, 2352:24, 2358:11, 2360:20, 2361:13, 2363:18, 2366:23, 2373:16, 2379:8, 2395:8, 2404:1, 2404:17, 2407:24, 2428:4, 2428:16, 2430:6, 2432:6, 2433:6, 2438:14, 2444:8, 2465:23
**explained** [11] - 2323:6, 2330:19, 2330:22, 2345:13, 2353:12, 2356:11, 2375:4, 2377:3, 2387:23, 2406:8, 2454:9
**explaining** [3] - 2295:10, 2402:19, 2439:14
**explanation** [2] - 2431:10, 2440:10, 2454:10
**explanations** [2] - 2383:25, 2432:11
**explicit** [3] - 2378:25, 2404:10, 2419:14
**exploded** [1] - 2358:24
**exploits** [1] - 2415:10
**exploration** [4] -

2341:2, 2349:10, 2384:6, 2384:10
**exposed** [2] - 2355:12
**exposing** [1] - 2404:20
**express** [1] - 2334:11
**expression** [1] - 2384:21
**extension** [2] - 2479:3
**extent** [2] - 2324:15, 2352:23
**external** [2] - 2303:22, 2353:6
**extra** [1] - 2354:8
**extra-modular** [1] - 2354:8
**extraordinary** [2] - 2296:1, 2341:17
**extremely** [6] - 2374:16, 2376:2, 2376:18, 2420:15, 2461:14, 2461:21
**eyes** [1] - 2349:19

---

## F

**face** [3] - 2275:7, 2364:21, 2461:20
**Facebook** [1] - 2478:11
**facilitating** [1] - 2307:14
**facing** [3] - 2381:24, 2392:25, 2463:17
**fact** [20] - 2294:12, 2320:15, 2334:5, 2340:2, 2350:7, 2358:12, 2360:11, 2368:2, 2388:3, 2388:22, 2389:7, 2396:7, 2412:5, 2416:6, 2418:24, 2419:11, 2426:4, 2438:20, 2462:17, 2468:10
**failing** [1] - 2416:22
**fair** [7] - 2282:25, 2296:2, 2321:14, 2347:14, 2357:2, 2357:25, 2464:6
**fake** [7] - 2410:18, 2410:20, 2410:21, 2411:4, 2411:17, 2411:18
**fall** [5] - 2356:22, 2357:16, 2472:10, 2472:13, 2473:18
**falling** [1] - 2341:21
**familiar** [8] - 2280:15, 2281:20, 2363:14,

2364:11, 2378:3, 2403:21, 2428:2, 2432:12
**families** [1] - 2318:17
**family** [19] - 2281:8, 2282:7, 2284:1, 2285:5, 2285:6, 2285:11, 2286:15, 2286:21, 2289:13, 2292:7, 2292:9, 2294:14, 2312:20, 2315:9, 2369:19, 2469:1, 2475:2, 2475:21, 2478:2
**famous** [1] - 2340:3
**fantastic** [1] - 2296:25
**fantasy** [1] - 2327:19
**far** [13] - 2291:25, 2307:7, 2338:17, 2338:21, 2387:24, 2397:21, 2449:5, 2468:9, 2469:4, 2469:9, 2471:10, 2471:11, 2475:6
**farewell** [1] - 2301:5
**farm** [1] - 2470:9
**fascinated** [1] - 2288:19
**fast** [4] - 2318:4, 2330:19, 2336:1, 2432:24
**faster** [3] - 2435:1, 2435:2, 2435:3
**fat** [4] - 2376:21, 2379:11, 2379:12
**fat/muscle** [1] - 2379:13
**father** [16] - 2281:9, 2284:17, 2286:13, 2289:4, 2296:13, 2296:16, 2296:21, 2297:21, 2301:9, 2314:21, 2329:10, 2354:24, 2408:16, 2411:9, 2438:20
**favor** [2] - 2416:18, 2470:16
**FBI** [1] - 2274:7
**fear** [3] - 2357:3, 2454:12
**fear-based** [1] - 2454:12
**fears** [2] - 2454:11, 2454:12
**features** [1] - 2341:16
**February** [3] - 2283:25, 2390:9, 2390:12
**feedback** [3] - 2433:18, 2434:2,

2443:15
**feel-good** [1] - 2351:12
**feet** [2] - 2337:17, 2391:11
**fell** [2] - 2376:15, 2376:16
**fellow** [1] - 2478:3
**felt** [80] - 2285:6, 2292:4, 2292:11, 2302:7, 2310:23, 2315:5, 2318:23, 2319:3, 2319:8, 2320:7, 2320:10, 2325:20, 2331:7, 2334:5, 2334:7, 2336:19, 2336:20, 2347:8, 2347:19, 2347:20, 2347:22, 2348:10, 2348:15, 2349:7, 2351:15, 2351:16, 2351:21, 2354:4, 2354:9, 2354:22, 2355:2, 2355:4, 2355:6, 2360:10, 2360:11, 2360:12, 2360:15, 2370:5, 2371:15, 2376:14, 2376:21, 2376:22, 2380:23, 2381:5, 2381:6, 2381:8, 2383:8, 2383:20, 2383:22, 2384:13, 2388:21, 2392:13, 2394:16, 2398:23, 2401:12, 2401:13, 2401:20, 2401:24, 2402:7, 2415:11, 2417:9, 2417:21, 2419:2, 2419:15, 2419:16, 2419:17, 2419:18, 2450:21, 2463:24, 2469:10, 2473:6
**festivity** [1] - 2475:21
**few** [24] - 2274:13, 2283:3, 2290:15, 2298:18, 2323:5, 2325:15, 2326:15, 2329:5, 2329:16, 2330:1, 2334:25, 2338:25, 2349:11, 2371:17, 2373:11, 2381:9, 2384:3, 2394:14, 2413:6, 2419:2, 2436:12, 2442:16, 2446:14, 2453:13
**fiction** [2] - 2430:12, 2431:7

**fidelity** [1] - 2441:4
**field** [4] - 2284:17, 2438:22, 2442:5, 2445:7
**fields** [1] - 2433:14
**fifteen** [1] - 2470:1
**fifth** [1] - 2288:2
**fight** [2] - 2283:14, 2422:11
**fighting** [1] - 2457:13
**figure** [12] - 2295:2, 2326:17, 2326:22, 2327:1, 2341:19, 2358:13, 2358:25, 2369:4, 2372:19, 2384:8, 2399:23, 2402:1
**figured** [1] - 2399:5
**figuring** [2] - 2326:25, 2409:20
**file** [1] - 2479:4
**fill** [1] - 2339:13
**filling** [1] - 2289:3
**filtered** [1] - 2295:4
**finally** [1] - 2366:7
**finances** [1] - 2297:21
**financial** [1] - 2296:20
**financially** [1] - 2285:2
**fine** [2] - 2479:10, 2479:11
**finished** [1] - 2465:24
**finishing** [1] - 2430:24
**fired** [2] - 2357:24, 2406:19
**firm** [2] - 2318:24, 2338:1
**First** [1] - 2332:25
**first** [73] - 2275:4, 2280:3, 2280:17, 2281:7, 2283:9, 2285:7, 2287:24, 2288:1, 2288:4, 2288:6, 2292:17, 2292:24, 2294:6, 2294:18, 2298:5, 2298:6, 2300:11, 2300:12, 2301:17, 2305:4, 2306:15, 2306:17, 2310:2, 2314:23, 2315:15, 2316:5, 2320:4, 2320:5, 2321:20, 2323:5, 2324:18, 2329:16, 2333:10, 2335:1, 2338:18, 2349:13, 2349:14, 2350:10, 2363:7, 2363:12, 2373:20, 2379:24, 2390:10, 2390:11, 2390:14,

2391:15, 2392:11, 2395:19, 2398:15, 2401:24, 2402:9, 2403:9, 2405:7, 2419:23, 2422:19, 2426:25, 2427:2, 2427:4, 2438:18, 2439:12, 2440:4, 2440:5, 2453:10, 2455:14, 2467:11, 2467:19, 2472:6, 2472:24
**firsthand** [1] - 2358:17
**fit** [5] - 2290:13, 2296:2, 2309:25, 2340:5, 2429:3
**fitting** [2] - 2285:4, 2288:24
**five** [1] - 2309:3
**fix** [14] - 2341:22, 2353:25, 2354:1, 2358:1, 2358:3, 2358:5, 2358:11, 2358:25, 2396:23, 2453:10, 2454:18, 2455:15, 2457:14, 2457:21
**fixed** [3] - 2303:20, 2354:1, 2459:10
**fixtures** [1] - 2426:22
**Flanders** [1] - 2285:11
**flattered** [5] - 2309:19, 2310:23, 2316:10, 2336:19, 2372:13
**flattering** [3] - 2309:6, 2336:15, 2374:19
**flew** [5] - 2406:18, 2408:14, 2408:17, 2411:8
**Flintlock** [38] - 2382:18, 2391:8, 2391:23, 2391:25, 2392:1, 2392:2, 2392:6, 2400:15, 2400:21, 2400:23, 2400:25, 2401:2, 2401:11, 2401:17, 2406:5, 2417:5, 2418:16, 2420:20, 2420:24, 2423:5, 2423:7, 2424:13, 2424:16, 2447:15, 2449:20, 2450:4, 2451:1, 2451:17, 2452:8, 2453:20, 2456:1, 2456:20, 2456:25, 2461:12, 2461:18, 2462:20
**Flintlocks** [1] - 2400:24

**flirtiness** [1] - 2367:3
**flirting** [3] - 2367:3, 2374:14, 2374:15
**flirty** [2] - 2366:18, 2375:24
**floated** [1] - 2337:20
**Floor** [1] - 2272:20
**floor** [3] - 2381:23, 2382:5, 2382:6
**floors** [1] - 2325:24
**flour** [1] - 2475:15
**flow** [2] - 2322:15, 2379:14
**Fluffy** [4] - 2467:18, 2475:6, 2476:14, 2476:24
**fly** [4] - 2401:4, 2410:12, 2410:13, 2410:15
**Focus** [1] - 2456:25
**focus** [7] - 2315:5, 2337:7, 2379:21, 2379:23, 2419:4, 2437:6, 2462:21
**focused** [4] - 2304:7, 2353:3, 2460:7, 2466:25
**focuses** [1] - 2433:15
**follow** [4] - 2275:14, 2439:18, 2442:22, 2478:1
**follow-up** [1] - 2442:22
**followed** [2] - 2375:16, 2438:17
**following** [18] - 2276:21, 2278:19, 2323:15, 2340:9, 2344:12, 2359:22, 2377:7, 2381:7, 2386:5, 2390:16, 2396:23, 2421:23, 2431:18, 2445:23, 2446:9, 2446:17, 2464:9, 2478:25
**follows** [3] - 2280:4, 2345:3, 2387:16
**food** [7] - 2293:3, 2381:5, 2461:19, 2463:11, 2463:14, 2463:15, 2464:7
**foot** [1] - 2294:17
**FOR** [1] - 2272:11
**foreigners** [1] - 2361:17
**forest** [1] - 2314:25
**forever** [5] - 2292:7, 2351:19, 2351:20, 2389:10, 2462:12
**forgot** [1] - 2339:2

**form** [2] - 2430:18, 2478:5
**formal** [4] - 2324:2, 2337:24, 2338:8, 2389:3
**formalized** [1] - 2338:3
**formally** [1] - 2309:9
**former** [1] - 2381:19
**forms** [1] - 2345:16
**formulas** [1] - 2431:10
**formulate** [2] - 2441:24, 2441:25
**forth** [5] - 2322:14, 2359:10, 2365:2, 2406:18, 2466:21
**forties** [1] - 2365:10
**fortysomething** [1] - 2365:6
**fortysomething-year -old** [1] - 2365:6
**forum** [3] - 2315:7, 2332:5, 2333:4
**forums** [3] - 2315:4, 2331:24, 2332:3
**forward** [6] - 2276:2, 2315:4, 2315:6, 2315:12, 2352:14, 2362:25
**forwarding** [1] - 2363:3
**founder** [1] - 2341:15
**four** [2] - 2292:2, 2321:11
**Fourteen** [1] - 2291:24
**fourth** [1] - 2288:2
**frame** [2] - 2472:11, 2472:12
**framework** [4] - 2339:9, 2339:10, 2340:6, 2434:1
**Franca** [1] - 2360:3
**freaking** [1] - 2355:22
**free** [2] - 2275:1, 2401:16
**freedom** [2] - 2338:12, 2342:13
**frequently** [2] - 2356:16, 2392:9
**freshly** [1] - 2416:11
**Friday** [2] - 2332:7, 2444:23
**friend** [7] - 2285:8, 2360:14, 2364:2, 2370:5, 2398:17, 2401:12, 2401:13
**friendly** [1] - 2353:18
**friends** [8] - 2328:5, 2328:8, 2350:23, 2370:25, 2405:9,

Case 1:18-cr-00204-NGG-VMS   Document 959   Filed 10/21/20   Page 221 of 240 PageID #: 17198

2405:10, 2458:2, 2478:2
**friendship** [5] - 2330:15, 2331:4, 2348:14, 2351:1, 2367:1
**frightened** [1] - 2411:19
**frightening** [3] - 2318:22, 2414:1
**front** [11] - 2275:19, 2275:24, 2286:7, 2381:24, 2392:23, 2393:2, 2401:14, 2428:20, 2432:4, 2454:17, 2471:19
**froze** [4] - 2371:11, 2371:25, 2372:7
**full** [15] - 2310:19, 2324:15, 2326:1, 2337:14, 2356:22, 2357:16, 2374:3, 2400:14, 2441:4, 2450:18, 2451:1, 2451:18, 2455:17, 2455:18, 2461:12
**full-grown** [1] - 2310:19
**full-on** [2] - 2356:22, 2455:17
**full-time** [1] - 2461:12
**fully** [3] - 2317:9, 2356:25, 2462:2
**fun** [6] - 2415:4, 2415:9, 2441:18, 2442:14, 2458:16
**funky** [1] - 2428:1
**funnest** [1] - 2442:2
**funny** [2] - 2355:20, 2463:6
**Funny** [1] - 2374:2
**futile** [2] - 2305:10, 2305:16
**future** [4] - 2287:15, 2289:17, 2337:14, 2402:4

## G

**gain** [2] - 2364:17, 2394:2
**gained** [3] - 2330:5, 2341:22, 2376:23
**gaining** [1] - 2392:6
**game** [2] - 2333:9, 2337:2
**games** [2] - 2333:11, 2378:25
**Garaufis** [1] - 2386:3
**GARAUFIS** [2] -

2272:12, 2344:10
**Garner** [2] - 2322:10, 2399:21
**Garza** [2] - 2307:5, 2322:12
**gathering** [4] - 2312:20, 2315:3, 2333:8, 2414:17
**gauging** [1] - 2335:3
**gay** [1] - 2472:1
**gear** [1] - 2331:2
**GED** [2] - 2338:20, 2338:22
**geeky** [3] - 2315:25, 2405:9
**general** [2] - 2298:11, 2361:22, 2365:2, 2371:9, 2390:13, 2431:13, 2432:2, 2433:12, 2448:20, 2448:23
**General** [1] - 2438:19
**generally** [2] - 2318:14, 2433:6
**genitals** [2] - 2452:10, 2452:14
**genius** [1] - 2336:16
**geometry** [1] - 2343:9
**GERAGOS** [1] - 2272:21
**Geragos** [1] - 2274:10
**gesture** [1] - 2350:18
**get-together** [1] - 2414:12
**gift** [2] - 2301:5, 2426:7
**gifted** [1] - 2301:6
**gifts** [1] - 2411:14
**girlfriends** [3] - 2375:5, 2375:6, 2387:24
**girls** [2] - 2293:16, 2473:10
**gist** [1] - 2334:15
**given** [15] - 2300:23, 2304:16, 2306:6, 2316:11, 2325:4, 2325:6, 2327:3, 2363:20, 2407:17, 2419:15, 2434:18, 2449:2, 2449:3, 2471:6
**goal** [2] - 2287:19, 2380:4, 2440:23
**goals** [1] - 2462:8
**God** [5] - 2316:14, 2319:25, 2372:10, 2376:12, 2376:13
**Godzilla** [1] - 2449:4
**good-bye** [3] -

2335:19, 2452:10, 2457:2
**Government** [47] - 2272:15, 2279:3, 2279:17, 2280:2, 2285:15, 2285:16, 2285:17, 2285:18, 2285:20, 2285:23, 2286:3, 2362:10, 2362:11, 2362:17, 2362:19, 2362:21, 2386:9, 2386:25, 2403:12, 2425:7, 2425:12, 2425:14, 2427:25, 2429:18, 2429:21, 2437:10, 2437:11, 2437:17, 2437:19, 2437:22, 2445:10, 2465:8, 2474:22, 2475:10, 2476:6, 2476:12, 2476:16, 2476:20, 2476:23, 2477:1, 2477:6, 2481:10, 2481:11, 2481:12, 2481:13, 2481:14
**Government's** [5] - 2403:13, 2403:16, 2403:18, 2403:20, 2447:3
**grab** [1] - 2463:2
**grabbed** [1] - 2452:10
**grad** [2] - 2288:7, 2290:7
**grade** [4] - 2288:1, 2288:2, 2288:4, 2443:13
**grades** [5] - 2287:25, 2288:4, 2288:5, 2288:17, 2368:23
**graduate** [1] - 2294:4
**graduated** [1] - 2327:12
**Grand** [1] - 2405:17
**granted** [2] - 2296:24, 2462:7
**grateful** [1] - 2419:17
**gravity** [2] - 2285:6, 2349:6
**gray** [1] - 2338:4
**great** [9] - 2312:10, 2398:25, 2402:1, 2402:4, 2405:2, 2405:15, 2405:16, 2462:7
**Greenpeace** [2] - 2287:8, 2305:11
**grew** [5] - 2285:1, 2286:25, 2287:9, 2287:13, 2290:11

**grooming** [3] - 2367:4, 2378:5, 2379:1
**ground** [1] - 2399:8
**grounded** [1] - 2328:12
**group** [6] - 2293:15, 2302:4, 2354:11, 2354:12, 2415:8, 2451:22
**groups** [1] - 2307:16
**grow** [5] - 2285:14, 2320:23, 2396:16, 2428:22, 2454:14
**growing** [5] - 2284:16, 2285:7, 2289:9, 2372:12, 2428:18
**Growing** [1] - 2293:3
**grown** [3] - 2295:6, 2310:19, 2317:10
**grownups** [1] - 2322:24
**guess** [8] - 2302:8, 2308:24, 2320:18, 2348:22, 2396:18, 2432:20, 2459:24, 2466:14
**guides** [1] - 2441:23
**guiding** [4] - 2307:16, 2334:18, 2339:15, 2351:15
**guilt** [1] - 2347:10
**guilty** [4] - 2276:5, 2276:6, 2462:16, 2463:24
**guise** [1] - 2470:11
**guns** [2] - 2384:8, 2384:9
**guy** [4] - 2308:12, 2315:24, 2341:15, 2470:15
**guys** [1] - 2400:2

## H

**hair** [18] - 2376:24, 2376:25, 2377:3, 2377:4, 2378:5, 2378:15, 2378:16, 2378:19, 2378:21, 2403:4, 2457:23, 2457:25, 2458:3, 2458:4, 2458:5, 2458:6, 2458:8
**HAJJAR** [4] - 2272:18, 2479:2, 2479:9, 2479:12
**Hajjar** [1] - 2274:4
**Hale** [3] - 2417:23, 2426:4

**half** [2] - 2292:2, 2439:9
**hallway** [1] - 2381:24
**hallways** [1] - 2381:23
**hand** [9] - 2311:5, 2319:16, 2323:11, 2350:18, 2376:3, 2376:5, 2459:16, 2460:10
**handed** [5] - 2413:7, 2413:8, 2413:9, 2413:22
**handing** [1] - 2324:2
**handle** [1] - 2399:8
**handled** [1] - 2453:14
**handler** [1] - 2320:8
**hands** [7] - 2350:18, 2350:21, 2367:15, 2423:17, 2452:11, 2453:5, 2453:23
**hanging** [4] - 2293:12, 2293:16, 2328:9, 2417:4
**happy** [11] - 2286:15, 2313:23, 2331:7, 2336:5, 2336:6, 2341:25, 2355:21, 2356:12, 2369:6, 2373:13, 2414:13
**hard** [7] - 2322:22, 2335:25, 2339:20, 2407:18, 2418:21, 2421:18, 2473:21
**harder** [1] - 2408:1
**Harvard** [1] - 2287:15
**head** [14] - 2296:7, 2301:18, 2305:7, 2307:11, 2311:16, 2312:16, 2336:19, 2350:19, 2384:21, 2384:22, 2405:2, 2405:13, 2405:15, 2405:16
**headed** [1] - 2412:25
**headphones** [1] - 2450:24
**headquartered** [1] - 2308:16
**healing** [1] - 2358:9
**health** [3] - 2420:21, 2461:7, 2462:10
**hear** [10] - 2298:5, 2303:5, 2316:7, 2357:10, 2373:13, 2397:9, 2456:7, 2458:12, 2471:18
**heard** [17] - 2284:1, 2298:6, 2304:17, 2341:9, 2341:14, 2357:19, 2388:13,

