

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

TH
F. #2017R01840

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 27, 2020

By ECF

The Honorable Nicholas G. Garaufis
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Keith Raniere, et al.
     Criminal Docket No. 18-204 (S-2) (NGG)

Dear Judge Garaufis:

  Enclosed please find a redacted version of the victim impact statement it has received from Camila in connection with the defendant Keith Raniere's sentencing hearing.

         Respectfully submitted,

         SETH D. DuCHARME
         Acting United States Attorney

       By: /s/ Tanya Hajjar
         Tanya Hajjar
         Assistant U.S. Attorney
         (718) 254-7000

cc: Clerk of Court (NGG) (by ECF)
   Defense Counsel (by ECF)