

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

NS:TH
F. #2017R01840

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 30, 2020

By ECF

The Honorable Nicholas G. Garaufis
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Keith Raniere, et al.
                 Criminal Docket No. 18-204 (S-2) (NGG)

Dear Judge Garaufis:

      The government respectfully submits this letter in connection with the judgment to be filed as to defendant Keith Raniere in the above-captioned case. Below is a table indicating how counts in the superseding indictment correlate with those submitted to the jury.

| Counts in Superseding Indictment | Counts in Jury Charge and Verdict Sheet |
|---|---|
| One (Racketeering Conspiracy) | One |
| Two (Racketeering) | Two |
| Three (Sexual Exploitation of a Child) | [Not included] |
| Four (Sexual Exploitation of a Child) | [Not included] |
| Five (Possession of Child Pornography) | [Not included] |
| Six (Forced Labor Conspiracy) | Three |
| Seven (Wire Fraud Conspiracy) | Four |

| Counts in Superseding Indictment | Counts in Jury Charge and Verdict Sheet |
| --- | --- |
| Eight (Sex Trafficking Conspiracy) | Five |
| Nine (Sex Trafficking – Jane Doe 5) | Six |
| Ten (Attempted Sex Trafficking – Jane Doe 8) | Seven |
| Eleven (Conspiracy to Commit Identity Theft – Jane Doe 7) | [Not included] |

Respectfully submitted,

SETH D. DUCHARME
Acting United States Attorney

By:  /s/ Tanya Hajjar
Tanya Hajjar
Mark Lesko
Assistant U.S. Attorneys
(718) 254-7000

cc:   Counsel of Record (by ECF)