DOCKET NUMBER: CR 18-0204 (NGG)

## Criminal Cause for Sentencing

Date Received By Docket Clerk:_____ Docket Clerk Initials:_____

BEFORE JUDGE: <u>Garaufis</u> DATE: October 27, 2020 TIME IN COURT  7  HRS    MINS
@ 11:00 am

**1. DEFENDANT:** Keith Raniere

Present X   Not Present     Custody X      Not Custody

**DEFENSE COUNSEL:** Marc Agnifilo
  FEDERAL DEFENDER:    CJA:           RETAINED:  X

**2. DEFENDANT:**
Present   Not Present    Custody    Not Custody

**DEFENSE COUNSEL:**
  FEDERAL DEFENDER:    CJA:    RETAINED:

**3. DEFENDANT:**
Present   Not Present   Custody     Not Custody

**DEFENSE COUNSEL:**
  FEDERAL DEFENDER: CJA:   RETAINED:

**A.U.S.A.:** TANYA HAJJAR

**COURT REPORTER: DAVID ROY**
**INTERPRETER:          LANGUAGE:**

- ☐ Plea Hearing (~Util-Plea Entered)     ☐ Revocation of Probation contested
- ☐ Arraignment                            ☐ Sentencing on a violation
- ☐ Bail Application                       ☐ Motion Hearing
- ☐ Violation                              ☐ Hearing
- ☐ Status Conference                      X Sentencing
- ☐ Bail Violation Hearing                 ☐ Motion for sentence reduction
- ☐ Curcio Hearing                         ☐ Oral Argument
- ☐ Voir Dire Held      ☐ Jury selection        ☐ Jury trial
- ☐ Jury Trial Death Penalty  ☐ Sentence enhancement Phase    ☐ Bench Trial Begun

Speedy Trial Start :   Speedy Trial Stop:   CODE TYPE: XT
Do these minutes contain ruling(s) on motion(s)?    YES          NO

Sentencing held; See Sentencing Memorandum and Judgment.