Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

## United States District Court

Eastern District of New York

Caption:

United States v.

Keith Raniere

Docket No.: 18 Cr. 00204 (S-2)

Nicholas G. Garaufis
(District Court Judge)

Notice is hereby given that Keith Raniere appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other ☐
(specify)
entered in this action on October 30, 2020
(date)

This appeal concerns: Conviction only ☐  Sentence only ☐  Conviction & Sentence ✓  Other ☐

Defendant found guilty by plea ☐ | trial ✓ | N/A ☐

Offense occurred after November 1, 1987? Yes ✓ | No ☐  N/A ☐

Date of sentence: October 27, 2020  N/A ☐

Bail/Jail Disposition: Committed ✓  Not committed ☐  N/A ☐

Appellant is represented by counsel? Yes ✓ | No ☐  If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Marc A. Agnifilo, Esq. |
| Counsel's Address: | 767 Third Avenue, 26th Floor |
| | New York, NY 10017 |
| Counsel's Phone: | (212) 750-7800 |
| Assistant U.S. Attorney: | Tanya Hajjar and Mark Lesko |
| AUSA's Address: | 271 Cadman Plaza East |
| | Brooklyn, NY 11201 |
| AUSA's Phone: | (718) 254-6109 |

_Marc Agnifilo_ (RG)
Signature