

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

NS:TH
F. #2017R01840

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 9, 2020

By ECF

The Honorable Nicholas G. Garaufis
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: United States v. Keith Raniere, et al.
           Criminal Docket No. 18-204 (S-2) (NGG)

Dear Judge Garaufis:

      In accordance with the Court's Sentencing Memorandum (ECF Docket No. 966) as to the defendant Keith Raniere, the government respectfully encloses a proposed Restraining Order pursuant to 28 U.S.C. § 1651 for the Court's review and signature.

      Respectfully submitted,

      SETH D. DuCHARME
      Acting United States Attorney

By:   /s/ Tanya Hajjar
      Tanya Hajjar
      Assistant U.S. Attorney
      (718) 254-7000

cc:     Counsel of Record (by ECF)