NS:TH/KKO
F.#2017R01840

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA           <u>RESTRAINING ORDER</u>

    - against -                                18-CR-204 (NGG) (S-2)

KEITH RANIERE,

         Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WHEREAS on June 19, 2019, a jury convicted the defendant Keith Raniere, (hereinafter, the "Defendant" or "Raniere") on all counts of an indictment charging him with, among other things, racketeering, racketeering conspiracy, wire fraud conspiracy, forced labor conspiracy, sex trafficking conspiracy, and two counts of sex trafficking.

WHEREAS on October 27, 2020, Raniere was ordered to pay a $1,750,000 fine, a $700 Special Assessment, and a $15,000 assessment pursuant to the Justice for Victims of Trafficking Act of 2015; and

WHEREAS, the Trafficking Victims Protection Act (the "TVPA"), 18 U.S.C. § 3143, requires the Court to order restitution to the victims of the sex trafficking and sex trafficking conspiracy charges in the full amount of the victim's losses; and

WHEREAS, pursuant to the Crime Victims' Rights Act, 18 U.S.C. § 3771(a)(6) and (b)(1), the Court shall ensure that crime victims are afforded their rights to full and timely restitution as provided in law; and

1

WHEREAS the Defendant is the beneficiary of the Pamela Anne Cafritz Living Trust;

WHEREAS, the Defendant does not otherwise have substantial assets available to pay the Court-ordered fine or compensate the victims entitled to restitution;

Whereas, the Defendant and/or the Trustee of the Pamela Anne Cafritz Living Trust ("the Trustee"), and/or persons acting on their behalf, may take actions that would have the effect of alienating, transferring, dissipating, distributing, or disposing of any distributions to the Defendant from the Pamela Anne Cafritz Living Trust, or otherwise making them unavailable;

IT IS HEREBY ORDERED as follows:

1. The Defendant's interest in the Pamela Anne Cafritz Living Trust shall be restrained until further order of this Court.

2. The Defendant, the Trustee, their successors, agents, employees, nominees, assigns, representatives, attorneys, family members, or any other person or entity acting for or in concert with them, and anyone having actual knowledge of this Order, shall not directly or indirectly alienate, dissipate, distribute, transfer or dispose of the Defendant's interest in the Pamela Anne Cafritz Living Trust until further order of this Court.

3. The Defendant, the Trustee, their successors, agents, employees, nominees, assigns, representatives, attorneys, family members, or any other person or entity acting for or in concert with them, and anyone having actual knowledge of this Order, shall not take, or cause to be taken, any action that could have the effect of concealing or moving the

Defendant's interest in the Pamela Anne Cafritz Living Trust from the jurisdiction of this Court, or take or cause to be taken, any action that could have the effect of concealing or moving the Defendant's interest in the Pamela Anne Cafritz Living Trust from the jurisdiction of this Court.

4. Any and all financial institutions that have in their custody, control, or possession, any or all of the Defendant's interest in the Pamela Anne Cafritz Living Trust are hereby restrained from conveying, disposing of, or transferring, by wire or any other means, any of the Defendant's interest in the Pamela Anne Cafritz Living Trust or taking any offsets against them, and shall continue to credit any deposits, interest, dividends, or other credits to such accounts in the normal course of business.

5. Service of this Order upon any individual or financial institution shall be made by facsimile, provided that a hard copy is thereafter served by regular mail, overnight mail, or personal service.

6. This Order shall remain in effect until further order of the Court or until the Court modifies the Order as appears necessary in the interests of justice and consistent with the purposes of the TVPA and the All Writs Act, 28 U.S.C. § 1651(a).

7. Any person or entity who violates or assists in any violation of this Order shall be subject to all appropriate penalties, including but not limited to contempt of Court.

Dated:      Brooklyn, New York
               November \_\_\_, 2020

_____
THE HONORABLE NICHOLAS G. GARAUFIS
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK