UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA

        -against-                                 NOTICE OF APPEARANCE

KEITH RANIERE,                              18-CR-00204

                  Defendant.
-----------------------------------------------------------X

    TO: CLERK OF COURT

    PLEASE TAKE NOTICE that Jennifer Bonjean, Esq. of Bonjean Law Group, PLLC, 467 Saint Johns Place, Brooklyn, New York 11238, is appearing for the Defendant KEITH RANIERE in the above-captioned matter.

                                                  /s/ JENNIFER BONJEAN
                                                 Bonjean Law Group, PLLC
                                                 467 Saint Johns Place
                                                 Brooklyn, NY 11238
                                                 Phone: (718) 875-1850
                                                 Fax: (718) 230-0582
                                                 Email: jennifer@bonjeanlaw.com

 Dated: January 5, 2021
       Brooklyn, New York