𝔘nited 𝔖tates 𝔇istrict 𝔆ourt
𝔈astern 𝔇istrict of 𝔑ew 𝔜ork
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                           18-CR-00204 (NGG)

       - **against** -              **NOTICE OF APPEARANCE**

KEITH RANIERE,
               Defendant.
-------------------------------------------------------------X
MSSRS:

𝔓lease 𝔗ake 𝔑otice that the above-named Defendant, KEITH RANIERE has retained the undersigned to represent him in the above captioned matter and demands all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated: New York, New York
        February 4, 2021

                                            Respectfully Submitted,

                                            /s/ *Steven A. Metcalf II*

                                            _____
                                            STEVEN A. METCALF II, ESQ.
                                            *Attorney for Keith Raniere*
                                            **Metcalf & Metcalf, P.C**.
                                            99 Park Avenue, 25th Flr.
                                            New York, NY 10016
                                            (*Office*) 646.253.0514
                                            (*Fax*) 646.219.2012