United States District Court
Eastern District of New York

---------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                    Case No.:
                                                  18-CR-00204 (NGG)

       -against-

                                                  Notice of Appearance

KEITH RANIERE,

                            Defendant.
---------------------------------------------------------------X

Please Take Notice that the above-named Defendant, Keith Raniere, has retained Metcalf & Metcalf, PC, to represent him in the above captioned matter and respectfully demands all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated:   New York, New York
            February 2, 2021

                                          Respectfully Submitted,

                                          /s/ Joseph D. McBride, Esq.
                                          _____
                                          JOSEPH D. MCBRIDE, ESQ.
                                            Of Counsel
                                            Metcalf & Metcalf, PC
                                            **Attorneys for the Defendant**
                                            99 Park Avenue, 25th Floor
                                            New York, NY 10016
                                            *Phone:* 917.757.9537
                                            *Email:* jmcbride@mcbridelawnyc.com