

**STEVEN A. METCALF II, ESQ.**, Managing Attorney
**NANETTE IDA METCALF, ESQ.**, Managing Attorney**
**MARTIN TANKLEFF, ESQ.**, Associate Attorney
**CHRISTOPHER DARDEN, ESQ.**, *Special Counsel*\*
**JOSEPH D. MCBRIDE, ESQ.**, *of Counsel*

February 9, 2020

**VIA ECF**
The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    United States v. Keith Raniere, 18 Cr. 204 (NGG)

Your Honor:

    Attached to this letter is the Protective Order signed by Steven A. Metcalf II, Esq., Martin H. Tankleff, Esq., and Joseph D. McBride, Esq. We thank you for your attention on this matter.

                                  Respectfully Submitted,

                                  /s/ Joseph D. McBride, Esq.
                                  _____
                                  JOSEPH D. MCBRIDE, ESQ.
                                  Of Counsel
                                  Metcalf & Metcalf, P.C.
                                  **Attorneys for Mr. Raniere**
                                  99 Park Avenue, 25th Floor
                                  New York, NY 10016
                                  *Phone:* 917.757.9537
                                  *Email:* jmcbride@mcbridelawnyc.com