1

1        UNITED STATES DISTRICT COURT
         EASTERN DISTRICT OF NEW YORK
2
- - - - - - - - - - - - - - - X
3   UNITED STATES OF AMERICA,      : 18-CR-204 (NGG)
                                   :
4                  PLAINTIFF,      :
                                   : United States Courthouse
5        -against-                 : Brooklyn, New York
                                   :
6   KEITH RANIERE,                 :
                                   : Tuesday, October 27, 2020
7                  DEFENDANT.      : 11:00 a.m.
- - - - - - - - - - - - - - - X
8

9
           TRANSCRIPT OF CRIMINAL CAUSE FOR SENTENCING
10       BEFORE THE HONORABLE NICHOLAS G. GARAUFIS
             UNITED STATES DISTRICT COURT JUDGE
11

12

13                    A P P E A R A N C E S:

14   FOR THE GOVERNMENT:        RICHARD P. DONOGHUE, ESQ.
                                UNITED STATES ATTORNEY
15                              EASTERN DISTRICT OF NEW YORK
                                271 CADMAN PLAZA EAST
16                              BROOKLYN, NEW YORK 11201
                                BY:  TANYA HAJJAR, ESQ.
17                                   MARK LESKO, ESQ.
                                     Assistant United States Attorneys
18
     For the Defendant:         BRAFMAN & ASSOCIATES
19                              767 Third Avenue
                                26th Floor
20                              New York, New York
                                BY:  MARC A. AGNIFILO, ESQ.
21                                   TENY R. GERAGOS, ESQ.

22                              DerOHANNESIAN & DerOHANNESIAN
                                677 Broadway
23                              Suite 707
                                New York, New York 10017
24                              BY:  PAUL DerOHANNESIAN, ESQ.
                                     DANIELLE SMITH, ESQ.

25

Proceedings                                            2

1              A P P E A R A N C E S (Continued)

2

3    Court Reporter:        DAVID R. ROY, RPR
                            United States Courthouse
4                           225 Cadman Plaza East
                            Brooklyn, New York 11201
5                           Telephone:  (718) 613-2609
                            drroyofcr@gmail.com
6

7    Proceedings recorded by Stenographic machine shorthand,
     transcript produced by Computer-Assisted Transcription.
8

9              P  R  O  C  E  E  D  I  N  G  S

10

11                        --oo0oo--

12

13        (In open court.)

14        THE COURTROOM DEPUTY:  Criminal cause for

15   sentencing, United States versus Keith Raniere.

16        Counsel, would you state your appearances.

17        MS. HAJJAR:  Good morning, Your Honor.

18   Tanya Hajjar and Mark Lesko for the Government.  And with us

19   at counsel table is Special Agent Michael Lever of the FBI.

20        THE COURT:  Good morning.

21        MR. AGNIFILO:  Good morning, Your Honor.

22        THE COURT:  Good morning.

23        MR. AGNIFILO:  Marc Agnifilo and Teny Geragos

24   sitting at counsel table with Keith Raniere.  We also have

25   Paul DerOhannesian and Danielle Smith in the second -- in

Proceedings                                                    3

1    the first row there and there, Your Honor (indicating).

2              THE COURT:  Good morning, everyone.

3              MR. AGNIFILO:  Thank you, Your Honor.  And Keith

4    Raniere is with us this morning, as well.

5              THE COURT:  Yes.  And the defendant is present.

6              Good morning, Mr. Raniere.

7              Before we begin the proceedings, I would like to

8    extend some thanks to those who helped us put together this

9    proceeding under the circumstances of the pandemic in such a

10   way that we can minimize the danger to everyone here in the

11   courtroom and in the courthouse.

12             And I would like to thank Chief Judge Mauskopf,

13   who has overseen efforts of the Court to resume operations,

14   with the assistance of the science, the experts, and the

15   staff.

16             I would like to thank Magistrate Judge Scanlon,

17   who was the magistrate judge assigned to this case.

18             In addition, I would like to thank the clerks'

19   office and the IT Department, in particular, for making the

20   arrangements for this courtroom and all of the overflow

21   courtrooms that are being used.  And I understand that we

22   are using six overflow courtrooms for this proceeding so we

23   can maximize the ability of the public to be present and

24   observe the proceedings.

25             In addition, I would also like to thank

Proceedings                                                    4

1    District Executive Eugene Corcoran, and his staff,

2    especially Ogoro Francis-McLeish, who dealt with all of the

3    issues of the staging this particular courtroom with

4    Plexiglas and other devices.

5              I would like to thank the U.S. Marshals, Vincent

6    DeMarco, and his staff; as well as the members of my

7    chamber's staff, my clerks, and Joseph Reccoppa, my

8    courtroom deputy/case manager.

9              That having been said at this time, I will

10   proceed.  This is the sentencing of Keith Raniere who was

11   convicted by a jury on June 19th, 2019 of numerous counts.

12             And the materials that I have reviewed for this

13   sentencing are as follows:  There is a presentence

14   investigation report that I will refer to generally as the

15   PSR, dated January 29th, 2020; the defendant's objections to

16   the PSR of March 11th, 2020; the Government's responses to

17   the defendant's objections to the PSR, March 25th, 2020; the

18   addendum to the PSR, April 8th, 2020; the Government's

19   sentencing memorandum, dated August 27th, 2020; the

20   defendant's sentencing memorandum, including objections that

21   remain to the PSR, dated September 19th, 2020; the

22   Government's response to the defendant's sentencing

23   memorandum, dated October 9th, 2020; letters in support of

24   the defendant and victim-impact statements.  And I think

25   that covers everything.

```
                        Proceedings                    5
```

1          All right.  If there's anything else that I have

2    not mentioned that I should be considering, please advise

3    the Court.

4          MS. HAJJAR:  No, Your Honor.

5          THE COURT:  Anything else?

6          MR. AGNIFILO:  No, Your Honor.

7          THE COURT:  All right.  Thank you very much.

8          I remind everyone that we are all going to wear

9    masks.  Sometimes we forget and then we get reminded.  We

10   are all going to wear masks throughout the proceedings,

11   including any statements that are made by victims or anyone

12   else.

13         And at this point, I want to move on to the

14   calculation of the Guidelines in this case.  Now, as I said,

15   I have the defendant's objections which are folded into the

16   sentencing memorandum, and I have considered them and the

17   Government's responses and I am ready to rule on these

18   objections.

19         Does anyone have anything else to say about the

20   objections that has not already been placed in the record

21   for me to consider?

22         MR. AGNIFILO:  Not from us, Your Honor.  We gave

23   the Court a fairly fulsome presentation of about 15 or 16

24   pages of our sentencing memo, and we have nothing to add.

25         THE COURT:  Okay.  Could you move that microphone

```
                        Proceedings                     6
```

1    to you, sir?

2              MR. AGNIFILO:  Yes.

3              THE COURT:  Thank you, Mr. Agnifilo.

4              MR. AGNIFILO:  Should I try again?

5              THE COURT:  Try again.

6              MR. AGNIFILO:  Yes.

7              THE COURT:  People are listening --

8              MR. AGNIFILO:  Yes.

9              THE COURT:  -- in other rooms.

10             MR. AGNIFILO:  Absolutely.

11             So we included a fairly fulsome series of

12   objections to the Guideline Calculation that was set by the

13   probation department.  We, as you said, folded that into our

14   sentencing memorandum between Pages 65 and the end of the

15   sentencing memo, and we have nothing to add to those

16   objections, Your Honor.  Thank you.

17             THE COURT:  Thank you very much.

18             Anything from the Government?

19             MS. HAJJAR:  No, Your Honor.

20             THE COURT:  All right.  Very well.

21             The probation department recommends that I

22   calculate the total offense level of Mr. Raniere's sentence

23   as 52.  The Government agrees with the PSR's calculation.

24   Mr. Raniere objects to numerous aspects of the PSR and

25   suggests that the correct offense level is 37.  For the

Proceedings                                          7

1  following reasons, I find that the appropriate offense level

2  is 49.

3          Let me begin by addressing Mr. Raniere's

4  objections to the PSR's Guidelines Calculations.

5          First, Mr. Raniere objects to the application of a

6  4-point role enhancement under the Sentencing Guideline

7  Section 3B1.1(a), which applies, quote, "if the defendant

8  was an organizer or leader of a criminal activity that

9  involved five or more participants or was otherwise

10  extensive," end quote."  The Second Circuit has held in

11  *United States v. Ivezaj, I-V-E-Z-A-J, 568 F.3d 88,*

12  *Second Circuit (2009)*, that when calculating the Guidelines

13  for a RICO offense, a Section 3B1.1 role enhancement should

14  be applied to the base level, quote, "on the basis of the

15  defendant's role in the overall RICO enterprise," end quote,

16  rather than, quote, "on the basis of his participation in

17  discrete racketeering acts."  End quote.

18          Mr. Raniere asks this Court to distinguish the

19  Second Circuit's holding in *Ivezaj* on the grounds that this

20  case, unlike *Ivezaj,* does not involve a, quote, "traditional

21  organized crime enterprise," end quote, engaging in violent

22  criminal acts.

23          That argument lacks merit because the

24  Second Circuit's analysis in that case was not based upon

25  the, quote, "traditional," end quote, nature of the

1   enterprise at issue or the violent nature of the predicate

2   acts.

3            Rather the Second Circuit's conclusion that,

4   quote, "it makes little sense to allow a defendant who acts

5   in a leadership capacity in a wide ranging criminal

6   enterprise to have his official level adjusted," end quote,

7   based on his agreed participation in each predicate

8   racketeering act applies with equal force in this case.

9            Accordingly, I reject Mr. Raniere's objections to

10  the application of the four-point role enhancement in

11  Paragraphs 181, 189, 197, 203, 209, 215, 221, 228, and 252

12  of the PSR.

13           Next, Mr. Raniere objects to two aspects of the

14  calculations of Counts 1 and 2, Racketeering Act 2, which

15  concerns the sexual exploitation of Jane Doe 2.  First, he

16  objects to the application of a two-level increase subject

17  to Sentencing Guidelines Section 2G2.1(b)(2)(A), for an

18  offense that involved the commission of a sexual act or

19  sexual contact.  He argues that the offense at issue

20  involves the pornographic photographs that he took of

21  Jane Doe 2 when she was a minor, and that because the

22  photographs themselves do not depict a sexual act or sexual

23  contact, the two-level increase is improper, notwithstanding

24  evidence that Mr. Raniere did engage in an illegal sexual

25  relationship with Jane Doe 2 beginning when she was 15 years

Proceedings                                                    9

1   old.

2        Both the Second Circuit and at least one other

3   Circuit Court have determined that the Guidelines allow for

4   a base offense level to increase under

5   Section 2G2.1(b)(2)(A) on the basis of a Defendant's sexual

6   contact with the victim in grooming her for the offense,

7   even where the photographs that are the subject of the

8   offense depict no sexual contact.  I find that the trial

9   records establishes by a preponderance of the evidence that

10  Mr. Raniere took these photographs in the context of an

11  ongoing sexual relationship, through which Mr. Raniere

12  groomed her for the offense of conviction.  I, therefore,

13  find that the two-point increase applies.

14        I agree with Mr. Raniere's objection to a

15  two-level enhancement on Racketing Act 2 subject to

16  Sentencing Guidelines Section 2G2.1(b)(5), which applies if

17  the defendant was the minor's parent, relative, or legal

18  guardian, or if the minor was otherwise in the defendant's

19  custody or care.  While Jane Doe 2 was living in

20  NXIVM-affiliated housing with adults other than her parents

21  in November of 2005, she was not living with Mr. Raniere.

22  This enhancement seems to be aimed particularly at

23  situations in which the defendant is either the victim's

24  parent or guardian or else plays an analogous custodial

25  role.  While Jane Doe 2 was entrusted to the care of the

Proceedings                                    10

1   NXIVM community, led by Mr. Raniere, I do not think the

2   record demonstrates that Mr. Raniere took on the kind of

3   custodial role contemplated by the Guidelines.  I,

4   therefore, decline to apply this enhancement.

5          I also agree with Mr. Raniere that the record does

6   not support a two-level enhancement on Racketeering Acts

7   9(a) and 9(b), which concern the trafficking of Jane Doe 4,

8   on the grounds that she suffered serious bodily injury.

9   While the circumstances of Jane Doe 4's confinement clearly

10  had a serious adverse effect on her physical health,

11  including the denial of medical care for a severe toothache,

12  and on her metal health, I find that the bodily injury she

13  suffered was not of the type or severity contemplated by the

14  Guidelines in providing for this enhancement.

15         I disagree with Mr. Raniere's objection to the

16  cross-reference of the sex trafficking Guidelines on

17  Counts 1 and 2, Racketeering Act 12(b), and Count 6, which

18  concern the forced labor of Jane Doe 5.  Mr. Raniere argues

19  that the cross-reference creates a problem of double

20  counting, but Mr. Raniere is also being sentenced for sex

21  trafficking of Jane Doe 5.  But as the Second Circuit has

22  made clear, the Guidelines sometimes allow the Court to,

23  quote, "apply multiple Guidelines provisions based on the

24  same underlying contact for that is the result clearly

25  intended by Congress and the Sentencing Commission," end

1    quote.

2            In this case, the so-called double counting that

3    Mr. Raniere objects to is contemplated by the Sentencing

4    Guideline Section 2H4.1(b)(4)(B), and is a Guidelines

5    calculation that, quote, "involves double counting in a

6    literal sense, but does not involve impermissible double

7    counting," end quote.

8            I agree with Mr. Raniere that the Government has

9    not established by a preponderance of the evidence, that

10   either Sylvie or additional DOS Victim 1 were victims of sex

11   trafficking or a conspiracy to commit sex trafficking.  I

12   therefore decline to include those acts in the Guidelines

13   Calculations.

14           I disagree with Mr. Raniere that he's entitled to

15   a three-point reduction under the Sentencing Guideline

16   Section 2X1.1(b)(1) with respect to his conviction attempted

17   sex trafficking of Jane Doe 8.  Section 2X1 -- 2X.1(b)(1)

18   provides for a three-point reduction in the case of attempt

19   convictions, quote, "unless the defendant completed all the

20   acts the defendant believed necessary for successful

21   completion of the substantive offense," end quote.

22           For the offense of conviction of sex trafficking,

23   that exception would, therefore, apply if Mr. Raniere

24   completed all the acts he believed necessary to, quote,

25   "recruit, entice, harbor, transport, provide, obtain,

Proceedings                                                    12

1   maintain, patronize, or solicit," end quote Jane Doe 8 of

2   purposes of engaging in commercial sex acts, regardless of

3   whether Jane Doe 8 actually performed those acts.

4            I find that the preponderance of the evidence

5   supports such a finding.  The evidence at trial established

6   that, in approximately November 2016, Jane Doe 8 was

7   recruited into DOS, which she was told was a, quote,

8   "women's-only organization," end quote.  Her recruitment

9   follow a pattern in which Mr. Raniere directed, quote,

10  "first line," end quote, DOS slaves to recruit their own

11  slaves, and instructed them to conceal from the recruits

12  that he was involved with DOS in any way.  Shortly after

13  being recruited, Jane Doe 8 was given a, quote, "special

14  assignment," end quote by her, quote, "masters," end quote

15  to, quote, "seduce," end quote, Mr. Raniere, and allow

16  Mr. Raniere to take a photograph to prove she had completed

17  the, quote, "assignment," end quote.  I find Jane Doe 8's

18  testimony credible, and reject Mr. Raniere's contention that

19  she somehow, quote, "misunderstood the assignment to sleep

20  with Mr. Raniere," end quote.

21           Thus, while Jane Doe 8 ultimately refused to

22  engage in a sex act with Mr. Raniere, I find that the

23  preponderance of the evidence establishes that Mr. Raniere,

24  quote, "completed all the acts he believed necessary for

25  successful completion of the substantive offense," end

Proceedings                                           13

1   quote.   Accordingly, a three-point reduction under

2   Section 2X1.1(b)(1) is not warranted.

3          I disagree with Mr. Raniere's objection to a

4   five-level enhancement under the Sentencing Guidelines

5   4B1.5(b)(1) for engaging in a, quote, "pattern of activity

6   involving prohibited sexual conduct," end quote.   Under the

7   Guidelines, a defendant engages in a pattern of activity

8   involving prohibited sexual contact, quote, "if on at least

9   two separate occasions the defendant engaged in prohibited

10  sexual conduct with a minor," end quote.

11         The evidence establishes that Mr. Raniere began a

12  sexual relationship with Jane Doe 2 in or about September

13  of 2005, when she was 15 years old.   The evidence also

14  established that, on at least two occasions, Mr. Raniere

15  took photographs of Jane Doe 2 constituting child

16  pornography.   That is sufficient to establish a, quote,

17  "pattern of activity involving prohibited sexual conduct,"

18  end quote, and the enhancement under 4B1.5(b)(1) is the

19  therefore warranted.

20         Having addressed Mr. Raniere's objections to the

21  PSR's Guidelines calculation, I will now calculate the

22  Guidelines range for Mr. Raniere's sentence, using the 2018

23  Guidelines Manual.

24         On Count 1(a) for Visa Fraud, the

25  base offense level is a 19 and a four-point role enhancement

Proceedings                                    14

1    applies for an adjustment, adjusted total of 23.

2          Counts 1 and 2, Racketeering Acts 1(a) and 1(b),

3    for Conspiracy to Commit Identity Theft and Unlawfully

4    Possess Jane Doe 1's Identification, the base offense level

5    is 19 and a four-point role enhancement applies, for an

6    adjusted total of 23.

7          On Counts 1 and 2, Racketeering Acts 2 and 4, for

8    Sexual Exploitation of Jane Doe 2 on November 2nd, 2005, the

9    base offense level is a 32.  I apply a two-level increase

10   because Jane Doe 2 was older than 12 but younger than 16, a

11   two-level increase because the offense involved sexual

12   contact and a four-point increase for the defendant's

13   leadership role, for an adjusted total of 40.

14         On Counts 1 and 2, Racketeering Acts 3 and 4, for

15   sexual exploitation of Jane Doe 2 on November 24, 2005, the

16   computation is the same as the one I just described, which

17   is an adjusted offense level of 40.

18         On Counts 1 and 2, Racketeering Acts 5(a) and 5(b)

19   for Conspiracy to Commit Identity Theft of James Loperfido,

20   the base offense level is 19 and a four-point role

21   enhancement applies for an adjusted total of 23.

22         On Counts 1 and 2, Racketeering Acts 5(a) and 5(c)

23   for Conspiracy to Commit Identity Theft of Edgar Bronfman,

24   Sr. the base offense level is a 19 and four-point role

25   enhancement applies for an adjusted total of 23.

```
                    Proceedings                    15
```

1           On Counts 1 and 2, Racketeering Act 6, for

2   Conspiracy to Alter Records for Use in an Official

3   Proceeding, the base offense level is 19 and a four-point

4   role enhancement applies for an adjusted total of 23.

5           On Counts 1 and 2, Racketeering Act 7, for

6   Conspiracy to Commit Identity Theft of Jane Doe 3, the

7   base offense level is a 19 and a four-point role enhancement

8   applies, for an adjusted offense level of 23.

9           On Counts 1 and 2, Racketeering Acts 9(a) and

10  9(b), for Trafficking and Document Servitude of Jane Doe 4,

11  the base offense level is 22 and I apply a three-level

12  increase because the victim was held in peonage or

13  involuntary servitude for over a year, and a four-level

14  increase for the defendant's leadership role, for an

15  adjusted total of 29.

16          On Counts 1 and 2, Racketeering Act 10, for

17  Extortion, the base offense level is a 19 and a four-level

18  role enhancement applies, for an adjusted offense level of

19  23.

20          On Counts 1 and 2, Racketeering Act 12(a), and

21  Counts 8 and 9 for Sex Trafficking of Jane Doe 5, the

22  base offense level is a 30 and a four-level role enhancement

23  applies, for an adjusted total of 34.

24          On Counts 1 and 2, Racketeering Act 12(b), and

25  Count 6, for Forced Labor of Jane Doe 5, the

1   base offense level is a 32 and four-point role enhancement

2   applies for an adjusted total of 36.

3           On Counts 1 and 2, Racketeering Act 14, for

4   Conspiracy to Commit Identity Theft of Jane Doe 7, the

5   base offense level is 19 and a four-point role enhancement

6   applies for an adjusted total of 23.

7           On Counts 1 and 7 for Wire Fraud Conspiracy, the

8   base offense level is 19 and a four-point role enhancement

9   apply, for an adjusted total of 23.

10          On Counts 1, 8, and 10 for Attempted Sex

11  Trafficking of Jane Doe 8, the base offense level is a 34

12  and a four-level role enhancement applies, for an adjusted

13  total of 38.

14          I then compute the multiple count adjustment,

15  which requires that I assign one unit to the group with the

16  highest offense level, and one additional unit to each group

17  that is equally serious or 1-4 levels less serious.

18          The two groups are related to sexual exploitation

19  of Jane Doe 2 have a highest adjusted offense level at 40.

20  I assign one unit to each of those groups, one unit to the

21  group covering sex trafficking and forced labor of

22  Jane Doe 5 and one unit to the group covering attempted sex

23  trafficking of Jane Doe 8.  That yields a total of four

24  units.  I then take the greater of the adjusted offense

25  levels, which is 40 and increase the level by four points,

Proceedings                                              17

1    based on the unit calculation.  That would yield a Total

2    Offense Level of 44.

3           Finally, because the offense of conviction is a

4    covered sex crime, the defendant engaged in a pattern of

5    activity involving prohibited sexual conduct, the defendant

6    is not a career offender, and Section 4B1.5(a) of the

7    Guidelines does not apply, I increase the offense level by

8    five points, to total of 49.  The Total Offense Level is

9    therefore 49.

10          Having determined the Total Offense Level, I will

11   now calculate the Guidelines Range.  The defendant is in

12   Criminal History Category 1, and thus his Total Offense

13   Level -- and his Total Offense Level is 49.  Using the

14   Guidelines table, I calculate that the applicable Guidelines

15   range is life imprisonment.

16          And that's the Court's decision.  And the defense

17   has its objection.

18          MR. AGNIFILO:  Thank you, Your Honor.

19          THE COURT:  And if there are any objections from

20   the Government?

21          MS. HAJJAR:  No, Your Honor.

22          THE COURT:  All right.

23          All right.  At this time, we will move on to

24   victims' statements.  We have 15 victim statements that will

25   be made either in person or by video or audio.  And we'll

```
                        Proceedings                    18
```

 1   begin with the victim statement by Camila.  Okay.  Is Camila

 2   in the room or do we have to escort her.

 3              MS. HAJJAR:  She's being escorted in, Your Honor.

 4              THE COURT:  Thank you.

 5              (Pause in proceedings.)

 6              THE COURT:  Okay.  Good morning, ma'am.  Are you

 7   Camila?

 8              CAMILA:  I am.

 9              THE COURT:  All right.  Please leave your mask on

10   you will be heard.  Thank you very much.  You may proceed

11   when you are ready.

12              CAMILA:  Good morning, Your Honor.  I'll start by

13   introducing myself.  My name is Camila, but most people call

14   me Cami.  I understand that the case that concerns me and my

15   name has been mentioned repeatedly throughout the trial, but

16   I was not here and I was not heard.

17              THE COURT:  Could you lower the microphone a

18   little and speak slowly and take all the time you need,

19   please.

20              CAMILA:  Thank you.

21              THE COURT:  Thank you.

22              CAMILA:  During this trial I was advised by my

23   lawyer not to speak with the Government and to stay

24   invisible.  But I have recognized the power I hold and I am

25   ready to retain my voice and stand up for myself.

1       As for the individuals that I am here to speak

2   about, it is difficult for me to utter his name.  I will

3   only refer to him as "he."  I am rebuilding my life and I

4   will not bring him forward into my future.  This man that

5   you are about to sentence had a deep invest in my life that

6   I am not sure I can fully quantify or qualify.

7       It has taken me a long time to begin to process

8   the trauma he caused by his attempts to control my mind and

9   my world.  He tried to replace my voice with his own, my

10  thoughts with his self-serving ideas.  He twisted my mind

11  for so long that finding the strength and clarity to tell my

12  story has been a slow and painful journey.  And even now I

13  realize that I still have a long road ahead of me.

14      I am here because I am someone's daughter, sister,

15  and friend, and I know that if it was my own daughter,

16  sister, or friend it would be completely unacceptable for

17  her to have been inducted into that situation; therefore, I

18  am standing up for that girl that was someone's daughter and

19  I am saying it is unacceptable that she was in this

20  situation.  It is wrong that she had to live through

21  everything she did, and it is unforgivable that it lasted 12

22  years.

