# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

256 FIFTH AVENUE, 2ND FLOOR

NEW YORK, NEW YORK 10001

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: ATTORNEYS@BRAFLAW.COM

BENJAMIN BRAFMAN

MARK M. BAKER
OF COUNSEL

MARC A. AGNIFILO
OF COUNSEL

ZACH INTRATER
OF COUNSEL

ANDREA L. ZELLAN

JACOB KAPLAN

TENY R. GERAGOS
ADMITTED IN NY & CA

STUART GOLD

February 23, 2021

VIA ECF
The Honorable Nicholas G. Garaufis
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Keith Raniere, 18 Cr. 204 (NGG)

Dear Judge Garaufis:

      I am currently counsel of record for Keith Raniere in the above-captioned matter. Mr. Raniere has retained new counsel to represent him in connection with this matter going forward. Attorneys Joseph McBride and Steven Alan Metcalf II have filed Notices of Appearances on the docket (Dkts. 999, 1000). Now that Mr. Raniere's new counsel have entered appearances in this matter, I respectfully request to be formally relieved as counsel of record for Mr. Raniere. I have conferred with Mr. Raniere, informed him of my intent to withdraw and he agrees. I have also spoken to Mr. McBride and Mr. Metcalf II, who both consent to my withdrawl.

      Mr. Raniere will not be prejudiced by my withdrawl because he is already represented by new counsel of record, I have provided new counsel with the file in this matter and I will be available to provide new counsel with any other information they require.

In accordance with Local Civ. Rule 1.4, this letter requesting leave of this Court to withdraw as counsel of record will be served upon Mr. Raniere and all parties in this matter. I am not asserting a retaining or charging lien in connection with this matter. I further request that another attorney from Brafman & Associates, Jacob Kaplan, who had filed a notice of appearance in this matter, be formally relieved as well.

Respectfully submitted,

/s/
Marc Agnifilo, Esq.

cc:     All counsel (via ECF)
        Keith Raniere (via mail)

Application Granted.
SO-ORDERED.
/s/ Nicholas G. Garaufis, U.S.D.J.
Hon. Nicholas G. Garaufis
Date: February 25, 2021