# DerOhannesian & DerOhannesian ATTORNEYS AND COUNSELORS AT LAW

677 BROADWAY, SUITE 707
ALBANY, NEW YORK 12207
(518) 465-6420 FAX (518) 427-0614
WWW.DEROLAW.COM

PAUL DerOhannesian, Esq. (1953-2001)     PAUL DerOhannesian II, Esq.     Danielle R. Smith, Esq.

March 15, 2021

*Via ECF*
Hon. Nicholas G. Garaufis
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

RE:     *United States v. Raniere, et al.*
           18-CR-204

Dear Judge Garaufis:

       My office, DerOhannesian & DerOhannesian ("D&D") represents Mr. Raniere in the above matter. I write to inform Your Honor that Danielle R. Smith, Esq., has left D&D. Prior to leaving, she discussed the issue with Mr. Raniere who agreed that she would no longer represent him in this matter upon her departure from D&D. I have since spoken to Mr. Raniere and he once again reiterated his consent to Ms. Smith's withdrawal as an attorney in this matter. Mr. Raniere will suffer no prejudice as a result of her withdrawal. I therefore respectfully request that she be terminated as an attorney of record in the above matter. A copy of this letter is being mailed to Mr. Raniere.

       Thank you for Your Honor's consideration in this matter.

                                             Very truly yours,

                                             Paul DerOhannesian II, Esq.

cc:     All attorneys of record (via ECF)
           Keith Raniere (via ordinary mail)