

March 15, 2021

*Via ECF*
Hon. Nicholas G. Garaufis
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

RE:   *United States v. Raniere, et al.*
        18-CR-204

Dear Judge Garaufis:

     My office, DerOhannesian & DerOhannesian ("D&D") represents Mr. Raniere in the above matter. I write to inform Your Honor that Danielle R. Smith, Esq., has left D&D. Prior to leaving, she discussed the issue with Mr. Raniere who agreed that she would no longer represent him in this matter upon her departure from D&D. I have since spoken to Mr. Raniere and he once again reiterated his consent to Ms. Smith's withdrawal as an attorney in this matter. Mr. Raniere will suffer no prejudice as a result of her withdrawal. I therefore respectfully request that she be terminated as an attorney of record in the above matter. A copy of this letter is being mailed to Mr. Raniere.

     Thank you for Your Honor's consideration in this matter.

Very truly yours,

Paul DerOhannesian II, Esq.

cc:   All attorneys of record (via ECF)
        Keith Raniere (via ordinary mail)

> Application Granted.
> SO-ORDERED.
> /s/ Nicholas G. Garaufis, U.S.D.J.
> Hon. Nicholas G. Garaufis
> Date: March 16, 2021