# In The United States District Court
# For The Eastern District of New York

---------------------------------------------------------------X

**UNITED STATES OF AMERICA**,

                                         18-CR-00204 (NGG)

        - **against** -                    **NOTICE OF APPEARANCE**

**KEITH RANIERE**,

               Defendant.

---------------------------------------------------------------X

MSSRS:

**Please Take Notice** that the above-named Defendant, KEITH RANIERE has retained the undersigned (*via* Metcalf & Metcalf, P.C.) to represent him in the above captioned matter and demands all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated:  New York, New York
          March 24, 2021

                                                Respectfully Submitted,

                                                /s/ *Martin H. Tankleff*

                                                _____

                                                MARTIN H. TANKLEFF, ESQ.
                                                *Attorney for Keith Raniere*
                                                **Metcalf & Metcalf, P.C**.
                                                99 Park Avenue, 25th Flr.
                                               New York, NY 10016
                                               (*Office*) 646.253.0514
                                               (*Fax*) 646.219.2012
                                               (*Email*) mtankleff@metcalflawnyc.com