

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

TH
F. #2017R01840

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 17, 2021

By ECF

The Honorable Nicholas G. Garaufis
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: United States v. Keith Raniere, et al.
            Criminal Docket No. 18-204 (S-2) (NGG)

Dear Judge Garaufis:

      The government respectfully submits this letter to request an extension until June 25, 2021 to submit its supplemental restitution submission as to defendant Keith Raniere. The government makes this request because it anticipates receiving, but has not yet received, certain materials from victims in this matter relating to restitution. Counsel for Raniere has no objection to this request.

      Respectfully submitted,

      MARK J. LESKO
      Acting United States Attorney

By:   /s/ Tanya Hajjar
      Tanya Hajjar
      Assistant U.S. Attorney
      (718) 254-6109

cc:     Counsel of Record (by ECF)

> Application Granted.
> SO-ORDERED.
> /s/ Nicholas G. Garaufis, U.S.D.J.
> Hon. Nicholas G. Garaufis
> Date: June 17, 2021