UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 )
UNITED STATES OF AMERICA,                                        )
                                                                 )
       -against-                 )    **NOTICE OF APPEARANCE**
                                                                 )
                                                                 )    18-CR-00204 (NGG)
KEITH RANIERE,                                                   )
                                                                 )
       Defendant.                 )
                                                                 )
-----------------------------------------------------------------X

      **PLEASE TAKE NOTICE THAT** Jeffrey Lichtman, Esq., Jeffrey Einhorn, Esq., and Jason Goldman, Esq., Law Offices of Jeffrey Lichtman, 11 East 44th Street, Suite 501, New York, New York 10017, appear on behalf of defendant KEITH RANIERE in the above-captioned case.

Dated:    New York, New York
            June 29, 2021

*/s/ JL*
**JEFFREY LICHTMAN, ESQ. (JL6328)**
LAW OFFICES OF JEFFREY LICHTMAN
11 EAST 44th STREET, SUITE 501
NEW YORK, NEW YORK 10017
Ph: (212) 581-1001
Fx: (212) 581-4999
E: jhl@jeffreylichtman.com

*/s/ JE*
**JEFFREY EINHORN, ESQ. (JE6559)**
LAW OFFICES OF JEFFREY LICHTMAN
11 EAST 44th STREET, SUITE 501
NEW YORK, NEW YORK 10017
Ph: (212) 581-1001
Fx: (212) 581-4999
E: einhorn@jeffreylichtman.com

*/s/ JG*
**JASON GOLDMAN, ESQ. (JG9404)**
LAW OFFICES OF JEFFREY LICHTMAN
11 EAST 44th STREET, SUITE 501
NEW YORK, NEW YORK 10017
Ph: (212) 581-1001
Fx: (212) 581-4999
E: jg@jeffreylichtman.com

