

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

TH
F.#2017R01840

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 7, 2021

<u>By ECF</u>

The Honorable Nicholas G. Garaufis
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: <u>United States v. Keith Raniere, et al.</u>
       <u>Criminal Docket No. 18-204 (NGG) (S-2)</u>

Dear Judge Garaufis:

  The government respectfully submits this letter to request that the enclosed stipulation and order concerning discovery materials be so-ordered by the Court. The proposed stipulation and order has been signed by counsel for defendant Keith Raniere.

         Respectfully submitted,

         JACQUELYN M. KASULIS
         Acting United States Attorney

      By: /s/ Tanya Hajjar
        Tanya Hajjar
        Assistant U.S. Attorneys
        (718) 254-7000

cc: Clerk of the Court (NGG) (by ECF)
   Defense Counsel (By ECF)