LAW OFFICES OF
# JEFFREY LICHTMAN
11 EAST 44TH STREET
SUITE 501
NEW YORK, NEW YORK 10017
www.jeffreylichtman.com

JEFFREY LICHTMAN
JEFFREY EINHORN
JASON GOLDMAN

PH: (212) 581-1001
FX: (212) 581-4999

July 12, 2021

**BY ECF**
Hon. Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    <u>United States v. Raniere</u>, 18 CR 204 (S-2) (NGG) (EDNY)

Dear Judge Garaufis:

    I am writing on behalf of defendant Keith Raniere to provide the Court with a proposed Stipulation of Substitution of Counsel executed by all remaining counsel in favor of myself and Marc Fernich. As the defendant is presently incarcerated in Tucson, Arizona, I would respectfully request that Mr. Raniere be excused from signing this document as well.

    I appreciate Your Honor's consideration and remain available for a conference should the Court deem it necessary.

    Respectfully submitted,

    Jeffrey Lichtman

Enc.

cc:    All counsel (by ECF)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
           :
UNITED STATES OF AMERICA,
           :
           -against-                                    **PROPOSED STIPULATION**
           :                                            **OF SUBSTITUTION OF**
                                                        **COUNSEL**
KEITH RANIERE, et al.,                   :
                                                        **18 CR 204 (NGG)**
           Defendants.                   :
           :
-----------------------------------------------------------------X

IT IS HEREBY STIPULATED, CONSENTED AND AGREED by the undersigned that JEFFREY LICHTMAN, ESQ., JEFFREY EINHORN, ESQ., JASON GOLDMAN, ESQ., Law Offices of Jeffrey Lichtman, 11 E. 44th Street, Ste. 501, New York, New York 10017, and MARC FERNICH, ESQ., Law Office of Marc Fernich, 800 Third Avenue, Floor 18, New York, New York 10022 are substituted as attorneys for defendant KEITH RANIERE in place and instead of JENNIFER BONJEAN, ESQ., Bonjean Law Group, 750 Lexington Avenue, 9th Floor, New York, New York 10022, JOSEPH MCBRIDE, ESQ., The McBride Law Firm, PLLC, 99 Park Avenue, 25th Floor, New York, New York 10016, MARTIN TANKLEFF, ESQ., and STEVEN ALAN METCALF II, ESQ., Metcalf & Metcalf, P.C., 99 Park Avenue, Suite 2501, New York, New York 10016.

Dated: New York, New York                    New York, New York
       July 7, 2021                          July 7, 2021

_____                    /s/JENNIFER BONJEAN
JEFFREY LICHTMAN, ESQ.                       _____
Substituted Attorney for Defendant           JENNIFER BONJEAN, ESQ.
                                             Former Attorney for Defendant

_____
JEFFREY EINHORN, ESQ.
Substituted Attorney for Defendant

_____
JASON GOLDMAN, ESQ.
Substituted Attorney for Defendant

_____
MARC FERNICH, ESQ.
Substituted Attorney for Defendant

_____
JOSEPH MCBRIDE, ESQ.
Former Attorney for Defendant

_Martin H. Tankleff_, July 10, 2021
MARTIN TANKLEFF, ESQ.
Former Attorney for Defendant

_Steven A. Metcalf_ July 10, 2021
STEVEN ALAN METCALF II, ESQ.
Former Attorney for Defendant

SO ORDERED:

_____
HON. NICHOLAS G. GARAUFIS, U.S.D.J.