LAW OFFICE OF
# MARC FERNICH

MARC FERNICH maf@fernichlaw.com
ALSO ADMITTED IN MASSACHUSETTS

800 THIRD AVENUE, FLOOR 20
NEW YORK, NEW YORK 10022
212-446-2346
FAX: 212-459-2299
www.fernichlaw.com

Jul. 18, 2021

**BY ECF**

Hon. Nicholas G. Garaufis
USDJ-EDNY
Room 1426 S
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *US v. Raniere*, 18 CR 204 (S-2) (NGG) (EDNY)

Dear Judge Garaufis:

    I write to respectfully request that the Court postpone the upcoming restitution hearing in this matter, set for Tues. at 2 pm, by at least an hour or, preferably, adjourn it to another day. I make this request because I wish to attend the funeral and internment of a colleague, mentor and close personal and family friend, Joel Winograd, Esq. Mr. Winograd died early this morning in FL after a bout with pancreatic cancer. The funeral is slated for Tues. at 11:45 am in Fresh Meadows, with internment to follow in Elmont. I appreciate Your Honor's attention in considering this request.

    Respectfully,

    Marc Fernich

cc:    All counsel (ECF)