**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
--------------------------------------------------------------X

**UNITED STATES OF AMERICA**

      **-v.-**                                             **18 CR 204 (NGG)**

**KEITH RANIERE,**

                                    *Defendant.*
--------------------------------------------------------------X

### NOTICE OF APPEAL

      **PLEASE TAKE NOTICE** that Keith Raniere appeals this Court's supplemental sentencing order, issued Jul. 20, 2021, amending the judgment in this case to include a restitution award of approximately $3.46 million.

Dated:      New York, NY
             Jul. 26, 2021

_____
**MARC FERNICH**
800 Third Ave.
Fl 20
New York, NY 10022
(212) 446-2346
maf@fernichlaw.com

**TO:**

      **USAO-EDNY**
      271 Cadman Plaza East
      Brooklyn, NY 11201
      (718) 254-7000