U.S. Department of Justice

United States Attorney
Eastern District of New York

MKM:TH
F. #2017R01840

271 Cadman Plaza East
Brooklyn, New York 11201

August 10, 2021

By ECF

The Honorable Nicholas G. Garaufis
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

>  Re:   United States v. Keith Raniere
>        Criminal Docket No. 18-204 (S-2) (NGG)

Dear Judge Garaufis:

The government respectfully encloses a proposed order of restitution in accordance with the Court's supplemental sentencing statement and order of July 20, 2021. Exhibits A and B to the proposed order, which are submitted under separate cover, contain victim information, including names, which the government respectfully submits should be filed under seal. In addition, as Exhibit B contains victim mailing addresses, the government respectfully requests that it be filed ex parte and under seal, but that that appropriate personnel of the Clerk's Office and the United States Attorney's Office should have access to it in order to make the required distributions.

Respectfully submitted,

JACQUELYN M. KASULIS
Acting United States Attorney

By:   /s/
      Tanya Hajjar
      Assistant U.S. Attorney
      (718) 254-7000

Enclosures

cc:   Counsel of Record (by ECF and email)
      United States Probation Officer Jennifer G. Fisher (by email)