```
DUPLICATE

Court Name: Eastern District of New York

Division: 1
Receipt Number: 4653159225
Cashier ID: townsend
Transaction Date: 08/12/2021
Payer Name: Marc Fernich
--------------------------------
NOTICE OF APPEAL/DOCKETING FEE
  For: Keith Raniere
  Case/Party: D-NYE-1-18-CR-000204-001
  Amount:        $505.00
--------------------------------
CREDIT CARD
  Amt Tendered:  $505.00
--------------------------------
Total Due:       $505.00
Total Tendered:  $505.00
Change Amt:      $0.00
```