UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

   UNITED STATES OF AMERICA
                         Plaintiff(s),
        v.
   KEITH RANIERE, et al
                         Defendant(s).
----------------------------------------------------------X

CR 18-0204

NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE

TO:   Opposing Counsel
          Tanya Hajjar

          Kevin Trowel

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I, Joseph M. Tully, will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of Tully & Weiss Attorneys at Law and a member in good standing of the bar of the State of California, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Keith Raniere. There are no pending disciplinary proceedings against me in any state or federal court.

Dated: 3/30/2022

Respectfully submitted,

_____
Signature of Movant
Firm Name: Tully & Weiss Attorneys at Law
Address: 713 Main Street, Martinez, CA 94553
Email: Joseph@Tully-Weiss.com
Phone: (925) 229-9700