UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------

UNITED STATES OF AMERICA

      Plaintiff(s),

v.

KEITH RANIERE

      Defendant(s).

CR 18-0204

**AFFIDAVIT IN SUPPORT OF
MOTION TO ADMIT COUNSEL
*PRO HAC VICE***

------------------------------------------------------------

I, Joseph M. Tully, being duly sworn, hereby depose and say as follows:

1. I am a(n) Partner with the law firm of Tully + Weiss Attorneys.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of California.
4. There are no pending disciplinary proceedings against me in any state or federal court True
5. I Have not been convicted of a felony. If you have, please describe facts and circumstances.

6. I Have not been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.

7. Attorney Registration Number(s) if applicable: 332554
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case CR 18-0204 for Keith Raniere.

Date 3/29/2022
Redding, CA

**NOTARIZED**
\* See attached

Signature of Movant
Firm Name Tully & Weiss Attorneys at Law
Address 713 Main Street
Martinez, CA 94553

Email Joseph@Tully-Weiss.com
Phone (925) 229-9700

**CALIFORNIA ACKNOWLEDGMENT**  CIVIL CODE § 1189

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of __Shasta__

On __march 29, 2022__ before me, __Jessica Camille Byrne, notary public__,
  Date          Here Insert Name and Title of the Officer
personally appeared __Joseph michael Tully__
                    Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

JESSICA CAMILLE BYRNE
Notary Public - California
Shasta County
Commission # 2375355
My Comm. Expires Sep 17, 2025

Signature __Jessica Camille Byrne__
            Signature of Notary Public

*Place Notary Seal and/or Stamp Above*

──────────── OPTIONAL ────────────
*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: _____
Document Date: _____ Number of Pages: _____
Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**
Signer's Name: _____
☐ Corporate Officer – Title(s): _____
☐ Partner – ☐ Limited ☐ General
☐ Individual            ☐ Attorney in Fact
☐ Trustee               ☐ Guardian or Conservator
☐ Other: _____
Signer is Representing: _____

Signer's Name: _____
☐ Corporate Officer – Title(s): _____
☐ Partner – ☐ Limited ☐ General
☐ Individual            ☐ Attorney in Fact
☐ Trustee               ☐ Guardian or Conservator
☐ Other: _____
Signer is Representing: _____

©2019 National Notary Association