

# The State Bar of California

180 Howard Street, San Francisco, CA 94105

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

AttorneyRegulation@calbar.ca.gov
888-800-3400

March 23, 2022

Joseph M. Tully
Tully-Weiss Attorneys at Law
713 Main Street
Martinez, CA 94553

Re: State Bar Number 201187 – Joseph Michael Tully
Pro Hac Vice Motion

To Whom it May Concern:

In response to your recent request, enclosed please find the certificate(s) of standing for the above-referenced individual.

Should you need further information, please do not hesitate to contact 1-888-800-3400 or AttorneyRegulation@calbar.ca.gov.

Sincerely,

Dina DiLoreto
Attorney Regulation & Consumer Resources
The State Bar of California

Enclosure(s):

1   Standard

Delivery Method: Regular Mail
PH: 925-229-9700

# The State Bar of California

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

180 Howard Street, San Francisco, CA 94105

AttorneyRegulation@calbar.ca.gov
888-800-3400

# CERTIFICATE OF STANDING

March 23, 2022

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JOSEPH MICHAEL TULLY, #201187 was admitted to the practice of law in this state by the Supreme Court of California on June 7, 1999 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Dina DiLoreto
Custodian of Records