U.S. Department of Justice

United States Attorney
Eastern District of New York

TH
F.#2017R01840

271 Cadman Plaza East
Brooklyn, New York 11201

April 5, 2022

By ECF

The Honorable Nicholas G. Garaufis
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Keith Raniere, et al.
      Criminal Docket No. 18-204 (NGG) (S-2)

Dear Judge Garaufis:

  The government respectfully submits this letter to request that the enclosed stipulation and order concerning discovery materials be so-ordered by the Court. The proposed stipulation and order has been signed by counsel for defendant Keith Raniere.

            Respectfully submitted,

            BREON PEACE
            United States Attorney

       By: /s/ Tanya Hajjar
          Tanya Hajjar
          Assistant U.S. Attorneys
          (718) 254-7000

cc: Clerk of the Court (NGG) (by ECF)
   Defense Counsel (By ECF)