UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA

                      Plaintiff(s),

        v.

KEITH RANIERE, et al

                      Defendant(s).
-----------------------------------------------------------X

CR 18-0204

NOTICE OF MOTION
TO ADMIT
COUNSEL PRO HAC
VICE

TO:    Opposing Counsel

     Tanya Hajjar               

     Kevin Trowel             

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion

and the Certificate(s) of Good Standing annexed thereto, I, Joseph M. Tully, will move this

Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York for an order allowing the admission of movant, a

member of the firm of Tully & Weiss Attorneys at Law and a member in good standing of the

bar of the State of California, as attorney *pro hac vice* to argue or try this case in whole or in

part as counsel for Keith Raniere. There are no pending disciplinary proceedings against me

in any state or federal court.

Dated: 3/30/2022

Respectfully submitted,

Signature of Movant
Firm Name: **Tully & Weiss Attorneys at Law**
Address: 713 Main Street, Martinez, CA 94553
Email: Joseph@Tully-Weiss.com
Phone: (925) 229-9700

*Application granted*
*for or under*

s/Nicholas G. Garaufis
4/6/22