AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| THE UNITED STATES OF AMERICA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   CR 18-0204 |
| KEITH RANIERE | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

KEITH RANIERE

Date:   03/23/2022

*Attorney's signature*

JOSEPH M. TULLY (201187)
*Printed name and bar number*

713 MAIN STREET
MARTINEZ, CA  94553

*Address*

JOSEPH@TULLY-WEISS.COM
*E-mail address*

(925) 229-9700
*Telephone number*

(925) 231-7754
*FAX number*