UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------

UNITED STATES OF AMERICA

                              Plaintiff(s),

        v.

KEITH RANIERE, ET AL

                              Defendant(s).

-----------------------------------------------------------

CR-18-0204

**AFFIDAVIT IN SUPPORT OF
MOTION TO ADMIT COUNSEL**
*PRO HAC VICE*

I, _____**JOSEPH MICHAEL TULLY**_____, being duly sworn, hereby depose and say as
follows:

1.   I am a(n) ___**PARTNER**_____ with the law firm of **TULLY & WEISS ATTORNEYS AT LAW**_.
2.   I submit this affidavit in support of my motion for admission to practice *pro hac vice* in
     the above-captioned matter.
3.   As shown in the Certificate)s) of Good Standing annexed hereto, I am a member in good
     standing of the bar of the state(s) of _**CALIFORNIA**_____.
4.   There are no pending disciplinary proceedings against me in any state or federal court
5.   I _**HAVE NOT**___ been convicted of a felony. If you have, please describe facts and
     circumstances.

6.   I ___**HAVE NOT**____ been censured, suspended, disbarred or denied admission or
     readmission by any court. If you have, please describe facts and circumstances.

7.   Attorney Registration Number(s) if applicable: _**201187**_____
8.   Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and
     advocate *pro hac vice* in case **CR 18-0204** for **KEITH RANIERE** _____.

Date_**APRIL 6, 2022**_____
**REDDING**_____, **CA**

**NOTARIZED**

Signature of Movant

Firm Name_**TULLY & WEISS ATTORNEYS AT LAW**_____
Address__**713 MAIN STREET**_____
**MARTINEZ, CA 94553**_____

Email_**JOSEPH@TULLY-WEISS.COM**_____
Phone_**(925) 229-9700**_____

**CALIFORNIA ACKNOWLEDGMENT**　　　　　　　　　　　　　　　　　CIVIL CODE § 1189

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

---

State of California

County of ___Shasta___ }

On ___April 6, 2022___ before me, ___Jessica Camille Byrne, notary public___,
　　　　　*Date*　　　　　　　　　　　　　　　*Here Insert Name and Title of the Officer*

personally appeared ___Joseph Michael Tully___
　　　　　　　　　　　　　　　　*Name(s) of Signer(s)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

> JESSICA CAMILLE BYRNE
> Notary Public - California
> Shasta County
> Commission # 2375355
> My Comm. Expires Sep 17, 2025

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

*Place Notary Seal and/or Stamp Above*

Signature ___Jessica Camille Byrne___
　　　　　　　*Signature of Notary Public*

--- **OPTIONAL** ---

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Corporate Officer – Title(s): _____
☐ Partner – ☐ Limited ☐ General
☐ Individual　　　　☐ Attorney in Fact
☐ Trustee　　　　　☐ Guardian or Conservator
☐ Other: _____
Signer is Representing: _____

Signer's Name: _____
☐ Corporate Officer – Title(s): _____
☐ Partner – ☐ Limited ☐ General
☐ Individual　　　　☐ Attorney in Fact
☐ Trustee　　　　　☐ Guardian or Conservator
☐ Other: _____
Signer is Representing: _____

©2019 National Notary Association

JESSICA CAMILLE BYRNE
Notary Public · California
Shasta County
Commission # 2125355
My Comm. Expires Sep 17, 2025