UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00204-NGG-VMS |
| v. | **NOTICE OF MOTION** |
| | **REQUEST FOR EVIDENTIARY HEARING** |
| KEITH RANIERE, | **ORAL ARGUMENT REQUESTED** |
| Defendant. | |

--------------------------------------------------------X

PLEASE TAKE NOTICE that upon this Memorandum of Law, dated May 3, 2022, the expert reports of Dr. J. Richard Kiper, Ph.D., PMP, Steven M. Abrams, J.D., M.S., and Wayne Norris, and the exhibits appended to the Memorandum, Mr. Keith Raniere, by and through his undersigned attorney, Joseph M. Tully, will move before the United States District Judge for the Eastern District of New York to whom this matter is assigned, for an order granting all appropriate relief under Rule 33 of the Federal Rules of Criminal Procedure, as well as all other relief that the Court deems just and proper under the circumstances.

Dated:    May 3, 2022
            Martinez, CA

Respectfully submitted,

  /s/ Joseph M. Tully
Joseph M. Tully
CA SBN 201187
Tully & Weiss Attorneys at Law
713 Main Street
Martinez, CA 94553
Phone: (925) 229-9700
Fax: (925) 231-7754

TO:    AUSA Tanya Hajjar
        United States Attorney's Office
        Eastern District of New York
        271-A Cadman Plaza E.
        Brooklyn, NY 11201