```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- v. –<br><br>KEITH RANIERE,<br><br>               Defendant. | Case No. 1:18-cr-00204-NGG-VMS<br><br>**NOTICE OF MOTION FOR JUDICIAL DISQUALIFICATION**<br><br>**ORAL ARGUMENT REQUESTED**<br><br>Submitted on May 5, 2022 |

PLEASE TAKE NOTICE that Mr. Keith Raniere, by and through his undersigned counsel, Joseph M. Tully, will move pursuant to 28 U.S.C. § 445 that Judge Nicolas G. Garaufis, United States District Judge for the Eastern District of New York, disqualify himself from any further proceedings in this case (1) because his impartiality may reasonably be questioned and (2) because Mr. Raniere's Fifth and Fourteenth Amendment rights to a fair trial before an unbiased, impartial tribunal have not been waived.

| | |
|---|---|
| Dated:    May 5, 2022<br>              Martinez, CA | Respectfully submitted,<br><br> /s/Joseph M. Tully<br>Joseph M. Tully, Esq.<br>CA SBN 201187<br>Tully & Weiss Attorneys at Law<br>713 Main Street<br>Martinez, CA 94553<br>Phone: (925) 229-9700<br>Fax: (925) 231-7754 |

TO:    AUSA Tanya Haajjar
        United States Attorney's Office
        Eastern District of New York
        271-A Cadman Plaza E.
        Brooklyn, NY 11201