UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- v. –<br><br>KEITH RANIERE,<br>               Defendant. | Case No. 1:18-cr-00204-NGG-VMS<br><br>**NOTICE OF ERRATA RE MOTION FOR JUDICIAL DISQUALIFICATION**<br><br>Submitted on May 6, 2022 |

## NOTICE OF ERRATA

On May 6, 2022, Defendant Keith Raniere, by and through his counsel Joseph M. Tully, filed a Motion for the Recusal /Judicial Disqualification of Judge Nicolas G. Garaufis, Pursuant to 28 U.S.C. § 445. Due to an oversite, both the notice of said motion and the memorandum of law in support thereof incorrectly indicate that they were submitted on May 5, 2022. The Defense herby submit corrected copies of the relevant pages of Document 1170, page 21506, and Document 1171, page 21507, attached hereto as Exhibit A and B, respectively, to correct this inadvertent clerical error.

Dated:    May 6, 2022
              Martinez, CA

Respectfully submitted,

 /s/Joseph M. Tully
Joseph M. Tully, Esq.
CA SBN 201187
Tully & Weiss Attorneys at Law
713 Main Street
Martinez, CA 94553
Phone: (925) 229-9700
Fax: (925) 231-7754

TO:    AUSA Tanya Haajjar
        United States Attorney's Office
        Eastern District of New York
        271-A Cadman Plaza E.
        Brooklyn, NY 1120

1

EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. –

KEITH RANIERE,

           Defendant.

Case No. 1:18-cr-00204-NGG-VMS

**NOTICE OF MOTION FOR JUDICIAL DISQUALIFICATION**

**ORAL ARGUMENT REQUESTED**

Submitted on May 6, 2022

    PLEASE TAKE NOTICE that Mr. Keith Raniere, by and through his undersigned counsel, Joseph M. Tully, will move pursuant to 28 U.S.C. § 445 that Judge Nicolas G. Garaufis, United States District Judge for the Eastern District of New York, disqualify himself from any further proceedings in this case (1) because his impartiality may reasonably be questioned and (2) because Mr. Raniere's Fifth and Fourteenth Amendment rights to a fair trial before an unbiased, impartial tribunal have not been waived.

Dated:    May 5, 2022
            Martinez, CA

Respectfully submitted,

 /s/Joseph M. Tully
Joseph M. Tully, Esq.
CA SBN 201187
Tully & Weiss Attorneys at Law
713 Main Street
Martinez, CA 94553
Phone: (925) 229-9700
Fax: (925) 231-7754

TO:    AUSA Tanya Haajjar
        United States Attorney's Office
        Eastern District of New York
        271-A Cadman Plaza E.
        Brooklyn, NY 11201

1

# EXHIBIT B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- v. –<br><br>KEITH RANIERE,<br><br>       Defendant. | Case No. 1:18-cr-00204-NGG-VMS<br><br>**ORAL ARGUMENT REQUESTED**<br><br>Submitted on May 6, 2022 |


# MEMORANDUM OF LAW IN SUPPORT OF
# KEITH RANIERE'S MOTION FOR JUDGE NICHOLAS G. GARAUFIS
# TO DISQUALIFY HIMSELF PURSUANT TO 28 U.S.C. § 445

Dated:  May 5, 2022      Joseph M. Tully, Esq.
                    CA SBN 201187
                    Tully & Weiss Attorneys at Law
                    713 Main Street
                    Martinez, CA  94553
                    Phone: (925) 229-9700
                    Fax: (925) 231-7754

                    *Attorneys for Defendant Keith Raniere*