UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- v. –<br><br>KEITH RANIERE,<br><br>                Defendant. | Case No. 1:18-CR-00204-NGG-VMS<br><br>NOTICE OF MOTION<br><br>MOTION FOR LEAVE OF COURT TO FILE SUPPLEMENTAL BRIEFINGS TO THE PRIOR RULE 33 (DKT. 1699) |

      PLEASE TAKE NOTICE that upon this Memorandum of Law, dated June 13, 2022, Mr. Keith Raniere, by and through his undersigned attorney, Joseph M. Tully, will move that Judge Nicolas G. Garaufis, or any other United States District Judge for the Eastern District of New York to whom this matter is assigned, for an order granting leave to file supplemental briefings to the prior Rule 33 Motion, document number 1699.

Dated:    June 13, 2022,
              Martinez, CA

Respectfully submitted,

/s/ Joseph M. Tully
Joseph M. Tully
CA SBN 201187
Tully & Weiss Attorneys at Law
713 Main Street
Martinez, CA 94553
Phone: (925) 229-9700
Fax: (925) 231-7754

To:    AUSA Tanya Hajjar
        United States Attorney's Office
        Eastern District of New York
        271-A Cadman Plaza E.
        Brooklyn, NY 1120

1