UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA,

v.

KEITH RANIERE,

                    Defendant.
-------------------------------------------------------X

Case No. 1:18-cr-00204-NGG-VMS

**NOTICE OF SUPPLEMENT**

**REQUEST FOR EVIDENTIARY HEARING**

**ORAL ARGUMENT REQUESTED**

PLEASE TAKE NOTICE that this Memorandum of Law, dated June 17, 2022, serves to supplement the previously filed Motion for New Trial in accordance with the order granted by Judge Nicholas G. Garaufis on June 14, 2022. With this supplement, Mr. Keith Raniere, by and through his undersigned attorney, Joseph M. Tully, will move before the United States District Judge for the Eastern District of New York to whom this matter is assigned, for an order granting all appropriate relief under Rule 33 of the Federal Rules of Criminal Procedure, as well as all other relief that the Court deems just and proper under the circumstances.

Dated:      June 17, 2022
              Martinez, CA

Respectfully submitted,

/s/ Joseph M. Tully
Joseph M. Tully
CA SBN 201187
Tully & Weiss Attorneys at Law
713 Main Street
Martinez, CA  94553
Phone: (925) 229-9700
Fax: (925) 231-7754

TO:    AUSA Tanya Hajjar
        United States Attorney's Office
        Eastern District of New York
        271-A Cadman Plaza E.
        Brooklyn, NY 11201