UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------X

UNITED STATES OF AMERICA,

v.

KEITH RANIERE,

                 Defendant.

------------------------------------------------X

Case No. 18-CR-204-(NGG)

NOTICE OF MOTION

REQUEST FOR EVIDENTIARY HEARING

ORAL ARGUMENT REQUESTED

PLEASE TAKE NOTICE that upon this Memorandum of Law, dated June 21, 2022, by Defendant Keith Alan Raniere, will move before the Honorable Nicholas G. Garaufis, United States District Judge for the Eastern District of New York or before the United States District Judge to whom this matter is reassigned, for an Order granting all appropriate relief under Federal Rule of Criminal Procedure 33 which to the Court may appear just and proper.

Dated:    June 21, 2022
            Tucson, AZ

Respectfully submitted,

/s/
Keith Alan Raniere
Register #: 57005-177
US Penitentiary Tucson
9300 S Wilmot Rd
Tucson, AZ 85756

TO:    AUSA Tanya Hajjar
        United States Attorney's Office
        Eastern District of New York
        271-A Cadman Plaza E.
        Brooklyn, NY 11201