# EXHIBIT B

**PACKAGE COPY**

## Evidence Details

**Case:** 50A-NY-2233091  **Item:** 1B15

**Description:** (U) One box containing one (1) Cannon Ultrasonic camera, serial number 1420908348.

**Collected On:** 03/27/2018 12:30 PM EST
**Receipt Item #:** None
**CATS ID #:** None
**FBI Seizure #:** None
**CATS Abandonment #:** None

**Special Handling:** None
**Hazardous Materials:** None

**Abandonment #:** None

### Digital Information

**Type:** Digital Camera/Digital Video Camera
**Make:** Cannon Ultrasonic
**Serial Number:** 1420908348
**Batteries Charged:** No
**Number Collected:** 1
**Collected by CART:** No

### Discovery Location

**Area:** Second floor
**Specific:** Room F
**Seizing Individual:** MCGINNIS ELLIOT C
**Seizing Individual Other:** None

**Others:** None
**Others Agency:** None
**Collected By:** MCGINNIS ELLIOT C

### Anticipated Disposition

None on None

### Storage Information

**Holding Office:** NEW YORK

**Finalized By:** Clifford M Barbosa
**Last Inventory:** 05/24/2018 09:22 AM EST

**Location:** E03707388 - ECR8 L3

**Barcode #:** E6261241

### Chain of Custody

### Shipping / Transfer Log

### History

### Acquisition Event Details

**Acquisition Event:** (U) Search Warrant Executed at 8 Hale Drive, Halfmoon, NY 12065- Item Labeled 1

**Collected From:** (U) 8 Hale Drive Halfmoon
NY, New York, 12065
United States

**Receipt Given:** Yes

**Holding Office:** NEW YORK

**Evidence Log:** 50A-NY-2233091
Serial 74

DEFENDANT'S EXHIBIT 945 (Blumberg No. 5114)

# FEDERAL BUREAU OF INVESTIGATION
# EVIDENCE CHAIN OF CUSTODY

FD-1004
Rev. 7-7-2016

**Evidence Type:** ☐ General  ☐ Drugs  ☐ Firearms/Weapon  ☒ Digital  ☐ Valuables  ☐ Firearms/Other

**Item #** 1

**Special Handling Instructions**
- ☐ HAZMAT
- ☐ Req. Charging
- ☐ Biohazard
- ☐ Other _____
- ☐ Latents
- ☐ Freeze
- ☐ FGJ
- ☐ Refrigerate

**Initial Receipt**
- Signature of Seizing Individual: [signature]
- Printed Name/Agency: Elliot McGinnis/FBI
- Reason: Initial Collection
- Collected By: Elliot McGinnis
- Agency: FBI
- Date and Time: 3/27/18 1130PM

| Relinquished Custody | Date and Time | Accepted Custody | Date and Time |
|---|---|---|---|
| Signature: [signature] / Printed Name/Agency: Elliot McGinnis / Reason: Evidence Retention | 04/03/18 4:44PM | Signature: Michael Lever / Printed Name/Agency: Michael Lever/FBI / Reason: Evidence Retention | 04/03/18 4:44PM |
| Signature: Michael Lever / Printed Name/Agency: Michael Lever/FBI / Reason: Evidence Retention | 04/04/18 8:00AM | Signature: [signature] / Printed Name/Agency: Curt Garson FBI / Reason: Chain of Custody | 4/4/18 8:00AM |
| Signature: [signature] / Printed Name/Agency: Curt Garson SA / Reason: Chain of Custody | 7/10/18 12:32p | Signature: Maegan / Printed Name/Agency: Maegan Rees/FBI / Reason: Review | 7/10/18 12:32p |
| Signature: Maegan / Printed Name/Agency: Maegan Rees/FBI / Reason: Evidence retention | 7/27/18 12p | Signature: Corey Elliott / Printed Name/Agency: Corey Montgomery / Reason: Charged In | 7/27/18 1320 |
| Signature: Corey Elliott / Printed Name/Agency: Corey Montgomery / Reason: C/o to SA | 9/19/18 0900 | Signature: Michael L / Printed Name/Agency: Michael Lever/FBI / Reason: Evidence Review | 9/19/18 0900 |
| Signature: Michael L / Printed Name/Agency: Michael Lever/FBI / Reason: Evidence Retention | 9/26/18 1:15PM | Signature: [signature] / Printed Name/Agency: Curt Garson SA / Reason: Chain of Custody | 9/26/18 1:15PM |

**Firearm Certification by (FI/SWAT) / Explosive Material Certification by (SABT):**
- Printed Name:
- Signature:
- Date:

ATF Trace Form Completed: ☐
NCIC: ☐

Case ID: 50A-NY-2233041      IB: 15      Barcode: E6261241

*This form is incomplete without reference to the FD-1087.*

002

# EVIDENCE CHAIN OF CUSTODY

| Relinquished Custody | Date and Time | Accepted Custody | Date and Time |
|---|---|---|---|
| Signature: [signature]<br>Printed Name/Agency: [illegible]<br>Reason: CO | 2/21/19<br>3:08p | Signature: [signature]<br>Printed Name/Agency: Michael Love/FBI<br>Reason: CART | 2/21/19<br>3:08pm |
| Signature: [signature]<br>Printed Name/Agency: Michael Love/FBI<br>Reason: CART | 2/22/19<br>12:50pm | Signature: [signature]<br>Printed Name/Agency: Stephen R. Flatley/FBI<br>Reason: CART exam | 2/22/19<br>12:50p |
| Signature: [signature]<br>Printed Name/Agency: Stephen R. Flatley/FBI<br>Reason: Trans [illegible] | 6/7/19<br>1:45pm | Signature: [signature]<br>Printed Name/Agency: [illegible] McGinnis/FBI<br>Reason: [illegible] | 6/7/19<br>1:45pm |
| Signature: [signature]<br>Printed Name/Agency: [illegible] McGinnis<br>Reason: [illegible] | 6/10/19<br>10:02AM | Signature: [signature]<br>Printed Name/Agency: Christopher Mills<br>Reason: evidence retention | 6/10/19<br>10:02AM |
| Signature: [signature]<br>Printed Name/Agency: Christopher Mills<br>Reason: relinquish FBI | 6/10/19<br>4:55PM | Signature: [signature]<br>Printed Name/Agency: BRIAN S. BOOTH<br>Reason: CART EXAM | 6/10/19<br>4:55PM |
| Signature: [signature]<br>Printed Name/Agency: BRIAN S. BOOTH<br>Reason: Relinquish to CA. | 6/11/19<br>3:45PM | Signature: [signature]<br>Printed Name/Agency: SA Michael J. Weniger<br>Reason: Court | 6/11/19<br>3:45pm |
| Signature:<br>Printed Name/Agency:<br>Reason: | | Signature:<br>Printed Name/Agency:<br>Reason: | |
| Signature:<br>Printed Name/Agency:<br>Reason: | | Signature:<br>Printed Name/Agency:<br>Reason: | |
| Signature:<br>Printed Name/Agency:<br>Reason: | | Signature:<br>Printed Name/Agency:<br>Reason: | |
| Signature:<br>Printed Name/Agency:<br>Reason: | | Signature:<br>Printed Name/Agency:<br>Reason: | |
| Signature:<br>Printed Name/Agency:<br>Reason: | | Signature:<br>Printed Name/Agency:<br>Reason: | |

Case ID: ____________ 1B: ____________ Barcode: ____________

*This form is incomplete without reference to the FD-1087.*