# EXHIBIT F

# Affidavit of Nicole Clyne

1. I am Nicole Clyne.
2. The attached emails in Attachment A are true and accurate copies of email exchanges I had with Camila between the period of February 26 and March 8, 2019.
3. I have redacted certain information to protect Camila's privacy as well as my own. I can make the unredacted copies available as needed.
4. In these emails, as well as during a phone call I had with her in March 2019, Camila expressed gratitude and a desire to be in touch, and spoke positively about Mr. Raniere and her involvement in NXIVM.
5. In her "Cover Letter," Camila describes the experience she's gained working with Rainbow Cultural Garden and how it aligns with her life goals.
6. I have photographs of the DOS first line, including Camila, where the area of her appendectomy scar is clearly showing and the scar is not visible. I have similar photos where the scar is visible, which means that its visibility is dependent on the lighting and angle of the photograph. They are true and accurate depictions of Camila. I can make these available as needed.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct, and of my own personal knowledge, except as to those matters stated upon information and belief. As to those matters, I believe them to be true.

Executed June 21, 2022

Nicole Clyne
_____
Nicole Clyne

SEE ATTACHED CERTIFICATE



Attachment A

 Gmail

Nicki Clyne ▨▨▨▨▨▨▨▨▶

# Letter+CV

5 messages

---

**Camila** ▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨
To: ▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨

Tue, Feb 26, 2019 at 9:58 PM

NICKI!!!!!!!!! Hello!!!
Ma sistah! How I miss you!!!
I am so sorry for everything that is going on. I hope you are holding up okay. It might sound weird, but thank you for
staying strong. It gives me strength to know that you are still there. Please know that I am still here... always.
And thank you for agreeing to help me with this! I was very excited to hear that you said yes!
It is a first draft. It might be a little disorganized and with lots of errors but give it a look

Love, love, LOVE....
Cami


I have attached my CV since they are asking me for one. It is so sad, I am trying to flower it up somehow. Let me know if
you have any ideas

---

**2 attachments**

 **Cover Letter- Padova.rtf**
5K

 **Curriculum Vitae- Padova.rtf**
3K

---

**Nicki Clyne** ▨▨▨▨▨▨▨▨▨▶
To: Camila ▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▶

Tue, Feb 26, 2019 at 11:18 PM

OOOOOOH MYYYYYY GAAAAAWD!!! It's so, so, so nice to hear from you. I'm really happy to be in touch, and I totally
know the feeling of relief and gratitude in knowing others are staying strong. You can always count on me. 100%. I am so
excited you wanted my help! You couldn't have asked for a better thing for me to help with either. It's what I was bred to
do, haha. When I first landed in Brooklyn, I sent out over 70 personalized cover letters and resumes. Sadly, I only got a
few interviews and no jobs, but I think that had more to do with my google search results than my writing skills :( Sigh.

Anyway, when is this due? I'm a little fried right now and work at 6am tomorrow (I'm managing a vegan cafe in brooklyn,
go figure!), but I can get to it right after work.

I just quickly read your cover letter and my first thoughts are that it's still quite general and vague. The parts that are going
to stand out are specifics. How many families have you worked with? In what ways did you work with both the children
and the parents? How did you track your progress and results? What books and teachers have influenced you most? How
have you taught yourself? What questions do you have about the field? Why do they matter to you?

Also, it's important to speak to specifics about why this particular program is the right fit. Look at their marketing and pick
out language and concepts that make it unique and work them in. You could apply and go to any school, why this one?
Since you're considered a "mature student" (I know), I would really play up your life experience and what you have to
bring in that regard.

Sorry, this is sort of a brain dump, but hopefully it will help spur some more ideas and then we can refine from there…
Maybe send me the link to the program too?

Sending you big hugs and kisses!!! Talk soon!

