E.D.N.Y. – Bklyn
18-cr-204
Garaufis, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of April, two thousand twenty-three.

Present:
> Myrna Pérez,
> Alison J. Nathan,
> Maria Araújo Kahn,
>> *Circuit Judges*.

United States of America,

> *Appellee*,

v.                                                                                                  21-1795

Keith Raniere, AKA Vanguard,

> *Defendant-Appellant*.

Appellant Keith Raniere appeals from an order of restitution entered by the district court. The Government moves to remand the appeal pursuant to the procedures set forth in *United States v. Jacobson*, 15 F.3d 19, 22 (2d Cir. 1994). Appellant opposes the motion. Upon due consideration, it is hereby ORDERED that the motion is GRANTED and the appeal is REMANDED.

In accordance with *Jacobson*, the mandate shall issue forthwith. Jurisdiction over the appeal will be automatically restored to this Court, without the need for a new notice of appeal, upon notification of the Clerk of Court by either party within fourteen (14) days of the district court's decision.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 04/13/2023