UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00204-NGG-VMS |
| v. | **NOTICE OF NON-STATUTORY MOTION TO COMPEL POST-JUDGMENT MATERIAL EXCULPATORY DISCOVERY** |
| KEITH RANIERE, | |
| Defendant. | **EVIDENTIARY HEARING REQUESTED** |
| | **ORAL ARGUMENT REQUESTED** |

PLEASE TAKE NOTICE that upon Memorandum of Law, dated March 31, 2023, Mr. Keith Raniere, by and through his undersigned counsel, Joseph M. Tully, will move before the United States District Court for the Eastern District of New York for an order compelling the government to disclose the exculpatory discovery items on the grounds that Mr. Raniere is entitled to said discovery as a matter of law.

This motion is brought pursuant to fundamental constitutional due process principles advanced in *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny; *Dist. Attorney's Office for the Third Judicial Dist. v. Osborne*, 557 U.S. 52 (2009); *Wright v. U. PO, Parole Officer*, 10-CV-5127 (MKB) (E.D.N.Y. Jul. 2, 2021); and *Harvey v. Horan*, 285 F.3d 298 (4th Cir. 2002).

Dated: April 14, 2023,   Respectfully submitted,

   /s/ Joseph M. Tully
Joseph M. Tully*
Martinez, CA
CA SBN 201187
Tully & Weiss Attorneys at Law
713 Main Street Martinez, CA 94553
Phone: (925) 229-9700
Fax: (925) 231-7754
*Admitted pro hac vice*

*Attorney for Defendant Keith Raniere*