U.S. Department of Justice

United States Attorney
Eastern District of New York

NJM:TH
F. #2017R01840

271 Cadman Plaza East
Brooklyn, New York 11201

May 19, 2023

By ECF

The Honorable Nicholas G. Garaufis
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Keith Raniere
Criminal Docket No. 18-204 (S-2) (NGG)

Dear Judge Garaufis:

      The government respectfully writes to request leave to file a consolidated response to the defendant Keith Raniere's third motion for a new trial, filed on May 3, 2022, and his motion to compel post-judgment discovery material, filed on April 14, 2023. ECF Docket Nos. 1168-1170, 1191-92. Both motions are predicated on same series of entirely meritless claims about the government's conduct. Since the motions raise similar issues, consolidation of the government's response will avoid unnecessary duplication.

      The government therefore respectfully requests that it be permitted to file an omnibus memorandum in opposition as to both motions by June 23, 2023, or by any date which the Court directs.

Respectfully submitted,

BREON PEACE
United States Attorney

By:   /s/
Tanya Hajjar
Assistant U.S. Attorney
(718) 254-7000

cc:     Counsel of Record (by ECF and email)