

TH
F. #2017R01840

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 20, 2023

<u>By ECF</u>

The Honorable Nicholas G. Garaufis
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     United States v. Keith Raniere
        <u>Criminal Docket No. 18-204 (S-2) (NGG)</u>

Dear Judge Garaufis:

The government respectfully requests a 30-day extension, from June 23 to July 23, 2023, to submit its consolidated response to the defendant Keith Raniere's third motion for a new trial and his motion to compel post-judgment discovery material.

Respectfully submitted,

BREON PEACE
United States Attorney

By:     /s/_____
        Tanya Hajjar
        Assistant U.S. Attorney
        (718) 254-7000

cc:     Counsel of Record (by ECF and email)