UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

Case # 1:18-CR-00204-NGG-VMS-1

- against -

NOTICE OF APPEARANCE

KEITH RANIERE,

Defendant.
-----------------------------------------------------------------X

I, the undersigned, hereby submit my notice of appearance as counsel on behalf of the defendant in the above captioned matter. I have been admitted to practice in this Court since 1998.

Dated: New York, New York
      July 20, 2023

*[signature]*
Arthur L. Aidala, Esq.
Aidala, Bertuna & Kamins, P.C.
546 Fifth Avenue, 6th Floor
New York, New York 10036
(212) 486-0011
aidalaesq@aidalalaw.com