```
RECORDING:          57005177_Apr_06_2020_13_32_30_PM

DATE:               April 6, 2020

TIME:               13:32:30 PM

PARTICIPANTS:       Keith Raniere        [RANIERE]
                    Suneel Chakravorty   [CHAKRAVORTY]
```

EXHIBIT D-001

CHAKRAVORTY:     Hey, Keith.

RANIERE:         Hey, how is it going?

CHAKRAVORTY:     It's good, how are you?

RANIERE:         Okay. Did I wake you? [Laughs]

CHAKRAVORTY:     [Laughs] No, no.

RANIERE:         So, uh, anything new on your side?

CHAKRAVORTY:     Uh, yeah. So the judges, uh, we have, uh, more
                 calls this week. Uh, David Williams is helping
                 me figure out, um, you know, what kind of… uh,
                 what compensation options, like what's the value
                 of ads on iHeart, maybe that would be attractive
                 to some of the judges.

RANIERE:         Uh-huh.

CHAKRAVORTY:     The, the one thing with judges that we're kind
                 of a little bit hitting up against the wall is
                 that a lot of them seem to get the impression
                 that it's like a lot of time and effort, and you
                 know…

RANIERE:         Uh-huh.

CHAKRAVORTY:     …it's [U/I] how do we get them to see this is so
                 bogus and, so, uh, one thing we are going to try
                 is to have them take the challenge or look at
                 the challenge like not from the brief, but…

RANIERE:         Okay.

CHAKRAVORTY:     …as a participant, um…

2

EXHIBIT D-002

RANIERE:        Or you can also have triage people. In other words, you guys can look if you have a bunch of applications, uh, if they can't… if they don't meet certain basic standards, the judges don't have to read them.

CHAKRAVORTY:    Got it.

RANIERE:        And judges can set those standards, so that they can say, "Well, that we set these standards," if you know, if, if you know, if there is no intrastate commerce, period, gone, you know.

CHAKRAVORTY:    Yeah.

RANIERE:        So they'll have people working for them to do this.

CHAKRAVORTY:    Understood. Um, cool. Uh, I also had on the podcast that, uh, on monetization we've been trying to get a hold of Fritz [ph] but he responded once, but he thinks he can help, but then he disappeared again, so we'll have to hunt him down and, and get… but, um, David says that iHeart, um, that there is another show that it's like similarly a hated person, maybe, maybe not as, as big as you…

RANIERE:        Yeah.

CHAKRAVORTY:    …but, uh, they, their ad networks weren't interested, so he ended up doing like, uh, selling vitamins and monetizing that way, so just the thought of that, maybe if we can merchandise or something else as, as an option.

RANIERE:        Uh-huh. Sell, sell T-shirts.

CHAKRAVORTY:    [Laughs] Oh, yeah, or like, you know, make your

EXHIBIT D-003

own like brand, like a tattoo, you know.

RANIERE:            Yeah, yeah.

CHAKRAVORTY:        Something. [Laughs] Uh, and then, uh, I, I
                    remember that [U/I] a while ago, uh, you told me
                    some stuff about the hard drive location and I
                    took some notes.

RANIERE:            Right.


                    [Voices overlap]

CHAKRAVORTY:        So I talked to the, uh, there were like very
                    specific notes that you get… you know, told me a
                    while back, so…

RANIERE:            Right, right, [U/I].

CHAKRAVORTY:        Anything else that you want me to send there?

RANIERE:            The pages and all that, yeah.

CHAKRAVORTY:        Yeah.

RANIERE:            Good, excellent. Uh, also I have, uh, you know,
                    I haven't been able to speak to the attorneys at
                    all.

CHAKRAVORTY:        Uh-huh.

EXHIBIT D-004

RANIERE:            And then, you know, I mean, some of this stuff,
                    like, I, I would like… and I don't know if you
                    can take permissions over the phone, but I would
                    like you guys to be able to get to my phone and
                    get data off of it. They have a mirror of the
                    phone, I believe, from uh, you know, a security
                    agency that did the custody, so, you should be
                    able to go on the phone and take off my WhatsApp
                    chats, my Telegram chats, things like that. Um,
                    so, I, I give you guys, you, you know, Nicki,
                    uh, permission to do that. And I want them to
                    enable you to do that because some of the things
                    on those chats show, you know, that I, I wasn't
                    not using the phone, you know, and things along
                    those lines.

CHAKRAVORTY:        Got it.

RANIERE:            Um, also, I, I was trying to figure out for the,
                    uh, uh, the affidavit…

CHAKRAVORTY:        Mhmm.

RANIERE:            …if there is any problem, I want you and Nicki
                    also to be able to get like my visa records and
                    passport stuff.

CHAKRAVORTY:        Got it.

RANIERE:            Because that will go in one of the, the things,
                    and also the, uh, if Marc has a thing of the
                    prosecutorial abuse, a draft of it, I also give
                    my permission for you guys to see that.

CHAKRAVORTY:        Got it.

RANIERE:            Um, and also, you know, if they… if you could
                    get all the curriculum videos like the Jness
                    downloads and things like that where I do the
                    downloads, uh, you know, I know they, they're
                    trying to work a thing with my medical

EXHIBIT D-005

condition.

I have this asthmatic cough, that I've never talk to anyone per se about, because I, you know, I didn't want to treat it that way, but it is a dangerous thing to me and I'm coughing all over the place in these things. So you may, you may want to [chuckles] make a cough compendium, uh, and also if you could get the computer guy to get a summary to me, and also, please, tell Marc and Paul, it is vitally important as far as I'm concerned to get a mirror, the, the mirrored data from that drive. We have to get more granular. This report isn't granular enough. There are so many things that can't be seen, and there are pictures on that, that backup that were never… backed up. There's pictures of like a tree and things like that. I think that even came off the phone, not necessarily the SD card. Uh, it's, this seems so outlandish, so tampered with this disk, this, uh, drive, you know?

