LAW OFFICES OF

# Aidala, Bertuna & Kamins, P.C.

ARTHUR L. AIDALA*
MARIANNE E. BERTUNA*
HON. BARRY KAMINS (RET.)
HON. JOHN M. LEVENTHAL (RET.)
JOHN S. ESPOSITO
MICHAEL T. JACCARINO
IMRAN H. ANSARI
DIANA FABI SAMSON**
ANDREA M. ARRIGO"
MICHAEL F. DIBENEDETTO"
LINO J DE MASI
DAVID M. SCHWARTZ+

*ALSO ADMITTED IN NEW JERSEY
**ALSO ADMITTED IN CONNECTICUT
+ALSO ADMITTED IN D.C.

546 FIFTH AVENUE
NEW YORK, NY 10036
TELEPHONE: (212) 486-0011
FACSIMILE: (917) 261-4832
WWW.AIDALALAW.COM

8118 - 13TH AVENUE
BROOKLYN, NEW YORK 11228
TEL: (718) 238-9898
FAX: (718) 921-3292

OF COUNSEL
JOSEPH A. BARATTA
ANTOINETTE LANTERI
WILLIAM R. SANTO
PETER S. THOMAS
LAWRENCE SPASOJEVICH
SIGURD SORENSON

SENIOR COUNSEL
LOUIS R. AIDALA
JOSEPH P. BARATTA

August 24, 2023

<u>Via ECF</u>

The Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Keith Raniere
Case No.: 18-Cr-00204-NGG

Dear Judge Garaufis:

We represent Keith Raniere, the defendant in the above-referenced action. On July 24, 2023, the Court ordered the defendant's response to be filed on or before September 1, 2023. The defendant respectfully requests a 14 day extension, from September 1, 2023 to September 15, 2023.

Mr. Raniere's incarceration poses certain logistical challenges, and we respectfully request this extension to ensure that Mr. Raniere is fully able to participate in his defense and assist in the filing of his response.

Respectfully submitted,

Arthur L. Aidala
Aidala, Bertuna & Kamins, P.C.
546 5th Avenue, 6th Floor
New York, New York 10036
Attorneys for Keith Raniere

**Application granted.
So Ordered.**
s/Hon. Nicholas G. Garaufis
Hon. Nicholas G. Garaufis
Date: 8/25/23

cc: AUSA Tanya Hajjar