LAW OFFICES OF
# Aidala, Bertuna & Kamins, P.C.

ARTHUR L. AIDALA*
MARIANNE E. BERTUNA*
HON. BARRY KAMINS (RET.)
HON. JOHN M. LEVENTHAL (RET.)
JOHN S. ESPOSITO
MICHAEL T. JACCARINO
IMRAN H. ANSARI
DIANA FABI SAMSON**
ANDREA M. ARRIGO*
MICHAEL F. DIBENEDETTO*
LINO J DE MASI
DAVID M. SCHWARTZ+

*ALSO ADMITTED IN NEW JERSEY
**ALSO ADMITTED IN CONNECTICUT
+ALSO ADMITTED IN D.C.

546 FIFTH AVENUE
NEW YORK, NY 10036
TELEPHONE: (212) 486-0011
FACSIMILE: (917) 261-4832
WWW.AIDALALAW.COM

8118 - 13TH AVENUE
BROOKLYN, NEW YORK 11228
TEL: (718) 238-9898
FAX: (718) 921-3292

OF COUNSEL
JOSEPH A. BARATTA
ANTOINETTE LANTERI
WILLIAM R. SANTO
PETER S. THOMAS
LAWRENCE SPASOJEVICH
SIGURD SORENSON

SENIOR COUNSEL
LOUIS R. AIDALA
JOSEPH P. BARATTA

September 26, 2023

**By ECF**

The Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Keith Raniere
Case No.: 18-Cr-00204-NGG

Dear Judge Garaufis:

On August 25, 2023, the Court granted the defendant's request for a 14-day extension to file our Reply, as Mr. Raniere's incarceration has continued to pose logistical challenges to enable him to easily participate with our office in the drafting of his response.

Mr. Raniere received a draft of our reply on September 14, 2023. However, to date, we have been unable to discuss its contents and receive feedback from him. At the present time, his correctional facility is on lockdown and, of course, we do not know when that will be lifted. Rather than requesting an additional 14-day adjournment to file our reply, we are respectfully requesting a 30-day extension.

We thank you for your consideration of our request.

Respectfully submitted,

Arthur L. Aidala, Esq.
Aidala, Bertuna & Kamins, P.C.
546 5th Avenue, 6th Floor
New York, New York 10036
Attorneys for Keith Raniere

cc: AUSA Tanya Hajjar