LAW OFFICES OF

*Aidala, Bertuna & Kamins, P.C.*

ARTHUR L. AIDALA*
MARIANNE E. BERTUNA*
HON. BARRY KAMINS (RET.)
HON. JOHN M. LEVENTHAL (RET.)
JOHN S. ESPOSITO
MICHAEL T. JACCARINO
IMRAN H. ANSARI
DIANA FABI SAMSON**
ANDREA M. ARRIGO*
MICHAEL F. DIBENEDETTO*
LINO J DE MASI
DAVID M. SCHWARTZ+

546 FIFTH AVENUE
NEW YORK, NY 10036
TELEPHONE: (212) 486-0011
FACSIMILE: (917) 261-4832
WWW.AIDALALAW.COM

8118 - 13TH AVENUE
BROOKLYN, NEW YORK 11228
TEL: (718) 238-9898
FAX: (718) 921-3292

OF COUNSEL
JOSEPH A. BARATTA
ANTOINETTE LANTERI
WILLIAM R. SANTO
PETER S. THOMAS
LAWRENCE SPASOJEVICH
SIGURD SORENSON

*ALSO ADMITTED IN NEW JERSEY
**ALSO ADMITTED IN CONNECTICUT
+ALSO ADMITTED IN D.C.

SENIOR COUNSEL
LOUIS R. AIDALA
JOSEPH P. BARATTA

October 18, 2023

**By ECF**

The Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Keith Raniere
Case No.: 18-Cr-00204-NGG

Dear Judge Garaufis:

On September 26, 2023, the Court granted the defendant's request for an extension to file our Reply, as Mr. Raniere's incarceration has continued to pose logistical challenges to enable him to easily participate with our office in the drafting of his response.

We are seeking to request an additional extension to afford additional time for the undersigned counsel to engage in further consultation with Plaintiff regarding the filing of his Response. Although this is the third request by the undersigned counsel on behalf of Plaintiff for an extension to file a Reply, we feel it necessary considering his current circumstances and the difficulties they pose to facilitating attorney-client communication.

Currently, Mr. Raniere has been on lockdown since our last request and we have not been able to contact him or communicate with him at all. We also have no knowledge as to when we can expect to be able to speak to him again. Once we are advised that the lockdown has been lifted, we will be able to resume communication with him. Since we cannot reasonably speculate on when we will be able to once again consult with our client, the undersigned counsel respectfully requests the Court for an extension to file the Response until November 30, 2023.

We thank you for your consideration of our request.

Respectfully submitted,

Arthur L. Aidala, Esq.
Aidala, Bertuna & Kamins, P.C.
Attorney for Keith Raniere

cc: AUSA Tanya Hajjar