Exhibit B

## Declaration of Gregory I. Stoltz

1. My name is Gregory I. Stoltz
2. I am an attorney representing Keith Alan Raniere.
3. I own a criminal defense practice in Tucson, Arizona called G Stoltz Law.
4. On November 22, 2022, I received the original letters, which "Camila" sent to Keith Raniere during his pretrial incarceration.
5. They were sent at my request by the defendant's previous lawyer, Teny Geragos, from Brafman and Associates.

I declare under penalty, pursuant to 28 U.S.C. 1746, that the foregoing are true and correct.

Signature: *Gregory I. Stoltz* (DocuSigned by: 1B082CDF4B71404...)

Date: 11/20/2023

Name: Gregory I. Stoltz, Esq.

# BRAFMAN & ASSOCIATES, P.C.
ATTORNEYS AT LAW
256 FIFTH AVENUE, 2ND FLOOR
NEW YORK, NEW YORK 10001
TELEPHONE: (212) 750-7800
FACSIMILE: (212) 750-3906
E-MAIL: ATTORNEYS@BRAFLAW.COM

BENJAMIN BRAFMAN

MARK M. BAKER
OF COUNSEL

MARC A. AGNIFILO
OF COUNSEL

ZACH INTRATER
OF COUNSEL

ANDREA L. ZELLAN

JACOB KAPLAN
ADMITTED IN NY & NJ

TENY R. GERAGOS
ADMITTED IN NY & CA

November 16, 2022

<u>Via UPS</u>
Mr. Greg Stoltz, Esq.
530 South Main Avenue
Suite B
Tucson, AZ 85701

  Re: <u>United States v. Keith Raniere</u>, 18 Cr. 204 (NGG) (S-2)

Dear Mr. Stoltz,

  Enclosed please find all the original letters from Camila to Keith Raniere in the possession of Brafman & Associates, P.C.

Sincerely,

Teny R. Geragos

My dearest puppy,

Words cannot come close to describe how much I miss you and how much I love you. It has been hard without you and it has been hard to know (or imagine) what you're going through. I hope you're okay, I hope you are whole, healthy and as beautiful as always. I miss you.

Things are just okay here, I was demoted from loved princess to just another girl, I confronted my brother and my sister and they are both very hateful and seem unrecognizable to me, they both lied to me and seem to have their own malintended agenda.
I am scared, sad but also angry - I think people are starting to believe their own lies... I guess they need to.

I think about you. There isn't a moment you are not with me. I might be going crazy but I sometimes feel your furry face against my cheek and a tender kiss that makes me feel less alone.
I replay our last day, our last moments, our last phone call over and over in my head and I wouldn't change a thing even if I had the chance.

By the way, tomorrow will be eight weeks since we last connected. That makes me sad, it is not a record I am proud of or want at all. I hope it doesn't grow much longer.

My honey, that reminds me, I changed my plans and decided to postpone Italy and want to find a way to come back, I don't know how yet. I miss our home and I don't know what the status is with that, I haven't been able to speak to anyone there.

I am fine at the moment but it is sad, I pictured this place to be a nest, as unrealistic as that may have been, & it feels kind of empty now.

Oh, by the way, I retrieved a little something of ours and put it somewhere safe.

* * *

Eight weeks, three days... this is a morning letter, just fyi.

It's been a rough day. I miss you. I watched what dreams may come and was somehow transported back to my nest, our? happy place, which is sad because it makes me long for you even more. I miss laughing with you, feeding you, holding you, the kisses, oh man, your kisses... I miss the sweet taste on your lips... I could continue and run a play-by-play of what I miss but you get the idea.... I miss our fights, including our tickle fights. Some fights I do regret which makes me wonder if I was enough for you. Was I good to you? If you ever wonder the same about yourself I can assure you that you were more than wonderful to me. I always felt safe, loved, protected. I am so happy I met you. I love you.

My puppy, I kinda fell apart when they took you. I haven't been studying much, I stopped all progress on the compassionate nutrition idea, I have just been focusing on the capacitation stuff. and it is going well... it keeps me sane and connected to you, actually.
Please let me know somehow if there's anything I can do to help the case. I'll do anything ♡
And honey, there's one thing I feel I am avoiding to say, I am hungry, so hungry. I don't think it had ever been this long. I don't know how to handle it. I haven't.
    I love you, puppy ♡
    good night

Oh my sweetheart, I missed you so much today. This day marks nine full weeks without you. There's so much I am having to face, figure out, learn, there's so much I ~~is~~ am afraid of, ~~was~~ but more than anything I miss you. I miss feeling loved but I miss loving you even more. Please know that although it is insufficient, I am loving you from afar.

