

U.S. Department of Justice

United States Attorney
Eastern District of New York

TH
F. #2017R01840

271 Cadman Plaza East
Brooklyn, New York 11201

December 13, 2023

By ECF

The Honorable Nicholas G. Garaufis
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: United States v. Keith Raniere
           Criminal Docket No. 18-204 (S-2) (NGG)

Dear Judge Garaufis:

      The government respectfully requests permission <u>nunc pro tunc</u> to extend its deadline to respond to the defendant Keith Raniere's motion for reconsideration until this Friday, December 15. The government inadvertently failed to make note of the Court's prior deadline and apologizes for the oversight.

      Respectfully submitted,

      BREON PEACE
      United States Attorney

By:   /s/
      Tanya Hajjar
      Assistant U.S. Attorney
      (718) 254-7000

cc:    Counsel of Record (by ECF and email)