Generated: Mar 22, 2024 2:17PM

Page 1/1

# U.S. District Court

## New York Eastern - Brooklyn

Receipt Date: Mar 22, 2024 2:17PM

keith alan raniere

| Rcpt. No: 100013440 | Trans. Date: Mar 22, 2024 2:17PM | | | Cashier ID: #MT |
|---|---|---|---|---|
| **CD** **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 203   Notice of Appeal/Docketing Fee | | 1 | 605.00 | 605.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #19-542114402 | 03/22/2024 | $605.00 |
| | | | Total Due Prior to Payment: | $605.00 |
| | | | Total Tendered: | $605.00 |
| | | | Total Cash Received: | $0.00 |
| | | | Cash Change Amount: | $0.00 |

**Comments:** 18cr204

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

# U.S. District Court

## New York Eastern - Brooklyn

Receipt Date: Mar 22, 2024 2:20PM

Edwardo A.

| Rcpt. No: 100013441 | Trans. Date: Mar 22, 2024 2:20PM | | | Cashier ID: #MT |
|---|---|---|---|---|
| **CD** **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 203  Notice of Appeal/Docketing Fee | | 1 | 605.00 | 605.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #29334204404 | 03/22/2024 | $605.00 |
| | | | Total Due Prior to Payment: | $605.00 |
| | | | Total Tendered: | $605.00 |
| | | | Total Cash Received: | $0.00 |
| | | | Cash Change Amount: | $0.00 |

**Comments:** 18cr204

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.