# United States District Court
For The
Eastern District Of New York

| | | |
|---|---|---|
| KEITH ALAN RANIERE ) | | |
| *Movant* ) | Case Nos.: | |
| v. ) | 1:18-CR-00204-NGG-VMS | |
| UNITED STATES OF AMERICA ) | 1:24-CV-2925 | |
| *Respondent* | | |

**Appearance of Counsel**

**For Action to Correct and/or Set Aside Conviction and/or Sentence Pursuant to Title 28 U.S.C. § 2255**

To: The Clerk of Court and All Parties of Record

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for: KEITH ALAN RANIERE.

Date: 05/06/2024

*/s/ Deborah J. Blum*
_____
*Attorney's signature*

Deborah J. Blum    4423588
_____
*Printed Name and Bar Number*

Deborah J. Blum, Esq.
225 Broadway, Suite 715
New York, NY 10007

deborah@deborahjblum.com
*Email Address*

(646) 535-2586
*Telephone Number*

(212) 409-8279
*Fax Number*