# DEBORAH J. BLUM, ESQ.
225 Broadway, Suite 715 • New York, NY 10007

Patrick Fan, MBA *Legal Intern*  
Ariella Ruben *Legal Assistant*

T • (646) 535-2586  
M • (845) 304-5312  
F • (212) 409-8279

July 1st, 2024

<u>Via CM/ECF</u>  
The Hon. Judge Nicholas G. Garaufis  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, NY  11201

  Re: **KEITH ALAN RANIERE v. UNITED STATES OF AMERICA**  
    **Case Nos. 1:24-CV-02925 & 1:18-CR-00204**  
    **Second Request for Extension of Time to Amend Pro Se Motion to Vacate Under 28 U.S.C. § 2255**

Dear Hon. Judge Garaufis:

  My office represents Keith Alan Raniere (hereinafter referred to as "Mr. Raniere") solely in his 2225 application which is pending before the Court. Your Honor granted my office's request for a ninety (90) day extension of time to amend the 2255, [1259], to August 5th, 2024.

  At this juncture, I am respectfully requesting that the Court grant a final extension of time[1] and allow my office an additional thirty-one (31) days to submit the amended filing on or before September 5th, 2024.

  The reason for this request is after my initial request was made on May 6th, 2024, I had a death in the family of a close family member on May 18th. Apart from court appearances which could not be postponed, mainly trial/hearing matters, I took time off from my practice to grieve and process the loss. I recently returned to work full-time and realize that the undertaking of this matter requires additional time for completion.

  Lastly, in my limited communication with Mr. Raniere, it has become apparent to me that I will need to set up an in-person legal visit with him to finalize the submission. During the one call that I had with Mr. Raniere, the call kept getting dropped and it is my understanding that this frequently occurs during his legal calls. Additionally, to my

---

[1] Absent extenuating circumstances.

1

knowledge, Mr. Raniere has only been permitted four (4) in-person legal visits by USP Tuscon in the past nine (9) months. As a result, an extension of time will enable me to have more effective communication with him.

      Thank you very much in advance for this Honorable Court's consideration of this request. I can best be reached on my mobile phone, (845) 304-5312 or through email, deborah@deborahjblum.com.

                                                Very truly yours,

                                                Deborah J. Blum

cc:    <u>Via Email and Facsimile</u>
      Joseph Reccoppa
      Courtroom Deputy to
      The Hon. Judge Nicholas G. Garaufis

      <u>Via Email</u>
      Nicholas J. Moscow, Esq.
      Deputy Chief, Criminal Appeals
      United States Attorney's Office for The Eastern District of New York