# DEBORAH J. BLUM, ESQ.
225 Broadway, Suite 715 • New York, NY 10007

Patrick Fan, MBA *Legal Intern*  
Ariella Ruben *Legal Assistant*

T • (646) 535-2586  
M • (845) 304-5312  
F • (212) 409-8279

July 5th, 2024

**Via CM/ECF**
The Honorable Judge Nicholas G. Garaufis
Sr. United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: **United States v. Keith Raniere**
           Case No. 1:18-CR-00204

Dear Your Honor:

    Attached to this letter is the Protective Order signed by Deborah J. Blum, Esq. Thank you very much.

                                                                     Very truly yours,

                                                                       Deborah J. Blum
                                                                       2255 Counsel for
                                                                       Mr. Raniere

      **Via Email**
cc:   Joseph Reccoppa
      Courtroom Deputy to
      The Hon. Judge Nicholas G. Garaufis

      Nicholas J. Moscow, Esq.
      Deputy Chief, Criminal Appeals
      United States Attorney's Office for The Eastern District of New York