# DEBORAH J. BLUM, ESQ.
225 Broadway, Suite 715 • New York, NY 10007

Patrick Fan, MBA *Legal Intern*
Ariella Ruben *Legal Assistant*

T • (646) 535-2586
M • (845) 304-5312
F • (212) 409-8279

October 24th, 2024

<u>Via CM/ECF</u>
The Hon. Judge Nicholas G. Garaufis
Senior District Court Judge
United States District Court for The Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    **KEITH ALAN RANIERE v. UNITED STATES OF AMERICA**
           **Case Nos. 1:18-CR-00204 & 24-CV-02925**
           **Extension of Time to Amend Pro Se Motion to Vacate Under 28 U.S.C. § 2255 & Update on BOP**

Dear Hon. Judge Garaufis:

    My office represents Keith Alan Raniere (hereinafter referred to as "Mr. Raniere") in his 2225 application which is pending before Your Honor. On consent, the Court granted my office's last request for an extension of time to amend the 2255, [1267], to October 31st, 2024. At this time, for all of the reasons contained herein, I am requesting what will actually be my final request for an extension of time, for an additional 21 days to November 21st, 2024.

    I am currently in Tucson, Arizona visiting with Mr. Raniere who is housed at USP Tucson. Even prior to the visit, I realized that I needed to have more time to complete the 2255 but my time with him solidified this as new information came to light which necessitates me obtaining declarations and taking further steps. I also had a fruitful conversation with his Correctional Counselor who said that he will provide for an additional in person visit with Mr. Raniere prior to the submission of the 2255; which is needed for him to review the final draft and his declaration. I learned that his Correctional Counselor is responsible for over 200 inmates and as a result of this, he has had limited time to provide Mr. Raniere with an adequate amount of legal communication. Granting the 21 day extension will ensure that this necessary last in person legal visit can take place.

1

I previously informed this Honorable Court of the challenges in obtaining legal communication with Mr. Raniere. Despite my frequent efforts, organizing visits and communication with Mr. Raniere has been very strained. This was compounded by the fact that USP Tucson was on lockdown for approximately 1 month beginning on or around September 18th. It is understanding that the facility is still on partial lockdown.

With prior notice of my request to have in-person visitation with Mr. Raniere, on September 30th, 2024, I asked his Correctional Counselor to visit on October 15th and 16th and once again made him aware of the instant deadline and consolidated appeal deadline (Case Nos. 24-1317, 24-1285 & 24-778). After multiple follow-up emails, including reaching out to counsel for The Federal Bureau of Prisons, I was advised on October 8th, that the visit could not be scheduled then but could be scheduled between October 22nd and 25th.

The reason that I wanted a sooner visit date was to be able to obtain the necessary information from him for his 2255 declaration, and others, so that they could be finalized and signed in time for the October 31st deadline, in addition for him to review his 2nd Circuit Court of Appeals draft.

Due to the complexity of Mr. Raniere's 2255, his declaration and 2255 will not be finalized today and I do not feel comfortable submitting it without his review. I also need to obtain his signature on the declaration. I have made every effort possible to avoid having to ask Your Honor for this extension. The defense engaged an attorney who specializes in BOP matters and despite his attempts, real movement has been limited. However, as previously stated, speaking with his Correctional Counselor in person was helpful.

In our email communications, my requests for a local attorney to visit with Mr. Raniere after my visit have been unanswered beyond a blanket denial of additional visits this month. His Correctional Counselor said that only 1 in person visit will be granted per month but I was given an exception. I was also told that Mr. Raniere could not have a legal call this week due to my visit and they were cut off for 3 weeks during the lockdown. I do understand the practical limitations that a prison faces but put simply, more legal communication is needed for me to provide adequate counsel and the standard of representation I strive to provide my clients.

If what I discussed with his Correctional Counselor does not occur, I will send a request of Your Honor to issue an Order or judicial recommendation directing the BOP to provide the necessary legal communication. If needed, I would be happy to speak with you and AUSA Moscow about this or provide any additional information.

Thank you very much in advance for this Honorable Court's consideration of this request. I can best be reached on my mobile phone, (845) 304-5312 or through email, deborah@deborahjblum.com.

Very truly yours,

*Deborah J Blum*

Deborah J. Blum

cc: <u>Via Email</u>
Joseph Reccoppa
Courtroom Deputy to
The Hon. Judge Nicholas G. Garaufis

Nicholas J. Moscow, Esq.
Deputy Chief, Criminal Appeals
United States Attorney's Office for The Eastern District of New York

**Application granted.
So Ordered**
s/Nicholas G. Garaufis
_____
Hon. Nicholas G. Garaufis
Date: 10/24/24

3