# EXHIBIT 9

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
UNITED STATES OF AMERICA

   -  against -

KEITH RANIERE,

                    Defendant.

-------------------------------------------------X

Case Nos.:
1:18-CR-002024 &
24-CV-02925

### Declaration of Jorge Alberto de la Garza

I, Jorge Alberto de la Garza, declare under penalty of perjury, pursuant to 28 U.S.C. §1746, under the laws of the United States of America that the following is true and correct:

**<u>Qualifications and Experience</u>**

1.      My name is Jorge Alberto de la Garza. I am an attorney at law, admitted to practice law in Mexico, with over 30 years of legal experience in Mexico. For more than 11 years of my legal career, I was Managing Partner at two (2) US-based international law firms' offices in Monterrey, Mexico. From 2003 to 2010, I was Managing Partner at Thompson & Knight LLP, now Holland & Knight LLP and from 2010 to 2014, I was Managing Partner at White & Case.

2.      Since November 2014, I have had my own boutique law practice, Artilex Lawyers, which specializes in governmental relations, international law, serves as in house counsel for major Mexican corporations, and handles commercial transactions and corporate investment matters.

3.      I represent Mr. Keith Alan Raniere (hereinafter referred to as "Mr. Raniere") in interfacing with Mexican authorities. I was retained on Mr. Raniere's behalf to obtain the

1

documentation surrounding his arrest, occurring on the afternoon of Sunday, March 25, and removal from Mexico, occurring on Monday, March 26, 2018 at approximately 7:06 am.

4.      Through a petition to Instituto Nacional de Migración INM (hereinafter referred to as "INM"), on or about November 23, 2022, I obtained the official Mexican governmental documentation (hereinafter referred to as "official Mexican documentation") surrounding the above events. *Attached hereto* as **Attachment 1**. A translated copy of the same is *attached hereto* as **Attachment 2**.

5.      My basis for knowledge in this matter is my familiarity with Mexican and international law pertaining to deportation and extradition proceedings from Mexico, review of the official Mexican documentation, the relevant portions of the trial transcript, and relevant communications with the defense and Mr. Raniere.

**<u>Mr. Raniere's Forceful Detention is Not Consistent with
A Mexican Visa Verification Procedure</u>**

6.      The official Mexican documentation states that Mr. Raniere underwent a visa verification procedure at the villa in which he was staying at in Nayarit, Mexico on March 25, 2018. This is contradicted by the testimony of Ms. Lauren Salzman (hereinafter referred to as "Ms. Salzman") at Mr. Raniere's trial on May 21, 2019 and my understanding and knowledge of the visa verification process.

7.      Ms. Salzman testified:

"I could see outside the window that federal police with machine guns and bulletproof vests, some of them wearing masks were like surrounding the property" (Trial T.  (5/21/2019) at 1889:5-8).

"And eventually they kicked down the door and they held me on the floor with four machine guns pointed at me… [Mr. Raniere] came out, they put him on the floor too, they handcuffed him" (Trial T. (5/21/2019) at 1890:8-1891:1).

8.      Visa verification checks in Mexico do not involve the federal police. A visa check in Mexico is conducted by the INM, possibly with the assistance of local police; but certainly not by federal police.

9.      The display and threat of force, including the property being surrounded by armed federal police, as described by Ms. Salzman, would only be used in certain high-level criminal matters, not in an immigration context.

10.     The display of multiple machine guns, as described by Ms. Salzman, is unheard of in a visa verification context.

11.     Holding an unarmed, non-subject of the visa verification on the ground with weapons displayed at them is also, based upon my expertise, is unheard of in a visa verification context.

12.     Ms. Salzman further testified as to the purpose of the federal police's presence:

> "[T]hey let him see the piece of paper and basically he called out to me what the allegations were, that they were out of the Eastern District of New York, that he was being accused of sex trafficking and I can't remember what else and then they took him." (Trial T. 05.21.2019 at 1891:2-6).

13.     In my professional experience and knowledge of Mexican law, the description provided by Ms. Salzman does not align with standard Mexican visa verification procedures. INM visa verification procedure involves asking the subject individual, in a peaceful way, for them to demonstrate their legal standing in Mexico.

14.     Such procedures are generally administrative in nature and do not involve forcibly taking someone from their home, in handcuffs, without a proper Mexican arrest warrant. There is no Mexican arrest warrant contained in Mr. Raniere's official Mexican documentation, solely an

3

American arrest warrant. The actions described by Ms. Salzman are more characteristic of a pre-extradition criminal arrest operation, not a visa verification procedure.

15.    Mr. Raniere's official Mexican documentation shows that Mr. Raniere had a valid Mexican visa (*see* page 30 Attachment 1, and page 30 of Attachment 2). His visa number listed under "forma" on page 30 matches his valid visa show in **Attachment 3**. However, his official Mexican documentation reflects that he underwent the deportation proceeding "due to the fact that there was found one (1) foreigner due to a verification visit at the Casa Chocolate house which is a known domicile (AC-12-12) Chacala; Municipality of Compostela, Nayarit, with this foreigner not being able to substantiate his legal residency in the country, since he did not have identification on him, nor a migration document".

16.    It is not legally reasonable for INM to conduct a visa verification for an individual with a valid visa. When removing someone who poses a security risk, there is also an expellment process as a non-desirable subject under Article 33 of the Mexican Constitution.

17.    In my professional opinion, this operation was an effort to disguise Mr. Raniere's removal as a visa verification given his lawful standing in Mexico and was therefore illegal.

**Deportation Rights under Mexican Law**

18.    As shown in the official Mexican documentation, Mr. Raniere's visa verification procedure and related hearing, which resulted in his removal from the country, took place in less than 24 hours. **It is  highly irregular and not legally reasonable that Mr. Raniere's arrest and "deportation" proceeding took less than 24 hours.**

19.     Individuals facing deportation or immigration detention in Mexico are guaranteed specific rights under Mexican law and are allowed to exercise them. These rights should have been afforded to Mr. Raniere, including:

- The right to know their immigration status and the reason for their detention.
- The right to legal counsel and access to evidence from the immigration administrative file.
- The right to a translator or interpreter if they do not speak or understand Spanish.
- The right to communicate by telephone with a person of their choice upon being placed at the disposal of migration authorities.
- The right to be visited by family members, legal representatives, or consular officials.
- The right to offer proof at the migration hearing.

20.     These protections are designed to ensure due process during immigration proceedings. Based on my review of the official Mexican documentation, it does not appear that these rights were provided to Mr. Raniere during the process in question.

21.     It is clear from the official Mexican documentation, that Mr. Raniere did not have legal counsel or a consular official present at the hearing and that no interpreter was used. There is no indication that he waived his rights. It is also clear that Mr. Raniere did not offer proof at the immigration hearing or that he was given the opportunity to offer proof. There is no indication that he waived his rights to do so.

**<u>Notable Irregularities in the Official Mexican Documentation</u>**

22.     Mr. Raniere's purported immigration hearing took place on March 25, 2018, a Sunday. To the best of my knowledge, such proceedings resulting from a visa verification procedure do not take place over the weekend. It is also absolutely atypical for the subject individual to receive medical clearance on a Sunday at 11:04 pm (*see* Attachments A and B, page 3), outside of business hours.

5

23.     A March 25, 2018 purchase receipt for Mr. Raniere's return flight to the United States is included in the official Mexican documentation (*see* Attachments A and B, pages 33-34). The traveler is listed as Mr. Raniere, DOJE2 and FBI and the booking was done through an exclusive travel agency for The United States military and government. In my over 30 years of legal experience, I have never heard of a visa verification and an immigration procedure involving the FBI purchasing a plane ticket for the individual who is the subject of a deportation procedure.

24.     In totally, the circumstances of Mr. Raniere's removal by armed federal police and pre-textual "deportation" hearing, in under 24 hours, amounts to a forceful extradition disguised as a deportation proceeding. This should have been contested by his defense attorneys during the pendency of his prosecution.

25.     I speak, understand, and read and write in English. My native tongue is Spanish; however, I am bilingual. With my input, assistance and revisions, this document was prepared for me by Mr. Raniere's 28 U.S.C. § 2255 counsel, Deborah J. Blum, Esq.

Executed on: 11/27/2024

Monterrey, Mexico

Very truly yours,

Firmado por:

C3DA20C3C0034F1...

**Jorge Alberto de la Garza**

# Attachment 1

 

**INSTITUTO NACIONAL DE MIGRACIÓN**
**OFICINIA DE REPRESENTACIÓN NAYARIT**

**Oficio N°. INM/ORN/DAJ/938/2022**

# ANEXO

# COPIAS

# CERTIFICADAS





SEGOB | INM

SECRETARIA DE GOBERNACIÓN
INSTITUTO NACIONAL DE MIGRACIÓN
DELEGACIÓN FEDERAL
EN EL ESTADO DE NAYARIT

OFICIO No. INM/DFN/SCVM/0371/2018

Asunto: Se pone a disposición persona extranjera.

Nuevo Vallarta, Bahía de Banderas, Nayarit,
a 25 de marzo de 2018

LCP. URIEL JIMÉNEZ MARTÍNEZ
SUBDIRECTOR DE CONTROL Y VERIFICACIÓN MIGRATORIA
DEL INSTITUTO NACIONAL DE MIGRACIÓN EN NAYARIT
P R E S E N T E.

Por conducto y derivado del oficio de comisión No. INM/DFN/DCM/0368/2018, de fecha 25 de marzo del 2018, que adjunto al presente, mediante el cual, se nos comisiono a los suscritos Ing. Felipe de Jesús López Lizárraga, y Lic. Francisco José Antonio Gonzalez Arzate; con fundamento en los artículos 92, 95, 96 y 100 de la ley de Migración, nos permitimos poner a su disposición al extranjero que a continuación se relaciona, toda vez que derivado de una visita de verificación en el domicilio de Casa Chocolate, domicilio conocido (AC-12-12) Chacala; municipio de Compostela, Nayarit, se encontró a un (1) extranjero que no pudo acreditar su legal estancia en el país, pues no contaba con identificación, ni documento migratorio; por lo que el personal comisionado procedió a trasladar al extranjero a las instalaciones de la Delegacion Federal de Nayarit, a fin de que en atribución a sus facultades se resuelva su situación migratoria.

HOMBRES

| No. | NOMBRE | SEXO | FECHA DE NACIMIENTO | EDAD | LUGAR DE NACIMIENTO | NACIONALIDAD |
|---|---|---|---|---|---|---|
| 1 | KEITH ALAN RANIERE | HOMBRE | 26/08/1960 | 57 | BROOKLYN, NUEVA YORK | ESTADOUNIDENSE |

Lo anterior para los efectos legales a que haya lugar.

A T E N T A M E N T E
EL PERSONAL COMISIONADO

Lic. FRANCISCO JOSÉ ANTONIO
GONZÁLÉZ ARZATE
AGENTE FEDERAL DE MIGRACIÓN "B"

Ing. FELIPE DE JESÚS LÓPEZ LIZÁRRAGA
COORDINADOR DE UNIDAD EN ÁREAS DE SERVICIOS
MIGRATORIOS

26 MAR 18 S

MÉXICO

001

SECRETARÍA DE GOBERNACIÓN
**INSTITUTO NACIONAL DE MIGRACIÓN**
**DELEGACIÓN FEDERAL NAYARIT**



**SUBDIRECCION DE CONTROL Y VERIFICACION MIGRATORIA**
OFICIO: INM /DFN/SCVM/0368/2018

SEGOB

**Asunto: Se informa presentación de Nacional estadounidense**

**Nuevo Vallarta, Bahía de Banderas, Nayarit, a 25 de Marzo del 2018**

REPRESENTANTE DEL CONSULADO
DE LOS ESTADOS UNIDOS DE AMERICA, EN NUEVO VALLARTA
PRESENTE

Sea este el conducto para enviarle un cordial saludo, y a su vez me permito notificarle que con fundamento a lo dispuesto en el artículo 69 fracción IV de la ley de migración, artículo 1, 11, 19 fracción XV del acuerdo por el que se delegan facultades para autorizar trámites migratorios y ejercer diversas atribuciones publicado en el Diario Oficial de la Federación con fecha 13 de Noviembre del 2012; me permito hacer la Notificación Consular, en virtud a que ha sido presentada ante este Instituto Nacional de Migración, una persona que ha manifestado ser de nacionalidad Estadounidense, al cual se le iniciara un procedimiento administrativo en virtud de violentar la Ley de Migración.

Adultos:

HOMBRE:

| No. | NOMBRE | SEXO | FECHA DE NACIMIENTO | EDAD | LUGAR DE NACIMIENTO | NACIONALIDAD |
|-----|--------|------|---------------------|------|---------------------|--------------|
| 1 | KEITH ALAN RANIERE | MASCULINO | 26 de Agosto de 1960 | 57 | BROOKLYN NEW YORK | Estadounidense |

Asimismo se hace conocimiento que la persona extranjera será trasladada a su lugar de origen se proporcionara atención médica, enseres básicos y alimentos en tanto se resuelva si situación migratoria.

Sin otro particular aprovecho la oportunidad para enviarle un cordial saludo.

**ATENTAMENTE**

**Lcp. URIEL JIMENEZ MARTÍNEZ**
**SUBDIRECTOR DE CONTROL Y VERIFICACION MIGRATORIA**

2 6 MAR 18

1

002



**H. AYUNTAMIENTO CONSTITUCIONAL DE PUERTO VALLARTA JALISCO.**
Juzgado Municipal



Folio
Nº 2127

Parte Médico de lesiones relativo a _Keith Alan naniere_

Ingreso

Sexo F◯ M⦻  Edad _57_  Edo. Civil _soltero_  Ocupación _Capacitor_

Domicilio _Sin Domicilio en puerto vallarta_

Ebriedad _No_

Hospitaización _NO_

Egreso _25/03/18_  _23:04 hn_
Hora/Día/Mes/Año

Parte Médico Rendido _25/03/18_  _23:04 hrs_
Hora/Día/Mes/Año

Enviado al

## PRESENTA

Descripción detallada de las lesiones sin omitir: Características, localización, tamaño, tiempo de evolucion, objeto probable que las produjo, si pone o no en peligro la vida, tiempo de curación mayor o menor a quince días, secuelas probables

_No presenta huellas violencia fisica. en este momento se igora Secuelas_

Dr. José de Jesús Cruz Pérez
Medico General UMS
DGP 5443980

2 6 MAR 18 S

Blanco:          Canario:          Verde:

003



| CLASIFICACIÓN | Reservada |
|---|---|
| Tiempo de Reserva | 5 Años art. 101 Ley General de Transparencia y Acceso a la Información Pública |
| Unidad Administrativa | DELEGACIÓN FEDERAL NAYARIT |
| Fecha de Clasificación | 25 DE MARZO DE 2018 |
| Fundamento Legal | art 78 de la Ley de Migración; art 113 franc. V, VI y XI de la Ley General de Transparencia y Acceso a la Información Pública |
| Titular de la Unidad Administrativa y Rúbrica | SUBDIRECCIÓN DE CONTROL Y VERIFICACIÓN MIGRATORIA |

**ACUERDO DE INICIO**

En la ciudad de Nuevo Vallarta, Bahía de Banderas, Nayarit, siendo las 18:30 horas, del día 25 de marzo del año dos mil dieciocho, El Subdirector de Control y Verificación Migratoria, de la Delegación Federal del Instituto Nacional de Migración en el Estado de Nayarit, Lcp. Uriel Jiménez Martínez, quien actúa legalmente ante la presencia de dos testigos que al final firman y dan fe. - - - - - - - - - - - - - - -
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - H A C E   C O N S T A R - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Que con fecha 25 de marzo de 2018, se recibió el oficio de puesta a disposición número INM/DFN/SCVM/0371/2018, signado por los Agentes Federales Felipe de Jesús López Lizarraga, y Francisco José Antonio González Arzate, comisionados a la Visita de Verificación en el domicilio de **Casa Chocolate, domicilio conocido (AC-12-12) Chacala; municipio de Compostela, Nayarit**, mediante el cual presentan ante el Lcp. Uriel Jiménez Martínez, Subdirector de Control y Verificación Migratoria, a la persona que dijo llamarse **Keith Alan Raniere** de nacionalidad **estadounidense**, en virtud de no acreditar su regular estancia en territorio nacional. - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - C O N S T E - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
CON FUNDAMENTO EN LOS ARTÍCULOS 1, 11, 14 Y 16 DE LA CONSTITUCIÓN POLITICA DE LOS ESTADOS UNIDOS MEXICANOS; 26 Y 27 FRACCIÓN XXXIII DE LA LEY ORGÁNICA DE LA ADMINISTRACIÓN PÚBLICA FEDERAL; 2, LETRA C, FRACCIÓN III, 69, 70, 77, FRACCIÓN II, INCISO C. 92, FRACCION II DEL REGLAMENTO INTERIOR DE LA SECRETARÍA DE GOBERNACIÓN; 1, 2, 5, 7, 11, 12, 13 fracciones I y III, 16, 19, 20, fracciones III y VII, 66, 67, 68, 70, 77, 79, 80, 99, 100 Y 111 DE LA LEY DE MIGRACIÓN; 1, 2, 55, 194, 222, 232 Y 233 DE SU REGLAMENTO; 1, 3, 9, 12, 13, 16 FRACCIONES I, III, IV,, V VI, IX Y X, 18, 19, 28, 29, 30, 32, 33, 35, FRACCIÓN I, 36, 38, 39, 44 Y 49 DE LA LEY FEDERAL DEL PROCEDIMIENTO ADMINISTRATIVO; 1, 9, 11, 19 fracción XVII DEL ACUERDO POR EL QUE SE DELEGAN ATRIBUCIONES PARA AUTORIZAR TRÁMITES MIGRATORIOS Y EJERCER DIVERSAS ATRIBUCIONES PREVISTAS EN LA LEY DE MIGRACIÓN Y SU REGLAMENTO A LOS SERVIDORES PÚBLICOS ADSCRITOS A LAS DELEGACIONES FEDERALES PUBLICADO EN EL DIARIO OFICILA DE LA FEDERACIÓN EL DIA 13 DE NOVIEMBRE DE 2012; 18 DEL ACUERDO POR EL QUE SE DETERMINA LA SEDE Y CIRCUNSCRIPCIÓN TERRITORIAL DE LAS DELEGACIONES Y SUBDELEGACIONES FEDERALES, DELEGACIONES Y SUBDELEGACIONES LOCALES DEL INSTITUTO NACIONAL DE MIGRACIÓN, PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACIÓN EL DÍA 4 DE ABRIL DE 2013, Y 14 FRACCIÓN II DEL ACUERDO POR EL QUE SE EMITEN LAS NORMAS PARA EL FUNCIONAMIENTO DE LAS ESTACIONES MIGRATORIAS Y ESTANCIAS PROVISIONALES DEL INSTITUTO NACIONAL DE MIGRACIÓN, PUBLICADA EN EL DIARIO OFICIAL DE LA FEDERACIÓN EL DÍA 8 DE NOVIEMBRE DE 2012. - - - - - - -
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - A C U E R D A - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
PRIMERO.- Regístrese el presente asunto en el Libro de Gobierno bajo el número de expediente **E.A./1s.9/NAY/NAY/005/KEITH ALAN RANIERE/25-03-2018**, e iniciese el Procedimiento Administrativo Migratorio correspondiente, a efecto de resolver la situación migratoria al (a) extranjero (a) de referencia. - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
SEGUNDO.- Realicense todas aquellas diligencias que sean necesarias para la debida integración del Procedimiento Administrativo Migratorio en que se actúa. - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
TERCERO.- Notifíquese personalmente en términos de los artículos 35 fracción I y 36 de la Ley Federal de Procedimiento Administrativo del (a) extranjero (a) la presente actuación, habilitándose traductor práctico en caso de ser necesario, lo anterior para los efectos legales a los que haya lugar. - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - C Ú M P L A S E - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Así lo acordó y firma, Subdirector de Control y Verificación Migratoria, de la Delegación Federal del Instituto Nacional de Migración en el Estado de Nayarit, Lcp. Uriel Jiménez Martínez, quien actúa legalmente asistido de los testigos que al final firman para constancia del presente acto. - - - - - - - - - - - - - - - - - - - - - - - - - -

**AUTORIDAD MIGRATORIA**

**Lcp. Uriel Jiménez Martínez**

**TESTIGO DE ASISTENCIA**

2 6 MAR 18 S

**C. Felipe de Jesús López Lizárraga**

**EL DECLARANTE**

**Keith Alan Raniere**

**TESTIGO DE ASISTENCIA**

**C. Francisco José Antonio González Arzate**

004



SECRETARÍA DE GOBERNACIÓN
**INM**
INSTITUTO NACIONAL DE MIGRACIÓN

| CLASIFICACIÓN | Reservada |
|---|---|
| Tiempo de Reserva | 5 años, art. 101 Ley General de Transparencia y Acceso a la Información Pública |
| Unidad Administrativa | DELEGACIÓN FEDERAL NAYARIT |
| Fecha de Clasificación | 25 DE MARZO DE 2018 |
| Fundamento Legal | art 78 de la Ley de Migración, art 113 fracc. V, VI y XI de la Ley General de Transparencia y Acceso a la Información Pública |
| Titular de la Unidad Administrativa y Rúbrica | SUBDIRECCIÓN DE CONTROL Y VERIFICACIÓN MIGRATORIA |

**PRESENTACIÓN**

En la Ciudad de Nuevo Vallarta, Bahía de Banderas, Nayarit; siendo las 18:30 horas del día **25 de marzo de 2018 (dos mil dieciocho)**, el Subdirector de Control y Verificación Migratoria, de la Delegación Federal del Instituto Nacional de Migración en el Estado de Nayarit, Lcp. Uriel Jiménez Martínez; quien actúa legalmente ante la presencia de dos testigos que al final firman y dan fe.----------------------------------------------------------------------

-------------------------------------------------------CONSTE----------------------------------------------------------

Que con fundamento en lo dispuesto en los artículos 1, 11, 14 y 16 de la Constitución Política de los Estados Unidos Mexicanos, 1, 2, 3 fracción XX, 7, 12, 13, 20 fracciones VII, y X, 66, 67, 68, 69, 70, 77, 79, 99, 101, 106, 107, 108, 109, 111, 121 y 144 de la Ley de Migración; 1, 2, 55, 58, 194, 222, 223, 226, 233, 234 y 235 del Reglamento de la Ley de Migración publicado en el Diario Oficial de la Federación en fecha 28 de septiembre de 2012 vigente a partir del 09 de noviembre de 2012; 1, 3, 9, 12, 13, 16 fracciones I, III, IV, V, VI, IX y X, 18, 19, 28, 29, 30, 32, 33, 35, 36, 38, 39, 44, 49, 50, 51y 59 de la Ley Federal del Procedimiento Administrativo; 1° y 2° inciso c) fracción III, 77 último párrafo, 84, 132 aplicables del Reglamento Interior de la Secretaría de Gobernación; artículos 1, 9, 11, 19 fracción XIX del acuerdo por el que se delegan atribuciones para autorizar trámites migratorios y ejercer diversas atribuciones previstas en la ley de migración y su reglamento a los servidores públicos adscritos a las delegaciones federales del instituto nacional de migración, publicado en el Diario Oficial de la Federación el 13 de Noviembre de 2012; esta autoridad:- - - - - - ---------------------------------------------------------------------------------------------------------------------------

