

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| TH | *271 Cadman Plaza East* |
| F. #2017R01840 | *Brooklyn, New York 11201* |

February 21, 2025

<u>By ECF</u>

The Honorable Nicholas G. Garaufis
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  United States v. Keith Raniere
       <u>Criminal Docket No. 18-204 (S-2) (NGG)</u>

Dear Judge Garaufis:

    The government respectfully submits this letter to request that Raniere's motion under 28 U.S.C. § 2255, Docket Entry No. 1273, be held in abeyance until the Second Circuit resolves the appeal of the Court's denial of Raniere's third motion for a new trial. The government makes this request because many of the arguments underlying the claims of ineffective assistance raised in Raniere's § 2255 motion are the same as those raised in Raniere's motion for a new trial, and the Second Circuit's decision on that appeal is likely to substantially assist the resolution of the § 2255 motion.

    Counsel for the defendant Raniere consents to the government's motion to hold the habeas petition in abeyance.

Accordingly, the government respectfully requests that it be permitted to file its response to Raniere's § 2255 motion 60 days after the Second Circuit rules on the pending appeal.

Respectfully submitted,

JOHN J. DURHAM
United States Attorney

By:    /s/ _____
Tanya Hajjar
Assistant U.S. Attorney
(718) 254-7000

cc:    Deborah J. Blum, Esq. (by ECF)