U.S. Department of Justice

United States Attorney
Eastern District of New York

NJM:TH
F. #2017R01840

271 Cadman Plaza East
Brooklyn, New York 11201

October 27, 2025

By ECF

The Honorable Nicholas G. Garaufis
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Keith Raniere
               Criminal Docket No. 18-204 (S-2) (NGG)

Dear Judge Garaufis:

      The government respectfully submits this letter to notify the Court that this morning, the Second Circuit Court of Appeals issued a summary order affirming the Court's denial of the defendant Raniere's third motion for a new trial. The Court previously held the defendant's petition for habeas corpus pursuant to 28 U.S.C. § 2255, Docket Entry No. 1273, in abeyance pending resolution of that appeal.

      The government respectfully requests that it be permitted to file its response to Raniere's habeas petition by January 23, 2026, in order to permit Raniere's former trial and appellate counsel an opportunity to respond, if desired, to the various claims of ineffective assistance raised in the petition.

      Respectfully submitted,

      JOSEPH NOCELLA, JR.
      United States Attorney

By:   /s/
      Tanya Hajjar
      Assistant U.S. Attorney
      (718) 254-7000

cc:    Deborah J. Blum, Esq. (by ECF)