

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

TH
F. #2017R01840

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 29, 2025

By ECF

The Honorable Nicholas G. Garaufis
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Keith Raniere
                Criminal Docket No. 18-204 (S-2) (NGG)

Dear Judge Garaufis:

      The government respectfully submits this letter to notify the Court that on December 16, 2025, the Second Circuit Court of Appeals denied the defendant Keith Raniere's petition for panel rehearing or rehearing en banc, and the mandate issued today, December 29, 2025. The Court previously held the defendant's petition for habeas corpus pursuant to 28 U.S.C. § 2255, Docket Entry No. 1273, in abeyance.

      The government respectfully requests that it be permitted to file its response to Raniere's habeas petition by March 6, 2026, in order to permit Raniere's former trial and appellate counsel an opportunity to respond, if desired, to the various claims of ineffective assistance raised in the petition.

      Respectfully submitted,

      JOSEPH NOCELLA, JR.
      United States Attorney

By:   /s/
      Tanya Hajjar
      Assistant U.S. Attorney
      (718) 254-7000

cc:    Deborah J. Blum, Esq. (by ECF)