**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

TH
F. #2017R01840

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 5, 2026

By ECF

The Honorable Nicholas G. Garaufis
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Keith Raniere
Criminal Docket No. 18-204 (S-2) (NGG)

Dear Judge Garaufis:

The government respectfully submits this letter to notify the Court that today the Supreme Court denied the defendant Keith Raniere's petition for a writ of certiorari as to the denial of his motion for a new trial and related motions. The Court previously held Raniere's petition for habeas corpus pursuant to 28 U.S.C. § 2255, Docket Entry No. 1273, in abeyance, on consent of both parties, pending resolution of his appeals.

Counsel for the defendant has informed the government that Raniere intends to seek the Court's leave to file an amended habeas petition. The government opposes this request. Raniere already sought leave to file an amended habeas petition in May 2024 and ultimately submitted the amended petition in December 2024. Counsel for Raniere has provided no basis for the request to revise or supplement the amended habeas petition, which already raises numerous challenges to Raniere's conviction and sentencing and includes hundreds of pages of exhibits.

The government therefore respectfully requests that it be permitted to file its response to Raniere's habeas petition on or before January 20, 2027, in order to permit Raniere's

former trial and appellate counsel an opportunity to respond, if desired, to the various claims of ineffective assistance raised in the petition.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/ ____________________
Tanya Hajjar
Assistant U.S. Attorney
(718) 254-7000

cc: Deborah J. Blum, Esq. (by ECF)