DEBORAH J. BLUM, ESQ.
225 Broadway, Suite 715 • New York, NY 10007

Ariella Ruben *Legal Assistant*

T • (646) 535-2586
M • (845) 304-5312
F • (212) 409-8279

October 5th, 2026

**Via CM/ECF**
The Hon. Judge Nicholas G. Garaufis
Senior District Court Judge
United States District Court for The Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: **KEITH ALAN RANIERE v. UNITED STATES OF AMERICA**
**Case No. 1:18-CR-00204**

Dear Judge Garaufis:

My office represents Keith Raniere in his 28 USC § 2255 motion before your Honor which has been held in abeyance pending The Supreme Court's determination of Mr. Raniere's writ of certiorari. As your Honor may be aware, it was denied this morning.

At this time, I am asking that the Court continue to hold the motion in abeyance for one (1) additional month until November 5, 2026. It has been held in abeyance for approximately two (2) years and this should not cause any prejudice to the government. In a separate letter or motion to the Court, I or incoming counsel will be asking your Honor permission to amend the motion within its four corners (or possibly to amend and supplement). I am actively preparing for a medical procedure that will take place at Weill Cornell Hospital on or about October 24, 2026. As a result, I might transition this matter to another attorney. Either way, my primary focus at this time are on my medical needs and tending to the current steps and medical appointments required by it.

In or around March 2025, I spoke with AUSA Hajjar about cleaning up the amended submission (Doc. No. 1273) and it is my complete recollection that she agreed to me doing so in consideration of my personal circumstances at the time of its submission (my role as my parents' full-time caretaker and the amount of time their medical concerns and needs necessitated). I communicated with her today about this

and she does not recall agreeing to this. I have to review my records to obtain further information.

I am certain that the Court recalls the severity of my circumstances which continued well after the amended 2255 was submitted. The 2255 is Mr. Raniere's last chance at justice and I would ask that the Court consider that when deciding this request. The government would like to rightfully oppose the 2255 – however, I feel it is necessary to submit an amended pleading prior to the government's opposition. Therefore, I would ask for the briefing schedule to be set after this is determined. Thank you.

Very truly yours,

Deborah J Blum

Deborah J. Blum

Via Email

cc: Joseph Reccoppa
Courtroom Deputy to
The Hon. Judge Nicholas G. Garaufis

AUSA Tanya Hajjar
United States Attorney's Office for The Eastern District of New York