2396:10, 2396:13, 2397:3, 2397:4, 2397:5, 2450:1, 2456:9, 2456:11, 2459:1, 2478:13

**hearing** [5] - 2327:25, 2328:1, 2386:10, 2386:12, 2397:10

**heart** [3] - 2336:21, 2347:21, 2453:12

**heartbreak** [1] - 2292:5

**heartbroken** [1] - 2369:11

**heavy** [4] - 2418:21, 2431:9, 2439:15

**Hector** [6] - 2281:9, 2281:10, 2281:17, 2286:8, 2467:14, 2475:6

**height** [1] - 2350:19

**held** [3] - 2332:1, 2367:15, 2408:19

**hell** [4] - 2353:22, 2360:11, 2453:5

**help** [25] - 2287:21, 2293:4, 2298:14, 2298:15, 2298:16, 2300:19, 2305:16, 2305:21, 2306:9, 2309:11, 2309:21, 2309:23, 2313:1, 2327:6, 2334:6, 2337:13, 2337:15, 2348:16, 2368:13, 2370:5, 2370:6, 2396:16, 2412:14, 2441:23

**helped** [3] - 2324:5, 2382:17, 2443:25

**helpful** [3] - 2283:4, 2443:17, 2470:12

**helping** [7] - 2325:21, 2337:15, 2337:18, 2354:11, 2424:15, 2436:13, 2470:11

**helps** [1] - 2434:6

**hence** [1] - 2471:24

**hero** [1] - 2360:22

**herself** [1] - 2319:11

**high** [40] - 2288:5, 2288:10, 2289:20, 2289:25, 2290:1, 2290:3, 2290:7, 2290:10, 2290:11, 2290:14, 2290:18, 2291:1, 2291:6, 2291:7, 2291:20, 2292:15, 2292:16, 2292:17, 2292:21,

2292:24, 2294:4, 2294:6, 2295:25, 2297:12, 2297:22, 2298:7, 2299:11, 2300:12, 2309:18, 2310:3, 2317:14, 2319:22, 2319:25, 2324:18, 2334:23, 2335:2, 2338:18, 2405:8

**High** [1] - 2288:11

**high-level** [1] - 2319:25

**high-rank** [1] - 2317:14

**higher** [5] - 2291:10, 2317:16, 2317:21, 2410:25, 2454:15

**highest** [1] - 2338:21

**himself** [3] - 2289:6, 2360:22, 2407:19

**hiney** [1] - 2415:24

**hired** [1] - 2424:18

**historical** [1] - 2402:7

**history** [1] - 2373:12

**hit** [1] - 2351:13

**hold** [1] - 2373:2

**holding** [2] - 2453:5, 2453:23

**holiday** [6] - 2390:5, 2410:22, 2413:21, 2414:16, 2477:24, 2478:21

**home** [13] - 2284:22, 2288:20, 2294:19, 2322:3, 2341:23, 2362:4, 2372:4, 2372:9, 2372:21, 2372:22, 2372:25, 2414:3, 2417:3

**homemade** [1] - 2411:19

**homeostasis** [2] - 2433:17, 2434:3

**homes** [1] - 2451:4

**hometown** [4] - 2291:25, 2292:19, 2294:11, 2310:3

**Hon** [1] - 2386:3

**HON** [1] - 2344:10

**honed** [1] - 2287:13

**honest** [1] - 2351:22

**honestly** [3] - 2312:4, 2371:16, 2441:25

**honesty** [1] - 2341:12

**honing** [1] - 2310:1

**Honor** [36] - 2274:5, 2274:9, 2275:5, 2275:9, 2275:11, 2279:3, 2279:9,

2279:21, 2285:15, 2285:19, 2285:25, 2338:23, 2339:2, 2344:6, 2345:6, 2362:10, 2386:13, 2386:20, 2387:13, 2403:12, 2403:15, 2424:5, 2425:7, 2435:12, 2437:10, 2437:13, 2437:21, 2444:2, 2471:14, 2472:7, 2476:6, 2477:9, 2477:11, 2479:12, 2479:21, 2479:22

**HONORABLE** [1] - 2272:12

**honorable** [1] - 2354:24

**hope** [1] - 2434:8

**hope..** [1] - 2368:23

**hoping** [1] - 2370:4

**hormone** [1] - 2344:18

**horrible** [5] - 2354:21, 2354:22, 2355:2, 2360:23, 2399:9

**horrified** [1] - 2417:20

**horrifying** [1] - 2398:19

**horse** [2] - 2329:22, 2329:24

**horses** [1] - 2470:8

**hot** [5] - 2299:20, 2418:21, 2426:20, 2427:1, 2427:7

**hotel** [6] - 2299:15, 2299:22, 2329:10, 2329:11, 2331:8

**hour** [1] - 2385:10, 2385:18, 2411:23

**hours** [13] - 2289:14, 2292:2, 2292:19, 2325:14, 2325:15, 2332:4, 2373:12, 2455:23, 2456:3, 2456:23, 2457:5

**House** [1] - 2469:4

**house** [30] - 2297:4, 2312:21, 2322:19, 2369:8, 2392:17, 2393:2, 2393:4, 2403:2, 2420:18, 2420:23, 2421:1, 2421:7, 2421:21, 2424:15, 2424:19, 2424:20, 2428:20, 2436:16, 2436:18, 2436:19, 2456:23, 2457:3, 2469:3, 2469:7, 2469:8,

2469:15, 2469:19, 2470:18, 2471:10

**houses** [2] - 2436:15, 2436:19

**housesitting** [1] - 2359:19

**Howard** [2] - 2329:11, 2329:13

**HTML** [3] - 2324:10, 2324:11

**hug** [2] - 2382:15, 2382:16

**huge** [9] - 2304:23, 2311:8, 2341:14, 2399:9, 2454:1, 2455:12, 2460:23, 2470:14, 2471:1

**human** [6] - 2299:2, 2348:19, 2371:2, 2433:9, 2433:25, 2439:17

**humanity** [1] - 2305:9

**humans** [2] - 2305:9, 2305:22

**humiliating** [1] - 2355:3

**hundred** [1] - 2291:21

**hunger** [1] - 2305:13

**hurry** [1] - 2413:20

**hurt** [4] - 2356:7, 2395:15, 2395:18, 2421:6

**hurting** [4] - 2421:19, 2453:11, 2453:12, 2457:15

**I**

**I-94** [1] - 2361:21

**Ian** [1] - 2439:4

**IB** [3] - 2294:23, 2295:3, 2405:8

**ID** [14] - 2409:23, 2410:18, 2410:20, 2410:21, 2411:4, 2411:18, 2411:22, 2411:24, 2412:3, 2413:8, 2413:14, 2429:8

**idea** [19] - 2287:17, 2289:4, 2306:8, 2306:25, 2307:21, 2308:4, 2337:20, 2355:25, 2356:17, 2358:19, 2371:25, 2380:10, 2380:13, 2393:25, 2404:13, 2421:10, 2429:5, 2440:11

**ideas** [4] - 2287:10,

2404:3, 2404:7, 2405:11

**identified** [3] - 2282:3, 2428:6, 2478:16

**identifier** [1] - 2429:6

**identify** [1] - 2281:24

**idolized** [1] - 2401:25

**IDs** [3] - 2413:7, 2413:9, 2413:22

**idyllic** [1] - 2285:1

**ignore** [1] - 2418:21

**II** [1] - 2443:23

**illegal** [2] - 2416:1, 2436:7

**illegally** [4] - 2282:24, 2283:12, 2416:17, 2436:3

**image** [1] - 2307:18

**imagine** [2] - 2423:24, 2460:8

**imagined** [3] - 2308:23, 2308:24

**immediate** [1] - 2282:7

**immediately** [3] - 2392:7, 2441:19, 2469:2

**immense** [1] - 2441:16

**immigration** [1] - 2297:20

**Immigration** [1] - 2413:4

**impact** [5] - 2302:12, 2304:24, 2308:25, 2309:2, 2399:18

**impactful** [1] - 2306:12

**Implicate** [1] - 2439:15

**implicated** [1] - 2275:19

**implicit** [2] - 2302:14, 2321:7

**importance** [1] - 2289:23

**important** [19] - 2283:3, 2289:10, 2289:16, 2311:4, 2311:12, 2313:1, 2316:12, 2321:7, 2337:10, 2352:11, 2353:20, 2368:3, 2370:1, 2375:7, 2432:15, 2432:21, 2432:23, 2464:2, 2478:1

**impossible** [1] - 2327:5

**impress** [1] - 2335:20

**impressed** [4] -

2299:7, 2312:9, 2318:11, 2319:21

**impression** [6] - 2311:9, 2312:13, 2318:20, 2319:9, 2341:15, 2349:23

**impressions** [4] - 2301:22, 2315:18, 2319:1, 2336:13

**impressive** [5] - 2300:24, 2302:10, 2303:11, 2311:12, 2318:13

**impulses** [1] - 2379:16

**impulsive** [1] - 2347:8

**incest** [1] - 2471:22

**incident** [16] - 2359:11, 2360:18, 2361:7, 2370:7, 2387:19, 2389:20, 2391:2, 2391:6, 2393:11, 2418:1, 2418:6, 2419:21, 2419:23, 2420:17, 2420:18, 2454:2

**including** [4] - 2313:24, 2445:16, 2478:5, 2478:11

**incomplete** [2] - 2445:16, 2446:14

**inconsistent** [1] - 2407:11

**increased** [1] - 2321:14

**increasingly** [1] - 2416:15

**incredibly** [4] - 2309:19, 2316:10, 2320:1, 2413:1

**independent** [3] - 2284:19, 2293:7, 2374:3

**indicate** [2] - 2350:20, 2477:20

**indicates** [1] - 2475:13

**indulgent** [1] - 2379:16

**informal** [2] - 2333:2, 2333:10

**informally** [1] - 2333:11

**information** [11] - 2325:9, 2336:8, 2367:6, 2383:23, 2411:25, 2412:1, 2428:6, 2430:18, 2431:8, 2443:18, 2478:7

**initial** [2] - 2315:17, 2331:19

**inner** [2] - 2298:20, 2339:13, 2400:15, 2400:16, 2400:18, 2450:12, 2450:15, 2450:17, 2451:9, 2451:11, 2451:14, 2455:6, 2461:11

**inner-inner** [2] - 2450:12, 2451:14

**innocent** [1] - 2471:24

**inquire** [2] - 2279:20, 2458:19

**inquiry** [1] - 2276:4

**insecure** [8] - 2376:11, 2376:19, 2376:20, 2376:21, 2376:22, 2376:25, 2377:2, 2377:4

**inside** [6] - 2285:13, 2348:16, 2369:8, 2373:2, 2382:1, 2405:18

**insight** [1] - 2447:15

**insights** [1] - 2370:4

**insisted** [2] - 2423:11, 2423:12

**inspecting** [1] - 2413:16

**Instagram** [1] - 2478:11

**install** [1] - 2324:5

**installation** [1] - 2324:6

**instance** [3] - 2406:19, 2418:16, 2460:15

**instances** [1] - 2384:24

**instead** [2] - 2299:21, 2346:21

**instilled** [1] - 2317:15

**instructing** [1] - 2275:6

**instruction** [2] - 2275:14, 2478:1

**instructions** [8] - 2345:19, 2394:24, 2403:4, 2403:7, 2415:22, 2415:23, 2423:23, 2479:4

**intake** [1] - 2464:7

**integrated** [4] - 2305:22, 2306:3, 2320:19, 2321:3

**integration** [2] - 2338:12, 2340:3

**integrity** [1] - 2407:11

**intellect** [1] - 2303:8

**intellectual** [3] - 2300:23, 2335:5, 2397:21

**intended** [1] - 2371:15

**intending** [1] - 2350:20

**intensive** [32] - 2298:10, 2299:10, 2299:14, 2299:17, 2300:10, 2301:2, 2301:6, 2301:9, 2301:17, 2301:19, 2302:20, 2302:23, 2303:1, 2305:4, 2307:4, 2307:5, 2307:10, 2307:18, 2308:16, 2309:4, 2309:7, 2311:14, 2312:16, 2317:9, 2317:11, 2317:18, 2322:18, 2332:2, 2341:13, 2354:7, 2355:8, 2357:22

**intensives** [5] - 2328:19, 2332:1, 2345:15, 2356:3, 2357:15

**intention** [1] - 2351:3

**interact** [2] - 2467:12, 2467:22

**interacted** [1] - 2449:21

**interacting** [1] - 2342:12

**interaction** [2] - 2320:6, 2418:24

**interactions** [2] - 2342:19, 2449:24

**intercourse** [1] - 2391:4

**interest** [3] - 2330:20, 2354:3, 2470:14

**interested** [1] - 2295:11

**interesting** [3] - 2302:18, 2352:4, 2402:14

**interests** [1] - 2334:22

**interface** [2] - 2324:12, 2404:14

**internal** [1] - 2353:3

**internally** [1] - 2353:3

**International** [1] - 2291:14

**international** [2] - 2291:15, 2291:22

**internet** [3] - 2295:5, 2442:11, 2478:6

**interrupted** [1] - 2379:12

**intersected** [1] - 2343:7

**intersecting** [1] - 2343:8

**intersection** [1] - 2311:4

**intertwined** [1] - 2317:19

**interview** [5] - 2296:13, 2296:14, 2296:18, 2296:20, 2296:22

**intimate** [3] - 2300:8, 2367:8, 2459:20

**intimidated** [3] - 2302:1, 2302:2, 2318:14

**intimidating** [1] - 2302:8

**introduce** [1] - 2275:10

**introduced** [1] - 2319:11

**introducing** [2] - 2275:10, 2295:10

**introduction** [1] - 2296:11

**investigation** [1] - 2478:15

**investment** [1] - 2416:18

**invited** [2] - 2327:18, 2417:10

**involved** [9] - 2275:22, 2280:17, 2283:8, 2318:13, 2411:2, 2411:5, 2419:1, 2419:3, 2426:17

**involvement** [1] - 2282:23

**irregular** [4] - 2393:15, 2393:16, 2393:17

**ISBN** [1] - 2428:8

**isolated** [6] - 2358:15, 2374:4, 2457:18, 2457:22, 2461:4, 2471:12

**isolation** [1] - 2335:25

**isomorphisms** [1] - 2433:23

**issue** [20] - 2274:24, 2276:4, 2297:3, 2305:22, 2352:23, 2386:12, 2393:14, 2410:14, 2420:21, 2453:3, 2453:11, 2453:16, 2454:1, 2454:14, 2454:17, 2455:1, 2455:2, 2455:12, 2457:21,

2459:12

**issued** [1] - 2361:18

**issues** [16] - 2276:19, 2300:4, 2328:3, 2341:19, 2361:16, 2369:18, 2370:20, 2444:11, 2450:13, 2452:25, 2453:1, 2453:21, 2456:9, 2456:11, 2459:8, 2460:25

**IT** [1] - 2319:16

**iteration** [1] - 2429:10

**itself** [4] - 2320:17, 2372:17, 2433:17, 2433:19

**ivy** [2] - 2287:18, 2338:8

**Ivy** [18] - 2447:21, 2451:2, 2453:3, 2453:7, 2453:8, 2454:2, 2456:6, 2456:13, 2456:16, 2456:19, 2456:22, 2457:2, 2457:5, 2457:23, 2457:25, 2458:1, 2458:7

**Ivy's** [1] - 2453:15

## J

**jealous** [5] - 2401:14, 2450:14, 2460:11, 2460:14, 2473:3

**jealousy** [3] - 2450:13, 2454:7, 2455:2

**Jeske** [4] - 2318:7, 2354:13, 2447:20, 2451:6

**job** [15] - 2289:3, 2323:3, 2325:19, 2326:10, 2327:4, 2327:23, 2345:21, 2345:22, 2357:24, 2359:12, 2436:7, 2470:3, 2470:8, 2470:17, 2471:9

**jobs** [4] - 2359:16, 2359:17, 2401:23, 2436:14

**Johnson** [3] - 2329:11, 2329:14, 2439:3

**join** [1] - 2287:8

**joke** [8] - 2285:10, 2402:11, 2405:5, 2405:15, 2405:17, 2405:18, 2424:18, 2452:12

**jokes** [7] - 2378:25,

2424:17, 2452:13,
2458:18, 2471:22,
2471:23, 2471:25
**Joseph** [1] - 2439:4
**JUDGE** [1] - 2272:12
**Judge** [5] - 2362:16,
2387:1, 2456:14,
2479:10, 2479:14
**July** [3] - 2365:11,
2405:23, 2429:24
**jump** [1] - 2311:13
**June** [8] - 2386:7,
2386:8, 2386:17,
2386:18, 2438:4,
2477:20, 2479:9
**jurors** [1] - 2478:3
**jury** [22] - 2274:21,
2275:18, 2275:25,
2279:6, 2279:13,
2286:1, 2343:23,
2344:12, 2344:15,
2362:20, 2385:11,
2386:5, 2387:5,
2435:6, 2435:20,
2437:24, 2445:12,
2447:8, 2477:18,
2478:14, 2478:17,
2479:4
**Jury** [8] - 2279:11,
2343:24, 2344:16,
2385:12, 2387:6,
2435:7, 2435:21,
2478:24
**just..** [1] - 2420:10

## K

**Karen** [28] - 2311:16,
2311:20, 2318:4,
2319:1, 2319:3,
2323:4, 2336:8,
2336:12, 2336:18,
2342:12, 2342:14,
2342:19, 2346:15,
2346:18, 2353:13,
2353:23, 2363:16,
2392:3, 2412:15,
2415:21, 2424:14,
2434:19, 2447:9,
2447:20, 2449:1,
2450:20, 2455:1
**Karner** [2] - 2324:23,
2328:17
**Kathy** [26] - 2411:16,
2411:17, 2412:5,
2412:11, 2412:12,
2412:13, 2412:18,
2413:7, 2413:12,
2414:8, 2415:20,
2418:14, 2418:15,

2418:17, 2419:1,
2419:5, 2420:2,
2421:4, 2422:4,
2426:16, 2447:24,
2447:25, 2448:24,
2451:11, 2452:6
**Kathy's** [2] - 2413:7,
2419:24
**Keeffe** [7] - 2392:4,
2400:23, 2415:20,
2447:21, 2451:13,
2451:14
**keep** [7] - 2305:17,
2347:16, 2373:21,
2379:18, 2433:17,
2434:3, 2450:24
**KEITH** [1] - 2272:7
**Keith** [105] - 2274:11,
2281:20, 2281:22,
2283:9, 2283:15,
2302:20, 2304:3,
2305:24, 2314:1,
2315:4, 2315:7,
2318:8, 2320:7,
2332:25, 2333:1,
2336:15, 2342:17,
2348:7, 2363:6,
2363:15, 2363:17,
2363:19, 2365:12,
2366:24, 2373:7,
2380:22, 2388:6,
2390:8, 2390:14,
2391:9, 2392:5,
2392:7, 2392:8,
2397:4, 2397:5,
2397:19, 2398:12,
2398:13, 2398:14,
2398:16, 2398:24,
2399:19, 2399:23,
2401:4, 2401:25,
2402:1, 2409:3,
2409:16, 2409:18,
2411:20, 2412:17,
2415:12, 2415:13,
2417:2, 2417:7,
2417:8, 2418:16,
2418:18, 2418:23,
2420:8, 2421:11,
2426:7, 2426:8,
2427:20, 2427:21,
2430:15, 2431:4,
2432:16, 2432:17,
2434:13, 2434:14,
2434:15, 2442:8,
2442:21, 2442:23,
2448:19, 2449:2,
2449:3, 2449:6,
2449:8, 2450:9,
2450:10, 2451:22,
2452:9, 2453:4,

2456:18, 2457:1,
2460:11, 2460:17,
2461:9, 2466:1,
2466:22, 2467:5,
2467:7, 2469:1,
2469:5, 2470:4,
2472:13, 2472:14,
2474:9
**Keith's** [9] - 2306:25,
2400:10, 2401:12,
2404:3, 2425:23,
2426:10, 2432:21,
2455:4, 2474:13
**kept** [6] - 2319:18,
2345:10, 2360:14,
2373:16, 2373:19,
2373:20
**kids** [5] - 2274:13,
2316:23, 2316:24,
2317:4, 2328:9
**KIM** [1] - 2272:17
**kind** [36] - 2276:1,
2276:3, 2283:2,
2303:7, 2307:13,
2308:1, 2319:16,
2327:4, 2334:18,
2339:10, 2340:5,
2348:12, 2348:22,
2354:7, 2367:2,
2367:7, 2368:10,
2374:5, 2374:25,
2382:24, 2384:5,
2395:16, 2410:23,
2416:12, 2416:15,
2420:20, 2433:7,
2436:7, 2448:14,
2451:24, 2455:9,
2459:5, 2459:6,
2460:9, 2473:3,
2477:3
**kindergarten** [1] -
2287:23
**kinds** [1] - 2473:5
**kiss** [5] - 2371:8,
2371:13, 2372:6,
2372:17, 2373:9
**kissed** [7] - 2367:16,
2371:7, 2372:7,
2373:15, 2374:13,
2382:16
**Kisses** [1] - 2364:4
**kissing** [2] - 2394:13,
2417:15
**kitchen** [3] - 2427:10,
2462:23, 2463:1
**Kitty** [4] - 2419:5,
2419:6, 2448:24
**knees** [2] - 2391:11,
2391:12
**knowing** [1] - 2352:14