23      You want me to believe that my only value came

24  from having self-doubt.  I now realize I am stronger than he

25  ever allowed me to know I was.  He tried to control me

Proceedings                    20

1    because he knew that the knowledge I had about him and his

2    actions toward me made him vulnerable.

3            I met him when I was just 13, and from the start,

4    I did not feel comfortable around him.  I would even try to

5    avoid being in the same room as him, but the adults around

6    me would get mad at me for being rude and push me back

7    towards him.  This felt like a violation and a betrayal from

8    the very people that were supposed to protect me.

9            The very first time I was left to have a

10   conversation alone with him, we talked about how I placed

11   second on my eighth-grade spelling bee contest.  I continued

12   to avoid him after that for some time, but years later, he

13   told me how he knew I was special from the moment he met at

14   13.

15           He first had sex with me on September 18, 2005.

16   He would expect me to celebrate September 18th as our

17   anniversary together every year.  That first time, which was

18   my first time, I was 15.  He was 45.  This was after a few

19   months of him asking me to go on walks in the middle of the

20   night, which he would bring up topics of a sexual nature

21   escalating in detail over time and asking me flippant

22   questions about my sexual history, of which I had none.  He

23   told me keep it all a secret, immediately severing me from

24   my family and friends and effectively making himself my only

25   resource.

Proceedings                    21

1          Beginning at that time, he would ask me to

2    sneak -- sneak out of the house that I was living in to meet

3    him at places where we were isolated as well as from

4    everyone else so that he could have sex with me.  He would

5    often take me to his executive library where he would ask me

6    to take my clothes off before coming up the stairs to the

7    loft as he watched.  During these secret meetings when I was

8    still 15, he took naked pictures -- naked pictures of me.

9    The experience of being photographed is seared into my

10   memory.  As a 15-year-old that is not something you easily

11   forget.  He would have with me some type of sexual contact

12   during every meeting.  The times he took a picture were no

13   exceptions.

14          While he hid our sexual relationship from others,

15   he explained it to me by telling me I was very mature for my

16   age, and the flattering and the romance of hearing that when

17   you're a teenager; I know now that it was false.  I was a

18   child.  I also know that it was no excuse to rob me of my

19   youth or to interrupt my life the way he did.  He used my

20   innocence as -- my innocence to do whatever he wanted with

21   me, not just sexually but also psychologically.  He

22   manipulated me into what he wanted for his own reasons, for

23   his own pleasure.

24          He was calculated and methodical in the way he

25   tricked me into a relationship and the way he manipulated me

Proceedings                    22

1  for every second of my life.  He groomed me in his eyes.  He

2  shaped -- he shaped my being to his liking, or mine, he

3  said.

4         Today I still have trouble identifying the lines

5  between a normal relationship and an abusive one.  Even the

6  times with him that could have been perceived as smooth and

7  conflict-free, I now realize were the other side of the

8  abuse.  I had to become good at figuring out how to stay in

9  his good graces by pleasing him and doing exactly what he

10  wanted me to do, and I did.  I became the best.  He had made

11  himself my only lifeline and I was not going to mess with

12  that.  I learned that survival is instinctive, even in the

13  most twisted circumstances.

14         He was involved in and controlled every aspect of

15  my life.  When I was 17, he directed that I overstay my

16  visa.  At the time I was too young to understand why he

17  wanted this to happen, but I now realize why.  I realize

18  that he was using my status to strip me of all options, and

19  in doing so, deprive me of my freedoms.  I was not old

20  enough to consciously consent or understand how he was

21  taking away my rights.  I regret listening to him and

22  trusting him.

23         In 2011 he put me up in an apartment in the

24  neighborhood.  It was clear that just like our relationship,

25  no one could know about it.  He romanticized it by -- and

Proceedings                              23

1    told me it would be our home, but in reality, he spent

2    almost no time there.  He expected me to be available for

3    sex all the time.  He would come in the house, have sex, and

4    leave.

5              As a result of my living situation and the secrecy

6    surrounding it, I became even more isolated and withdrawn.

7    My family and friends started describing me as mysterious,

8    and while at first they were curious and inquisitive about

9    my life and whereabouts, eventually they stopped asking.  I

10   became unreachable to my parents, my brother, and friends

11   until I had no one that would worry about me, no friends to

12   check up on me.  I felt abandoned for the longest time.  I

13   didn't see it then, but he cut me off from anyone that could

14   ever help me.

15             In addition to manipulating me for his sexual

16   relationship, he emotionally and psychologically abused me.

17   I battle with the effects of his manipulation to this day.

18   He exerted an intense amount of pressure on me regarding my

19   weight, which resulted in an eating disorder that has been a

20   lifelong battle and has caused me ongoing health problems.

21   When I was 15, I was a normal teenager who had a normal

22   relationship with food and exercise, but he destroyed that.

23   As soon as we started having sex, he started asking me my

24   weight every single day, and this continued into my

25   adulthood.

Proceedings                                    24

1          As you can see, I'm 5'5," and his goal for me was

2    to weigh 100 pounds or less.  Today I try not to think about

3    my weight, but I still hear his voice in my head and it

4    continues to be a daily struggle.

5          After experiencing threatening physical symptoms

6    because of the eating disorder, some of which I have yet to

7    fully recover from, I asked for outside professional help,

8    but his answer was always, lose the weight first.  These are

9    words that -- these are words that were burned into my

10   memory because of the desperation and the hopelessness that

11   I felt being met with such a heartless response.  He told me

12   that he knew better than doctors anyway and always denied me

13   any medical care.  Now I believe he never let me seek

14   medical attention to make sure our relationship stayed a

15   secret.

16         Each attempt to distance myself from him was met

17   with resistance, and the worst part started when I tried to

18   break up with him.  I wanted a normal life and to be in a

19   normal relationship.  I believed in what he said before, If

20   you ever want to go, I support you.  But when I tried to

21   leave, I learned that was a lie.  He had told me the only

22   value I contributed to the relationship was my purity.  I,

23   therefore, thought that if I became impure inside, he would

24   let me go, so I had another relationship.  But he did not

25   let me go.  It only got worse.  He punished me emotionally,

Proceedings                                                    25

1   psychologically, and sexually.  I had no one to reach out to

2   for help.  He acted happy, loving, and caring when I started

3   falling back in line, but as soon as I pressed it again and

4   decided to leave, he would become a monster.  He knew the

5   things that mattered most to me and what I feared and used

6   both to control me.

7         He drove me to the point of a suicide attempt with

8   his cold-mind games.  That night when he finally, in a state

9   of shock with blood running down my arms, one of the first

10  things out of his mouth was, Do you know how bad it could

11  have been for me if you had killed yourself?  His first

12  thought was always of himself and the potential exposure of

13  his secret, even when I was in extreme distress.

14        He acknowledged that the right thing would be for

15  me to go to a hospital and be placed under psychiatric

16  evaluation.  I would have welcomed that help and a break

17  from his cruelty.  Instead, he asserted his capability that

18  he could help me better than any trained professional.  He

19  continued the mind games and did not allow me to seek

20  outside help.  I really thought he would let me go after

21  that.  Instead, he tighten his grip and brought in more

22  people to keep me in check.  It felt like I would never be

23  free.  There was no way out.

24        I hold scars on my body from him that can never be

25  erased.  They carry immense emotional and psychological

Proceedings                                    26

1    pain.  They are a reminder of his cruelty and manipulations.

2    He knew exactly what he was doing.  He even asked me at some

3    point if having his initials on my body would keep me from

4    being with other people.  He drew pleasure from knowing he

5    had marked me.  I was his.

6              Even when I got up the courage to cover his mark,

7    it has not been enough to disguise the pain and shame that

8    it reminds me of.  To realize that someone knowingly hurt

9    your body and drew pleasure from it is a difficult thing to

10   come to terms with; and maybe it's not something that is

11   ever meant to feel okay.  To brand someone you allegedly

12   care for should never be normal.

13             I left in 2017 thanks to my sister.  When I walked

14   away I had the mind of a 15-year-old in the body of a

15   27-year-old.  I missed out on the incredibly basic things

16   people learn in their youth, so I was completely unarmed and

17   unable to cope.  Even after I left, I was still constrained

18   by him.  I was distrustful of almost everyone, including my

19   own family; and sometimes had moments of confusion where I

20   felt unsure I was -- that it was right of me to leave.  I

21   felt completely alone.

22             Because of him I lacked documentation of legal

23   status, even in Mexico.  Because of him I had no formal work

24   experience and no higher education, which has really

25   constrained my ability to find work.  It's hard to explain

1    to potential employers how I came to suddenly enter the

2    workforce at 29 with such a limited résumé and no

3    references.

4           It was not until a few months after his arrest

5    that I begun to truly break free of his control.  And even

6    now, the effects of his abuse live on.  While the emotional

7    instability has finally ended, I continue to carry scars,

8    physical and emotional and psychological to this day.

9    Because he manipulated me into a sexual relationship, I

10   carry the pain and shame of aborting a child at his

11   direction, which is something that would haunt me every day

12   and a wound that will never heal.

13          I also have cervical dysplasia, which is a

14   precancer in my cervix from the HPV virus.  Every step of

15   the procedure has been traumatic because it reminds me of

16   the way in which he violated my being.  The lasting effects

17   of his abuses of me include threatening my ability to have a

18   family in the future in a normal manner and having to deal

19   with long-lasting medical effects.  I want to move on, but

20   he has damaged me in so many ways.

21          His infliction of stress on me from his actions

22   have made it hard for me to maintain a job.  I still have

23   heart palpitations.  I still have scars on my body.  I still

24   struggle to have a healthy relationship with food, exercise

25   and body image, and I still struggle to understand what a

1   loving, healthy relationship with another person should look

2   like.  I still don't have a normal concept of family because

3   of how he manipulated us away from each other.  And because

4   of the secrecy, he never allowed me to form real

5   friendships.

6           I am working hard to live a normal life, but I

7   feel the mental and emotional and physical consequences of

8   his abuse every single day.  I will never be the same.  I

9   never got to live like a normal teenager.  I never went on a

10  date until I was 29.  I never went to college.  I never --

11  and this is where I go blank because I missed so much of my

12  own life, I find it difficult to even conceptualize what I

13  have missed.

14          As I stand here, the gravity of what he did to me

15  becomes more and more clear, and I fail to understand it

16  sometimes.  He hid his abuse behind ideas and concepts of

17  nobility, but there is nothing noble about abusing a child,

18  abusing his authority, and taking advantage of me, my mind,

19  my body, my spirit, my trust.  He demanded loyalty, but was

20  loyal to no one but himself.  He left me weak, confused, and

21  completely unarmed.  He claimed to build me up, to love me

22  selflessly, yet, he kept me blind and lost, controlling

23  everything around me, including my perception of the world

24  and myself.

25          You see, what everyone got to see was a

Proceedings                                    29

1    soft-spoken charismatic man, but I've seen a different side

2    of him.  I know that other side of him.  I know who he

3    becomes when he's losing control of you.  I know the

4    manipulation, the obsessions, the lies, and how he blurred

5    the lines of right and wrong to serve his own benefit.

6            There has been a difficult -- it has been

7    difficult to rebuild myself but not impossible.  I am and

8    will continue to grow stronger than he ever allowed me to

9    know I was.  Even now, he continues to lie in an attempt to

10   save himself.  He talks himself in circles trying to

11   redefine principles to justify his actions.  But I think

12   he really -- if he truly believed those principles he claims

13   to live by, he would have honored those, and told the truth

14   instead refusing to take accountability for the heinous

15   crimes he has caused.

16           Your Honor, there is no outcome where I get the

17   time back and the opportunity that's lost -- I lost, nothing

18   that can be done or said to make me trust another human

19   being the way I did before I met him.  I believed in the

20   goodness of people and giving them the benefit of the doubt,

21   but that is exactly how he got away with so much.

22   Respectfully, I ask the Court to take my 12 years of abuse

23   and the effects of that abuse that I continue to experience

24   today into consideration in sentencing him.

25           The hardest part of my story is over.  Keith

Proceedings                                    30

1    didn't break me.  I stand here today, now I can do my story

2    justice.  I will not stand idly by.  I will not let somebody

3    else tell my story.  That is why I am here, to prevent him

4    from almost destroying someone else ever again.