Nickita

[Quoted text hidden]
[Quoted text hidden]
<Cover Letter- Padova.rtf><Curriculum Vitae- Padova.rtf>

---

**Camila**                                         Tue, Feb 26, 2019 at 11:31 PM
To: Nicki Clyne ▨▨▨▨▨▨▨▨>

This helps so much!
My brain is pretty fried right now but I will get to it in the morning.
Oh, and it is due on the 28th.... yikes! I know...

I appreciate any and all help you are willing to give and this already gives me so much to work on!

It is so good to hear from you. I missed you!

[Quoted text hidden]

---

**Nicki Clyne**                                         Tue, Feb 26, 2019 at 11:34 PM
To: Camila ▨▨▨▨▨▨▨▨▨▨▨▨>

Ok perfect. Incorporate this feedback and send me another revision tomorrow and I'll get to it asap… xoxo. I missed you too!!



[Quoted text hidden]

---

**Camila**                                         Wed, Feb 27, 2019 at 11:15 AM
To: Nicki Clyne ▨▨▨▨▨▨>

Here's the link to the program:

https://www.unipd.it/en/psychological-science

On Tuesday, February 26, 2019, 10:19:08 PM CST, Nicki Clyne  wrote:

[Quoted text hidden]

---

 Gmail                                                    **Nicki Clyne** 

---

# Draft
1 message

---

**Camila** ⬛⬛⬛⬛⬛ ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛                    Wed, Feb 27, 2019 at 10:18 PM
To: ⬛⬛⬛⬛⬛⬛ ⬛⬛⬛⬛⬛⬛

Sorry N,
I have been bugging you all day. I just wanted to send you the latest draft. My notes are still below the sign-off but ignore them.

Btw, did you have any feedback on the CV?

---

 **Cover Letter- Padova.rtf**
13K

 **Gmail**                                    **Nicki Clyne** 

# latest draft
11 messages

---

**Camila**                                     Thu, Feb 28, 2019 at 11:03 AM
To:

---

📎 **Cover Letter- Padova.rtf**
9K

---

**Nicki Clyne**                                    Thu, Feb 28, 2019 at 3:47 PM
To: Camila
Cc:

Hey! I'm so sorry, I'm in the middle of moving 🙈 I just sat down at a cafe to review though. Will send back my notes asap!!

xo,
N

> On Feb 28, 2019, at 11:03 AM, Camila  wrote:
>
> <Cover Letter- Padova.rtf>

---

**Nicki Clyne**                                    Thu, Feb 28, 2019 at 4:33 PM
To: Camila
Cc:

Cami, so I made a bunch of notes and suggestions. I hope they make sense! I'm a little rushed but a I really want to help.

Some of this would be a lot easier over the phone. Can we Skype or zoom? Or WhatsApp maybe? Let me know! I'm still not totally clear why you chose this school. Also, your "career" and experience is a little unclear. At the end it sounds like you already have a career, so curious why would want to do a Bachelor's now… I think I can help you refine the narrative so it makes sense to them because right now it's still a little vague.

Let me know! I have the same number… But it's definitely coming along and i'm excited for you.

Also, since it's in Europe, I wonder if maybe Sara could help?

Also, minor note. This should likely be sent in Word or pdf format. Do you have word?

Talk soon,
N

> On Feb 28, 2019, at 3:47 PM, Nicki Clyne  wrote:
>
> Hey! I'm so sorry, I'm in the middle of moving 🙈 I just sat down at a cafe to review though. Will send back my notes asap!!

xo,
N

On Feb 28, 2019, at 11:03 AM, Camila   wrote:

<Cover Letter- Padova.rtf>

---

📄 **Cover Letter- Padova NC.rtf**
14K

---

**Nicki Clyne**                                 Thu, Feb 28, 2019 at 6:46 PM
To: Camila
Cc:

So for your CV, I think you can fill it out a lot and be way more detailed in your responsibilities. There's so much you did as part of Rainbow! Research, parenting mediation, care taking of children, coordinating and training new MDSs… right?

Also, were you only in junior high for one year? Did you graduate?