CHAKRAVORTY:     Yeah, absolutely.

RANIERE:     I would also like to know from Marc how, how long until that new motion is ready to go, even if he doesn't file it, I want to know when it's ready. I would love to see it if I could and then, of course, there's the jurisdictional motion and, uh, a, a motion for new evidence, which I think this motion that he's doing now might open the door for that and I wanted to know, because I don't speak to him, so I'm gonna, I guess I have to speak to him through you.

CHAKRAVORTY:     Okay. Is it okay if I, I just share this recording with, with Paul, Marc and Teny?

RANIERE:     Yeah, yeah.

CHAKRAVORTY:     Okay.

EXHIBIT D-006

RANIERE:        At least it's part of it.

CHAKRAVORTY:    Yeah.

RANIERE:        With my, my permissions, my hearty permissions.

CHAKRAVORTY:    Yeah, of course.

RANIERE:        So, um, anything else needed, let's say, for
                podcast and stuff like that?

CHAKRAVORTY:    Um, I, I don't… uh, I don't think so, for this,
                uh, um, yes, actually there is, uh… I don't
                think we need it, but right now we're, we're
                putting together the, the better, ideally better
                first episode and, uh, there, we have it as you
                with the social repugnance intro, where you say
                "be prepared."

RANIERE:        Yeah.

CHAKRAVORTY:    And then going and, and some scripts and then
                going into your talking about the challenge and
                then we're trying to figure out a way to end it.
                We have a couple of options, uh, the appeal to
                reason, uh, also Lady Justice being blind. Uh,
                we have a few things like that.

RANIERE:        Yeah.

CHAKRAVORTY:    I don't know if there is another option, or way
                that you want to end the first episode that, um,
                could be interesting, but, uh, nothing else
                comes to mind right now.

RANIERE:        Uh, I'll have to think about that. Maybe for
                next time if I can call you.

EXHIBIT D-007

CHAKRAVORTY:     Okay.

RANIERE:         Um, yeah, you know, uh, uh, you… you… how many
                 of these 10 points do you have now documented
                 and done, you know, here's the evidence?

CHAKRAVORTY:     Uh, six out of ten that, the things are
                 collected. Today I'm going to put those together
                 so it's documented and done.

RANIERE:         Done, done… yeah.

CHAKRAVORTY:     Yeah. Uh, and then you…

RANIERE:         And where you have some, but not enou… not…

CHAKRAVORTY:     So, for two of them is, uh, Marc's motion.

RANIERE:         His new motion or his old one?

CHAKRAVORTY:     The new motion, like the wit… how witnesses were
                 handled and stuff like that.

RANIERE:         Oh, I see, yeah.

CHAKRAVORTY:     So that would us to eight and then, uh, the fear
                 for your life and uh, the flight risk… I'm
                 tracking down those documents and, and using
                 some videos from [U/I], uh, Diego and, uh, some
                 people coming up with videos of like the peace
                 movement, the peace statement, V-week and stuff
                 like that.

RANIERE:         As far as… I've done, I've done that in Forums
                 too, you know. There are Forums, if they have
                 them by key words that can find stuff with non-
                 violence and…

EXHIBIT D-008

CHAKRAVORTY:    Yeah.

RANIERE:        So, yeah, it's interesting, the whole fear for
                my life is such a lie.

CHAKRAVORTY:    It's [U/I], it's like the most absurd lie if
                they actually knew you.

RANIERE:        Uh, Sahajo actually has some experience with
                that, Sahajo's ex-boyfriend…

CHAKRAVORTY:    Uh-huh.

RANIERE:        …um, he said at one point, he said, uh, you
                know, "I'm scared for my life," and then he did
                an arbitration with Nancy and that basically
                turned out to be just nothing, he was just
                saying that. [Laughs] You know, [U/I], you get
                her testimonial that he did that. So, you know,
                this whole drumming of "I'm scared for my life,
                I'm scared for my life, I'm scared for my life"
                is crazy.

CHAKRAVORTY:    Okay, I'll, I'll follow up with her.

RANIERE:        Yeah, at some point, I was thinking of
                addressing also the Cami, uh, charges without
                going too far, without splitting up her family,
                without hurting appeal, without, because, you
                know, no matter how I address it, it, uh… you
                know,[chuckles]. It, it doesn't… they… no one
                will believe me, but that's not the issue, the
                issue is, it actually doesn't matter as… uh, you
                know, it's just like if I were a murderer and
                I'm being charged with arson, you can say "he's
                a murderer, he's a murderer, he's a murderer"
                all you want and even prove that, but if I'm not
                charged with it, it's not relevant, you know.

CHAKRAVORTY:    Yeah.

EXHIBIT D-009

RANIERE:          And the prosecution loves this, and then in the
                  press release they try to say, you know, they
                  say somehow showed I had sex with her and I
                  didn't, it's just not, you know.

CHAKRAVORTY:      Yeah.

RANIERE:          So, but then, uh, you know, when it comes down
                  to the technical things, the absurdity of a
                  computer that isn't yours, being backed-up on a
                  drive you could never access and that you
                  wouldn't even known about, that wasn't yours,
                  and that somehow gets possession. It's crazy,
                  because to possess something, you have to be
                  able to control it, [U/I] access it, you have to
                  at least know where it is, you know.

CHAKRAVORTY:      Uh, yeah, it's insane. So, uh, do you, do you
                  have any sense of how much longer your modified
                  lockdown is going to be or...

RANIERE:          Um, at least another, uh, eight days.

CHAKRAVORTY:      Okay.

RANIERE:          It's a 14-day thing.

CHAKRAVORTY:      Okay.


                  [Voices overlap]

RANIERE:          So, yeah, did, did you get, did you get to speak
                  to the computer guy about those, uh, notes that
                  I've given you, anytime…

CHAKRAVORTY:      Uh.