I might be going a little kookie. I ask to see you in my dreams every night before I go to bed. I sometimes do. I sometimes dream some weird shit. Like, I dreamt the other night that I sent you two guardian angels to protect you and make sure you're okay.

A couple of weeks ago I dreamt an encounter with Pammie and the ~~most~~ main thing I was able to get from her was that she was sad, sad that she wasn't here for this, for you. She was heartbroken that this is happening. I think I can safely say that that's how I feel, and on top of it I feel so helpless that I can't make it better, that I can't make your days brighter, make you feel loved and cared for. I have no idea what your days look like, what you do, how you feel. I try to hold that/our connection strong and I'm scared shitless that I will somehow lose it. I never want to lose it. I am Hachi.

Ay, my love, there's so much to tell, it's been hard to navigate the whole family situation. I don't have clear answers and solutions but it is ~~clear~~ definite that everything's a mess.

I will write you again before I pack this up, pup. My heart aches so much for you. My hope for these letters is that you feel loved and you can feel my hand on your skin and my kisses all over you, and maybe feel where my tears come from.

    I love you, Hachi ♡

My honey, 9 weeks, one day. These have probably been the longest weeks of my life. I miss you terribly. Everything around me reminds me of you, and I love it, but it breaks my heart at the same time.

I don't know if you'll be able to get these letters but I hope you will. There is so much I want to say to you and feel like the words on these ~~papers~~ pages are not enough. I wish I could really ~~communicate~~ relay to you how I feel and what you are to me. You are my all. You are the reason I smile and the reason I cry. You make it all worth it. I feel heartbroken that you are been treated the way you are, blamed, accused, demonized.... It feels even worse to know you are alone.

I will leave this time with a little piece that, although not original or creative, it makes me think of you... and well, that's always good.

(by E.E. Cummings)

I carry your heart with me (I carry it in my heart)
I am never without it (anywhere I go you go, my dear;
and whatever is done by only me is your doing, my darling)

I fear no fate (for you are my fate, my sweet)
I want no world (for beautiful you are my world, my true)
and it's you are whatever a moon has meant and
whatever a sun will always sing is you.

Here is the deepest secret nobody knows
(here is the root of the root and the bud of the bud and the
sky of the sky of a tree called life; which grows higher than soul
can hope or mind can hide).
and this is the wonder that's keeping the stars apart.

I carry your heart (I carry it in my heart)

I love you,
Hachi Tarotoshi

Hi my puppy,

I miss you. I have been talking with the people
you are the closest to right now. I consider them
an extension of you right now.

I just wanted to tell you I love you still, love
you always. I am doing okay, I've been
keeping myself separate from everyone but that's
how I want it right now.

Your birthday came and went and I didn't get
to wish you a happy birthday - Happy Birthday!!
I hope you are doing okay, love.
Stay strong. Know you are loved.
I wear my ring and necklace all day, everyday
You are always with me.

Sorry this is so short and shaky. I am
riding in the car with Marc & Teny.
I will write more later.
Be safe. Feel loved.

                  - Cami

* and one more kiss on your sweet cheek.

Hi honey,

I'm sorry about the last letter. I didn't have a lot of time. I'll try to be better this time.

I know I've told you this before but it isn't easy being without you. I struggle financially and emotionally and it is now that I realize really how much I leaned on you for everything.

It has also been a growth period for me, I feel like I have no other option. I've had to take risks and get to know myself in a new environment.

Just very quickly to catch you up: I am still working at the school and am moving forward with the plans we had discussed, except it is just me right now. I had been thinking about seeking a patent for all the methods and practices I use to teach and with children but I have recently switched strategies because what I have doesn't seem to fulfill the requirements for a patent, plus it would only protect it nationally, so I am going to write a book and get the copyrights. My next steps are to register my company & I am still not 100% sure but I think I will name it "Self Wise Method" or something like that. I need to make money so the company will be to train & assess in schools and maybee even individual families. What do you think?

That was to just get it out of the way because everything else is a lot more somber. I worry about you every day. I still find it mind boggling that this is happening. I find it unfounded and simply insane. I don't think you deserve to be in there and I have definitely lost respect for the us government because of this.

1

How are you holding up? Are you safe? Is your heater okay?

I can't imagine. It's not easy being in there. I am so sorry this is all happening. It still feels like a horrible nightmare - I am still waiting to wake up.

To be totally honest, I lost track of how many weeks since I saw you last. It doesn't mean I don't care, it just means I went into survival mode and had to think of other stuff. Unfortunately, it count had to think of other stuff - Unfortunately, it count months now...

I want to catch you up on what has been going on here, but I feel so narcissistic, and what I really want to do is ask you how you are and get an answer — that's what I really want to do.

~~fine~~ Okay, fine - I'll be brief. I can imagine you also want to know.