----------------------------------HACE CONSTAR-----------------------------------------

Que del contenido de las documentales que integran el expediente administrativo en que se actúa, se advierte que la persona de nombre **KEITH ALAN RANIERE** de nacionalidad **estadounidense**, con su conducta de acción; <u>por sus antecedentes en México o en el extranjero pudiera comprometer la seguridad nacional o la seguridad pública</u>, actualizó los supuestos del artículo 144 fracción IV de la Ley de Migración, esta autoridad administrativa:-----------------------------------------------------------------

---------------------------------------------------ACUERDA---------------------------------------------------------

PRIMERO.- Alójese temporalmente al extranjero de nombre **KEITH ALAN RANIERE** de nacionalidad **estadounidense**, en la estancia provisional adecuada en la Delegación Federal con el carácter de presentado, en virtud de haber encuadrado su conducta en lo establecido en el numeral 68, 79, 98, 99, 100 y 144 <u>fracción IV, de la Ley de Migración, por sus antecedentes en México o en el extranjero pudiera comprometer la seguridad nacional o la seguridad pública</u>, por lo que en todo momento se le proporcionara manutención, servicios médicos y sanidad, respetándosele sus derechos humanos, hasta en tanto esta autoridad resuelva su situación migratoria en territorio mexicano.-------------------------------------------------------------------------

SEGUNDO.- Déjese constancia que al extranjero de referencia se le ha proporcionado acceso a comunicación telefónica.--------

TERCERO.- Notifíquese personalmente al extranjero **KEITH ALAN RANIERE** de nacionalidad **estadounidense**, la presente actuación para que surta todos los efectos a los que haya lugar.-------------------------------------------------------------

-------------------------------------------------CÚMPLASE-------------------------------------------------

Así lo acordó y firma, el Subdirector de Control y Verificacion Migratoria, adscrito a la Delegación Federal del Instituto Nacional de Migración en el Estado de Nayarit, Uriel Jimenez Martinez, quien actúa legalmente asistido de los testigos que al final firman para constancia del presente acto.----------------------------------------------------------------------

**AUTORIDAD MIGRATORIA**

**Lcp. Uriel Jiménez Martínez**

**TESTIGO DE ASISTENCIA**

C. Felipe de Jesús López Lizárraga

**EL DECLARANTE**

**Keith Alan Raniere**

**TESTIGO DE ASISTENCIA**

C. Francisco José Antonio González Arzate

26 MAR 18 S

005



| CLASIFICACIÓN | Reservada |
|---|---|
| Tiempo de Reserva | 5 años, art. 101 Ley General de Transparencia y Acceso a la Información Pública |
| Unidad Administrativa | DELEGACIÓN FEDERAL NAYARIT |
| Fecha de Clasificación | 25 DE MARZO DE 2018 |
| Fundamento Legal | art 78 de la Ley de Migración, art 113 fracc. V, VI y XI de la Ley General de Transparencia y Acceso a la Información Pública |
| Titular de la Unidad Administrativa y Pública | SUBDIRECCION DE CONTROL Y VERIFICACION MIGRATORIA |

## DERECHOS DE LOS ALOJADOS EN LAS ESTACIONES MIGRATORIAS

En términos de los artículos 107, 108, 109, 110 y 111 de la Ley de Migración; 226, 227, 228, 229, 230, 232, 233, 234, 235, 236, 237 y 238 de su Reglamento y 9, 12, 18, 20, 22, 24 y 25 del Acuerdo por el que se emiten las Normas para el Funcionamiento de las Estaciones Migratorias y Estancias Provisionales del Instituto Nacional de Migración, publicada en el Diario Oficial de la Federación el día 8 de noviembre de 2012, las personas extranjeras alojadas en Estaciones Migratorias y Estancias Provisionales del Instituto Nacional de Migración, por no acreditar su legal estancia en el país tienen los siguientes:

### DERECHOS:

1. Recibir de los Servidores Públicos que laboran en esta estación migratoria del Instituto Nacional de Migración, un trato digno y de respeto a sus derechos humanos.

2. Conocer su situación migratoria y el motivo de su presentación;

3. Recibir por escrito sus derechos y obligaciones, así como las instancias donde puede presentar sus denuncias y quejas;

4. Ser informado del procedimiento migratorio; de su derecho a solicitar el reconocimiento de la condición de refugiado o la determinación de apátrida; del derecho a regularizar su estancia en términos de la Ley de Migración y su Reglamento, en su caso, de la posibilidad de solicitar voluntariamente el retorno asistido a su país de origen; así como del derecho de interponer un recurso efectivo contra las resoluciones del Instituto;

5. Que se notifique a su representación consular de su presentación, si opta por ello. En caso de que desee recibir la protección de su representación consular, se le facilitarán los medios para comunicarse con ésta lo antes posible;

6. Que el procedimiento sea sustanciado por autoridad competente y que tenga el derecho a recibir asesoría legal, ofrecer pruebas y alegar lo que a su derecho convenga, así como tener acceso a las constancias del expediente administrativo migratorio;

7. Que se acta administrativa que levante la autoridad migratoria sobre los hechos que se le imputan se realice en presencia de dos testigos y que en ella se señale su derecho a ofrecer pruebas, a alegar lo que a su derecho convenga, así como a ser asistido por su representante o persona de su confianza y, en su caso. el derecho a que se habilite un traductor o intérprete para el desahogo de la diligencia;

8. Contar con un traductor o intérprete para facilitar la comunicación, en caso de que no hable o no entienda el idioma español;

9. Comunicarse vía telefónica con la persona que solicite en el momento de su puesta a disposición de la autoridad migratoria. Las comunicaciones subsecuentes se realizarán conforme a los horarios establecidos para ello por la Estación Migratoria;

10. Conocer la ubicación de la estación migratoria en la que se encuentra presentado y alojado, de las reglas aplicables y los servicios a los que tendrá acceso;

11. Que se realice un inventario de las pertenencias que traiga consigo, así como su depósito y resguardo en el área establecida para ello, y que le sean devueltas a su salida de la estación migratoria;

12. No ser discriminado por las autoridades a causa de su origen étnico o nacional, sexo, género, edad, discapacidad, condición social o; económica, estado de salud, embarazo, lengua, religión, opiniones, preferencias sexuales, estado civil o cualquier otra circunstancia que tenga por objeto impedir o anular el reconocimiento o el ejercicio de los derechos y la igualdad real de oportunidades de las personas;

13. Denunciar ante la autoridad competente si durante su permanencia o tránsito por territorio nacional ha sido víctima o testigo de algún delito, para lo cual se le brindará las facilidades que correspondan;

14. Recibir durante su estancia un espacio digno, tres alimentos al día y enseres básicos de aseo personal;

15. Ser visitado por su cónyuge o concubino, familiares, representante legal, Representante Consular, autoridades competentes, representantes de organismos no gubernamentales, y ministros de culto acreditados en los términos de la Ley de Migración y demás disposiciones relacionadas, siempre que lo autorice expresamente;



| CLASIFICACIÓN | Reservada |
|---|---|
| Tiempo de Reserva | 5 años, art. 101 Ley General de Transparencia y Acceso a la Información Pública |
| Unidad Administrativa | DELEGACIÓN FEDERAL NAYARIT |
| Fecha de Clasificación | 25 DE MARZO DE 2018 |
| Fundamento Legal | art 78 de la Ley de Migración, art 113 fracc. V, VI y XI de la Ley General de Transparencia y Acceso a la Información Pública |
| Titular de la Unidad Administrativa y Rúbrica | SUBDIRECCION DE CONTROL Y VERIFICACIÓN MIGRATORIA |

17  Participar en actividades recreativas, educativas y culturales que se organicen dentro de las instalaciones;

18.  Que las Estaciones Migratorias cuenten con áreas de estancia separadas para mujeres y hombres, con la garantía del derecho a la preservación de la unidad familiar en todo momento, excepto en los casos en los que la separación sea considerada en razón del interés superior de la niña, niño o adolescente;

19.  Que las Estaciones Migratorias y las Estancias Provisionales cuenten con áreas separadas para niñas, niños y adolescentes migrantes no acompañados para su alojamiento en tanto son canalizados a instituciones en donde se les brinde una atención adecuada;

20.  Depositar sus quejas o sugerencias en buzones que sean accesibles, visibles, que cuenten con bolígrafos y con los formatos correspondientes y;

21  Solicitar a la autoridad migratoria lo que a su derecho convenga.



Recibí y comprendí  la información.

_____

**Keith Alan Raniere**

Nuevo Vallarta, Bahía de Banderas. Nayarit, a 25 de marzo de 2018.

2 6 MAR 18 S

MÉXICO

007

| CLASIFICACIÓN | Reservada |
|---|---|
| Tiempo de Reserva | 5 años, art. 101 Ley General de Transparencia y Acceso a la Información Pública |
| Unidad Administrativa | DELEGACION FEDERAL NAYARIT |
| Fecha de Clasificación | 25 DE MARZO DE 2018 |
| Fundamento Legal | art 78 de la Ley de Migración, art 113 fracc. V, VI y XII de la Ley General de Transparencia y Acceso a la Información Pública |
| Titular de la Unidad Administrativa y Rubrica | SUBDIRECCION DE CONTROL Y VERIFICACION MIGRATORIA |

SEGOB    

**INSTITUTO NACIONAL DE MIGRACION**
**DELEGACION FEDERAL DE NAYARIT**
**ESTANCIA ROVICIONAL**

**INVENTARIO DE PERTENENCIAS O VALORES**

**DATOS GENERALES**

FECHA: 25/03/2017                                   FOLIO: 005

NOMBRE DEL EXTRANJERO (A): KEITH ALAN RANIERE

NACIONALIDAD: ESTADOUNIDENSE        SEXO: (M)  (F)      EDAD: 57

| EQUIPAJE | CANTIDAD | COLOR | OBSERVACIONES |
|---|---|---|---|
| Maleta | | | |
| Mochila | | | |
| Bolsa de mano | | | |
| Bolsa plástico | | | |

| APARATOS ELECTRONICOS | | MARCA | NUM. DE SERIE |
|---|---|---|---|
| Tel. Celular | | | |
| Reproductor MP3/Radio | | | |

EFECTIVO

Importe: _____                          Tipo de moneda: _____

ALHAJAS:

Metal:
Descripción:

**DOCUMENTACION Y/O OTROS OBJETOS:**
Descripción:

LCP. URIEL JIMENEZ MARTINEZ                          KEITH ALAN RANIERE

26 MAR 18 S

SEGOB 

| CLASIFICACIÓN | Reservada |
|---|---|
| Tiempo de Reserva | 3 años, art. 101 Ley General de Transparencia y Acceso a la Información Pública |
| Unidad Administrativa | DELEGACION FEDERAL NAYARIT |
| Fecha de Clasificación | 25 DE MARZO DE 2018 |
| Fundamento Legal | art 78 de la Ley de Migración, art 113 fracc. V, VI y XI de la Ley General de Transparencia y Acceso a la Información Pública |
| Titular de la Unidad Administrativa y Rúbrica | SUSDIRECCION DE CONTROL Y VERIFICACION MIGRATORIA |

**FILIACIÓN**

Nombre y apellido: **KEITH ALAN RANIERE**

Nacionalidad que informa: **ESTADOUNIDENSE**

Sexo: **MASCULINO**

Fecha de nacimiento: **26/08/1960**

Edad: **57**

Lugar de nacimiento: **BROOKLYN, NEW YORK**

Residencia: **ESTADOS UNIDOS**

Estado civil: **SOLTERO**

Ocupación: **CAPACITADOR**

Padre: **JAMES RANIERE**

Grados de estudios: **UNIVERSIDAD**

Madre: **VERA OSCHYPKO**

| Estatura: | 1.67 | Tipo de cabello: | ONDULADO CON CANAS | Frente: | AMPLIA |
|---|---|---|---|---|---|
| Cejas: | POBLADAS | Bigote: | SI CON CANAS | Color de Ojos: | AZULES |
| Nariz | GRANDE | Complexión: | REGULAR | Boca: | MEDIANA |
| Labios: | DELGADOS | Señas particulares: | NINGUNA | | |

De considerar que el regreso a su país podría ocasionar algún riesgo a su persona, se le brindará mayor información sobre el trámite para solicitar refugio. A partir del día de hoy o de que tenga conocimiento de algún riesgo, tiene 30 días para iniciar el trámite correspondiente.

Tiene igualmente derecho a establecer comunicación con su representación consular acreditada en México, misma que se establecerá por las vías ordinarias.

Observaciones:

Huellas dactilares:

**Mano derecha**

| Pulgar | Índice | Medio | Anular | Meñique |
|---|---|---|---|---|
| | | | | |

**Mano izquierda**

| Meñique | Anular | Medio | Índice | Pulgar |
|---|---|---|---|---|
| | | | | |

**KEITH ALAN RANIERE**

2 6 MAR 18 S

MEXICO

009





**DIRECCIÓN GENERAL DE CONTROL Y VERIFICACIÓN MIGRATORIA**
**DIRECCIÓN DE ESTACIONES MIGRATORIAS**
**DELEGACIÓN FEDERAL EN NAYARIT**
Número de evento: 0000000030641

## INVENTARIO DE PERTENENCIAS O VALORES

| FICHA DE INGRESO DEL EXTRANJERO(A) | | | | |
|---|---|---|---|---|
| Datos generales | | | | |
| | **Nombre** | | | |
| | KEITH ALAN RANIERE | | | |
| | **Nacionalidad** | | **Número de extranjero** | |
| | Estados Unidos de América | | 0000000033801 | |
| | **Sexo** | | **Fecha de entrada** | |
| | Hombre | | 25/03/2018 | |
| | **Fecha de nacimiento** | **Edad** | | **Documento de identidad** |
| | 26/08/1960 | 57 años | | Acta de nacimiento |

| Relación de pertenencias | | | |
|---|---|---|---|
| **Equipaje** | **Cantidad** | **Color** | **Observaciones** |
| Maleta | | | |
| Mochila | | | |
| Bolsa de mano | | | |
| Bolsa de plástico | | | |

| Aparatos Electrónicos | **Cantidad** | **Marca** | **Número de serie** |
|---|---|---|---|
| Telefono celular | | | |
| Reproductor MP3/Radio | | | |

| Efectivo | | |
|---|---|---|
| Importe: | Tipo de moneda: | |

| Alhajas | | |
|---|---|---|
| Metal: | Descripción: | |

| Documentación y/u otros objetos |
|---|
| |
| |
| |
| |

_____
**Nombre y firma de la autoridad migratoria que recibe**

_____
**Nombre y firma del extranjero(a)**

010

**DERECHOS DE LOS ALOJADOS EN LAS ESTACIONES MIGRATORIAS**

En términos de los artículos 107, 108, 109, 110 y 111 de la Ley de Migración; 226, 227, 228, 229, 230, 232, 233, 234, 235, 236, 237 y 238 de su Reglamento y 9, 12, 18, 20, 22, 24 y 25 del Acuerdo por el que se emiten las Normas para el Funcionamiento de las Estaciones Migratorias y Estancias Provisionales del Instituto Nacional de Migración, publicada en el Diario Oficial de la Federación el día 8 de noviembre de 2012, las personas extranjeras alojadas en Estaciones Migratorias y Estancias Provisionales del Instituto Nacional de Migración, por no acreditar su legal estancia en el país tienen los siguientes: DERECHOS:

1.- Recibir de los Servidores Públicos que laboran en esta estación migratoria del Instituto Nacional de Migración, un trato digno y de respeto a sus derechos humanos.

2.- Conocer su situación migratoria y el motivo de su presentación;

3.- Recibir por escrito sus derechos y obligaciones, así como las instancias donde puede presentar sus denuncias y quejas;

4.- Recibir atención médica, psicológica, así como asesoría legal, al ingreso y durante su presentación y alojamiento;

5.- Ser informado del procedimiento migratorio; de su derecho a solicitar el reconocimiento de la condición de refugiado o la determinación de apátrida; del derecho a regularizar su estancia en términos de la Ley de Migración y su Reglamento, en su caso, de la posibilidad de solicitar voluntariamente el retorno asistido a su país de origen; así como del derecho de interponer un recurso efectivo contra las resoluciones del Instituto;

6.- Que se notifique a su representación consular de su presentación, si opta por ello. En caso de que desee recibir la protección de su representación consular, se le facilitarán los medios para comunicarse con ésta lo antes posible;

7.- Que el procedimiento sea sustanciado por autoridad competente y que tenga el derecho a recibir asesoría legal, ofrecer pruebas y alegar lo que a su derecho convenga, así como tener acceso a las constancias del expediente administrativo migratorio;

8.- Que el acta administrativa que levante la autoridad migratoria sobre los hechos que se le imputan se realice en presencia de dos testigos y que en ella se señale su derecho a ofrecer pruebas, a alegar lo que a su derecho convenga, así como a ser asistido por su representante o persona de su confianza y, en su caso, el derecho a que se habilite un traductor o intérprete para el desahogo de la diligencia;

9.- Contar con un traductor o intérprete para facilitar la comunicación, en caso de que no hable o no entienda el idioma español;

10.- Comunicarse vía telefónica con la persona que solicite en el momento de su puesta a disposición de la autoridad migratoria. Las comunicaciones subsecuentes se realizaran conforme a los horarios establecidos para ello por la Estación Migratoria;

11.- Conocer la ubicación de la estación migratoria en la que se encuentra presentado y alojado, de las reglas aplicables y los servicios a los que tendrá acceso;

12.- Que se realice un inventario de las pertenencias que traiga consigo, así como a su depósito y resguardo en el área establecida para ello, y que le sean devueltas a su salida de la estación migratoria;

13.- No ser discriminado por las autoridades a causa de su origen étnico o nacional, sexo, género, edad, discapacidad, condición social o; económica, estado de salud, embarazo, lengua, religión, opiniones, preferencias sexuales, estado civil o cualquier otra circunstancia que tenga por objeto impedir o anular el reconocimiento o el ejercicio de los derechos y la igualdad real de oportunidades de las personas;

14.- Denunciar ante la autoridad competente si durante su permanencia o tránsito por territorio nacional ha sido víctima o testigo de algún delito, para lo cual se le brindará las facilidades que correspondan;

15.- Recibir durante su estancia un espacio digno, tres alimentos al día y enseres básicos de aseo personal;

2 6 MAR 18 S

MEXICO

16.- Ser visitado por su cónyuge o concubino, familiares, representante legal, Representante Consular, autoridades competentes, representantes de organismos no gubernamentales, y ministros de culto acreditados en los términos de la Ley de Migración y demás disposiciones relacionadas, siempre que lo autorice expresamente;

17.- Participar en actividades recreativas, educativas y culturales que se organicen dentro de las instalaciones;

18.- Que las Estaciones Migratorias cuenten con áreas de estancia separadas para mujeres y hombres, con la garantía del derecho a la preservación de la unidad familiar en todo momento, excepto en los casos en los que la separación sea considerada en razón del interés superior de la niña, niño o adolescente;

19.- Que las Estaciones Migratorias y las Estancias Provisionales cuenten con áreas separadas para niñas, niños y adolescentes migrantes no acompañados para su alojamiento en tanto son canalizados a instituciones en donde se les brinde una atención adecuada;

20.- Depositar sus quejas o sugerencias en buzones que sean accesibles, visibles, que cuenten con bolígrafos y con los formatos correspondientes y;

21.- Solicitar a la autoridad migratoria lo que a su derecho convenga.