**knowledge** [2] -
2432:25, 2434:21
**known** [3] - 2275:4,
2389:21, 2405:10
**Knox** [2] - 2453:4,
2469:4
**Kristin** [15] - 2392:4,
2400:23, 2403:1,
2403:3, 2410:17,
2411:4, 2411:15,
2412:8, 2415:20,
2447:21, 2451:13,
2451:14
**kunterre** [1] - 2363:16
**kunterre@nyc.rr.
com** [1] - 2425:21
**kunterre@nycap.rr.
com** [2] - 2363:13,
2365:15

## L

**labeled** [1] - 2357:8
**labia** [1] - 2452:12
**ladaniela@excite.
com** [2] - 2364:13,
2365:13
**laid** [2] - 2417:11,
2441:10
**lake** [1] - 2321:24
**Lake** [2] - 2314:24,
2321:20
**lamp** [1] - 2396:1
**land** [2] - 2323:5,
2399:9
**Lane** [2] - 2391:25,
2392:2
**lanes** [1] - 2413:6
**language** [4] -
2310:12, 2323:12,
2324:12, 2325:21
**languages** [1] -
2323:7
**languaging** [1] -
2310:10
**laptop** [1] - 2401:5
**large** [6] - 2284:14,
2291:20, 2302:15,
2405:14, 2452:12
**LAS** [6] - 2295:20,
2296:8, 2297:11,
2300:14, 2309:12,
2312:24
**last** [10] - 2283:16,
2292:8, 2301:20,
2321:21, 2325:1,
2329:8, 2338:18,
2381:25, 2386:6,
2479:22
**lasted** [1] - 2371:17

**late** [8] - 2283:15,
2283:25, 2329:21,
2329:23, 2332:9,
2333:7, 2367:13,
2408:13
**latent** [1] - 2315:6
**laughing** [1] - 2356:7
**Lauren** [18] - 2273:3,
2301:19, 2301:22,
2305:5, 2305:6,
2309:8, 2309:12,
2311:22, 2312:16,
2447:22, 2447:23,
2450:20, 2452:8,
2453:14, 2454:20,
2455:4
**Lauren's** [2] -
2301:20, 2318:6
**laxative** [2] - 2380:9,
2380:10
**lay** [6] - 2323:5,
2382:9, 2427:15,
2427:16, 2427:17,
2462:24
**laying** [4] - 2391:9,
2391:10, 2392:22,
2420:5
**layman's** [1] - 2431:16
**laymen** [1] - 2439:5
**lead** [2] - 2374:15,
2426:17
**leader** [1] - 2352:5
**leading** [5] - 2339:10,
2339:22, 2354:13,
2366:18, 2367:3
**leads** [1] - 2327:18
**league** [2] - 2287:19,
2338:8
**leaned** [1] - 2413:17
**learn** [16] - 2297:25,
2298:8, 2302:19,
2311:1, 2323:10,
2323:12, 2324:16,
2325:20, 2345:12,
2367:22, 2392:12,
2398:5, 2432:14,
2434:9, 2472:3,
2472:6
**learned** [8] - 2287:18,
2299:1, 2310:8,
2310:9, 2367:19,
2367:23, 2398:8,
2404:15
**learning** [2] - 2288:20,
2294:15
**least** [18] - 2290:12,
2293:15, 2294:19,
2306:12, 2332:3,
2351:3, 2358:14,
2370:25, 2371:2,

2397:22, 2398:22,
2406:16, 2409:14,
2426:7, 2435:13,
2449:25, 2456:17,
2470:1
**leave** [4] - 2283:24,
2294:18, 2294:19,
2352:2
**leaving** [3] - 2292:6,
2301:12, 2314:5
**led** [3] - 2381:22,
2381:25, 2382:2
**left** [14] - 2292:6,
2329:23, 2336:2,
2372:3, 2400:8,
2413:23, 2424:20,
2463:20, 2475:5,
2476:10, 2476:14,
2476:17, 2476:21,
2476:24
**legal** [1] - 2402:25
**legally** [6] - 2282:18,
2282:21, 2282:23,
2326:5, 2326:9
**legs** [2] - 2391:12,
2423:19
**lended** [1] - 2302:14
**length** [3] - 2311:25,
2321:14, 2331:20
**lengthy** [1] - 2352:10
**lenient** [1] - 2461:1
**lesbian** [3] - 2458:11,
2459:5, 2459:15
**LESKO** [1] - 2272:17
**Lesko** [1] - 2274:5
**less** [6] - 2333:25,
2361:18, 2361:21,
2423:10, 2457:16
**lessons** [5] - 2285:3,
2319:6, 2324:3,
2324:9
**letter** [2] - 2296:9,
2364:2
**letters** [2] - 2295:10,
2438:16
**level** [15] - 2290:12,
2295:25, 2296:1,
2302:10, 2302:12,
2319:25, 2324:18,
2327:2, 2335:3,
2350:24, 2418:5,
2431:6, 2431:9,
2439:1
**levels** [3] - 2290:6,
2290:8, 2291:8
**Leysin** [1] - 2295:20
**liability** [1] - 2416:19
**Library** [1] - 2425:25
**library** [8] - 2426:1,
2426:2, 2426:10,

2426:13, 2427:1,
2427:6, 2427:19,
2428:17
**lie** [4] - 2306:23,
2316:19, 2351:25,
2454:8
**life** [33] - 2287:14,
2292:6, 2293:7,
2293:11, 2300:23,
2304:14, 2307:2,
2311:5, 2316:12,
2319:6, 2338:9,
2341:18, 2341:24,
2367:9, 2368:6,
2369:18, 2371:5,
2373:22, 2374:4,
2374:6, 2375:2,
2388:15, 2389:6,
2389:12, 2389:14,
2400:14, 2402:5,
2409:1, 2447:16,
2465:25, 2470:24,
2471:1
**lifestyle** [4] - 2327:19,
2327:24, 2327:25,
2399:2
**lift** [1] - 2459:17
**light** [6] - 2331:9,
2338:7, 2349:6,
2368:9, 2395:25,
2396:2
**lighting** [2] - 2382:3,
2426:22
**lightly** [1] - 2358:22
**lights** [2] - 2396:3,
2396:7
**likable** [1] - 2301:24
**likelihood** [1] -
2410:24
**LINDA** [1] - 2273:12
**lindacsr@aol.com** [1]
- 2273:13
**line** [9] - 2284:19,
2389:3, 2397:22,
2411:10, 2415:24,
2425:24, 2438:5,
2458:17, 2463:1
**line-of-sight** [1] -
2463:1
**lines** [2] - 2425:19,
2437:25
**linger** [1] - 2459:17
**lips** [1] - 2371:8
**Lisa** [1] - 2412:1
**list** [1] - 2439:2
**listen** [2] - 2332:21,
2478:4
**listening** [1] - 2371:3
**Literally** [1] - 2364:3
**literally** [2] - 2332:21,

2431:7
**live** [9] - 2280:13,
2280:14, 2281:4,
2329:1, 2369:10,
2370:24, 2450:7,
2450:9, 2466:5
**lived** [12] - 2369:8,
2422:18, 2422:23,
2451:17, 2461:18,
2469:9, 2469:16,
2469:18, 2469:19
**lives** [2] - 2289:12,
2443:25
**living** [20] - 2299:18,
2322:5, 2322:20,
2327:10, 2329:4,
2369:6, 2392:1,
2392:3, 2392:19,
2392:20, 2392:21,
2397:8, 2400:23,
2461:12, 2469:2,
2469:13, 2469:21,
2469:24, 2470:24
**LLP** [2] - 2273:3,
2273:7
**local** [2] - 2290:11,
2324:6
**locate** [1] - 2429:8
**located** [2] - 2295:23,
2429:6
**location** [1] - 2419:9
**locations** [2] -
2323:18, 2478:16
**loft** [2] - 2427:13,
2427:15
**log** [1] - 2429:8
**logical** [1] - 2305:14
**logistics** [1] - 2456:21
**long-term** [3] -
2375:6, 2387:24,
2389:8
**look** [7] - 2308:4,
2308:6, 2418:20,
2434:20, 2441:23,
2454:17, 2474:5
**looked** [8] - 2297:6,
2309:24, 2315:20,
2382:6, 2396:1,
2411:18, 2411:23,
2429:9
**Looking** [2] - 2360:17,
2366:15
**looking** [22] - 2295:8,
2306:14, 2315:4,
2315:6, 2315:12,
2316:18, 2319:24,
2339:12, 2347:19,
2347:20, 2359:16,
2359:19, 2389:14,
2389:16, 2393:9,

2408:3, 2413:15,
2422:14, 2447:2,
2471:5
**loops** [2] - 2433:18,
2434:2
**loose** [1] - 2453:6
**Loreta** [3] - 2307:5,
2322:12
**Loretta** [2] - 2422:15,
2422:17
**lose** [14] - 2312:24,
2356:25, 2359:12,
2379:7, 2379:20,
2380:2, 2380:3,
2380:4, 2380:5,
2380:8, 2383:15,
2394:4
**losing** [2] - 2394:8,
2462:16
**lost** [4] - 2380:24,
2461:14, 2469:10
**loud** [1] - 2318:23
**love** [9] - 2367:11,
2374:6, 2388:4,
2398:20, 2399:17,
2407:20, 2407:21,
2452:13
**loved** [2] - 2331:10,
2369:11
**loves** [1] - 2455:15
**loving** [1] - 2374:5
**low** [1] - 2451:16
**Lucia** [1] - 2469:20
**lucky** [1] - 2310:24
**Ludwing** [1] - 2438:19
**Luis** [1] - 2307:6
**lunch** [5] - 2293:6,
2385:9, 2385:10,
2385:18, 2435:13
**luncheon** [1] -
2385:19
**lying** [2] - 2275:17,
2351:25

**M**

**machine** [3] -
2378:20, 2441:17,
2443:20
**machines** [1] -
2441:19
**maid** [4] - 2424:18,
2436:15, 2469:6,
2471:2
**mail** [37] - 2336:24,
2362:9, 2363:7,
2363:12, 2363:13,
2363:14, 2363:15,
2363:17, 2363:18,
2363:19, 2364:8,

2364:10, 2364:14,
2364:15, 2365:11,
2365:15, 2365:19,
2366:1, 2366:15,
2402:12, 2404:2,
2404:21, 2404:24,
2405:1, 2405:4,
2405:7, 2405:20,
2425:22, 2425:23,
2438:3, 2438:7,
2438:10, 2445:10,
2445:19, 2446:13,
2468:6, 2478:9
**mails** [3] - 2363:4,
2363:5, 2364:5
**main** [5] - 2295:17,
2297:3, 2297:5,
2307:15, 2369:19
**maintaining** [1] -
2385:7
**maintains** [1] -
2444:16
**maintenance** [1] -
2319:17
**male** [1] - 2469:14
**mall** [1] - 2412:21
**malls** [1] - 2284:12
**man** [20] - 2296:7,
2300:21, 2303:3,
2303:9, 2305:24,
2312:10, 2315:25,
2316:12, 2322:7,
2354:25, 2365:6,
2388:4, 2388:5,
2397:20, 2398:20,
2398:25, 2402:1,
2402:2, 2402:3
**management** [1] -
2455:22
**manipulative** [1] -
2471:8
**manufacturing** [2] -
2284:18, 2286:14
**MARC** [1] - 2272:21
**Marc** [1] - 2274:9
**March** [4] - 2281:1,
2281:19, 2283:23,
2429:19
**Mariana** [4] - 2380:11,
2427:21, 2466:5,
2475:6
**Marianna** [37] -
2281:10, 2281:13,
2286:8, 2286:18,
2292:14, 2292:25,
2294:4, 2299:18,
2327:12, 2329:4,
2329:13, 2329:20,
2330:16, 2330:21,
2331:1, 2331:5,

2331:12, 2368:12, 2392:4, 2398:5, 2398:17, 2400:7, 2400:8, 2400:9, 2406:11, 2417:3, 2417:19, 2447:20, 2449:6, 2453:5, 2459:21, 2460:2, 2461:8, 2461:11, 2463:21
**Marianna's** [2] - 2281:17, 2461:7
**marine** [1] - 2287:8
**MARINO** [1] - 2273:12
**Mark** [2] - 2274:4, 2469:15
**MARK** [1] - 2272:17
**marked** [4] - 2285:24, 2362:19, 2362:21, 2437:20
**marker** [1] - 2305:2
**markets** [1] - 2401:10
**marking** [1] - 2366:12
**marks** [1] - 2376:22
**marriage** [3] - 2300:5, 2369:2, 2389:8
**masqueraded** [1] - 2452:24
**massive** [2] - 2311:12, 2337:11
**master** [1] - 2409:24
**masturbate** [1] - 2394:25
**masturbating** [1] - 2394:24
**masturbation** [1] - 2394:22
**match** [1] - 2332:9
**material** [1] - 2304:7
**math** [6] - 2289:21, 2334:23, 2343:10, 2431:9, 2432:10, 2439:13
**mathematical** [7] - 2305:25, 2306:18, 2306:24, 2311:9, 2342:23, 2343:1, 2446:2
**mathematics** [3] - 2319:23, 2428:25, 2429:3
**matter** [3] - 2336:1, 2338:7, 2373:14
**Matter** [1] - 2480:10
**mattress** [3] - 2382:6, 2382:7
**mature** [3] - 2473:11, 2473:12
**maximum** [1] - 2361:17

**maxing** [1] - 2362:2
**McDermott** [1] - 2439:4
**mean** [63] - 2297:2, 2300:23, 2302:14, 2303:1, 2303:7, 2303:8, 2303:14, 2307:1, 2307:20, 2308:8, 2309:21, 2310:22, 2311:21, 2311:22, 2316:3, 2316:10, 2316:11, 2317:4, 2317:6, 2317:18, 2318:13, 2320:15, 2322:21, 2329:2, 2337:12, 2337:21, 2341:17, 2348:13, 2348:18, 2349:17, 2352:10, 2352:21, 2354:23, 2363:25, 2364:3, 2365:4, 2366:13, 2371:9, 2374:13, 2374:16, 2383:24, 2396:14, 2397:2, 2400:17, 2400:18, 2404:9, 2406:20, 2409:18, 2412:7, 2412:19, 2417:19, 2421:11, 2424:13, 2432:7, 2445:4, 2451:6, 2459:23, 2466:21, 2470:23, 2471:10, 2474:1
**meaning** [1] - 2341:2
**meaningful** [2] - 2334:6, 2334:7
**means** [8] - 2284:22, 2299:3, 2303:15, 2337:13, 2396:15, 2419:14, 2462:9, 2478:10
**meant** [9] - 2339:7, 2350:2, 2372:20, 2388:8, 2392:7, 2395:16, 2405:3, 2462:18, 2466:19
**measures** [1] - 2320:20
**mechanical** [1] - 2273:16
**media** [2] - 2478:5, 2478:11
**medical** [2] - 2291:5, 2291:11
**medicine** [2] - 2281:8, 2287:21
**meet** [12] - 2296:12, 2296:13, 2296:15, 2316:20, 2316:22,

2318:2, 2357:17, 2410:16, 2412:20, 2414:4, 2462:8, 2467:19
**meeting** [7] - 2307:4, 2307:5, 2315:14, 2403:2, 2423:5, 2456:2, 2479:24
**megan** [1] - 2469:21
**member** [3] - 2282:6, 2329:6, 2448:4
**members** [3] - 2279:13, 2281:7, 2477:18
**membership** [1] - 2443:10
**men** [2] - 2395:15, 2458:19, 2458:20, 2469:23
**menstrual** [1] - 2393:16
**mental** [1] - 2307:18
**mentally** [1] - 2444:12
**mentioned** [14] - 2314:13, 2332:16, 2339:4, 2357:14, 2419:10, 2424:8, 2426:7, 2427:3, 2427:5, 2439:12, 2454:20, 2456:6, 2458:9, 2465:2
**mentor/student** [1] - 2351:4
**mentorship** [1] - 2350:11
**mere** [1] - 2396:24
**merit** [1] - 2320:17
**messaging** [1] - 2478:9
**messed** [2] - 2417:18, 2473:6
**messed-up** [1] - 2417:18
**messy** [2] - 2424:16, 2427:14
**met** [19] - 2296:16, 2307:6, 2307:7, 2312:11, 2315:9, 2316:4, 2316:5, 2318:4, 2318:6, 2318:7, 2318:9, 2318:20, 2330:14, 2381:15, 2411:17
**method** [2] - 2325:9, 2346:3
**Mexican** [5] - 2302:4, 2302:5, 2410:13, 2469:20, 2475:17
**Mexico** [35] - 2280:14, 2284:4, 2284:6,

2284:9, 2287:22, 2287:23, 2288:10, 2289:23, 2289:25, 2290:3, 2296:15, 2302:7, 2318:6, 2318:10, 2322:14, 2322:17, 2327:11, 2362:1, 2362:4, 2364:1, 2390:3, 2406:22, 2406:24, 2407:1, 2408:14, 2408:22, 2409:2, 2409:4, 2409:9, 2410:2, 2410:7, 2430:8, 2465:18, 2465:20, 2465:25
**Meyers** [1] - 2469:16
**Michael** [1] - 2274:6
**Michelle** [1] - 2318:6
**microscope** [1] - 2287:6
**middle** [7] - 2288:3, 2309:3, 2322:25, 2329:15, 2354:12, 2371:6, 2456:1
**midmorning** [1] - 2343:23
**midnight** [1] - 2456:4
**midterm** [1] - 2380:4
**might** [7] - 2274:25, 2309:25, 2339:11, 1361:20, 2370:22, 2439:20, 2450:14
**migrated** [1] - 2331:17
**Milan** [2] - 2327:17, 2327:20
**milestones** [1] - 2283:3
**millions** [1] - 2443:25
**mind** [6] - 2276:7, 2308:13, 2339:24, 2375:22, 2444:15, 2444:16, 2449:15, 2452:17
**minded** [2] - 2472:18, 2472:23
**minding** [1] - 2401:7
**mindset** [1] - 2350:16
**mine** [1] - 2371:3
**mining** [1] - 2284:18
**minute** [2] - 2344:4, 2435:15
**minutes** [2] - 2336:1, 2339:1
**miss** [1] - 2368:22
**mission** [15] - 2304:23, 2306:3, 2307:1, 2308:1, 2309:11, 2311:8, 2321:2, 2325:22,

2334:17, 2341:13, 2398:3, 2412:14, 2432:25, 2433:2
**mistake** [4] - 2338:4, 2366:2, 2366:4, 2366:7
**mistaken** [1] - 2353:10
**mistrial** [1] - 2274:14
**misunderstanding** [1] - 2276:16
**MIT** [1] - 2323:8
**mixed** [1] - 2339:11
**mock** [1] - 2405:18
**mocked** [1] - 2378:15
**model** [2] - 2327:19, 2327:21
**modular** [1] - 2354:8
**module** [6] - 2307:1, 2308:25, 2311:8, 2341:13, 2354:11, 2457:10
**modules** [1] - 2304:23
**MOIRA** [1] - 2272:17
**Moira** [1] - 2274:4
**mom** [17] - 2284:22, 2294:17, 2369:9, 2372:22, 2372:24, 2373:1, 2373:13, 2373:19, 2373:20, 2373:25, 2436:13, 2460:20, 2475:6, 2476:25
**moment** [12] - 2316:13, 2316:16, 2316:17, 2316:18, 2337:20, 2372:6, 2450:16, 2451:20, 2456:3, 2471:8, 2473:7, 2476:17
**moments** [2] - 2340:4, 2401:11
**Monday** [3] - 2386:7, 2386:17, 2444:23
**money** [29] - 2346:17, 2347:2, 2347:9, 2348:10, 2353:5, 2353:6, 2354:2, 2354:15, 2354:23, 2355:24, 2358:4, 2406:20, 2406:21, 2407:14, 2407:15, 2407:16, 2411:9, 2436:2, 2436:4, 2436:5, 2436:9, 2436:11, 2436:16, 2437:1, 2437:3, 2437:7, 2437:9, 2469:7
**Monica** [1] - 2469:21
**monitor** [4] - 2392:25,

monk [1] - 2304:11
Monkey [1] - 2463:22
monkey [1] - 2449:7
Monterrey [9] -
2290:17, 2290:19,
2290:21, 2292:1,
2293:12, 2296:16,
2299:12, 2299:19,
2301:16
Montez [1] - 2307:6
month [6] - 2283:21,
2361:23, 2375:18,
2393:19, 2393:20
months [8] - 2292:5,
2361:7, 2361:18,
2361:25, 2362:3,
2391:5, 2393:19,
2393:21
morning [12] - 2274:5,
2274:8, 2274:9,
2274:12, 2274:14,
2279:13, 2280:7,
2280:8, 2329:19,
2333:8, 2403:3,
2477:13
Morning [1] - 2444:23
mornings [1] -
2279:14
Morrison [2] -
2447:21, 2451:9
mortified [1] - 2376:18
most [10] - 2290:2,
2291:9, 2301:8,
2303:8, 2308:13,
2311:7, 2343:7,
2348:20, 2370:1
mostly [3] - 2295:25,
2299:8, 2299:9
mother [9] - 2281:9,
2284:7, 2286:7,
2293:3, 2314:22,
2369:11, 2370:21,
2370:22, 2476:17
motion [2] - 2274:14,
2274:15
motivation [1] -
2343:19
mousey [1] - 2319:5
move [7] - 2285:16,
2369:9, 2374:17,
2423:18, 2424:5,
2425:7, 2427:25
moved [6] - 2346:17,
2368:20, 2371:7,
2412:13, 2422:19,
2469:2
moves [3] - 2362:10,
2403:12, 2437:10

movie [1] - 2284:13
movies [3] - 2287:17,
2332:12, 2427:22
moving [3] - 2420:13,
2427:25
MR [24] - 2274:9,
2275:2, 2276:9,
2276:13, 2276:17,
2279:5, 2285:19,
2344:6, 2362:12,
2362:16, 2386:22,
2387:1, 2403:15,
2425:11, 2437:13,
2449:18, 2456:14,
2471:14, 2472:7,
2479:10, 2479:14,
2479:18, 2480:2,
2480:6
MS [59] - 2274:4,
2275:5, 2275:9,
2279:3, 2279:9,
2279:17, 2279:21,
2280:6, 2282:2,
2282:5, 2285:15,
2285:25, 2324:1,
2338:23, 2339:2,
2341:1, 2345:6,
2345:8, 2360:1,
2362:10, 2362:14,
2378:1, 2385:9,
2386:13, 2386:20,
2386:25, 2387:10,
2387:13, 2387:18,
2403:12, 2403:19,
2422:1, 2424:5,
2424:7, 2425:7,
2425:10, 2425:16,
2425:18, 2432:1,
2435:12, 2436:1,
2437:10, 2437:15,
2437:21, 2444:2,
2447:2, 2465:1,
2471:17, 2476:4,
2476:6, 2476:8,
2477:11, 2479:2,
2479:9, 2479:12,
2479:16, 2479:21,
2480:4, 2481:6
multidisciplinary [1] -
2433:13
mundane [1] -
2304:12
music [2] - 2425:3,
2426:11
must [7] - 2356:1,
2358:25, 2414:12,
2461:24, 2465:16,
2478:3, 2478:12
mutual [2] - 2391:7,
2394:12

mystical [6] - 2349:24,
2395:5, 2395:11,
2396:4, 2396:18,
2397:1
mysticism [1] -
2397:22