5              Thank you, Your Honor.

6              THE COURT:  Thank you.  You may be seated.

7              (Continued on the next page.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
                          Proceedings                        31
```

1          THE COURT (Continuing):  The next victim statement

2     is from Sarah Edmondson, who appears from video.

3          MS. EDMONDSON:  This is not a victim impact

4     statement.  This is a survivor statement.

5          Keith, you tried to steal me from my husband.  You

6     tried to blackmail me.  You tried to enslave me.  You tried to

7     ruin my life and the lives of my friends, but you failed.

8     Your brand of your initials on my body is gone.  I had it

9     removed with plastic surgery.

10          But I can't help but wonder what would have happened

11    if I spent my 30s in a legitimate organization; one led by a

12    true humanitarian.  Instead of a monster who demonstrated his

13    entire life mission is to destroy as many people as possible.

14          You used the trust that people had in me and my

15    bright light as a recruitment tool for your personal harem and

16    your insatiable desire for destruction.

17          In a curriculum that you said taught personal

18    responsibility, you have taken none.  You are not a leader or

19    a mentor or a guru.  You are a liar, a parasite, and a

20    grifter; all the thing that's projected onto women.

21          Despite what you tried to teach us in the

22    curriculum, it turns out there is a definition of evil.  It's

23    you, what you have done and continue to do from prison and in

24    this very moment.  But your con has come to an end.  The world

25    sees your lies.  And if there is ever any justice, the world

Proceedings                                    32

1   will never see your face in public again.

2          Thank you to the Court for your time.  Your Honor,

3   you've saved many lives and my husband and I thank you very

4   much.

5          THE COURT:  The next victim is Mark Vicente

6   appearing by video.

7          MR. VICENTE:  Your Honor, beyond Keith Raniere's

8   crimes as documented in your court, there are moral crimes

9   this man has committed; specifically against those that were

10  under his care.  People like myself.

11         The crimes were willful and intended to cause

12  maximum damage.  There are the physical things Raniere has

13  done to people:  Coerce them to starve themselves, sleep

14  deprivation, cutting them off from their friends and families,

15  closing doors on their life and career opportunities,

16  shunning, terrorism by litigation, branding, triangulating his

17  students against each other, maliciously squandering the

18  child-bearing years of dozens of women, convincing people that

19  he knew better than their doctors resulting in them foregoing

20  medical treatment they should have had.

21         These are all terrible things.  But it's the

22  psychological and existential injuries which will continue for

23  the rest of our lives, that I find the most heinous.

24         Keith Raniere, you have done irreparable harm to

25  people's psyches, to their self-esteem, their belief in

Proceedings                                              33

1   themselves, and their experience of sanity and well-being,

2   their quality of existence.

3           I believed in you.  I believed in your mission,

4   because I thought it was the same as mine.  Finding out the

5   truth about you and your actual motives turned my world upside

6   down.  You broke goodness.  You cracked the firmament of my

7   belief in nobility and honor and righteousness.

8           I do not know how to repair it.  I do not know if it

9   can ever be made whole again.  I fight every day to try to

10  recapture something that now feels lost.

11          This is not by accident on your part.  When I was

12  writing the film Carbon Crimes, you wanted me to create a

13  female character of innocence and good will.  Someone who

14  worked for a leader she believed in with all her might.  She

15  then finds out he's in fact a very bad man with very band

16  intent, using everyone's perceive of goodness for his own

17  ends.  You described to me how it would break someone like

18  that and how she would never be able to heal from it.  She

19  would never be able to find goodness again.  She would be

20  forever poisoned; goodness will be forever poisoned.

21          You knew exactly what you were doing to me and many

22  others.  And the loss and pain is incalculable.  And the worse

23  part, the truly sick part of this is, in that trauma, the

24  desolation of my psyche, is your greatest joy.

25          As the founder the Society Of Protectors, you told

Proceedings                                    34

1   us constantly to man-up, to strip ourselves of everything, to

2   find our true self.  You told us on a daily basis how in the

3   worst circumstances we can find joy.

4          Remember how you quoted Albert Camus, "In the midst

5   of winter I found there was within me an invincible summer."

6   And yet, here you are suffering about how miserable you've

7   been in prison without your comforts.

8          Your ideology was all false bravado and boastful

9   lie.  You made us believe we were constantly failing, a

10  standard you were wholly incapable of meeting yourself.  You

11  just wanted to destabilize our psyches as much as possible so

12  that in our growing psychosis you would be the savior watching

13  us get worse and worse.  Like poisoning us and watching us die

14  slowly.  Our happiness wasting away, that is your true joy.

15         You could have at least had the decency to admit

16  what you wanted was so very primitive.  How cruel to convince

17  women that sex with you would heal their sex abuse trauma.

18  How childish and devious to use principle and honor as a cover

19  for a teenage fantasy of getting a group of women to give you

20  a blow job.  How shallow are you?

21         Clearly, your joy does come from the external world

22  after all.  You were just seeking infantile comfort.

23         It turns out, contrary to your lawyer's assertions,

24  you do need coercion to get sex.

25         You and your followers need to ask yourselves one

1   important question, how did Keith Allen Raniere cause this.

2   Stop being a victim.  Stop suffering.

3            The world's reaction to your self-appointed

4   omnipotence did not cause your present circumstances; your

5   evil did.

6            You will never know true love.  You have to

7   calculate everything:  Kindness, compassion, awe, morality,

8   weeping at pure goodness.

9            While I will struggle for the rest of my life with

10  what you've done to my mind and my soul, I can feel all those

11  things you cannot.  My morality is intrinsically mine.  Your

12  emptiness is yours for ever and ever.

13           Your Honor, I spent 12 years studying this man.  He

14  has a belief that he's the next evolution of human kind,

15  beyond worldly ethics and morality, far superior to this

16  Court.  He thinks he breathes the rarefied air of an awakened

17  genius, but he's none of those things.  He is a malicious,

18  petty, evil and dangerously vengeful sociopath who thrills at

19  our pain.  And yet barely a glimmer of that excitement is

20  visible on his blank face and his dormant eyes.

21           He has been a lascivious little toddler with too

22  much power and zero accountability.  He has stolen hundreds of

23  years from all his victims and poisoned their existence,

24  poisoned my existence.  And he needs to be held accountable.

25           Thank you for your time.

Proceedings                                          36

1          THE COURT:  All right before we proceed any further,

2    anyone here is using an iPhone or iPad or a computer please

3    put it away or leave.  That's everyone.  Thank you very much.

4          The next victim is Ivy Nevares, who is speaking by

5    audio transmission.

6          MS. NEVARES:  Your Honor, I'm Ivy Nevares.  I'm

7    speaking freely about my experiences with Keith Raniere.

8          I met him during my first ESP workshop in 2001.

9    Although I was already indoctrinated, my instincts hadn't been

10   worn away.

11         I didn't realize at the time that the course work

12   showed his fascination with criminal psychologically;

13   specifically swindling and sociopathy.  He even created a

14   worse class of sociopaths he called Suppressives, and later

15   Luciferians for added drama.

16         He showed up for Q&A at the end of the fifth day.

17   He asked him during that first encounter, 'You seem to know a

18   lot about these Suppressives, how do I know you're not one of

19   them?'  He smiled coyly, 'Because they can't hold value, they

20   can only destroy.'

21         I would normally have caught the black and white

22   fallacy were not for the narrative that had been pushed on me

23   by his adoring women already, who were already criminally

24   bound.  Like thousands of others I innocently believed him to

25   be sincere.

Proceedings                                                37

1          Ten months and several workshops later, Raniere

2   asked for a lifetime personal and professional commitment.  I

3   could be with no other men and work for no other person or

4   company.  I knew something was off early on.  He spoke too

5   much and too highly of himself and claimed to have mystical

6   powers no one should question.  I was too embarrassed to ask

7   why he spoke of mysticism while publicly claiming to be a

8   scientist.

9          One of his most preposterous claims is that he had

10  to have sex constantly, lest the spiritual energy consume him

11  to the point of death.  I would like to ask him now, your

12  Honor:  You've presumably gone two-and-a-half years without

13  sex since your arrest.  How is it that you're still alive?

14         One of the cornerstones of Raniere's model is that

15  ethical civilization can only be achieved, and I quote,

16  "through mutually consented honest trade."  The consent cannot

17  exist along site honesty.  And that right there was a loop

18  hole he relentlessly exploited.

19         I consented to an intimate relationship with him,

20  but I never consented to being lied to, manipulated or abused.

21  I never consented to be being held captives by a dependence

22  inducing system that he architected.  I never consented to

23  having his flying monkeys gaslight, exploit, harass, threaten

24  and attack me around the clock under his direction simply

25  because I refused to comply.

Proceedings                                        38

1        I would like to address Raniere directly.  That

2   fateful October you weren't asking for fidelity; you were

3   asking for blind obedience.  You weren't offering a type of

4   marriage; you were opening the door to countless unwritten

5   contracts whose conditions became ever moving targets, but

6   whose penalties you and your women were quick to enforce.

7        You asked me what I wanted from you.  And I said, to

8   know true love.  You instead subjected me to 17 years of

9   indentured servitude and your own perverted monstrosities.

10  Had I known all of this going on, I would have never followed

11  you.

12       The force of Raniere's world rests on a flippant

13  double-edged sword he wields to benefit those who shield and

14  finance his criminal appetite and to cripple those who refuse

15  to do so.  He shunned me for the better part of eleven years

16  and ordered others to do the same, because I could not or

17  would not meet his extreme demands.

18       A decade before DOS existed, Raniere's already

19  tormenting me with the practices the women would later take

20  on.  One year after I put myself through hell to weigh his

21  desired 95 pounds, he shunned me because I had a handful of

22  pumpkin seeds breaking my 400-calorie limit.  That night he

23  said his leaving me hurt him more than it did me.

24       Your Honor, the defendant you see before you today

25  is a sadistic pathological liar.

Proceedings                                                     39

 1              Raniere said, and I quote, "Things are most
 2   maneuverable when they are most unstable."  That is exactly
 3   how he managed to subject me and others to systematic abuses.
 4   He kept us sleep-deprived, blackmailed, exploited,
 5   traumatized, and malnourished.
 6              One year I completed 45-day fast to prove to him
 7   that I cared about our relationship enough.  What was his
 8   response?  That I wanted to break the fast because I was weak
 9   and had no character.  So he ordered me to extend it an
10   additional ten days.  And I did, with the best of intentions,
11   but it was never enough.  Nothing ever was.
12              Many of us experienced PTSD from Raniere's so-called
13   readiness drills.  I found out where he came up with the idea
14   during an SOP training.  In a video he said a person close to
15   him had lost a brother to murder.  And that the body wasn't
16   discovered until ten days after his death.  That was my
17   brother, Fernando.  How dare you desecrate my brother's death
18   as justification to torture countless women.
19              I come from a Mexican family.  And Raniere knew that
20   having children is important to me.  So he bated me with
21   promises of his first born child.  I was very clear early on,
22   I said, if you father a child with someone else I will not
23   raise hell.  I will not destroy you.  I will simply slip away
24   quietly.  He agreed to be truthful about it.  And instead he
25   instructed the other women in the inner circle to lie to my

Proceedings                                                        40

1    face about his children for years even after he was arrested.

2            I'm relieved to know one of his youngest victims has

3    finally denounced him.  But it makes me sick to think he was

4    raping a child and sleeping were her sisters when he was

5    living with me swearing he wasn't sleeping with anyone else.

6            These very acts alone demonstrate his crazed

7    misogyny.  In February 2015, Kristin Keeffe, Raniere's

8    long-time ally emailed me shortly after she defected with

9    their son.  She said Raniere was hoping I would commit

10   suicide.  When I sent him the e-mail he replead, and I quote,

11   "Can you see she's not a bright light."

12           I spent several years contemplating Kristin's

13   accusation because I refused to believe it was true.  Recently

14   I learned she said that on walks with Raniere he asked

15   gleefully, "Do you think Ivy's going to commit suicide?"

16           When we first met, Raniere was intensely curious

17   about my cutting myself and having suicidal thoughts as a

18   teenager.  I shared with him that in my early 20s I foolishly

19   imagined that if my ideal partner left me, it would be best

20   for me to leave this world.  He used the first six years of

21   our relationship to become that ideal man.  He lived with me,

22   lavished me with gifts and attention, much to the displeasure

23   of the other women.  One fine day he began shunning me, while

24   he flaunted other women in public and barred me from walking

25   on the same street as them.

Proceedings                                              41

1          I will address him again.  You often cited that
2     Ayn Rand quotes, "A viler or evil than to murder a man is to
3     sell him suicide as an act of virtue."  Was my potential
4     suicide your ultimate experiment?

5          I see now you exploited my dependence on a mate and
6     suddenly marginalized me.  Do you think that would have driven
7     me to commit suicide?  No matter the abuse, no matter the
8     intensity of betrayal, I never came close to considering that
9     option.  The gift you have your ultimate betrayal to me was
10    realizing that no man is ever worth losing my life over; much
11    less a sick predator like you.

12         In our professional relationship Raniere violated
13    every single work-related principal he preached.  Specifically
14    that work raises self-esteem only when it's justly
15    remunerated; otherwise it's enslavement.

16         Yet it wasn't enslavement when it came to me.  No
17    one in the organization ever gave him as much time and resolve
18    as I did.  Yet he and his and lazy women claimed that I was
19    the one who owed him.

20         Raniere was hiding in Mexico the day I found the
21    courage to end our relationship.  I asked Nancy Salzman to
22    relay the breakup in person, but she lied to me and refused do
23    so on three separate times.  I want him to know I left him on
24    January 15, 2018.

25         Alas, Raniere's day of reckoning has finally come.

Proceedings                                                42

1  This is my last message to him.  As a writer you cautioned me

2  to use my skill honorably.  And that with the stroke of a pen

3  I could irrevocably affect the character of those I wrote

4  about.

5           Your own actions have rewritten your character.

6  There is no damage I can do in this respect.  I do not speak

7  as a jilted lover; on the contrary, I'm grateful my defiance

8  created a distance between us.

9           I don't care that you had children with other women.

10  I care that you lied to me about it.  And I'm not brainwashed.

11  I've come to these conclusions myself after uncovering the

12  myriad of lies you used to entrap me.

13           The last sympathy I felt for the man I fell in love

14  with died with your lawyer's sentencing memorandum.  You have

15  no remorse over what you've done.  You blame your victims and

16  direct your flying monkeys to create insults to legitimate

17  social movements as you try to fight your imaginary injustice.

18           We are as you and made justice blind our platforms

19  to which your co-conspirators Nicki Clyne, Eduardo Asunsolo,

20  and others commit professional and social suicide every day.

21  They just don't know it yet.

22           It is with a very careful stroke of my pen that I

23  say and mean every word here.  You are and will forever be

24  remembered as the most dangerous predator at all.  May you

25  live long enough in prison to know the hell you put me and

Proceedings                                              43

1   others through.

2           THE COURT:  The next victim statement is from Tony

3   Natalie.

4           MS. NATALIE:  Thank you, your Honor.

5           Today is October 27, 2020.  On October 27, 1999, 21

6   years to the day, I was forced to file bankruptcy because of

7   you.  God has a sense of humor, doesn't he -- or she.  Then

8   came years of relentless litigation, harassment, stalking, not

9   just against me but against my family, and that didn't end

10  until after your arrest.  All I wanted to do was leave and be

11  able to move on with our lives, but you don't know how to let

12  go of anyone, do you.  It was either fight back or die.  I

13  chose to fight, but at a very high price to me and my family.

14          Both my mother and father died weeks apart, thinking

15  you were going to be putting me in jail.  My brother John, you

16  remember him don't you, he fought very hard to stop you.  He

17  was right, you are the boogeyman.

18          I saw you and your Prefect for exactly what the

19  world sees you as today, evil.  Your goal was to break me and

20  you failed.  I'm standing hear today to tell you, you didn't

21  break me.  I'm stronger than you are.

22          In your desire to destroy, you destroyed yourself.

23  Your obsession to control and dominate women, look around,

24  Keith, it's women who took you down.

25          My mother would say, in order for Keith to be with

Proceedings                                             44

1  you he had to be normal, he had to try.  Then you found Nancy,

2  a person that checked all your Machiavellian boxes, your

3  second in command.  You're lazy, Keith.  You always had to

4  have around you to do your dirty work, you still do.

5          Your calling card, the smartest man with a 240 IQ,

6  what a joke.  But Nancy came with one of her own, the number

7  two NLP expert in the world.  Using her NLP skills to create

8  your pandemonium.  And she was willing to help you perpetuate

9  all your ridiculous lies, such as you're a celibate monk.  A

10 lie you and your inner circle wove into the fabrics of

11 people's beliefs for years.  It's the lies and the Bronfman's

12 money that created your cult kingdom.

13         Sending me gaslighting letters from Milton's

14 Paradise Lost, begging me to come back.  I was Lucifer, and

15 you God.  And when that didn't work, you created a module, The

16 Fall.  I was the suppressive you used by name as an example

17 that needed to be destroyed, and what people feared the most

18 they would become.  You even stole that term from Scientology.

19 There is nothing original about you.

20         It didn't work.  They woke up and they reached out.

21 You pointed them in my direction.  I said a thousand times, he

22 doesn't draw bad people, for the most part he draws good

23 people that want to make a difference.  No one joins a cult.

24 As soon as they see the crack in the plate, they are gone.

25 They are to be brave enough to look.

Proceedings                                          45

1          Everyone builds their own postulate world.  For some
2    people, it's a real heaven; for other people a real hell.
3    What does your world look like right now, Keith?

4          A genius, what a joke.  You are diabolical, small
5    man, a master manipulator.  And now that's over.

6          I ask this Court to sentence you to life in prison
7    and put you in a place where you're not allowed to have
8    contact with the outside world or anyone.  You need to be
9    locked away as they locked away Charles Manson.  As anyone can
10   see, you and your flying monkeys won't stop until you're gone.

11         The victims of your abuse should finally be able to
12   have peace and closure.  Do something decent before you die,
13   Keith.  Tell the Snyder family what really happened to their
14   daughter.

15         You're dangerous and soulless.  And it frightens me
16   there are still people out there willing to do your bidding.

17         The last thing you said to me was, "The next time I
18   see you, you'll be dead or in jail."  You were wrong, again,
19   you're in jail, and I pray to God that's where you will die.

20         I want to thank this Court for their time.

21         THE COURT:  Thank you.  The next victim statement is
22   from Barbara Bouchey.

23         MS. BOUCHEY:  Thank you, your Honor.  I'm not so
24   nervous today.

25         THE COURT:  Just raise the mic.  Thank you.

Proceedings                                                46

1        MS. BOUCHEY:  Keith, hi, been a long time.

2        I read the glowing testimonials about you.  I too

3   could have written one for the many benefits gained from you

4   in my days at NXIVM.  However, what if a woman is married to a

5   man deemed a pillar of the community and 85 percent of the

6   marriage is good, but 15 percent is really bad.  Within five

7   months he cons her out of her life savings, vowing to pay her

8   back, secretly abuses her, conceals his affairs with many

9   women, and sexually abuses them too including a 15 year old.

10  He then directs these women to conspire with him to deceive

11  her and to spread negative propaganda calling her crazy.  And

12  any time she questions, they blame her and shame her for even

13  daring to ask.  All the while, he extorts her value, time and

14  money to feed his selfish addictions and build his empire.

15        Finally, she cannot tolerate the abuse any more and

16  she leaves him.  He fears though that she will tell the truth

17  about the abuse, and that she discovered that he's the wolf

18  behind the sheep's clothing.  So he lies to cover up his

19  abuse.  And to silence her, he hunts her like an animal,

20  misusing the court's and the authorities relentlessly

21  litigating her on trumped charges, has her passport removed so

22  she cannot feel safe in her own country.  And for what?

23  Because she broke up with you and told the truth about it?

24        Keith, you claim to be the most ethical, honorable

25  and noblest of men.  Is it ethical to overlook the husband's

Proceedings                                                47

1    abuse?  No, it would not.  That is why you were sitting here

2    today.  Being held accountable and facing possible lifetime in

3    prison, which is what I think you deserve for what you did to

4    me and to others.

5            I read your 96-page motion and declaration of

6    innocence.  You claim we do not understand your goodness and

7    philosophy to help human kind, followed by your denigration of

8    the witnesses here in this courtroom, stating that they lied,

9    they rewrote history all for hidden agenda to extort money

10   from the deep pockets of the Bronfman's.

11           Keith, why is it that I'm the elephant in the room?

12   Never mentioned.  Why aren't I not in the 96 pages?  No where.

13   Could it be because you know that you cannot claim those

14   things about me?  Or given that I'm not one of the eighty

15   ex-members suing you.  And with your decade-long attempt to

16   wrongfully accuse me failed, that mentioning me would only

17   further point to your obsessive lunacy.

18           It is you who has the bad intent who desperately

19   lied about me, concealing that you are a wolf, a predator, and

20   cleverly used good-intention people, like me, as your sheep's

21   clothing.

22           When I left, Kristin said it was like a snap.  You

23   became obsessed with silencing me, lest anyone believe me.

24           Did you know that I listened to the audio, where you

25   masterfully wove a fantastical tale to everyone about why I

Proceedings                                    48

1   left?  You claimed I tried to extort $2 million.  Don't you

2   think it's time to tell the truth, Keith?  It was you who

3   asked me to invest 25,000.  And you who asked me to lend you

4   25,000 to test your mathematical formula on commodities.  And

5   you assured me I would not lose more than that.  But you lied.

6   And you margined it and you exposed me to risk.  With the

7   account in my name and you as the trader, I was forced to

8   cover $1.7 million of your losses.  You then feigned innocent.

9           And not knowing that this could ever happen, another

10  lie.  Which I learned after I left because you did the same

11  thing with Pam's money.  There you were crying, vowing to pay

12  me back, saying you were responsible knowing that I never

13  signed up for that.

14          You and Nancy promised me every year to pay me back.

15  Your inner circle espoused you were a man of your word, and

16  that I have no reason to worry.  But there was always an

17  excuse every year, wasn't there, Keith, for not paying me

18  back.  Then you shame me to asking for repayment of my own

19  money, a loan now, because a true humanitarian would not be so

20  selfish to ask for their money.

21          You lied to the community and then claimed this was

22  a gift.  You then conned Claire with your lie and placed her

23  on the NXIVM board two weeks after I left.  Then you had to

24  her go to my hometown, VA, to try to get me arrested, falsely

25  saying that I tried to extort this money from her.  When that

Proceedings                                              49

1   didn't work, you launched an avalanche of litigation for eight

2   years dragging into 14 lawsuits, four states, had me arrested,

3   removed my passport, had Clare launch investigation on my

4   Financial Planning Ethics Board with their 29 salacious

5   allegations, including extortion.  Additionally, you used

6   other board members to file extortion charges against me in

7   Mexico, having bribed a judge hoping to toss me into a dark

8   prison never to be to be seen again.

9              THE COURT:  Please slow down a bit.

10             MS. BOUCHEY:  Did you get it all, Keith, or do you

11  want me to repeat it?

12             THE COURT:  Please go ahead.

13             MS. BOUCHEY:  You bribed a judge in Mexico to toss

14  me into a dark prison hoping never to see me again.

15             I was driven into filing bankruptcy defending

16  against your lies, which took me until two years ago to pay

17  off.

18             And so, Keith, shall we summarize the facts, or

19  data, as you call it?

20             I got every one of your vexatious litigations

21  dismissed with no wrongdoing cited.  I got my Financial

22  Planning Board's investigation closed with the overwhelming

23  evidence that I provided proving Clare's salacious allegations

24  were false.  I got that criminal charge dropped.

25             And there was never any extortion charge or

Proceedings                                    50

1   investigation started in the United States because authority

2   realized it was complete bogus.

3          However, you did get that bogus charge filed charged

4   in Mexico.  And I'm sure that you would be surprised to know

5   right now that your ex-Mexican board members have come out of

6   the fog.  And right now, as we speak, they are arranging to

7   have those criminal charges dropped.

8          And so, every devious plot and plan to destroy me

9   and falsely accuse me has failed.  Where you did not fail was

10  to assassinate my character with a non-stop headline news

11  stories that reported your lies portraying me an unethical

12  financial adviser, criminal extortionist, unfit to manage my

13  own financial affairs let alone that of my clients.

14         I took the brunt of your -- I took the brunt of your

15  vengeance for eight years, being bludgeoned, because I was

16  unwilling to go quietly into the night.  No matter how much

17  you terrorized me, I did not surrender.  And I never gave up

18  trying to expose you had and hold you accountable and bring

19  you to justice this day.

20         A terrorist is defined as a person who uses unlawful

21  of violations of intimidation in pursuit of their own aims.

22  That's who you are, a terrorist.  A wolf, a predator, a

23  criminal, and unethical human being.  You no longer can hide

24  in plain sight and are now being seen for the predator that

25  you are.

Proceedings                                    51

1          There was a time when I once loved you, and dearly,

2     thinking you were my soulmate.  I thought we shared common

3     goals of empowering others in making a difference in the

4     world.  I gave you everything that I had my life, my work, my

5     efforts, my resources for what I believed was a mutual vision.

6     Often you would tell me I was your greatest risk.  Never made

7     sense to me at the time, but it does now.  I'm your black

8     swan.  That rare person causing the extreme event that would

9     have severe outcomes that cannot be predicted beforehand and

10    can cause catastrophic consequences.

11          Keith, you may have broken my heart, irreparably

12    damaged my once impeccable reputation built over decades,

13    emptied my bank account once valued at 5 million, decimated my

14    career.  Once was I an esteemed leader in my industry, you

15    drove me out of my hometown where I was once a pillar of my

16    community to seek refuge in another state because of my town

17    folks shunned me, unknowingly believing your lies.  Then you

18    forced me into hiding, where I had to live anonymously in fear

19    of what next plot you can get away with in acting upon me.  I

20    was alone, isolated and afraid.

21          Today, I may only own a 13-year-old car and my

22    furniture, but you were never able to diminish my spirit.  And

23    I still possess the depth of my character.  I have and always

24    have and will uphold the truths and my integrity.  I stand

25    here before you a stronger, resilient, more encouraged women.

Proceedings                                                     52

1   I'm a better person today.  My understanding, compassion,

2   forgiveness, and empathy runs deep within me like a river.