Have you had any other jobs at all?

Also, it's not essential, but it might be nice to clean up the design a bit. Word has some templates. Canva too. Nothing fancy, but i think computer literacy is important when applying for universities these days so I think it would help.

Let me know how i can help!

Can you get an extension?

xo,
N

> [Quoted text hidden]
> [Quoted text hidden]
> <Cover Letter- Padova NC.rtf>
> [Quoted text hidden]

---

**Camila**                                                          Thu, Feb 28, 2019 at 8:47 PM
To: Nicki Clyne

Hi Nikita!
Thank you so much for all this! I know you're super busy
I am trying to figure out if or how I could get an extension. I definitely missed the deadline they had on their website.
I will continue working on this, though, and your feedback is sooooooooooooooo helpful. It is a huge relief.
I also thought of Sara. I asked Teny to find out where she's at with all this and if she would be a good person to reach out to.
I am not giving up!

LOVE YOU LOTS!

ps. Let me know when you're free so we can connect on this or otherwise. Would love to hear your voice!
And where did you move to??? I've had to move quite a bit as well... it's been intense

[Quoted text hidden]

---

**Nicki Clyne** ⬛⬛⬛⬛⬛ >                                    Thu, Feb 28, 2019 at 10:41 PM
To: Camila ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ >

Hi hi!

Okay sounds good… I hope you can get an extension! And yeah, things are busy, but I'm mostly telling you because I wish  I could be more responsive. The next few days are way more open. I just have to finish an essay I have for class (I'm taking a writing course in Brooklyn!) and do some stuff for work, but way more chill. I finally got all my shit moved tonight. It's a long story, but basically I ended up with two apartments and I finally found a renter for the one and moved all my shit out. Such a relief! For the first time in ages I have all my stuff in one place. Now to go through it all!

Anyway, I would love to connect with you too! This weekend would be great. What's your schedule like? Also, I think Sara would be happy to help if she could. C actually mentioned it, and Sara is coming to visit soon, so… We'll figure something out!

I'm sorry you've had to move a lot. It's crazy. I've moved a ridiculous amount. But I've become quite expert at it, haha.

Okay, I'll talk to you soon. Love you lots and send you big hugs!!!

xo,
N
[Quoted text hidden]

---

**Camila** ⬛⬛⬛⬛⬛ ▪ ⬛⬛⬛⬛⬛⬛⬛⬛ >                Fri, Mar 1, 2019 at 3:50 PM
To: Nicki Clyne ⬛⬛⬛⬛⬛⬛ >

Hi Nikita!
You said you had the same number as always, but I actually don't have the same number or phone so I don't have any of my contacts anymore. If you're comfortable with it you can add me.
This weekend I have mostly birthday celebrations but I would prioritize and any time you give me I can make...

[Quoted text hidden]

---

**Nicki Clyne** ⬛⬛⬛⬛⬛ >                                    Fri, Mar 1, 2019 at 3:56 PM
To: Camila ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ >

Hey love!! Was just about to write you and wish you a SUPER DUPER HAPPY AWESOME FANTASTIC RADICAL LOVING LAUGHING EVERYTHING IN BETWEEN BIRTHDAY!

:)

My number is  I'm about to head out and won't be back until later. But tomorrow I'm super open so let's set up a time! Looking forward 😘 😘

xoxo,
N
[Quoted text hidden]

---

**Nicki Clyne** ⬛⬛⬛⬛⬛⬛⬛ >                                    Thu, Mar 7, 2019 at 1:27 PM
To: Camila ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ >

Hola Camicita! Just wanted to check in and see how you are, and where you're at with the application… I'm off from work the next couple days so more flexible. Would love to connect! Let me know…



xoxo,
N
[Quoted text hidden]

---

**Camila**                               Fri, Mar 8, 2019 at 10:21 AM
To: Nicki Clyne

Hi Nikita!
I have been working on it but not round the clock since I missed my deadline. I have so much going on that I haven't been able to sit down and figure out solutions.
Some of the questions are difficult to answer for some reason but I am working on answering them.