RANIERE:          …did he have them when he wrote this report or…?

CHAKRAVORTY:   Uh, he didn't have them, I, I forgot that I, I
               had those notes, those specific ones…

RANIERE:       Oh.

CHAKRAVORTY:   …but I'm gonna, uh, but I'm gonna speak with him
               today and, uh, and, uh, give, give those to him.

RANIERE:       Yeah, okay, because hopefully he can look
               through, because there is… uh, if I remember,
               they are based on the report that I had written
               on while I was in the middle of trial and I had
               to, you know, I only had it for a few minutes
               and the, uh, the judge didn't want me, and uh,
               nor did my team want me looking through the
               voluminous report, so I, you know, sort of
               thumbed through it quickly to try to grab some
               things.

CHAKRAVORTY:   Uh-hum. He said he had an..

RANIERE:       What?

CHAKRAVORTY:   …[U/I], no, he said he had an, an email that
               Paul wrote, I think, maybe it's like a written
               version of those notes and not the originals, so
               I'll ask, uh, I'll ask him.

RANIERE:       Oh, okay.

CHAKRAVORTY:   Yeah.

RANIERE:       All right, yeah, the important things are, of
               course, the rotated picture or pictures and the
               things…

CHAKRAVORTY:   Uh-huh.

EXHIBIT D-011

RANIERE:        …that are in the wrong directories.

CHAKRAVORTY:    Yeah… Got it.

RANIERE:        So, and wrong directories. And also pictures
                that shouldn't even be anywhere, like pictures
                of me in someone's directory, pictures of a tree
                or, you know… stuff like that.

CHAKRAVORTY:    Uh-huh. Got it.

RANIERE:        All right, uh, I can't think of anything else at
                the, the moment. Anything else on your… because
                we only have a few minutes left.

CHAKRAVORTY:    Um, it's just the update on, on your health
                stuff, uh, we're looking into um, apparently a,
                a doctor that you've seen, [U/I] 2003, uh, I
                guess the, the term is called cardiomegaly, I
                don't know if that's the term, but so Brandon
                told me, so we're trying to find those records.
                Uh, no luck on, on, uh, anything to do with the
                asthmatic stuff yet, but the pharma… you know,
                but the pharmacy…

                [Voices overlap]

RANIERE:        [U/I] is all over pharmacies…

CHAKRAVORTY:    Yeah.

RANIERE:        [U/I] or Clifton Park, but it's also possible
                there is a place in Watervliet we got it, I
                don't know, but I think it was just Clifton Park
                or Latham, probably Latham at that time period.

CHAKRAVORTY:    So we called all the ones in Latham and Clifton
                Park and, uh, CVS and Rite Aid don't keep
                records past two years, but CDPHP didn't have

EXHIBIT D-012

it, so, um, maybe they don't.

RANIERE:         Is there another HMO besides CDPHP in the Albany
                 area?

CHAKRAVORTY:     I'm not sure, but I'll, I'll ask them and find
                 out, I'll speak with Brandon and Danielle.

RANIERE:         Okay.

CHAKRAVORTY:     [U/I].

RANIERE:         All right, well, hopefully we figure it out at
                 some point. Ay.

CHAKRAVORTY:     Uh.

RANIERE:         …uh, you know, because I don't carry my ailments
                 with me, as a suffering thing, now I get hurt
                 for it. [Laughs]

CHAKRAVORTY:     [Laughs]

RANIERE:         If I [U/I] I suffered all my life, it would have
                 been…

CHAKRAVORTY:     It would have been different.

RANIERE:         Yeah.

CHAKRAVORTY:     I mean, I, I, I, I guess, well, [U/I].

RANIERE:         Yeah.

CHAKRAVORTY:     Uh, um…

EXHIBIT D-013

RANIERE:        I wonder if my childhood physicians, probably
                not alive or whatever, if they would have any… I
                don't think he diagnosed it as an asthmatic
                cough back then, though.

CHAKRAVORTY:    Huh.

RANIERE:        But I definitely had a hard cough.

CHAKRAVORTY:    Uh-hum.

RANIERE:        He was, he was a guy in Rockland County named
                Dr. Demarco.
                D-e-m-a-r-c-o.

CHAKRAVORTY:    Do you remember his first name… or not?

RANIERE:        No.

CHAKRAVORTY:    Okay.

RANIERE:        But he was in Suffern, Suffern, New York.

CHAKRAVORTY:    Okay.

RANIERE:        So… all right, yeah, I don't know, if they would
                just have that I have this, these coughs and
                these high fevers and sinus infections probably.

CHAKRAVORTY:    Uh-huh. Okay, we'll try to run down that lead as
                well.

RANIERE:        Yeah, and I think it was a Dr. Shore [ph] in
                Brooklyn when I was a little, little kid, but
                that was like, you know, 55 years ago or
                something, so.

EXHIBIT D-014

```
CHAKRAVORTY:    Uh-huh.


RANIERE:        All right, well, we only have about 15 seconds
                left, so say hello to everyone for me [chuckles]
                I guess I'll speak to you guys Wednesday or
                something.


CHAKRAVORTY:    Okay, be well, I will.


RANIERE:        Yeah, yeah, and then try to move on these
                things, if possible, I know it's hard.


CHAKRAVORTY:    Yeah, we will, we will, we'll do our best.


RANIERE:        Okay, all right.


                [END OF CALL]
```

EXHIBIT D-015

```
RECORDING:          57005177_Apr_08_2020_09_19_51_AM

DATE:               April 8, 2020

TIME:               09:19:51 AM

PARTICIPANTS:       Keith Raniere      [RANIERE]
                    Suneel Chakravorty [CHAKRAVORTY]
```

EXHIBIT D-016

RANIERE:        Hello.

CHAKRAVORTY:    Hello.

RANIERE:        Hey, what's going on?

CHAKRAVORTY:    Uh, uh, not, not much. Uh, how are you?