I moved out of that apartment you never got to see, and stayed in the same neighborhood but moved into a highrise & I like above and I stay in most nights —

My hair is still short and I think I will weigh about the same, not sure...

Anyways, I am a lot removed from everyone. I don't speak to Dani or Fluffy, simply because I feel hurt and betrayed by them. I don't speak to Maiauna for different reasons - I simply don't have the strength, and I think I know doing it would take to face them, but the thought of that stop makes me sad. I'm not ready to take that step.

I still wear my ring and I am not sure how

2

to maneuver these situations in life. I had always had help before.

My dad doesn't understand why I won't see her but he also avoids the subject, or so I think. I don't know, it's a difficult situation for sure. I think I'll be spending Christmas alone for that reason.... and I hate that I am so weak that I can't even name that reason.

I'll be honest with you, it really fucked me up last time I saw Marc & Jenny ~~because~~ and she told me you wanted to tell me there was still hope for us. I started looping again trying to figure out how you saw that working out, just as I always did, and ended up without an answer but somehow hopeful... I will always love you. Love you still, love you always.

I am sorry I am being so honest. I love you but it is not all sugar and roses. I has been very hard to hear all kinds of sordid details that in my mind contradict what I thought we had. I find myself questioning what happened and why a lot. But the good news in all of this I guess is that despite all of that I am absolutely convinced that you don't deserve what's happening, that I am better because of you. I sometimes feel like I got the better end of the deal in our relationship, if it wasn't for you I wouldn't be who I am today.

I get a bit emotional when I think I have accomplished the most important thing in life, which is to love and be loved. I know that despite my mistakes I gave you my all and I ~~feel~~ felt love

3

like I never thought possible. I definitely have loved things I would do over, ways I could have loved you more, but in general, I have no regrets.

I think you are the best thing that ever happened to me. One of the things I sometimes question is the adversity, the sacrifices, but I can tell you now, as of sound mind, that I would choose it all over again ... and I would trade all the luxuries in the world to be with you one more time.

I miss you. I think you. I think I can make the distinction now that I don't "need" you per se, but that I recognize you are a part of me, that everything is better with you in it.

I hope with all my heart that you can experience love and beauty despite your conditions. Know that I love you, that I care for you and will always support you. I will do everything in my power to vindicate you... and know that I don't expect anything in return.

Wherever you are, whoever you are with, I want you to always feel how special you are, how much you are loved. Forever. That will never change.

Hi my love!

This part is after reading your letter. I never thought I'd get a handwritten letter from you. My heart skipped a beat when I was told about it!

It is crushing to hear about your living conditions and I worry about you everyday. I know you are strong but just please be safe. I am doing my best to be helpful and get you out.

To answer some of your questions (out of order):
- I am okay. It is definitely not easy. I was and still am very alone. My two friends are my co-workers from the office. Two mothers that are very "normal" to say it incorrectly...

Jack helps me with the rent but I struggle with money a lot and have been leaning a lot on my dad. I think I depend a lot more on my dad than Jack.
To be honest, I struggle with Jack. He's not available as a friend but to be honest I wasn't very interest. Some of his opinions bother me. Like, he thinks this is probably like a nice break for you from all the girl drama and all the women nagging you and creating problems for you. Yeah, that one bugged me...
I still can't stand on my own two feet but that is the goal. I am trying to meet people and make friends within reason... as I told you earlier, I am not in touch w/ that many old friends. I haven't spoken to Dani P, Monica, Laurin's, or any of them. I tried reaching out to Dani P & Laurin's and they declined to talk to me.

5.

So now all my friends are "new" and I've had to adapt.
I think the only ~~too~~ "old" friends I am in touch with are Janie and Vanessa S... and Jack.

I think answering your question of how _we_ are is more difficult. I'll give it my best...
I love you. That's a fact. Unchanging.
But what I struggle with is the what happens. It seems to me that you see a future. I can imagine a future together and it is wonderful... and then I remember you had a child. That's it. That's where things get really simple and sad. I don't know what you see. I don't know how.

I don't know how to proceed. I still wear my ring and the thought of taking it off makes me panic.

We are good in that I love you, I support you, I will ~~not~~ never leave you hanging, I will fight for you with all I've got, but I see a huge obstacle to be able to think of us as good-lived-happily-ever-after.
I do have a dangerous addiction to you so I know I am talking out of my ass when I say the above.
I miss our intimacy, too. I had never gone so long without it. I considered it a basic need (still do) and I have really struggled with that. I thought I would adapt and never feel the need again. Boy, was I wrong! The need is very much alive.

I hold you close to my heart and anxiously wait for the day we can be together and figure out everything that needs to be figured out, and enjoy the rest.
    I love you always, Cami

6