_____

**Nombre y firma del interesado de haber recibido y comprendido la información**

_____

**Fecha**

2 6 MAR 18 S

INM

| CLASIFICACIÓN | Reservada |
|---|---|
| Tiempo de Reserva | 5 años, art. 101 Ley General de Transparencia y Acceso a la Información Pública |
| Unidad Administrativa | DELEGACIÓN FEDERAL NAYARIT |
| Fecha de Clasificación | 25 DE MARZO DE 2018 |
| Fundamento Legal | art.78 de la Ley de Migración, art.113 fracc. V, VI y XI de la Ley General de Transparencia y Acceso a la Información Pública |
| Titular de la Unidad Administrativa y Rúbrica | SUBDIRECCIÓN DE CONTROL Y VERIFICACIÓN MIGRATORIA |

## COMPARECENCIA

En la ciudad de Nuevo Vallarta, Bahía de Banderas, Nayarit, siendo las 18:40 horas del día 25 de marzo del año dos mil dieciocho, El Subdirector de Control y Verificación Migratoria, de la Delegación Federal del Instituto Nacional de Migración en el Estado de Nayarit, Lcp. Uriel Jiménez Martínez. quien actúa legalmente ante la presencia de dos testigos que al final firman y dan fe -------------------------------

CON FUNDAMENTO EN LOS ARTÍCULOS 1, 11, 14 Y 16 DE LA CONSTITUCIÓN POLITICA DE LOS ESTADOS UNIDOS MEXICANOS; 26 Y 27 FRACCIÓN XXXIII DE LA LEY ORGÁNICA DE LA ADMINISTRACIÓN PÚBLICA FEDERAL; 2, LETRA C, FRACCIÓN III, 69, 70, 77, FRACCIÓN II, INCISO C, 92, FRACCION III DEL REGLAMENTO INTERIOR DE LA SECRETARÍA DE GOBERNACIÓN; 1, 2, 5, 7, 11, 12, 13 fracciones I y III, 14, 16, 19, 20, fracciones III y VII, 66, 67, 68, 70, 77, 79, 80, 99, 100 Y 111 DE LA LEY DE MIGRACIÓN; 1, 2, 55, 194, 222, 232 Y 233 DE SU REGLAMENTO; 1, 3, 9, 12, 13, 16 FRACCIONES I, III, IV,.V VI, IX Y X, 18, 19, 28, 29, 30, 32. 33, 35, FRACCIÓN I, 36, 38, 39, 44 Y 49 DE LA LEY FEDERAL DEL PROCEDIMIENTO ADMINISTRATIVO; 1 y 19 Fracc. XVI Y XVII DEL ACUERDO POR EL QUE SE DELEGAN ATRIBUCIONES PARA AUTORIZAR TRÁMITES MIGRATORIOS Y EJERCER DIVERSAS ATRIBUCIONES PREVISTAS EN LA LEY DE MIGRACIÓN Y SU REGLAMENTO A LOS SERVIDORES PUBLICOS ADSCRITOS A LAS DELEGACIONES FEDERALES PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACIÓN EL DIA 13 DE NOVIEMBRE DE 2012; Art. 3, Inciso 18 DEL ACUERDO POR EL QUE SE DETERMINA LA SEDE Y CIRCUNSCRIPCIÓN TERRITORIAL DE LAS DELEGACIONES Y SUBDELEGACIONES FEDERALES, DELEGACIONES Y SUBDELEGACIONES LOCALES DEL INSTITUTO NACIONAL DE MIGRACIÓN, PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACIÓN EL DÍA 4 DE ABRIL DE 2013, Y 14 FRACCIÓN V DEL ACUERDO POR EL QUE SE EMITEN LAS NORMAS PARA EL FUNCIONAMIENTO DE LAS ESTACIONES MIGRATORIAS Y ESTANCIAS PROVISIONALES DEL INSTITUTO NACIONAL DE MIGRACIÓN, PUBLICADA EN EL DIARIO OFICIAL DE LA FEDERACIÓN EL DÍA 8 DE NOVIEMBRE DE 2012. -----------------------------------------
----------------------------------- H A C E  C O N S T A R -----------------------------------------

Que a la hora antes citada del día de la fecha, se tiene por presentada por no comprobar su regular estancia en el pais ante esta autoridad migratoria, la persona que responde al nombre de KEITH ALAN RANIERE, de nacionalidad estadounidense, a efecto de rendir su comparecencia administrativa; por lo que se procede a protestarlo en términos del artículo 247 fracción I del Código Penal Federal, para que se conduzca con verdad en la presente diligencia en que va a intervenir y advertido de las penas en que incurren los falsos declarantes y enterado del contenido del artículo en comento, la persona extranjera de referencia, manifiesta protestar y conducirse con verdad en la presente comparecencia, que por sus generales manifestó llamarse KEITH ALAN RANIERE, ser de nacionalidad estadounidense, tener 57 años de edad, con fecha de nacimiento 26 de agosto de 1960, de estado civil soltero, con instrucción escolar universitaria, de ocupación capacitador, originario de Brooklyn Nueva York; desconociendo los domicilios en los cuales habito, siendo uno de estos en Guadalajara, Jalisco; y el otro en Chacala, Compostela, Nayarit, hija (o) del señor James Raniere de nacionalidad estadounidense y de la señora Vera Oschypko, de nacionalidad estadounidense, a quien con fundamento en el artículo 36 fracción I inciso b) de la Convención de Viena sobre Relaciones Consulares de 1963 y en relación con los artículos 13, 69, 70, 106 y 109 de la Ley de Migración, 222 y 226 de su Reglamento; y 15, 17, 18 y 24 del Acuerdo por el que se emiten las normas para el funcionamiento de las estaciones migratorias y estancias provisionales del Instituto Nacional de Migración, publicada en el diario oficial de la federación el día 8 de noviembre de 2012, se hace del conocimiento que tiene derecho a comunicarse con su representación consular y ser asistido o representado legalmente por la persona que designe, por lo que en este acto manifiesta su deseo o no de ser asistido o representado por persona de su confianza; asimismo se le notifica que tiene derecho a solicitar el reconocimiento de la condición de refugiado o la determinación de apátrida; del derecho a regularizar su estancia en términos de los artículos 132, 133 y 134 de la Ley de Migración, solicitar el retorno asistido a su pais de origen, interponer recurso en contra de las resoluciones que emita este Instituto, ofrecer las pruebas y alegar lo que a su derecho convenga, a lo que manifiesta que No es su deseo presentar pruebas y alegatos; se hace mención que el extranjero no entiende y habla el idioma castellano, por lo que si se requiere que se le designe un traductor práctico para que lo asista durante la presente diligencia, en consecuencia la persona extranjera: -----------------------------
------------------------------------- M A N I F I E S T A -------------------------------------

Que mi nombre es Keith Alan Rainere, ingresé a México aproximadamente el 10 de noviembre del 2017 vía aérea, y creo que fué a través de American Airlines, a Monterrey; Nuevo León, donde permanecí durante un par de meses; con la C. Mariana Fernández Aguilar, quien es la madre de mi hijo; no recuerdo el nombre del domicilio en esta ciudad, posteriormente me trasladé al sur, y he estado vacacionando en Guadalajara; Jalisco y en Chacala, en Compostela; Nayarit, cambiando de un lugar a otro intermitentemente, sin embargo me rehusó a proporcionar información referente

**013**

| CLASIFICACIÓN | Reservada |
|---|---|
| Tiempo de Reserva | 5 años: art. 101 Ley General de Transparencia y Acceso a la Información Pública |
| Unidad Administrativa | DELEGACION FEDERAL NAYARIT |
| Fecha de Clasificación | 25 DE MARZO DE 2018 |
| Fundamento Legal | art.78 de la Ley de Migración; art.113 fracc. V, VI y XI de la Ley General de Transparencia y Acceso a la Información Pública |
| Titular de la Unidad Administrativa y Rúbrica | SUBDIRECCION DE CONTROL Y VERIFICACION MIGRATORIA |

a los domicilios específicos. Tengo conocimiento de que en Estados Unidos me acusan de algunos delitos, y temo que al cooperar con la autoridad migratoria mexicana pueda tener problemas; y a partir de este momento me niego a cooperar de manera alguna. No cuento al momento con documento de identidad, documento migratorio alguno; ni teléfono celular, pues estos se encuentran en mi casa, la cual no recuerdo tampoco la dirección. No deseo recibir los alimentos que en este lugar se me han ofrecido, y me niego a someterme al reconocimiento médico, firmas, responder preguntas, o cooperar de ninguna manera. Asi mismo quiero declarar que en todo momento esta autoridad migratoria me ha respetado mis derechos humanos y garantías individuales y que no se sido objeto de malos tratos físicos o verbales. Que es todo lo que deseo manifestar. ----------------------------------------------------------------------------------------------------------

En razón de lo anterior se acuerda lo siguiente: ------------------------------------------------------------------------------
-----------------------------------------------------------------------------------------------------------------------------------

PRIMERO.- Téngase por formuladas las manifestaciones del extranjero de nombre KEITH ALAN RANIERE, mismas que serán tomas en cuenta al momento de resolver el presente procedimiento administrativo migratorio instruido en su contra.- - - - - - - - - - - - - - - - - - - -
-----------------------------------------------------------------------------------------------------------------------------------

SEGUNDO.- En términos del artículo 109 fracción V dela Ley de Migración y 32 de la Ley Federal de Procedimiento Administrativo, se concede al extranjero de nombre KEITH ALAN RANIERE, un término de hasta diez días hábiles para presentar pruebas a su favor. -----

TERCERO.- Continúese con el desahogo del procedimiento administrativo migratorio instruido en contra del extranjero de nombre KEITH ALAN RANIERE. -------------------------------------------------------------------------------------------------

No habiendo más que hacer constar se cierra la presente comparecencia siendo las 20:07 horas del día de su inicio, firmando al calce y al margen los que intervinieron en ella. ----------------------------------------------------------------------------------------------

AUTORIDAD MIGRATORIA

Lcp. Uriel Jiménez Martínez

EL DECLARANTE

Keith Alan Raniere

TESTIGO DE ASISTENCIA

C. Felipe de Jesús López Lizárraga

TESTIGO DE ASISTENCIA

C. Juan Carlos Ruiz Bernal

26 MAR 18

MEXICO

014

| CLASIFICACIÓN | Reservada |
|---|---|
| Tiempo de Reserva | 5 años, art 101 Ley General de Transparencia y Acceso a la Información Pública |
| Unidad Administrativa | Delegación Federal Nayarit |
| Fecha de Clasificación | 25 de marzo de 2018 |
| Fundamento Legal | art 78 de la Ley de Migración, art 113 fracc. V, VI y XI de la Ley General de Transparencia y Acceso a la Información Pública |
| Titular de la Unidad Administrativa y Rúbrica | Subdirección de Control y Verificación Migratoria |

### RESOLUCIÓN DE DEPORTACION

En la ciudad de Nuevo Vallarta, Bahía de Banderas, Nayarit, siendo el día **25 de marzo de 2018**, vistas las constancias para resolver la situación migratoria del extranjero (a) **KEITH ALAN RANIERE**, de nacionalidad **ESTADOUNIDENSE**, se procede a dictar la resolución de acuerdo a los siguientes.

_____ **R E S U L T A N D O** _____

1.- Que con fecha **25 DE MARZO DE 2018**, se recibió el oficio de puesta a disposición con número INM/DFN/SCVM/0371/2018, signado por LOS C. FELIPE DE JESUS LOPEZ LIZARRAGA y FRANCISCO JOSE ANTONIO GONZALEZ ARZATE, en virtud de no contar con documento migratorio que acredite su estancia legal en el país a quien dijo llamarse **KEITH ALAN RANIERE** de nacionalidad **ESTADOUNIDENSE**.

2.- Con misma fecha, esta autoridad migratoria dictó Acuerdo de Inicio, aperturando el Procedimiento Administrativo Migratorio con el número E.A/1s.9/NAY/NAY/005/KEITH ALAN RANIERE/25-03-2018, tal como lo señalan los lineamientos por los que se instruye a los Servidores Públicos del Instituto Nacional de Migración en materia de procedimiento administrativo migratorio, mismo que corre agregado a las presentes actuaciones.

3.- Con misma fecha, el extranjero(a) de nombre **KEITH ALAN RANIERE**, de nacionalidad **ESTADOUNIDENSE**, en ejercicio de su garantía de audiencia, realizó su comparecencia administrativa, ante esta autoridad migratoria del Instituto Nacional de Migración en Nayarit, la cual corre agregada a los presentes autos.

4.- Con esta misma fecha, esta autoridad migratoria, decretó el Acuerdo de Presentación al extranjero (a) **KEITH ALAN RANIERE**, de nacionalidad **ESTADOUNIDENSE** quedando alojado provisionalmente en la sección del Área de Control y Verificación en la oficina del Instituto Nacional de Migración en la ciudad de Tepic, Nayarit, misma que se encuentra regulada por el Acuerdo por el que se Emiten las Normas para el Funcionamiento de las Estaciones Migratorias y Estancias Provisionales del Instituto Nacional de Migración, publicado en el Diario Oficial de la Federación el día 08 de noviembre de 2012, hasta en tanto se resuelva su Procedimiento Administrativo Migratorio, en territorio mexicano.

5.- Con fecha **25 DE MARZO DE 2018**, mediante oficio INM/DFN/SCVM/0368/2018 se notificó a la Representación Diplomática del H. Consulado de ESTADOS UNIDOS DE AMERICA, la presentación y alojamiento en la Delegación Federal Nayarit, de la persona extranjera **KEITH ALAN RANIERE**, de nacionalidad **ESTADOUNIDENSE**, documental que corre agregado a los presentes autos.

6.- Con fecha **25 DE MARZO DE 2018**, se tiene por recibido el certificado **No. 156-60-336171**, mediante el cual acredita su Nacionalidad e identidad como nacional **ESTADOUNIDENSE** el extranjero (a) **KEITH ALAN RANIERE**, documental que corre agregado a los presentes autos.

7.- Con fecha **25 DE MARZO DEL 2018**, el extranjero (a) de nombre **KEITH ALAN RANIERE** de nacionalidad **ESTADOUNIDENSE** manifestó que no es su deseo hacer el uso del término de los días otorgados para presentar pruebas y alegatos, dentro del Procedimiento Administrativo Migratorio que se le instruye para resolver su situación migratoria en el país, documental que corre agregada a los presentes autos.

_____ **C O N S I D E R A N D O** _____

I.- Que con fundamento en lo dispuesto en los artículos 1, 11, 14 y 16 de la Constitución Política de los Estados Unidos Mexicanos; artículo 26 y 27 fracción XXXIII de la Ley Orgánica de la Administración Pública Federal; 1, 2 inciso C fracción III, 77 fracción II, inciso C, 92 y 132 del Reglamento Interior de la Secretaría de Gobernación; 1, 2, 3 fracción XVII, 7, 12, 14, 16, 20, 66, 67, 70, 77, y 109, fracción V, 111, 115, 118, 119, 121, 122, 123, 143 y 144 fracción I y IV, de la Ley de Migración; 1, 2, 55, 58, 193, 194, 205, , 242, 243, y 244 del Reglamento de la Ley de Migración, Publicado en el Diario Oficial de la Federación en fecha 28 de septiembre de 2012, vigente a partir del día 09 de noviembre de 2012; 1, 3, 9, 12, 13, 16 fracciones 1, 111, IV, V, VI, IX y X, 18, 19, 28, 29, 30, 32, 33, 35, 36, 38, 39, 49, 53 y 54 de la Ley Federal del Procedimiento Administrativo; 1 y 2 inciso C) fracción 111, 69, 70, 77, 84, 92, y demás aplicables del Reglamento Interior de la Secretaría de Gobernación, publicado en Diario Oficial de la Federación el día martes 02 de abril de 2013; artículo 1,2 y 3 APARTADO 18 por el Acuerdo por el que se Emiten las Normas para el Funcionamiento de las Estaciones Migratorias y Estancias Provisionales del Instituto Nacional de Migración, publicado en el Diario Oficial de la Federación el día 08 de noviembre de 2012; artículo 1, 11 y 19 fracción XVII, del ACUERDO por el que se delegan atribuciones para autorizar trámites migratorios y ejercer diversas atribuciones previstas en la Ley de Migración y su Reglamento, a los servidores públicos adscritos a las Delegaciones Federales del Instituto Nacional de Migración, publicado en el Diario Oficial de la Federación el martes 13 de noviembre de 2012, esta Autoridad.

| CLASIFICACIÓN | Reservada |
|---|---|
| Tiempo de Reserva | 5 años, art. 101 Ley General de Transparencia y Acceso a la Información Pública |
| Unidad Administrativa | Delegación Federal Nayarit |
| Fecha de Clasificación | 25 de marzo de 2018 |
| Fundamento Legal | art 78 de la Ley de Migración art 113 fracc. V, VI y XI de la Ley General de Transparencia y Acceso a la Información Pública |
| Titular de la Unidad Administrativa y Rúbrica | Subdirección de Control y Verificación Migratoria |

II.- Que la nacionalidad e identidad del extranjero (a) **KEITH ALAN RANIERE**; quedó debidamente acreditada mediante certificado **No. 156-60-336171** mediante el cual acredita su Nacionalidad e identidad como nacional **ESTADOUNIDENSE**.

III.- Que del análisis de las constancias que integran el expediente en que se actúa se desprende que el extranjero (a) **KEITH ALAN RANIERE** de nacionalidad **ESTADOUNIDENSE**, adecuó su conducta a lo establecido por la fracción IV del artículo 144 de la Ley de Migración, que a la letra dice:

*"Artículo 144 de la Ley de Migración.- Será deportado del territorio nacional el extranjero presentado que:*

*IV.- Estar sujeto a proceso penal o haber sido condenado por delito grave conforme a las leyes nacionales en materia penal o las disposiciones contenidas en los tratados y convenios internacionales de los cuales sea parte el Estado mexicano, o que por sus antecedentes en México o en el extranjero pudiera comprometer la seguridad nacional o la seguridad pública;*

Lo anterior queda debidamente acreditado mediante comparecencia rendida por el extranjero, ante el SUBDIRECTOR DE CONTROL Y VERIFICACION MIGRATORIA DEL INM EN NAYARIT, L.C.P. Uriel Jiménez Martínez, donde una vez protestado (a) en términos del artículo 247 fracción I del Código Penal Federal, en la parte que interesa **MANIFESTÓ**: *"Que mi nombre es Keith Alan Rainere, ingresé a México aproximadamente el 10 de noviembre del 2017 vía aérea, y creo que fué a través de American Airlines, a Monterrey; Nuevo León, donde permanecí durante un par de meses; con la C. Mariana Fernández Aguilar, quien es la madre de mi hijo; no recuerdo el nombre del domicilio en esta ciudad, posteriormente me traslade al sur, y he estado vacacionando en Guadalajara; Jalisco y en Chacala, en Compostela; Nayarit, cambiando de un lugar a otro intermitentemente, sin embargo me rehusó a proporcionar información referente a los domicilios específicos. Tengo conocimiento de que en Estados Unidos me acusan de algunos delitos, y temo que al cooperar con la autoridad migratoria mexicana pueda tener problemas; y a partir de este momento me niego a cooperar de manera alguna. No cuento al momento con documento de identidad, documento migratorio alguno; ni teléfono celular, pues estos se encuentran en mi casa, la cual no recuerdo tampoco la dirección. No deseo recibir los alimentos que en este lugar se me han ofrecido, y me niego a someterme al reconocimiento médico, firmas, responder preguntas, o cooperar de ninguna manera." (sic).* Manifestación a la que se le da valor probatorio suficiente en términos de los artículos 199 y 200 del Código Federal de Procedimientos Civiles de aplicación supletoria en materia migratoria, por concurrir en ella circunstancias especiales establecidas en el artículo 199 del ordenamiento legal en comento, el cual dispone:

*"Artículo 199.- La confesión expresa hará prueba plena cuando concurran en ellas las circunstancias siguientes:*

*I.- Que sea hecha por persona capacitada para obligarse;*

*II.- Que sea hecha con pleno conocimiento, y sin coacción ni violencia, y*

*III.- Que sea de hecho propio o, en su caso, del representado o del cedente, y concerniente al negocio."*

Conducta que de conformidad con la ley de la materia se encuentra sancionada con la deportación de territorio nacional, así con restricción para ingresar al mismo, de conformidad con el penúltimo párrafo del artículo 144 de la Ley de Migración y 244 de su Reglamento. -----------------------------------------------------------------------------------

IV.- No es óbice señalar que esta autoridad apegada al principio de legalidad y debido proceso contenido en la Constitución Política de los Estados Unidos, la cual se sustenta en el respeto irrestricto de los derechos humanos de los migrantes sea cual fuere su origen, nacionalidad, género, etnia y situación migratoria, el extranjero (a) **KEITH ALAN RANIERE**, de nacionalidad **ESTADOUNIDENSE**, durante su permanencia en la Delegación Federal Nayarit, le fue proporcionado un lugar digno para su estancia, así como, manutención y servicios médicos, salvaguardando en todo momento sus Derechos Humanos.

V.- Por lo anterior y con fundamento en el artículo 1, 11 y 19 fracción XVII y XXII, del ACUERDO, por el que se delegan atribuciones para autorizar trámites migratorios y ejercer diversas atribuciones previstas en la Ley de Migración y su Reglamento, a los servidores públicos adscritos a las Delegaciones Federales del Instituto Nacional de Migración, publicado en el Diario Oficial de la Federación el martes 13 de noviembre de 2012, esta Autoridad, es de resolverse y:

**016**



| CLASIFICACIÓN | Reservada |
|---|---|
| Tiempo de Reserva | 5 años, art. 101 Ley General de Transparencia y Acceso a la Información Pública |
| Unidad Administrativa | Delegación Federal Nayarit |
| Fecha de Clasificación | 25 de marzo de 2018 |
| Fundamento Legal | art 78 de la Ley de Migración, art 113 fracc. V, VI y XI de la Ley General de Transparencia y Acceso a la Información Pública |
| Titular de la Unidad Administrativa y Rúbrica | Subdirección de Control y Verificación Migratoria |

-------------- --- ----------- ---------- ------- ------ **SE RESUELVE** -----------------------------------------------

**PRIMERO.-** Se determina la deportación de la persona **KEITH ALAN RANIERE** de nacionalidad **ESTADOUNIDENSE**, por adecuar su conducta a la hipótesis contemplada en el artículo **144 fracción IV de la Ley de Migración y artículo 244 fracción IV del Reglamento de la Ley de Migración.**

**SEGUNDO .-** Apercíbase a la persona de la prohibición que tiene para internarse nuevamente a Territorio Nacional, con fundamento en lo previsto en el artículo 144 fracción IV y último párrafo de la Ley de Migración y el artículo 244 fracción IV de su Reglamento, para lo cual se le fija la _**Deportación definitiva**_ contado a partir de la notificación de la presente resolución, a menos que solicite acuerdo de readmisión en términos del artículo 18 fracción VII del mismo ordenamiento legal.

**TERCERO. -** Entréguese valores al extranjero (a) **KEITH ALAN RANIERE**, de nacionalidad **ESTADOUNIDENSE**, en caso de que hubiere, previa toma de razón que por su recibo obre en este expediente.

**CUARTO.-** Notifíquese al encargado de turno de la Delegación Federal Nayarit, lugar donde permanezca alojado, de la presente determinación, para la ejecución de la Deportación a su país de origen, del extranjero (a) **KEITH ALAN RANIERE**, de nacionalidad **ESTADOUNIDENSE**, dejando sin efecto, el acuerdo de presentación determinado por esta autoridad migratoria.

**QUINTO.-** De conformidad con lo señalado en el numeral 2, inciso B) de la circular INM/CCVM/01180/2008, notifíquese al Centro Nacional de Alertas, para que por su conducto se emita el registro de control migratorio correspondiente, a nombre del extranjero de mérito, señalando el contenido del resolutivo SEGUNDO de la presente resolución.

**SEXTO.-** Notifíquese al extranjero (a) la presente determinación para que surta todos los efectos legales y dígasele contra la presente resolución procede el recurso de revisión previsto en la Ley Federal de Procedimiento Administrativo, mismo que podrá interponer ante la autoridad competente en un plazo de quince días a partir del día siguiente aquél en que hubiere surtido efectos la notificación de la presente resolución, de conformidad a lo señalado en el artículo 83 y 85 de la Ley Federal de Procedimiento Administrativo

**SEPTIMO.-** Envíese el presente expediente al archivo para su guarda y custodia._____

_____**C U M P L A S E**_____

Así lo resolvió y firma, El SUBDIRECTOR DE CONTROL Y VERIFICACION MIGRATORIA DEL INM EN NAYARIT, adscrito a la Delegación Federal del Instituto Nacional de Migración en el Estado de Nayarit, L.C.P. Uriel Jiménez Martínez, quien actúa legalmente ante la presencia de dos testigos que al final firman de conformidad.