# N

naked [2] - 2422:7,
2423:10
name [16] - 2275:4,
2291:12, 2301:19,
2301:20, 2302:19,
2316:5, 2316:6,
2316:14, 2329:6,
2357:15, 2357:19,
2360:2, 2404:25,
2411:25, 2415:14,
2436:24
named [3] - 2281:20,
2324:9, 2420:18
names [2] - 2281:7,
2317:1
Nancy [20] - 2318:9,
2318:20, 2353:13,
2353:23, 2355:2,
2355:13, 2355:17,
2357:3, 2359:11,
2360:4, 2426:7,
2442:21, 2442:23,
2445:14, 2445:20,
2446:8, 2447:5,
2447:9, 2455:4,
2471:3
Nancy's [5] - 2422:19,
2469:6, 2469:7,
2470:18, 2471:10
nap [1] - 2417:6
napped [2] - 2417:7,
2417:8
napping [1] - 2417:12
Natalie [2] - 2357:15,
2357:17
natural [4] - 2374:18,
2377:5, 2378:8,
2378:25
nature [14] - 2309:16,
2348:19, 2351:24,
2371:2, 2374:10,
2395:11, 2415:7,
2444:20, 2444:22,
2455:2, 2456:21,
2459:11, 2472:2,
2474:8
navigate [2] - 2339:14,
2369:14
necessarily [2] -
2339:12, 2455:2
need [18] - 2276:18,

2276:19, 2321:3,
2321:4, 2335:24,
2354:2, 2380:4,
2384:23, 2386:10,
2386:15, 2402:6,
2410:13, 2441:20,
2453:10, 2453:15,
2457:14, 2476:5
needed [34] - 2321:5,
2326:22, 2353:4,
2353:12, 2353:13,
2358:1, 2358:11,
2358:13, 2359:3,
2375:7, 2379:3,
2379:7, 2379:20,
2380:3, 2380:5,
2380:6, 2383:14,
2384:7, 2399:3,
2399:5, 2399:8,
2426:20, 2432:24,
2433:1, 2437:6,
2439:21, 2442:8,
2443:17, 2453:17,
2453:18, 2455:13
needless [1] - 2288:17
needs [5] - 2311:10,
2441:7, 2441:10,
2453:18, 2466:15
negative [7] - 2299:4,
2302:9, 2359:5,
2369:23, 2371:4,
2374:24, 2375:10
nerdy [2] - 2288:18,
2308:13
nerve [1] - 2414:1
nervous [5] - 2296:19,
2355:18, 2355:19,
2355:22, 2413:1
neurolinguistic [1] -
2298:23
neutral [2] - 2349:7
neutralize [1] -
2455:11
Nevares [2] - 2447:21,
2451:2
never [27] - 2304:17,
2306:21, 2312:5,
2319:6, 2340:2,
2352:8, 2354:25,
2367:15, 2367:16,
2388:15, 2394:12,
2394:19, 2400:8,
2407:16, 2415:13,
2415:23, 2415:24,
2417:7, 2418:2,
2418:4, 2454:13,
2454:19, 2461:2,
2472:14
new [6] - 2293:2,
2293:7, 2424:5,

2424:11, 2428:20,
2477:19
NEW [2] - 2272:1,
2472:15
New [17] - 2272:6,
2272:16, 2272:20,
2272:23, 2281:5,
2308:17, 2308:18,
2308:20, 2308:21,
2308:22, 2322:10,
2324:23, 2328:17,
2399:21, 2465:12
newscaster [1] -
2397:10
newspapers [1] -
2478:5
next [31] - 2274:13,
2275:3, 2279:15,
2283:11, 2283:14,
2299:25, 2307:2,
2309:1, 2341:4,
2352:17, 2352:18,
2352:24, 2353:10,
2353:22, 2357:23,
2370:11, 2379:21,
2383:1, 2383:2,
2386:11, 2386:15,
2393:20, 2393:21,
2403:8, 2412:23,
2420:17, 2420:18,
2420:19, 2440:8,
2444:3
nice [1] - 2426:9
nICHOLAS [1] -
2344:10
NICHOLAS [1] -
2272:12
Nicholas [1] - 2386:3
nickname [4] -
2449:6, 2449:15,
2467:17, 2471:25
nicknamed [1] -
2378:19
nicknames [6] -
2448:18, 2448:19,
2448:22, 2449:8,
2467:24, 2467:25
night [14] - 2328:8,
2332:8, 2332:9,
2332:13, 2333:7,
2374:7, 2416:6,
2416:25, 2417:1,
2417:2, 2426:18,
2455:21, 2455:23
nightclubs [1] -
2293:18
nights [2] - 2332:7,
2332:23
ninth [1] - 2443:13
nirvana [1] - 2303:19

**NLP** [3] - 2298:22, 2298:25
**Noble** [1] - 2431:14
**nobody** [5] - 2357:9, 2393:8, 2393:9, 2401:18, 2463:14
**none** [1] - 2409:4
**None** [1] - 2480:2
**nonetheless** [1] - 2358:21
**Norelco** [3] - 2378:19, 2378:20, 2378:21
**norelco** [1] - 2378:24
**normal** [3] - 2293:10, 2315:23, 2356:5
**Normal** [1] - 2329:20
**normally** [1] - 2415:5
**North** [1] - 2273:4
**nose** [1] - 2462:3
**not-so-basic** [1] - 2442:12
**notable** [1] - 2349:12
**note** [3] - 2274:23, 2424:20, 2458:18
**Note** [1] - 2445:22
**notebook** [1] - 2288:22
**notes** [2] - 2405:22, 2457:10
**nothing** [9] - 2303:19, 2310:3, 2322:8, 2353:7, 2381:9, 2394:14, 2433:9, 2462:4, 2467:3
**Nothing** [1] - 2480:6
**notice** [7] - 2297:22, 2386:24, 2433:16, 2433:18, 2459:19, 2461:13, 2463:7
**noticed** [3] - 2274:16, 2347:20, 2376:2
**notices** [1] - 2433:20
**noticing** [1] - 2423:2
**noting** [1] - 2290:24
**notion** [1] - 2358:5
**novel** [1] - 2430:13
**November** [1] - 2281:17
**nucleus** [1] - 2292:11
**number** [7] - 2280:21, 2314:20, 2320:21, 2321:13, 2362:13, 2428:8, 2476:5
**numbers** [3] - 2297:6, 2440:2, 2441:16
**nuts** [3] - 2327:17, 2460:15, 2460:18
**NW** [1] - 2273:8
**NXIVM** [7] - 2280:15, 2280:17, 2282:7,

2283:1, 2308:16, 2448:23, 2448:24
**NY** [1] - 2273:13

## O

**O'Connor** [1] - 2439:4
**oath** [4] - 2276:5, 2345:5, 2387:12, 2435:25
**object** [4] - 2449:18, 2456:14, 2471:14, 2472:7
**objection** [6] - 2285:19, 2362:15, 2425:11, 2437:13, 2437:16, 2480:1
**objective** [1] - 2374:5
**observe** [5] - 2415:16, 2449:21, 2452:21, 2459:13, 2462:19
**observed** [3] - 2452:4, 2473:21
**obsession** [1] - 2399:18
**obtain** [1] - 2367:6
**obtaining** [1] - 2432:25
**obviously** [7] - 2293:4, 2327:20, 2379:15, 2395:21, 2401:25, 2461:24, 2466:22
**occasion** [1] - 2332:15
**occasions** [3] - 2330:13, 2418:13, 2460:16
**occupied** [1] - 2427:9
**occupying** [1] - 2428:25
**occur** [1] - 2274:25
**occurs** [2] - 2344:12, 2386:5
**October** [6] - 2280:12, 2314:10, 2361:5, 2380:15, 2408:16, 2408:24
**odd** [6] - 2359:16, 2359:17, 2436:12, 2455:25, 2459:14
**OF** [4] - 2272:1, 2272:4, 2272:11, 2272:15
**of..** [2] - 2287:17, 2374:25
**offensive** [1] - 2392:13
**offer** [6] - 2275:22, 2309:16, 2311:14,

2327:4, 2337:8, 2338:2
**offered** [7] - 2326:8, 2326:10, 2436:14, 2437:7, 2470:4, 2471:8, 2471:9
**offering** [2] - 2328:19, 2337:25
**office** [25] - 2294:25, 2296:8, 2319:15, 2324:22, 2324:23, 2325:1, 2325:2, 2325:11, 2336:16, 2342:10, 2342:17, 2345:9, 2345:10, 2346:16, 2347:3, 2347:6, 2357:24, 2359:12, 2370:11, 2381:17, 2382:1, 2399:24, 2412:15
**offices** [2] - 2381:19, 2381:25
**OFFICIAL** [1] - 2273:12
**often** [3] - 2332:10, 2391:22, 2458:16
**oftentimes** [1] - 2416:20
**old** [22] - 2280:9, 2280:10, 2280:19, 2282:13, 2282:14, 2286:17, 2286:18, 2288:9, 2300:5, 2301:13, 2310:18, 2314:8, 2317:3, 2317:7, 2341:18, 2365:6, 2382:5, 2412:16, 2412:17, 2465:15, 2468:14, 2477:22
**older** [9] - 2281:9, 2281:13, 2285:7, 2287:9, 2287:13, 2292:14, 2292:25, 2293:22, 2412:17
**Omar** [2] - 2307:7, 2469:16
**omitted** [1] - 2445:23
**on-campus** [1] - 2299:19
**once** [12] - 2318:17, 2321:19, 2378:14, 2389:18, 2392:15, 2394:4, 2395:24, 2397:7, 2398:12, 2443:7, 2458:2, 2461:15
**one** [128] - 2274:18, 2276:10, 2281:14, 2283:9, 2287:19,

2288:4, 2289:6, 2289:7, 2289:12, 2290:19, 2291:7, 2291:9, 2295:16, 2296:10, 2300:19, 2304:1, 2305:8, 2310:4, 2311:5, 2312:2, 2316:10, 2318:14, 2321:20, 2321:21, 2324:24, 2324:25, 2325:10, 2328:8, 2328:9, 2329:18, 2329:20, 2330:13, 2332:2, 2332:6, 2335:23, 2336:25, 2337:4, 2343:5, 2343:10, 2346:3, 2348:5, 2350:18, 2350:19, 2350:25, 2351:3, 2355:10, 2358:25, 2359:7, 2361:18, 2363:20, 2365:17, 2365:23, 2366:6, 2366:11, 2369:18, 2369:25, 2370:3, 2378:6, 2378:23, 2381:25, 2383:9, 2386:12, 2388:4, 2390:11, 2391:16, 2393:21, 2394:13, 2399:12, 2400:25, 2406:19, 2409:20, 2411:3, 2415:23, 2415:24, 2418:15, 2422:23, 2422:24, 2422:25, 2423:7, 2424:2, 2424:18, 2426:17, 2428:25, 2429:10, 2429:24, 2433:3, 2433:15, 2433:20, 2436:21, 2438:18, 2439:12, 2440:8, 2440:11, 2440:13, 2442:2, 2442:9, 2443:22, 2444:3, 2444:4, 2444:6, 2447:9, 2449:5, 2452:5, 2453:3, 2453:13, 2458:7, 2460:12, 2460:16, 2463:16, 2464:1, 2466:13, 2466:17, 2468:2, 2469:12, 2471:7, 2472:1, 2472:24, 2477:18, 2477:21, 2479:2
**One** [2] - 2273:3, 2479:18
**one-on-one** [1] -

2336:25
**ones** [8] - 2295:4, 2321:22, 2430:10, 2432:2, 2432:3, 2442:7, 2449:3, 2449:11
**Oops** [1] - 2366:4
**open** [10] - 2279:1, 2332:5, 2344:3, 2344:9, 2370:16, 2374:14, 2385:13, 2386:2, 2392:20, 2477:17
**opened** [3] - 2337:22, 2405:4, 2405:7
**openly** [1] - 2400:10
**operate** [2] - 2415:18, 2415:21
**operated** [1] - 2462:25
**operates** [1] - 2415:15
**opinion** [3] - 2334:11, 2374:5, 2451:24
**opportunity** [9] - 2313:7, 2332:6, 2333:5, 2449:20, 2454:14, 2454:17, 2454:18, 2466:9, 2471:3
**opposed** [1] - 2393:18
**opposing** [1] - 2454:16
**opposite** [4] - 2299:3, 2299:5, 2342:7, 2354:24
**option** [1] - 2395:23
**options** [2] - 2290:15, 2290:16
**oral** [10] - 2382:12, 2391:20, 2392:10, 2393:7, 2394:11, 2395:20, 2401:19, 2420:8, 2422:6, 2460:17
**Order** [1] - 2439:15
**order** [5] - 2297:18, 2297:22, 2429:2, 2442:12, 2462:14
**ordered** [2] - 2479:13, 2480:3
**ordering** [1] - 2428:19
**organism** [1] - 2446:2
**organization** [8] - 2280:15, 2280:22, 2428:13, 2428:17, 2433:21, 2442:24, 2443:10
**organize** [3] - 2325:25, 2429:5, 2429:7
**organized** [3] -

2425:4, 2429:1, 2441:3
**organizing** [1] - 2424:25
**orgasm** [3] - 2394:19, 2394:20, 2394:21
**orientation** [2] - 2458:10, 2458:13
**oriented** [1] - 2296:20
**original** [1] - 2443:22
**otherwise** [2] - 2274:25, 2386:16
**ought** [1] - 2443:24
**ourselves** [1] - 2289:10
**outgoing** [1] - 2365:16
**outline** [1] - 2445:24
**outlines** [3] - 2438:5, 2438:7, 2438:11
**output** [1] - 2306:19
**outside** [5] - 2285:13, 2344:12, 2386:5, 2478:6, 2478:13
**overall** [1] - 2307:9
**overheard** [1] - 2274:19
**overnight** [1] - 2330:16
**overruled** [2] - 2471:16, 2472:8
**overweight** [3] - 2379:11, 2379:15, 2394:3
**owed** [1] - 2419:18
**own** [8] - 2293:2, 2342:13, 2358:20, 2359:7, 2374:3, 2401:7, 2407:16, 2458:3
**owned** [3] - 2322:7, 2389:17, 2392:3
**ownership** [2] - 2389:18, 2389:19

## P

**P.C** [1] - 2272:19
**pace** [1] - 2306:1
**pack** [1] - 2321:12
**package** [1] - 2296:11
**Padilla** [1] - 2307:6
**PAGE** [1] - 2481:3
**page** [18] - 2276:21, 2278:19, 2299:25, 2323:15, 2340:9, 2351:18, 2359:22, 2377:7, 2390:16, 2421:23, 2431:18, 2439:24, 2440:2, 2440:15, 2440:18,

2446:17, 2464:9, 2478:25
**pages** [5] - 2440:5, 2440:6, 2440:10, 2441:12
**paid** [22] - 2326:2, 2326:5, 2326:9, 2326:11, 2326:13, 2326:14, 2326:16, 2326:19, 2327:7, 2347:17, 2345:18, 2346:5, 2346:8, 2346:24, 2359:13, 2425:5, 2430:19, 2430:21, 2436:6, 2436:17, 2448:16
**painful** [1] - 2371:4
**palm** [1] - 2376:3
**Pam** [30] - 2318:7, 2320:2, 2320:6, 2330:15, 2330:16, 2330:20, 2330:23, 2331:2, 2331:16, 2390:9, 2392:4, 2414:15, 2417:3, 2424:18, 2427:21, 2447:20, 2450:20, 2451:12, 2455:8, 2455:13, 2460:2, 2460:3, 2461:14, 2461:21, 2461:23, 2462:23, 2463:2
**pan** [1] - 2470:6
**panic** [1] - 2413:14
**panties** [1] - 2423:16
**pants** [8] - 2391:14, 2393:6, 2412:22, 2418:7, 2423:8, 2423:12, 2423:16, 2452:11
**paper** [5] - 2305:2, 2361:21, 2405:12, 2474:7, 2474:8
**papers** [2] - 2405:11, 2424:24
**paragraph** [3] - 2440:4, 2440:8, 2441:15
**paralegal** [1] - 2274:7
**paranoid** [1] - 2347:19
**parent** [1] - 2316:17
**parent's** [1] - 2300:2
**parents** [46] - 2284:16, 2285:9, 2285:10, 2289:3, 2298:9, 2298:13, 2298:18, 2299:9, 2299:10, 2300:7, 2300:10, 2300:16, 2301:5, 2311:24, 2312:1,

2312:2, 2312:15, 2313:24, 2314:3, 2314:16, 2314:18, 2315:9, 2316:5, 2322:3, 2327:20, 2328:1, 2328:7, 2328:13, 2328:15, 2349:9, 2354:22, 2357:23, 2368:15, 2368:19, 2368:20, 2369:14, 2369:17, 2369:19, 2369:20, 2370:5, 2370:8, 2370:20, 2465:6, 2465:24, 2470:25
**parents'** [4] - 2299:22, 2369:2, 2370:20, 2371:10
**Park** [2] - 2281:5, 2466:5
**part** [30] - 2290:3, 2291:20, 2292:10, 2294:23, 2300:24, 2302:5, 2313:2, 2317:19, 2317:20, 2320:15, 2320:24, 2335:8, 2339:9, 2343:19, 2353:6, 2354:11, 2358:12, 2396:9, 2400:15, 2400:18, 2406:6, 2420:10, 2432:11, 2450:14, 2450:17, 2451:11, 2454:8, 2461:10, 2465:3
**partaking** [1] - 2415:4
**participants** [2] - 2310:18, 2317:8
**participate** [4] - 2289:1, 2333:12, 2418:9, 2422:2
**participated** [1] - 2426:15
**participating** [7] - 2310:21, 2414:25, 2419:19, 2419:22, 2419:23, 2420:6, 2420:12
**particular** [15] - 2292:12, 2295:16, 2295:22, 2304:22, 2328:6, 2337:10, 2345:20, 2350:14, 2354:8, 2363:19, 2370:4, 2370:7, 2375:17, 2407:7, 2419:9
**particularly** [3] - 2304:19, 2318:17, 2473:12