3   I've been filled with grace after going to hell and back many

4   times.

5           I've had many dark nights of the soul not knowing if

6   I could survive another day or false headline news story.

7   Many years I had to choose between needed medical care, paying

8   attorneys, or rent, uncertain if I could support myself.  You

9   may have destroyed everything that took me decades to build,

10  but you did not destroy me.

11          I forgave you a long time ago for your unspeakable

12  betrayal, deceit, lies, manipulation, extortion of my value,

13  intent to destroy me because I believed that right now you are

14  not of sound mind, you are delusional and unable to see the

15  evil intent that is within you.

16          I will pray for you and your soul every day.  May

17  God help you find your way back to your soul.  May you spend

18  the rest of your life in prison, and hopefully maybe you'll

19  reflect or journal on all the damage and abuse you inflicted

20  upon me and others.

21          As for me, like a butterfly after it struggles to

22  survive the war zone of the chrysalis, it emerges to spread

23  its wings now having the strength to fly.  And so do I.

24          Thank you, your Honor.

25          THE COURT:  The next victim statement will be made

Proceedings                                              53

1   by Susan Dones.

2        MS. DONES:  Thank you, your Honor, members of the

3   prosecution, the defense team, and Keith Raniere for hearing

4   my statement.

5        My name is Susan Dones.  I was number of ESP/NXIVM

6   from December 2000 to April 2009.

7        Where do you start with a man who calls himself

8   innocent but his entire adult life has gotten away with a

9   great deal of criminal activity.  Raniere calls him a

10  humanitarian but has done so many inhumane things to people.

11       Raniere calls the justice system as one of the most

12  important things about our country but has spent years using

13  it as a weapon in an attempt to destroy his enemies who dares

14  to tell truth about his repulsive and criminal activities.

15  Now when he's about to face his sentencing, he's pulled out

16  all the stops in an attempt once again get out of trouble by

17  using his believers to wreak havoc upon court by crying wolf

18  about a fair trial and evidence tampering.

19       I have suffered from night terror dreams for years

20  after leaving NXIVM.  I also suffer from PTSD and anxiety.  My

21  night terrors mostly stopped within a few months of you being

22  arrested.  My night terrors started back up when your group of

23  believers started an attempt to get your sentencings delayed

24  and get you a new trial.  We deserve our closures and to have

25  you sentenced.

Proceedings                                                       54

1          Keith you have been pampered by a group of mostly

2    women who attended to your every need.  You have treated them

3    as slaves for food, clothing, money, covering your gambling

4    debts, criminal activities, pimping women for you, just to

5    name a few.  Then you turn around and abuse them physically,

6    emotionally and spiritually.  You have entangled them into

7    your web of mind-bending abuse, and if they dare to break free

8    you send your pack of wolves in to gain control over them, do

9    your dirty work, and keep them in line.

10         If they leave quietly, you smear them within the

11   NXIVM community, a thief, an extortionist, et cetera.  If they

12   dare to speak out, a lawsuit or two awaits them.  This shows

13   others to keep their mouths shut or else.

14         Each passing year when you are not stopped by

15   authorities your behavior got worse until finally you created

16   DOS, which was the final tipping point at stopping you with

17   your reign of terror.

18         Keith, you're an evil man.  Who put together an army

19   of powerful soldiers to keep your prisoners in line.  The fact

20   that you've had access to your believers while at MDC is

21   beyond me.  This needs to be stripped from you from this day

22   forward.  Who knows what you will create next using them as a

23   weapon of destruction.

24         Your victims, us, should not have to worry.  About

25   what -- should not have to worry.  We need to be safe and not

Proceedings                                              55

1   worry about what you will do if you have the ability to

2   continue to use them.

3            I have a video from our three-day meetings that we

4   had with you where you have stated that you have had people

5   killed for your beliefs.  I have been afraid of that.  Will I

6   be one of them?

7            I came in to ESP during the early years.  There was

8   just the 16-day program.  Back then there was no Google to

9   search who you were; had there been, I would have walked away

10  just because of the CBI days, where over 25-plus U.S.

11  attorneys came after you for your Ponzi scheme and that New

12  York state shut you down.

13           There was a reason you were not the owner of NXIVM,

14  you had been barred from running anything close to an MLM, but

15  NXIVM was another Ponzi scheme set up like an MLM.

16           Everyone knows you ran NXIVM.  It was you, Keith, no

17  one did anything without your approval.  But you set it up as

18  if Nancy Salzman was the owner and ran it.

19           At the time I took my training, ESP was brand new.

20  I took the second 16-day company offer, training offered by

21  the company.  It was looking for people to open up satellite

22  centers.  I was with an entire group from another training

23  program who had come to learn about the so-called new

24  technology and this new business adventure.  I opened the

25  first offsite center in Tacoma, Washington, not knowing you

Proceedings                                    56

1   were running a Ponzi scheme.  It was very cleverly covered up.

2   I don't think your entire staff knew it was a Ponzi scheme.

3   Only those closest to you in your very inner circle, maybe

4   only those who had been with you for years at this point knew.

5          You got your entire leadership, your wolf pack, to

6   lie to you -- lie for you.  You were sleeping with students

7   and your entire executive board, gambling in the commodities

8   market, borrowing money from students long before the

9   Bronfman's came in, for your margins call.

10         All the while having everybody telling us that you

11  were an ethical man.  This is not ethics in most people's

12  opinion, not mine.  Had I known the truth, I would have walked

13  out day one.

14         When I started to catch on to things were not right,

15  I started to ask questions.  In return I got emotionally

16  abused; but not by you, by your wolf pack.  You're not even

17  man enough to come to me directly.  You were too busy enjoying

18  your women and sleeping off late night volley ball.  You sent

19  your women after me while you lived your pampered lifestyle.

20         Luckily for me I lived in the Pacific Northwest and

21  I had a strong enough sense of myself.  That was my saving

22  grace for me not to fall prey to your mind-bending games.  I

23  know that pissed you off.

24         I was deeply in debt from setting up my center and I

25  loved training the 16-day program.  I had enough control over

Proceedings                                        57

1   my center, so I stayed.  I took the beatings and I worked to

2   get out of debt.

3            But that wasn't enough for you.  I was asked to take

4   more and more trainings; and if I didn't, there were stiff

5   consequences.  My different sources of income would get cut

6   off and my debt grew.  You got more and more abusive by

7   sending in more wolves.

8            You knew I didn't like you, trust you, and that you

9   would never be my master.  What you did like was my work ethic

10  and my ability to get things done, so you used me until you

11  could replace me in the Pacific Northwest.

12           I started to find out more things on the Internet,

13  asked too many questions.  Your thirst for women was clear,

14  and I became a problem for you, and the abuse got worse.

15           You set up to poison the people closest to me that I

16  had anger issues and I might be a suppressive.  You and your

17  wolves created problems at my center where there really wasn't

18  one.  I saw you do the same thing with Barbara Bouchey in

19  Albany at the same time that she was questioning things about

20  you too.

21           (Continued on the next page.)

22

23

24

25

Proceedings                                                    58

1          MS. DONES (Continuing.):  My final straw with the

2   company is when Nancy Salzman had a meltdown in front of me at

3   her house.  She told me everything, as if I was her priest.

4   She told me about the NXIVM cartel, the cash of millions

5   coming over the border from Mexico and that you were not going

6   to pay taxes on that cash which only leaves money laundering,

7   as Mexico was NXIVM's cash cow.  That day I knew two things

8   had to happen.  I had to figure out my escape plan as I was

9   not going to support NXIVM's illegal activities.  And that by

10  leaving and knowing that I knew this information I was going

11  to end up in trouble.  I figured that you were either going to

12  come after me with a phoney lawsuit as you had done so many

13  times with other people or, worse, that you were going to kill

14  me.  I was scared for my life.

15          When I left NXIVM you pressed criminal charges

16  against me for extortion because I asked for my commissions

17  and my book of business that I created in the Pacific

18  Northwest, the value that you got paid on for nine more years

19  until NXIVM got shut down.  You inherited Barbara Jeske's book

20  of business when she died.  That was part of my book of

21  business.  Mine, it just disappeared into thin air as if I had

22  done nothing for nine years and that profit went into your

23  pocket.

24          Then you abused me more by filing a lawsuit against

25  me and my wife in our bankruptcy court.  All of that debt was

Proceedings                                              59

1   NXIVM's debt.  It took two years of my life, because I

2   couldn't work a full-time job because I was a pro se

3   defendant.  So I picked up work on the weekends because court

4   is closed on weekends.  You and your Legal Aid person filed

5   over 230 claims against us and Clare Bronfman paid for seven

6   attorneys against two pro se defendants.  You deposed everyone

7   in our case that were defectors against NXIVM claiming that it

8   was a conspiracy, which was a projection on your part.

9           Keith Raniere, you are a dangerous man.  You formed

10  an army within the MDC.  You were caught with several burner

11  phones.  You set up a Ponzi scheme under Nancy Salzman's name.

12  You were then found guilty of horrible crimes and your

13  disgrace of humanity smacks of a man that's not fit to be in

14  society ever.  My hope is that this judge requires that you

15  are cut of all ties of anybody that has ever been in NXIVM.

16  This is the only way that I believe that your believers that

17  still follow you will ever have a chance of having a final --

18  or will ever have a chance of having a normal life because

19  they will not get the daily dose of their master and the rest

20  of us can finally live in the peace that we deserve, for many

21  of us.  You have a saying that those that have the most joy

22  win.  Let me tell you today that we here are winning.

23          Thank you, Your Honor.

24          THE COURT:  Thank you.

25          The next witness statement is from Kristin Keeffe.

Proceedings                                        60

1          MS. KEEFFE:  Your Honor, my history with NXIVM began

2    when I was in my late twenties.  I was one of the original

3    five students enrolled by Keith Raniere and Nancy Salzman.

4          At first I thought it was great and I loved it, as

5    Keith and Nancy introduced what they said was a revolutionary

6    intellectual process for students to remove negative reactions

7    to adverse stimuli in their lives.  They called it exploration

8    of meaning, EM.  What I didn't know at the time was the EM

9    methodology was an extremely sensitive and psychologically

10   invasive psychotherapeutic practice, which Keith and Nancy

11   developed by culling from various modes of psychotherapy and

12   hypnosis.

13         As a child, I suffered a traumatic neck injury and

14   an appendectomy that went horribly wrong.  I was acutely ill

15   thereafter for many years.  As an adult, these experiences

16   didn't impact my life other than the occasional feeling of

17   existential isolation.  Upon starting EM sessions, these

18   childhood memories came up significantly as the foundation of

19   all EM's is the revisiting of painful childhood memories.

20   What I didn't know was reliving a childhood trauma over and

21   over again, hundreds of times over several years with

22   unlicensed, improperly experienced or educated therapists,

23   such as Keith and Nancy, could be so deeply damaging to every

24   aspect of my life.  As Doreen Tehrani, an occupational health

25   and counseling psychologist specializing in post-traumatic

Proceedings                                                    61

1  stress explains:

2          "If a trauma victim is debriefed in a state of high

3  emotion, the process can increase the arousal to the point of

4  overload trapping the sensory impressions of the trauma in the

5  brain."

6          After starting EM sessions, I began to experience

7  extreme anxiety, alternating with feelings of

8  depersonalization and derealization in my day-to-day living.

9  I had night terrors and what seemed like overnight I developed

10 a horrible eating disorder and gained a lot of weight.  I had

11 inexplicable chronic pain that grew worse and worse as days

12 wore on.  I was experiencing symptoms of psychological abuse

13 in the therapeutic context resulting in Post Traumatic Stress

14 Disorder.  Making me relive these childhood traumas over and

15 over again, with no relief, was cruel and inhumane.  It made

16 me extremely vulnerable to predation by Keith, Nancy, and

17 later Clare Bronfman.  Before that, I was an otherwise

18 happy-go-lucky person.  I was hardworking and kindhearted.  I

19 didn't have lofty goals.  I was never very materialistic.  I

20 studied Buddhism, I meditated every day.  I just wanted to do

21 something good with my life and I was very trusting.

22          These monsters got their hooks into me and did

23 everything they could to wreck my peace of mind and sense of

24 wellbeing.  To make me their slave.  Keith is such a good liar

25 and so manipulative and cunning, I couldn't see what was

Proceedings                                              62

1    happening to me.

2           There is no question that people benefited from

3    NXIVM trainings and the EM process.  Keith can help people

4    when he wants to, that's part of his cruelty.  He does good

5    things for a select few and then points to their successes as

6    a way to cover for torture of others, especially women.

7           Keith singled me out as a target early on and I

8    witnessed Keith target other women for torture, too.  Once he

9    jokingly said, instead of Executive Success Programs, Inc.,

10   the company should called Shattered Souls, Inc., and he

11   laughed.  It took me many sorrowful years before I could see

12   what was happening with Clare and Nancy always looking to

13   cement their power and status, and there was no amount of harm

14   they weren't willing to perpetuate or look the other way on,

15   for Keith.  Always pointing to the latest wealthy person, or

16   actress or doctor, who was giving NXIVM an endorsement.  "Look

17   how successful they are.  They love us.  Look at the good

18   results they're getting."

19          "The problem is you," they would say.

20          Then behind my back, they would tell lies and

21   disparage me throughout the community and cut me off at my

22   knees so I couldn't protest.

23          Your Honor, you need to understand.  Keith and

24   Nancy, they were our therapists.  We trusted them and in that

25   role they had so much power over our lives.

Proceedings                                    63

1          To the people who are supporting Keith now, I say

2     this:  For every person who benefited, how many were harmed?

3     Have you asked yourselves that or is it just that you got what

4     you wanted so screw anyone who didn't.

5          Your Honor, I can't possibly go through all the

6     atrocities that were done to me or what I witnessed in ten

7     minutes.  I have submitted a much longer statement describing

8     my history and the harm.  I will just touch on a few more

9     things now.

10         I was hired by Keith and Nancy to assist with

11    NXIVM's legal affairs.  As part of my job, I had to weigh at

12    or below 128 pounds, a size 2 in pants, and there was always

13    enormous pressure put on me to be in Keith's good graces which

14    meant sex and 100 percent obedience to his every wish.

15    Sometimes, to shame me, he would make me report how much I

16    weighed publicly.  What kind of employer does all of that?

17         When Clare Bronfman joined NXIVM, she and Keith

18    spent eleven years, eleven years, trying to prove her father

19    Edgar Bronfman was behind an illegal conspiracy to destroy

20    Keith and NXIVM, and anyone close to him, including me.  Every

21    problem Keith had, large or small, was always Edgar Bronfman's

22    fault somehow.  For a long time I couldn't see it for what it

23    was, a lie they told, a manipulation to instill fear and

24    control me.  It infected every area of my life and all of my

25    decisions.  I watched Clare give Keith tens of millions of

SN        OCR       RPR

Proceedings                                                    64

1    dollars a year, pretending she was making loans to cover the

2    expense of her investments, when in fact, Keith and Nancy were

3    using Claire's money to offset his expenses so they could

4    stockpile cash for themselves with Claire's blessing.  At one

5    point, Nancy showed me two and a half million dollars in cash

6    in a safe in her house, "for Keith" she said.  Money she never

7    reported or filed taxes on.  The stockpiling of cash went on

8    the whole time I was in NXIVM and they still have this money

9    stashed somewhere.

10            Keith and Nancy make outrageous claims about the

11   health benefits of Rational Inquiry and the EM process.  NXIVM

12   should have been should down for this alone.  When I began to

13   feel very sick myself, Keith and Nancy took turns telling me

14   my symptoms were because I needed more EMs, I was a

15   hypochondriac, I didn't eat properly, I didn't want to work my

16   issues, it was all in my head.  I almost died for a massive

17   hemorrhage.  I was pregnant with Keith's baby and I had

18   cancer, and they were telling me my symptoms were all in my

19   head.  At one point I literally had only minutes to live

20   because I hadn't gotten proper medical treatment.  I was

21   living with Keith, with all of his degrees and all of his

22   intelligence, and you think didn't know I was sick?  Or Nancy?

23   Of course they knew.  They wanted me to die.  When I didn't

24   die, they threatened me that Mr. Bronfman and Keith's enemies

25   would harm my baby so no one could no he was the father.  I

SN        OCR        RPR

Proceedings                                65

1   was so brainwashed into being terrified of Mr. Bronfman, I

2   agreed to this.  It was all a lie.

3           One day Nancy said to me, "Let's face it, your son

4   Gaelyn doesn't have a father," so I wouldn't pursue making

5   Keith pay child support.  Imagine me sitting in Nancy's house,

6   where she had millions of dollars squirrelled away for Keith,

7   which I had seen, and she gaslit me into accepting it was okay

8   for Keith to take zero responsibility personally or

9   financially for Gaelyn.  While I was battling cancer, no less.

10          Not long after Clare ruthlessly followed suit.  Even

11  with all of my compliance they were never satisfied.  At one

12  point, Clare informed me she would no longer pay me my full

13  salary and instead took control of all my finances.  I would

14  have to ask her permission to buy food and household items

15  like I was a child.  And God forbid I disagreed.

16          One time I got into an argument with Keith about

17  Clare and NXIVM's continued litigation of Barbara Bouchey.  I

18  said it was wrongful and I was fired and shunned by the

19  community.  They put so much pressure on me to be submissive

20  and never object to anything.  Eventually Clare threatened me

21  into accepting my job back, accepting a much lower pay of

22  $13,000 a year and no benefits.  I couldn't live on that and

23  she knew that, and I couldn't say no, I was her prisoner.

24          For years I subconsciously normalized this abuse,

25  which I understand now is common trait of abuse victims.  It's

Proceedings                                    66

1   a survival mechanism.  It was hard for me to break free.

2           Finally, one day a thought broke through my mind,

3   What if this isn't about me?  I reevaluated all my experiences

4   objectively and I quietly investigated the companies.  I

5   discovered some degree of fraud happening at every level of

6   the organization and I was horrified.  Every level.  I thought

7   this is a RICO action waiting to happen.  I tried to be brave.

8   I went to the New York State police barracks to report

9   everything to an investigator I knew.  I told him about the

10  crimes that were happening, including Daniela's imprisonment

11  and the Canaprobe Investigation.  I begged him to check on

12  Adrian and Camila to see if they were okay.  As I was giving

13  my statement NXIVM's attorneys called the investigator and

14  said, "We know Kristin is there."  He was spooked and I

15  panicked, I could barely think straight.  Keith and Clare must

16  have bugged my phone, or my computer, and tracked me there.

17          There I was at the police and they knew I might

18  provide evidence of a real, indisputable, pattern of criminal

19  activity and I did.  I said to the investigator, "I can't ever

20  go back there now."  He agreed.  He said they're like the

21  mafia, but worse.  Gaelyn and I ran away and went into hiding.

22  We had to abandon our small home and our beloved pets.  I

23  don't even have any baby pictures of Gaelyn.

24          Despite my best efforts, mysteriously, the State

25  Police didn't pursue their investigation into NXIVM.  I never

SN        OCR        RPR

Proceedings                                                    67

1   dreamed in a million years they would happen.  I

2   underestimated Clare and the NXIVM's attorneys' corruptness

3   and their willingness to lie and discredit me as a witness, or

4   to intimidate the State Police investigator, or both.

5          Without State Police support I was unprotected and

6   powerless.  This was a terrifying and extremely distressing

7   time for me, and hard on my son, but what else could I do?  I

8   would not let Gaelyn become a shattered soul and I could not

9   associate in any way with Keith's criminal activity.  Keith

10  had tried to kill us once.  I was afraid.  We traveled to

11  south Florida, managed to save up for a year.  One night I

12  started receiving a barrage of frightening text messages from

13  an unknown person, stating they knew my real identity and

14  threatening to expose me to Keith.  I felt like I was having a

15  heart attack.  I called several friends for help, including a

16  couple named Mike and Julie who said, "Why don't we come and

17  pick you up and get you out of there?"  I said, "Yes, please."

18  My desire to run was strong.  I told Gaelyn we were going on

19  vacation and my friends picked us up.  I had to quit my job

20  and abandon our apartment.  Little did I know, Mike and Julie

21  were working for Clare Bronfman and were paid by Clare to

22  infiltrate our life and cause us harm.  Their colleague

23  Michelle had sent me the threatening text.  Clare paid the

24  investigator's over $400,000, plus attorneys' fees, to find

25  me.  Keith didn't want Gaelyn, he and Clare just wanted to

Proceedings                                              68

1   harm me, him and me, in retaliation for going to the police.

2   I later learned they hacked my bank account, my medical

3   records, my IRS records, all of my on-line accounts,

4   everything.  They attempted to infiltrate Gaelyn's school and

5   Clare filed false criminal charges against me, pretending I

6   had stolen a computer containing NXIVM trade secrets.

7   Eventually, we managed to give Mike and Julie the slip, but I

8   was never the same after that.  I dare not have a phone,

9   computer, car, health insurance, bank account, anything in my

10  name which made our survival difficult.

11          I tried to continue to do the right thing and I

12  cold-called various attorneys specializing in mass tort

13  litigation to represent NXIVM victims, even though I wasn't in

14  contact with any victims yet.  I met Neil Glazer from Kohn

15  Swift, and after a year educating him about the crimes of

16  NXIVM, he agreed to represent NXIVM and DOS victims pro bono.

17  When the EDNY opened its investigation, I shared everything I

18  knew up through two weeks before trial.  If EDNY hadn't

19  stepped in, God knows what have happened to Gaelyn and me.  I

20  will be forever grateful.

21          In March of this year, in the wake of the COVID-19

22  pandemic, I attempted to enter into a private settlement

23  agreement for child support with Keith Raniere once and for

24  all.  I have -- with my underlying health condition, COVID-19

25  would be a certain death sentence if I catch it.  I and my son

SN      OCR      RPR

Proceedings                                    69

1   are worthy and deserving of child support from Keith and we

2   were always worthy and deserving.  I have been able to make a

3   new life for my son, but overcoming all of this adversity I

4   have faced has been really hard.  I tried to settle this

5   privately with Keith to the avoid the pain of all of this.  As

6   to be expected, despite six months of promises by Keith saying

7   he would pay the child support, he has made no attempt to pay.

8   And because of Keith, Clare and Nancy are still up to no good,

9   comitting tax evasion and lying about Keith's money, there is

10  little I can do than ask this court for help.

11       I hope and pray, Your Honor can see the totality of

12  the damage Keith Raniere has wreaked on me and my son.  I can

13  never get back the 20 years of hell he has subjected me to and

14  my mind and body are forever scarred.  My son will never get

15  back the years of childhood spent in hiding because of all of

16  Keith crimes.  We and all of Keith victims deserve justice.

17       Thank you.

18       THE COURT:  Ms. Keeffe, are you represented by an

19  attorney in these negotiations over child support?

20       MS. KEEFFE:  Yes.

21       THE COURT:  All right.  And is he represented by an

22  attorney?

23       MS. KEEFFE:  Yes.

24       THE COURT:  Who is the attorney you are represented

25  by?

Proceedings                                          70

1          MS. KEEFFE:  William Dreyer (phonetic).

2          THE COURT:  And who is the attorney that Mr. Raniere

3   is represented by?

4          MR. AGNIFILO:  He spoke to me, Judge.  I had

5   conversations with Mr. Dreyer.  I can elaborate when I speak.

6          THE COURT:  All right, if you would please.

7          MR. AGNIFILO:  Yes.

8          THE COURT:  Thank you very much, ma'am.

9          Nicole, please; victim statement.

10         NICOLE:  Good afternoon, Your Honor.  You may

11   recognize me from testifying at the trial.  I am Nicole.

12   Though I could stand up here for hours and tell you about the

13   fear, confusion and pain the defendant has caused me, you have

14   heard my testimony and you have read my impact statement.  So,

15   for the sake of time, I'm going to keep it brief.

16         To Keith's defense:  What I have learned from my

17   experience and from the Me-Too Movement is that it's pretty

18   standard for women speaking up against men in powerful

19   positions to be called a liar, to be accused of speaking out

20   for the sole reason of some kind of pay out, or my favorite,

21   to be accused of "wanting it."

22         Mr. Agnifilo, I have handed over to the FBI, to the

23   Government and subsequently to the defense every piece of

24   evidence that I had in my possession, whether it made me look

25   bad or not.  I sat up here for 17 hours over three days and

SN        OCR        RPR

Proceedings                                               71

1   answered all of the questions that you and the Government

2   asked of me.  You, yourself, questioned me for six hours

3   straight.  I have at every moment through the investigation

4   and trial done nothing but tell my truth and my experience.

5   Therefore, I have had enough of you continuing to placate your

6   client and attack my integrity.  I am not a dollar sign for

7   your high-paid firm nor am I just another Jane Doe in a case.

8   I am a human being.  I am a woman, a daughter, a friend, a

9   sister, an aunt.  I am someone trying to put their life back

10  together after it was horrifically upended and derailed.  Let

11  me do that in peace.  So if you want to keep fighting for your

12  client after sentencing today, go ahead.  That is, of course,

13  your right, but leave me, Daniela and all of the other women

14  who have testified against Keith out of it.  We did our job.

15  Find a better way to do yours.

16           To Keith:  You cannot imagine the courage it takes

17  to testify because you do not possess it.  You and your few

18  existing followers hide behind your lawyers and cowardly

19  proclaim your innocence while we have stood up here,

20  testified, and actually faced the cross-examination that comes

21  from speaking out.  In one of the recent legal filings you

22  quote Ayn Rand and claim that what you were doing was paving

23  new roads.  But dehumanizing people is not new.  Slavery is

24  not new.  Misogyny is not new.  Psychology and self awareness

25  are also not new concepts.  I have been routinely amazed in

Proceedings                                                    72

1   the last three years of studying psychology, at University, at

2   ho many known theories you have tried to say were your own and

3   not only tried to claim as your own, but charge unprecedented

4   prices to learn.  Like you hide behind your lawyers, you have

5   hidden behind great thinkers and great writers your entire

6   life, and the sick part is that you steal these great words

7   and ideas and you twist them for your own ends and your own

8   ends are not about humanity, but about power and sexual

9   domination.

10          You hide behind titles like guru and spiritual

11   teacher and nonviolent leader, but you are none of those.  You

12   call yourself a nonviolent leader, but holding collateral is

13   violent.  Branding women unknowingly with your initials is

14   violent.  Sexual coercion, manipulation and abuse is violent.

15   It violates the body and it violates the soul.  Your kind of

16   violence is not always outward and it is not always obvious,

17   which is why I believe you got away with it for so long, but

18   it is equally if not more damaging for it poisons the person

19   from the inside out.  Though I was not a child when this

20   happened to me, Cami was, and how many countless others over

21   the years have you begun to groom as children, Keith.  This is

22   not persecution for revolutionary ideas.  This is justice for

23   how your behavior has crossed well established lines within

24   the law.  We all agree on that fact.  You were convicted by a

25   jury on every single many count.  Today we simply get to

Proceedings                                                        73

1  discuss the length of punishment.