I was thinking of uploading the draft on google drive so you could access the edited version any time you want, would that help?

I can make any day in the afternoon if you're available. I don't remember my Skype so it might have through WhatsApp.

Luv u!
C

[Quoted text hidden]

---

**nicki clyne**                                             Sat, Apr 18, 2020 at 6:24 PM
To: Camila

Hey Camicita,

I'm just going through my emails trying to use this strange time to clean up my act and I saw this one. I can't believe it's been over a year. I know a lot has happened and I honestly don't know anything about where you are or how you are… but I wanted you to know I'm thinking about you and I hope you are okay. 💕 I can only imagine how rough things have been. I know I've had my fair share of challenges, I just hope you have friends or people you trust you can talk to. Or in very least, send inappropriate memes to. I'll always be here for that, and anything else you need. Let me know.

Sending you big hugs and lots of love.

xo,
N
[Quoted text hidden]

**CAMILA** 

To the Admissions Office at University of Padova,

Please accept my application to study the first-cycle Psychological Science course at the University of Padova that starts October 2019.
I have dedicated the last 12 years of my life to help raise children and have taught myself as best I can by reading every book I could find on developmental neuroscience, psychology, biopsychology, early childhood development and also versed myself in some of the main early childhood and psychology theories like Piaget, Vygotsky, Kohlberg, Steiner, Montessori, Loris Malaguzzi, amongst others.

I want to attend your school because I want to be able to do more in the world. I want to train myself as a professional and be able to contribute to the field, and consequently the world. From the moment I chose this career I knew this was what I wanted to dedicate my life to. I was certain that this was how I wanted to leave a footprint in the world and contribute to humanity.
I am limited in what I can do without a degree and believe I need to really be challenged and be taught by experts in the field. I look forward to learning side by side with individuals with similar interests and vision for children all over.

I am particularly interested in the neuropsychology of morality. This has been a question that has always plagued my mind and pushed me to learn more and try to understand how we develop. What role does the brain play? How could we be more deliberate in the shaping of our children's morality on a psychological level?
I am also intrigued by empathy and lack of empathy. Can we shape "goodness" in a person from an early age?
These are questions I hope to one day be able to answer. I think it could be significant to the way we currently educate our children.

Although my interests on science and psychology are what got me started in my career, I recognize that there is an element of humanity as a principle that is important and I strive to uphold in all decisions.

By the end of my lifetime I would like to have built a wealth of knowledge to change the way traditional school systems work and provide a new parenting method. I think we need to instill more humanity, compassion and noble values at an earlier age in children's development and help raise more noble human beings. I want to educate myself and grow my knowledge to responsibly create and develop a body of work to better children's lives.

I have worked with 9 families over the years, all with great results. I commit to each family and the development of their children and coming into a child's life is not a decision I make lightly. I try to be mindful in how affect their lives, and recognize everything I choose and do will affect that individual's life and how they see the world. My goal has always been to raise more compassionate children that can empathize with those around them and can discern right from wrong.

My approach is from multiple angles. I try to stimulate the child's physical, emotional, intellectual, moral, and social development. I also focus on the family dynamic, and try to help the parents with their own understanding process of evaluation.

I measure my results by comparing the child's behavior before and after intervention. I believe behavior is an effect of what is going on inside so this evaluation gives me insight to the child's inner world. The goal and the standard that I measure up against is how joyful the child is— do they have an overall sense of well being or do they feel insecure and therefore experience the need to throw tantrums.

Numerous families have consistently asked me for help with particular circumstances of tantrums and meltdowns, aggression, etc because of the understanding and knowledge I have gathered along my career and my own personal way of attending different situations. My approach is always to help the parents in order to help the child— these situations usually arise from a lack of understanding of what is going on with the child.