RANIERE:        Uh, okay, there is a rumor this is going to go
                on for another 14 days. From here.

CHAKRAVORTY:    What? Okay. Damn!

RANIERE:        So.

CHAKRAVORTY:    Okay.

RANIERE:        I'm not sure, but it sounds like it.

CHAKRAVORTY:    Okay, that's not, that's not good.

RANIERE:        No, it's not. What's, what's new on your end?

CHAKRAVORTY:    So new on our end here, uh, for the affidavit,
                uh, I have a bunch of, uh, stuff from the
                lawyers on different, uh, motions, so they can
                compile that today.

                [Voices overlap]

RANIERE:        Hold on, hold on.

CHAKRAVORTY:    Uh, getting…

EXHIBIT D-017

RANIERE:        Okay, I'm sorry about that… Go on.

CHAKRAVORTY:    Oh, okay, uh, as far as getting your cell phone,
                uh, apparently that's, that's considered
                contraband, um . . .

RANIERE:        Yeah, I just read an email from Marc. I wasn't
                able to respond to any of them because since I
                have to do this so quickly…

CHAKRAVORTY:    Okay.

RANIERE:        …uh, tell him I just… You can tell him I just
                got his email this morning. I was not able to
                respond, uh, but did read through them  quickly.

                Uh, I think the phone is still my property. That
                was… I don't think it was ever even subpoenaed.

CHAKRAVORTY:    Oh, okay.

RANIERE:        Um, so, you know and I… as, as far as pictures…
                there is nothing there, I believe is considered…
                I don't know, I mean, I guess they can try to
                say certain pictures were considered illegal or
                something like that, but, um, you know, uh, uh,
                see what, see what he can do because that phone
                has not been subpoenaed.

CHAKRAVORTY:    Okay, and I, I just need like screenshots of the
                different messages during that specific date
                range…

RANIERE:        Right.

CHAKRAVORTY:    …so.

RANIERE:        Right.

3

RANIERE:        So, and it's on WhatsApp and Telegram. There are things…

CHAKRAVORTY:    Yeah.

RANIERE:        …with respect to Sylvie that could be like… um, in something else, but, uh, the Telegram and the WhatsApp are the big… WhatsApp in particular, uh, but also Telegram. I think I…

CHAKRAVORTY:    Okay.

RANIERE:        …dealt with like Sean Bergeron in WhatsApp and a few other people like that. Not a lot, but you know.

CHAKRAVORTY:    Got it.

RANIERE:        It's definitely I used it… so.

CHAKRAVORTY:    Got it.

RANIERE:        And the government knows it.

CHAKRAVORTY:    Yeah, hmm, yeah, I guess, uh, the other difficulty is just them getting to the hard drive. Because [U/I] Marc is saying he may not be able to because I, I guess the office is closed or some… something like, so that, uh…

RANIERE:        Push as hard as they can.

CHAKRAVORTY:    [U/I]. Yeah.

RANIERE:        You know what I mean?

EXHIBIT D-019

CHAKRAVORTY:    Okay.

RANIERE:        Keep on pushing.

CHAKRAVORTY:    Yeah.

RANIERE:        Don't stop.

CHAKRAVORTY:    I won't, yeah, I, I'll… okay.

RANIERE:        Yeah. Sorry about that, but…

CHAKRAVORTY:    Yeah. No, no, it's necessary, and I, I
                appreciate it. Uh…

RANIERE:        Anything else from judges?

CHAKRAVORTY:    Judges, we're speaking to to, uh, Ashley
                McMahan, she is a part of The Law Ladies today.

RANIERE:        Uh-huh.

CHAKRAVORTY:    I, I think it's the first call with her beyond,
                uh, Marc's like introductory [U/I] call.

RANIERE:        Uh-huh.

CHAKRAVORTY:    So we'll see how… where we're at with that, um,
                in a couple of hours.

RANIERE:        Uh-huh. I, I also read from Marc that the, uh,
                judge responded to the Motion 33, as, as we
                expected, saying that "Well, I guess the
                witnesses lied, the government, the government
                didn't know about it, and the evidence was so
                overwhelming."

EXHIBIT D-020

CHAKRAVORTY:     Wow. Wow.

RANIERE:         Yeah, what do you expect? This judge wants me
                 away forever. Either he's been… he just wants it
                 from his opinion or has been told that, you
                 know, I, I lean towards he's being corrupt, but
                 I don't know.

CHAKRAVORTY:     It looks that way.

RANIERE:         Yeah.

CHAKRAVORTY:     [U/I].

RANIERE:         Yeah, I mean, it's, it's absurd, the major
                 witnesses all lied. [Laughs] And they, they
                 don't prove any of the points of the basic
                 charges. Most, uh, uh, you know, not most of
                 them. [Laughs] And yet, you know.

CHAKRAVORTY:     Yeah.

RANIERE:         It's, uh… How is Marc's attitude? Do you think,
                 do you think he's riled up to…?

                 [Voices overlap]

CHAKRAVORTY:     I don't think so. That's not my impression. My
                 impression is, uh, more, more of the same, like
                 intellectually upset, but, you know, more
                 committed to working within the system and
                 accepting this is how it is and…

RANIERE:         How?