_____ **C O N S T E** _____

**AUTORIDAD MIGRATORIA**

L.C.P. Uriel Jiménez Martínez

**EXTRANJERO**

**KEITH ALAN RANIERE**

**TESTIGO DE ASISTENCIA**

Ing. Felipe de Jesús López Lizárraga

**TESTIGO DE ASISTENCIA**

Lic. Francisco José Antonio González Arzate

2 6 MAR 18 S

**017**

| CLASIFICACIÓN | Reservada |
|---|---|
| Tiempo de Reserva | 5 años, art. 101 Ley General de Transparencia y Acceso a la Información Pública |
| Unidad Administrativa | Delegación Federal Nayarit |
| Fecha de Clasificación | 25 de marzo de 2018 |
| Fundamento Legal | art 78 de la Ley de Migración, art 113 fracc. V, VI y XI de la Ley General de Transparencia y Acceso a la Información Pública |
| Titular de la Unidad Administrativa y Rúbrica | Subdirección de Control y Verificación Migratoria |

## NOTIFICACIÓN DE RESOLUCIÓN

En la ciudad de Nuevo Vallarta, Bahía de Banderas, Nayarit, siendo las 20:38 horas del día **25 de marzo del 2018**, el SUBDIRECTOR DE CONTROL Y VERIFICACION MIGRATORIA DEL INM EN NAYARIT, quien habiéndose identificado plenamente ante el extranjero (a) KEITH ALAN RANIERE, de nacionalidad ESTADOUNIDENSE, procede a dar cumplimiento al punto CUARTO, de la resolución de esta propia fecha, dictada por el SUBDIRECTOR DE CONTROL Y VERIFICACION MIGRATORIA DEL INM EN NAYARIT, adscrito a la Delegación Federal del Instituto Nacional de Migración en el Estado de Nayarit, L.C.P. Uriel Jiménez Martínez.

Por lo que me permito notificar a usted, la resolución de mérito, misma que en sus puntos resolutivos se lee:

"**PRIMERO.-** Sujétese al extranjero (a) **KEITH ALAN RANIERE**, de nacionalidad **ESTADOUNIDENSE**, a la Deportación, en términos del artículo 144 fracción IV de la Ley de Migración, artículo 244 fracción IV del Reglamento de la Ley de Migración.

**SEGUNDO.-** Entréguese valores al extranjero (a) **KEITH ALAN RANIERE**, de nacionalidad **ESTADOUNIDENSE** en caso de que hubiere, previa toma de razón que por su recibo obre en este expediente.

**TERCERO.-** Notifíquese al encargado de turno de la Delegación Federal Nayarit, lugar donde permanezca alojado, la presente determinación, para la ejecución de la Deportación a su país de origen, del extranjero (a) **KEITH ALAN RANIERE**, de nacionalidad **ESTADOUNIDENSE**, dejando sin efecto, el acuerdo de presentación determinado por esta autoridad migratoria.

**CUARTO.-** Notifíquese a el extranjero la presente determinación para que surta todos los efectos legales y dígasele contra la presente resolución procede el recurso de revisión previsto en la Ley Federal de Procedimiento Administrativo, mismo que podrá interponer ante la autoridad competente en un plazo de quince días a partir del día siguiente aquél en que hubiere surtido efectos la notificación de la presente resolución, recurso que será resuelto en un plazo no mayor a tres meses contados a partir de la fecha en que se interpuso el recurso, de conformidad a lo señalado en el artículo 83 de la Ley Federal de Procedimiento Administrativo.

**QUINTO.-** Envíese el presente expediente al archivo para su guarda y custodia."

Lo anterior, para su conocimiento y efectos legales conducentes.

Enterado el extranjero que fue del contenido de la resolución de referencia, firma de conformidad al final de la presente

AUTORIDAD MIGRATORIA                          NOTIFICADO

L.C.P. Uriel Jiménez Martínez                 KEITH ALAN RANIERE

2 6 MAR 18 S

**018**

| CLASIFICACIÓN | Reservada |
|---|---|
| Tiempo de Reserva | 5 años, art 101 Ley General de Transparencia y Acceso a la Información Pública |
| Unidad Administrativa | Delegación Federal Nayarit |
| Fecha de Clasificación | 25 de marzo de 2018 |
| Fundamento Legal | art 78 de la Ley de Migración art 113 fracc. V, VI y XI de la Ley General de Transparencia y Acceso a la Información Pública |
| Titular de la Unidad Administrativa y Rúbrica | Subdirección de Control y Verificación Migratoria |

### CONSTANCIA DE HECHOS

En la ciudad de Nuevo Vallarta, Bahía de Banderas, Nayarit, siendo las 20:38 horas del día **25 de marzo del 2018**, el SUBDIRECTOR DE CONTROL Y VERIFICACION MIGRATORIA DEL INM EN NAYARIT, quien habiéndose identificado plenamente ante el extranjero (a) **KEITH ALAN RANIERE**, de nacionalidad **ESTADOUNIDENSE**, procede a dar cumplimiento al punto CUARTO, de la resolución de esta propia fecha, dictada por el SUBDIRECTOR DE CONTROL Y VERIFICACION MIGRATORIA DEL INM EN NAYARIT, adscrito a la Delegación Federal del Instituto Nacional de Migración en el Estado de Nayarit, L.C.P. Uriel Jiménez Martínez.

Con fecha 25 de marzo del 2018, esta autoridad migratoria dictó Acuerdo de Inicio, aperturando el Procedimiento Administrativo Migratorio con el número E.A/1s.9/NAY/NAY/005/KEITH ALAN RANIERE/25-03-2018, tal como lo señalan los lineamientos por los que se instruye a los Servidores Públicos del Instituto Nacional de Migración en materia de procedimiento administrativo migratorio.

Con misma fecha, el extranjero(a) de nombre **KEITH ALAN RANIERE**, de nacionalidad **ESTADOUNIDENSE**, en ejercicio de su garantía de audiencia, realizó su comparecencia administrativa, ante esta autoridad migratoria del Instituto Nacional de Migración en Nayarit, la cual corre agregada a los presentes autos.

Misma en la que dejó de manifiesto su negativa a cooperar con la información, así como con las firmas por un temor de acuerdo a su historial en Estado Unidos de América.

Se le notificó su presentación en las oficinas de la Delegación Federal Nayarit para desahogar su procedimiento administrativo migratorio, en la que se le hizo de conocimiento de los derechos como alojado.

Se le notificó la resolución de Deportación por comprometer a la seguridad nacional por sus antecedentes en el extranjero, sin embargo se rehusó a firmar las actuaciones correspondientes a su procedimiento administrativo migratorio.

Por lo cual se hace constar que el extranjero **KEITH ALAN RANIERE**, de nacionalidad **ESTADOUNIDENSE** se le dio **asistencia médica, entrega de alimentos, llamada telefónica e información precisa de la situación migratoria que presenta, sin embargo rechazó firmar las actuaciones correspondientes.**

Hago constar y firma, El SUBDIRECTOR DE CONTROL Y VERIFICACION MIGRATORIA DEL INM EN NAYARIT, adscrito a la Delegación Federal del Instituto Nacional de Migración en el Estado de Nayarit, L.C.P. Uriel Jiménez Martínez, quien actúa legalmente ante la presencia de dos testigos que al final firman de conformidad.

AUTORIDAD MIGRATORIA

L.C.P. Uriel Jiménez Martínez

TESTIGO DE ASISTENCIA

Ing. Felipe de Jesús López Lizárraga

TESTIGO DE ASISTENCIA

Lic.. Francisco José Antonio González Arzate

2 6 MAR 18 S

**019**

## FICHA DE INGRESO DE EXTRANJERO (A)

### Datos Generales

Nombre: Keith    Alan    Raniere

Nacionalidad: Estadounidense

Procedencia: Brooklyn, New York

Sexo: Masculino

Fecha de Ingreso: 25.03.2018    Hora: 18:30

Fecha de nacimiento: 26/08/1960

Edad: 57

Documentos de identidad: Acta de Nacimiento

### Relación de Pertenencias

| Cantidad: | Descripción: | Observaciones: |
|---|---|---|
| | | |
| | | |
| | | |

### Relación de Valores

| Cantidad: | Descripción: | Observaciones: |
|---|---|---|
| | | |
| | | |
| | | |

Nombre y Firma de la autoridad que recibe

Nombre y Firma del extranjero (a)

---

## ¿Quién puede ser un Refugiado?

La Ley sobre Refugiados y Protección Complementaria establece en su artículo 13 que la condición de refugiado se reconocerá a todo extranjero que se encuentre en territorio nacional, bajo alguno de los siguientes supuestos:

I.   Que debido a fundados temores de ser perseguido por motivos de raza, religión, nacionalidad, género, pertenencia a determinado grupo social u opiniones políticas, se encuentre fuera del país de su nacionalidad y no pueda o, a causa de dichos temores, no quiera acogerse a la protección de tal país; o que, careciendo de nacionalidad y hallándose, a consecuencia de tales acontecimientos, fuera del país donde antes tuviera residencia habitual, no pueda o, a causa de dichos temores, no quiera regresar a él;

II.   Que ha huido de su país de origen, porque su vida, seguridad o libertad han sido amenazadas por violencia generalizada, agresión extranjera, conflictos internos, violación masiva de los derechos humanos u otras circunstancias que hayan perturbado gravemente el orden público, y

III.   Que debido a circunstancias que hayan surgido en su país de origen o como resultado de actividades realizadas, durante su estancia en territorio nacional, tenga fundados temores de ser perseguido por motivos de raza, religión, nacionalidad, género, pertenencia a determinado grupo social u opiniones políticas, o su vida, seguridad o libertad pudieran ser amenazadas por violencia generalizada, agresión extranjera, conflictos internos, violación masiva de los derechos humanos u otras circunstancias que hayan perturbado gravemente el orden público.

### Contacto COMAR:

Dinamarca 84 Piso 4, Col. Juárez, Del. Cuauhtémoc

C. P. 06600, México, D. F. - Tel. (55) 5209-8800 Ext. 30133 y 30147

2 6 MAR 18 S

**OBLIGACIONES:**

1.- Observar y respetar las indicaciones de los servidores públicos de la estación migratoria.

2.- Brindar un trato digno y respetuoso a los servidores públicos que laboran en esta estación migratoria.

3.- Responder con veracidad las preguntas que se le formulen para la integración de su expediente.

4.- Respetar a las personas que se encuentren en su misma condición de alojados sin importar su origen étnico o nacional, sexo, estado civil, discapacidad, condición social o económica, estado de salud, lengua, religión, preferencias sexuales, estado civil o cualquier otra condición.

5.- Cumplir con los horarios establecidos por la autoridad para realizar las siguientes actividades:

- Aseo de cama y dormitorio

- Aseo personal

- Desayuno

- Servicio médico, recibir visitas, realizar llamadas, participar en las actividades deportivas, recreativas, educativas y culturales

- Comida

- Cena

- Ingreso al espacio asignado para dormir

- Cumplir con las normas mínimas de higiene y salubridad establecidas por la autoridad.

- Depositar su equipaje y demás volores en el área asignada al ingresar a esta estación.

- Acatar las indicaciones de la autoridad durante su traslado o conducción es.

9.- Cuidar las instalaciones, mobiliario y equipo de la estación migratoria, absteniéndose de maltratarlos y de no ocasionar ningún disturbio, comportarse con respeto y orden a efecto de salvaguardar la seguridad de las instalaciones y de quienes se encuentran en la misma ante cualquier intento de fuga. Así como de cualquier acto que ponga en riesgo la seguridad, en cuyo caso será acreedor a las sanciones administrativas o penales a que haya lugar, para la autoridad competente.

10.- Abstenerse de la introducción de bebidas alcohólicas, estupefacientes, drogas, enervantes, psicotrópicos, sustancias tóxicas, medicamentos no autorizados, utensilios filosos o punzo cortantes y explosivos. Así mismo, abstenerse de realizar actos de comercio, posesión y uso de telefonía o radio comunicación no permitidos en la estación migratoria.

Art. 26 del Acuerdo por el que se Emiten las Normas para el Funcionamiento de las Estaciones Migratorias y Estancias Provisionales del INM.

He leído y comprendo los derechos y obligaciones que debo observar durante mi permanencia en esta estación migratoria.

_____
Nombre y Firma del extranjero (a)

DIRECCIÓN
DE MIGRACIÓN
[ILEGIBLE]ENTACIÓN
IT

**Durante el tiempo que usted permanezca alojado en esta Estación Migratoria, tiene los siguientes derechos y obligaciones:**

**DERECHOS:**

1.- Recibir de los servidores públicos que laboran en esta estación migratoria un trato digno y de respeto a sus derechos humanos.

2.- Ser informado oportunamente sobre su situación migratoria.

3.- Recibir atención médica, asistencia y representación legal, al ingreso mediante su permanecía.

4.- A declarar mediante acta administrativa en presencia de dos testigos, en caso se le hagan saber los hechos que se le imputan y su derecho a ofrecer pruebas, y alegar lo que a su derecho convenga, así como a estar asistido por su representante o persona de su confianza y en su caso, a que se le habilite un traductor o intérprete para el desahogo de la diligencia.

5.- Al inventario de las pertenencias que traiga consigo, así como a su depósito y resguardo en el área establecida para ello.

6.- A que esta autoridad notifique a su representación consular de su aseguramiento y si usted lo desea, a solicitar a dicha representación la asistencia que le pudiere otorgar.

Los niños, niñas y adolescentes tue por alguna razón sean alojados en una estación migratoria, tendrán el derecho de permanecer al lado de su familia o reintegrarse a ella; contar con actividades de propicien la sana convivencia y estancia con otros niños, niñas y adolescentes; y que se privilegie su estancia en instituciones adecuadas para su sano desarrollo físico y emocional, salvaguardando en todo momento el interés superior del niño.

7.- A solicitar a que la auto: ad migratoria resuelva su situación jurídica.

8.- Solicitar al jefe de la estación migratoria, de manera pacífica y respetuosa, las audiencias que sean necesarias.

9.- Recibir tres alimentos al día, espacio para dormir, cobija o cobertor y enseres básicos de aseo personal.

10.- Comunicarse vía t[...] [...]ica o por cualquier medio, con la persona que usted solicite, dentro del horario establecido para ellos.

11.- A ser visitado por sus familiares, amistades, cónyuge o concubino, autoridades, representantes consulares y organismos no gubernamentales, representante legal y ministros de culto religioso acreditados, en los horarios determinados para tal efecto previa autorización.

12.- A que le sean devueltas, en su oportunidad, sus pertenencias inventariadas y resguardadas por la autoridad con excepción de la documentación falsa que, en su caso, haya presentado.

13.- A solicitar información para obtener la condición de refugiado, debido a un temor de persecución, fundado por motivos de raza, religión, nacionalidad, pertenecer a un determinado grupo social, o una opinión política, se encuentra fuera del país de su nacionalidad y no puede o, a causa de dichos temores, no quiera acogerse a la protección del país, o que se considere que su seguridad está en riesgo si regresa a su país de origen.

14.- A informar al responsable de la estación migratoria si durante su permanencia o tránsito por este país se han violado sus derechos y sea canalizada si queja ante la instancia que corresponda.

15.- A denunciar ante la autoridad competente si durante su permanencia o tránsito por este país ha sido víctima o testigo de algún delito, para lo cual el responsable de esta estación migratoria brindará las facilidades que estime necesarias. Asimismo, podrá ser considerado para regularizar su situación migratoria en el país.

16.- A depositar sus quejas y/o sugerencias en el buzón respectivo el cual se encuentra tanto en el interior como en el exterior de la estación migratoria.

17.- A no ser discriminado por las autoridades y alojado a causa de su origen étnico o nacional, sexo, edad, discapacidad, condición social o económica, estado de salud, embarazo, lengua, religión, opiniones, preferencias sexuales, estado civil o cualquier otra.

Art. 24 del Acue... sor el que se Emiten las Normas para el Func:onamiento de las Estaciones Migratorias y Esta ias Provisionales del INM.

Art. 109 de la Ley de Migración, Art. 12 de la Ley de Migración.

THE CITY OF NEW YORK
VITAL RECORDS CERTIFICATE

DIVISION OF RECORDS
DEPARTMENT OF HEALTH
BOROUGH OF BROOKLYN

FILED

1960 AUG 30 AM 11:00

# Certificate of Birth

156-60-336171

Certificate No. _____

| 1. Full name of child (PRINT) | Keith | Alen | Raniere |
|---|---|---|---|
| | First name | Middle name | Last name |

| 2. Sex | 3. Number of children born of this pregnancy | 1 | | (Month) | (Day) | (Year) | 5a Hour | |
|---|---|---|---|---|---|---|---|---|
| Male | 4. If more than one, number of this child in order of birth | | 5. Date of child's birth | August 26,1960 | | | 4:40 | A.M. |

6. PLACE OF BIRTH

(a) NEW YORK CITY: (b) Borough **Brooklyn**

(c) Name of Hospital or Institution **Maimonides Hospital of Brooklyn**

(d) If not in hospital, street address No. _____ Ave. St.

7. USUAL RESIDENCE OF MOTHER:

(a) State **New York**

(b) Co. **Kings** (c) City or Town **Brooklyn**

(d) No. **225 Ave., T** Ave. St.

8. Full name **James Raniere** — PATHER

9. Color or race **White**  10. Age at time of this birth **28** (years)

11. Birthplace (city or place and State, or country) **U.S.A.**

12a. Usual Occupation **Artist**

12b. Kind of business or industry in which work was done **Advertising Agency**

13. Full maiden name **Vera Oschypko** — MOTHER

14. Color or race **White**  15. Age at time of this birth **29** (years)

16. Birthplace (city or place and State, or country) **U.S.A.**

17a. Total number of children BORN ALIVE PREVIOUS to this pregnancy **0**

17b. Number of children born PREVIOUS to this pregnancy and NOW LIVING **0**

I hereby certify that this child was born alive at the hour and on the date stated above, and that all the facts stated in this certificate and report of birth are true to the best of my knowledge, information and belief.

Date of Report _____ 19___   (Signed) _Alex Mintzer_  M.D. R.N. D.O.

Given name added from a supplemental report _____

_____ (Date of)

_____ Borough Registrar

Name of Signer **ALEX MINTZER M.D.** (Print or typewrite)

Address **2020 CORTELYOU RD**

Print here the mailing address of mother. ➡
Copy of this certificate will be mailed to her when it is filed with the Department of Health.

Name **Mrs. Vera Raniere**

Address **225 Ave., T** _____ Apt. ___

City **Brooklyn**  Post Office Zone ___  State **N.Y.**

BUREAU OF RECORDS AND STATISTICS    DEPARTMENT OF HEALTH    THE CITY OF NEW YORK

Steven P. Schwartz
Steven P. Schwartz, Ph.D., City Registrar



R 003890798

February 12, 2018

022

AO 442 (Rev. 1 11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of New York

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| KEITH RANIERE, aka "The Vanguard." | )    Case No. |
| | ) |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)*     KEITH RANIERE
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Sex trafficking, conspiracy to commit sex trafficking and forced labor

Date:    02/14/2018

*Issuing officer's signature*

Lois Bloom  USMJ
*Printed name and title*

City and state:    Brooklyn, New York

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |

2 6 MAR 18 S

003

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of Birth:

Date of birth:

Social Security number:

Height:                                    Weight:

Sex:                                        Race:

Hair:                                       Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone numbers)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*:

26 MAR 18 S



02/05/2018 12.11 EST

U.S. Customs and Border Protection
U.S. Department of Homeland Security
US Passport (P)

Generated By KAREN MAZARIEGOS

Page 1 of 1

**Passenger Information**

| Last Name | First Name | DOB | Gender |
|---|---|---|---|
| RANIERE | KEITH ALAN | 04/26/1960 | M - Male |

**US Passport Information**

| Passport Status | Document Type |
|---|---|
| I - ISSUED | P - PASSPORT |
| Issue Date | Expiration Date |
| 02/01/2011 | 08 31/2021 |

| Passport # | DOB |
|---|---|
| 460149523 | 08/26/1960 |
| Issue Country | Nationality |
| USA - UNITED STATES | |

**Personal Information**

| Last Name | First Name |
|---|---|
| RANIERE | KEITH ALAN |
| Gender | Place of Birth |
| M - Male | USA - UNITED STATES |

26 MAR 18 S

For Official Use Only / Law Enforcement Sensitive

025



BERNACIO
DE MIGRA
SENTACI
IT

2 6 MAR 18 S

KEITH A. RANIERE

DOB 8/26/1960

HEIGHT: 5'6"

EYE COLOR: BLUE

PASSPORT # 487874523





**026**

RANIERE traveled to Monterrey, Mexico from the United States on 11/10/2017. RANIERE is believed to be living with **MARIANNA FERNANDEZ AGUILAR**, the mother of RANIERE's child.



MARIANNA FERNANDEZ AGUILAR
DOB 11/15/1983
PASSPORT # G13453515

SUSPECTED RESIDENCE:
<u>612 La Jolla 66225 San Pedro Garza Garcia, N.L. Mexico</u>
RANIERE is known to walk several miles each day at odd times (generally in the late evening or early morning hours). Below is a photograph allegedly taken inside this gated community in December 2017. RANIERE and FERNANDEZ appear in the photograph.



26 MAR 18

027

## SUSPECTED RESIDENCE:
### 612 La Jolla 66225 San Pedro Garza Garcia, N.L. Mexico
Residence is in a gated community.





GOBERNAC...
L-DE MOS
RESENTA
ARIT



2 6 MAR 18 S

028

### PLACE OF WORK:

**Executive Success Programs Center in Monterrey – Via Savotino 105, Fuentes del Valle, 66220 San Pedro Garza Garcia, N.L., Mexico**

RANIERE is not believed to frequent this location regularly. Still, the individuals at this location would likely know RANIERE's whereabouts.







2 6 MAR 18 S

### ALSO KNOWN TO FREQUENT:

#### RESTAURANT

Taller Veganico, Plutarco Elias Calles 420, Barrio Tampiquito, Tampiquito, 66240 San Pedro Garza García, N.L., Mexico.

029



**Inicio**

Usuario: MANUEL HE...