**parties** [1] - 2478:20
**parts** [3] - 2300:8, 2417:14, 2442:2
**partying** [3] - 2293:11, 2293:17, 2328:4
**Pascal** [1] - 2310:11
**passionate** [1] - 2371:15
**past** [3] - 2304:11, 2367:10, 2439:20
**path** [2] - 2334:9, 2337:22
**Paul** [5] - 2274:10, 2296:7, 2296:17, 2296:23, 2313:3
**PAUL** [1] - 2272:24
**Pause** [1] - 2274:2
**paused** [1] - 2313:9
**pay** [5] - 2326:17, 2326:23, 2331:2, 2346:22, 2354:2
**paying** [3] - 2329:11, 2402:21, 2420:9
**payment** [5] - 2325:9, 2345:16, 2346:3, 2346:7, 2346:9
**Paypal** [1] - 2436:23
**pays** [1] - 2346:10
**peace** [1] - 2305:13
**peck** [1] - 2371:15
**penalty** [1] - 2408:20
**penetrate** [3] - 2382:21, 2383:15, 2383:24
**penetrated** [2] - 2383:13, 2383:20
**penis** [1] - 2391:15
**Pennsylvania** [1] - 2273:8
**PENZA** [57] - 2272:17, 2274:4, 2275:5, 2275:9, 2279:3, 2279:9, 2279:17, 2279:21, 2280:6, 2282:2, 2282:5, 2285:15, 2285:25, 2324:1, 2338:23, 2339:2, 2341:1, 2345:6, 2345:8, 2360:1, 2362:10, 2362:14, 2378:1, 2385:9, 2386:13, 2386:20, 2386:25, 2387:10, 2387:13, 2387:18, 2403:12, 2403:19, 2422:1, 2424:5, 2424:7, 2425:7, 2425:10, 2425:16, 2425:18, 2432:1, 2435:12,

2436:1, 2437:10, 2437:15, 2437:21, 2444:2, 2447:2, 2465:1, 2471:17, 2476:4, 2476:6, 2476:8, 2477:11, 2479:16, 2479:21, 2480:4, 2481:6
**Penza** [3] - 2274:4, 2435:10, 2435:23
**people** [85] - 2280:22, 2287:21, 2291:18, 2291:21, 2291:22, 2293:15, 2295:25, 2302:4, 2302:5, 2302:6, 2302:11, 2302:12, 2302:16, 2306:3, 2307:7, 2307:9, 2307:12, 2308:13, 2310:21, 2312:15, 2312:16, 2314:20, 2315:1, 2316:20, 2316:25, 2317:16, 2318:10, 2318:11, 2318:15, 2320:12, 2320:22, 2321:5, 2322:15, 2322:17, 2322:18, 2322:23, 2328:19, 2333:12, 2346:24, 2352:5, 2355:8, 2355:10, 2356:14, 2356:21, 2357:7, 2357:10, 2357:13, 2359:8, 2359:17, 2369:20, 2397:3, 2397:25, 2401:6, 2401:9, 2402:4, 2402:18, 2405:14, 2411:5, 2415:18, 2420:25, 2421:1, 2421:13, 2432:17, 2434:19, 2436:17, 2436:19, 2441:13, 2442:20, 2449:25, 2450:12, 2450:14, 2450:25, 2451:23, 2456:20, 2460:12, 2460:13, 2460:24, 2467:15, 2470:2
**People** [1] - 2333:8
**people's** [2] - 2397:15, 2436:15
**per** [1] - 2444:21
**perceived** [1] - 2456:17
**perception** [1] - 2302:13
**perfect** [3] - 2285:1,

2285:12, 2288:17

**perfectly** [2] - 2335:7, 2374:24

**perform** [1] - 2392:10

**perhaps** [6] - 2285:10, 2292:7, 2292:8, 2306:8, 2341:17, 2393:13

**period** [25] - 2282:19, 2282:22, 2306:5, 2320:5, 2321:12, 2329:9, 2332:4, 2342:8, 2346:18, 2358:2, 2361:17, 2366:21, 2368:18, 2368:20, 2368:25, 2393:16, 2393:18, 2393:20, 2398:14, 2400:24, 2420:24, 2422:10, 2422:18, 2426:18, 2465:3

**periods** [4] - 2282:20, 2381:9, 2461:4, 2461:5

**permission** [1] - 2479:23

**permit** [1] - 2398:1

**person** [26] - 2276:5, 2301:18, 2303:8, 2304:1, 2307:25, 2317:14, 2324:7, 2348:5, 2348:6, 2348:13, 2351:19, 2351:22, 2356:4, 2356:5, 2357:14, 2358:19, 2360:10, 2379:15, 2379:17, 2383:10, 2411:15, 2415:14, 2418:14, 2421:12

**person's** [1] - 2454:25

**personal** [8] - 2320:9, 2322:22, 2333:3, 2333:6, 2373:22, 2404:25, 2422:19

**Peters** [5] - 2448:1, 2448:2, 2448:3, 2448:4, 2448:10

**philosophical** [2] - 2439:16, 2444:6

**philosophy** [3] - 2444:12, 2444:19

**Phoenix** [1] - 2273:4

**phone** [15] - 2296:6, 2296:23, 2313:14, 2318:5, 2353:11, 2362:8, 2373:7, 2379:24, 2401:7, 2409:10, 2409:11, 2450:2, 2457:13,

2462:25, 2478:9

**photo** [8] - 2275:10, 2286:4, 2286:6, 2286:17, 2474:23, 2474:25, 2475:22, 2476:9

**Photoshop** [1] - 2477:3

**Photoshop-like** [1] - 2477:3

**PHP** [3] - 2323:8, 2323:11, 2324:10

**phrase** [2] - 2341:9, 2412:9

**physical** [3] - 2358:21, 2358:22, 2446:3

**physics** [1] - 2432:10

**piano** [4] - 2289:18, 2424:24, 2427:8, 2427:9

**pick** [5] - 2295:17, 2379:24, 2389:25, 2456:22, 2461:21

**picked** [6] - 2333:11, 2381:14, 2390:2, 2390:4, 2442:8

**picture** [9] - 2286:10, 2302:25, 2411:24, 2423:9, 2423:10, 2423:13, 2423:20, 2465:9, 2465:11

**pictured** [2] - 2306:17

**pictures** [6] - 2294:15, 2422:7, 2423:14, 2424:1, 2475:25

**pie** [6] - 2463:19, 2463:21, 2463:22, 2463:25, 2464:3

**piece** [2] - 2474:7, 2474:8

**pig** [2] - 2424:17, 2463:3

**pill** [3] - 2393:24, 2394:1, 2394:2

**pills** [2] - 2380:9, 2380:10

**pinata** [1] - 2328:10

**pizza** [1] - 2304:8

**place** [10] - 2297:24, 2314:24, 2321:23, 2322:16, 2329:2, 2339:23, 2381:15, 2392:17, 2420:25, 2470:23

**placed** [1] - 2471:6

**places** [4] - 2294:25, 2324:25, 2329:5, 2392:21

**plain** [1] - 2315:24

**plan** [30] - 2287:16,

2294:12, 2296:2, 2297:18, 2311:5, 2313:25, 2314:3, 2322:2, 2359:4, 2359:6, 2409:17, 2409:24, 2410:1, 2410:8, 2410:11, 2410:12, 2410:21, 2410:25, 2411:9, 2411:15, 2411:20, 2411:21, 2428:13, 2428:17, 2455:17, 2467:4, 2467:7, 2469:5

**plane** [3] - 2407:2, 2407:3, 2407:18

**planned** [1] - 2341:18

**planning** [2] - 2313:24, 2401:8

**plans** [7] - 2287:4, 2290:13, 2300:14, 2309:12, 2327:22, 2334:20, 2337:14

**play** [2] - 2331:10, 2451:24

**played** [3] - 2289:9, 2333:11, 2468:7

**playful** [7] - 2365:4, 2365:6, 2366:25, 2378:21, 2416:12, 2458:21

**playfully** [1] - 2366:5

**playing** [5] - 2331:1, 2332:24, 2401:10, 2402:21, 2468:25

**Plaza** [12] - 2272:16, 2273:13, 2381:15, 2381:16, 2381:21, 2381:22, 2387:19, 2389:20, 2391:2, 2391:6, 2391:17, 2393:11

**plea** [3] - 2275:16, 2276:5, 2276:6

**pleasantly** [1] - 2296:9

**pleased** [2] - 2335:11, 2336:5

**plenty** [1] - 2386:23

**plotted** [1] - 2415:22

**plotting** [1] - 2409:19

**plug** [1] - 2324:7

**podcasts** [1] - 2478:5

**poetry** [1] - 2474:4

**point** [54] - 2282:10, 2289:19, 2297:25, 2298:16, 2300:14, 2301:1, 2303:19, 2311:2, 2312:11, 2313:17, 2315:9, 2317:15, 2321:2,

2327:8, 2327:10, 2328:14, 2331:12, 2334:7, 2345:21, 2346:20, 2346:22, 2354:14, 2359:6, 2361:10, 2364:18, 2368:5, 2368:11, 2368:15, 2369:2, 2369:7, 2373:24, 2375:13, 2383:16, 2383:17, 2383:18, 2393:13, 2394:9, 2394:11, 2398:4, 2417:2, 2418:9, 2419:4, 2424:14, 2430:3, 2430:17, 2436:13, 2441:6, 2443:21, 2447:18, 2448:9, 2449:1, 2455:5, 2458:7, 2461:2

**pointed** [1] - 2393:1

**pointing** [3] - 2276:11, 2366:12, 2452:13

**points** [1] - 2282:6

**poked** [1] - 2458:16

**popular** [2] - 2293:16, 2449:5

**population** [2] - 2284:14, 2432:2

**position** [4] - 2350:10, 2423:22, 2423:25, 2436:9

**positively** [1] - 2339:12

**possibility** [3] - 2352:1, 2352:2, 2479:7

**possibly** [1] - 2276:10

**post** [2] - 2404:14, 2436:25

**postsomeoneelsess ecret.com** [2] - 2404:11, 2404:12

**potential** [2] - 2306:13, 2408:2

**pounds** [1] - 2380:6

**power** [1] - 2397:13

**powers** [1] - 2397:1

**precise** [5] - 2335:4, 2389:24, 2430:14, 2441:5, 2441:9

**precisely** [1] - 2334:14

**precision** [1] - 2445:25

**prefect** [1] - 2471:4

**Prefect's** [1] - 2370:11

**preference** [2] - 2378:7, 2378:11

**preparing** [1] - 2293:2

**presence** [4] - 2316:2, 2344:12, 2386:5, 2450:22

**present** [5] - 2344:11, 2386:4, 2397:5, 2414:23

**presentation** [2] - 2440:25, 2441:1

**presented** [3] - 2305:23, 2395:13, 2471:2

**presiding** [2] - 2344:10, 2386:3

**pretended** [1] - 2418:4

**pretty** [19] - 2285:14, 2288:18, 2292:13, 2293:13, 2307:21, 2310:10, 2322:15, 2341:24, 2341:25, 2355:17, 2367:23, 2396:19, 2404:10, 2420:15, 2451:6, 2451:9, 2461:5

**preventive** [1] - 2287:21

**previously** [2] - 2345:2, 2387:15

**pride** [1] - 2460:22

**prideful** [1] - 2453:1

**primarily** [1] - 2281:4

**primitive** [1] - 2379:17

**principle** [1] - 2454:15

**printed** [2] - 2295:3, 2428:1

**privacy** [1] - 2375:6

**private** [5] - 2285:2, 2374:3, 2407:2, 2407:3, 2407:18

**privileges** [1] - 2459:22

**problem** [6] - 2274:24, 2310:9, 2341:23, 2420:21, 2441:16, 2471:9

**problematic** [1] - 2399:2

**problems** [11] - 2305:18, 2341:20, 2342:22, 2342:23, 2343:1, 2343:5, 2343:19, 2365:16, 2444:16, 2452:21

**procedure** [1] - 2345:13

**proceed** [1] - 2279:2

**proceeded** [3] - 2305:5, 2305:8

**proceeding** [4] - 2275:16, 2275:18, 2275:19, 2275:20

Proceedings [1] - 2273:16

proceedings [2] - 2274:2, 2275:22

process [4] - 2339:20, 2400:7, 2438:25, 2478:14

processes [2] - 2433:18, 2439:13

processing [2] - 2345:14, 2372:9

proctor [1] - 2317:13

prodding [1] - 2374:17

produced [1] - 2273:16

producing [1] - 2457:9

professional [1] - 2423:1

program [22] - 2290:2, 2290:4, 2291:6, 2291:10, 2291:12, 2291:15, 2291:23, 2292:18, 2294:23, 2294:24, 2297:25, 2298:11, 2298:15, 2298:20, 2300:19, 2310:8, 2310:9, 2310:10, 2396:21, 2396:23, 2446:10

Program [1] - 2298:1

programming [16] - 2298:23, 2310:2, 2310:4, 2310:11, 2310:12, 2311:17, 2323:7, 2323:8, 2323:13, 2324:3, 2324:12, 2325:21, 2337:17, 2450:24, 2470:5

programs [5] - 2290:9, 2291:3, 2291:8, 2298:14, 2298:17

progress [5] - 2374:10, 2426:19, 2438:11, 2438:12, 2439:25

progressed [2] - 2309:5, 2366:20

progression [2] - 2305:15, 2305:20

progressively [1] - 2358:15

projects [2] - 2419:2

promoted [1] - 2314:21

proof [1] - 2275:22

properly [1] - 2379:14

properties [2] -

property [2] - 2396:5, 2426:3

proposed [1] - 2479:4

protection [2] - 2383:11, 2383:13

proud [1] - 2289:8

provide [7] - 2281:7, 2283:4, 2283:7, 2383:25, 2411:1, 2434:22, 2443:17

provided [2] - 2275:23, 2339:8

psychology [1] - 2444:19

pubic [2] - 2376:24, 2378:5

public [1] - 2370:16

published [18] - 2286:1, 2362:20, 2425:17, 2427:24, 2429:17, 2437:24, 2443:9, 2445:12, 2447:4, 2447:8, 2474:21, 2475:9, 2475:24, 2476:11, 2476:15, 2476:19, 2476:22, 2477:5

pull [3] - 2342:2, 2342:3, 2457:1

pulled [3] - 2391:14, 2415:8, 2452:11

pulling [1] - 2423:12

punished [4] - 2407:23, 2456:16, 2461:2, 2461:3

punishment [8] - 2354:5, 2354:19, 2355:6, 2358:2, 2360:16, 2456:13, 2457:17

purchased [4] - 2324:25, 2426:3, 2426:5, 2470:12

pure [1] - 2368:4

purple [1] - 2370:12

purpose [1] - 2334:16

push [3] - 2306:3, 2342:16, 2367:2

pushed [1] - 2326:21

pushing [1] - 2340:5

pushy [2] - 2318:24, 2341:7

pussy [1] - 2376:25

put [25] - 2275:24, 2283:16, 2294:17, 2311:15, 2311:20, 2346:15, 2347:9, 2347:23, 2347:25, 2348:9, 2350:18,

2351:7, 2351:16, 2353:5, 2353:6, 2391:12, 2412:24, 2415:14, 2429:2, 2429:6, 2450:23, 2452:25, 2459:16, 2463:18, 2474:15

putting [4] - 2325:9, 2358:4, 2411:21, 2429:18

puzzles [3] - 2342:14, 2342:15, 2345:22

Pyramid [2] - 2314:24, 2321:20

## Q

quadratic [1] - 2335:1

qualified [1] - 2445:24

QUARLES [2] - 2273:3, 2273:7

questioning [4] - 2276:2, 2353:24, 2394:21

questionnaire [1] - 2478:17

questions [21] - 2296:20, 2310:5, 2332:5, 2334:14, 2334:15, 2339:6, 2339:9, 2339:17, 2367:5, 2367:7, 2367:8, 2367:9, 2374:20, 2384:11, 2400:4, 2413:3, 2413:10, 2413:12

quick [2] - 2372:1, 2439:8

quickly [3] - 2361:9, 2417:11, 2424:25

quinceanera [1] - 2475:19

quirk [1] - 2315:22

quite [6] - 2284:13, 2310:23, 2331:25, 2342:6, 2406:2, 2467:23

quote/unquote [1] - 2466:17

## R

racing [3] - 2329:22, 2329:24, 2347:21

radio [1] - 2478:5

raggy [2] - 2382:7, 2474:5

raise [1] - 2354:23

raised [3] - 2284:8, 2347:7, 2388:2

Ramadan [1] - 2386:7

ran [2] - 2335:19, 2399:23

random [1] - 2346:18

range [3] - 2390:3, 2431:12, 2445:5

ranged [1] - 2431:5

RANIERE [1] - 2272:7

Raniere [8] - 2274:11, 2281:20, 2281:22, 2302:20, 2304:3, 2305:24, 2365:12, 2409:16

Raniere's [1] - 2314:1

rank [6] - 2307:14, 2314:14, 2314:16, 2317:14, 2317:17, 2317:22

ranking [1] - 2307:12

ranks [3] - 2314:13, 2320:16, 2320:17

Rapidly [1] - 2325:7

rather [3] - 2339:13, 2430:16, 2456:21, 2469:4

ratio [1] - 2379:14

re [1] - 2429:16

re-save [1] - 2429:16

reach [1] - 2303:19

react [4] - 2303:22, 2355:18, 2451:25, 2454:19

reacted [1] - 2372:24

reaction [4] - 2349:13, 2349:14, 2372:1, 2460:23

read [24] - 2323:12, 2425:19, 2430:15, 2432:3, 2434:10, 2434:15, 2437:25, 2438:23, 2439:7, 2439:8, 2439:23, 2440:11, 2441:3, 2441:11, 2441:21, 2442:8, 2442:9, 2442:14, 2444:10, 2445:19, 2474:12, 2478:4, 2478:12, 2478:13

reading [4] - 2430:16, 2432:23, 2442:10, 2442:13

reads [1] - 2404:3

ready [2] - 2290:14, 2427:20

reaffirmed [1] - 2350:2

real [5] - 2306:22, 2306:23, 2357:3, 2359:18, 2360:2

realizations [1] -

2453:17

realize [1] - 2388:21

realized [4] - 2285:10, 2336:17, 2397:10, 2397:14

realizing [1] - 2337:15

really [93] - 2284:8, 2288:16, 2288:25, 2290:16, 2290:23, 2299:3, 2299:20, 2304:18, 2305:21, 2306:2, 2306:12, 2307:25, 2310:24, 2311:4, 2311:6, 2315:2, 2315:21, 2320:25, 2322:8, 2326:14, 2329:23, 2330:19, 2334:3, 2335:25, 2336:14, 2347:22, 2348:10, 2350:16, 2351:3, 2354:5, 2354:10, 2356:18, 2361:25, 2363:16, 2366:13, 2374:17, 2377:1, 2378:22, 2382:11, 2388:22, 2392:13, 2401:15, 2405:10, 2413:13, 2416:4, 2416:14, 2418:20, 2419:23, 2420:6, 2427:13, 2439:22, 2439:23, 2440:12, 2441:14, 2442:4, 2450:22, 2451:8, 2452:12, 2453:1, 2454:18, 2457:18, 2458:20, 2460:17, 2460:22, 2461:4, 2462:3, 2462:5, 2462:14, 2462:15, 2462:18, 2464:2, 2466:2, 2466:3, 2470:13, 2470:15, 2470:16, 2471:2, 2473:6, 2473:21, 2473:23, 2474:4, 2474:7, 2474:11

reason [9] - 2303:17, 2333:1, 2384:20, 2394:1, 2397:19, 2407:24, 2408:3, 2408:4, 2411:12

reasoning [1] - 2470:22

reasons [4] - 2395:12, 2395:13, 2408:5

rebuilt [1] - 2426:6

receive [3] - 2295:14, 2338:15, 2346:25

**received** [13] -
2274:14, 2285:21,
2296:6, 2296:23,
2324:19, 2362:18,
2373:7, 2403:17,
2403:18, 2425:13,
2425:14, 2429:11,
2437:18
**receiving** [1] -
2310:25
**Recess** [2] - 2344:8,
2435:17
**recess** [1] - 2385:19
**reciprocate** [1] -
2371:16
**reciprocated** [2] -
2371:8, 2394:12
**recognize** [3] -
2286:4, 2362:23,
2474:23
**recognized** [1] -
2336:20
**record** [3] - 2282:2,
2402:7, 2403:8
**recorded** [1] - 2273:16
**recorders** [1] -
2402:17
**recording** [4] -
2402:16, 2402:18,
2403:11, 2463:18
**recount** [1] - 2419:8
**recounted** [1] - 2397:7
**recounting** [1] -
2416:13
**recreating** [1] -
2305:17
**red** [1] - 2282:1
**refer** [2] - 2391:23,
2429:14
**reference** [4] -
2439:20, 2440:13,
2472:11, 2472:12
**referenced** [2] -
2428:8, 2442:3
**references** [1] -
2396:25
**referencing** [1] -
2442:11
**referred** [1] - 2449:13
**referring** [3] -
2391:24, 2451:19,
2452:20
**refined** [1] - 2358:8
**reflect** [1] - 2282:2
**refreshed** [1] -
2306:21
**refrigerator** [4] -
2463:3, 2463:13,
2463:17, 2463:20
**refrigerators** [1] -