2           You continue, without an ounce of remorse, to say

3  that you stand by DOS, that it was good for women.  I say it

4  was the worst, most terrifying, most degrading, most confusing

5  thing I have ever experienced in my life.  From day one you

6  and Allison lied to me about what was really going on, slowly

7  trapped me in a situation I would have never agreed to had I

8  known even a sliver of the whole truth.  You told me on our

9  first walk, after I found out about that DOS was not a women's

10 mentorship but actually something you had created, you told me

11 that as my Grand Master you could command me to have sex with

12 you; that you could have, if you wanted to, command me to have

13 sex with you while I was blindfolded and tied to a table.

14 That is not choice.  That is not good for any woman.  In that

15 moment, and several more like it in the following months, it

16 was only my collateral and the fact that I was told there was

17 no way out of the commitment that kept me from spitting in

18 your face.

19          A couple of months after you were arrested some

20 evidence was filed.  As I read the pages of text messages, I

21 became more and more nauseated until I got to the messages

22 about DOS.  This is a message that you sent to a first line

23 slave, quote:

24          "I think it would be good for you to own a fuck toy

25 sex slave for me, that you could groom and use as a tool to

Proceedings                                              74

1   pleasure me."  End quote.

2          I cannot accurately explain the pain that I felt

3   reading those words.  Like someone had taken a knife, stabbed

4   me in the stomach, and gutted me from the inside out.  I could

5   barely breathe.  I could barely see from the tears streaming

6   openly down my face, but I forced myself to keep going.  The

7   interaction ended with you saying, quote:

8          "Having one or two young slaves devoted to reviving

9   my body sexually to produce more energy would help.  It would

10  be their 24/7 job."  End quote.

11         DOS was never supposed to be sexual.  It was a

12  women's mentorship.  And while the sexual abuse ended up being

13  the most horrific part of the experience, it was also the part

14  that kept me sane.  For no matter how much you and Allison

15  messed with my mind, I knew at the core of my being it was not

16  okay.  I had never agreed to give up the right to my body.  I

17  had never agreed to anything sexual, ever.  When the demands

18  of DOS became more sexual and uncomfortable, I was, as I'm

19  sure you remember, told that I was not only supposed to do and

20  support you in whatever way you wanted, but that I was not

21  allowed to speak about my relationship or assignments with you

22  to anyone.  If I did, I would be punished.  This led to sexual

23  encounters that I would never have agreed to, that would have

24  never happened, had I not be blackmailed.  Without the threat

25  of my collateral being released, I would have never accepted

SN        OCR        RPR

Proceedings                                                75

1   any part of this sick and twisted arranged marriage

2   circumstance I was manipulated with.  I would have never been

3   in Albany in the first place.

4           For months after I left, I had been trying to tell

5   myself that some part of DOS had been real, that some aspect

6   had actually been about my growth, but here it was in these

7   text messages staring me straight in the face.  It had never

8   been about growth or strength or women's empowerment.  It had

9   never been about me or my future at all.  It had always been

10  about this.  DOS was about your sexual pleasure and your sense

11  of power.  I was one of those fuck toy sex slaves.  That was

12  me.  That was what little regard you held my entire life.  My

13  dreams, my goals, my family, all of the things that I was and

14  am capable of achieving meant nothing to you.  My life meant

15  nothing to you.

16          I was one of those objects for you to have on call

17  24/7.  It was in that moment that I realized who you truly

18  were.  It was in that moment where all the lies and

19  gas-lighting and manipulation were finally stripped away and

20  everything became career, and in that moment something inside

21  of me broke.

22          I have carried so much shame about what happened and

23  shame is a powerful thing to keep a person quiet.  But you

24  know that, don't you, Keith?  For shame and doubt are weapons

25  that you wield with precision.  They are a way, along with

Proceedings                                                      76

1   lawsuits, that you re-victimize your victims so they stay

2   quiet.  It has taken me three years and a substantial amount

3   of space from your manipulation for me to realize that the

4   shame that has been weighing so heavily on my shoulders is not

5   mine to carry.  It is yours.

6             I did not break the law, Keith.  You did.  You are

7   sitting here today facing a life sentence because of the

8   choices and actions that you have continually and repeatedly

9   made over decades.  You have no one to blame but yourself.

10            Your Honor, those text messages from Keith that I

11  referred to were sent to a first line slave on October 1st,

12  2015.  That is one year and four months before I was

13  introduced to the idea of a women's organization group.  That

14  is eight months before I naively walked into the NXIVM Source

15  acting class, having just arrived in New York City.  Allison

16  was teaching that Source class.  What I did not know then, but

17  I do know now was that she was already at this point one of

18  Keith's slaves, that while she taught this acting class she

19  was also simultaneously scanning for vulnerable young

20  candidates to become one more of Keith's slaves.  This kind of

21  premeditation on both Keith and Allison's part, as well as

22  Keith's calculated manipulation, his gas-lighting lies and his

23  coercive ill intent, is why this man deserves life behind

24  bars.  Furthermore, he has said in his own words that he has

25  absolutely no remorse, that he stands by everything he has

SN        OCR        RPR

Proceedings                                                          77

1   done.  This leads me to strongly believe that he would and

2   will do it again if he is given the chance.  This is not

3   someone who is safe.  This is someone who is a danger to

4   society.

5            There may be one or two women that have recently

6   claimed that they were okay with being blackmailed, that they

7   are happy being slaves.  However, this is completely

8   irrelevant to this case and to this sentence.  This case is

9   not about women who are happy being slaves; it is about

10  protecting all of the young women in the world who do not,

11  under any circumstances, want to unknowingly become the slave

12  of a man.  It is about protecting the young women who may be

13  susceptible to the lies and manipulations that lure them in

14  until they are trapped in an abusive and desperate situation.

15           My hope is that cases like this and Jeffrey

16  Epstein's, Lawrence Ray's and Harvey Weinstein's, change the

17  ways that young girls and women value themselves.  The

18  sentence that you give today for this trial won't rid the

19  world of predators.  We will always have predators, but it

20  will remove one predator from the streets and that means

21  something.  And maybe, maybe, it will slide the needle just a

22  little bit further in the right direction so that when a young

23  girl or woman feels uncomfortable she feels powerful enough to

24  say it out loud.  That her response is not, "This is just the

25  way things are," but instead is, "No.  No, this is not okay.

Proceedings                                                    78

1   No, I will not deal with this kind of abuse, objectification

2   or illegal behavior."  My hope is that her instincts will tell

3   her to walk away or tell her that it is safe to go to the

4   authorities, that she won't bottle up the shame, but instead

5   she will know that her voice, her opinion and what she is

6   experiencing matters.

7          For me, this has never been about vengeance.  All I

8   wanted was to get my life back and to help in any way that I

9   could to make sure that no woman ever had to experience

10  anything like this at Keith or Allison's hands again.  That is

11  the gift and the responsibility that you have, Your Honor.  No

12  one can erase my scars, emotional or physical.  What happened

13  to me has already happened.  But what you can do is give this

14  man a life sentence.  What you can do is make sure that this

15  kind of manipulation and abuse at this man's hands will never

16  happen to anyone again.

17         Thank you.

18         THE COURT:  Thank you.

19         The next victim statement is from India.

20         INDIA:  Hello, Your Honor.

21         I'm going to address you.  You stole seven years of

22  my life from me that I will never get back.

23         Yet, just last night, I bolted up from sleeping as I

24  do most nights since leaving the cult, gripped with fear of

25  your words, the unwanted touch.  The horror of healing -- the

SN        OCR        RPR

Proceedings                                    79

1   horror of hearing his voice in the darkness, telling me to

2   wait naked until he would appear, unwanted, uninvited, I was

3   totally frozen, leaving my body so I didn't have to be with

4   you when you would rub your fingers across my brand, me not

5   knowing it was your monogram and you would gaze and smile at

6   it.  The unimaginable shame of waiting naked, like a piece of

7   meat, a branded, brainwashed sex slave as I have been known in

8   the media because of you.

9        Will I always feel like this?  I don't know, but I

10  do know I have wanted to end my life numerous nights since

11  leaving, believing your words that I was weak, without

12  substance, no sense of self.  I have been left with little to

13  no self worth for a while, wondering if anybody would even

14  miss me or if I mattered at all.  But I also know I will be a

15  victim of Keith Raniere for the rest of my life, but I don't

16  need to live as one.

17       I am here because you exploited me.  You have

18  coerced and manipulated me, sexually, financially, physically

19  and mentally.  You tried to destroy my family by turning me

20  against my own mother, telling me in your own words that did

21  she was a psychopath, pulling me back into hell that was

22  painted as sanctity.  You are a sexual predator and you raped

23  me, forcing me to engage in sexual acts with blackmail

24  compounding over me.

25       When you touched me, I recoiled, blaming myself like

SN        OCR        RPR

Proceedings                                        80

1    I was defective and broken.  I felt obligated to engage with

2    you because of the blackmail and saying no to your advances

3    meant consequences and punishment from Allison Mack.

4         Forced stays in Albany turned into permanent

5    relocation and restriction of my travel and autonomy.

6         You are cruel and you are racist, coming up with

7    nicknames for all of us women, referring to Michelle as the

8    N-word and laughing as you instructed Allison Mack to refer to

9    her as the N-word as well.  One of the most cruel acts I've

10   ever witnessed, encouraging Allison to punish any of us who

11   stood up against her, every action orchestrated by you.  A

12   woman who once desired a career in social justice now happily

13   refers to herself as your slave.

14        The brand.  You are a liar and a sadist, getting

15   pleasure from watching on our skin burn with your initials

16   while we innocently accepted your lives.  Lies of love,

17   bonding, rising above pain for a greater good.  No, you are

18   just a deviant, trying to mask yourself as a lamb.  Just let's

19   call it what it is because everyone can see it now.

20        I trusted you.  You told me you had my best

21   intentions, but you hurt me.  There are some of the ways --

22   here are some of the ways that I was affected during my time

23   in NXIVM and in DOS.  I was put on a restricted-calorie diet

24   for over a year.  I was permitted only limited sleep.  A

25   constant mix of praise and verbal abuse became my normal life.

Proceedings                                                    81

1   I was instructed to be 106 pounds and needed to lose 20 pounds

2   without any consideration for my health or wellbeing.

3           You played doctor and I was your human science

4   experiment.  This caused me to lose my period, threatening my

5   ability to reproduce because I became so thin.  I still suffer

6   from medical issues because of this, all because you wanted me

7   to look like I was twelve years old; a girl, hungry, weak and

8   easy to manipulate.  I had no idea of these perverted desires

9   of yours and would often just put myself to bed because I was

10  in extreme hunger pains.

11          I was making little to no money the entire seven

12  years I was in NXIVM.  A time when many others would be

13  building a career or getting an education, and I spent nearly

14  a hundred thousand dollars on your curriculums and related

15  expenses.

16          I was branded with a cauterizing pen.  This

17  extremely painful procedure lasted 30 minutes and took months

18  to heal.  I may have to live the rest of my life with Keith's

19  initials seared into my flesh and I'm not sure if I will ever

20  be able to put that fully behind me.  I don't need to look at

21  the brand to remember the abuse, I just have to close my eyes

22  to remember.  I hear yours and Allison's words.

23          I was also instructed to write damaging documents

24  against my own mother from Clare Bronfman and Nancy Salzman,

25  who instructed me to sue my mother.  I was also required to

SN        OCR        RPR

Proceedings                                          82

1    recruit other women into DOS and I was punished if I did not.

2         I was also instructed to seduce Keith as a test to

3    my loyalty.  Supposedly, this would show me I was willing to

4    push against my fears and experience what it feels like to be

5    rejected.  This is how they manipulated me into thinking it

6    was for my own growth.  This turned into dozens of sexual

7    encounters with a man I was not attracted to.  I would never

8    have consented to this if I wasn't being blackmailed or

9    threatened with my collateral if I did not obey.  I did not

10   join ESP to be abused and enslaved.  I was gaslit and coerced.

11        I still hear yours and Allison's words:  "Everything

12   I do for you is for your own good."  "You're a bad master."

13   "You are weak."  "You let people walk all over you," when I

14   wouldn't punish the people I was forced to recruit.

15        "You are an entitled little Princess.  You don't

16   know who you are, you have no sense of self, and if you don't

17   do this you will never grow."  "You are good at being a slave,

18   those skills come naturally to you."

19        I experienced emotional humiliation from people who

20   said they were my friends, and psychological punishment if I

21   could not complete what was being demanded of me by Allison

22   and Keith.  I was also physically isolated and instructed to

23   stay in Albany for months at a time.  Although they told me I

24   was free, I could not actually go home when I wanted because

25   of the all the consequences if I did so.  This caused great

SN        OCR        RPR

Proceedings                                        83

1    strain on me and my family and my friendships at home.  I was

2    estranged and being told that it was for my benefit to stay in

3    Albany and return home.  After leaving this group, I've

4    experienced both physical and mental damage including panic

5    attacks, extreme anxiety, digestive issues, as well as

6    physical pain in my body that amplifies with stress and

7    suicidal thought.

8            Keith Raniere is without remorse.  I know that,

9    despite everything he might say now, he is not capable of

10   changing.  I see this clearly now, as he instructs his

11   loyalists to defend him from prison.  To me it is only fitting

12   that he gets a permanent sentence as his damage is permanent

13   on me and so many others.  It's bad enough to be physically

14   raped, which he did, but Keith is also the type of predator

15   who targets and degrades the entire fabric of his victims'

16   lives.  He takes everything that is good and destroys it.  I

17   would like to never have to live in fear of Keith Raniere

18   again, and know that no other man or woman will be able to be

19   victimized by him or his cohorts.  Your Honor, that is why I

20   am asking for life, a permanent sentence.  Thank you.

21           (Continued on the next page.)

22

23

24

25

SN        OCR        RPR

Proceedings                                                    84

1          THE COURT:  The next victim statement is from Jane

2     Doe.

3          JANE DOE:  Good morning, Your Honor.

4          THE COURT:  Hello, you may proceed.

5          JANE DOE:  I am very grateful to have the

6     opportunity to be heard.  I was enrolled in Executive Success

7     Programs in 2007 to join an Organization for the Development

8     of Human Potential, and I was led to believe this was the

9     ultimate humanitarian community.

10          I met Keith Raniere during my first time in V Week.

11     I came to V Week for nine years in a row.  In 2009, the World

12     Ethical Foundation Consortium took place in downtown Albany.

13     And I flew from Mexico to experience a truly outstanding even

14     where international figures spoke through their expertise

15     about different world difficulties and we spent days trying to

16     figure out possible solutions to these issues, like the

17     violence in Mexico, or how to empower women, to mention a

18     couple.  Literally we would end up around 3 in the morning

19     working up ideas to make this world a better place to live.

20     And the cherry on top, His Holiness the Dalai Lama had flown

21     all the way to Albany to give tribute to Keith's ethical

22     teachings.  It was just a bliss.

23          During ten years I was a coach teaching ETHOS

24     classes twice a week, coming to all Albany for all the

25     second-level trainings available.  I took Family Values,

Proceedings                                      85

1   Anatomy of Mind and Body, Breaches, Mobius, Characterization,

2   Human Pain, Ascension, Jness 1, 2, 3, 4, 5, 6, 7, 8, 9, 10 --

3            THE COURT:  Excuse me.  You have to go much more

4   slowly.

5            JANE DOE:  I'm sorry.

6            THE COURT:  Please slow down.

7            JANE DOE:  Thank you.

8            During ten years I was a coach teaching ETHOS

9   classes twice a week, coming to Albany for all the

10  second-level trainings available.  I took Family Values,

11  Anatomy of Mind and Body, Breaches, Mobius, Characterization,

12  Human Pain, Ascension, Jness 1, 2, 3, 4, 5, 6, 7, 8, 9, and

13  10.  I paid for 11, but I didn't come anymore.  Society of

14  Protectors 1 and 2; Ethicist 1, 2 and 3; The Source, and I

15  became a source trainer; The Knife of Aristotle and I was an

16  analyst for almost two years; Platform 3/4, later known as

17  Reverence.  I trained myself to perform EMs, taking the EM

18  tech training many times.  Actually, some of these trainings I

19  took even five times.  I came to Coach Summits, supported,

20  personally and economically, projects like In La'Kech in

21  Mexico, which was an organization designed to end violence in

22  my country.  Along with more coaches, we trained a six-month

23  ETHOS program designed specifically for IBERO University in

24  Mexico City.  The reason why I mention all this is because I

25  want to make clear the level of commitment that I had.  By the

Proceedings                                                86

1    way, I never received a dollar for my work, just the number of

2    what I was going to receive.  But that money never reached my

3    pocket.

4            In retrospect, I can see a pattern of close people

5    to Keith like Loreta Garza telling me that Keith wanted to

6    train me personally to become an enrollee for philanthropists

7    to sponsor his projects, or Clare Bronfman wanting me to come

8    to Fiji for a training, or to Albany for a few months to take

9    Keith's trainings, which eventually I ended up doing.

10           In December 2012, right after Ascension training was

11   over, Nancy Salzman approached me saying that Keith wanted to

12   meet with me the next day, to which I said I couldn't because

13   I had a booked flight.  Just a few hours later, Laura Salzman

14   called me saying that it was truly an honor that Keith wanted

15   to spend time with me, that people flew from all over the

16   world to see him.  And I knew this was true; His Holiness the

17   Dalai Lama was a perfect example.  So I stayed, and we became

18   closer.  I felt very privileged.

19           In V Week 2015, Keith asked me to stay for a few

20   days after Coach Summit was over.  I did, and we began an

21   intimate relationship.  After that, he would text me hearts

22   and I love yous, and I would gladly correspond.  I was deeply

23   in love very fast.  I couldn't believe this was actually

24   happening.  I felt special and honored.  He was incredibly

25   sweet and kind.  He told me that what he wanted the most for

Proceedings                                          87

1    me was to take away my suffering and my ignorance so I could

2    be as joyous as possible. He asked me to be discreet about

3    our relationship, which I understood and upheld. I had no

4    clue by then, he had other relationships.

5              Just a month after, during the last day of Jness 7,

6    Daniela Padilla, who was the person that had EMed me for

7    years, and therefore was aware of my strengths and weaknesses

8    in a very deep way, approached me and invited me to what was

9    Keith's ultimate creation and input for humanity, the purpose

10   of all his previous work. This circle was just for a few

11   truly committed women. But in order to know more about this,

12   I needed to get collateral, to state that I would keep a

13   secrecy vow about what I was going to find out, and that this

14   collateral, which had to be sexual content, only made me

15   stronger.

16             Just both of them were going to see it and I was in

17   a relationship with him, so I did. And so she explained to me

18   that this circle worked with a master-slave dynamic with the

19   purpose of getting rid of our female pride through obedience,

20   that it was a lifetime vow and a commitment to my personal

21   growth and ethics. It was edgy. But I was so in love, and

22   Keith's techniques have always been edgy, so I made this

23   uncomfortable feeling my personal issue, as I had always been

24   led to believe in ESP.

25             Later that same month, during Society of Protectors

Proceedings                                    88

1    2, Keith asked me if I wanted to have a child with him.  He

2    told me I was the perfect woman to bear his child because I

3    had no attachments of motherhood with my personal value, which

4    I knew was true, and so my fantasy of becoming a mother

5    strongly began.  He also asked me to keep this affair private,

6    which I did.  I always knew he was the grand master of this

7    women's vow, it was never hidden from me.

8           The ultimate knowledge never came.  Only the request

9    for more and more collateral, and the ever-growing

10   uncomfortableness of absolute obedience.  Daniela Padilla told

11   me that the next time I was in Albany, I was going to be

12   tattooed, just like every woman in this circle, a small tattoo

13   that symbolized four elements.  I told Daniela I didn't have

14   tattoos and I didn't want one.  Her answer was "it's not a

15   question."  Before I came to Albany and get what I now know to

16   be a branding with Keith's initials, Daniela Padilla used my

17   collateral to thwart me, I had been blackmailed.  This was the

18   worst night of my life.

19          My choices were to stay in DOS, uphold my commitment

20   to the Vow and obey someone that had just blackmailed me and

21   therefore I couldn't trust anymore, leave DOS having my

22   collateral released and causing irreversible damage to people

23   I love and admire the most and absolutely lose my life the way

24   I had built it, or just end my life.  There was no choice I

25   had that wasn't a horrifying nightmare.  So the next day I

Proceedings                                                    89

1    quit DOS.  My collateral wasn't released, but the fear of

2    knowing any given moment it would was truly hell on Earth.  My

3    professional career is public, which made it even worse.  And

4    although I believed it was the right decision to leave, I was

5    so scared, I didn't want to piss anyone off, because I didn't

6    want my collateral out.  From this point on, a silent feeling

7    of shame and guilt began growing.

8              I still truly believed Keith was noble and innocent

9    from Daniela's dark intent.  I just couldn't see the truth.

10   It was so well hidden, it was impossible for me to see.  For

11   months, he tried to convince me to come back to DOS, but I

12   didn't, which meant that Daniela could release my collateral

13   to make me uphold my word.  He said he didn't believe she

14   would release it, but the vow was all about upholding one's

15   word, and the consequence of leaving was having your

16   collateral released.  I felt I was living on a minefield.  It

17   was daily terrorism.

18             Eventually, I left the Stripe Path, too.

19             A few months after, I was invited to a radio show to

20   talk about differences between women and men.  And as soon as

21   it was over, I received phone calls from two Mexican senior

22   proctors telling me that Nancy Salzman was in Mexico City and

23   she needed to talk to me, so I came to see her.  She said that

24   it was only because she knew that I was special to Keith that

25   she hadn't called her lawyers on me, that I had just breached

Proceedings                                           90

1   my contract speaking about ESP tech, and that it was illegal.

2   I never mentioned neither ESP nor Keith nor anyone in the

3   interview.  But she said that if I wanted, she could train me

4   personally to become a spokesperson for the company.  I

5   declined the offer, because it felt like a trap.

6            It wasn't until the New York Times article broke

7   about the branding that I realized slowly the whole entire

8   truth.  By that time I was having panic attacks during the

9   night, a lack of meaning of my life, and trust issues that

10  still haunt me.

11           I am speaking today because if no one had ever

12  spoken out, I would have stayed silent for the rest of my

13  life, in a dark place with the fear of any given day having my

14  collateral out.  I was used and manipulated for ten years, ten

15  years that I just can't recover.  My innocence and my strong

16  will to better things in the world was used against me.  Keith

17  used the highest virtues of humanity as weapons against

18  ourselves.

19           I'd like to address Keith directly now.

20           From a spiritual level, I feel so much compassion

21  for you.  It must be so dark and lonely, and I feel truly

22  sorry for you.  From human to human, you abused me

23  tremendously.  You played with my motherhood, my love, my

24  passion and my desire to do good, and with my loyalty to my

25  highest values.  You are an abuser and you deserve to be in

Proceedings                                        91

1    prison.  If you had it your way, I would have been your

2    prisoner forever.  You used to tell me that freedom and

3    slavery are irrelevant as one gains a sense of self beyond

4    one's decisions and that both are actually the same.  That is

5    why to reach higher levels of awareness, of living awareness,

6    have always required absolute obedience, that even total

7    devotion to a stranger or false guru, if done completely

8    without pride, leads to enlightenment, and the antidote for

9    pride is humiliation.  The most productive humiliation is

10   obtained through obedience and it leads to true freedom.

11   Well, now you have that opportunity in your hands, and it

12   seems there is no choice left for you.

13              Thank you for giving me this time to speak.

14              THE COURT:  Very well.

15              The next victim statement is from Adrian.

16              MR. ADRIAN:  Your Honor, I'm Adrian.  I'm Cami's and

17   Daniela's and Mariana's brother.

18              Thank you for providing me with the opportunity to

19   share my statement in today's hearing.

20              I arrived to the Albany NXIVM community from Mexico

21   with my parents and my little sister when I was 15 years old.

22   She was around 14 years old at the time.  My older two sisters

23   had already been part of the community for a few years.

24              From the beginning, Keith was sold to me as a

25   teacher, a leader and basically was perceived as a flawless

Proceedings                                                92

1  man by his community.  I looked to him as a mentor, someone

2  who could help me achieve my goals.

3          At that time, I had no reason not to believe him, I

4  was so young.  If I had any doubts, questions or hesitations,

5  he had a group enablers, his inner circle, who helped him blur

6  the lines between the truth and lies.  The lies allowed him to

7  portray this fake persona, one that pretended to be a genius,

8  a scientist a humanitarian that cared deeply about people.  He

9  lived in that blur.

10          I supported him loyally, dedicated my life to his

11  vision, defended his character.  I worked countless hours

12  filming him so that the world could see how good of a person

13  he was.  He seemed to be so misunderstood by the media and his

14  perceived enemies.

15          I saw him as a friend.  With the help of his

16  never-ending and highly expensive trainings, he knew

17  everything about me.  He knew my fears.  He knew my mistakes.

18  He knew my desires to be a businessman.  He knew my family is

19  everything to me.  He knew I trusted him.  But most

20  importantly, he knew how naive I was.  He used my truth

21  against me in a way that I can only describe as cruel and just

22  plain messed up.

23          He played me for 16 years.  The whole time, abusing

24  my sisters and other community members right under my nose.

25          Keith Raniere began to prey on my 14-year-old sister

Proceedings                                              93

1   as soon as she arrived to his community.  Immediately, she was

2   given special attention.  He gave her his personal phone

3   number so that they could talk in private.  She was allowed to

4   go into his houses and spend one-on-one time with him.  With

5   the help of his inner circle, like Nancy Salzman, Pamela

6   Cafritz, Karen Unterrainer and many others, she began to be

7   sexually groomed for Keith Raniere.  She was asked to keep it

8   a secret.

9           He began separating her from her friends and family

10  so that she no longer had a support system outside of him.

11  She became guarded and private:  Always busy, always broke,

12  never having time for family, always on call, and always on

13  diets.

14          Growing up, we were very close.  Towards the end of

15  my time in NXIVM, we barely spoke.  Even though we lived in

16  the same neighborhood, we barely saw each other.  Until this

17  day, I don't know where she lived while she was in Albany.

18          I've learned that Keith had sexual relationships

19  with all three of my sisters, sometimes during the same time

20  frame.

21          One of my biggest regrets in life was supporting

22  Keith Raniere in upholding what he called my sister "ethical

23  breach plan," which lasted years and culminated in a cruel and