I have been mentored by a Pediatric Occupational Therapist (2006-2008), from her I learned not only developmental anatomy and physical therapy, along with early childhood development, but also to work hands-on with children. With her I developed the confidence to step up and evaluate best course of action and guide a child through a challenging or uncomfortable situation.

(I am not mentioning Keith, not sure if it's a good idea. And if it is, not sure how to portray it)

I take every opportunity to learn more and be better. I have had the pleasure of attending some of the Learning and the Brain conferences in the US and had the

privilege of receiving invaluable information from neuroscientists, biologists, educators, administrators, authors, all of whom I have great respect and admiration for including John Medina, author of "Brain Rules for Baby" and developmental molecular biologist.

I am currently working as a staff trainer at a multicultural school in Guadalajara, Mexico, that works with children from 0-7y/o. It is a small school but here I have been able to develop my tact with people and my ability to communicate and teach what I have had the honor of learning throughout my career. (I need more here…)
I am responsible for overseeing current teachers, capacitating incoming personnel and following through in their performance with the children.
I have been working on quantifying everything I have learned in my 12 years of experience to create a curriculum to help parents with their children. I have earned a certain authority with both parents and teachers through my work and dedication and currently hold a position where I am able to affect dozens of children at a time as opposed to one family at a time. It is a big responsibility and something I am cautious with

I am applying to the first-cycle course on Psychological Science. If accepted, I would like to continue on to Cognitive Neuroscience and Clinical Neuropsychology and eventually end up in the department of Developmental Neuroscience and Socialisation. I am aware I am coming in at a later age than most. I have had 12 years of experience already and I am choosing to apply now because of what I want to do in the world— this is not a decision I have made lightly.
I am determined on the path I am taking and have a clear vision of what I want to do in the world.
I currently reside in Mexico but lived in the US for 12 years. I am choosing to apply in Padova because of the University and its background. I also found the Department of Developmental Psychology very attractive. I have considered matriculating before but had not found a school with a diversity and depth like at University of Padova. I think you can only grow and be competitive in the field if you're surrounded by the best. One of the things I have been lacking is contributions and criticism from my peers and it is something I would welcome while forming myself at your university.

It would be a privilege to be accepted into your school. Thank you so much for your time and consideration.

Sincerely,

Camila 

# ALL-PURPOSE ACKNOWLEDGMENT

State/Commonwealth of ___VIRGINIA___ )
)
☐ City ☑ County of ___Virginia Beach___ )

On ___06/21/2022___ before me, ___Dennis Bryan Turner Jr___,
<small>Date</small>                          <small>Notary Name</small>

personally appeared ___Nicole Clyne___
<small>Name(s) of Signer(s)</small>

☐ personally known to me **-- OR --**

☐ proved to me on the basis of the oath of _____ **-- OR --**
<small>Name of Credible Witness</small>

☑ proved to me on the basis of satisfactory evidence: ___driver_license___
<small>Type of ID Presented</small>

to be the individual(s) whose name(s) is (are) subscribed to the within instrument, and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and by proper authority, and that by his/her/their signature(s) on the instrument, the individual(s), or the person(s) or entity upon behalf of which the individual(s) acted, executed the instrument for the purposes and consideration therein stated.

WITNESS my hand and official seal.

Notary Public Signature: _____

**Dennis Bryan Turner Jr**

REGISTRATION NUMBER
7229383
COMMISSION EXPIRES
April 30, 2024

Notary Name: ___Dennis Bryan Turner Jr___

Notary Commission Number: ___7229383___

Notary Commission Expires: ___04/30/2024___

*Notarized online using audio-video communication*

## DESCRIPTION OF ATTACHED DOCUMENT

Title or Type of Document: ___Personal Affidavit of Nicole Clyne___

Document Date: ___06/21/2022___ Number of Pages (w/ certificate): ___14___

Signer(s) Other Than Named Above: ___N/A___

| **Capacity(ies) Claimed by Signer(s)** | **Capacity(ies) Claimed by Signer(s)** |
|---|---|
| Signer's Name: ___Nicole Clyne___ | Signer's Name: ___N/A___ |