CHAKRAVORTY:     [U/I]. That's my feeling, I don't… it's not
                 based on a lot of data. It's just our
                 interactions, and how, how he speaks, how we
                 speak, um, he doesn't seem amped up to really

6

|  |  |
|---|---|
| | push. But I mean, I could be wrong. |
| RANIERE: | Well, maybe he needs to hear that every once in a while, so you know, you sound just so mild-mannered and uh, you know, that seems, you seem intellectually upset, but really not emotionally behind this. Like a beaten puppy. |
| CHAKRAVORTY: | You know, it, it, it seems like that, and uh, I think Nicki spoke with him last weekend and conveyed that, and I think he got upset, so I've, I've been trying to like not… |
| RANIERE: | No. |
| CHAKRAVORTY: | …push too many buttons, but… |
| RANIERE: | No. |
| CHAKRAVORTY: | …uh, maybe [U/I]. |
| RANIERE: | Maybe she is the one that has to deliver that. You you are the good cop. She's the bad cop, I don't know. |
| CHAKRAVORTY: | [Laughs] I, I don't, I don't even think I'm seen as the good cop, I'm just the okay cop, but… |
| RANIERE: | Yeah. |
| CHAKRAVORTY: | …but uh, I hope we'll balance it between us and keep on pushing as much as we can. |
| RANIERE: | Okay. |
| CHAKRAVORTY: | Um, as, as far as the other stuff, um, the podcast, we're moving forward with. It's taking a little longer than I thought, but I think we'll end up with something good within a few |

EXHIBIT D-022

```
                    days with the teaser, and then hopefully over
                    the weekend, for the first, first episode…


RANIERE:            Uh-huh.


CHAKRAVORTY:        …and I guess iHeart to get, get like, uh, first
                    [U/I] to help us with monetization. He has
                    ideas, he's working over some of the
                    correspondence, which you've done so far.


RANIERE:            Yeah.


CHAKRAVORTY:        I think, I think there is more, um, stuff
                    missing there.


RANIERE:            Uh, Fritz has actually been spoken with?


CHAKRAVORTY:        He's been spoken with, texted with, [U/I] emails
                    yesterday. [U/I], now it's like, uh, the danger
                    zone of the follow-up, so I will, will keep on
                    him for that.


RANIERE:            The danger zone of what?


CHAKRAVORTY:        Of the follow-up. [U/I].


RANIERE:            Oh, yeah, yeah, yeah. [Laughs] Yeah, by the way,
                    be sure to send everyone my regards because I, I
                    have such limited communication.


CHAKRAVORTY:        Yeah, I, I do and I, I will. I will.


RANIERE:            Yeah, I was, I was contemplating doing for a
                    podcast, something on the Cami thing, but I have
                    to tread because of appeal, because of love,
                    because of prejudice and because of her family.
                    So…
```

EXHIBIT D-023

CHAKRAVORTY:     Yeah.

RANIERE:         I don't know, at, at, at some point I think I
                 will. I might, you know.

CHAKRAVORTY:     Okay.

RANIERE:         But, you know, the, the thing is, and one of the
                 things I mentioned is anything I say about my
                 innocence won't be believed.

CHAKRAVORTY:     Right.

RANIERE:         So I may as well not try to protest, because
                 then it sounds like, "Oh, he's protesting too
                 much," or you know, then they'll try to
                 criticize it, they are going to criticize what I
                 say anyway, but at least try to separate the
                 prejudice away from the, the law, you know.

CHAKRAVORTY:     Yeah, I know, that, that's the key point that
                 people don't get. Even like lawyers don't get.

                 [Voices overlap]

RANIERE:         Yeah, it's, it's, it's amazing and like for
                 example, this judge saying the evidence is
                 overwhelming. I mean, first of all I know the
                 truth, so I know the evidence isn't overwhelming
                 because it's untrue. But second of all I, I know
                 what I've seen of the law and we… even with my…
                 if you will, esteemed team has said and the
                 evidence isn't overwhelming at all. It, it's
                 just not. It's massively prejudicial.

CHAKRAVORTY:     It's non, it's non-existent.

RANIERE:         What?

EXHIBIT D-024

CHAKRAVORTY:     Yeah. It's non-existent.

RANIERE:         So, yeah, it's, it's crazy. Yeah, I feel like…

CHAKRAVORTY:     Yeah.

RANIERE:         …I'm definitely in an upside-down world.

CHAKRAVORTY:     You are in a, a, a Kafka "The Trial" or
                 something. [Laughs]

RANIERE:         Yeah, could you find out from Marc when he's
                 anticipating filing this next motion too, this
                 broader one?

CHAKRAVORTY:     Yes, I will. I, I'll talk to him today on that.

RANIERE:         And also the jurisdic… the two other motions I
                 would… you know, the narrow jurisdictional
                 motion. Um, and the wisdom of filing that, which
                 I believe there's not much downside. And then
                 the broader issue of, um, does this new motion
                 he's going to file, open the door for the new
                 evidence motion?

CHAKRAVORTY:     Okay, I'll, I'll ask him those questions today.

RANIERE:         Yeah, all three of those things.

CHAKRAVORTY:     Oh, uh, okay, yes, yes there were three.
                 [Chuckles]

RANIERE:         Yeah, so, I, um, yeah, I don't know what to say,
                 you know, it just feels like no matter what we
                 say, ha, he, he will defend… I mean that the
                 prosecution didn't know about it is an
                 absurdity.

EXHIBIT D-025

CHAKRAVORTY: Yeah, I think that's why the affidavit is really important for this. I wanted to ask you like on a timing stuff, like what should we be thinking timing-wise because some of these things are uncertain.

RANIERE: Well, first of all, we get this all done, we get this ready to go. Okay, so it's ready to go out the door, including the podcast, including the affidavit, including the challenge, you know…

CHAKRAVORTY: Okay.

RANIERE: …and then we decide to strategically release them depending on how the media and all is. We do also want to get some media signatures on the petition.

CHAKRAVORTY: Yeah.

RANIERE: Because first, first we get the affidavit, [U/I] the petition and then we go…

[Voices overlap]

CHAKRAVORTY: Yeah.

RANIERE: …with the follow up.

CHAKRAVORTY: Understood.

RANIERE: So, Okay, uh, I'm… trying to think if there is anything else right now. What else do you know?

CHAKRAVORTY: Uh, I think that, that was it from, that was it from, from my end. Uh, I guess there was one, one thought just, uh, on how we can communicate better, like that the challenge is just [U/I]

EXHIBIT D-026

the prosecution case [U/I].