SEGOB

SECRETARÍA DE GOBERNACIÓN
INM
INSTITUTO NACIONAL DE MIGRACIÓN

**Gestión Mig...**
domingo 25 de ma...

Trámites | SIPIM | Visitas y Revisiones | Estaciones migratorias | Personas | Incidentes | Mi cuenta

## Búsqueda de personas

Apellido(s): **RANIERE**       Nombre(s): **KEITH ALAN**

Cambiar a búsqueda avanzada

### Resultados

Datos personales

Apellido(s): RANIERE
Nombre(s): KEITH ALAN
Nacionalidad (País): Estados Unidos de América
Sexo: Hombre
Fecha de nacimiento: 26/08/1960

### Entradas

| Fecha y hora | Tipo flujo | Viaje | Documento identificación | Forma | Situación migratoria | Documento autorización | |
|---|---|---|---|---|---|---|---|
| 15/10/2017 01:40 | Terrestre | Autobus De Pasajeros | Tipo: Pasaporte Número: 487874523 País de expedición: Estados Unidos de América | Tipo: FMM Número: 01112088535 | Calidad: Visitante Característica: No aplica Modalidad: Sin permiso para realizar actividades remuneradas | No aplica | Usu FRA COI Filt Are Inte Chi |
| 10/11/2017 12:12 | Aéreo | Delta Airlines - 347 | Tipo: Pasaporte Número: 487874523 País de expedición: Estados Unidos de América | Tipo: FMM Número: 01116026002 | Calidad: Visitante Característica: No aplica Modalidad: Sin permiso para realizar actividades remuneradas | No aplica | Usu HUI GO Filt TEF Are Inte Mor |

©2013 Instituto Nacional de Migración

2 6 MAR 18 S

2

**030**

 SEGOB

 IИM

**DIRECCIÓN GENERAL DE CONTROL Y VERIFICACIÓN MIGRATORIA**
**DIRECCIÓN DE ESTACIONES MIGRATORIAS**
Número de evento: 0000000030641

## RESOLUCIÓN DEL EXTRANJERO
DELEGACIÓN FEDERAL EN NAYARIT

### DATOS GENERALES

Fecha de entrada: 25/03/2018
Número de extranjero: 0000000033801
Nacionalidad: Estados Unidos de América
Nombre del extranjero: KEITH ALAN RANIERE
Fecha de nacimiento: 26/08/1960
Edad: 57 años
Sexo: Hombre

### PROCEDIMIENTO

Fecha de acuerdo de inicio: 25/03/2018

### COMPARECENCIA

Fecha de comparecencia: 25/03/2018

### RESOLUCIÓN

Fecha de resolución: 26/03/2018
Motivo de salida: Deportación



_____
**Firma de la autoridad migratoria que aprueba**

**031**

  

**SECRETARIA DE GOBERNACION
INSTITUTO NACIONAL DE MIGRACIÓN
DELEGACIÓN FEDERAL NAYARIT
SUBDIRECCIÓN DE CONTROL Y VERIFICACIÓN**

**Oficio:** INM/DFN/SCVM/0374/2018

**Asunto:** Oficio de comisión para traslado internacional de extranjero(s).

Bahía de Banderas, Nayarit; a 26 de Marzo del 2018.

C. FRANCISCO JOSE ANTONIO GONZALEZ ARZATE
AGENTE FEDERAL DE MIGRACION "B"
C. JUAN CARLOS RUIZ BERNAL
OFICIAL DE SERVICIOS MIGRATORIOS
PERSONAL DEL INM EN EL ESTADO DE NAYARIT
P R E S E N T E.

Se comisiona al personal de migración citado al rubro, adscrito a la Delegación Federal del Instituto Nacional de Migración, en el Estado de Nayarit, los días 26 de marzo del presente año, a efecto de trasladar a un (01) extranjeros, KEITH ALAN RANIERE DE NACIONALIDAD ESTADOUNIDENSE, quien deberá ser entregado a las autoridades migratorias de su país de origen (E.U.A) a fin de dar cumplimiento a la resolución de deportación, por la cual sustenta en el respecto por haber antecedentes en México que pueda comprometer la seguridad pública, Con fundamento en el artículo 144 de la Ley de Migración fracción; IV.

En cumplimiento de la comisión conferida, deberá hacerse con estricto apego a derecho y con absoluto respeto a los derechos humanos. El itinerario a seguir será el siguiente:

Puerto Vta – Dallas Texas; lunes 26 de marzo del 2018, American Airlines número de vuelo 396

Dallas Texas – Puerto Vta; lunes 26 de marzo del 2018, American Airlines número de vuelo 1467

Las autoridades que por Ley tengan a su mando Fuerzas Públicas Federales, Locales o Municipales, en atención a lo previsto en el artículo 96 de la Ley de Migración, prestarán su colaboración a solicitud de los portadores del presente oficio, para el cumplimiento de la presente comisión.

A T E N T A M E N T E

URIEL JIMENEZ MARTINEZ
SUBDIRECTOR DE CONTROL Y VERIFICACION MIGRATORIA
DEL INSTITUTO NACIONAL DE MIGRACION
EN EL ESTADO DE NAYARIT

2 6 MAR 18 S

032



Carlson Wagonlit SatoTravel.

**Your Itinerary**

| Trip on Mar 26, 2018 | | **Locator: WMOBFG** | **Date: Mar 25, 2018** |

Traveler
: **KEITH A RANIERE**
DOJE2
FBI
THIS IS YOUR OFFICIAL RECEIPT FOR TRAVEL
PLEASE RETAIN FOR VOUCHERING OR
REIMBURSEMENT PURPOSES.

Customer Number
: 643SR7F

Agent
: 13

NOTE-A TMC FEE OF 34.41 WAS BILLED TO YOUR AGENCY.
DO NOT CLAIM THIS AMOUNT ON YOUR TRAVEL
VOUCHER. CLAIM ONLY THE TICKET COST TO YOUR
INDIVIDUAL TRAVEL CARD AS INDICATED BY THE
LAST FOUR DIGITS OF YOUR CREDIT CARD NUMBER.
........................................................
FEES TOTALING 34.41PP CHARGED IN ADDITION TO TKT PRICE
FEE-USD34.41PP-AIR AGENT INITIATED INTL



### Monday, March 26, 2018

Confirmation **WMOBFG**

**Flight AMERICAN AIRLINES 396**

| DEPARTURE | ARRIVAL |
|---|---|
| **PTO VALLARTA** | **DALLAS/F.WORTH,TX** |
| **7:06 AM, Mar 26, 2018** | **10:44 AM, Mar 26, 2018** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - Y |
| Duration | 02:38 (Non-stop) |
| Equipment | Boeing 737-800 |
| Meal Service | Food For Purchase |
| Notes | ARR-TERMINAL D |
| | ONEWORLD |

| Name | Invoice / Ticket / Date | Base | Tax 1 | Tax 2 | Tax 3 | Total |
|---|---|---|---|---|---|---|
| RANIERE KEITH A | 283255/0017060842051/25MAR18 | USD 1,082.00 | 18.30US | 5.65YC | 87.23XT | 1,193.18 |
| RANIERE K | 2283255/000SFCTRF/25MAR18 | 34.41 | | | | 34.41 |
| | | | | | **Total Amount** | **1,227.59** |

Form of Payment: CAXXXXXXXXXXXX3237

### GENERAL INFORMATION
........................................................
*******TO BOOK RESERVATIONS ONLINE PLEASE VISIT*******
*****************CWTSATOTRAVEL.COM*******************

INTERNATIONAL RESERVATIONS REQUIRE CHECK-IN AT LEAST
2 HOURS PRIOR TO DEPARTURE AND RE-CONFIRMATION WITH
THE AIRLINES AT LEAST 72 HOURS BEFORE YOUR SCHEDULED
RETURN.
.................................................
VISAS / PASSPORTS MAY BE REQUIRED FOR INTERNATIONAL
TRAVEL. IF YOU DO NOT HAVE ALL NECESSARY DOCUMENTS
THE AIRLINES CAN AND WILL DENY YOUR BOARDING.
FOR DESTINATION VISA/PASSPORT INFORMATION SEE
*** TRAVEL.STATE.GOV/TRAVEL ****
.................................................
NON-CONTRACT/NON-GOVERNMENT FARES ARE NOT GUARANTEED

UNTIL PURCHASED AND ARE SUBJECT TO CANCELLATION BY
THE AIRLINE WITHOUT NOTIFICATION.
EARLY TICKETING IS RECOMMENDED.
.........................................................
BAGGAGE RESTRICTIONS VARY BY CARRIER AND FLIGHT.
.........................................................
SOME COUNTRIES REQUIRE THE AIRLINES TO COLLECT AIRPORT
DEPARTURE TAX THAT MUST BE PAID IN LOCAL CURRENCY.
.........................................................
CAR RENTALS IN FOREIGN COUNTRIES, INCLUDING CANADA,
DO NOT INCLUDE GOVERNMENT CDW INSURANCE. YOU MUST
PURCHASE THE ADDITIONAL DAMAGE COVERAGE.
.........................................................
.........................................................
FOR INFORMATION ON THE TSA SECURE FLIGHT PROGRAM
PLEASE GO TO WWW.TSA.GOV
.........................................................
****** FLY AMERICA ACT JUSTIFICATION STATEMENT ******
THE FLY AMERICA ACT REQUIRES FEDERAL EMPLOYEES AND
OTHERS PERFORMING U.S. GOVERNMENT FINANCED TRAVEL TO
USE U.S. FLAG CARRIERS UNLESS U.S. CARRIERS ARE
UNAVAILABLE. A VALID JUSTIFICATION STATEMENT MUST
BE ATTACHED TO THE TRAVEL ORDER WHEN FOREIGN CARRIERS
ARE USED.
.........................................................
...... DON'T FORGET TO CALL THE VACATION CENTER ......
.... AT 1-877-698-2554 TO BOOK YOUR NEXT VACATION....
.......... GO TO SATOVACATIONS.COM TODAY ........
...... AND SIGN UP FOR THE VACATION NEWSLETTER......
.........................................................



SOBERNACION
IL DE MIGRACION
RESERVALION
AENT

U.S.CITIZENS AND LAWFUL PERMANENT RESIDENTS WHO TRAVEL
DIRECTLY BETWEEN PARTS OF THE UNITED STATES, WHICH
INCLUDES GUAM, PUERTO RICO, U.S. VIRGIN ISLANDS,
AMERICAN SAMOA, SWAINS ISLAND AND THE COMMONWEALTH
OF THE NORTHERN MARIANA ISLANDS-CNMI, WITHOUT
TOUCHING AT A FOREIGN PORT OR PLACE, ARE NOT REQUIRED
TO PRESENT A VALID U.S. PASSPORT OR U.S. GREEN CARD.
HOWEVER, IT IS RECOMMENDED THAT TRAVELERS BRING A
GOVERNMENT ISSUED PHOTO ID AND COPY OF BIRTH
CERTIFICATE.
........ THANK YOU FOR USING CWTSATOTRAVEL .......
......YOUR REFERENCE CODE IS *** SABRE OV4C ......
******************************************************
PLEASE CALL LOCAL OFFICE DURING NORMAL BUSINESS HOURS
TOLL FREE NUMBER 800-696-7286 MON-FRI 600A-900P CST
FOR AFTER HOURS EMERGENCY SERVICE IF TRAVEL IS WITHIN
24 HOURS CALL 1-800-696-7286 AND PRESS OPTION 1
.........................................................
****IF INTERNATIONAL 800 NUMBER DOES NOT WORK PLEASE***
******* CALL COLLECT TO 210-877-3362 *************

***DID YOU KNOW WE CAN ALSO BOOK YOUR HOTELS AND RENTAL CARS**

 

**SEGOB**

**SECRETARIA DE GOBERNACION**

**INSTITUTO NACIONAL DE MIGRACION**

FECHA DE CLASIFICACIÓN: 26 DE MARZO 2018
UNIDAD ADMINISTRATIVA: SUB. DE CONTROL Y VERIFICACION
PERIODO DE RESERVA:
RESERVADA:
CONFIDENCIAL: TODO
FUNDAMENTO LEGAL: ARTS. 78 DE LA LM, 3
FRACCIÓN II, 18 FRACCIÓN II, 20, 21, y 24 DE
LA LFTAIPG; LINEAMIENTOS 12°, 30°, 32°,
34°, 35°, 36° y 49° DE LOS LGCDIEAPF.
RUBRICA DEL TITULAR DE LA UNIDAD
ADMINISTRATIVA.
FECHA DE DESCLASIFICACIÓN: INDEFINIDA.
RUBRICA Y CARGO DEL SERVIDOR PÚBLICO.

**SECRETARIA DE GOBERNACIÓN**
**INSTITUTO NACIONAL DE MIGRACIÓN**
**DELEGACIÓN FEDERAL EN NAYARIT**
**SUBDIRECCION DE CONTROL Y VERIFICACION MIGRATORIA**

**OFICIO: INM/DFN/SCVM/0375/2018**

**Asunto:** Se pone a disposición persona de nacionalidad estadounidense.

Bahía de Banderas, Nayarit 26 de Marzo 2018..

**AUTORIDAD MIGRATORIA DE ESTADOS UNIDOS DE AMERICA**
**P R E S E N T E:**

Por medio del presente reciba un cordial saludo, en atención a la deportación que se encuentra realizando este Instituto Nacional de Migración, con sede de la Delegación Federal en Nayarit, pone a disposición de la autoridad migratoria de Estados Unidos de América, a la extranjera que se relaciona en la lista posterior, toda vez que permanecía en tránsito en México de manera irregular.

Adulto:

| No. | NOMBRE | SEXO | FECHA DE NACIMIENTO | EDAD | LUGAR DE NACIMIENTO | NACIONALIDAD |
|-----|--------|------|---------------------|------|---------------------|--------------|
| 1 | KEITH ALAN RANIERE | MASCULINO | 26 DE AGOSTO DE 1960 | 57 | BROOKLYN NEW YORK | Estadounidense |

Por tal razón se solicita a las autoridades que por Ley tengan a su mando fuerzas Públicas Federales, Locales o Municipales, prestar su colaboración a los portadores del presente en caso de ser necesario, de conformidad con el Artículo 4 de la Ley de Migración y 239 de su Reglamento.

**ATENTAMENTE**
**SUBDIRECTOR DE CONTROL Y VERIFICACION MIGRATORIA DEL INSTITUTO NACIONAL DE MIGRACIÓN EN NAYARIT**

**Lcp. URIEL JIMENEZ MARTINEZ**

2 6 MAR 18 S

C c p. Ministerio
C c p. Expediente

**035**

GOBER**NACIÓN** 

INSTITUTO NACIONAL DE MIGRACIÓN
OFICINIA DE REPRESENTACIÓN NAYARIT

Oficio N°.  INM/ORN/DAJ/938/2022

**C E R T I F I C A C I Ó N :**

DE CONFORMIDAD CON EL ARTICULO 12, APARTADO C, FRACCION III DEL ACUERDO POR EL QUE SE DELEGAN ATRIBUCIONES PARA AUTORIZAR TRÁMITES MIGRATORIOS Y EJERCER DIVERSAS ATRIBUCIONES PREVISTAS EN LA LEY DE MIGRACIÓN Y SU REGLAMENTO A LOS SERVIDORES PÚBLICOS ADSCRITOS A LAS DELEGACIONES FEDERALES DEL INSTITUTO NACIONAL DE MIGRACIÓN, PÚBLICADO EN EL DIARIO OFICIAL DE LA FEDERACIÓN, EL 13 DE NOVIEMBRE 2012, ASI COMO SECCIÓN II, ARTICULO 124, ULTIMO PARRAFO DEL REGLAMENTO INTERIOR DE LA SECRETARIA DE GOBERNACIÓN, PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACIÓN, EL 31 DE MAYO 2019. CERTIFICÓ QUE LA PRESENTE CORRESPONDE Y SON COPIA FIEL DE SU DOCUMENTO, EN LOS ARCHIVOS DE LA OFICINA DE REPRESENTACIÓN DEL INSTITUTO NACIONAL DE MIGRACIÓN EN NAYARIT. LA PRESENTE CERTIFICACIÓN CONSTA DE UN LEGAJO DE TREINTA Y CINCO (35) FOJAS ÚTILES POR UNA Y AMBOS LADOS DE SUS CARAS.

SE EXPIDEN LAS PRESENTES COPIAS EN NUEVO VALLARTA, BAHIA BANDERAS, NAYARIT; EL DIA DIECISÉIS DE NOVIEMBRE DEL AÑO (2022) DOS MIL VEINTIDOS.

**A T E N T A M E N T E**
**LIC. HECTOR SANTIAGO GOMEZ SOLORIO**
**JEFE DE DEPARTAMENTO DE ASUNTOS JUÍDICOS**
**DEL INSTITUTO NACIONAL DE MIGRACIÓN**



# Attachment 2

INTERIOR    [LOGO] Ministry of the Interior

National Migration Institute

**NATIONAL MIGRATION INSTITUTE**
**REPRESENTATIVE OFFICE NAYARIT**

**Official Letter No. INM/ORN/DAJ/938/2022**

# APPENDIX

# CERTIFIED COPIES

[Illegible] Nautical Tourism Residential Development [Illegible]

[Logo: 2022 Year of Ricardo Flores Magon
Precursor of the Mexican Revolution]

SEGOB

Secretariat of the Interior

[Seal: The United States of Mexico]

[Logo] Secretariat of the Interior National Migration Institute

**SECRETARIAT OF THE INTERIOR NATIONAL MIGRATION INSTITUTE**
**FEDERAL DELEGATION FOR THE STATE OF NAYARIT**

**OFFICIAL LETTER No. INM/DFN/SCVM/0371/2018**

**Subject: Foreigner brought to appear before Court**

Nuevo Vallarta, Banderas Bay, Nayarit,
March 25, 2018

**Mr. URIEL JIMENEZ MARTINEZ, CPA**
**DEPUTY DIRECTOR OF MIGRATION CONTROL AND VERIFICATION OF THE**
**NATIONAL MIGRATION INSTITUTE IN NAYARIT**
**PRESENT.**

Through and from document No. INM/DFN/DCM/0368/2018, dated March 25, 2018, which I attach hereto, by which the undersigned Engr. Felipe de Jesus Lopez Lizarraga, and Lic. Francisco Jose Antonio Gonzalez Arzate were commissioned, based on articles 92, 95, 98 and 100 of the Migration law, we are hereby bringing before the Court the foreigner mentioned below. Since found during a domicile verification visit at the Casa Chocolate domicile, known domicile (AC-12-12) Chacala, municipality of Compostela, Nayarit, one (1) foreigner who was not able to show legal documentation to support his stay in the country was found; he didn't have an ID, nor a migration document, which is why the commissioned staff transferred him to the Federal Delegation of Nayarit, so that his migration status be solved as encompassed by their authority.

MEN

| No. | NAME | SEX | DATE OF BIRTH | AGE | PLACE OF BIRTH | NATIONALITY |
|---|---|---|---|---|---|---|
| 1 | KEITH ALAN RANIERE | MALE | 08/26/1960 | 57 | BROOKLYN, NEW YORK | AMERICAN |

The foregoing for the pertaining legal matters.

SINCERELY
COMMISSIONED STAFF

[Illegible signature]
Lic. FRANCISCO JOSE ANTONIO GONZALEZ ARZATE
FEDERAL MIGRATION AGENT "B"

[Illegible signature]
Engr. FELIPE DE JESUS LOPEZ LIZARRAGA
COORDINATOR
MIGRATION SERVICES MATTERS UNIT

2 6 MAR 10 S

MEXICO

**001**

SEGOB    [Illegible]    [Logo] Secretariat of the Interior National Migration Institute

**SECRETARIAT OF THE INTERIOR**

**NATIONAL MIGRATION INSTITUTE**

**FEDERAL DELEGATION NAYARIT**

**SUBDIRECTORATE OF MIGRATORY CONTROL AND VERIFICATION**
OFFICIAL LETTER: INM /DFN/SCVM/0368/2018

**Subject: Information on the appearance of
American National**

**Nuevo Vallarta, Banderas Bay, Nayarit, March 25, 2018**

CONSULATE REPRESENTATIVE
OF THE UNITED STATES OF AMERICA, IN NUEVO VALLARTA
PRESENT

I would like to extend a cordial greeting and I am hereby pleased to notify you that based on the provisions of article 69 section IV of the Migration Law, article 1, 11, 19 section XV of the agreement by which powers are delegated to authorize migration procedures and exercise various powers published in the Official Gazette, Diario Oficial de la Federacion, on November 13, 2012; allow me to make the Consular Notification due to the fact that a person who has said to be an American national has appeared before this National Migration Institute, and that this person is subject to an administrative proceeding which will be initiated by virtue of violating the Migration Law.

[Illegible Seal]

Adults:

· MAN:

| No | NAME | SEX | DATE OF BIRTH | AGE | PLACE OF BIRTH | NATIONALITY |
|----|------|-----|---------------|-----|----------------|-------------|
| I | KEITH ALAN RANIERE | MALE | August 26, 1960 | 57 | **BROOKLYN NEW YORK** | United States |

Let it be known that the foreigner will be transferred to his place of origin; medical attention, basic supplies and food will be provided until his migration status is resolved.

I would like to take this opportunity to send you my best regards.

**SINCERELY,**

**[Illegible Signature]**

**URIEL JIMENEZ MARTINEZ, CPA**
**DEPUTY DIRECTOR OF MIGRATION CONTROL AND VERIFICATION**

.