2325:24
**refuse** [2] - 2313:4,
2313:12
**refused** [1] - 2424:20
**regard** [1] - 2395:9
**Regarding** [1] -
2442:25
**regarding** [5] -
2394:6, 2395:2,
2401:22, 2443:16,
2458:23
**regards** [1] - 2395:6
**register** [2] - 2436:23,
2436:24
**regret** [1] - 2473:7
**regular** [2] - 2328:20,
2393:23
**regularly** [3] - 2328:2,
2330:10, 2430:11
**regulate** [1] - 2433:19
**regulates** [1] -
2433:17
**regurgitated** [1] -
2441:8
**rejected** [2] - 2380:24,
2381:8
**relate** [1] - 2354:15
**related** [3] - 2290:1,
2442:6, 2454:19
**relating** [1] - 2322:23
**relationship** [13] -
2285:8, 2285:9,
2300:2, 2300:6,
2331:12, 2341:20,
2343:17, 2350:11,
2350:22, 2350:24,
2360:5, 2368:12,
2369:13, 2373:24,
2387:20, 2387:22,
2389:1, 2389:4,
2389:5, 2399:17,
2409:11, 2448:9,
2456:21, 2457:4,
2461:10, 2473:2,
2474:9
**relationships** [3] -
2368:10, 2375:5,
2389:11
**relatively** [3] - 2285:2,
2428:18, 2439:8
**relatively-abundant**
[1] - 2285:2
**relay** [1] - 2453:16
**relief** [2] - 2348:13,
2352:15
**remaining** [1] - 2446:6
**remarkable** [3] -
2295:17, 2383:9,
2402:14
**remember** [122] -

2283:21, 2286:10,
2296:19, 2301:17,
2301:18, 2301:25,
2302:1, 2306:5,
2307:4, 2307:5,
2309:15, 2312:19,
2314:23, 2314:24,
2315:2, 2315:14,
2316:25, 2317:1,
2319:23, 2319:24,
2320:4, 2321:10,
2321:22, 2329:18,
2329:20, 2329:22,
2333:21, 2333:22,
2334:14, 2335:9,
2336:7, 2347:11,
2348:25, 2349:2,
2349:5, 2352:12,
2353:25, 2354:13,
2355:19, 2368:1,
2371:20, 2372:4,
2372:21, 2373:18,
2376:11, 2377:1,
2378:14, 2380:19,
2380:20, 2381:14,
2384:14, 2388:15,
2388:19, 2390:4,
2391:18, 2395:20,
2396:1, 2398:8,
2398:11, 2404:7,
2404:13, 2405:25,
2406:4, 2410:7,
2410:9, 2411:19,
2411:25, 2412:1,
2412:10, 2412:21,
2413:5, 2413:13,
2413:17, 2414:5,
2414:11, 2414:13,
2414:14, 2414:15,
2417:14, 2418:5,
2418:7, 2418:8,
2421:9, 2421:20,
2422:9, 2422:10,
2422:13, 2422:14,
2423:2, 2423:4,
2423:6, 2423:14,
2423:15, 2423:17,
2423:18, 2423:19,
2423:20, 2424:23,
2426:6, 2426:12,
2426:25, 2427:3,
2427:4, 2441:17,
2441:18, 2444:24,
2449:11, 2449:12,
2449:14, 2454:5,
2462:11, 2466:6,
2466:8, 2472:25
**remind** [3] - 2345:4,
2380:14, 2477:25
**reminded** [2] -
2387:11, 2435:25

**removal** [1] - 2303:18
**remove** [2] - 2382:11,
2423:16
**Renaissance** [1] -
2273:3
**renew** [2] - 2362:2,
2408:13
**renewing** [1] - 2408:6
**rental** [1] - 2389:4
**rented** [1] - 2329:11
**renting** [1] - 2369:9
**rents** [1] - 2422:20
**renunciant** [2] -
2368:8
**renunciate** [3] -
2303:12, 2304:4,
2308:11
**repeat** [1] - 2378:10
**repeatedly** [1] -
2358:6
**replacing** [1] - 2338:8
**replied** [2] - 2366:2,
2472:23
**reply** [1] - 2366:11
**report** [17] - 2403:5,
2426:19, 2430:4,
2430:7, 2430:21,
2434:22, 2439:24,
2439:25, 2440:18,
2440:24, 2442:23,
2443:1, 2445:16,
2445:21, 2446:5,
2446:8, 2447:5
**Reporter** [1] - 2273:12
**REPORTER** [1] -
2273:12
**reporting** [1] -
2426:23
**reports** [22] - 2430:9,
2430:10, 2430:13,
2430:19, 2431:4,
2433:4, 2434:17,
2436:6, 2437:6,
2438:25, 2441:24,
2442:15, 2442:18,
2442:19, 2443:7,
2443:16, 2443:17,
2444:3, 2445:1,
2446:10, 2448:11,
2448:13
**repository** [1] -
2426:10
**represent** [1] - 2440:3
**reprimanded** [2] -
2328:12, 2336:15
**request** [1] - 2386:11
**requested** [2] -
2327:3, 2446:11
**required** [5] - 2290:8,
2291:9, 2291:10,

2297:20, 2326:8
**research** [8] -
2287:12, 2287:20,
2287:21, 2288:22,
2439:21, 2448:14,
2478:6, 2478:15
**resend** [1] - 2429:16
**residency** [1] -
2299:19
**resolve** [1] - 2276:19
**resolved** [1] - 2388:25
**resort** [1] - 2295:23
**resources** [1] - 2321:6
**respect** [3] - 2293:23,
2317:23, 2317:24
**respected** [2] -
2312:3, 2397:19
**respective** [1] -
2368:23
**respond** [2] - 2309:14,
2473:9
**responded** [1] -
2364:7
**response** [3] -
2367:25, 2434:25,
2462:5
**responses** [1] -
2295:14
**responsible** [2] -
2383:10
**rest** [6] - 2341:24,
2358:15, 2412:1,
2449:1, 2455:20,
2470:2
**restaurant** [1] -
2327:23
**resting** [1] - 2427:23
**resumes** [3] -
2344:14, 2387:4,
2435:19
**retire** [1] - 2477:19
**retreat** [2] - 2321:24,
2463:5
**return** [1] - 2477:24
**reverence** [1] -
2302:25
**reviewed** [1] - 2364:23
**rewrite** [1] - 2366:5
**rewriting** [1] - 2457:10
**RICHARD** [1] -
2272:15
**riding** [2] - 2402:20,
2457:3
**rip** [1] - 2477:22
**ripple** [1] - 2359:1
**rise** [4] - 2343:23,
2385:11, 2435:6,
2478:23
**risk** [1] - 2415:14
**river** [1] - 2373:1

Riverwalk [1] - 2369:9
road [2] - 2326:20, 2469:3
Road [4] - 2322:10, 2324:23, 2328:17, 2399:21
Robby [1] - 2317:2
robotics [1] - 2470:4
rock [2] - 2284:18, 2316:13
rocking [3] - 2392:23, 2392:24, 2393:6
role [7] - 2317:12, 2319:9, 2319:10, 2319:12, 2401:18, 2454:21, 2471:5
roles [2] - 2422:20, 2424:11
romantic [2] - 2368:10, 2375:5
Rome [10] - 2381:15, 2381:16, 2381:21, 2381:22, 2387:19, 2389:20, 2391:2, 2391:6, 2391:17, 2393:11
roof [2] - 2369:6, 2370:25
room [15] - 2275:7, 2283:17, 2283:24, 2299:15, 2325:2, 2325:25, 2335:20, 2370:11, 2382:1, 2382:2, 2392:19, 2392:20, 2392:21, 2397:8, 2427:7
roommates [1] - 2322:12
rooms [2] - 2335:23, 2369:8
Rose [1] - 2329:6
Rosie [1] - 2317:2
routine [1] - 2293:6
ruined [2] - 2351:21, 2462:12
rule [1] - 2361:22
rules [2] - 2317:16, 2399:8
run [1] - 2287:5
running [4] - 2316:24, 2359:17, 2423:4, 2423:6
rush [1] - 2410:22
Russell [11] - 2411:16, 2411:17, 2412:12, 2412:13, 2418:14, 2426:16, 2447:24, 2447:25, 2451:11, 2452:6
rustic [1] - 2314:25

## S

S-E-X [1] - 2376:5
sabbatical [1] - 2312:22
sad [4] - 2292:10, 2409:7, 2409:8
safe [2] - 2285:6, 2292:11
saintlihood [1] - 2303:13
sale [1] - 2437:1
salesperson [1] - 2322:17
salient [3] - 2341:16, 2359:5, 2407:8
Salinas' [1] - 2436:18
Salzman [14] - 2273:3, 2301:21, 2301:22, 2318:6, 2318:9, 2318:20, 2355:13, 2445:14, 2446:8, 2447:5, 2447:9, 2447:22, 2447:23
Sarah [5] - 2448:1, 2448:2, 2448:3, 2448:4, 2448:10
sat [6] - 2324:8, 2324:13, 2391:10, 2399:20, 2439:8, 2452:9
save [5] - 2305:11, 2306:9, 2321:4, 2337:13, 2429:16
saved [1] - 2443:25
saw [7] - 2320:6, 2330:16, 2345:14, 2348:15, 2389:6, 2391:16, 2401:25, 2402:8, 2411:22, 2449:25, 2453:4, 2454:6, 2457:17, 2459:12, 2460:19
scared [1] - 2318:24
scary [1] - 2461:23
scary-thin [1] - 2461:23
schedule [5] - 2386:16, 2455:25, 2477:19, 2477:21, 2477:22
scheme [1] - 2351:5
Scholarship [1] - 2346:13
scholarship [7] - 2289:7, 2296:25, 2297:3, 2312:24, 2313:4, 2313:12, 2346:20
scholarships [1] -

2346:25
School [1] - 2295:20
school [81] - 2285:3, 2285:5, 2287:10, 2287:22, 2287:25, 2288:3, 2288:5, 2288:10, 2288:11, 2288:12, 2288:13, 2288:16, 2289:1, 2289:20, 2289:24, 2289:25, 2290:1, 2290:3, 2290:7, 2290:11, 2290:14, 2290:18, 2291:6, 2291:7, 2291:11, 2291:20, 2291:25, 2292:15, 2292:16, 2292:17, 2292:18, 2292:21, 2292:22, 2292:24, 2294:4, 2294:11, 2295:7, 2295:19, 2295:22, 2295:24, 2296:2, 2296:5, 2297:1, 2297:8, 2297:12, 2297:22, 2298:7, 2299:11, 2299:18, 2299:21, 2300:12, 2309:18, 2310:3, 2312:22, 2312:23, 2324:18, 2325:18, 2327:15, 2327:22, 2334:8, 2338:2, 2338:5, 2338:17, 2338:18, 2338:19, 2368:22, 2368:24, 2405:8, 2409:2, 2447:11, 2465:4, 2465:13, 2466:22, 2467:2, 2468:13
schools [9] - 2287:19, 2294:7, 2294:16, 2294:24, 2295:2, 2295:3, 2295:8, 2295:15, 2296:10
science [8] - 2300:20, 2397:23, 2430:12, 2431:13, 2433:7, 2434:7, 2439:20, 2442:2
sciences [1] - 2287:11
scientific [2] - 2300:19, 2431:16
scientifically [1] - 2439:16
scientist [5] - 2287:12, 2300:21, 2303:9, 2305:24, 2306:8

scope [1] - 2434:21
score [1] - 2291:1
scores [1] - 2290:8
scoring [2] - 2291:9, 2291:10
screaming [1] - 2355:19
se [1] - 2444:21
searched [2] - 2294:23, 2295:12
seat [1] - 2279:19
seated [6] - 2274:12, 2279:12, 2344:17, 2387:7, 2435:22, 2479:19
second [15] - 2287:24, 2288:1, 2288:4, 2290:10, 2294:21, 2294:22, 2297:12, 2298:7, 2300:11, 2337:4, 2381:23, 2393:13, 2440:15, 2468:12, 2479:18
seconds [2] - 2371:17
secret [7] - 2310:22, 2373:17, 2373:19, 2373:20, 2373:22, 2375:7, 2404:15
secrets [1] - 2373:21
sections [3] - 2445:20, 2445:23, 2446:6
see [53] - 2281:22, 2327:21, 2331:21, 2331:23, 2331:24, 2332:6, 2332:19, 2332:21, 2333:1, 2340:4, 2347:19, 2347:21, 2350:24, 2356:5, 2356:6, 2356:7, 2356:9, 2363:8, 2366:4, 2366:24, 2374:1, 2380:5, 2381:6, 2381:7, 2382:3, 2385:3, 2393:2, 2394:4, 2395:25, 2396:2, 2396:3, 2397:11, 2397:15, 2412:6, 2415:20, 2417:5, 2438:15, 2440:2, 2445:3, 2445:10, 2449:14, 2449:24, 2453:22, 2456:11, 2456:24, 2457:14, 2457:15, 2461:22, 2461:23, 2478:21
seeing [1] - 2469:11
seek [1] - 2478:6,

2479:7
seem [2] - 2400:2, 2454:7
sees [2] - 2440:8, 2463:2
selection [2] - 2478:14, 2478:17
self [9] - 2298:14, 2298:15, 2298:16, 2300:19, 2324:20, 2330:5, 2404:10, 2473:24, 2474:1
self-conscious [1] - 2330:5
self-destruct [2] - 2473:24, 2474:1
self-explicit [1] - 2404:10
self-help [4] - 2298:14, 2298:15, 2298:16, 2300:19
self-taught [1] - 2324:20
selling [2] - 2284:24, 2436:20
semantics [1] - 2389:16
semen [2] - 2395:22, 2396:4, 2396:5
semester [2] - 2298:7, 2300:11
semi [1] - 2284:11
semi-desert [1] - 2284:11
send [9] - 2328:15, 2328:21, 2402:10, 2402:12, 2405:22, 2410:16, 2429:13
sending [3] - 2363:19, 2404:2, 2405:20
SENIOR [1] - 2272:12
sense [6] - 2298:11, 2305:20, 2349:5, 2379:13, 2466:18, 2466:19
sensitive [3] - 2371:4, 2379:10, 2396:9
sent [8] - 2296:11, 2362:25, 2366:9, 2404:21, 2408:22, 2455:1, 2455:3, 2455:7
separate [2] - 2369:8, 2418:13
separated [2] - 2369:7, 2374:2
separately [1] - 2300:7
September [3] - 2281:18, 2297:15,

2297:19
**sequitor** [2] - 2405:25, 2406:3
**serenaded** [1] - 2475:16
**series** [7] - 2334:13, 2357:25, 2359:3, 2363:4, 2365:12, 2366:5, 2475:25
**serious** [5] - 2357:5, 2389:3, 2389:10, 2450:21, 2458:18
**seriously** [2] - 2388:7, 2475:23
**server** [1] - 2323:8
**service** [2] - 2424:19
**services** [1] - 2436:15
**sessions** [1] - 2353:24
**set** [9] - 2296:16, 2297:8, 2360:21, 2376:14, 2376:15, 2399:8, 2412:22, 2463:16
**sets** [1] - 2309:17
**setting** [5] - 2285:2, 2314:5, 2314:25, 2319:7, 2333:2
**settings** [2] - 2370:16, 2370:17
**seven** [5] - 2286:19, 2289:6, 2291:21, 2440:6, 2446:6
**several** [5] - 2306:15, 2306:20, 2329:5, 2355:16, 2375:5
**severe** [2] - 2293:13, 2461:5
**sex** [79] - 2282:10, 2282:15, 2283:9, 2304:14, 2361:4, 2361:8, 2368:6, 2374:21, 2374:23, 2375:10, 2375:20, 2375:23, 2376:10, 2376:13, 2376:19, 2378:14, 2379:2, 2379:4, 2380:22, 2382:12, 2389:9, 2390:12, 2390:14, 2391:4, 2391:20, 2392:7, 2392:10, 2393:7, 2393:14, 2394:7, 2394:12, 2394:15, 2395:2, 2395:5, 2395:9, 2395:14, 2395:15, 2395:16, 2395:17, 2395:20, 2396:5, 2396:15, 2396:20, 2396:23, 2396:24,

2396:25, 2398:4, 2398:6, 2398:12, 2398:13, 2398:14, 2398:19, 2400:11, 2400:12, 2401:19, 2418:10, 2419:19, 2419:25, 2420:8, 2422:6, 2424:12, 2447:16, 2447:19, 2449:17, 2449:22, 2451:23, 2452:22, 2460:8, 2460:9, 2460:17, 2461:9, 2472:4, 2472:17, 2472:22, 2472:25, 2473:5, 2473:15
**sexual** [34] - 2366:19, 2367:16, 2374:11, 2374:20, 2375:2, 2378:11, 2379:10, 2379:19, 2385:5, 2387:22, 2389:5, 2390:10, 2391:3, 2391:4, 2391:7, 2391:21, 2394:14, 2398:15, 2405:3, 2405:5, 2417:13, 2418:20, 2418:21, 2450:22, 2452:18, 2457:4, 2458:10, 2458:12, 2471:18, 2471:23, 2472:1, 2474:8, 2474:9, 2474:12
**sexuality** [1] - 2458:24
**sexually** [2] - 2419:13, 2474:10
**shall** [1] - 2424:5
**shame** [3] - 2354:10, 2354:23, 2473:1
**share** [6] - 2275:12, 2320:25, 2379:9, 2379:19, 2460:6, 2460:11
**shared** [1] - 2334:21
**sharing** [3] - 2371:3, 2371:6, 2409:12
**sharp** [2] - 2301:23, 2379:23
**shave** [3] - 2378:17, 2378:18, 2378:20
**sheets** [1] - 2382:7
**shelf** [1] - 2428:25
**shelves** [2] - 2426:21, 2428:24
**shenanigans** [4] - 2451:15, 2451:19, 2451:20, 2451:21
**sheriff's** [2] - 2411:24, 2413:14

**shift** [2] - 2331:12, 2421:6
**shirt** [1] - 2459:17
**shock** [1] - 2382:13
**shoot** [1] - 2475:22
**shop** [1] - 2286:13
**shopping** [4] - 2411:13, 2412:18, 2412:25, 2413:11
**shorter** [1] - 2461:5
**shorthand** [1] - 2400:21
**shortly** [5] - 2318:3, 2352:18, 2391:8, 2398:15, 2461:9
**shoulder** [1] - 2360:9
**show** [8] - 2332:4, 2332:12, 2335:21, 2363:7, 2399:17, 2399:25, 2411:15, 2475:25
**showed** [6] - 2302:25, 2324:14, 2391:15, 2411:16, 2464:5
**shower** [3] - 2461:16, 2461:19, 2461:20
**showering** [1] - 2331:3
**Showing** [2] - 2365:11, 2445:10
**showing** [16] - 2286:2, 2323:9, 2362:21, 2366:2, 2403:20, 2429:21, 2437:22, 2465:8, 2474:16, 2474:22, 2475:10, 2476:12, 2476:16, 2476:20, 2476:23, 2477:6
**shy** [11] - 2319:5, 2332:20, 2337:1, 2374:16, 2375:23, 2376:2, 2376:3, 2376:17, 2383:4, 2383:5
**siblings** [15] - 2281:12, 2281:14, 2286:17, 2299:8, 2327:10, 2368:21, 2465:3, 2465:17, 2465:21, 2465:24, 2466:20, 2467:2, 2467:20, 2470:1, 2471:11
**sick** [8] - 2421:6, 2421:11, 2421:12, 2421:15, 2422:2, 2422:4
**side** [10] - 2357:1, 2360:11, 2392:24,

2401:6, 2413:8, 2414:6, 2414:7, 2428:8, 2431:12, 2452:9
**Sidebar** [1] - 2279:1
**sidebar** [2] - 2276:18, 2276:19
**sidelines** [1] - 2333:13
**sides** [2] - 2463:1, 2479:13
**sight** [1] - 2463:1
**sign** [3] - 2363:21, 2363:23, 2363:24
**signing** [1] - 2364:5
**signs** [1] - 2364:2
**silence** [1] - 2335:24
**Silver** [1] - 2321:23
**silver** [1] - 2456:25
**similar** [3] - 2445:6, 2475:19, 2478:12
**Simple** [1] - 2293:2
**simple** [8] - 2299:5, 2304:6, 2304:10, 2308:12, 2325:8, 2331:3, 2335:10
**simplistic** [1] - 2356:4
**simply** [2] - 2274:23, 2439:23
**Simpsons** [1] - 2285:12
**single** [1] - 2290:6
**Siobhan** [6] - 2324:9, 2411:5, 2455:4, 2458:9, 2459:13, 2459:14
**Siobhan's** [1] - 2458:10
**sister** [59] - 2275:11, 2281:10, 2281:11, 2281:13, 2285:8, 2286:8, 2286:9, 2292:14, 2292:16, 2292:25, 2293:8, 2293:10, 2293:21, 2293:22, 2299:18, 2318:6, 2330:23, 2368:12, 2380:11, 2392:4, 2398:5, 2406:11, 2406:23, 2407:1, 2407:9, 2407:15, 2407:20, 2407:21, 2414:15, 2417:3, 2417:9, 2417:13, 2417:22, 2418:3, 2453:5, 2459:25, 2460:9, 2460:10, 2460:20, 2462:1, 2462:13, 2463:10, 2463:16, 2463:18, 2463:23,