24  heartless punishment of being locked up in a room for about

25  two years.

Proceedings                                    94

1       I was told by Keith directly that she was a

2   psychopath and that she just liked to play games.  I thought I

3   was helping her.  At times I begged her to continue with her

4   plan.  I was told to leverage our relationship because family

5   was all she cared about, so I threatened to cut off my

6   relationship with her if she didn't stick with the plan, it

7   was so important that she healed her breach with Keith.

8       It wasn't until years after that I found out what

9   her actual breach was.  All of this waste and torture because

10  she liked another man.

11      He tried to break everything that she cared about.

12  He turned her own family against her, labeled her a

13  suppressive and a psychopath.  He tried to take away every

14  resource that she needed to succeed or even survive in life.

15  Her own family and friends completely shunned her for six

16  years.  Some continue to shun her.

17      I was told to keep her situation a secret from the

18  community because people wouldn't understand.  Most members

19  outside of the inner circle never found out what happened to

20  her.  For them, she just vanished.  But in reality, she was

21  sent back to Mexico with little to no money and no papers.

22      After my mom left NXIVM, I shunned her for three

23  years.  Even if she tried to contact me, I wouldn't allow her

24  to come back into my life, all because she no longer supported

25  Keith and his teachings.  His enablers would tell me how

Proceedings                                        95

1   honorable I was being for supporting Keith in this way,

2   reinforcing his indoctrination.

3          Throughout my time in the community, whenever I

4   would have a reaction or if I was asked to do something that

5   didn't feel right, I would direct it towards getting an

6   exploration of meaning.  I realize now that it detached and

7   desensitized me to my gut feelings and my conscious.

8          Chaos follows Keith everywhere he goes, but he spins

9   it to make himself out to be a victim, a martyr.  All of his

10  charades during and after his trial are prime examples of how

11  he tries to dodge any responsibility for his actions.  He

12  continues to show no remorse whatsoever towards his victims.

13         Keith Raniere has negatively impacted my life in so

14  many ways.

15         Before being part of NXIVM, my family was close.  He

16  destroyed my family.  For three years, I didn't speak to my

17  mother and for six years I didn't speak to my sister out of my

18  support for Keith.  I will never be able to get that time back

19  with them.  Now my father and oldest sister have shunned me

20  for about two years.  They continue to believe his lies.  My

21  family hasn't been whole in a long time.

22         I've gone into debt taking his intensives; a lot of

23  my work was either underpaid or never paid.

24         I've lost so much time, especially when I was asked

25  to go into hiding for about a year.  The Albany Times Union

Proceedings                                                96

1   wanted to interview me because they were trying to expose

2   Keith, so I was told to go into hiding.  At the time I was

3   afraid because I no longer had a legal immigration status.  I

4   had lost my status because they told me not to go back to

5   Mexico to renew my visa.  They promised me they would take

6   care of it if I stayed.  That turned out to be a lie.  They

7   knew I was here illegally and they used that to their

8   advantage.  I was completely dependent on them.  My time in

9   isolation was a dark time.  I was very depressed.  I felt like

10  I had no life whatsoever.  I considered ending my life.

11          My entire four years of marriage have had an

12  undertone of him; navigating, surviving and trying to love

13  each other through the trauma.  The guilt and the shame of

14  being a part of his experiments, the wasted time, the triggers

15  that we both carry, the concerns of being able to pay for

16  things, trust issues, getting rid of NXIVM's indoctrinations

17  that was drilled in us for so many years.  It's a lot.

18          I want to express my gratitude towards the

19  government, the prosecution and everybody involved for giving

20  me a chance at a normal life.  I know it doesn't sound like

21  much, but after so many years of chaos and abuse, I look

22  forward to being able to move on and rebuild my life.

23          In conclusion of my statement, I want to read a

24  quote to Keith.  "Every lie we tell incurs a debt to the

25  truth.  Sooner or later, that debt is paid."

Proceedings                                              97

1          Keith, your time has come.  You deserve to lose

2    every ounce of freedom and luxury you have stolen from others.

3    I look forward to the day your name will be forgotten.

4          Thank you, Your Honor, for your time.

5          THE COURT:  The next victim statement is from

6    Adriana.

7          MS. ADRIANA:  Your Honor, my name is Adriana.  Thank

8    you for the opportunity to read this letter to Keith Raniere.

9          Excuse me.

10         Keith, your trial and the verdict handed down by the

11   grand jury where you were found guilty all of charges are a

12   triumph of true love, a love that you do not know, a love that

13   surrounded you for years and you never touch it.

14         The greatest crime that a human being can commit is

15   to hinder, stop, manipulate and influence in a negative and

16   deceptive way the spirit, the development and the expansion of

17   the consciousness of another human being.

18         In your case, the majority of your victims are

19   women.  In this way, you raped and denigrated my three

20   daughters, lying, manipulating and deceiving them as well as

21   me, my son and their father.  You have consciously committed

22   this hideous, scandalous and inhumane crime and will

23   consciously live accordingly.

24         Some time ago, I was afraid to leave my own

25   existence.  Immature and fragile, out of my center, is that I

Proceedings                                          98

1   came to you in search of answers.  I found with that even

2   imagining myself, lies, deceptions, manipulations, blackmail,

3   perversions, malevolence disguised as empathy, compassion,

4   consideration and true knowledge.

5           You wanted to eliminate me and my family.  You

6   separated us.  You deprived me of my experience of being a

7   mother.  I was not there for my children, and I am really

8   sorry.  It is impossible that you can think about my pain of

9   losing my family in life.  You will never be able to restore

10  it.  It was required that I die in life to my fear and be

11  reborn in love and truth in life to realize the monster that

12  you are.

13          Also, it is true that in biology we are alike.

14  There is a great difference between us.  The difference that

15  exists between those of us who believe in family, justice,

16  love, evolution, development and you is that you do not harbor

17  a minimum awareness of the self.  But on the contrary, inside

18  you only harbor violence, lies, fear, loneliness and emptiness

19  with an intense impulse to destroy all the beauty that

20  surrounds you.  You, you are part -- only part of the beast.

21  And that beast against justice that we, the human beings of

22  this new humanity, enforce.  You are the antithesis of love.

23          Now you are who you have chosen to be by your

24  actions.  Even if you close your eyes, there is a justice and

25  God exercises it through the Honorable Judge Nicholas

Proceedings                                              99

1   Garaufis, representative of society, the prosecutors and the

2   law.  How many years, Keith?  20?  30?  Maybe you will spend

3   your whole life in prison.  Maybe.

4             Listen carefully to what I am now telling you,

5   Keith.  I, Adriana, being a human being, being a woman, a

6   daughter, a mother of this new paradigm shift of planet Earth,

7   I tell you that no matter how much they dictate to you, your

8   sentence has no proportion to the damage you have caused to my

9   family and dozen of other families.  The true proportion will

10  come with time, when you totally disappear from our lives,

11  from our thoughts, from our interactions with friends and

12  strangers, when someone mentions you and remembers you as the

13  beast of darkness that you are and the pain of your actions

14  will no longer exist in our hearts.  Maybe generation will

15  pass.

16            I already told you once, it is not from me that you

17  have to ask for forgiveness.  I already forgave you in my

18  forgiveness.  It is to them, my children.  My children.  And

19  if you ever realize how you damaged them, you will fall to

20  your knees and beg for forgiveness, each one.  And maybe in

21  this way you will find the return to your soul.

22            Three of my children have found the way back to

23  their essence, as I have.  My heart knows that the father of

24  my children and my youngest daughter will one day be

25  themselves again and she will bring her son into the family if

Proceedings                                    100

1    she wants.  I am certain that consciousness surpasses

2    genetics.  In this way, her son will be fine.

3              And in that consciousness, it is true that along

4    with us, some women and men who experienced themselves in your

5    hell will become more and more luminous in the action of

6    living a more loving life with ourselves, that whenever we

7    make a conscious decision to know who we are and what we want

8    for ourselves, death does not exist.

9              Thank you, Your Honor.

10             THE COURT:  You are welcome.

11             The next victim statement is from Daniela.

12             MS. DANIELA:  Good afternoon.

13             I already testified at length in your trial, Keith,

14   before this court about some of the things that you did to me

15   and to my family.

16             You took ten years of my life, from 16 to 26, and

17   time is the only easy metric because I cannot quantify what

18   you did to me in any other terms.

19             You abused my innocent body, you broke my able mind

20   and you set my family against me.  You took and broke every

21   single piece of me.

22             I survived.  But not because you were merciful, but

23   because I was resilient.  However, I will never know what my

24   life would have been like without all this pain and horror you

25   inflicted upon me.

Proceedings                                    101

1      I find relief in knowing this is over.  I find
2   relief in forgetting about you.  And this is the last time you
3   will hold my attention.
4      And I believe it will be similar for the public at
5   large.  I believe people will forget about you.  They might
6   think you're interesting today, but that will fade.  Like the
7   once-interesting smartest man in the world, when the con is
8   clear and the con-man is exposed, it's all very obvious and
9   boring stuff.  You're just a liar.
10      Today people are fascinated by your monstrosity.  I
11  agree, your viciousness is remarkable.  And you may be the
12  criminal du jour, but you are, unfortunately, not the only
13  cruel and depraved man, not the only abuser in this world.  I
14  am not qualified to use fancier words to describe your
15  condition, but I know you are not the only person like this,
16  and thus you are but one more criminal in a category of
17  criminals.  Nothing special.
18      You are a vicious monster when facing me, when
19  facing my little sister, but a lying coward when facing
20  justice.  You are weak and you're pathetic.  In the rigor of a
21  court of law, word against word, fact against fact, you are
22  ridiculous.
23      The one interesting conversation to be had after all
24  this has nothing to do with you, and it is this:  How does
25  someone fall prey to this?  And for me, the lesson here is

Proceedings                                          102

1   only one.  We must teach our children about people like you.

2   Not about you, about people like you.

3         Because you, Keith Raniere, your words will

4   disappear, your name will disappear.  All memory of you will

5   disappear.

6         I would like to address the Court now, if I may.

7         I want to thank this court for listening to me

8   during trial and now.  I am very appreciative of the justice

9   system of the United States of America.  Testifying was hard,

10  but it was a privilege.  It is not lost on me that many

11  victims of crimes are never heard and never see justice.

12        For me, to be heard was enough.

13        In addition to that, it's been a rectifying

14  experience to see the exacting precision of the law dissect

15  the crimes, the methods and the nonsense of Keith Raniere.

16  This process has been soothing to my mind and has brought me

17  peace.

18        And last, as the Court sentences Keith Raniere, I

19  would like to remind them he showed me no mercy, he showed my

20  little sister no mercy.  He deserves no mercy.

21        Thank you.

22        THE COURT:  At this time we will have a statement be

23  read by Ms. Hajjar.

24        MS. HAJJAR:  Thank you, Your Honor.

25        I can never fully explain how much damage Keith

Proceedings                                              103

1   Raniere has caused me and so many others.  The psychological

2   impact of his twisted teachings permeate my brain even after

3   more than two years of consistent therapy.  His sexual abuse

4   and humiliation of me lives in my body and wreaks havoc with

5   my soul if I am not completely diligent.  Nightmares fill my

6   head almost weekly and the things he taught me to think about

7   myself have made me neglect my health and cause myself undue

8   pain on countless occasions.

9            But potentially worst of all, he continues to

10  manipulate people I once called friends.  He continues to try

11  to force his message on the world to try to put himself above

12  God and to control as many people as he can.  Keith Raniere

13  has framed inexcusably disturbing acts as beneficial to the

14  recipient.  He has caused people to believe that victims don't

15  exist so he can victimize people in plain sight.  His

16  commitment to serving his own agenda no matter the cost to

17  persons in front of him is beyond revolting.

18           I believe Keith Raniere needs help and that he is

19  unsafe to society.  I pray that Keith Raniere can transform

20  himself in prison, far away from anyone who he could try to

21  manipulate or control.

22           THE COURT:  Ms. Hajjar, does that conclude the

23  statements of the victims?

24           MS. HAJJAR:  It does.  Thank you, Your Honor.

25           THE COURT:  All right.  At this time we are going to

Proceedings                                           104

1    take a break until 2:45 p.m., at which point we will move on

2    to the consideration of the factors under 18 United States

3    Code, Section 3553(a).  In order for the Court to impose a

4    sentence that is sufficient but not greater than that

5    necessary to fulfill the purpose of sentencing, we will hear

6    from the defense, we will hear from the government, and we

7    will afford the defendant to make a statement as well.

8            When we return, please sit in the location where you

9    are currently seated, and we will begin promptly at 2:45.

10           Thank you.

11           (Lunch recess taken.)

12           (Continued on the next page.)

13

14

15

16

17

18

19

20

21

22

23

24

25

Proceedings                                          105

1          A F T E R N O O N    S E S S I O N

2

3                          --ooOoo--

4

5          THE COURT:  All right.  Continuing with the

6     sentencing of Keith Raniere, and Counsel and the defendant

7     are all present.

8               So at this time, the Court will consider, as I

9     have calculated the sentencing range, I am now going to turn

10    to fact that are outlined in *18 United States Code

11    Section 3553(a)*.  Under *Section 3553(a)* I must consider

12    several factors in imposing the sentence, including the

13    nature and circumstances of the offense, the defendant's

14    history and characteristics, the need for the sentence to

15    reflect the seriousness of the offense, promote respect for

16    the law and to provide just punishment for the offense, the

17    need for the sentence to afford adequate deterrence, and the

18    need to protect the public.

19              And in connection with that obligation, I will

20    hear from the parties and then I will hear from the

21    defendant, if he wishes to make a statement.  I will start

22    with the defense.

23              You may go ahead.

24              MR. AGNIFILO:  Thank you, Your Honor.  May it

25    please the Court.  Members of the Government and everyone

1    who has come to court today.

2          I read each -- I'm going to stand over here so I

3    can see Your Honor more clearly.

4          THE COURT:  Yes, just move the microphone.

5          MR. AGNIFILO:  Thank you.

6          THE COURT:  Thank you.

7          MR. AGNIFILO:  Yes, thank you.

8          I read every letter that every person submitted,

9    both from the prosecution and the letters that we submitted

10   in Keith Raniere's behalf.  I listened very, very closely to

11   the people who spoke very powerfully this morning and this

12   early afternoon.  And I'm trying to find the words and the

13   themes that I think could possibly, even at this late hour,

14   reach Your Honor and convince Your Honor somehow not to

15   sentence Keith Raniere to a life sentence.

16         I am very mindful of the amount of hurt and deep

17   pain that is expressed by people in the letters and as they

18   spoke to the Court earlier today.  And I've been trying to

19   find a way to describe it, to explain it, and I think if one

20   reads all of the letters, well over 100 letters on both

21   sides, considerably more than that, in fact, and if one

22   considers the trial testimony, the first thing one sees, I

23   submit, is that this was a community once upon a time.  That

24   once upon a time there was a community in Clifton Park and

25   the surrounding areas that many, many people loved, believed

1   in, and believed was doing good.  And I think that is the

2   first step in the analysis that I would like to try and ask

3   the Court to take with me in understanding some of the very

4   powerful statements that were made here today.

5          People loved NXIVM.  Mark Vicente when he

6   testified went on and on about he loved NXIVM.  So many of

7   the different people who testified at trial, some of whom

8   are here today, testified they could have done other things

9   in their lives, but they chose to forego those other things

10  and they chose to join this community in Albany under the

11  tutelage, the leadership, the vanguardship of Keith Raniere,

12  because they believed in it and they loved it and they

13  trusted him, Judge.  That is such an important part of this

14  whole analysis.  They trusted Keith Raniere.  They looked up

15  to Keith Raniere.  And they were absolutely sure that Keith

16  Raniere had their best interest at heart.

17          In trying to find the right word, because

18  sometimes the right word can help with the analysis, I

19  thought long and hard and I thought of a word being the

20  perfect word, in my opinion, the word, if you believe the

21  Oxford English Dictionary, it was the word that was first

22  used in year 1275 and the word is "betray."  And the

23  original meaning, the definition of the word "betray," is to

24  deliver more people to the enemy by treachery, the meaning

25  of the word "betray."  And I think it's a useful way to

Proceedings                                    108

1    analyze some of the things that happened in this case.

2         First, your people.  This is very close community.

3    They were all together.  They believed they were all united

4    in interests.  They believed they were all united in

5    interests doing something truly special, doing something

6    that they generally thought was advancing the cause of

7    humanity.  This is not a group of ne'er-do-wells looking

8    to sort of just self-aggrandize and do thinks that don't

9    have important ends in and of themselves, it's the exact

10   opposite, and NXIVM attracted terrific people.

11        I think it was Toni Natalie earlier today who said

12   that Keith surrounded himself with good people, and that

13   just seemed to actually be the case.  There's no question

14   about it.  I can say that the people that I've met, some of

15   whom testified at the trial, Judge, some of whom spoke this

16   morning to Your Honor, I thought were outstanding people.  I

17   thought they were loving, wonderful, sweet, good people,

18   each and every one of them.  I haven't met a bad person yet.

19   And these were good people who came here for the best of

20   reasons, for the best of reasons and they sacrificed much to

21   be in this community.  And what has happened is they have

22   reached the conclusion that Keith Raniere betrayed them.

23        Now, I think it's very important that we stop for

24   a second and take note of all the things they didn't say.

25   No one says, because it could not be validly said, that

Proceedings                                        109

1   Keith Raniere was cruel to them at the time.  No one said at

2   the time, I knew that this is -- he was being mean to me.

3   He was being abusive to me at the time.  He was doing things

4   that were mean-spirited to hurt me at that time.  What they

5   all say was something very, very different and it's only

6   really understandable through the lens of betrayal.

7            What they're saying is, I believe now, I believe

8   now, that he was abusing me then.  I believe now that he was

9   cruel to me then.  I believe now his intentions were bad

10  then.  That's a very different thing, Judge.  A very

11  different thing, because that is something that can be

12  influenced.  And I know everybody seems to be waiting for me

13  or Mr. Raniere when he addresses Your Honor to say, I had

14  bad intent all the time.  The whole while, I was abusing

15  everybody, I had bad intentions.  I wanted to hurt them.

16  He's never going to say it.  He's never going to say it,

17  because he doesn't believe it.  He doesn't believe it,

18  Judge.  As he sits here today, he doesn't believe it.

19           Do I think having done this for as long as I have

20  that maybe his best shot at avoiding a life sentence is for

21  him to say it?  Yeah.  Maybe that's the best thing to say,

22  that maybe Your Honor doesn't give him a life sentence.  But

23  it just wouldn't be true from his perspective.  And we are

24  sentencing him based on his perspective --

25           THE COURT:  No.  We are not sentencing him on a

Proceedings                                    110

1   perspective.  We are sentencing him -- I am going to

2   sentence him on his behavior.

3            MR. AGNIFILO:  I agree.

4            THE COURT:  On his illegal behavior, which cannot

5   be justified taking, for instance, Camila who, for some

6   reason, was convinced that she should not testify at the

7   trial by a lawyer who convinced her it was in her interest

8   not to make herself available, which is a whole other issue.

9            But had she testified, it would have taken the

10  jury ten minutes to convict him, because what he did to her,

11  and she is totally believable, is at the behest of her

12  father who brought her to Albany from Mexico, she was

13  groomed from age 13 to age 15, and then she was seduced by

14  Mr. Raniere and kept in an apartment and used for his sexual

15  pleasure.  That is the fact.  That is not imagination, that

16  is not a perception, that's a problem for your client.  That

17  is what he did.

18           MR. AGNIFILO:  Judge, I understand.

19           THE COURT:  So we are not here to discuss how he

20  felt or how it seemed.  We are here to discuss how should he

21  be punished for what he did.

22           MR. AGNIFILO:  I don't --

23           THE COURT:  So let's get past that.

24           MR. AGNIFILO:  I agree wholeheartedly.

25           THE COURT:  Okay?  The jury ruled.  It was the

Proceedings                                         111

1    jury's decision.

2              MR. AGNIFILO:  I understand.

3              THE COURT:  I am just here to enforce the jury's

4    will.  So let's move on.

5              MR. AGNIFILO:  Yeah.

6              There's one I think is important to point out,

7    Camila wasn't available to us either after she got a lawyer.

8    So it was not --

9              THE COURT:  Didn't you recommend the lawyer to

10   her?

11             MR. AGNIFILO:  We gave her a list of lawyers, and

12   she didn't like the first two and she liked the last one.

13   And that's what happened, Judge.  And that's --

14             THE COURT:  And how was that lawyer compensated;

15   do you know?

16             MR. AGNIFILO:  I -- I don't know.  It was -- it

17   was said in -- in her -- she said in her written statement

18   how she believed the lawyer was compensated.

19             THE COURT:  Which was?

20             MR. AGNIFILO:  Judge, I had nothing to do with

21   this.

22             THE COURT:  Well, I am just saying -- I am asking

23   the question.  I am not saying you did that.  I am just

24   saying he was compensated, according to her, by this --

25             MR. AGNIFILO:  Yeah.

Proceedings                                112

1          THE COURT:  -- $13.8 million --

2          MR. AGNIFILO:  Right.

3          THE COURT:  -- irrevocable trust created by Clare

4     Bronfman.  That is the impression that the Court has.

5          MR. AGNIFILO:  I think that's probably right.

6          THE COURT:  Yeah.

7          MR. AGNIFILO:  I think that's probably right.

8          But if -- if -- I mean, I'm the only one standing

9     here, and what my moral and legal obligation is, if someone

10    wants a lawyer, to give them a number of names.  That's what

11    I did.  And she didn't like two, and she did like one, and

12    that was the last time we ever spoke to her.

13         THE COURT:  I see.

14         MR. AGNIFILO:  And -- and, Judge, I can also add,

15    if there was a problem with any of this, which there isn't,

16    because I don't do the wrong thing, and I didn't do the

17    wrong thing here --

18         THE COURT:  I am just telling you that if -- it

19    has a certain sense, it creates a certain sense that someone

20    who clearly was so terribly wronged by this man, decided not

21    to speak up at the time, that raises issues.

22         MR. AGNIFILO:  And if there --

23         THE COURT:  And that is separate and apart from

24    this trial.

25         The point I am making, the principal point here,

Proceedings                                                     113

1    she came here and validated what this -- what the

2    prosecution provided to the jury, and the jury found by --

3    beyond a reasonable doubt happened to her.

4             MR. AGNIFILO:  Right.

5             THE COURT:  All right?

6             So it is about what happened to her.  So I do not

7    want to talk about theory.  I have heard enough about

8    Mr. Raniere's theories.  I am talking about the facts.

9             MR. AGNIFILO:  Judge --

10            THE COURT:  Let's get down to the facts.

11            MR. AGNIFILO:  But -- but --

12            THE COURT:  He says he is innocent.  You are his

13   lawyer, you said he is innocent on his behalf, and he may

14   say it when he speaks, if he does.

15            Let's move on.

16            MR. AGNIFILO:  Okay.  I'm -- I'm talking about

17   intent, and so I'm not -- I'm not trying to not talk about

18   it --

19            THE COURT:  How is it -- excuse me.  Pardon me.

20            What about intent -- what do you think the intent

21   is if you have a 13-year-old girl and a 43-year-old man and

22   two years -- and that girl is being spoken to and a

23   development of a relationship is occurring, and then two

24   years later, she is having sex at age 15 with a 45-year-old

25   man?

Proceedings                                    114

 1          MR. AGNIFILO:  Well, Judge, first -- first of

 2  all --

 3          THE COURT:  I am just wondering what do think the

 4  intent is of the 45-year-old man?

 5          I was once a 45-year-old man.

 6          MR. AGNIFILO:  So was I.

 7          THE COURT:  And now I am a 72-year-old man.

 8          MR. AGNIFILO:  Judge --

 9          THE COURT:  And I -- and I have a pretty good

10  sense of these things because like I have been around the

11  block.  So do not treat me, this Court, as if it is not the

12  intent to do what he did.  It was not a mistake.  He kept

13  doing it.  Please.

14          MR. AGNIFILO:  Judge, in terms of the --

15          THE COURT:  Why don't you talk about the factors?

16          MR. AGNIFILO:  Judge --

17          THE COURT:  I am interested in the factors.

18          MR. AGNIFILO:  Okay.

19          THE COURT:  I am interested in the factors.  I am

20  not interested in your explication of whether he intended to

21  have sex with this woman.

22          MR. AGNIFILO:  Judge, I -- first of all --

23          THE COURT:  You are not in front of a jury, you

24  are in front of the Judge now on the sentencing.

25          MR. AGNIFILO:  I know.

Proceedings                                        115

1          THE COURT:  I am not going to tolerate spending

2     time as to what his intent was when he seduced a 15-year-old

3     girl.  We are not going there.  It is just -- it is an

4     insult of the intelligence of anyone who listens.  And I

5     just want you to understand, I am not tolerating it.

6          So go on.

7          MR. AGNIFILO:  The point I'm trying to make,

8     Judge, is he did a lot of good things in his life.  That's a

9     heartland 3553 factor.  He did a lot of good things to the

10    curriculum.  I'm sure Your Honor read all of the letters we

11    submitted from people who still support him and believed in

12    what he is doing.  And they are not flying monkeys.  They're

13    nice people.  They're good people, just like the people who

14    have decided to leave NXIVM and have a different view.

15    They're all nice people.  They're all people who wanted to

16    improve themselves and to improve humanity.  That's who they

17    all are, including the people who wrote those letters saying

18    that all the wonderful things that he did, all of the

19    wonderful things he did with the community.

20          The Tourettes project, we have letters on that,

21    Judge.  We have letters from people who had Tourettes, and

22    who no longer suffer from the -- from the effects of

23    Tourettes, and they credit the -- Keith Raniere and Nancy's

24    work in that regard.  And that's what they say.  They wrote

25    these letters to the Court, and I think that's a very

Proceedings                                        116

1    important factor.

2              Another factor, and we go through this in our

3    sentencing memorandum, is the Mexican Peace Initiative.  The

4    Mexican Peace Initiative, we have letters from certain

5    people who lived in Mexico who have first-hand information

6    about the work that Keith Raniere and others did to try and

7    stop the kidnappings in Mexico, including someone who lived

8    in a small, run-down poor community in Mexico for a period

9    of 18 months and tried to show this small town in Mexico

10   that they could sort of organize a community and take care

11   of each other and live together and make their lives better.

12   And this was all inspired by Keith Raniere.

13             And my point, Judge, and I think it's an important

14   point, I think it's a very important point just what we had

15   this morning, is that people believed in this work.  They

16   believed in him, and now they feel betrayed.  And now they