| | | |
|---|---|---|
| ☐ Corporate Officer Title: _____ | ☐ Corporate Officer Title: ___N/A___ |
| ☐ Partner – ☐ Limited ☐ General | ☐ Partner – ☐ Limited ☐ General |
| ☑ Individual ☐ Attorney in Fact | ☐ Individual ☐ Attorney in Fact |
| ☐ Trustee ☐ Guardian of Conservator | ☐ Trustee ☐ Guardian of Conservator |
| ☐ Other: _____ | ☐ Other: ___N/A___ |
| Signer Is Representing: ___Self___ | Signer Is Representing: ___N/A___ |
| | ___N/A___ |

( 14 )

# DECLARATION

1. My name is Eduardo Asúnsolo Ramírez. I am 40 years old.
2. I was born in Torreón, México.
3. I am a citizen of the United States of America.
4. I live in Brooklyn, New York. I have been married for 6 years. I have a son, age 3, and a daughter, age 1.
5. I have had a translation services business for 5 years.
6. I have taken dozens of NXIVM trainings starting from 2005, to 2017. I had senior leadership roles in the NXIVM companies, which is the equivalent of a Senior Vice President role or Co-founder role in other companies.
7. I came to New York City 14 years ago to study acting with Mike Nichols. Before that I had graduated from ITESM, the most highly regarded university in México, which I attended on a partial sports scholarship.
8. I first met Marianna sometime around 2007. I recall meeting her at the corporate retreat of NXIVM, referred to as "V-week." She was trying to pursue a career in tennis.
9. I first met Camila sometime around 2011 or 2012, I mistook Camila for her older sister, Marianna. I recall meeting her at a residence in Clifton Park where she was taking care of a child. I said to her, "Hey, so how's tennis going?" I remember the interaction because Camila got very upset about the fact that I had confused her with her sister Marianna.
10. I also know of several instances where other people in the NXIVM community confused Marianna and Camila, as well as Camila and her other sister, Daniela.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct, and of my own personal knowledge, except as to those matters stated upon information and belief. As to those matters, I believe them to be true.

Executed on June 21, 2022 at Brooklyn, New York


Eduardo Asunsolo

# JURAT

State/Commonwealth of _____ FLORIDA _____ )
)
☐City ☑County of _____ Polk _____ )

On ___06/21/2022___, before me, _____ St Charles Germilus _____ ,
<sub>Date</sub> *Notary Name*

the foregoing instrument was subscribed and sworn (or affirmed) before me by:

_____ Eduardo Asunsolo Ramirez _____.
*Name of Affiant(s)*

☐ Personally known to me **-- OR --**

☐ Proved to me on the basis of the oath of _____ **-- OR --**
*Name of Credible Witness*

☑ Proved to me on the basis of satisfactory evidence: _____ driver_license _____
*Type of ID Presented*

ST CHARLES GERMILUS
Notary Public - State of Florida
Commission # HH199573
Expires on November 16, 2025

Notarized online using audio-video communication

WITNESS my hand and official seal.

Notary Public Signature: _St Charles Germilus_

Notary Name: _____ St Charles Germilus _____

Notary Commission Number: __HH199573__

Notary Commission Expires: __11/16/2025__

*Notarized online using audio-video communication*

## DESCRIPTION OF ATTACHED DOCUMENT

Title or Type of Document: ___Declaration of Events___

Document Date: _____06/21/2022_____

Number of Pages (including notarial certificate): _____2_____

# Declaration

1. I am Suneel Chakravorty.

2. I am 32 years old.

3. In or around May or June 2021, I spoke with Kristin Keeffe and a trusted intermediary.

4. We discussed our opposing viewpoints on Keith Raniere and our shared interest in the truth.

5. Ms. Keeffe shared with me, through the trusted intermediary, screenshots of text messages between her and her former attorney Neil Glazer that she felt would help me to understand her view of Mr. Raniere and help me in my search for the truth. It was my understanding then that Ms. Keeffe wished that if anyone had lied on either side of the criminal or civil case, that the truth should come out.