RANIERE:        The challenge is what? I can't hear you, I think
                you're walking.

CHAKRAVORTY:    Oh, no, I, I, I, uh…

RANIERE:        You're what?

CHAKRAVORTY:    …I [U/I] a little bit. Oh, no, I was just saying
                that with, with judges, one, one thing that
                they, uh, uh, seem not to get is that this is
                just checking the prosecutor's homework, like
                they can't wrap their mind around it yet, so I
                don't know if you have [U/I] metaphor or any way
                that we can [U/I] better, [U/I] think about it.
                Uh, we [U/I] definitely, that's, that's the
                [U/I] for them to grasp.

RANIERE:        Okay. I'm having a lot of trouble hearing you
                because there seems to be a, a lot of
                interference and it almost sounds like you're
                either walking or there is wind or something, I
                don't know.

CHAKRAVORTY:    There was a little wind because I just got out
                of the car, but now, is it better?

RANIERE:        Oh, yeah, much.

CHAKRAVORTY:    Okay, sorry.

RANIERE:        It's like everything is clear. So what's the
                thing they, they can't get? That they're
                checking the prosecutor's homework, so to speak?

CHAKRAVORTY:    Yeah, they think, is that like, like that
                concept is, is a very narrow challenge, but they
                think they have this big really hard thing
                that's going to take a lot of time, and that

EXHIBIT D-027

thing is just checking the argument itself,
[U/I]

RANIERE:        Or maybe…

CHAKRAVORTY:    …it's been done and…

RANIERE:        …well maybe asking them that. So, you know, here
is the, here is the problem that you, you may be
able to help with. Some people are potential
judges, even lawyers of esteem, you know, see,
this is a massive problem when it's actually
checking the prosecution's homework. I like that
phrase very much… you know?

CHAKRAVORTY:    Okay.

RANIERE:        And really, it's much more narrow than that
because this is so absurd. You know this is,
this is like checking a, you know, a murder case
that doesn't have a body, doesn't have a weapon,
you know, and they established the motive that's
shown to be false.

CHAKRAVORTY:    Got it, okay… Okay, we, we will, uh, try that
today.

RANIERE:        And there, there is certain things… What?

CHAKRAVORTY:    I said, we'll, we'll try that today with, with
Ashley, potentially.

RANIERE:        Yeah, yeah, good, because, uh, yeah, I'd like to
get some of these people ready and, and they
should know that they'll have help too. So in
other words, if there is the… the more mundane
eliminations that can be done, which… of people
that actually, uh, feel they've solved it, which
it's hard to imagine they would. Um, if, you
know, they're going to have very few that, uh,

EXHIBIT D-028

actually come up to them.

CHAKRAVORTY:    Yep.

RANIERE:    You know, some… you'll even have some people say, "Well, it's interesting because she's, uh, she travelled from Brooklyn to Albany." Well, that's not true. I mean, it's, it's… that's true, but that doesn't make it interstate.

CHAKRAVORTY:    Right, yeah. [Chuckles] We're on the same page.

RANIERE:    You know, or, uh, it's interstate because when she was young, she lived in Arizona. That doesn't make it interstate either, you know.

CHAKRAVORTY:    Yeah.

RANIERE:    So, yeah, it is, it is disturbing about the Motion 33, even though it's exactly what we expected… to see, to see such a big splat-out is crazy.

CHAKRAVORTY:    Exactly. I didn't know that, that things were like this in actuality, you know, because it's like a movie, but it's, way worse, because it was real.

RANIERE:    Yeah.

CHAKRAVORTY:    Uh…

RANIERE:    Yeah, and I'm, and I'm looking, you know, I'll be in here for the rest of my life if we don't do something. Or… and the rest of my life might not be that long considering the way things are in here, you know. Once I get to a, a destination point, because I'll go to a pen.

---

EXHIBIT D-029

CHAKRAVORTY:     Huh.

RANIERE:         So.

CHAKRAVORTY:     Yeah.

RANIERE:         So we gotta get… we, what we have to do also is
                 get scrutiny on this judge, get some pundit who
                 is willing to speak out about what this judge is
                 saying, which is crazy, and the judge needs to
                 know he's being watched…

CHAKRAVORTY:     Yeah.

RANIERE:         …by someone who is wise.

CHAKRAVORTY:     Yeah.

RANIERE:         So. Now we gotta figure out the next step with
                 Dershowitz.

CHAKRAVORTY:     Yes, okay.

RANIERE:         All right, but we have left, we have five
                 seconds, so, I guess I will, uh, speak to you
                 Friday.

CHAKRAVORTY:     Okay.

RANIERE:         Okay, bye.

EXHIBIT D-030

| | |
|---|---|
| RECORDING: | 57005177_Apr_24_2020_13_28_02_PM |
| DATE: | April 24, 2020 |
| TIME: | 1:28 P.M. |
| PARTICIPANTS: | Keith Raniere          [RANIERE]<br>Suneel Chakravorty     [CHAKRAVORTY] |

EXHIBIT D-031

CHAKRAVORTY:   Hey Keith

RANIERE:       Hey, that's the third call.

CHAKRAVORTY:   Oh, this is the third one? The first one I got
               but I was on another call and I tried to switch
               to you, and by the time I switched you were
               gone.

RANIERE:       Ah. Yeah, no it rolls over to answering and then
               there's a pattern like that. I sort of think it
               blocks you from picking up.

CHAKRAVORTY:   Oh. Sorry about that.

RANIERE:       So, how are things?

CHAKRAVORTY:   Things are… uh, things are good, I think. Um, on
               the podcast, there we have a teaser out to one,
               one person that David was going to get feedback
               on today.  The producer?

RANIERE:       Yeah.

CHAKRAVORTY:   And then if that's good, [U/I] send to iHeart
               and start that process.

RANIERE:       I, I have a terrible thing about the teaser.

CHAKRAVORTY:   O.K.