26 MAR 18

MEXICO

**002**

| [LOGO] CONSTITUTIONAL CITY COUNCIL OF PUERTO VALLARTA JALISCO Municipal Court | VALLARTA | Page No. 2127 |
|---|---|---|

Medical report of injuries for <u>Keith Alan Raniere</u>                     –

Intake:

Sex  F [ ]   M [X]  Age <u>57</u>      Civil status <u>Single</u>       Occupation <u>Trainer</u>

Domicile: <u>Has no domicile in Puerto Vallarta</u>

Intoxicated: <u>No</u>

Hospitalized: <u>No</u>

Exit:            <u>03/25/18</u>                <u>23:04 hrs.</u>
                  Time/Month/Day/Year

Medical Report Taken:  <u>03/25/18</u>           <u>23:04 hrs.</u>
                                  Time/Month/Day/Year

Sent to:

[Illegible stamp]

PRESENTS WITH

Detailed description of injuries must include characteristics, location, size, evolution time, probable object that produced them, healing time greater or less than 15 days, probable aftereffects

[Illegible Stamp | Migration | [N]ayarit]

<u>Does not present with physical violence marks. At this time, aftereffects are unknown.</u>

[Empty space crossed out by a line]

[Illegible Signature]

[Stamp: Logo Dr. Jose de Jesus Cruz Perez

General Physician [Illegible]

DGP [S]443980]

26 MAR 18 S

White:                    Yellow:                    Green:

**003**

SEGOB

[Logo: Secretariat of the Interior
INM National Migration Institute)]

| CLASSIFICATION | Sealed |
|---|---|
| Duration of seal | 5 years, art 101 General Law of Transparency and Access to Public Information |
| Administrative Unit | FEDERAL DELEGATION NAYARIT |
| Date of Classification | March 25, 2018 |
| Legal Basis | Art. 78, Migration Law, Art. 113, Section V, VI and XI General Law of Transparency and Access to Public Information |
| Head of Administrative Unit and Header | SUB-DIRECTORATE OF MIGRATION CONTROL AND VERIFICATION |

## INITIAL AGREEMENT

In the city of Nuevo Vallarta, Banderas Bay, Nayarit, at 18:30 hours on March 25, two thousand eighteen, the Deputy Director of Migration Control and Verification of the Federal Delegation of the National Migration Institute in the State of Nayarit, Uriel Jimenez Martinez CPA, legally acting in the presence of two witnesses who sign hereunder and attest hereto.------------------------------------------------

---------------------------ATTESTS---------------------------

That on March 25, 2018, official letter number INM/DFN/SCVM/0371/2018 was received, signed by Federal Agents Felipe de Jesus Lopez Lizarraga and Francisco Jose Antonio Gonzalez Arzate, commissioned to the domicile verification visit at the domicile of Casa Chocolate, known domicile (AC-12-12) Chacala; municipality of Compostela, Nayarit, who bring forth before Uriel Jimenez Martinez CPA, Deputy Director of Migration Control and Verification, a person who said his name was **Keith Alan Raniere of American nationality**, by virtue of not being able to prove his lawful stay in the country.--------------------------------------------------------------------------------------------

---------------------------ATTESTS---------------------------

PURSUANT TO ARTICLES 1, 11, 14 AND 16 OF THE POLITICAL CONSTITUTION OF THE UNITED STATES OF MEXICO; 26 AND 27, SECTION XXXIII OF THE ORGANIC LAW OF THE FEDERAL PUBLIC ADMINISTRATION; 2, PARAGRAPH C, SECTION III, 69, 70, 77, SECTION II, SUBPARAGRAPH C, 92, SECTION II OF THE INTERNAL REGULATION OF THE SECRETARIAT OF THE INTERIOR; 1, 2, 5, 7, 11, 12, 13, SECTIONS I AND III, 16, 19, 20, SECTIONS III AND VII, 66, 67, 68, 70, 77, 79, 80, 99, 100 AND 111 OF THE MIGRATION LAW; 1, 2, 55, 194, 222, 232, AND 233 OF ITS REGULATION; 1, 3, 9, 12, 13, 16, SECTIONS I, III, IV, V, VI, IX, AND X, 18, 19, 28, 29, 30, 32, 33, 35, SECTION I, 36, 38, 39, 44, AND 49 OF THE FEDERAL LAW OF ADMINISTRATIVE PROCEDURE; 1, 9, 11, 19, SECTION XVII OF THE AGREEMENT BY WHICH POWERS ARE DELEGATED TO AUTHORIZE MIGRATION PROCEEDIGS AND EXERCISE DIVERSE POWERS CONTEMPLATED IN THE MIGRATION LAW AND ITS REGULATION TO PUBLIC SERVANTS ASSIGNED TO FEDERAL DELEGATIONS; SAID AGREEMENT WAS PUBLISHED IN THE OFFICIAL GAZETTE, DIARIO OFICIAL DE LA FEDERACION, ON NOVEMBER 13, 2012; 18 OF THE AGREEMENT BY WHICH THE HEAD OFFICE AND TERRITORIAL CIRCUNSCRIPTION OF THE FEDERAL DELEGATIONS AND SUBDELEGATIONS, LOCAL DELEGATIONS AND SUBDELEGATIONS OF THE NATIONAL MIGRATION INSTITUTE ARE DETERMINED, AS PUBLISHED IN THE OFFICIAL GAZETTE, DIARIO OFICIAL DE LA FEDERACION, ON APRIL 4, 2013, AND 14 SECTION II OF THE AGREEMENT BY WHICH STANDARDS FOR THE PERFORMANCE OF THE MIGRATORY STATIONS AND TEMPORARY STAYS OF THE NATIONAL MIGRATION INSTITUTE ARE ISSUED, PUBLISHED IN THE OFFICIAL GAZETTE, DIARIO OFICIAL DE LA FEDERACION, ON NOVEMBER 8, 2012.-----------------------------------------------------------------------------

---------------------------RESOLVES---------------------------

FIRST.- Let this matter be recorded in the Government Ledger under file number E.A./1s.9/NAY/NAY/005/KEITH ALAN RANIERE/25-03-2018, and let the corresponding Migratory Administrative Proceeding be initiated in order to solve the migratory situation of the foreigner previously mentioned. ---------------------------------------------------------------------------------------------------------------

SECOND.- Carry out all the necessary processes for the proper integration of the Migratory Administrative Proceeding in question.----------

THIRD.- Notify the foreigner here mentioned of articles 35, section I and 36 of the Federal Law of Administrative Procedure of this action, using an interpreter if needed; the aforementioned for the necessary legal purposes.----------------------------------------------------------

---------------------------SO  ORDERED---------------------------

It is so agreed and signed by the Deputy Director of Migration Control and Verification of the National Migration Institute Federal Delegation in the State of Nayarit, Uriel Jimenez Martinez CPA, who legally acts assisted by the undersigned witnesses who attest to this proceeding.-

MIGRATORY AUTHORITY
[Illegible Signature]
Uriel Jimenez Martinez CPA

THE DECLARANT
_____
Keith Alan Raniere

ATTESTING WITNESS
[Illegible Signature]
C. Felipe de Jesus Lopez Lizarraga

26 MAR 18 S
MEXICO

ATTESTING WITNESS
[Illegible Signature]
C. Francisco Jose Antonio Gonzalez Arzate

**004**

SEGOB

[Logo: Secretariat of the Interior
INM National Migration Institute)]

| CLASSIFICATION | Sealed |
|---|---|
| Duration of seal | 5 years, art 101 General Law of Transparency and Access to Public Information |
| Administrative Unit | FEDERAL DELEGATION NAYARIT |
| Date of Classification | March 25, 2018 |
| Legal Basis | Art. 78, Migration Law, Art. 113, Section V, VI and XI General Law of Transparency and Access to Public Information |
| Head of Administrative Unit and Header | SUB-DIRECTORATE OF MIGRATION CONTROL AND VERIFICATION |

APPEARANCE

In the city of Nuevo Vallarta, Banderas Bay, Nayarit, at 18:30 hours on March 25,2018 (two thousand eighteen), the Deputy Director of Migration Control and Verification of the Federal Delegation of the National Migration Institute in the State of Nayarit, Uriel Jimenez Martinez CPA, legally acting in the presence of two witnesses who sign hereunder and attest hereto.----------------------------------------------------------------------------------------------------------------

------------------------------------------------------------------------ATTESTS------------------------------------------------------------------------

That pursuant to  articles 1, 11, 14 and 16 of the Political Constitution of the United States of Mexico, 1, 2, 3, section XX, 7, 12, 13, 20 sections VII and X, 66, 67, 68, 69, 70, 77, 79, 99, 101, 106, 107, 108, 109, 111, 121 and 144 of the Migration Law; 1, 2, 55, 58, 194, 222, 223, 226, 233, 234 and 235 of the regulation of the Migration Law published in the Official Gazette, Diario Oficial de la Federacion, on September 28, 2012, in effect as of November 9, 2012; 1, 3, 9, 12, 13, 16, sections I, III, IV, V, VII, IX, and X, 18, 19, 28, 29, 30, 32, 33, 35, 36, 38, 39, 44, 49, 50, 51 and 59  of the Federal Law of Administrative Procedure; 1st and 2nd subparagraph c) section III, 77 last paragraph, 84, 132 applicable of the Internal Regulation of the Secretariat of the Interior; articles 1, 9, 11, 19 section XIX of the agreement by which powers are delegated to authorize migration proceedings and exercise diverse powers contemplated in the migration law and its regulation to public servants assigned to federal delegations of the National Migration Institute; said agreement was published in the Official Gazette, Diario Oficial de la Federacion, on November 13, 2012, this competency:------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------

------------------------------------------------------------------------ATTESTS------------------------------------------------------------------------

That from the content of the documents that make up this administrative file, it is evident that the person named KEITH ALAN RANIERE of American nationality, with his conduct; and because of his criminal record in Mexico or abroad, he could compromise national security or public safety, pursuant to article 144 section IV of the Migration Law, this administrative authority:------------------------------------------------------------------------

------------------------------------------------------------------------RESOLVES------------------------------------------------------------------------

---FIRST.- That the foreigner by the name of KEITH ALAN RANIERE of American nationality be temporarily placed in the appropriate temporary stay at the Federal Delegation as having appeared before Court, by virtue of having framed his conduct within the provisions of numbers 68, 79, 98, 99, 100 and 144 section IV of the Law of Migration, and because of his criminal record in Mexico or abroad, he could compromise national security or public safety. The person will be provided with food, medical and health services while respecting his human rights, until such time as this authority resolves his migration status in Mexican territory.----------------------------------------------------------------------------------------------------------------

SECOND.- Let it be attested that the foreigner in question has been given access to telephonic communication.----------------------------------------------------------

THIRD.- Notify foreigner KEITH ALAN RANIERE, of American nationality, in person, of this proceeding for all the effects to which he may be entitled.----

------------------------------------------------------------------------SO ORDERED------------------------------------------------------------------------


MIGRATORY AUTHORITY
[Illegible Signature]
CPA Uriel Jimenez Martinez

THE DECLARANT

Keith Alan Raniere


ATTESTING WITNESS
[Illegible Signature]
C. Felipe de Jesus Lopez Lizarraga

26 MAR 18 S
MEXICO

ATTESTING WITNESS
[Illegible Signature]
C. Francisco Jose Antonio Gonzalez Arzate


**005**

SEGOB

[Logo: Secretariat of the Interior
INM National Migration Institute)]

| CLASSIFICATION | Sealed |
|---|---|
| Duration of seal | 5 years, art 101 General Law of Transparency and Access to Public Information |
| Administrative Unit | FEDERAL DELEGATION NAYARIT |
| Date of Classification | March 25, 2018 |
| Legal Basis | Art. 78, Migration Law, Art. 113, Section V, VI and XI General Law of Transparency and Access to Public Information |
| Head of Administrative Unit and Header | SUB-DIRECTORATE OF MIGRATION CONTROL AND VERIFICATION |

## RIGHTS OF THOSE HOUSED AT THE MIGRATORY STATIONS

Pursuant to articles 107, 108, 109, 110 and 111 of the Law of Migration; 226, 227, 228, 229, 230, 232, 233, 234, 235, 236, 237 and 238 of its Regulation and 9, 12, 18, 20, 22, 24, 25 of the Agreement in which the Standards for the Performance of the Migratory Stations and Temporary Stays of the National Migration Institute are issued, published in the Official Gazette, Diario Oficial de la Federacion, on November 8, 2012, foreigners who are housed at the Migratory Stations and Temporary Stays of the National Migration Institute, who did not prove their lawful stay in the country have the following:

**RIGHTS:**

1. To receive decent treatment respectful of their human rights by those Public Servants who work at this migratory station of the National Migration Institute.
2. To know their migration status and the reason why they were brought to Court.
3. To receive their rights and obligations in writing, as well as the instances in which they may file complaints and grievances.
4. To receive medical, psychological, and legal services at their intake, during their proceedings, and housing.
5. To be informed of their migratory procedure; of their right to request refugee status or approval as stateless; of their right to regularize their stay in the terms of the Migration Law and its Regulation, as the case may be; and of the possibility of voluntarily requesting assisted return to their countries of origin; and of the right to bring an effective appeal against the Institute's rulings.
6. To have their consular representative be notified, if they choose.  In the event they wish to receive the protection of their consular representative, they will be provided with the means of communicating with this representative as quickly as possible.
7. To the procedure being carried out by a competent authority, as well as the right to receive legal counsel, to provide evidence, and to argue what is in their best interest. In addition, they will have access to the administrative migratory file records.
8. To have two witnesses when the administrative proceeding is recorded by the competent migratory authority on the charges filed and for the record to reflect their right to offer evidence, and to argue what is in their best interest, as well as the right to legal counsel, or to have a reliable person assist them, and if needed, the right to have a translator or interpreter during proceedings.
9. To have access to a translator or interpreter to aid communication in the event in which they do not speak or understand Spanish.
10. To speak with a person of their choice by phone at the time they are brought before the migration authority. Subsequent communication should be made in accordance with the schedule established by the Migratory Station.
11. To know the location of the Migratory Station in which they are housed, the applicable rules, and the services they provide.
12. To have an inventory of their personal belongings made, their safe storage in the established area, and for their belongings to be returned upon their departure from the Migratory Station.
13. To not be discriminated against by authorities on the grounds of ethnic or national origin, sex, gender, age, disability, social or economic status, state of health, pregnancy, language, religion, opinion, sexual orientation, civil status, or any other circumstance for the purpose of hindering or nullifying the recognition or exercise of individual rights and true equal opportunities.
14. To report to the competent authority if during their stay or transit in the country they have been the victim or a witness of any crime, if so, they will receive the necessary assistance.
15. To receive during their stay, a decent space, three meals per day, and the basic furnishings for personal hygiene.
16.  To be visited by their spouse or cohabitant, family members, legal representative, consular representative, competent authorities, non-governmental organization representatives, and ministers of worship accredited under the terms of the Migration Law and other related provisions, provided they expressly authorize it.

[Illegible stamp on the left margin]

**006**

SEGOB

[Logo: Secretariat of the Interior INM National Migration Institute)]

| CLASSIFICATION | Sealed |
|---|---|
| Duration of seal | 5 years, art 101 General Law of Transparency and Access to Public Information |
| Administrative Unit | FEDERAL DELEGATION NAYARIT |
| Date of Classification | March 25, 2018 |
| Legal Basis | Art. 78, Migration Law, Art. 113, Section V, VI and XI General Law of Transparency and Access to Public Information |
| Head of Administrative Unit and Header | SUB-DIRECTORATE OF MIGRATION CONTROL AND VERIFICATION |

17.   To participate in recreational, educational, and cultural activities that are organized in the facilities.

18.   To Migratory Stations being equipped with separate areas for men and women, always guaranteeing the right to family preservation, except in the cases in which separation is considered to be in the best interests of children or adolescents.

19.   To Migratory Stations and Temporary Stays having separate areas for unaccompanied migrant children and adolescents while they are being channeled to the institutions in which they will be provided adequate care.

20.   To submit complaints or suggestions into boxes that are accessible, visible, and to have access to pens and the necessary forms to do so.

21.   To request the migratory authority to be able to assert their rights.

[illegible Stamp on the left margin]

I received and understood the information.

_____
Keith Alan Raniere

Nuevo Vallarta, Banderas Bay, Nayarit, March 25, 2018

25 MAR 18 S
MEXICO

**007**

SEGOB

[Logo: Secretariat of the Interior
INM National Migration Institute)]

| CLASSIFICATION | Sealed |
|---|---|
| Duration of seal | 5 years, art 101 General Law of Transparency and Access to Public Information |
| Administrative Unit | FEDERAL DELEGATION NAYARIT |
| Date of Classification | March 25, 2018 |
| Legal Basis | Art. 78, Migration Law, Art. 113, Section V, VI and XI General Law of Transparency and Access to Public Information |
| Head of Administrative Unit and Header | SUB-DIRECTORATE OF MIGRATION CONTROL AND VERIFICATION |

**NATIONAL MIGRATION INSTITUTE**
**FEDERAL DELEGATION NAYARIT**
**PROVISIONAL STAY**

**INVENTORY OF PROPERTY OR VALUABLES**

**GENERAL DATA**

DATE: 03/25/2017                    PAGE: 005

NAME OF FOREIGNER: KEITH ALAN RANIERE
NATIONALITY: AMERICAN              SEX: (M)   (F)        AGE:57

[Illegible stamp on the left-hand margin]

| LUGGAGE | QUANTITY | COLOR | OBSERVATIONS |
|---|---|---|---|
| Suitcase | -------- | ---------- | ---------- |
| Backpack | -------- | ---------- | ---------- |
| Handbag | -------- | ---------- | ---------- |
| Plastic bag | -------- | ---------- | ---------- |
| **ELECTRONIC DEVICES** | | **BRAND** | **SERIAL NUMBER** |
| Cell phone | -------- | ---------- | ---------- |
| MP3/Radio | -------- | ---------- | ---------- |
| | | | |

**CASH**

Amount: --------       Type of currency: ---------

**JEWELRY:**

Metal:
Description:

**DOCUMENTATION AND/OR OTHER OBJECTS:**
Description:

[Crossed out section]

**URIEL JIMENEZ MARTINEZ CPA**                                **KEITH ALAN RANIERE**

[illegible signature]

26 MAR 18 S
MEXICO

**008**

SEGOB

[Logo: Secretariat of the Interior
INM National Migration Institute)]

| CLASSIFICATION | Sealed |
|---|---|
| Duration of seal | 5 years, art 101 General Law of Transparency and Access to Public Information |
| Administrative Unit | FEDERAL DELEGATION NAYARIT |
| Date of Classification | March 25, 2018 |
| Legal Basis | Art. 78, Migration Law, Art. 113, Section V, VI and XI General Law of Transparency and Access to Public Information |
| Head of Administrative Unit and Header | SUB-DIRECTORATE OF MIGRATION CONTROL AND VERIFICATION |

**AFFILIATION**

Name and last name: KEITH ALAN RANIERE                    [Photo]

Self-reported nationality: AMERICAN

Sex: MALE

D.O.B.: 08/26/1960

AGE: 57

Place of birth: BROOKLYN, NEW YORK

Residency: UNITED STATES

Civil status: SINGLE

Occupation: TRAINER                              Level of education: UNIVERSITY

Father: JAMES RANIERE                            Mother: VERA OSCHYPKO

| Height: | 1.67 [meters] | Hair: | WAVY WITH GRAY | Forehead: | BROAD |
|---|---|---|---|---|---|
| Eyebrows: | BUSHY | Mustache: | YES WITH GRAY | Eye color: | BLUE |
| Nose: | BIG | Complexion: | REGULAR | Mouth: | MEDIUM |
| Lips: | THIN | Distinguishing marks: | NONE | | |

If you believe that your return to your home may pose a risk to you, you will be provided with further information about the proceeding to request refuge. After today's date or after you become aware of any risk, you have 30 days to initiate the appropriate action.

You also have the right to establish communication with your accredited consular representation in Mexico, which will be established through ordinary channels.

Observations:

Fingerprints:

## Right hand

| | | | | |
|---|---|---|---|---|
| Thumb | Index finger | Middle finger | Ring finger | Little finger |

## Left hand

| | | | | |
|---|---|---|---|---|
| Thumb | Index finger | Middle finger | Ring finger | Little finger |

**KEITH ALAN RANIERE**

26 MAR 18 S

MEXICO

**009**

SEGOB

[Logo: Secretariat of the Interior
INM National Migration Institute]]

**GENERAL DIRECTORATE OF MIGRATION CONTROL AND VERIFICATION
DIRECTORATE OF MIGRATORY STATIONS
FEDERAL DELEGATION OF NAYARIT**
Event number: 000000030641

INVENTORY OF PROPERTY AND VALUABLES

| [Photo] | INTAKE FORM FOR FOREIGNER |
|---|---|
| | General Data |

| Name | |
|---|---|
| KEITH ALAN RANIERE | |
| Nationality | Foreigner number |
| United States of America | 0000000033801 |
| Sex | Date of intake |
| Male | 03/25/2018 |
| Date of birth | **Age** | **Identification Document** |
| 08/26/1960 | 57 years | Birth certificate |

| Property Information | | | |
|---|---|---|---|
| **Luggage** | **Quantity** | **Color** | **Observations** |
| Suitcase | | | |
| Backpack | | | |
| Handbag | | | |
| Plastic bag | | | |
| **Electronic devices** | **Quantity** | **Brand** | **Serial number** |
| Cell phone | | | |
| MP3/Radio | | | |

| Cash | |
|---|---|
| Amount: | Type of currency: |

| Jewelry | |
|---|---|
| Metal: | Description: |

| Documentation and/or other objects |
|---|
| 26 MAR 18 S |
| MEXICO |

| Uriel Jimenez [Illegible]   [Illegible signature] | |
|---|---|
| Name and signature of the migration authority doing intake | Name and signature of foreigner |

**010**

## RIGHTS OF THOSE HOUSED AT THE MIGRATORY STATIONS

Pursuant to articles 107, 108, 109, 110 and 111 of the Law of Migration; 226, 227, 228, 229, 230, 232, 233, 234, 235, 236, 237 and 238 of its Regulation and 9, 12, 18, 20, 22, 24, 25 of the Agreement in which the Standards for the Performance of the Migratory Stations and Temporary Stays of the National Migration Institute are issued, published in the Official Gazette, Diario Oficial de la Federacion, on November 8, 2012, foreigners who are housed at the Migratory Stations and Temporary Stays of the National Migration Institute, who did not prove their lawful stay in the country have the following:

**RIGHTS:**

1. To receive decent treatment respectful of their human rights by those Public Servants who work at this migratory station of the National Migration Institute.

2. To know their migration status and the reason why they were brought to Court.

3. To receive their rights and obligations in writing, as well as the instances in which they may file complaints and grievances.

4. To receive medical, psychological, and legal services at their intake, during their proceedings, and housing.

5. To be informed of their migratory procedure; of their right to request refugee status or approval as stateless; of their right to regularize their stay in the terms of the Migration Law and its Regulation, as the case may be; and of the possibility of voluntarily requesting assisted return to their countries of origin; and of the right to bring an effective appeal against the Institute's rulings.

6. To have their consular representative be notified, if they choose.  In the event they wish to receive the protection of their consular representative, they will be provided with the means of communicating with this representative as quickly as possible.

7. To the procedure being carried out by a competent authority, as well as the right to receive legal counsel, to provide evidence, and to argue what is in their best interest. In addition, they will have access to the administrative migratory file records.

8. To have two witnesses when the administrative proceeding is recorded by the competent migratory authority on the charges filed and for the record to reflect their right to offer evidence, and to argue what is in their best interest, as well as the right to legal counsel, or to have a reliable person assist them, and if needed, the right to have a translator or interpreter during proceedings.

9. To have access to a translator or interpreter to aid communication in the event in which they do not speak or understand Spanish.

10. To speak with a person of their choice by phone at the time they are brought to the migration authority. Subsequent communication should be made in accordance with the schedule established by the Migratory Station.

11. To know the location of the Migratory Station in which they are housed, the applicable rules, and the services they provide.

12. To have an inventory of their personal belongings made, their safe storage in the established area, and for their belongings to be returned upon their departure from the Migratory Station.

13. To not be discriminated against by authorities on the grounds of ethnic or national origin, sex, gender, age, disability, social or economic status, state of health, pregnancy, language, religion, opinion, sexual orientation, civil status, or any other circumstance for the purpose of hindering or nullifying the recognition or exercise of individual rights and true equal opportunities.

14. To report to the competent authority if during their stay or transit in the country they have been the victim or a witness of any crime, if so, they will receive the necessary assistance.

15. To receive during their stay, a decent space, three meals per day, and the basic furnishings for personal hygiene.

26  MAR  18 S

MEXICO

**011**

16. To be visited by their spouse or cohabitant, family members, legal representative, consular representative, competent authorities, non-governmental organization representatives, and ministers of worship accredited under the terms of the Migration Law and other related provisions, provided they expressly authorize it.