2465:10, 2468:9, 2471:19, 2472:4, 2472:17, 2472:19, 2472:20, 2472:22, 2473:5, 2473:7, 2473:15, 2473:21, 2475:12, 2477:8
**sister's** [1] - 2418:8
**sisters** [2] - 2282:15, 2400:10
**sit** [5] - 2391:9, 2391:11, 2393:6, 2399:21, 2456:20
**site** [2] - 2405:25, 2406:1
**sites** [1] - 2478:12
**sitting** [5] - 2359:19, 2370:12, 2370:19, 2391:13, 2397:8
**situate** [1] - 2361:3
**situation** [6] - 2360:23, 2360:25, 2371:4, 2413:19, 2415:5, 2421:14
**situations** [2] - 2415:6, 2451:3
**six** [9] - 2281:15, 2287:25, 2291:21, 2361:17, 2361:23, 2361:25, 2362:3, 2391:5, 2393:21
**six-month** [1] - 2361:23
**six-year** [1] - 2281:15
**sixth** [1] - 2288:2
**size** [1] - 2405:13
**sketch** [3] - 2275:6, 2275:7, 2275:13
**sketched** [1] - 2275:11
**ski** [1] - 2390:11
**Skidmore** [1] - 2466:25
**skill** [1] - 2309:17
**skills** [2] - 2289:22, 2309:24
**skinny** [2] - 2461:14, 2462:15
**sleep** [2] - 2347:22, 2460:5
**sleeping** [4] - 2329:20, 2331:8, 2455:25, 2460:5
**slept** [1] - 2417:7
**small** [16] - 2284:6, 2284:9, 2284:12, 2302:7, 2321:11, 2321:12, 2322:24, 2325:2, 2402:17, 2412:24, 2422:25, 2427:9, 2427:16,

smaller [1] - 2382:1
smart [13] - 2301:23, 2304:16, 2307:25, 2308:13, 2310:14, 2315:20, 2315:21, 2316:7, 2316:15, 2320:1, 2335:21, 2336:20
smartest [9] - 2300:21, 2303:3, 2303:9, 2305:24, 2316:12, 2341:15, 2397:20, 2402:2, 2402:3
smiled [1] - 2336:5
smiling [2] - 2355:20, 2355:23
Smith [1] - 2274:10
SMITH [1] - 2272:24
snack [2] - 2299:22, 2399:22
snippets [1] - 2332:12
so-and-so [2] - 2402:21, 2403:6
social [3] - 2293:11, 2317:24, 2478:11
society [2] - 2285:4, 2302:15
Socrates [1] - 2444:17
soft [2] - 2316:1, 2455:19
soft-spoken [1] - 2316:1
software [1] - 2477:4
solve [2] - 2335:15, 2335:20
solved [2] - 2335:25, 2444:16
somber [1] - 2473:23
someone [33] - 2281:20, 2288:9, 2317:21, 2326:8, 2346:8, 2348:4, 2348:12, 2350:23, 2352:8, 2356:8, 2384:22, 2395:17, 2396:11, 2396:12, 2396:15, 2396:20, 2404:15, 2409:23, 2410:16, 2421:15, 2421:17, 2441:11, 2451:22, 2452:23, 2455:7, 2455:24, 2456:2, 2463:2, 2463:8, 2466:15
sometime [1] - 2402:4
Sometimes [2] - 2332:14, 2361:18

sometimes [10] - 2298:3, 2321:18, 2355:18, 2379:23, 2392:15, 2394:15, 2403:2, 2432:9, 2439:19, 2463:5
somewhere [11] - 2308:24, 2309:2, 2309:3, 2309:7, 2346:17, 2347:12, 2390:3, 2422:12, 2426:2, 2453:4, 2465:12
Somewhere [1] - 2442:16
Soon [1] - 2446:5
soon [2] - 2446:5, 2469:9
sophisticated [2] - 2302:4, 2308:12
Sorry [1] - 2362:13
sorry [16] - 2301:25, 2305:6, 2308:7, 2313:20, 2325:5, 2332:19, 2339:2, 2352:19, 2386:13, 2408:23, 2447:13, 2468:19, 2472:19, 2474:16, 2476:4, 2476:6
sort [10] - 2322:9, 2339:8, 2349:24, 2360:9, 2397:1, 2398:19, 2399:18, 2402:13, 2416:17, 2459:2
sorts [8] - 2303:11, 2303:13, 2320:8, 2367:7, 2389:19, 2396:19, 2402:7, 2455:22
sought [2] - 2388:8, 2389:7
sound [1] - 2463:4
sounded [1] - 2379:12
space [3] - 2427:14, 2428:22, 2429:1
spaces [3] - 2343:6, 2343:7, 2343:12
span [1] - 2281:15
Spanish [1] - 2405:16
spatial [1] - 2343:9
speaking [2] - 2333:14, 2409:10
speaks [1] - 2359:12
Special [1] - 2274:6
special [8] - 2316:16, 2316:17, 2372:13, 2375:25, 2408:1, 2417:10, 2475:17

specialist [1] - 2274:7
specialized [1] - 2434:6
specific [15] - 2283:2, 2287:14, 2294:2, 2338:6, 2345:13, 2346:1, 2380:1, 2392:17, 2401:22, 2401:23, 2415:5, 2423:23, 2433:9, 2451:20, 2452:3
specifically [8] - 2294:13, 2331:24, 2337:8, 2339:3, 2396:22, 2406:4, 2430:13, 2434:12
specifics [1] - 2431:9
specified [1] - 2445:21
specify [1] - 2332:19
spectrum [1] - 2431:12
spelled [1] - 2376:5
spells [1] - 2363:16
spend [7] - 2432:22, 2451:3, 2453:19, 2456:23, 2460:4, 2471:3
spending [14] - 2292:9, 2299:13, 2400:20, 2401:1, 2401:3, 2401:11, 2424:13, 2456:18, 2457:5, 2457:16, 2457:17, 2467:9, 2468:24, 2468:25
spent [9] - 2401:3, 2412:20, 2427:21, 2437:8, 2460:1, 2460:2, 2460:3, 2465:3, 2465:17
spoken [4] - 2302:22, 2302:24, 2316:1, 2357:23
Sporadically [1] - 2331:22
sport [3] - 2289:11, 2289:13, 2332:24
spread [2] - 2315:1, 2423:19
spreadsheet [3] - 2428:11, 2429:11, 2429:15
SPs [2] - 2469:14, 2469:17
SQL [1] - 2323:8
Square [1] - 2273:3
square [1] - 2348:9
squash [1] - 2356:10
stable [1] - 2329:2

stacks [4] - 2382:3, 2382:4, 2424:23
stages [2] - 2283:2
stain [1] - 2351:18
stained [1] - 2351:19
stairs [1] - 2393:9
stamina [1] - 2466:14
stamped [1] - 2361:21
stance [1] - 2360:14
stand [8] - 2343:25, 2344:14, 2385:14, 2387:4, 2407:12, 2427:15, 2435:8, 2435:19
stands [1] - 2341:3
star [2] - 2316:13, 2368:14
staring [2] - 2413:13, 2413:15
start [11] - 2288:1, 2297:16, 2297:18, 2310:11, 2323:13, 2333:8, 2336:22, 2392:6, 2401:22, 2417:16, 2466:5
started [45] - 2283:9, 2284:19, 2291:17, 2292:21, 2293:12, 2293:18, 2297:22, 2310:2, 2313:24, 2323:4, 2325:16, 2331:1, 2336:24, 2348:14, 2372:10, 2372:12, 2372:15, 2372:16, 2372:19, 2373:3, 2373:4, 2376:22, 2378:14, 2387:21, 2396:15, 2398:4, 2400:3, 2401:1, 2401:3, 2401:24, 2402:13, 2402:16, 2402:21, 2406:5, 2418:19, 2424:14, 2424:25, 2425:2, 2436:20, 2457:16, 2461:9, 2466:1, 2467:8
Starting [1] - 2288:12
starting [9] - 2288:4, 2288:6, 2288:9, 2297:10, 2330:9, 2331:10, 2382:12, 2413:14, 2424:22
starts [1] - 2417:16
state [6] - 2284:7, 2290:17, 2292:18, 2306:1, 2306:19, 2458:25
statement [1] - 2334:18

STATES [3] - 2272:1, 2272:4, 2272:12
States [1] - 2272:5, 2272:18, 2274:5, 2282:18, 2282:24, 2283:12, 2408:15, 2436:3, 2465:21, 2466:20, 2468:10
stationed [1] - 2450:4
status [1] - 2387:20
stay [9] - 2284:22, 2294:19, 2314:4, 2322:6, 2329:2, 2361:17, 2388:5, 2410:13, 2462:14
stay-at-home [1] - 2284:22
stayed [7] - 2321:19, 2321:25, 2329:3, 2329:6, 2336:14, 2417:24
staying [10] - 2314:4, 2322:11, 2322:12, 2322:13, 2322:18, 2329:9, 2329:12, 2361:25, 2420:23
steal [3] - 2352:6, 2352:7, 2354:23
stealing [2] - 2352:1, 2354:15
steam [1] - 2427:7
Steinway [1] - 2427:8
stellar [1] - 2288:14
stem [2] - 2448:14, 2448:15
stenography [1] - 2273:16
step [2] - 2290:10, 2308:7
steps [6] - 2297:18, 2344:2, 2359:3, 2385:17, 2427:16, 2477:16
Steven [1] - 2439:3
sticking [1] - 2384:9
still [20] - 2299:17, 2307:8, 2312:23, 2329:24, 2345:4, 2348:10, 2351:17, 2364:15, 2369:6, 2373:3, 2383:18, 2387:12, 2406:6, 2409:2, 2426:20, 2433:20, 2435:25, 2473:15, 2479:9
stock [1] - 2401:10
stole [5] - 2347:6, 2351:19, 2352:1, 2353:6, 2355:24
stolen [2] - 2348:10,

2355:5
**stood** [3] - 2398:2, 2398:3, 2420:3
**stop** [3] - 2337:14, 2400:7, 2423:19
**stopped** [11] - 2326:15, 2369:21, 2403:10, 2408:18, 2411:11, 2413:2, 2413:5, 2417:18, 2418:17, 2457:17, 2461:3
**stops** [1] - 2417:19
**storage** [1] - 2325:25
**stories** [1] - 2398:1
**story** [4] - 2360:22, 2411:10, 2414:19, 2424:18
**straight** [4] - 2355:1, 2414:2, 2414:3
**straighten** [1] - 2328:22
**straightforward** [2] - 2295:9, 2396:19
**strange** [7] - 2322:21, 2322:25, 2329:7, 2330:18, 2330:25, 2331:4, 2417:6
**strategies** [5] - 2434:3, 2466:7, 2466:9, 2466:18, 2471:4
**strategy** [4] - 2409:19, 2466:11, 2466:12, 2470:21
**stress** [1] - 2409:12
**stretch** [1] - 2376:22
**stricken** [1] - 2471:15
**strictly** [1] - 2324:11
**strike** [1] - 2304:19
**string** [1] - 2298:13
**stripe** [2] - 2314:21, 2314:22
**striving** [1] - 2466:16
**strong** [1] - 2399:18
**stronger** [1] - 2356:19
**structure** [2] - 2325:18
**struggling** [5] - 2300:9, 2348:9, 2406:20, 2406:21, 2407:14
**stuck** [1] - 2384:8
**student** [8] - 2288:13, 2288:14, 2288:19, 2302:6, 2309:18, 2314:15, 2351:5, 2448:8
**students** [3] - 2307:13, 2314:17, 2345:15

**studied** [4] - 2433:22, 2443:12, 2448:6, 2448:7
**study** [15] - 2287:7, 2287:15, 2287:19, 2294:12, 2294:13, 2310:4, 2338:21, 2432:13, 2433:8, 2433:14, 2433:25, 2438:21, 2441:23, 2445:7, 2445:9
**studying** [4] - 2292:17, 2295:11, 2433:15, 2442:5
**stuff** [8] - 2319:15, 2403:25, 2411:10, 2425:2, 2432:23, 2461:20, 2463:12, 2474:6
**stupid** [2] - 2347:8
**sty** [1] - 2424:17
**style** [2] - 2445:8, 2458:17
**subject** [4] - 2349:6, 2404:3, 2425:24, 2438:5
**subjects** [2] - 2444:12, 2445:7
**submit** [2] - 2442:19, 2446:12
**submitted** [5] - 2442:18, 2442:20, 2442:21, 2443:4, 2443:7
**submitting** [3] - 2446:8, 2446:14, 2447:5
**subsequent** [2] - 2321:22, 2338:1
**substance** [1] - 2382:24
**subtle** [2] - 2367:1, 2367:2
**succeeding** [1] - 2410:24
**success** [1] - 2284:20
**Success** [1] - 2298:1
**successful** [3] - 2302:6, 2302:16
**successfully** [1] - 2414:20
**succinct** [1] - 2441:5
**sudden** [4] - 2320:25, 2376:12, 2417:12, 2417:15
**suddenly** [1] - 2376:23
**suffering** [1] - 2406:1
**suggested** [3] - 2328:20, 2393:24,

2422:24
**suggestion** [1] - 2328:7
**Suite** [2] - 2272:23, 2273:8
**suite** [1] - 2316:1
**summaries** [2] - 2430:12, 2430:14
**summarize** [4] - 2432:14, 2439:7, 2441:12, 2445:25
**summarized** [2] - 2440:6, 2442:7
**summarizes** [2] - 2431:15, 2441:6
**summarizing** [3] - 2431:3, 2440:4, 2441:16
**summary** [2] - 2430:17, 2440:10
**summer** [1] - 2301:12
**summertime** [1] - 2468:24
**Sunday** [1] - 2445:22
**SUNY** [3] - 2448:6, 2467:1
**super** [5] - 2321:7, 2355:1, 2370:5, 2397:13, 2455:6
**super-inner** [1] - 2455:6
**supermarket** [3] - 2284:12, 2328:8, 2328:10
**supermodel** [1] - 2327:16
**suppose** [2] - 2357:1
**supposed** [10] - 2323:10, 2323:11, 2404:19, 2407:12, 2422:15, 2426:8, 2430:13, 2430:19, 2470:22
**supposedly** [1] - 2458:21
**suppressive** [14] - 2355:21, 2355:24, 2355:25, 2356:2, 2356:3, 2356:8, 2356:19, 2356:20, 2356:23, 2357:1, 2357:4, 2357:5, 2357:8, 2357:16
**suppressively** [1] - 2356:15
**suppressives** [4] - 2356:14, 2356:22, 2357:8, 2357:11
**surface** [1] - 2474:3
**surprise** [1] - 2462:5

**surprised** [7] - 2276:3, 2296:9, 2309:15, 2309:20, 2336:4, 2376:8, 2462:6
**surprising** [4] - 2295:16, 2296:7, 2304:16, 2349:15
**surrender** [1] - 2339:24
**surveil** [1] - 2463:17
**surveilling** [1] - 2464:6
**surviving** [1] - 2359:20
**Sustained** [2] - 2449:19, 2456:15
**swallowed** [1] - 2395:24
**sweatshirt** [1] - 2282:1
**sweet** [2] - 2319:4, 2319:5
**Sweet** [1] - 2475:20
**Swiss** [1] - 2295:23
**switch** [1] - 2465:2
**Switzerland** [7] - 2294:13, 2294:14, 2294:17, 2295:21, 2297:21, 2301:8, 2311:19
**sworn** [4] - 2279:18, 2280:3, 2345:3, 2387:16
**system** [19] - 2287:22, 2307:12, 2319:17, 2319:19, 2323:6, 2345:20, 2345:23, 2428:21, 2429:2, 2433:10, 2433:11, 2433:16, 2433:25, 2434:6, 2439:17, 2444:15, 2446:3
**System** [2] - 2438:19, 2444:4
**systems** [17] - 2433:4, 2433:7, 2433:8, 2433:11, 2433:12, 2433:13, 2433:15, 2433:19, 2433:22, 2438:5, 2438:7, 2438:10, 2438:20, 2444:14, 2446:1, 2446:3
**Systems** [2] - 2433:5, 2439:3

---

## T

**table** [4] - 2274:6, 2274:11, 2274:17,

2274:22
**tagging** [1] - 2320:7
**Tampico** [3] - 2476:2, 2476:13, 2477:2
**tantrums** [2] - 2460:21, 2460:22
**TANYA** [1] - 2272:18
**Tanya** [1] - 2274:4
**tape** [1] - 2402:17
**tasked** [1] - 2430:3
**tasks** [2] - 2325:4, 2401:22
**taught** [7] - 2317:18, 2324:10, 2324:14, 2324:20, 2358:17, 2448:7
**taxes** [1] - 2346:22
**TAZOLI** [1] - 2273:5
**teach** [13] - 2310:15, 2323:10, 2324:8, 2324:10, 2337:9, 2337:20, 2337:21, 2338:2, 2338:3, 2338:5, 2409:3, 2470:4, 2470:7
**teacher** [2] - 2288:23, 2307:15
**teaches** [1] - 2301:18
**teaching** [3] - 2324:15, 2407:12
**Teams** [1] - 2333:10
**tease** [1] - 2471:24
**teaser** [5] - 2335:8, 2335:9, 2335:14, 2363:21
**teaser's** [1] - 2363:20
**tech** [7] - 2305:21, 2341:9, 2341:11, 2342:1, 2342:4, 2342:5, 2455:9
**Techno** [1] - 2290:21
**teenager** [1] - 2364:1
**teeth** [1] - 2462:11
**temperament** [1] - 2316:11
**temporary** [1] - 2470:22
**ten** [8] - 2280:25, 2286:18, 2344:4, 2379:22, 2429:2, 2435:15, 2440:5, 2470:1
**ten-minute** [2] - 2344:4, 2435:15
**tended** [1] - 2403:2
**tendencies** [4] - 2356:20, 2356:24, 2459:3, 2473:24
**tendency** [1] - 2474:1
**tends** [1] - 2431:15

**tennis** [8] - 2285:3, 2289:9, 2289:13, 2331:1, 2331:10, 2368:14, 2402:21, 2468:25
**TENY** [1] - 2272:21
**Teny** [1] - 2274:10
**Teri** [1] - 2274:7
**term** [7] - 2357:19, 2375:6, 2387:24, 2389:8, 2390:6, 2396:10, 2406:4
**terms** [14] - 2303:15, 2326:24, 2326:25, 2352:24, 2355:13, 2356:18, 2387:22, 2388:7, 2431:16, 2439:5, 2450:6, 2450:8, 2450:9, 2457:20
**terrible** [3] - 2347:9, 2355:7, 2411:18
**test** [11] - 2289:19, 2289:21, 2289:23, 2289:24, 2290:5, 2290:6, 2290:22, 2291:2, 2291:5, 2338:20
**testified** [3] - 2280:3, 2345:3, 2387:16
**testifying** [1] - 2274:20
**testimony** [9] - 2274:19, 2274:23, 2274:25, 2279:7, 2283:5, 2344:1, 2385:15, 2435:9, 2477:14
**testing** [1] - 2324:7
**text** [3] - 2430:14, 2431:5, 2478:9
**textbooks** [1] - 2431:7
**thanked** [1] - 2413:22
**that'** [1] - 2384:23
**theaters** [1] - 2284:13
**thegreathead@ gmail.com** [5] - 2404:21, 2404:22, 2405:19, 2438:1, 2438:2
**theme** [1] - 2332:13
**themselves** [4] - 2379:18, 2433:9, 2445:8, 2451:4
**Theo** [1] - 2317:2
**theories** [1] - 2458:23
**theory** [7] - 2433:5, 2433:7, 2433:8, 2433:22, 2438:20, 2439:20, 2446:3

**Theory** [1] - 2438:19
**thin** [1] - 2461:23
**thinking** [11] - 2311:2, 2319:25, 2372:21, 2384:22, 2397:13, 2399:16, 2421:9, 2433:4, 2433:13, 2462:12, 2473:3
**Thinking** [1] - 2439:4
**Third** [1] - 2272:20
**third** [3] - 2287:24, 2288:1, 2288:4
**thoughts** [8] - 2304:13, 2356:12, 2360:17, 2366:15, 2389:14, 2439:17, 2471:5, 2471:7
**threads** [1] - 2354:25
**three** [24] - 2287:23, 2288:3, 2288:5, 2289:13, 2291:7, 2291:8, 2324:8, 2324:13, 2343:6, 2343:8, 2386:18, 2388:12, 2388:14, 2388:16, 2388:17, 2389:1, 2389:5, 2393:19, 2428:24, 2440:5, 2445:20, 2445:23, 2460:5
**three-year** [5] - 2388:12, 2388:14, 2388:16, 2388:17, 2389:1
**threshold** [2] - 2356:23, 2356:24
**threw** [2] - 2413:25, 2420:22
**throughout** [9] - 2286:22, 2287:3, 2315:1, 2315:3, 2353:15, 2360:8, 2379:21, 2382:10, 2478:20
**throw** [3] - 2461:16, 2461:20, 2463:12
**throwing** [1] - 2294:3
**Thursday** [1] - 2272:7
**tick** [1] - 2311:10
**tick-tock** [1] - 2311:10
**tidbit** [1] - 2440:6
**tied** [1] - 2390:13
**title** [3] - 2428:6, 2438:18, 2440:9
**titles** [4] - 2438:17, 2442:7, 2444:23, 2444:25
**tock** [1] - 2311:10
**today** [2] - 2281:22, 2295:6