17   look back at what happened back then through a different

18   lens, and I don't think it's accurate, is my point.  I don't

19   want to -- I'm not going to get into the details.  I don't

20   know that every statement that was made this morning to

21   Your Honor was factually correct.  I don't think they all

22   were.  And so we don't need to dissect each one, because the

23   important thing is this is how these people feel.

24             But my point is they don't feel this because

25   Mr. Raniere was cruel to them at the time.  They view him as

Proceedings                                          117

1    having been cruel now.  That's what --

2           THE COURT:  Well, that is not entirely accurate.

3    It may be that some of what they say is erroneous, it may be

4    insincere, it may be excessive, or it may be untrue.

5           But what about the situation where your client

6    used the financial resources of a multimillionaire to go

7    after in litigation many people who had no resources in

8    order to destroy their reputation, to have them declare

9    bankruptcy, to have them put in jail because they would not

10   go along with his approach to the way the world should work,

11   the way NXIVM should work, the way these programs should

12   work?  And he and Ms. Bronfman chased them down wherever

13   they were, in the State of Washington, in Mexico, or

14   wherever they happened to be -- or Florida.  According to

15   these victims they were being, not only harassed, they were

16   being further victimized because of the fact that they did

17   not continue to be interested in the program.  That was

18   then.  That is not now.  Some of it may be continuing.  But

19   what about that?

20          MR. AGNIFILO:  I -- I --

21          THE COURT:  He was using -- according to them, and

22   clearly she was in a position, Ms. Bronfman, was in a

23   position to provide the resources to do it, he was using

24   those tools, the use of lawyers, and the use of proceedings

25   to victimize people who felt at the time, they realized or

Proceedings                                      118

 1  believed, that they were being victimized, you know, what
 2  about that?
 3          MR. AGNIFILO:  Okay.
 4          THE COURT:  He didn't just say to these people,
 5  You know, I did my best with you.  I tried to help you.  Go
 6  with God.  He did not do that.  What he did was he went
 7  after them.
 8          MR. AGNIFILO:  I have a response.
 9          THE COURT:  Yeah, I am waiting.
10          MR. AGNIFILO:  So in May of 2017, and I don't need
11  to name names, because I named them in my sentencing
12  memorandum --
13          THE COURT:  You can name names.
14          MR. AGNIFILO:  Sarah Edmondson and two other
15  people broke into the NXIVM computer from Vancouver.  We
16  have the data.  We have the information.  And, apparently,
17  Clare Bronfman went to Vancouver and tried to bring a
18  criminal investigation for computer tampering.
19          THE COURT:  Well, do you mean --
20          MR. AGNIFILO:  -- because there was computer
21  tampering.
22          THE COURT:  -- something like what was arranged
23  for Daniela to create the malware to break into Edgar
24  Bronfman's computer?  That kind of --
25          MR. AGNIFILO:  No.

Proceedings                                          119

1          THE COURT:  -- that kind of behavior?  Is that the

2     same idea?

3          MR. AGNIFILO:  No, it's not the same idea.

4          I think the idea was that Sarah didn't want her

5     friends or certain people she cared about to stay in NXIVM,

6     and so she went into the computer and she eliminated -- she

7     changed the computer files so that their credit cards

8     wouldn't be billed.  I mean, it's very specific information,

9     you know.  And at the end of the day, Vancouver did or did

10    not, you know, bring an investigation and certainly didn't

11    bring any charges.  So that's what happened with that.

12          What happened with the information that was

13    NXIVM's information that people got when they took the

14    courses is it was published on a website, and that might be

15    a violation of intellectual property rights.  And there was

16    a long litigation, we discussed it at the trial at length,

17    and that was something that happened because they reasonably

18    believed -- lawyers, with good lawyers -- and one thing that

19    I want to add that Kristin Keeffe in her letter to

20    Your Honor mentioned someone named Steve Coffey.  Steve

21    Coffey was a lawyer, an independent lawyer, highly regarded

22    lawyer at a law firm in Albany, former, I think,

23    Albany County prosecutor and he made a lot of these

24    decisions.

25          I mean, this is not, you know, Clare on her own or

Proceedings                                              120

1    Keith on his own.  Do I think personally that they would

2    have benefitted by adult lawyer supervision at the time?

3    Yeah, I do.  I think they could have really benefitted from

4    adult lawyer supervision.  And say, You know what?  You guys

5    are burning a lot midnight oil over a lot of stuff that

6    doesn't matter, and you're creating a lot of problems.

7               THE COURT:  And what the client does -- pardon me,

8    if I exercise my independent judgment here -- what a client

9    does if a lawyer says that and the client just wants to

10   harass and attack and has the resources to do it, that

11   lawyer -- that client goes and finds a lawyer who will do

12   it, because there's got to be a lawyer out there who is

13   willing to take the money, take the fee, and will do what

14   the client wants and not exercise independent judgment.

15   That's just the way of the world.  So, you know, I think

16   it's naïve to say that adult lawyer supervision might

17   prevail.  Not if you are a -- not if you're someone with a

18   lot of money and you are looking to harass somebody with

19   legal process, which may or may not be justified.  Some of

20   it may be justified.  I am not saying it is not or it is.

21   But it is pretty hard for some lawyers to turn down a

22   retainer from a multimillionaire, someone with deep pockets

23   who wants to go after somebody because he or she feels he

24   has been wronged or he wants to get back at them.

25               We could discuss this all day.  So let's go on.

Proceedings                                    121

1            MR. AGNIFILO:  Okay.

2            THE COURT:  So the next issue.

3            MR. AGNIFILO:  Yes, Judge.

4            I think part of the reason that happened is I

5    think this community felt like it was being attacked.  And

6    what we -- I think we saw in some of the trial evidence is

7    we saw Keith and Kristin for a while because we had their

8    e-mails and Keith and Clare for a while because we have some

9    of their e-mails; what appears to be reasonably believing

10   that people are trying to undo them.  You now, there might

11   be an aspect of paranoia to it.  There might be.  I mean,

12   some of that I felt was showcased in the evidence.

13           There were times when Keith thought people were

14   following him or outside his house or whatnot.  So, you

15   know, yes, I think they were looking to protect themselves.

16   Do I think they brought too much litigation?  Absolutely.

17   But, you know, here we are all these years later.  So I

18   don't know that that, you know, is really -- one of the

19   factors I think is the most important for sentencing.

20           What I think is the most important for sentencing,

21   Judge, which is why I started with it, is a lot of people

22   have very strong feelings, and they come here and they're

23   hurt.  This case has so much heartbreak, in my opinion,

24   heartbreak, because so many people -- I mean, I mentioned

25   Mark Vicente, I'll mention him again.  He's hurt.  On that

Proceedings                                      122

1   video statement, he's hurt.  He doesn't know what to do.  He

2   says as much.  I don't know what I'm going to do with my

3   life now.  That's sad, Judge, and it's sad that they feel

4   that way.

5            But I think it's important that the first step in

6   betrayal, the first step in betrayal is that there was this

7   closeness.  There was this love, and I thought the person

8   who put it the most eloquently was Adriana in something she

9   said this morning.  She said -- she started by talking to

10  Keith, and she said, There's a love that was all around you,

11  and you never touched.  Those were her words, Judge.  And

12  she got it perfectly.  And what she's saying is, We loved

13  you.  We loved you.  We trusted you.  We believed in you,

14  and you betrayed us.  So why did you betray us?  Why did you

15  betray us?  What happened?  And the problem as -- as

16  Your Honor started to point out is -- and this is something

17  that I think that Barbara Bouchey said and Toni Natalie said

18  and other people have said it, he was in love with some of

19  these women.  He was in love with them.  I think Toni

20  Natalie said, He doesn't know how to let go.  Those are her

21  words.  I'm not her.  You don't know how to let go.  He's

22  not trying to hurt someone -- he's not, Judge.  He's not

23  trying to hurt someone.

24            And, Judge, I can see that you disagree with me.

25  I know --

Proceedings                                           123

1          THE COURT:  All I am saying to you is that love

2    does not result in any sense of responsibility for the

3    offspring or an offspring that he has, that he has no

4    responsibility.  I am not here to question feelings.  I am

5    here to question, and the jury was there to decide, whether

6    he has broken the law.

7          So I think we can talk about how Vicente feels and

8    how Adriana feels and so forth, and we should put that aside

9    for the sake of sentencing.  What we need for this

10   sentencing is to address what he did to other human beings

11   with the skills that he obviously had.  All right?

12         You don't have to be the smartest man in the world

13   to manipulate and to harm other people.  And that is really

14   what we are talking about here.  What did he do?  What did

15   he do to hurt people and violate the law in the process?

16   That is really what we are here for.

17         I do not want to know about his psychiatric

18   history, particularly.  He has not provided us with anything

19   on it.  You have not asked to -- have not provided us with a

20   workup about his problems, whatever they may be.  And so I

21   am not going to consider those kinds of issues because they

22   are not in front of me.

23         What is in front of me is all these counts of --

24   where the jury found him guilty of violating the law.  And

25   so, you know, let's go back to what I have to consider.  All

Proceedings                                              124

1    right?

2              (Continued on the next page.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Proceedings                                     125

1          THE COURT:  I'm supposed to consider his history

2    and characteristics, the need for the sentence to reflect the

3    seriousness of the offenses, to promote respect for the law,

4    and to provide just punishment for the offenses, and the need

5    to sentence the sentence to afford adequate deterrence, and

6    the need to protect the public, which is very important here

7    the need to protect the public, among other things.  That's

8    really where I am.

9          And I can differentiate, and do differentiate,

10   between how people are hurt emotionally by the way they are

11   treated, and how they are hurt by wrongdoing.  We're here

12   about wrongdoing, not so much about how they feel ten years

13   later about how they were treated.  Although, it's pretty

14   clear that he took advantage of people sexually and that some

15   of it, some of what he did was illegal because the jury said

16   so that was their decision.

17         MR. AGNIFILO:  I'm not going to quarrel with the

18   jury verdict, and I don't.  The jury has spoken.  And your

19   Honor is absolutely correct, your Honor's job, what we're all

20   here to do is give a sentence based on the jury's verdict.

21         And my point in talking about intent and the

22   circumstances of the offense certainly goes to a 3553 factor

23   because it's the nature and circumstances of the offense.  And

24   so that's why I'm discussing that.

25         THE COURT:  You haven't answered my question about

Proceedings                                    126

1   Camila.  Let's cut to the chase here.  You don't start having

2   an affair with a 15-year-old girl when you're a 45-year-old

3   man, plus total control, financial control, control over her

4   visa, control over her father who is still writing letters in

5   support of the defendant today, I have one in my file here.

6   When is that appropriate?  I'm just curious.

7                MR. AGNIFILO:  As your Honor knows, he wasn't

8   charged with or convicted of having sex with Camila.  He was

9   charged and convicted of the photographs.

10               And if your Honor remembers my trial defense, I

11  didn't really dispute the photographs all that much.  The way

12  I disputed them is they were never shown to anybody and the

13  jury shouldn't consider them as either child pornography or as

14  a racketeering predicate because they were photographs that

15  were taken and then for the rest of time they just stayed on a

16  device, they never got sent anywhere, never got shown

17  anywhere.

18               So that's how I dealt with the photographs at the

19  trial.  I didn't say anything one way or another about them.

20  I didn't say at the trial anything one way or another about

21  Camila at 15 years old.

22               THE COURT:  You were talking about intent, I'm just

23  wondering how that works into your theory of intent here.

24               MR. AGNIFILO:  I absolutely admit that Camila is in

25  a different category than other people in the case.  There is

Proceedings                                    127

1   no question, there is no question.  And there is no doubt, and

2   I never said anything to the contrary, and I don't say that

3   now.

4            THE COURT:  Go on.

5            MR. AGNIFILO:  What I think your Honor can glean

6   from all this, and I don't know if it cuts for or against them

7   but I'll say it because it's the truth, he's in a 13-year

8   relationship with her, 12-year relationship with her.  I don't

9   if know that makes it better or worse, but those are the

10  facts.  And my point, and it's not a point that I think a

11  psychological report, I thought that some of people who spoke

12  this morning spoke absolutely eloquently about it, he doesn't

13  how to leave people.

14           THE COURT:  He doesn't know what?

15           MR. AGNIFILO:  Leave, leave women.  Toni Natalie

16  said, he doesn't know how to let go.

17           THE COURT:  It's hard to leave, get people to leave,

18  if you're keeping all this material, this collateral.  If you

19  arranged to collect, true and maybe not true, information and

20  photographs about these people so that they feel their

21  constraint to stay.  He doesn't know how to leave; he knows

22  how to keep people from leaving, that's his skill.  That's a

23  skill.

24           So when you start talking about he doesn't know how

25  to leave people, even if they wanted to leave they couldn't

1    leave, according to what we were told here today and during

2    the trial.

3              MR. AGNIFILO:  That is certainly a big part of what

4    people have said today.

5              THE COURT:  It's what they said during the trial.

6              MR. AGNIFILO:  And during the trial both, no

7    question.

8              THE COURT:  The jury credited that.

9              MR. AGNIFILO:  Judge, I'm agreeing, I don't disagree

10   with you.

11             THE COURT:  The fact that he doesn't feel -- he

12   doesn't know how to leave people.  I don't understand where

13   that fits in this whole, the whole theory of his culpability.

14             MR. AGNIFILO:  The theory of the culpability is he's

15   not trying to hurt them at the time.  He's not.  That's the

16   theory.

17             THE COURT:  At this time.  What about at that time?

18             MR. AGNIFILO:  No, at that time.  He wasn't trying

19   to hurt any of the people who spoke here this morning.

20             THE COURT:  Why -- it's not trying to hurt someone

21   by controlling their ability to function and have the right to

22   come and to go and to walk out and to stay because you've got

23   this control over them with all this data about them?

24             MR. AGNIFILO:  Judge --

25             THE COURT:  That's not a consideration?  That was

Proceedings                                                129

1    then.

2            MR. AGNIFILO:  Judge, it's a consideration but the

3    trial evidence was very clear, when someone wanted to leave,

4    they left.  We got that out of Lauren Salzman's testimony.  We

5    put in text messages of her and another person.  The person

6    wanted to leave.  And they ended up saying, 'I love you.  I'll

7    miss you too.'

8            THE COURT:  All right.  I'm going to let the

9    Government have something to say.  Finish up.

10           MR. AGNIFILO:  Two things I want to say.  Kristin

11   mentioned that she spoken to me about possibly getting some

12   child support, let me give the Court some background.

13           THE COURT:  How old is this child?

14           MR. AGNIFILO:  Fourteen.

15           THE COURT:  Never had child support I take it?

16           MR. AGNIFILO:  Well, Kristin left.  And for a while

17   I think Mr. Raniere was trying to have their rent paid while

18   living until Florida.

19           THE COURT:  I see.  All right.  Go ahead.

20           MR. AGNIFILO:  So in the spring I started getting

21   text messages from someone not identifying themselves.  This

22   person is on again/off again, I do want to talk to you, I'm

23   not going to speak to you.  She ends up speaking to me.  It

24   ends up being Kristin.

25           Kristin and I talked on the phone a number of times.

Proceedings                                            130

1   She basically says that she feels that she's deserves child

2   support.  So I say, I think you probably deserve child support

3   too.  So I talk to Raniere about it, I'm not going to get into

4   the details of that discussion.

5           But at some point I tell Kristin if we're going to

6   talk about trial support you have to get a lawyer, I'm not

7   going to talk about child support with you.  If this is some

8   sort of a negotiation, the only way it can work is if the

9   Court orders some sort of money judgment.  Then I don't know

10  what the laws are regarding priority, I really have no idea.

11  But if you want to try to be on record as being entitled to

12  child support, have your lawyer contact the prosecutors and

13  work it out.  And basically that was the end of the

14  discussion.  I did discuss it with her, that's kind of where

15  we left it.

16          I point out that Mr. Raniere has two children, one

17  with Marianna, that was referred to this morning, and one with

18  Kristin.  I don't know what the future holds in terms of child

19  support or available funds.

20          One of the things I told Kristin's lawyer is, if you

21  remember from the trial, Judge, there is the Pam Cafritz'

22  estate.  I have no idea what is going on with that, there are

23  lawyers handling that, who frankly I've never spoken to.  I

24  said, call them, they are in Albany or nearby.

25          THE COURT:  She has a lawyer in Albany, right?

Proceedings                                              131

1           MR. AGNIFILO:  Kristin does.

2           THE COURT:  Yes.  I'm sure the lawyer in Albany in

3     lawyer --

4           MR. AGNIFILO:  Will figure it out.  So the crux of

5     what I want to sum up on --

6           THE COURT:  You carefully glossed over, because he's

7     your client and you're not going to tell me about what your

8     client said to you, which is fine, but the fact is, the child

9     is 14 years old and there has been no child support,

10    apparently, and why should this even be an issue if this is

11    his child.  I mean, I'm just --

12          MR. AGNIFILO:  I agree with you.

13          THE COURT:  -- I'm just a local guy here in

14    Brooklyn.  But you've got a 14-year-old child who has never

15    been supported by his father who has been busy working the

16    commodities markets for tens of millions of dollars and can't

17    find it in his heart to send a few bucks to his child.  Why

18    should anyone look upon that person as someone who is worthy

19    of respect?

20          MR. AGNIFILO:  Because I think Kristin left, Kristin

21    was hiding, and Kristin and Gaelyn were hiding from him.

22    That's the answer.  I'm not sure it makes it better or worse.

23          THE COURT:  She spoke as to why she was hiding.

24          MR. AGNIFILO:  That's the reason.  So that's the --

25          THE COURT:  No.  The reason she was hiding was some

Proceedings                                                       132

1   other reason.  She wasn't hiding because she felt she would be

2   safe if he knew about where she was.

3           Let's move on to the sentencing because I'm having

4   trouble dealing with your logic.  Go ahead.

5           MR. AGNIFILO:  I think I'm trying to make a couple

6   of points clear.  One, he didn't intend to hurt anybody.  I

7   know your Honor disagrees with me.  And your Honor --

8           THE COURT:  The jury decided he did.

9           MR. AGNIFILO:  Judge, I know.

10          THE COURT:  Then you've made your point.  Next.

11          MR. AGNIFILO:  Obviously he's never been in trouble

12  with the law before.  He's a 60-year-old man.  And I'm asking

13  the Court for a 20-year sentence.  Ordinarily that would seem

14  like an astronomical sentence for a 60-year-old man with a

15  first arrest.

16          And there is one other point that I want to make,

17  and I think it's an important one.  At no time, nothing in the

18  evidence, and this is an exhaustively investigated case where

19  a tremendous amount of people come forward, no evidence of a

20  single instance where someone said to Keith Raniere, 'I don't

21  want to do this; I don't want you to hold my hand; I don't

22  want you kissing me;' and he did it any way.  None.  That's

23  the man we're going to sentence.

24          First arrest, 60-year-old man.  I think a 20-year

25  sentence is more than a sufficiently long sentence for this

1   particular 60-year-old man.

2          One thing I want to end with, it's important in

3   terms of placement.  The Government in its sentencing

4   memorandum took something out of context, I think it's very

5   important, that they took out of context.  Because what they

6   said Mr. Raniere said was that, 'The Judge should know he's

7   being watched.'

8          THE COURT:  What is that?

9          MR. AGNIFILO:  'The Judge should know he's being

10  watched.'  In their sentencing memorandum they have him on a

11  recorded phone call to someone saying, 'The Judge should know

12  he's being watched.'  But what his whole statement was, 'The

13  Judge should know he's being watched by someone wise.  Have

14  you been speaking with Alan Dershowitz.'

15         It's just a very important distinction because

16  without really understanding this he could be designated to

17  someplace where he shouldn't be.

18         I know that -- one thing I also want to address,

19  Judge, because it's come up I don't want to gloss over it.  I

20  know that your Honor got a very long letter from a number of

21  people, I think on Friday.  And the letter is discussing

22  computer tampering.  And they consulted with four experts, one

23  of whom is a PhD in computers.  And there has been a

24  conclusion there is computer tampering.

25         Just to be clear, so the record actually says this,

Proceedings                                                    134

1    I have been asked many, many times to file that motion.  I was

2    asked by my client, I was asked by others.  I studied this

3    stuff, I think I understand it.  And in my estimation, being

4    the lawyer on the case, I did not think that it rose to the

5    level of making a prosecutorial misconduct motion in the form

6    of a Rule 33.

7              What I will tell your Honor is, I don't know what

8    the future is going to hold, I'm still looking into it.  I

9    don't know if it's going to turn the corner and become

10   something different than what it is.  But I decided not to

11   file the motion.  My client wanted me to file the motion.  And

12   I made a decision not to file the motion.

13             And in making that decision I did a number of

14   things.  I consulted the Rules of Professional Responsibility,

15   for one.  I looked at my own sense of ethics and the fact that

16   I would be in front of your Honor soon asking for 20-year

17   sentence.  And I thought that was the right thing to do, and I

18   still think it's the right thing to do.

19             One of the reasons I didn't file the motion is

20   because if more evidence of this comes to light, in the future

21   I didn't want to basically take my one Rule 33 shot now.  So I

22   made the decision not to file the motion.  That's why it came

23   the way it did because I wouldn't file it.

24             So your Honor, in closing, I think a 20-year

25   sentence is more than enough.  It shows tremendous respect for

Proceedings                                            135

1    the law.  It is a very severe sentence for a 60-year-old man,

2    for any person but for a 60-year-old man, that's my request

3    Judge.

4            THE COURT:  Thank you.  Let me hear from the

5    Government.

6            MS. HAJJAR:  Thank you, your Honor.

7            Your Honor, the Government is asking the Court to

8    impose a Guideline sentence of life imprisonment.

9            The offenses here, the offenses that Mr. Raniere has

10   been convicted of, are among the most serious under the law.

11   Sex trafficking, forced labor, child exploitation, the

12   Guidelines demand a life sentence because these crimes cause

13   immeasurable harm to victims.  The court has heard from these

14   victims today, at the defendant's trial, in voluminous

15   victim-impact statements, and in court.

16           The victims have described so powerfully the impact

17   of the defendant's crimes on them and their families.  And in

18   doing so they have relived the worse moments of their lives in

19   order to convey to the Court and to the public how they were

20   hurt in the most depraved ways.  There is very little that I

21   could add to that, your Honor.  But what is clear is that

22   these victims will be carrying this damage with them for the

23   rest of their lives.

24           It is outrageous for defense counsel to suggest that

25   the defendant committed these crimes because he didn't know

Proceedings                                          136

1    how to leave women or because he didn't think he was hurting

2    them.  He did hurt them, and that was made absolutely clear at

3    trial and it was made absolutely clear today.  It doesn't

4    matter if a child abuser doesn't think he's hurting a child;

5    when he begins a sexual relationship when she's 15 years old,

6    it doesn't matter.

7           The Government has submitted a lengthy sentencing

8    memorandum addressing the 3553(a) factors, I'm not going to

9    repeat those arguments today.  I will just briefly address a

10   few of the arguments that the counsel for the defendant made

11   today.

12          Mr. Agnifilo's justification for pursuing Sarah

13   Edmondson and DOS victims by sending them threatening letters

14   and by attempting to institute criminal charges, that was the

15   justification presented at trial and the jury rejected that

16   justification.  It is total nonsense and has no basis in the

17   evidence.

18          Mr. Agnifilo asked this Court not to impose a

19   sentence of 15 years because the defendant is 60 years old.

20   But the defendant was 45 years old when he first started

21   sexually abusing Camila.  He was 49 years old when he ordered

22   Daniela to be confined in a room without human contact for

23   nearly two years.  He was 54 years old when he attempted to

24   use first-line slaves in DOS to, quote, "find him a virgin

25   successor who would serve as a replacement for Camila."  And

Proceedings                                                      137

1   he was 55 years old when he told Allison Mack that DOS slaves

2   should be held down like a sort of sacrifice and branded with

3   his initials.

4            The defendant's age has clearly not prevented him

5   from committing crimes, far from it.  If the defendant hadn't

6   been arrested, he would be committing crimes today, tomorrow,

7   and for the foreseeable future.

8            Even now after overwhelming evidence of his guilt

9   was introduced at trial and after his conviction, the

10  defendant has yet to express any understanding of or remorse

11  for his crimes.  His post-conviction comment has shown him to

12  be completely unrepentant.

13           No sentence short of life in imprisonment is

14  sufficient to protect the public from this defendant.  No

15  sentence short of life imprisonment is sufficient to provide

16  just punishment for the defendant's crimes.

17           Thank you, your Honor.

18           THE COURT:  All right before turning to the analysis

19  of the factors, is there anything defendant would like to say

20  before sentencing?

21           THE DEFENDANT:  Yes.  I don't have anything written.

22  I do believe strongly that I'm innocent of the charges.  But

23  it is also true that I see all this pain, and although some of

24  these people really are not factual, and in some cases I

25  believe strongly lying, that doesn't matter either because

Proceedings                                                138

1    they are lying for a reason and that reason stems from me.

2           The whole issue that's been brought up about my

3    remorse, it is true, I am not remorseful of the crimes I don't

4    believe I committed at all.  But I'm deeply remorseful over

5    this pain.  And I am deeply remorseful over this anger.  And

6    what I want from all of the victims, all the people who feel

7    I've hurt them, even if I don't feel it's legitimate, I ask

8    forgiveness and that at some point in life that I be forgiven.

9    And I am deeply sorry.  I did not mean to cause this pain,

10   cause this anger that is evident.  And even with the people

11   that I believe really are not telling the truth, I feel

12   responsible for that too, and I do feel deep remorse.  I do

13   not feel remorse for the crimes I did not commit.  I'm

14   innocent of those crimes.  And a lot of the things that are

15   said are simply really not true.

16          But I am, I will repeat and end with, I am so sorry,

17   I'm truly sorry.

18          And I've listened to everything that each of you

19   said, even the things that I didn't believe were true and know

20   are not true, and it's still painful.  Because to get up there

21   and speak takes courage, takes upset, takes anger, takes all

22   that.  That does come from me.  That's something I never want

23   to cause in the world, and I have caused in the world.  For

24   that I am deeply sorry.

25          There is one final point I want to make, with

Proceedings                                    139

1   respect to Clare, with respect to Allison, with respect to

2   Nancy especially, but all my co-defendants, not only are they

3   innocent, but please, for those of you who spoke of people

4   like Allison and Nancy and Clare, please rethink their roles.

5   Blame me if you have to, because it stems from me, it's not

6   them.  They are good souls.  They are good people.

7           Sometimes they may get angry, they may do things