6. In June 2021, the trusted intermediary sent me those screenshots of texts. They represented that Ms. Keeffe had asked them to pass the screenshots along.

7. Attachment 1 contains a selection of these screenshots of texts that may have evidentiary value in the context of Mr. Raniere's criminal matter. These are true and correct copies of the screenshots I received from the trusted intermediary.

   I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct, and of my own personal knowledge, except as to those matters stated upon information and belief. As to those matters, I believe them to be true.

Executed June 21, 2022

Suneel Chakravorty


Signature: *Suneel Chakravorty*

** Notarization located on 2nd page **

# ALL-PURPOSE ACKNOWLEDGMENT

State/Commonwealth of __TEXAS__ )
)
☐ City ☑ County of __Wise__ )

On __06/21/2022__ before me, __Robert Eugene Huff__ ,
   *Date*                                  *Notary Name*

personally appeared __Suneel Kumar Chakravorty__
                                *Name(s) of Signer(s)*

☐ personally known to me **-- OR --**

☐ proved to me on the basis of the oath of _____ **-- OR --**
                           *Name of Credible Witness*

☑ proved to me on the basis of satisfactory evidence: __driver_license__
                                     *Type of ID Presented*

to be the individual(s) whose name(s) is (are) subscribed to the within instrument, and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and by proper authority, and that by his/her/their signature(s) on the instrument, the individual(s), or the person(s) or entity upon behalf of which the individual(s) acted, executed the instrument for the purposes and consideration therein stated.

WITNESS my hand and official seal.

Notary Public Signature: *Robert Eugene Huff*

Notary Name: __Robert Eugene Huff__
Notary Commission Number: __132658408__
Notary Commission Expires: __09/03/2024__

*Notarized online using audio-video communication*

Notary seal:
Robert Eugene Huff
NOTARY PUBLIC
STATE OF TEXAS
ID NUMBER
132658408
COMMISSION EXPIRES
September 3, 2024

## DESCRIPTION OF ATTACHED DOCUMENT

Title or Type of Document: __Declaration__
Document Date: __06/21/2022__ Number of Pages (w/ certificate): __2__
Signer(s) Other Than Named Above: __N/A__

| Capacity(ies) Claimed by Signer(s) | Capacity(ies) Claimed by Signer(s) |
|---|---|
| Signer's Name: __Suneel Kumar Chakravorty__ | Signer's Name: __N/A__ |

☐ Corporate Officer  Title: _____     ☐ Corporate Officer  Title: _____
☐ Partner – ☐ Limited ☐ General     ☐ Partner – ☐ Limited ☐ General
☑ Individual ☐ Attorney in Fact     ☐ Individual ☐ Attorney in Fact
☐ Trustee ☐ Guardian of Conservator     ☐ Trustee ☐ Guardian of Conservator
☐ Other: _____     ☐ Other: _____
Signer Is Representing: __self__     Signer Is Representing: __N/A__

( 2 )

# ATTACHMENT 1



AG_0109.HEIC

https://drive.google.com/file/d/1GhMut6eVFruFwU4gik6hb951iwhidtc

6/7/2021, 11:42 P



**Neil Glazer**

1/2 I have a feeling Clare won't just fold when we sue her, but yes, this battle is almost won. (And who knows, maybe she'll settle the civil case; I expect

4/29/19, 1:53 PM

2/2 some others will, perhaps even her sister.)

4/29/19, 1:53 PM

No I don't think Clare will fold either and Sara is shockingly flip and cocky abou thinga . Maybe I should have said the war is won the rest is a fait accompli. NDNY looming in the background could expedite a settlement though....

4/29/19, 2:01 PM • SMS

Are u still filing civil suit before

Text message