RANIERE:       I might have a better way even to do it.

CHAKRAVORTY:   [Laughs] O.K.

RANIERE:       Here's what I imagined.  And a lot of my ideas
               are either ridiculous, over the top, not usable.

EXHIBIT D-032

So, you'd run the idea by before, but it would be pretty easy to produce. Pretty much the same way. You know how you start with… you know, uh, the stuff you had said at one point. You guys were going to start with like newscasts and stuff? Are you still doing that sort of a collage of like newscast stuff?

CHAKRAVORTY: Yeah, we have some clips of that. Yeah.

RANIERE: O.K. So if you have that sort of a thing and either right after that or maybe having the woman's voice in there, then have another collage of news-seeming type things. But now it's all the things, like, um, you might have me saying "This is untrue and a fabrication." And then it says, "The media has gone crazy" and then someone else says "Over 10 million dollars has been placed to, against him. The judge says all of the witnesses have lied. Because of all these different, uh, things about what happened. You know in the middle of key witness testimony, she was just dismissed. You know, all different newscasters saying like the crazy stuff, including some of the crazy conditions that I lived in here.

CHAKRAVORTY: Hmm.

RANIERE: So, it sounds like something awful from a third world country which is exactly what it's like, and then, you know, maybe it even stops with the like sound of a gavel, or something like that. And then I say, I've been convicted of crimes I didn't commit and I'm innocent. You know, something like that.

CHAKRAVORTY: That's awesome. The second collage, do those exist or those are ones you create?

RANIERE: No, I think you'd have to create them, but use factual things. Including, for example, the judge in his, uh, response to Marc's last motion

EXHIBIT D-033

said the witness has lied.

CHAKRAVORTY:    Wow.

RANIERE:        So, what does that mean. The judge did say that
                all the major witnesses in Mr. Raniere's case
                lied.

CHAKRAVORTY:    Wow. I love it.  I think it's also…we just need
                to see some voiceover people do [U/I] that kind
                of stuff.  I think it's perfect.

RANIERE:        Yeah. Well, ask David. You know, you guys have a
                better feel, so you bring about all this
                controversy about me, then you bring up what
                happened. Including, you know, here it is,
                there's no power and no heat. Right? And it's
                actually.  I'm in the cell that the wind hits
                directly. There's the heavy winds. Wind chill
                factor of 40 below zero. The two coldest times,
                the polar vortex or whatever. The two coldest
                days. We had no power and no heat. Uh, you know
                water was freezing in my room and in the
                toilets. You know.

CHAKRAVORTY:    Hmm.

RANIERE:        There's the, but even comments like that. And
                one comment would be, and I think it should be
                some of the controversial stuff you know.
                Richard Donoghue, head of the Eastern District
                of New York, lied to the press today saying
                there were forced abortions.

CHAKRAVORTY:    Wow.

RANIERE:        Right?

CHAKRAVORTY:    Yeah.

EXHIBIT D-034

RANIERE:        And another voice says, uh, the prosecution
                tampered with evidence. Take some of the stuff
                off the affidavit.

CHAKRAVORTY:    Wow. O.K. I will convey, I will convey that… I
                was thinking about….

RANIERE:        So that's, uh, that's just one of my crazy
                thoughts.

CHAKRAVORTY:    It's definitely, it's definitely crazy, in a
                good way.  So, I'll ask for the… see I know, I
                know David doesn't like the, the things that are
                like more "woe is me," like you're badly
                treated, but people should care but apparently
                people, you know… but I think everything else.

RANIERE:        Well, it's not, it's not "woe is me", it's just
                the craziness of even what happened.
                Unfortunately, well fortunately David wasn't
                here. But, uh, no, I mean, uh, people could know
                that within the prison of the United States, you
                know, this sort of thing could happen. It
                doesn't mean you have to put those in. But the
                purpose of those things is not "woe is me". The
                purpose of those things is to illustrate
                conditions that people wouldn't believe. That
                are…

CHAKRAVORTY:    Right.

RANIERE:        And you can tell him that. That are… and you can
                tell him this.  That are as fantastical as the
                story against me. And I use that word
                fantastical. You know what I mean?  It's much
                harder to deflate a story with the banal, boring
                truth. But if you take the crazy aspects of the
                truth. People wanna… "Oh, my God that's even
                crazier, you mean all that stuff is not true?."
                 "This is what's true!  Oh, my God". You know
                what I mean?

---

5

CHAKRAVORTY:    Yeah. Yeah.

RANIERE:        So, creating that effect might help. Maybe not.

CHAKRAVORTY:    O.K.  Cool.

RANIERE:        So, uh, I had another potential podcast thing I
                tried to [U/I]. Do you have anything on your
                side?

CHAKRAVORTY:    Um, on the podcast? Uh, not, uh, no.

RANIERE:        Judges? Anything?

CHAKRAVORTY:    Oh, uh, judges, we're speaking with Ashley today
                at 5:00, Marty [U/I], who was a formerly
                wrongfully-convicted lawyer tomorrow, ah, [U/I]
                just responded to me by email that she has some
                personal and professional tragedies right now
                and she'll write soon more….so I'll….

RANIERE:        She what?  What did she say? Some personal
                tragic…

CHAKRAVORTY:    She's been dealing with that and sorry for not
                responding and she'll write soon, she'll write
                more soon.  And then, we'll see. After that.

RANIERE:        Alright, alright, so it sounds like she's still
                open.

CHAKRAVORTY:    Sounds like she's still open and she said that
                she would need income, though, so we can maybe
                figure that out with her.

RANIERE:        Ah, O.K. Alright.

CHAKRAVORTY:     And we're going to try to meet with Nicole
                 sooner than, what we initially scheduled for a
                 follow up.

RANIERE:         Good.

CHAKRAVORTY:     So that's all… that's all I'm…

RANIERE:         Well, we got, we have to have an urgency

CHAKRAVORTY:     Yes, absolutely.