17. To participate in recreational, educational, and cultural activities that are organized in the facilities.

18. To Migratory Stations being equipped with separate areas for men and women, always guaranteeing the right to family preservation, except in the cases in which separation is considered to be in the best interests of children or adolescents.

19. To Migratory Stations and Temporary Stays having separate areas for unaccompanied migrant children and adolescents while they are being channeled to the institutions in which they will be provided adequate care.

20. To submit complaints or suggestions into boxes that are accessible, visible, and to have access to pens and the necessary forms to do so.

21. To request the migratory authority to be able to assert their rights.

[Illegible seal on the left-hand side margin]

_____
Name and signature of the interested party upon receipt and understanding of the information

_____
Date

26  MAR  18 S

MEXICO

**012**

SEGOB

[Logo: Secretariat of the Interior
INM National Migration Institute)]

| CLASSIFICATION | Sealed |
|---|---|
| Duration of seal | 5 years, art 101 General Law of Transparency and Access to Public Information |
| Administrative Unit | FEDERAL DELEGATION NAYARIT |
| Date of Classification | March 25, 2018 |
| Legal Basis | Art. 78, Migration Law, Art. 113, Section V, VI and XI General Law of Transparency and Access to Public Information |
| Head of Administrative Unit and Header | SUB-DIRECTORATE OF MIGRATION CONTROL AND VERIFICATION |

**APPEARANCE**

In the city of Nuevo Vallarta, Banderas Bay, Nayarit, at 18:40 hours on March 25 of two thousand eighteen, the Deputy Director of Migration Control and Verification of the Federal Delegation of the National Migration Institute in the State of Nayarit, Uriel Jimenez Martinez CPA, legally acting in the presence of two witnesses who sign hereunder and attest hereto.------------------------------------------------------------------------------------------------------------------------- PURSUANT TO ARTICLES 1, 11, 14 AND 16 OF THE POLITICAL CONSTITUTION OF THE UNITED STATES OF MEXICO; 26 AND 27, SECTION XXXIII OF THE ORGANIC LAW OF THE FEDERAL PUBLIC ADMINISTRATION; 2, PARAGRAPH C, SECTION III, 69, 70, 77, SECTION II, SUBPARAGRAPH C, 92, SECTION II OF THE INTERNAL REGULATION OF THE SECRETARIAT OF THE INTERIOR; 1, 2, 5, 7, 11, 12, 13, SECTIONS I AND III, 14, 16, 19, 20, SECTIONS III AND VII, 66, 67, 68, 70, 77, 79, 80, 99, 100 AND 111 OF THE MIGRATION LAW; 1, 2, 55, 194, 222, 232, AND 233 OF ITS REGULATION, 1, 3, 9, 12, 13, 16, SECTIONS I, III, IV, V, VI, IX, AND X, 18, 19, 28, 29, 30, 32, 33, 35, SECTION I, 36, 38, 39, 44, AND 49 OF THE FEDERAL LAW OF ADMINISTRATIVE PROCEDURE; 1 AND 19, SECTION XVI AND XVII OF THE AGREEMENT BY WHICH POWERS ARE DELEGATED TO AUTHORIZE MIGRATION PROCEEDIGS AND EXERCISE DIVERSE POWERS CONTEMPLATED IN THE MIGRATION LAW AND ITS REGULATION TO PUBLIC SERVANTS ASSIGNED TO FEDERAL DELEGATIONS; SAID AGREEMENT WAS PUBLISHED IN THE OFFICIAL GAZETTE, DIARIO OFICIAL DE LA FEDERACION, ON NOVEMBER 13, 2012; ARTICLE 3, PARAGRAPH 18 OF THE AGREEMENT BY WHICH THE HEAD OFFICE AND TERRITORIAL CIRCUNSCRIPTION OF THE FEDERAL DELEGATIONS AND SUBDELEGATIONS, LOCAL DELEGATIONS AND SUBDELEGATIONS OF THE NATIONAL MIGRATION INSTITUTE, PUBLISHED IN THE OFFICIAL GAZETTE, DIARIO OFICIAL DE LA FEDERACION, ON APRIL 4, 2013, AND 14 SECTION V OF THE AGREEMENT BY WHICH STANDARDS FOR THE PERFORMANCE OF THE MIGRATORY STATIONS AND TEMPORARY STAYS OF THE NATIONAL MIGRATION INSTITUTE ARE ISSUED, PUBLISHED IN THE OFFICIAL GAZETTE, DIARIO OFICIAL DE LA FEDERACION, ON NOVEMBER 8, 2012.------------------------------------------------------------------------------------------------------------------------------------- -------------------------------------------------------------------ATTESTS------------------------------------------------------------------

That at the aforementioned time and date, the person who responds to the name of KEITH ALAN RANIERE, a U.S. national, was brought in  for not proving his lawful stay in the country before this migratory authority in order to appear at his administrative proceeding: he then proceeded to be sworn in pursuant to article 247 section I of the Federal Penal Code, so that he can be truthful in this proceeding and he is warned of the penalties of perjury he may incur and informed of the content of the article in question. The foreign person in question swears under oath to tell the truth in this appearance, that as to his general information he says his name is KEITH ALAN RANIERE, to be of American nationality, to be 57 years old, with date of birth August 26, 1960, of single civil status, with university school education, of occupation trainer, originally from Brooklyn, New York; not knowing the addresses in which he lived, being one of these in Guadalajara, Jalisco; and the other in Chacala, Compostela, Nayarit. Compostela, Nayarit. Son of Mr. James Raniere, a U.S. citizen, and Mrs. Vera Oschypko, a U.S. citizen, who in accordance with Article 36, Section I, paragraph b) of the Vienna Convention on Consular Relations of 1963, and in regard to Articles 13, 69, 70, 106 and 109 of the Migration Law, 222 and 226 of its Regulations, and Articles 15, 17, 18 and 24 of the Agreement by which the standards for the performance of the migratory stations and temporary stays of the National Migration Institute are issued, published in the Official Gazette, Diario Oficial de la Federacion, of the Government of Mexico on the 8th of November, 2012, is hereby informed that he has the right to communicate with his consular representative and to be assisted by a legal representative of his choosing, therefore, he will express his desire to be assisted or not at this proceeding, or to be represented by a person of trust of his choosing; moreover, he is also notified of his right to request refugee status or that of stateless; of the right to regularize his stay in accordance with articles 132, 133 and 134 of the Migration Law, to request the assisted return to his country of origin, to lodge an appeal against the resolutions issued by this law, to offer evidence and to argue what he deems convenient, to which he states that he does not wish to present evidence and claims; it is mentioned that the foreigner does not understand and speak the Spanish language, therefore he is asked if he requires a translator be appointed to assist him during this proceeding, consequently,------------------------------- -------------------------------------------------------------------HE DECLARES-------------------------------------------------------------------

That my name is Keith Alan Rainere, I entered Mexico approximately on November 10, 2017 by air, and I believe it was through American Airlines to Monterrey, Nuevo Leon, where I stayed for a couple of months, with Mariana Fernandez Aguilar, Mexican citizen, who is the mother of my son; I don't recall the name of the domicile in this city; later on I went south and I have been vacationing in Guadalajara, Jalisco, and in Chacala, in Compostela, Nayarit, moving from one place to the other intermittently; however, I refuse to provide information regarding

[Stamp on top of last paragraph reads: 26 MAR 18 S]

**013**

SEGOB

[Logo: Secretariat of the Interior
INM National Migration Institute)]

| CLASSIFICATION | Sealed |
|---|---|
| Duration of seal | 5 years, art 101 General Law of Transparency and Access to Public Information |
| Administrative Unit | FEDERAL DELEGATION NAYARIT |
| Date of Classification | March 25, 2018 |
| Legal Basis | Art. 78, Migration Law, Art. 113, Section V, VI and XI General Law of Transparency and Access to Public Information |
| Head of Administrative Unit and Header | SUB-DIRECTORATE OF MIGRATION CONTROL AND VERIFICATION |

specific domiciles. I am aware that I was charged of some crimes in the United States, and I fear that upon cooperating with the Mexican migratory authority I could have problems; and from this moment on, I refuse to cooperate in any way. I currently do not have an identity document, or any migration document; nor do I have a cell phone, because these are at my house, which I do not recall the address of. Also, I do not want to receive the food that has been offered to me in this place, and I refuse to undergo a medical examination, to sign, to answer questions, or to cooperate in any way. At this time, I would like to state that this migratory authority has respected my human and individual rights, and that I haven't been subjected to any physical or verbal ill treatment. That this is all I wish to declare.----------------------------------------------------------------------------------------------------------------------------------------------

In view of the foregoing, it is agreed as follows:-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------

FIRST.- The statements are deemed to be made by the foreigner by the name of KEITH ALAN RANIERE, which will be taken into account at the time of resolving this administrative migration proceeding started against him. --------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------

SECOND.- In terms of article 109 section V of the Migration Law and 32 of the Federal Law of Administrative Procedure, the foreigner by the name of KEITH ALAN RANIERE is granted ten working days to submit evidence in his favor.----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------

THIRD.- The administrative migration proceeding started against the foreigner by the name of KEITH ALAN RANIERE shall proceed.----------------------

There being nothing further to be recorded, this appearance is closed at 20:07 hours on the day it started, and those who participated sign below.-------

MIGRATORY AUTHORITY
[Illegible Signature]
Uriel Jimenez Martinez CPA

THE DECLARANT
_____
Keith Alan Raniere

ATTESTING WITNESS
[Illegible Signature]
Felipe de Jesus Lopez Lizarraga, Citizen

ATTESTING WITNESS
[Illegible Signature]
Francisco Jose Antonio Gonzalez Arzate, Citizen

26 MAR 18 S

MEXICO

**014**

SEGOB

[Logo: Secretariat of the Interior
INM National Migration Institute)]

| CLASSIFICATION | Sealed |
|---|---|
| Duration of seal | 5 years, art 101 General Law of Transparency and Access to Public Information |
| Administrative Unit | FEDERAL DELEGATION NAYARIT |
| Date of Classification | March 25, 2018 |
| Legal Basis | Art. 78, Migration Law, Art. 113, Section V, VI and XI General Law of Transparency and Access to Public Information |
| Head of Administrative Unit and Header | SUB-DIRECTORATE OF MIGRATION CONTROL AND VERIFICATION |

### DEPORTATION DECISION

In the city of Nuevo Vallarta, Banderas Bay, Nayarit, on March 25 of two thousand eighteen, having seen the records to resolve the migratory situation of the foreigner KEITH ALAN RANIERE, of American nationality, the resolution is issued pursuant to the following.

-------------------------------------------------------------------WHEREAS-------------------------------------------------------------------

**1.-** That on MARCH 25, 2018, the official letter to bring foreigner to Court with number INM/DFN/SCV/0371/2018, signed by citizens FELIPE DE JESUS LOPEZ LIZARRAGA AND FRANCISCO JUSE ANTONIO GONZALEZ ARZATE was received, by virtue of not having a migratory document that authorizes his lawful stay in the country for the person who said his name was KEITH ALAN RANIERE, of AMERICAN nationality,

**2.-** On the same date, this migratory authority issued Initial Agreement, opening the Administrative Migration Proceeding under docket number E.A/1s.9/NAY/NAY/005/KEITH ALAN RANIERE/25-03-2018, as stated in the guidelines used to instruct Public Servants from the National Migration Institute in matters of administrative migration procedure, which is hereby included.

**3.-** On the same date, the foreigner by the name of KEITH ALAN RANIERE, of AMERICAN nationality, in the exercise of his right to a hearing, made his administrative appearance before this migratory authority of the National Migration Institute in Nayarit, which is attached to this file.

**4.-** On the same date, this migratory authority, decreed the Agreement of Appearance for the foreigner KEITH ALAN RANIERE, of AMERICAN nationality, remaining temporarily housed in the Control and Verification Area section of the National Migration Institute in the city of Tepic, Nayarit, while his Administrative Migration Procedure in Mexican territory is resolved. Said area is regulated by the Agreement by which the Standards for the Performance of the Migratory Stations and Temporary Stays of the National Migration Institute are issued, as published in the Official Gazette, Diario Oficial de la Federacion, on November 8, 2012.

**5.-** On MARCH 25, 2018, through document INM/DFN/SCVM/0368/2018, notification to the Diplomatic Representation of the Consulate of the UNITED STATES OF AMERICA was made in regard to the appearance and housing in the Federal Delegation of Nayarit, of the foreigner KEITH ALAN RANIERE, of AMERICAN nationality and is attached to the case file.

**6.-** On MARCH 25, 2018, certificate No. 156-60-336171 in which the nationality and identity of the AMERICAN national KEITH ALAN RANIERE is verified was received and is attached to the case file.

**7.-** On MARCH 25, 2018, foreigner by the name of KEITH ALAN RANIERE of AMERICAN nationality expressed he did not wish to use the time granted to submit evidence and claims pursuant to the Administrative Migratory Proceeding to resolve his migratory situation in the country, and it is attached to the case file.

**-------------------------------------------------------------------WHEREAS-------------------------------------------------------------------**

1.- Based on articles 1, 11, 14 and 16 of the Political Constitution of the United States of Mexico; 26 and 27, section XXXIII of the Organic Law of the Federal Public Administration; 1, 2 paragraph C, section III, 77, section II, subparagraph C, 92 and 132 of the Internal Regulation of the Secretariat of the Interior; 1, 2, 3, section XVII, 7, 12, 14, 16, 20, 66, 67, 70, 77, and 109, section V, 111, 115, 118, 119, 121, 122, 123, 143 and 144 section I and IV of the Migration Law; 1, 2, 55, 58, 193, 194, 205, 242, 243, and 244 of the Regulation of the Migration Law, published in the Official Gazette, Diario Oficial de la Federacion, on September 28, 2012, that went into effect on November 09, 2012; 1, 3, 9, 12, 13, 16 sections [sic] 1, 111, IV, V, VI, IX and X, 18, 19, 28, 29, 30, 32, 33, 35, 36, 38, 39, 49, 53, and 54 of the Federal Law of Administrative Procedure; 1 and 2 paragraph C) section 111, 69, 70, 77, 84, 92 and others that apply to the Internal Regulation of the Secretariat of the Interior, published in the Official Gazette, Diario Oficial de la Federacion, on Tuesday, April 2, 2013; article 1, 2, and 3, SECTION 18 pursuant to the Agreement by which standards for the performance of the migratory stations and temporary stays of the National Migration Institute are issued, published in the Official Gazette, Diario Oficial de la Federacion, on November 8, 2012; article 1, 11 and 19 section XVII, of the AGREEMENT by which powers are delegated to authorize migration proceedings and exercise diverse powers contemplated in the Migration Law and its Regulation to public servants assigned to Federal Delegations of the National Migration Institute, said agreement was published in the Official Gazette, Diario Oficial de la Federacion, on November 13, 2012.

[Stamp over last four lines is illegible and resembles the date stamp used before]

**015**

SEGOB

[Logo: Secretariat of the Interior
INM National Migration Institute)]

| CLASSIFICATION | Sealed |
|---|---|
| Duration of seal | 5 years, art 101 General Law of Transparency and Access to Public Information |
| Administrative Unit | FEDERAL DELEGATION NAYARIT |
| Date of Classification | March 25, 2018 |
| Legal Basis | Art. 78, Migration Law, Art. 113, Section V, VI and XI General Law of Transparency and Access to Public Information |
| Head of Administrative Unit and Header | SUB-DIRECTORATE OF MIGRATION CONTROL AND VERIFICATION |

II.- That the nationality and identity of the foreigner KEITH ALAN RANIERE was duly verified by means of certificate No. 156-60-336171 by which he proved his nationality and identity as that of an AMERICAN national.

III.- That from analyzing the records that are included in the case file it is clear that the foreigner KEITH ALAN RANIERE of AMERICAN nationality was behaving in a manner that falls under the provisions of section IV of article 144 of the Migration Law, which reads as follows:

**Article 144 of the Migration Law.-** A foreigner who was brought to appear in Court will be deported from national territory if such person:

IV.- Is subject to a criminal proceeding or has been convicted of a felony pursuant to the national laws in criminal matters or the provisions contained in international treaties or covenants in which the Mexican State is a part of; or whose criminal record in Mexico or abroad could compromise the national security or the public safety.

The foregoing is duly evidenced by the appearance of the foreigner before the DEPUTY DIREDTOR OF MIGRATION CONTROL AND VERIFICATION AT THE NATIONAL MIGRATION INSTITUTE IN NAYARIT, Uriel Jimenez Martinez CPA, where once sworn in (a) pursuant to article 247 section I of the Federal Penal Code, in the relevant part he STATED: "That my name is Keith Alan Rainere, I entered Mexico by air, approximately on November 10, 2017, and I believe it was through American Airlines to Monterrey, Nuevo Leon, where I stayed for a couple of months with Mariana Fernandez Aguilar, Mexican citizen, who is the mother of my son; I don't recall the name of the domicile in this city; later on I went south and I have been vacationing in Guadalajara, Jalisco, and in Chacala, in Compostela, Nayarit, moving from one place to the other intermittently; however I refuse to provide information regarding specific domiciles. I am aware that I was charged of some crimes in the United States, and I fear that upon cooperating with the Mexican migratory authority I could have problems; and from this moment on, I refuse to cooperate in any way. I currently do not have an identity document, or any migration document; nor do I have a cell phone, because these are at my house, which I do not recall the address. Also, I do not want to receive the food that has been offered to me in this place, and I refuse to undergo a medical examination, to sign, to answer questions, or to cooperate in any way. [sic] Statement to which evidentiary value is given pursuant to articles 199 and 200 of the Federal Code of Civil Procedure which supersedes migration matters due to the special circumstances established in article 199 of the aforementioned legal order, which provides:

"**Article 199.-** The explicit confession shall be considered full evidence when the following circumstances occur:

I.- That is made by a person who has the capacity of executing agreements;

II.- That is made by someone of sound mind, without coercion or violence, and

III.- That is in fact his own, or as the case may be, that of the principal or the assignor, and pertaining to the business."

Behavior that pursuant to the law in question is punishable with deportation from the national territory, as well as with restrictions to enter it, in accordance with the last paragraph of article 144 of the Migration Law, and 244 of its Regulation.-------------------------------------------------------------------------------------

IV.-Furthermore, it is noted that this authority abides by the principle of legality and due process contained in the Political Constitution of the United States [sic], which is based on the unrestricted respect of the human rights of migrants regardless of their origin, nationality, gender, ethnicity and migration status; the foreigner KEITH ALAN RANIERE, of AMERICAN nationality, during his stay at the Federal Delegation of Nayarit, was given a decent place for his stay, as well as food and medical services, and his human rights were safeguarded at all times.

V.- Pursuant to the foregoing and based on article 1, 11, and 19 section XVII and XXII of the AGREEMENT by which powers are delegated to authorize migration proceedings and exercise diverse powers contemplated in the Migration Law and its Regulation to public servants assigned to Federal Delegations of the National Migration Institute, said agreement was published in the Official Gazette, Diario Oficial de la Federacion, on November 13, 2012, this Authority, resolves and

[Stamp over last four lines is illegible and resembles the date stamp used before]

**016**

SEGOB

[Logo: Secretariat of the Interior
INM National Migration Institute)]

| CLASSIFICATION | Sealed |
|---|---|
| Duration of seal | 5 years, art 101 General Law of Transparency and Access to Public Information |
| Administrative Unit | FEDERAL DELEGATION NAYARIT |
| Date of Classification | March 25, 2018 |
| Legal Basis | Art. 78, Migration Law, Art. 113, Section V, VI and XI General Law of Transparency and Access to Public Information |
| Head of Administrative Unit and Header | SUB-DIRECTORATE OF MIGRATION CONTROL AND VERIFICATION |

--------------------------------------------------------IT IS RESOLVED--------------------------------------------------------

FIRST.-The deportation of KEITH ALAN RANIERE of American NATIONALITY is decided for behavior that pertains to the hypothesis contemplated in article 144 section IV of the Migration Law, and article 244 section IV of the Regulation of the Migration Law.

SECOND.- The person is hereby notified of the prohibition to re-enter National Territory based on article 144 section IV and the last paragraph of the Migration Law and article 244 section IV of its Regulation, for which underlined definitive deportation is ordered as of the notification of this resolution, unless a readmission agreement is requested in accordance with article 18 section VII of the same legal order.

THIRD.- Deliver valuables to the foreigner KEITH ALAN RANIERE, of AMERICAN nationality, in the event that there were some, upon reviewing receipt on file.

FOURTH.- Notify the person in charge of the Federal Delegation of Nayarit, place where the foreigner KEITH ALAN RANIERE is housed, of this order so that the deportation back to his country of origin takes place, rendering the appearance agreement as ordered by this migration authority as null and void.

FIFTH.- In accordance to number 2, paragraph B) of document INM/CCVM/01180/2008, the National Alert Center shall be notified so that it may issue the corresponding migratory control record in the name of the foreigner in question, and pointing out the content of the SECOND point of this resolution.

SIXTH.- The foreigner should be notified of this decision for it to have all its legal effects and notify him of the right to file an appeal for review as contemplated by the Federal Law of Administrative Procedure; said appeal may be filed with the competent authority within fifteen days from the day after this notification has taken full effect pursuant to article 83 and 85 from the Federal Law of Administrative Procedure.

SEVENTH.- Send file to archives for safekeeping and custody.---------------------------------------------------------------------------

--------------------------------------------------------SO ORDERED--------------------------------------------------------

So it is ordered and signed, DEPUTY DIRECTOR OF MIGRATION CONTROL AND VERIFICATION FOR THE NATIONAL MIGRATION INSTITUTE IN NAYARIT, assigned to the Federal Delegation of the National Migration Institute in the State of Nayarit, Uriel Jimenez Martinez CPA, who is legally acting in the presence of two witnesses who sign hereunder.

--------------------------------------------------------ATTEST--------------------------------------------------------

MIGRATORY AUTHORITY
[Illegible Signature]
CPA Uriel Jimenez Martinez

FOREIGNER
[Illegible Signature]
KEITH ALAN RANIERE

ATTESTING WITNESS
[Illegible Signature]
Felipe de Jesus Lopez Lizarraga, Engr.