**toe** [1] - 2452:13
**toes** [1] - 2452:14
**together** [17] - 2293:12, 2329:12, 2332:8, 2370:15, 2383:4, 2383:5, 2399:1, 2401:21, 2408:17, 2412:21, 2414:12, 2426:23, 2456:23, 2457:3, 2460:5, 2468:25, 2469:1
**tolerance** [1] - 2451:16
**tolerate** [1] - 2452:1
**tomorrow** [1] - 2479:5
**tongue** [1] - 2366:8
**Toni** [2] - 2357:15, 2357:17
**tonight** [2] - 2315:7, 2477:19
**took** [31] - 2276:5, 2298:22, 2299:9, 2311:7, 2312:19, 2327:15, 2327:22, 2327:23, 2330:16, 2352:12, 2353:5, 2354:5, 2354:6, 2354:19, 2355:5, 2357:15, 2358:2, 2360:13, 2374:17, 2375:24, 2380:9, 2382:14, 2388:7, 2400:7, 2417:23, 2423:8, 2423:12, 2424:11, 2431:1, 2474:12
**tool** [1] - 2289:16
**tools** [3] - 2284:18, 2286:14, 2338:11
**top** [4] - 2346:15, 2382:15, 2391:12, 2473:2
**topic** [2] - 2424:5, 2432:8
**topics** [4] - 2428:22, 2433:3, 2445:5, 2465:2
**touch** [4] - 2311:15, 2311:20, 2378:6, 2445:5
**touched** [6] - 2444:12, 2444:13, 2444:17, 2459:15, 2459:16
**touching** [3] - 2417:16, 2418:19, 2459:13
**touchy** [1] - 2459:20
**tourist** [4] - 2406:6, 2408:11, 2408:15,

2436:8
**towards** [3] - 2356:19, 2367:2, 2412:25
**town** [7] - 2284:5, 2284:6, 2284:9, 2284:10, 2284:11, 2284:12, 2302:7
**TQM** [3] - 2363:24, 2364:1, 2366:8
**track** [1] - 2319:18
**traditional** [5] - 2337:24, 2338:14, 2388:3, 2388:5, 2429:1
**trained** [1] - 2289:13
**trainer** [4] - 2301:18, 2305:7, 2307:11, 2312:17
**TRANSCRIPT** [1] - 2272:11
**transcript** [1] - 2273:16
**Transcription** [1] - 2273:16
**transfer** [5] - 2291:18, 2292:21, 2295:1, 2297:23, 2395:2
**transitioned** [1] - 2331:16
**translated** [2] - 2405:16, 2405:18
**trap** [2] - 2376:15, 2376:16
**trapped** [1] - 2298:18
**travel** [3] - 2406:21, 2406:22, 2407:1
**traveled** [3] - 2291:18, 2407:2, 2408:10
**traveling** [4] - 2406:23, 2407:17, 2408:11, 2408:17
**treadmill** [1] - 2424:24
**treat** [2] - 2449:16, 2459:21
**treated** [1] - 2450:10
**treatment** [2] - 2407:9, 2407:10
**trial** [5] - 2386:8, 2477:20, 2478:14, 2478:18, 2478:20
**TRIAL** [1] - 2272:11
**tribute** [1] - 2317:19
**tried** [2] - 2364:17, 2380:9
**trigger** [1] - 2375:13
**trip** [3] - 2297:4, 2301:8, 2390:11
**triumphant** [1] - 2414:19
**trouble** [2] - 2288:24,

2328:4
**troubled** [1] - 2334:5
**troubles** [1] - 2436:4
**troubling** [1] - 2351:14
**true** [7] - 2307:3, 2340:7, 2349:22, 2350:6, 2350:8, 2360:7, 2454:6
**truly** [3] - 2288:23, 2313:17, 2316:17
**trust** [2] - 2348:14, 2411:21
**truth** [6] - 2285:13, 2367:15, 2394:19, 2454:16, 2464:2, 2470:22
**try** [5] - 2324:6, 2380:8, 2384:25, 2413:18, 2428:23
**trying** [17] - 2303:17, 2305:11, 2305:12, 2305:13, 2306:6, 2339:13, 2341:22, 2348:20, 2369:4, 2369:14, 2372:4, 2372:15, 2418:19, 2423:24, 2457:21
**tub** [3] - 2426:20, 2427:1, 2427:7
**Tuesday** [9] - 2279:10, 2386:7, 2386:8, 2386:17, 2435:13, 2477:13, 2477:24, 2478:22, 2480:10
**Turing** [4] - 2441:16, 2441:18, 2443:20, 2443:23
**turn** [1] - 2357:1
**turned** [3] - 2380:17, 2381:9, 2450:22
**turning** [2] - 2314:10, 2440:15
**Turning** [1] - 2444:3
**turns** [3] - 2354:14
**tutor** [1] - 2337:8
**TV** [9] - 2299:22, 2329:22, 2392:25, 2397:9, 2399:25, 2427:17, 2427:18, 2427:22, 2478:5
**twelve** [1] - 2286:19
**Twilight** [2] - 2469:3
**Twitter** [1] - 2478:11
**two** [20] - 2276:18, 2281:13, 2281:14, 2281:15, 2282:15, 2290:16, 2292:17, 2292:19, 2314:22, 2332:3, 2367:14,

2368:21, 2392:20, 2402:16, 2411:5, 2411:8, 2416:10, 2417:7, 2418:13, 2472:24
**Two** [1] - 2273:4
**twofold** [1] - 2432:20
**type** [20] - 2284:5, 2288:19, 2298:11, 2325:4, 2325:6, 2325:12, 2334:15, 2343:9, 2367:3, 2367:5, 2367:6, 2367:16, 2384:5, 2391:21, 2402:11, 2403:23, 2416:13, 2428:5, 2429:22, 2432:25
**type-up** [1] - 2428:5
**typed** [1] - 2439:9
**types** [5] - 2339:16, 2346:8, 2431:2, 2431:3, 2445:1
**typically** [7] - 2288:9, 2361:14, 2392:18, 2406:17, 2406:18, 2427:19, 2475:20
**typing** [2] - 2404:5, 2441:7

**U**

**U.S** [10] - 2272:15, 2288:8, 2326:9, 2361:16, 2410:19, 2411:11, 2414:21, 2430:9, 2475:20
**uncharacteristic** [1] - 2365:5
**uncomfortable** [4] - 2329:7, 2374:18, 2374:19, 2420:15
**under** [11] - 2276:5, 2331:18, 2345:4, 2346:12, 2369:6, 2370:24, 2387:12, 2435:25, 2446:7, 2462:3, 2470:11
**underage** [1] - 2473:16
**undergrad** [1] - 2288:7, 2290:7
**understandable** [1] - 2441:8
**understatement** [1] - 2420:16
**understood** [11] - 2298:14, 2303:21, 2304:12, 2374:24, 2375:15, 2378:9,

2383:14, 2388:7, 2400:5, 2407:4, 2459:2
**Understood** [2] - 2275:2, 2276:17
**underwear** [2] - 2452:15, 2452:17
**undo** [2] - 2351:20
**undress** [1] - 2418:5
**undressed** [2] - 2419:24, 2419:25
**unexpectedly** [1] - 2399:25
**unfair** [1] - 2407:10
**unicycle** [1] - 2402:20
**unified** [8] - 2303:11, 2303:14, 2303:15, 2303:25, 2321:4, 2351:6, 2421:11, 2421:13
**unique** [1] - 2429:6
**UNITED** [3] - 2272:1, 2272:4, 2272:12
**United** [12] - 2272:5, 2272:18, 2274:5, 2282:18, 2282:24, 2283:12, 2408:15, 2436:3, 2465:21, 2466:20, 2468:9
**university** [2] - 2290:20, 2291:3
**unnatural** [2] - 2459:6, 2459:7
**unsatisfied** [1] - 2474:10
**unsure** [1] - 2387:21
**Unterreiner** [8] - 2311:16, 2311:21, 2318:4, 2319:1, 2363:17, 2392:3, 2447:9, 2447:20
**Unterreiner's** [1] - 2346:16
**unusually** [2] - 2285:9, 2405:14
**unwanted** [1] - 2371:14
**up** [115] - 2276:15, 2284:16, 2285:1, 2285:7, 2285:14, 2286:25, 2289:3, 2289:9, 2290:11, 2290:17, 2293:3, 2294:3, 2295:8, 2296:16, 2301:1, 2301:9, 2305:25, 2307:18, 2310:1, 2313:25, 2314:5, 2319:24, 2320:5, 2320:16, 2320:17,

2325:9, 2329:4, 2329:9, 2329:18, 2329:21, 2329:25, 2330:2, 2330:9, 2332:4, 2338:17, 2339:24, 2350:1, 2351:8, 2356:15, 2358:6, 2359:9, 2360:21, 2361:4, 2361:8, 2372:25, 2375:12, 2375:14, 2375:15, 2375:21, 2376:14, 2376:16, 2379:24, 2381:15, 2382:8, 2382:17, 2388:2, 2393:14, 2393:21, 2399:11, 2399:25, 2405:2, 2409:16, 2409:17, 2409:23, 2411:15, 2411:16, 2413:20, 2413:25, 2416:6, 2416:9, 2416:10, 2416:14, 2417:18, 2417:22, 2418:22, 2418:25, 2419:12, 2419:19, 2420:7, 2423:12, 2426:10, 2426:25, 2427:2, 2427:15, 2428:5, 2428:10, 2428:13, 2439:9, 2441:7, 2442:22, 2446:9, 2456:22, 2457:1, 2459:17, 2461:16, 2461:20, 2461:21, 2463:12, 2463:14, 2463:16, 2466:15, 2466:20, 2467:4, 2468:2, 2468:6, 2468:20, 2470:8, 2473:6, 2477:21, 2477:22
**up-to-date** [1] - 2477:21
**upcoming** [1] - 2301:8
**update** [2] - 2429:12, 2446:5
**updated** [1] - 2429:15
**upholding** [1] - 2454:15
**upset** [4] - 2409:13, 2460:17, 2462:3
**upstairs** [3] - 2393:10, 2417:10, 2417:11
**useful** [3] - 2325:17, 2325:23, 2326:1
**usual** [2] - 2421:8, 2466:1

**V**

**V-Week** [1] - 2331:19
**vacancy** [1] - 2309:9
**vague** [1] - 2406:2
**valid** [1] - 2302:18
**validated** [5] - 2302:15, 2302:16, 2336:20, 2454:11, 2454:12
**validity** [4] - 2275:16, 2275:19, 2302:14, 2302:15
**valuable** [3] - 2309:17, 2430:17, 2432:21
**value** [1] - 2317:20
**valued** [1] - 2303:8
**values** [1] - 2388:3
**Vanguard** [8] - 2320:11, 2320:13, 2332:3, 2333:13, 2333:14, 2348:18, 2351:4, 2373:14
**vanguard** [1] - 2305:24
**Vanguardcentric** [1] - 2315:8
**variations** [1] - 2468:4
**varied** [1] - 2445:3
**variety** [1] - 2304:9
**various** [1] - 2282:6
**VC** [1] - 2468:5
**vcbaby@gmail.com** [1] - 2468:8
**velour** [1] - 2412:22
**verbal** [1] - 2289:21
**verbatim** [1] - 2441:7
**version** [1] - 2324:5
**versus** [3] - 2282:21, 2337:24, 2407:9
**via** [3] - 2336:24, 2407:2, 2408:17
**viable** [1] - 2327:17
**vibe** [1] - 2315:25
**Vicente** [1] - 2469:15
**video** [3] - 2402:17, 2404:10, 2464:5
**videos** [2] - 2425:3, 2426:11
**videotaping** [1] - 2402:20
**view** [1] - 2339:16
**Virgin** [5] - 2468:1, 2468:4, 2468:5, 2468:7, 2471:25
**virgin** [4] - 2367:19, 2367:25, 2368:2, 2468:10
**virginity** [1] - 2383:15
**visa** [21] - 2297:20,

2326:8, 2326:10, 2326:17, 2326:24, 2327:4, 2327:5, 2361:11, 2361:14, 2361:15, 2361:16, 2406:6, 2408:7, 2408:10, 2408:11, 2408:15, 2408:21, 2410:13, 2410:21, 2436:8, 2471:8
**visas** [2] - 2408:18, 2467:2
**visible** [1] - 2474:4
**visibly** [2] - 2376:17, 2461:23
**visit** [9] - 2320:4, 2411:12, 2418:17, 2420:25, 2421:3, 2426:18, 2451:4, 2452:9, 2478:16
**visited** [1] - 2421:4
**visitor's** [5] - 2326:17, 2361:10, 2361:13, 2361:15, 2361:16
**voice** [1] - 2397:11
**volley** [1] - 2456:5
**volleyball** [7] - 2332:7, 2332:9, 2332:16, 2332:18, 2337:2, 2375:19, 2378:23
**Volleyball** [1] - 2332:23
**von** [1] - 2438:19

**W**

**wait** [5] - 2274:1, 2408:21, 2409:14, 2416:5, 2473:4
**waiting** [2] - 2333:13, 2437:8
**waitress** [1] - 2327:23
**waking** [1] - 2401:11
**walk** [3] - 2384:3, 2401:16, 2438:14
**walking** [3] - 2322:9, 2453:4, 2468:25
**wall** [1] - 2401:5
**wants** [3] - 2357:9, 2370:23, 2454:8
**War** [1] - 2443:23
**war** [1] - 2443:25
**warning** [1] - 2276:1
**washing** [1] - 2293:6
**Washington** [1] - 2273:9
**waste** [1] - 2430:15
**watch** [2] - 2299:22, 2478:4
**watching** [4] -

2333:13, 2393:7, 2427:18, 2427:22
**wave** [1] - 2360:15
**ways** [11] - 2306:20, 2325:17, 2325:25, 2346:1, 2351:7, 2367:1, 2378:13, 2416:10, 2434:4, 2459:22, 2459:23
**weaknesses** [1] - 2397:16
**wealth** [1] - 2306:4
**wealthier** [1] - 2318:17
**wealthy** [2] - 2302:5, 2470:23
**wearing** [4] - 2281:25, 2282:1, 2297:11, 2474:4
**weather** [1] - 2413:18
**Weaver** [1] - 2469:21
**website** [4] - 2404:7, 2404:13, 2404:18, 2478:10
**websites** [1] - 2404:3
**Wednesday** [2] - 2386:11, 2386:15
**week** [17] - 2314:2, 2314:5, 2314:23, 2316:20, 2318:2, 2318:3, 2318:18, 2320:11, 2321:9, 2321:16, 2381:7, 2381:12, 2386:18, 2439:9, 2477:10, 2478:20
**Week** [2] - 2320:13, 2331:19
**weekend** [5] - 2312:20, 2477:25, 2478:21, 2479:24, 2480:8
**weekends** [1] - 2427:22
**weeks** [8] - 2321:14, 2323:5, 2329:6, 2329:16, 2330:1, 2367:14, 2375:18, 2420:24
**weigh** [1] - 2380:6
**weight** [19] - 2330:5, 2341:22, 2376:23, 2379:7, 2379:20, 2379:21, 2379:25, 2380:1, 2380:3, 2380:8, 2380:25, 2394:2, 2394:4, 2394:8, 2395:10, 2396:22, 2461:14, 2462:16

**weird** [3] - 2315:22, 2371:12, 2398:18
**Wenniger** [1] - 2274:7
**whack** [1] - 2393:22
**whales** [1] - 2305:11
**whatsoever** [1] - 2409:5
**whereas** [1] - 2369:4
**white** [2] - 2305:2, 2314:15
**whites** [1] - 2314:17
**whole** [6] - 2303:17, 2360:25, 2427:10, 2439:5, 2440:21, 2475:2
**wholeheartedly** [2] - 2313:19, 2313:21
**Wholeness** [1] - 2439:15
**whoo** [1] - 2409:1
**wide** [1] - 2445:5
**widely** [1] - 2445:3
**Wikipedia** [1] - 2442:11
**willing** [1] - 2462:17
**Wilton** [3] - 2461:15, 2461:17, 2461:20
**window** [1] - 2413:7
**windows** [1] - 2426:21
**winky** [1] - 2364:21
**wired** [1] - 2356:4
**wish** [3] - 2473:6, 2474:19
**withdrawn** [1] - 2408:10
**withdrew** [1] - 2408:18
**witness** [30] - 2274:13, 2274:19, 2274:20, 2275:3, 2275:8, 2275:16, 2275:17, 2276:10, 2279:7, 2279:16, 2282:2, 2343:25, 2344:13, 2344:19, 2345:2, 2345:4, 2385:14, 2386:24, 2387:2, 2387:4, 2387:9, 2387:11, 2387:15, 2435:8, 2435:18, 2435:24, 2435:25, 2477:12, 2479:23
**WITNESS** [20] - 2283:19, 2385:16, 2434:13, 2434:15, 2434:18, 2434:23, 2435:1, 2435:3, 2442:16, 2442:20, 2442:25, 2443:3,

2443:5, 2443:8, 2443:11, 2443:14, 2443:19, 2443:21, 2472:20, 2481:3
**Witness** [6] - 2279:18, 2344:2, 2344:14, 2385:17, 2435:19, 2477:16
**woman** [13] - 2311:15, 2324:9, 2374:3, 2379:11, 2388:21, 2396:21, 2396:22, 2412:13, 2420:18, 2421:17, 2453:24, 2460:11, 2469:20
**women** [35] - 2377:4, 2385:3, 2390:7, 2391:10, 2394:2, 2395:14, 2396:2, 2401:14, 2418:10, 2449:8, 2449:16, 2449:22, 2450:6, 2451:25, 2452:1, 2452:16, 2452:22, 2453:13, 2453:14, 2454:21, 2455:4, 2455:8, 2457:6, 2458:20, 2458:23, 2459:2, 2459:7, 2459:16, 2459:24, 2460:7, 2461:3, 2462:20, 2469:19, 2469:24, 2473:10
**women's** [1] - 2452:14
**womens** [1] - 2452:1
**wonder** [1] - 2402:5
**wonderful** [1] - 2285:14
**wondering** [1] - 2355:23
**wooden** [1] - 2427:16
**Woods** [2] - 2453:4, 2469:4
**word** [1] - 2475:19
**wording** [1] - 2389:16
**words** [2] - 2391:18, 2442:3
**workday** [1] - 2326:1
**works** [4] - 2287:22, 2361:14, 2415:13, 2442:14
**world** [30] - 2300:21, 2303:4, 2303:9, 2303:22, 2305:3, 2305:9, 2305:12, 2305:13, 2305:16, 2305:17, 2305:21, 2305:25, 2306:1, 2306:4, 2306:9, 2306:13, 2306:19,

2311:10, 2313:18, 2316:13, 2321:5, 2337:13, 2339:12, 2352:13, 2356:9, 2356:18, 2356:19, 2358:22, 2397:20, 2398:18
**World** [1] - 2443:23
**worldethics@ hotmail.com** [2] - 2364:12, 2365:13
**worse** [2] - 2416:15
**wounds** [2] - 2474:3
**woven** [1] - 2367:8
**wow** [3] - 2300:25, 2310:24, 2337:21
**wracking** [1] - 2414:1
**write** [18] - 2274:23, 2295:10, 2365:14, 2365:16, 2366:6, 2376:3, 2399:14, 2399:22, 2402:6, 2402:10, 2405:11, 2405:12, 2430:25, 2431:1, 2434:16, 2445:2, 2474:3
**writes** [2] - 2364:19, 2431:16
**writing** [8] - 2430:6, 2438:25, 2439:25, 2445:8, 2457:8, 2457:9
**writings** [1] - 2430:12
**written** [3] - 2334:17, 2365:22, 2430:11
**wrote** [2] - 2334:25, 2439:25

## X

**XOXO** [1] - 2364:6

## Y

**year** [44] - 2280:18, 2281:14, 2281:15, 2283:18, 2292:24, 2294:4, 2294:6, 2294:21, 2294:22, 2295:1, 2296:25, 2297:10, 2297:12, 2297:13, 2299:18, 2300:11, 2300:12, 2310:2, 2312:22, 2312:23, 2312:25, 2324:18, 2327:15, 2327:22, 2337:13, 2338:18, 2341:22, 2365:6, 2368:20, 2368:22, 2368:24,

2369:1, 2388:12, 2388:14, 2388:16, 2388:17, 2389:1, 2405:7, 2408:21, 2409:6, 2409:14, 2416:5, 2465:4, 2465:25
**years** [18] - 2280:10, 2280:21, 2280:25, 2281:13, 2281:15, 2282:14, 2285:7, 2286:18, 2287:23, 2292:17, 2300:5, 2303:6, 2306:5, 2321:15, 2341:18, 2379:22, 2389:5, 2470:1
**yelled** [1] - 2378:24
**yesterday** [2] - 2274:16, 2275:15
**YORK** [2] - 2272:1, 2272:15
**York** [13] - 2272:6, 2272:16, 2272:20, 2272:23, 2281:5, 2308:17, 2308:18, 2308:20, 2308:21, 2308:22, 2465:12
**young** [15] - 2289:15, 2298:22, 2298:23, 2310:25, 2316:24, 2317:6, 2366:13, 2374:22, 2375:20, 2378:18, 2397:14, 2466:7, 2467:3, 2470:15, 2471:12
**younger** [7] - 2281:14, 2287:5, 2293:21, 2310:21, 2465:3, 2467:14, 2467:20
**youngest** [1] - 2317:10
**yourself** [5] - 2299:4, 2301:2, 2327:21, 2358:13, 2441:21
**YouTube** [1] - 2478:11

## Z

**zeroed** [2] - 2337:5, 2337:7
**zone** [1] - 2450:23
**zoned** [2] - 2334:22, 2335:7
**zoom** [1] - 2424:2
**zoomed** [1] - 2424:3