8   that are out of anger.  But the real truth is Allison should

9   spend no time in prison.  Allison did testify against me, or

10  cooperated against me.  Lauren shouldn't spend any time in

11  prison.  Lauren was a key witness against me, but she's a good

12  person.  And I may disagree with her doing that or what she

13  said, but she wasn't at fault; nor was Allison, especially not

14  Nancy, and not Clare.  Please don't lump them with me.  They

15  are good souls.  They are innocent.

16          I believe I'm innocent.  I believe I tried my best

17  and I did have good intent, but I see that I have led to this

18  place where there is so much anger and so much pain.

19          And I'm deeply sorry.  And also, I see that where I

20  am is caused by me.  I don't blame anyone for that.  This is

21  my doing, this is all my doing that way.

22          So I'm deeply remorseful and repentant.  No matter

23  where I am, I will be forever not only different but I will

24  carry this with me.  I know I can't experience as much pain as

25  you guys, the people who I've hurt or who are angered, and

Proceedings                                          140

1   even if you're lying it doesn't matter.  But I've caused that

2   and I do carry that.

3            And I am repentant and I am remorseful over that.

4   But I'm not remorseful over charges that those aren't right,

5   that those aren't right.  The hurt is true; the anger is true.

6            So thank you for listening.  And I am sorry.

7            THE COURT:  Thank you.

8            Before coming to an analysis on the 3553(a) factors

9   it is important to say a word about what I will be considering

10  in that analysis.

11           First I've reviewed the parties' sentencing

12  submissions.  I have read the 56 letters submitted in support

13  of Mr. Raniere.  Many of these letters express genuine belief

14  that NXIVM and Raniere played a positive role in people's

15  lives.  Of course, I have also reviewed the many victims'

16  letters that have been submitted.  And I've listened carefully

17  to the victims' statements made here today in court.  I have

18  heard and considered counsels' arguments and I have also

19  considered the testimony introduced at Mr. Raniere's trial.

20           After a six-week trial over which I presided, the

21  jury found Mr. Raniere guilty of Racketeering Conspiracy,

22  Racketeering, Forced Labor Conspiracy, Wire Fraud Conspiracy,

23  Sex Trafficking Conspiracy, and two counts of Sex Trafficking.

24  Mr. Raniere was convicted of all 11 Racketeering acts

25  submitted to the jury; to wit, Conspiracy to Commit Identity

Proceedings                                               141

1   Theft and Unlawfully Possess Identification and Jane Doe 1;

2   two acts of Sexual Exploitation of Minor, Jane Doe 2;

3   Possession of Child Pornography; Conspiracy to Commit Identity

4   Theft; Conspiracy to Alter Records for Use in an Official

5   Proceeding; Conspiracy to Commit Identity of Jane Doe 3;

6   Trafficking and Document Servitude of Jane Doe 4.; State Law

7   Extortion; Sex Trafficking and Forced Labor of Jane Doe 5; and

8   Conspiracy to Commit Identity Theft of Jane Doe 7.

9                 (Continued on the next page.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Proceedings                                                  142

1      THE COURT (Continuing):  The context in which

2  Mr. Raniere committed these egregious crimes is by now well

3  known.  Mr. Raniere is the founder of an organization called

4  NXIVM, a self-styled executive coaching and self-help

5  organization that functioned as a pyramid scheme in which

6  members paid thousands of dollars for various workshops and

7  new members were recruited via the promise of payments or

8  services for enrolling others into the scheme.  Mr. Raniere

9  made members of NXIVM call him the Vanguard and he maintained

10  a rotating group of fifteen to twenty female NXIVM members

11  with whom he had sexual relationships.  These women were not

12  permitted to have sexual relationships with anyone but

13  Mr. Raniere or to discuss with others their relationship with

14  Mr. Raniere.

15      In 2015, Raniere created a secret society called DOS

16  or the Vow.  As the PSR explains:  DOS was comprised of all

17  female masters who were NXIVM members who recruited and

18  commanded groups of all female slaves.  When identifying

19  prospective slaves, masters often targeted women who were

20  experiencing difficulties in their lives, including

21  dissatisfaction with the pace of their advancement in NXIVM.

22  Each DOS slave was expected to recruit slaves of her own, who

23  in turn owed service not only to their masters but also to

24  masters above them in the DOS pyramid.  Raniere alone formed

25  the top of the pyramid as the highest master.  Other than

SN        OCR        RPR

Proceedings                                          143

1   Raniere, all participants in DOS were women.  Raniere's status

2   as head of the pyramid was concealed from all newly recruited

3   slaves, other than those directly under Raniere.  DOS masters

4   persuaded slaves to join DOS by falsely describing it as a

5   secret women's empowerment group and that the goal of DOS was

6   to eradicate weaknesses in its members.  Prospective slaves

7   were required to provide collateral to prevent them from

8   leaving the group or disclosing its existence to others.

9   Collateral included sexually explicit photographs and videos

10  of themselves, rights to financial assets, and videos or

11  letters of true or not true confessions that would be damaging

12  to the prospective slave's family members and friends.

13          After joining DOS, slaves were required to provide

14  additional collateral, including sexually explicit

15  photographs, and to pay tribute to their masters, including by

16  performing tasks that would otherwise be compensable.  In

17  addition, several DOS slaves were directed to have sex with

18  Raniere to maintain membership.  In other words, DOS operated

19  to abuse and exploit young women for sex, labor, and financial

20  gain.

21          I now turn to the Section 3553(a) factors.  The

22  nature and circumstances of Mr. Raniere's conduct, as well as

23  his history and characteristics and the need for his sentence

24  to reflect the seriousness of the offense, all warrant a

25  significant sentence.  The evidence before me makes clear that

SN        OCR       RPR

Proceedings                                         144

1    Mr. Raniere's conduct was particularly egregious because he

2    targeted and exploited girls and young women.  He continued

3    this abuse over the course of many years.  And his abuse

4    inflicted unimaginable trauma and damage on his victims.

5    Take, for instance, his sexual exploitation of Camila.

6    Mr. Raniere first met Camila when she was 13 years old.  In

7    their first conversation alone, they spoke about how Camila

8    had just placed second in her eighth grade spelling bee

9    contest.

10          Mr. Raniere began a sexual relationship with Camila

11   two years later, when he was 45 and she was 15.  He took naked

12   pictures of 15-year-old Camila, something she describes as

13   being "seared into my memory."  Years after they met,

14   Mr. Raniere told Camila he knew she was "special" ever since

15   they first met each other when she was 13.

16          Mr. Raniere exerted control over this child in every

17   way imaginable.  As she puts it, "he used my innocence to do

18   whatever he wanted with me not just sexually but also

19   psychologically.  He manipulated me into what he wanted, for

20   his own reasons and for his own pleasure."  Mr. Raniere

21   directed Camila to overstay her visa, thereby giving him

22   additional leverage over her, and he put her up in an

23   apartment where he would, "come in the house, have sex, and

24   leave."  He controlled and manipulated her in every way.  He

25   told her he needed a "vow of absolute obedience," and that she

SN          OCR          RPR

Proceedings                                          145

1   had "to be happy whenever you are with me because my time

2   means that much."

3            In one message, Mr. Raniere wrote her:  "If you want

4   me to come tonight, I will under these conditions:  There will

5   be no talking.  You will meet me at the door in the outfit you

6   think I would find sexiest.  You will arouse me, we will make

7   love for my satisfaction and pleasure.  You will do everything

8   you can to provide that.  I will finish and leave.  Do you

9   agree yes or no?"

10           When Camila had a relationship with another man,

11  Mr. Raniere "punished her emotionally, psychologically, and

12  sexually."  He branded her.  As Camila tells the Court:  "I

13  hold scars on my body from him that can never be erased.  They

14  carry immense emotional and psychological pain.  They are a

15  reminder of his cruelty and manipulation.  He knew exactly

16  what he was doing, even asking me at some point if having his

17  initials on my body would keep me from being with other

18  people.  He drew pleasure from knowing he had marked me.  I

19  was his.  Even when I got a tattoo to cover his mark, it was

20  not enough to disguise the pain and shame it reminds me of."

21  Mr. Raniere's abuse of Camila was cruel to the point of

22  inhumane.  He made her ask his permission for almost

23  everything, including to contact her family and to cut her

24  hair.

25           At one point, Camila messaged Raniere, "I feel like

SN          OCR          RPR

Proceedings                                146

1   I have a gun pointed at me and I'm just trying to say what you

2   want to hear so you won't shoot but I don't know what it is

3   you want to hear."  Simply put, the harm he inflicted upon her

4   is incalculable.

5          Mr. Raniere had many other victims.  Mr. Raniere,

6   along with others, trafficked Daniela into the United States,

7   and she began working for Raniere.  Mr. Raniere initiated a

8   sexual relationship with Daniela when she was 18 years old; as

9   he did with many of the girls and women he had sexual

10  relationships with, Mr. Raniere instructed Daniela to keep

11  their relationship a secret.  When Daniela developed feelings

12  for another man, Mr. Raniere told her parents that she had

13  committed an "ethical breach."

14         To punish Daniela, Mr. Raniere ordered that she be

15  confined to a room in her parents' home without human contact.

16  At Mr. Raniere's instruction, Lauren Salzman, one of the

17  "First Line" DOS members, threatened Daniela that if she left

18  the room, she would be sent to Mexico without any

19  identification documents.

20         Like his treatment of Camila, Mr. Raniere's

21  treatment of Daniela was particularly cruel because of the

22  psychological harm he inflicted on her at such a young age.

23  Forced to remain in her room for months and months on end,

24  Daniela testified that one of the worst aspects of her

25  kidnapping was the feeling that, "I'm in a world where nobody

Proceedings                                    147

1   cares that I'm losing my life," and thinking that "it was

2   clearly never going to end."

3            It is necessary for me to mention at this juncture a

4   letter submitted in support of Mr. Raniere that I received

5   from Hector, the father of Daniela and Camila.  I am frankly

6   baffled why anyone thought this letter would help Mr. Raniere.

7   In the letter, Mr. Fernandez waxes nostalgic about how

8   Mr. Raniere helped him run a marathon, before turning to

9   slandering his own daughter, Daniela, calling her a liar and a

10  thief, and implying she had no one but herself to blame for

11  what happened to her.  Let me be clear:  I find Mr.

12  Fernandez's letter, in support of the man who abused his own

13  daughters, a disgrace.

14           And, to Daniela, who is here today in the courtroom,

15  let me also be clear:  What happened to you is not your fault,

16  and I am deeply impressed with your courage and resilience.

17  And that goes for all the victims who have spoken today,

18  either in-person or by video or audio.

19           Turning back to Mr. Raniere, his operation of DOS to

20  exploit women was ruthless and unyielding.  One "slave" was

21  ordered to "seduce" Mr. Raniere by sending him naked

22  photographs of her every day.  She was later taken to his

23  house where he performed unwanted oral sex on her and took

24  more photographs of her.  Mr. Raniere blindfolded another

25  "slave," and tied her down to a table while a third person

Proceedings                                    148

1    performed unwanted oral sex on her.

2          Several former DOS "slaves" testified that they were

3    terrified to leave or speak out against DOS out of fear that

4    their collateral would be released.  All the while,

5    Mr. Raniere also benefitted financially, as DOS slaves were

6    coerced into providing labor and services for their "masters"

7    and Mr. Raniere.  Mr. Raniere perpetrated these crimes over

8    the course of many years, and his conduct harmed a great many

9    people.  More than 90 individuals have submitted victim impact

10   statements to the Court in connection with this sentencing,

11   describing the harm that his criminal conduct inflicted on

12   them.

13         What is clear to me, from all of this, is that the

14   offenses of which the jury convicted Mr. Raniere are cruel,

15   perverse, and extremely serious.  They targeted the most

16   vulnerable among his community, and they inflicted untold

17   damage.  As one of Mr. Raniere's victims wrote:  "I can never

18   fully explain how much damage Keith Raniere has caused me and

19   so many others.  The psychological impact of his twisted

20   teachings permeate my brain even after two-plus years of

21   consistent therapy.  His sexual abuse and humiliation of me,

22   lives in my body and wreaks havoc with my soul if I am not

23   completely diligent.  Nightmares fill my head almost weekly,

24   and the things he taught me to think about myself have made me

25   neglect my health and cause myself undue pain on countless

Proceedings                                                      149

1    occasions."

2          Taking account of the nature of the offenses of

3    conviction, as well as Mr. Raniere's history and

4    characteristics and the seriousness of his offenses, makes

5    abundantly clear that a significant sentence is not just

6    appropriate, but necessary.

7          In determining an appropriate sentence, I also

8    consider the need for the sentence that I impose to reflect

9    the seriousness of the offense, promote respect for the law,

10   and provide general and specific deterrence.  I find that a

11   review of these factors also counsels in favor of a

12   significant sentence.  Despite everything that has happened

13   and despite the countless victims who have given voice to

14   their great pain, Mr. Raniere remains unmoved.  Indeed, he

15   maintains his innocence.

16         To him, the brave victims who have spoken out about

17   the abuse suffered at his hands including those who spoke

18   today are liars.  The women who have courageously testified to

19   his sexual exploitation of them are liars, too; in fact, they

20   all just wanted to be with him.  And the six-week trial he was

21   afforded before a jury of his peers was simply

22   inconsequential.

23   Mr. Raniere has therefore not only failed to demonstrate

24   remorse for his conduct, but he also maintains to this day

25   that he has done nothing wrong.  As recently as November 2019,

Proceedings                                                    150

1    he described DOS as "good; not just good and even noble, but

2    great and vitally important for women and humanity."

3          Having presided over his trial, and having sat here

4    today and listened to Mr. Raniere's victims, I find it deeply

5    troubling that he thinks of DOS in those terms.  To make

6    matters worse, he and his counsel, funded by an unlimited war

7    chest courtesy of co-conspirator Clare Bronfman, are engaged

8    in a public relations campaign to cast doubt on the integrity

9    of the judicial system and the jury verdict.  Ultimately, Mr.

10   Raniere's lack of remorse, coupled with his view that the

11   conduct for which he was convicted was actually "noble,"

12   strongly suggests the need for a significant sentence.

13   The need to promote respect for the law and for deterrence

14   warrants a significant sentence in yet another respect.  In

15   his attempts to silence his critics and maintain control of

16   his criminal enterprise, Mr. Raniere repeatedly obstructed

17   justice and demonstrated a disregard for the rule of law.  In

18   one instance, he worked to alter videotapes that were produced

19   in discovery in a federal lawsuit.

20         When DOS victims began to speak out publicly,

21   Mr. Raniere worked to silence them, including orchestrating a

22   threatening letter to be sent to the victims through counsel

23   in Mexico.  In every aspect of his conduct, Mr. Raniere has

24   acted as though the law does not apply to him.  Unfortunately

25   for him, that is not the case.

Proceedings                                              151

1          I have considered the range of sentences that are

2     available, and the range suggested by the Sentencing

3     Guidelines.  I have also considered the need to avoid

4     unwarranted sentence disparities between Mr. Raniere and other

5     defendants who have been convicted of similar conduct.

6               Finally, I have considered the appropriateness of

7     imposing a fine, as I am obligated to do subject to 18 U.S.C.

8     Section 3571, unless I find that Mr. Raniere is unable to pay.

9     Section 3571(b) permits me to impose a fine on each count of

10    up to $250,000, for a total of $1,750,000.  In addition to the

11    factors I noted already, Section 3572(a) sets out additional

12    factors that I must consider in determining whether to impose

13    a fine and, if I do, what the amount should be.  These factors

14    include Mr. Raniere's ability to pay and the financial burden

15    that a fine will impose on him or anyone else.  They also

16    include the expected cost to the Government of his sentence.

17    The Guidelines fine range for Mr. Raniere's offenses is

18    between $50,000 and $250,000.  I find that Mr. Raniere has the

19    ability to pay a significant fine.  As I have already

20    explained, I find the seriousness of Mr. Raniere's conduct and

21    the extreme harm he has caused justify a serious sentence.

22              As one aspect of that sentence I am imposing the

23    statutory maximum fine of $1,750,000 payable immediately.  I

24    direct the Government to place a lien on the estate of Pamela

25    Cafritz, to which Mr. Raniere is alleged to be the sole

Proceedings                                          152

1    inheritor, to secure payment of the fine.

2          Are you ready to be sentenced?

3          THE DEFENDANT:  Yes, I am.

4          THE COURT:  What?

5          THE DEFENDANT:  Yes.

6          THE COURT:  Please stand with your lawyers.

7          Applying the statutory factors to this case, I find

8    a significant sentence to be plainly justified.  As I have

9    explained, each of the Section 3553(a) factors counsel in

10   favor of such a sentence.  Though I have highlighted today

11   particularly egregious aspects of Mr. Raniere's campaign of

12   manipulation, exploitation, and abuse, no words can adequately

13   communicate the lasting pain, trauma, and hardship he has

14   caused so many.

15         I, therefore, sentence Mr. Raniere as follows:  On

16   Count 1 for Racketeering Conspiracy, 40 years in the custody

17   of the Attorney General to be served concurrently with the

18   sentence on Count 2 and consecutively with all other sentences

19   imposed.  On Count 2, for Racketeering, 40 years in the

20   custody of the Attorney General, to be served concurrently

21   with the sentence on Count 1 and consecutively with all other

22   sentences imposed.

23         On Count 6, Forced Labor Conspiracy, 20 years in the

24   custody of the Attorney General, to be served consecutively

25   with all other sentences imposed.  On Count 7, for Wire Fraud

Proceedings                                                    153

1    Conspiracy, 20 years in the custody of the Attorney General,

2    to be served consecutively with all other sentences imposed.

3    On Count 8, for Sex Trafficking Conspiracy, 40 years in the

4    custody of the Attorney General, to be served concurrently

5    with the sentences on Counts 9 and 10, and consecutively with

6    all other sentences imposed.  On Count 9, Sex Trafficking of

7    Jane Doe 5, 40 years in the custody of the Attorney General,

8    to be served concurrently with the sentences on Counts 8 and

9    10, and consecutively with all other sentences imposed.

10          On Count 10, for Sex Trafficking of Jane Doe 8, 40

11   years in the custody of the Attorney General, to be served

12   concurrently with the sentences on Counts 8 and 9, and

13   consecutively with all other sentences imposed.

14          I am imposing 40-year concurrent sentences on Counts

15   1 and 2, a 20-year sentence on Count 6, a 20-year sentence on

16   Count 7, and 40-year concurrent sentences on Counts 8, 9, and

17   10, for a cumulative sentence of 120 years.

18          I also impose sentences of supervised release, to be

19   served concurrently with one another.  On Count 1, five years;

20   Count 2, five years; Count 6, 3 years; Count 7, 3 years; Count

21   8, life; Count 9, life; Count 10, life.

22          Additionally, I impose a $250,000 fine on each count

23   of conviction, for a total of $1,750,000, payable immediately;

24   a $700 Special Assessment, also due immediately; and a $15,000

25   assessment pursuant to the Justice for Victims of Trafficking

Proceedings                                              154

1  Act of 2015.  Any claims of restitution under 18 U.S.C.

2  Section 3664(d)(5) must be submitted within 90 days of today's

3  order.

4          You may be seated.  I'm going to impose certain

5  specific terms is for your supervised release.  They are as

6  follows:

7          The defendant shall comply with any applicable state

8  and/or federal sex offender registration requirements, as

9  instructed by the probation officer, the Bureau of Prisons, or

10  any state offender registration agency in the state where he

11  resides, works, or is a student.  The defendant shall

12  participate in a mental health treatment program, which may

13  include participation in a treatment program for sexual

14  disorders, as approved by the U.S. Probation Department.

15          The defendant shall contribute to the cost of such

16  services rendered and/or any psychotropic medications

17  prescribed to the degree he is reasonably able, and shall

18  cooperate in securing any applicable third-party payment.  The

19  defendant shall disclose all financial information and

20  documents to the Probation Department to assess his ability to

21  pay.  As part of the treatment program for sexual disorders,

22  the defendant shall participate in polygraph examinations to

23  obtain information necessary for risk management and

24  correctional treatment.

25          The defendant shall not associate with or have any

SN        OCR        RPR

Proceedings                                              155

1   contact with convicted sex offenders unless in a therapeutic

2   setting and with the permission of the U.S. Probation

3   Department.  The defendant shall not associate with children

4   under the age of 18, unless a responsible adult is present and

5   he has prior approval from the Probation Department.  Prior

6   approval does not apply to contacts which are not known in

7   advance by the defendant where children are accompanied by a

8   parent or guardian or for incidental contacts in a public

9   setting.  Any such non-pre-approved contacts with children

10  must be reported to the Probation Department as soon as

11  practicable, but no later than 12 hours.

12          Upon commencing supervision, the defendant shall

13  provide to the Probation Department the identity and contact

14  information regarding any family members or friends with

15  children under the age of 18, whom the defendant expects to

16  have routine contact with, so that the parents or guardians of

17  these children may be contacted and the Probation Department

18  can approve routine family and social interactions such as

19  holidays and other family gatherings where such children are

20  present and supervised by parents or guardians without

21  individual approval of each event.

22          If the defendant cohabitates with an individual who

23  has residential custody of minor children, the defendant will

24  inform that other party of his prior criminal history

25  concerning his sex offense.  Moreover, he will notify the

SN          OCR          RPR

Proceedings                                               156

1   party of his prohibition of associating with any children

2   under the age of 18, unless a responsible adult is present.

3   The defendant shall submit his person, property, house,

4   residence, vehicle, papers, computers as defined in 18 U.S.C.

5   Section 1030(e)(1) other electronic communications or data

6   storage devices or media, or office, to a search conducted by

7   a United States probation officer.  Failure to submit to a

8   search may be grounds for revocation of release.

9           The defendant shall warn any other occupants that

10  the premises may be subject to searches pursuant to this

11  condition.  An officer may conduct a search pursuant to this

12  condition only when reasonable suspicion exists that the

13  defendant has violated a condition of his supervision and that

14  the areas to be searched contain evidence of this violation.

15  Any search must be conducted at a reasonable time and in a

16  reasonable manner.

17          The defendant is not to use a computer, Internet

18  capable device, or similar electronic device to access

19  pornography of any kind.  The term "pornography" shall include

20  images or video of adults or minors engaged in "sexually

21  explicit conduct" as that term is defined in Title 18, U.S.C.

22  Section 2256(2).  The defendant shall also not use a computer,

23  Internet capable device or similar electronic device to view

24  images of naked children.  The defendant shall not use his

25  computer to view pornography or images of naked children

Proceedings                                        157

1   stored on related computer media, such as CDs or DVDs, and

2   shall not communicate via his computer with any individual or

3   group who promotes the sexual abuse of children.

4            The defendant shall also cooperate with the U.S.

5   Probation Department's Computer and Internet Monitoring

6   program.  Cooperation shall include, but not be limited to,

7   identifying computer systems, Internet capable devices, and/or

8   similar electronic devices the defendant has access to, and

9   allowing the installation of monitoring software/hardware on

10  said devices, at the defendant's expense.  The defendant shall

11  inform all parties that access a monitored computer, or

12  similar electronic device, that the device is subject to

13  search and monitoring.  The defendant may be limited to

14  possessing only one personal Internet capable device, to

15  facilitate our department's ability to effectively monitor

16  his/her Internet related activities.

17           The defendant shall also permit random examinations

18  of said computer systems, Internet capable devices, similar

19  electronic devices, and related computer media, such as CDs,

20  under his control.

21           The defendant shall report to the Probation

22  Department any and all electronic communications service

23  accounts as defined in 18 U.S.C. Section 2510(15) used for

24  user communications, dissemination and/or storage of digital

25  media files i.e. audio, video, images.  This includes, but is

Proceedings                                                    158

1    not limited to, e-mail accounts, social media accounts, and

2    cloud storage accounts.

3           The defendant shall provide each account identifier

4    and password, and shall report the creation of new accounts,

5    changes in identifiers and/or passwords, transfer, suspension

6    and/or deletion of any account within 5 days of such action.

7    Failure to provide accurate account information may be grounds

8    for revocation of release.  The defendant shall permit the

9    Probation Department to access and search any accounts using

10   the defendant's credentials pursuant to this condition only

11   when reasonable suspicion exists that the defendant has

12   violated a condition of his supervision and that the accounts

13   to be searched contains evidence of this violation.  Failure

14   to submit to such a search may be grounds for revocation of

15   release.

16          Upon request, the defendant shall provide the U.S.

17   Probation Department with full disclosure of his financial

18   records, including co-mingled income, expenses, assets and

19   liabilities, to include yearly income tax returns.  With the

20   exception of the financial accounts reported and noted within

21   the presentence report, the defendant is prohibited from

22   maintaining and/or opening any additional individual and/or

23   joint checking, savings, or other financial accounts, for

24   either personal or business purposes, without the knowledge

25   and approval of the U.S. Probation Department.

Proceedings                                             159

1          The defendant shall cooperate with the probation

2    officer in the investigation of his financial dealings and

3    shall provide truthful monthly statements of his income and

4    expenses.  The defendant shall cooperate in the signing of any

5    necessary authorization to release information forms

6    permitting the U.S. Probation Department access to her

7    financial information and records.

8          The defendant shall not have contact with any of the

9    named victims of his offenses.  This means that he shall not

10   attempt to meet in person, communicate by letter, telephone,

11   or through a third party, without the knowledge and permission

12   of the Probation Department.  The defendant shall not

13   associate in person, through mail, electronic mail or

14   telephone with any individual with an affiliation to Executive

15   Success Programs, NXIVM, DOS or any other NXIVM-affiliated

16   organizations; nor shall the defendant frequent any

17   establishment, or other locale where these groups may meet

18   pursuant, but not limited to, a prohibition list provided by

19   the U.S. Probation Department.

20         You have the right to appeal your sentence and your

21   conviction in the United States Court of Appeals for the

22   Second Circuit.  You should discuss with your attorneys at

23   once whether you wish to appeal.

24         Is there anything else from the Government?

25         MS. HAJJAR:  Just that if Your Honor would attach

SN        OCR        RPR

Proceedings                                                    160

1    the general order of forfeiture that was provided in the

2    docket.  It provides that the order can be amended pending a

3    review of the defendant's financial situation.

4              THE COURT:  Yes.  The application is granted.

5    Anything else from you?

6              MS. HAJJAR:  No.  Thank you, Your Honor.

7              THE COURT:  Anything else from the defense?

8              MR. AGNIFILO:  No, Your Honor.

9              THE COURT:  All right, we're adjourned.

10             (Matter concluded.)

11

12                         --oo0oo--

13

14

15

16

17

18

19

20

21

22    *I (we) certify that the foregoing is a correct transcript
23    from the record of proceedings in the above-entitled matter.*

24    */s/ David R. Roy*              *October 28, 2020*
       *DAVID R. ROY*                        *Date*

25

SN          OCR          RPR