RANIERE:         So.  Alright, um, should I do a little podcast?

CHAKRAVORTY:     Absolutely. I'll give you the countdown. 3-2-1.
                 Go.

RANIERE:         This next part talks about fear and the "like
                 me" disease. There's a system that's currently
                 in and actually compromises…comprises most of
                 our justice system. And that is the system of
                 judges, prosecutors and defense attorneys. Often
                 we've seen on T.V., you know, two attorneys are
                 going at it in court, you know, one against the
                 other, and then, afterwards, they go out and,
                 you know, play tennis or have, you know, 18
                 rounds of golf or whatever it is together, 18
                 holes, and, uh, you know,  they're friends. And
                 that is actually a wonderful demonstration that
                 in a game, in a contest, you can be really
                 opponents, going after each other the best you
                 can within that contest and yet still be
                 friends. And this is very, very important.

                 But that can be perverted, that can be abused.
                 When you're playing a game with someone, or in
                 some sort of professional contest, and the
                 person does something that is immoral. The
                 person does something that demonstrates not
                 their character within the game as being
                 aggressive or strategic or whatever but

EXHIBIT D-037

literally their morality about the game. For
example, if you're playing some sort of a game,
say you're having a chess match with someone and
you see that they cheat and there's actually a
lot on the line.  Maybe even, you either put up
money, or there's, I don't know, it's a big
tournament and this person has illustrated to
you that they're willing to sacrifice the honor
of the game, just to win. That, by moral
necessity, should change the way you treat them
in the outside world. So, if there are two
attorneys in a court of law and one attorney
does something that is immoral that doesn't mean
that outside of the court of law they're
automatically friends and it's as if nothing had
happened.

Because if you're in a contest with someone and
you're both acting morally and you're both
uphold…, and you're both upholding principles,
that upholds the humanity and the connection
between you.  I mean, for example if I have, you
know, an opponent that's doing incredible things
and really decimating me, you know, and
strategically maybe duping me and doing all
these things, but it's all within the way the
game works, all within the rules, then I admire
them more. And afterwards, it's fantastic, I'll
just be in awe of them.  But by the same thing,
the same token, if that opponent is doing things
that are immoral, that are just really base,
then after the game I…I don't really want to
associate with them anymore.

But in the system of defense attorneys,
prosecutors and judges, you know they go to
conferences together. They often have parties
together, Christmas parties together and things
like that. And there is a "like me" disease. And
it's interesting with, between prosecutors and
defense attorneys, often defense attorneys were
prosecutors and they have a type of horse-
trading that goes on. In other words, if the
defense attorney, if they have a client that's
guilty and going to plea, they help that client,
they make the whole thing go easier that makes
the prosecution like them more, so that when

8

they need another favor down the road, they can get that favor. This is because they start trading favors, and when you listen to them speak, when you listen… even defense attorneys speak, sometimes your mouth just drops open. When you start looking at, they're talking about favors, they're talking about horse trading, they're talking about having the prosecution like them, or upsetting the prosecution or things like that and the truth of the matter is the prosecution should not have emotions about the case. And there should be no fear of upsetting the prosecution.

Likewise, with the judge. Unfortunately, in our society now, judges, judges are seldom criticized, you seldom see them criticized in the media, people seldom talk about their errors and things like that. They are held in a position that is above even the President's type of power. It has very little check and balance, except for the appeals process. But it's interesting. There's a person, Preet Bharara, who was head of the Southern District at one point. He even said that there are corrupt judges. Some judges are corrupt. And some of the consultants we have had, had, said things along the lines that, it doesn't matter, we don't have to be able get to any judge.

The thing that people do that is dishonest is they get the case in front of a judge that they have positioned within each of the circuits. So, there are some judges that are corrupt, within the circuits, including in the appeals courts, and they just make sure that cases go in front of those judges. Those judges that are moveable or those judges that are even in some cases buyable and things like that and judges are never questioned.

Now if a judge is, I mean, if you look the way a judge is elected you know they're elected, they look at their backgrounds and things like that but there's not rigorous psychological testing done, moral testing, things along those lines.

EXHIBIT D-039

And especially… let's suppose you have a judge who's a very nice person, but very immature. When that judge gets on the bench 20 years later, they could become a little tyrant. And some judges are. My judge in particular shows a lot of emotion on the stand. And some people might say, "well, I don't know. That's maybe good." But think about it. A judge should be completely stoic. If there's a piece of evidence that comes up, and the judge, like in my case, with my judge shows the disgust, it almost looks like the judge is about to retch, what does that say to the jury? And that's not in the transcript, that's not anything that anyone measures at this point.

It should be that every single court case is videoed, it doesn't cost a lot right now and judges need to be evaluated. Because a judge is put in their seat, and it's a lifetime appointment, and they can really go astray. And some judges really have. So, we need to question judges and we need to stop the social nature between prosecutors, defense attorneys and judges and turn that into more of a moral interaction.

CHAKRAVORTY:    Hello?

RANIERE:    Hello? So, I was a little bit on a soapbox there, but then I realized we were running out of time.

So, we have less than a minute. So I hope…I could go on about that subject; that's the social club of defense attorneys, prosecutors and judges.

I might have called them prostitutes by accident [Laughs]. Prostitutes! Well, yes, they are. So. Thirty seconds. Anything else?

Did you get… did you get through to Marc?

CHAKRAVORTY:      Uh, nothing… yes. So I got through to Marc. He's
                  going to send me a motion he said today. He
                  asked about the sentencing memo. I told him your
                  [U/I] situation…


RANIERE:          Right.  We have 10 seconds. You may want to
                  somehow become his client, so you'll have
                  attorney client privilege. But I mentioned that
                  in an email to him just a few minutes ago.


CHAKRAVORTY:      Roger that.


RANIERE:          Alright.  Goodbye.


                  [END OF CALL]

EXHIBIT D-041