ATTESTING WITNESS
[Illegible Signature]
Lic. Francisco Jose Antonio Gonzalez Arzate

26 MAR 18 S

MEXICO

**017**

SEGOB

[Logo: Secretariat of the Interior
INM National Migration Institute)]

| CLASSIFICATION | Sealed |
| --- | --- |
| Duration of seal | 5 years, art 101 General Law of Transparency and Access to Public Information |
| Administrative Unit | FEDERAL DELEGATION NAYARIT |
| Date of Classification | March 25, 2018 |
| Legal Basis | Art. 78, Migration Law, Art. 113, Section V, VI and XI General Law of Transparency and Access to Public Information |
| Head of Administrative Unit and Header | SUB-DIRECTORATE OF MIGRATION CONTROL AND VERIFICATION |

NOTIFICATION OF RESOLUTION

In the city of Nuevo Vallarta, Banderas Bay, Nayarit, at 20:38 hours on March 25, 2018, the DEPUTY DIRECTOR OF MIGRATION CONTROL AND VERIFICATION OF THE NATIONAL MIGRATION INSTITUTE IN NAYARIT, who fully identified himself with foreigner KEITH ALAN RANIERE, of AMERICAN nationality, proceeds to comply with point FOURTH of the resolution of this date ordered by the DEPUTY DIRECTOR OF MIGRATION CONTROL AND VERIFICATION OF THE NATIONAL MIGRATION INSTITUTE IN NAYARIT, assigned to the Federal Delegation of the National Migration Institute in the State of Nayarit, Uriel Jimenez Martinez CPA.

Therefore, I hereby notify you of the resolution which reads as follows:

"FIRST. -  The foreigner KEITH ALAN RANIERE of American NATIONALITY shall be subjected to deportation pursuant to article 144 section IV of the Migration Law, article 244 section IV of the Regulation of the Migration Law.

SECOND. - Deliver valuables to the foreigner KEITH ALAN RANIERE, of AMERICAN nationality, in the event there were some, upon reviewing receipt on file.

THIRD. - Notify the person in charge of the Federal Delegation of Nayarit, place where the foreigner KEITH ALAN RANIERE of AMERICAN nationality is housed, of this order so that the deportation back to his country of origin takes place, rendering the appearance agreement as ordered by this migration authority as null and void.

FOURTH.- The foreigner should be notified of this determination for it to have all its legal effects and notify him of the right to file an appeal for review as contemplated by the Federal Law of Administrative Procedure; said appeal may be filed with the competent authority within fifteen days from the day after this notification has taken full effect; the appeal shall be resolved no later than three months from the date it was filed pursuant to article 83 of the Federal Law of Administrative Procedure.

FIFTH. - Send file to archives for safekeeping and custody."

The foregoing, for your information and legal effects.

The foreigner, having been informed of the contents of this resolution, signs in conformity at the end of this document.

MIGRATORY AUTHORITY                                          PERSON NOTIFIED
[Illegible Signature]                                          _____
CPA Uriel Jimenez Martinez                                   KEITH ALAN RANIERE

26 MAR 18 S

MEXICO

**018**

SEGOB

[Logo: Secretariat of the Interior
INM National Migration Institute)]

| CLASSIFICATION | Sealed |
|---|---|
| Duration of seal | 5 years, art 101 General Law of Transparency and Access to Public Information |
| Administrative Unit | FEDERAL DELEGATION NAYARIT |
| Date of Classification | March 25, 2018 |
| Legal Basis | Art. 78, Migration Law, Art. 113, Section V, VI and XI General Law of Transparency and Access to Public Information |
| Head of Administrative Unit and Header | SUB-DIRECTORATE OF MIGRATION CONTROL AND VERIFICATION |

### RECORD OF FACTS

In the city of Nuevo Vallarta, Banderas Bay, Nayarit, at 20:38 hours on March 25, 2018, the DEPUTY DIRECTOR OF MIGRATION CONTROL AND VERIFICATION OF THE NATIONAL MIGRATION INSTITUTE IN NAYARIT, after having fully identified himself before the foreigner **KEITH ALAN RANIERE**, of AMERICAN nationality, procedes to comply with point FOUR of the resolution of this date, issued by the DEPUTY DIRECTOR OF MIGRATION CONTROL AND VERIFICATION OF THE NATIONAL MIGRATION INSTITUTE IN NAYARIT, assigned to the Federal Delegation of the National Migration Institute in the State of Nayarit, Uriel Jimenez Martinez CPA.

On March 25, 2018, this immigration authority issued an Initial Agreement, opening the Administrative Migratory Procedure with the number E.A/1s.9/NAY/NAY/005/KEITH ALAN RANIERE/25-03-2018, as stated in the guidelines by which the Public Servants of the National Migration Institute are instructed in matters of administrative-migratory procedure.

On the same date, the foreigner named **KEITH ALAN RANIERE**, of AMERICAN nationality, in exercise of his right to a hearing, made his administrative appearance before the migration authority of the National Migration Institute in Nayarit, which is attached to the present case file.

Same hearing in which he made clear his unwillingness to cooperate with the information as well as with the signatures for fear of his criminal record in the United States of America.

He was notified of his appearance at the offices of the Federal Delegation of Nayarit to clear his administrative migration procedure, in which he was informed of his rights as a housed foreigner.

He was notified of the deportation order for compromising national security due to his criminal record abroad, however, he refused to sign the proceedings corresponding to his administrative migration procedure.

For which it is noted that the foreigner **KEITH ALAN RANIERE**, of AMERICAN nationality, was given medical assistance, food, telephone calls and clear information about his migration situation, however he refused to sign the corresponding records.

I hereby certify and sign, DEPUTY DIRECTOR OF MIGRATION CONTROL AND VERIFICATION OF THE NATIONAL MIGRATION INSTITUTE IN NAYARIT, assigned to the Federal Delegation of the National Migration Institute in the State of Nayarit, Uriel Jimenez Martinez CPA, who acts legally before the presence of two witnesses who sign hereunder.

MIGRATORY AUTHORITY
[Illegible Signature]
CPA Uriel Jimenez Martinez

[Illegible stamp]

ATTESTING WITNESS
[Illegible Signature]
Felipe de Jesus Lopez Lizarraga, Engr.

ATTESTING WITNESS
[Illegible Signature]
Lic. Francisco Jose Antonio Gonzalez Arzate

26 MAR 18 S

**019**

| | |
|---|---|
| <u>Who can become a Refugee?</u> | [Illegible stamp]    National Migration Institute |

The Law on Refugees and Complementary Protection establishes in article 13 that refugee status shall be granted to any foreigner who is in national territory under some of the following circumstances:

I. Who, owing to a well-founded fear of being persecuted for reasons of race, religion, nationality, gender, membership of a particular social group or political opinion, is outside the country of his nationality and is unable or, owing to such fear, is unwilling to avail himself of the protection of that country; or who, not having a nationality and being outside the country of his former habitual residence as a result of such events, is unable or, owing to such fears, is unwilling to return to it;

II. Who has fled his or her country of origin because his or her life, safety or freedom has been threatened by generalized violence, foreign aggression, internal conflicts, or a massive violation of human rights and other circumstances that have seriously disturbed public order, and

III. Who due to circumstances arising in his country of origin or as a result of activities carried out during his stay in national territory, has well-founded fears of being persecuted for reasons of race, religion, nationality, gender, membership to a particular social group or political opinions, or whose life, safety or freedom may be threatened by generalized violence, foreign aggression, internal conflicts, a massive violation of human rights and other circumstances that have seriously disturbed the public order.

---

FOREIGNER INTAKE FORM
General Data

Name: Keith Alan Raniere

Nationality:                      Origin:
American                          Brooklyn, New York

Sex:                              Date of intake:        Time:
Male                              03-25-2018             18:30

DOB:                              Age:        Identity documents:
08/26/1960                        57          Birth certificate

List of property
Quantity:         Description:              Observations:

[Crossed out empty section]

List of valuables
Quantity:         Description:              Observations:

[Crossed out empty section]

---

| | | |
|---|---|---|
| <u>Contact the Mexican Commission for Refugee Assistance (COMAR):</u><br>Dinamarca 84, 4th Floor, Col. Juarez, Del. Cuauhtemoc<br>C.P. 06600, Mexico, D.F. – Phone (55) 5209-8800 Ext. 30133 and 30147 | _____<br>Name and signature of receiving authority | _____<br>Name and signature of foreigner |

26 MAR 18 S

**020**

OBLIGATIONS:

1.- To obey and respect the indications of public servants at the migratory station.

2.- To provide decent and respectful treatment to the public servants who work at this migratory station.

3.- To answer truthfully to the questions asked as part of the file.

4.- To respect people who are in the same housing condition regardless of their ethnic or national origin, sex, age, disability, social or economic status, health status, language, religion, sexual preferences, marital status or any other condition.

5.- To comply with the schedules set by the authority to perform the following activities:
- Bed and dormitory cleaning
- Personal hygiene
- Breakfast
- Medical service, receiving visits, making calls, participating in sports, recreational, educational and cultural activities.
- Food
- Dinner
- Going into the designated sleeping area

6.- Comply with the minimum standards of hygiene and sanitation established by the authority.

7.- To store luggage and other valuables in the designated area upon entry to the station.

8.- To comply with the instructions from the authority during transfers or driving.

9.- To take care of the facilities, furniture and equipment at the migration station, refraining from damaging them and not to cause any disturbance, to behave respectfully and order to safeguard the security of the facilities and the safety of those who are there in the event of any attempt to escape. As well as of any act that jeopardizes the safety, in which case will face administrative or criminal sanctions from the competent authority.

10.- To abstain from the introduction of alcoholic beverages, narcotics, drugs, altering substances, psychotropics, toxic substances, unauthorized medications, illegal or sharp instruments and explosives. Likewise, refrain from engaging in acts of commerce, possession and the use of phone or radio communication not allowed at the migratory station.

Article 26 of the Agreement by which the Standards for the Performance of the Migratory Stations and Temporary Stays of the National Migration Institute are issued.

I have read and understood the rights and obligations that I must observe during my stay in this migratory station.

_____
Name and signature of foreigner

[Illegible stamp]

During the time that you are housed at this Migration Station, you have the following rights and obligations:

**RIGHTS:**

1. To receive decent treatment, respectful of your human rights by those Public Servants who work at this migratory station.

2. To be informed of your migratory situation in a timely manner.

3. To receive medical, legal assistance and representation at your intake and throughout your stay.

4. To testify and to have two witnesses present during the administrative proceeding in which you will hear the charges filed against you and your right to offer evidence, and to argue what is in your best interest, as well as the right to be assisted by your representative or a reliable person, and in your case, to have a translator or interpreter during proceedings.

5. To have an inventory of the personal belongings you brought with you, and their storage and safekeeping in the area established for this purpose.

6. To have your consular representative be notified of your situation and if you wish, to request said representative for the assistance they could provide.

Children and adolescents who are housed at a migratory station for any reason shall have the right to remain with their family or to reunite with them; to have access to activities that promote a healthy coexistence and stay with other boys, girls, and adolescents; and to be prioritized in institutions that are adequate to their healthy physical and emotional development while safeguarding the best interest of the child at all times.

7. To request for the migratory authority to resolve his legal situation.

8. To ask the head of the migratory station in a peaceful and respectful way for the necessary hearings.

9. To receive three meals a day, a space to sleep, a blanket and the basic personal hygiene items.

10. To speak with the person of your choice by phone or any other means within the established schedule.

11. To be visited by relatives, friends, spouse or cohabitant, authorities, consular representatives and non-governmental organization representatives, legal representative and accredited ministers of worship in the schedule that was established and with prior authorization.

12. To receive your belongings in due course; said property was included in the inventory and it was safeguarded by the authorities, except for fake documentation that might have been submitted.

13. To request information in order to obtain refugee status due to a well-founded fear of persecution based on motives of race, religion, nationality, membership of a particular social group, or political opinion, are outside the territory of your nationality and are unable to, because of such fears, avail yourself of the protection of the country, or if the case may be, you consider that your safety is at risk in your country of origin.

14. To report to the person in charge of the migratory station if while on your stay or transit through this country your rights have been violated and for your complaint to be sent to the appropriate authority.

15. To report to the competent authority if during your stay or transit in this country you have been the victim or a witness of any crime, if so, the person in charge of this migration station will offer the assistance he deems necessary. In addition, you may be considered to regularize your migration situation in the country.

16. To put your complaints and/or suggestions in the respective boxes which are located inside and outside of the migratory station.

17. To not be discriminated against by authorities and housed on the grounds of ethnic or national origin, sex, age, disability, social or economic status, state of health, pregnancy, language, religion, opinion, sexual orientation, civil status, or any other.

Article 109 of the Migration Law. Article 24 of the Agreement by which the Standards for the Performance of the Migratory Stations and Temporary Stays of the National Migration Institute are issued.

**021**

**[Pages 022 to 029 are in English]**

SEGOB

[Logo: Secretariat of the Interior
INM National Migration Institute)]

User: MANUEL HE[PAGE IS CUT OFF]
MIGRATORY MANAGEMENT [ PAGE IS CUT OFF]
Sunday, Ma[cut off] 25

| Proceedings | SIPIM [Migration Information Integration and Processing System] | Visits & Reviews | Migratory Stations | People | Incidents | My account |
|---|---|---|---|---|---|---|

**Search people**

Last names: RANIERE          Names: KEITH ALAN
Change to advanced search

**Results**
Personal data

Last names: RANIERE
Names: KEITH ALAN
Nationality (Country): United States of America
Sex: Male
DOB: 08/26/1960

[Cut off stamp on the left-hand margin]

**Entries**
[page cut off]

| Date & time | Type | Travel | Identity Document | Form | Migratory Situation | Authorization Document |
|---|---|---|---|---|---|---|
| 10 /[Illegible][5] /2017 [01:40] | Land | Passenger bus | Type: Passport Number: 487874523 Country of Issue: United States of America | Type: FMM [Multiple Migration Form] Number: 01113088535 | Purpose: Visitor Characteristic: N/A Modality: Not authorized to engage in remunerated activities | N/A |
| [11]/10/2017 12:12 | Air | Delta Airlines [347] | Type: Passport Number: 487874523 Country of Issue: United States of America | Type: FMM [Multiple Migration Form] Number: 01116026002 | Purpose: Visitor Characteristic: N/A Modality: Not authorized to engage in remunerated activities | N/A |

©2013 National Migration Institute

26 MAR 18 S

[MEXICO]

**030**

**SEGOB**

[Logo: Secretariat of the Interior
INM National Migration Institute)]

**GENERAL DIRECTORATE OF MIGRATION CONTROL AND VERIFICATION**
**DIRECTORATE OF MIGRATORY STATIONS**
**Event number: 0000000030641**

**RESOLUTION FOR FOREIGNER**
**FEDERAL DELEGATION IN NAYARIT**

**GENERAL DATA**
**Date of intake:** 03/25/2018
**Foreigner number:** 0000000033801
**Nationality:** American
**Name of foreigner:** KEITH ALAN RANIERE
**DOB:** 08/26/1960
**Age:** 57
**Sex:** Male

**PROCEEDING**
**Date of initial agreement:** 03/25/2018

**APPEARANCE**
**Date of appearance:** 03/25/2018

**RESOLUTION**
**Date of resolution:** 03/26/2018
**Reason of departure:** Deportation

[Illegible Signature]
Signature of the migratory authority who authorizes

**031**

SEGOB   [Coat of arms] [Logo: Secretariat of the Interior INM National Migration Institute]]

**SECTRETARIAT OF THE INTERIOR**
**NATIONAL MIGRATION INSTITUTE**
**FEDERAL DELEGATION NAYARIT**
**SUB-DIRECTORATE OF CONTROL AND VERIFICATION**

**Document: INM/DFN/SCVM/0374/2018**

**Matter:** Official letter of commission to carry out international transfer of foreigner

Banderas Bay, Nayarit, March 26, 2018

FRANCISCO JOSE ANTONIO GONZALEZ ARZATE, CITIZEN
MIGRATION FEDERAL AGENT "B"
JUAN CARLOS RUIZ BERNAL, CITIZEN
MIGRATORY SERVICES OFFICIAL
STAFF AT THE NATIONAL MIGRATION INSTITUTE IN THE STATE OF NAYARIT
PRESENT.

[Illegible seal on the left-hand margin]

The aforementioned migration staff assigned to the Federal Delegation of the National Migration Institute in the State of Nayarit, are commissioned on March 26, of this year, for the purpose of transferring one (01) foreigner, KEITH ALAN RANIERE OF AMERICAN NATIONALITY, to be surrendered to the migratory authorities in his country of origin (U.S.A.) in order to comply with the resolution of deportation with a basis due to his criminal record in Mexico could compromise public safety. Based on article 144 of the Migration Law, section IV.

In compliance with this commission, it shall be carried out in strict compliance and with absolute respect for human rights. The itinerary should be as follows:

Puerto Vallarta – Dallas, Texas: Monday, March 26, 2018, American Airlines flight 396

Dallas, Texas – Puerto Vallarta: Monday, March 26, 2018, American Airlines flight 1467

The authorities that by law are responsible for Federal, Local, or Municipal Public Forces, in accordance with the provisions in article 96 of the Migration Law, shall collaborate at the request of the bearers of this official letter for the fulfillment of this commission.

SINCERELY

[Illegible Signature]
URIEL JIMENEZ MARTINEX
DEPUTY DIRECTOR OF MIGRATORY CONTROL AND VERIFICATION
NATIONAL MIGRATION INSTITUTE
IN THE STATE OF NAYARIT

26 MAR 18 S

**032**

[Pages 033 and 034 are in English]

**SEGOB** [Coat of arms] [Logo: Secretariat of the Interior INM National Migration Institute)]

DATE OF CLASSIFICATION: March 26, 2018
ADMINISTRATIVE UNIT: Sub directorate of control and verification
SEALED: [Initials to the right of this line and the two that follow]
DURATION OF SEAL:
CONFIDENTIAL: EVERYTHING
LEGAL BASIS: ARTICLES [78] OF THE MIGRATION LAW, 3, SECTION II, 18 SECTION II, 20, 21,
AND 24 OF THE FEDERAL LAW OF TRANSPARENCY AND ACCESS TO PUBLIC
GOVERNMENTAL INFORMATION: GUIDELINES 12, 30, 32, 34, 35, 36, AND 40 OF THE
GENERAL GUIDELINES FOR THE CLASSIFICATION AND DECLASSIFICATION OF
INFORMATION OF THE AGENCIES AND ENTITIES OF THE FEDERAL PUBLIC
ADMINISTRATION. HEADER OF THE CHIEF OF THE ADMINISTRATIVE UNIT.
DATE OF DECLASSIFICATION: INDEFINITE
HEADER AND POSITION OF PUBLIC SERVANT

**SECRETARIAT OF THE INTERIOR
NATIONAL MIGRATION INSTITUTE
FEDERAL DELEGATION NAYARIT
SUBDIRECTORATE OF CONTROL AND VERIFICATION**

**Official letter: INM/DFN/SCVM/0375/2018**

**Matter:** American national is surrendered to authorities.

Banderas Bay, Nayarit, March 26, 2018

[Cut off stamp on the left-hand margin]

**IMMIGRATION AUTHORITY OF THE UNITED STATES
OF AMERICA
PRESENT:**

Please receive a cordial greeting. Pursuant to the deportation being carried out by the National Migration Institute, with headquarters in the Federal Delegation in Nayarit, a foreign person mentioned below is surrendered to the immigration authority of the United States of America, since this person was in Mexico in an irregular manner.

Adult:

| No. | NAME | SEX | DOB | AGE | PLACE OF BIRTH | NATIONALITY |
|-----|------|-----|-----|-----|----------------|-------------|
| 1 | KEITH ALAN RANIERE | MALE | AUGUST 26 1960 | 57 | BROOKLYN, NEW YORK | American |

For this reason, the authorities that by Law are responsible for Federal, Local, or Municipal Public Forces are requested to cooperate with the bearers of this document, if necessary, in accordance with Article 4 of the Migration Law and 239 of its Regulation.

**SINCERELY
DEPUTY DIRECTOR OF MIGRATORY CONTROL AND VERIFICATION AT THE NATIONAL MIGRATION INSTITUTE
IN NAYARIT**
[Illegible signature]
URIEL JIMENEZ MARTINEZ CPA

[26 MAR 18 S]

CC [Illegible]
CC File

**035**

INTERIOR

[Logo: Secretariat of the Interior INM National Migration Institute)]

**NATIONAL MIGRATION INSTITUTE**
**REPRESENTATIVE OFFICE NAYARIT**

**Official letter: INM/ORN/DAJ/938/2022**

**CERTIFICATION:**

[Cut off stamp on the left-hand margin]

PURSUANT TO ARTICLE 12, PARAGRAPH C, SECTION III OF THE AGREEMENT BY WHICH POWERS ARE DELEGATED TO AUTHORIZE MIGRATORY PROCEEDINGS AND TO EXERCISE SEVERAL POWERS PROVIDED FOR IN THE MIGRATION LAW AND ITS REGULATION FOR PUBLIC SERVANTS ASSIGNED TO FEDERAL DELEGATIONS OF THE NATIONAL MIGRATION INSTITUTE, PUBLISHED IN THE OFFICIAL GAZETTE, DIARIO OFICIAL DE LA FEDERACION, ON NOVEMBER 13, 2012, AS WELL AS SECTION II, ARTICLE 124, LAST PARAGRAPH OF THE INTERNAL REGULATION OF THE SECRETARIAT OF THE INTERIOR, PUBLISHED IN THE OFFICIAL GAZETTE, DIARIO OFICIAL DE LA FEDERACION, ON MAY 31, 2019. I HEREBY CERTIFY THAT THIS DOCUMENT CORRESPONDS TO AND IS A TRUE COPY OF ITS ORIGINAL DOCUMENT IN THE FILES OF THE REPRESENTATIVE OFFICE OF THE NATIONAL MIGRATION INSTITUTE IN NAYARIT. THIS CERTIFICATIONSCONSISTS OF A FILE OF THIRTY-FIVE (35) SHEETS OF PAPER ON ONE AND BOTH SIDES.

THESE COPIES ARE ISSUED IN NUEVO VALLARTA, BANDERAS BAY, NAYARIT, ON THE SIXTEENTH DAY OF NOVEMBER OF THE YEAR (2022) TWO THOUSAND AND TWENTY-TWO.

[Illegible signature]
SINCERELY
LIC. HECTOR SANTIAGO GOMEZ SOLORIO
HEAD OF THE LEGAL AFFAIRS DEPARTMENT
OF THE NATIONAL MIGRATION INSTITUTE

[Logo that reads: Mexico 2021 Year of Independence]

## CERTIFICATION OF ACCURACY

I, the undersigned, Natasha Bonilla, certify that:

I am a Federally Certified Spanish Interpreter, having been duly certified by the Administrative Office of United States Courts in 2003, and that I hold a Master's degree in Translation & Interpretation from the Middlebury Institute of International Studies (formerly known as the Monterey Institute of International Studies), as well as a Master's degree in Spanish Translation from Kent State University.

That on November 18, 2024, I translated a Mexican file pertaining to Keith Alan Raniere from Spanish into English.

I duly state that the translation is accurate and faithful to the original source to the best of my knowledge, ability, and belief.

Signed: _____          Date: 11/18/24
Natasha Bonilla, MA

# Attachment 3



